UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

CASE NO.:  2:16-cv-14413

        Plaintiffs

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

        Defendants

_____/

**NOTICE OF REMOVAL**

The Defendants, CHRISTOPHER NEWMAN, individually, CLAYLAN MANGRUM,

individually, CALVIN ROBINSON, individually, WADE COURTEMANCHE, individually, KEN

J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, FLORIDA and JOSE ROSARIO,

individually, through their undersigned attorneys, pursuant to Title 28 U.S.C. §1441, hereby file this

their Notice of Removal of this action from the Circuit Court of the Nineteenth Judicial Circuit, in

and for St. Lucie County, Florida, where the same is now pending as Case No. 562016CA001430

(OC) to the United States District Court, Southern District of Florida, and in support thereof would

allege as follows:

1

1.      On or about August 3, 2016, Plaintiff Tavares Docher, by and through Janice Docher-Neeley, his mother and legal guardian filed a Complaint upon which this action is based in the Circuit Court of the Nineteenth Judicial Circuit, in and for St. Lucie County, Florida. Thereafter, an Amended Complaint was filed on August 11, 2016. Summonses were issued and served upon Defendants Newman, Mangrum, Courtemanche, Robinson, and Sheriff Mascara as well as the St. Lucie County Fire District on August 22, 2016 and upon Defendant Rosario on August 24, 2016.

2.      Attached hereto as Composite Exhibit "A," and by reference made a part hereof, are copies of pertinent filings as contained in this cause pending before the Circuit Court of the Nineteenth Judicial Circuit in and for St. Lucie County, Florida, as above-styled and numbered.

3.      The said action in the Circuit Court is a civil action stating claims which are removable, as it appears from the record attached hereto as Composite Exhibit "A". Specifically, Counts I - XII are as follows:

Count I: Plaintiff's False Arrest/False Imprisonment Claim Against Defendant Newman, Individually, Cognizable Under 42 U.S.C. §1983;

Count II: Excessive Use of Force by Defendant Newman, Individually, Cognizable Under 42 U.S.C. § 1983;

Count III: Excessive Use of Force by Defendant Mangrum, Individually, Cognizable Under 42 U.S.C. § 1983;

Count IV: Excessive Use of Force by Defendant Robinson, Individually, Cognizable Under 42 U.S.C. § 1983;

Count V: Supervisory Liability Claim Defendant Mangrum, Individually, Cognizable Under 42 U.S.C. § 1983;

Count VI: Failure to Intervene Claim Against Defendant Newman, Individually, Cognizable Under 42 U.S.C. § 1983;

Count VII: Failure to Intervene Claim Against Defendant Mangrum, Individually, Cognizable Under 42 U.S.C. § 1983;

Count VIII: Failure to Intervene Claim Against Defendant Robinson, Individually, Cognizable Under 42 U.S.C. § 1983;

Count IX: First Amendment Claims Against Defendant Courtemanche, Individually, Cognizable Under 42 U.S.C. § 1983;

Count X: First Amendment Free Speech Retaliation Claim Against Defendant Rosario, Individually, Cognizable Under 42 U.S.C. § 1983;

Count XI: Fourteenth Amendment Due Process Claims Against Defendant Rosario, Individually, Cognizable Under 42 U.S.C. § 1983; and

Count XII: Fourteenth Amendment Deliberate Indifference Claim Against Defendant Rosario, Individually, Cognizable Under 42 U.S.C. § 1983.

See Amended Complaint at pages 9-29. The Defendants Newman, Mangrum, Courtemanche, Robinson, Sheriff Mascara, and Rosario, who are named in these Counts which seek damages on a claimed violation of civil rights, desire a federal forum with respect to such claims predicated upon Title 42 U.S.C. §1983 and/or violations of the U.S. Constitution.

4.     The Amended Complaint also contains state tort claims stemming from the same nucleus of operative fact which are alleged to constitute a violation of the United States Constitution. See Counts XIII - XX at pages 29 - 42 of Amended Complaint.

5.      The said claims for relief predicated upon Title 42 U.S.C. §1983 are claims for which this Court has original jurisdiction pursuant to Title 28 U.S.C. §§1331 and 1343(a)(3) and this cause is therefore properly removable pursuant to Title 28 U.S.C. §1441.   The state tort claims are removable pursuant to Title 28 U.S.C. §1441(c).

6.      Section 1446(b) provides that notice of removal shall be filed within thirty (30) days after receipt of the Complaint upon the defendant through service or otherwise.  As a result, this Notice of Removal is timely filed.

7.      Defendants Christopher Newman, individually, Claylan Mangrum, individually, Calvin Robinson, individually, Wade Courtemanche, individually, Ken J. Mascara, as Sheriff of St. Lucie County, Florida, and Jose Rosario, individually, consent to and join in the removal of this action. The Defendant St. Lucie County Fire Rescue, an independent special district, also consents to the removal.

WHEREFORE, the Defendants Christopher Newman, individually, Claylan Mangrum, individually, Calvin Robinson, individually, Wade Courtemanche, individually, Ken J. Mascara, as Sheriff of St. Lucie County, Florida, and Jose Rosario, individually, respectfully request that this matter be removed and that this Honorable Court grant such other further and additional relief as may otherwise be proper.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and furnished via email a copy to: **ADAM S. HECHT, ESQUIRE,** Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, Florida 33409, ash@searcylaw.com, axs@searcylaw.com; mal@searcylaw.com and jcx@searcylaw.com, this **21st** day of September, 2016.

PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
Attorneys for Defendants Newman, Mangrum,
Robinson, Courtemanche and Mascara
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone (954) 462-3200
Telecopier (954) 462-3861

BY:     *s/ Summer M. Barranco*
          SUMMER M. BARRANCO
          Florida Bar No. 984663

GRAY | ROBINSON
Attorneys for Defendants Rosario and St. Lucie
County Fire District
301 East Pine Street, Suite 1400
Orlando, Florida 32801
Telephone (407) 843-8880
Telecopier (407) 244-5690

BY:     *s/ Benjamin W. Newman*
          BENJAMIN W. NEWMAN
          Florida Bar No. 0011223