UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through                          CASE NO.: 2:16cv14413
JANICE DOCHER-NEELEY, his mother and
legal guardian,

        Plaintiff(s),

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as Sheriff of St. Lucie County,
Florida, JOSE ROSARIO, individually, and
the ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

        Defendant(s).
_____/

### DEFENDANT, JOSE ROSARIO'S, MOTION FOR LEAVE TO FILE AMENDED MOTION TO DISMISS AMENDED COMPLAINT AND SUPPORTING MEMORANDUM OF LAW

COMES NOW the Defendant, JOSE ROSARIO (hereinafter "ROSARIO"),  individually, and the ST. LUCIE COUNTY FIRE DISTRICT (hereinafter "SLCFD"), by and through their undersigned counsel, moves this Honorable Court for leave to file the attached Amended Motion to Dismiss and Supporting Memorandum of Law and in support thereof states:

1.      This is a personal injury action filed by Plaintiff, alleging actions or omissions of these Defendants that occurred on May 11, 2014, resulting in loss, injury or damage.

2.      Both ROSARIO and SLCFD deny liability in this cause.

3.      Defendant SLCFD withdrawals its Motion to Dismiss based upon Statute of Limitations grounds. Upon agreement of the Parties, Defendant SLCFD will file its Answer to the Amended Complaint on or before October 17, 2016.

4.      Defendant ROSARIO moves to amend his Motion to Dismiss without undue delay and in good faith. Plaintiff would not be prejudiced by this Honorable Court granting leave to amend the Motion to Dismiss. This Motion for leave to amend is timely and no response to the Motion to Dismiss has yet been filed.

5.      "It is well established that the Court has discretion to allow a motion to amend a motion to dismiss prior to a hearing and decision on the original motion as long as the motion to amend is made in good faith and the adverse party will not be prejudiced." *Polaroid Corp. v. Feely,* 889 F. Supp. 21,24 (D. Mass. 1995). *See also MacNeil v. Whittemore,* 254 F.2d 820, 821 (2d Cir. 1958) (Rule 12 does not prevent a court in its discretion from permitting a party to expand the grounds of a motion in advance of the hearing); *Britton v. Cann,* 682 F. Supp. 110, 113 (D.N.H. 1988) (Devine, C.J.) (party may, at the court's discretion, add additional grounds for dismissal if made in a timely fashion and in good faith); 5 WRIGHT & MILLER, FEDERAL PRACTICE AND PROCEDURE 2D §§ 1194, 1389 (1990 & Supp. 1995) ("The use of discretion seems especially appropriate if the adverse parties will not be prejudiced by the amendment, or if the amendment is necessary to insure that the case is adjudicated fairly").

6.      The United States District Court for the Southern District of Florida in *Florida Evergreen Foliage v. E.I. Dupont De Nemours & Co.,* 336 F. Supp. 2d 1239, 1251 (S.D. Fla. 2004) has stated that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). Also, the Eleventh Circuit has held that motions for leave to amend should be liberally granted when necessary in the interests of justice. *See Jennings v. BIC Corp.,* 181 F.3d 1250, 1258 (11th Cir. 1999) (stating that "leave to amend should be liberally granted when necessary in the interest of justice" under Fed. R. Civ. P. 15(a)); *Florida Power & Light Co. v. Allis Chalmers Corp.,* 85 F.3d 1514, 1520 (11th Cir. 1996) ("Unless substantial reason exists to deny leave to amend, the discretion of the district court is not broad enough to permit denial."),

citing *Shipner v. Eastern Airlines, Inc.,* 868 F.2d 401,407 (11th Cir. 1989),

WHEREFORE, Defendant, JOSE ROSARIO, requests that this Court enter an order granting leave to amend its Motion to Dismiss and Supporting Memorandum and requests that this court deems the attached Amended Motion to Dismiss and Supporting Memorandum as filed. *See* **Exhibit 1**.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of October 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to the following: **Adam Hecht, Esq.,** *(Attorneys for Plaintiff)* ash@searcylaw.com, axs@searcylaw.com, mal@searcylaw.com, jcx@searcylaw.com, lewisteam@searcylaw.com, Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, FL 33409 Florence@cushniemcmahonlaw.com, Cushnie & McMahon, PL, 543 NW Lake Whitney Place, Suite 106, Port St. Lucie, FL 34986; **Summer M. Barranco, Esq.,** (*Attorneys for Christopher Newman, Claylan Mangrum, Calvin Robinson, Wade Courtemanche, and Ken J. Mascara, as Sheriff of St. Lucie County, Florida)* summer@purdylaw.com; Melissa@purdylaw.com; Law Offices of Purdy, Jolly, Giuffreda & Barranco, P.A., 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, FL 33304.

                                      ***/s/ BENJAMIN W. NEWMAN***
BENJAMIN W. NEWMAN, ESQ.
Florida Bar No. 0011223
JULIE TYK, ESQ.
Florida Bar No. 84493
GRAYROBINSON, P.A.
301 E. Pine Street, Suite 1400 (32801)
Post Office Box 3068
Orlando, Florida 32802-3068
Phone: 407-843-8880
Facsimile: 407-244-5690
Ben.Newman@gray-robinson.com
Julie.Tyk@gray-robinson.com

Counsel for Defendant, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY FIRE
DISTRICT, an independent special district,