UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 2:16cv14413

TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian,

        Plaintiff(s),

vs.

CHRISTOPHER NEWMAN, individually, CLAYTON MANGRUM, individually, CALVIN ROBINSON, individually, WADE COURTEMANCHE, individually, KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT, an independent special district,

        Defendant(s).
_____/

## REPLY TO AFFIRMATIVE DEFENSES

COMES NOW the Plaintiff, Tavares Docher, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, by and through the undersigned counsel, and denies each and every affirmative defense contained in Defendant's, CLAYLAN MANGRUM, Answer and Affirmative Defenses to Plaintiff's Amended Complaint and demands strict proof thereof.

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.: 2:16cv14413
Reply to Affirmative Defenses of Claylan Mangrum

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent via electronic filing using the CM/ECF system with the Clerk of the Court, which sends e-mail notification of such filing to all CM/ECF participants in this case, on this 19TH day of October, 2016.

/s/ DARRYL L. LEWIS
Darryl L. Lewis
Florida Bar No.:  818021
Attorney E-Mail(s):  dll@searcylaw.com and
axs@searcylaw.com; mal@searcylaw.com;
jcx@searcylaw.com
Primary E-Mail: _lewisteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9485
Attorney for Plaintiff(s)

2

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.: 2:16cv14413
Reply to Affirmative Defenses of Claylan Mangrum

## COUNSEL LIST

Summer M. Barranco, Esquire
summer@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL  33304
Phone: (954)-462-3200
Fax: (954)-462-3861
Attorneys for Sheriff, Ken Mascara, et al.

Benjamin W. Newman, Esquire
ben.newman@gray-robinson.com; Lissa.Bealke@gray-robinson.com; leah.rover@gray-robinson.com
Gray Robinson, P.A.
301 E Pine Street, Suite 1400
Orlando, FL  32801
Phone: (407) 843-8880
Fax: (407) 244-5690
Attorneys for Port St. Lucie Fire Rescue

Adam M. Fetterman, Esquire
fettermana@stluciesheriff.com
Saint Lucie County Sheriff's Office
4700 W Midway Road
Fort Pierce, FL  34981
Phone: (772)-462-3225
Fax: (772)-462-3351
Attorneys for St. Lucie County Sheriff's Office

Hugh L. Koerner, Esquire
hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
3475 Sheridan Street, Suite 208
Hollywood, FL  33021
Phone: (954)-522-1235
Fax: (954)-522-1176
Attorneys for Tavares Docher