UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

      Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYTON MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

      Defendants.
_____/

## JOINT SCHEDULING REPORT AND REPORT OF RULE 26(f) CONFERENCE OF THE PARTIES

Pursuant to Federal Rules of Civil Procedure 16 and 26, and Local Rule 16.1(b), counsel for Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, counsel for Defendants CHRISTOPHER NEWMAN, individually, CLAYLAN MANGRUM, individually, CALVIN ROBINSON, individually, WADE COURTEMANCHE, individually, KEN J. MASCARA, as Sheriff of St. Lucie County, Florida, and counsel for Defendants JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT, an independent special district, submit this Joint Scheduling Report and Discovery Plan prepared pursuant to conference of the parties, and state the following:

**1.**     **Recommended Case Management Track**

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:  2:16cv14413
Joint Scheduling Report
Page 2 of 8

The parties have considered the complexity of this case, the number of parties and potential expert witnesses, the estimated volume of evidence, and time estimated for discovery and for trial, and thereby agree and recommend that this case be assigned to the Standard Case Management Track set forth in Local Rule 16.1(a), as modified by the parties.

**2.    Likelihood of Settlement**

The parties agree to pursue settlement discussions in good faith.  At this time, it is too soon to determine whether settlement is likely.

**3.    Likelihood of Appearance in the Action of Additional Parties**

None at this time.

**4.    Proposed limits on the time to:**

    **i).    join parties and to amend the pleadings;**

January 27, 2017.

    **ii).    Deadline to file dispositive motions;**

July 7, 2017.

    **iii).    Complete discovery.**

June 16, 2017.

    **iv). Deadline to select a mediator and schedule a time, date, and place for mediation.**

December 30, 2016.

**5.    Proposals for Formulation and Simplification of Issues**

At this time, the parties do not have proposals for the formulation and simplification of issues but agree in good faith to pursue such simplification throughout the litigation.

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:  2:16cv14413
Joint Scheduling Report
Page 3 of 8

**6.      Necessity or Desirability of Amendments to the Pleadings**

   None at this time.

**7.      Possibility of obtaining admissions of fact, possible stipulations regarding authenticity of documents, and the need for advance rulings from the Court on admissibility of evidence**

   The parties agree to continue to discuss the possibility of obtaining admissions of fact and of documents, as well as stipulations regarding the authenticity of documents and electronically stored information.  The parties anticipate agreeing to the authenticity of all or most documents in lieu of requiring the testimony of the custodian of records.

**8.      Suggestions for the avoidance of Unnecessary Proof and Cumulative Evidence**

   The parties agree to work in good faith to avoid unnecessary proof and cumulative evidence.

**9.      Suggestions on the advisability of referring matters to a Magistrate Judge or master**

   None at this time.

**10.     Preliminary Estimate of the Time Required for Trial**

   It is anticipated trial will last no more than 2 weeks.

**11.     Requested date or dates for conferences before trial, a final pretrial conference, and trial**

   Trial has been set for the two-week period commencing October 16, 2017.   Calendar Call has been scheduled for October 11, 2017.   A status conference has been set for September 13, 2017.

   [DE 11].

**12.     Detailed Discovery Schedule and proposed Time Limitations**

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:  2:16cv14413
Joint Scheduling Report
Page 4 of 8

    **i).**    **Discovery deadline:**

    June 16, 2017.

    **ii).**    **Deadline for the Plaintiff to disclose specially retained experts and provide expert witness reports:**

    March 17, 2017;

    **iii).**    **Deadline for the depositions of Plaintiff's specially retained experts:**

    June 16, 2017.

    **iv).**    **Deadline for the Defendants to disclose specially retained experts and provide expert witness reports:**

    March 17, 2017.

    **v).**    **Deadline for the depositions of Defendant's specially retained experts:**

    June 16, 2017.

