UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-14413-Civ-ROSENBERG/LYNCH

TAVARES DOCHER, by and through JANICE
DOCHER-NEELEY, his mother and
legal guardian,

        Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as Sheriff of St. Lucie County,
Florida, JOSE ROSARIO, individually, and
the ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

        Defendants.
_____/

## SCHEDULING ORDER AND ORDER REFERRING CASE TO MEDIATION

Having considered the Joint Scheduling Report of the parties, the Court hereby **ORDERS** the following:

### I.    PRETRIAL DEADLINES

The pretrial deadlines in this case, which shall not be modified absent compelling circumstances, are as follows:

**December 2, 2016**: Rule 26(a)(1)(A) Initial Disclosures (if not provided earlier).

**December 30, 2016**: Deadline to designate a mediator and to schedule a time, date, and place for mediation.

Docher, vs. Newman, etc., et al.
Case No.: 2:16cv14413
Joint Scheduling Order
Page 2

**January 27, 2017:** Deadline for joinder of additional parties, amended pleadings and motions for class certification.

**March 17, 2017**: The parties shall provide opposing counsel with a written list with the names and addresses of all primary/initial expert witnesses intended to be called at trial and only those primary/initial expert witnesses listed shall be permitted to testify. The parties shall also furnish opposing counsel with expert reports or summaries of its expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). Within the 30 day period following this disclosure, the parties shall make their experts available for deposition. The experts' deposition may be conducted without further Court order.

**April 14, 2017**: The parties shall provide opposing counsel with a written list with the names and addresses of all rebuttal/responsive expert witnesses intended to be called at trial and only those rebuttal/responsive expert witnesses listed shall be permitted to testify. The parties shall also furnish opposing counsel with expert reports or summaries of its expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). Within the 30 day period following this disclosure, the parties shall make their experts available for deposition. The experts' deposition may be conducted without further Court order.
**Note**: The above provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers.

Docher, vs. Newman, etc., et al.
Case No.:  2:16cv14413
Joint Scheduling Order
Page 3

**June 16, 2017**: All discovery shall be completed.

**July 7, 2017**: All Pretrial Motions, including summary judgment motions, *Daubert* motions, and motions *in limine* shall be filed.

**August 5, 2017**: Mediation must be completed.

**October 4, 2017**: Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. Parties shall also exchange Rule 26(a)(3) witness and exhibit lists.

**October 10, 2017**: Objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances.

**October 4, 2017**: Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed.

## II.     MEDIATION

Pursuant to Local Rule 16.2, this case is referred to mediation as follows:

    a.    Mediation shall be completed by the above stated deadline;

    b.    The parties shall, within the deadline set forth above, agree upon a mediator and file a Notice of such with the Court. If the parties are

Docher, vs. Newman, etc., et al.
Case No.: 2:16cv14413
Joint Scheduling Order
Page 4

        unable to agree upon mediator, they shall ask the Clerk of Court to designate a mediator from the list of certified mediators on a blind random basis;

c. Counsel for Plaintiff shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record;

d. Within seven (7) days of the mediation conference, the mediator shall file a Mediation Report indicating who attended the mediation and the result thereof; and

e. The parties shall refer to the Court's Order Setting Status Conference, Calendar Call, and Trial Date for instructions on how to proceed after settlement.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida this _____ day of November, 2016.

                                                ROBIN L. ROSENBERG
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:  All counsel of record via CM/ECF

Docher, vs. Newman, etc., et al.
Case No.: 2:16cv14413
Joint Scheduling Order
Page 5

## COUNSEL LIST

Summer M. Barranco, Esquire
summer@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL  33304
Phone: (954)-462-3200
Fax: (954)-462-3861
Attorneys for Ken Mascara

Benjamin W. Newman, Esquire
ben.newman@gray-robinson.com;
Lissa.Bealke@gray-robinson.com;
leah.rover@gray-robinson.com
Gray Robinson, P.A.
301 E Pine Street, Suite 1400
Orlando, FL  32801

Phone: (407) 843-8880
Fax: (407) 244-5690
Attorneys for Port St. Lucie Fire Rescue

Darryl L. Lewis, Esquire
axs@searcylaw.com;   mal@searcylaw.com;
jcx@searcylaw.com;
_lewisteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, PA
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL  33409
Phone:  561/686-6300
Fax:  561/383-9485
Attorney for Tavares Docher