UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   16-14413-Civ-ROSENBERG/LYNCH

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

      Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as SHERIFF of
ST. LUCIE COUNTY, Florida,
JOSE ROSARIO, individually, and the
ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

      Defendants.
_____/

## NOTICE OF APPEARNCE

**COMES NOW** the undersigned, Hugh L. Koerner, Esq., and hereby enters his appearance in the above-styled cause as co-counsel for the Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian.

**DATED** this ___14th___ day of November, 2016.

                    By:   *s/. Hugh L. Koerner*
                          Hugh L. Koerner
                          Florida Bar No.: 716952
                          Email: hlklaw@hughkoerner.com
                          Hugh L. Koerner, P.A.
                          Sheridan Executive Centre
                          3475 Sheridan Street, Suite 208
                          Hollywood, FL 33021
                          Telephone:  (954) 522-1235
                          Facsimile:   (954) 522-1176
                          *Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE
## Case No.:   16-14413-Civ-ROSENBERG/LYNCH

**I HEREBY CERTIFY** that this   14th   day of November, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   *s/. Hugh L. Koerner*
Hugh L. Koerner

## Service List

Summer M. Barranco, Esq.
Florida Bar No.: 984663
Email:  summer@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL 33304
Phone: (954)-462-3200
Fax: (954)-462-3861
*Attorneys for Defendant Ken J. Mascara,*
*as Sheriff of St. Lucie County, Florida*

Benjamin W. Newman, Esq.
Florida Bar No.: 0011223
Email:  ben.newman@gray-robinson.com
Julie Tyk, Esq.
Florida Bar No.: 84493
Email:  julie.tyk@gray-robinson.com
Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2741
*Attorneys for Defendants Jose Rosario,*
*individually, and the St. Lucie County Fire*
*District*

Darryl L. Lewis, Esq.
FL Bar No.: 818021
Email: lewsiteam@searchlaw.com
Searcy Denney Scarola Barnhart
& Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: 561/686-6300
Fax:  561/383-9585
*Attorney for Plaintiff*

Hugh L. Koerner, Esq.
Florida Bar No.: 716952
Email:  hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
Sheridan Executive Centre
3475 Sheridan Street, Suite 208
Hollywood, FL 33021
Telephone:  (954) 522-1235
Facsimile:  (954) 522-1176
*Co-counsel for Plaintiff*