UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

       Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYTON MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

       Defendant.
_____/

## NOTICE OF MEDIATOR SELECTION

    **COMES NOW** the Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, and with the agreement and consent of Defendants, CHRISTOPHER NEWMAN, individually, CLAYTON MANGRUM, individually, CALVIN ROBINSON, individually, WADE COURTEMANCHE, individually, KEN J. MASCARA, as Sheriff of ST. LUCIE COUNTY, Florida, JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT, an independent special district, submits the following:

    1. Pursuant to the Court's Scheduling Order and Order Referring Case to Mediation [DE 24], the parties have agreed to conduct mediation in the above styled cause with Rodney Romano, Esq., of Matrix Mediation, 1655 Palm Beach Lakes Boulevard, Suite 7600, The Forum, West Palm Beach, FL 33401.

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.: 2:16cv14413
NOTICE OF MEDIATOR SELECTION
Page 2

2. Due to the holidays, the parties have been unable to agree upon a date and time for mediation. If it pleases the Court, it is anticipated that a notice of scheduling mediation and proposed order will be filed the first week of the new year.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent via electronic filing using the CM/ECF system with the Clerk of the Court, which sends e-mail notification of such filing to all CM/ECF participants in this case, on this 22nd day of December, 2016.

>  **/s/ DARRYL L. LEWIS**
>  DARRYL L. LEWIS
>  Florida Bar No.: 818021
>  Attorney E-Mail(s):  dll@searcylaw.com and axs@searcylaw.com
>  Primary E-Mail: _lewisteam@searcylaw.com
>  Searcy Denney Scarola Barnhart & Shipley, P.A.
>  2139 Palm Beach Lakes Boulevard
>  West Palm Beach, Florida 33409
>  Phone: (561) 686-6300
>  Fax:    (561) 383-9485
>  Attorney for Plaintiff(s)

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.: 2:16cv14413
NOTICE OF MEDIATOR SELECTION
Page 3

## COUNSEL LIST

Summer M. Barranco, Esquire
summer@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL  33304
Phone: (954)-462-3200
Fax: (954)-462-3861
Attorneys for Ken Mascara

Benjamin W. Newman, Esquire
ben.newman@gray-robinson.com;
julie.tyk@gray-robinson.com;
lissa.bealke@gray-robinson.com
Gray Robinson, P.A.
301 E Pine Street, Suite 1400
Orlando, FL  32801
Phone: (407) 843-8880
Fax: (407) 244-5690
Attorneys for Port St. Lucie Fire Rescue

Adam M. Fetterman, Esquire
fettermana@stluciesheriff.com
Saint Lucie County Sheriff's Office
4700 W Midway Road
Fort Pierce, FL  34981
Phone: (772)-462-3225
Fax: (772)-462-3351
Attorneys for St. Lucie County Sheriff's Office

Hugh L. Koerner, Esquire
hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
3475 Sheridan Street, Suite 208
Hollywood, FL  33021
Phone: (954)-522-1235
Fax: (954)-522-1176
Attorneys for Tavares Docher