UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

        Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYTON MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

        Defendant.
_____/

## NOTICE OF ENTRY OF ADDITIONAL PARTY/MEDIATOR

**COMES NOW** the Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, and hereby gives notice that Rodney G. Romano, Esq., of Matrix Mediation, is hereby added as an additional party to this case.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent via

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:
NOTICE OF ENTRY OF PARTY
Page 2 of 3

electronic filing using the CM/ECF system with the Clerk of the Court, which sends e-mail notification of such filing to all CM/ECF participants in this case, on this 9th day of January, 2017.

        /s/ DARRYL L. LEWIS
        DARRYL L. LEWIS
        Florida Bar No.: 818021
        Attorney E-Mail(s):  dll@searcylaw.com and axs@searcylaw.com
        Primary E-Mail: _lewisteam@searcylaw.com
        Searcy Denney Scarola Barnhart & Shipley, P.A.
        2139 Palm Beach Lakes Boulevard
        West Palm Beach, Florida 33409
        Phone: (561) 686-6300
        Fax:    (561) 383-9485
        Attorney for Plaintiff(s)