TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian,
    Plaintiffs,

vs.

CHRISTOPHER NEWMAN, individually, CLAYTON MANGRUM, individually, CALVIN ROBINSON, individually, WADE COURTEMANCHE, individually, KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT, an independent special district,
    Defendants.
_____/

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16cv14413

# NOTICE OF MEDIATION

**Darryl L. Lewis, Esquire**
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300 Fax: (561) 383-9485
dll@searcylaw.com; axs@searcylaw.com;
 lewisteam@searcylaw.com;

**Benjamin Webster Newman, Esquire**
Gray Robinson P.A.
301 East Pine Street, Suite 1400
Orlando, Florida  32801
Phone: (407) 843-8880 Fax: (407) 244-5690
ben.newman@gray-robinson.com; julie.tyk@gray-robinson.com; lissa.bealke@gray-robinson.com;
*Attorneys for Port St. Lucie Fire Rescue*

**Summer Marie Barranco, Esquire**
Purdy Jolly Giuffreda & Barranco P.A.
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida  33304
Phone: (954) 462-3200 Fax: (954) 462-3861
summer@purdylaw.com;
*Attorneys for Ken Mascara*

YOU ARE HEREBY NOTIFIED, pursuant to the agreement of the parties, that a confidential Mediation Conference subject to the provisions of Florida Statutes Chapter 44 shall be held in this case as follows:

**MEDIATOR:** RODNEY ROMANO, ESQUIRE
**LOCATION:** MATRIX MEDIATION, LLC
1655 PALM BEACH LAKES BOULEVARD SUITE 700-THE FORUM
West Palm Beach, Florida 33401
**DATE:** MONDAY, JUNE 05, 2017
**STARTING TIME:** 10:00 AM

PARTIES ARE ENCOURAGED TO SUBMIT WRITTEN MEDIATION SUMMARIES TO: rodney@matrixmediation.com

**PRE PAYMENT REQUIRED**

**A Full Day** has been reserved for this case.
**PLEASE REVIEW AND SIGN ATTACHED MEDIATION ENGAGEMENT CONFIRMATION**
**RESERVED HOURS, RATES AND CANCELLATION POLICY**

"By their appearance, all participants agree that the Mediation Confidentiality and Privilege Act (F.S. §44.404) will apply to this mediation process." If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance, please contact Krista Garber, ADA Coordinator in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida, 33401; telephone number (561) 355-2431 within two (2) working days of your receipt of this order; if you are hearing or voice impaired, call 1-800-955-8771.

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via facsimile or email to the above-named addressees this 1st day of February, 2017. GKR



BY: _____
Rodney G. Romano, Esquire
Florida Bar No.: 0559482
1655 Palm Beach Lakes Boulevard
Suite 700, The Forum
West Palm Beach, Florida  33401
Phone: (561) 340-3500    Fax: (561) 584-7792