UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

    Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYTON MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

    Defendant,
_____/

## PLAINTIFF'S INITIAL EXPERT DISCLOSURE

Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, hereby discloses the following information regarding the experts they intend to call at trial pursuant to the Court's Order Granting Motion to Continue [DE 36] and provides the following disclosure of expert witness reports as follows:

| | |
|---|---|
| 1. | Craig H. Lichtblau, M.D.,P.A.<br>550 Northlake Boulevard<br>North Palm Beach, FL  33408<br><br>Plaintiff has provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Defendants. |

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.: 2:16cv14413
Plaintiff's Expert Disclosure
Page 2 of 4

| | |
|---|---|
| 2. | Brian G. McAlary, M.D.<br>10771 Alum Springs Road<br>Culpeper, VA  22701<br><br>Plaintiff has provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Defendants. |
| 3. | John A. Sterba, M.D.<br>226 Center Street<br>East Aurora, NY  14052-2233<br><br>Plaintiff has provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Defendants. |
| 4. | Mr. Melvin L. Tucker<br>5929 Fordland Drive<br>Raleigh, NC 27606<br><br>Plaintiff has provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Defendants. |
| 5. | David R. Williams, Ph.D.<br>Florida Economics Consulting Group, Inc.<br>11601 SW 61st Court<br>Miami, FL 33156<br><br>Plaintiff has provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Defendants. |

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.: 2:16cv14413
Plaintiff's Expert Disclosure
Page 3 of 4

     I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via E-Serve to all Counsel on the attached list, this __5th__ day of May, 2017

          /s/ Darryl L. Lewis
          DARRYL L. LEWIS
          Florida Bar No.: 818021
          Attorney E-Mail(s): dll@searcylaw.com and axs@searcylaw.com
          Primary E-Mail: _lewisteam@searcylaw.com
          Searcy Denney Scarola Barnhart & Shipley, P.A.
          2139 Palm Beach Lakes Boulevard
          West Palm Beach, Florida 33409
          Phone: (561) 686-6300
          Fax:   (561) 383-9485
          Attorney for Plaintiff(s)

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.: 2:16cv14413
Plaintiff's Expert Disclosure
Page 4 of 4

## **COUNSEL LIST**

Summer M. Barranco, Esquire
summer@purdylaw.com;
melissa@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL  33304
Phone: (954)-462-3200
Fax: (954)-462-3861
Attorneys for Ken Mascara

Benjamin W. Newman, Esquire
Ben.Newman@wilsonelser.com;
Leah.Rover@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N Orange Avenue, Suite 1200
Orlando, FL  32801
Phone: (407) 203-7592
Fax: (407) 648-1376
Attorneys for Port St. Lucie Fire Rescue

Adam M. Fetterman, Esquire
fettermana@stluciesheriff.com
Saint Lucie County Sheriff's Office
4700 W Midway Road
Fort Pierce, FL  34981
Phone: (772)-462-3225
Fax: (772)-462-3351
Attorneys for St. Lucie County Sheriff's Office

Hugh L. Koerner, Esquire
hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
3475 Sheridan Street, Suite 208
Hollywood, FL  33021
Phone: (954)-522-1235
Fax: (954)-522-1176
Attorneys for Tavares Docher