UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

CASE NO.: 2:16cv14413

      Plaintiff(s),

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as Sheriff of St. Lucie County,
Florida, JOSE ROSARIO, individually, and
the ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

      Defendant(s).
_____/

## NOTICE OF COMPULSORY EXAMINATION

Defendant, JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT, an independent special district, by and through their undersigned counsel, and pursuant to Rule 35, *Federal Rules of Civil Procedure*, hereby notices a compulsory examination of the Plaintiff with the examiner designated below as follows:

    **Plaintiff to be Examined:** Tavares Docher
    **Examiner:** Michael Shahnasarian M.D.
    **Location of Examination:** Unity Health and Rehab
                                  1404 NW 22nd Street, Miami, FL 33142
    **Date of Examination:** Tuesday, May 16, 2017
    **Time of Examination:** 8:00 a.m. EST

Said examination will consist of a non-invasive examination and evaluation to include observing Tavares Docher, and viewing all equipment and medical supplies used during the day for the care and treatment of Tavares Docher. Dr. Shahnasarian is not permitted to discuss

Tavares Docher's care and/or treatment with any of Tavares' treating physicians, nurses or any other caregiver at the facility during this examination.

As good cause for said examination, Defendant states that a controversy exists as to the physical condition of Tavares Docher, and that such examination is necessary for the proper evaluation of Plaintiff's claims.

Due to time constraints; additional time necessary to set up, take down, and move equipment; disruption to the office; HIPAA compliance requirements; extra space requirements; and additional coordination required among office staff. Dr. Shahnasarian requires 72 hours advance notice of the evaluation if a court reporter, videographer, attorney, or any other third party is going to be present at the evaluation. This notification must be presented in writing, to Dr. Shahnasarian. Without this notification, the evaluation will be cancelled and a $4,000 in-office or a $7,000 out of office cancellation fee will apply.

The Defendant will seek to recover from the Plaintiff any no show and/or late cancellation fee that may be incurred by Dr. Shahnasarian in the event Tavares Docher fails to notify the undersigned's office at least 72 hours or three (3) business days prior to the examination that he is unavailable for evaluation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Clerk of Court using the CM/ECF on this 10th day of May, 2017, and furnished a copy to: **Adam Hecht, Esq.,** *(Counsel for Plaintiff)* ash@searcylaw.com, axs@searcylaw.com, mal@searcylaw.com, jcx@searcylaw.com, lewisteam@searcylaw.com, Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, FL 33409; **Summer M. Barranco, Esq.,** *(Counsel for Christopher Newman, Claylan Mangrum, Calvin*

*Robinson, Wade Courtemanche, and Ken J. Mascara, as Sheriff of St. Lucie County, Florida)*

summer@purdylaw.com; Melissa@purdylaw.com; Law Offices of Purdy, Jolly, Giuffreda & Barranco, P.A., 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, FL 33304.

        ***/s/BENJAMIN W. NEWMAN***
        BENJAMIN W. NEWMAN, ESQUIRE
        Florida Bar No.: 0011223
        JULIE A. TYK, ESQUIRE
        Florida Bar No.: 84493
        Wilson Elser Moskowitz Edelman & Dicker, LLP
        111 N. Orange Ave., Suite 1200
        Orlando, FL 32801
        Phone: (407) 203-7599
        Fax:    (407) 648-1376
        Ben.Newman@wilsonelser.com
        Julie.Tyk@wilsonelser.com

        Counsel for Defendant, JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT, an independent special district