UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

    Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYTON MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

    Defendant,

## PLAINTIFF'S SECONDED AMENDED EXPERT WITNESS DISCLOSURE

Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, hereby amends his disclosure with the following information regarding the experts and what they intend to testify at trial, pursuant to the Court's Order Granting Motion to Continue [DE 36]; and provides the following:

| | |
|---|---|
| 1. | Craig H. Lichtblau, M.D., P.A.<br>550 Northlake Boulevard<br>North Palm Beach, FL  33408<br><br>Plaintiff previously provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Defendants.<br><br>Dr. Lichtblau's testimony is based on his background, experience, and expertise in the field of Comprehensive Medical Rehabilitation and his review of the medical records and his interview and examination of the Plaintiff.  Dr. Lichtblau is expected |

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.: 2:16cv14413
Plaintiff's Second Amended Expert Witness Disclosure
Page 2

|  |  |  |
|---|---|---|
|  |  | to testify regarding the past, present, and future rehabilitative and medical needs of the Plaintiff.<br><br>The opinions of Dr. Lichtblau may be updated and modified as necessary as discovery continues. |
|  | 2. | Brian G. McAlary, M.D.<br>10771 Alum Springs Road<br>Culpeper, VA  22701<br><br>Plaintiff previously provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Defendants.<br><br>Dr. McAlary is expected to testify as to the casual relationship between the alcohol within Tavares Docher's system, the trauma to his head from being pinned to the pavement, the physical restraint of his respiratory system, and the respiratory depressant effect of the excessive dose of Ativan intramuscularly combined to produce a preventable respiratory arrest with hypoxia.  He will further testify as to the failure to recognize the obvious ventilator insufficiency which led to a subsequent preventable arrest and demise of Tavares Docher.<br><br>The opinions of Dr. McAlary may be updated and modified as necessary as discovery continues. |
|  | 3. | John A. Sterba, M.D., Ph.D., FACEP<br>226 Center Street<br>East Aurora, NY  14052-2233<br><br>Plaintiff previously provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Defendants.<br><br>Dr. Sterba's testimony is based on his background, experience, and expertise in the fields of Emergency Medicine, Urgent Care Medicine, Advanced Wound Care, and Respiratory Physiology and his review of the medical records of the Plaintiff.  Dr. Sterba is expected to testify regarding the care for a patient under the influence of alcohol and head trauma with agitation and combativeness requiring restraint; training and policies and procedures of the Emergency Medical Technician-Paramedic (EMT-P); the patho-physiology of chemical asphyxiation resulting from and caused by combining sedative-hypnotic drugs of alcohol and the benzodiazepam, lorazepam (Ativan); and the Emergency Medical Services (EMS) standard of care. |

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:  2:16cv14413
Plaintiff's Second Amended Expert Witness Disclosure
Page 3

|  | |
|---|---|
|  | The opinions of Dr. Sterba may be updated and modified as necessary as discovery continues. |
| 4. | Mr. Melvin L. Tucker<br>5929 Fordland Drive<br>Raleigh, NC 27606<br><br>Plaintiff previously provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Defendants.<br><br>Mr. Tucker is expected to testify as to the excessive and unreasonable use of force used against Tavares Docher by officers involved; the physiology of a struggle and how that contributed to Tavares Docher's injuries; and the failure of officers to intervene in what was clearly an excessive and unreasonable use of force by deputies.<br><br>The opinions of Mr. Tucker may be updated and modified as necessary as discovery continues. |
| 5. | David R. Williams, Ph.D.<br>Florida Economics Consulting Group, Inc.<br>11601 SW 61st Court<br>Miami, FL 33156<br><br>Plaintiff previously provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Defendants.<br><br>Dr. Williams' testimony is based on his background, experience, and expertise in the field of Economics and review of Dr. Lichtblau's report.  Dr. Williams is expected to testify regarding the value of the past, present, and future damages of the Plaintiff.<br><br>The opinions of Dr. Williams may be updated and modified as necessary as discovery continues. |

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.: 2:16cv14413
Plaintiff's Second Amended Expert Witness Disclosure
Page 4

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent via electronic filing using the CM/ECF system with the Clerk of the Court, which sends e-mail notification of such filing to all CM/ECF participants in this case, on this 11th day of May, 2017.

/s/ DARRYL L. LEWIS
DARRYL L. LEWIS
Florida Bar No.: 818021
Attorney E-Mail(s):  dll@searcylaw.com and axs@searcylaw.com
Primary E-Mail: _lewisteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9485
Attorney for Plaintiff(s)

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:  2:16cv14413
Plaintiff's Second Amended Expert Witness Disclosure
Page 5

## **COUNSEL LIST**

Summer M. Barranco, Esquire
summer@purdylaw.com;
melissa@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL  33304
Phone: (954)-462-3200
Fax: (954)-462-3861
Attorneys for Ken Mascara

Benjamin W. Newman, Esquire
Ben.Newman@wilsonelser.com;
Leah.Rover@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N Orange Avenue, Suite 1200
Orlando, FL  32801
Phone: (407) 203-7592
Fax: (407) 648-1376
Attorneys for Port St. Lucie Fire Rescue

Hugh L. Koerner, Esquire
hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
3475 Sheridan Street, Suite 208
Hollywood, FL  33021
Phone: (954)-522-1235
Fax: (954)-522-1176
Attorneys for Tavares Docher