UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

      Plaintiffs,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

      Defendants.
_____/

CASE NO.: 2:16cv14413

**DEFENDANTS' (NEWMAN, MANGRUM, ROBINSON, COURTEMANCHE, AND MASCARA) NOTICE OF JOINDER IN AND ADOPTION OF MOTION TO STRIKE PLAINTIFF'S UNTIMELY EXPERT DISCLOSURE AND TO EXCLUDE TESTIMONY AND INCORPORATED MEMORANDUM OF LAW**

The Defendants, CHRISTOPHER NEWMAN, individually, CLAYLAN MANGRUM, individually, CALVIN ROBINSON, individually, WADE COURTEMANCHE, individually and KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, FLORIDA, hereby give notice to join in and adopt the Motion to Strike Plaintiff's Untimely Expert Disclosure and to Exclude Testimony pending before this Court [DE 45]. Similar to Defendants Rosario and St. Lucie County Fire District, the Defendants Newman, Mangrum, Robinson, Courtemanche and Mascara seek an order excluding Plaintiff's anticipated expert testimony on the same grounds.

WHEREFORE Defendants Newman, Mangrum, Robinson, Courtemanche, and Mascara, respectfully request an Order Striking Plaintiff's Expert Witness Disclosure [DE 40, 41, & 43] and excluding Plaintiff's anticipated expert testimony. Alternatively, Defendants request an order extending the deadline to disclose rebuttal experts since, through no fault of their own, Defendants' ability to retain rebuttal experts has been hindered.

### 7.1(a)(3) STATEMENT

Counsel for the moving party has made reasonable effort to confer with the opposing party by emailing all attorneys of record for the Plaintiff but has been unable to do so. However, as indicated in Co-Defendants' Motion, Plaintiff objected to the relief sought in their Motion.

I HEREBY CERTIFY that a copy of the foregoing was emailed to: **ADAM S. HECHT, ESQUIRE,** Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, Florida 33409, ash@searcylaw.com, axs@searcylaw.com; mal@searcylaw.com; jcx@searcylaw.com**; HUGH L. KOERNER, ESQUIRE**, Hugh L. Koerner, P.A., Sheridan Executive Centre, 3475 Sheridan Street, Suite 208, Hollywood, FL 33021, hlklaw@hughkoerner.com and **BENJAMIN W. NEWMAN, ESQUIRE**, GRAY ROBINSON, 301 East Pine Street, Suite 1400, Orlando, Florida 32801, Ben.Newman@wilsonelser.com; Leah.Rover@wilsonelser.com, this **19th** day of May, 2017.

        PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
        Attorneys for Defendants Newman, Mangrum, Robinson,
        Courtemanche and Sheriff
        2455 East Sunrise Boulevard, Suite 1216
        Fort Lauderdale, Florida 33304
        Telephone (954) 462-3200
        Telecopier (954) 462-3861
        Email: summer@purdylaw.com
              melissa@purdylaw.com

BY:   */s/ Summer M. Barranco*
       Summer M. Barranco
       Fla. Bar No. 984663