UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16cv14413

TAVARES DOCHER, by and through JANICE
DOCHER-NEELEY, his mother and legal
guardian,

        Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYTON MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

        Defendant.
_____/

## NOTICE OF SERVING PLAINTIFF'S EXPERT REPORTS

COMES the Plaintiff, Tavares Docher by and through his mother and legal guardian, Janice Docher-Neeley, by and through undersigned counsel, and hereby provides notice that the following reports of Plaintiff's Experts have been served upon counsel:

1. Report of Mel Tucker dated May 16, 2017[1] (served on May 22, 2017);
2. Report of Dr. Brian McAlary dated May 21, 2017[2] (served on May 22, 2017);
3. Reports of Dr. Craig Lichtblau dated February 16, 2015 and February 18, 2017[3] (served on May 22, 2017); and,
4. Report of Dr. John Sterba dated May 22, 2017[4] (served on May 23, 2017).

---

[1] Deposition dates of May 30, 2017 and May 31, 2017 have been provided for Mr. Tucker.
[2] Deposition dates of May 25, 2017 and May 26, 2017 have been provided for Dr. McAlary.
[3] A deposition date of May 31, 2017 has been provided for Dr. Licthblau.
[4] Deposition dates of May 26, 2017; May 30, 2017 and May 31, 2017 have been provided for Dr. Sterba.

Exhibit "A"

Docher, Tavares vs. St. Lucie County Sheriff's Office
NOTICE OF SERVING EXPERT REPORTS
Page 2 of 3

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via E-Serve to all Counsel on the attached list, this 23nd day of May, 2017.

/s/ DARRYL L. LEWIS
DARRYL L. LEWIS
Florida Bar No.: 818021
Attorney E-Mail(s):  dll@searcylaw.com and axs@searcylaw.com
Primary E-Mail: _lewisteam@seacylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9485
Attorney for Plaintiff(s)

Docher, Tavares vs. St. Lucie County Sheriff's Office
NOTICE OF SERVING EXPERT REPORTS
Page 3 of 3

## **COUNSEL LIST**

Summer M. Barranco, Esquire
summer@purdylaw.com;
melissa@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL  33304
Phone: (954)-462-3200
Fax: (954)-462-3861
Attorneys for Ken Mascara

Benjamin W. Newman, Esquire
Ben.Newman@wilsonelser.com;
Leah.Rover@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N Orange Avenue, Suite 1200
Orlando, FL  32801
Phone: (407) 203-7592
Fax: (407) 648-1376
Attorneys for Port St. Lucie Fire Rescue


Hugh L. Koerner, Esquire
hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
3475 Sheridan Street, Suite 208
Hollywood, FL  33021
Phone: (954)-522-1235
Fax: (954)-522-1176
Attorneys for Tavares Docher