# COMPREHENSIVE REHABILITATION RE-EVALUATION

Containing

**Extended Follow-Up Visit**
**Updated Continuation of Care**
**Updated Summary Report**
**Updated Photographs**
**Updated Documentation**

On

# Tavares Docher

Prepared by:
Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
© 2002 by Craig H. Lichtblau, M.D.

EXHIBIT B

# Extended Follow-Up Visit

EXHIBIT B

# CRAIG H. LICHTBLAU, M.D., P.A.

## PHYSICAL MEDICINE AND REHABILITATION
### BOARD CERTIFIED

PEDIATRIC • ADOLESCENT • ADULT • GERIATRIC

550 Northlake Boulevard
North Palm Beach, Florida 33408-5409
Phone: (561) 842-3694
Facsimile: (561) 842-3774

Outpatient Physical Medicine
Inpatient Rehabilitation
Medical Functional Capacity Exams
Nationwide Catastrophic Evaluations

Darryl L. Lewis, Esquire
Searcy, Denney, Scarola, Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, Florida  33409

## Extended Follow-Up Visit

Date:    02/18/17
Patient:   Tavares Docher
Chart #:   34615
DOB:
Date of injury:  05/11/14

I initially evaluated this patient on 12/13/14.  At that time, the History of Present Illness was obtained from the patient's mother, Janice Docher Neeley.

At that time, the patient's mother stated that her son, Tavares, was a ☐-year-old, right-hand dominant  black male who was in his normal state of health until 05/11/14, when he was arrested by the St. Lucie County Sheriff's Department for public intoxication.  The patient was acting intoxicated, unsteady on his feet, speaking loudly, and swinging his arms.   The patient was informed he was under arrest for disorderly intoxication and causing a disturbance.  The patient's mother stated her son did not fight with the deputies; however, eventually, a struggle ensued and her son was hit in the face on the right side of his head by one of the officer's elbow.  The patient was held on the ground by the deputies for approximately 15 minutes.  EMS was called and they administered a shot of Ativan, 4 mg, to her son.

EXHIBIT B

Tavares Docher                                                    Page 2

The patient's mother stated shortly after the paramedics gave him the shot of Ativan, they realized he was not breathing.  Cardiopulmonary resuscitation was then administered by the emergency technicians all the way to the hospital.  The patient's mother stated her son never woke up.

Testing was performed and it was found the patient had blood in his urine, and he was having constant seizures in the emergency room.  The patient was then transported to Palms West Hospital, where he was evaluated for his continuous seizures.  The patient remained in Palms West Hospital for approximately two days.

The patient was then transferred back to St. Lucie Medical Center in Port St. Lucie.
The patient had some movement in her arms and legs; however, he did not know what was going on, and he did not communicate.  The patient remained in St. Lucie Medical Center until May 27, 2014.

The patient was then transported to Kindred Hospital in Fort Lauderdale, Florida, where he remained for approximately 30 days.  On July 3, 2014, the patient was transferred to Unity Health and Rehabilitation Nursing Home in Miami, Florida.

Initially when I evaluated the patient on 12/13/14, his mother stated her son did not communicate.  He did not track with his eyes, and he had no purposeful movement whatsoever.  The patient's upper and lower extremities were contracted.  The patient was being fed by a G-Tube and he had a tracheostomy tube in place.  The patient's mother stated her son had no interaction with the environment, and he required 24-hour aide and attendant care and assistance for all activities of daily living, as he could do nothing for himself.

The patient's mother stated at that point her son was not receiving any physical, occupational, or speech/cognitive therapy services, and he was not participating in his environment.  The patient just laid in bed, and his mother stated the most they could hope for was custodial care for someone to keep him clean.  She stated she felt like he was deteriorating quickly in the facility, and stated he was not receiving any services except being cleaned once or twice a day. The patient's mother stated she did not want her son institutionalized in this facility, as she felt that he was not getting the care he deserves.

The patient's mother stated prior to her son receiving the shot of Ativan, he was independent in ambulation and all activities of daily living.  The patient was on disability because he was diagnosed with schizophrenia.   The patient's mother stated her schizophrenic son lived with her in Fort Lauderdale, and he came home when he felt like it. She stated when he did not feel like coming home, he would hang out in Pompano Beach.

The patient's mother stated she would like her son to have as normal a life as possible, whatever that may be at this point, and she does not want her son to experience pain and discomfort.  The patient's mother stated she is worried her son is going to feel pain and discomfort when he wakes up.

EXHIBIT B

Tavares Docher                                                      Page 3

The patient's mother stated she wanted her son moved to a better facility, or for him to have his own wheelchair accessible home, wheelchair accessible van, appropriate equipment, and 24-hour care at the appropriate level.

I re-evaluated the patient in Unity Health and Rehab Center on February 18, 2017. The patient's mother states since the time of my initial evaluation on 12/13/14, her son has remained relatively medically stable except for a bouts with pneumonia, infection, and vomiting. The patient was admitted to University of Miami Hospital in July of 2016 for approximately four days, in August of 2016 for approximately four days, in September of 2016 for approximately one week, and in October of 2016. The patient's mother states his last admission in October of 2016 was for approximately five days. The patient is currently residing in Unity Health and Rehab Center, and he has remained relatively stable for the past three to four months.

The patient currently has a tracheostomy tube with a humidifier and a G-tube. He is currently in a persistent vegetative state.

The patient's mother states the patient will have his eyes open at times, but he does not track or perform any purposeful movement.

Objective:

| | |
|---|---|
| Constitutional: | **General:** The patient is lying in bed. He has contractures in all joints, (please see photographs). |
| Skin: | The patient has skin breakdown in the plantar aspect of his medial right foot and over his lateral right malleolus. The patient also has skin breakdown over the lateral aspect of his left shoulder. |
| Neck: | There is a tracheostomy tube in place, (please see photographs). |
| Extremities: | The patient has contractures in each joint of his body. |
| Gastrointestinal: | There is a G-tube in place, (please see photographs). |
| Neurological: | The patient has no interaction with his environment and he is unable to participate in his environment at any level. The patient does have his eyes open and demonstrates a sleep/awake cycle. He does not respond to verbal communication. |
| Gait: | Unable to test, (please see photographs). |
| Babinski: | Untested. |
| Romberg: | Unable to test. |
| Deep Tendon Reflexes: | Untested. |
| Motor: | Unable to test. |
| Sensory: | Untested. |

EXHIBIT B

Tavares Docher                                                    Page 4

Diagnostic Impression:

1.  History of multiple abrasions to his face, cheeks, shoulders, arms, and bilateral legs, secondary to injuries during an arrest by law enforcement on 05/11/14.

2.  History of a laceration to his right temporal region, secondary to injuries during an arrest by law enforcement on 05/11/14.

3.  History of contusions to bilateral buttocks, demonstrated on CT scan of his abdomen and pelvis obtained on 05/11/14, secondary to injuries during an arrest by law enforcement on 05/11/14.

4.  History of bilateral depressed nasal bone fractures, demonstrated on CT scan of his face/head obtained on 05/11/14, secondary to injuries during an arrest by law enforcement on 05/11/14.

5.  History of extensive soft tissue swelling over his face, demonstrated on CT scan of his head and brain obtained on 05/11/14, secondary to injuries during an arrest by law enforcement on 05/11/14.

6.  History of small right mastoid effusion, demonstrated on MRI of the brain performed without contrast on 05/12/14, secondary to injuries during an arrest by law enforcement on 05/11/14.

7.  History of non-displaced fracture of his right clavicle, demonstrated on CT scan of his upper extremity obtained on 05/12/14, secondary to injuries during an arrest by law enforcement on 05/11/14.

8.  History of cardiac arrest, status-post injection of 4 mg of Ativan administered by Emergency Medical Services during an arrest by law enforcement on 05/11/14.

9.  History of cardiopulmonary resuscitation with electrocardioversion to a normal sinus rhythm, secondary to the administration of Ativan by Emergency Medical Services during an arrest by law enforcement on 05/11/14.

10. History of endotracheal intubation, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

11. History of rhabdomyolysis diagnosed on 05/11/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

12. History of metabolic acidosis, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

13. History of seizures, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

14. History of acute respiratory failure requiring mechanical ventilation, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

15. History of central venous line placement on 05/12/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

16. History of anoxic brain injury, diagnosed on 05/14/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

17. History of pneumonia, status-post mechanical ventilation, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

EXHIBIT B

18. History of severe bilateral cerebral edema, demonstrated on MRI of his brain obtained on 05/16/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

19. History of persistent vegetative state, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

20. History of global hypoxic encephalopathy, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

21. History of diffuse abnormal diffusion restriction involving his cortex, subcortical white matter, cerebral hemispheres, and basal ganglia bilaterally, compatible with diffuse anoxia; persistent diffuse sulcal effacement, basilar cistern effacement, and abnormal contour of his mid brain, stable since prior examinations; diffuse leptomeningeal enhancement on post contrast imaging; and bilateral mastoid cell effusions, demonstrated on MRI of the brain with and without contrast performed on 05/17/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

22. History of tracheostomy, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

23. History of gastrostomy tube insertion, performed on 05/21/14 by Dr. Scott Altschuler, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

24. Status-post exploration of tracheostomy and ligation of bleeder vessels, performed by Dr. Adam Kurtin on 05/26/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

25. History of chronic respiratory failure, secondary to anoxic brain injury, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

26. History of dysphasia, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

27. History of transaminitis, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

28. History of evidence of diffuse global bilateral cerebral dysfunction, consistent with a toxic metabolic infection or hypoxic condition, demonstrated on electroencephalogram (EEG) performed on 08/12/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

29. Acute functional decline requiring dependence on other people for survival in his environment, secondary to severe anoxic brain injury, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

30. History of schizophrenia.

EXHIBIT B

Tavares Docher                                                    Page 6

Assessment:
I initially evaluated this patient on 12/13/14 and re-evaluated him on 02/18/17.  There
has been no clinically significant change in this patient's neurologic status. There is no
change in my clinical opinions.  I believe the patient remains in a persistent vegetative
state.  He remains medically stable at this time.


Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, American Academy of Disability Evaluating Physicians
CHL/de/feb/17

**EXHIBIT B**

# UPDATED

# CONTINUATION
# OF
# CARE

# <u>MODEL I</u>

EXHIBIT B

## Updated
## Continuation of Care – Model I

Date:      02/18/17
Patient:   Tavares Docher

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care*: | | | |
| Neurologist | Life | 1x Ev 3 Mos & Prn | 100.-400.00/OV |
| Primary Care Physician | Life | 1x Ev 3-4 Mos And Prn | 100.-400.00/OV |
| Cardiologist | Life | Prn | 90.-125.00/OV |
| Ophthalmologist | Life | Prn | 200.00/OV |
| Orthopedic Surgeon | Life | Prn | 90.-150.00/OV |
| Gastroenterologist | Life | 2x Yr and Prn | 100.-400.00/OV |
| ENT | Life | 1x Yr and Prn | 176.-348.00/OV |

EXHIBIT B

**Updated Continuation of Care – Model I**
Page Two

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care*:  (Continued) | | | |
| Urological | Life | Prn | 75.-150.00/OV |
| Physiatrist | Life | 2-4x Yr and Prn | 200.-350.00/OV |
| Dentist | Life | Ev 6 Mos | 234.00 (Cleaning, Check-Up and X-Rays) |

EXHIBIT B

**Updated Continuation of Care – Model I**
Page Three

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Diagnostic Tests*: | | | |
| Electroencephalogram (EEG) | Life | Prn | 871.00 |
| EKG | Life | Prn | 41.00 |
| Echocardiogram | Life | Prn | 763.-876.00 |
| Renal Ultrasound | Life | Prn | 289.00 |
| MRI (Brain) | Life | Prn | 641.-1,156.00 |
| MRI (Lumbosacral) (Hips) | Life | Prn | 642.00 ea 629.00 ea |
| X-ray Thoracolumbar | Life | 1x Yr/Prn | 85.00 ea |
| X-ray Lumbosacral | Life | 1 x Yr/Prn | 85.00 ea |
| Chest x-ray | Life | 1x Ev 3-4 Months | 68.00 ea |

EXHIBIT B

**Updated Continuation of Care – Model I**
Page Four

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Diagnostic Tests*: (Continued) | | | |
| Intravenous Pyelogram | Life | Prn | 266.00 |
| Barium Swallow | Life | 1x Yr/Prn | 306.00 |
| Scoliosis Survey | Life | Prn | 170.00 |
| Routine Urinalysis | Life | 1x Yr | 31.00 |
| *CBC with Differential | Life | 1x Ev 3-4 Months | 37.00 |
| *Hepatic Panel | Life | 1x Ev 3-4 Months | 41.00 |
| *SMA-20 | Life | 1x Ev 3-4 Months | 104.00 |
| *Serum Level of Anti-Seizure Medication | Life | 1x Ev 3-6 Months | 91.00-103.00 |

* If patient is on anti-seizure medications.

