Ann Marie Leonardis

From:
Sent:
To:

Cc:

Subject:
Attachments:

Ann Marie Leonardis
Friday, June 2, 2017 10:55 AM
Ben.Newman@wilsonelser.com; Tyk, Julie; summer@purdylaw.com; greg@purdylaw.com
_Lewis Team; _Hecht Team; Hugh L. Koerner; Rover, Leah; melissa@purdylaw.com
Re: Docher, Tavares vs. St. Lucie County Sheriff's Office (File #: 20140848)
Med Consultation Docher Emergency Care and Transp 9th Edition.pdf; Med Consultation Docher Emergency Care and Transportation 8th editionf.pdf; Med Consultation Docher Patient Restraint in EMS by NAEMSP.pdf

CaseId:
xCaseId:
SentFromSession:

10209129
0
ALEONARDISW10.axs.6/2/2017 10:24:32 AM

Good morning,

Attached please find the following reference materials listed in Dr. Sterba's report (page 15):

8.	"*Emergency Care and Transportation of the Sick & Injured*" , EMS Textbooks, Eight Edition (2002), pp. 70-71, 440-442

	"*Emergency Care and Transportation of the Sick & Injured*" , EMS Textbooks, Ninth Edition (2005), pp. 76-78,  528-530

10.	Patient Restraint in Emergency Medical Services, *Approved by the NAEMSP Board of Directors:*  20 December 2016, pp. 1-3.

Counsel has in their possession  the following items referenced on page 15:

1, 2, 3, 4, 5, 6, 7, 9, 11, 12 and 13.


Thank you for your attention to this matter.



Ann Marie Leonardis, F.R.P.
Legal Assistant to Darryl L. Lewis, Esq.,
Michael H. Kugler, Esq. and
Jordan A. Dulcie, Esq.
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone:  (561) 686-6300
Fax:	(561) 383-9485

EXHIBIT C