ECONOMIC DAMAGES REPORT IN MATTER OF

TAVARES DOCHER

Prepared by

David R. Williams, Ph.D.

President

Florida Economics Consulting Group, Inc.

Miami, Florida

For

Darryl Lewis, Esq.

June 1, 2017

EXHIBIT D

ECONOMIC DAMAGES OF TAVARES DOCHER

(reduced to present value $)

FUTURE MEDICAL EXPENSES

MODEL I

| | |
|---|---|
| LIFE EXPECTANCY +3.57 YEARS | $ 1,476,175 |
| LIFE EXPECTANCY +8.57 YEARS | $ 3,088,465 |

MODEL II

| | |
|---|---|
| LIFE EXPECTANCY +3.57 YEARS | $ 474,128 |
| LIFE EXPECTANCY +8.57 YEARS | $ 1,138,173 |

| | |
|---|---|
| GROSS PAST MEDICAL EXPENSES (est.) | $ 659,999 |

EXHIBIT D

INFORMATION USED IN TAVARES DOCHER CASE

| | | |
|---|---|---|
| Date of Birth | : | 7.4.84 |
| Date of Injury | : | 5.11.14 |
| Date of Trial (est.) | : | 8.21.17 |
| Life Expectancy (in years) | : | + 7.0 |
| (from 5.11.14) | | OR |
| | | + 12.0 |
| Discount Rate | : | 2.40% |
| Medical Inflation Rate | : | 2.40% |
| Overall Inflation Rate | : | 2.05% |

EXHIBIT D

4.

DOCUMENTS REVIEWED

- Medical Billing pages
- Craig Lichtblau, MD Continuation of Care Report and Summary dated February 8, 2017
- CPI Detailed Reports, U.S. Department of Labor, Bureau of Labor Statistics (2002-2016)
- Employment and Earnings, Table 39, US Bureau of Labor Statistics (2002-2016)
- Thomson Reuters, Inc. information on municipal bond yields (2002-2016)
- National Vital Statistics Reports, Vol. 65, No. 8, November 28, 2016

EXHIBIT D

FUTURE MEDICAL EXPENSES OF TAVARES DOCHER
[REDUCED TO PRESENT VALUE $]
[Life Care Plan of Craig Lichtblau, MD dated 2.8.17]

5.

MODEL I - +3.57 yrs

| Medical Care | | $ |
|---|---|---|
| Neurologist | 3.57*4*1*$250 | 3,570 |
| Primary Care Physician | (3.57*(12/3.5))*1*$250 | 3,060 |
| Cardiologist | | |
| Ophthalmologist | | |
| Orthopedic Surgeron | | |
| Gastroenterologist | 3.57*2*$250 | 1,785 |
| ENT | 3.57*1*$262 | 935 |
| Urological | | |
| Physiatrist | 3.57*3*$275 | 2,945 |
| Dentist | 3.57*2*$234 | 1,671 |
| | | $13,966 |

| Diagnostic Tests | | $ |
|---|---|---|
| EEG | | |
| EKG | | |
| Echocardiogram | | |
| Renal Ultrasound | | |
| MRI/Brain | | |
| MRI/Lumbosacral | | |
| X-Ray/Thoracolumbar | | |
| X-Ray/Lumbosacral | | |
| Chest X-Ray | (3.57*(12/3.5))*1*$68 | 832 |
| Intravenous Pyelogram | | |
| Barium Swallow | | |
| Scoliosis Survey | | |
| Routine Urinalysis | 3.57*1*$31 | 111 |
| CBC w/Differential | (3.57*(12/3.5))*1*$37 | 453 |
| Hepatic Panel | (3.57*(12/3.5))*1*$41 | 502 |
| SMA-20 | (3.57*(12/3.5))*1*$104 | 1,273 |
| Level Anti-Seizure Meds | (3.57*(12/4.5))*1*$97 | 923 |
| | | $4,094 |

