IN THE UNITED STATES DISTRICT COURT OF FLORIDA
SOUTHERN DISTRICT
CASE NO: 2:16CV14413

DOCHER

VS

NEWMAN, ET AL

# MEDIATION REPORT

The above styled case was mediated on 6-5-17 before Rodney Romano either pursuant to court order, or if not pursuant to court order, with the agreement of all participants that the privileges and rules of confidentiality would apply as if the meeting was pursuant to court order.

The outcome was *Not Settled*

Comments: Follow up will ensue

Respectfully submitted,

_____
Rodney G Romano
Matrix Mediation, LLC
1655 Palm Beach Lakes Blvd.
Suite 700
West Palm Beach, Florida 33401
(561)-340-3500
rodney@matrixmediation.com
cell (561)-818-0001
FBN# 559482
CM# 12628R

MEDIATION REPORT - 1