UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

       Plaintiffs,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

       Defendants.
_____/

CASE NO.: 2:16cv14413

**JOINT PROPOSED SCHEDULE OF AMENDED PRETRIAL DEADLINES AND TRIAL**

       The Parties, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, CHRISTOPHER NEWMAN, individually, CLAYLAN MANGRUM, individually, CALVIN ROBINSON, individually, WADE COURTEMANCHE, individually, KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT, an independent special district, pursuant to this Court's Order dated June 2, 2017 [DE 61], hereby submit this Joint Proposed Schedule of Amended Pretrial Deadlines and Trial:

       1.    TRIAL DATE AND CALENDAR CALL: After conferring and determining that this is a complex case involving numerous fact and expert witnesses and as the Court recently granted the Plaintiff leave to amend the Complaint [DE 61], the parties respectfully request that

the trial date be changed from October 16, 2017 to **January 15, 2018.** The parties are aware that the Court wanted to preserve the current October 2017 trial date, if possible. However, after further reflection and discussion, counsel for the parties believes that additional time is needed so that the parties may be able to sufficiently prepare this matter for trial.

    2.    PRE-TRIAL SCHEDULE: The remaining Pre-Trial Schedule is proposed to be amended as follows:

| Date | Event |
|---|---|
| August 1, 2017 | Add Parties and Amend Pleadings |
| August 15, 2017 | Defendants to Disclose and Produce their Expert Witness Reports |
| August 25, 2017 | Fact Discovery Deadline[1] |
| September 8, 2017 | Expert Witness Discovery Ends |
| September 22, 2017 | All Pretrial Dispositive, <u>Daubert</u> Motions and Motions in Limine |
| October 20, 2017 | Responses to all Pretrial Dispositive, <u>Daubert</u> Motions, and Motions in Limine due |
| November 3, 2017 | Replies to all Pretrial Dispositive, <u>Daubert</u> Motions, and Motions in Limine due |
| January 5, 2018 | File Joint Pretrial Stipulation; make deposition testimony designations; and exchange Rule 26(a)(3) witness and exhibit lists |
| January 5, 2018 | File Jury Instructions or Proposed Findings of Fact and Conclusions of Law.   File pre-labeled exhibit and witness lists |
| January 10, 2018 | File objections to deposition testimony designations |

Respectfully submitted this 13th day of June, 2017.

[signature page to follow]

---

[1] The parties are working on coordinating the dates and times of the remaining fact and expert witnesses' depositions and would respectfully request that the Court grant them ten (10) days, i.e. up to June 23, 2017, in which to file same with the Court.

**ADAM S. HECHT, ESQUIRE**
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9485
Email: ash@searcylaw.com
      axs@searcylaw.com
      mal@searcylaw.com
      jcx@searcylaw.com
Attorneys for Plaintiff

BY     *s/ Adam S. Hecht*
        Fla. Bar No. 64307


**SUMMER M. BARRANCO, ESQUIRE**
Purdy, Jolly, Giuffreda & Barranco, P.A.
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Phone: (954) 462-3200
Fax: (954) 462-3861
Email: summer@purdylaw.com
      melissa@purdylaw.com
Attorneys for Defendants Newman, Mangrum, Robinson, Courtemanche and Sheriff

BY     *s/ Summer M. Barranco*
        Fla. Bar No. 984663


**BENJAMIN W. NEWMAN, ESQUIRE**
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N. Orange Ave., Suite 1200
Orlando, FL 32801
Phone: (407) 203-7599
Fax: (407) 648-1376
Ben.Newman@wilsonelser.com
Julie.Tyk@wilsonelser.com
Attorneys for Defendant, Jose Rosario and St. Lucie County Fire District

BY     *s/ Benjamin W. Newman*
        Florida Bar No.: 0011223