UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   16-14413-Civ-ROSENBERG/LYNCH

TAVARES DOCHER, by and through JANICE
DOCHER-NEELEY, his mother
and legal guardian,

        Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as SHERIFF of
ST. LUCIE COUNTY, Florida,
JOSE ROSARIO, individually, and the ST.
LUCIE COUNTY FIRE DISTRICT,
an independent special district,

        Defendants.
_____/

## PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

**COMES NOW** Plaintiff, TAVARES DOCHER (hereinafter "DOCHER"), by and through JANICE DOCHER-NEELEY, his mother, by and through their undersigned attorneys, and pursuant to S.D. Fla. L.R. 15.1 and Section 3I(1) of the CM/ECF Administrative Procedures, files this Motion for Leave to file a Third Amended Complaint, and accompanying memorandum of law, and in support thereof, states the following:

    1.    This is a civil action under 42 U.S.C. § 1983 and Florida law, including claims for excessive force against Defendant CHRISTOPHER NEWMAN (hereinafter "NEWMAN"),

Defendant CLAYLAN MANGRUM (hereinafter "MANGRUM"), Defendant CALVIN ROBINSON (hereinafter "ROBINSON"), and Defendant KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida.

2. The proposed third amended complaint alleges that DOCHER, while handcuffed behind his back, was subjected to excessive force by deputies NEWMAN, MANGRUM, and ROBINSON, including strikes to the head.

3. On August 1, 2017, the official representative of Defendant KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, testified that Defendant KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, is the final policy-maker regarding use of force for Defendant KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida.

4. The official representative of Defendant KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, further testified that as the final decision-maker with regards to use of force, that Defendant KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, concluded that the use of force by Defendant NEWMAN, Defendant MANGRUM, and Defendant ROBINSON, was consistent with its official policies, practices, and procedures.

5. The official representative of Defendant KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, further testified that Defendant KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, made the final determination approving and ratifying all of the conduct of Defendant NEWMAN, Defendant MANGRUM, and Defendant ROBINSON, towards Plaintiff, including the basis for the arrest of Plaintiff, and basis for the use of force. *Matthews v. Columbia County*, 294 F.3d 1294, 1297 (11th Cir. 2002) ("[L]iability on the basis of ratification exists when a subordinate public official makes an unconstitutional decision and when that decision is then adopted by someone who does have final policymaking authority.").

6. Based on the foregoing, Count XXII of the proposed third amended complaint seeks to add a custom, policy, and practice claim against Defendant KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, based on its official ratification of adoption of the unconstitutional conduct of its deputies while acting under color of state law, in violation of Plaintiff's constitutional rights under the Fourth and Fourteenth Amendments and 42 U.S.C. § 1983.

7. Pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff first requested deposition dates for Defendant KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, on June 5, 2017. The first available date (for all parties) was not until August 1, 2017, i.e., the same exact date as the deadline to amend pleadings. The depositions proceeded on August 1, 2017, and were transcribed on an expedited basis. In light of the testimony that Defendant KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, as the final policymaker, approved and ratified the unlawful conduct of its subordinates, this motion followed.

8. The proposed Third Amended Complaint (adding Count XXII) is attached hereto as Exhibit "A".

9. Pursuant S.D. Fla. L.R. 7.1.A.3, Benjamin Newman, Esq., authorized the undersigned to represent that Defendants <u>Jose Rosario and the St. Lucie County Fire District</u> has no objection to the relief requested herein. It has been stipulated between the Plaintiff and Defendant, St. Lucie County Fire District, that should the Court grant Plaintiff's amendment, and upon the Court's approval, that the trial in this action shall begin sixty (60) days from the current trial date set for January 22, 2018.

10. Pursuant S.D. Fla. L.R. 7.1.A.3, Summer Barranco, Esq., authorized the

undersigned to represent that Defendants that Defendants Christopher Newman, Clayton Mangrum, Calvin Robinson, Courtemanche, and Ken J. Mascara, Sheriff of St. Lucie County object to the relief requested herein.

## MEMORANDUM OF LAW

Leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). As the Court explained in Spanish Broadcasting System of Florida, Inc. v. Clear Channel, 376 F.3d 1065 (11th Cir. 2004):

> The Supreme Court has emphasized that leave to amend must be granted absent a specific, significant reason for denial. In the absence of any apparent or declared reason–such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.–the leave sought should, as the rules require, be freely given. Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962 (internal quotation marks omitted).

Id. at 1077.

The interests of justice support the Court granting leave to amend. There is no specific and significant reason to deny the relief requested. Nor has there been any undue delay. Floyd v. Eastern Airlines, Inc., 872 F.2d 1462, 1490 (11th Cir.1989) ("The mere passage of time, without anything more, is an insufficient reason to deny leave to amend.") *rev'd on other grounds*, 111 S.Ct. 1489 (1990)). The deposition of the Sheriff's representative did not occur until August 1, 2017, notwithstanding that Plaintiff began requesting deposition dates on June 5, 2017. The transcript of the depositions on August 1, 2017, were ordered on an expedited basis, and this motion timely followed.

**WHEREFORE**, Plaintiff requests that the Court enter an Order finding good cause and granting Plaintiff's motion for leave to file the proposed third amended complaint (adding Count XXII), a copy of which is attached hereto as Exhibit "A".

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent via electronic filing using the CM/ECF system with the Clerk of the Court, which sends e-mail notification of such filing to all CM/ECF participants in this case, on this 14th day of August, 2017.

I HEREBY CERTIFY, pursuant to Southern District of Florida General Rule 7.1(a)(3) that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

/s/ DARRYL L. LEWIS
Darryl L. Lewis
Florida Bar No.: 818021
Attorney E-Mail(s):   dll@searcylaw.com   and axs@searcylaw.com
Primary E-Mail: _lewisteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9485
Attorney for Plaintiff(s)

## COUNSEL LIST

Summer M. Barranco, Esquire
summer@purdylaw.com; melissa@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL  33304
Phone: (954)-462-3200
Fax: (954)-462-3861
Attorneys for Ken Mascara

Benjamin W. Newman, Esquire
Ben.Newman@wilsonelser.com; Leah.Rover@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N Orange Avenue, Suite 1200
Orlando, FL  32801
Phone: (407) 203-7592
Fax: (407) 648-1376
Attorneys for Port St. Lucie Fire Rescue

Hugh L. Koerner, Esquire
hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
3475 Sheridan Street, Suite 208
Hollywood, FL  33021
Phone: (954)-522-1235
Fax: (954)-522-1176
Attorneys for Tavares Docher