UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

CASE NO.: 2:16cv14413

       Plaintiffs,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

       Defendants.
_____/

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE
EXPERT DISCOVERY AND TO FILE DISPOSITIVE MOTIONS,
MOTIONS IN LIMINE AND DAUBERT MOTIONS
(AND MEMORANDUM OF LAW)**

The Parties, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, CHRISTOPHER NEWMAN, individually, CLAYLAN MANGRUM, individually, CALVIN ROBINSON, individually, WADE COURTEMANCHE, individually, KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT, an independent special district, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, files this their Joint Motion for Extension of Time to Complete Expert Discovery and To File Dispositive Motions, Motions in Limine, and Daubert Motions, and in support thereof states as follows:

1

1. This Court issued a paperless Order on June 26, 2017 stating, among other things, that "Expert witness list due by 9/8/17." By agreement of the parties, the deadline for expert discovery in this case is September 15, 2017.

2. The Court imposed deadline for Dispositive Motions and Motions in Limine is currently September 22, 2017.

3. The following expert witness depositions are scheduled to take place:

   a. Doug Lacey on September 7, 2017 at 2:30 p.m.

   b. Mark Dunston on September 8, 2017 at 10:00 a.m.

   c. Dr. Charles Wetli on September 11, 2017 at 2:00 p.m.

4. Due to the impending impact of Hurricane Irma, currently a category 5 hurricane with an uncertain track but projected to impact South Florida, the parties agreed to cancel the above mentioned depositions to be rescheduled at a later date.

5. In addition to the above mentioned depositions, additional expert depositions are currently scheduled in this case for next week assuming the effects of the storm have alleviated. Due to the currently scheduled depositions, it will not be possible to reschedule the expert depositions of Mr. Lacey, Mr. Dunston, or Dr. Wetli before the expert discovery deadline of September 15.

6. The parties respectfully request a fourteen (14) day extension solely for the purpose of allowing the parties to depose Mr. Lacey, Mr. Dunston and Dr. Wetli, i.e. up to and including September 29, 2017.

7. The parties also respectfully request a fourteen (14) day extension to the deadline to file Dispositive Motions, Motions in Limine and Daubert Motions, i.e. up to and including October 6, 2017.

WHEREFORE, it is respectfully requested that this Honorable Court enter its Order granting the Motion for Extension of Time to Complete Expert Discovery and to File Dispositive Motions, Motions in Limine, and Daubert Motions, extending the expert discovery deadline as well as the deadline to file Dispositive Motions, Motions in Limine and Daubert Motions for an additional fourteen (14) days.

Further, and in support of this Motion, the parties would refer this Honorable Court to the Memorandum of Law incorporated herein and by reference made a part hereof.

### MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides, in pertinent part, that:

> When by these Rules or by a notice given thereunder or by order of court, an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion...order the period enlarged if request is made before the expiration of the period originally prescribed or as extended by a previous order . . .

By its expressed terms, the Rule affords wide discretion to this Court to enlarge a time period established by the Rule or a court order. See Woods v. Allied Concord Financial Corp., 373 F.2d 733 (5th Cir. 1967); Yanofsky v. Wernick, 362 F.Supp. 1005 (S.D. N.Y. 1973); Graham v. Brier, 418 F.Supp. 73 (S.D. Wis. 1976); Moore's Federal Practice §608 (2d.Ed 1984). Rule 6 should be applied liberally "to secure the just, speedy and inexpensive determination of every action." Enlargements of time should be available when a party demonstrates a reasonable basis for such request. See Beaufort Concrete Company v. Atlantic States Construction Company, 352 F.2d 460 (5th Cir. 1965). For the reasons above, the Joint Motion should be granted.

### 7.1(a)(3) STATEMENT

This Motion has been circulated amongst all parties and is being submitted jointly for this Court's consideration.

3

**ADAM S. HECHT, ESQUIRE**
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9485
Email: ash@searcylaw.com
       axs@searcylaw.com
       mal@searcylaw.com
       jcx@searcylaw.com
Attorneys for Plaintiff

BY    *s/ Adam S. Hecht*
       ADAM S. HECHT, ESQUIRE
       Fla. Bar No. 64307


**SUMMER M. BARRANCO, ESQUIRE**
Purdy, Jolly, Giuffreda & Barranco, P.A.
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Phone: (954) 462-3200
Fax: (954) 462-3861
Email: summer@purdylaw.com
       melissa@purdylaw.com
Attorneys for Defendants Newman, Mangrum, Robinson, Courtemanche and Sheriff

BY    *s/ Summer M. Barranco*
       SUMMER M. BARRANCO, ESQUIRE
       Fla. Bar No. 984663


**BENJAMIN W. NEWMAN, ESQUIRE**
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N. Orange Ave., Suite 1200
Orlando, FL 32801
Phone: (407) 203-7599
Fax: (407) 648-1376
Ben.Newman@wilsonelser.com
Julie.Tyk@wilsonelser.com
Attorneys for Defendants Jose Rosario and St. Lucie County Fire District

BY    *s/ Benjamin W. Newman*
       BENJAMIN W. NEWMAN, ESQUIRE
       Florida Bar No.: 0011223