Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16-CV-14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

          Plaintiffs,

     -vs-

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as Sheriff of
St. Lucie County, Florida,
JOSE ROSARIO, individually, and the
ST. LUCIE COUNTY FIRE DISTRICT, an
independent special district,

          Defendants.
_____/

DEPOSITION OF MOHAMMAD NASAR, M.D.

Monday, June 26, 2017
1:10 p.m. - 2:14 p.m.
2161 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33401

Stenographically Reported By
Pamela J. Pelino, RPR, FPR, CLR
Notary Public, State of Florida
FLORIDA COURT REPORTING
- - -

Page 2

1   APPEARANCES:
2
3   On behalf of the Plaintiff:
4        ADAM HECHT, ESQUIRE
         SEARCY, DENNEY, SCAROLA, BARNHART & SHIPLEY
5        2139 Palm Beach Lakes Boulevard
         West Palm Beach, Florida 33409
6        561.686.6300
         ash@searcylaw.com
7
8   On behalf of the defendants Jose Rosario, individually,
    and St. Lucie County Fire District:
9
         JULIE A. TYK, ESQUIRE
10       WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
         111 North Orange Avenue
11       Suite 1200
         Orlando, Florida 32801
12       407.203.7599
         julie.tyk@wilsonelser.com
13
14  On behalf of the Defendant Christopher Newman, Claylan
    Mangrum, Calvin Robinson, Wade Courtemanche, and Ken J.
15  Mascara, as Sheriff of St. Lucie County, Florida:
16       GREGORY J. JOLLY, ESQUIRE
         PURDY, JOLLY, GUIFFREDA & BARRANCO, P.A.
17       Galleria Corporate Centre
         Suite 1216
18       2455 East Sunrise Boulevard
         Fort Lauderdale, Florida 33304
19       954.462.3200
         greg.@purdylaw.com
20
21
22
23
24
25

Page 3

1               - - -
2             I N D E X
3               - - -
4   MOHAMMAD NASAR, M.D.
5        DIRECT   CROSS   REDIRECT   RECROSS
6
7   BY MS. TYK     4          31, 43
8   BY MR. JOLLY        20          33
9   BY MR. HECHT        24          34
10
11
12
13             - - -
           E X H I B I T S   M A R K E D
14             - - -
15  DESCRIPTION                    PAGE
16  Defendant's Exhibit 1              *
     (Medical Notes provided by Witness)
17
18
19
20
21
22
23
24
25  (* Marked at the conclusion of the depositiion.)

Page 4

1          P R O C E E D I N G S
2              - - -
3        Deposition taken before Pamela J. Pelino,
4   Registered Professional Court Reporter and Notary Public
5   in and for the State of Florida at Large, in the above
6   cause.
7              - - -
8   Thereupon,
9          MOHAMMAD NASAR, M.D.,
10  having been first duly sworn or affirmed, was examined
11  and testified as follows:
12       THE WITNESS:  I swear.
13       DIRECT EXAMINATION
14  BY MS. TYK:
15       Q.  Good afternoon, Doctor.  My name is
16  Julie Tyk, and I represent Saint Lucie County Fire
17  District and Jose Rosario.  Have you been deposed
18  before?
19       A.  No.
20       Q.  I'm just going to go over a few ground rules
21  for the deposition process that will make it a little
22  easier.
23       A.  Okay.
24       Q.  If you can answer out loud and verbally, that
25  way the court reporter can take down all of your

1 (Pages 1 to 4)

EXHIBIT B

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

8b47c636-faaa-48a8-b2f3-e9e0aadebc5f

DOCHER vs NEWMAN     MOHAMMAD NASAR, M.D.              06/26/2017

Page 5

1    responses.
2       A.   Okay.
3       Q.   If at any time you don't understand one of my
4    questions, let me know and I'm happy to rephrase.
5       A.   Okay.
6       Q.   If you answer the question, I'll assume that
7    you understood and answered appropriately.
8       A.   Okay.
9       Q.   If you have to take a break for any reason,
10   let me know and I'm happy to accommodate that request.
11   I would just ask that if there is a question pending
12   that you would answer that question pending beforehand.
13      A.   Okay.
14      Q.   And we can get ready to go.  Can you state
15   your full legal name?
16      A.   Mohammad Nasar.
17      Q.   And you're a medical doctor?
18      A.   Yes.
19      Q.   Can you go through your educational
20   background starting with your undergraduate studies and
21   through medical school?
22      A.   Yeah.  I did my medical school --
23   undergraduate, I did it in Pakistan.  And then I went
24   for my medical school in Caribbean at Dominican
25   Republic.  And then came to the United States and did my

Page 6

1    medical residency in New York at Bronx-Lebanon Hospital.
2    And then I got licensed here in the U.S. and started
3    practicing here in Florida.
4       Q.   Do you hold a medical license in any other
5    state besides Florida?
6       A.   No.
7       Q.   Are you Board-certified in any areas?
8       A.   Family medicine.
9       Q.   And what year did you graduate medical
10   school?
11      A.   1996.
12      Q.   When did you complete your residency in
13   New York?
14      A.   New York?  2007.
15      Q.   And when did you start practicing in Florida?
16      A.   End of 2007.
17      Q.   Are you currently employed?
18      A.   Yes.
19      Q.   And who are you employed with?
20      A.   I'm with ACO, the Accountable Care
21   Organization.
22      Q.   Do you have a physical office where patients
23   see you, or do you actually go to hospitals?
24      A.   I usually go to hospitals and nursing homes
25   and visit them and see them there.

Page 7

1       Q.   Are there particular nursing homes or
2    hospitals that you go to see patients at currently?
3       A.   Yes.  I go to Kindred, West Palm Beach.  And
4    other nursing homes in the West Palm Beach County.
5       Q.   In May of 2014, were you seeing patients at
6    Kindred in Fort Lauderdale?
7       A.   Yes.
8       Q.   We're here in regard to a patient by the name
9    of Tavares Docher.  Do you recall that patient?
10      A.   I'm blank, blank.  After reading the notes...
11      Q.   And so my question is do you have a
12   independent recollection of Mr. Docher outside of the
13   records, or is your recollection of him based upon your
14   review of the notes?
15      A.   I see -- I must have seen thousands of
16   patients after him.  So the straight answer is no.
17      Q.   And you brought with you today some notes
18   from Mr. Docher's chart at Kindred with you; is that
19   accurate?
20      A.   Correct.  Yes.
21      Q.   And just in flipping through the notes, it
22   looks like some of them were dictated by you and then
23   some of them were dictated by other physicians who saw
24   him at Kindred; is that correct?
25      A.   Correct.  I mean, that's what they sent me.

Page 8

1       Q.   Okay.  Now, it looks like the first note is a
2    history and physical that was dictated by you on
3    May 27th, 2014.  Do you have that note?
4       A.   Yes.
5       Q.   Did you have a chance to review that note
6    prior to your deposition today?
7       A.   Yes.
8       Q.   Other than reviewing these notes that were
9    provided to you from Kindred, did you do anything else
10   to prepare for your deposition today?
11      A.   No.  I don't have any other information.
12      Q.   Okay.  Based on your review of your history
13   and physical, what was the reason why Mr. Docher was at
14   Kindred in Fort Lauderdale on May 27, 2014?
15      A.   Basically, he came -- I mean, he came from an
16   acute care facility.  I believe Port St. Lucie.  And as
17   I mentioned, we are LTAC, a long-term acute care
18   facility.  The patient came on a ventilator.  The
19   primary goal was to get him off the ventilator.  And,
20   you know, feeding purpose and all this, and stabilize
21   him until he's stable enough to be transferred to a
22   facility that can be a long-term care.
23              So mainly it's, what Kindred does is a
24   pulmonary care, which we were able to wean him off the
25   machine and get him on a trach collar.

2  (Pages 5 to 8)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)                                    8b47c636-faaa-48a8-b2f3-e9e0aadebc5f

DOCHER vs NEWMAN     MOHAMMAD NASAR, M.D.          06/26/2017

Page 9

1    Q.   Now, you mentioned an acute care facility.
2  And that would be a hospital?
3    A.   Yeah, that's a hospital.  In this case, it
4  would be Port St. Lucie hospital.
5    Q.   Okay.  And you mentioned that Kindred is a
6  long-term care facility?
7    A.   Long-term acute care facility.
8    A.   Acute care.
9    A.   Yeah.
10   Q.   And eventually was Mr. Docher transferred to
11  a long-term care facility?
12   A.   Yes.
13   Q.   And that would be a nursing home?
14   A.   A nursing home.
15   Q.   Can you just explain for me the difference
16  between a long-term acute care facility versus a
17  long-term care facility?
18   A.   Yeah.  LTAC, which is a long-term acute care
19  facility, is a hospital for patients with chronic
20  illnesses which requires hospital care.  That means
21  patients on the drips, patients on the ventilator,
22  patients that require procedure, patients that requires
23  daily physician visits or -- and those patients are not
24  being taken care of in a nursing home comes to LTAC.
25        For example, this patient was on a

Page 10

1  ventilator.  So there are facilities, nursing home
2  facilities, that are trained for -- for ventilator
3  setting, but there are very few.  And other -- and then
4  there are certain setting of the ventilator that it
5  require for them to accept that patient.  So he did not
6  meet that criteria.  And that's why we kept him here
7  until we stabilized him and then his ready level to be
8  transferred to a facility that he can, like that he's
9  ready to be transferred to a sublevel, like a nursing
10  home.
11   Q.   Do you know how long Mr. Docher was at
12  Kindred?
13   A.   I think he came in on the 27th or the 26th.
14  I don't have the exact date.  July 3rd or July 4th, I
15  think he was discharged.  I don't have the date of
16  discharge although I have a -- give me one second.  I
17  think there is some -- yeah, July 3rd.
18   Q.   Okay.  What was your role in Mr. Docher's
19  care while he was at Kindred?
20   A.   I'm the primary care, the attending for this
21  patient.  Basically to admit patient under my care and
22  collaborate the care with the consultants and do family
23  medicine and internal medicine care.  And if we need a
24  specialty, then get specialty help.  Like pulmonary in
25  this case, neurology, and infectious disease.  And just

Page 11

1  organize and coordinate the care.
2    Q.   Okay.  Turning back to your history and
3  physical, there's a section called "hospital course."
4  Is that the hospital course at Port St. Lucie hospital
5  that you're describing in that section?
6    A.   Give me one second.  I'll go back to my...
7        MR. JOLLY:  What page?
8        THE WITNESS:  Where does it state hospital
9  course?
10  BY MS. TYK:
11   Q.   It's under history and physical.  Then there
12  is date of admission, date of service, corrective
13  report, reason for admission, and then the next section
14  says hospital course.  Do you see (indicating)?
15   A.   Oh, here?
16   Q.   Yes.
17   A.   I think it's when they transcribed it, it has
18  to be HPI, history of present illness.  It's not a
19  hospital course.
20   Q.   Okay.  That's what I was trying to --
21   A.   They transcribed it.  You know, these are --
22  when they transcribed it, something that they just put
23  it in.  But that's not -- a hospital course is it's when
24  we are discharging the patient and then you do the
25  hospital course and that's what happened.

Page 12

1    Q.   Right.
2    A.   This would be a history of present illness.
3    Q.   And that's what I wanted to clarify with
4  that.
5    A.   No.  So I would correct that to HPI.
6    Q.   Okay.  Now, the section here, the information
7  that's provide in the HPI section, where would you have
8  gotten that information?
9    A.   The information mainly is from the
10  discharging facility.
11   Q.   Okay.
12   A.   In this case would be from the Port St. Lucie
13  Medical Center records.
14   Q.   Okay.  Do you remember if you had an
15  opportunity to speak with the family at all?
16   A.   I spoke to the patient's mom a couple of
17  times.  Yeah.  Several times.
18   Q.   And was she able to provide you any type of
19  history for the patient that you recall?
20   A.   I don't recall anything.  But at the time
21  when I was doing my history and physical in the initial
22  report, she was not present.  And, obviously, the
23  patient was not able to give me any information.  But we
24  have met her during the course of the stay.
25   Q.   Okay.

