**Teri Stockham Ph.D., Inc.**
**Teri Stockham, M.S.F.S., Ph.D.**
*Forensic Toxicologist*
drteri@drteristockham.com
www.drteristockham.com

Member of:

Society of Forensic
   Toxicologists (SOFT)

American Academy of
   Forensic Sciences (AAFS)

The International Association
   of Forensic Toxicologists (TIAFT)

August 16, 2017

Summer Barranco, Esq.
Purdy Jolly Guiffreda & Barranco, PA
2455 E. Sunrise Blvd., Suite 1216
Ft. Lauderdale, FL 33304

>     RE:  TAVARES DOCHER by and through JANICE DOCHER-NEELEY, his mother and legal guardian
>          v.
>     CHRISTOPHER NEWMAN, individually, CLAYTON MANGRUM, individually, CALVIN ROBINSON, individually, KEN J MASCARA, as SHERIFF of ST. LUCIE CIUNTY, Florida JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT, an independent special district.
>
>     United States District Court, Southern District of Florida, Case No. 2:16cv14413

Dear Ms. Barranco:

I was retained in the above-referenced case in my capacity as a forensic toxicologist. I was asked to provide a written report with my opinions and conclusions regarding the toxicological aspects in this case. My qualifications and publications are set forth in my curriculum vitae, which is attached. My case list of deposition and trial testimony is also attached. My fee schedule is attached.

Documents supplied and reviewed were:

- Second Amended Complaint
- St. Lucie County Fire District records

9218 Meridian Drive West • Parkland, FL 33076
36 El Paso Boulevard • Manitou Springs, CO 80829

**COMPOSITE EXHIBIT A**

EXHIBIT C

- St. Lucie County Sheriff's Office Incident/Investigation Report
- St. Lucie County Medical Center Laboratory records

**INCIDENT SUMMARY:**

On May 11, 2014, at approximately 6:00 p.m. Deputies Newman, Mangrum and Robinson of the St. Lucie County Sheriff's Office were dispatched to a CVS store after a 911 call was made. The deputies encountered a male, Tavares Docher, acting intoxicated and armed with a screwdriver. He told deputies that "Arabs were trying to kill him and his mother because they knew where the Arabs had dropped a headless body". CVS employees describe Mr. Docher as "delusional, paranoid, nervous, pacing, delirious, sweaty, smelly, with loud, slurred, but rapid speech". CVS employees also thought he was "higher than a kite", "high on something", "acting not normal". Mr. Docher was arrested for disorderly intoxication. An altercation ensued between the three officers and Mr. Docher resulting in injuries to Mr. Docher and some of the officers. Fire Rescue was called to treat those injuries at the scene. However, Mr. Docher remained combative and uncooperative and to place him on a stretcher and into the ambulance, firefighter Jose Rosario, administered 4 mg Ativan IM. Within minutes, Mr. Docher became apneic and pulseless and CPR was initiated. He was taken to St. Lucie Medical Center. A blood serum ethanol test at 7:38 p.m. gave a result of 38 mg/dL and a urine drug screen was positive for marijuana (THC).

**OPINIONS:**

After review of the above, I offer the following opinions to a reasonable degree of toxicologic certainty:

1. Mr. Docher's blood ethanol concentration (BAC) after conversion of units from mg/dL to g% and serum to whole blood was 0.03 g% at 7:38 p.m.

2. Mr. Docher's BAC at the time of the altercation an hour and forty minutes earlier was most likely between 0.04 – 0.06 g%.

3. A BAC of 0.06 g% is not consistent with the behavior exhibited by Mr. Docher.

4. Mr. Docher's urine was positive for THC. THC is a psychoactive substance which can cause paranoia such as that experienced by Mr. Docher. Drug-induced psychosis is consistent with the descriptions given by the police officers involved in this altercation. Irrational, aggressive, combative, unexpected strength are all hallmarks of drug-induced psychosis.

5. The drug testing performed by the hospital was minimal and would not have detected many other psychoactive drugs that may have been used by Mr. Docher. For example, at this time novel psychoactive stimulants was very prevalent in South Florida but would not have been detected by the tests at the hospital.

6. Mr. Docher's aunt stated Mr. Docher uses ethanol and cocaine and the hospital drug test detected THC. She described him as a "little boy in a man's body". According to her, he had been evaluated for mental illness after a previous arrest but no diagnoses was made. Drug use is contraindicated in persons with mental illness. Both cocaine and THC are known to precipitate and/or attenuate mental illnesses.

I reserve the right to supplement or revise my report if additional information or materials are provided. Please let me know if there is anything further I can do.

Very truly yours,

*Teri Stockham*

Teri Stockham, MSFS, PhD
Forensic Toxicologist