Docher v. Newman          June Docher                    5/16/2017

## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16-CV-14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

    Plaintiffs,

-vs-

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as Sheriff of
St. Lucie County, Florida,
JOSE ROSARIO, individually, and the
ST. LUCIE COUNTY FIRE DISTRICT, an
independent special district,

    Defendants.

_____/

DEPOSITION OF JUNE C. DOCHER

Tuesday, May 16, 2017
1:26 p.m. - 2:29 p.m.
1680 S.W. Bayshore Boulevard
Port Saint Lucie, Florida 34984

Stenographically Reported By
Pamela J. Pelino, RPR, FPR, CLR
Notary Public, State of Florida
FLORIDA COURT REPORTING
- - -

## Page 2

1  APPEARANCES:
2
3  On behalf of the Plaintiff:
4      DARRYL LEWIS, ESQUIRE
        SEARCY, DENNEY, SCAROLA, BARNHART & SHIPLEY
5      2139 Palm Beach Lakes Boulevard
        West Palm Beach, Florida 33409
6      561.686.6300
        ddl@searcylaw.com
7
8  On behalf of the defendants Jose Rosario, individually,
9  and St. Lucie County Fire District:
10     JULIE A. TYK, ESQUIRE
        WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
11     111 North Orange Avenue
        Suite 1200
12     Orlando, Florida 32801
        407.203.7599
13     julie.tyk@wilsonelser.com
14
15  On behalf of the Defendant Christopher Newman, Claylan
    Mangrum, Calvin Robinson, Wade Courtemanche, and Ken J.
16  Mascara, as Sheriff of St. Lucie County, Florida:
17     GREGORY J. JOLLY, ESQUIRE
        PURDY, JOLLY, GUIFFREDA & BARRANCO, P.A.
18     Galleria Corporate Centre
        Suite 1216
19     2455 East Sunrise Boulevard
        Fort Lauderdale, Florida 33304
20     954.462.3200
        greg.@purdylaw.com
21
22
23
24
25

## Page 3

1                        - - -
2                      I N D E X
3                        - - -
4  JUNE C. DOCHER    DIRECT   CROSS   REDIRECT
5  BY MS. TYK            4        68
6  BY MR. JOLLY                  53
7
8
9
10            N O  E X H I B I T S  M A R K E D
11                      - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1              P R O C E E D I N G S
2                      - - -
3      Deposition taken before Pamela J. Pelino,
4  Registered Professional Court Reporter and Notary Public
5  in and for the State of Florida at Large, in the above
6  cause.
7                      - - -
8  Thereupon,
9              JUNE C. DOCHER,
10 having been first duly sworn or affirmed, was examined
11 and testified as follows:
12     THE WITNESS:  I swear.
13           DIRECT EXAMINATION
14 BY MS. TYK:
15     Q.   Good afternoon, Miss Docher.  My name is
16 Julie Tyk.  How are you?
17     A.   I'm good.
18     Q.   I wanted to go over a little bit about the
19 deposition ground rules.  It will make it a little bit
20 easier.  Have you ever been deposed before?
21     A.   No.
22     Q.   Okay.  If you can answer all of my questions
23 out loud and verbally.  That way the court reporter can
24 take down your responses.  It's hard to take down
25 uh-huhs or huh-uhs.

1 (Pages 1 to 4)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher                5/16/2017

Page 5

1      A.   Okay.
2      Q.   If at any time you don't understand one of my
3   questions, let me know and I'm happy to rephrase.  If
4   you answer though, I'll assume that you understood the
5   question and answered it appropriately.
6           If at any time you need to take a break, let
7   me know and I'm happy to accommodate that request.  I
8   would just ask that you finish answering the question
9   that is pending before we take our break.  Okay?
10     A.   Okay.
11     Q.   And have you taken anything today that might
12  affect your ability to testify?
13     A.   No.
14     Q.   Can you state your full legal name?
15     A.   June Carol Docher.
16     Q.   Is that with a C or a K?
17     A.   Huh?
18     Q.   C or K for Carol?
19     A.   C.
20     Q.   What is your date of birth?
21     A.   June 27, 1962.
22     Q.   What is your current home address?
23     A.   441 Southeast Skipper Lane, Port St. Lucie,
24  Florida 34983.
25     Q.   How long have you lived at that address?

Page 6

1      A.   Be ten years this year.
2      Q.   Do you currently live with anyone?
3      A.   Yes.
4      Q.   And who else do you live with?
5      A.   I live with my youngest sister, my youngest
6   son, and my youngest daughter.
7      Q.   And what are their names?
8      A.   Stephany Spears, Janice Neeley Docher, and
9   Keshawn Shivers.
10          (Discussion held off the record.)
11          THE WITNESS:  Neeley, that's her maiden name.
12  I mean Janice Docher Neeley.  She uses her married
13  name.  It's N-e-e-l-e-y.
14  BY MS. TYK:
15     Q.   What's the highest level of education that
16  you've completed?
17     A.   I did five -- high school.  Attended Air
18  Force Reserves.  Had five years in apprenticeship,
19  electrical apprenticeship.  Cosmetology completed.
20     Q.   How long were you in the Air Force Reserves?
21     A.   Seven years.
22     Q.   And I'm not as familiar how the Reserves
23  work.  Were you always stationed here in Florida with
24  the Reserves, or do you get moved around?
25     A.   Every three months, I would travel to

Page 7

1   Charleston Air Force Base for training, but I was
2   stationed out of Homestead Air Force Base.
3      Q.   Okay.  And do you have ranks when you're in
4   the Reserves?
5      A.   Uh-huh.
6      Q.   Yes?
7      A.   Yes.
8      Q.   And what was the highest rank that you --
9      A.   Staff sergeant.
10     Q.   And, again, just not knowing how the Reserves
11  work, did you have a certain position within the
12  Reserves?
13     A.   Like a job?
14     Q.   Yeah.
15     A.   I was a air cargo specialist.
16     Q.   Are you currently employed?
17     A.   Yes and no.  I'm in the IBEW.  And right now,
18  I do not have a job.
19     Q.   Okay.  What is that?
20     A.   That is the International Brotherhood of
21  Electrical Workers.
22     Q.   Oh.  Is it like a union?
23     A.   It is a union, 728, for West Palm Beach.
24     Q.   How long has your sister Janice Docher Neeley
25  been living with you?

Page 8

1      A.   I think it's about two years now, or close to
2   it.
3      Q.   And correct me if I'm wrong, it's my
4   understanding that your daughter Stephany moved in last
5   February?
6      A.   No, she wasn't.  She moved -- well, she
7   recently moved too.
8      Q.   Who was living with you back in May of 2014?
9      A.   I lived alone.
10     Q.   Okay.  I want to talk a little bit about
11  prior to May of 2014, was there any time that
12  Tavares Docher lived with you?
13     A.   No.
14     Q.   It's my understanding that Tavares Docher is
15  your nephew?
16     A.   Yes.
17     Q.   Now I want to talk -- again, prior to May of
18  2014, are you aware of any type of medical condition or
19  medical disease that Tavares Docher had been diagnosed
20  with?
21     A.   Negative.  No.
22     Q.   And, again, I'm talking about prior to May of
23  2014, are you aware of any time in which Tavares Docher
24  had been hospitalized for any reason?
25     A.   There was maybe two times, but I don't know

2 (Pages 5 to 8)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

EXHIBIT D

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher                    5/16/2017

Page 9

```
 1   when.
 2        Q.   Okay.
 3        A.   I couldn't tell you the dates.
 4        Q.   Do you know why he was hospitalized?
 5        A.   One for no medical -- mental.  He had got in
 6   a scuffle and somebody had hit him real hard.
 7        Q.   Oh.
 8        A.   Yeah.  But I don't know the circumstances of
 9   it.
10        Q.   Okay.  Have you ever heard of anything called
11   a Baker Act?
12        A.   Yes.
13        Q.   Are you aware of any time prior to May 2014
14   in which Tavares Docher had been Baker Acted?
15        A.   Never.
16        Q.   Other than that altercation where Tavares had
17   been hit hard in the head, are you aware of any other
18   altercations that he was involved in prior to May of
19   2014?
20        A.   No.
21        Q.   Are you aware if Tavares Docher had ever been
22   arrested for any reason prior to May 2014?
23        A.   Yeah, I'm aware of it.  I couldn't pinpoint
24   the dates, but he had a lot of trespassing, disorderly.
25   That's all I would know.
```

Page 10

```
 1        Q.   Okay.
 2        A.   Remember.
 3        Q.   Were you aware of any arrests that he had
 4   when he was living out of state in Tennessee?
 5        A.   Yeah.  But I -- if I try to explain it, I
 6   might not have it right.  So, yes, I'm aware he was
 7   arrested.
 8        Q.   Okay.  Do you know the reasons for the
 9   arrest?
10        A.   No.
11        Q.   Okay.  Do you know if it led to any type of
12   conviction?
13        A.   I don't think so.
14        Q.   Do you know if Tavares Docher was on any type
15   of medications in May of 2014?
16        A.   Not to my knowledge.
17        Q.   To your knowledge, did Tavares Docher ever
18   consume alcohol?
19        A.   Yes.
20        Q.   Do you know the frequency in which he would
21   consume alcohol?
22        A.   Tavares drank alcohol in -- I don't think he
23   drank a lot to get him where he was trying to get
24   all -- I never would see him pass maybe a can of beer.
25        Q.   Okay.  So then -- and, again, correct me if
```

Page 11

```
 1   I'm wrong in my understanding.  The most you've seen him
 2   consume was a can of beer?
 3        A.   One or two.
 4        Q.   Okay.  Have you ever in your lifetime seen
 5   somebody intoxicated from alcohol?
 6        A.   Yes.
 7        Q.   Had you ever seen Tavares Docher intoxicated
 8   from alcohol?
 9        A.   Yes.
10        Q.   Okay.  Would that be something that -- well,
11   what frequency would you see him intoxicated from
12   alcohol?
13        A.   Occasionally I would see him.  I don't think
14   he consumed a lot.  I just think he get drunk quicker
15   than others.
16        Q.   So he was somebody who would, I guess, it
17   didn't take as much for him to get intoxicated, is that
18   what you're saying?
19        A.   That's what I think.
20        Q.   Okay.  Can you describe for me how Tavares
21   would act when he was intoxicated with alcohol?
22        A.   More annoying.
23        Q.   Annoying?
24        A.   Yes.  More annoying.
25        Q.   Okay.
```

Page 12

```
 1        A.   He was not violent.  He just was annoying.
 2        Q.   Annoying like talkative or --
 3        A.   Very talkative.
 4        Q.   Okay.  Anything else that he would do that
 5   would be annoying?
 6        A.   Maybe just talking.
 7        Q.   Okay.
 8        A.   Just talking.  But not -- he was not a
 9   violent person or so.  It's just that he was just
10   annoying when he'd get -- start drinking.
11        Q.   Was there anything that he would say that
12   would make him annoying, or was it just the fact that he
13   was talking a lot more?
14        A.   A lot more.
15        Q.   Okay.  Had you ever seen Tavares smoke
16   cigarettes?
17        A.   Yes, he smokes.  He smoked cigarettes.
18        Q.   Do you know the frequency in which he would
19   smoke cigarettes?
20        A.   Not really.
21        Q.   To your knowledge, did he ever -- and I'm
22   talking about Tavares -- ever use illegal drugs?
23        A.   To my knowledge, all he did was drink.
24        Q.   Okay.  To your knowledge, had he ever been
25   diagnosed with anxiety?
```

3 (Pages 9 to 12)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher               5/16/2017

---

Page 13

1      A.   No.
2      Q.   Okay.  To your knowledge, had he ever been
3   diagnosed as being depressed?
4      A.   No.
5      Q.   To your knowledge, had he ever been diagnosed
6   with any other type of mental health condition?
7      A.   To my knowledge, no.
8      Q.   Has anyone ever told you that he had been
9   diagnosed with a mental health condition?
10      A.   No.
11      Q.   To your knowledge, had he ever been diagnosed
12   with any type of cardiac heart issue?
13      A.   No.
14      Q.   To your knowledge, had he ever had seizures
15   prior to May 2014?
16      A.   Never.
17      Q.   Did you ever accompany Mr. Docher to any
18   healthcare appointment prior to May 2014?
19      A.   Yes.
20      Q.   Where did you take him?
21      A.   It was somewhere in Fort Lauderdale.
22   Lauderhill maybe.  But when I got there, the doctors put
23   me out of the room.  So I can't vouch for nothing that
24   went on.
25      Q.   Was it just a regular doctor office?

---

Page 14

1      A.   Yeah, just a regular doctor's office.
2      Q.   Okay.  Do you remember the name of that
3   office?
4      A.   No.  I barely remember where it was.
5      Q.   Okay.  Do you know what he was going there
6   for?
7      A.   Not really because why -- I went there to be
8   with him.  And the minute he got there, the doctor put
9   me out of the room.  So I'm like, okay, whatever, I
10   wasted my day.
11      Q.   Okay.  To your knowledge, did Tavares Docher
12   have a job, was he employed in May of 2014?
13      A.   No.  A job, or doing a job?
14      Q.   What's the difference?
15      A.   The day he came to my house, he was washing
16   cars.
17      Q.   Washing cars for who?
18      A.   I can't tell you that.
19      Q.   Was this like kind of a thing he would do in
20   the neighborhood?
21      A.   Yeah.  To earn him some money, he would do
22   little jobs.
23      Q.   Okay.  So would he just, like, go door to
24   door and ask if somebody wanted their car washed?
25      A.   No.  It may have -- it may have been to the

---

Page 15

1   store or not far from this one by the house --
2      Q.   Okay.
3      A.   -- where they washed cars at.
4           They would wash cars and he was helping out.
5   Now, I assume.  I'm not sure.
6      Q.   Okay.  Was this like an established car wash
7   place?
8      A.   No.
9      Q.   Okay.  And was he paid cash for --
10      A.   Yes.
11      Q.   -- the work?
12      A.   More than likely.
13      Q.   Okay.  And you said he was doing this on
14   May 11th, 2014?
15      A.   Yes.  That's what he said.
16      Q.   But as far as any type of employment with --
17   where he was getting a paycheck --
18      A.   No.
19      Q.   Okay.  To your knowledge, had he ever been
20   employed prior to May 2014 with a company where he was
21   getting a paycheck?
22      A.   I don't think so.
23      Q.   Do you know if in May of 2014, he was looking
24   for some type of employment?
25      A.   I don't know really.  I can't say.

