UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

Plaintiffs,
vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

Defendants.
_____/

**JOINT MOTION FOR ENLARGEMENT OF TIME
TO FILE RESONSES AND REPLIES TO DISPOSITIVE MOTIONS,
MOTIONS IN LIMINE AND DAUBERT MOTIONS
(AND MEMORANDUM OF LAW)**

The Parties, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, CHRISTOPHER NEWMAN, individually, CLAYLAN MANGRUM, individually, CALVIN ROBINSON, individually, WADE COURTEMANCHE, individually, KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT, an independent special district, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, files this their Joint Motion for Enlargement of Time To File Responses and Replies to Dispositive Motions, Motions in Limine, and *Daubert* Motions, and in support thereof states as follows:

1. This Court issued a paperless Order on September 6, 2017 setting the deadline for filing dispositive motions and motions in limine to October 6, 2017. The Order also set the deadlines for responses and replies to October 16, 2017 and October 20, 2017 respectively.

2. All parties conferred on October 4, 2017 to discuss the pending motions that would be filed by each party and the possibility that any of the issues could be resolved prior to their filing. While the parties were able to discuss the issues that would be posed in the expected motions, they were unable to agree to any of the issues until such time as each party had sufficient time to review the motions that would be filed.

3. Understanding each parties respective position, it is expected that the Defendants will be filing approximately a combined sixteen (16) motions which are expected to include two (2) motions in limine on multiple topics, five (5) *Daubert* motions, and four (4) summary judgment motions. The Plaintiff is also expected to file two (2) motions in limine on multiple topics and one *Daubert* motion.

4. Due to the sheer number of motions expected to be filed and the respective trial schedules of the parties, the parties believe that with the current deadlines they will not have sufficient time to prepare the necessary responses and replies.

5. Specifically, attorney Summer Barranco, Esq. for the Sheriff Officer Defendants will be in trial (set #1) Tuesday 10/17 – Friday 10/20 in St. Lucie County (state case) in the matter of *Ilene Tillman as P.R. of the Estate of Tony Orlando Jackson, deceased v. Ken J. Mascara, in his official capacity as Sheriff of St. Lucie County,* Case No. 2015CA462 (Honorable Judge Janet Carney Croom). Attorney Hugh L. Koerner, Esq., co-counsel for the Plaintiff, will be primarily responsible for responding to the Defendants' summary judgment motions, in addition to assisting with the responses to some of the other motions. Mr. Koerner is currently responding to two

motions for summary judgment filed on September 29, 2017, in *Bennie Robinson v. Justin Harris, individually, and the City of Boynton Beach, a Florida Municipal corporation*, Case No.: 16-81572-Civ-Marra/Matthewman.

6. Additionally, the Court's Order currently affords the Plaintiff ten (10) days to respond to the Defendants' motions for summary judgment. Five (5) of the ten (10) days fall on either a weekend or federal holiday.

7. The parties agreed that it would be necessary to enlarge the amount of time in which to respond and reply to all the motions that are expected to be filed in order to properly brief the Court on the issues presented.

8. The parties respectfully request a ten (10) day extension to file responses and a seven (7) day extension to file replies.

WHEREFORE, based on the foregoing, it is respectfully requested that this Honorable Court enter its Order granting the Motion for Extension of Time to File Responses and Replies to the filed motions by extending the deadlines to respond and reply by ten (10) days and seven (7) days respectively.

Further, and in support of this Motion, the parties would refer this Honorable Court to the Memorandum of Law incorporated herein and by reference made a part hereof.

## **MEMORANDUM OF LAW**

Rule 6(b) of the Federal Rules of Civil Procedure provides, in pertinent part, that:

> When by these Rules or by a notice given thereunder or by order of court, an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion...order the period enlarged if request is made before the expiration of the period originally prescribed or as extended by a previous order . . .

By its expressed terms, the Rule affords wide discretion to this Court to enlarge a time period established by the Rule or a court order. *See Woods v. Allied Concord Financial Corp*., 373 F.2d 733 (5th Cir. 1967); *Yanofsky v. Wernick*, 362 F.Supp. 1005 (S.D. N.Y. 1973); *Graham v. Brier*, 418 F. Supp. 73 (S.D. Wis. 1976); *Moore's Federal Practice* §608 (2d.Ed 1984). Rule 6 should be applied liberally "to secure the just, speedy and inexpensive determination of every action." Enlargements of time should be available when a party demonstrates a reasonable basis for such request. *See Beaufort Concrete Company v. Atlantic States Construction Company*, 352 F.2d 460 (5th Cir. 1965). For the reasons above, the Joint Motion should be granted.

### 7.1(a)(3) STATEMENT

This Motion has been circulated amongst all parties and is being submitted jointly for this Court's consideration.

**DARRYL L. LEWIS, ESQUIRE**
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9485
Email: dll@searcylaw.com; axs@searcylaw.com;
_lewisteam@searcylaw.com
Attorneys for Plaintiff

BY    *s/ Darryl L. Lewis*_____
      **DARRYL L. LEWIS, ESQUIRE**
      Fla. Bar No. 818021

**SUMMER M. BARRANCO, ESQUIRE**
Purdy, Jolly, Giuffreda & Barranco, P.A.
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Phone: (954) 462-3200
Fax: (954) 462-3861
Email: summer@purdylaw.com
         melissa@purdylaw.com
Attorneys for Defendants Newman, Mangrum, Robinson, Courtemanche and Sheriff

BY     *s/ Summer M. Barranco*_____
       **SUMMER M. BARRANCO, ESQUIRE**
       Fla. Bar No. 984663


**BENJAMIN W. NEWMAN, ESQUIRE**
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N. Orange Ave., Suite 1200
Orlando, FL 32801
Phone: (407) 203-7599
Fax: (407) 648-1376
Email: Ben.Newman@wilsonelser.com
         Julie.Tyk@wilsonelser.com
Attorneys for Defendants Jose Rosario and St. Lucie County Fire District

BY     *s/ Benjamin W. Newman*_____
       **BENJAMIN W. NEWMAN, ESQUIRE**
       Florida Bar No.: 0011223