UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

       Plaintiff(s),

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as Sheriff of St. Lucie County,
Florida, JOSE ROSARIO, individually, and
the ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

       Defendant(s).
_____/

CASE NO.: 2:16cv14413

## DEFENDANTS', JOSE ROSARIO AND ST. LUCIE COUNTY FIRE DISTRICT, EXPERT DISCLOSURE

Defendants, JOSE ROSARIO and ST. LUCIE COUNTY FIRE DISTRICT, hereby discloses the following information regarding the experts they intend to call at trial pursuant to agreement of counsel, and provides the following disclosure of expert witness reports as follows:

1.    Jeffrey Lindsey, Ph.D., PM, EFO
      19328 SE 58th Place
      Archer, Florida 32618

      Defendants have provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Plaintiff and co-Defendants.

2.    Glenn N. Levine, M.D., FAHA, FACC
      2710 Sabine Court
      Pearland, Texas 77584

      Defendants have provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Plaintiff and co-Defendants.

3. Stephen E. Durham, Ph.D.
   100 North Tampa Street, Suite 2410
   Tampa, Florida 33602

   Defendant has provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Plaintiff and co-Defendants.

4. Joe R. Anderson, M.D.
   College of Pharmacy
   MSC09 5360
   1 University of New Mexico
   Albuquerque, NM 87131-0001

   Defendant has provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Plaintiff and co-Defendants.

5. Edward T. Dickinson, MD, FACEP
   16 Callery Way
   Malvern, PA 19355

   Defendant has provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Plaintiff and co-Defendants.

6. Mark C. Hofmann, M.D.
   2968 Rainbow Road
   Jacksonville, FL 32217

   Defendant has provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Plaintiff and co-Defendants.

7. Michael Shahnasarian, Ph.D.
   Career Consultants of American
   11019 North Dale Mabry Highway
   Tampa, FL 33618

   Defendant has provided the Expert Report, Curriculum Vitae, Testimony List and Fee Schedule to Plaintiff and co-Defendants.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 23rd day of August 2017, I served the foregoing via electronic system to the following: **Adam Hecht, Esq.,** *(Attorneys for Plaintiff)* ash@searcylaw.com, axs@searcylaw.com, mal@searcylaw.com, jcx@searcylaw.com, lewisteam@searcylaw.com, Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, FL 33409  Florence@cushniemcmahonlaw.com, Cushnie & McMahon, PL, 543 NW Lake Whitney Place, Suite 106, Port St. Lucie, FL 34986; **Summer M. Barranco, Esq.,** (*Attorneys for Christopher Newman, Claylan Mangrum, Calvin Robinson, Wade Courtemanche, and Ken J. Mascara, as Sheriff of St. Lucie County, Florida*) summer@purdylaw.com; Melissa@purdylaw.com; Law Offices of Purdy, Jolly, Giuffreda & Barranco, P.A., 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, FL 33304.

                                  */s/ BENJAMIN W. NEWMAN*
BENJAMIN W. NEWMAN, ESQUIRE
Florida Bar No.: 0011223
JULIE A. TYK, ESQUIRE
Florida Bar No.: 84493
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N. Orange Ave., Suite 1200
Orlando, FL 32801
Phone: (407) 203-7599
Fax:     (407) 648-1376
Ben.Newman@wilsonelser.com
Julie.Tyk@wilsonelser.com

Counsel for Defendant, JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT, an independent special district