# CURRICULUM VITAE
(27 April 2017)


# CHARLES V. WETLI, M.D.


TEL. 201-750-8220


*CharlesVWetli@gmail.com*


2 Berkery Place
Alpine, NJ 07620-0398

EXHIBIT C MOTION TO STRIKE

## CURRICULUM VITAE
## CHARLES V. WETLI, M.D.

### I.      GENERAL:

Full name:          Wetli, Charles Victor
Place of birth:     Green Bay, Wisconsin
Date of birth:      27 August 1943

### II.      EDUCATION AND TRAINING:

**University:**
University of Notre Dame, South Bend, Indiana
Pre-professional studies (concentration in chemistry)
Degree - Bachelor of Science, 6 June 1965

**Medical School:**
St. Louis University School of Medicine, St. Louis, Missouri
September 1965 - June 1969
Degree - M.D., 31 May 1969

**Internship:**
Jackson Memorial Hospital and University of Miami School of Medicine
Miami, Florida, June 1969 - June 1970
Anatomic and Clinical Pathology

**Residency:**
Jackson Memorial Hospital, University of Miami School of Medicine and Veteran's
Administration Hospital, Miami, Florida, June 1970 - June 1973

Dade County Medical Examiner Department and University of Miami School of
Medicine, September 1977 - September 1978
Forensic Pathology

**Government and Administration/Management:**
Forensic Administration - St. Louis University School of Medicine, Department of
Pathology (Division of Forensic and Environmental Pathology)
July 28-31, 1986, St.  Louis, MO

Harvard Program for Senior Executives in State and Local Government, John F. Kennedy
School of Government, Harvard University, Cambridge, MA, June 12 - July 1,
1988; Alumni Refresher Course (Harvard): 1989, 1990, 1991, 1992, 1993

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

## III.  CERTIFICATION AND LICENSURE:

**National Board of Medical Examiners No. 107806, 1 July 1970**
American Board of Pathology May 1974, Anatomic and Clinical Pathology

**American Board of Pathology, May 1979, Forensic Pathology**

State Board of Medical Examiners of the State of Florida, No. 16616,
4 September 1970
(inactive status as of January 1995; allowed to expire January 2008)
Medical Licensure, State of Missouri (lapsed)
New York State (effective 25 January 1995, No. 198336)
State Board of Medical Examiners of New Jersey (license # 25MA08212100, effective 1
February 2007)

FEMA Certification in IS-00100 and IS-00700, 26 June 2006

## IV.  MILITARY EXPERIENCE:

Reserve Commission (Berry Plan) U.S. Army, November 21, 1969
active duty September 1973 to August 1976

Rank:        Major
Station:     U.S. Army Medical Laboratory Pacific (Japan)
Function:    Chief of Pathology Unit; Emergency Room Coverage
Awards:      Certificate of Appreciation, Far East U.N. Command (April 1975)

Army Commendation Medal, August 1976

## V.  APPOINTMENTS:

Associate Instructor of Otolaryngology (part-time),
University of Miami School of Medicine, 1 August 1970 - 30 June 1973

Associate Medical Examiner, Dade County Medical Examiner Department
Miami, Florida, 1 July 1973 - 31 August 1973

Staff Pathologist, Daniel Seckinger, M.D. & Associates, P.A., Staff,
Appointment to Cedars of Lebanon Health Care Center, Miami, Florida
September 1976 - September 1977

## CURRICULUM VITAE
## CHARLES V. WETLI, M.D.

Director, Physician's Reference Laboratory, Miami, Florida, September 1976, September 1977
Associate Medical Examiner, Dade County Medical Examiner Department
      Miami, Florida, September 1977 - October 1980

Deputy Chief Medical Examiner, Dade County Medical Examiner Department
      Miami, Florida, November 1980 - January 1995

Assistant Professor of Clinical Pathology, University of Miami School of Medicine
      Department of Pathology, Miami, Florida, September 1977 - June 1982

Clinical Associate Professor of Pathology, Department of Pathology, University of Miami
      School of Medicine, June 1982 - January 1995

Staff Instructor, Drug Enforcement Administration, 1980 – 1993

**Chief Medical Examiner, Suffolk County, New York**
      **February 5, 1995 – 14 August 2006**
          **Note**:  Accredited by National Association of Medical Examiners (NAME)
                  April 2000 and May, 2005; American Board Forensic Toxicology, April 1999;
                  National Society of Crime Laboratory Directors (ASCLD/LAB), March 1997.

          **Note**:  National Association of Counties **(NACO)** Award for Mass Disaster Preparedness
                  Program, May 2000 (Best in Category); semifinalist in **Innovations in American**
                  **Government competition** (JFK School of Government, Harvard University).

Lecturer in Forensic Pathology, State University of New York at Stony Brook, March 23, 1995 - 30 April 1996

Clinical Professor of Pathology, State University of New York at Stony Brook, 1 May 1996 – 14 August 2006

Regional Trauma Oversight Committee and Trauma Peer Death Review Committee, 1999 - 2006
          **Note:  NYS Trauma Physician of Distinction, 1999**
                Presented by NYS Trauma Committee, American Trauma Society, NY Division


## VI.    JOURNAL MANUSCRIPT REVIEWER:

Journal of the American Medical Association, January 1983
American Journal Forensic Medicine & Pathology, 1992 - 2016
American Society Clinical Pathology Check Sample (1986-2005)
Annals Internal Medicine (Occasional, since approximately 1990)
American Journal of Clinical Pathology (Dec. 1996 - 2006)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

Circulation (March 2004)
VII.    **PROFESSIONAL AFFILIATIONS:**

1.      **American Society of Clinical Pathologists** (Fellow No. F094661)
        Elected October 1972 - December 2006
        **ASCP Activities:    SEE ADDENDUM**

2.      **American Academy of Forensic Sciences** (Fellow #84825)
        February 1979 - 2017

        Discipline/Assessment Task Force Committee Member for  Path/Bio Section
        November 1991 - Feb. 1995

3.      **National Association of Medical Examiners** (Fellow)
        August 1980 –present

        Ad Hoc Committee for **Guidelines for Use of Pathology Assistants in Medical
            Examiner Offices** (11/95 - 11/96).

        Ad-Hoc Committee on **Current Issues Response** (9/97 - 2/98)

        Ad-Hoc Committee on **NTSB-ME Linkage** (9/97)

        Ad-Hoc Committee on **Cocaine** (10/99 – 01/01)

        Ad-Hoc Committee for the **Utilization of Pathology Assistants**

        Ad-Hoc Committee for **Relationship Between Tissue Procurement Agencies and
            Medical Examiners/Coroners** (10/01 – 12/14)
            Appointed Chairman, February  02/05 - 06/12

        Ad Hoc Committee for **NAME Journal RFP**
            March 2010 – September 2010.

