```
RECORDS DIVISION          FAX NO. : 7728733284        May. 21 2014 02:36PM  P2
Inc#14016522 Date: 5/11/2014    EMS ID: 5604; FDID: 24012       Patient: Docher, Tavares
```



## Saint Lucie County Fire District
5160 NW Milner DrivePort St. Lucie, FL 34983
Phone: (772) 621-3400

| Incident |
|---|
| Incident Date: 05/11/2014 18:29:56  Incident Number: 14016522 |
| Incident Location: 301 E PRIMA VISTA Blvd Fort Pierce, St. Lucie County 34952 |
| Patient 1 of 1; Rescue 3; Shift: A |
| Docher, Tavares 29 Years old, Male |

| |
|---|
| PAST MEDICAL HISTORY: Unknown |
| ALLERGIES: Unknown |
| MEDICATIONS: Unknown |

| ASSESSMENT 05/11/2014 18:36:00 |
|---|
| Breathing Quantity Adult Fast 20 - 30 |
| Venous hemorrhage controlled by PTA |
| Carotid Pulse Not Assessed |
| Radial Pulse Not Assessed |
| Brachial Pulse Not Assessed |
| Femoral Pulse Not Assessed |
| Mucous Membrane Normal |
| Central Body Color Normal |
| Extremities Normal |
| Skin Moisture Moist |
| WITHIN NORMAL LIMITS (Airway, Breathing Quality, Accessory Muscle Use, Chest Rise, Skin Temp, Skin Turgor, Cap Refill) Rosario, Jose EMT-Paramedic (PMD512500) |

| ASSESSMENT 05/11/2014 18:40:00 |
|---|
| Breathing Quantity Not Breathing |
| Chest Rise: No Chest Rise |
| Capillary hemorrhage |
| Carotid Pulse Not Present |
| Radial Pulse Not Present |
| Brachial Pulse Not Present |
| Femoral Pulse Not Present |
| Mucous Membrane Normal |
| Central Body Color Normal |
| Extremities Normal |
| Skin Moisture Moist |
| Capillary Refill Greater than 2 Seconds |
| WITHIN NORMAL LIMITS (Airway, Breathing Quality, Accessory Muscle Use, Skin Temp, |

PRINTED BY: BVA8530
DATE 6/5/2014

Printed By: MACHADO, KELLY ...        Printed: 05/21/2014              Page 1 of 6

FROM :SLCFD RECORDS DIVISION          FAX NO. :7728733284          May. 21 2014 02:37PM   P4
Inc#14016522 Date: 5/11/2014           EMS ID: 5604; FDID: 24012               Patient: Docher, Tavares

## Narrative

H - Rescue was called to the scene for a trauma. Upon arrival S.O. related that the pt was very combative and very strong and was able to displace many of the officers on scene by himself. One officer stated that there was ETOH involved and he believes that the pt is on something because he was so strong. Some of the officers on scene were injured during the struggle. No verbal response from the pt during the call.

O - Upon initial assessment arrived to find Pt on the ground with S.O. officers subduing him and seemingly controlling him. Pt was still active while S.O. officers were on him. A LAC was noted to pt's R side of the head with minimal to no bleeding. Pt's L side was towards the pavement. Above pt's head was a puddle of blood. (S.O. stated that it came about during and after their struggle). Pt's nose and mouth had fresh blood on them. Airway was Patent, Respirations were rapid, Radial Pulses rapid, Skin was moist, See injury section for assessment done.

T - Assessment performed. Pt was very combative and would not stay on LSB with CID. Due to combativeness the pt was given 4mg of Ativan IM in the R buttocks. Stretcher was moved in place by S.O. officer and Pt was lifted by S.O. team to the stretcher. Pt was re-evaluated and was determined to be apneic and pulseless. Pt was immediately placed in the rescue next to the scene. 4 lead ekg confirmed that the pt was in asystole. CPR was immediately ordered. Vitals and Tx. are as stated in flowsheet. King airway used for immediate airway control. IV in jugular done on pt. Pt was given a total of 1mg of Epi. and 50meq of Sodium Bicarb (for poss acidosis). Pt was defibrillated at 120j with CPR to follow upon reassessment pt showed bounding pulse on his chest. EKG showed SVT. Pt was cardioverted at 100j. Pt later showed NSR with (+) mechanical pulses.

R - Upon reassessment Pt had ROSC prior to turnover. Pt care TOT ER staff with verbal report w/o incident.

Witness statement taken from rescue crew after call. R3 was placed OOS until statement and decon was done.

