UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

       Plaintiffs,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

       Defendants.
_____/

CASE NO.: 2:16cv14413

## DEFENDANTS' EXPERT DISCLOSURES

Defendants KEN J. MASCARA, CHRISTOPHER NEWMAN, CLAYLAN MANGRUM, CALVIN ROBINSON and WADE COURTEMANCHE, by and through their undersigned counsel, in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, file this their Expert Disclosures and would state as follows:

**RETAINED EXPERTS**

1.     Teri Stockham, M.S.F.S., Ph.D.
        Teri Stockham, Ph.D., Inc.
        9218 Meridian Drive West
        Parkland, FL 33076

        See attached expert report, CV, recent deposition and trial testimony list, and fee schedule for work as an expert witness as Composite Exhibit A. Dr. Stockham is expected to testify in the case and give opinions consistent with her report.

1

EXHIBIT A

2.       Charles V. Wetli, M.D.
         2 Berkery Place
         Alpine, NJ 07620

         See attached expert report, CV, recent deposition and trial testimony list, and fee schedule as an expert witness as Composite Exhibit B. Dr. Wetli is expected to testify in the case and give opinions consistent with his report.

3.       Gary M. Vilke, M.D., FACEP, FAAEM
         11582 Normanton Way
         San Diego, CA 92131

         See attached expert report, CV, recent deposition and trial testimony list, and fee schedule as an expert as Composite Exhibit C. Dr. Vilke is expected to testify in the case and give opinions consistent with his report.

4.       Chief Mark S. Dunston
         PO Box 1706
         Ocean Springs, MS 39566

         See attached expert report, CV, recent deposition and trial testimony list, and fee schedule as an expert as Composite Exhibit D. Chief Dunston is expected to testify in the case and give opinions consistent with his report.

5.       Douglas S. Lacey
         BEK TEK, LLC
         Forensic Audio/Video/Image Consultants
         9 Kingsland Drive
         Suite 111
         Stafford, VA 22556

         See attached expert report, CV, recent deposition and trial testimony list, and fee schedule as an expert as Composite Exhibit E. Mr. Lacey is expected to testify in the case and give opinions consistent with his enhancement of videos.

6.       Stephen E. Durham, Ph.D.
         100 North Tampa Street
         Suite 2410
         Tampa, FL 33602

         See attached expert report, CV, recent deposition and trial testimony list, and fee schedule as an expert as Composite Exhibit F. Dr. Durham is expected to testify in the case and give opinion consistent with his report.

7.       Michael Shahnasarian, Ph.D.
         Career Consultants of America

11019 N. Dale Mabry Hwy
Tampa, FL 33618

See attached expert report and CV as Composite Exhibit G. As of the filing of Defendants' Expert Disclosures, the Defendants have not received copy of Dr. Shahnasarian's recent deposition and trial testimony list, and fee schedule as an expert. Defendants' Supplemental Expert Dislcosures to follow, upon receipt of Dr. Shahnasarian's recent deposition and trial testimony list, and fee schedule. Dr. Shahnasarian is expected to testify in the case and give opinion consistent with his report.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was emailed to: **ADAM S. HECHT, ESQUIRE,** Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, Florida 33409, ash@searcylaw.com, axs@searcylaw.com; mal@searcylaw.com; jcx@searcylaw.com; **HUGH L. KOERNER, ESQUIRE**, Hugh L. Koerner, P.A., Sheridan Executive Centre, 3475 Sheridan Street, Suite 208, Hollywood, FL 33021, hlklaw@hughkoerner.com, and **BENJAMIN W. NEWMAN, ESQUIRE,** Wilson Elser Moskowitz Edelman & Dicker, LLP, 111 N. Orange Ave., Suite 1200, Orlando, FL 32801, ben.newman@wilsonelser.com; julie.tyk@wilsonelser.com this **23rd** of August, 2017.

          PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
          Attorneys for Defendants
          2455 East Sunrise Boulevard, Suite 1216
          Fort Lauderdale, Florida 33304
          Telephone (954) 462-3200
          Telecopier (954) 462-3861

BY    *s/ Summer M. Barranco*
       SUMMER M. BARRANCO
       Florida Bar No. 984663