# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. : 2:16cv14413


TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

      Plaintiffs,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

      Defendants.
_____/


DEPOSITION OF MERINE KANHAI

DATE:                July 31st, 2017

TIME:                11:23 a.m.

PLACE:               201 SW Port St. Lucie Blvd, Suite 108
                     Port St. Lucie, Florida 34984

TAKEN BY:            GREGORY J. JOLLY, ESQ.

REPORTER:            VANESSA G. ARCHER, FPR, Notary
                     Public of the State of Florida at Large

50620c06-557f-4b02-878f-b684b182267b

```
                                                              Page 2
 1    APPEARANCES:

 2

      FOR PLAINTIFF:        SEARCY, DENNEY, SCAROLA,
 3                          BARNHART & SHIPLEY, P.A.
                            2139 Palm Beach Lakes Blvd.
 4                          West Palm Beach, Florida 33409
                            BY:  ADAM S. HECHT, ESQUIRE
 5                          561-686-6300
                            ash@searcylaw.com
 6

 7    FOR DEFENDANT
      ST. LUCIE COUNTY
 8    FIRE DISTRICT:        WILSON, ELSER
                            111 N Orange Ave, Suite 1200
 9                          Orlando, Florida 32801-2361
                            BY:  BENJAMIN W. NEWMAN, ESQUIRE
10                          407-203-7599
                            ben.newman@wilsonelser.com
11

12    FOR DEFENDANTS
      NEWMAN, MANGRUM,
13    ROBINSON,
      COURTEMANCHE and
14    SHERIFF:              PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
                            2455 East Sunrise Blvd, Suite 1216
15                          Fort Lauderdale, Florida 33304
                            BY:  GREGORY J. JOLLY, ESQUIRE
16                          (954) 462-3200
                            greg@purdylaw.com
17

18

19

20

21

22

23

24

25
```

50620c06-557f-4b02-878f-b684b182267b

```
                                                       Page 3
 1                         I-N-D-E-X

 2     July 31, 2017

 3     MERINE KANHAI

 4                          DIRECT    CROSS    REDIRECT    RECROSS

 5     By Mr. Jolly            4                 28

 6     By Mr. Hecht                     20

 7     By Mr. Newman                    27

 8                          EXHIBITS

 9                                                   Marked

10     No Exhibits

11

12

13

14

15

16

17     Letter to Merine Kanhai

18     Errata Sheets (to be forwarded upon completion)

19

20

21

22

23

24

25
```

50620c06-557f-4b02-878f-b684b182267b

```
                                              Page 4
 1    AND THEREUPON,

 2              MERINE KANHAI,

 3    called as a witness on behalf of Defendants, herein, after

 4    having been first duly sworn, was examined and testified as

 5    follows:

 6              THE WITNESS:  I do.

 7                   DIRECT EXAMINATION

 8    BY MR. JOLLY:

 9         Q    Would you state your name for the record.

10         A    My name is Merine Kanhai.

11         Q    Can you spell that for us.

12         A    M-e-r-i-n-e, K-a-n-h-a-i.

13         Q    Ms. Kanhai?

14         A    Kanhai, yes.

15         Q    I introduced myself to you off the record.

16    On the record my name's Greg Jolly and I represent

17    the Sheriff in a lawsuit filed by Tavares Docher.

18              Have you ever given a deposition

19    before?

20         A    No.

21         Q    Okay.  I'm going to go through some of the

22    ground rules for you.

23         A    Is this recorded?

24         Q    It's transcribed, and that'll be part of

25    the instruction that I give you.
```

50620c06-557f-4b02-878f-b684b182267b

```
1                So everything we say is going to be
2    taken down by the reporter here.  And so because of
3    that, I'm going to ask that all your answers be
4    verbal.  You're doing it now and it's natural to
5    shake your head yes or shake your head no.  I may
6    ask you to just say yes or no verbally just so we
7    have a good record.
8         A    Can I video record this, or not?
9         Q    Can you video record it?
10        A    Can I video record it?
11        Q    Why do you want to video record it?
12        A    I mean, I don't know.  It's just -- I
13   mean, it doesn't matter really.
14        Q    I've never had a witness ask me that
15   before, I don't know.
16             MR. HECHT:  You can get a copy of this so
17        you can have it.
18             THE WITNESS:  That's fine.
19             MR. HECHT:  Everything we say is being
20        written down, so you can keep that as a record.
21             THE WITNESS:  All right, cool.
22   BY MR. JOLLY:
23        Q    Also, because everything's being taken
24   down, I would just ask that you allow me to finish
25   my question first before you answer, and I'll try to
```

50620c06-557f-4b02-878f-b684b182267b

Page 6

1  extend the same courtesy, that way we're not talking

2  over each other.

3       A    Okay.

4       Q    And you just swore to tell the truth.  I

5  know you mentioned earlier you thought you were

6  going to be in a courthouse.  You're not, but the

7  oath is the same, so in other words you swore an

8  oath to tell the truth.  Do you understand that?

9       A    Yes, sir.

10      Q    We're here to talk about an event that

11 occurred on May 11, 2014 at the CVS.  Do you

12 remember something from that day?

13      A    I do.

14      Q    Did you go to the CVS that day?

15      A    I did.

16      Q    Tell me what you remember from that day?

17      A    I remember pulling up in the parking lot.

18 There was one sheriff car there parked, facing east,

19 the back car door was open.  And then there were

20 some officers holding down this black guy on the

21 ground.

22      Q    And I'm going to stop you there and kind

23 of break it down.

24           Do you remember how many -- I'll call

25 them deputies, it doesn't really matter.

50620c06-557f-4b02-878f-b684b182267b

1          Do you remember how many deputies

2    there were holding this gentleman on the ground?

3         A    There were three deputies there.  I don't

4    know how many of them were actually holding him

5    down.

6         Q    Do you remember what they looked like?

7         A    There was one black deputy and I believe

8    two white deputies.

9         Q    And where were you parked, if you

10   remember?

11        A    When I came in and swerved from hitting

12   the door, I came around.  I was parked facing --

13   like, coming to the CVS, you make that slight right

14   turn, I was parked facing south of -- like, it's

15   Prima Vista, I was facing south of Prima Vista.

16        Q    How far was your car from where the

17   deputies and the gentleman were?

18        A    I want to say at least maybe 30 feet

19   approximately.

20        Q    And after you parked, did you walk

21   immediately into the store, or did you -- tell me

22   what you did after you parked?

23        A    I stood to watch.

24        Q    And were you alone?

25        A    No.

Page 8

1        Q     Who was with you?

2        A     I was with my daughter, who was 16 or 17

3    at the time.

4        Q     We'll come back to that.

5              So you see deputies with the

6    gentleman on the ground.  Do you remember if the

7    gentleman was handcuffed at that time?

8        A     No.

9        Q     Do you not remember, or he was not

10   handcuffed?

11       A     He was not handcuffed.

12       Q     And you said he was already on the ground?

13       A     Yes.

14       Q     Did you witness any of the events that

15   preceded this gentleman being on the ground?

16       A     Some of it, yes.

17       Q     What did you observe?

18       A     I observed that he was laying on his

19   belly, and there was --

20       Q     I'm going to stop you, and I apologize for

21   interrupting you, but when you got there, was he

22   already on the ground?

23       A     He was already on the ground, yes.

24       Q     So you didn't see how he got on the

25   ground?

50620c06-557f-4b02-878f-b684b182267b

Page 9

```
 1        A     No.
 2        Q     Go on.  I'm sorry I interrupted you.
 3        A     That's okay.  So while he was still laying
 4   on the ground, there was two officers -- he was
 5   laying on his belly, there were two officers down by
 6   his leg area, there was one officer by his face
 7   area.  He was laying in a position where his arms
 8   were, like, under him.
 9        Q     I'm going to stop you.  Were both his arms
10   under him?
11        A     Well, one was like this, and there was
12   another arm underneath him (indicating).
13        Q     It's hard for the --
14        A     He was laying like this (indicating).
15        Q     I'm going to try to break it down because
16   it's hard for transcripts to say he was doing this,
17   so I'll try to have you describe it.
18        A     One arm was underneath his, like, his
19   right, under his right side, and the other hand was,
20   like, under his belly, like this (indicating).  And
21   they were trying to get him, I guess, to arrest him,
22   but the arms weren't free for them to do that.
23   There was one officer who was by his head area.  And
24   what I believe to see, this officer was, I don't
25   know, elbow him on his face, and the guy was
```

50620c06-557f-4b02-878f-b684b182267b

1    bleeding.

