# EXHIBIT F

Cell Phone Video Filed Conventionally