**13.**    **Rule 26(f) Discovery Plan**

    **i). Proposed changes to Rule 26(a) disclosures and statement of when such disclosures will be made:**

The parties agree that Rule 26(a) disclosures will be made within 30 days.

    **ii). The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or limited to particular issues:**

The parties anticipate discovery will be needed regarding the facts and circumstances surrounding the incident alleged in the complaint and potential damages.  The parties agree that discovery need not be conducted in phases, but have agreed upon appropriate discovery deadlines.

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:  2:16cv14413
Joint Scheduling Report
Page 5 of 8

### iii). Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:

The parties do not anticipate any discovery issues regarding electronically stored information in this matter.  To the extent information is electronically stored, the parties agree to exchange such information in good faith upon request.  Each party retains the right to make all applicable objections.

### iv). Any issues about claims of privilege or of protection as trial-preparation materials, including - if the parties agree on a procedure to assert these claims after production - whether to ask the court to include their agreement in an order:

The parties have not yet agreed on a procedure for assertion of claims of privilege after production, but would ask the Court to amend any Scheduling or Discovery Order should the parties come to such agreement.

### v). What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed:

At this time, the parties do not recommend or seek changes to the limitations on discovery imposed by all applicable rules or other limitations on discovery, the Local Rules of Civil Procedure, and federal case law.

### vi). Any other orders the court should issue under Rule 26(c) or under Rule 16(b) and (c):

At this time, the parties do not seek an order on other issues under Rules 26(c), 16(b) or 16(c), except for an order adopting this proposed case management track and deadlines contained herein.

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:  2:16cv14413
Joint Scheduling Report
Page 6 of 8

**DATED** this 31st day of October, 2016.

By **/s/ DARRYL L. LEWIS**
   Darryl L. Lewis, Esq.
   FL Bar No.:  818021
   Searcy Denney Scarola Barnhart
   & Shipley, P.A.
   2139 Palm Beach Lakes Blvd.
   West Palm Beach, FL  33409
   Phone:  561/686-6300
   Fax:  561/383-9585
   lewisteam@searcylaw.com
   Attorney for Plaintiff

By **/s/ SUMMER M. BARRANCO**
   Summer M. Barranco, Esq.
   FL Bar No.:984663
   Purdy Jolly Giuffreda & Barranco, PA
   2455 E Sunrise Blvd., Suite 1216
   Fort Lauderdale, FL  33304
   Phone:  954/462-3200
   Fax:  954/462-3861
   summer@purdylaw.com
   Attorney for Ken Mascara

By **/s/ BENJAMIN NEWMAN**
   Benjamin Newman, Esq.
   FL Bar No.:  0011223
   Gray Robinson, P.A.
   301 E Pine Street, Suite 1400
   Orlando, FL  32801
   Phone: (407) 843-8880
   Fax: (407) 244-5690
   ben.newman@gray-robinson.com
   Lissa.Bealke@gray-robinson.com          .
   leah.rover@gray-robinson.com
   Attorney for Pt. St. Lucie Fire Rescue

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:  2:16cv14413
Joint Scheduling Report
Page 7 of 8

**CERTIFICATE OF SERVICE Case No.:  16-14413-Civ-ROSENBERG/LYNCH**

**I HEREBY CERTIFY** that this 31ST day of October 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By:  /s/ DARRYL L. LEWIS
                Darryl L. Lewis

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.: 2:16cv14413
Joint Scheduling Report
Page 8 of 8

## COUNSEL LIST

Summer M. Barranco, Esquire
summer@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL 33304
Phone: (954)-462-3200
Fax: (954)-462-3861
Attorneys for Ken Mascara

Benjamin W. Newman, Esquire
ben.newman@gray-robinson.com;
Lissa.Bealke@gray-robinson.com;
leah.rover@gray-robinson.com
Gray Robinson, P.A.
301 E Pine Street, Suite 1400
Orlando, FL 32801
Phone: (407) 843-8880
Fax: (407) 244-5690
Attorneys for Port St. Lucie Fire Rescue