EXHIBIT B

**Updated Continuation of Care – Model I**
Page Five

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|

_Possible Surgical Procedures and Potential Complications_:

| | | | |
|---|---|---|---|
| Pulmonary | Life | | |
| Urological | Life | | |
| Thrombophlebitis | Life | | |
| Renal Complications | Life | | |
| Decubitus Care | Life | | |
| Seizure Activity | Life | | |
| Hydrocephalus Requiring VP Shunt Placement | Life | | |
| V-P Shunt Replacement | Life | | |
| Infection of Shunt | Life | | |
| Strabismus | Life | | |

**UNABLE TO OBTAIN COSTS WITH MEDICAL CERTAINTY.**

EXHIBIT B

**Updated Continuation of Care – Model I**
**Page Six**

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|

*Possible Surgical Procedures and Potential Complications*: (Continued)

| | | | |
|---|---|---|---|
| Contractive Deformities | Life | | **UNABLE** |
| Spine Stabilization | Life | | **TO** |
| Dorsal Rhizotomy | Life | | **OBTAIN** |
| Intra. Baclofen Pump | Life | | **COSTS** |
| Aspiration Pneumonia | Life | | |
| Urosepsis | Life | | **WITH** |
| G-Tube Replacement | Life | | **MEDICAL** |
| Endoscopy | Life | | |
| Botox Injections | Life | | **CERTAINTY.** |

EXHIBIT B

**Updated Continuation of Care – Model I**
**Page Seven**

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Therapeutic Evaluations:* | | | |
| Physical Therapy | Life | 1x Yr & Prn | 385.00 |
| Occupational Therapy | Life | 1x Yr & Prn | 385.00 |
| Speech/Cognitive | Life | 1x Yr & Prn | 495.00 |
| Neuropsychological | Life | 1 x Yr / Prn | 1,500.00-2,000.00 (Includes Evaluation and Testing) |
| *Outpatient Therapy:* | | | |
| Physical | Life | 3 x Wk | 80.00/Visit |
| Occupational/ADL | Life | 3 x Wk | 80.00/Visit |
| Speech Therapy | Life | 3 x Wk | 80.00/Visit |

EXHIBIT B

**Updated Continuation of Care – Model I**
Page Eight

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Support Care*: | | | |
| *RN | Life | 24 hrs/Day 7 days/Wk 52 wks/Yr | 35.-40.00 / Hr |
| **LPN | Life | 24 hrs/Day 7 days/Wk 52 wks/Yr | 27.-30.00 / Hr |
| Housekeeper | Now – Death | 4 Hrs/Dy 3 Dys/Wk | 16.00/Hr (Approximate) |
| Case Manager | Life | 2-3x Mo | 59.00/Hr |

*During periods of medical fragility an R.N. must provide the patient's care, (5% of the time).

**During periods of medical stability an L.P.N. can provide the services, (95% of the time).

EXHIBIT B

**Updated Continuation of Care – Model I**
Page Nine

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Orthosis*: | | | |
| Bilateral Hand Splints | Life | 2 Ev 3-5 Yrs | 95.07 ea * |
| Bilateral Ankle AFOs | Life | 2 Ev 3-5 Yrs | 90.89 ea * |
| *Medical/Personal Supplies* | | | |
| Depends | Life | 6 per day | 419.70/Month* |
| Wipes | Life | 4 Pkgs/Month | 26.95/Month * |
| Disposable Underpads (Chux) | Life | 30-60/Month | 94.50 (80) * |
| Nonsterile Gloves | Life | 2-4 Boxes/Month | 6.99/Box * |

*See printouts in Documentation Section.

EXHIBIT B

**Updated Continuation of Care – Model I**
Page Ten

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Bathing/Toileting*: | | | |
| Orthopedic Adaptive Commode/Shower Chair | Life | 1 Every 15 Yrs | 1,611.00 * |
| *Mobility Equipment*: | | | |
| Manual Wheelchair | Life | 1 Ev 5-7 Yrs | 1,619.00  * |
| *Transferring*: | | | |
| Hoyer Lift | Life | 1 Ev 10 Yrs | 1,283.00  * |
| Medical Furniture: | | | |
| Full Electric Bed with Rotation Mattress | Life | 1x Ev 8-10 Yrs | 5,229.00  * |
| *Housing*: | | | |
| Wheelchair Accessible Home | | 1 X | 250,000.00-400,000.00 * Estimate |

*See printouts in Documentation Section.

EXHIBIT B

**Updated Continuation of Care – Model I**
Page Eleven

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Transportation:* | | | |
| Van W/Conversions & Modifications | Life | 1x Ev 5-7 Years | 48,000.00- 69,000.00 - |
| Automobile Association (Yearly + Plan) | Life | Yearly | 59.50-79.00 |
| Cellular Phone (Portable) | Life | 1 Ev 5-7 Yrs | 39.99 and up |

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, American Academy of Disability Evaluating Physicians
CHL/de/mar.17

EXHIBIT B

# UPDATED

# CONTINUATION
# OF
# CARE

# <u>MODEL II</u>

EXHIBIT B

<u>**Updated**</u>
<u>**Continuation of Care – Model II**</u>

Date:     02/8/17
Patient:  Tavares Docher

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care*: | | | |
| Neurologist | Life | 1x Ev 3 Mos & Prn | 100.-400.00/OV |
| Primary Care Physician | Life | 1x Ev 3-4 Mos And Prn | 100.-400.00/OV |
| Cardiologist | Life | Prn | 90.-125.00/OV |
| Ophthalmologist | Life | Prn | 200.00/OV |
| Orthopedic Surgeon | Life | Prn | 90.-150.00/OV |
| Gastroenterologist | Life | 2x Yr and Prn | 100.-400.00/OV |
| ENT | Life | 1x Yr and Prn | 176.-348.00/OV |

EXHIBIT B

**Updated Continuation of Care – Model I**
Page Two

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care*:  (Continued) | | | |
| Urological | Life | Prn | 75.-150.00/OV |
| Physiatrist | Life | 2-4x Yr and Prn | 200.-350.00/OV |
| Dentist | Life | Ev 6 Mos | 234.00 (Cleaning, Check-Up and X-Rays) |

EXHIBIT B

**Updated Continuation of Care – Model I**
Page Three

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Diagnostic Tests*: | | | |
| Electroencephalogram (EEG) | Life | Prn | 871.00 |
| EKG | Life | Prn | 41.00 |
| Echocardiogram | Life | Prn | 763.-876.00 |
| Renal Ultrasound | Life | Prn | 289.00 |
| MRI (Brain) | Life | Prn | 641.-1,156.00 |
| MRI (Lumbosacral) (Hips) | Life | Prn | 642.00 ea 629.00 ea |
| X-ray Thoracolumbar | Life | 1x Yr/Prn | 85.00 ea |
| X-ray Lumbosacral | Life | 1 x Yr/Prn | 85.00 ea |
| Chest x-ray | Life | 1x Ev 3-4 Months | 68.00 ea |

EXHIBIT B

**Updated Continuation of Care – Model I**
Page Four

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Diagnostic Tests*: (Continued) | | | |
| Intravenous Pyelogram | Life | Prn | 266.00 |
| Barium Swallow | Life | 1x Yr/Prn | 306.00 |
| Scoliosis Survey | Life | Prn | 170.00 |
| Routine Urinalysis | Life | 1x Yr | 31.00 |
| *CBC with Differential | Life | 1x Ev 3-4 Months | 37.00 |
| *Hepatic Panel | Life | 1x Ev 3-4 Months | 41.00 |
| *SMA-20 | Life | 1x Ev 3-4 Months | 104.00 |
| *Serum Level of Anti-Seizure Medication | Life | 1x Ev 3-6 Months | 91.00-103.00 |

* If patient is on anti-seizure medications.

EXHIBIT B

**Updated Continuation of Care – Model I**
Page Five

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
| --- | --- | --- | --- |

*Possible Surgical Procedures and Potential Complications*:

| Medical Care | Period | | |
| --- | --- | --- | --- |
| Pulmonary | Life | | |
| Urological | Life | | |
| Thrombophlebitis | Life | | |
| Renal Complications | Life | | |
| Decubitus Care | Life | | |
| Seizure Activity | Life | | |
| Hydrocephalus Requiring VP Shunt Placement | Life | | |
| V-P Shunt Replacement | Life | | |
| Infection of Shunt | Life | | |
| Strabismus | Life | | |

UNABLE

TO

OBTAIN

COSTS

WITH

MEDICAL

CERTAINTY.

EXHIBIT B

**Updated Continuation of Care – Model I**
Page Six

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|

*Possible Surgical Procedures and Potential Complications*:  (Continued)

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| Contractive Deformities | Life | | |
| Spine Stabilization | Life | | |
| Dorsal Rhizotomy | Life | | |
| Intra. Baclofen Pump | Life | | |
| Aspiration Pneumonia | Life | | |
| Urosepsis | Life | | |
| G-Tube Replacement | Life | | |
| Endoscopy | Life | | |
| Botox Injections | Life | | |

## UNABLE TO OBTAIN COSTS WITH MEDICAL CERTAINTY.

EXHIBIT B

**Updated Continuation of Care - Model II**
Page Seven

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|

## Unity Health & Rehabilitation Center

Unity Health & Rehabilitation Center                    $  350.00 per day *

Includes:

24 Hour Skilled Care
Physical Therapy
Occupational Therapy
Speech/Language Therapy
IV Therapy/Tracheotomy Care
Therapeutic and Specialized Dietary Services

The cost would be $350.00 per day.  This would include the room and board and all of the above services.  See printout in Documentation section for list of services and amenities included.

*See printout in Documentation Section.

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, American Academy of Disability Evaluating Physicians
CHL/de/mar.17

EXHIBIT B

# Updated

# Summary Report

EXHIBIT B

# CRAIG H. LICHTBLAU, M.D., P.A.

PHYSICAL MEDICINE AND REHABILITATION
BOARD CERTIFIED

PEDIATRIC • ADOLESCENT • ADULT • GERIATRIC

550 Northlake Boulevard
North Palm Beach, Florida 33408-5409
Phone: (561) 842-3694
Facsimile: (561) 842-3774

Outpatient Physical Medicine
Inpatient Rehabilitation
Medical Functional Capacity Exams
Nationwide Catastrophic Evaluations

Darryl L. Lewis, Esquire
Searcy, Denney, Scarola, Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, Florida 33409

## Updated Summary Report

Date:      02/18/17
Patient:   Tavares Docher
Chart #:   34615
DOB:
Date of injury:  05/11/14

I initially evaluated this patient on 12/13/14. At that time, the History of Present Illness was obtained from the patient's mother, Janice Docher Neeley.

At that time, the patient's mother stated that her son, Tavares, was a    ·year-old, right-hand dominant  black male who was in his normal state of health until 05/11/14, when he was arrested by the St. Lucie County Sheriff's Department for public intoxication. The patient was acting intoxicated, unsteady on his feet, speaking loudly, and swinging his arms. The patient was informed he was under arrest for disorderly intoxication and causing a disturbance. The patient's mother stated her son did not fight with the deputies; however, eventually, a struggle ensued and her son was hit in the face on the right side of his head by one of the officer's elbow. The patient was held on the ground by the deputies for approximately 15 minutes. EMS was called and they administered a shot of Ativan, 4 mg, to her son.

Tavares Docher                                                            Page 2

The patient's mother stated shortly after the paramedics gave him the shot of Ativan, they realized he was not breathing. Cardiopulmonary resuscitation was then administered by the emergency technicians all the way to the hospital. The patient's mother stated her son never woke up.

Testing was performed and it was found the patient had blood in his urine, and he was having constant seizures in the emergency room. The patient was then transported to Palms West Hospital, where he was evaluated for his continuous seizures. The patient remained in Palms West Hospital for approximately two days.

The patient was then transferred back to St. Lucie Medical Center in Port St. Lucie. The patient had some movement in her arms and legs; however, he did not know what was going on, and he did not communicate. The patient remained in St. Lucie Medical Center until May 27, 2014.

The patient was then transported to Kindred Hospital in Fort Lauderdale, Florida, where he remained for approximately 30 days. On July 3, 2014, the patient was transferred to Unity Health and Rehabilitation Nursing Home in Miami, Florida.

At the time of my evaluation on 12/13/14, his mother stated her son did not communicate. He did not track with his eyes, and he had no purposeful movement whatsoever. The patient's upper and lower extremities were contracted. The patient was being fed by a G-Tube and he had a tracheostomy tube in place. The patient's mother stated her son had no interaction with the environment, and he required 24-hour aide and attendant care and assistance for all activities of daily living, as he could do nothing for himself.