EXHIBIT D

| Possible Surgical Procedures | | $ |
|---|---|---|
| Pulmonary | | |
| Urological | | |
| Thrombophlebitis | | |
| Renal Complications | | |
| Decubitus Care | | |
| Seizure Activity | | |
| Hydrocephalus/Shunt Replace | | |
| V-P Shunt Replacement | | |
| Infection of Shunt | | |
| Strabismus | | |
| Contractive Deformities | | |
| Spine Stabilization | | |
| Dorsal Rhizotomy | | |
| Intra. Baclofen Pump | | |
| Aspiration Pneumonia | | |
| Urosepsis | | |
| G-Tube Replacement | | |
| Endoscopy | | |
| Botox Injections | | |
| | | $0 |

| Therapeutic Evaluations | | $ |
|---|---|---|
| Physical Therapy | 3.57*1*$385 | 1,374 |
| Occupational Therapy | 3.57*1*$385 | 1,374 |
| Speech/Cognitive | 3.57*1*$495 | 1,767 |
| Neuropsychological | | |
| | | $4,516 |

| Outpatient Therapy | | $ |
|---|---|---|
| Physical | 3.57*52*3*$80 | 44,554 |
| Occupational/ADL | 3.57*52*3*$80 | 44,554 |
| Speech Therapy | 3.57*52*3*$80 | 44,554 |
| | | $133,661 |

| Support Care | | $ |
|---|---|---|
| RN | (3.57*.05)*365*24*$37.50 | 58,637 |
| LPN | (3.57*.95)*365*24*$28.50 | 846,722 |
| Housekeeper | 3.57*52*3*4*$16 | 35,643 |
| Case Manager | 3.57*12*2.5*$59 | 6,319 |
| | | $947,321 |

EXHIBIT D

| | | |
|---|---|---|
| Orthosis | | $ |
| Bilateral Hand Splints | (3.57/4)*2*$95.07 | 170 |
| Bilateral Ankle AFO's | (3.57/4)*2*$90.89 | 162 |
| | | $332 |
| | | |
| Medical/Personal Supplies | | $ |
| Depends | 3.57*12*$419.70 | 17,980 |
| Wipes | 3.57*12*$26.95 | 1,155 |
| Disposable Underpads | 3.57*12*45*($94.50/80) | 2,277 |
| Nonsterile Gloves | 3.57*12*3*$6.99 | 898 |
| | | $22,310 |
| | | |
| Bathing/Toileting | | $ |
| Commode/Shower Chair | (3.57/15)*1*$1,611 | $383 |
| | | |
| Mobility Equipment | | $ |
| Manual Wheelchair | (3.57/6)*1*$1,619 | $963 |
| | | |
| Transferring | | $ |
| Hoyer Lift | (3.57/10)*1*$1,283 | $458 |
| | | |
| Medical Furniture | | $ |
| Electric Bed/Rotation Mattress | (3.57/9)*1*$5,229 | $2,074 |
| | | |
| Housing | | $ |
| Wheelchair Accessible Home | 1*$325,000 | $325,000 |
| | | |
| Transportation | | $ |
| Van w/Conversions | (3.57/6)*1*$35,000 | 20,825 |
| Automobile Association | 3.57*1*$69.25 | 247 |
| Cellular Phone | (3.57/6)*1*$39.99 | 24 |
| | | $21,096 |

EXHIBIT D

MODEL II - +8.57 yrs

| Medical Care | | $ |
|---|---|---|
| Neurologist | 8.57*4*1*$250 | 8,570 |
| Primary Care Physician | (8.57*(12/3.5))*1*$250 | 7,346 |
| Cardiologist | | |
| Ophthalmologist | | |
| Orthopedic Surgeron | | |
| Gastroenterologist | 8.57*2*$250 | 4,285 |
| ENT | 8.57*1*$262 | 2,245 |
| Urological | | |
| Physiatrist | 8.57*3*$275 | 7,070 |
| Dentist | 8.57*2*$234 | 4,011 |
| | | $33,527 |

| Diagnostic Tests | | $ |
|---|---|---|
| EEG | | |
| EKG | | |
| Echocardiogram | | |
| Renal Ultrasound | | |
| MRI/Brain | | |
| MRI/Lumbosacral | | |
| X-Ray/Thoracolumbar | | |
| X-Ray/Lumbosacral | | |
| Chest X-Ray | (8.57*(12/3.5))*1*$68 | 1,998 |
| Intravenous Pyelogram | | |
| Barium Swallow | | |
| Scoliosis Survey | | |
| Routine Urinalysis | 8.57*1*$31 | 266 |
| CBC w/Differential | (8.57*(12/3.5))*1*$37 | 1,087 |
| Hepatic Panel | (8.57*(12/3.5))*1*$41 | 1,205 |
| SMA-20 | (8.57*(12/3.5))*1*$104 | 3,056 |
| Level Anti-Seizure Meds | (8.57*(12/4.5))*1*$97 | 2,217 |
| | | $9,828 |

Possible Surgical Procedures                                                         $