3 (Pages 9 to 12)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)                8b47c636-faaa-48a8-b2f3-e9e0aadebc5f

DOCHER vs NEWMAN    MOHAMMAD NASAR, M.D.           06/26/2017

Page 13

1    A.   Yeah.
2    Q.   The very first line talks about that he --
3  Mr. Docher had a history of alcohol abuse and
4  polysubstance abuse.  Would that have been information
5  that you got from the Port St. Lucie hospital?
6    A.   Yes.
7    Q.   Okay.  Do you know anything else besides that
8  sentence?  Any further details?  How much alcohol he was
9  consuming?  What polysubstances he was abusing?
10 Anything like that?
11        MR. HECHT:  Form.
12        THE WITNESS:  There was no details of that.
13 BY MS. TYK:
14   Q.   It talks about also in that section about an
15 altercation with the Police and that Ativan -- his
16 behavior.  Was that information that you also obtained
17 from the St. Lucie Medical Center records?
18   A.   Yes.
19   Q.   Have you ever had any conversations with
20 anyone from the Port St. Lucie Fire District?
21   A.   No.
22   Q.   Okay.  Did you ever review any of the Police
23 reports or investigation into this?
24   A.   They didn't provide that.  Only medical
25 records come to us.

Page 14

1    Q.   Okay.  And would the entire chart from
2  Port St. Lucie have been given to you, or just certain
3  sections?
4    A.   It's usually not the entire chart.
5    Q.   Okay.
6    A.   It's barely the information that you need.
7  It's been an issue with most of the chart transfers
8  about whatever we get from their end, from the patient.
9  And so it was -- usually, it's not a complete chart.
10   Q.   It talks about him going into cardiopulmonary
11 arrest.  Did you make any determinations as to what was
12 the cause of that cardiopulmonary arrest?
13   A.   I mean, like I said, it's -- this is how it
14 was documented and we proceed with the care in the way
15 it was presented.  It was the altercation and -- with
16 the Police, and then they had to calm him down and give
17 him Ativan and then he went into arrest.
18   Q.   Okay.  But as far as what actually caused him
19 to go into cardiopulmonary arrest, do you have an
20 opinion one way or the other?
21   A.   I cannot comment either way.  I have no idea.
22   Q.   And it looks like the rest of this note just
23 goes into a little bit more detail about his hospital
24 stay at St. Lucie Medical Center; is that accurate?
25   A.   Yes.

Page 15

1    Q.   Did you ever review any of the radiographic
2  studies done at St. Lucie Medical Center?
3    A.   Yeah.  He had an MRI.  I think there was an
4  initial and then a follow-up.  Based on the MRI, that
5  was consistent with anoxic brain injury.
6    Q.   Both MRIs, or the --
7    A.   I think the one -- the initial one that I
8  remember is that that's what it was saying.  And then he
9  had another one that did not show any difference.
10   Q.   Okay.  Under past medical history, it
11 mentions "as per family, none."  And then it says, "Does
12 have polysubstance abuse and alcohol abuse, history of
13 polysubstance abuse."  Would that have been information
14 that you obtained from the family?
15   A.   This is information that we obtained from the
16 records mainly.
17   Q.   Okay.
18   A.   You know, I mean, it was reported that he's a
19 smoker, smokes like around maybe a pack or ten-plus
20 cigarettes, and drinks alcohol.  One of the physician
21 documented two to three beers per day.
22   Q.   Okay.
23   A.   And on the substance abuse, I -- with
24 Dr. Azar note, that was noted that marijuana use was
25 written somewhere in the chart.

Page 16

1    Q.   Okay.  Did you ever have any conversations
2  with any of his family members regarding the incident
3  with the Police Department at St. Lucie?
4    A.   No.
5    Q.   Dr. George Azar -- was he the pulmonologist?
6    A.   Yes.
7    Q.   And was he the one who was in charge of
8  starting to wean Mr. Docher off his respiratory --
9    A.   Correct.
10   Q.   And you said that he was eventually weaned
11 off and on a trach collar?
12   A.   Correct.
13   Q.   Dr. Gerald Goldberg -- do you recall what his
14 function was with Mr. Docher's care?
15   A.   He's a neurologist.
16   Q.   Okay.  And Dr. Stephen Jacobs?
17   A.   Jacobs is a partner with Dr. Azar, so when
18 he's not there he covers for him.
19   Q.   And Dr. Ramon Ramirez?
20   A.   Infectious disease specialist.
21   Q.   It looks like you did the discharge summary,
22 and that's dated July 3rd, 2014?  Did you find it?
23   A.   Sorry?
24   Q.   Did you find that discharge?
25   A.   Yes.

4 (Pages 13 to 16)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)                                          8b47c636-faaa-48a8-b2f3-e9e0aadebc5f

DOCHER vs NEWMAN     MOHAMMAD NASAR, M.D.          06/26/2017

Page 17

1    Q.   Okay.  And it looks like he was discharged on
2  July 3rd, 2014?
3    A.   Correct.
4    Q.   And what was the reason why he was
5  discharged?
6    A.   The reason he was discharged that he did not
7  require hospital stay further.  So it's a long-term
8  anoxic brain injury that requires rehabilitation and
9  requires hospital -- I mean, chronic care, long-term
10 care.
11   Q.   Would a nursing home be characterized as a
12 step-down facility --
13   A.   Yes.
14   Q.   -- from --
15   A.   From the LTAC.
16   Q.   Okay.  Meaning that he required less acute
17 care?
18   A.   Less acute care, yes.
19   Q.   Was that related to the fact that you guys
20 were able to wean him off the ventilator?  Is that part
21 of the care that --
22   A.   Yes.
23   Q.   -- why he could step down to the nursing
24 home?
25   A.   Yes, because mainly he was on the vent.  So

Page 18

1  they wanted to wean him off before he goes to the
2  nursing home.
3    Q.   Okay.  And, again, I know in this hospital
4  course, it looks like there is a little bit more
5  detailed information regarding his incident with the
6  St. Lucie County Sheriff's Department.  Do you know
7  where that information came from?
8    A.   From the chart.
9    Q.   From the chart?
10   A.   Yes.
11   Q.   Okay.  Have you seen Mr. Docher since he was
12 discharged on July 3rd, 2014?
13   A.   No.
14   Q.   Do you have any opinion as to his long-term
15 prognosis?
16   A.   Based on what the neurologist has documented
17 on his MRI findings, I would go on the specialist
18 findings and EEG that he has done.  No significant
19 neurologic recovery was expected.
20      MR. HECHT:  Read that back, please.
21      (Whereupon, the requested portion of the
22      record was read aloud by the Court Reporter.)
23      THE WITNESS:  And the overall prognosis was
24      deemed poor.
25

Page 19

1  BY MS. TYK:
2    Q.   Okay.  Do you have any opinion as to life
3  expectancy for Mr. Docher?
4    A.   I mean, I can't comment on it.  It's a
5  neurological injury and they tend to live longer.  And I
6  don't -- I can't frame based on his -- how his care is
7  going.
8    Q.   Okay.
9    A.   And, I mean, eventually the injury that he
10 has probably will not die from it.  He can have
11 infections.  He can have pneumonias, bed sores.  He has
12 a trach, foreign body, a tracheitis.  Multiple things
13 that can happen and that can change the course of -- of
14 his living.
15   Q.   And it's fair to say that you haven't seen
16 him or any records related to him since July of 2014?
17   A.   No.  Since I have discharged him, I haven't
18 followed him.
19   Q.   So it's been about three years?
20   A.   Yeah.  I was not even sure if he's alive.
21 You guys just told me.
22   Q.   Okay.  And have you had any conversations
23 with any attorneys related to this matter?
24   A.   No.
25      MS. TYK:  That's all of the questions I have

Page 20

1  right now.
2    THE WITNESS:  Okay.
3    MR. HECHT:  Doctor, my name is Greg Jolly.  I
4  represent the Sheriff's Office defendants in this
5  lawsuit.  I don't have many questions for you.  And
6  I do apologize if I cover something that was
7  already covered previously.  I've been taking notes
8  as we've been going so I might be going a little
9  out of order.  Just ask me to rephrase the question
10 if you don't understand it, please.
11   THE WITNESS:  Okay.
12      CROSS EXAMINATION
13 BY MR. JOLLY:
14   Q.   You touched on the fact that -- it's in your
15 notes that Mr. Docher had a history of polysubstance
16 abuse; correct?
17   A.   Correct.
18   Q.   How would that affect his condition, the fact
19 that he had abused substances in the past?
20      MR. HECHT:  Form.
21      THE WITNESS:  First of all, I mean, it
22      depends on what his -- what substance he was
23      abusing on.  And looking at the history being
24      alcoholic and having used a substance abuse can
25      tend to make him compulsive, combative, and

5  (Pages 17 to 20)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)                                    8b47c636-faaa-48a8-b2f3-e9e0aadebc5f

DOCHER vs NEWMAN     MOHAMMAD NASAR, M.D.          06/26/2017

Page 21

1  dangerous to others when he's under the influence
2  of drugs.
3  BY MR. JOLLY:
4      Q.  Okay.  And I'm --
5      A.  I'm not sure if he was under that influence
6  at the time when he had the altercation.
7      Q.  And it's my understanding that you don't have
8  much personal knowledge about the subject incident;
9  correct?
10     A.  No.
11     Q.  Okay.  I'm speaking more about his injuries,
12 his eventual injuries, the fact that he -- whether or
13 not he used drugs in the past, how would that affect his
14 injuries.
15     A.  Okay.
16     Q.  Can you opine on that at all?
17     A.  I cannot comment on that because we -- we
18 don't know.  When we got him, we don't know if he is --
19 what he was using and how he was using it and what was
20 inflicted.  We don't have his previous history.
21     Q.  Okay.  Why is it relevant what drugs he had
22 used in the past?  Why is that relevant in his
23 treatment?
24     A.  I mean, using the cocaine or using drugs that
25 are basal constrictive can cause an MI, it can

Page 22

1  basal constriction and can die from a heart attack.
2  Yeah, basal constriction and can have heart rate -- you
3  know, you can have your heart rate races, and can go
4  into cardiopulmonary arrest.  So you know, can have --
5  depending again on the substance, the use, the route of
6  use, that's a lot.  If it's IV.
7      Q.  Okay.  Thank you.  What is your understanding
8  of the subject incident with Tavares and law
9  enforcement?
10     A.  Like I documented, I went by the records
11 provided by the initial hospital.
12     Q.  So what is your understanding of what
13 happened?  If you don't have one, then that's okay.
14     A.  I don't.  I don't know what happened.
15     Q.  Okay.  Are you familiar with a condition
16 called sickle cell anemia?
17     A.  Yes.
18     Q.  Okay.  What is that?
19     A.  Sickle cell anemia, it's a type of anemia
20 that causes sickling of the cells.  And it causes severe
21 anemia that the patient requires transfusions.  And it
22 can cause -- prone the patient to thickening and
23 clotting of the blood that can cause gangrene to the
24 toes, can have subsequent heart condition, can have
25 subsequent liver condition, spleen due to abnormal red

Page 23

1  blood cells.
2      Q.  Do you know how a patient is tested for that
3  condition?
4      A.  It's basically a blood test.
5      Q.  Do you know if Tavares was ever tested for
6  that?
7      A.  We did not test him at Kindred.  I know that
8  was reported in his history.
9      Q.  Okay.  And you mentioned that you had some
10 conversations with Tavares' mother?
11     A.  Yes.
12     Q.  Do you remember if at any time in those
13 conversations, Miss Docher herself brought it to your
14 attention that Tavares had used drugs in the past?
15         MR. HECHT:  Form.
16         THE WITNESS:  I don't recall anything.
17 BY MR. JOLLY:
18     Q.  Okay.  Do you remember the substance of any
19 of those conversations?
20     A.  No.
21         MR. JOLLY:  Okay.  I don't have any further
22 questions.  Thank you.
23              CROSS EXAMINATION
24 BY MR. HECHT:
25     Q.  Dr. Nasar, again, my name is Adam Hecht.  I

Page 24

1  represent Tavares Docher.
2         Based on your review of the medical records
3  that you brought with you today, is it correct that when
4  you first met Tavares Docher that he was unresponsive?
5      A.  When he came in, he was unresponsive, yes.
6  And the fact that -- that he would not regard the
7  examiner, that he would spontaneously blink, does not
8  recognize the threat that you do neurologically and you
9  go and poke in his eye, he would just do spontaneous
10 blinking.  So it would be a nonresponsive state or a
11 vegetative state that he does not recognize any outside
12 surroundings.
13     Q.  So would it be correct to say that during
14 your interaction with Tavares Docher that he was in a
15 vegetative state?
16     A.  Yes.
17     Q.  What is a vegetative state?
18     A.  A vegetative state is a persistent state that
19 he does not know the surroundings, does not respond to
20 the examiner, does not follow commands.  And the pupils
21 that are not reacting to the stimulus and has
22 significant brain injury.
23     Q.  In the last interaction that you ever had
24 with Tavares Docher, is it correct that he remained in a
25 vegetative state?