---

Page 16

1      Q.   So you don't know one way or the other?
2      A.   No.
3      Q.   All right.  So what I want to do is I want to
4   talk about May 11th, 2014.
5      A.   Okay.
6      Q.   My understanding -- and, again, correct me if
7   I'm wrong -- is that sometime on May 11th, 2014, your
8   sister Janice Docher Neeley brought Tavares to your
9   home; is that accurate?
10      A.   Yes.
11      Q.   Do you remember what time they arrived?
12      A.   Not -- no, I don't remember exactly what time
13   it was.
14      Q.   Do you know if it was --
15      A.   Afternoon.
16      Q.   Afternoon.  Okay.  Was it just your sister
17   and Tavares that came up?
18      A.   I think her husband may have been with her.
19      Q.   Okay.  What's her husband's name?
20      A.   Armon (phonetic), Armon Neeley.
21           (Discussion held off the record.)
22   BY MS. TYK:
23      Q.   When they arrived at your home, what did they
24   do?
25      A.   She escorted Tavares inside my house.  I

---

4 (Pages 13 to 16)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher                    5/16/2017

Page 17

1    don't think her husband ever got out of the car.
2        Q.   And once she escorted him into your home,
3    what happened next?
4        A.   He was upset because he was -- he say he was
5    working and she could bring him down in the morning.
6    She could have brought him down in the morning.
7        Q.   Where was he working?
8        A.   I -- he said he was washing cars.
9        Q.   And he was washing cars.  Do you know where?
10       A.   Not really.  I'd be lying if I said anything.
11       Q.   Okay.  So he was washing cars somewhere the
12   morning of May 11th, 2014?  That was your understanding
13   why he was upset?
14       A.   Prior to his mother picking him up.
15       Q.   Okay.  And, I'm sorry, I think I got
16   confused.  I thought when you said that he was washing
17   cars on May 11th that he was washing them in
18   Port St. Lucie.  Was he washing them --
19       A.   No.  He just arrived in Port St. Lucie when
20   she brought him to my house.
21       Q.   Okay.  That makes sense.  Thank you for
22   clarifying that.
23            So what happened when he -- what happened
24   then?
25       A.   Well, I guess they might have been arguing

Page 18

1    about that right there.  Him wanting to go back and she
2    needing him to be here at my house that day.
3        Q.   Was there any reason, to your knowledge, why
4    she brought him a day early?
5        A.   Yeah.  He had court the next day.
6        Q.   Okay.
7        A.   The next morning.
8        Q.   Do you know what time in the morning?
9        A.   Early morning.
10       Q.   Okay.
11       A.   Early morning.
12       Q.   And do you know how far of a drive it is from
13   where your sister lived at the time to your home?
14       A.   Give or take, two hours.
15       Q.   Okay.  So that would have been a long drive
16   in the morning?
17       A.   Yes.
18       Q.   Especially in South Florida traffic.
19            Okay.  So there was a discussion or argument
20   between Tavares and his mother, and then what happened?
21       A.   Well, as far as I know, she left and he
22   stayed.
23       Q.   And then what happened?
24       A.   He was in the house with me from -- and he
25   said he needed to go to the store.

Page 19

1        Q.   Prior to him saying that he needed to go to
2    the store, was there a time in which law enforcement
3    came to your home on May 11th, 2014?
4        A.   Not to my knowledge.
5        Q.   Okay.  Had you been told that there was --
6    law enforcement had responded to your home on
7    May 11th, 2014?
8        A.   I don't think so.
9        Q.   Were you aware that someone from your home
10   did contact law enforcement on May 11th, 2014?
11       A.   I heard about that.  I think from maybe the
12   detective that came to the house that Monday mentioned
13   it.
14       Q.   So the detective mentioned to you that some
15   law enforcement --
16       A.   Yes.
17       Q.   -- agency came out to your home on May 11th?
18       A.   Right.
19       Q.   Okay.  Anything else that you know about
20   that?
21       A.   No.  I didn't know because Tavares came in
22   the house with me.  And I -- everything was fine; so...
23       Q.   Okay.
24       A.   I didn't know about no officer being there.
25       Q.   Do you know how long your sister stayed on

Page 20

1    May 11th, 2014, before she returned home?
2        A.   Not long.  Not long at all.
3        Q.   Okay.  Would it be less than an hour?
4        A.   Yeah.
5        Q.   Less than a half hour?
6        A.   I can't say that.
7        Q.   Okay.
8        A.   Give or take an hour.
9        Q.   Okay.
10       A.   I don't know.
11       Q.   Did you have any discussions with Tavares
12   before he told you that he needed to go to the store?
13       A.   Not really.  I told him go in there in my
14   family room and watch TV if you want to.  I needed to go
15   to sleep.  I needed to take a nap.  I had just drove
16   from New York.
17       Q.   Okay.
18       A.   So I just needed to rest.  And if he's going
19   to be here, just go in there and watch TV.  But he said
20   he needed to go to the store.
21       Q.   Okay.  While Tavares was at your home, did
22   you see him consume any alcohol?
23       A.   No.
24       Q.   Do you keep alcohol in your home?
25       A.   Yes.

Florida Court Reporting
561-689-0999

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher               5/16/2017

Page 21

1      Q.   Do you know what type of alcohol you keep in
2   your home? Beer? Wine? Liquor?
3      A.   All of the above.
4      Q.   Okay. Just asking.
5           And you said at the time you were living
6   alone. It was just you in the home?
7      A.   Well, I did have a roommate.
8      Q.   Okay.
9      A.   But he wasn't home that day.
10      Q.   Who was your roommate?
11      A.   Jason Bonnelly [phonetic].
12      Q.   Do you know how to spell the last name?
13      A.   B-O-L-L-I-E or something like that.
14   Bonnelly.
15      Q.   Okay. But he wasn't home on the 11th?
16      A.   No, he wasn't home. I think he might have
17   been out of town that weekend.
18      Q.   I know you said that you didn't see Tavares
19   consume any alcohol. Was there any evidence that any
20   alcohol had been consumed while he was there?
21      A.   No. No.
22      Q.   Do you know why he needed to go to the store?
23      A.   He was trying to get his mother to take him
24   to get some cigarettes.
25      Q.   Okay.

Page 22

1      A.   And she was just wanting to leave. So I
2   assume that's why he went to get maybe a pack of
3   cigarettes.
4      Q.   Okay. And so was there a point in time where
5   he left?
6      A.   Yes.
7      Q.   To the store to your knowledge?
8      A.   Yes.
9      Q.   Do you know what store he was going to?
10      A.   No. But I assume it was CVS.
11      Q.   Is that CVS in close proximity to your home?
12      A.   Yes.
13      Q.   Is it like within walking distance?
14      A.   Yes. A block, two blocks.
15      Q.   Okay. So fairly close?
16      A.   Fairly close.
17      Q.   Do you know what time he left to go to CVS?
18      A.   No.
19      Q.   Do you know if it was still in the afternoon,
20   or was it more evening?
21      A.   I'm not sure what -- exactly. If I had to
22   pinpoint the time, I don't know. But I woke up and he
23   wasn't there.
24      Q.   Okay.
25      A.   And I'm thinking I told him to come straight

Page 23

1   back. And I went -- kind of fell off to sleep again.
2      Q.   Okay.
3      A.   And my daughter showed up. And she -- she
4   assumed he was there. I thought, oh, he's probably in
5   the room, in the room asleep, because that's what he do.
6   He'd go in the back room and sleep when he's at my
7   house.
8           And she went back there and she say he wasn't
9   there. And that's when I got nervous -- nervous about
10   him being gone.
11      Q.   Okay. Once you realized that Tavares was not
12   at home after your daughter arrived, what did you guys
13   do?
14      A.   I called the Police Department.
15      Q.   Okay. And that would have been the
16   Port St. Lucie Police Department?
17      A.   Yeah.
18      Q.   Were you able to get ahold of anyone?
19      A.   Yeah. They called and told me they had no
20   knowledge of him. And then they told me to call the
21   County. And I called the County.
22      Q.   Okay.
23      A.   And they said they had no knowledge of him.
24      Q.   Okay.
25      A.   And I was thinking after this, if they did

Page 24

1   have -- that they knew.
2      Q.   Okay.
3      A.   They knew. They just didn't tell me because
4   all -- if I remember, all -- all the timeline, that
5   would have been right then.
6      Q.   Okay. Right around the time that the
7   incident happened?
8      A.   Yes. After the incident.
9      Q.   Oh, after the incident?
10      A.   Yes.
11      Q.   Okay.
12      A.   After the incident.
13      Q.   And you think they just didn't want to talk
14   to you about that?
15      A.   They didn't tell me.
16      Q.   Okay. Before Tavares left, did he make any
17   comments to you that he was concerned about his safety
18   or his mother's safety?
19      A.   No.
20      Q.   In all of the time that you've known
21   Tavares -- have you known him since he was born?
22      A.   Yes.
23      Q.   Okay. In all the time that you've known
24   Tavares, has he ever made comments such as that he was
25   afraid of his own safety or his mother's safety?

6 (Pages 21 to 24)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher                    5/16/2017

Page 25

1    A.  No.
2    Q.  Had he ever made any comments regarding some
3    incident with a man in the woods that was beheaded?
4    A.  I know about the incident.  But, no, he did
5    not tell me about that.  I know about what the
6    officer -- the detectives said.  I know about the
7    incident, but what he was saying to me, I did not hear
8    that.
9    Q.  What is that incident?
10   A.  A close friend of ours --
11   Q.  Okay.
12   A.  -- got beheaded.
13   Q.  Beheaded?
14   A.  Yes.  And they found nothing but the head.
15   Someone he grew up with.
16   Q.  Was this a friend of his?
17   A.  Not so much friend as someone that he grew up
18   with.
19   Q.  Okay.
20   A.  As far as I knew, they wasn't that close.
21   Q.  Okay.  So that would have been an incident
22   that Tavares was aware of?
23   A.  That -- that's what I'm thinking it was.  I
24   could not tell you if that was the story that they say
25   he said.

Page 26

1    Q.  Okay.  And I'm assuming -- so correct me if
2    I'm wrong -- you weren't at the CVS when any of this
3    altercation happened?
4    A.  I didn't find out he -- that went -- took
5    place until Tuesday morning.
6    Q.  Okay.  And I can just look at a calendar and
7    not -- just so I --
8    A.  It would be the 13th.
9    Q.  The 13th.  Okay.  So -- and I have the
10   calendar right here.  So it looks like in -- on May
11   2014, the 11th was a Sunday.
12   A.  Yes, I know what it was.
13   Q.  Okay.
14   A.  I remember that quite well.
15   Q.  Okay.  And so this Tuesday would be the 13th.
16   A.  Mother's Day.
17   Q.  Oh, it was Mother's Day?
18   A.  Yes.
19   Q.  Okay.  So you found out on Tuesday, May 13th,
20   that there was an incident at CVS involving Tavares?
21   A.  Yes.
22   Q.  And how did you learn about that?
23   A.  A news reporter come to my house asking me
24   where is Tavares.
25   Q.  Had you seen any type of news coverage about

Page 27

1    the incident before that?
2    A.  I did not.
3    Q.  Do you remember which news station?
4    A.  I remember a reporter.
5    Q.  Who is the reporter?
6    A.  John Dzenitis.
7    Q.  Is that a local reporter?
8    A.  That's a West Palm Beach reporter.
9    Q.  Okay.  Did he tell you what happened?
10   A.  Yeah.  He told me -- he showed me the video.
11   Q.  And when you say "the video," can you tell me
12   what video you're talking about?
13   A.  The one where three officers is holding him
14   down with his arms cocked up.  One got his knee in the
15   back -- in the center of his back.  His arms almost
16   180 up in the -- behind his back and an officer punching
17   him in his kidneys.
18   Q.  Did you give an interview to the news
19   reporter?
20   A.  Yes.
21   Q.  After you gave that interview, did you
22   contact law enforcement at all?
23   A.  That was -- I'm trying to remember.  I was
24   looking for -- I still didn't know where Tavares was.
25   Q.  Okay.

Page 28

1    A.  I tried to contact them and find out where
2    Tavares was.  It took me all day to find out.  After I
3    find out that, it took me all day to find out where
4    Tavares was.
5    Q.  Okay.
6    A.  It was about 5 o'clock.
7    Q.  Okay.
8    A.  I think he -- he contact me maybe about
9    10:00, early in the morning.  And it was about 5 o'clock
10   before I could find out exactly and put my eyes on
11   Tavares.
12   Q.  Okay.  So you went to the hospital?
13   A.  Yeah.
14   Q.  Do you remember which hospital that was?
15   A.  St. Lucie off of U.S.1 and Tiffany.
16   Q.  Is that St. Lucie Medical Center?
17   A.  Yes.
18   Q.  Do you remember who told you the exact
19   location?
20   A.  When I went to the Sheriff Office because I
21   couldn't find -- they sent me to Lawnwood looking for
22   him.
23   Q.  Oh, Lawnwood Regional?
24   A.  Yeah.  And I got -- then I got information he
25   was there.  Somebody said he was there.  And I went up

Florida Court Reporting
561-689-0999

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher                5/16/2017

---

Page 29

1    there and the peoples did not know what the heck I was
2    talking about.
3         Q.   Okay.
4         A.   And so I got mad.  I called John because John
5    was my ally that day because everything -- I said, John,
6    I got here and I told them I was headed there and he's
7    not here.  I don't know where he at.
8             And John -- John said, well, June, they said
9    that he was in the Palm Beach hospital.  I said, well,
10   I'm not going to keep running around all day.  I'm going
11   to the Sheriff's Office.  So I went there.
12        Q.   Okay.
13        A.   And I waited until they could see me.
14        Q.   And did you finally get to speak to somebody?
15        A.   Yes.
16        Q.   Do you remember who you spoke to?
17        A.   No.  I don't know the officers at the time.
18        Q.   Okay.  Was it a male or a female?
19        A.   Two males.
20        Q.   Two male officers?
21        A.   Yeah.
22        Q.   And one of them told you that Tavares was at
23   the St. Lucie Medical Center?
24        A.   They didn't know where he was.
25        Q.   Oh, they didn't know?

Page 30

1         A.   It took -- I was there about an hour with
2    them before they could pinpoint where he was.
3         Q.   Okay.  Did you go St. Lucie Medical Center by
4    yourself?
5         A.   Yes.
6         Q.   Did you speak to any of the medical providers
7    at St. Lucie Medical Center?
8         A.   Yes.
9         Q.   Okay.  Do you remember who you spoke to?
10        A.   The director of the hospital.  Her name was
11   Debra Jenkins.
12        Q.   And what did Ms. Jenkins tell you?
13        A.   That Tavares arrived in a coma with his face
14   all swollen up.  And he was having multiple seizures and
15   they needed to take him out of there to go test for the
16   seizures he was having.  And they put him -- they say
17   they put him in an induced coma so the swelling of his
18   head would go down.  And by then, once I got my eyes on
19   him, I called my sister.
20        Q.   Okay.  Janice Docher Neeley?
21        A.   Yes.
22        Q.   Did she come up to the hospital?
23        A.   Immediately.
24        Q.   Did you contact any other family members?
25        A.   Yes.  All my sisters that's here.  My

Page 31

1    brother, I think he came.  Oh, and a few -- oh, I can't
2    remember who came exactly that day.
3         Q.   Okay.
4         A.   But quite a few people was in and out
5    checking up.  All Janice friends and stuff came up to
6    check on him in the few days that he was there.
7         Q.   So I know you have a sister Janice Docher
8    Neeley.
9         A.   Uh-huh.
10        Q.   Yes?
11        A.   Yes.
12        Q.   And then you have one brother or two
13   brothers?
14        A.   I got two brothers.
15        Q.   And one is Gene Docher?
16        A.   Yes.
17        Q.   And the other one is Benjamin Docher?
18        A.   Yes.
19        Q.   And then you have other sisters?
20        A.   I got four sisters.
21        Q.   Okay.  Who are you -- what are your other
22   sisters' names?
23        A.   Betty Docher Reed, Diane Docher Matlock, and
24   Mary Cochran.
25        Q.   And they all live in Florida?

Page 32

1         A.   No.
2         Q.   Okay.  But you contacted all of them?
3         A.   Yes.
4         Q.   Okay.  Do any of your other sisters live in
5    Florida?
6         A.   I got one sister -- everybody live in Florida
7    right now besides my sister Mary.
8         Q.   Okay.  Did you have any other conversations
9    with any other medical provider at St. Lucie County
10   Medical Center regarding Tavares?
11        A.   His doctor.  It was Dr. Young.
12        Q.   Dr. Young?
13        A.   Yeah.  I don't remember no first name or
14   nothing.
15        Q.   Okay.
16        A.   Young.  I remember that.
17        Q.   Is that a male or female?
18        A.   Male.  I think he was a male.  If I got the
19   name right, he was male.
20        Q.   Okay.  And what did Dr. Young tell you?
21        A.   Huh?
22        Q.   What did he tell you that you recall?
23        A.   Basically, he was in an induced coma.  That's
24   what they was calling it at the time.
25        Q.   Okay.