        **Accreditation Inspector** for:
            Bergen County, NJ, Medical Examiner Office (06-14-02)
            Los Angeles County Coroner/Medical Examiner Office, Los Angeles, CA
                (06-06, 07-06)
            San Diego, CA, Medical Examiner Office, October 20, 2008

        **Board of Directors**, October 2006 – December 31, 2012

        **Executive Committee**, 2009 - 2011

5

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

4.  **Medical Society of the State of New York**, 1995 – 2006
    Forensic Committee, April 1995, and
    Vice-Chair, April 2005 – December 2006

5.  **Suffolk County Medical Society**, 1995 - 2006

6.  **NYS Association of County Coroners and Medical Examiners**, 1997 - 2006

7.  **National Disaster Management System (D-Mort Team, Region II)**, 3/11/98 - 2006

8.  **College Of American Pathologists** (Fellow)
    May 2000 (Member No. 0073905) – December 2006

9.  **American Red Cross**
    National Medical Examiner/Coroner Advisory Committee, 1998 – 2005

10. **New York Organ Donor Network**
    Medical Advisory Board
    Chairman Tissue Subcommittee, January 2002 – February 2009

11. **College of American Pathologists**, Fellow No. 073905
    Elected May 1973 - December 1978 (resigned)

12. **The American Board of Pathology**
    Forensic Pathology Test Committee, 1985-1989 (five year maximum tenure)

13. **Florida Medical Examiners Commission**
    1985 Committee on Standards & Training (ad hoc)
    1989 Committee on Operations & Procedures (ad hoc)

14. **South Miami Medical Forum**
    July 1984 - January 1995

15. **Dade County Association of Chiefs of Police**, May 1989 - January 1995

16. **American Society for Public Administration**, January 1989 - 1995

# CURRICULUM VITAE
# CHARLES V. WETLI, M.D.

## VIII.  FORMAL MEDICAL AND FORENSIC PRESENTATIONS:

1.  **Dermatofibrosarcoma Protuberans - Case Report**, Zola Cooper Dermatology Seminar, at Convention of Southern Medical Association, Miami, Florida, November 1971, (Co-author, A. Bernard Ackerman)

2.  **Cocaine-Related Deaths**, Amer. Acad. Forensic Sci., Atlanta, Georgia, February 1979

3.  **Potassium Chloride Overdose Deaths**, Amer. Acad. Forensic Sci., Atlanta, Georgia, February 1979

4.  **Propoxyphene Related Deaths, A Ten Year Assessment**, Amer. Acad. Forensic Sci., New Orleans, Louisiana, February 1980

5.  **Death from Primary Pulmonary Hypertension**, Amer. Acad. Forensic Sci., New Orleans, Louisiana, February 1980 (Co-author, presented by Donna L. Brown, M.D.)

6.  **Fatal Hemorrhage from Peripheral Vascular Disease**, Amer. Acad. Forensic Sci.; Los Angeles, California, February 1981 (Donna L. Brown, M.D., Co-author)

7.  **The Body Packer Syndrome**, Amer. Acad. Forensic Sci., February 1981 (Co-author, presented by R.E. Mittleman, M.D.)

8.  **Forensic Aspects of Santeria**, Amer. Acad. Forensic Sci., February 1981 (R.Martinez, Co-author)

9.  **Symposium on Drug Abuse, Plenary Session (Moderator),** at Seventh International Congress of Cuban Physicians in Exile; 30 June 1981, Bal Harbour, Florida

10. **Santeria:  A Magico-Religious System of Afro-Cuban Origin**; Amer. Assoc. for Soc. Psychiatry, 29 October 1981 (Co-author, presented by Rafael Martinez, M.A.)

11. **Methaqualone-Related Death:  1971 - 1981** Amer. Acad. Forensic Sci., February 1982, Orlando, Florida (Poster Session)

12. **The Fatal Cafe Coronary:  A Two Decade Experience**, Amer. Acad. Forensic Sci., February 1982, Orlando, Florida (Poster Session, Co-author, presented by R.E. Mittleman, M.D.)

13. **The Threaded Bolt Pattern Injury**, Amer. Acad. Forensic Sci., Orlando, Florida, February 1982 (Co-author, presented by R.E. Mittleman, M.D.)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

14.   **Fungal Cerebritis in Intravenous Cocaine Abusers**: Amer. Acad. Forensic Sci., February 1983 (Presented by Sigmund Menchel, M.D.)

15.   **Cocaine Overdose Deaths**:  Amer. Acad. Forensic Sci., February 1983 (Presented by Roger E. Mittleman, M.D.)

16.   **Cocaine Psychosis and Sudden Death in Recreational Cocaine Users**:  Amer. Acad. Forensic Sci., February 1985 (D. Fishbain, M.D., Co-author)

17.   **Cocaine and Sudden "Natural" Death**: Amer. Acad. Forensic Sci., February 1986 (Presented by R.E. Mittleman, M.D.)

18.   **Methods and Risk of Suicide**:  Amer. Acad. Forensic Sci., February 1986 (Presented by David Neubauer, M.D.)

19.   **Forensic Significance of Petechiae**:  Int. Acad. Forensic Sci:  August, 1986, Sri Lanka (Presented by Dr. Valerie Rao)

20.   **Deaths from Hurricane Andrew and its Aftermath**.  Amer. Acad. Forensic Sci.: February 1994, San Antonio, TX (Dr. Emma Lew, Co-author)

21.   **Altered Dopaminergic Synaptic Markers in Cocaine Psychosis and Sudden Death**. J.K. Staley, C.V. Wetli, A.J. Ruttenber, W.L. Hearn, and D.C. Mash.  College on Problems of Drug Dependency, June 1994, Palm Beach, Florida (presented by Dr. Staley).

22.   Resnik, B.I. and Wetli, C.V.: **Lichtenberg's Flowers.**  Poster Exhibit (P341), Amer Acad Dermatology Annual Meeting (New Orleans, LA.) Feb. 4-9, 1995.

23.   Raval, M.P. and Wetli, C.V.: Sudden **Death from Cocaine-Induced Excited Delirium: An Analysis of 45 Cases**.  Poster Session at Fall 1995 National Meeting, (New Orleans, LA) Sept. 18-20, 1995

24.   Wetli, C.V., Rao, A., Rao, V.J.: Fatal **Heroin Body Packing**.  National Assn. Medical Examiners (Traverse City, MI), 18 September 1996

25.   Wetli, C.V.:  The **Crash of TWA-800:  Lessons Learned**.  National Assn. of Medical Examiners, (Baltimore, MD), 13 Sept. 1997.

26.   Wetli, C.V.:  The **History of Excited Delirium - 19th Century to the Present**, National Assn. Medical Examiners interim meeting, (San Francisco, CA), 11 February 1998.

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

27. Wetli, C.V. with Sathyavagaswaran, L.: **The Medical Examiner and the News Media**: **The Good, The Bad and The Ugly**; American Society of Clinical Pathologists, Resident Physician Section, (Los Angeles, CA) April 1998

28. Wetli, C.V., Kolovich, R., and Dinhofer, L.: **A Modified Cardiectomy Technique: A Reasonable Solution to the Dilemma Regarding Determining Cause of Death vs. Heart Valve Procurement for Tissue Donation**. Amer. Assoc. Tissue Banks 24th Annual Meeting, 10 September 2000, Bal Harbour, FL (Platform and Poster Presentation).

29. Wetli, C.V., Kolovich, R., and Dinhofer, L.: A **Modified Cardiectomy Technique: A Reasonable Solution to the Dilemma Regarding Determining Cause of Death vs. Heart Valve Procurement for Tissue Donation.** National Assoc. of Medical Examiner 34th Annual Conference, 17 September 2000, Indianapolis, IN.