## Treatment

| Time | Treatment | |
|---|---|---|
| 18:36:00 | Assessment-Adult , Rosario, Jose EMT-Paramedic (PMD512500) (Unchanged) | |
| 18:38:00 | Pulse: 110 Regular and Rapid<br>Resp: 28<br>Respiratory Effort: Normal | Responsiveness: Painful |
| 18:39:00 | Backboard, Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) (with CID. Pt would not tolerate. Pt very combative) | |
| 18:40:00 | Ativan (4 mg) Intramuscular, Rosario, Jose EMT-Paramedic (PMD512500) (Improved) (Pt stopped being combative) | |
| 18:43:00 | Pulse: 0 Not Present | GCS: 1 None; 1 None; 1 None = 3<br>SaO2: 100% |
| 18:43:00 | Pulse Oximetry, Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) | |
| 18:43:00 | ECG 4-lead , Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) | |

DATE   6/5/2014

FROM :SLCFD RECORDS DIVISION    FAX NO. :7728733284    May. 21 2014 02:37PM P5
Inc#14016522 Date: 5/11/2014   EMS ID: 5604; FDID: 24012   Patient: Docher, Tavares

| Time | Event |
|---|---|
| | (asystole) |
| 18:43:00 | Airway - King Airway, successful, 1 attempt, Rosario, Jose EMT-Paramedic (PMD512500) (Unchanged) Tube Size: 5.0 Tube Depth: 22 cm Breath Sounds: Equal Tube Confirmation: Negative Auscultation of the Epigastrium, Auscultation of Bilateral Breath Sounds, Waveform CO2 Confirmation<br>Tube Confirmation Upon Transfer: Auscultation of Bilateral Breath Sounds, Waveform CO2 Confirmation |
| 18:43:00 | CPR, successful, 1 attempt, Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) |
| 18:44:00 | Capnography Waveform, Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) (40) |
| 18:47:00 | External Jugular Line Normal Saline, Successful. Started in Left External Jugular (1 attempt) (18 gauge) (10 CCs total) (Wide Open) Rosario, Jose EMT-Paramedic (PMD512500)<br>(Unchanged) Fluid Challenge (Secure With Occlusive Dressing) |
| 18:47:00 | Pulse: 0 Not Present / Rhythm: Asystole — GCS: 1 None; 1 None; 1 None = 3 / End Tidal C02 mm Hg: 40 |
| 18:48:00 | Epinephrine 1:10,000 (1 mg) Intravenous, Rosario, Jose EMT-Paramedic (PMD512500) (Unchanged) |
| 18:48:00 | CPR, successful, 1 attempt, St. Lucie County Sheriffs Office () (Unchanged) |
| 18:49:00 | Sodium Bicarbonate 8.4 (50 meq) Intravenous, Rosario, Jose EMT-Paramedic (PMD512500) (Unchanged) (given for possible acidosis (+)hydrogen ion) |
| 18:52:00 | Resp: 16 / Rhythm: V. Tach — GCS: 1 None; 1 None; 1 None = 3 / Sa02: 100% / End Tidal C02 mm Hg: 40 |
| 18:53:00 | Defibrillation - Automated (AED) (120 joules), successful, 1 attempt, Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) (CPR delivered after for 2 min) |
| 18:56:00 | Cardioversion (100 joules), successful, 1 attempt, Sinclair, Thomas EMT-Paramedic (PMD514299) (Improved) (went from SVT to NSR) |
| 18:56:00 | Pulse: 82 Regular and Normal / Resp: 16 / Rhythm: NSR — GCS: 1 None; 1 None; 1 None = 3 / Sa02: 100% / End Tidal C02 mm Hg: 40 / Responsiveness: Unresponsive |

## Impression

Primary Impression: Behavioral / psychiatric disorder  Secondary Impression: Traumatic injury  Other Impressions: Cardiac arrest

## Incident Details

Incident location: 301 E PRIMA VISTA Blvd Fort Pierce, St. Lucie County, FL 34952 ST03
Nature of call as dispatched: Traumatic Injury  Nature of call at scene: Traumatic Injury

PRINTED BY: BVA8339
DATE: 6/5/2014

Printed By: MACHADO, KELLY ...    Printed:05/21/2014    Page 4 of 6

FROM :SLCFD RECORDS DIVISION  
Inc#14016522 Date: 5/11/2014  
FAX NO. :7728733284  
EMS ID: 5604; FDID: 24012  
May. 21 2014 02:37PM P6  
Patient: Docher, Tavares

(Anatomic Location: General/Global) (Organ System: Skin ) (Primary Symptom: Bleeding ) (Other Symptom: Change in Responsiveness ) (Condition Code: Cardiac Arrest-Resucitation in Progress)  
Delay Turn Around: Documentation  
Disposition: Transport via Ground to St. Lucie Medical Center (Reason destination chosen: Closest Facility) Destination Zip Code: 34952  
Type of exposure on this run: None  
Medical Control Type: Protocol  
Report Given to: The ED Staff Belongings left with: The Patient  
This was a cardiac arrest. Etiology: Presumed Cardiac Witnessed by: Healthcare Provider Resuscitation attempts: Initiated Chest Compressions, Attempted Ventilation, Attempted Defibrillation - ALS Unit Shockable rhythm: No ROSC: Prior to ED Arrival and at the ED  
First monitored rhythm: Asystole  
05/11/2014 18:29:56 Call Received  
05/11/2014 18:30:12 Dispatched  
05/11/2014 18:30:46 Depart  
05/11/2014 18:34:00 First Responder Arrives  
05/11/2014 18:34:00 Arrive Location  
05/11/2014 18:36:00 Patient Contact  
05/11/2014 18:47:45 Unit Departs  
05/11/2014 18:56:10 Arrive Destination  
05/11/2014 19:22:39 Available  
Response to scene: Priority One Response from scene: Priority One  
Call Level: ALS-2  
How EMS Accessed: 911  
Scene Odometer: 1.0 Destination Odometer: 5.7 Total Miles: 4.7  
Total Patients Transported This Unit: 1  
Lead Crew Member: Rosario, Jose EMT-Paramedic (PMD512500)  
Crew Member 2: Sinclair, Thomas EMT-Paramedic (PMD514299)