2         Q    While he was on the ground with his arms

3    in front of him, what was Mr. Docher doing at that

4    time?  Was he pushing up or --

5         A    Well, his legs were flying because they

6    were trying to restrain him and his legs were

7    flying, and they kept saying to him, stop resisting

8    arrest.

9         Q    What was he doing with his arms?

10        A    His arms were just there.  So his arms

11   weren't really where they would just take it and do

12   this (indicating), and handcuff him.  So when they

13   finally got his arms free, they handcuffed him.  And

14   his hand was over his head, like, he was laying like

15   this (indicating), they handcuffed with his hands

16   up, and then his arm came up front.  So he wasn't

17   handcuffed behind his back.

18        Q    So you saw his arms extended in front of

19   him --

20        A    But he was laying down.

21        Q    -- and that's when they handcuffed him?

22        A    Yes.

23        Q    You mentioned some elbow strikes, and I

24   need to ask you about that.  Do you remember which

25   deputy was delivering the elbow strikes?

50620c06-557f-4b02-878f-b684b182267b

Page 11

1      A    It was a Caucasian deputy.

2      Q    And do you remember where the elbow

3  strikes were being delivered on Mr. Docher?

4      A    From what I can remember, it was on the

5  right side, like, the cheeks, I believe, the right

6  face.

7      Q    And what was Mr. Docher doing when one of

8  the deputies was elbow striking him?

9      A    He was still moving, and he did say, don't

10  let them kill me.

11      Q    Was this while the elbow strikes were

12  being delivered?

13      A    I'm not sure if it's while, but some point

14  in time as the incident was happening.

15      Q    How far were you from where the deputies

16  were when this was happening, the elbow strikes?

17      A    I walked up a little bit closer.  I want

18  to say from my van, maybe about 20 to 25 feet.

19      Q    Did you observe Mr. Docher attempt to bite

20  the deputies at any time?

21      A    No, sir.

22      Q    I know you said the deputies were saying,

23  stop resisting.  Did you hear them say anything else

24  to Mr. Docher?

25      A    No, sir.

50620c06-557f-4b02-878f-b684b182267b

Page 12

1      Q    So what happens after you saw one of the

2    deputies deliver -- do you know how many elbow

3    strikes by the way, that you saw?

4      A    Maybe two.

5      Q    All by the same deputy?

6      A    Yes.

7      Q    Did you observe any of the other deputies

8    using force against Mr. Docher?

9           MR. HECHT:  Form.

10          THE WITNESS:  Not that I can remember.  I

11      know they were holding him down by his leg area

12      trying to get him stable or something.  I don't

13      recall.

14   BY MR. JOLLY:

15     Q    What did you observe next?

16     A    Well, the gentleman, the black guy that

17   was laying on the ground, when he was saying, don't

18   let them kill me, I don't know what transpired, but

19   they said to him the ambulance is on the way.

20     Q    Who said that?

21     A    One of the deputies.

22     Q    Do you remember which deputy?

23     A    I don't, I honestly don't remember which

24   one.  And then we got shooed away, to get further

25   away, to back away, and I was still standing outside

50620c06-557f-4b02-878f-b684b182267b

1    until the ambulance got there.  And he got up.

2         Q    Who got up?

3         A    Mr. Docher -- his name, you guys said,

4    yes?

5         Q    Yes, ma'am.

6         A    Got up, and then got him on the ambulance.

7              I don't know what happened after

8    that.  I know we were questioned by -- I don't

9    remember the gentleman's name.

10        Q    Was he representative of the sheriff?

11        A    I have his card.

12        Q    Do you have it on you?  You can look.

13        A    I did take a copy of it, picture of it,

14   way back when.

15        Q    While you're looking, I'm going to ask you

16   more questions if that's okay.

17              You said Mr. Docher got up.  What do

18   you mean by that?

19        A    Well, to get him onto the ambulance, as

20   far what I saw, but he was very bloody.

21        Q    How did he get up though?

22        A    Well, with help from the deputies, as far

23   as what I can remember, to get him onto the gurney

24   and for them to take care of him.

25              His name is David Blanchard, he's a

50620c06-557f-4b02-878f-b684b182267b

```
 1   Criminal Investigator Division.
 2        Q    Is that with the sheriff's office?
 3        A    Yes.
 4        Q    And I think you said you observed the
 5   ambulance arrive, correct?
 6        A    Yes.
 7        Q    Where were you when the ambulance arrived?
 8        A    I was at the front of the store by the
 9   entrance.
10        Q    Were you inside or outside?
11        A    I was outside.
12        Q    Were you alone?
13        A    No.
14        Q    Who was with you?
15        A    My daughter, Ariana.
16        Q    Did you meet a gentleman there named Sean
17   Mahoney?
18        A    Yes.
19        Q    Did you have a conversation with Sean
20   Mahoney on that day?
21        A    Yes.
22        Q    What did you talk about with Mr. Mahoney?
23             MR. HECHT:  Form.
24             THE WITNESS:  We talked about -- he was
25        there with his girl.  They were saying that why
```

50620c06-557f-4b02-878f-b684b182267b

Page 15

1          would the officer beating him up like that,
2          that looks like police brutality to me.
3     BY MR. JOLLY:
4          Q    That's what Mr. Mahoney was saying?
5          A    Yeah.  And I said, I have never seen
6     anything like that myself in my entire life.
7          Q    I think you said you didn't observe what
8     took place before the deputies ended up on the
9     ground with Mr. Docher?
10         A    No, no, I did not.
11         Q    Have you ever worked in law enforcement?
12         A    No, sir.
13         Q    Do you have any friends in law
14    enforcement?
15         A    Just acquaintance.
16         Q    Do you have any acquaintances with the St.
17    Lucie County Sheriff?
18         A    Not -- I would say yes.
19         Q    Can you tell me that person's name?
20         A    Deputy Goyette and Deputy Green.
21         Q    Have you talked with either Deputy Goyette
22    or Deputy Green about this incident that we're here
23    today?
24         A    No, sir.
25         Q    Have you ever seen a cell phone video that

50620c06-557f-4b02-878f-b684b182267b

```
 1   captured the subject incident?
 2        A    Yes, sir.
 3        Q    When did you see that?
 4        A    A couple of days after the incident.
 5        Q    How did you see it?
 6        A    The video was shared.  The same person
 7   that you mentioned, I don't remember his name.
 8   Sean?
 9        Q    Yes.
10        A    Shared it on his Facebook, which we are
11   not friends under Facebook, but I was able to --
12   because he said he was going to post it and he was
13   going to make that go viral.
14        Q    When did he say that?
15        A    At the time when I met him at the CVS
16   store, inside the store.  He was there with his
17   girlfriend and a kid, I'm not a hundred percent
18   sure.
19        Q    Have you had any conversations with
20   Mr. Mahoney since May 11, 2014?
21        A    No, sir.
22        Q    Do you know if your daughter has?
23        A    No, sir.
24        Q    When was the last time you saw the video,
25   the cell-phone video that you were talking about
```

50620c06-557f-4b02-878f-b684b182267b

Page 17

1   earlier?

2        A    That same year.  I mean, earlier that year

3   of the incident.  Other than that, no.

4        Q    So what happened after Mr. Docher was put

5   in the ambulance?

6        A    This investigator just they said we

7   couldn't leave, so we had to give a statement as to

8   what we saw at the time.

9        Q    Did any of the deputies tell you what to

10  say?

11       A    No, sir.

12       Q    Did you tell the truth?

13       A    Yes, sir.

14       Q    What did you do to prepare for your

15  deposition today?

16       A    Try to calm my anxiety.

17       Q    What were you anxious about?

18       A    I've never been in this situation before,

19  to have to do anything like this.  Because I do have

20  a history of anxiety, so of course that brings it

21  on.  I didn't know what to expect.

22       Q    Is it as bad as you thought it was going

23  to be?