The patient's mother stated at that point her son was not receiving any physical, occupational, or speech/cognitive therapy services, and he was not participating in his environment. The patient just laid in bed, and his mother stated the most they could hope for was custodial care for someone to keep him clean. She stated she felt like he was deteriorating quickly in the facility, and stated he was not receiving any services except being cleaned once or twice a day. The patient's mother stated she did not want her son institutionalized in this facility, as she felt that he was not getting the care he deserves.

The patient's mother stated prior to her son receiving the shot of Ativan, he was independent in ambulation and all activities of daily living. The patient was on disability because he was diagnosed with schizophrenia. The patient's mother stated her schizophrenic son lived with her in Fort Lauderdale, and he came home when he felt like it. She stated when he did not feel like coming home, he would hang out in Pompano Beach.

At that time the patient's mother stated she wanted her son to have as normal a life as possible, whatever that may be at this point, and she did not want her son to experience pain and discomfort. The patient's mother stated she was worried her son was going to feel pain and discomfort when he wakes up.

EXHIBIT B

Tavares Docher                                                    Page 3

The patient's mother stated she wanted her son moved to a better facility, or for him to have his own wheelchair accessible home, wheelchair accessible van, appropriate equipment, and 24-hour care at the appropriate level.

I re-evaluated the patient in Unity Health and Rehab Center on February 18, 2017.  At that time, the patient's mother stated since the time of my initial evaluation on 12/13/14, her son has remained relatively medically stable except for bouts with pneumonia, infection, and vomiting.  The patient was admitted to University of Miami Hospital in July of 2016 for approximately four days, in August of 2016 for approximately four days, in September of 2016 for approximately one week, and in October of 2016.  The patient's mother states his last admission in October of 2016 was for approximately five days.  The patient was residing in Unity Health and Rehab Center at the time of my re-evaluation, and he had remained relatively stable for the past three to four months.

The patient had a tracheostomy tube with a humidifier and a G-tube and he was in a persistent vegetative state.

The patient's mother stated the patient would have his eyes open at times, but he does not track or perform any purposeful movement.

There has been no clinically significant change in this patient's neurologic status. There is no change in my clinical opinions.  I believe the patient remains in a persistent vegetative state.  He remains medically stable at this time.

It was my medical opinion at that time the patient was suffering from:

1. History of multiple abrasions to his face, cheeks, shoulders, arms, and bilateral legs, secondary to injuries during an arrest by law enforcement on 05/11/14.
2. History of a laceration to his right temporal region, secondary to injuries during an arrest by law enforcement on 05/11/14.
3. History of contusions to bilateral buttocks, demonstrated on CT scan of his abdomen and pelvis obtained on 05/11/14, secondary to injuries during an arrest by law enforcement on 05/11/14.
4. History of bilateral depressed nasal bone fractures, demonstrated on CT scan of his face/head obtained on 05/11/14, secondary to injuries during an arrest by law enforcement on 05/11/14.
5. History of extensive soft tissue swelling over his face, demonstrated on CT scan of his head and brain obtained on 05/11/14, secondary to injuries during an arrest by law enforcement on 05/11/14.
6. History of small right mastoid effusion, demonstrated on MRI of the brain performed without contrast on 05/12/14, secondary to injuries during an arrest by law enforcement on 05/11/14.
7. History of non-displaced fracture of his right clavicle, demonstrated on CT scan of his upper extremity obtained on 05/12/14, secondary to injuries during an arrest by law enforcement on 05/11/14.

EXHIBIT B

8. History of cardiac arrest, status-post injection of 4 mg of Ativan administered by Emergency Medical Services during an arrest by law enforcement on 05/11/14.

9. History of cardiopulmonary resuscitation with electrocardioversion to a normal sinus rhythm, secondary to the administration of Ativan by Emergency Medical Services during an arrest by law enforcement on 05/11/14.

10. History of endotracheal intubation, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

11. History of rhabdomyolysis diagnosed on 05/11/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

12. History of metabolic acidosis, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

13. History of seizures, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

14. History of acute respiratory failure requiring mechanical ventilation, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

15. History of central venous line placement on 05/12/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

16. History of anoxic brain injury, diagnosed on 05/14/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

17. History of pneumonia, status-post mechanical ventilation, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

18. History of severe bilateral cerebral edema, demonstrated on MRI of his brain obtained on 05/16/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

19. History of persistent vegetative state, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

20. History of global hypoxic encephalopathy, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

21. History of diffuse abnormal diffusion restriction involving his cortex, subcortical white matter, cerebral hemispheres, and basal ganglia bilaterally, compatible with diffuse anoxia; persistent diffuse sulcal effacement, basilar cistern effacement, and abnormal contour of his mid brain, stable since prior examinations; diffuse leptomeningeal enhancement on post contrast imaging; and bilateral mastoid cell effusions, demonstrated on MRI of the brain with and without contrast performed on 05/17/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

22. History of tracheostomy, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

23. History of gastrostomy tube insertion, performed on 05/21/14 by Dr. Scott Altschuler, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.

24. Status-post exploration of tracheostomy and ligation of bleeder vessels, performed by Dr. Adam Kurtin on 05/26/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.
25. History of chronic respiratory failure, secondary to anoxic brain injury, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.
26. History of dysphasia, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.
27. History of transaminitis, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.
28. History of evidence of diffuse global bilateral cerebral dysfunction, consistent with a toxic metabolic infection or hypoxic condition, demonstrated on electroencephalogram (EEG) performed on 08/12/14, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.
29. Acute functional decline requiring dependence on other people for survival in his environment, secondary to severe anoxic brain injury, secondary to cardiac arrest, secondary to the administration of Ativan during an arrest by law enforcement on 05/11/14.
30. History of schizophrenia.

After obtaining a history, performing a physical examination, and observing this patient on two occasions, 12/13/14 and 02/18/7, it is my medical opinion as a Board Certified Physiatrist this patient will never participate in gainful employment in the competitive open labor market, or in a sheltered environment with a benevolent employer, secondary to severe physical and cognitive deficits.

It is my medical opinion this patient has reached Maximum Medical Improvement in regards to conservative care and he has a **93%** permanent partial impairment of the whole person, according to the AMA Guides to the Evaluation of Permanent Impairment, Sixth Edition.

After obtaining a history, performing a physical examination, as well as observing this patient in his current facility, it is my medical opinion as a Board Certified Physiatrist as this patient suffers the secondary effects of aging, combined with his current impairment, his disability will actually increase over time.

This patient sustained a hypoxic brain injury on 05/11/14, and I evaluated this patient on 12/13/14 and again on 02/8/17. Initially, it was reported that the patient was in a coma, then in a persistent vegetative state, which is a clinical condition of complete unawareness of self in the environment, accompanied by sleep/awake cycles, along with either complete or partial preservation of hypothalamic and brain stem autonomic functions. In addition, patients in a vegetative state show no evidence of sustained,

EXHIBIT B

Tavares Docher                                                    Page 6

reproducible or voluntary behavioral responses to visual, auditory, tactile or noxious stimuli. They show no evidence of language comprehension or expression, have bowel and bladder incontinence, and have variable preserved cranial nerve and spinal reflexes.

Published in the New England Journal of Medicine, Volume 330, 1572-1579, June 2, 1994, #22 – The life span of adults and children in such a state is substantially reduced. For most such patients life expectancy ranges from 2 to 5 years. Survival beyond 10 years is unusual. A very small number of well described patients in a persistent vegetative state have survived for more than 15 years, including three patients who survived for more than 17, 37 and 41 years. If a patient is in a persistent vegetative state, the probability that the patient will have a prolonged survival (over 15 years) is exceedingly low, probably less than 1 in 15,000 of 75,000.

Nearly all persistent vegetative state patients have some degree of motor activity and eye movement that would be capable of signaling conscious perception of pain or suffering, if such existed. In these cases, it may be difficult to distinguish a persistent vegetative state from a severe locked in state. Under such unusual circumstances a patient may not be able to express behavioral responses to painful stimuli, or their responses may be extremely difficult to detect. The absence of a response cannot be considered as proof of the absence of consciousness. The accepted neurologic position is that no conscious experience of pain and suffering is possible without the integrated function of the brain stem and cerebral cortex. Pain and suffering are attributes of consciousness and patients in a persistent vegetative state do not experience them. The terms of functioning in a minimally conscious state and permanent vegetative state patients are similar, in the regard that neither can function in a meaningful way. But unlike the vegetative state, the minimally conscious state patient can experience some degree of pain and suffering, and may be aware of their immobility, bed sores, incontinence of urine and feces, the inability to feed themselves, total dependence of care on others, and all of the complications that may arise from the prolonged and permanent immobility. Therefore, it should be understood that being nonfunctional and having some awareness to some degree is worse than being nonfunctional and completely unaware.

Based upon my training, clinical experience, review of the medical records, and observing the patient at his bedside, it is my medical opinion to a reasonable degree of medical certainty that he is in a persistent vegetative state at this time.

It is my medical opinion that this patient has no chance of becoming an independent functioning member of society. He demonstrates some level of consciousness, but does not have significant awareness at this time.

EXHIBIT B

Tavares Docher                                                                 Page 7

The multi-society task force on the persistent vegetative state define the vegetative state as a condition of complete unawareness of self and environment, accompanied by sleep/awake cycles with either complete or partial preservation of hypothalamic and brain stem autonomic functions.  The Aspen Consensus Conference Work Group on the Vegetative and Minimally Conscious State describes the minimally conscious state as a condition of severely altered consciousness in which a person demonstrates minimal, but definite behavioral evidence of self or environmental awareness.  There has been a significant amount of literature published regarding survival of patients in the vegetative state; however, relatively little is known about the survival of patients in a minimally conscious state.  It must be understood it is possible that this patient may progress to a minimally conscious state; however, I cannot say that this is more probable than not.

It is my medical opinion that this patient suffered a hypoxic brain injury on 05/11/4.  He is going to suffer the secondary effects of immobility, which includes but is not limited to deep vein thrombosis, pulmonary embolus, pneumonia, and cardiac disease, secondary to a sedentary lifestyle.  New techniques are being developed to provide health care providers with early detection and early treatment of problems associated with the secondary effects of immobility.

It must be understood that the medical opinions that predict a life expectancy for patients in a persistent vegetative state of no more than 2 to 5 years was based on medical research that was authored in 1994, which in my opinion is outdated. It should be understood that there have been advances in medicine that help healthcare providers provide early detection and early intervention for the complications of the secondary effects of immobility and brain injury, which includes but is not limited to deep vein thrombosis, pulmonary embolus, pneumonia, seizures, hydrocephalus and sepsis.

According to updated research, patients in a permanent vegetative state with no purposeful motor or cognitive function that require a feeding tube can live from 7-12 years depending upon their age. This was published in Brain Medicine Principles and Practice 2006, page 253.

As a result, it is my medical opinion as a Board Certified Physiatrist that it is more probable than not that this patient will live between 7 and 12 years from the time of his brain injury, which occurred on 05/11/14.  It is my medical opinion that because medical advances are progressing each year, it is not probable but is possible that this patient could live greater than 20 years.

This patient's future medical care, support services, and durable medical equipment are defined in the Continuation of Care section of this report.

EXHIBIT B

Tavares Docher                                                    Page 8

The medical necessity and cost for these items are based on:

1. My history obtained from the patient's mother on 12/13/14 and 02/18/17.
2. My observation of the patient on 12/13/14 and 02/18/17.
3. My review of the medical records.
4. Researched prices that were obtained in the state of Florida, catalogs, and from other current price sources.

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, American Academy of Disability Evaluating Physicians
CHL/de/mar.17

EXHIBIT B

# Updated

# Photographs

EXHIBIT B

# FOUR

# PHOTOS

EXHIBIT B

# Updated

# Documentation

EXHIBIT B



List Price:
~~$138.51~~
Starts At:
**$89.94**
Save 35%
Search #:
223
Brand:
<u>DeRoyal</u>

**FREE SHIPPING!**
**Shipping Info**

### About The Pucci Air Short Inflatable Hand Splint

The Pucci® Air Inflatable Hand Splint is a unique wrist, hand and finger orthosis that applies low stretch therapy to contracted fingers, hand and wrist. On the Pucci® Air Short Orthosis, the bulb and splint only fit in the palm. Product comes with replaceable softgoods, a mesh laundry bag and a small hand pump for inflation.