Pulmonary
Urological
Thrombophlebitis
Renal Complications

EXHIBIT D

Decubitus Care
Seizure Activity
Hydrocephalus/Shunt Replace
V-P Shunt Replacement
Infection of Shunt
Strabismus
Contractive Deformities
Spine Stabilization
Dorsal Rhizotomy
Intra. Baclofen Pump
Aspiration Pneumonia
Urosepsis
G-Tube Replacement
Endoscopy
Botox Injections

$0

| | | |
|---|---|---|
| Unity Health & Rehabilitation Center | | $ |
| Rehabilitation Center | 8.57*365*$350 | $1,094,818 |
| | | |
| FUTURE MEDICAL COSTS - MODEL I (reduced to present value $) | | $1,476,175 |
| FUTURE MEDICAL COSTS - MODEL II (reduced to present value $) | | $1,138,173 |

EXHIBIT D

FUTURE MEDICAL EXPENSES OF TAVARES DOCHER
[REDUCED TO PRESENT VALUE $]
[Life Care Plan of Craig Lichtblau, MD dated 2.8.17]

10.

MODEL I - +8.57 yrs

| Medical Care | | $ |
|---|---|---|
| Neurologist | 8.57*4*1*$250 | 8,570 |
| Primary Care Physician | (8.57*(12/3.5))*1*$250 | 7,346 |
| Cardiologist | | |
| Ophthalmologist | | |
| Orthopedic Surgeron | | |
| Gastroenterologist | 8.57*2*$250 | 4,285 |
| ENT | 8.57*1*$262 | 2,245 |
| Urological | | |
| Physiatrist | 8.57*3*$275 | 7,070 |
| Dentist | 8.57*2*$234 | 4,011 |
| | | $33,527 |

| Diagnostic Tests | | $ |
|---|---|---|
| EEG | | |
| EKG | | |
| Echocardiogram | | |
| Renal Ultrasound | | |
| MRI/Brain | | |
| MRI/Lumbosacral | | |
| X-Ray/Thoracolumbar | | |
| X-Ray/Lumbosacral | | |
| Chest X-Ray | (8.57*(12/3.5))*1*$68 | 1,998 |
| Intravenous Pyelogram | | |
| Barium Swallow | | |
| Scoliosis Survey | | |
| Routine Urinalysis | 8.57*1*$31 | 266 |
| CBC w/Differential | (8.57*(12/3.5))*1*$37 | 1,087 |
| Hepatic Panel | (8.57*(12/3.5))*1*$41 | 1,205 |
| SMA-20 | (8.57*(12/3.5))*1*$104 | 3,056 |
| Level Anti-Seizure Meds | (8.57*(12/4.5))*1*$97 | 2,217 |
| | | $9,828 |

EXHIBIT D

| Possible Surgical Procedures | | $ |
|---|---|---|
| Pulmonary | | |
| Urological | | |
| Thrombophlebitis | | |
| Renal Complications | | |
| Decubitus Care | | |
| Seizure Activity | | |
| Hydrocephalus/Shunt Replace | | |
| V-P Shunt Replacement | | |
| Infection of Shunt | | |
| Strabismus | | |
| Contractive Deformities | | |
| Spine Stabilization | | |
| Dorsal Rhizotomy | | |
| Intra. Baclofen Pump | | |
| Aspiration Pneumonia | | |
| Urosepsis | | |
| G-Tube Replacement | | |
| Endoscopy | | |
| Botox Injections | | |
| | | $0 |

| Therapeutic Evaluations | | $ |
|---|---|---|
| Physical Therapy | 8.57*1*$385 | 3,299 |
| Occupational Therapy | 8.57*1*$385 | 3,299 |
| Speech/Cognitive | 8.57*1*$495 | 4,242 |
| Neuropsychological | | |
| | | $10,841 |

| Outpatient Therapy | | $ |
|---|---|---|
| Physical | 8.57*52*3*$80 | 106,954 |
| Occupational/ADL | 8.57*52*3*$80 | 106,954 |
| Speech Therapy | 8.57*52*3*$80 | 106,954 |
| | | $320,861 |

| Support Care | | $ |
|---|---|---|
| RN | (8.57*.05)*365*24*$37.50 | 140,762 |
| LPN | (8.57*.95)*365*24*$28.50 | 2,032,607 |
| Housekeeper | 8.57*52*3*4*$16 | 85,563 |
| Case Manager | 8.57*12*2.5*$59 | 15,169 |
| | | $2,274,101 |