6 (Pages 21 to 24)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)                              8b47c636-faaa-48a8-b2f3-e9e0aadebc5f

DOCHER vs NEWMAN     MOHAMMAD NASAR, M.D.          06/26/2017

Page 25

```
 1           MR. JOLLY:  Form.
 2           MS. TYK:  Join.
 3           THE WITNESS:  His status never changed during
 4     the course of his stay.
 5   BY MR. HECHT:
 6       Q.   During your care and treatment of
 7     Tavares Docher, was he suffering from respiratory
 8     failure?
 9       A.   He was suffering from respiratory failure
10     when he came in because he was on a ventilator.  And
11     secondary to what happened to him, the cardiac problem
12     and arrest and all of this, and eventually he came off
13     of that.  And we have also treated him for pneumonia in
14     the hospital.
15       Q.   Did he also, in addition to having to be
16     treated for pneumonia, need to be treated for MRSA?
17       A.   He -- I don't recall that.  He was on
18     cephapirin and it was antibiotics.  And -- but I do say
19     that he also was having diarrhea.  So the infectious
20     disease doctor treated him for C. diff.
21       Q.   And someone that is in a vegetative state,
22     explain to me how they suffer from diarrhea.
23       A.   Basically, from diarrhea, there could be a
24     lot of reasons.  You know, slowing of the gut motility
25     because his diet changed from a regular diet to tube
```

Page 26

```
 1     feeding and he has a PEG tube in his stomach.  And that
 2     feeding tube, initially, they don't tend to absorb well.
 3       Q.   So someone in a vegetative state is not able
 4     to control their bowels; is that correct?
 5           MR. JOLLY:  Form?
 6           MS. TYK:  Join.
 7           THE WITNESS:  It's an autonomous process.
 8     They don't -- the bowel motility is controlled
 9     because we -- it is not controlled by him.  But it
10     is an autonomous process that does get controlled.
11     So he did not lose sphincter control or anything
12     like that.
13   BY MR. HECHT:
14       Q.   During the time that he was in Kindred, did
15     he wear a diaper?
16       A.   I don't recall it because usually they use
17     diapers if it is excessive diarrhea.  Sometimes we use a
18     fecal management system, to put a rectal tube to prevent
19     him from getting bed sores and then frequent position
20     change.  And they do use diapers, but I'm not sure if he
21     was on diapers.
22       Q.   Okay.  I'm just trying to get an
23     understanding, someone such as Tavares Docher that is
24     having diarrhea in a hospital bed, does he just go to
25     the bathroom on himself?
```

Page 27

```
 1           MR. JOLLY:  Form.
 2           MS. TYK:  Join.
 3           THE WITNESS:  Obviously not.  The CNAs change
 4     him.  Like I said, if it's explosive diarrhea, a
 5     lot of diarrhea, we like to put him on a rectal
 6     tube that monitors his output nicely and keep to
 7     see what the consistency of the diarrhea is.
 8           The other thing is that -- like you said, to
 9     put a diaper and then change the diapers.  And, if
10     not, sometimes they just change it, the bed
11     frequently.
12   BY MR. HECHT:
13       Q.   Do you know if in the records, it tells us
14     whether he had a rectal tube or diapers?
15       A.   I did not -- the nursing documentation, I did
16     not go through all this.
17       Q.   Okay.  Based upon the records that you've
18     reviewed as they relate to Tavares Docher's condition
19     when you saw him, do you have an opinion whether he
20     needs 24/7 around the clock nursing care?
21           MS. TYK:  Object to form.
22           MR. JOLLY:  Join.
23           THE WITNESS:  24/7 nursing like after
24     discharging him from the hospital?
25
```

Page 28

```
 1   BY MR. HECHT:
 2       Q.   Yes.
 3       A.   Based on his condition, he's a total care.
 4       Q.   He's a what?
 5       A.   A total care.
 6       Q.   A total care?
 7       A.   Yes.  So he would require, you know, trach
 8     care.  He would require the toileting.  He would require
 9     change of position because he was not able to move.  And
10     yes.
11       Q.   So, yes, he does need 24/7 around-the-clock
12     nursing care?
13           MS. TYK:  Object to the form.
14           MR. JOLLY:  Join.
15           THE WITNESS:  It's, you know, it's -- at that
16     point when we discharged him, yes, that's why he
17     was sent to a nursing home.  And after that, you
18     know, things change and they might consider that he
19     did well or it would be a different scenario.  But
20     when we discharged him, yes, he required nursing
21     home care.
22   BY MR. HECHT:
23       Q.   And is it your testimony that Tavares Docher
24     is more likely than not, not going to die from his
25     anoxic brain injury, but more likely to die from some
```

7 (Pages 25 to 28)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

8b47c636-faaa-48a8-b2f3-e9e0aadebc5f

DOCHER vs NEWMAN       MOHAMMAD NASAR, M.D.           06/26/2017

Page 29

1    sort of an infection?
2            MS. TYK:  Object to form.
3            MR. JOLLY:  Join.
4            THE WITNESS:  This is what I would say:
5    Usually with this kind of neurological disorder,
6    the neurological brain injuries, complications of
7    that, yes, infectious disease is a big risk.
8    Having a heart condition is a big risk because he
9    already had a heart arrest.
10            Looking at his -- you know, it was -- it was
11    lack of oxygen, that's why he went into that.  So
12    it was not a brain mass or a brain tumor that would
13    compress inside his cortex and compress his
14    breathing center and would die from it.
15    BY MR. HECHT:
16        Q.   Do you have knowledge and experience in
17    administering Ativan to patients?
18        A.   Yes.  We use Ativan in the facilities.
19        Q.   What is Ativan?
20        A.   Ativan is a benzodiazepine.  It's a sedative.
21    It basically subjects the patients to calm them down.
22        Q.   Does Ativan -- strike that.
23            Is Ativan a central nervous system
24    depressant?
25        A.   It's a depressant.

Page 30

1        Q.   And what does that mean that Ativan is a
2    central nervous system depressant?
3        A.   Ativan can suppress your breathing,
4    respiratory drive, based on the dose, based on the
5    sensitivity of the patient.
6        Q.   Does Ativan produce increased central nervous
7    system depressant effects when it's administered with
8    other central nervous system depressants such as
9    alcohol?
10            MS. TYK:  Object to form.
11            MR. JOLLY:  Join.
12            THE WITNESS:  Yes.
13    BY MR. HECHT:
14        Q.   And alcohol is also a central nervous system
15    depressant; correct?
16        A.   It is.
17            MS. TYK:  Object to form.
18            THE WITNESS:  Yes.
19    BY MR. HECHT:
20        Q.   Can Ativan cause respiratory depression?
21            MS. TYK:  Object to form.
22            THE WITNESS:  Yes.
23    BY MR. HECHT:
24        Q.   Can Ativan cause fatal respiratory
25    depression?

Page 31

1            MS. TYK:  Object to form.
2            THE WITNESS:  Yes.
3            MR. JOLLY:  Join.
4    BY MR. HECHT:
5        Q.   Can Ativan combined with other central
6    nervous system depressants lead to fatal respiratory
7    depression?
8            MS. TYK:  Object to form.
9            MR. JOLLY:  Join.
10            THE WITNESS:  Yes.
11            MR. HECHT:  I don't have any other questions.
12    Thanks.
13            MS. TYK:  Doctor, I just have a few
14    follow-ups.
15            REDIRECT EXAMINATION
16    BY MS. TYK:
17        Q.   Have you during the course of your career
18    worked in the emergency room setting?  Worked in an
19    emergency room?
20        A.   Yes.
21        Q.   Okay.  And have you at any time been a
22    paramedic or an EMT during the course of your career?
23        A.   No.
24        Q.   Have you ever had to give a sedative to
25    somebody when working in the emergency room?

Page 32

1        A.   I mean, I did not work as an emergency
2    physician.  But we did work a lot with the ER physicians
3    like admitting patients when they come through the ER.
4        Q.   Okay.
5        A.   We would go and see them.  So there are times
6    when we administered Ativan, and it is a common practice
7    that they use every day.
8        Q.   Okay.  And so you've used Ativan in
9    situations with patients who might be combative?
10        A.   Yes.
11        Q.   Okay.  And you use the Ativan to -- in
12    situations where patients might be confused or
13    disoriented and combative with treaters?
14        A.   Yes.
15        Q.   Okay.  Is there a complete contraindication
16    to using Ativan in the presence of alcohol?
17        A.   Like I said, it's -- you know, if your
18    patient is combative, wide awake and fighting, that's
19    not depressed.
20        Q.   Okay.
21        A.   So then there's no contraindication to that.
22    Basically, it's the treatment of alcohol withdrawal.
23    And at some point, it's the treatment of alcohol abuse
24    with combativeness.  So Ativan is the drug of choice.
25        Q.   Okay.

8  (Pages 29 to 32)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)                                      8b47c636-faaa-48a8-b2f3-e9e0aadebc5f

DOCHER vs NEWMAN      MOHAMMAD NASAR, M.D.          06/26/2017

Page 33

1       MS. TYK:  That's all the questions I have.
2       MR. JOLLY:  I just have one more question,
3   Doctor, probably.
4              RECROSS EXAMINATION
5   BY MR. JOLLY:
6       Q.   When you were answering Mr. Hecht's
7   questions, you made a comment that Mr. Docher's
8   respiratory failure was secondary to his heart problems.
9   Do you remember saying that?
10      A.   Because he had cardiopulmonary arrest.  So if
11  you have a cardiopulmonary arrest that causes brain
12  injury, which we call it anoxic brain injury, and that
13  is related -- that leads you to the respiratory failure
14  and all this because his mental status is depressed.  So
15  they got to intubate him and trach him.  He was unable
16  to breathe.  He needed mechanical ventilation.
17      Q.   So do you have an opinion as to whether
18  Mr. Docher suffered cardiac arrest before he suffered
19  respiratory failure?
20      A.   I mean, I would say that he might have had
21  cardiac arrest.  And it's usually called a
22  cardiopulmonary arrest.  So it's likely to have a
23  cardiac situation followed by a respiratory situation.
24      MR. JOLLY:  I have no more questions.  Thank
25  you, sir.

Page 34

1       Mr. Hecht?
2       MR. HECHT:  Yep, hold on.
3              RECROSS EXAMINATION
4   BY MR. HECHT:
5       Q.   Doctor, if an individual's diaphragm is being
6   restricted or if there is pressure that's being applied
7   to the diaphragm, that individual is having difficulty
8   breathing, would it be a violation of the standard of
9   care for a medical provider to inject that individual
10  with Ativan?
11      MS. TYK:  Object to form.
12      MR. JOLLY:  Join.
13      THE WITNESS:  The thing is that it's -- it is
14  unclear, you know, what -- if the patient's
15  diaphragm is compressed like it is compromising the
16  lungs and he's -- if it's compromising the lungs,
17  the other -- the first thing would be that you will
18  say that he is not breathing well.  His stats are
19  dropping and his -- his respiration rate is up in
20  the roof in the 30s and 40s, then the next thing
21  that the protocol says to do is to intubate the
22  patient.
23      Now, if you intubate the patient, how alert
24  is the patient?  The patient is awake, alert, then
25  you have to sedate the patient to put the tube in.