8 (Pages 29 to 32)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher                5/16/2017

---

Page 33

1       A.   And he was having multiple seizures.  And I
2   asked him about his toxicology because I was concerned
3   about that.
4       Q.   Okay.
5       A.   And he got -- he got that shot he got.  He
6   told me about that too.
7       Q.   Okay.  What did he tell you about the
8   toxicology?
9       A.   He told me he just had alcohol in his system
10  or did he -- no, he didn't have alcohol.  It was --
11  yeah, I think it was alcohol.
12      Q.   Okay.  Anything else?
13      A.   And he told me about the shot.  And I asked
14  him about what kind of shot because I didn't know.  I
15  didn't know what kind of shot they gave him.
16      Q.   And what did he tell you?
17      A.   He told me the name.
18      Q.   Okay.
19      A.   Ativan.  I think that's the name of it, the
20  drug.
21      Q.   Okay.  And what did he say about the shot?
22  Anything?
23      A.   He didn't really go into detail about the
24  shot.  He really didn't.
25      Q.   So he just told you that he was given a shot

---

Page 34

1   of Ativan?
2       A.   Yeah.
3       Q.   All right.  Did he tell you the amount of
4   alcohol that was in his system?
5       A.   I don't think so.  I'm trying to remember,
6   but I don't.
7       Q.   It's a while ago.
8            Any other conversations that you had with any
9   other healthcare provider at St. Lucie County Medical
10  Center that you recall?
11      A.   Yes.  But I don't remember what they said,
12  no.
13      Q.   Okay.  So you had -- so correct me if I'm
14  wrong.  It sounds like you had some conversations --
15      A.   Yes, because I was there quite a bit.
16      Q.   Okay.
17      A.   So --
18      Q.   But you don't recall specifics?
19      A.   Yeah.  When he went out to -- he went to Palm
20  Beach Medical.
21      Q.   Okay.
22      A.   Yeah.  But his -- his -- the swelling went
23  down and he didn't wake up.  There was, to me, was no
24  improvement.  So, no, I don't remember.  The seizures
25  kind of quieted down --

---

Page 35

1       Q.   Okay.
2       A.   -- before he left St. Lucie.
3       Q.   Okay.
4       A.   But I don't -- me trying to remember all of
5   what they told me and stuff, no, I don't.
6       Q.   Okay.  Did anyone else talk to you about his
7   toxicology results that you remember?
8       A.   No.
9       Q.   Anybody else talk to you about the shot of
10  Ativan that he was given?
11      A.   No.
12      Q.   So at some point he left St. Lucie Medical
13  Center?
14      A.   Yes.
15      Q.   Do you know where he went from there?
16      A.   To another facility down in Fort Lauderdale,
17  Kendall Hospital.
18      Q.   Kindred?  Does that sound right?
19      A.   I think it was Kendall.
20      Q.   Kendall.  Okay.
21      A.   He didn't stay there long.
22      Q.   He didn't stay there a long time?
23      A.   No.
24      Q.   Do you know why he left that facility?
25      A.   No.  They put him in a nursing home.

---

Page 36

1       Q.   Okay.
2       A.   Not exactly why they left there and put him
3   in a nursing home, no.
4       Q.   Okay.  Is that where he currently is?
5       A.   What?  In a nursing home?  Yeah.
6       Q.   Okay.  Do you know the name of that facility?
7       A.   I -- I do know it.  It's...
8       Q.   Does Unity sound right?
9       A.   Unity.  Yeah, it's Unity.
10      Q.   And that's in Miami?
11      A.   Yeah.  In Hialeah.
12      Q.   Do you go to visit him in that facility?
13      A.   Yes.
14      Q.   How frequently are you able to get down
15  there?
16      A.   Maybe once or twice a month if you add it all
17  up.  Maybe more.
18      Q.   Okay.  Do you know who his current main
19  medical doctor is there?
20      A.   I'm still trying to find that one out.
21      Q.   You're still trying to find that out?
22      A.   Yeah, because I never see a doctor in there.
23  No matter how much time, I never see a doctor in there.
24      Q.   Have you asked to talk to a doctor?
25      A.   He's never there.

Florida Court Reporting
561-689-0999

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher                    5/16/2017

Page 37

1    Q.  Okay.  Is that what they're telling you when
2  you ask for --
3    A.  Well, he's never there; so...
4    Q.  Oh.
5    A.  Not during the time I'm there.
6    Q.  Okay.  Have you spoken to any healthcare
7  provider at Unity?
8    A.  Yeah, there's quite a few of the nurses and
9  stuff that's there.  And I guess the whole director of
10 the facility and stuff, like they get to talk to.
11   Q.  Have they given you any indication or
12 information about Tavares' current condition?
13   A.  I take that back.  In the beginning, I saw a
14 doctor, but not lately.  He said Tavares had reached his
15 full capacity.
16   Q.  His full capacity?
17   A.  Yes.
18   Q.  Okay.  Are you able to have any type of
19 interaction with Tavares when you go to visit?
20   A.  Oh, yeah.  Me, the children, the
21 grandchildren, everybody go see him.
22   Q.  But I guess I wasn't clear.  When you go to
23 see him, are you able to have any type of communications
24 with him?
25   A.  He can hear.

Page 38

1    Q.  Okay.
2    A.  He can't respond.  He can hear.  I know he
3  hears, but I don't know what he hears.  He don't
4  respond.  He's got -- there's no -- there's nothing
5  there.  He's totally like having -- he's there, but
6  nobody's home.
7    Q.  Okay.  Do you know what type of medical
8  treatments he requires on a daily basis?
9    A.  He got a feeding tube.  They give him oxygen.
10 And he got a trach to keep him from choking.
11   Q.  Okay.  Does he have his own room?
12   A.  Yes.
13   Q.  Are there nurses at the facility full-time
14 that you know of?
15   A.  Yeah, there's nurses all the time.  But he
16 needs -- he need his own nurse.  He needs -- if my
17 sister wasn't there as frequently as she is... We need
18 to keep an eye on him every day.  We need to have eyes
19 on him every day.
20   Q.  Okay.  Why do you say that?
21   A.  Because he don't have a voice.
22   Q.  Okay.
23   A.  He don't have a voice no more.
24   Q.  Are you concerned about where he is right
25 now?

Page 39

1    A.  Very much, but we can't do nothing.  That's
2  all we can do.  Yes, I'm very concerned about where he
3  at.
4    Q.  Why are you concerned?
5    A.  He deserve more.  He deserve more than there.
6  I ain't knocking the facility so bad, but he deserve
7  more.  He's...
8    Q.  So what would you like to see for him?
9    A.  I would like to see him home.
10   Q.  Do you know if he can come home?
11   A.  Yeah.  I had my sister to investigate it, but
12 it requires -- right now, it requires too much right
13 now.  But he needs to be home.
14   Q.  Okay.  When you say that it "requires too
15 much right now," what do you mean?
16   A.  We can't afford that.  We can't afford to
17 bring him home and have nurses there.  But he needs to
18 come home.  He needs -- my sister shouldn't have to come
19 almost three hours to go see her son every other day,
20 every day.  If he's in the hospital, she's there.
21   Q.  Does your sister have a home right now?
22   A.  No, she don't.
23   Q.  So if he was to come home, where would he go?
24   A.  Huh?
25   Q.  If he was to come home, where would he go?

Page 40

1    A.  Hopefully she could be getting a place soon.
2  But, no, right now she living with me.
3    Q.  Would he be able to move in with you?
4    A.  I can't -- if he had to, yes.  But, no, my
5  place ain't really set up for the facility he needs.
6    Q.  Okay.  Are you aware if he's able to get out
7  of bed at all?
8    A.  No, he can't do nothing.
9    Q.  Okay.  And --
10   A.  But open -- look here.  But open his eyes and
11 have reflexes.  You can see him hear.  He can't do
12 anything.
13   Q.  Okay.  Are there times where you talk to him
14 and he somehow responds to you?
15   A.  I want -- I want that.  You know how you ever
16 want something so bad?
17   Q.  Yes.
18   A.  But it's like me dreaming and hoping, but it
19 ain't happening.
20   Q.  Have you had any conversations with any of
21 the healthcare providers as to what it would take for
22 him to come home?
23   A.  No.
24   Q.  Has any of the medical doctors or nurses at
25 Unity said that it was possible for him to come home?

10  (Pages 37 to 40)

Florida Court Reporting
561-689-0999

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman                    June Docher                    5/16/2017

---

Page 41

1       A.   I spoke with my sister a number of times.
2    She said, yeah, but right now, no.
3       Q.   Okay.
4       A.   So we just -- she just go down there to make
5    sure he gets the proper care he needs.
6       Q.   And it's my understanding -- again, please
7    correct me if I've got this wrong -- that your sister's
8    husband is also at a nursing home right now?
9       A.   Yes.
10      Q.   Do you know what nursing home he's in?
11      A.   I don't know the name.  It's in Hollywood.
12      Q.   Is he going to be coming home?
13      A.   Only if -- right now with her having to
14   travel and stuff and he's -- he's in a predicament right
15   now, no, we cannot house both of them.  That's why he's
16   in a nursing home.
17      Q.   Well, do you know what kind of condition her
18   husband has?
19      A.   He can't walk.  He's not stable to walk right
20   now.  And it even got worse since he's been in the
21   nursing home.
22      Q.   Oh.
23      A.   It's got worse as he get -- as he stay
24   because all they do is -- he don't get no physical
25   therapy.

---

Page 42

1       Q.   Okay.
2       A.   And it's the same with Tavares.
3       Q.   Okay.  Does your sister have any medical
4    training or education?
5       A.   For taking care of him?  No, she would need
6    someone to do that.
7       Q.   So she would need a nurse full-time?
8       A.   Yes.
9       Q.   Okay.  Have you spoken to anyone at the
10   facility about your concerns?
11      A.   Yeah.  But it's a nursing home.  It's a --
12   it's -- in my opinion, it's a dump of a nursing home.
13   But that's what happened to him.  They just dumped him
14   off.
15      Q.   Okay.  Do you know if your sister has looked
16   at any other type of facility, one that specializes in
17   people with traumatic brain injuries?
18      A.   She tried.  But there's no help.
19      Q.   So she hasn't been able to get any help to
20   get him into a different facility?
21      A.   No.
22      Q.   Have you guys heard of a facility called
23   "FINR"?
24      A.   (The witness shakes head.)
25      Q.   No?

---

Page 43

1       A.   No, I have not.
2       Q.   Okay.  Now, I know just going back to the
3    time period of May 11, 2014, we talked about when you --
4    that sometime that evening, you made a couple of phone
5    calls to law enforcement.  Then on Tuesday the 13th of
6    May, where you made additional contact with law
7    enforcement.  Any other conversations with anybody
8    involved in law enforcement regarding the incident at
9    CVS that you recall?
10      A.   Monday.
11      Q.   Monday the 12th?
12      A.   Yes.
13      Q.   Okay.
14      A.   There's a detective came by the house
15   midmorning, I don't know, midmorning and was asking
16   questions.  And he told me that Tavares was in the
17   hospital.
18      Q.   Okay.
19      A.   But he would not tell me where he was.
20      Q.   Did he refuse to tell you where he was, or
21   just didn't know?
22      A.   No.  I asked him straight out where is he and
23   he said he couldn't tell me.
24      Q.   Oh, he couldn't tell you.  Okay.
25      A.   And then when I found out later, the

---

Page 44

1    condition, I couldn't believe he couldn't tell me.
2       Q.   Do you remember the name of that detective?
3       A.   No.
4       Q.   Okay.  Was it a male detective?
5       A.   Yes.
6       Q.   Okay.  Any other conversations with law
7    enforcement?
8       A.   No.
9       Q.   Did you ever have any conversations with
10   anyone at St. Lucie County Fire District?
11      A.   No.  When I was at the hospital, I remember
12   the nurse of -- the director Debra Jenkins stating that
13   she tried to contact the family and the Police officers
14   would not allow them to contact us.  Told them to call
15   911.
16      Q.   Did she say why they told her to do that?
17      A.   No.  She couldn't believe they wouldn't
18   because they needed history on Tavares in that
19   condition.  And they would not allow them -- they would
20   not give them the information.  Told them they would not
21   give it to them and they could call 911 to get it.
22           (A brief recess was taken.)
23   BY MS. TYK:
24      Q.   Okay.  So you were telling me about a
25   conversation that you had with Debra Jenkins where the

---

11 (Pages 41 to 44)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher                5/16/2017

Page 45

1    Police -- she was going to call the family, but they
2    told her to call 911?
3        A.   She wanted information on the family so she
4    could call the family and get -- just let them know the
5    background on Tavares and how to treat him.  And they
6    wouldn't allow it --
7        Q.   Okay.
8        A.   -- or they didn't help.
9        Q.   Okay.  Any other conversations that you
10   recall having with Miss Jenkins?
11       A.   That one just came up when you was talking
12   about -- but I talked to her quite a bit; so -- but it's
13   just been quite a while.
14       Q.   Do you still keep in contact with her?
15       A.   No.  I didn't talk to her since Tavares left
16   there, but...
17       Q.   Okay.  It sounds like she was nice and
18   cordial and helpful?
19       A.   All of the staff was.  They really were.
20       Q.   Do you recall having any conversations with
21   any healthcare providers at Kendall or Kindred when
22   he -- the in-between place?
23       A.   I'm sure I did, but I don't remember.
24       Q.   Okay.  Any conversations you've had with any
25   healthcare provider outside of St. Lucie Medical Center

Page 46

1    about the shot of Ativan or the tox screen or anything
2    else?
3        A.   No.  The only thing that I really had was
4    John Dzenitis had gave -- or spoke to a West Palm Beach
5    Fire Department person, where he showed me a video of
6    it, or I think I might have saw it on TV.
7        Q.   A video of what?
8        A.   The office -- the doctor stating that Tavares
9    was given too much of it.
10       Q.   Okay.
11       A.   But that wasn't no -- you know, nothing
12   personally to me, but...
13       Q.   Okay.  So that's like some news thing that
14   you saw?
15       A.   Yes.
16       Q.   Okay.
17       A.   That was it.  Nobody talked to me about the
18   drug.
19       Q.   Okay.  Did you ever speak to any witness who
20   was at the CVS that evening on May 11th, 2014?
21       A.   No.  I thought that it would be best not to
22   do that.
23       Q.   Okay.  Did you ever have any conversations
24   with any of the law enforcement officers who were there
25   at the CVS?

Page 47

1        A.   No.
2        Q.   Did you ever have any conversations with
3    Jose Rosario, who is an EMT paramedic?
4        A.   No.
5        Q.   Okay.  Have you ever had any conversation
6    with any healthcare provider about the future long-term
7    for Tavares?  What's his prognosis?
8        A.   Basically what my understanding is that he's
9    reached his -- that's what they're telling me.  I still
10   have dreams of him waking up.
11       Q.   Okay.
12       A.   Waking up and being his same old self.  But
13   it ain't happened yet.
14       Q.   Okay.  Other than family members, do you know
15   any of Tavares' friends that he had in May of 2014?
16       A.   His friends?
17       Q.   Uh-huh.
18       A.   What -- which you mean?  Friends that came to
19   see him?  Friends that he had?  Friends that I know he
20   got?  What are you asking?
21       Q.   Yeah.
22       A.   What --
23       Q.   Who would he consider to be his friends in
24   May of 2014, if you know, outside of family members?
25       A.   Know their full names and where they at, no,

Page 48

1    I don't.  There's people in my mother's neighborhood.
2        Q.   Okay.
3        A.   And a lot of them that ask and be concerned
4    about him, ask me about him and ask me how he's doing.
5    But just to call their full name where I can relate to
6    you, no, I can't do that.
7        Q.   Okay.
8        A.   Yeah.  Just Sunday, a friend of mine that I
9    went to high school with, she stopped me and asked me
10   about Tavares.  But that's how peoples, they ask about
11   him.
12       Q.   Okay.  You said your mother's neighborhood?
13       A.   Yes.  That's in Pompano.
14       Q.   In Pompano?
15       A.   Yes.
16       Q.   Do you know her address?
17       A.   Of course.
18       Q.   And what is it?
19       A.   1571 Northwest Seventh Way.
20       Q.   Pompano Beach?
21       A.   Yes.  33060.
22       Q.   What's your mother's name?
23       A.   My mother passed.  She's Louise Docher.
24       Q.   I'm sorry about your mother.
25       A.   Louise.