30. Wetli, C.V., Golden, R.M., Genna, R: **Medical Examiner Conducted Disaster Exercise with Electronic Mapping.** September 2000 (Poster Presentation), National Association of Medical Examiners, Indianapolis, IN

31. Jentzen, J.M., Stephens, B., Wetli, C.V., Karch, S.: **The Certification of Cocaine-Related Deaths: A Survey of Medical Examiner Offices**. 18 September 2000 (Presented by Dr. Jentzen)

32. Shields, LBE, Hunsaker, D., Hunsaker, J., Holmes, R., Wetli, C.V.: **Atypical Autoerotic Deaths: An Ultra Extreme Sport**. Presented at the 37th Annual Meeting of the National Association of Medical Examiners, 20 Sept. 2003 in San Jose, CA, by Dr. Shields

33. Davis, NL; Wetli, CV; and Shakin, JL: The **Retina in Forensic Medicine: Applications of Ophthalmic Endoscopy – The first 100 Cases.** Presented at the 38th Annual Meeting of the National Association of Medical Examiners, 13 September 2004 in Nashville, TN by Dr. Neil Davis

34. Thomas, L and Wetli, CV: **The Medical Examiner in the 21st Century.** Presented to the Jurisprudence Section of the American Academy of Forensic Sciences, February 25, 2010, Seattle, WA (presented by Dr. Lindsey Thomas)

35. Graham, M., Karch, S. B., Wetli, C.V., Kroll, M. W., and Brave, M.: **Medical Examiner Collection of Comprehensive, Objective Medical Evidence for Conducted Electrical Weapons and Their Temporal Relationship to Sudden Arrest.** Presented at the annual meeting of the National Association of Medical Examiners, September 23, 2014, Portland, OR (presented by Dr. Mark Kroll).

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

36.    Brave, M.A., Krolll, M.W., Karch, S.B, Wetli, C.V., Graham, M.A., Kunz, S.N., and
       Panescu, D.: **Medical Examiner Collection of Comprehensive, Objective Medical
       Evidence for Conducted Electrical Weapons and Their Temporal Relationship to
       Sudden Arrest**. Presented at 19th International Conference on Forensic Scince and
       Crime, London, the United Kingdom, January 19-20, 2017 (presented by Dr. Kroll)


IX.    **GOVERNMENTAL TESTIMONY AND SYMPOSIA:**

1.     Cocaine Related Deaths:  U.S. House of Representatives Select Committee on Narcotics
       Abuse and Control, 96th Congress, 26 July 1979  (U.S. Govt. Printing Office SCNAC-
       96-1-9, 1980)

2.     Homicides and Drug-Related Deaths in Dade County, Florida, Dade County Grand Jury,
       11th Judicial Circuit of Florida, Fall term, 1981, 23 March 1982

3.     Cocaine-Related Deaths, New York State Division of Substance Abuse Services,
       Symposium on Cocaine, May 3 and 4, 1982, New York, N.Y. (Julio Martinez, Director)

4.     Methaqualone-Related Deaths, U.S. Senate Committee on Labor and Human Resources,
       Subcommittee on Investigations and General Oversight Hearing: Drug Abuse -
       Quaaludes, 13 May 1982  (Senator Paula Hawkins, Chairperson); Ninety-Seventh
       Congress, second session, pp 57-60

5.     Drug Abuse, Turks and Caicos Islands (British West Indies), "Hearts and Minds"
       Campaign (Invitation of Governor C.J. Turner and Minister of Health In Conjunction
       With U.S. Drug Enforcement Administration; 1-4 March 1983; 19-23 July 1983; 8-10
       November 1984)

6.     Death Related to Methaqualone and Cocaine in Current Topics in Drug and Alcohol
       Abuse Symposium, April 1983.  Sponsored by the Academy of Medicine of New Jersey,
       the Medical Society of New Jersey, and the New Jersey State Department of Health

7.     Cocaine, Governor's Council on Drug and Alcohol Abuse, September 12, 1984 - Miami,
       Florida

8.     Cocaine, President's Commission on Organized Crime, 27 November 1984, Washington,
       DC, (Hon. Irving R. Kaufman, Chairman; James D. Harmon, Jr., Exec. Dir): Hearing IV,
       Organized Crime and Cocaine Trafficking, pp. 108-128

9.     Cocaine, Governor's Task Force on Cocaine, Tallahassee, 4 September 1986, (Hon. Janet
       Reno, Chairperson); Senate Judiciary Committee (Criminal), Tallahassee, 2 Dec. 1986
       (Sen. Robert Johnson, Chairman)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

10.    Cocaine Toxicity:  Panel Evaluation of N.Y.P.D. Response to Emotionally Disturbed
       Persons & Victims of Cocaine Psychosis.  New York, N.Y., 5 Dec. 1989

11.    National Institute on Drug Abuse, Bethesda, MD. July 9-10, 1991:  "Acute Cocaine
       Intoxication: Current Methods of Treatment" (see NIDA Research Monograph No 123,
       NIH Publication 93-3498, 1993)

12.    National Transportation Safety Board - Investigative Hearings Concerning the Crash of
       TWA-800.  8 December 1997, Baltimore, MD

13.    NIH Teleconference:  Initiative on "Cardiovascular Complications Related to Cocaine
       Abuse in HIV Infection".  20 January 1998

CURRICULUM VITAE
CHARLES V. WETLI, M.D.


# BIBLIOGRAPHY

1.  Wetli, C.V.; Davis, J.H.; and Blackbourne, B.D.; **Narcotic Addiction in Dade County, Florida: An Analysis of 100 Consecutive Autopsies**, Arch Path 93:330-343, 1972

2.  Wetli, C.V.; Pardo, V.; Millard, M.; and Gersten, K; **Tumors of Ceruminous Glands**, Cancer 29:1169-1173, 1972

3.  Wetli, C.V.; Heal, A.V.; and Miale, J.B.: **A Previously Unrecognized Laboratory Hazard: Hepatitis-B Antigen-Positive Control and Diagnostic Sera**, Amer J Clin Path 59:684-687, 1973

4.  Wetli, C.V.; Noto, T.A.; and Fernandez-Carol, A.: **Immunologic Abnormalities in Heroin Addiction**, South Med J 67:193-197, 1974

5.  Tyler, T.C.; Chandler, J.R.; Wetli, C.V.; and Moffitt, B.M: **Olfactory Neuroblastoma**, South Med J 67:193-197, 1974

6.  Weissman, B.W. and Wetli, C.V.: **Ameloblastoma of the Maxilla**, South Med J 70:251-253, 1977

7.  Wetli, C.V. and Davis, J.H.: **Fatal Hyperkalemia Due to Oral Overdose of Potassium Chloride**, JAMA 240:1339, 1978 (Letter to Editor)

8.  Wetli, C.V. and Wright, R.K.: **Death Caused by Recreational Cocaine Use**, JAMA 241:2519-2522, 1979

9.  Wetli, C.V.: **Application of the Tri-ess Mini Metal Detector to Forensic Autopsies (or, How to Find the Elusive Projectile)**, J Forensic Sci 24:656-659, 1979

10. Wetli, C.V. and Bednarczyk, L.R.: **Deaths Related to Propoxyphene Overdose: - A Ten Year Assessment**, South Med J, 73:1205-1209, 1980