## Assisting

Engine 3 Dispatched: 05/11/2014 18:43:09 Enroute: 05/11/2014 18:43:50 Available: 05/11/2014 18:37:13, St. Lucie County Sheriffs Office ,

## Patient

DOCHER, TAVARES DOB: 07/04/1984 29 YEARS OLD,  
Black, Male, 100 lbs  
301 E PRIMA VISTA Blvd  
Fort Pierce, FL 34952  
SSN#: 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

## Billing

## NFIRS

Exposure #: 000 Incident Type: 300 Rescue, emergency medical call (EMS) call, other Action Taken: 30 Emergency medical services, other  
PRINTED BY: BVA8530  
DATE   6/5/2014

Printed By: MACHADO, KELLY ...   Printed:05/21/2014   Page 5 of 6

Inc#14016522 Date: 5/11/2014          FAX NO. : 7728733284          May. 21 2014 02:37PM P7
                                      EMS ID: 5604; FDID: 24012              Patient: Docher, Tavares

N None
Property Use: 900 Outside or special property, other
RESPONDING UNITS:
Suppression [Apparatus:1 Personnel:3]
EMS [Apparatus:1 Personnel:2]
Other [Apparatus:0 Personnel:0]
Includes no mutual aid resources.
Human Factors Involved: N None
Other Factors Involved: N None
Impression: 14 Behavioral/psych Condition of Patient: 1 Improved
Census Tract:

**Signatures**

**Crew Signatures**

Signed by Rosario, Jose EMT-Paramedic (PMD512500) at 05/14/2014 16:52:17

Created with Emergency-Pro; Copyright © 1994-2011 Documed Systems International Inc.

PRINTED BY: BVA8530
DATE       6/5/2014

Printed By: MACHADO, KELLY ...          Printed:05/21/2014                          Page 6 of 6

FROM :SLCFD RECORDS DIVISION        FAX NO. :7728733284        May. 21 2014 02:36PM P3
Inc#14016522 Date: 5/11/2014        EMS ID: 5604; FDID: 24012       Patient: Docher, Tavares

Skin Turgor) Rosario, Jose EMT-Paramedic (PMD512500)

## ASSESSMENT 05/11/2014 18:46:00

Breathing Quality assisted
Breathing Quantity Assisted with BVM
Venous hemorrhage
Carotid Pulse Not Assessed
Radial Pulse Not Assessed
Brachial Pulse Not Assessed
Femoral Pulse Not Assessed
Mucous Membrane Normal
Central Body Color Normal
Extremities Normal
Capillary Refill None
WITHIN NORMAL LIMITS (Airway, Accessory Muscle Use, Chest Rise, Skin Temp, Skin Moisture, Skin Turgor) Rosario, Jose EMT-Paramedic (PMD512500)

## ASSESSMENT 05/11/2014 18:50:00

Breathing Quality Not Breathing
Breathing Quantity Assisted with BVM
Venous hemorrhage
Carotid Pulse Not Assessed
Radial Pulse Not Assessed
Brachial Pulse Not Assessed
Femoral Pulse Not Assessed
Mucous Membrane Normal
Central Body Color Normal
Extremities Normal
WITHIN NORMAL LIMITS (Airway, Accessory Muscle Use, Chest Rise, Skin Temp, Skin Moisture, Skin Turgor) Rosario, Jose EMT-Paramedic (PMD512500)

## ASSESSMENT 05/11/2014 18:57:00

Breathing Quality breathing
Breathing Quantity Assisted with BVM
Venous hemorrhage
Brachial Pulse Not Assessed
Femoral Pulse Not Assessed
Mucous Membrane Normal
Central Body Color Normal
Extremities Normal
WITHIN NORMAL LIMITS (Airway, Accessory Muscle Use, Chest Rise, Carotid Pulse, Radial Pulse, Skin Temp, Skin Moisture, Skin Turgor, Cap Refill) Rosario, Jose EMT-Paramedic (PMD512500)

### Secondary Assessment (Injury)

HEAD - Laceration:Right Forehead (superior/lateral to browridge. Minimal bleeding noted).

Printed By: MACHADO, KELLY ...        Printed:05/21/2014        Page 2 of 6