24       A    Well, it's always nerve wracking when you

25  have to relive something for the first time, that

50620c06-557f-4b02-878f-b684b182267b

Page 18

```
 1   you, you know, ever saw something like that before.
 2        Q    Did you ever give any statements to anyone
 3   besides the statement you provided to the St. Lucie
 4   County Sheriff's detective, Deputy Blanchard?
 5        A    No, sir.
 6        Q    Have you had any conversations with any
 7   representatives of the plaintiff, Mr. Docher?
 8        A    No, sir.
 9        Q    Have you had any conversations with any of
10   the representatives, besides Deputy Blanchard, for
11   the sheriff?
12        A    No, sir.
13        Q    Do you know Deputy Newman, does that ring
14   a bell at all?
15        A    No, sir.
16        Q    How about Deputy Mangrum?
17        A    No, sir.
18        Q    How about Deputy Robinson?
19        A    No, sir.
20        Q    I think I'm just about done.
21             From the time you got into the
22   parking lot to the time Mr. Docher was put into the
23   ambulance, can you tell me approximately how much
24   time elapsed?
25        A    By the time I got there, probably about
```

50620c06-557f-4b02-878f-b684b182267b

Page 19

1  ten minutes on the ground, I would say a good 20

2  minutes from the time I got there.

3      Q    And what was happening when Mr. Docher was

4  on the ground?

5      A    Like I said earlier, there were two

6  deputies by his feet, and he was laying on his

7  belly, and there was a deputy by his head, with

8  Mr. Docher's face, the left side laying on the

9  ground and right side visible.  And all I heard was

10  the deputy repeatedly saying, stop resisting arrest.

11  And then the deputy elbowed him a couple of times on

12  the right side of his face, and Mr. Docher was

13  bleeding.

14      Q    When the elbow strikes were being

15  delivered, was Mr. Docher handcuffed?

16      A    No, sir.

17      Q    So the handcuffing occurred after the

18  elbow strikes?

19      A    Yes, sir.

20      Q    That's all the questions I have.  The

21  other attorneys may have some questions for you, but

22  thank you.

23      A    You're welcome.

24

25

50620c06-557f-4b02-878f-b684b182267b

```
 1                      CROSS-EXAMINATION
 2   BY MR. HECHT:
 3        Q    As I stated, my name's Adam Hecht, I
 4   represent Tavares Docher.
 5                  On May 11, 2014, and I know it was
 6   some years ago, but you were with your daughter
 7   going to the CVS that evening, correct?
 8        A    Yes, sir.
 9        Q    And why is it that you were going to the
10   CVS?
11        A    It was Mother's Day, I believe, and I went
12   to get a hair color.
13        Q    And when you arrived on scene, you told us
14   that you saw a few officers and my client, Tavares
15   Docher, who was laying on the ground, correct?
16        A    Correct.
17        Q    And you parked your car, correct?
18        A    Correct, yes, sir.
19        Q    And where is it that you walked to in
20   order to watch what was occurring at that time?
21        A    So I came up the CVS entrance, and the
22   deputy's car door was open, the passenger door, I
23   swerved around.  There was enough room where they
24   were laying where he was.  Came around.  And where
25   did I park?  Was that the --
```

50620c06-557f-4b02-878f-b684b182267b

Page 21

```
 1        Q    I want to know where it was that you were
 2   standing that you were watching this?
 3        A    I was standing -- I parked facing Prima
 4   Vista, that's south, and I came behind my van.
 5   So -- so I was behind my van looking on to the
 6   parking lot where the incident was taking place.
 7        Q    How much feet from Tavares Docher would
 8   you say that you were?
 9        A    I want to say about 30 feet maybe.
10        Q    And was there already a crowd of people
11   that were watching this?
12        A    No.  Because it was around after
13   6:00 p.m., I believe, and there was a only a few
14   people in the store.  It was myself, my daughter,
15   from what I remember.  And the gentleman that --
16   Sean Mahoney, there were two other people with him,
17   a kid and somebody else.  That was it.
18        Q    And when you saw Tavares Docher lying on
19   his belly for the first time, did you see a pool of
20   blood underneath his face?
21        A    I don't know that it was underneath his
22   face, but it was definitely coming from him, yeah, I
23   don't know from where.
24        Q    And you said that at that time, when you
25   first saw him on his belly, he was not wearing
```

50620c06-557f-4b02-878f-b684b182267b

Page 22

1    handcuffs, correct?

2         A     Correct.

3         Q     And would you say that he was fighting

4    with the officers while he was on his belly?

5              MR. JOLLY:  Objection, form.

6              THE WITNESS:  Can you say that again

7         please?

8    BY MR. HECHT:

9         Q     Sure.  When you saw Tavares Docher

10   initially, when you first came to see him on the

11   ground and he was laying on his belly, was he

12   fighting with the officers?

13             MR. JOLLY:  Form.

14             THE WITNESS:  I know he was moving, but

15        they were trying to restrain him, like, two

16        officers were by his feet, and then that

17        officer was by his head.  And like I said, he

18        had one hand like this, under his chin

19        (indicating), and then the other hand was

20        underneath him.  So I don't really know what

21        they were trying to do, whether they were

22        trying to get his arms out, but they were

23        saying, stop resisting arrest.

24   BY MR. HECHT:

25        Q     I know this is the first time you've ever

50620c06-557f-4b02-878f-b684b182267b

Page 23

```
 1   given a deposition, so when you say things such as,
 2   his arm was like this and it was like this, but
 3   that's okay, it just doesn't transcribe well when we
 4   go back.
 5        A    His hand was under his chin, like, his
 6   neck.
 7        Q    I understand.  What I want to ask you is,
 8   would you describe Tavares Docher's arm positions as
 9   being in a very uncomfortable and unnatural position
10   when you saw him laying on his belly?
11             MR. JOLLY:  Objection, form.
12             THE WITNESS:  I wouldn't say unnatural, I
13        would say where somebody's laying on their
14        belly how their arm would be and where it would
15        be.  I wouldn't say that it was placed there by
16        someone else, it's just how he himself was
17        laying.
18   BY MR. HECHT:
19        Q    Did it appear to you that he was having
20   difficulty breathing when you saw him on the ground
21   laying on his belly?
22        A    No, I wouldn't say that.
23        Q    You said the officers were saying, stop
24   resisting, stop resisting?
25        A    Yes.
```

50620c06-557f-4b02-878f-b684b182267b

1        Q    Was Tavares Docher resisting the officers?

2             MR. JOLLY:  Objection, form.

3             THE WITNESS:  Okay.  I don't know that I'm

4        going to answer it the way that I should, but

5        --

6   BY MR. HECHT:

7        Q    I just want you to answer as best as you

8   can and as honestly as you can.

9        A    I don't know much about law enforcement as

10  to what their rules and regulations, what a

11  resisting arrest is.  I've never been arrested in my

12  life, thank God.  So I had to ask my husband that

13  question last night, what is resisting arrest?  Is

14  it you're not giving up your hand freely?  Is it

15  your hand is in a position where you're not allowing

16  the officer to arrest you?  Is it because they have

17  your hands and you're just moving your legs and

18  feet, does that mean that you're still resisting?

19  So I honestly don't know how to answer that

20  question.

21       Q    Okay, that's fair enough.

22       A    I'm sorry.

23       Q    That's fair enough.

24            You said that you saw one of the

25  officers elbow Tavares Docher twice on his face,

50620c06-557f-4b02-878f-b684b182267b

Page 25

1    correct?

2        A    Correct.

3        Q    Did that seem unnecessary to you?

4            MR. JOLLY:  Objection, form.

5            THE WITNESS:  At the time what I observed,

6        I would say yes.

7    BY MR. HECHT:

8        Q    And there were three officers trying to

9    control him, correct?

10           MR. JOLLY:  Objection, form.

11           THE WITNESS:  There were three officers

12       there, yes.

13   BY MR. HECHT:

14       Q    When one of the officers was striking

15   Tavares Docher in his face, did that seem excessive

16   to you?

17           MR. JOLLY:  Objection, form.

18           THE WITNESS:  At the time, yes.

19   BY MR. HECHT:

20       Q    After this officer elbowed Tavares Docher

21   in the face, did you see him bleed from that?

22       A    I saw him bleeding.  For sure, do I know

23   that that's why he was bleeding?  I don't know that

24   he fell on the ground, what happened, why the police

25   car door was open, I don't know anything at that

50620c06-557f-4b02-878f-b684b182267b

Page 26

 1   point.  So my observation and my assumption would

 2   say that it's possible.