## This product is non-returnable.

⬇ Click Or Scroll For More Details

Buying Options

**Choose Pucci Air Short (Palm of Hand Only) Non-Contoured Bulb Inflatable Hand Orthosis:**

| | | |
|---|---|---|
| **Pediatric Regular, Left**<br>SKU#: DR-403PL | $89.94 | 🛒 Add to Cart |
| **Pediatric Regular, Right** | $89.94 | |

EXHIBIT B

| | | |
|---|---|---|
| SKU#: DR-403PR | | 🛒 Add to Cart |
| **Pediatric Small, Left**<br>SKU#: DR-403PSL | $89.94 | 🛒 Add to Cart |
| **Pediatric Small Right**<br>SKU#: DR-403PSR | $89.94 | 🛒 Add to Cart |
| **Adult, Left**<br>SKU#: DR-403L | $95.07 | 🛒 Add to Cart |
| **Adult, Right**<br>SKU#: DR-403R | $95.07 | 🛒 Add to Cart |
| **Case of 5 Pediatric Regular, Left**<br>SKU#: DR-403PL(5) | $300.26 | 🛒 Add to Cart |
| **Case of 5 Pediatric Regular, Right**<br>SKU#: DR-403PR(5) | $300.26 | 🛒 Add to Cart |
| **Case of 5 Pediatric Small, Left**<br>SKU#: DR-403PSL(5) | $300.26 | 🛒 Add to Cart |
| **Case of 5 Pediatric Small Right**<br>SKU#: DR-403PSR(5) | $300.26 | 🛒 Add to Cart |
| **Case of 5 Adult, Left**<br>SKU#: DR-403L(5) | $323.41 | 🛒 Add to Cart |
| **Case of 5 Adult, Right**<br>SKU#: DR-403R(5) | $323.41 | 🛒 Add to Cart |

## Even More Information About The Pucci Air Short Inflatable Hand Splint

**Indications:**Stroke, spinal cord injuries, head injuries and geriatric patients.

Available in pediatric sizes. Order either left or right.

**Our recommendation on sizing:**if your hand width measures at MP joints exceeds three inches, you will wear the adult size of the Air Short.

<u>CLICK HERE TO SEE PUCCI AIR STANDARD ORTHOSIS</u>

<u>CLICK HERE TO SEE PUCCI AIR-T HAND ORTHOSIS</u>

EXHIBIT B



List Price:
~~$139.97~~
Starts At:
**$90.89**
Save 35%
Search #:
5796
Brand:
<u>North Coast</u>

Shipping Info

## About The Adjustable Position Foot Orthosis

The Adjustable Position Foot Orthosis is an ankle and foot brace that can be used for static or progressive positioning. This orthosis can be used to help treat foot drop, plantar fasciitis, clonus, and contractures. The ankle position is adjustable by moving a screw, allow progressive treatment. The enlarged heel area helps to prevent the formation of pressure ulcers, and the lined straps provide both comfort and secure fastening. The Deluxe model of the Adjustable Position Foot Orthosis includes a padded liner for extra comfort, and optional accessories are available as well. The Adjustable Position Foot Orthosis is intended for stationary or night use only and not for walking.

**Product Benefits:**

- Fits either the left or right foot
- Triangular Base prevents internal and external rotation
- Ideal for treating foot drop, plantar fasciitis and contractures
- Ankle position can be changed by moving the screw in the adjuster piece
- Features a foam-padded terrycloth liner with pads that cross over the anterior ankle for easier application

↓ Click Or Scroll For More Details

**EXHIBIT B**

Shopping Cart-NorthShore Care Supply   3/9/2017

# NorthShore™ care supply

**Call Us: (800) 563-0161**


📞 Live Chat   💬 Chatea ahora

## CART

Orders Received After 5PM Central Ship Next Business Day
Orders welcome from US, Canada, US Armed Forces, USVI, Puerto Rico & Guam

 McAfee SECURE

 Norton SECURED
ABOUT SSL CERTIFICATES

| Product | Unit Price | Quantity | Subtotal |
|---|---|---|---|
| <u>NorthShore MagicSorb Underpads</u><br>Item No. 1732 \| Model No. 1731<br>X-Large, 30 x 36 in., Case/80 (8/10s) - Best Value!<br>Deliver One Time Only<br>Auto-Ship: Join and Save 5% on future orders<br>Deliver every:    4 weeks | $94.50 | 1<br>Update<br>Remove | $94.50 |
| <u>NorthShore Supreme Quilted Wipes, X-Large, 9x13 in.</u><br>Item No. 1950 \| Model No. 1950<br>50 ct. Soft Pack, Case/300 (6/50s)<br>Deliver One Time Only<br>Auto-Ship: Join and Save 5% on future orders<br>Deliver every:    4 weeks | $26.95 | 1<br>Update<br>Remove | $26.95 |
| <u>MedPride General Purpose Nitrile Gloves, Powder-Free</u><br>Item No. 3537 \| Model No. MPR-50705<br>Large,  Box/100<br>Deliver One Time Only<br>Auto-Ship: Join and Save 5% on future orders<br>Deliver every:    4 weeks | $6.99 | 3<br>Update<br>Remove | $20.97 |
| <u>Presto Bariatric Breathable Briefs</u><br>Item No. 2709 \| Model No. ABB41070<br>Case/32 (4/8s) - Best Value!<br>Deliver One Time Only<br>Auto-Ship: Join and Save 5% on future orders<br>Deliver every:    4 weeks | $69.95 | 6<br>Update<br>Remove | $419.70 |

Subtotal          $562.12
Shipping          Calculated during checkout

**Grand Total      $562.12**

CHECKOUT

Enter Coupon Code

Optional          APPLY

See Promotions

We also accept Purchase Orders and Check/Money Orders

CHAT NOW

EXHIBIT B



Search Rehabmart

[ Search ]

Authorize.Net
SECURE CHECKOUT

- Menu
- Your Cart: 0 Items
- RM University

Equipment Sales
Quote Orders

- International
- Returns
- Reviews
- Contact

- Medical Supplies by Department
- Medical Equipment by Category
- Medical Equipment by Brand
- Medical Supplies by Body Part

**Free Shipping On Prime Items**
**Call Us: 1-800-827-8283 Call Us!** 1-800-827-8283
**350,000+ Customers Since 1998**

# Roll-InBuddy Shower Commode Chair with Tilt

## FREE SHIPPING ON THIS ITEM!



1. Home
2. Shower/Bath Transfer Chairs
3. Roll-InBuddy Shower Commode Chair w/ Tilt



**Roll-InBuddy Shower Commode Chair with Tilt**



3/9/2017

List Price:
~~$2,142.63~~
Starts At:
**$1,611.00**
Save 25%

**Want A Quote?**
**Click Here**

EXHIBIT B



Established 1997

**1-800-320-7140**

# Karman Tilt-In-Space Wheelchair

Item #: **35829**   Sku : **VIP-515-TP**   Brand : **Karman**

(1)



Item #: **35829**   Sku : **VIP-515-TP**   Brand : **Karman**

# $1,619.00

List price: $3,540.00

**Leaves Warehouse in 1-2 days**

★★★★★ 1 Review

## Quick Overview

- Shifts pressure to reduce bedsores
- Foldable backrest with removable headrest
- Intelligent 0° to 35° center-of-gravity weight shifting

## Description

## Features

EXHIBIT B

**When ordering, please refer to code 70541525**



**1-800-850-0335**
M-F 9am - 9pm ET • Wkd 10am - 4pm ET



Recommended

↓ Click image to enlarge

# Advance-H Patient Lift

**by Hoyer**  (Model No. HOY-ADVANCE-H)

Only hydraulic lift with tool-free folding design, perfect for minimal under bed or low chair clearance.

    

FREE       Low Price     Tax
Shipping   Guarantee     Free

**$1,283.00**
List Price: $1,710.22

[ Customize ]

As low as **$111.19/mo** with  GETFINANCING

## Shipping Information  Details »

**Leaves Warehouse In:**  3-5 Business Days   Details

**Ground Shipping:**        **FREE for orders over $50!**

**Expedited Shipping:**

[ Enter Destination Zip Cod ]  [ Go ]

EXHIBIT B

Home (http://www.phc-online.com/) > Beds & Related (http://www.phc-online.com/Bed_Products_s/15166.htm) > Hospital Beds (http://www.phc-online.com/Hospital_Beds_for_Homes_s/68.htm) > Full-Electric (http://www.phc-online.com/Full_Electric_s/14514.htm) >

## FULL-ELECTRIC BED & ROTATION MATTRESS



(//cdn3.volusion.com/j575u.gtsw7/v/vspfiles/photos/PKG-5410-MA95Z-2.jpg?1381569071)

Complete Lateral Rotation Hospital Bed
Self-Turning Bed System

🔍 VIEW LARGER PHOTO   (//cdn3.volusion.com/j575u.gtsw7/v/vspfiles/photos/PKG-5410-MA95Z-2.jpg?1381569071)   EMAIL A FRIEND   (/EmailaFriend.asp?ProductCode=PKG%2D5410%2DMA95Z)

Full-Electric Turning Hospital Bed
with Invacare MA95Z Lateral Rotation Mattress

**Complete Rotational Homecare Bed System**
America's most popular hospital bed and lateral rotation mattress system.

List Price: $12,970.00
**Our Price: $5,229.00**
You save $7,741.00!
**Note:** Allow 7-10 business days for delivery.
**Returns:** No returns on this product.

☑ *Free Shipping!*
**Availability:** Usually Ships in 1 to 2 Business Days
Product Code: PKG-5410-MA95Z

CHOOSE YOUR OPTIONS:

(http://www.phc-online.com:80/Invacare_Alternating_Pressure_Bed_and_Mattress_p/pkg-5410-ma95z.htm)   [Like 0] [Share] /.phc-online.com:80/Invacare_Alternating_Pressure_Bed_and_Mattress_p/pkg-5410-ma95z.htm)

(http://www.phc-online.com:80/Invacare_Alternating_Pressure_Bed_and_Mattress_p/pkg-5410-ma95z.htm)   **Bed/Model**

EXHIBIT B

# D B MARCUS CONSTRUCTION INC.

920 EVERGREEN DRIVE. NORTH PALM BEACH, FL. 33408          CGC 026656
OFFICE 561-626-9844 FAX 561 626-0958 E-MAIL dbmarcusconstinc@aol.com

January 14,2016

Craig H. Lichblau, M. D.
550 Northlake Blvd.
North Palm Beach, Fl. 33408

RE: Wheelchair Accessible Home

Dear Dr. Lichtblau,

As we discussed in the past it is possible to build a small wheelchair accessible home
structure with minimal adapted equipment for $200,000.00 to $450,000.00 excluding
the cost of real estate and utilities hook ups.

Also as stated in the past the larger the home the more amenities and depending upon the
location of real estate this cost can be significantly grater and in fact the sky is the limit.

Sincerely

Dennis B. Marcus President
D B MARCUS CONSTRUCTION INC.