EXHIBIT D

| Orthosis | | $ |
|---|---|---|
| Bilateral Hand Splints | (8.57/4)*2*$95.07 | 407 |
| Bilateral Ankle AFO's | (8.57/4)*2*$90.89 | 389 |
| | | $797 |

| Medical/Personal Supplies | | $ |
|---|---|---|
| Depends | 8.57*12*$419.70 | 43,162 |
| Wipes | 8.57*12*$26.95 | 2,772 |
| Disposable Underpads | 8.57*12*45*($94.50/80) | 5,467 |
| Nonsterile Gloves | 8.57*12*3*$6.99 | 2,157 |
| | | $53,557 |

| Bathing/Toileting | | $ |
|---|---|---|
| Commode/Shower Chair | (8.57/15)*1*$1,611 | $920 |

| Mobility Equipment | | $ |
|---|---|---|
| Manual Wheelchair | (8.57/6)*1*$1,619 | $2,312 |

| Transferring | | $ |
|---|---|---|
| Hoyer Lift | (8.57/10)*1*$1,283 | $1,100 |

| Medical Furniture | | $ |
|---|---|---|
| Electric Bed/Rotation Mattress | (8.57/9)*1*$5,229 | $4,979 |

| Housing | | $ |
|---|---|---|
| Wheelchair Accessible Home | 1*$325,000 | $325,000 |

| Transportation | | $ |
|---|---|---|
| Van w/Conversions | (8.57/6)*1*$35,000 | 49,992 |
| Automobile Association | 8.57*1*$69.25 | 593 |
| Cellular Phone | (8.57/6)*1*$39.99 | 57 |
| | | $50,642 |

EXHIBIT D

MODEL II - +3.57 yrs

| Medical Care | | $ |
|---|---|---|
| Neurologist | 3.57*4*1*$250 | 3,570 |
| Primary Care Physician | (3.57*(12/3.5))*1*$250 | 3,060 |
| Cardiologist | | |
| Ophthalmologist | | |
| Orthopedic Surgeron | | |
| Gastroenterologist | 3.57*2*$250 | 1,785 |
| ENT | 3.57*1*$262 | 935 |
| Urological | | |
| Physiatrist | 3.57*3*$275 | 2,945 |
| Dentist | 3.57*2*$234 | 1,671 |
| | | $13,966 |

| Diagnostic Tests | | $ |
|---|---|---|
| EEG | | |
| EKG | | |
| Echocardiogram | | |
| Renal Ultrasound | | |
| MRI/Brain | | |
| MRI/Lumbosacral | | |
| X-Ray/Thoracolumbar | | |
| X-Ray/Lumbosacral | | |
| Chest X-Ray | (3.57*(12/3.5))*1*$68 | 832 |
| Intravenous Pyelogram | | |
| Barium Swallow | | |
| Scoliosis Survey | | |
| Routine Urinalysis | 3.57*1*$31 | 111 |
| CBC w/Differential | (3.57*(12/3.5))*1*$37 | 453 |
| Hepatic Panel | (3.57*(12/3.5))*1*$41 | 502 |
| SMA-20 | (3.57*(12/3.5))*1*$104 | 1,273 |
| Level Anti-Seizure Meds | (3.57*(12/4.5))*1*$97 | 923 |
| | | $4,094 |

| Possible Surgical Procedures | | $ |
|---|---|---|
| Pulmonary | | |
| Urological | | |
| Thrombophlebitis | | |
| Renal Complications | | |

EXHIBIT D

14.

Decubitus Care
Seizure Activity
Hydrocephalus/Shunt Replace
V-P Shunt Replacement
Infection of Shunt
Strabismus
Contractive Deformities
Spine Stabilization
Dorsal Rhizotomy
Intra. Baclofen Pump
Aspiration Pneumonia
Urosepsis
G-Tube Replacement
Endoscopy
Botox Injections

$0

| | | |
|---|---|---|
| Unity Health & Rehabilitation Center | | $ |
| Rehabilitation Center | 3.57*365*$350 | $456,068 |
| | | |
| FUTURE MEDICAL COSTS - MODEL I (reduced to present value $) | | $3,088,465 |
| FUTURE MEDICAL COSTS - MODEL II (reduced to present value $) | | $474,128 |

EXHIBIT D

CERTIFICATION

I hereby certify that the above listed report was written by David R. Williams, Ph.D. I certify that I have no interest, present or contemplated, in the above matter and that neither the employment to produce the report nor the compensation is contingent on the conclusion of the report. I certify that according to my belief and knowledge, all statements and information in the report are true and correct, subject to the underlying assumptions.

I reserve the right to supplement my report as more relevant information becomes available to me.

My hourly fee in this matter is $495 per hour for all work performed.

_David R. Williams_

David R. Williams, Ph.D.

June 1, 2017

EXHIBIT D