Page 35

1   So it's depending on the case scenario and the
2   presentation.
3   BY MR. HECHT:
4       Q.   Let me ask the question another way.  Let's
5   say that a Police officer gets into a struggle with an
6   individual out on the street and the Police officer, who
7   weighs 330 pounds, applies his foot to the back of an
8   individual who is laying on the ground.  That individual
9   is having a difficulty (sic) time breathing.  Would it
10  be a violation of the standard of care for a medical
11  provider to inject that individual who is lying on the
12  ground having a difficulty (sic) time breathing with
13  Ativan?
14      MS. TYK:  Object to the form.
15      MR. JOLLY:  Join.
16      MS. TYK:  Incomplete hypothetical and
17  misstates the facts.
18      THE WITNESS:  I mean, it's -- if you have a
19  -- I mean, I cannot answer this straightly, in
20  Mr. Docher's case, directly.  If obviously he is
21  dealing with a patient that is in an altercation,
22  they usually use as drug of choice Ativan to calm
23  him down.
24      Now, if he is compromised respiratory, but if
25  you certainly know that he is in a respiratory

Page 36

1   distress, will it help him?  There are situations
2   that Ativan might help in a lower dose to calm him
3   down, to synchronize his breathing with his
4   breathing pattern.  And at some point, when you go
5   a higher dose, it might suppress his CNS, central
6   nervous system.  So it's yes or no.
7   BY MR. HECHT:
8       Q.   Okay.  Let me ask this question:  If an
9   individual is suffering from respiratory distress, does
10  it fall below the standard of care for a medical
11  provider to inject that individual with Ativan?
12      MS. TYK:  Object to the form.
13      MR. JOLLY:  Join.
14      THE WITNESS:  We cautiously use Ativan in a
15  situation of respiratory distress or a patient with
16  respiratory failure.  Sometimes we prefer to use
17  morphine than Ativan at some point.
18  BY MR. HECHT:
19      Q.   Why would you use morphine instead of Ativan?
20      MR. JOLLY:  Form.
21      MS. TYK:  Join.
22      THE WITNESS:  In this situation, morphine
23  dilates the coronary arteries, in light of heart.
24  So it helps the heart to dilate and open up and
25  supply better to the heart.  So to -- so as a

9  (Pages 33 to 36)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)                                          8b47c636-faaa-48a8-b2f3-e9e0aadebc5f

DOCHER vs NEWMAN      MOHAMMAD NASAR, M.D.            06/26/2017

Page 37

1    vasodilator of the heart vessels, and having a
2    depressant effect, so it's preferable to have
3    better breathing when you have Ativan and when you
4    are combative like that. So Ativan -- I mean,
5    morphine is preferable choice.
6  BY MR. HECHT:
7      Q.   Is morphine a benzodiazepine?
8      A.   No. It's a narcotic.
9      Q.   So morphine is not a central nervous system
10   depressant; correct?
11     A.   It is.
12     Q.   It is?
13     A.   Yes.
14          MR. JOLLY: Can I just clarify. It is a
15   central?
16          THE WITNESS: Yes.
17          MR. JOLLY: Okay.
18   BY MR. HECHT:
19     Q.   Prior to administering Ativan to a patient,
20   what precautions do you need to take?
21          MS. TYK: Object to form.
22          THE WITNESS: Prior to the administration of
23   Ativan, first you need to see if the patient has an
24   existing pulmonary condition. For example, COPD,
25   chronic obstructive pulmonary disease, restrictive

Page 38

1    lung disease, pulmonary fibrosis, the patient with
2    a compromised lung, you have to be cautious to use
3    Ativan because they're already breathing at that
4    level. And if you suppress the respiratory drive
5    and the CNS, that can get into trouble with the
6    breathing problem.
7          So, no, usually we use cautions in that
8    regard, especially when you have other CNS
9    depressant that you use. For example, the patient
10   with alcohol, the patient using narcotics, if
11   you're on Ativan, if you're on morphine, Dilaudid,
12   and other CNS -- other depressant that are not
13   benzodiazepine, combining them has an effect. Yes,
14   we've got to be very cautious.
15   BY MR. HECHT:
16     Q.   So prior to administering Ativan, it is
17   important to find out from the patient if they're on any
18   drugs or alcohol; correct?
19          THE WITNESS: Yes.
20          MS. TYK: Object to form.
21          MR. JOLLY: Join.
22   BY MR. HECHT:
23     Q.   And why is it important to find that out?
24          MS. TYK: Objection to form.
25          MR. JOLLY: Join. Sorry.

Page 39

1          THE WITNESS: Because you can compromise the
2    breathing process of a patient. When the patient
3    already has respiratory condition and he's having
4    trouble breathing and you are giving a depressant,
5    that can compromise his breathing.
6  BY MR. HECHT:
7      Q.   If you have the ability to check their pulse,
8    is that something that you also want to check prior to
9    the administration of Ativan?
10          MS. TYK: Object to form.
11          MR. JOLLY: Join.
12          THE WITNESS: Checking a pulse, yes, it's a
13   vital sign. It's an important indicator of looking
14   at the patient. Pulse, respiration, and vitals and
15   blood pressure.
16   BY MR. HECHT:
17     Q.   And why do you want to check those vitals out
18   before the administration of Ativan?
19          MS. TYK: Object to form.
20          MR. JOLLY: Join.
21          THE WITNESS: Basically, when you have a
22   respiratory rate that is low, you have a patient
23   with a respiration of 10 or a respiration below
24   that, it's already breathing at a suboptimal level.
25   So giving depressant drugs will just stop his

Page 40

1    trouble breathing.
2  BY MR. HECHT:
3      Q.   What if someone has a high respiratory rate?
4    How will that affect their well-being when you
5    administer Ativan to someone who has a high respiratory
6    rate?
7          MS. TYK: Object to form.
8          MR. JOLLY: Join.
9          THE WITNESS: Yeah. A high respiratory rate,
10   you know, it should slow down the breathing process
11   and it calms down the breathing. It is a
12   depressant and it will slow down the heart rate,
13   slow down the respiratory rate and depress his
14   mental status.
15   BY MR. HECHT:
16     Q.   And if an individual has a low respiratory
17   rate, how does Ativan affect the person?
18          MS. TYK: Object to form.
19          MR. JOLLY: Join.
20          THE WITNESS: It will further depress the
21   respiratory rate.
22   BY MR. HECHT:
23     Q.   And if an individual's lungs are compromised,
24   is it below the standard of care to administer Ativan to
25   that individual?

10  (Pages 37 to 40)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)                                    8b47c636-faaa-48a8-b2f3-e9e0aadebc5f

DOCHER vs NEWMAN      MOHAMMAD NASAR, M.D.          06/26/2017

Page 41

1       MS. TYK:  Object to form.
2       MR. JOLLY:  Join.
3       THE WITNESS:  It depends on the scenario they
4  use Ativan.  Ativan is a drug that is very commonly
5  used in the hospitals, almost every day.  And
6  depending on the situation, as the people -- as the
7  doctors that have used Ativan or with patients with
8  respiratory condition, yes.  We do use it, but we
9  use it cautiously.
10      Probably -- Ativan is a short-acting drug
11 which lasts for three to four hours.  So it's
12 preferable -- other than -- to other diazepines to
13 use because it's long-acting.
14 BY MR. HECHT:
15      Q.   Would you ever administer Ativan
16 intravenously -- strike that.
17      Would you ever administer Ativan
18 intramuscularly to an individual without finding out
19 their prior medical history?
20      MS. TYK:  Object to form.
21      MR. JOLLY:  Join.
22      THE WITNESS:  Again, it's depending on
23 what -- why --
24      MR. JOLLY:  Say it again?
25      THE WITNESS:  Depending on the situation that

Page 42

1  why I'm administering that medication.
2  BY MR. HECHT:
3       Q.   If you had the ability to speak to your
4  patient and ask them questions, would you want to know
5  their prior medical history prior to administering
6  Ativan --
7       A.   Yes.
8       Q.   -- intramuscularly to them?
9       MS. TYK:  Object to form.
10      MR. JOLLY:  Join.
11      THE WITNESS:  They can be allergic to it.
12 So, yes, I have to find out if you can take Ativan.
13 BY MR. HECHT:
14      Q.   And maybe you'd find out that that patient of
15 yours was on some sort of a drug that would not combine
16 well with Ativan; right?
17      MS. TYK:  Object to form.
18      MR. JOLLY:  Join.
19      THE WITNESS:  Yes.
20      MR. HECHT:  All right.  I don't have any
21 other questions.  Thanks.
22      MS. TYK:  I just have some follow-up
23 questions.
24      THE WITNESS:  Okay.
25

Page 43

1              REDIRECT EXAMINATION
2  BY MS. TYK:
3       Q.   Okay.  We were talking about respiratory
4  distress.  Can you define that for me?
5       A.   Respiratory distress is, basically, it's drop
6  of saturation increasing the heart rate.  And in that --
7  in a dysrhythmic -- not rhythm breathing, stop
8  breathing, you increase breathing, low breathing,
9  it's -- it is whatever is beyond or below norms.  Like
10 if you have a patient that's breathing 14 to 16 beats
11 per minute and he's breathing at 30s, and he's breathing
12 at 6 or 7, 8, that's distressed.
13      Q.   Okay.  And you talked about how their
14 breathing would be a decrease in saturation, increased
15 heart rate.  Any other signs or symptoms associated with
16 respiratory distress?
17      A.   You know, patients with respiratory -- a lot
18 of conditions can do that.  You know, a drop in blood
19 pressure can get you into respiratory distress.  And
20 infections and fevers can get you into respiratory
21 distress.  Certain drugs can cause respiratory distress.
22 Alcohol.
23      Q.   You mentioned several times that Ativan was a
24 drug of choice in certain situations; especially, I
25 think, we talked about with combative patients, patients

Page 44

1  who were going through some alcohol withdrawals?
2       A.   Yeah.  We use it as a drug of choice for
3  alcohol withdrawals between -- initially when you have
4  withdrawals and that -- that can -- that can cause
5  delirium, can go into DTs, seizures.
6       So Ativan is used as an IV medication
7  initially and then transitioned to a pill, which is
8  called basically Librium, chlordiazepoxide.
9       Q.   Do you know the time from administration of
10 Ativan to when it takes peak effect?
11      A.   I think it's usually 30 minutes.
12      Q.   And does it matter how it's administered as
13 to when that peak effect takes place?
14      A.   I think IV and IM has the same peak effect
15 compared to pills.
16      Q.   Okay.  When you're talking about you've
17 administered Ativan with patients being able to get
18 histories from them or being able to take vitals from
19 them, are any of these taking place in the
20 emergency-type setting?
21      A.   Like?
22      MR. HECHT:  Form.
23 BY MS. TYK:
24      Q.   In an emergency room or where you're out with
25 paramedics and EMTs and they're having to get a patient

11  (Pages 41 to 44)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)                                                    8b47c636-faaa-48a8-b2f3-e9e0aadebc5f

Page 45

1    to a hospital.
2          MR. HECHT:  Form.
3          THE WITNESS:  You know, in the emergency
4    rooms -- you know, I used to work in an emergency
5    room as an admitting physician.  So the -- you
6    know, the paramedic will bring in the patient.
7    And, initially, the initial evaluation is done by
8    the ER physician and where they do their own
9    assessment.  And patient is getting ready to admit,
10   we -- we take over and give orders and admit the
11   patient.  We do use Ativan in that situation, but
12   the initial orders that are usually ER physician.
13   BY MS. TYK:
14         Q.   Okay.  Have you ever been in a situation
15   during your medical career where you've had to
16   administer Ativan without the benefit of the patient's
17   medical history due to either the patient not being
18   responsive or because of combativeness, not being able
19   to get that information?
20         MR. HECHT:  Form.
21         THE WITNESS:  Usually when we have a patient
22   as an inpatient in the hospital, we have most of
23   the history.
24   BY MS. TYK:
25         Q.   Okay.  That's what I would expect.