12 (Pages 45 to 48)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher                5/16/2017

Page 49

1    Q.   Docher?
2    A.   Yes.
3    Q.   And when did she pass?
4    A.   It will be six years this May.
5    Q.   So he would still hang out in your mother's
6    neighborhood even though she wasn't --
7    A.   Well, she -- my family still have the house.
8    Q.   Okay.
9    A.   Yeah.
10   Q.   Who lives there, then, now?
11   A.   My siblings.
12   Q.   Anyone in particular?
13   A.   Betty.
14   Q.   Okay.
15   A.   My brother Benjamin and my sister Diane.
16   Q.   Are you aware of any girlfriends that Tavares
17   had?
18   A.   It was this one lady, but I don't know her
19   name.
20   Q.   Okay.  Did they date for a while?
21   A.   I think so.
22   Q.   Okay.
23   A.   But I live up here.  I don't know all of
24   that -- the ins and outs of Tavares like that.
25   Q.   Okay.  Is there any other information that

Page 50

1    you learned about the incident at CVS through
2    discussions with --
3    A.   I learned that the Police was asking my
4    neighbors about me and Tavares the night of the incident
5    instead of coming to my house and telling me that he was
6    in the hospital.
7    Q.   Which neighbors?
8    A.   Across the street from me.  They told me the
9    next morning -- or two days later, that the Police was
10   asking them did they know Tavares and me and stuff.
11   Q.   Okay.
12   A.   So that was -- she told me it was about
13   10 o'clock.  I don't know.
14   Q.   10:00 o'clock that evening?
15   A.   Yeah.
16   Q.   On the 11th?
17   A.   Yes.
18   Q.   Okay.  And what's the name of the neighbor?
19   A.   She lived directly across from me.  Her name
20   is Sue, but I can't remember her first name.
21   Q.   What was her first name?
22   A.   Sue.
23   Q.   Sue.  Okay.  Does she still live there?
24   A.   Yeah.  I think they spoke to her daughter,
25   but she told me about it.

Page 51

1    Q.   Okay.  Anything else about the incident?
2    A.   I don't know.  I'm sure it is.  But right
3    now, you know, I can't think of anything.
4    Q.   Okay.  Are you aware that there were
5    witnesses that heard Tavares talking about the beheaded
6    guy in the woods and being concerned about himself and
7    his mother at the CVS?  Were you aware of that?
8    A.   I saw video.
9    Q.   Video?
10   A.   Of him calling the paramedics or asking for
11   the phone.
12   Q.   Okay.
13   A.   Yeah.
14   Q.   Was it like video from inside the store?
15   A.   (The witness nods.)
16   Q.   Yes?
17   A.   Uh-huh.
18   Q.   Yes?
19   A.   Yes.  I'm sorry.
20   Q.   It's okay.
21   A.   I'm sorry.  Yes, I saw a video.
22   Q.   Okay.
23   A.   CVS.  Some video from CVS.
24   Q.   Okay.
25   A.   But, no, I didn't -- other than that, no.

Page 52

1    Q.   Okay.
2    A.   No one talked to me.  I didn't find out about
3    the incident until that Tuesday.
4    Q.   Okay.  What was your reaction when you heard
5    what Tavares was saying at the CVS?
6    A.   I had no idea what he was talking about.
7    Q.   Okay.
8    A.   The detective that came to the house that
9    Monday was saying something, but I had no idea what he's
10   talking about.  And I couldn't speculate because I
11   wasn't there.
12   Q.   Okay.  And was that -- and in knowing Tavares
13   since he was born, was that something that was way out
14   of line with his personality?
15   A.   Yes.
16   Q.   And had you ever heard him act in that way
17   before May 11th, 2014?
18   A.   The way the officer described, no.
19   Q.   Okay.  Do you have any idea or opinion as to
20   why he was acting that way?
21   A.   I told you about the young man that had been
22   beheaded.  That's the only thing I could come up with.
23   Q.   Okay.
24        MS. TYK:  That's all the questions I have.
25

13 (Pages 49 to 52)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher          5/16/2017

Page 53

1             CROSS EXAMINATION
2    BY MR. JOLLY:
3         Q.   Ms. Docher, my name is Greg Jolly.  I told
4    you off the record I represent the St. Lucie County
5    Sheriff defendants in this case.  And I also told you
6    off the record that I wasn't going to rehash the
7    questions that you've already been asked and I have some
8    follow-up questions.
9         A.   Okay.
10        Q.   You just mentioned that you learned from your
11   neighbors that some law enforcement people were asking
12   questions about the subject incident to your neighbor;
13   correct?
14        A.   That was like two days later, she told me
15   that someone had been -- come by the house asking
16   questions about me and Tavares.  And they didn't know
17   Tavares because Tavares didn't live with me.  He was
18   just there that day.
19        Q.   Okay.
20        A.   So they didn't know him at all.
21        Q.   So you found out about it two days later, but
22   whoever was asking questions, that was on the 11th?
23   May 11th?
24        A.   Yes.
25        Q.   Okay.  Did your neighbor tell you what agency

Page 54

1    the law enforcement personnel were from?  The ones that
2    were asking the questions?
3         A.   No.  I assume it was the Sheriff, but we have
4    county and Police in the area.
5         Q.   Okay.  And I'll just -- I'm sure your lawyer
6    told you this, too.  But we don't really want you to
7    speculate.  So if you don't know an answer, that's
8    perfectly fine to say you don't know.
9         A.   All right.
10        Q.   And you testified that you didn't find out
11   about the CVS incident until Tuesday; correct?
12        A.   Exactly.  Well, I found out Monday that he
13   was in the hospital.  And I didn't find out what was --
14   what was going on, I didn't find out.  I don't remember
15   the officer telling me that it was at the CVS that day.
16   But when the -- Tuesday, when the reporter came by, he's
17   the one that enlightened me.
18        Q.   Okay.  And the reporter told you that -- what
19   hospital was he?
20        A.   The reporter didn't tell me where he was.  He
21   didn't know.  He asked me where he was.
22        Q.   Okay.  And what hospital -- where did you
23   find out that he was?  What hospital?
24        A.   St. Lucie Medical Center.
25        Q.   Is that Port St. Lucie Medical Center?

Page 55

1         A.   Yes.
2         Q.   Okay.
3         A.   I think it's St. Lucie Medical Center.
4         Q.   Okay.  Is there a Port St. Lucie Medical
5    Center?
6         A.   I don't think so.
7         Q.   And you testified that on the Monday when you
8    were visited by this St. Lucie County Sheriff detective,
9    he refused to tell you what hospital Tavares was?
10        A.   And his condition.
11        Q.   And the condition.  Okay.
12             By the way, do you remember when you had that
13   interview with the St. Lucie County Sheriff's detective
14   on that Monday, do you remember if that interview was
15   recorded?
16        A.   Yeah, he recorded it.
17        Q.   Have you ever heard the recording?
18        A.   No.  He caught me off guard because I would
19   have recorded it too.
20        Q.   Okay.  Why is that?
21        A.   Because I would have my copy, he got his
22   copy.
23        Q.   Okay.  But you said you haven't heard a
24   recording since then?
25        A.   No.

Page 56

1         Q.   Have you ever seen a transcript of the
2    interview?
3         A.   I think it was -- I don't know if that was in
4    there.  And I haven't seen it in a while because since I
5    lost my copy.  But I had copies of some testimony.
6         Q.   And you just said you're not sure if it was
7    "in there."  What are you referring to?  What is the
8    "there"?
9         A.   I purchased copies of the incident for me and
10   my sister before we had a lawyer.
11        Q.   Okay.  You did a public records request
12   maybe?
13        A.   Yes.
14        Q.   Okay.  Do you remember when you made that
15   public records request?
16        A.   No.
17        Q.   Okay.  Was it pretty recent after --
18        A.   Yes.
19        Q.   -- the incident?
20        A.   Yes.
21        Q.   Maybe within a week or two?
22        A.   Yeah.  Within that month.
23        Q.   Okay.
24        A.   Took about a whole week before I could get
25   it.

14 (Pages 53 to 56)

Florida Court Reporting
561-689-0999

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman            June Docher                    5/16/2017

Page 57

1    Q.   Okay.  Was that the only public records
2  request that you made to the Sheriff?
3    A.   Yes.
4    Q.   Okay.  And I believe you testified that you
5  never personally heard Tavares make any comment about a
6  man getting his head cut off?
7    A.   No.
8    Q.   Okay.
9    A.   No, I did not.
10   Q.   Okay.  When you were interviewed by the
11  St. Lucie County detective, did he ask you about
12  Tavares's prior drug use?
13   A.   Yes.
14   Q.   Okay.  Do you remember what you said when you
15  were asked that question?
16   A.   No.
17   Q.   Okay.  And you said on direct with Ms. Tyk
18  that you had no personal knowledge of Tavares using
19  drugs.  And when you say that, do you mean you never
20  personally witnessed him doing drugs?
21   A.   Exactly.
22   Q.   Do you have any reason to believe that
23  Tavares had used drugs?
24   A.   No.
25       MR. LEWIS:  Object to the form.

Page 58

1  BY MR. JOLLY:
2    Q.   Do you remember if you told the Sheriff's
3  detective that Tavares used cocaine?
4       MR. LEWIS:  Object to the form.
5       You can answer if you can recall.
6       THE WITNESS:  No, I do not remember that.
7  BY MR. JOLLY:
8    Q.   Okay.  I want to break down May 11th, that
9  day, 2014.  Tavares and your sister show up to your
10  house; correct?
11   A.   Yes.
12   Q.   Okay.  And then there's some kind of an
13  altercation at the car between Tavares and his mother?
14  If you don't know, that's okay.
15   A.   I know he wanted -- he didn't -- he wanted to
16  go back to Pompano.
17   Q.   Okay.  And did you see any kind of an
18  altercation between Tavares and his mom?
19   A.   Just that he wanted to go back to Pompano and
20  he wanted her to take him to get some cigarettes.  But I
21  kind of went in the house.  I was tired.  I was very
22  tired.
23   Q.   Okay.  Did you later find out that Tavares
24  had called the Police on his mother?
25   A.   No.  I found out later-later.

Page 59

1    Q.   Well, what do you mean by that?
2    A.   I'm thinking maybe the detective might have
3  mentioned it, but I didn't know nothing of it.  So I
4  can't hardly remember that.
5    Q.   Okay.  And do you know if any law enforcement
6  officer responded after Tavares called 911?
7    A.   No, I can't remember that.
8    Q.   Okay.  So as far as your memory, you had no
9  interaction with law enforcement on May 11th, 2014?
10   A.   No.
11   Q.   Okay.
12   A.   Now what?  2000 what?
13   Q.   '14.  The subject incident.
14   A.   That was the 11th.
15   Q.   May 11th, 2014?  If I've got the date wrong,
16  I appreciate you correcting me.
17   A.   Oh, yeah, it was the 11th that the incident
18  happened.
19   Q.   Yes, ma'am.  So did you have any interaction
20  with law enforcement on that day?
21   A.   No.  Only time I remember was just me calling
22  the officers to ask them about Tavares.  That's what I
23  remember.
24   Q.   When was that?
25   A.   That was, oh, about 9:00 maybe, after, after

Page 60

1  the incident, I remember that.  Once I found out the
2  time frame, my phone call to the Police told me that I
3  should have -- they should have known the incident about
4  Tavares.
5    Q.   Okay.
6    A.   They should have had information for me.
7    Q.   How did you learn that he was arrested on the
8  11th?
9    A.   I didn't find -- oh.  I have an app called
10  Jailbait.  Jailbait.
11   Q.   Okay.
12   A.   And I watch that app all night long worrying
13  about Tavares.
14   Q.   And do you remember what time you were
15  alerted roughly that he was arrested?
16   A.   About 3 o'clock.
17   Q.   3 o'clock in the morning?
18   A.   Yeah.
19   Q.   Okay.  Sorry.  I didn't --
20   A.   Yeah.
21   Q.   Do you have any friends in law enforcement?
22   A.   Not now.  Not now, no.
23   Q.   Okay.
24   A.   Not that I can recall.
25   Q.   Okay.  Do you personally know -- and I'm

15 (Pages 57 to 60)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher          5/16/2017

Page 61

 1    going to go through the names of all the defendants.
 2         Do you know Deputy Christopher Newman?
 3    A.   I know he was a part of the incident.
 4    Q.   Okay.  Do you know him apart from the
 5    incident?
 6    A.   No.
 7    Q.   Okay.  How about Clay Mangrum?
 8    A.   I think he was a part of it too.
 9    Q.   Okay.  Do you know him outside of --
10    A.   No.  I don't know none of them.  I don't
11    know --
12    Q.   Just for the record.
13    A.   Okay.  I understand.  No.
14    Q.   How about Calvin Robinson?  Do you know
15    Calvin Robinson?
16    A.   No.
17    Q.   Okay.  I appreciate you telling me.  And
18    you're anticipating my question and that's fine, but I
19    still need to make my record.
20    A.   All right.
21    Q.   Did you come to learn that Tavares had taken
22    a screwdriver from your house?
23         MR. LEWIS:  Object to the form.
24         THE WITNESS:  The detective told me Tavares
25         had a screwdriver.

Page 62

 1    BY MR. JOLLY:
 2    Q.   Okay.  What did you say to the detective when
 3    you heard that, if anything?
 4    A.   He may have took it from my house.  I'm an
 5    electrician.  I have tools at the house.  That's all I
 6    could think -- that's all I could say.  No, I did not
 7    know he took a screwdriver from the house.
 8    Q.   Okay.  Was there ever an incident where
 9    Tavares tried to take your scissors?
10    A.   No.
11    Q.   Okay.
12    A.   I don't remember that.
13    Q.   Do you remember ever telling the detectives
14    that on the 12th?  That Tavares had taken your scissors?
15    A.   I'm not sure.
16    Q.   Okay.  I'm not trying to trip you up.  I just
17    need to know what you remember.
18    A.   I know.  But I'm trying to remember
19    everything and I'm not sure.  So I don't want to say
20    yes.
21    Q.   Okay.  Fair enough.
22         You indicated that Tavares said he wanted to
23    go to the store to get some cigarettes; correct?
24    A.   Yes.
25    Q.   Did you express any concern to Tavares when

Page 63

 1    he told you that he wanted to go to the store?
 2    A.   Yes.
 3    Q.   Okay.  What did you say?
 4    A.   I didn't want him to go.  But I wasn't going
 5    to get -- and take him.  I didn't want him to go.  And I
 6    told him to stay in the neighborhood, you shouldn't just
 7    be walking around.
 8    Q.   Okay.
 9    A.   Everybody recognize you.  Yeah, I put some
10    concern in there.
11    Q.   Okay.  What were your concerns?  If you could
12    just elaborate on that.
13    A.   Him not -- nobody recognizing him walking in
14    the neighborhood.
15    Q.   Okay.  Just him walking in the neighborhood?
16    A.   Yes.
17    Q.   Okay.  Was this the first time that he had
18    been arrested at that CVS?  Do you know?
19    A.   I think so.
20    Q.   Okay.  Was there -- there wasn't an incident
21    about a month prior to the subject incident where he had
22    been arrested at the CVS?
23    A.   I don't think -- I don't know if it was at
24    the CVS when he got arrested before.
25    Q.   Okay.  Was he arrested about a month prior to

Page 64

 1    the subject incident?
 2    A.   I'm not sure if it was or not.  But shortly
 3    before that.
 4    Q.   Okay.  Can you tell me about that incident?
 5    A.   No, I can't.  I don't know why he was
 6    arrested other than -- I don't even know -- remember
 7    what the charge was.
 8    Q.   Okay.  What do you remember?
 9    A.   I remember bonding him out.
10    Q.   And that was in St. Lucie County?  That
11    arrest?
12    A.   Yeah.
13    Q.   Okay.  Was he at your house prior to being
14    arrested in that incident?
15    A.   Yes.
16    Q.   Okay.  And did he leave you house that day
17    before he was arrested?
18    A.   Yes.
19    Q.   So were you concerned on May 11th that a
20    similar incident was going to happen?
21    A.   Yes.
22    Q.   Okay.
23    A.   Yes.
24    Q.   But you don't know why he was arrested a
25    month prior to the subject incident?