11. Wetli, C.V.: **Cocaine-Related Deaths in Local Drug Abuse: Trends, Patterns, and Issues - Proceedings of Community Correspondents Group**, NIDA, 1:106-123 (Dec.), 1980

12. Brown, D.L., Wetli, C.V., and Davis, J.H.: **Sudden Death from Primary Pulmonary Hypertension**, J Forensic Sci 26:381-386, 1981

13. Bednarczyk, L.R.; Wetli, C.V.; and Balkon, J: **Respirator Toxicology**, J Forensic Sci 26:373-380, 1981

12

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

14.   Wetli, C.V.; Wright, R.K., and Gressmann, E.:  **A Case of Naked Hyperthermia**, Forensic Pathology:  Check Sample, ASCP #FP 81-1 (FP-114), Vol. 23, No. 1, 1981 (May)

15.   Wetli, C.V. and Mittleman, R.E.:  **The Body Packer Syndrome - Toxicity Following Ingestion of Illicit Drugs Packaged for Transportation**, J Forensic Sci. 26:492-500, 1981

16.   Wetli, C.V., and Martinez, R.:  **The Forensic Science Aspects of Santeria - A Religious Cult of African Origin**, J. Forensic Sci, 26:506-514, 1981

17.   Fishbain, D. and Wetli, C.V.:  **Cocaine Intoxication, Delirium and Death in a Body Packer**, Ann of Emerg Med 10:531-532, 1981

18.   Wright, R.K., and Wetli, C.V.:  **A Guide to the Forensic Autopsy-Conceptual Aspects**, Sommers, S.C. and Rosen, P.P. (eds) 16:273-288, 1981, Path Ann: 1981, Part 2

19.   Wetli, C.V.:  **Methaqualone Abuse - Resurgence of the Quiet Epidemic** - Miami Medicine 51:21-25, 1981

20.   Mittleman, R.E. and Wetli, C.V.:  **The Fatal Cafe Coronary - Foreign Body Airway Obstruction**, JAMA 247:1285-1288, 1982 (translated into Finnish edition) (Abstract and critique in:  Emergency Medicine Survey 1:114-116, 1982) (Abstract in: Current Surgery 39:445-446, 1982

21.   Wetli, C.V. and Mittleman, R.E.:  **Aspiration of Food by Psychiatric Patients**, JAMA 248:1712, 1982 (Reply to Editorial Letter by Wendkos, M.H.)

22.   Mittleman, R.E. and Wetli, C.V.:  **The Threaded Bolt Injury** J Forensic Sci. 27:567-571, 1982

23.   Martinez, R., and Wetli, C.V.:  **Santeria: A Religious System of Afro-Cuban Origin**, Amer J Soc Psych 2:32-38, 1982

24.   Lowery, S., and Wetli, C.V.:  **Sexual Asphyxia - A Neglected Area of Study**, Deviant Behavior, 4:19-39, 1982

25.   Wetli, C.V.:  **Changing Patterns of Methaqualone Abuse - A Survey of 246 Fatalities**, JAMA 249:621-626, 1982 (translated into Japanese edition - August 1982)

26.   Deming, J.E., Mittleman, R.E., and Wetli, C.V.: **Forensic Science Aspects of Fatal Sexual Assaults on Females**, J Forensic Sci 28:527-576, 1983

27.   Wetli, C.V., and Martinez, R.:  **Brujeria - Manifestations of Palo Mayombe in South Florida**, J Fla Med Assoc 70:629-634, 1983

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

28.   Wetli, C.V., Roldan, E., and Fojaco, R.: **Listeriosis as a Cause of Maternal Death - An Obstetrical Complication of the Acquired Immunodeficiency Syndrome**, Amer J Obstet Gyn 147:7-9, 1983

29.   Wetli, C.V., Weiss, S.D. Cleary, T.J., and Gyori, E.: **Fungal Cerebritis from Intravenous Drug Abuse**, J Forensic Sci 29:260-268, 1984

30.   Wetli, C.V.: **Investigation of Drug-Related Deaths - An Overview**, Amer J Forensic Med and Path, 5:111-120, 1984

31.   Wetli, C.V., Roldan, E., and Fojaco, R.: **Listeriosis and AIDS - An Unfounded Assumption (Reply letter)**, Am J Obst Gyn 149:805-806, 1984

32.   Mittleman, R.E., and Wetli, C.V.: **Death from Recreational Cocaine Use - An Update**, JAMA 252: 1889-1893, 1984; JAMA Edition Français 10:244-247, 1985; 1986 Yearbook of Pathology and Clinical Pathology, pp 95-97

33.   Wetli, C.V.: **Drug Abuse Prevention: The Physician's Responsibility**, N.Y.S. Journal of Medicine 84:587, 1984 (commentary)

34.   Wetli, C.V. and Hensley, G.T.: **A Case of Haitian AIDS** - ASCP Check Sample: FP 84-5, Vol. 26. No. 5 (FP-136), 1984

35.   Suarez, R.V. and Wetli, C.V.: **Sudden Death Due to Coronary Artery Dissection** - ASCP Check Sample: FP-84:6, Vol. 26, No. 6 (FP-137), 1984

36.   Mittleman, R.E. and Wetli, C.V.: **Death Caused by Cocaine**, Human Sexuality 19:9, 1985

37.   Micozzi, M.S. and Wetli, C.V.: **Intravenous Amphetamine Abuse, Primary Cerebral Mucormycosis and Acquired Immunodeficiency**, J Forensic Sci 30:504-510, 1985

38.   Wetli, C.V., and Fishbain, D.A.: **Cocaine-Induced Psychosis and Sudden Death in Recreational Cocaine Users**, J Forensic Sci 30:873-880, 1985

39.   Eber, M. and Wetli, C.V.: **A Case of Autoerotic Sexual Asphyxia**, Psychotherapy 22:662-668, 1985

40.   Wetli, C.V.: **Let's Legalize Cocaine...and See What Happens**.  The Miami News, pg 9A, 29 Sept., 1986 (editorial)

41.   Beerman, R., Nunez, D., and Wetli, C.V.: **Radiographic Evaluation of the Cocaine Smuggler**, Gastrointestinal Radiol 11:352-354, 1986

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

42.     Mittleman, R.E. & Wetli, C.V.:  **Cocaine and Apparent "Natural Death"**, J Forensic Sci. 32:11-19, 1987

43.     Wetli, C.V.:  **Fatal Cocaine Intoxication - A Review**, Amer. J. Forensic Med. and Pathol 8:1-2, 1987

44.     Wetli, C.V.:  **Fatal Reactions to Cocaine**, in Cocaine - A Clinician's Handbook, Chapt. 4, pp 33-54; The Guilford Press, New York, 1987 (Washton, A. & Gold, M., eds)

45.     Mittleman, R.E.; Mittleman, H.S and Wetli, C.V: **Pattern Injuries in Child Abuse**, Amer J Nursing 87:1185-1188, 1987

46.     Wetli, C.V.:  **The Medical Examiner as an Expert Witness**.  The Practical Prosecutor, 1987:3-6, 1988 (Jan)

47.     Grey, T.C., Mittleman, R.E., Wetli, C.V., and Horowitz, S.: **Aortoesophageal Fistula and Sudden Death - A Report of Two Cases and a Review of the Literature**, Amer J Forensic Med and Pathol 91:19-23, 1988