 3        Q    You stated that you had never seen

 4   anything like that in your entire life, correct?

 5        A    Correct.

 6        Q    Could you please elaborate for me by what

 7   you meant by that?

 8        A    With Tavares laying on the ground and the

 9   officer elbowed him, he was bleeding.  And like I

10   said, I don't know that where did the bleeding come?

11   Could it be from the striking, could it be he fell,

12   I honestly don't know that for sure.  So with the

13   elbow doing like this (indicating), with the elbow

14   on his face, and the gentleman Tavares is saying,

15   don't let them kill me, I presume he's talking about

16   the officer because the officer is striking him.

17               And then the two officers by his leg

18   were trying to -- at that point, didn't have the

19   handcuffs, were restraining him from the foot area.

20   And, you know, he's bleeding, and of course you're

21   seeing from a person, it can be a little bit

22   traumatizing.  I've never experienced anything like

23   that in my entire life, so it was very disturbing to

24   me to see, you know, what was taking place.

25        Q    Did it appear to you that based upon what

50620c06-557f-4b02-878f-b684b182267b

Page 27

1    you saw, that Tavares Docher, my client, was in fear

2    of his life?

3              MR. JOLLY:  Objection, form.

4              THE WITNESS:  I mean, I didn't see his

5         like whole -- you know, by him saying, don't

6         let them kill me, and if he was referring, to

7         which I think he was referring, to the

8         officers, quite possible.

9    BY MR. HECHT:

10        Q    Okay.  Thank you, ma'am, I don't have any

11   other questions.

12                    CROSS-EXAMINATION

13   BY MR. NEWMAN:

14        Q    Just very briefly, ma'am.  Again, my name

15   is Ben Newman, I represent the Fire District.

16              You're here today, looks like you're

17   wearing medical scrubs.

18        A    Yes, sir.

19        Q    Where do you work?

20        A    I work for a pediatrics office.

21        Q    And what do you do?

22        A    I am a head nurse and clinical staff.

23        Q    What is the highest level of education

24   that you have?

25        A    Some college, and my certification for

50620c06-557f-4b02-878f-b684b182267b

Page 28

1    medical assisting.

2         Q    So you have the certificate as a medical

3    assistant?

4         A    Yes, sir.

5         Q    But you're not a licensed practical nurse,

6    correct?

7         A    No, but I know a lot.

8         Q    But with the State of Florida you have a

9    certificate as a medical assistant?

10        A    Yes, sir.

11        Q    Thank you, those are all the questions I

12   have.

13                    REDIRECT EXAMINATION

14   BY MR. JOLLY:

15        Q    You testified earlier that you asked your

16   husband about what constitutes resisting arrest.

17        A    Yes.

18        Q    What does your husband do?

19        A    My husband works for the City of Port St.

20   Lucie.

21        Q    In what capacity?

22        A    He is a supervisor, the utility

23   department.

24        Q    Is your husband in law enforcement?

25        A    No, sir.

50620c06-557f-4b02-878f-b684b182267b

Page 29

1      Q    Has he ever been in law enforcement?

2      A    No, sir.

3      Q    Did he tell you what he thought resisting

4   arrest is?

5           MR. HECHT:  Form.

6           THE WITNESS:  To the best of his

7      knowledge.

8   BY MR. JOLLY:

9      Q    What did he say?

10     A    Well, I said, is it -- is it -- how do you

11  think it works, is it the person not giving up the

12  hands freely?  And he says yes, like that.  Is it

13  trying to get the person to arrest them and they're

14  just resisting, like not letting the officers do it

15  freely, like that.

16     Q    And I don't want to keep going over the

17  same ground, but you were unaware of what transpired

18  prior to Mr. Docher ending up on the ground,

19  correct?

20     A    Correct.

21     Q    You don't know what happened inside the

22  CVS store?

23     A    I don't know what happened.

24     Q    Did you ever ask anyone what happened,

25  what led to this?

50620c06-557f-4b02-878f-b684b182267b

Page 30

```
 1        A    I did, I asked a clerk.  Because I go
 2   there a lot and she knows me and I know her.
 3        Q    Who is that person, do you know her name?
 4        A    Samantha.
 5        Q    Gillesky?
 6        A    I don't know her last name.
 7        Q    Okay.  What did Samantha tell you about
 8   what happened?
 9             MR. HECHT:  Form.
10             THE WITNESS:  She told me the gentleman
11        came in and asked to use the phone and said his
12        aunt was being kidnapped, or something, and he
13        must be on -- it looks like he was under the
14        influence of alcohol of some sort, she wasn't
15        sure, but he was acting really weird.  And he
16        asked for their phone to call 911.
17   BY MR. JOLLY:
18        Q    Did Samantha tell you anything about the
19   things Mr. Docher was saying while he was inside the
20   store?
21        A    Well, that's what she told me he was
22   saying, yes, he wanted to use the phone to call the
23   police.
24        Q    This happened approximately 6:30 at night,
25   correct?
```

50620c06-557f-4b02-878f-b684b182267b

Page 31

1      A    Yes, around that time.

2      Q    Do you remember if it was dark at that

3  time?

4      A    It was dusk, like, dusk, it wasn't, like,

5  really, really -- going sundown.

6      Q    All the action that happened, they

7  occurred in the parking lot, correct?

8      A    Yes, sir.

9      Q    Which is public ground, correct?

10     A    Yes, sir.

11     Q    It didn't appear that any of the deputies

12  were trying to conceal what was happening, correct?

13          MR. HECHT:  Form.

14          THE WITNESS:  Correct.

15  BY MR. JOLLY:

16     Q    And I know we've talked about this quite a

17  bit now, but can you say which hand was underneath

18  his neck and which was underneath his stomach, if

19  you remember?

20     A    His right arm -- wait.  I gotta just

21  visualize in my head as to when I got there.

22              The left arm was like this

23  (indicating), underneath his neck, the right arm

24  underneath his belly area, and he was laying with

25  his right side of his face visible.

50620c06-557f-4b02-878f-b684b182267b

Page 32

```
 1      Q    Okay.  I don't have anymore questions at

 2   this time.  There might be some followup from the

 3   other attorneys.  Thank you.

 4           MR. HECHT:  No more questions.

 5           MR. NEWMAN:  No questions.

 6           MR. JOLLY:  Okay, ma'am, at this time you

 7       have the right to, if this transcript is

 8       ordered, which it will be, you can read the

 9       deposition to confirm its accuracy, or you can

10       waive that right.  But you have to make that

11       election now and it's your decision to make.

12           THE WITNESS:  Accuracy in the sense what I

13       have said?

14           MR. JOLLY:  Yes, ma'am.

15           THE WITNESS:  Yes, I'll take a copy.

16           MR. JOLLY:  You want to read?

17           THE WITNESS:  Yes, sir.

18           MR. JOLLY:  Okay, that's it.  Thank you.

19        (Deposition concluded at 12:00 p.m.)

20

21

22

23

24

25
```

50620c06-557f-4b02-878f-b684b182267b

Page 33

1    STATE OF FLORIDA     )
                           :   SS
2    COUNTY OF ST. LUCIE )

3

4                    CERTIFICATE OF OATH

5           I, VANESSA G. ARCHER, Registered Professional

6    Reporter, a Notary Public of the State of Florida at Large,

7    authorized to administer oaths on this 31st day of July,

8    2017, at 11:23 a.m., MERINE KANHAI personally appeared

9    before me and took an oath for the purpose of giving

10   testimony in the matter of:   TAVARES DOCHER v. CHRISTOPHER

11   NEWMAN, ET AL.

12

13   _____
                    VANESSA G. ARCHER, FPR
14                  My Commission Expires:
                    October 5, 2019
15

16

17

18   PERSONALLY KNOWN --
     OR PRODUCED IDENTIFICATION X
19   TYPE OF IDENTIFICATION PRODUCED:

20

21

22

23

24

25

50620c06-557f-4b02-878f-b684b182267b

Page 34

1   STATE OF FLORIDA   )
                       :  SS
2   COUNTY OF MARTIN   )

3

4               CERTIFICATE OF REPORTER

5          I, VANESSA G. ARCHER, Registered Professional

6   Reporter, a Machine Shorthand Reporter and Notary Public of

7   the State of Florida at Large, certify that the foregoing

8   deposition of MERINE KANHAI was stenographically reported by

9   me and is a true and accurate transcription of said

10  deposition of MERINE KANHAI; that a review of the transcript

11  was requested.