EXHIBIT B

Date: Mar 3, 2017
Time: 18:17:45 ET
User: Silvio Sanchez

**Unity Health & Rehabilitation Center**
**Transaction History by Effective Date**
**Jul 1, 2014 - Mar 31, 2017**

Payers: All

| Posting Date | Effective Date | Charge Code | Rev Code | Description | Care Level | Benefit Days | Type | Unit Amount | # of Units | Amount | Cumulative Balance | GL Acct | Days Acct | Billed? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Docher, Tavares** | | | | | | | | | | | | | | |
| **Amerigroup MANAGED MEDICAID LTC** | | | **Previous Balance:** | | | | | | | $0.00 | | | | |
| 1/31/2016 | 3/31/2015 | | | Balance Forward #7-61 | | | X | $463.00 | 1 | $463.00 | $463.00 | 11250000-000-000MO | | N/A |
| | | | | **Total March 2015** | | | | | | | $463.00 | | | |
| 1/31/2016 | 1/31/2016 | | | Balance Forward #3-327 | | | X | $7,289.30 | 1 | $7,289.30 | $7,732.30 | 11250000-000-000MO | | N/A |
| 2/11/2016 | 1/1/2016 | | | Payment applied on 2/17/2016 #20-5 | | | C | | | ($6,057.75) | $1,674.55 | 10000000-000-000 | | |
| 2/11/2016 | 1/1/2016 | | | Payment applied on 2/17/2016 #20-4 | | | C | | | ($1,211.55) | ($7,269.30) | $463.00 | 10000000-000-000 | | |
| | | | | **Total January 2016** | | | | | | | $0.00 | | | |
| 2/1/2016 | 2/1/2016 | | 101 | Room Feb 1-29 2016 (2) | 2 | | R | $350.00 | 29 | $10,150.00 | $10,613.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 2/1/2016 | 2/1/2016 | | | Room Feb 1-29 2016 Contractual Adj. | 2 | | CR | ($107.69) | 29 | ($3,123.01) | $7,026.99 $7,489.99 | 30150010-380-000 | | Y |
| 4/22/2016 | 2/1/2016 | | | Payment applied on 4/25/2016 #201-5 | | | C | | | ($7,026.99) | ($7,026.99) | $463.00 | 10000000-000-000 | | |
| | | | | **Total February 2016** | | | | | | | $0.00 | | | |
| 3/1/2016 | 3/1/2016 | | 101 | Room Mar 1-31 2016 (2) | 2 | | R | $350.00 | 31 | $10,850.00 | $11,313.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 3/1/2016 | 3/1/2016 | | | Room Mar 1-31 2016 Contractual Adj. | 2 | | CR | ($107.69) | 31 | ($3,338.39) | $7,511.61 $7,974.61 | 30150010-380-000 | | Y |
| 4/18/2016 | 3/1/2016 | | | Payment applied on 4/18/2016 #180-7 | | | C | | | ($7,511.61) | ($7,511.61) | $463.00 | 10000000-000-000 | | |
| | | | | **Total March 2016** | | | | | | | $0.00 | | | |
| 4/1/2016 | 4/1/2016 | | 101 | Room Apr 1-30 2016 (2) | 2 | | R | $350.00 | 30 | $10,500.00 | $10,963.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 4/1/2016 | 4/1/2016 | | | Room Apr 1-30 2016 Contractual Adj. | 2 | | CR | ($107.69) | 30 | ($3,230.70) | $7,269.30 $7,732.30 | 30150010-380-000 | | Y |
| 5/10/2016 | 4/1/2016 | | | Payment applied on 5/11/2016 #241-1 | | | C | | | ($7,269.30) | ($7,269.30) | $463.00 | 10000000-000-000 | | |
| | | | | **Total April 2016** | | | | | | | $0.00 | | | |
| 5/1/2016 | 5/1/2016 | | 101 | Room May 1-31 2016 (2) | 2 | | R | $350.00 | 31 | $10,850.00 | $11,313.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 5/1/2016 | 5/1/2016 | | | Room May 1-31 2016 Contractual Adj. | 2 | | CR | ($107.69) | 31 | ($3,338.39) | $7,511.61 $7,974.61 | 30150010-380-000 | | Y |
| 6/14/2016 | 5/1/2016 | | | Payment applied on 6/16/2016 #310-4 | | | C | | | ($7,511.61) | ($7,511.61) | $463.00 | 10000000-000-000 | | |
| | | | | **Total May 2016** | | | | | | | $0.00 | | | |
| 6/1/2016 | 6/1/2016 | | 101 | Room Jun 1-30 2016 (2) | 2 | | R | $350.00 | 30 | $10,500.00 | $10,963.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 6/1/2016 | 6/1/2016 | | | Room Jun 1-30 2016 Contractual Adj. | 2 | | CR | ($107.69) | 30 | ($3,230.70) | $7,269.30 $7,732.30 | 30150010-380-000 | | Y |
| 6/30/2016 | 6/1/2016 | LAB | 300 | Lab Charges #68-21 | | | A | $28.56 | 1 | $28.56 | $7,760.86 | 30204000-380-000 | | N/A |
| 6/30/2016 | 6/1/2016 | | 300 | Contractual Adjustment (Anc) #68-21 | | | CA | ($28.56) | 1 | ($28.56) | $7,732.30 | 30250010-380-000 | | N/A |
| 6/30/2016 | 6/15/2016 | XRAY | 320 | Xray #67-4 | | | A | $160.96 | 1 | $160.96 | $7,893.26 | 30204010-380-000 | | N/A |
| 6/30/2016 | 6/15/2016 | | 320 | Contractual Adjustment (Anc) #67-4 | | | CA | ($160.96) | 1 | ($160.96) | $7,732.30 | 30250010-380-000 | | N/A |
| 6/30/2016 | 6/25/2016 | XRAY | 320 | Xray #67-3 | | | A | $70.98 | 1 | $70.98 | $7,803.28 | 30204010-380-000 | | N/A |
| 6/30/2016 | 6/25/2016 | | 320 | Contractual Adjustment (Anc) #67-3 | | | CA | ($70.98) | 1 | ($70.98) | $0.00 $7,732.30 | 30250010-380-000 | | N/A |
| 7/12/2016 | 6/1/2016 | | | Payment applied on 7/13/2016 #407-2 | | | C | | | ($7,269.30) | ($7,269.30) | $463.00 | 10000000-000-000 | | |
| | | | | **Total June 2016** | | | | | | | $0.00 | | | |

EXHIBIT B

Date: Mar 3, 2017 18:17:46 ET

## Transaction History by Effective Date

Page # 2

| Posting Date | Effective Date | Charge Code | Rev Code | Description | Care Level | Benefit Days | Type | Unit Amount | # of Units | Amount | Cumulative Balance | GL Acct | Days Acct | Billed? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Docher, Tavares** | (con't) | | | | | | | | | | | | | |
| 7/1/2016 | 7/1/2016 | | 101 | Room Jul 1-10 2016 (2) | 2 | | R | $350.00 | 10 | $3,500.00 | $3,963.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 7/1/2016 | 7/1/2016 | | | Room Jul 1-10 2016 Contractual Adj. | 2 | | CR | ($107.69) | 10 | ($1,076.90) | $2,886.10 | 30150010-380-000 | | Y |
| 7/14/2016 | 7/14/2016 | | 101 | Room Jul 14-31 2016 (2) | 2 | | R | $350.00 | 18 | $6,300.00 | $9,186.10 | 30100010-380-000 | 90000080-000-000 | Y |
| 7/14/2016 | 7/14/2016 | | | Room Jul 14-31 2016 Contractual Adj. | 2 | | CR | ($107.69) | 18 | ($1,938.42) | $6,784.68 | 30150010-380-000 | | Y |
| 7/31/2016 | 7/19/2016 | XRAY | 320 | Xray #79-7 | | | A | $162.07 | 1 | $162.07 | $7,409.75 | 30204010-380-000 | | N/A |
| 7/31/2016 | 7/19/2016 | | 320 | Contractual Adjustment (Anc) #79-7 | | | CA | ($162.07) | 1 | ($162.07) | $7,247.68 | 30250010-380-000 | | N/A |
| 7/31/2016 | 7/20/2016 | LAB | 300 | Lab Charges #80-25 | | | A | $18.32 | 1 | $18.32 | $7,266.00 | 30204010-380-000 | | N/A |
| 7/31/2016 | 7/20/2016 | | 300 | Contractual Adjustment (Anc) #80-25 | | | CA | ($18.32) | 1 | ($18.32) | $0.00 | $7,247.68 | 30250010-380-000 | | N/A |
| 8/9/2016 | 7/1/2016 | | | Payment applied on 8/11/2016 #486-2 | | | C | | | ($4,361.58) | $2,886.10 | 10000000-000-000 | | |
| 8/9/2016 | 7/1/2016 | | | Payment applied on 8/11/2016 #486-1 | | | C | | | ($2,423.10) | ($6,784.68) | $463.00 | 10000000-000-000 | |
| | | | | **Total July 2016** | | | | | | | $0.00 | | | |
| 8/1/2016 | 8/1/2016 | | 101 | Room Aug 1-21 2016 (2) | 2 | | R | $350.00 | 21 | $7,350.00 | $7,813.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 8/1/2016 | 8/1/2016 | | | Room Aug 1-21 2016 Contractual Adj. | 2 | | CR | ($107.69) | 21 | ($2,261.49) | $5,551.51 | 30150010-380-000 | | Y |
| 8/26/2016 | 8/26/2016 | | 101 | Room Aug 26-31 2016 (2) | 2 | | R | $350.00 | 6 | $2,100.00 | $7,651.51 | 30100010-380-000 | 90000080-000-000 | Y |
| 8/26/2016 | 8/26/2016 | | | Room Aug 26-31 2016 Contractual Adj. | 2 | | CR | ($107.69) | 6 | ($646.14) | $6,542.37 | $7,005.37 | 30150010-380-000 | | Y |
| 8/31/2016 | 8/29/2016 | LAB | 300 | Lab Charges #96-15 | | | A | $56.61 | 1 | $56.61 | $7,061.98 | 30204010-380-000 | | N/A |
| 8/31/2016 | 8/29/2016 | | 300 | Contractual Adjustment (Anc) #96-15 | | | CA | ($56.61) | 1 | ($56.61) | $7,005.37 | 30250010-380-000 | | N/A |
| 9/7/2016 | 8/1/2016 | | | Payment applied on 9/12/2016 #550-2 | | | C | | | ($1,453.86) | $5,551.51 | 10000000-000-000 | | |
| 9/9/2016 | 8/1/2016 | | | Payment applied on 9/12/2016 #558-4 | | | C | | | ($5,088.51) | ($6,542.37) | $463.00 | 10000000-000-000 | |
| | | | | **Total August 2016** | | | | | | | $0.00 | | | |
| 9/1/2016 | 9/1/2016 | | 101 | Room Sep 1-12 2016 (2) | 2 | | R | $350.00 | 12 | $4,200.00 | $4,663.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 9/1/2016 | 9/1/2016 | | | Room Sep 1-12 2016 Contractual Adj. | 2 | | CR | ($103.85) | 12 | ($1,246.20) | $3,416.80 | 30150010-380-000 | | Y |
| 9/19/2016 | 9/19/2016 | | 101 | Room Sep 19-30 2016 (2) | 2 | | R | $350.00 | 12 | $4,200.00 | $7,616.80 | 30100010-380-000 | 90000080-000-000 | Y |
| 9/19/2016 | 9/19/2016 | | | Room Sep 19-30 2016 Contractual Adj. | 2 | | CR | ($103.85) | 12 | ($1,246.20) | $5,907.60 | $6,370.60 | 30150010-380-000 | | Y |
| 9/30/2016 | 9/1/2016 | LAB | 300 | Lab Charges #106-16 | | | A | $195.62 | 1 | $195.62 | $6,566.22 | 30204010-380-000 | | N/A |
| 9/30/2016 | 9/1/2016 | | 300 | Contractual Adjustment (Anc) #106-16 | | | CA | ($195.62) | 1 | ($195.62) | $6,370.60 | 30250010-380-000 | | N/A |
| 9/30/2016 | 9/12/2016 | LAB | 300 | Lab Charges #106-17 | | | A | $109.67 | 1 | $109.67 | $6,480.27 | 30204010-380-000 | | N/A |
| 9/30/2016 | 9/12/2016 | | 300 | Contractual Adjustment (Anc) #106-17 | | | CA | ($109.67) | 1 | ($109.67) | $0.00 | $6,370.60 | 30250010-380-000 | | N/A |
| 10/6/2016 | 9/1/2016 | | | Payment applied on 10/8/2016 #643-6 | | | C | | | ($2,953.80) | $3,416.80 | 10000000-000-000 | | |
| 10/6/2016 | 9/1/2016 | | | Payment applied on 10/8/2016 #643-5 | | | C | | | ($2,953.60) | ($5,907.60) | $463.00 | 10000000-000-000 | |
| | | | | **Total September 2016** | | | | | | | $0.00 | | | |
| | | | | **Total due from Amerigroup MANAGED MEDICAID LTC** | | | | | | | $463.00 | | | |
| **Humana/AEC MANAGED MEDICAID** | | | | **Previous Balance:** | | | | | | | $0.00 | | | |
| 10/1/2016 | 10/1/2016 | | 101 | Room Oct 1-11 2016 (2) | 2 | | R | $350.00 | 11 | $3,850.00 | $3,850.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 10/1/2016 | 10/1/2016 | | | Room Oct 1-11 2016 Contractual Adj. | 2 | | CR | ($103.85) | 11 | ($1,142.35) | $2,707.65 | 30150010-380-000 | | Y |
| 10/15/2016 | 10/15/2016 | | 101 | Room Oct 15-31 2016 (2) | 2 | | R | $350.00 | 17 | $5,950.00 | $8,657.65 | 30100010-380-000 | 90000080-000-000 | Y |
| 10/15/2016 | 10/15/2016 | | | Room Oct 15-31 2016 Contractual Adj. | 2 | | CR | ($103.85) | 17 | ($1,765.45) | $6,892.20 | $6,892.20 | 30150010-380-000 | | Y |