Page 46

1          MR. HECHT:  Form.
2    BY MS. TYK:
3          Q.   So earlier when you were talking about when
4    you would administer Ativan, getting patients' vitals
5    and their history, you're talking more of the inpatient
6    setting when you are doing that?
7          A.   Correct.
8          Q.   And, again, just going back to the situation
9    involving Mr. Docher and the St. Lucie County Sheriff's
10   Office and the Fire District, you have no independent
11   information as to what happened during that event?
12         A.   I don't have information.
13         MS. TYK:  Okay.  That's all the questions I
14   have.
15         MR. JOLLY:  I don't have any more questions.
16         MR. HECHT:  I don't have any more.
17         MS. TYK:  Doctor, you have the right to read
18   this deposition transcript if it will be
19   transcribed, or you can waive that right.  It is
20   completely up to you.
21         THE WITNESS:  You guys can send me a copy?
22         (Discussion held off the record.)
23         (Deposition concluded at 2:14 p.m.)
24              - - -
25

Page 47

1                CERTIFICATE OF OATH
2    THE STATE OF FLORIDA
3    COUNTY OF PALM BEACH
4
5
6          I, the undersigned authority, certify that
7    MOHAMMAD NASAR, M.D. personally appeared before me and
8    was duly sworn.
9
10         Dated this 6th day of July, 2017.
11
12
13
14
     Pamela J. Pelino, RPR, FPR, CLR
15   Notary Public - State of Florida
     My Commission Expires:  June 15, 2018
16   My Commission Number:  FF 203761
17
18
19
20
21
22
23
24
25

Page 48

1              C E R T I F I C A T E
2    THE STATE OF FLORIDA
3    COUNTY OF PALM BEACH
4
5          I, Pamela J. Pelino, Registered Professional
     Reporter and Notary Public in and for the State of
6    Florida at large, do hereby certify that I was
     authorized to and did report said deposition in
7    stenotype; and that the foregoing pages are a true
     and correct transcription of my shorthand notes of
8    said deposition.
9          I further certify that said deposition was taken at
     the time and place hereinabove set forth and that the
10   taking of said deposition was commenced and completed as
     hereinabove set out.
11
           I further certify that I am not attorney or counsel
12   of any of the parties, nor am I a relative or employee
     of any attorney or counsel of party connected with the
13   action, nor am I financially interested in the action.
14         The foregoing certification of this transcript does
     not apply to any reproduction of the same by any means
15   unless under the direct control and/or direction of the
     certifying reporter.
16
           Dated this 6th day of July, 2017.
17
18
19
20
21   Pamela J. Pelino, RPR, FPR, CLR
22
23
24
25

                              12  (Pages 45 to 48)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)                          8b47c636-faaa-48a8-b2f3-e9e0aadebc5f

DOCHER vs NEWMAN     MOHAMMAD NASAR, M.D.          06/26/2017

Page 49

1   July 6, 2017
2   Mohammad Nasar, M.D.
    5870 Hiatus Road, Suite 200
3   Tamarac, Florida 33321
4   IN RE:   DOCHER V. NEWMAN, et al.
5   CASE NO.: 2:16-cv-14413
6   Dear Dr. Nasar:
7      Please take notice that on Monday, the 26th of
    June, 2017, you gave your deposition in the
8   above-referred matter.  At that time, you did not waive
    signature.  It is now necessary that you sign your
9   deposition.
       Please call our office at the below-listed number
10  to schedule an appointment or have the transcript sent
    to you as a professional courtesy, between the hours of
11  9:00 a.m. and 4:30 p.m., Monday through Friday, at our
    office.
12     If you do not read and sign the deposition within a
    reasonable time, the original, which has already been
13  forwarded to the ordering attorney, may be filed with
    the Clerk of the Court.  If you wish to waive your
14  signature, sign your name in the blank at the bottom of
    this letter and return it to us.
15
            Very truly yours,
16
17      _____
        Pamela J. Pelino, RPR, FPR, CLR
18      FLORIDA COURT REPORTING
        2161 Palm Beach Lakes Boulevard
19      Suite 302
        West Palm Beach, Florida 33409
20      561.689.0999
21
22  I do hereby waive my signature.
23  _____
    Mohammad Nasar, M.D.
24
    cc via transcript:
25  Julie Tyk, Esquire; Adam Hecht, Esquire; Gregory Jolly,
    Esquire
    Esquire

Page 51

1          E R R A T A   S H E E T
2   IN RE:  DOCHER V. NEWMAN, ET AL.
3   CR:  PAMELA J. PELINO, RPR, FPR, CLR
4   DEPOSITION OF:  MOHAMMAD NASAR, M.D.
5   DATE TAKEN: June 26, 2017
6
7      DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
8   PAGE # LINE #  CHANGE          REASON
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
    Please forward the original signed errata sheet to this
22  office so that copies may be distributed to all parties.
23  Under penalty of perjury, I declare that I have read my
    deposition and that it is true and correct subject to
24  any changes in form or substance entered here.
25  DATE: _____

Page 50

1          C E R T I F I C A T E
2               - - -
3   THE STATE OF FLORIDA
4   COUNTY OF PALM BEACH
5      I hereby certify that I have read the foregoing
6   deposition by me given, and that the statements
7   contained herein are true and correct to the best of my
8   knowledge and belief, with the exception of any
9   corrections or notations made on the errata sheet, if
10  one was executed.
11
12     Dated this _____ day of _____, 2017.
13
14
15
16
17  _____
    MOHAMMAD NASAR, M.D.
18
19
20
21
22
23
24
25

Florida Court Reporting
561-689-0999

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

8b47c636-faaa-48a8-b2f3-e9e0aadebc5f

**A**

**a.m** 49:11
**ability** 39:7 42:3
**able** 8:24 12:18
  12:23 17:20
  26:3 28:9
  44:17,18 45:18
**abnormal** 22:25
**above-referred**
  49:8
**absorb** 26:2
**abuse** 13:3,4
  15:12,12,13,23
  20:16,24 32:23
**abused** 20:19
**abusing** 13:9
  20:23
**accept** 10:5
**accommodate**
  5:10
**Accountable**
  6:20
**accurate** 7:19
  14:24
**ACO** 6:20
**action** 48:13,13
**acute** 8:16,17
  9:1,7,8,16,18
  17:16,18
**Adam** 2:4 23:25
  49:25
**addition** 25:15
**administer** 40:5
  40:24 41:15,17
  45:16 46:4
**administered**
  30:7 32:6
  44:12,17
**administering**
  29:17 37:19
  38:16 42:1,5
**administration**
  37:22 39:9,18
  44:9
**admission** 11:12

11:13
**admit** 10:21
  45:9,10
**admitting** 32:3
  45:5
**affect** 20:18
  21:13 40:4,17
**affirmed** 4:10
**afternoon** 4:15
**al** 49:4 51:2
**alcohol** 13:3,8
  15:12,20 30:9
  30:14 32:16,22
  32:23 38:10,18
  43:22 44:1,3
**alcoholic** 20:24
**alert** 34:23,24
**alive** 19:20
**allergic** 42:11
**aloud** 18:22
**altercation**
  13:15 14:15
  21:6 35:21
**and/or** 48:15
**anemia** 22:16,19
  22:19,21
**anoxic** 15:5 17:8
  28:25 33:12
**answer** 4:24 5:6
  5:12 7:16
  35:19
**answered** 5:7
**answering** 33:6
**antibiotics**
  25:18
**apologize** 20:6
**APPEARAN...**
  2:1
**appeared** 47:7
**applied** 34:6
**applies** 35:7
**apply** 48:14
**appointment**
  49:10
**appropriately**
  5:7

**areas** 6:7
**around-the-cl...**
  28:11
**arrest** 14:11,12
  14:17,19 22:4
  25:12 29:9
  33:10,11,18,21
  33:22
**arteries** 36:23
**ash@searcyla...**
  2:6
**assessment** 45:9
**associated** 43:15
**assume** 5:6
**Ativan** 13:15
  14:17 29:17,18
  29:19,20,22,23
  30:1,3,6,20,24
  31:5 32:6,8,11
  32:16,24 34:10
  35:13,22 36:2
  36:11,14,17,19
  37:3,4,19,23
  38:3,11,16
  39:9,18 40:5
  40:17,24 41:4
  41:4,7,10,15
  41:17 42:6,12
  42:16 43:23
  44:6,10,17
  45:11,16 46:4
**attack** 22:1
**attending** 10:20
**attention** 23:14
**attorney** 48:11
  48:12 49:13
**attorneys** 19:23
**authority** 47:6
**authorized** 48:6
**autonomous**
  26:7,10
**Avenue** 2:10
**awake** 32:18
  34:24
**Azar** 15:24 16:5
  16:17

**B**

**B** 3:13
**back** 11:2,6
  18:20 35:7
  46:8
**background**
  5:20
**barely** 14:6
**BARNHART**
  2:4
**BARRANCO**
  2:16
**basal** 21:25 22:1
  22:2
**based** 7:13 8:12
  15:4 18:16
  19:6 24:2
  27:17 28:3
  30:4,4
**basically** 8:15
  10:21 23:4
  25:23 29:21
  32:22 39:21
  43:5 44:8
**bathroom** 26:25
**Beach** 1:19,19
  2:5,5 7:3,4
  47:3 48:3
  49:18,19 50:4
**beats** 43:10
**bed** 19:11 26:19
  26:24 27:10
**beers** 15:21
**behalf** 2:3,8,14
**behavior** 13:16
**belief** 50:8
**believe** 8:16
**below-listed**
  49:9
**benefit** 45:16
**benzodiazepine**
  29:20 37:7
  38:13
**best** 50:7
**better** 36:25

37:3
**beyond** 43:9
**big** 29:7,8
**bit** 14:23 18:4
**blank** 7:10,10
  49:14
**blink** 24:7
**blinking** 24:10
**blood** 22:23 23:1
  23:4 39:15
  43:18
**Board-certified**
  6:7
**body** 19:12
**bottom** 49:14
**Boulevard** 1:19
  2:5,18 49:18
**bowel** 26:8
**bowels** 26:4
**brain** 15:5 17:8
  24:22 28:25
  29:6,12,12
  33:11,12
**break** 5:9
**breathe** 33:16
**breathing** 29:14
  30:3 34:8,18
  35:9,12 36:3,4
  37:3 38:3,6
  39:2,4,5,24
  40:1,10,11
  43:7,8,8,8,10
  43:11,11,14
**bring** 45:6
**Bronx-Lebanon**
  6:1
**brought** 7:17
  23:13 24:3

**C**

**C** 4:1 25:20 48:1
  48:1 50:1,1
**call** 33:12 49:9
**called** 11:3
  22:16 33:21
  44:8

calm 14:16
29:21 35:22
36:2
calms 40:11
Calvin 1:8 2:14
cardiac 25:11
33:18,21,23
cardiopulmon...
14:10,12,19
22:4 33:10,11
33:22
care 6:20 8:16
8:17,22,24 9:1
9:6,7,8,11,16
9:17,18,20,24
10:19,20,21,22
10:23 11:1
14:14 16:14
17:9,10,17,18
17:21 19:6
25:6 27:20
28:3,5,6,8,12
28:21 34:9
35:10 36:10
40:24
career 31:17,22
45:15
Caribbean 5:24
case 1:2 9:3
10:25 12:12
35:1,20 49:5
cause 4:6 14:12
21:25,25 22:22
22:23 30:20,24
43:21 44:4
caused 14:18
causes 22:20,20
33:11
cautions 38:7
cautious 38:2,14
cautiously 36:14
41:9
cc 49:24
cell 22:16,19
cells 22:20 23:1
center 12:13

13:17 14:24
15:2 29:14
central 29:23
30:2,6,8,14
31:5 36:5 37:9
37:15
Centre 2:17
cephapirin
25:18
certain 10:4
14:2 43:21,24
certainly 35:25
CERTIFICA...
47:1
certification
48:14
certify 47:6 48:6
48:9,11 50:5
certifying 48:15
chance 8:5
change 19:13
26:20 27:3,9
27:10 28:9,18
51:8
changed 25:3,25
changes 51:7,24
characterized
17:11
charge 16:7
chart 7:18 14:1
14:4,7,9 15:25
18:8,9
check 39:7,8,17
Checking 39:12
chlordiazepox...
44:8
choice 32:24
35:22 37:5
43:24 44:2
Christopher 1:7
2:14
chronic 9:19
17:9 37:25
cigarettes 15:20
clarify 12:3
37:14

Claylan 1:8 2:14
Clerk 49:13
clock 27:20
clotting 22:23
CLR 1:23 47:14
48:21 49:17
51:3
CNAs 27:3
CNS 36:5 38:5,8
38:12
cocaine 21:24
collaborate
10:22
collar 8:25
16:11
combative 20:25
32:9,13,18
37:4 43:25
combativeness
32:24 45:18
combine 42:15
combined 31:5
combining
38:13
come 13:25 32:3
comes 9:24
commands
24:20
commenced
48:10
comment 14:21
19:4 21:17
33:7
Commission
47:15,16
common 32:6
commonly 41:4
compared 44:15
complete 6:12
14:9 32:15
completed 48:10
completely
46:20
complications
29:6
compress 29:13