16 (Pages 61 to 64)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher                    5/16/2017

---

Page 65

1       A.   It might have been loitering.  I don't know.
2   But it might have been loitering.  I don't know.
3       Q.   Okay.  Fair enough.
4            Was that why he was in St. -- at your house
5   that day for the hearing?  Was the hearing about that
6   previous arrest?
7       A.   Yes.
8       Q.   Okay.  There was some talk earlier that you
9   went to the doctor's office with Tavares.  You don't --
10  you weren't in the room with Tavares during the
11  examination?
12      A.   No.
13      Q.   Do you remember why Tavares was going to the
14  doctor that day?
15      A.   I'm not sure.  I think he was filing a claim.
16  Maybe disability.  I'm not sure.  My sister say I needed
17  to go with him.
18      Q.   Okay.
19      A.   And she was working and I needed to go with
20  him.  And I happened to be off during that time.  So
21  that's what we do.
22      Q.   So he didn't have some kind of condition that
23  needed immediate treatment?
24      A.   No.
25      Q.   Okay.  Why were you concerned with his

---

Page 66

1   toxicology?
2       A.   Hum?
3            MR. LEWIS:  Object to the form.
4   BY MR. JOLLY:
5       Q.   You testified earlier that you found out
6   about his toxicology when he first went in the hospital
7   and you expressed that you were concerned with his
8   toxicology?
9       A.   I did.  I had spoke with the officer.  The
10  detective, should I say.  And I wanted to know -- and he
11  had told me all this crazy stuff, and I needed to know
12  what was in his toxicology.
13      Q.   Okay.  Were you concerned with what happened
14  that subject night or maybe prior?
15      A.   I was concerned about what the detective had
16  said to me.
17      Q.   What did the detective say to you that had
18  you concerned?
19      A.   He was saying all the stuff that made -- that
20  Tavares had said that he was -- what was reported to
21  him.  He wasn't there so it was reported to him how
22  Tavares was acting.
23      Q.   Okay.
24      A.   So I needed to see what the hell he was
25  talking about.  And I figured the first thing the doctor

---

Page 67

1   said was run the toxicology.
2       Q.   Okay.  Did you think that the toxicology
3   might show that he was on drugs?
4            MR. LEWIS:  Object to the form.
5            THE WITNESS:  I don't know what it was going
6   to show.  I needed to know why the hell -- excuse
7   me.  Why he said that they say he was acting like
8   that.
9   BY MR. JOLLY:
10      Q.   Okay.
11      A.   And why he was beat up like that.
12      Q.   Okay.  Because you never saw him acting
13  strangely; right?
14      A.   No.  He was fine when he left my house.
15      Q.   Okay.
16           MR. JOLLY:  I'm very close to being finished.
17  If you'll just indulge me a second to look at my
18  notes.
19  BY MR. JOLLY:
20      Q.   Do you know if Tavares had ever gotten into
21  any fights prior to the subject incident?
22           MR. LEWIS:  Object to the form.
23           THE WITNESS:  Yes.  But I can't pinpoint,
24  yeah.
25

---

Page 68

1   BY MR. JOLLY:
2       Q.   Okay.
3       A.   But I know he don't -- he's not -- he's not
4   the aggressor.
5       Q.   Okay.  So he's had some fights in the past
6   where maybe some other people have been the aggressor?
7            MR. LEWIS:  Object to the form.
8            THE WITNESS:  Yes.
9   BY MR. JOLLY:
10      Q.   Do you know how many times?
11      A.   At least a couple.
12      Q.   At least a couple?
13      A.   Yeah.
14      Q.   So more than one?
15      A.   Yes.
16           MR. JOLLY:  I have no more questions.
17  Ms. Tyk might have some more questions for you.
18  But thank you, ma'am, I appreciate it.
19           REDIRECT EXAMINATION
20  BY MS. TYK:
21      Q.   I actually just have -- I think I can just do
22  it in one question.
23           You had talked about when Tavares would get
24  intoxicated, that he would become annoying.  Would that
25  annoying be him making the comments that he made that

---

                                    17 (Pages 65 to 68)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman          June Docher                    5/16/2017

---

**Page 69**

1  night?
2      A.   No.
3      Q.   Okay.
4      A.   That's way over there in left field.  Way
5  over there in the left field.  He would just be sort of
6  annoying, get on people's nerves.
7      Q.   Okay.
8      A.   Just get on your nerves.
9      Q.   Okay.  So not annoying where he would be
10  talking --
11      A.   No.
12      Q.   -- about those kinds of things --
13      A.   No.
14      Q.   -- that he was saying -- supposedly saying at
15  the CVS?
16      A.   Correct.
17          MS. TYK:  Okay.  That's all the questions I
18  have.  Did you want to read?
19          MR. LEWIS:  Yes, she'll read.
20          THE WITNESS:  Read what?
21          MR. LEWIS:  The transcript after it gets --
22          THE WITNESS:  Do I get a copy?
23          MR. LEWIS:  Yep.  She's going to send a copy
24  and you get to read it to make sure everything is
25  taken down accurately.  And if there's something

---

**Page 70**

1       that's not, you'll get an errata sheet, put the
2  page and line of what it should have said.  Okay?
3          THE WITNESS:  Okay.
4          MR. LEWIS:  Yes.
5          (Discussion held off the record.)
6          (Deposition concluded at 4:10 p.m.)
7              - - -
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 71**

1           CERTIFICATE OF OATH
2    THE STATE OF FLORIDA
3    COUNTY OF ST. LUCIE
4
5
6        I, the undersigned authority, certify that
7    JUNE C. DOCHER personally appeared before me and was
8    duly sworn.
9
10       Dated this 24th day of May, 2017.
11
12
13
14
15    Pamela J. Pelino, RPR, FPR, CLR
      Notary Public - State of Florida
16    My Commission Expires:  June 15, 2018
      My Commission No.:  FF 203761
17
18
19
20
21
22
23
24
25

---

**Page 72**

1           C E R T I F I C A T E
2    THE STATE OF FLORIDA
3    COUNTY OF ST. LUCIE
4
5        I, Pamela J. Pelino, Registered Professional Court
     Reporter and Notary Public in and for the State of
6    Florida at large, do hereby certify that I was
     authorized to and did report said deposition in
7    stenotype; and that the foregoing pages are a true and
     correct transcription of my shorthand notes of said
8    deposition.
9        I further certify that said deposition was taken at
     the time and place hereinabove set forth and that the
10   taking of said deposition was commenced and completed as
     hereinabove set out.
11
12       I further certify that I am not attorney or counsel
     of any of the parties, nor am I a relative or employee
13   of any attorney or counsel of party connected with the
     action, nor am I financially interested in the action.
14       The foregoing certification of this transcript does
     not apply to any reproduction of the same by any means
15   unless under the direct control and/or direction of the
     certifying reporter.
16
         Dated this 24th day of May, 2017.
17
18
19
20
21    Pamela J. Pelino, RPR, FPR, CLR
22
23
24
25

---

18  (Pages 69 to 72)

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

Docher v. Newman                    June Docher                    5/16/2017

Page 73

1    May 24, 2017
     June C. Docher in c/o
2    Darryl Lewis, Esquire
3    2139 Palm Beach Lakes Boulevard
     West Palm Beach, Florida 33409
4
     IN RE:  DOCHER V. NEWMAN, et cetera
5    CASE NUMBER:  2:16-CV-14413
6    Dear Ms. Docher:
7        Please take notice that on Tuesday, the 16th of
     May, 2017, you gave your deposition in the
8    above-referred matter.  At that time, you did not waive
     signature.  It is now necessary that you sign your
9    deposition.
         As previously agreed to, the transcript will be
10   furnished to you through your counsel.  Please read the
     following instructions carefully:
11       At the end of the transcript you will find an
     errata sheet.  As you read your deposition, any changes
12   or corrections that you wish to make should be noted on
     the errata sheet, citing page and line number of said
13   change.  DO NOT write on the transcript itself.  Once
     you have read the transcript and noted any changes, be
14   sure to sign and date the errata sheet and return these
     pages to me.
15       If you do not read and sign the deposition within a
     reasonable time (i.e., 30 days unless otherwise
16   directed) the original, which has already been forwarded
     to the ordering attorney, will be filed with the Clerk of
17   the Court.  If you wish to waive your signature, sign
     your name in the blank at the bottom of this letter and
18   return it to us.
19       Very truly yours, ~
20       _____
         Pamela J. Pelino, RPR, FPR, CLR
21       FLORIDA COURT REPORTING
         561.689.0999
22
     I do hereby waive my signature.
23
     _____
24   JUNE C. DOCHER
     cc: Julie Tyk, Esquire; Gregory Jolly, Esquire;
25   Darryl Lewis, Esquire

Page 74

1
2            C E R T I F I C A T E
3                  - - -
4    THE STATE OF FLORIDA
5    COUNTY OF ST. LUCIE
6        I hereby certify that I have read the foregoing
7    deposition by me given, and that the statements
8    contained herein are true and correct to the best of my
9    knowledge and belief, with the exception of any
10   corrections or notations made on the errata sheet, if
11   one was executed.
12
13       Dated this ____ day of _____, 2017.
14
15
16
17
18   _____
     JUNE DOCHER
19
20
21
22
23
24
25

Page 75

1        E R R A T A   S H E E T
2    IN RE: DOCHER V. NEWMAN, ET AL.
3    CR: PAMELA J. PELINO, RPR, FPR, CLR
4    DEPOSITION OF: JUNE C. DOCHER
5    DATE TAKEN: May 16, 2017
6        DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
7    PAGE #  LINE #  CHANGE          REASON
     _____
8
     _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   Please forward the original signed errata sheet to this
     office so that copies may be distributed to all parties.
21
     Under penalty of perjury, I declare that I have read my
22   deposition and that it is true and correct subject to
     any changes in form or substance entered here.
23
     DATE: _____
24
     SIGNATURE OF DEPONENT:_____
25

Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)
Electronically signed by Pamela Sullivan (501-333-772-1552)

2b262272-3a60-4eeb-90d6-ff6925bbbeb4

**A**

**ability** 5:12
**able** 23:18 36:14
  37:18,23 40:3,6
  42:19
**above-referred**
  73:8
**accommodate** 5:7
**accompany** 13:17
**accurate** 16:9
**accurately** 69:25
**act** 9:11 11:21
  52:16
**Acted** 9:14
**acting** 52:20
  66:22 67:7,12
**action** 72:13,13
**add** 36:16
**additional** 43:6
**address** 5:22,25
  48:16
**affect** 5:12
**affirmed** 4:10
**afford** 39:16,16
**afraid** 24:25
**afternoon** 4:15
  16:15,16 22:19
**agency** 19:17
  53:25
**aggressor** 68:4,6
**ago** 34:7
**agreed** 73:9
**ahold** 23:18
**ain't** 39:6 40:5,19
  47:13
**air** 6:17,20 7:1,2
  7:15
**AL** 75:2
**alcohol** 10:18,21
  10:22 11:5,8,12
  11:21 20:22,24
  21:1,19,20 33:9
  33:10,11 34:4
**alerted** 60:15
**allow** 44:14,19
  45:6

**ally** 29:5
**altercation** 9:16
  26:3 58:13,18
**altercations** 9:18
**amount** 34:3
**and/or** 72:15
**annoying** 11:22
  11:23,24 12:1,2
  12:5,10,12
  68:24,25 69:6,9
**answer** 4:22 5:4
  54:7 58:5
**answered** 5:5
**answering** 5:8
**anticipating**
  61:18
**anxiety** 12:25
**anybody** 35:9
  43:7
**apart** 61:4
**app** 60:9,12
**APPEARANCES**
  2:1
**appeared** 71:7
**apply** 72:14
**appointment**
  13:18
**appreciate** 59:16
  61:17 68:18
**apprenticeship**
  6:18,19
**appropriately** 5:5
**area** 54:4
**arguing** 17:25
**argument** 18:19
**Armon** 16:20,20
**arms** 27:14,15
**arrest** 10:9 64:11
  65:6
**arrested** 9:22
  10:7 60:7,15
  63:18,22,24,25
  64:6,14,17,24
**arrests** 10:3
**arrived** 16:11,23
  17:19 23:12

30:13
**asked** 33:2,13
  36:24 43:22
  48:9 53:7 54:21
  57:15
**asking** 21:4 26:23
  43:15 47:20
  50:3,10 51:10
  53:11,15,22
  54:2
**asleep** 23:5
**assume** 5:4 15:5
  22:2,10 54:3
**assumed** 23:4
**assuming** 26:1
**Ativan** 33:19 34:1
  35:10 46:1
**Attended** 6:17
**attorney** 72:11,12
  73:16
**authority** 71:6
**authorized** 72:6
**Avenue** 2:11
**aware** 8:18,23
  9:13,17,21,23
  10:3,6 19:9
  25:22 40:6
  49:16 51:4,7

**B**

**B** 3:10
**B-O-L-L-I-E**
  21:13
**back** 8:8 18:1
  23:1,6,8 27:15
  27:15,16 37:13
  43:2 58:16,19
**background** 45:5
**bad** 39:6 40:16
**Baker** 9:11,14
**barely** 14:4
**BARNHART** 2:4
**BARRANCO**
  2:17
**Base** 7:1,2
**Basically** 32:23

47:8
**basis** 38:8
**Bayshore** 1:19
**Beach** 2:5,5 7:23
  27:8 29:9 34:20
  46:4 48:20 73:3
  73:3
**beat** 67:11
**bed** 40:7
**beer** 10:24 11:2
  21:2
**beginning** 37:13
**behalf** 2:3,8,15
**beheaded** 25:3,12
  25:13 51:5
  52:22
**belief** 74:9
**believe** 44:1,17
  57:4,22
**Benjamin** 31:17
  49:15
**best** 46:21 74:8
**Betty** 31:23 49:13
**birth** 5:20
**bit** 4:18,19 8:10
  34:15 45:12
**blank** 73:17
**block** 22:14
**blocks** 22:14
**bonding** 64:9
**Bonnelly** 21:11,14
**born** 24:21 52:13
**bottom** 73:17
**Boulevard** 1:19
  2:5,19 73:3
**brain** 42:17
**break** 5:6,9 58:8
**brief** 44:22
**bring** 17:5 39:17
**brother** 31:1,12
  49:15
**Brotherhood** 7:20
**brothers** 31:13,14
**brought** 16:8 17:6
  17:20 18:4