48.     Rao, V.J. and Wetli, C.V.:  **The Forensic Significance of Conjunctival Petechiae**.  Amer J Forensic Med and Pathol 91:32-34, 1988

49.     Wetli, C.V.:  **The Medical Risks of Cocaine (editorial)** The West J of Med 148:456-457, 1988

50.     Wetli, C.V., Mittleman, R.E. and Rao, V.J.:  **Practical Forensic Pathology**. Igaku Shoin Publishers, Inc., April 1988, 1140 Avenue of the Americas, New York, New York 10036, ISBN 0-89640-144-8 (New York), ISBN 4-260-14144-9 (Tokyo)

51.     Wetli, C.V.:  **CAP Handbook on Unidentified Human Remains**, J Forensic Sci 33:852-853, 1988 (book review)

52.     Wetli, C.V. and Mittleman, R.E.:  **Forensic Pathology for The Hospital Pathologist - Part I**, Laboratory Medicine 20 (4):233-240, 1989 (Reprinted in J Amer Assoc Med Transcription 8(2):11-20, 1989)

53.     Wetli, C.V. and Mittleman, R.E.:  **Forensic Pathology for The Hospital Pathologist - Part II**, Laboratory Medicine 20 (5):299-304, 1989 (Reprinted in J Amer Assoc Med Transcription 8(4):27-36, 1989)

54.     Wetli, C.V.:  **Foreword to:  Santeria - The Religion**, by M. Gonzalez-Wippler, Harmony Books, New York, 1989, pp VII-X

55.     Wetli, C.V.:  **On Being an Expert Witness**, Laboratory Medicine 20:545-550, 1989

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

56.    Wetli, C.V.: **Afro-Caribbean Religious Cults - Santeria and Palo Mayombe**, Training Key #395, International Academy of Chiefs of Police, August, 1989

57.    Martinez, R. and Wetli, C.V.: **Tattoos of the Marielitos**, Amer J Forensic Med and Path 10:315-325, 1989

58.    Rodriguez, M. and Wetli, C.V.: **Sudden Death from Falciparum Malaria**, ASCP Check Sample FP 89-6 (FPK7) Vol. 31, No. 6, 1989

59.    Vila, R.I., Martin, J.V., Wetli, C.V. and Freeman, R.: **Accidental Death from a Black-Powder Rifle Breech Plug**, Amer J Forensic Med and Path 11(3):241-243, 1990

60.    Hearn, W.L., Flynn, D.D., Hime, G.W., Rose, S., Cofino, J.C., Mantero-Atienza, E. Wetli, C.V. and Mash, D.C.: **Cocaethylene:  A Unique Cocaine Metabolite Displays High Affinity for the Dopamine Transporter**, J Neurochemistry 56(2):698-701, 1991

61.    Escobedo, L.G., Ruttenber, A.J., Agocs, M.M., Anda, R.F., and Wetli, C.V.: **Emerging Patterns of Cocaine Use and the Epidemic of Cocaine Overdose Deaths in Dade County, Florida**. Arch Pathol and Lab Med 115:900-905, 1991

62.    Mittleman, R.E. and Wetli, C.V.: **The Pathology of Cocaine Abuse**, Adv Pathol and Lab Med 4:37-73, 1991

63.    Ruttenber, A.F., Sweeney, P.A. Mendlein, J.M., and Wetli, C.V.: **Preliminary Findings of an Epidemiologic Study of Cocaine-Related Deaths in Dade County, Florida.** NIDA Research Monograph 110, 1991 (Schober, S. and Schade, C., eds) pp 95-112 ISBN 0-16-035854-X, DHHS Publication No (ADM) 91-1787

64.    Bell, M.D., Rao, V.J., Wetli, C.V., and Rodriguez, R.N.: **Positional  Asphyxiation in Adults - A Series of 30 Cases from the Dade and Broward County Florida Medical Examiner Offices from 1982 to 1990.**  Amer J Forensic Med & Pathol 13(2):101-107, 1992

65.    Escobedo, L.G., Ruttenber, A.J., Anda, R.F., Sweeny, P.A. and Wetli, C.V.: **Coronary Artery Disease, Left Ventricular Hypertrophy, and the Risk of Cocaine Overdose Death**. Coronary Artery Disease 3:853-857, 1992

66.    Wetli, C.V.: **The Pathology of Cocaine:  Perspectives from the Autopsy Table in Acute Cocaine Intoxication:  Current Methods of Treatment**. NIDA Research Monograph 123, 1993, pp 172-182 (NIH Publication No 93-3498) - Reprinted in Practical Reviews in Pathology, Vol 18, No 3, July 1993 (Guest Transcript)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

67.    Wetli, C.V.:  **Investigation of Child Abuse Deaths**; CME Audiotape in Practical Reviews in Pathology, Vol 18, No 4, August 1993 (Guest Presentation)

68.    Pardo, V., Wetli, C.V., Strauss, J. and Bourgoignis, E.:  **Renal Complications of Drug Abuse and Human Immunodeficiency Virus**, in Renal Pathology, 2nd edition, Tischer, C.C. and Brenner, B.M. (eds), J.B. Lippincott, Phila. 1994, pp 390-418 (ISBN 0-397-51240-6)

69.    Wetli, C.V. and Davis, J.H.:  **Participation of Physicians in Capital Punishment (Letter to the Editor)**, New Eng J Med 330:936, 1994

70.    Wetli, C.V.:  **Review of "Pathology of Drug Abuse"** by Karch, S.B., Arch Pathol and Lab Med 118:553, 1994

71.    Staley, J., Basile, M., Wetli, C.V., Hearn, W.L., Flynn, D.D., Ruttenber, A.J. and Mash, D.C.:  **Differential Regulation of the Dopamine Transporter in Cocaine Overdose Deaths**.  In NIDA Research Monograph "Problems of Drug Dependence, 1993: Proceedings of the 55th Annual Scientific Meeting", Editor:  Louis S. Harris, Ph.D., 141, pp 32-38, 1994

72.    Staley, J.K, Hearn, W.L., Ruttenber, A.J., Wetli, C.V., and Mash, D.C.:  **High Affinity Cocaine Recognition Sites on the Dopamine Transporter are Elevated in Fatal Cocaine Overdose Victims**.  J. Pharm. and Exptl. Therapeutics 271:1678-1685.  1994

73.    Wetli, C.V.:  **Illicit Drug Abuse in Pathology of Environmental and Occupational Disease**, Craighead, J.D. (ed), Mosby-Year Book, Inc., St. Louis, Chapt. 15. pp 259-268, 1995 (ISBN 0-8016-C7776-9)

74.    Wetli, C.V.:  **Answering the Call to Court**, Advance for Laboratory Administrators 4:53-55, 1995. Advance for Physicians Assistants 4:27-32, 1996

75.    Raval, M.P., and Wetli, C.V.: **Sudden Death from Cocaine Induced Excited Delirium: An Analysis of 45 cases (abstract)** Amer J Clinical Path 104(3):329, 1995

76.    Wetli, C.V.:  **Forensic Issues**, in The Textbook of Penetrating Trauma, Part X, Special Considerations, Ivatury, R.R. and Cayten, C.G. (eds) Williams & Wilkins, Philadelphia, 1995 (1996), Chapt. 85, pp 1084-1099 (ISBN 0-683-04338-2)

77.    Karch, S.B. and Wetli, C.V.: **Agitated Delirium Versus Positional Asphyxia (letter to editor)** Ann. Emerg. Med. 26(6): 760-761, 1995.