12

13         I certify further I am neither attorney nor

14  counsel for, nor related to, nor employed by any of the

15  parties to the action in which the deposition is taken and,

16  further, that I am not a relative or an employee of any

17  attorney or counsel employed in this case, nor am I

18  financially interested in the outcome of this action.

19         DATED this 3rd day of August, 2017.

20

21                                  _____

22                                  VANESSA G. ARCHER, FPR

23

24

25

50620c06-557f-4b02-878f-b684b182267b

Page 35

1                        ERRATA SHEET

2    In Re:  Tavares Docher v. Christopher Newman, Et Al
                    Case No: 2:16cv14413
3                         7/31/17

4     DO NOT WRITE ON TRANSCRIPT - - ENTER CHANGES HERE:

5    Page: _____  Line: _____
     Now reads:
6    _____
     Should read: _____
7    Reason for Change: _____

8    Page: _____  Line: _____
     Now reads:
9    _____
     Should read: _____
10   Reason for Change: _____

11   Page: _____  Line: _____
     Now reads:
12   _____
     Should read: _____
13   Reason for Change: _____

14   Page: _____  Line: _____
     Now reads:
15   _____
     Should read: _____
16   Reason for Change: _____

17   Page: _____  Line: _____
     Now reads:
18   _____
     Should read: _____
19   Reason for Change: _____

20
             Under penalties of perjury, I declare that I have
21   read my foregoing transcript and, together with any changes
     made above, the facts stated herein are true.
22

23

24   _____    _____
     DATE                      MERINE KANHAI

25

50620c06-557f-4b02-878f-b684b182267b

Page 36

 1                        ERRATA SHEET

 2     In Re:  Tavares Docher v. Christopher Newman, Et Al
                      Case No: 2:16cv14413
 3                          7/31/17

 4      DO NOT WRITE ON TRANSCRIPT - - ENTER CHANGES HERE:

 5     Page: _____  Line: _____
       Now reads:
 6     _____
       Should read: _____
 7     Reason for Change: _____

 8     Page: _____  Line: _____
       Now reads:
 9     _____
       Should read: _____
10     Reason for Change: _____

11     Page: _____  Line: _____
       Now reads:
12     _____
       Should read: _____
13     Reason for Change: _____

14     Page: _____  Line: _____
       Now reads:
15     _____
       Should read: _____
16     Reason for Change: _____

17     Page: _____  Line: _____
       Now reads:
18     _____
       Should read: _____
19     Reason for Change: _____

20
                Under penalties of perjury, I declare that I have
21     read my foregoing transcript and, together with any changes
       made above, the facts stated herein are true.
22

23

24     _____    _____
       DATE                        MERINE KANHAI
25

50620c06-557f-4b02-878f-b684b182267b

Page 37

```
 1

 2

 3

 4

 5

 6

 7   Merine Kanhai
     857 SE Evergreen Ter
 8   Port St. Lucie, Florida 34983

 9
     August 4th, 2017
10
     In re:  Tavares Docher v. Christopher Newman, Et al
11

12   Dear Ms. Kanhai:

13   This letter is to inform you that your deposition taken on
     July 31st, 2017 in the above-captioned matter has been
14   completed and is ready for you to read and sign.

15   The transcript is being held in my office.  Please make
     arrangements with my office to read and sign your
16   deposition.

17   Thank you for your prompt attention to this matter.

18

19   Cordially yours,

20

21   Vanessa G. Archer, Court Reporter

22

23   CC:  Gregory Jolly, Esq.
          Benjamin Newman, Esq.
24        Adam Hecht, Esq.

25
```

50620c06-557f-4b02-878f-b684b182267b

**A**

**a.m** 1:17 33:8
**able** 16:11
**above-caption...**
   37:13
**accuracy** 32:9
   32:12
**accurate** 34:9
**acquaintance**
   15:15
**acquaintances**
   15:16
**acting** 30:15
**action** 31:6
   34:15,18
**Adam** 2:4 20:3
   37:24
**administer** 33:7
**ago** 20:6
**al** 33:11 35:2
   36:2 37:10
**alcohol** 30:14
**allow** 5:24
**allowing** 24:15
**ambulance**
   12:19 13:1,6
   13:19 14:5,7
   17:5 18:23
**answer** 5:25
   24:4,7,19
**answers** 5:3
**anxiety** 17:16,20
**anxious** 17:17
**anymore** 32:1
**apologize** 8:20
**appear** 23:19
   26:25 31:11
**APPEARAN...**
   2:1
**appeared** 33:8
**approximately**
   7:19 18:23
   30:24
**Archer** 1:20
   33:5,13 34:5
   34:21 37:21
**area** 9:6,7,23

12:11 26:19
   31:24
**Ariana** 14:15
**arm** 9:12,18
   10:16 23:2,8
   23:14 31:20,22
   31:23
**arms** 9:7,9,22
   10:2,9,10,10
   10:13,18 22:22
**arrangements**
   37:15
**arrest** 9:21 10:8
   19:10 22:23
   24:11,13,16
   28:16 29:4,13
**arrested** 24:11
**arrive** 14:5
**arrived** 14:7
   20:13
**ash@searcyla...**
   2:5
**asked** 28:15 30:1
   30:11,16
**assistant** 28:3,9
**assisting** 28:1
**assumption** 26:1
**attempt** 11:19
**attention** 37:17
**attorney** 34:13
   34:17
**attorneys** 19:21
   32:3
**August** 34:19
   37:9
**aunt** 30:12
**authorized** 33:7
**Ave** 2:8

**B**

**back** 6:19 8:4
   10:17 12:25
   13:14 23:4
**bad** 17:22
**BARNHART**
   2:3
**BARRANCO**
   2:14

**based** 26:25
**Beach** 2:3,4
**beating** 15:1
**behalf** 4:3
**believe** 7:7 9:24
   11:5 20:11
   21:13
**bell** 18:14
**belly** 8:19 9:5,20
   19:7 21:19,25
   22:4,11 23:10
   23:14,21 31:24
**Ben** 27:15
**ben.newman...**
   2:10
**Benjamin** 2:9
   37:23
**best** 24:7 29:6
**bit** 11:17 26:21
   31:17
**bite** 11:19
**black** 6:20 7:7
   12:16
**Blanchard**
   13:25 18:4,10
**bleed** 25:21
**bleeding** 10:1
   19:13 25:22,23
   26:9,10,20
**blood** 21:20
**bloody** 13:20
**Blvd** 1:18 2:3,14
**break** 6:23 9:15
**breathing** 23:20
**briefly** 27:14
**brings** 17:20
**brutality** 15:2

**C**

**call** 6:24 30:16
   30:22
**called** 4:3
**calm** 17:16
**CALVIN** 1:8
**capacity** 28:21
**captured** 16:1
**car** 6:18,19 7:16
   20:17,22 25:25

**card** 13:11
**care** 13:24
**case** 1:2 34:17
   35:2 36:2
**Caucasian** 11:1
**CC** 37:23
**cell** 15:25
**cell-phone** 16:25
**certificate** 28:2
   28:9 33:4 34:4
**certification**
   27:25
**certify** 34:7,13
**Change** 35:7,10
   35:13,16,19
   36:7,10,13,16
   36:19
**changes** 35:4,21
   36:4,21
**cheeks** 11:5
**chin** 22:18 23:5
**Christopher** 1:7
   33:10 35:2
   36:2 37:10
**City** 28:19
**CLAYLAN** 1:8
**clerk** 30:1
**client** 20:14 27:1
**clinical** 27:22
**closer** 11:17
**college** 27:25
**color** 20:12
**come** 8:4 26:10
**coming** 7:13
   21:22
**Commission**
   33:14
**completed** 37:14
**completion** 3:18
**conceal** 31:12
**concluded** 32:19
**confirm** 32:9
**constitutes**
   28:16
**control** 25:9
**conversation**
   14:19