EXHIBIT B

Date: Mar 3, 2017 18:17:46 ET                **Transaction History by Effective Date**                Page # 3

| Posting Date | Effective Date | Charge Code | Rev Code | Description | Care Level | Benefit Days | Type | Unit Amount | # of Units | Amount | Cumulative Balance | GL Acct | Days Acct | Billed? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Docher, Tavares** | | (con't) | | | | | | | | | | | | |
| 10/31/2016 | 10/23/2016 | LAB | 300 | Lab Charges #113-17 | | | A | $99.78 | 1 | $99.78 | $6,991.98 | 30204000-380-000 | | N/A |
| 10/31/2016 | 10/23/2016 | | 300 | Contractual Adjustment (Anc) #113-17 | | | CA | ($99.78) | 1 | ($99.78) | $0.00 $6,892.20 | 30250010-380-000 | | N/A |
| 11/3/2016 | 10/1/2016 | | | Payment applied on 11/9/2016 #745-51 | | | C | | | ($2,707.65) | $4,184.55 | 10000000-000-000 | | |
| 11/10/2016 | 10/1/2016 | | | Payment applied on 11/21/2016 #790-2 | | | C | | | ($4,184.55) | $0.00 ($6,892.20) | 10000000-000-000 | | |
| | | | | **Total October 2016** | | | | | | | $0.00 | | | |
| 11/1/2016 | 11/1/2016 | | 101 | Room Nov 1-30 2016 (2) | 2 | | R | $350.00 | 30 | $10,500.00 | $10,500.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 11/1/2016 | 11/1/2016 | | | Room Nov 1-30 2016 Contractual Adj. | 2 | | CR | ($103.85) | 30 | ($3,115.50) | $7,384.50 $7,384.50 | 30150010-380-000 | | Y |
| 12/6/2016 | 11/1/2016 | | | Payment applied on 12/7/2016 #823-53 | | | C | | | ($7,384.50) | $0.00 ($7,384.50) | 10000000-000-000 | | |
| | | | | **Total November 2016** | | | | | | | $0.00 | | | |
| 12/1/2016 | 12/1/2016 | | 101 | Room Dec 1-31 2016 (2) | 2 | | R | $350.00 | 31 | $10,850.00 | $10,850.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 12/1/2016 | 12/1/2018 | | | Room Dec 1-31 2016 Contractual Adj. | 2 | | CR | ($103.85) | 31 | ($3,219.35) | $7,630.65 $7,630.65 | 30150010-380-000 | | Y |
| 1/1/2017 | 12/1/2016 | | | Payment applied on 1/19/2017 #941-7 | | | C | | | ($7,630.65) | $0.00 ($7,630.65) | 10000000-000-000 | | |
| | | | | **Total December 2016** | | | | | | | $0.00 | | | |
| 1/1/2017 | 1/1/2017 | | 101 | Room Jan 1-31 2017 (2) | 2 | | R | $350.00 | 31 | $10,850.00 | $10,850.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 1/1/2017 | 1/1/2017 | | | Room Jan 1-31 2017 Contractual Adj. | 2 | | CR | ($103.85) | 31 | ($3,219.35) | $7,630.65 | 30150010-380-000 | | Y |
| 1/31/2017 | 1/7/2017 | LAB | 300 | Lab Charges #146-18 | | | A | $17.68 | 1 | $17.68 | $7,648.33 | 30204000-380-000 | | N/A |
| 1/31/2017 | 1/7/2017 | | 300 | Contractual Adjustment (Anc) #146-18 | | | CA | ($17.68) | 1 | ($17.68) | $0.00 $7,630.65 | 30250010-380-000 | | N/A |
| 2/7/2017 | 1/1/2017 | | | Payment applied on 2/8/2017 #1005-60 | | | C | | | ($7,630.65) | ($7,630.65) | 10000000-000-000 | | |
| | | | | **Total January 2017** | | | | | | | $0.00 | | | |
| 2/1/2017 | 2/1/2017 | | 101 | Room Feb 1-28 2017 (2) | 2 | | R | $350.00 | 28 | $9,800.00 | $9,800.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 2/1/2017 | 2/1/2017 | | | Room Feb 1-28 2017 Contractual Adj. | 2 | | CR | ($103.85) | 28 | ($2,907.80) | $6,892.20 $6,892.20 | 30150010-380-000 | | Y |
| 2/28/2017 | 2/4/2017 | LAB | 300 | Lab Charges #161-13 | | | A | $10.00 | 1 | $10.00 | $6,902.20 | 30204000-380-000 | | N/A |
| 2/28/2017 | 2/4/2017 | | 300 | Contractual Adjustment (Anc) #161-13 | | | CA | ($10.00) | 1 | ($10.00) | $0.00 $6,892.20 | 30250010-380-000 | | N/A |
| | | | | **Total February 2017** | | | | | | | $6,892.20 | | | |
| 3/1/2017 | 3/1/2017 | | 101 | Room Mar 1-31 2017 (2) | 2 | | R | $350.00 | 31 | $10,850.00 | $17,742.20 | 30100010-380-000 | 90000080-000-000 | N |
| 3/1/2017 | 3/1/2017 | | | Room Mar 1-31 2017 Contractual Adj. | 2 | | CR | ($103.85) | 31 | ($3,219.35) | $7,630.65 $14,522.85 | 30150010-380-000 | | N |
| | | | | **Total March 2017** | | | | | | | $7,630.65 | | | |
| | | | | **Total due from Humana/AEC MANAGED MEDICAID** | | | | | | | $14,522.85 | | | |
| **Medicaid Therapy (No Pay)** | | | | **Previous Balance:** | | | | | | | $0.00 | | | |
| 2/29/2016 | 2/12/2016 | ST92510 | 444 | Evaluate swallowing function ( #4-2916 | | | A | $160.00 | 1 | $160.00 | $160.00 | 30205012-320-000 | | N/A |
| 2/29/2016 | 2/12/2016 | | 444 | Contractual Adjustment (Anc) #4-2916 | | | CA | ($160.00) | 1 | ($160.00) | $0.00 $0.00 | 30250010-320-000 | | N/A |
| | | | | **Total February 2016** | | | | | | | $0.00 | | | |
| 7/31/2016 | 7/15/2016 | OT97003 | 434 | OT Evaluation #78-1714 | | | A | $160.00 | 1 | $160.00 | $160.00 | 30205011-320-000 | | N/A |
| 7/31/2016 | 7/15/2016 | | 434 | Contractual Adjustment (Anc) #78-1714 | | | CA | ($160.00) | 1 | ($160.00) | $0.00 $0.00 | 30250010-320-000 | | N/A |
| 7/31/2016 | 7/15/2016 | PT97001 | 424 | PT Evaluation #78-1715 | | | A | $160.00 | 1 | $160.00 | $160.00 | 30205010-320-000 | | N/A |

EXHIBIT B

## Transaction History by Effective Date

| Posting Date | Effective Date | Charge Code | Rev Code | Description | Care Level | Benefit Days | Type | Unit Amount | # of Units | Amount | | Cumulative Balance | GL Acct | Days Acct | Billed? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Docher, Tavares** | | **(con't)** | | | | | | | | | | | | | |
| 7/31/2016 | 7/15/2016 | | 424 | Contractual Adjustment (Anc) #78-1715 | | | CA | ($160.00) | 1 | ($160.00) | $0.00 | $0.00 | 30250010-320-000 | | N/A |
| | | | | **Total July 2016** | | | | | | | $0.00 | | | | |
| 8/31/2016 | 8/29/2016 | OT97003 | 434 | OT Evaluation #92-1466 | | | A | $160.00 | 1 | $160.00 | | $160.00 | 30250011-320-000 | | N/A |
| 8/31/2016 | 8/29/2016 | | 434 | Contractual Adjustment (Anc) #92-1466 | | | CA | ($160.00) | 1 | ($160.00) | | $0.00 | 30250010-320-000 | | N/A |
| 8/31/2016 | 8/29/2016 | PT97001 | 424 | PT Evaluation #92-1467 | | | A | $160.00 | 1 | $160.00 | | $160.00 | 30250010-320-000 | | N/A |
| 8/31/2016 | 8/29/2016 | | 424 | Contractual Adjustment (Anc) #92-1467 | | | CA | ($160.00) | 1 | ($160.00) | $0.00 | $0.00 | 30250010-320-000 | | N/A |
| | | | | **Total August 2016** | | | | | | | $0.00 | | | | |
| 9/30/2016 | 9/20/2016 | OT97003 | 434 | OT Evaluation #104-3173 | | | A | $160.00 | 1 | $160.00 | | $160.00 | 30250011-320-000 | | N/A |
| 9/30/2016 | 9/20/2016 | | 434 | Contractual Adjustment (Anc) #104-3173 | | | CA | ($160.00) | 1 | ($160.00) | | $0.00 | 30250010-320-000 | | N/A |
| 9/30/2016 | 9/30/2016 | PT97001 | 424 | PT Evaluation #104-3174 | | | A | $160.00 | 1 | $160.00 | | $160.00 | 30250010-320-000 | | N/A |
| 9/30/2016 | 9/30/2016 | | 424 | Contractual Adjustment (Anc) #104-3174 | | | CA | ($160.00) | 1 | ($160.00) | $0.00 | $0.00 | 30250010-320-000 | | N/A |
| | | | | **Total September 2016** | | | | | | | $0.00 | | | | |
| 10/31/2016 | 10/17/2016 | OT97003 | 434 | OT Evaluation #112-479 | | | A | $160.00 | 1 | $160.00 | | $160.00 | 30250011-320-000 | | N/A |
| 10/31/2016 | 10/17/2016 | | 434 | Contractual Adjustment (Anc) #112-479 | | | CA | ($160.00) | 1 | ($160.00) | | $0.00 | 30250010-320-000 | | N/A |
| 10/31/2016 | 10/17/2016 | PT97001 | 424 | PT Evaluation #112-480 | | | A | $160.00 | 1 | $160.00 | | $160.00 | 30250010-320-000 | | N/A |
| 10/31/2016 | 10/17/2016 | | 424 | Contractual Adjustment (Anc) #112-480 | | | CA | ($160.00) | 1 | ($160.00) | | $0.00 | 30250010-320-000 | | N/A |
| 10/31/2016 | 10/28/2016 | OT97003 | 434 | OT Evaluation #112-481 | | | A | $160.00 | 1 | $160.00 | | $160.00 | 30250011-320-000 | | N/A |
| 10/31/2016 | 10/28/2016 | | 434 | Contractual Adjustment (Anc) #112-481 | | | CA | ($160.00) | 1 | ($160.00) | $0.00 | $0.00 | 30250010-320-000 | | N/A |
| | | | | **Total October 2016** | | | | | | | $0.00 | | | | |
| | | | | **Total due from Medicaid Therapy (No Pay)** | | | | | | | $0.00 | | | | |
| | | | | **TOTAL FOR RESIDENT** | | | | | | $14,985.85 | | | | | |