29:13
compressed
34:15
compromise
39:1,5
compromised
35:24 38:2
40:23
compromising
34:15,16
compulsive
20:25
concluded 46:23
conclusion 3:25
condition 20:18
22:15,24,25
23:3 27:18
28:3 29:8
37:24 39:3
41:8
conditions 43:18
confused 32:12
connected 48:12
consider 28:18
consistency 27:7
consistent 15:5
constriction
22:1,2
constrictive
21:25
consultants
10:22
consuming 13:9
contained 50:7
contraindicati...
32:15,21
control 26:4,11
48:15
controlled 26:8
26:9,10
conversations
13:19 16:1
19:22 23:10,13
23:19
coordinate 11:1
COPD 37:24

copies 51:22
copy 46:21
coronary 36:23
Corporate 2:17
correct 7:20,24
7:25 12:5 16:9
16:12 17:3
20:16,17 21:9
24:3,13,24
26:4 30:15
37:10 38:18
46:7 48:7 50:7
51:23
corrections 50:9
corrective 11:12
cortex 29:13
counsel 48:11,12
County 1:10,11
2:8,15 4:16 7:4
16:8 46:9 47:3
48:3 50:4
couple 12:16
course 11:3,4,9
11:14,19,23,25
12:24 18:4
19:13 25:4
31:17,22
court 1:1,24 4:4
4:25 18:22
49:13,18
Courtemanche
1:9 2:14
courtesy 49:10
cover 20:6
covered 20:7
covers 16:18
CR 51:3
criteria 10:6
CROSS 3:5
20:12 23:23
currently 6:17
7:2

D
D 3:2,13 4:1
daily 9:23

dangerous 21:1
date 10:14,15
    11:12,12 51:5
    51:25
dated 16:22
    47:10 48:16
    50:12
day 15:21 32:7
    41:5 47:10
    48:16 50:12
dealing 35:21
Dear 49:6
declare 51:23
decrease 43:14
deemed 18:24
Defendant 2:14
Defendant's
    3:16
defendants 1:12
    2:8 20:4
define 43:4
delirium 44:5
DENNEY 2:4
Department
    16:3 18:6
depending 22:5
    35:1 41:6,22
    41:25
depends 20:22
    41:3
deposed 4:17
deposiiton 3:25
deposition 1:16
    4:3,21 8:6,10
    46:18,23 48:6
    48:8,9,10 49:7
    49:9,12 50:6
    51:4,23
depress 40:13
    40:20
depressant
    29:24,25 30:2
    30:7,15 37:2
    37:10 38:9,12
    39:4,25 40:12
depressants

30:8 31:6
depressed 32:19
    33:14
depression
    30:20,25 31:7
describing 11:5
DESCRIPTI...
    3:15
detail 14:23
detailed 18:5
details 13:8,12
determinations
    14:11
diaper 26:15
    27:9
diapers 26:17,20
    26:21 27:9,14
diaphragm 34:5
    34:7,15
diarrhea 25:19
    25:22,23 26:17
    26:24 27:4,5,7
diazepines
    41:12
DICKER 2:10
dictated 7:22,23
    8:2
die 19:10 22:1
    28:24,25 29:14
diet 25:25,25
diff 25:20
difference 9:15
    15:9
different 28:19
difficulty 34:7
    35:9,12
dilate 36:24
dilates 36:23
Dilaudid 38:11
direct 3:5 4:13
    48:15
direction 48:15
directly 35:20
discharge 10:16
    16:21,24
discharged

10:15 17:1,5,6
    18:12 19:17
    28:16,20
discharging
    11:24 12:10
    27:24
Discussion
    46:22
disease 10:25
    16:20 25:20
    29:7 37:25
    38:1
disorder 29:5
disoriented
    32:13
distress 36:1,9
    36:15 43:4,5
    43:16,19,21,21
distressed 43:12
distributed
    51:22
district 1:1,1,11
    1:11 2:8 4:17
    13:20 46:10
Docher 1:3 7:9
    7:12 8:13 9:10
    10:11 13:3
    16:8 18:11
    19:3 20:15
    23:13 24:1,4
    24:14,24 25:7
    26:23 28:23
    33:18 46:9
    49:4 51:2
Docher's 7:18
    10:18 16:14
    27:18 33:7
    35:20
DOCHER-NE...
    1:4
doctor 4:15 5:17
    20:3 25:20
    31:13 33:3
    34:5 46:17
doctors 41:7
documentation

27:15
documented
    14:14 15:21
    18:16 22:10
doing 12:21 46:6
Dominican 5:24
dose 30:4 36:2,5
Dr 15:24 16:5
    16:13,16,17,19
    23:25 49:6
drinks 15:20
drips 9:21
drive 30:4 38:4
drop 43:5,18
dropping 34:19
drug 32:24
    35:22 41:4,10
    42:15 43:24
    44:2
drugs 21:2,13
    21:21,24 23:14
    38:18 39:25
    43:21
DTs 44:5
due 22:25 45:17
duly 4:10 47:8
dysrhythmic
    43:7

_____
        E
E 3:2,13,13 4:1
    4:1 48:1,1 50:1
    50:1 51:1,1,1
earlier 46:3
easier 4:22
East 2:18
EDELMAN
    2:10
educational
    5:19
EEG 18:18
effect 37:2 38:13
    44:10,13,14
effects 30:7
either 14:21
    45:17

27:15
ELSER 2:10
emergency
    31:18,19,25
    32:1 44:24
    45:3,4
emergency-type
    44:20
employed 6:17
    6:19
employee 48:12
EMT 31:22
EMTs 44:25
enforcement
    22:9
ENTER 51:7
entered 51:24
entire 14:1,4
ER 32:2,3 45:8
    45:12
errata 50:9
    51:21
especially 38:8
    43:24
Esquire 2:4,9,16
    49:25,25,25,25
et 49:4 51:2
evaluation 45:7
event 46:11
eventual 21:12
eventually 9:10
    16:10 19:9
    25:12
exact 10:14
EXAMINATI...
    4:13 20:12
    23:23 31:15
    33:4 34:3 43:1
examined 4:10
examiner 24:7
    24:20
example 9:25
    37:24 38:9
exception 50:8
excessive 26:17
executed 50:10
Exhibit 3:16

DOCHER vs NEWMAN      MOHAMMAD NASAR, M.D.        06/26/2017

Page 55

existing 37:24
expect 45:25
expectancy 19:3
expected 18:19
experience
  29:16
Expires 47:15
explain 9:15
  25:22
explosive 27:4
eye 24:9

___ F ___
F 48:1 50:1
facilities 10:1,2
  29:18
facility 8:16,18
  8:22 9:1,6,7,11
  9:16,17,19
  10:8 12:10
  17:12
fact 17:19 20:14
  20:18 21:12
  24:6
facts 35:17
failure 25:8,9
  33:8,13,19
  36:16
fair 19:15
fall 36:10
familiar 22:15
family 6:8 10:22
  12:15 15:11,14
  16:2
far 14:18
fatal 30:24 31:6
fecal 26:18
feeding 8:20
  26:1,2
fevers 43:20
FF 47:16
fibrosis 38:1
fighting 32:18
filed 49:13
financially
  48:13

find 16:22,24
  38:17,23 42:12
  42:14
finding 41:18
findings 18:17
  18:18
Fire 1:11 2:8
  4:16 13:20
  46:10
first 4:10 8:1
  13:2 20:21
  24:4 34:17
  37:23
flipping 7:21
Florida 1:1,10
  1:19,24,24 2:5
  2:11,15,18 4:5
  6:3,5,15 47:2
  47:15 48:2,6
  49:3,18,19
  50:3
follow 24:20
follow-up 15:4
  42:22
follow-ups
  31:14
followed 19:18
  33:23
follows 4:11
foot 35:7
foregoing 48:7
  48:14 50:5
foreign 19:12
form 13:11
  20:20 23:15
  25:1 26:5 27:1
  27:21 28:13
  29:2 30:10,17
  30:21 31:1,8
  34:11 35:14
  36:12,20 37:21
  38:20,24 39:10
  39:19 40:7,18
  41:1,20 42:9
  42:17 44:22
  45:2,20 46:1

51:24
Fort 2:18 7:6
  8:14
forth 48:9
forward 51:21
forwarded
  49:13
four 41:11
FPR 1:23 47:14
  48:21 49:17
  51:3
frame 19:6
frequent 26:19
frequently
  27:11
Friday 49:11
full 5:15
function 16:14
further 13:8
  17:7 23:21
  40:20 48:9,11

___ G ___
G 4:1
Galleria 2:17
gangrene 22:23
George 16:5
Gerald 16:13
getting 26:19
  45:9 46:4
give 10:16 11:6
  12:23 14:16
  31:24 45:10
given 14:2 50:6
giving 39:4,25
go 4:20 5:14,19
  6:23,24 7:2,3
  11:6 14:19
  18:17 22:3
  24:9 26:24
  27:16 32:5
  36:4 44:5
goal 8:19
goes 14:23 18:1
going 4:20 14:10
  19:7 20:8,8

28:24 44:1
  46:8
Goldberg 16:13
Good 4:15
gotten 12:8
graduate 6:9
greg 2:19 20:3
Gregory 2:16
  49:25
ground 4:20
  35:8,12
guardian 1:4
GUIFFREDA
  2:16
gut 25:24
guys 17:19
  19:21 46:21

___ H ___
H 3:13 51:1
happen 19:13
happened 11:25
  22:13,14 25:11
  46:11
happy 5:4,10
heart 22:1,2,3
  22:24 29:8,9
  33:8 36:23,24
  36:25 37:1
  40:12 43:6,15
Hecht 2:4 3:9
  13:11 18:20
  20:3,20 23:15
  23:24,25 25:5
  26:13 27:12
  28:1,22 29:15
  30:13,19,23
  31:4,11 34:1,2
  34:4 35:3 36:7
  36:18 37:6,18
  38:15,22 39:6
  39:16 40:2,15
  40:22 41:14
  42:2,13,20
  44:22 45:2,20
  46:1,16 49:25

Hecht's 33:6
held 46:22
help 10:24 36:1
  36:2
helps 36:24
hereinabove
  48:9,10
Hiatus 49:2
high 40:3,5,9
higher 36:5
histories 44:18
history 8:2,12
  11:2,11,18
  12:2,19,21
  13:3 15:10,12
  20:15,23 21:20
  23:8 41:19
  42:5 45:17,23
  46:5
hold 6:4 34:2
home 9:13,14,24
  10:1,10 17:11
  17:24 18:2
  28:17,21
homes 6:24 7:1
  7:4
hospital 6:1 9:2
  9:3,4,19,20
  11:3,4,4,8,14
  11:19,23,25
  13:5 14:23
  17:7,9 18:3
  22:11 25:14
  26:24 27:24
  45:1,22
hospitals 6:23
  6:24 7:2 41:5
hours 41:11
  49:10
HPI 11:18 12:5
  12:7
hypothetical
  35:16

___ I ___
idea 14:21

DOCHER vs NEWMAN     MOHAMMAD NASAR, M.D.     06/26/2017

Page 56

**illness** 11:18
  12:2
**illnesses** 9:20
**IM** 44:14
**important** 38:17
  38:23 39:13
**incident** 16:2
  18:5 21:8 22:8
**Incomplete**
  35:16
**increase** 43:8
**increased** 30:6
  43:14
**increasing** 43:6
**independent**
  1:11 7:12
  46:10
**indicating** 11:14
**indicator** 39:13
**individual** 34:7
  34:9 35:6,8,8
  35:11 36:9,11
  40:16,25 41:18
**individual's**
  34:5 40:23
**individually** 1:7
  1:8,8,9,10 2:8
**infection** 29:1
**infections** 19:11
  43:20
**infectious** 10:25
  16:20 25:19
  29:7
**inflicted** 21:20
**influence** 21:1,5
**information**
  8:11 12:6,8,9
  12:23 13:4,16
  14:6 15:13,15
  18:5,7 45:19
  46:11,12
**initial** 12:21
  15:4,7 22:11
  45:7,12
**initially** 26:2
  44:3,7 45:7