**C**

**C** 1:16 3:4 4:1,9
  5:16,18,19 71:7
  72:1,1 73:2,24
  74:2,2 75:4
**c/o** 73:2
**calendar** 26:6,10
**call** 23:20 44:14
  44:21 45:1,2,4
  48:5 60:2
**called** 9:10 23:14
  23:19,21 29:4
  30:19 42:22
  58:24 59:6 60:9
**calling** 32:24
  51:10 59:21
**calls** 43:5
**Calvin** 1:8 2:15
  61:14,15
**capacity** 37:15,16
**car** 14:24 15:6
  17:1 58:13
**cardiac** 13:12
**care** 41:5 42:5
**carefully** 73:10
**cargo** 7:15
**Carol** 5:15,18
**cars** 14:16,17 15:3
  15:4 17:8,9,11
  17:17
**case** 1:2 53:5 73:5
**cash** 15:9
**caught** 55:18
**cause** 4:6
**cc** 73:24
**center** 27:15
  28:16 29:23
  30:3,7 32:10
  34:10 35:13
  45:25 54:24,25
  55:3,5
**Centre** 2:18
**certain** 7:11
**CERTIFICATE**
  71:1
**certification**

Docher v. Newman            June Docher                    5/16/2017

72:14
**certify** 71:6 72:6,9
72:11 74:6
**certifying** 72:15
**cetera** 73:4
**change** 73:13 75:7
**changes** 73:11,13
75:6,22
**charge** 64:7
**Charleston** 7:1
**check** 31:6
**checking** 31:5
**children** 37:20
**choking** 38:10
**Christopher** 1:7
2:15 61:2
**cigarettes** 12:16
12:17,19 21:24
22:3 58:20
62:23
**circumstances** 9:8
**citing** 73:12
**claim** 65:15
**clarifying** 17:22
**Clay** 61:7
**Claylan** 1:8 2:15
**clear** 37:22
**Clerk** 73:16
**close** 8:1 22:11,15
22:16 25:10,20
67:16
**CLR** 1:23 71:15
72:21 73:20
75:3
**cocaine** 58:3
**Cochran** 31:24
**cocked** 27:14
**coma** 30:13,17
32:23
**come** 22:25 26:23
30:22 39:10,18
39:18,23,25
40:22,25 52:22
53:15 61:21
**coming** 41:12
50:5

**commenced** 72:10
**comment** 57:5
**comments** 24:17
24:24 25:2
68:25
**Commission**
71:16,16
**communications**
37:23
**company** 15:20
**completed** 6:16
6:19 72:10
**concern** 62:25
63:10
**concerned** 24:17
33:2 38:24 39:2
39:4 48:3 51:6
64:19 65:25
66:7,13,15,18
**concerns** 42:10
63:11
**concluded** 70:6
**condition** 8:18
13:6,9 37:12
41:17 44:1,19
55:10,11 65:22
**confused** 17:16
**connected** 72:12
**consider** 47:23
**consume** 10:18,21
11:2 20:22
21:19
**consumed** 11:14
21:20
**contact** 19:10
27:22 28:1,8
30:24 43:6
44:13,14 45:14
**contacted** 32:2
**contained** 74:8
**control** 72:15
**conversation**
44:25 47:5
**conversations**
32:8 34:8,14
40:20 43:7 44:6

44:9 45:9,20,24
46:23 47:2
**conviction** 10:12
**copies** 56:5,9
75:20
**copy** 55:21,22
56:5 69:22,23
**cordial** 45:18
**Corporate** 2:18
**correct** 8:3 10:25
16:6 26:1 34:13
41:7 53:13
54:11 58:10
62:23 69:16
72:7 74:8 75:22
**correcting** 59:16
**corrections** 73:12
74:10
**Cosmetology** 6:19
**counsel** 72:11,12
73:10
**county** 1:10,11
2:9,16 23:21,21
32:9 34:9 44:10
53:4 54:4 55:8
55:13 57:11
64:10 71:3 72:3
74:5
**couple** 43:4 68:11
68:12
**course** 48:17
**court** 1:1,24 4:4
4:23 18:5 72:5
73:17,21
**Courtemanche**
1:9 2:15
**coverage** 26:25
**CR** 75:3
**crazy** 66:11
**CROSS** 3:4 53:1
**current** 5:22
36:18 37:12
**currently** 6:2 7:16
36:4
**cut** 57:6
**CVS** 22:10,11,17

26:2,20 43:9
46:20,25 50:1
51:7,23,23 52:5
54:11,15 63:18
63:22,24 69:15

---

## D

**D** 3:2,10 4:1
**daily** 38:8
**Darryl** 2:4 73:2
73:25
**date** 5:20 49:20
59:15 73:14
75:5,23
**Dated** 71:10 72:16
74:13
**dates** 9:3,24
**daughter** 6:6 8:4
23:3,12 50:24
**day** 14:10,15 18:2
18:4,5 21:9
26:16,17 28:2,3
29:5,10 31:2
38:18,19 39:19
39:20 53:18
54:15 58:9
59:20 64:16
65:5,14 71:10
72:16 74:13
**days** 31:6 50:9
53:14,21 73:15
**ddl@searcylaw....**
2:6
**Dear** 73:6
**Debra** 30:11
44:12,25
**declare** 75:21
**Defendant** 2:15
**defendants** 1:12
2:8 53:5 61:1
**DENNEY** 2:4
**Department**
23:14,16 46:5
**DEPONENT**
75:24
**deposed** 4:20

**deposition** 1:16
4:3,19 70:6 72:6
72:8,9,10 73:7,9
73:11,15 74:7
75:4,22
**depressed** 13:3
**Deputy** 61:2
**describe** 11:20
**described** 52:18
**deserve** 39:5,5,6
**detail** 33:23
**detective** 19:12,14
43:14 44:2,4
52:8 55:8,13
57:11 58:3 59:2
61:24 62:2
66:10,15,17
**detectives** 25:6
62:13
**diagnosed** 8:19
12:25 13:3,5,9
13:11
**Diane** 31:23 49:15
**DICKER** 2:10
**difference** 14:14
**different** 42:20
**direct** 3:4 4:13
57:17 72:15
**directed** 73:16
**direction** 72:15
**directly** 50:19
**director** 30:10
37:9 44:12
**disability** 65:16
**discussion** 6:10
16:21 18:19
70:5
**discussions** 20:11
50:2
**disease** 8:19
**disorderly** 9:24
**distance** 22:13
**distributed** 75:20
**district** 1:1,1,11
1:11 2:9 44:10
**Docher** 1:3,16 3:4

4:9,15 5:15 6:8
6:12 7:24 8:12
8:14,19,23 9:14
9:21 10:14,17
11:7 13:17
14:11 16:8
30:20 31:7,15
31:17,23,23
48:23 49:1 53:3
71:7 73:2,4,6,24
74:18 75:2,4
**DOCHER-NEE...**
1:4
**doctor** 13:25 14:8
32:11 36:19,22
36:23,24 37:14
46:8 65:14
66:25
**doctor's** 14:1 65:9
**doctors** 13:22
40:24
**doing** 14:13 15:13
48:4 57:20
**door** 14:23,24
**Dr** 32:11,12,20
**drank** 10:22,23
**dreaming** 40:18
**dreams** 47:10
**drink** 12:23
**drinking** 12:10
**drive** 18:12,15
**drove** 20:15
**drug** 33:20 46:18
57:12
**drugs** 12:22 57:19
57:20,23 67:3
**drunk** 11:14
**duly** 4:10 71:8
**dump** 42:12
**dumped** 42:13
**Dzenitis** 27:6 46:4

**E**

**E** 3:2,10,10 4:1,1
72:1,1 74:2,2
75:1,1,1

**earlier** 65:8 66:5
**early** 18:4,9,11
28:9
**earn** 14:21
**easier** 4:20
**East** 2:19
**EDELMAN** 2:10
**education** 6:15
42:4
**elaborate** 63:12
**electrical** 6:19
7:21
**electrician** 62:5
**ELSER** 2:10
**employed** 7:16
14:12 15:20
**employee** 72:12
**employment**
15:16,24
**EMT** 47:3
**enforcement** 19:2
19:6,10,15
27:22 43:5,7,8
44:7 46:24
53:11 54:1 59:5
59:9,20 60:21
**enlightened** 54:17
**ENTER** 75:6
**entered** 75:22
**errata** 70:1 73:11
73:12,14 74:10
75:20
**escorted** 16:25
17:2
**Especially** 18:18
**Esquire** 2:4,10,17
73:2,24,24,25
**established** 15:6
**et** 73:4 75:2
**evening** 22:20
43:4 46:20
50:14
**everybody** 32:6
37:21 63:9
**evidence** 21:19
**exact** 28:18

**exactly** 16:12
22:21 28:10
31:2 36:2 54:12
57:21
**examination** 4:13
53:1 65:11
68:19
**examined** 4:10
**exception** 74:9
**excuse** 67:6
**executed** 74:11
**Expires** 71:16
**explain** 10:5
**express** 62:25
**expressed** 66:7
**eye** 38:18
**eyes** 28:10 30:18
38:18 40:10

**F**

**F** 72:1 74:2
**face** 30:13
**facility** 35:16,24
36:6,12 37:10
38:13 39:6 40:5
42:10,16,20,22
**fact** 12:12
**Fair** 62:21 65:3
**fairly** 22:15,16
**familiar** 6:22
**family** 20:14
30:24 44:13
45:1,3,4 47:14
47:24 49:7
**far** 15:1,16 18:12
18:21 25:20
59:8
**February** 8:5
**feeding** 38:9
**fell** 23:1
**female** 29:18
32:17
**FF** 71:16
**field** 69:4,5
**fights** 67:21 68:5
**figured** 66:25

**filed** 73:16
**filing** 65:15
**finally** 29:14
**financially** 72:13
**find** 26:4 28:1,2,3
28:3,10,21
36:20,21 52:2
54:10,13,14,23
58:23 60:9
73:11
**fine** 19:22 54:8
61:18 67:14
**finish** 5:8
**finished** 67:16
**FINR** 42:23
**Fire** 1:11 2:9
44:10 46:5
**first** 4:10 32:13
50:20,21 63:17
66:6,25
**five** 6:17,18
**Florida** 1:1,10,19
1:24,24 2:5,12
2:16,19 4:5 5:24
6:23 18:18
31:25 32:5,6
71:2,15 72:2,6
73:3,21 74:4
**follow-up** 53:8
**following** 73:10
**follows** 4:11
**Force** 6:18,20 7:1
7:2
**foregoing** 72:7,14
74:6
**form** 57:25 58:4
61:23 66:3 67:4
67:22 68:7
75:22
**Fort** 2:19 13:21
35:16
**forth** 72:9
**forward** 75:20
**forwarded** 73:16
**found** 25:14 26:19
43:25 53:21

54:12 58:25
60:1 66:5
**four** 31:20
**FPR** 1:23 71:15
72:21 73:20
75:3
**frame** 60:2
**frequency** 10:20
11:11 12:18
**frequently** 36:14
38:17
**friend** 25:10,16
25:17 48:8
**friends** 31:5 47:15
47:16,18,19,19
47:23 60:21
**full** 5:14 37:15,16
47:25 48:5
**full-time** 38:13
42:7
**furnished** 73:10
**further** 72:9,11
**future** 47:6

**G**

**G** 4:1
**Galleria** 2:18
**Gene** 31:15
**getting** 15:17,21
40:1 57:6
**girlfriends** 49:16
**give** 18:14 20:8
27:18 38:9
44:20,21
**given** 33:25 35:10
37:11 46:9 74:7
**go** 4:18 14:23 18:1
18:25 19:1
20:12,13,14,19
20:20 21:22
22:17 23:6 30:3
30:15,18 33:23
36:12 37:19,21
37:22 39:19,23
39:25 41:4
58:16,19 61:1

Docher v. Newman               June Docher                5/16/2017

Page 79

62:23 63:1,4,5
65:17,19
**going** 14:5 20:18
22:9 29:10,10
41:12 43:2 45:1
53:6 54:14 61:1
63:4 64:20
65:13 67:5
69:23
**good** 4:15,17
**gotten** 67:20
**grandchildren**
37:21
**greg** 2:20 53:3
**Gregory** 2:17
73:24
**grew** 25:15,17
**ground** 4:19
**guard** 55:18
**guardian** 1:4
**guess** 11:16 17:25
37:9,22
**GUIFFREDA**
2:17
**guy** 51:6
**guys** 23:12 42:22

─────────────
**H**
─────────────
**H** 3:10 75:1
**half** 20:5
**hang** 49:5
**happen** 64:20
**happened** 17:3,23
17:23 18:20,23
24:7 26:3 27:9
42:13 47:13
59:18 65:20
66:13
**happening** 40:19
**happy** 5:3,7
**hard** 4:24 9:6,17
**head** 9:17 25:14
30:18 42:24
57:6
**headed** 29:6
**health** 13:6,9

**healthcare** 13:18
34:9 37:6 40:21
45:21,25 47:6
**hear** 25:7 37:25
38:2 40:11
**heard** 9:10 19:11
42:22 51:5 52:4
52:16 55:17,23
57:5 62:3
**hearing** 65:5,5
**hears** 38:3,3
**heart** 13:12
**heck** 29:1
**held** 6:10 16:21
70:5
**hell** 66:24 67:6
**help** 42:18,19
45:8
**helpful** 45:18
**helping** 15:4
**hereinabove** 72:9
72:10
**Hialeah** 36:11
**high** 6:17 48:9
**highest** 6:15 7:8
**history** 44:18
**hit** 9:6,17
**holding** 27:13
**Hollywood** 41:11
**home** 5:22 16:9
16:23 17:2
18:13 19:3,6,9
19:17 20:1,21
20:24 21:2,6,9
21:15,16 22:11
23:12 35:25
36:3,5 38:6 39:9
39:10,13,17,18
39:21,23,25
40:22,25 41:8
41:10,12,16,21
42:11,12
**Homestead** 7:2
**Hopefully** 40:1
**hoping** 40:18
**hospital** 28:12,14

29:9 30:10,22
35:17 39:20
43:17 44:11
50:6 54:13,19
54:22,23 55:9
66:6
**hospitalized** 8:24
9:4
**hour** 20:3,5,8 30:1
**hours** 18:14 39:19
**house** 14:15 15:1
16:25 17:20
18:2,24 19:12
19:22 23:7
26:23 41:15
43:14 49:7 50:5
52:8 53:15
58:10,21 61:22
62:4,5,7 64:13
64:16 65:4
67:14
**Huh** 5:17 32:21
39:24
**huh-uhs** 4:25
**Hum** 66:2
**husband** 16:18
17:1 41:8,18
**husband's** 16:19

─────────────
**I**
─────────────
**i.e** 73:15
**IBEW** 7:17
**idea** 52:6,9,19
**illegal** 12:22
**immediate** 65:23
**Immediately**
30:23
**improvement**
34:24
**in-between** 45:22
**incident** 24:7,8,9
24:12 25:3,4,7,9
25:21 26:20
27:1 43:8 50:1,4
51:1 52:3 53:12
54:11 56:9,19

59:13,17 60:1,3
61:3,5 62:8
63:20,21 64:1,4
64:14,20,25
67:21
**independent** 1:11
**indicated** 62:22
**indication** 37:11
**individually** 1:7,8
1:8,9,10 2:8
**induced** 30:17
32:23
**indulge** 67:17
**information**
28:24 37:12
44:20 45:3
49:25 60:6
**injuries** 42:17
**ins** 49:24
**inside** 16:25 51:14
**instructions** 73:10
**interaction** 37:19
59:9,19
**interested** 72:13
**International**
7:20
**interview** 27:18
27:21 55:13,14
56:2
**interviewed** 57:10
**intoxicated** 11:5,7
11:11,17,21
68:24
**investigate** 39:11
**involved** 9:18
43:8
**involving** 26:20
**issue** 13:12