78.    Wetli, C.V.:  **Fatal Lightning Strike** Amer Soc. Clinical Pathologists Check Sample FP96-1, 38 (1), 1996

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

79.     Lew, E.O. and Wetli, C.V.: **Mortality from Hurricane Andrew**. J Forensic Sci 41(3): 449-452, 1996.

80.     Wetli, C.V.: **Keraunopathology - An Analysis of 45 Cases** Amer J Forensic Med & Pathol. 17(2): 89-98, 1996.

81.     Resnik, B.I. and Wetli, C.V.: **Lichtenberg Figures** Amer J Forensic Med & Pathol. 17(2): 99-102, 1996.

82.     Wetli, C.V.: **Death Certificate Completion by Physicians** JAMA 276:279-280, 1996 (letter to editor).

83.     Wetli, C.V., Mash, D., and Karch, S.B.: **Cocaine-Associated Agitated Delirium and the Neuroleptic Malignant Syndrome** Am J Emerg. Med. 14:425-428, 1996.14:425-428, 1996.

84.     Ruttenber, A.J., Lawler-Heavener, Yin, M., Wetli, C.V., Hearn, W.L. & Mash, D.C.: **Fatal Excited Delirium Following Cocaine use: Epidemiologic Findings Provide New Evidence for Mechanisms of Cocaine Toxicity** J. Forensic Sci 42:25-31, 1997.

85.     Wetli, C.V.: **When Lawyers Call:  Pathologists and Laboratorians as Expert Witnesses**. ASCP Check Sample, Laboratory Practice Management (LPM 96-3) 2:35-48, 1997.

86.     DiPaolo, N., Fineschi, V., Dipaolo, M., Wetly (sic), C.V., Garosi, G., DelVecchio, M.T., and Bianciardi, G.: **Kidney Vascular Damage and Cocaine** Clinical Nephrology, 47:298-303, 1997.

87.     Fineschi, V., Wetli, C.V., DiPaolo, M. and Baroldi, G.: **Myocardial Necrosis and Cocaine**. Int J Legal Med 110:193-198, 1997.

88.     Wetli, C.V., Rao, A. and Rao, V.J.: **Fatal Heroin Body Packing**. Amer J Forensic Med & Pathol 18:312-318, 1997.

89.     Wetli, C.V. (ed): **Pathology of Drug Abuse** in Drug Abuse Handbook, Karch, S.B. (ed.-in-chief), CRC Press, Boca Raton, Chap. 1, pp 77-150, 1998, ISBN 0-8493-2637-0. Second Edition: Taylor and Francis Group, Boca Raton, FL, Chapter 2, pp 71-146, 2007 (ISBN 10-08493-1690-1; 13-978-0-8493-1690-6)

90.     Hollander, J.E., Levitt, M.A., Young, G.P., Briglia, E., Wetli, C.V., and Gawad, Y.: **Effect of Recent Cocaine Use on the Specificity of Cardiac Markers for Diagnosis of Acute Myocardial Infarction**. Am. Heart J 135:245-252, 1998

91.     Wetli, C.V.: **Commentary on Genius vs State  (986 F.Supp. 668 D. Mass 1997)  Hex Appeal: Did Voodoo Terror Bring Insanity?** Forensic Echo 2:3-4, 1998

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

92.    Wetli, C.V., Mittleman, R.E., and Rao, V.J.:  **An Atlas of Forensic Pathology (subtitle Forensic Pathology - A Descriptive Atlas of the Latter Twentieth Century)**.  American Society of Clinical Pathologists (ASCP Press), Chicago, 1999   ISBN 0-89189-430-6

93.    Wetli, C.V.:  **Disaster's Trauma to Rescuers (commentary)**  Forensic Echo 3(6): 13-14, 1999 (May)

94.    Wetli, C.V.:  **Perspectives in Pathology:  The Two Worlds of Autopsy**.  Advance for Administrators of the Laboratory,  8(4):  14-16, 1999

95.    Okia, Z. and Wetli, C.V.:  **Arrythmogenic Right Ventricular Dysplasia and Sudden Death**.  Amer. Soc. Clin. Path. Check Sample FP 99-6  41(6): 75-92, 1999

96.    Wetli, C.V.:  **Body Traces Bullet**.  The Forensic Panel Letter 3(11): 16, 1999

97.    Ruttenber, AJ, McAnally, HB and Wetli, CV:  **Cocaine-Associated Rhabomyolysis and Excited Delirium: Different Stages of the same Syndrome**.  Am J Forensic Med & Pathol 20(2): 120-127, 1999

98.    Wetli, C.V.:  **Dead Baby Diagnosis Valid?  Commentary on People vs.Lind (Illinois, 718 N.E. 2d 316):  When Do Injuries Establish Intent?**  The Forensic Panel Letter (online http://www.forensicpanel.com), April 26, 2000.

99.    Wetli, C.V.:  **Book Review: Criminal Poisoning**: Investigation Guide for Law Enforcement, Toxicologists, Forensic Scientists and Attorneys by Trestial III, John Harris Lab. Med 32:49, 2001

100.   Torres-Matundan, E., and Wetli, C.V.: **Salicylate Poisoning**.  ASCP Check Sample FP00-09, 42(9): 113-124, 2001

101.   Wetli, C.V.:  **Autopsy Safety**.  Laboratory Medicine 32:451-453, 200

102.   Wetli, C.V. and Golden, R.M.:  **Mass Disaster Management**, ASCP Check Sample FP01-10, 43: 119-138, 2001

103.   Wetli, C.V., Kolovich, R.M. and Dinhofer, L.:  **Modified Cardiectomy: Documenting Sudden Cardiac Death in Hearts Selected for Valve Allograft Procurement**. Amer J Forensic Med & Pathol. 23(2): 137-141, 2002

104.   Wang, J., Biedrzycki, L., Wetli, C.V.: **Delayed Cardiac Death from Vehicular Trauma: Heart Attack by Motorcycle**.  ASCP Check Sample FP02-6, 44:69-81, 2002 (ISSN 1056-5922)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

105.    Wetli, C.V., Krivosta, G. and Sturiano, J.V.: **Open Revolver Cylinder at the Suicide Death Scene**. Amer J. Forensic Med & Pathol. 23(3): 229-233, 2002

106.    Wetli, C.V.: **The Medical Examiner's Role in Organ & Tissue Recovery**. On the Beat (NY Organ Donor Network). 6:12, 2003. Update (publication of UNOS – United Network for Organ Sharing), May-June, 2003, p. 29.