**conversations**
   16:19 18:6,9
**cool** 5:21
**copy** 5:16 13:13
   32:15
**Cordially** 37:19
**correct** 14:5
   20:7,15,16,17
   20:18 22:1,2
   25:1,2,9 26:4,5
   28:6 29:19,20
   30:25 31:7,9
   31:12,14
**counsel** 34:14,17
**County** 1:10,10
   2:7 15:17 18:4
   33:2 34:2
**couple** 16:4
   19:11
**course** 17:20
   26:20
**Court** 1:1 37:21
**COURTEMA...**
   1:9 2:13
**courtesy** 6:1
**courthouse** 6:6
**Criminal** 14:1
**CROSS** 3:4
**CROSS-EXA...**
   20:1 27:12
**crowd** 21:10
**CVS** 6:11,14
   7:13 16:15
   20:7,10,21
   29:22

**D**

**dark** 31:2
**DATE** 1:16
   35:24 36:24
**DATED** 34:19
**daughter** 8:2
   14:15 16:22
   20:6 21:14
**David** 13:25
**day** 6:12,14,16
   14:20 20:11
   33:7 34:19

**days** 16:4
**Dear** 37:12
**decision** 32:11
**declare** 35:20
36:20
**DEFENDANT**
2:7
**Defendants** 1:12
2:12 4:3
**definitely** 21:22
**deliver** 12:2
**delivered** 11:3
11:12 19:15
**delivering** 10:25
**DENNEY** 2:2
**department**
28:23
**deposition** 1:15
4:18 17:15
23:1 32:9,19
34:8,10,15
37:13,16
**deputies** 6:25
7:1,3,8,17 8:5
11:8,15,20,22
12:2,7,21
13:22 15:8
17:9 19:6
31:11
**deputy** 7:7 10:25
11:1 12:5,22
15:20,20,21,22
18:4,10,13,16
18:18 19:7,10
19:11
**deputy's** 20:22
**describe** 9:17
23:8
**detective** 18:4
**difficulty** 23:20
**DIRECT** 3:4 4:7
**district** 1:1,1,11
1:11 2:8 27:15
**disturbing** 26:23
**Division** 14:1
**Docher** 1:3 4:17
10:3 11:3,7,19

11:24 12:8
13:3,17 15:9
17:4 18:7,22
19:3,12,15
20:4,15 21:7
21:18 22:9
24:1,25 25:15
25:20 27:1
29:18 30:19
33:10 35:2
36:2 37:10
**Docher's** 19:8
23:8
**DOCHER-NE...**
1:4
**doing** 5:4 9:16
10:3,9 11:7
26:13
**door** 6:19 7:12
20:22,22 25:25
**duly** 4:4
**dusk** 31:4,4

**E**

**earlier** 6:5 17:1
17:2 19:5
28:15
**east** 2:14 6:18
**education** 27:23
**either** 15:21
**elaborate** 26:6
**elapsed** 18:24
**elbow** 9:25
10:23,25 11:2
11:8,11,16
12:2 19:14,18
24:25 26:13,13
**elbowed** 19:11
25:20 26:9
**election** 32:11
**ELSER** 2:8
**employed** 34:14
34:17
**employee** 34:16
**ended** 15:8
**enforcement**
15:11,14 24:9
28:24 29:1

**ENTER** 35:4
36:4
**entire** 15:6 26:4
26:23
**entrance** 14:9
20:21
**Errata** 3:18 35:1
36:1
**Esq** 1:19 37:23
37:23,24
**ESQUIRE** 2:4,9
2:15
**Et** 33:11 35:2
36:2 37:10
**evening** 20:7
**event** 6:10
**events** 8:14
**Evergreen** 37:7
**everything's**
5:23
**EXAMINATI...**
4:7 28:13
**examined** 4:4
**excessive** 25:15
**Exhibits** 3:8,10
**expect** 17:21
**experienced**
26:22
**Expires** 33:14
**extend** 6:1
**extended** 10:18

**F**

**face** 9:6,25 11:6
19:8,12 21:20
21:22 24:25
25:15,21 26:14
31:25
**Facebook** 16:10
16:11
**facing** 6:18 7:12
7:14,15 21:3
**facts** 35:21
36:21
**fair** 24:21,23
**far** 7:16 11:15
13:20,22
**fear** 27:1

**feet** 7:18 11:18
19:6 21:7,9
22:16 24:18
**fell** 25:24 26:11
**fighting** 22:3,12
**filed** 4:17
**finally** 10:13
**financially**
34:18
**fine** 5:18
**finish** 5:24
**Fire** 1:11 2:8
27:15
**first** 4:4 5:25
17:25 21:19,25
22:10,25
**Florida** 1:1,10
1:18,21 2:4,9
2:15 28:8 33:1
33:6 34:1,7
37:8
**flying** 10:5,7
**follows** 4:5
**followup** 32:2
**foot** 26:19
**force** 12:8
**foregoing** 34:7
35:21 36:21
**form** 12:9 14:23
22:5,13 23:11
24:2 25:4,10
25:17 27:3
29:5 30:9
31:13
**Fort** 2:15
**forwarded** 3:18
**FPR** 1:20 33:13
34:21
**free** 9:22 10:13
**freely** 24:14
29:12,15
**friends** 15:13
16:11
**front** 10:3,16,18
14:8
**further** 12:24
34:13,16

**G**

**G** 1:20 33:5,13
34:5,21 37:21
**gentleman** 7:2
7:17 8:6,7,15
12:16 14:16
21:15 26:14
30:10
**gentleman's**
13:9
**Gillesky** 30:5
**girl** 14:25
**girlfriend** 16:17
**GIUFFREDA**
2:14
**give** 4:25 17:7
18:2
**given** 4:18 23:1
**giving** 24:14
29:11 33:9
**go** 4:21 6:14 9:2
16:13 23:4
30:1
**God** 24:12
**going** 4:21 5:1,3
6:6,22 8:20 9:9
9:15 13:15
16:12,13 17:22
20:7,9 24:4
29:16 31:5
**good** 5:7 19:1
**gotta** 31:20
**Goyette** 15:20
15:21
**Green** 15:20,22
**Greg** 4:16
**greg@purdyl...**
2:16
**Gregory** 1:19
2:15 37:23
**ground** 4:22
6:21 7:2 8:6,12
8:15,22,23,25
9:4 10:2 12:17
15:9 19:1,4,9
20:15 22:11
23:20 25:24

26:8 29:17,18
31:9
**guardian** 1:4
**guess** 9:21
**gurney** 13:23
**guy** 6:20 9:25
12:16
**guys** 13:3

**H**

**hair** 20:12
**hand** 9:19 10:14
22:18,19 23:5
24:14,15 31:17
**handcuff** 10:12
**handcuffed** 8:7
8:10,11 10:13
10:15,17,21
19:15
**handcuffing**
19:17
**handcuffs** 22:1
26:19
**hands** 10:15
24:17 29:12
**happened** 13:7
17:4 25:24
29:21,23,24
30:8,24 31:6
**happening**
11:14,16 19:3
31:12
**happens** 12:1
**hard** 9:13,16
**head** 5:5,5 9:23
10:14 19:7
22:17 27:22
31:21
**hear** 11:23
**heard** 19:9
**Hecht** 2:4 3:6
5:16,19 12:9
14:23 20:2,3
22:8,24 23:18
24:6 25:7,13
25:19 27:9
29:5 30:9
31:13 32:4

37:24
**held** 37:15
**help** 13:22
**highest** 27:23
**history** 17:20
**hitting** 7:11
**holding** 6:20 7:2
7:4 12:11
**honestly** 12:23
24:8,19 26:12
**hundred** 16:17
**husband** 24:12
28:16,18,19,24

**I**

**I-N-D-E-X** 3:1
**IDENTIFICA...**
33:18,19
**immediately**
7:21
**incident** 11:14
15:22 16:1,4
17:3 21:6
**independent**
1:11
**indicating** 9:12
9:14,20 10:12
10:15 22:19
26:13 31:23
**individually** 1:7
1:8,8,9,10
**influence** 30:14
**inform** 37:13
**initially** 22:10
**inside** 14:10
16:16 29:21
30:19
**instruction** 4:25
**interested** 34:18
**interrupted** 9:2
**interrupting**
8:21
**introduced** 4:15
**investigator**
14:1 17:6