EXHIBIT B

Date: Aug 23, 2016
Time: 13:50:38 ET
User: Silvio Sanchez

**Unity Health & Rehabilitation Center**
**Transaction History by Effective Date**
**Jan 1, 2016 - Sep 30, 2016**

| Posting Date | Effective Date | Charge Code | Rev Code | Description | CareBenefit Level | Days | Type | Unit Amount | # of Units | Amount | | Cumulative Balance | GL Acct | Days Acct | Billed? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Docher, Tavares | ) | | | | | | | | | | | | | | |
| Amerigroup MANAGED MEDICAID LTC Previous Balance: | | | | | | | | | | | $463.00 | | | | |
| 1/31/2016 | 1/31/2016 | | | Balance Forward #3-327 | | | X | $7,269.30 | 1 | $7,269.30 | $7,269.30 | $7,732.30 | 11250000-000-000MQ | | N/A |
| 2/11/2016 | 1/1/2016 | | | Payment applied on 2/17/2016 #20-5 | | | C | | | ($6,057.75) | | $1,674.55 | 10000000-000-000 | | |
| 2/11/2016 | 1/1/2016 | | | Payment applied on 2/17/2016 #20-4 | | | C | | | ($1,211.55) | ($7,269.30) | $463.00 | 10000000-000-000 | | |
| | | | | Total January 2016 | | | | | | | $0.00 | | | | |
| 2/1/2016 | 2/1/2016 | | 101 | Room Feb 1-29 2016 (2) | 2 | | R | $350.00 | 29 | $10,150.00 | | $10,613.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 2/1/2016 | 2/1/2016 | | | Room Feb 1-29 2016 Contractual Adj. | 2 | | CR | ($107.69) | 29 | ($3,123.01) | $7,026.99 | $7,489.99 | 30150010-380-000 | | Y |
| 4/22/2016 | 2/1/2016 | | | Payment applied on 4/25/2016 #201-5 | | | C | | | ($7,026.99) | ($7,026.99) | $463.00 | 10000000-000-000 | | |
| | | | | Total February 2016 | | | | | | | $0.00 | | | | |
| 3/1/2016 | 3/1/2016 | | 101 | Room Mar 1-31 2016 (2) | 2 | | R | $350.00 | 31 | $10,850.00 | | $11,313.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 3/1/2016 | 3/1/2016 | | | Room Mar 1-31 2016 Contractual Adj. | 2 | | CR | ($107.69) | 31 | ($3,338.39) | $7,511.61 | $7,974.61 | 30150010-380-000 | | Y |
| 4/18/2016 | 3/1/2016 | | | Payment applied on 4/18/2016 #180-7 | | | C | | | ($7,511.61) | ($7,511.61) | $463.00 | 10000000-000-000 | | |
| | | | | Total March 2016 | | | | | | | $0.00 | | | | |
| 4/1/2016 | 4/1/2016 | | 101 | Room Apr 1-30 2016 (2) | 2 | | R | $350.00 | 30 | $10,500.00 | | $10,963.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 4/1/2016 | 4/1/2016 | | | Room Apr 1-30 2016 Contractual Adj. | 2 | | CR | ($107.69) | 30 | ($3,230.70) | $7,269.30 | $7,732.30 | 30150010-380-000 | | Y |
| 5/10/2016 | 4/1/2016 | | | Payment applied on 5/11/2016 #241-1 | | | C | | | ($7,269.30) | ($7,269.30) | $463.00 | 10000000-000-000 | | |
| | | | | Total April 2016 | | | | | | | $0.00 | | | | |
| 5/1/2016 | 5/1/2016 | | 101 | Room May 1-31 2016 (2) | 2 | | R | $350.00 | 31 | $10,850.00 | | $11,313.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 5/1/2016 | 5/1/2016 | | | Room May 1-31 2016 Contractual Adj. | 2 | | CR | ($107.69) | 31 | ($3,338.39) | $7,511.61 | $7,974.61 | 30150010-380-000 | | Y |
| 6/14/2016 | 5/1/2016 | | | Payment applied on 6/16/2016 #310-4 | | | C | | | ($7,511.61) | ($7,511.61) | $463.00 | 10000000-000-000 | | |
| | | | | Total May 2016 | | | | | | | $0.00 | | | | |
| 6/1/2016 | 6/1/2016 | | 101 | Room Jun 1-30 2016 (2) | 2 | | R | $350.00 | 30 | $10,500.00 | | $10,963.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 6/1/2016 | 6/1/2016 | | | Room Jun 1-30 2016 Contractual Adj. | 2 | | CR | ($107.69) | 30 | ($3,230.70) | $7,269.30 | $7,732.30 | 30150010-380-000 | | Y |
| 6/30/2016 | 6/1/2016 | LAB | 300 | Lab Charges #68-21 | | | A | $28.56 | 1 | $28.56 | | $7,760.86 | 30204000-380-000 | | N/A |
| 6/30/2016 | 6/1/2016 | | 300 | Contractual Adjustment (Anc) #68-21 | | | CA | ($28.56) | 1 | ($28.56) | | $7,732.30 | 30250010-380-000 | | N/A |
| 6/30/2016 | 6/15/2016 | XRAY | 320 | Xray #67-4 | | | A | $160.96 | 1 | $160.96 | | $7,893.26 | 30204010-380-000 | | N/A |
| 6/30/2016 | 6/15/2016 | | 320 | Contractual Adjustment (Anc) #67-4 | | | CA | ($160.96) | 1 | ($160.96) | | $7,732.30 | 30250010-380-000 | | N/A |
| 6/30/2016 | 6/25/2016 | XRAY | 320 | Xray #67-3 | | | A | $70.98 | 1 | $70.98 | | $7,803.28 | 30204010-380-000 | | N/A |
| 6/30/2016 | 6/25/2016 | | 320 | Contractual Adjustment (Anc) #67-3 | | | CA | ($70.98) | 1 | ($70.98) | | $7,732.30 | 30250010-380-000 | | N/A |
| 7/12/2016 | 6/1/2016 | | | Payment applied on 7/13/2016 #407-2 | | | C | | | ($7,269.30) | ($7,269.30) | $463.00 | 10000000-000-000 | | |
| | | | | Total June 2016 | | | | | | | $0.00 | | | | |
| 7/1/2016 | 7/1/2016 | | 101 | Room Jul 1-10 2016 (2) | 2 | | R | $350.00 | 10 | $3,500.00 | | $3,963.00 | 30100010-380-000 | 90000080-000-000 | Y |
| 7/1/2016 | 7/1/2016 | | | Room Jul 1-10 2016 Contractual Adj. | 2 | | CR | ($107.69) | 10 | ($1,076.90) | | $2,886.10 | 30150010-380-000 | | Y |

EXHIBIT B

 

Health centers (https://www.greystonehealth.com/services_health-centers/)          Unity Health and Rehabilitation Center

# Unity Health and Rehabilitation Center

 

tps://www.greystonehealth.com/wp-content/uploads/2015/09/photo120.jpg)      (https://www.greystonehealth.com/wp-content/uploads/2015/09/photo219.jpg)

EXHIBIT B

 

tps://www.greystonehealth.com/wp-content/uploads/2015/09/photo319.jpg)  (https://www.greystonehealth.com/wp-content/uploads/2015/09/photo419.jpg)

More photos on Flickr (http://www.flickr.com/photos/greystonehcm/sets/72157626407514607/)

**PAY YOUR BILL HERE** (https://www.greystonehealth.com/payment?facility=unity)

Unity is one of South Florida's largest skilled nursing facilities and has been serving the needs of this diverse community for over four decades. Located near the heart of Downtown Miami and minutes from South Beach, Unity is in close proximity to Jackson Memorial Hospital, Miami VA and University of Miami Hospital. Unity offers a broad range of services including our unique Star of Life program specializing in special immunology. Unity believes in "person centered" care and celebrating individuality, to promote the physical and emotional well-being of our guests.

## Services & Amenities

- Post hospital/postsurgical care
- Physical, occupational and speech therapy
- Cardiac and stroke rehab monitoring program
- 24 hour skilled nursing available
- Wound care nurse 7 days a week
- IV therapy and tracheotomy care
- Restorative nursing program
- Therapeutic & specialized dietary services
- Coordination of dental, podiatry and vision services
- Respite care
- Hospice and end-of-life care
- Recreational services

**EXHIBIT B**

- Social services
- Religious/spiritual services
- Multi-lingual staff
- Courtesy transportation
- Infectious disease physician
- House physician and ARNP

This Month's Activities
(https://www.greystonehealth.com/wp-
content/uploads/2015/09/UNITY-
HEALTH-MAIN-
CORRECTED.pdf)

Latest Newsletter
(https://www.greystonehealth.com/wp-
content/uploads/2015/09/GHCM-
Newsletter-Spring-
Web-2016-35.pdf)



Unity Health & Rehabilitation Center

See more about us on our Heart Disease Awareness - Go Red Dance Video
(https://www.youtube.com/watch?v=8IJIUN5nAAc)

## Contact info

EXHIBIT B

1404 NW 22nd Street
Miami, FL 33142

**Phone:** 305-325-1050
**Fax:** 1305-325-0232
**Number of Beds:** 294

## Health Centers with similar services

Wilton Manors Health and Rehabilitation Center ( https://www.greystonehealth.com/wiltonmanors/)

North Beach Rehabilitation Center (https://www.greystonehealth.com/northbeach/)

Lady Lake Specialty Care (https://www.greystonehealth.com/ladylake/)

Village Place Health and Rehabilitation Center (https://www.greystonehealth.com/villageplace/)

Careline

Want to leave feedback?
Call our anonymous Careline

1 - 877 - CARE - 301 (tel:1887CARE301)
OR CLICK HERE ▸ (HTTPS://WWW.GREYSTONEHEALTH.COM/CARELINE/)

Contact Us (https://www.greystonehealth.com/contact/)

813-635-9500 (tel:8136359500)

Legal Notice/Privacy Policy (https://www.greystonehealth.com/legal/)
Employee center (http://ultipro.greystonehcm.com)

EXHIBIT B

# UPDATED

# DOCUMENTATION

# OF PRICES

# FOR

# CONTINUATION OF CARE

# ON

# TAVARES DOCHER

EXHIBIT B

**Updated
Documentation of Prices
For
Continuation of Care**

**Patient:   Tavares Docher**

**Medical Care:**

Neurologist

Dr. Sean Kenniff                         $ 100.00 – 400.00 / Office Visit
(305) 389-1453

Primary Care

Dr. Raul Almaguer                       $ 100.00 – 400.00 / Office Visit
(305) 856-3494

Cardiologist

Cardiology Associates                   $ 90.00 – 125.00 / Office Visit
(305) 661-3316

Ophthalmologist

Miami Eye Center                        $ 200.00 / Office Visit
(305) 326-0260, Jesenia

Orthopedic Surgeon

Meli Orthopedic Centers                 $ 90.00 – 150.00 / Office Visit
(954) 580-4080, Danny

EXHIBIT B

**Updated Documentation of Prices**
**Page Two**

Gastroenterologist

Dr. Diego Diaz                          $ 100.00 – 400.00 / Office Visit
(954) 967-0400

ENT

www.heathcarebluebook.com               $ 176.00 – 348.00 / Office Visit

Urologist

Uro-Medix                               $ 75.00 – 150.00 / Office Visit
(305) 466-9111

Physiatrist

Dr. Raul Rolon Torres                   $ 200.00 – 350.00 / Office Visit
(786) 596-6520

Dentist

David Weiner, D.D.S.                     $ 234.00 (Cleaning, Check-Up, X-Rays)
(305) 530-1866

EXHIBIT B

**Updated Documentation of Prices**
**Page Three**

**Diagnostic Tests**

www.healthcarebluebook.com

| | |
|---|---|
| Electroencephalogram | $ 871.00 |
| EKG | 41.00 |
| Echocardiogram | 763.00 – 876.00 |
| Renal Ultrasound | 289.00 |
| MRI – Brain | 641.00 – 1,156.00 |
| MRI – Lumbosacral | 642.00 |
| MRI – Hips | 629.00 each |
| X-Rays – Spine | 85.00 each |
| X-Rays – Chest | 68.00 each |
| Intravenous Pyelogram | 266.00 |
| Barium Swallow | 306.00 |
| Scoliosis Survey | 170.00 |

Lab Corp of America
Customer Service, (800) 788-3818

| | |
|---|---|
| Routine Urinalysis | $ 31.00 |
| CBC with differential | 37.00 |
| Hepatic Panel | 41.00 |
| SMA-20 | 104.00 |
| Serum Level of Anti-Seizure Meds. | 91.00 – 103.00 |

EXHIBIT B

**Updated Documentation of Prices**
**Page Four**


## Possible Surgeries/Complications

Unable to obtain costs with medical certainty.


## Therapy

Baptist Hospital Neuro Rehab
(786) 596-6520, Caroline

| | |
|---|---|
| Physical/Occupational Therapy Evaluations | $ 385.00 each |
| Physical/Occupational Therapy Visits | 80.00 each |
| Speech Therapy Evaluation | $ 495.00 each |
| Speech Therapy Visit | 80.00 each |

| | | |
|---|---|---|
| Hearing and Speech Center (305) 557-4764, Paula | Occupational Therapy Eval Occupational Therapy | $ 250.00 65.00/Visit |
| | Speech Therapy Eval Speech Therapy | $ 250.00 65.00/Visit |

| | |
|---|---|
| Neuropsychological Assessment Service (866) 284-0211, Tabitha | $ 1,500.00 – 2,000.00 (Includes Evaluation and Testing) |

EXHIBIT B

**Updated Documentation of Prices**
**Page Five**


<u>**Support Care**</u>

We called three agencies in the area to compare the cost for aide and attendant care.


| CSI Caregivers Services<br>(305) 821-1262, Tina | R.N.<br>L.P.N. | $ 40.00 / Hr<br>27.00 / Hr |
|---|---|---|


| Maxim Healthcare<br>(305) 235-6262, BJ | R.N.<br>L.P.N. | $ 35.00 / Hr<br>30.00 / Hr |
|---|---|---|


| ResCare Home Care<br>(954) 677-2593, Theresa | R.N.<br>L.P.N. | $ 59.00 / Hr<br>55.00 / Hr |
|---|---|---|


<u>**Housekeeper**</u>

| Teresa's Cleaning Service<br>(866) 323-2190, Lou | $ 16.00 / Hr |
|---|---|


<u>**Case Manager**</u>

| ResCare Home Care<br>(954) 677-2593, Theresa | R.N. | $ 59.00 / Hr |
|---|---|---|


<u>**Orthotics**</u>

www.rehabmart.com


EXHIBIT B

**Updated Documentation of Prices**
**Page Six**


**<u>Medical/Personal Supplies</u>**

www.northshorecare.com


**<u>Bathing/Toileting</u>**

www.rehabmart.com


**<u>Mobility Equipment</u>**

www.1-800wheelchair.com


**<u>Transferring</u>**

www.spinlife.com


**<u>Medical Furniture</u>**

www.phc-online.com


**<u>Housing</u>**

D. B. Marcus Construction          $ 250,000.00 – 400,000.00
(561) 626-9844


EXHIBIT B

**Updated Documentation of Prices**
**Page Seven**

## Transportation

| | | |
|---|---|---|
| Handicap Accessible Van | $48,000.00 - 69,000.00 | Moving on Mobility (561) 881-5600, Andrew |
| Automobile Association | $ 59.50 and up | AAA |
| Cellular Phone | $ 39.99 and up | AT&T |

EXHIBIT B

**There is a copyright on the format of this document©; however, the information in this document is patient specific.**

**This** Comprehensive Rehabilitation Re-Evaluation© **contains:**

**Extended Follow-Up Visit**
**Updated Continuation of Care**
**Updated Summary Report**
**Updated Photographs**
**Updated Documentation**

This Comprehensive Rehabilitation Evaluation is a copyrighted medical/legal document which is designed to define the patient's impairment, disability, and cost for future medical care utilizing a medical model. This medical model utilizes standard accepted scientific methodology that includes techniques in clinical evaluation and differential diagnoses, which is taught in every Physical Medicine and Rehabilitation residency program in the United States, (DeLisa's Physical Medicine and Rehabilitation Principles and Practice, Fifth Edition, Volume I), (see references, Number 1). As described in the literature, the accepted medical methodology utilized to perform the Comprehensive Rehabilitation Evaluation requires obtaining a medical history of the patient, physical exam and/or direct observation of the patient, medical records review and other scientific documentation, (laboratory studies, MRIs, CT Scans, etc.), as well as the examiner's medical knowledge, clinical training and ongoing clinical practice experience.