**inject** 34:9 35:11
  36:11
**injuries** 21:11
  21:12,14 29:6
**injury** 15:5 17:8
  19:5,9 24:22
  28:25 33:12,12
**inpatient** 45:22
  46:5
**inside** 29:13
**interaction**
  24:14,23
**interested** 48:13
**internal** 10:23
**intramuscularly**
  41:18 42:8
**intravenously**
  41:16
**intubate** 33:15
  34:21,23
**investigation**
  13:23
**involving** 46:9
**issue** 14:7
**IV** 22:6 44:6,14

**J**

**J** 1:9,23 2:14,16
  4:3 47:14 48:5
  48:21 49:17
  51:3
**Jacobs** 16:16,17
**JANICE** 1:4
**Join** 25:2 26:6
  27:2,22 28:14
  29:3 30:11
  31:3,9 34:12
  35:15 36:13,21
  38:21,25 39:11
  39:20 40:8,19
  41:2,21 42:10
  42:18
**Jolly** 2:16,16 3:8
  11:7 20:3,13
  21:3 23:17,21
  25:1 26:5 27:1

27:22 28:14
  29:3 30:11
  31:3,9 33:2,5
  33:24 34:12
  35:15 36:13,20
  37:14,17 38:21
  38:25 39:11,20
  40:8,19 41:2
  41:21,24 42:10
  42:18 46:15
  49:25
**Jose** 1:10 2:8
  4:17
**Julie** 2:9 4:16
  49:25
**julie.tyk@wils...**
  2:12
**July** 10:14,14,17
  16:22 17:2
  18:12 19:16
  47:10 48:16
  49:1
**June** 1:17 47:15
  49:7 51:5

**K**

**K** 3:13
**keep** 27:6
**Ken** 1:9 2:14
**kept** 10:6
**kind** 29:5
**Kindred** 7:3,6
  7:18,24 8:9,14
  8:23 9:5 10:12
  10:19 23:7
  26:14
**know** 5:4,10
  8:20 10:11
  11:21 13:7
  15:18 18:3,6
  21:18,18 22:3
  22:4,14 23:2,5
  23:7 24:19
  25:24 27:13
  28:7,15,18
  29:10 32:17

34:14 35:25
  40:10 42:4
  43:17,18 44:9
  45:3,4,6
**knowledge** 21:8
  29:16 50:8

**L**

**lack** 29:11
**Lakes** 1:19 2:5
  49:18
**large** 4:5 48:6
**lasts** 41:11
**Lauderdale**
  2:18 7:6 8:14
**law** 22:8
**lawsuit** 20:5
**laying** 35:8
**lead** 31:6
**leads** 33:13
**legal** 1:4 5:15
**Let's** 35:4
**letter** 49:14
**level** 10:7 38:4
  39:24
**Librium** 44:8
**license** 6:4
**licensed** 6:2
**life** 19:2
**light** 36:23
**line** 13:2 51:8
**little** 4:21 14:23
  18:4 20:8
**live** 19:5
**liver** 22:25
**living** 19:14
**LLP** 2:10
**long** 10:11
**long-acting**
  41:13
**long-term** 8:17
  8:22 9:6,7,11
  9:16,17,18
  17:7,9 18:14
**longer** 19:5
**looking** 20:23

29:10 39:13
**looks** 7:22 8:1
  14:22 16:21
  17:1 18:4
**lose** 26:11
**lot** 22:6 25:24
  27:5 32:2
  43:17
**loud** 4:24
**low** 39:22 40:16
  43:8
**lower** 36:2
**LTAC** 8:17 9:18
  9:24 17:15
**Lucie** 1:10,11
  2:8,15 4:16
  8:16 9:4 11:4
  12:12 13:5,17
  13:20 14:2,24
  15:2 16:3 18:6
  46:9
**lung** 38:1,2
**lungs** 34:16,16
  40:23
**lying** 35:11

**M**

**M** 3:13
**M.D** 1:16 3:4
  4:9 47:7 49:2
  49:23 50:17
  51:4
**machine** 8:25
**management**
  26:18
**Mangrum** 1:8
  2:14
**marijuana**
  15:24
**Marked** 3:25
**Mascara** 1:9
  2:15
**mass** 29:12
**matter** 19:23
  44:12 49:8
**mean** 7:25 8:15

14:13 15:18
17:9 19:4,9
20:21 21:24
30:1 32:1
33:20 35:18,19
37:4
**Meaning** 17:16
**means** 9:20
48:14
**mechanical**
33:16
**medical** 3:16
5:17,21,22,24
6:1,4,9 12:13
13:17,24 14:24
15:2,10 24:2
34:9 35:10
36:10 41:19
42:5 45:15,17
**medication** 42:1
44:6
**medicine** 6:8
10:23,23
**meet** 10:6
**members** 16:2
**mental** 33:14
40:14
**mentioned** 8:17
9:1,5 23:9
43:23
**mentions** 15:11
**met** 12:24 24:4
**MI** 21:25
**minute** 43:11
**minutes** 44:11
**misstates** 35:17
**Mohammad**
1:16 3:4 4:9
5:16 47:7 49:2
49:23 50:17
51:4
**mom** 12:16
**Monday** 1:17
49:7,11
**monitors** 27:6
**morphine** 36:17

36:19,22 37:5
37:7,9 38:11
**MOSKOWITZ**
2:10
**mother** 1:4
23:10
**motility** 25:24
26:8
**move** 28:9
**MRI** 15:3,4
18:17
**MRIs** 15:6
**MRSA** 25:16
**Multiple** 19:12

————— N —————
**N** 3:2 4:1
**name** 4:15 5:15
7:8 20:3 23:25
49:14
**narcotic** 37:8
**narcotics** 38:10
**Nasar** 1:16 3:4
4:9 5:16 23:25
47:7 49:2,6,23
50:17 51:4
**necessary** 49:8
**need** 10:23 14:6
25:16 28:11
37:20,23
**needed** 33:16
**needs** 27:20
**nervous** 29:23
30:2,6,8,14
31:6 36:6 37:9
**neurologic**
18:19
**neurological**
19:5 29:5,6
**neurologically**
24:8
**neurologist**
16:15 18:16
**neurology** 10:25
**never** 25:3
**New** 6:1,13,14

**Newman** 1:7
2:14 49:4 51:2
**nicely** 27:6
**nonresponsive**
24:10
**norms** 43:9
**North** 2:10
**Notary** 1:24 4:4
47:15 48:5
**notations** 50:9
**note** 8:1,3,5
14:22 15:24
**noted** 15:24
**notes** 3:16 7:10
7:14,17,21 8:8
20:7,15 48:7
**notice** 49:7
**number** 47:16
49:9
**nursing** 6:24 7:1
7:4 9:13,14,24
10:1,9 17:11
17:23 18:2
27:15,20,23
28:12,17,20

————— O —————
**O** 4:1
**OATH** 47:1
**Object** 27:21
28:13 29:2
30:10,17,21
31:1,8 34:11
35:14 36:12
37:21 38:20
39:10,19 40:7
40:18 41:1,20
42:9,17
**Objection** 38:24
**obstructive**
37:25
**obtained** 13:16
15:14,15
**obviously** 12:22
27:3 35:20
**office** 6:22 20:4

46:10 49:9,11
51:22
**officer** 35:5,6
**Oh** 11:15
**okay** 4:23 5:2,5
5:8,13 8:1,12
9:5 10:18 11:2
11:20 12:6,11
12:14,25 13:7
13:22 14:1,5
14:18 15:10,17
15:22 16:1,16
17:1,16 18:3
18:11 19:2,8
19:22 20:2,11
21:4,11,15,21
22:7,13,15,18
23:9,18,21
26:22 27:17
31:21 32:4,8
32:11,15,20,25
36:8 37:17
42:24 43:3,13
44:16 45:14,25
46:13
**open** 36:24
**opine** 21:16
**opinion** 14:20
18:14 19:2
27:19 33:17
**opportunity**
12:15
**Orange** 2:10
**order** 20:9
**ordering** 49:13
**orders** 45:10,12
**Organization**
6:21
**organize** 11:1
**original** 49:12
51:21
**Orlando** 2:11
**output** 27:6
**outside** 7:12
24:11
**overall** 18:23

**oxygen** 29:11

————— P —————
**P** 4:1
**P.A** 2:16
**p.m** 1:18,18
46:23 49:11
**pack** 15:19
**page** 3:15 11:7
51:8
**pages** 48:7
**Pakistan** 5:23
**Palm** 1:19,19
2:5,5 7:3,4
47:3 48:3
49:18,19 50:4
**Pamela** 1:23 4:3
47:14 48:5,21
49:17 51:3
**paramedic**
31:22 45:6
**paramedics**
44:25
**part** 17:20
**particular** 7:1
**parties** 48:12
51:22
**partner** 16:17
**party** 48:12
**patient** 7:8,9
8:18 9:25 10:5
10:21,21 11:24
12:19,23 14:8
22:21,22 23:2
30:5 32:18
34:22,23,24,24
34:25 35:21
36:15 37:19,23
38:1,9,10,17
39:2,2,14,22
42:4,14 43:10
44:25 45:6,9
45:11,17,21
**patient's** 12:16
34:14 45:16
**patients** 6:22 7:2

DOCHER vs NEWMAN     MOHAMMAD NASAR, M.D.     06/26/2017

Page 58

7:5,16 9:19,21
9:21,22,22,23
29:17,21 32:3
32:9,12 41:7
43:17,25,25
44:17
patients' 46:4
pattern 36:4
peak 44:10,13
44:14
PEG 26:1
Pelino 1:23 4:3
47:14 48:5,21
49:17 51:3
penalty 51:23
pending 5:11,12
people 41:6
perjury 51:23
persistent 24:18
person 40:17
personal 21:8
personally 47:7
physical 6:22
8:2,13 11:3,11
12:21
physician 9:23
15:20 32:2
45:5,8,12
physicians 7:23
32:2
pill 44:7
pills 44:15
place 44:13,19
48:9
Plaintiff 2:3
Plaintiffs 1:5
please 18:20
20:10 49:7,9
51:21
pneumonia
25:13,16
pneumonias
19:11
point 28:16
32:23 36:4,17
poke 24:9

Police 13:15,22
14:16 16:3
35:5,6
polysubstance
13:4 15:12,13
20:15
polysubstances
13:9
poor 18:24
Port 8:16 9:4
11:4 12:12
13:5,20 14:2
portion 18:21
position 26:19
28:9
pounds 35:7
practice 32:6
practicing 6:3
6:15
precautions
37:20
prefer 36:16
preferable 37:2
37:5 41:12
prepare 8:10
presence 32:16
present 11:18
12:2,22
presentation
35:2
presented 14:15
pressure 34:6
39:15 43:19
prevent 26:18
previous 21:20
previously 20:7
primary 8:19
10:20
prior 8:6 37:19
37:22 38:16
39:8 41:19
42:5,5
probably 19:10
33:3 41:10
problem 25:11
38:6

problems 33:8
procedure 9:22
proceed 14:14
process 4:21
26:7,10 39:2
40:10
produce 30:6
professional 4:4
48:5 49:10
prognosis 18:15
18:23
prone 22:22
protocol 34:21
provide 12:7,18
13:24
provided 3:16
8:9 22:11
provider 34:9
35:11 36:11
Public 1:24 4:4
47:15 48:5
pulmonary 8:24
10:24 37:24,25
38:1
pulmonologist
16:5
pulse 39:7,12,14
pupils 24:20
PURDY 2:16
purdylaw.com
2:19
purpose 8:20
put 11:22 26:18
27:5,9 34:25

**Q**

question 5:6,11
5:12 7:11 20:9
33:2 35:4 36:8
questions 5:4
19:25 20:5
23:22 31:11
33:1,7,24 42:4
42:21,23 46:13
46:15

**R**

R 3:13 4:1 48:1
50:1 51:1,1
races 22:3
radiographic
15:1
Ramirez 16:19
Ramon 16:19
rate 22:2,3
34:19 39:22
40:3,6,9,12,13
40:17,21 43:6
43:15
reacting 24:21
read 18:20,22
46:17 49:12
50:5 51:23
reading 7:10
ready 5:14 10:7
10:9 45:9
reason 5:9 8:13
11:13 17:4,6
51:8
reasonable
49:12
reasons 25:24
recall 7:9 12:19
12:20 16:13
23:16 25:17
26:16
recognize 24:8
24:11
recollection
7:12,13
record 18:22
46:22
records 7:13
12:13 13:17,25
15:16 19:16
22:10 24:2
27:13,17
recovery 18:19
RECROSS 3:5
33:4 34:3
rectal 26:18