─────────────
**J**
─────────────
**J** 1:9,23 2:15,17
4:3 71:15 72:5
72:21 73:20
75:3
**Jailbait** 60:10,10
**Janice** 1:4 6:8,12

7:24 16:8 30:20
31:5,7
**Jason** 21:11
**Jenkins** 30:11,12
44:12,25 45:10
**job** 7:13,18 14:12
14:13,13
**jobs** 14:22
**John** 27:6 29:4,4
29:5,8,8 46:4
**Jolly** 2:17,17 3:6
53:2,3 58:1,7
62:1 66:4 67:9
67:16,19 68:1,9
68:16 73:24
**Jose** 1:10 2:8 47:3
**Julie** 2:10 4:16
73:24
**julie.tyk@wilso...**
2:13
**June** 1:16 3:4 4:9
5:15,21 29:8
71:7,16 73:2,24
74:18 75:4

─────────────
**K**
─────────────
**K** 3:10 5:16,18
**keep** 20:24 21:1
29:10 38:10,18
45:14
**Ken** 1:9 2:15
**Kendall** 35:17,19
35:20 45:21
**Keshawn** 6:9
**kidneys** 27:17
**kind** 14:19 23:1
33:14,15 34:25
41:17 58:12,17
58:21 65:22
**Kindred** 35:18
45:21
**kinds** 69:12
**knee** 27:14
**knew** 24:1,3 25:20
**knocking** 39:6
**know** 5:3,7 8:25

9:4,8,25 10:8,11
  10:14,20 12:18
  14:5 15:23,25
  16:1,14 17:9
  18:8,12,21
  19:19,21,24,25
  20:10 21:1,12
  21:18,22 22:9
  22:17,19,22
  25:4,5,6 26:12
  27:24 29:1,7,17
  29:24,25 31:7
  33:14,15 35:15
  35:24 36:6,7,18
  38:2,3,7,14
  39:10 40:15
  41:10,11,17
  42:15 43:2,15
  43:21 45:4
  46:11 47:14,19
  47:24,25 48:16
  49:18,23 50:10
  50:13 51:2,3
  53:16,20 54:7,8
  54:21 56:3
  58:14,15 59:3,5
  60:25 61:2,3,4,9
  61:10,11,14
  62:7,17,18
  63:18,23 64:5,6
  64:24 65:1,2
  66:10,11 67:5,6
  67:20 68:3,10
knowing 7:10
  52:12
knowledge 10:16
  10:17 12:21,23
  12:24 13:2,5,7
  13:11,14 14:11
  15:19 18:3 19:4
  22:7 23:20,23
  57:18 74:9
known 24:20,21
  24:23 60:3

--- L ---

lady 49:18
Lakes 2:5 73:3
Lane 5:23
large 4:5 72:6
lately 37:14
later-later 58:25
Lauderdale 2:19
  13:21 35:16
Lauderhill 13:22
law 19:2,6,10,15
  27:22 43:5,6,8
  44:6 46:24
  53:11 54:1 59:5
  59:9,20 60:21
Lawnwood 28:21
  28:23
lawyer 54:5 56:10
learn 26:22 60:7
  61:21
learned 50:1,3
  53:10
leave 22:1 64:16
led 10:11
left 18:21 22:5,17
  24:16 35:2,12
  35:24 36:2
  45:15 67:14
  69:4,5
legal 1:4 5:14
letter 73:17
level 6:15
Lewis 2:4 57:25
  58:4 61:23 66:3
  67:4,22 68:7
  69:19,21,23
  70:4 73:2,25
lifetime 11:4
line 52:14 70:2
  73:12 75:7
Liquor 21:2
little 4:18,19 8:10
  14:22
live 6:2,4,5 31:25
  32:4,6 49:23
  50:23 53:17
lived 5:25 8:9,12

18:13 50:19
lives 49:10
living 7:25 8:8
  10:4 21:5 40:2
LLP 2:10
local 27:7
location 28:19
loitering 65:1,2
long 5:25 6:20
  7:24 18:15
  19:25 20:2,2
  35:21,22 60:12
long-term 47:6
look 26:6 40:10
  67:17
looked 42:15
looking 15:23
  27:24 28:21
looks 26:10
lost 56:5
lot 9:24 10:23
  11:14 12:13,14
  48:3
loud 4:23
Louise 48:23,25
Lucie 1:10,11,19
  2:9,16 5:23
  17:18,19 23:16
  28:15,16 29:23
  30:3,7 32:9 34:9
  35:2,12 44:10
  45:25 53:4
  54:24,25 55:3,4
  55:8,13 57:11
  64:10 71:3 72:3
  74:5
lying 17:10

--- M ---

M 3:10
ma'am 59:19
  68:18
mad 29:4
maiden 6:11
main 36:18
making 68:25

male 29:18,20
  32:17,18,18,19
  44:4
males 29:19
man 25:3 52:21
  57:6
Mangrum 1:8
  2:15 61:7
married 6:12
Mary 31:24 32:7
Mascara 1:9 2:16
Matlock 31:23
matter 36:23 73:8
mean 6:12 39:15
  47:18 57:19
  59:1
means 72:14
medical 8:18,19
  9:5 28:16 29:23
  30:3,6,7 32:9,10
  34:9,20 35:12
  36:19 38:7
  40:24 42:3
  45:25 54:24,25
  55:3,4
medications
  10:15
members 30:24
  47:14,24
memory 59:8
mental 9:5 13:6,9
mentioned 19:12
  19:14 53:10
  59:3
Miami 36:10
midmorning
  43:15,15
mine 48:8
minute 14:8
mom 58:18
Monday 19:12
  43:10,11 52:9
  54:12 55:7,14
money 14:21
month 36:16
  56:22 63:21,25

64:25
months 6:25
morning 17:5,6
  17:12 18:7,8,9
  18:11,16 26:5
  28:9 50:9 60:17
MOSKOWITZ
  2:10
mother 1:4 17:14
  18:20 21:23
  48:23,24 51:7
  58:13,24
mother's 24:18,25
  26:16,17 48:1
  48:12,22 49:5
move 40:3
moved 6:24 8:4,6
  8:7
multiple 30:14
  33:1

--- N ---

N 3:2,10 4:1
N-e-e-l-e-y 6:13
name 4:15 5:14
  6:11,13 14:2
  16:19 21:12
  30:10 32:13,19
  33:17,19 36:6
  41:11 44:2 48:5
  48:22 49:19
  50:18,19,20,21
  53:3 73:17
names 6:7 31:22
  47:25 61:1
nap 20:15
necessary 73:8
need 5:6 38:16,17
  38:18 42:5,7
  61:19 62:17
needed 18:25 19:1
  20:12,14,15,18
  20:20 21:22
  30:15 44:18
  65:16,19,23
  66:11,24 67:6

Docher v. Newman               June Docher               5/16/2017

Page 81

**needing** 18:2
**needs** 38:16,16
  39:13,17,18
  40:5 41:5
**Neeley** 6:8,11,12
  7:24 16:8,20
  30:20 31:8
**Negative** 8:21
**neighbor** 50:18
  53:12,25
**neighborhood**
  14:20 48:1,12
  49:6 63:6,14,15
**neighbors** 50:4,7
  53:11
**nephew** 8:15
**nerves** 69:6,8
**nervous** 23:9,9
**never** 9:15 10:24
  13:16 36:22,23
  36:25 37:3 57:5
  57:19 67:12
**New** 20:16
**Newman** 1:7 2:15
  61:2 73:4 75:2
**news** 26:23,25
  27:3,18 46:13
**nice** 45:17
**night** 50:4 60:12
  66:14 69:1
**nobody's** 38:6
**nods** 51:15
**North** 2:11
**Northwest** 48:19
**Notary** 1:24 4:4
  71:15 72:5
**notations** 74:10
**noted** 73:12,13
**notes** 67:18 72:7
**notice** 73:7
**number** 41:1 73:5
  73:12
**nurse** 38:16 42:7
  44:12
**nurses** 37:8 38:13
  38:15 39:17

40:24
**nursing** 35:25
  36:3,5 41:8,10
  41:16,21 42:11
  42:12

---
**O**

**O** 3:10 4:1
**o'clock** 28:6,9
  50:13,14 60:16
  60:17
**OATH** 71:1
**Object** 57:25 58:4
  61:23 66:3 67:4
  67:22 68:7
**Occasionally**
  11:13
**office** 13:25 14:1
  14:3 28:20
  29:11 46:8 65:9
  75:20
**officer** 19:24 25:6
  27:16 52:18
  54:15 59:6 66:9
**officers** 27:13
  29:17,20 44:13
  46:24 59:22
**oh** 7:22 9:7 23:4
  24:9 26:17
  28:23 29:25
  31:1,1 37:4,20
  41:22 43:24
  59:17,25 60:9
**okay** 4:22 5:1,9
  5:10 7:3,19 8:10
  9:2,10 10:1,8,11
  10:25 11:4,10
  11:20,25 12:4,7
  12:15,24 13:2
  14:2,5,9,11,23
  15:2,6,9,13,19
  16:5,16,19
  17:11,15,21
  18:6,10,15,19
  19:5,19,23 20:3
  20:7,9,17,21

21:4,8,15,25
22:4,15,24 23:2
23:11,15,22,24
24:2,6,11,16,23
25:11,19,21
26:1,6,9,13,15
26:19 27:9,25
28:5,7,12 29:3
29:12,18 30:3,9
30:20 31:3,21
32:2,4,8,15,20
32:25 33:4,7,12
33:16,18,21
34:13,16,21
35:1,3,6,20 36:1
36:4,6,18 37:1,6
37:18 38:1,7,11
38:20,22 39:14
40:6,9,13 41:3
42:1,3,9,15 43:2
43:13,18,24
44:4,6,24 45:7,9
45:17,24 46:10
46:13,16,19,23
47:5,11,14 48:2
48:7,12 49:8,14
49:20,22,25
50:11,18,23
51:1,4,12,20,22
51:24 52:1,4,7
52:12,19,23
53:9,19,25 54:5
54:18,22 55:2,4
55:11,20,23
56:11,14,17,23
57:1,4,8,10,14
57:17 58:8,12
58:14,17,23
59:5,8,11 60:5
60:11,19,23,25
61:4,7,9,13,17
62:2,8,11,16,21
63:3,8,11,15,17
63:20,25 64:4,8
64:13,16,22
65:3,8,18,25

66:13,23 67:2
67:10,12,15
68:2,5 69:3,7,9
69:17 70:2,3
**old** 47:12
**once** 17:2 23:11
  30:18 36:16
  60:1 73:13
**ones** 54:1
**open** 40:10,10
**opinion** 42:12
  52:19
**Orange** 2:11
**ordering** 73:16
**original** 73:16
  75:20
**Orlando** 2:12
**outs** 49:24
**outside** 45:25
  47:24 61:9
**oxygen** 38:9

---
**P**

**P** 4:1
**P.A** 2:17
**p.m** 1:18,18 70:6
**pack** 22:2
**page** 70:2 73:12
  75:7
**pages** 72:7 73:14
**paid** 15:9
**Palm** 2:5,5 7:23
  27:8 29:9 34:19
  46:4 73:3,3
**Pamela** 1:23 4:3
  71:15 72:5,21
  73:20 75:3
**paramedic** 47:3
**paramedics** 51:10
**part** 61:3,8
**particular** 49:12
**parties** 72:12
  75:20
**party** 72:12
**pass** 10:24 49:3
**passed** 48:23

**paycheck** 15:17
  15:21
**Pelino** 1:23 4:3
  71:15 72:5,21
  73:20 75:3
**penalty** 75:21
**pending** 5:9
**people** 31:4 42:17
  48:1 53:11 68:6
**people's** 69:6
**peoples** 29:1
  48:10
**perfectly** 54:8
**period** 43:3
**perjury** 75:21
**person** 12:9 46:5
**personal** 57:18
**personality** 52:14
**personally** 46:12
  57:5,20 60:25
  71:7
**personnel** 54:1
**phone** 43:4 51:11
  60:2
**phonetic** 16:20
  21:11
**physical** 41:24
**picking** 17:14
**pinpoint** 9:23
  22:22 30:2
  67:23
**place** 15:7 26:5
  40:1,5 45:22
  72:9
**Plaintiff** 2:3
**Plaintiffs** 1:5
**please** 41:6 73:7
  73:10 75:20
**point** 22:4 35:12
**Police** 23:14,16
  44:13 45:1 50:3
  50:9 54:4 58:24
  60:2
**Pompano** 48:13
  48:14,20 58:16
  58:19

Docher v. Newman          June Docher          5/16/2017

**Port** 1:19 5:23
17:18,19 23:16
54:25 55:4
**position** 7:11
**possible** 40:25
**predicament**
41:14
**pretty** 56:17
**previous** 65:6
**previously** 73:9
**prior** 8:11,17,22
9:13,18,22
13:15,18 15:20
17:14 19:1
57:12 63:21,25
64:13,25 66:14
67:21
**probably** 23:4
**Professional** 4:4
72:5
**prognosis** 47:7
**proper** 41:5
**provider** 32:9
34:9 37:7 45:25
47:6
**providers** 30:6
40:21 45:21
**proximity** 22:11
**public** 1:24 4:4
56:11,15 57:1
71:15 72:5
**punching** 27:16
**purchased** 56:9
**PURDY** 2:17
**purdylaw.com**
2:20
**put** 13:22 14:8
28:10 30:16,17
35:25 36:2 63:9
70:1

**Q**

**question** 5:5,8
57:15 61:18
68:22
**questions** 4:22 5:3

43:16 52:24
53:7,8,12,16,22
54:2 68:16,17
69:17
**quicker** 11:14
**quieted** 34:25
**quite** 26:14 31:4
34:15 37:8
45:12,13

**R**

**R** 3:10 4:1 72:1
74:2 75:1,1
**rank** 7:8
**ranks** 7:3
**reached** 37:14
47:9
**reaction** 52:4
**read** 69:18,19,20
69:24 73:10,11
73:13,15 74:6
75:21
**real** 9:6
**realized** 23:11
**really** 12:20 14:7
15:25 17:10
20:13 33:23,24
40:5 45:19 46:3
54:6
**reason** 8:24 9:22
18:3 57:22 75:7
**reasonable** 73:15
**reasons** 10:8
**recall** 32:22 34:10
34:18 43:9
45:10,20 58:5
60:24
**recess** 44:22
**recognize** 63:9
**recognizing** 63:13
**record** 6:10 16:21
53:4,6 61:12,19
70:5
**recorded** 55:15,16
55:19
**recording** 55:17

55:24
**records** 56:11,15
57:1
**REDIRECT** 3:4
68:19
**Reed** 31:23
**referring** 56:7
**reflexes** 40:11
**refuse** 43:20
**refused** 55:9
**regarding** 25:2
32:10 43:8
**Regional** 28:23
**Registered** 4:4
72:5
**regular** 13:25
14:1
**rehash** 53:6
**relate** 48:5
**relative** 72:12
**remember** 10:2
14:2,4 16:11,12
24:4 26:14 27:3
27:4,23 28:14
28:18 29:16
30:9 31:2 32:13
32:16 34:5,11
34:24 35:4,7
44:2,11 45:23
50:20 54:14
55:12,14 56:14
57:14 58:2,6
59:4,7,21,23
60:1,14 62:12
62:13,17,18
64:6,8,9 65:13
**rephrase** 5:3
**report** 72:6
**reported** 1:23
66:20,21
**reporter** 4:4,23
26:23 27:4,5,7,8
27:19 54:16,18
54:20 72:5,15
**REPORTING**
1:24 73:21