107.    Xiong, Z., Avella, J., and Wetli, C.V.: **Sudden Death Caused by 1,1-difluorethane Inhalation**. J Forensic Sci 49: 627-629, 2004

108.    Stephens, B.G., Jentzen, J.M., Karch, S., Mash, D.C. and Wetli, C.V.: **Criteria for the Interpretation of Cocaine Levels in Human Biological Samples and Their Relation to the Cause of Death**. Amer J Forensic Med and Pathol 25:1-10, 2004

109.    Stephens, B.G., Jentzen, J.M., Karch, S., Wetli, C.V., and Mash, D.C.: **National Association of Medical Examiners Position Paper on the Certification of Cocaine-Related Deaths**. Amer J Forensic Med and Pathol 25:11-13, 2004

110.    Avella, Joseph; Wetli, Charles V.; Wilson, James C.; Katz, Michael and Hahn, Timothy: **Fatal Olanzapine-Induced Hyperglycemic Ketoacidosis**. Amer J Forensic Med Pathol 25:172-175, 2004; reproduced in Psychiatry Review, 2:21-23, 2005

111.    Shields, L.B.E., Hunsaker, D.M., Hunsaker, J.C., Wetli, C.V. and Holmes, R.M.: **Atypical Autoerotic Death: Part II**. Amer J Forensic Med Pathol 26:53-62, 2005

112.    Wetli, C.V.: **Foreword to Forensic Pathology: Principles and Practice** by Dolinak, Matshes and Lew, 2005 , xxi-xxii, Elsevier, MA (ISBN 0-12-219951-0)

113.    Wetli, CV and Natarajan, GA: **Death in Custody, United States of America**. In Encyclopedia of Forensic and Legal Medicine, Vol. 2. pp 65-73, Payne-James, Byard, Corey and Henderson (eds.), Elsevier, Glasgow, 2005 (ISBN: 0-12-547970-0 {set})

114     Wetli, Charles V: **Excited Delirium**. Ibid, pp 276-288

115.    Wetli, Charles V.: **Excited Delirium** in Deaths in Custody, pp 99-112, Chapter 7, (Ross, DL and Chan, TC, eds.), Humana Press, Totowa, NJ, 2006

116.    Davis, NL, Wetli, CV and Shakin, JL: **The Retina in Forensic Medicine Applications of Ophthalmic Endoscopy: The first 100 Cases**. Amer J Forensic Med and Pathol 27: 1-10, 2006

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

117.    Davis, NL, Wetli, CV, and Shakin, JL: **Ophthalmic Endoscopy – The Retina in Forensic Medicine**  Check Sample, American Society for Forensic Pathology, FP 06-5 (FP 316), 48 (5):61-73, 2006

118.    Pinckard, JK, Wetli, CV & Graham, MA: **National Association of Medical Examiner Position Paper on the Medical Examiner Release of Organs and Tissues for Transplantation.** Amer J Forensic Med & Pathol 28 (3): 202-207, 2007

119.    Wetli, C.V.: **Overview of Pathology of Drug Abuse:  Scene of Death and the Autopsy** in Pathology, Toxicogenetics, and Criminalistics of Drug Abuse, Karch, S.B. (ed). CRC Press/Taylor and Francis Group, Boca Raton, FL,  Chapter 2, pp 71-78, 2008  ISBN 13:978-1-42005455-2

120.    Wetli, C.V.: **Sudden Unexpected Death in Custody (SUDIC)** in TASER Conducted Electrical Weapons:  Physiology, Pathology, and Law; Kroll, M.W. and Ho, J.D. (eds.), Chapter 30, pp 379-388, Springer Science + Business Media, New York, 2009;  ISBN978-0-387-85474-8

121.    Wetli, CV; Ponzin, D; Womack, C; and McCann, G: **Facilitating Donation – The Role of Key Stakeholders:  The Medical Examiner, the Coroner, the Hospital Pathologist, and the Funeral Director, in Tissue and Cell Donation - An Essential Guide**. Warwick, RM; Fehilym, D; Brubaker, S; and Eastlund, T (eds.); Chapter 9, pp 160-178, Wiley-Blackwell, Oxford, UK, 2009 ISBN 978-1-4051-6322-4

122.    Scheinin, L and Wetli, CV: **Sudden Death and Sickle Cell Trait – Medicolegal Considerations and Implications**.  Amer J Forensic Med & Pathol 30:201-208, 2009

123.    Mash, DC; Duque, L; Pablo, J; Qin, Y; Adi, N; Hyma, B; Karch, S; Druid, H; and Wetli, CV: **Brain Biomarkers for Identifying Excited Delirium as a Cause of Sudden Death**.  Forensic Science International, 190: e13-e19, 2009

124.    Wetli, CV and Davis, JA: **Pediatric Organ and Tissue Donation** in Forensic Pathology of Infancy and Childhood, Springer, 2014, (Collins, KA and Bayard, RA -- eds.) -- pages 1157-1171 (print ISBN 978-1-61779-402-5; online ISBN 978-1-61779-403-2)

125.    Kroll, MW;  Jiri, A; Wetli, CV; and Williams, HE: **Fatal Traumatic Brain Injury with Electrical Weapons Falls:** J. Forensic and Legal Medicine, 43: 12-19, 2016

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

# ADDENDUM I

## AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS ACTIVITIES

**Forensic Council of Commission on Continuing Education** 1982-1988 (Chairman, 1986-1988); ex officio 1989-2001; Forensic Resource Council, January 2002 - 2005

**Check Sample: Editor for Forensic Council**, 1985 - 2005
Associate Editor for Check Sample Program &
Editor-in-Chief of Anatomic Pathology, 1990-1993

**Executive Committee**, (Editorial Board), April 1993 - 2005

**Abstract Review Subcommittee for Anatomic Pathology**, May 1988 - present

**American Journal of Clinical Pathology Editorial Board**, Dec. 1996 - 2006

**Resident In-Service Examination ("RISE") National Contributing Editor for Forensic Pathology** (test committee), June 1998 - 2006

**George F. Stevenson Society**, Nov. 2000 - 2006

**ASCP Awards:**

Commission of Continuing Education Medal, November 1988
Distinguished Service Award, May 1989

**Check Samples Published:**

**FP 81 - Naked Hyperthermia** (ref. 14)
**FP 84-5 - Haitian AIDS** (ref. 34)
**FP 84-6 - Coronary Artery Dissection** (ref. 35)
**FP 89-6 - Sudden Death from Falciparum Malaria** (ref. 58)
**FP 96-1 - Fatal Lightning Strike** (ref. 78)
**LPM-96-3 - When Lawyers Call: Pathologists and Laboratorians as Expert Witnesses** (ref. 85)
**FP 00-09 - Aspirin Toxicity** (ref. 99)
**FP01-10 - Mass Disaster Management** (ref. 101)
**FP02-06 - Delayed Cardiac Death from Vehicular Trauma** (ref. 103)
**FP 06-5 (FP 316) - Ophthalmic Endoscopy – The Retina in Forensic Medicine** (ref. 116)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

**Teleconferences:**

Drug Overdose Deaths June and October, 1985; September 1988

Forensic Pathology for the Hospital Pathologist - Part I, May 1989

Anatomy of Firearms Injuries (Dr. Geetha Ann Natarajan, Co-director), October 1995

**ASCP Workshops:**

#4430:    **Man & Machine: Evaluating the Auto Accident Victim** (Co-director with Dr. James Benz), October 1982, October 1983; Revised, with Dr. Don Reay as Co-director: November 1985, April 1987, March 1993

#4436:    **Forensic Pathology for the Hospital Pathologist** (with Dr. Roger Mittleman as Co-director), October 1984, April 1985, November 1985, April 1986, March 1987, October 1987, April 1988, March 1989 October 1989, March 1991, April 1992, September 1995