**J**

**J** 1:9,19 2:15

**JANICE** 1:4
**Jolly** 1:19 2:14
2:15 3:5 4:8,16
5:22 12:14
15:3 22:5,13
23:11 24:2
25:4,10,17
27:3 28:14
29:8 30:17
31:15 32:6,14
32:16,18 37:23
**JOSE** 1:10
**July** 1:16 3:2
33:7 37:13

**K**

**K-a-n-h-a-i** 4:12
**Kanhai** 1:15 3:3
3:17 4:2,10,13
4:14 33:8 34:8
34:10 35:24
36:24 37:7,12
**keep** 5:20 29:16
**KEN** 1:9
**kept** 10:7
**kid** 16:17 21:17
**kidnapped**
30:12
**kill** 11:10 12:18
26:15 27:6
**kind** 6:22
**know** 5:12,15
6:5 7:4 9:25
11:22 12:2,11
12:18 13:7,8
16:22 17:21
18:1,13 20:5
21:1,21,23
22:14,20,25
24:3,9,19
25:22,23,25
26:10,12,20,24
27:5 28:7
29:21,23 30:2
30:3,6 31:16
**knowledge** 29:7
**KNOWN** 33:18
**knows** 30:2

**L**

**Lakes** 2:3
**Large** 1:21 33:6
34:7
**Lauderdale** 2:15
**law** 15:11,13
24:9 28:24
29:1
**lawsuit** 4:17
**laying** 8:18 9:3,5
9:7,14 10:14
10:20 12:17
19:6,8 20:15
20:24 22:11
23:10,13,17,21
26:8 31:24
**leave** 17:7
**led** 29:25
**left** 19:8 31:22
**leg** 9:6 12:11
26:17
**legal** 1:4
**legs** 10:5,6 24:17
**letter** 3:17 37:13
**letting** 29:14
**level** 27:23
**licensed** 28:5
**life** 15:6 24:12
26:4,23 27:2
**Line** 35:5,8,11
35:14,17 36:5
36:8,11,14,17
**little** 11:17 26:21
**look** 13:12
**looked** 7:6
**looking** 13:15
21:5
**looks** 15:2 27:16
30:13
**lot** 6:17 18:22
21:6 28:7 30:2
31:7
**Lucie** 1:9,10,18
1:18 2:7 15:17
18:3 28:20
33:2 37:8
**lying** 21:18

**M**

**M-e-r-i-n-e** 4:12
**ma'am** 13:5
27:10,14 32:6
32:14
**Machine** 34:6
**Mahoney** 14:17
14:20,22 15:4
16:20 21:16
**Mangrum** 1:8
2:12 18:16
**Marked** 3:9
**MARTIN** 34:2
**MASCARA** 1:9
**matter** 5:13 6:25
33:10 37:13,17
**mean** 5:12,13
13:18 17:2
24:18 27:4
**meant** 26:7
**medical** 27:17
28:1,2,9
**meet** 14:16
**mentioned** 6:5
10:23 16:7
**Merine** 1:15 3:3
3:17 4:2,10
33:8 34:8,10
35:24 36:24
37:7
**met** 16:15
**minutes** 19:1,2
**mother** 1:4
**Mother's** 20:11
**moving** 11:9
22:14 24:17

**N**

**N** 2:8
**name** 4:9,10
13:3,9,25
15:19 16:7
27:14 30:3,6
**name's** 4:16
20:3
**named** 14:16
**natural** 5:4

**neck** 23:6 31:18
  31:23
**need** 10:24
**neither** 34:13
**nerve** 17:24
**never** 5:14 15:5
  17:18 24:11
  26:3,22
**Newman** 1:7 2:9
  2:12 3:7 18:13
  27:13,15 32:5
  33:11 35:2
  36:2 37:10,23
**night** 24:13
  30:24
**Notary** 1:20
  33:6 34:6
**nurse** 27:22 28:5

**O**

**oath** 6:7,8 33:4,9
**oaths** 33:7
**Objection** 22:5
  23:11 24:2
  25:4,10,17
  27:3
**observation**
  26:1
**observe** 8:17
  11:19 12:7,15
  15:7
**observed** 8:18
  14:4 25:5
**occurred** 6:11
  19:17 31:7
**occurring** 20:20
**October** 33:14
**office** 14:2 27:20
  37:15,15
**officer** 9:6,23,24
  15:1 22:17
  24:16 25:20
  26:9,16,16
**officers** 6:20 9:4
  9:5 20:14 22:4
  22:12,16 23:23
  24:1,25 25:8
  25:11,14 26:17

27:8 29:14
**okay** 4:21 6:3
  9:3 13:16 23:3
  24:3,21 27:10
  30:7 32:1,6,18
**open** 6:19 20:22
  25:25
**Orange** 2:8
**order** 20:20
**ordered** 32:8
**Orlando** 2:9
**outcome** 34:18
**outside** 12:25
  14:10,11

**P**

**P.A** 2:3,14
**p.m** 21:13 32:19
**Page** 35:5,8,11
  35:14,17 36:5
  36:8,11,14,17
**Palm** 2:3,4
**park** 20:25
**parked** 6:18 7:9
  7:12,14,20,22
  20:17 21:3
**parking** 6:17
  18:22 21:6
  31:7
**part** 4:24
**parties** 34:15
**passenger** 20:22
**pediatrics** 27:20
**penalties** 35:20
  36:20
**people** 21:10,14
  21:16
**percent** 16:17
**perjury** 35:20
  36:20
**person** 16:6
  26:21 29:11,13
  30:3
**person's** 15:19
**personally** 33:8
  33:18
**phone** 15:25
  30:11,16,22

**picture** 13:13
**place** 1:18 15:8
  21:6 26:24
**placed** 23:15
**plaintiff** 2:2 18:7
**Plaintiffs** 1:5
**please** 22:7 26:6
  37:15
**point** 11:13 26:1
  26:18
**police** 15:2
  25:24 30:23
**pool** 21:19
**Port** 1:18,18
  28:19 37:8
**position** 9:7 23:9
  24:15
**positions** 23:8
**possible** 26:2
  27:8
**post** 16:12
**practical** 28:5
**preceded** 8:15
**prepare** 17:14
**presume** 26:15
**Prima** 7:15,15
  21:3
**prior** 29:18
**probably** 18:25
**PRODUCED**
  33:18,19
**Professional**
  33:5 34:5
**prompt** 37:17
**provided** 18:3
**public** 1:21 31:9
  33:6 34:6
**pulling** 6:17
**PURDY** 2:14
**purpose** 33:9
**pushing** 10:4
**put** 17:4 18:22

**Q**

**question** 5:25
  24:13,20
**questioned** 13:8
**questions** 13:16

19:20,21 27:11
  28:11 32:1,4,5
**quite** 27:8 31:16

**R**

**read** 32:8,16
  35:6,9,12,15
  35:18,21 36:6
  36:9,12,15,18
  36:21 37:14,15
**reads** 35:5,8,11
  35:14,17 36:5
  36:8,11,14,17
**ready** 37:14
**really** 5:13 6:25
  10:11 22:20
  30:15 31:5,5
**Reason** 35:7,10
  35:13,16,19
  36:7,10,13,16
  36:19
**recall** 12:13
**record** 4:9,15,16
  5:7,8,9,10,11
  5:20
**recorded** 4:23
**RECROSS** 3:4
**REDIRECT** 3:4
  28:13
**referring** 27:6,7
**Registered** 33:5
  34:5
**regulations**
  24:10
**related** 34:14
**relative** 34:16
**relive** 17:25
**remember** 6:12
  6:16,17,24 7:1
  7:6,10 8:6,9
  10:24 11:2,4
  12:10,22,23
  13:9,23 16:7
  21:15 31:2,19
**repeatedly**
  19:10
**reported** 34:8
**reporter** 1:20

5:2 33:6 34:4,6
  34:6 37:21
**represent** 4:16
  20:4 27:15
**representative**
  13:10
**representatives**
  18:7,10
**requested** 34:11
**resisting** 10:7
  11:23 19:10
  22:23 23:24,24
  24:1,11,13,18
  28:16 29:3,14
**restrain** 10:6
  22:15
**restraining**
  26:19
**review** 34:10
**right** 5:21 7:13
  9:19,19 11:5,5
  19:9,12 31:20
  31:23,25 32:7
  32:10
**ring** 18:13
**Robinson** 1:8
  2:13 18:18
**room** 20:23
**ROSARIO** 1:10
**rules** 4:22 24:10