Impairment is a number assigned to a loss of a body system. The scientific methodology utilized to define a patient's impairment includes, but is not limited to, the use of the AMA Guides to the Evaluation of Permanent Impairment, Sixth Edition, which is the latest and most up-to-date edition.

The scientific methodology utilized to define a patient's disability includes, but is not limited to, the use of the BTE Evaluated Functional Testing System which is objective, data-driven functional equipment which includes peer reviewed research, backed evaluation normative data and testing protocols, (see Bibliography at the end of this document, Number 2), the Dictionary of Occupational Titles revised Fourth Edition supplied by the U.S. Department of Labor, and the Five Step Social Security Administration Sequence in Establishing Disability.

EXHIBIT B

The methodologies utilized to produce the Continuation of Care plan requires a three-stage process, which consists of collecting facts, formulating opinions, and producing conclusions. This methodology requires sample data from sources that are geographically proximate to the patient's primary residence or location of probable care.  This three-stage methodology has been documented in peer reviewed journal articles published in 2014 and 2015 by the American Academy of Physical Medicine and Rehabilitation, (Volume 6, 184 – 187, February 2014) and (P.M.R., February 2015, 68-78).   The  Continuation of Care portion of this report was produced following the exact Continuation of Care methodology that was peer reviewed, published, and accepted in February 2014 and 2015 by the American Academy of Physical Medicine and Rehabilitation.

My medical opinions contained in this report are based on knowledge, training, clinical practice experience, continuing medical education courses, as well as three essential key elements which include, but are not limited to, biologic plausibility, temporality, and lack of likely alternative explanation for a given case.  This methodology  was published in a peer reviewed journal  article in 2009 by the American Academy of Physical Medicine and Rehabilitation, (Volume I, 951-956, October 2009).

This examiner's clinical practice experience includes but is not limited to the long term care and treatment of pediatric, adolescent, adult and geriatric patients who have suffered traumatic brain injury, spinal cord injury, stroke, progressive neurological diseases, amputations, multiple orthopedic traumas, burns, congenital musculoskeletal deformities, and patients that suffer from chronic musculoskeletal pain and disability. The spirit and intent of the Continuation of Care plan section of the Comprehensive Rehabilitation  Evaluation is to decrease this patient's pain and suffering, especially as they age.

This examiner's expertise as a full time practicing Physiatrist (Medical Doctor that specializes in Physical Medicine and Rehabilitation) since September of 1989 consists of inpatient, transitional living and outpatient services for pediatric, adolescent, adult & geriatric patient populations.

This examiner's clinical practice experience exceeds 100,000 hours, which includes but is not limited to over 6,300 inpatient hospital admissions, well over 1,000 inpatient hospital consultations in the intensive care unit setting, numerous transitional living facility admissions, over 35,000 outpatient evaluations and over 6,000 pediatric consultations for the State of Florida (Children's Medical Services).

This examiner holds the designations of: <u>Fellow, of the American Academy of Physical Medicine and Rehabilitation</u> and <u>Fellow, of the American Academy of Independent Medical Evaluators</u>.

My opinions rendered in this comprehensive rehabilitation evaluation are based on my training, experience and expertise in the field of Physiatry (Physical Medicine and Rehabilitation) – please see attached C.V.

EXHIBIT B

All the information contained in this report is accurate and correct to the best of my knowledge. The opinions contained in this report are based in part on the assumption that the materials provided for review (medical records pre and post accident) are true, accurate, correct and complete.

## The contents and format of this document are confidential. The information may not be duplicated, released or used without the expressed or written permission of the author.

## 1. References

Mayo Clinic Department of Neurology. May Clinical Examinations in Neurology. 7th ed. St. Lous: Mosby; 1998.

Darley FL. Treatment of acquired aphasia. Adv Neurol. 1975;7:111-145.

Newmark SR, Sublett D, Black J, et al. Nutritional assessment in a rehabilitation unit. Arch Phys Med Rehabil. 1981;62:279-282.

Stolov WC, Hays RM. Evaluation of the patient. In: Kottke JF, Lehmann JF, eds. Krusen's Handbook ofPhysical Medicine and Rehabilitation. 4th ed. Philadelphia, PA: WB Saunders; 1990:1-19.

Ewing JA. Detecting alcoholism: the CAGE questionnaire. JAMA. 1984;252:1905-1907.

LeBlond RF, DeGowin RL, Brown DD, eds. DeGowin's Diagnostic Examination. 8th ed. New York: McGraw-Hill Medical Publishing Division; 2004.

Norkin CC, White DJ, eds. Measurement of Joint Motion: A Guide to Goniometry. 2nd ed. Philadelphia, PA: FA Davis; 1995.

American Academy of Orthopaedic Surgeons, eds. Joint Motion: Method of Measuring and Recording. Edinburgh: Churchill Livingstone; 1988.

D'Ambrosia RD, ed. Musculoskeletal Disorders: Regional Examination and Differential Diagnosis. 2nd ed. Philadelphia, PA: Lippincott; 1986.

Hoppenfeld S, ed. Physical Examination of the Spine and Extremities. New York: Appleton-Century-Crofts; 1976.

Kendall FP, McCreary EK, Provance PG, eds. Muscles, Testing and Function. 4th ed Philadelphia, PA: Lippincott, Williams & Wilkins; 1999.

EXHIBIT B

Hislop JG, Montgomery J, eds. Daniels and Worthingham's Muscle Testing: Techniques of Manual Examination. 7th ed. Philadelphia, PA, WB Saunders, 2002.

Folstein MF, Folstein SE, McHugh PR. "Mini-mental state": a practical method for grading the cognitive state of patients for the clinician. J Psychiatr Res. 1975;12:189-198.

Levin HS, O'Donnell VM, Grossman RG. The Galveston Orientation and Amnesia Test: a practical scale to assess cognition after head injury. J Nerv Ment Dis. 1979; 167:675-684.

Strub RL, Black FW eds. The Mental Status Examination in Neurology. 4th ed. Philadelphia, PA: FA Davis, 2000.

Jennett B, Teasdale G, eds. Management of Head Injuries. Philadelphia, PA: FA Davis Company; 1981.

Hedge MN. A Coursebook on Aphasia and Other Neurogenic Language Disorders. 2nd ed. San Diego: Singular Publishing Group; 1998.

Robey RR. A meta-analysis of clinical outcomes in the treatment of aphasia. J Speech Lang Hear Res. 1998;41:172-187.

Lehmann JF, de Lateur BJ. Gait analysis: diagnosis and management. In: Kottke FJ, Lehamm JF, eds. Krusen's Handbook of Physical Medicine and Rehabilitation, 4th ed. Philadelphia, PA: WB Saunders; 1990: 108-125.

Weed LL, ed. Medical Records, Medical Education, and Patient Care: The Problem-Oriented Record as a Basic Tool. Cleveland, OH. The Press of Case Western Reserve University; 1971.

Dinsdale SM, Gent M, Kline G, et al. Problem oriented medical records: their impact on staff communication, attitudes and decision making. Arch Phys Med Rehabil. 1975; 56:269-274.

Dinsdale SM, Mossman PL, Gullickson G Jr, et al. The problem-oriented medical record in rehabilitation. Arch Phys Med Rehabil 1970;51:488-492.

Grabois M. The problem-oriented medical record: modification and simplifications for rehabilitation medicine. South Med J. 1977;70:1383-1385.

Milhous RL. The problem-oriented medical records in rehabilitation management and training. Arch Phys Med Rehabil. 1972;53:182-185.

Five Step SSA Sequence in Establishing Disability, www.ssa.gov.

## 2. Bibliography

R., B.(). 'Comfortable and maximum walking speed of adults aged 20-79 years; reference values and determinants. Age Ageing.' (Web Document) From http://ncbi.nlm.nih.gov/pubmed/9143432

Collen, D. & Wade, et al., D.(). 'Mobility after stroke: reliability of measures of impairment and disability. Disability & Rehabilitation.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/2211468

EXHIBIT B

Lemay, J. & Nadeau, S. (). 'Standing balance assessment in ASIA D paraplegic and tetraplegic participants:  concurrent validity of the Berg Balance Scale.  Spinal Cord.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/19773797

Balasubramanian, et al., C., & Bowden, M.(). 'Validation of a speed-based classification system using quantitative measures of walking performance poststroke.  Neurorehabilitation and neural repair.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/18971382

Jackson, A. & Carnel, et al., C.().  'Outcome measures for gait and ambulation in the spinal cord injury population. J Spinal Cord Med.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/19086706

Latham, N. & Mehta, et al., V.(). 'Perfomance-based or self-report measures of physical function: which should be used in clinical trials of hip fracture patients? Archives of physical medicine and rehabilitation.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/18996244

Holmback, et al., A. & Flansbjer, U. (). 'Reliability of gait performance tests in men and women with hemiparesis after stroke.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/15788341

Olmos, L., & Freixes, et al., O.().  'Comparison of gait performance on different environmental settings for patients with chronic spinal cord injury.  Spinal Cord.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/17923845

Lusardi, PT, PhD, M., & Fritz, PT, PhD, S.(). 'White Paper. Walking Speed:  the Sixth Vital Sign.' (Web Document) From http://web.missouri.edu/˜proste/tool/cv/White_Paper__Walking_Speed__the_Sixth_Vital_Sign_.2.pdf.

Palmer, M., & Epler, M. (1998), Fundamentals of Musculoskeletal Assessment Techniques, 2nd ed., PA, Lippincott-Raven Publishers.

Andersson, G., & Cocchiarella, L. (2004), Guides to the Evaluation of Permanent Impairment, 5th ed., AMA Press

Kosmahle, .().goniomet/gonintro.htm., Retrieved on 7/19/2006 12:00:00 AM., (Web Document) From http://academic.uofs.edu/faculty/kosmahle1/courses/pt350/

Gerhardt, J., Cocchiarella, L. & Lea, R. (2002), The Practical Guide to Range of Motion Assessment First Edition, American Medical Association

Volland, G., Weber, K., Dowe, M., Kashman, N., Rogers, S., & Mathiowetz, V. (1985). Grip and pinch strength:  normative data for adults, Arch Phys Med Rehabil, Vol. 66, pp. 69-74

Wiemer, D., Federman, S., & Mathiowetz, V. (1986). Grip and pinch strength:  norms for 6- to 19-year olds. Am J Occup Ther, Vol. 40, pp. 705-11

EXHIBIT B

Davis, C., & Buddenberg, L. (1999). 'Test-Retest Reliability of the Purdue Pegboard', 'Test-Retest Reliability of the Purdue Pegboard with references', Vol. 54, pp. (Web Document) From http://ajot.aotapress.net/content/54/5/555.full.pdf.

(). 'Purdue Pegboard Test Instructions with references', (Web Document) From www.procarebv.nl/downloadproduct.php?id=291

Niebuhr, B., & Marion, R. (1990). Voluntary control of submaximal grip strength, AM J Phys Med Rehabil, Vol. 69, pp. 96-101

Matheson, L., Niemeyer, L., & Carlton, R. (1988), Grip strength in a disabled sample:  reliability and normative standards, Ind Rehabil Quarterly, Vol. 1, pp. 17-23

Volland, OTR, G., Weber, OTR, K., Dowe, OTS, M., N., Rogers, OTS, S., & Mathiowetz, MS, OTR-L, V.().  Grip and Pinch Strength:  Normative Data for Adults, Vol., pp..

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
© 2002 by Craig H. Lichtblau, M.D.

EXHIBIT B