27:5,14
red 22:25
REDIRECT 3:5
31:15 43:1
regard 7:8 24:6
38:8
regarding 16:2
18:5
Registered 4:4
48:5
regular 25:25
rehabilitation
17:8
relate 27:18
related 17:19
19:16,23 33:13
relative 48:12
relevant 21:21
21:22
remained 24:24
remember
12:14 15:8
23:12,18 33:9
rephrase 5:4
20:9
report 11:13
12:22 48:6
reported 1:23
15:18 23:8
reporter 4:4,25
18:22 48:5,15
REPORTING
1:24 49:18
reports 13:23
represent 4:16
20:4 24:1
reproduction
48:14
Republic 5:25
request 5:10
requested 18:21
require 9:22
10:5 17:7 28:7
28:8,8
required 17:16
28:20

DOCHER vs NEWMAN      MOHAMMAD NASAR, M.D.      06/26/2017

Page 59

requires 9:20,22
17:8,9 22:21
residency 6:1,12
respiration
34:19 39:14,23
39:23
respiratory 16:8
25:7,9 30:4,20
30:24 31:6
33:8,13,19,23
35:24,25 36:9
36:15,16 38:4
39:3,22 40:3,5
40:9,13,16,21
41:8 43:3,5,16
43:17,19,20,21
respond 24:19
responses 5:1
responsive
45:18
rest 14:22
restricted 34:6
restrictive 37:25
return 49:14
review 7:14 8:5
8:12 13:22
15:1 24:2
reviewed 27:18
reviewing 8:8
rhythm 43:7
right 12:1 20:1
42:16,20 46:17
46:19
risk 29:7,8
Road 49:2
Robinson 1:8
2:14
role 10:18
roof 34:20
room 31:18,19
31:25 44:24
45:5
rooms 45:4
Rosario 1:10 2:8
4:17
route 22:5

RPR 1:23 47:14
48:21 49:17
51:3
rules 4:20

**S**

S 3:13 4:1 51:1
Saint 4:16
saturation 43:6
43:14
saw 7:23 27:19
saying 15:8 33:9
says 11:14 15:11
34:21
SCAROLA 2:4
scenario 28:19
35:1 41:3
schedule 49:10
school 5:21,22
5:24 6:10
SEARCY 2:4
second 10:16
11:6
secondary 25:11
33:8
section 11:3,5
11:13 12:6,7
13:14
sections 14:3
sedate 34:25
sedative 29:20
31:24
see 6:23,25 7:2
7:15 11:14
27:7 32:5
37:23
seeing 7:5
seen 7:15 18:11
19:15
seizures 44:5
send 46:21
sensitivity 30:5
sent 7:25 28:17
49:10
sentence 13:8
service 11:12

set 48:9,10
setting 10:3,4
31:18 44:20
46:6
severe 22:20
sheet 50:9 51:21
Sheriff 1:9 2:15
Sheriff's 18:6
20:4 46:9
SHIPLEY 2:4
short-acting
41:10
shorthand 48:7
show 15:9
sic 35:9,12
sickle 22:16,19
sickling 22:20
sign 39:13 49:8
49:12,14
signature 49:8
49:14,22
signed 51:21
significant
18:18 24:22
signs 43:15
sir 33:25
situation 33:23
33:23 36:15,22
41:6,25 45:11
45:14 46:8
situations 32:9
32:12 36:1
43:24
slow 40:10,12,13
slowing 25:24
smoker 15:19
smokes 15:19
somebody 31:25
sores 19:11
26:19
Sorry 16:23
38:25
sort 29:1 42:15
SOUTHERN
1:1
speak 12:15

42:3
speaking 21:11
special 1:11
specialist 16:20
18:17
specialty 10:24
10:24
sphincter 26:11
spleen 22:25
spoke 12:16
spontaneous
24:9
spontaneously
24:7
St 1:10,11 2:8,15
8:16 9:4 11:4
12:12 13:5,17
13:20 14:2,24
15:2 16:3 18:6
46:9
stabilize 8:20
stabilized 10:7
stable 8:21
standard 34:8
35:10 36:10
40:24
start 6:15
started 6:2
starting 5:20
16:8
state 1:24 4:5
5:14 6:5 11:8
24:10,11,15,17
24:18,18,25
25:21 26:3
47:2,15 48:2,5
50:3
statements 50:6
States 1:1 5:25
stats 34:18
status 25:3
33:14 40:14
stay 12:24 14:24
17:7 25:4
Stenographic...
1:23

stenotype 48:7
step 17:23
step-down 17:12
Stephen 16:16
stimulus 24:21
stomach 26:1
stop 39:25 43:7
straight 7:16
straightly 35:19
street 35:6
strike 29:22
41:16
struggle 35:5
studies 5:20
15:2
subject 21:8
22:8 51:23
subjects 29:21
sublevel 10:9
suboptimal
39:24
subsequent
22:24,25
substance 15:23
20:22,24 22:5
23:18 51:24
substances
20:19
suffer 25:22
suffered 33:18
33:18
suffering 25:7,9
36:9
Suite 2:11,17
49:2,19
summary 16:21
Sunrise 2:18
supply 36:25
suppress 30:3
36:5 38:4
sure 19:20 21:5
26:20
surroundings
24:12,19
swear 4:12
sworn 4:10 47:8

DOCHER vs NEWMAN     MOHAMMAD NASAR, M.D.        06/26/2017

Page 60

symptoms 43:15
synchronize
  36:3
system 26:18
  29:23 30:2,7,8
  30:14 31:6
  36:6 37:9

_____ T _____

T 3:13 48:1,1
  50:1,1 51:1,1
take 4:25 5:9
  37:20 42:12
  44:18 45:10
  49:7
taken 4:3 9:24
  48:9 51:5
takes 44:10,13
talked 43:13,25
talking 43:3
  44:16 46:3,5
talks 13:2,14
  14:10
Tamarac 49:3
Tavares 1:3 7:9
  22:8 23:5,14
  24:1,4,14,24
  25:7 26:23
  27:18 28:23
Tavares' 23:10
tells 27:13
ten-plus 15:19
tend 19:5 20:25
  26:2
test 23:4,7
tested 23:2,5
testified 4:11
testimony 28:23
Thank 22:7
  23:22 33:24
Thanks 31:12
  42:21
thickening
  22:22
thing 27:8 34:13
  34:17,20

things 19:12
  28:18
think 10:13,15
  10:17 11:17
  15:3,7 43:25
  44:11,14
thousands 7:15
threat 24:8
three 15:21
  19:19 41:11
time 5:3 12:20
  21:6 23:12
  26:14 31:21
  35:9,12 44:9
  48:9 49:8,12
times 12:17,17
  32:5 43:23
today 7:17 8:6
  8:10 24:3
toes 22:24
toileting 28:8
told 19:21
total 28:3,5,6
touched 20:14
trach 8:25 16:11
  19:12 28:7
  33:15
tracheitis 19:12
trained 10:2
transcribed
  11:17,21,22
  46:19
transcript 46:18
  48:14 49:10,24
  51:7
transcription
  48:7
transferred 8:21
  9:10 10:8,9
transfers 14:7
transfusions
  22:21
transitioned
  44:7
treated 25:13,16
  25:16,20

treaters 32:13
treatment 21:23
  25:6 32:22,23
trouble 38:5
  39:4 40:1
true 48:7 50:7
  51:23
truly 49:15
trying 11:20
  26:22
tube 25:25 26:1
  26:2,18 27:6
  27:14 34:25
tumor 29:12
Turning 11:2
two 15:21
Tyk 2:9 3:7 4:14
  4:16 11:10
  13:13 19:1,25
  25:2 26:6 27:2
  27:21 28:13
  29:2 30:10,17
  30:21 31:1,8
  31:13,16 33:1
  34:11 35:14,16
  36:12,21 37:21
  38:20,24 39:10
  39:19 40:7,18
  41:1,20 42:9
  42:17,22 43:2
  44:23 45:13,24
  46:2,13,17
  49:25
type 12:18 22:19

_____ U _____

U.S 6:2
unable 33:15
unclear 34:14
undergraduate
  5:20,23
undersigned
  47:6
understand 5:3
  20:10
understanding

  21:7 22:7,12
  26:23
understood 5:7
United 1:1 5:25
unresponsive
  24:4,5
use 15:24 22:5,6
  26:16,17,20
  29:18 32:7,11
  35:22 36:14,16
  36:19 38:2,7,9
  41:4,8,9,13
  44:2 45:11
usually 6:24
  14:4,9 26:16
  29:5 33:21
  35:22 38:7
  44:11 45:12,21

_____ V _____

V 49:4 51:2
vasodilator 37:1
vegetative 24:11
  24:15,17,18,25
  25:21 26:3
vent 17:25
ventilation
  33:16
ventilator 8:18
  8:19 9:21 10:1
  10:2,4 17:20
  25:10
verbally 4:24
versus 9:16
vessels 37:1
violation 34:8
  35:10
visit 6:25
visits 9:23
vital 39:13
vitals 39:14,17
  44:18 46:4
vs- 1:6

_____ W _____

Wade 1:9 2:14

waive 46:19
  49:8,13,22
want 39:8,17
  42:4
wanted 12:3
  18:1
way 4:25 14:14
  14:20,21 35:4
We're 7:8
we've 20:8 38:14
wean 8:24 16:8
  17:20 18:1
weaned 16:10
wear 26:15
weighs 35:7
well-being 40:4
went 5:23 14:17
  22:10 29:11
West 1:19 2:5
  7:3,4 49:19
wide 32:18
WILSON 2:10
wish 49:13
withdrawal
  32:22
withdrawals
  44:1,3,4
Witness 3:16
  4:12 11:8
  13:12 18:23
  20:2,11,21
  23:16 25:3
  26:7 27:3,23
  28:15 29:4
  30:12,18,22
  31:2,10 34:13
  35:18 36:14,22
  37:16,22 38:19
  39:1,12,21
  40:9,20 41:3
  41:22,25 42:11
  42:19,24 45:3
  45:21 46:21
work 32:1,2
  45:4
worked 31:18

31:18
**working** 31:25
**WRITE** 51:7
**written** 15:25

**X**

**X** 3:2,13

**Y**

**yeah** 5:22 9:3,9
  9:18 10:17
  12:17 13:1
  15:3 19:20
  22:2 40:9 44:2
**year** 6:9
**years** 19:19
**Yep** 34:2
**York** 6:1,13,14

**Z**

**0**

**1**

**1** 3:16
**1:10** 1:18
**10** 39:23
**111** 2:10
**1200** 2:11
**1216** 2:17
**14** 43:10
**15** 47:15
**16** 43:10
**1996** 6:11

**2**

**2:14** 1:18 46:23
**2:16-cv-14413**
  1:2 49:5
**20** 3:8
**200** 49:2
**2007** 6:14,16
**2014** 7:5 8:3,14
  16:22 17:2
  18:12 19:16
**2017** 1:17 47:10
  48:16 49:1,7

50:12 51:5
**2018** 47:15
**203761** 47:16
**2139** 2:5
**2161** 1:19 49:18
**24** 3:9
**24/7** 27:20,23
  28:11
**2455** 2:18
**26** 1:17 51:5
**26th** 10:13 49:7
**27** 8:14
**27th** 8:3 10:13

**3**

**30** 44:11
**302** 49:19
**30s** 34:20 43:11
**31** 3:7
**32801** 2:11
**33** 3:8
**330** 35:7
**33304** 2:18
**33321** 49:3
**33401** 1:19
**33409** 2:5 49:19
**34** 3:9
**3rd** 10:14,17
  16:22 17:2
  18:12

**4**

**4** 3:7
**4:30** 49:11
**407.203.7599**
  2:12
**40s** 34:20
**43** 3:7
**4th** 10:14

**5**

**561.686.6300**
  2:6
**561.689.0999**
  49:20
**5870** 49:2

**6**

**6** 43:12 49:1
**6th** 47:10 48:16

**7**

**7** 43:12

**8**

**8** 43:12

**9**

**9:00** 49:11
**954.462.3200**
  2:19