**represent** 53:4
**reproduction**
72:14
**request** 5:7 56:11
56:15 57:2
**requires** 38:8
39:12,12,14
**Reserves** 6:18,20
6:22,24 7:4,10
7:12
**respond** 38:2,4
**responded** 19:6
59:6
**responds** 40:14
**responses** 4:24
**rest** 20:18
**results** 35:7
**return** 73:14,18
**returned** 20:1
**right** 7:17 10:6
16:3 18:1 19:18
24:5,6 26:10
32:7,19 34:3
35:18 36:8
38:24 39:12,12
39:15,21 40:2
41:2,8,13,14,19
51:2 54:9 61:20
67:13
**Robinson** 1:8 2:15
61:14,15
**room** 13:23 14:9
20:14 23:5,5,6
38:11 65:10
**roommate** 21:7
21:10
**Rosario** 1:10 2:8
47:3
**roughly** 60:15
**RPR** 1:23 71:15
72:21 73:20
75:3
**rules** 4:19
**run** 67:1
**running** 29:10

**S**

**S** 3:10 4:1 75:1
**S.W** 1:19
**safety** 24:17,18,25
24:25
**Saint** 1:19
**saw** 37:13 46:6,14
51:8,21 67:12
**saying** 11:18 19:1
25:7 52:5,9
66:19 69:14,14
**SCAROLA** 2:4
**school** 6:17 48:9
**scissors** 62:9,14
**screen** 46:1
**screwdriver**
61:22,25 62:7
**scuffle** 9:6
**SEARCY** 2:4
**second** 67:17
**see** 10:24 11:11,13
20:22 21:18
29:13 36:22,23
37:21,23 39:8,9
39:19 40:11
47:19 58:17
66:24
**seen** 11:1,4,7
12:15 26:25
56:1,4
**seizures** 13:14
30:14,16 33:1
34:24
**self** 47:12
**send** 69:23
**sense** 17:21
**sent** 28:21
**sergeant** 7:9
**set** 40:5 72:9,10
**Seven** 6:21
**Seventh** 48:19
**shakes** 42:24
**she'll** 69:19
**sheet** 70:1 73:11
73:12,14 74:10
75:20

**Sheriff** 1:9 2:16
  28:20 53:5 54:3
  55:8 57:2
**Sheriff's** 29:11
  55:13 58:2
**SHIPLEY** 2:4
**Shivers** 6:9
**shorthand** 72:7
**shortly** 64:2
**shot** 33:5,13,14,15
  33:21,24,25
  35:9 46:1
**show** 58:9 67:3,6
**showed** 23:3
  27:10 46:5
**siblings** 49:11
**sign** 73:8,14,15,17
**signature** 73:8,17
  73:22 75:24
**signed** 75:20
**similar** 64:20
**sister** 6:5 7:24
  16:8,16 18:13
  19:25 30:19
  31:7 32:6,7
  38:17 39:11,18
  39:21 41:1 42:3
  42:15 49:15
  56:10 58:9
  65:16
**sister's** 41:7
**sisters** 30:25
  31:19,20 32:4
**sisters'** 31:22
**six** 49:4
**Skipper** 5:23
**sleep** 20:15 23:1,6
**smoke** 12:15,19
**smoked** 12:17
**smokes** 12:17
**somebody** 9:6
  11:5,16 14:24
  28:25 29:14
**son** 6:6 39:19
**soon** 40:1
**sorry** 17:15 48:24

51:19,21 60:19
**sort** 69:5
**sound** 35:18 36:8
**sounds** 34:14
  45:17
**South** 18:18
**Southeast** 5:23
**SOUTHERN** 1:1
**speak** 29:14 30:6
  46:19
**Spears** 6:8
**special** 1:11
**specialist** 7:15
**specializes** 42:16
**specifics** 34:18
**speculate** 52:10
  54:7
**spell** 21:12
**spoke** 29:16 30:9
  41:1 46:4 50:24
  66:9
**spoken** 37:6 42:9
**St** 1:10,11 2:9,16
  5:23 17:18,19
  23:16 28:15,16
  29:23 30:3,7
  32:9 34:9 35:2
  35:12 44:10
  45:25 53:4
  54:24,25 55:3,4
  55:8,13 57:11
  64:10 65:4 71:3
  72:3 74:5
**stable** 41:19
**staff** 7:9 45:19
**start** 12:10
**state** 1:24 4:5 5:14
  10:4 71:2,15
  72:2,5 74:4
**statements** 74:7
**STATES** 1:1
**stating** 44:12 46:8
**station** 27:3
**stationed** 6:23 7:2
**stay** 35:21,22
  41:23 63:6

**stayed** 18:22
  19:25
**Stenographically**
  1:23
**stenotype** 72:7
**Stephany** 6:8 8:4
**stopped** 48:9
**store** 15:1 18:25
  19:2 20:12,20
  21:22 22:7,9
  51:14 62:23
  63:1
**story** 25:24
**straight** 22:25
  43:22
**strangely** 67:13
**street** 50:8
**stuff** 31:5 35:5
  37:9,10 41:14
  50:10 66:11,19
**subject** 53:12
  59:13 63:21
  64:1,25 66:14
  67:21 75:22
**substance** 75:22
**Sue** 50:20,22,23
**Suite** 2:11,18
**Sunday** 26:11
  48:8
**Sunrise** 2:19
**supposedly** 69:14
**sure** 15:5 22:21
  41:5 45:23 51:2
  54:5 56:6 62:15
  62:19 64:2
  65:15,16 69:24
  73:14
**swear** 4:12
**swelling** 30:17
  34:22
**swollen** 30:14
**sworn** 4:10 71:8
**system** 33:9 34:4

---

**T**

**T** 3:10 72:1,1 74:2

74:2 75:1,1
**take** 4:24,24 5:6,9
  11:17 13:20
  18:14 20:8,15
  21:23 30:15
  37:13 40:21
  58:20 62:9 63:5
  73:7
**taken** 4:3 5:11
  44:22 61:21
  62:14 69:25
  72:9 75:5
**talk** 8:10,17 16:4
  24:13 35:6,9
  36:24 37:10
  40:13 45:15
  65:8
**talkative** 12:2,3
**talked** 43:3 45:12
  46:17 52:2
  68:23
**talking** 8:22 12:6
  12:8,13,22
  27:12 29:2
  45:11 51:5 52:6
  52:10 66:25
  69:10
**Tavares** 1:3 8:12
  8:14,19,23 9:14
  9:16,21 10:14
  10:17,22 11:7
  11:20 12:15,22
  14:11 16:8,17
  16:25 18:20
  19:21 20:11,21
  21:18 23:11
  24:16,21,24
  25:22 26:20,24
  27:24 28:2,4,11
  29:22 30:13
  32:10 37:14,19
  42:2 43:16
  44:18 45:5,15
  46:8 47:7 48:10
  49:16,24 50:4
  50:10 51:5 52:5

52:12 53:16,17
  53:17 55:9 57:5
  57:18,23 58:3,9
  58:13,18,23
  59:6,22 60:4,13
  61:21,24 62:9
  62:14,22,25
  65:9,10,13
  66:20,22 67:20
  68:23
**Tavares'** 37:12
  47:15
**Tavares's** 57:12
**tell** 9:3 14:18 24:3
  24:15 25:5,24
  27:9,11 30:12
  32:20,22 33:7
  33:16 34:3
  43:19,20,23,24
  44:1 53:25
  54:20 55:9 64:4
**telling** 37:1 44:24
  47:9 50:5 54:15
  61:17 62:13
**ten** 6:1
**Tennessee** 10:4
**test** 30:15
**testified** 4:11
  54:10 55:7 57:4
  66:5
**testify** 5:12
**testimony** 56:5
**thank** 17:21 68:18
**therapy** 41:25
**thing** 14:19 46:3
  46:13 52:22
  66:25
**things** 69:12
**think** 8:1 10:13,22
  11:13,14,19
  15:22 16:18
  17:1,15 19:8,11
  21:16 24:13
  28:8 31:1 32:18
  33:11,19 34:5
  35:19 46:6

49:21 50:24
51:3 55:3,6 56:3
61:8 62:6 63:19
63:23 65:15
67:2 68:21
**thinking** 22:25
23:25 25:23
59:2
**thought** 17:16
23:4 46:21
**three** 6:25 27:13
39:19
**Tiffany** 28:15
**time** 5:2,6 8:11,23
9:13 16:11,12
18:8,13 19:2
21:5 22:4,17,22
24:6,20,23
29:17 32:24
35:22 36:23
37:5 38:15 43:3
59:21 60:2,14
63:17 65:20
72:9 73:8,15
**timeline** 24:4
**times** 8:25 40:13
41:1 68:10
**tired** 58:21,22
**today** 5:11
**told** 13:8 19:5
20:12,13 22:25
23:19,20 27:10
28:18 29:6,22
33:6,9,13,17,25
35:5 43:16
44:14,16,20
45:2 50:8,12,25
52:21 53:3,5,14
54:6,18 58:2
60:2 61:24 63:1
63:6 66:11
**tools** 62:5
**totally** 38:5
**town** 21:17
**tox** 46:1
**toxicology** 33:2,8

35:7 66:1,6,8,12
67:1,2
**trach** 38:10
**traffic** 18:18
**training** 7:1 42:4
**transcript** 56:1
69:21 72:14
73:9,11,13,13
75:6
**transcription**
72:7
**traumatic** 42:17
**travel** 6:25 41:14
**treat** 45:5
**treatment** 65:23
**treatments** 38:8
**trespassing** 9:24
**tried** 28:1 42:18
44:13 62:9
**trip** 62:16
**true** 72:7 74:8
75:22
**truly** 73:19
**try** 10:5
**trying** 10:23
21:23 27:23
34:5 35:4 36:20
36:21 62:16,18
**tube** 38:9
**Tuesday** 1:17
26:5,15,19 43:5
52:3 54:11,16
73:7
**TV** 20:14,19 46:6
**twice** 36:16
**two** 8:1,25 11:3
18:14 22:14
29:19,20 31:12
31:14 50:9
53:14,21 56:21
**Tyk** 2:10 3:5 4:14
4:16 6:14 16:22
44:23 52:24
57:17 68:17,20
69:17 73:24
**type** 8:18 10:11

10:14 13:6,12
15:16,24 21:1
26:25 37:18,23
38:7 42:16

---

**U**

**U.S.1** 28:15
**Uh-huh** 7:5 31:9
47:17 51:17
**uh-huhs** 4:25
**undersigned** 71:6
**understand** 5:2
61:13
**understanding**
8:4,14 11:1 16:6
17:12 41:6 47:8
**understood** 5:4
**union** 7:22,23
**UNITED** 1:1
**Unity** 36:8,9,9
37:7 40:25
**upset** 17:4,13
**use** 12:22 57:12
**uses** 6:12

---

**V**

**V** 73:4 75:2
**verbally** 4:23
**video** 27:10,11,12
46:5,7 51:8,9,14
51:21,23
**violent** 12:1,9
**visit** 36:12 37:19
**visited** 55:8
**voice** 38:21,23
**vouch** 13:23
**vs-** 1:6

---

**W**

**Wade** 1:9 2:15
**waited** 29:13
**waive** 73:8,17,22
**wake** 34:23
**waking** 47:10,12
**walk** 41:19,19
**walking** 22:13

63:7,13,15
**want** 8:10,17 16:3
16:3 20:14
24:13 40:15,15
40:16 54:6 58:8
62:19 63:4,5
69:18
**wanted** 4:18
14:24 45:3
58:15,15,19,20
62:22 63:1
66:10
**wanting** 18:1 22:1
**wash** 15:4,6
**washed** 14:24
15:3
**washing** 14:15,17
17:8,9,11,16,17
17:18
**wasn't** 8:6 21:9,15
21:16 22:23
23:8 25:20
37:22 38:17
46:11 49:6
52:11 53:6 63:4
63:20 66:21
**wasted** 14:10
**watch** 20:14,19
60:12
**way** 4:23 16:1
48:19 52:13,16
52:18,20 55:12
69:4,4
**week** 56:21,24
**weekend** 21:17
**went** 13:24 14:7
22:2 23:1,8 26:4
28:12,20,25
29:11 34:19,19
34:22 35:15
48:9 58:21 65:9
66:6
**weren't** 26:2
65:10
**West** 2:5 7:23
27:8 46:4 73:3

**WILSON** 2:10
**Wine** 21:2
**wish** 73:12,17
**witness** 4:12 6:11
42:24 46:19
51:15 58:6
61:24 67:5,23
68:8 69:20,22
70:3
**witnessed** 57:20
**witnesses** 51:5
**woke** 22:22
**woods** 25:3 51:6
**work** 6:23 7:11
15:11
**Workers** 7:21
**working** 17:5,7
65:19
**worrying** 60:12
**worse** 41:20,23
**wouldn't** 44:17
45:6
**write** 73:13 75:6
**wrong** 8:3 11:1
16:7 26:2 34:14
41:7 59:15

---

**X**

**X** 3:2,10

---

**Y**

**yeah** 7:14 9:8,23
10:5 14:1,21
18:5 20:4 23:17
23:19 27:10
28:13,24 29:21
32:13 33:11
34:2,19,22 36:5
36:9,11,22 37:8
37:20 38:15
39:11 41:2
42:11 47:21
48:8 49:9 50:15
50:24 51:13
55:16 56:22
59:17 60:18,20

63:9 64:12
67:24 68:13
**year** 6:1
**years** 6:1,18,21
8:1 49:4
**Yep** 69:23
**York** 20:16
**young** 32:11,12
32:16,20 52:21
**youngest** 6:5,5,6

---
**Z**
---

---
**0**
---

---
**1**
---

**1:26** 1:18
**10** 50:13
**10:00** 28:9 50:14
**11** 43:3
**111** 2:11
**11th** 15:14 16:4,7
17:12,17 19:3,7
19:10,17 20:1
21:15 26:11
46:20 50:16
52:17 53:22,23
58:8 59:9,14,15
59:17 60:8
64:19
**1200** 2:11
**1216** 2:18
**12th** 43:11 62:14
**13th** 26:8,9,15,19
43:5
**14** 59:13
**15** 71:16
**1571** 48:19
**16** 1:17 75:5
**1680** 1:19
**16th** 73:7
**180** 27:16
**1962** 5:21

---
**2**
---

**2:16-CV-14413**
1:2 73:5

**2:29** 1:18
**2000** 59:12
**2014** 8:8,11,18,23
9:13,19,22
10:15 13:15,18
14:12 15:14,20
15:23 16:4,7
17:12 19:3,7,10
20:1 26:11 43:3
46:20 47:15,24
52:17 58:9 59:9
59:15
**2017** 1:17 71:10
72:16 73:1,7
74:13 75:5
**2018** 71:16
**203761** 71:16
**2139** 2:5 73:3
**24** 73:1
**2455** 2:19
**24th** 71:10 72:16
**27** 5:21

---
**3**
---

**3** 60:16,17
**30** 73:15
**32801** 2:12
**33060** 48:21
**33304** 2:19
**33409** 2:5 73:3
**34983** 5:24
**34984** 1:19

---
**4**
---

**4** 3:5
**4:10** 70:6
**407.203.7599** 2:12
**441** 5:23

---
**5**
---

**5** 28:6,9
**53** 3:6
**561.686.6300** 2:6
**561.689.0999**
73:21

---
**6**
---

**68** 3:5

---
**7**
---

**728** 7:23

---
**8**
---

---
**9**
---

**9:00** 59:25
**911** 44:15,21 45:2
59:6
**954.462.3200** 2:20