#4443:    **Pathology of Drug Abuse** (with Dr. Allen Jones, Co-director) October 1988, October 1989, October 1990; (with Dr. Geetha Natarajan, Co-director), September 1995

#A-135:    **The Art of Courtroom Testimony**, October 1989 (Mini-workshop)

#4447:    **The Art of Courtroom Testimony**, October 1990, March 1991, October 1992, October 1993, October 1994, October 1996

#A-152:    **Euthanasia and Physician-Assisted Suicide** (Mini-workshop) October 1994

#4454:    **Anatomy of Firearms Injuries** (with Dr. Geetha Natarajan, Co-director) April 1995, April 1996, April 1997

#A-166:    **Death Certification**, October 1996, September 1997, October 2000 (Mini-Workshop)

#A-190:    **Forensic Pathology Chat Room**, October 2000

#R-233:    **Forensic Pathology Round Table** (Lawyers, Courts & Judges), October 2000 (Workshop #4410)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

**ASCP Dinner Seminars Presented:**

1982:   Spontaneous Human Combustion;
        Fungal Cerebritis in IV Cocaine Abuse

1983:   The Body Packer Syndrome;
        Graves, Skulls, and Blue Tattoos
        (Afro-Caribbean Religions).

1984:   Two Point Contact; (cylinder flare in GSW homicide)
        Psychotic Heat (excited delirium and cocaine).

1985:   Double Impact; (in automobile crash)
        Silence Please: Murder in Progress (firearms silencers)
        Lust Murder

1986:   Potential Significance of the Hexagram;
        Sudden Death in Crisis Intervention;
        Delayed Symptoms (Amoxapine Overdose);
        Blood, Alcohol and Trauma

1987:   Trial by Press;
        Hyperacute Cerebral Edema in an Adult

1988:   Blackpowder Backfire; (breech plug fatality)
        Sudden Death in Mental Illness (Neuroleptic Malignant Syndrome)

1989:   The Explosion  (deflagration vs bomb)
        A Fatal Breeze (CO poisoning).

1990:   An Epitaph of Adolfo De Jesus Constanzos;
        From Natural Causes (not so apparent manner of death).

1991:   A Maturational Arrest (in the grief reaction),
        The Hemlock Debate, (assisted suicide, euthanasia)
        If At First You Don't Succeed...; (multiple SGW suicide).
        Tales Bullets Tell (bullet cytology).

1992:   Time of Death;
        Candomble
        A Not-So-Spontaneous Subarachnoid Hemorrhage (vertebral artery laceration).

**CURRICULUM VITAE**
**CHARLES V. WETLI, M.D.**

1993:    Colombian Entrepreneur  (heroin body packer)
         Death of a Healthy Child  (child abuse)
         Deaths From Hurricane Andrew

1994:    A Matter of Position (gunshot wound problem solving);
         The Naked Truth (autoerotic sexual asphyxia)
         Chango's Revenge (Fatal Lightning Strike)

1995:    "The Chameleon" (approach to the Police Shooting);
         Fatal Firearm Facsimile (Black Powder Firearms)
         Gasping Baby Syndrome (Benzyl Alcohol Toxicity)

1996:    Degenerate Dissection (Heroin Body Packer)
         Degenerative Deglutination (Food Aspiration in Elderly)
         Acute Exhaustive Mania, Excited Delirium and the Neuroleptic Malignant Syndrome

1997:    Press, Politics and Mass Disaster (TWA 800 Disaster).
         Of Broken Bones and Dry Gas (Homicidal Methanol Poisoning)
         Forensic Stridor (Sudden Death from Laryngeal Tuberculosis)

2000:    Modified Cardiectomy
         Suicide with Open Revolver Cylinder

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

# ADDENDUM II

## ACTIVITIES ASSOCIATED WITH ORGAN AND TISSUE PROCUREMENT FOR TRANSPLANTATION

Medical Examiner and Coroner Advisory Committee for the **American Red Cross**, 1998-2005

Ad Hoc Committee of the **National Association of Medical Examiners** for Developing Guidelines for the Relationship between Tissue Procurement Agencies and Medical Examiners/Coroners, 01/01 – 12/14; appointed chairman 02/05-06/12

Medical Advisory Board and Chairman of the Tissue Subcommittee for the **New York Organ Donor Network**, 10/01 – 02/09

Medical Examiner and Coroner Advisory Board for the **Musculoskeletal Tissue Foundation** (Co-Chair), February 2006-2011

**Publications:**

106. Wetli, C.V.: **The Medical Examiner's Role in Organ & Tissue Recovery**.  On the Beat (NY Organ Donor Network).  6:12, 2003.  Update (publication of UNOS – United Network for Organ Sharing), May-June, 2003, p. 29 (ref. 105)

103. Wetli,C.V., Kolovich, R.M. and Dinhofer, L.:  **Modified Cardiectomy: Documenting Sudden Cardiac Death in Hearts Selected for Valve Allograft Procurement**. Amer J Forensic Med & Pathol. 23(2): 137-141, 2002 (ref. 102)

121. . Wetli, CV; Ponzin, D; Womack, C; and McCann, G:  **Facilitating Donation – The Role of Key Stakeholders:  The Medical Examiner, the Coroner, the Hospital Pathologist, and the Funeral Director**, in *Tissue and Cell Donation - An Essential Guide*. Warwick, RM; Fehilym, D; Brubaker, S; and Eastlund, T (eds.); Chapter 9, pp 160-178,Wiley-Blackwell, Oxford, UK, 2009 ISBN 978-1-4051-6322-4 (ref 119)

118. Pinckard, JK, Wetli, CV, and Graham, MA:  **National Association of Medical Examiner Position Paper on the Medical Examiner Release of Organs and Tissues for Transplantation.**  Amer J Forensic Med and Pathol 28 (3): 202-207, 2007

124. Wetli, CV and Davis, JA:  **Pediatric Organ and Tissue Donation** in *Forensic Pathology of Infancy and Childhood*, Springer, NY, 2014 (Collins, KA and Byard, RA - eds.); pages 1157-1171  (Print ISBN 978-1-61779-402-5; Online ISBN 978-1-61779-403-2)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.


**Presentations at the American Association of Tissue Banks:**

2001:   Modified Cardiectomy
2005:   Medical Examiners and Tissue Procurement (panel)


# ADDENDUM III

## AWARDS

Far East United Nations Command:  Certificate of Appreciation, April, 1975

United States Army Commendation Medal, August, 1976

American Society of Clinical Pathologists Commission on Continuing Education Medal, 11/88

American Society of Clinical Pathologists Distinguished Service Award, May 1989

National College of District Attorneys Lecturer of Merit Award, June 1990

NYS Trauma Physician of Distinction, 1999
(Presented by NYS Trauma Committee, American Trauma Society, NY Division)
(Note:  The only pathologist to ever receive this award)

National Association of Counties Award (Best in Category):  Mass Disaster Preparedness
Program, May 2000

St. Louis University School of Medicine:  The George E. Gantner Memorial Lecture Award, July
23, 2007

Professional Leadership Award presented by The Association of Organ Procurement
Organizations (AOPO), October 14, 2013 (presented at the annual meeting of the National
Association of Medical Examiners, Milwaukee, WI)