**S**

**S** 2:4
**Samantha** 30:4
  30:7,18
**saw** 10:18 12:1,3
  13:20 16:24
  17:8 18:1
  20:14 21:18,25
  22:9 23:10,20
  24:24 25:22
  27:1
**saying** 10:7
  11:22 12:17
  14:25 15:4
  19:10 22:23
  23:23 26:14
  27:5 30:19,22

**says** 29:12
**SCAROLA** 2:2
**scene** 20:13
**scrubs** 27:17
**SE** 37:7
**Sean** 14:16,19
  16:8 21:16
**SEARCY** 2:2
**see** 8:5,24 9:24
  16:3,5 21:19
  22:10 25:21
  26:24 27:4
**seeing** 26:21
**seen** 15:5,25
  26:3
**sense** 32:12
**shake** 5:5,5
**shared** 16:6,10
**SHEET** 35:1
  36:1
**Sheets** 3:18
**sheriff** 1:9 2:14
  4:17 6:18
  13:10 15:17
  18:11
**sheriff's** 14:2
  18:4
**SHIPLEY** 2:3
**shooed** 12:24
**Shorthand** 34:6
**side** 9:19 11:5
  19:8,9,12
  31:25
**sign** 37:14,15
**sir** 6:9 11:21,25
  15:12,24 16:2
  16:21,23 17:11
  17:13 18:5,8
  18:12,15,17,19
  19:16,19 20:8
  20:18 27:18
  28:4,10,25
  29:2 31:8,10
  32:17
**situation** 17:18
**slight** 7:13
**somebody** 21:17

**somebody's**
  23:13
**sorry** 9:2 24:22
**sort** 30:14
**south** 7:14,15
  21:4
**SOUTHERN**
  1:1
**special** 1:11
**spell** 4:11
**SS** 33:1 34:1
**St** 1:9,10,18,18
  2:7 15:16 18:3
  28:19 33:2
  37:8
**stable** 12:12
**staff** 27:22
**standing** 12:25
  21:2,3
**state** 1:21 4:9
  28:8 33:1,6
  34:1,7
**stated** 20:3 26:3
  35:21 36:21
**statement** 17:7
  18:3
**statements** 18:2
**STATES** 1:1
**stenographica...**
  34:8
**stomach** 31:18
**stood** 7:23
**stop** 6:22 8:20
  9:9 10:7 11:23
  19:10 22:23
  23:23,24
**store** 7:21 14:8
  16:16,16 21:14
  29:22 30:20
**strikes** 10:23,25
  11:3,11,16
  12:3 19:14,18
**striking** 11:8
  25:14 26:11,16
**subject** 16:1
**Suite** 1:18 2:8,14
**sundown** 31:5

**Sunrise** 2:14
**supervisor**
  28:22
**sure** 11:13 16:18
  22:9 25:22
  26:12 30:15
**SW** 1:18
**swerved** 7:11
  20:23
**swore** 6:4,7
**sworn** 4:4

## T
**take** 10:11 13:13
  13:24 32:15
**taken** 1:19 5:2
  5:23 34:15
  37:13
**talk** 6:10 14:22
**talked** 14:24
  15:21 31:16
**talking** 6:1
  16:25 26:15
**Tavares** 1:3 4:17
  20:4,14 21:7
  21:18 22:9
  23:8 24:1,25
  25:15,20 26:8
  26:14 27:1
  33:10 35:2
  36:2 37:10
**tell** 6:4,8,16 7:21
  15:19 17:9,12
  18:23 29:3
  30:7,18
**ten** 19:1
**Ter** 37:7
**testified** 4:4
  28:15
**testimony** 33:10
**thank** 19:22
  24:12 27:10
  28:11 32:3,18
  37:17
**things** 23:1
  30:19
**think** 14:4 15:7
  18:20 27:7

29:11
**thought** 6:5
  17:22 29:3
**three** 7:3 25:8
  25:11
**time** 1:17 8:3,7
  10:4 11:14,20
  16:15,24 17:8
  17:25 18:21,22
  18:24,25 19:2
  20:20 21:19,24
  22:25 25:5,18
  31:1,3 32:2,6
**times** 19:11
**today** 15:23
  17:15 27:16
**told** 20:13 30:10
  30:21
**transcribe** 23:3
**transcribed** 4:24
**transcript** 32:7
  34:10 35:4,21
  36:4,21 37:15
**transcription**
  34:9
**transcripts** 9:16
**transpired**
  12:18 29:17
**traumatizing**
  26:22
**true** 34:9 35:21
  36:21
**truth** 6:4,8
  17:12
**try** 5:25 9:15,17
  17:16
**trying** 9:21 10:6
  12:12 22:15,21
  22:22 25:8
  26:18 29:13
  31:12
**turn** 7:14
**twice** 24:25
**two** 7:8 9:4,5
  12:4 19:5
  21:16 22:15
  26:17

**TYPE** 33:19

## U
**unaware** 29:17
**uncomfortable**
  23:9
**underneath** 9:12
  9:18 21:20,21
  22:20 31:17,18
  31:23,24
**understand** 6:8
  23:7
**UNITED** 1:1
**unnatural** 23:9
  23:12
**unnecessary**
  25:3
**use** 30:11,22
**utility** 28:22

## V
**v** 33:10 35:2
  36:2 37:10
**van** 11:18 21:4,5
**Vanessa** 1:20
  33:5,13 34:5
  34:21 37:21
**verbal** 5:4
**verbally** 5:6
**video** 5:8,9,10
  5:11 15:25
  16:6,24,25
**viral** 16:13
**visible** 19:9
  31:25
**Vista** 7:15,15
  21:4
**visualize** 31:21
**vs** 1:6

## W
**W** 2:9
**WADE** 1:8
**wait** 31:20
**waive** 32:10
**walk** 7:20
**walked** 11:17
  20:19

**want** 5:11 7:18
   11:17 21:1,9
   23:7 24:7
   29:16 32:16
**wanted** 30:22
**wasn't** 10:16
   30:14 31:4
**watch** 7:23
   20:20
**watching** 21:2
   21:11
**way** 6:1 12:3,19
   13:14 24:4
**We'll** 8:4
**we're** 6:1,10
   15:22
**we've** 31:16
**wearing** 21:25
   27:17
**weird** 30:15
**welcome** 19:23
**went** 20:11
**weren't** 9:22
   10:11
**West** 2:4
**white** 7:8
**WILSON** 2:8
**witness** 4:3,6
   5:14,18,21
   8:14 12:10
   14:24 22:6,14
   23:12 24:3
   25:5,11,18
   27:4 29:6
   30:10 31:14
   32:12,15,17
**words** 6:7
**work** 27:19,20
**worked** 15:11
**works** 28:19
   29:11
**wouldn't** 23:12
   23:15,22
**wracking** 17:24
**WRITE** 35:4
   36:4
**written** 5:20

---

**X**

**X** 33:18

**Y**

**yeah** 15:5 21:22
**year** 17:2,2
**years** 20:6

**Z**

**0**

**1**

**108** 1:18
**11** 6:11 16:20
   20:5
**11:23** 1:17 33:8
**111** 2:8
**12:00** 32:19
**1200** 2:8
**1216** 2:14
**16** 8:2
**17** 8:2

**2**

**2:16cv14413** 1:2
   35:2 36:2
**20** 3:6 11:18
   19:1
**201** 1:18
**2014** 6:11 16:20
   20:5
**2017** 1:16 3:2
   33:8 34:19
   37:9,13
**2019** 33:14
**2139** 2:3
**2455** 2:14
**25** 11:18
**27** 3:7
**28** 3:5

**3**

**30** 7:18 21:9
**31** 3:2
**31st** 1:16 33:7
   37:13
**32801-2361** 2:9

---

**33304** 2:15
**33409** 2:4
**34983** 37:8
**34984** 1:18
**3rd** 34:19

**4**

**4** 3:5
**407-203-7599**
   2:10
**462-3200** 2:16
**4th** 37:9

**5**

**5** 33:14
**561-686-6300**
   2:5

**6**

**6:00** 21:13
**6:30** 30:24

**7**

**7/31/17** 35:3
   36:3

**8**

**857** 37:7

**9**

**911** 30:16
**954** 2:16