# EXHIBIT
# I

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

                    Plaintiff,

vs.

CHRISTOPHER NEWMAN,
individually; CLAYTON MANGRUM,
individually; CALVIN ROBINSON,
individually; WADE COURTEMANCHE,
individually; KEN J. MASCARA, as
SHERIFF of ST. LUCIE COUNTY,
Florida; JOSE ROSARIO,
individually; and the ST. LUCIE
COUNTY FIRE DISTRICT, an
independent special district,

                    Defendants.
_____/

DEPOSITION OF

JOSE ROSARIO

VOLUME 1
Pages 1 through 159

Thursday, April 13, 2017
10:00 a.m. - 1:18 p.m.

Phipps Reporting
Bayshore Professional Center
1680 Southwest Bayshore Boulevard, Suite 100
Port St. Lucie, Florida

```
                    Stenographically Reported By:
                           Ninette Butler
                      RPR, CRR, CRC, RSA, FPR
```

```
 1   APPEARANCES:

 2

     On behalf of Plaintiff:
 3
          SEARCY DENNEY SCAROLA
 4        BARNHART & SHIPLEY, PA
          2139 Palm Beach Lakes Blvd
 5        P.O. Drawer 3626
          West Palm Beach, Florida  33402-3626
 6        (561)686-6300
          BY:  ADAM S. HECHT, ESQ.
 7        ash@searcylaw.com

 8
     On behalf of Defendants Christopher Newman,
 9   individually; Clayton Mangrum, individually; Calvin
     Robinson, individually; Wade Courtemanche,
10   individually; and Ken J. Mascara, as Sheriff of St.
     Lucie County, Florida:
11
          PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
12        Galleria Corporate Centre, Suite 1216
          2455 East Sunrise Boulevard
13        Ft. Lauderdale, Florida  33304
          (954) 462-3200
14        BY:  SUMMER M. BARRANCO, ESQ.
          summer@purdylaw.com

15

16   On behalf of Defendants Jose Rosario, individually;
     and the St. Lucie County Fire District, an
17   independent special district:

18        WILSON, ELSER, MOSKOWITZ,
          EDELMAN & DICKER, LLP
19        111 North Orange Avenue
          Suite 1200
20        Orlando, Florida  32801
          (407) 203-7592
21        BY:  BENJAMIN W. NEWMAN, ESQ.
          ben.newman@wilsonelser.com

22

23

24

25
```

Page 4

1

2                    I N D E X

3  Examination                               Page

4             VOLUME 1 (Pages 1 - 159)

5  JOSE ROSARIO

6  Direct        By Mr. Hecht                 5
   Cross         By Ms. Barranco            113
7
   Certificate of Oath                      156
8  Certificate of Reporter                  157
   Read and Sign Letter to Witness          158
9  Errata Sheet (forwarded upon execution)  159

10

11                PLAINTIFF EXHIBITS

12
   No.                                       Page
13
    1   Emergency Medical Guidelines, Fourth  48
14      Edition

15  2   06/17/14 letter from Brian Blizzard   52
        to Janite Docher-Neeley
16
    3   05/11/14 Incident Report             55
17
    4   02/15/06 Emergency Medical           95
18      Guidelines, Combative Patients

19

20                DEFENSE EXHIBITS

21

22  No.                                       Page

23  1   St. Lucie County Sheriff's Office    142
        Statement Form
24

25

1          The following proceedings began at 10:00 a.m.:

2              COURT REPORTER:  Raise your right hand,

3      please.

4              Do you solemnly swear or affirm the

5      testimony you will give today will be the

6      truth, the whole truth, and nothing but the

7      truth?

8              THE WITNESS:  Yes, I do.

9                  JOSE ROSARIO,

10     having been sworn by the Clerk testified as follows:

11                 DIRECT EXAMINATION

12     BY MR. HECHT:

13         Q.    Could you please state your name?

14         A.    Jose Rosario.

15         Q.    And what is your date of birth?

16         A.

17         Q.    Where do you live?  What city?

18         A.    Port St. Lucie.

19         Q.    Do you have any plans of moving in the

20     next year?

21         A.    No.

22         Q.    Who's your current employer?

23         A.    St. Lucie County Fire District.

24         Q.    How long have you worked for the St. Lucie

25     County Fire District?

Page 6

1          A.    Since February 28, 2005.

2          **Q.    And when you began working at the**

3    **St. Lucie County Fire District, what was your**

4    **position there?**

5          A.    Firefighter/EMT.

6          **Q.    What is a firefighter/EMT?**

7          A.    It's someone who stays certified as a

8    Class 2 firefighter and emergency medical

9    technician, basic-level medical care.

10         **Q.    What is a Class 2 firefighter?**

11         A.    A Class 2 firefighter is someone who is

12   able to show up on scene on a call, mitigate the

13   call and overhaul.

14         **Q.    And you said you were also an EMT, which**

15   **is basic-level medical care; is that correct?**

16         A.    Yes.

17         **Q.    Is there a level of medical care that is**

18   **more advanced than an EMT?**

19         A.    Yes.  That's a paramedic.

20         **Q.    So tell me the difference between being an**

21   **EMT and being a paramedic.**

22         A.    Being a paramedic requires you to do extra

23   schooling and requires you to work under a certain

24   set of protocols that is approved by a medical

25   physician, and we are able to administer medication

Page 7

1    on a need basis depending on the situation that we

2    receive when somebody calls 911.

3        Q.    During your employment with the St. Lucie

4    County Fire District, have you held any other

5    positions besides a firefighter and an EMT?

6        A.    I am a paramedic.

7        Q.    When did you become a paramedic?

8        A.    In 2006.  And I was a -- we have to go

9    through a process, apprenticeship process.  Since

10   July of 2007, I was officially under the St. Lucie

11   County Fire District, able to function as a

12   paramedic.

13       Q.    And tell me what sort of training did you

14   have to go through to become a paramedic.

15       A.    Paramedic training derives from -- you

16   have to have an EMT prior to paramedic training.

17   That's sort of a prerequisite.  In paramedic

18   training, there's a variety of things that you have

19   to learn when it comes to etiology, how certain

20   body -- how your body reacts to certain medications.

21   So you learn the -- what certain doses of

22   medications that would work within our protocol,

23   what they do for the body, how they react.  They

24   also have to learn advanced cardiac life support,

25   which is when the body stops working and how we are

1    able to revive that.  And that also, in terms -- it

2    includes medications also and electric therapy.

3        **Q.   Do you get a license or a certificate when**

4    **you became a paramedic in 2006, 2007?**

5        A.   Yes.

6        **Q.   Do you have to renew that?**

7        A.   Yes.

8        **Q.   How often?**

9        A.   Every two years.

10       **Q.   And have you done that since 2006 and**

11   **2007?**

12       A.   It is a requirement to stay employed at

13   St. Lucie County Fire District.  We do what they

14   call CEUs, different classes, a variety of issues

15   that we may run on, will be counted towards credit

16   for our certificates.  ACLS is also another one,

17   renewal ACLS, to be able to send that over to the

18   State and renew our certificate.

19       **Q.   BLS stands for what?**

20       A.   Basic life support.

21       **Q.   And ACLS?**

22       A.   Advanced cardiac life support.

23       **Q.   And you're certified in both?**

24       A.   Yes.

25       **Q.   Tell me about your education, beginning**

1    **with high school.**

2         A.    High school, B honor roll.  After high

3    school, I went to look for -- find a career, so I

4    ventured off into the nitty-gritty and I started

5    working for UPS for a little bit.

6              After that, when I saw that that's not the

7    route I wanted to go, I started doing -- working for

8    an insurance company, working for Allstate, selling

9    car insurance and homeowners insurance.  Then I

10   didn't want to do that either.  I wanted to do what

11   I wanted to do since I was a child, and I went to

12   EMT school.  And so I went through the process,

13   through IRSC, through EMT school.  And after that --

14   you need that to become a firefighter certified.  So

15   I had to go through fire school also.  So I went

16   through that process and fire school.  And I got

17   hired ten months later.  And I maintained my EMT

18   license for a year to learn the department, you

19   know, learn the aspects of being an EMT.

20             And then I went and took an admin in

21   physiology, which is a prerequisite for medic

22   school, so I went to medic school.  And that took

23   about a year, medic school, and then an

24   apprenticeship program that the district has, and

25   then I was released.

Page 10

1          And since then, I have taken courses,

2   online courses for management.  I got my AA degree

3   in fire administration.  And I'm currently in -- I'm

4   sorry -- in fire science.  I'm currently in my --

5   working to get my bachelor's degree in fire

6   administration.

7          **Q.   What were the years that you worked for**

8   **UPS?**

9          A.   That was probably, I want to say -- I'm

10  just guessing -- 2001.  This is a while ago.

11         **Q.   2001 to when?**

12         A.   It was only -- it was within a year.

13         **Q.   Okay.  You worked at UPS for one year or**

14  **less?**

15         A.   Yes.  The same thing with Allstate --

16         **Q.   All right.**

17         A.   -- which was the company I was working

18  for, the insurance.

19         **Q.   And you sold car insurance?**

20         A.   Car insurance and homeowners insurance.

21         **Q.   And you did that for a year or less?**

22         A.   Yes.

23         **Q.   Was that both, the UPS and working for**

24  **Allstate, was that all within Port St. Lucie?**

25         A.   No.  UPS was down here in Brevard

1    initially until I transferred over to Fort Pierce,

2    the UPS location.  And the Allstate agency was in

3    Vero Beach.

4         **Q.   So Blue Heron was in Riviera Beach?**

5         A.    Palm Beach.  I'm not 100 percent.

6         **Q.   Blue Heron is in Riviera Beach.**

7         A.    Okay.  Yeah.  Sure.  Yeah.  It was a long

8    drive.  I had to be there at 4:00 in the morning.

9         **Q.   All right.  And where did you go to medic**

10   **school?**

11        A.    IRSC.

12        **Q.   Where is that?**

13        A.    In Fort Pierce.

14        **Q.   Okay.  All right.  During your entire**

15   **career working for the St. Lucie County Fire**

16   **District, have you held any other positions besides**

17   **firefighter, EMT, and paramedic?**

18        A.    I'm currently in the special operations

19   division in my job.

20        **Q.   What is that?**

21        A.    Special operations is a set of our job

22   that requires us to do specialty type of rescues,

23   which includes high angle rescues, trans rescues,

24   confined space, VMR, HazMat, things like that.

25              So those things are -- I had to take extra

1    classes to be certified in those to be accepted in a

2    special operations team.

3         **Q.   And tell me specifically about your**

4    **training, whether it was during your training to**

5    **become an EMT/firefighter or your training to become**

6    **a paramedic as it relates to administering sedatives**

7    **such as Ativan.**

8         A.   My training -- that would all fall under

9    paramedic.  EMT do not do invasive procedures, but

10   further training teaches us to do things such as

11   needle cric, cricothyrotomy, chest decompression,

12   IV, IV drug administration, and look for

13   interactions after.  So the training that came -- in

14   terms of the Ativan came through my paramedic

15   training.

16        **Q.   Okay.  And how long does paramedic**

17   **training last?**

18        A.   Approximately one year.

19        **Q.   And during that one year, how much time is**

20   **to -- strike that.**

21             **How much -- strike that.**

22             **During that one year of training, how much**

23   **time is devoted to training you how to administer**

24   **sedatives such as Ativan?**

25        A.   I can't tell you a specific number.  I'd

Page 13

1    have to look back at the IRSC's itinerary as to --

2    in terms of like -- we had drug carts.  We had

3    various types of drugs.  We don't only just work

4    with sedatives.  We work with cardiac drugs.  We

5    work with drugs that are able to raise your blood

6    sugar level, other forms of cardiac drugs that are

7    able to restart your heart, stop your heart.  It's a

8    wide variety of medications that we can use.  So

9    what they -- they didn't specifically teach on one

10   thing or another.  They just -- it was a broad thing

11   because it was through public college and not

12   specifically St. Lucie County Fire District, so they

13   weren't teaching specifically St. Lucie County

14   district fire protocols.  They were teaching

15   generally about these medications, so wherever you

16   are to be hired, you were able to reference back

17   what you were taught.

18       **Q.   Do you still have your syllabus from 2006,**

19   **2007 when you underwent your paramedic training?**

20       A.   I do not.

21       **Q.   Was there a course specifically that was**

22   **devoted to administering sedatives such as Ativan**

23   **during your one-year training?**

24       A.   Not that I'm aware of.

25       **Q.   So just tell me specifically during the**

1   **one-year training, how was the training broken down**

2   **in terms of training you how to administer sedatives**

3   **such as Ativan or other benzodiazepines?**

4        A.   That portion of the training came a lot

5   later on in the training.  And it was presented as

6   a -- a group of issues that may occur that you would

7   consider using benzodiazepines.  One of them is

8   intubation, to be able to sedate somebody to be able

9   to stick a tube down their throat to breathe for

10  them.  Another one is patients that are violent, to

11  be able to help remove them from the situation so

12  they don't cause harm to themselves or to others.

13  And so that was sort of spread out.  And in terms of

14  specific, hey, this is just for that and this for

15  that, they sort of put it all in one basket and say,

16  hey, this is what Ativan does.  This is the

17  interactions.  These are the dosages and these are

18  the uses that you may be able to use them.

19            Now, after that training, like I said, we

20  have to constantly maintain our CEUs for paramedic

21  licensing.  So since 2007, I've maintained my

22  license consistently, so the district has provided

23  training, ACLS training, which touches on uses of

24  Ativan, postintubation, to keep us refreshed on the

25  drug interactions and the usage on the medications

Page 15

1    specifically.

2         Q.   Are you able to tell me since 2007 how

3    many continuing hours of education you have

4    undergone as it relates to administering Ativan?

5         A.   No.  That would be through the Fire

6    District.

7         Q.   The Fire District would have your CLEs or

8    continuing education?

9         A.   Yes.  Yes.

10        Q.   Have you ever, during your career with the

11   St. Lucie County Fire District, been reprimanded or

12   suspended for any reason?

13        A.   I have been reprimanded for, like, hitting

14   the building backing up when I was -- you know,

15   stuff like that but not for medical reasons.  And

16   that you can pull up on -- it's public record.

17        Q.   Sure.  Let's talk about, as you phrased

18   it, the "stuff like that."  What is it that you

19   backed up, I'm assuming, in an ambulance --

20        A.   Uh-huh.

21        Q.   -- and hit something?

22        A.   I was backing into the bay at Station 5

23   and I -- the apron for backing up is real short, and

24   I didn't cut hard enough, and I hit one of the

25   posts, the bumper.

Page 16

1      Q.    When was that?

2      A.    Probably two thousand -- I'm just

3   guessing.   It would be around 2006.

4      Q.    Okay.  Besides that, any sort of other

5   reprimands or suspensions for any reason?

6      A.    No suspensions.  There was another one

7   where the garage door came down on the -- on the

8   light bar on the engine, and still don't know why it

9   came down.  The door was open, but -- I'm not sure

10  if it was just partially open.  I'm not -- either

11  way, they have to -- because it was damage to

12  property, I got written up for that.

13     Q.    Okay.  Anything else besides those two

14  instances?

15     A.    I can't think of any right now.

16     Q.    Okay.  What is respiratory depression?

17     A.    It's caused by a variety of external

18  issues.  Respiratory depression is when the

19  respiration of a person is reduced by either an

20  external factor or a chemical factor.  It reduces

21  somebody's respiration rate from normal to below

22  normal.

23     Q.    Can respiratory depression be fatal?

24         MR. NEWMAN:  Object to form.

25         You can answer.

Page 17

1              MS. BARRANCO:  Same objection.

2        A.   Respiratory depression, if not treated,

3   can be fatal.

4   BY MR. HECHT:

5        Q.   **Someone can die from respiratory**

6   **depression?**

7              MR. NEWMAN:  Object to form.

8              MS. BARRANCO:  Form.

9        A.   If not treated, it can be fatal.

10  BY MR. HECHT:

11       Q.   **Can someone -- strike that.**

12            **Can respiratory depression cause someone**

13  **to go into a coma?**

14            MR. NEWMAN:  Object to form.

15            MS. BARRANCO:  Form.

16       A.   It's on a case-by-case basis because it

17  depends on whether they're being treated at the time

18  of depression or not.

19  BY MR. HECHT:

20       Q.   **Can severe respiratory depression cause**

21  **someone to go into a coma?**

22            MR. NEWMAN:  Object to form.  It's vague.

23       Incomplete hypothetical.

24            MS. BARRANCO:  Form.

25            MR. NEWMAN:  You can answer.

Page 18

1        A.   The -- it's on a case-by-case basis as to

2   what severe is.

3   BY MR. HECHT:

4        **Q.   Well, in your training and experience,**

5   **have you learned what severe respiratory depression**

6   **means?**

7        A.   I have seen a variety of respiratory

8   depression and, as a paramedic, I try to stay ahead

9   of the game instead of catching up.  So we have the

10  option to be able to take over somebody's

11  respiratory drive when we deem that is insufficient.

12       **Q.   Is there a difference to you between mild,**

13  **moderate, and severe respiratory depression?**

14            MR. NEWMAN:   Object to form.

15       A.   On a case-by-case basis, there is.

16  BY MR. HECHT:

17       **Q.   If I asked you to define what mild**

18  **respiratory depression is versus moderate**

19  **respiratory depression versus severe respiratory**

20  **depression, would you be able to do that?**

21       A.   I can differentiate severe respiratory

22  depression with mild.  In the middle section is very

23  objective.

24       **Q.   All right.  Tell me the difference between**

25  **mild respiratory depression and severe respiratory**

1   **depression.**

2          MR. NEWMAN:  Object to form.

3      A.   Somebody who is in mild respiratory

4   depression is -- I want to say -- to use the word

5   "respiratory depression," it almost makes it an

6   oxymoron.  Basically it's a short-of-breath person

7   that is still able to maintain their own airway and

8   can have a length of time without damaging any

9   organs or their brain because of their lack of

10  breathing.

11         And opposite, somebody who is in severe

12  respiratory distress is someone who needs

13  intervention to help prevent any brain damage or

14  organ failure.

15  BY MR. HECHT:

16     **Q.   Are you able to define the signs and**

17  **symptoms of respiratory depression?**

18     A.   I can define -- not to -- not in fact.  I

19  can do it by my experiences.

20     **Q.   Sure.  Yeah.  Tell me, based on your**

21  **training and experience, what the signs and symptoms**

22  **are of respiratory depression.**

23     A.   Well, initially, if I'm approaching a

24  patient -- we get called for a respiratory.  So, in

25  my mind, I'm thinking of respiratory algorithms as

Page 20

1    to how I'm going to treat this.

2              Respiratory ailments come in various

3    forms, and so I cannot treat one respiratory ailment

4    like I do every single other, so they're all going

5    to be specific to that patient.

6              The mild form would probably be in terms

7    of, like, anxiety, when somebody is mentally getting

8    themselves into a state of mind where they feel like

9    they cannot catch their breath.  Something like that

10   may or may not require Ativan to relax them.  Or if

11   you're able to speak with them and calm them down

12   and get their heart rate back down, then you've done

13   your job.

14             Then you can move over to something in

15   terms of some sort of ailment, physical ailment like

16   COPD, asthma, emphysema.  And with that, you're able

17   to assess the patient's lungs.  You're able to

18   assess their heart rate.  Usually when your heart

19   rate increases, it's because there is a lack of

20   oxygen.  Your body is trying to compensate.  And

21   so -- and also we are able to assess their oxygen

22   saturation.  And you sort of put those together and

23   how our patient is presenting physically -- do they

24   have pursed lip?  Are they trying to -- are they

25   retracting?  There's just various forms of signs

Page 21

1  that you can see on a patient that, hey, this

2  patient is lacking oxygen and they're in a hypoxic

3  drive at this time.  So at that point you would

4  intervene based on is it congestive heart failure?

5  Is it COPD?  And your medication varies from that

6  point on.

7      **Q.   Would a sighing pattern of breathing be a**

8  **symptom of respiratory depression?**

9      A.   Depending on the situation because

10  somebody who is athletic and in good shape will

11  breathe differently from somebody who is unhealthy,

12  and which will read differently from somebody who is

13  in mental anguish or distress.

14      **Q.   Would deep breaths separated by abnormally**

15  **long pauses be a symptom of respiratory depression?**

16      A.   Depending on the situation.

17      **Q.   So is your answer it could be?**

18      A.   It's plausible and on a case-by-case

19  basis.

20      **Q.   What is hypoxia?**

21          MR. NEWMAN:  Form.

22      A.   Hypoxia is hypo, meaning low; oxia,

23  meaning oxygen.  So it's low oxygen in the body.

24  BY MR. HECHT:

25      **Q.   And can someone die from hypoxia?**

Page 22

1              MR. NEWMAN:  Object to form.

2         A.   As previously stated, if any of these

3    symptoms or signs are progressing and are not

4    treated, then over time there's brain failure and

5    organ failure, happen.

6    BY MR. HECHT:

7         Q.   **So someone can die from hypoxia?**

8         A.   Someone can die if it's not treated, by

9    hypoxia, over time.

10        Q.   **I'm sorry.**

11        A.   I'm saying over time.

12        Q.   **How much time?**

13             MR. NEWMAN:  Object to form.

14        A.   Everybody has different metabolisms, their

15   status, people that can hold their breath for 20

16   minutes, 30 minutes under water because they have

17   conditioned themselves to that, and there are people

18   that need oxygen on a daily basis just to breathe.

19   BY MR. HECHT:

20        Q.   **What is a benzodiazepine?**

21        A.   Benzodiazepine is a class of drugs that

22   are used for epilepsy, sedatives-type drugs to be

23   able to relax and calm seizures, eclampsia,

24   preclampsia, combative patients, postintubation.

25   That's what we use it specifically for.

Page 23

1          Q.    Benzodiazepines are central nervous system

2     depressants; is that correct?

3          A.    Yes.

4          Q.    Is alcohol also a central nervous system

5     depressant?

6               MR. NEWMAN:  Object to form.

7          A.    I'm not an alcohol expert.  I don't know.

8     BY MR. HECHT:

9          Q.    When you were undergoing your training to

10    become a paramedic, did you undergo any courses in

11    terms of how to treat patients that were under the

12    influence of alcohol?

13         A.    Not specifically, because we treat

14    symptoms.  If they're alcoholic, they're an

15    alcoholic.  That's nothing prehospital that we are

16    able to do for them.  Are they having a heart attack

17    while they're inebriated?  Then we can treat that.

18    But we can't fix their alcoholism.

19         Q.    I understand that, and let me be clear.

20              During your training to become a

21    paramedic, was there any specific training in how to

22    administer a sedative to an individual that may be

23    under the influence of alcohol?

24              MR. NEWMAN:  Object to the form.

25         A.    The training -- just because somebody is

Page 24

```
 1   taking alcohol or under the influence doesn't mean

 2   they need medication.  The sedatives specifically

 3   are used for people that fall under our protocol,

 4   which combativeness is under our set protocol.  And

 5   so we have training based on how to deal with

 6   combative patients, not specifically alcoholic or

 7   drug -- person who's under the influence of drugs.

 8   BY MR. HECHT:

 9       Q.   Okay.  So if I -- if I hear you

10   correctly -- and please tell me if I'm wrong --

11   during your training to become a paramedic, you

12   learned how to deal with and treat patients that are

13   combative and administer a sedative, but there

14   wasn't any specific training in how to treat a

15   patient with a sedative that may be under the

16   influence of alcohol.  Is that a fair statement?

17            MR. NEWMAN:  Object to form.

18       A.   I think when we were -- I believe when we

19   were taught the training through specifically Ativan

20   and combativeness, it encompassed a lot.  It

21   encompassed a wide variety of uses, whether the

22   patient had something in their system or not,

23   because Ativan -- the protocols that they give us,

24   the parameters that they give us are such low

25   parameters that -- the dosage that we are not
```

Page 25

1    allowed to give is out of our reach.  And so based

2    on those protocols that are assigned under a

3    physician, giving these medications, we're able to

4    use that in a wide variety of instances.

5    BY MR. HECHT:

6        Q.   Okay.  What do you mean by "low

7    parameters"?

8        A.   Well, with any medications or with

9    anything, there are doses that you're able to give a

10   patient and have a sort of a buffer zone between

11   what their lethal dose might be and what a working

12   dose might be.  So, for example, if I -- if I have

13   nitroglycerine to help open somebody's coronary

14   arteries because they're having a heart attack, I'm

15   not going to give them 1,000 milligrams when it's in

16   micrograms because that is a lethal dose.  You know,

17   we have -- we have parameters to work under, and

18   those parameters are well below what a lethal dose

19   might be for anybody else.

20       Q.   Okay.  So here's what I want to know

21   specifically:  During the training that you

22   underwent to become a paramedic, can you tell me

23   about what you learned as it relates to

24   administering a benzodiazepine to an individual that

25   is under the influence of alcohol?

Page 26

```
1              MR. NEWMAN:  Let me object to form.  And I
2        need to ask for clarification.  You said
3        "training."  It's not clear to me whether
4        you're asking him when he was in the
5        firefighter/paramedic school, or do you mean
6        the training he's received since being employed
7        with the Fire District?
8        A.   It's continual training --
9              MR. NEWMAN:  No, no, no.  Don't answer it,
10       please, because I need to make sure that I
11       understand the question.
12             MR. HECHT:  My specific question -- and
13       I'll just rephrase it.
14  BY MR. HECHT:
15       Q.   During the year that you were in paramedic
16  school, I want to know specifically what you were
17  taught about how to treat a patient with a
18  benzodiazepine when you come in contact with someone
19  that's under the influence of alcohol.
20       A.   Okay.  And that's to assume that I can
21  tell that they're under the influence?
22       Q.   Have you ever come in contact with someone
23  that's under the influence of alcohol?
24       A.   If they told me that they are -- they have
25  been drinking, I note that in my report.
```

Page 27

1      Q.    Okay.

2      A.    But I can't assume that they have been

3  drinking because I don't have any training to

4  recognize that they have been drinking.

5      Q.    **So you, during your training beginning**

6  **with becoming a firefighter/EMT, continuing through**

7  **your paramedic training, continuing through your**

8  **on-the-job training up until today, cannot recognize**

9  **the signs and symptoms of someone that's under the**

10  **influence of alcohol?**

11            MR. NEWMAN:  Object to form.  Misstates

12        the testimony.

13            You can answer.

14      A.    We are not trained to recognize whether

15  somebody has taken specific medication, alcohol.  We

16  are -- we go by what we are told.  And even so, we

17  are not 100 percent.  We have to treat what we see

18  because the time that we have with the patient is

19  short.  It's prehospital.  And so the goal is to get

20  the patient to the hospital in a packaged form;

21  meaning, we have stopped -- if it's a respiratory

22  ailment, we have been able to assess it and treat it

23  and getting them to further care at the hospital.

24  BY MR. HECHT:

25      Q.    **Okay.  So I want to make sure I'm clear.**

Page 28

1  **The ten-plus years that you've been working for the**

2  **St. Lucie County Fire District, you have not learned**

3  **in any way, shape and form how to identify the signs**

4  **and symptoms of someone that's under the influence**

5  **of alcohol.  Is that a true statement?**

6           MR. NEWMAN:  Object to form.

7      A.   Yes.  I have not been taught.

8  BY MR. HECHT:

9      **Q.   Okay.  Have you ever seen a drunk person?**

10     A.   I have seen a person that I assume was

11 drunk.

12     **Q.   Okay.  What are some of the things you**

13 **notice about that person?**

14     A.   Somebody who is stumbling, somebody who is

15 at times loud and belligerent.  I'm just going by

16 what I've seen on TV or at the bar or something like

17 that.  I don't know.  That's about it.

18     **Q.   What about an altered mental status?**

19          MR. NEWMAN:  Object to form.

20     A.   I don't usually know that person.  Maybe

21 that's how they are all the time.

22 BY MR. HECHT:

23     **Q.   Let me ask you this:  Have you ever drank**

24 **alcohol?**

25     A.   I have.

1    Q.    Okay.  Have you ever gotten drunk?

2    A.    No.

3    Q.    Okay.  I'm going to ask this again because

4  we got off track.  Is Ativan a central nervous

5  system depressant?

6          MR. NEWMAN:  Object to form.

7    A.    Can I just verify that through the

8  paperwork, just to make sure that I am giving the

9  correct answer?

10  BY MR. HECHT:

11   Q.    What paperwork are you referring to?

12   A.    The Ativan --

13   Q.    Wait.  Don't -- I'm just curious.  I don't

14  know what you have in front of you.  Just --

15   A.    Okay.  It's just a paper that shows about

16  Ativan as the medication itself and basically from

17  the manufacturer.

18   Q.    Okay.  Well --

19   A.    It is a central nervous depressant, but I

20  could specifically read it, that statement to you,

21  from the manufacturer.

22   Q.    Okay.  Yeah.  I don't want you to do that.

23  I just want to know, based on your training and

24  experience working for the St. Lucie County Fire

25  District, whether or not you can tell me if Ativan

Page 30

1    is a central nervous system depressant.

2        A.   Yes.

3        Q.   Okay.  It is?

4        A.   Yes.

5        Q.   Okay.  And Ativan is also called

6    Lorazepam; is that correct?

7        A.   Yes.

8        Q.   And it's a type of benzodiazepine?

9        A.   Yes.

10        Q.   And is it correct that all benzodiazepines

11    are central nervous system depressants?

12             MR. NEWMAN:  Object to form.

13        A.   As far as I'm aware of, they are.  All the

14    benzos are a central nervous system depressant.

15    That's their action of drug -- what the action of

16    the drug does.

17    BY MR. HECHT:

18        Q.   And are you able to tell me whether

19    alcohol is a central nervous system depressant?

20             MR. NEWMAN:  Object to form.

21        A.   I would not be trained as to how alcohol

22    affects a specific person and to be able to point

23    that out on a specific person.

24    BY MR. HECHT:

25        Q.   Are you able to tell me how the

Page 31

1    interaction of Ativan and alcohol could affect a

2    human being?

3              MR. NEWMAN:  Form objection.

4        A.   I do not have training on the interaction

5    of alcohol and Ativan.

6    BY MR. HECHT:

7        Q.   Is respiratory depression a common

8    physical side effect of a central nervous depressant

9    such as Ativan?

10             MR. NEWMAN:  Object to form.

11       A.   Specifically talking about Ativan?

12   BY MR. HECHT:

13       Q.   Do you want me to rephrase the question?

14       A.   Yes.

15       Q.   Okay.  Is respiratory depression a common

16   physical side effect of a central nervous system

17   depressant such as Ativan?

18             MR. NEWMAN:  Object to form.

19       A.   Okay.  If we are using Ativan specifically

20   in higher doses, the -- what was I going to say? --

21   the causes of Ativan can cause central nervous

22   system depression.  And that's on a case-by-case

23   basis because everybody's metabolism is different so

24   they're going to metabolize things differently.

25

Page 32

```
 1   BY MR. HECHT:

 2        Q.   And you said the dosage.  What do you mean

 3   by dosage, depending on the dosage?

 4        A.   Well, for me specifically, we're working

 5   within our protocols that is signed off by a

 6   physician.  And they give us a -- protocols that

 7   gives a parameter as to what we need to -- with what

 8   we can administer on a case-by-case basis.  If we

 9   have to go outside of those parameters, then we

10   would call for a physician, online medical

11   physician.  And in our report, that would be noted,

12   who the physician was and what the orders were.

13        Q.   And what does the protocol say regarding

14   dosage for an adult when it comes to administering

15   Ativan?

16        A.   It says 1 milligram up to 4 milligrams.

17   Anything past 4 milligrams, they need physician

18   consult.

19        Q.   So would you agree with me that a

20   4-milligram dose of Ativan could cause respiratory

21   depression?

22             MR. NEWMAN:  Object to form.

23        A.   No.

24   BY MR. HECHT:

25        Q.   The protocol, when you talk about the
```

1    dosage between 1 to 4 milligrams, are you supposed

2    to give those dosages in increments and allow a

3    certain amount of time to go by, or do the protocols

4    allow you to choose whether you just want to give 1

5    milligram, 2 milligrams, 3 milligrams, 4 milligrams

6    in dose?

7          A.    Could you repeat that?

8          Q.    Sure.

9                You were describing the dosages to me

10   between 1 milligram to 4 milligrams, correct?

11         A.    That's correct.

12         Q.    And my question is, do the protocols give

13   you, as the paramedic, discretion in terms of how

14   much dosage you want to give to a patient?

15         A.    Yes.

16         Q.    Do you need to wait a certain amount of

17   time between dosages, or can you simply inject

18   intravenously a patient with 4 milligrams of Ativan?

19         A.    It's on a case-by-case basis because

20   people may require it, but as long as -- protocols

21   itself are not ironclad.  Here, you have to do it

22   this way.  They give us these parameters because

23   they know that everybody's interaction is going to

24   be different.  So if we work within that parameter,

25   we're still within our protocol and still following

Page 34

1    what we were signed off as by a physician.

2         Q.    Since becoming a paramedic, how many times

3    have you administered Ativan to a patient?

4         A.    I cannot give you the specific number.

5         Q.    Can you give me a range?

6         A.    Fifty to 200, possibly even more.

7         Q.    Okay.

8         A.    Yeah.

9         Q.    And in the range that you just gave me,

10   are you able to tell me, within that range, how many

11   times you've given a 4-milligram dose in one

12   injection to a patient?

13        A.    Possibly half that time.

14        Q.    So let's just say that -- and I'm not

15   holding you to this number -- that you've injected

16   200 patients with Ativan.  Are you saying that out

17   of that 200, you've injected 100 with a single dose

18   of 4 milligrams of Ativan?

19        A.    Without specific numbers, I don't want to

20   be hypothetical about it.  Give or take, yes.

21        Q.    Okay.  Does Ativan cause sedation?

22        A.    Ativan is used for sedation, yes.

23        Q.    Does alcohol cause sedation?

24             MR. NEWMAN:  Object to form.

25        A.    I don't have any training in alcohol.  We

Page 35

1   don't give that as a medication.

2   BY MR. HECHT:

3       Q.   And, again, you wouldn't be able to tell

4   me how the combination of Ativan and alcohol would

5   affect sedation in a human being, correct?

6       A.   That's correct.

7       Q.   Does Ativan slow down the rate and depth

8   of respirations?

9            MR. NEWMAN:  Object to form.

10      A.   It's dose dependent and patient dependent.

11  BY MR. HECHT:

12      Q.   Are there times when Ativan will not slow

13  down the rate and depth of respirations in a

14  patient?

15           MR. NEWMAN:  Object to form.

16      A.   It's dose dependent and patient dependent.

17  It's all on their own metabolism and what's going on

18  at the time.

19  BY MR. HECHT:

20      Q.   In your experience, have you seen patients

21  where you've intravenously injected Ativan, and

22  their rates and depths of respirations don't slow

23  down?

24      A.   Yes.

25      Q.   How many times?

Page 36

```
 1        A.    I can't tell you the specific number.
 2        Q.    Is that common?
 3        A.    It's depending on the person and their own
 4   metabolism.
 5        Q.    Can Ativan cause respiratory failure?
 6              MR. NEWMAN:  Object to form.
 7        A.    Ativan, if administered, and the patient
 8   is not monitored and -- you know, one of the
 9   contraindications of Ativan is hypersensitivity.
10   And so we don't know what the -- you know, working
11   within our protocols, it's just the parameters that
12   we use.  If we give a high dose of Ativan, I'm
13   assuming it has to be in the 20-, 30-milligram
14   range.  You would probably have to breathe for that
15   person.
16   BY MR. HECHT:
17        Q.    Is a single 4-milligram intravenous
18   injection of Ativan a high dose to you?
19        A.    Depending on the situation.  Each patient
20   is different.
21        Q.    Let me ask you about Tavares Docher, which
22   is what we're here to talk about today.  Do you
23   remember that incident on May 11, 2014?
24        A.    I've gone over it in my mind.
25        Q.    Okay.  I mean, do you have an independent
```

Page 37

1    recollection of that incident?

2         A.    Based on my report, yes.  That's how we

3    kind of reference back to our report, so -- three

4    years later.

5         Q.    Okay.  Based on your independent

6    recollection, based on your EMS report, based on any

7    record that you've looked at prior to today, my

8    question is, as it relates to Tavares Docher, are

9    you able to tell me whether or not the 4-milligram

10   dose of Ativan that you injected him with on that

11   day and time is considered a large dose?

12        A.    I gave the medication for him -- to help

13   him from his situation and help him from causing

14   either further harm to himself or the officers or

15   even to us.  So being that the medication is -- was

16   given intramuscularly and the absorption rate is

17   different than intravenous, I felt 4 milligrams of

18   Ativan was the appropriate dosage to help remedy the

19   situation.

20        Q.    Okay.  So let me rephrase my question,

21   then.

22             The 4-milligram dose of Ativan that you

23   intramuscularly injected into Tavares Docher on

24   May 11, 2014, do you consider that 4-milligram dose

25   to be a high dose?

Page 38

1      A.    No.

2      Q.    **Tell me what your protocol is for**

3   **administering Ativan.**

4      A.    For specifically combativeness, eclampsia,

5   preeclampsia, or --

6      Q.    **Yeah, for combativeness.**

7      A.    For combativeness is 1 to 4 milligrams.

8   Anything past 4 milligrams, a physician consult for

9   combative patients.

10     Q.    **And is it up to you to decide whether to**

11  **administer 1 milligram or 4 milligrams?**

12     A.    Yes.

13     Q.    **You don't need to get permission or speak**

14  **to a supervisor?**

15     A.    No.  That's why we went through the medic

16  training and work under a physician's license.

17  We've gone through apprenticeship programs and

18  everything like that.  Protocols give us parameters.

19     Q.    **What are some of the contraindications**

20  **with Ativan?**

21     A.    As far as I know, it's hypersensitivity.

22     Q.    **What about alcohol?**

23     A.    It's not, that I'm aware of.

24     Q.    **It's not, that you're aware of?**

25     A.    I'm not aware of alcohol being a

1    contraindication of Ativan.

2          Q.    Is pulse oximetry a vital sign?

3          A.    It is one of our vital signs.

4          Q.    Okay.  And did you utilize that on Tavares

5    Docher?

6          A.    During the call, yes, I believe.

7          Q.    I'm sorry.  Tell me when you're ready.

8          A.    Yes.

9          Q.    What's a normal pulse oximeter reading for

10   an adult male?

11         A.    Between 94 percent and 100 percent.

12         Q.    What is normal arterial oxygen in an adult

13   male in terms of millimeters of mercury?

14         A.    I'm not sure what you're asking.

15         Q.    Well, does pulse oximetry measure the

16   arterial oxygen in the human body?

17         A.    Yes.

18         Q.    Okay.  So my question is, what's normal

19   arterial oxygen in millimeters of mercury in a human

20   body?

21         A.    We don't -- prehospital, we are concerned

22   with the percentage, between 94 and 100 percent.

23   Those values cannot be taken prehospital because you

24   need an arterial blood gas draw from the hospital,

25   which we don't do.

Page 40

1     Q.   What's the normal respiratory rate for an

2  adult male at rest?

3     A.   Twelve to 20.

4     Q.   Beats per minute?

5     A.   Breaths per minute.

6     Q.   I'm sorry.  Breaths per minute?

7     A.   Yes.

8     Q.   And if you're under 12 breaths per minute,

9  what does that mean?

10    A.   Various things.  You could be at rest.

11  You could be athletic.  And you can have a

12  respiratory ailment.

13    Q.   And what if you're above 25 breaths per

14  minute?

15    A.   Various things.  You could be out of

16  shape.  People have that just by walking.  You could

17  have COPD or some sort of lung deficiency.  It could

18  be anxiety.  It could be medication-induced.  It

19  could be the environment outside that's causing

20  increase.  It could be infections.  There's a lot of

21  variety of things.

22    Q.   And you told me that pulse oximetry is a

23  vital sign, correct?

24    A.   It's one of our vital signs.

25    Q.   Is respiratory rate also a vital sign?

1      A.    It's one of our vital signs, yes.

2      Q.    And are you taught to examine a patient's

3  degree of consciousness?

4      A.    Yes.

5      Q.    Okay.  And, in doing so, do you utilize

6  the Glasgow Coma Scale?

7      A.    Yes.

8      Q.    And what is that?

9      A.    It tests the patient in three areas:  The

10  eyes and the verbal and the motor sensory.

11     Q.    How are you trained to reverse Ativan?

12     A.    We were trained -- I was trained at IRSC

13  to reverse Ativan with a medication called

14  Romazicon, which it's usually for what they call

15  Ativan toxicity or Ativan overdose.  Mainly, when

16  patients try to harm themselves and they have their

17  own medications of Ativan and they take a whole

18  bottle of Ativan, and the Romazicon does reverse

19  that.  We don't carry Romazicon.

20     Q.    Have you ever heard of Flumazenil,

21  F-L-U-M-A-Z-E-N-I-L?

22     A.    I don't -- I'm not aware.  I'm thinking

23  maybe it's the tradename for Romazicon.

24     Q.    Have you ever utilized Flumazenil?

25     A.    We don't carry that medication.

Page 42

1       Q.   Do you know, in your career as a

2  paramedic, if you've ever administered Ativan to

3  someone who's drunk?

4       A.   I cannot tell you whether somebody is

5  drunk or not unless they told me they were drinking,

6  but I do not know their level of what drunk is.

7       Q.   Are you -- strike that.

8            Have you gone through any sort of training

9  that's instructed you to ask a patient before

10 administering Ativan whether or not they've had

11 anything to drink?

12      A.   That is not one of our questionings that

13 we do when we have to give Ativan.

14      Q.   If you learned that someone was under the

15 influence of alcohol, would that prevent you from

16 giving them 4 milligrams of Ativan intramuscularly?

17           MR. NEWMAN:  Object to form.

18      A.   If I learn that somebody was under the

19 influence of alcohol, I'm going to treat the patient

20 as they are at that point in time with what they

21 need to be treated.

22 BY MR. HECHT:

23      Q.   Okay.  But let me ask you specifically.

24 If you knew that someone was under the influence of

25 alcohol, would that alone prevent you from

1    administering 4 milligrams of Ativan to them in

2    certain situations?

3              MR. NEWMAN:  Object to form.

4         A.   No.

5    BY MR. HECHT:

6         Q.   What is blunt force trauma?

7              MR. NEWMAN:  Object to form.

8         A.   Blunt force trauma would be trauma caused

9    to the body that is done by an external action where

10   the body is struck by various objects, persons,

11   accidents or anything like that that would cause

12   harm to the person -- the person's body.

13   BY MR. HECHT:

14        Q.   Based on your training and experience, can

15   you administer Ativan to a patient if they're

16   suffering blunt force trauma to their head?

17             MR. NEWMAN:  Object to the form.

18        A.   It's on a case-by-case basis.

19   BY MR. HECHT:

20        Q.   My question is, though, in your protocols,

21   is there anywhere that says that you cannot

22   administer Ativan to an individual that is suffering

23   blunt force trauma to their head?

24        A.   No.

25        Q.   Are there risks of administering Ativan to

Page 44

1    a patient who has suffered blunt force trauma to

2    their head?

3              MR. NEWMAN:  Object to form.

4              MS. BARRANCO:  Same objection.

5         A.   That would be on a case-by-case basis.

6    What we do prehospital is a set of protocols that

7    are signed off by a physician prehospital.  They

8    would have to do blood work, all kinds of stuff that

9    we're not able to do.  But we can only treat what we

10   have in front of us.

11   BY MR. HECHT:

12        Q.   During your entire career, including all

13   of your training and all of your experience, have

14   you ever been instructed or taught from anyone the

15   risks, if any, of administering Ativan to an

16   individual who has suffered blunt force trauma to

17   the head?

18        A.   Is it assuming that it's a teachable type

19   of thing, or --

20        Q.   All I want to know is during your entire

21   career, ten-plus years as an EMT, as a firefighter,

22   including all the training that you've undergone,

23   whether it be on the job or in the classroom, has

24   anyone, instructor, a professor, a doctor ever

25   taught you or discussed with you the risks

Page 45

1    **associated, if any, with administering Ativan to a**

2    **patient who has suffered blunt force trauma to their**

3    **head?**

4         A.    Specifically the risks, no.

5              That's assuming that it's a risk.  You see

6    what I'm saying?  If I run into a patient that's

7    been in an accident, they were ejected out of their

8    vehicle and I have to -- they're still not sedated

9    because of their trauma but they have obvious head

10   injuries or bodily injuries, Ativan is going to be

11   my medication of choice postsedation so that I could

12   keep them sedated throughout the call, as I turn

13   them over to the hospital.

14        **Q.   And I understand that.  I hear what you're**

15   **saying.  But, again, my question was very simple.**

16        **Ten-plus years that you've been working**

17   **for the St. Lucie County Fire District, has anyone**

18   **trained you as to any risks involved with**

19   **administering Ativan to a patient who has suffered**

20   **head trauma?**

21             MR. NEWMAN:  Object to form.  Asked and

22        answered.

23             You can answer.

24        A.   What you're saying is that there's an

25   assumed risk if somebody has blunt force trauma on

Page 46

1    their body, that Ativan works adversely to help that

2    patient.  You see what I'm saying?  You're -- you're

3    assuming there's a risk with the blunt force trauma.

4    BY MR. HECHT:

5        Q.   I'm not assuming anything.  I'm not a

6    paramedic.  I'm not a medical professional.  I'm

7    just asking the questions.  I just want to know --

8        A.   I just want to make sure that you

9    understand that I understand that there's -- for

10   various situations, Ativan can be used.  And if

11   there was any issues, then I would specifically have

12   been told, "Hey, this person has that specific

13   issue.  You can't give Ativan."  When it comes to

14   blunt force trauma, I was never told, "If they have

15   blunt force trauma, that's a contraindication to

16   Ativan."

17       Q.   And I wasn't talking about

18   contraindications.  And I'm going to ask it again,

19   all right, because I still don't think I've gotten a

20   clear answer.  I'm going to ask it one more time.

21            Has anyone during your ten-plus career --

22   ten -- strike that.

23            Has anyone during your ten-plus year

24   career at the St. Lucie County Fire District ever

25   instructed you, trained you about the risks, if any,

1    of administering Ativan to a patient who has

2    suffered blunt force trauma to the head?

3            MR. NEWMAN:  Object to form.  Asked and

4        answered.

5            You can answer.

6            THE WITNESS:  I'm sorry.  Repeat that

7        again, please?

8            MR. HECHT:  Could you read it back?

9            COURT REPORTER:  Sure.

10           (Requested portion read back.)

11       A.   Not specifically to blunt force trauma.

12   We were given a generality of uses for the

13   medication.  It sort of encompasses a lot of things,

14   from seizures to combativeness and everything that

15   falls in between.  So not specifically to blunt

16   force trauma, but that falls under the umbrella of

17   these are our treatment protocols.

18   BY MR. HECHT:

19       Q.   The protocols that you're talking about,

20   is that a written set of protocols?

21       A.   Yes.

22       Q.   And when were you provided with those

23   protocols?

24       A.   It's available to us at any time.

25       Q.   Okay.  Were you provided that in paramedic

1    **school?**

2         A.    In paramedic school, they did not

3    specifically follow St. Lucie County Fire District

4    protocol because they were a public school, so they

5    had to teach their own specific protocol that

6    encompasses the multijurisdictional, multiagency

7    protocols so that wherever we try to look for a job,

8    we're able to use what we've learned.

9              (Thereupon, marked as Plaintiff

10        Exhibit 1.)

11   BY MR. HECHT:

12        **Q.    Okay.  I'm going to show you what we'll**

13   **mark as Plaintiff's Exhibit 1.**

14              **Have you seen this before?**

15             MR. NEWMAN:  Hang on.  Let me look at it

16        first.

17             I think the only question is have you seen

18        this before.

19        A.    Yes, I have.

20   BY MR. HECHT:

21        **Q.    Okay.  And what is that that I just handed**

22   **you, Plaintiff's Exhibit 1?**

23        A.    This looks to be -- this looks to be part

24   of our protocol.  According to this, it's the 2006

25   revision.

Page 49

1          Q.   I'm actually going to hand you a bunch

2    more.  I'm not going to withhold them, but there's a

3    lot here.  This is all --

4          A.   This seems to be the procedural guidelines

5    and the protocol and the educational guidelines as

6    part of our beginning portion of our protocol,

7    before they got onto -- here's a little more

8    procedural guideline stuff.

9               Okay.  Right here is where they have

10   protocol separated under medical, environmental.

11   That's only cardiac in here.  Okay.  Trauma,

12   different types of cardiac rhythms and stuff that

13   are treated differently.  So this seems to be part

14   of the drugs.  Okay.  This is more educational.

15   Some of this looks like they repeat.  This seems to

16   be a compilation of our protocols.

17         Q.   Okay.

18         A.   Our past protocols.  They have been

19   updated since.

20         Q.   Yeah.  And that was my question.  When we

21   flip through -- and we can mark the whole --

22   everything that I just handed you as Plaintiff's

23   Exhibit 1.  There's different years.  If you look at

24   the bottoms, it'll say 2005, 2006.  I think there's

25   a 2009.  Why are the years different?

Page 50

1          A.   I'm not part of that committee.  A lot of

2     times the -- medicine changes all the time, and so

3     either the educational guidelines may be cut down

4     some so it's not as long.

5          Q.   Okay.  Can I -- can I get back all of

6     Exhibit 1?

7          A.   Sure.

8          Q.   So just so that we're clear, Plaintiff's

9     Exhibit 1 is the protocols that you keep referring

10    to; is that correct?

11         A.   Those specifically -- I've got to see if

12    that's the ones that are -- that were active

13    while -- during this time.

14         Q.   Okay.

15         A.   And we're talking about 2010, correct?

16         Q.   The incident involving Tavares Docher is

17    2014.

18         A.   2014.  I'm sorry.

19              So I'm not -- there's been several

20    revisions.  And when they revise it, sometimes they

21    do it by piece, so that's why you may see some

22    protocols from one date or another.  I'm not

23    100 percent sure as to what revision specifically

24    and the date that protocol, in regards to combative

25    patients, if it's been added to or not.

Page 51

1        Q.    Okay.  All right.  You don't know.

2        A.    I have to look.  I have to find -- I have

3    to research --

4        Q.    Okay.

5        A.    -- just to be 100 percent sure.

6        Q.    But Plaintiff's Exhibit 1, which I've

7    shown you, this is the protocol for the St. Lucie

8    County Fire District at some point.  You're just not

9    sure if it was in existence in 2014, correct?

10       A.    That's correct.

11       Q.    Okay.  Fair enough.

12             Do you have Plaintiff's Exhibit 1 --

13    strike that.

14             The protocols, do you carry those around

15    with you in your truck or in your bag?

16       A.    We carry it around in our trucks, and we

17    have it -- it's in digital form.  So I can just pull

18    it up on PDF.

19             MR. HECHT:  Okay.  All right.  I'm going

20        to go ahead and mark as Plaintiff's Exhibit 2

21        this document that I believe contained

22        protocols.  This was provided to us on

23        June 17th, 2014, by Brian Blizzard, who's the

24        deputy chief of St. Lucie County Fire District.

25

Page 52

1               (Thereupon, marked as Plaintiff

2        Exhibit 2.)

3               MR. NEWMAN:  Did you want to ask him about

4        this?

5               MR. HECHT:  I do.

6               MR. NEWMAN:  Okay.

7    BY MR. HECHT:

8        Q.    So on page M-10, it talks about sedation.

9    Do you see that?

10       A.    Yes, sir.

11       Q.    Okay.  Under "Caution," it says,

12   "Benzodiazepines may cause respiratory depression or

13   compromise."

14               Do you see that?

15       A.    Yes.

16       Q.    You knew that on May 11, 2014, correct?

17       A.    Yes.

18       Q.    Okay.  And it says, "When administering,

19   observe for signs of hypotension or respiratory

20   depression."

21               Do you see that?

22       A.    Yes.

23       Q.    And on May 11, 2014, you were aware that

24   benzodiazepines may cause hypotension or respiratory

25   depression, correct?

1      A.   We need to observe for signs.  Yes, it may
2  cause it.
3      Q.   Okay.  And under "ALS," which stands for
4  advanced life support?
5      A.   Yes.
6      Q.   It says, "Ativan 1 milligram increments to
7  a max of 4 milligrams."
8           Do you see that?
9      A.   Yes, sir.
10      Q.   What does that mean to you?
11      A.   That means I can choose to do 1 milligram
12  increments, but I can only go a max of 4, unless I
13  do greater doses, and I have to ask for a physician
14  consult.
15      Q.   Okay.  So does that mean to you, where it
16  says, "Ativan 1 milligram increments to a max of
17  4 milligrams," that the protocol allows you to
18  intramuscularly administer 4 milligrams in one dose
19  to a patient?
20      A.   Yes.
21      Q.   It doesn't mean to you that you need to
22  start with a lesser dose and work your way up to
23  4 milligrams over time?
24      A.   It allows us to choose on a case-by-case
25  basis what we feel -- what we deem is necessary for

Page 54

1    that time.

2         Q.   All right.  Let's talk about May 11, 2014,

3    okay?  And certainly take out your -- the report if

4    you need to.

5         A.   All right.

6              MR. NEWMAN:  We have been going about an

7         hour.

8              MR. HECHT:  Do you want to take a break?

9              MR. NEWMAN:  Yeah.  Let's take a

10        five-minute break.

11             (Recess 11:06 a.m. until 11:14 a.m.)

12   BY MR. HECHT:

13        Q.   Before we took the break, I was about to

14   ask you some questions about what it is that you

15   recall in terms of your involvement with Mr. Docher,

16   so that's what we're going to talk about now.

17        A.   Okay.

18        Q.   I see you have your report in front of

19   you; is that correct?

20        A.   Yes, sir.

21        Q.   Okay.  Do you mind if we mark your report

22   as an exhibit?

23        A.   No.  Absolutely.

24             MR. NEWMAN:  Let me make sure --

25             MR. HECHT:  Yeah.  I have my copy, so --

Page 55

1            MR. NEWMAN:  I just want to make sure

2       there aren't any handwritten notes.

3            Yeah.  That would be fine.

4            MR. HECHT:  So we'll go ahead and mark

5       your report as Exhibit 3.

6            (Thereupon, marked as Plaintiff

7       Exhibit 3.)

8  BY MR. HECHT:

9       Q.   Did you write the report that you have in

10  front of you that we marked as Exhibit 3?

11      A.   Yes.

12      Q.   And what was your role on May 5th --

13  strike that.

14            What was your role on May 11th, 2014, when

15  you responded to 301 East Prima Vista Boulevard in

16  Fort Pierce?

17      A.   For this specific call --

18      Q.   Yes.

19      A.   -- I was the primary paramedic on the

20  call.

21      Q.   And what does that mean when you say

22  "primary paramedic"?

23      A.   Well, our Fire District employs multiple

24  paramedics and, at times, we are on the ambulance

25  with another paramedic.  And so to lessen the amount

Page 56

1    of reports and patient care that we do, what we do

2    is we split calls.  And so this call was my call.

3    The following call was my partner's call.

4         **Q.    All right.**

5         A.    So we become primary, I guess, in that

6    sense that we are the paramedic calling the shots on

7    that.

8         **Q.    And what sort of vehicle were you in when**

9    **you responded to 301 East Prima Vista Boulevard?**

10        A.    In Rescue 3.

11        **Q.    Who else was with you in Rescue 3?**

12        A.    Tom Sinclair.

13        **Q.    So it was just the two of you?**

14        A.    Yes, sir.

15        **Q.    And what was his role?**

16        A.    His role was -- we switch roles as -- if

17   he's the primary paramedic, I'm at his disposal, and

18   he lets me know what he needs.  When two partners

19   work together, you almost kind of know what to do,

20   so you just get it done.  So his role was whatever I

21   would have them to do, I guess.

22        **Q.    Okay.  Well, you told me you were the**

23   **primary.  So is he called just primary 2, or does he**

24   **have a name?**

25                   MR. NEWMAN:  Secondary?

Page 57

1    BY MR. HECHT:

2         Q.    Secondary?  The helper?

3         A.    I guess, because previously, before we had

4    an influx of paramedics hired, we would be riding on

5    a rescue truck with an EMT.  So the EMT, what their,

6    quote, unquote, job would be to help get you your

7    vitals and stuff while you're getting IVs and you're

8    setting up drug drips or medications and all the

9    stuff that they're not allowed to do.

10        Q.    But Tom Sinclair was a paramedic, correct?

11        A.    He is a paramedic, yes.

12        Q.    And on May 11, 2014, you were both

13   paramedics, correct?

14        A.    That is correct.

15        Q.    Okay.  So tell me, what time did you get a

16   call to respond to 301 East Prima Vista Boulevard?

17        A.    According to the report -- let's see.

18   We're looking at page 5 of 6.  The call was received

19   by our dispatch at 1829.  It was dispatched to us at

20   1830, and we departed at 1830.

21        Q.    And what time did you arrive at the scene?

22        A.    At 1834.

23        Q.    Are you able to tell, either based on your

24   memory or what's contained in this report, what it

25   is that you were responding to?

Page 58

```
 1        A.   I'm not 100 percent sure as to how the

 2   call was billed out to us because there's a variety.

 3   It might have been an assault.  It might have been

 4   trauma but nothing specific because that stuff is

 5   public record, and they keep it vague for HIPAA

 6   purposes.

 7        Q.   Okay.  Let me direct your attention to

 8   page 4 of 6.

 9             Do you see at the way bottom it says

10   incident details?

11        A.   Yes.

12        Q.   And it says -- it's the second line.

13   "Nature of call as dispatched:  Traumatic injury."

14             Do you see that?

15        A.   4 of 6?

16        Q.   Yes.  It's literally at the way bottom.

17             MR. NEWMAN:  Can I see your copy?

18             His may be cut off.  Can you show us --

19             MR. HECHT:  (Indicating.)

20             THE WITNESS:  What's the last thing on

21        there?

22             MR. NEWMAN:  On the top right.

23             MR. HECHT:  Okay.  Mine is --

24             MR. NEWMAN:  These are simply printouts

25        from a computer record, so everything that was
```

Page 59

1          printed out, the format may look a little
2          different.
3     BY MR. HECHT:
4          Q.    Okay.  All right.  Do you see under
5     "Incident Details" -- I suppose it's on page 5 of 6
6     of yours.  It says, "Nature of call as dispatched:
7     Traumatic injury."
8          A.    Yes.
9          Q.    "Nature of call at scene:  Traumatic
10    injury."
11              Do you see this?
12         A.    Where is that part?
13         Q.    Should be right next to it.
14         A.    Yes.  Nature of call as traumatic injury.
15    Yes.
16         Q.    So does that refresh your recollection as
17    to the nature of why you were responding?
18         A.    According to this, I must have put that
19    because that's what I got of our rip and run.
20         Q.    That you were responding to a traumatic
21    injury?
22         A.    To a traumatic injury, yes.
23         Q.    And do you know anywhere in your report or
24    based on your independent recollection what the
25    traumatic injury was?

Page 60

1      A.   Based on my report, I do have a detailed
2  head-to-toe assessment as I arrived on scene.  Prior
3  to arriving on scene, we're not given specific
4  details.
5      Q.   Okay.
6      A.   Just for dispatch purpose.
7      Q.   So going to page 3 of 6, if you will,
8  where your narrative is --
9      A.   Okay.
10     Q.   -- what does the H stand for under
11 narrative?
12     A.   History.
13     Q.   It says, "Rescue was called to the scene
14 for a trauma."
15     A.   Yes.
16     Q.   And two sentences below that it says, "One
17 officer stated that there was ETOH involved and he
18 believes that the patient is on something because he
19 was so strong."
20          What does ETOH mean?
21     A.   It is what we use to shorten the word
22 alcohol.
23     Q.   Okay.  So is it correct that when you
24 arrived on scene, you were aware that Tavares Docher
25 had been drinking alcohol?

Page 61

1              MR. NEWMAN:  Object to form.

2         A.   I'm not sure if he was drinking alcohol.

3    The officer advised me that there was possible ETOH

4    involved.

5    BY MR. HECHT:

6         Q.   Okay.  Well, that doesn't mean that he was

7    pouring alcohol on his head, right?

8              MR. NEWMAN:  Object to form.

9         A.   I don't know what you mean.

10   BY MR. HECHT:

11        Q.   Well, you say "alcohol involved."  I mean,

12   your testimony is that an officer told you that

13   Tavares Docher had been drinking alcohol, correct?

14        A.   Yes.

15        Q.   And next to the O, what does the O stand

16   for?

17        A.   Objective, what we see.

18        Q.   Okay.  You saw an LAC, which is that a

19   laceration?

20        A.   That's correct.

21        Q.   You saw laceration was noted to patient's

22   right side of head with minimal to no bleeding.

23   Patient's left side was towards the pavement.  Above

24   patient's head was a puddle of blood.

25              Do you see that?

Page 62

1      A.    Yes, sir.

2      **Q.    Do you believe that that's the traumatic**

3  **injury that you were responding to?**

4      A.    From the initial assessment and

5  impression, yes.

6      **Q.    Okay.  And even sitting here today, I**

7  **mean, is that why you responded, because Tavares**

8  **Docher's head was in a puddle of blood and he had a**

9  **laceration on his head?**

10          MS. BARRANCO:  Object to form.

11          Go ahead.

12          MR. NEWMAN:  Join.  You can answer.

13     A.    We were called because he had injury to

14  himself.

15  BY MR. HECHT:

16     **Q.    Which was the bleeding around his head,**

17  **correct?**

18     A.    From what I could see at that time, yes.

19     **Q.    And what does the T stand for?**

20     A.    Treatment.

21     **Q.    And you gave him 4 milligrams of Ativan**

22  **intramuscularly in the right buttocks?**

23     A.    Yes.

24     **Q.    And then you wrote the patient was**

25  **reevaluated and was determined to be -- it's cut off**

Page 63

1    on mine.  What does that say on yours?  "Patient was

2    reevaluated and was determined to be" --

3         A.   Are you at H, O, T or R?

4         Q.   No.  I'm just -- do you see where it says

5    next to T, can you just read the few sentences next

6    to T?

7              MR. NEWMAN:  Where it says, "Assessment

8         performed"?

9              MR. HECHT:  Yeah.  Right.

10   BY MR. HECHT:

11        Q.   "Patient was very combative."  Read that

12   for me.

13        A.   "Patient was very combative and would not

14   stay on LSB with CID.  Due to his combativeness, the

15   patient was given 4 milligrams of Ativan IM in the

16   right buttocks."

17        Q.   Keep reading.

18        A.   "Stretcher was moved and placed by S.O.

19   officer, and patient was lifted by S.O. team to the

20   stretcher.  Patient was reevaluated and determined

21   to be apneic and pulseless."

22        Q.   Okay.  And then at the bottom of T, it

23   says, "Witness statement taken from rescue crew

24   after call"?

25        A.   Yes.

Page 64

1      Q.   Where in your report does it have any
2  mention of who this witness was or where the
3  statement is?
4      A.   That is -- was, like, for my reference
5  because that's something that we -- just for me
6  because I knew if something were to come up --
7  there's a lot of things in our calls that we run,
8  and we have to put specific things to help us recall
9  specific calls.  And I put that on there because
10  this was something different that happened.  We
11  don't do witness statements on every call.  So I was
12  able to talk to a representative of the sheriff's
13  office, and he asked for my statement.
14      Q.   Okay.  So where it says, "Witness
15  statement taken from rescue crew after call," did
16  you give a witness statement, or you took a witness
17  statement?
18      A.   I was given.  I'm sorry.  I was given and
19  I gave a witness statement myself to --
20      Q.   Okay.
21      A.   I'm confusing.
22           I gave a statement.
23      Q.   So where it says, "Witness statement taken
24  from rescue crew" --
25      A.   Yes.

Page 65

1      Q.    -- you didn't interview anyone, correct?

2      A.    That's correct.

3      Q.    You gave a statement to probably law

4  enforcement.

5      A.    Yes.

6      Q.    Okay.  Got it.

7            All right.  So let's go to the first page

8  of your report.

9            Did you know upon arrival that you were

10  coming in contact with a man named Tavares Docher

11  who was 29 years old?

12      A.    No.

13      Q.    Okay.  Where would you have gotten that

14  information from?

15      A.    Either through the officers, or it might

16  be through the officers.

17      Q.    All right.  And under that it says, "Past

18  Medical History," "Allergies," and "Medications."

19  Do you see those three headings?

20      A.    Yes.

21      Q.    And next to each of those headings, it

22  says "unknown."

23      A.    That's correct.

24      Q.    Why does it say "unknown"?

25      A.    Because those are the things that I can

Page 66

1    receive from the patient that is speaking to me.

2         Q.    So did you make contact with Tavares

3    Docher upon arrival?

4         A.    No.

5         Q.    Okay.  You never spoke with him.

6         A.    No.

7         Q.    So you never asked him what his past

8    medical history was?

9         A.    No.

10        Q.    And you never asked him if he had any

11   allergies?

12        A.    No.

13        Q.    And you never asked him if he was on any

14   medications?

15        A.    No.

16        Q.    And you certainly didn't ask him if he was

17   drinking alcohol, correct?

18        A.    That's correct.

19        Q.    Okay.  Why not?

20        A.    He was not talking, at least not to me.

21        Q.    Well, did you hear him talking at all?

22        A.    No.

23        Q.    Was he screaming at all?

24        A.    Not that I recall.

25        Q.    He was just silent.

Page 67

1          A.    He had, like, muffle struggle.  Like, he

2     would struggle during that whole issue with the

3     sheriff's department.

4          **Q.    Well, tell me what you remember when you**

5     **arrived on scene.**

6          A.    Would you like me to read that?

7          **Q.    Yeah.  I mean, based on your memory or**

8     **your report.  I just want to know what happened when**

9     **you arrived on scene.**

10          A.    Okay.  Well, based on my report, we were

11     called for trauma.  S.O. related that the patient

12     was very combative and very strong, was able to

13     displace many officers on scene by himself.  One

14     officer stated that there was ETOH involved, which

15     he believes the patient is on -- and he believes the

16     patient is on something because he was so strong.

17     Some of the officers on scene were injured during

18     the struggle.  No verbal response from the patient

19     during the call.

20               Upon our arrival, I found the patient on

21     the ground with S.O. officers subduing him and

22     seemingly controlling him.  The patient was still

23     active while S.O. officers were on him.  Laceration

24     was noted to the right side of the head with minimal

25     bleeding, left side towards the pavement.

Page 68

1          Above the patient's head was a puddle of

2    blood.  S.O. officer stated that it came during and

3    after the struggle.  The patient's nose and mouth

4    had flesh blood on them.  Airway was patent.

5    Respirations were rapid.  Pulses were rapid, skin

6    moist.  See injury section for assessment done, so a

7    whole injury section.

8          Assessment was performed as part of my

9    treatment.  Patient was combative and would not stay

10   on a long spinal board with a cervical mobilization

11   device.  Due to his combativeness, the patient was

12   given 4 milligrams of Ativan in buttocks.  Stretcher

13   was moved and placed by S.O. officer and was lifted

14   by S.O. team onto the stretcher.  Patient was

15   reevaluated and determined to be apneic and

16   pulseless.

17         Patient was immediately placed in the

18   rescue next to the scene.  A four-lead EKG confirmed

19   that the patient was in asystole.  CPR was

20   immediately ordered.  Vitals and treatment are

21   stated on flow sheet.  King airway was used for

22   immediate airway control.  IV done.

23         MR. NEWMAN:  Sorry.  Slow down just a

24       little bit because she's taking down everything

25       you're saying.

Page 69

1           THE WITNESS:  Oh, I'm sorry.  I know she's

2      got skills, but --

3           MR. NEWMAN:  Read a little slowly.

4      A.   IV in jugular done on patient.  Patient

5  was given a total of 1 milligram of Epi and 50

6  milliequivalents of sodium bicarb for possible

7  acidosis.  Patient was defibrillated at 120 joules,

8  with CPR to follow.  Upon reassessment, the patient

9  showed bounding pulse on his chest.  EKG showed

10  supraventricular tachycardia.  Patient was then

11  cardioverted at 100 joules.  And patient showed

12  later normal sinus rhythm with positive mechanical

13  pulses.

14           The reassessment, which is the R, upon

15  reassessment, patient had ROSC, which is return of

16  spontaneous circulation, prior to turnover.  Patient

17  care was turned over to ER staff with verbal report

18  without incident.

19  BY MR. HECHT:

20      Q.   Okay.  So according to the assessment on

21  page 1, that occurred at 6:36, correct?

22      A.   Yes.

23      Q.   Okay.  And did you speak to Mr. Docher at

24  that time?

25      A.   I did not speak to Mr. Docher.

Page 70

1      Q.    Okay.  So what did you do at 6:36?

2      A.    At 6:36, I was assessing the situation,

3  assessing the patient.

4      Q.    And when you assess a patient, should that

5  include speaking to them?

6          MR. NEWMAN:  Object to form.

7      A.    Depending on the patient.

8  BY MR. HECHT:

9      Q.    Okay.  And why in this situation did you

10  not speak to Mr. Docher?

11      A.    At this time, the patient was nonverbal.

12      Q.    Okay.  And what do you mean by that?

13      A.    He's not speaking.  He was not talking.

14      Q.    Was he unconscious?

15      A.    He was -- I didn't have any EEG on him.  I

16  cannot tell whether he was conscious or not, but he

17  was making noises and struggling with the officers.

18      Q.    Okay.  Did you perform a Glasgow Coma

19  Scale at 6:36?

20      A.    At 6:36, the Glasgow Coma Scale was

21  starting to be developed.

22      Q.    Okay.  Where in your assessment or under

23  your treatment does it say you performed a Glasgow

24  Coma Scale at 6:36?

25      A.    It's part of the assessment.

Page 71

1      Q.   Okay.  But did you write that you

2  performed a Glasgow Coma Scale at 6:36 on your

3  report?

4      A.   No.

5      Q.   Okay.  But it is your testimony that even

6  though you didn't write that you performed one, that

7  you were in the beginning stages of it?

8      A.   Yes.  That's what assessment is for.

9      Q.   Okay.  So what was his Glasgow Coma Scale

10  at 6:36?

11     A.   At 6:36 -- I cannot tell you that right

12  now.

13     Q.   Well, you can't tell me because it's not

14  in your report, correct?

15     A.   That's correct.  It's part of the

16  assessment.

17     Q.   Okay.  But it's not in your report.

18     A.   At 6:36, no.  It's an assessment.

19     Q.   Okay.  At 6:36, under "Assessment," it

20  says, "Breathing Quantity Adult Fast 20 to 30."

21          Do you see that?

22     A.   Yes, sir.

23     Q.   What does that mean?

24     A.   That is the quantity of breathing that an

25  adult would breathe.  It's one of the choices that

Page 72

1   we have in our report-writing system.

2        Q.   Did you assess Mr. Docher's breathing

3   quantity?

4        A.   From --

5        Q.   At 6:36?

6        A.   Everything from 6:36 to 6 -- 6:43 was a

7   development of assessment.

8        Q.   Okay.  Here's what I want to know:  I want

9   to focus on the 6:36 assessment.  It says,

10  "Breathing Quantity Adult Fast 20 to 30."

11       A.   Yes.

12       Q.   What does that mean?  Does that apply to

13  Mr. Docher?

14       A.   Everything on this report should apply to

15  Mr. Docher.

16       Q.   Okay.  So where it says, "Breathing

17  Quantity Adult Fast 20 to 30," Mr. Docher was

18  breathing fast?  Is that what that means?

19       A.   Yes.

20       Q.   Okay.  And what does the 20 to 30 mean?

21       A.   It's the range of breaths per minute.

22       Q.   Okay.  So 20 to 30 breaths per minute,

23  that would be fast to you, correct?

24       A.   Depending on the situation, it can be a

25  normal thing for a patient, or it could be that they

Page 73

1    are worked out or anything like that.

2        Q.    Did Mr. Docher work out when you were

3    assessing him?

4        A.    Mr. Docher was, from my understanding, was

5    in a struggle with the S.O. officers, and so he

6    asserted energy, and so that required him to

7    compensate by breathing faster for a faster heart

8    rate.

9        Q.    Okay.  So when you're talking about the

10   breathing quantity in Mr. Docher, is it your

11   testimony that at 6:36, his respiratory rate was

12   between 20 to 30 breaths per minute?

13       A.    Yes.

14       Q.    And you told me before that a normal adult

15   would have a normal respiratory rate between 12 to

16   20 breaths per minute, correct?

17       A.    A normal adult, yes, that's sitting there

18   and like us.

19       Q.    I understand.

20       A.    Yes.

21       Q.    So is it your testimony that at 6:36,

22   Mr. Docher's breathing quantity was abnormal?

23       A.    Was higher than normal, yes.

24       Q.    Would you consider that to be abnormal?

25       A.    Depending on the situation.

Page 74

1          Q.    Again, we're talking about Tavares

2    Docher's situation.  Just so we're clear, I don't

3    want to talk about, you know, someone else.  We're

4    talking about Tavares Docher.

5          A.    For -- from what I understand what he's

6    been through, that could be normal for him.

7          Q.    Okay.  But didn't you tell me previously

8    that 12 to 20 breaths per minute was normal, and

9    above 20 breaths per minute would be abnormal,

10   correct?

11         A.    I told you that depending on the situation

12   also.

13         Q.    "Venous hemorrhage controlled by PTA,"

14   what does that mean?

15         A.    Prior to arrival.  Meaning, there was

16   dried blood.  It wasn't bleeding.

17         Q.    Okay.  And then where it says carotid

18   pulse, radial pulse, brachial pulse, femoral pulse,

19   it says, "Not assessed for those four."  Do you see

20   that?

21         A.    Yes.

22         Q.    Why did you not assess those?

23         A.    Because he was still in control of S.O.

24   The scene was not safe.

25         Q.    He was in control of S.O.?

Page 75

1       A.   S.O. was -- he was under their care.

2       Q.   Okay.  **Explain the care that he was under**

3    **by the sheriff's officers.**

4            MS. BARRANCO:  Object to form.

5            Go ahead.

6       A.   He was not -- we were there for a trauma.

7    He was not to the point where we can safely move him

8    to the truck without him causing further harm to

9    himself, to officers or to us.

10   BY MR. HECHT:

11      Q.   Okay.  **He was a danger to himself and**

12   **officers?**

13      A.   At his state of being, yes.

14      Q.   Okay.  **When you make contact with him to**

15   **do this assessment at 6:36, was he in handcuffs?**

16      A.   I believe so.  Not 100 percent sure.  I

17   know at some point, he was handcuffed.

18      Q.   Okay.  **But you just can't recall if at**

19   **6:36 during this initial assessment he was in**

20   **handcuffs?**

21      A.   I can't say for certainty.

22      Q.   **Do you recall how many law enforcement**

23   **officers were surrounding him during this assessment**

24   **at 6:36?**

25           MS. BARRANCO:  Object to the form.

Page 76

1      A.   You want a real number or a hypothetical

2  number?

3  BY MR. HECHT:

4      Q.   I don't want a hypothetical.  I want to

5  know what you remember.

6      A.   I didn't sit there and count.  My focus

7  was his care.

8      Q.   Okay.  So are you able to tell me if there

9  was more than one police officer near him when you

10  did this assessment at 6:36?

11     A.   There were more than one.

12     Q.   Okay.  And were they -- I'm sorry.

13     A.   I'm sorry.  I wanted to correct it.  There

14  was more than one.

15     Q.   Was there more than ten?

16     A.   I can't tell you.  I didn't count

17  specific.

18     Q.   Were they subduing him in any way?

19     A.   Define "subduing."

20     Q.   Were they in control of him?

21     A.   They were attempting to get control of

22  him, from what I can -- from what I can see.

23     Q.   Was he on the ground?

24     A.   He was on the ground, yes.

25     Q.   And you don't recall if he was in

Page 77

1    handcuffs.

2         A.   I know at some point in the -- the whole

3    time that we were there, he was in handcuffs.   I

4    can't specifically say as soon as we got there that

5    I remember seeing him in handcuffs.

6         Q.   Okay.  What were his vitals at 6:36?

7         A.   At 6:36, all I can see is his respiration

8    rate, whether he's sweating or not, and any external

9    injuries from a distance.

10         Q.   Okay.  So the only vitals that you are

11    able to testify about was his respiratory rate,

12    correct?

13         A.   Yes.

14         Q.   Okay.  Why did you not perform other

15    vitals?

16         A.   Because he was still active with the

17    sheriff's department.

18         Q.   Okay.

19         A.   And the scene was not conducive for me to

20    make any contact with him.

21         Q.   Okay.  At -- strike that.

22              At 6:38, under "Treatment," you noted that

23    his pulse was 110, correct?

24         A.   That's correct.

25         Q.   So he would be tachycardic?

1      A.    Yes.

2      Q.    All right.  And his respiratory rate was

3    28 beats per minute; is that correct?

4      A.    Yes.

5      Q.    Would that be considered abnormal?

6      A.    That would be considered above normal.

7      Q.    Okay.  And respiratory effort, what does

8    that mean when you wrote normal?

9      A.    It's normal.  He's spontaneously breathing

10   on his own.

11     Q.    Okay.  And responsiveness is painful, what

12   does that mean?

13     A.    Meaning that to get any response from him,

14   you would have to cause an external painful stimuli

15   for him to respond.

16     Q.    Okay.  Such as what sort of painful

17   stimuli?

18     A.    Well, just not specifically to certain

19   pain but moving him, he responds to touch.

20     Q.    And at 1838, did you ever attempt to speak

21   with him?

22     A.    At 1838, since he was only responding

23   painfully, as I do all of my assessments, if I

24   attempt to speak to someone who is in and out of

25   consciousness, they -- I would assume that I'm not

Page 79

1    going to get an answer that is going to help me.

2         Q.   I'm sorry.  I don't want to cut you off.

3    Were you done speaking?

4         A.   Yes.

5         Q.   Okay.  At 1838, was Mr. Docher in and out

6    of consciousness?

7         A.   Throughout the call, from what I recall,

8    Mr. Docher would struggle with the officers, and the

9    officers would attempt to subdue him.  And then he

10   would go to like a period of calm, maybe regathering

11   his energy or whatever it is.  And then as soon as

12   any movement is done from him -- or from the

13   officers, he started to move again and start

14   squirming and, you know, move around.

15        Q.   Okay.  My question is at 6:38, was

16   Mr. Docher in and out of consciousness?

17        A.   He was in a state of being combative and

18   in a state of relaxation off and on throughout the

19   call.

20        Q.   Is that synonymous with being in and out

21   of consciousness, or is that something different?

22        A.   That is consciousness, whether he is aware

23   of what his surroundings were?  Is that how you're

24   defining consciousness?

25        Q.   I'm asking you.

Page 80

1       A.   Oh.  He was not able to talk to me and

2  tell me anything that was going on with him.

3       **Q.   Did you try to talk to him?**

4       A.   More than likely, I have -- I did try to

5  talk.  I always try to talk to all my patients

6  during an assessment process.

7       **Q.   Okay.  Well, before, you told me you**

8  **didn't talk to him.  Now you're saying more than**

9  **likely you did.  So I want to know, did you talk to**

10 **Tavares Docher at 6:36 or 6:38 p.m.?**

11          MR. NEWMAN:  Object to the form.

12      Misstates prior testimony.

13          You can answer.

14      A.   When -- at 6:36, as I'm doing my

15 assessment, I don't have -- there was a distance

16 between me and Docher, until I was able to get to

17 him and speak to him.  While he was still being

18 subdued, he was still moving.  And I -- I figured

19 talking to him at that time, I'm not going to get

20 any information that's going to help his situation.

21 BY MR. HECHT:

22      **Q.   Okay.  Well, at 6:36, you assessed his**

23 **breathing quantity, correct?**

24      A.   Yes.

25      **Q.   And that's where you determined that it**

Page 81

1     was fast, correct?

2          A.    Yes.

3          Q.    At 6:36, did you introduce yourself?  Did

4     you say, "I'm Paramedic Rosario.  I'm here to help.

5     I'm going to do the following"?  Did you say

6     anything like that?

7          A.    At 6:36, I'm assessing the situation as a

8     a whole, his situation, you know, surrounding

9     situation, his injuries, everything that as I am

10    approaching the patient himself, that's what --

11    that's part of my assessment.

12         Q.    Okay.  My question is very simple.  At

13    6:36, did you speak with Tavares Docher?

14         A.    No.

15         Q.    At 6:38, did you speak to Tavares Docher?

16         A.    Possibly.

17         Q.    Did you note in your report that you spoke

18    to him?

19         A.    No.  That would be under H.

20         Q.    Okay.  Show me under H where it says you

21    spoke to Tavares Docher, under your narrative.

22         A.    It says, "No verbal response from patient

23    during the call."

24         Q.    Okay.  So what does that mean?

25         A.    That means when I was assessing him for a

Page 82

1    response, I didn't get any verbal response from him.

2         Q.   Okay.  What would you have asked him, or

3    what did you ask -- strike that.

4              What did you ask him?

5         A.   I don't recall.

6         Q.   Well, what are you trained to ask a

7    patient in this situation?

8         A.   Oh, we go through OPQRST:  Onset,

9    provocation, quality, respiration -- respiration,

10   signs and symptom, any treatment.  AVPU:  Alert,

11   verbal, painful.  There's things that we go through.

12             For him in specific, if I was to speak to

13   a patient, I would try to find out if they know --

14   if they're oriented to person, place and event.  And

15   if they're able to tell me that, then I would go on

16   with asking them what their ailments are, what's

17   hurting them, what's bothering them.  Just take it

18   from that point on.

19        Q.   Okay.  And I'm not trying to be rude, but

20   I just want to know, when you would have made

21   contact with Tavares Docher, what are some of the

22   things you would have asked him?  And your response

23   was OPQRTS, pain.  I just don't know what that

24   means.  I just want to know what you would have said

25   to him.

Page 83

1          A.    What I would have or what I did say?

2          Q.    **I want to know what you did say.**

3          A.    I don't recall what I said.

4          Q.    **Okay.**

5          A.    What I would have and what I did say could

6    be completely different because it's on a

7    case-by-case basis.

8          Q.    **Well, what are you trained to ask a**

9    **patient in this situation?**

10         A.    The situations are different.  You know,

11   the patient -- the way they present to you is going

12   to change how you're going to ask them questions.

13         Q.    **Okay.  Well, in this situation, we've**

14   **established that you responded to a trauma, correct?**

15         A.    That is correct.

16         Q.    **We know that you told me when you made**

17   **contact with Tavares Docher, he was on the ground,**

18   **correct?**

19         A.    Yes.

20         Q.    **You said you don't remember if he was**

21   **handcuffed, correct?**

22         A.    Yes.

23         Q.    **You said that he was at times combative,**

24   **and at times he would get calm, correct?**

25         A.    Yes.

Page 84

1      Q.   So my question for you is, when you made

2   contact with him, what did you say to him?

3      A.   I don't recall.

4      Q.   Okay.  And 1839, it says, "Backboard

5   Sinclair, Thomas."  What does that mean?

6      A.   Eighteen -- that designates who the person

7   was who got the backboard and attempted to place the

8   patient on a backboard.

9      Q.   Okay.  So Tom Sinclair, who was with you,

10   attempted to put Tavares Docher on a backboard; is

11   that correct?

12      A.   Under my direction, I told him, "Hey,

13   let's get a backboard."

14      Q.   Okay.  And it says, "Patient would not

15   tolerate.  Very combative."

16      A.   Yes.

17      Q.   And does that mean that Tavares Docher

18   would not get on the backboard?

19      A.   When placing him, it was going to possibly

20   cause more harm to him than good, just to move him

21   around, because you're strapped in the board.  And

22   someone who's moving and squirming could slide down

23   and distract themselves and be a hindrance to the

24   patient's well-being.

25      Q.   Why would strapping Mr. Docher into the

Page 85

1    **backboard be a hindrance to his well-being?**

2        A.    Because when you put somebody on a

3    backboard, you want to make sure -- because when you

4    move a backboard, you lift the backboard off the

5    ground and then there's a patient moving, you know,

6    constantly moving, there's a possibility that the

7    patient could spill over or the backboard could turn

8    over, hurt our back, patient fall on their face.  So

9    we make the decision as to whether it's going to

10   help the patient or not.

11       **Q.    Okay.  And still looking at 6:39, it says**

12   **"unchanged" in parenthesis.  What is that referring**

13   **to that's unchanged?**

14       A.    It's referring to that the backboard

15   itself did not fix his situation.

16       **Q.    Okay.  We're going back to 6:36.  It also**

17   **says "unchanged."  What is that referring to?**

18       A.    The assessment was continuing.  There's

19   three choices:  Improved, unchanged, and worse.  And

20   those are the choices that we have to pick.

21       **Q.    Okay.  Now, at 1840, I know you did an**

22   **assessment.  And you also have treatment at 1840.**

23   **Which occurred first, the treatment or the**

24   **assessment at 1840?**

25       A.    The -- we always assess before we treat.

Page 86

1        Q.    Okay.  So looking at the assessment at

2   6:40, Mr. Docher's breathing quantity was not

3   breathing, correct?

4        A.    Yes.

5        Q.    So at this point, you were aware that

6   Mr. Docher was not breathing, correct?

7        A.    Yes.

8        Q.    And you were -- correct?

9        A.    Yes.

10        Q.    Okay.  And you were aware that he had no

11   chest rise?

12        A.    Yes.

13        Q.    Okay.  And then if we go to the treatment,

14   we see that after that assessment, also at 6:40,

15   there was 4 milligrams of Ativan administered

16   intramuscularly; is that correct?

17        A.    That's correct.

18        Q.    Okay.  So knowing that he was not

19   breathing, knowing that at 6:38 he was tachycardic

20   and had 28 breaths per minute, you decided to

21   intramuscularly administer 4 milligrams of Ativan,

22   correct?

23        A.    The times listed on here are not the exact

24   time.  Ativan is not necessary for somebody who is

25   not breathing.  Somebody who's not breathing, they

Page 87

1    don't -- they do not require a sedative because

2    they're not breathing.

3         **Q.   So why did you inject Mr. Docher with**

4    **Ativan if he was not breathing?**

5              MR. NEWMAN:   Object to the form.

6         Misstates his testimony.

7         A.   The times on here are not exact.  So if I

8    put 1840 for assessment and 1840 for Ativan, then we

9    are to assume that because the patient was still

10   combative at 1840, that Ativan was given.  And after

11   Ativan was given, I put that he improved, meaning

12   that he stopped being combative.

13   BY MR. HECHT:

14        **Q.   Well, under "Treatment," at 6:40, it says,**

15   **"Patient stopped being combative."**

16        A.   Yes.

17        **Q.   Okay.  So he stopped being combative after**

18   **the Ativan was given?**

19        A.   That is correct.  That's the intended

20   reason for giving the Ativan, to reduce the amount

21   of harm that he caused to himself or the officer or

22   to us.

23        **Q.   Okay.  See, here's why I'm confused,**

24   **because under the assessment at 6:40, you wrote,**

25   **"Not breathing."  Do you see that?**

1      A.    Yes.

2      Q.    **And then under the treatment, at 6:40, you**

3   **said the patient stopped being combative.  So how**

4   **could he not be breathing and you put that he**

5   **stopped being combative?  I mean, he wasn't**

6   **breathing.**

7            MR. NEWMAN:  Object to form.

8      A.    Well, these times are estimate times.

9   BY MR. HECHT:

10     Q.    **Okay.**

11     A.    We don't have somebody to say at this

12  specific time, you did this; this specific time, you

13  did that.  In our protocol, if somebody was not

14  breathing, there's no need for 4 milligrams of

15  anything.

16     Q.    **All right.  So do you want to, as we sit**

17  **here today, amend this report and tell me what the**

18  **correct assessment time was and the correct**

19  **injection of Ativan was?**

20     A.    I can safely say that the assessment may

21  have been done three minutes later, at 1843.

22     Q.    **And is the 6:40 Ativan injection correct**

23  **on the report?**

24     A.    It's an estimated time, but it was prior

25  to vitals that I received.

Page 89

```
 1        Q.   Okay.  Who inputs the time into these

 2   reports?

 3        A.   We do.

 4        Q.   Okay.  So you just put the time wrong when

 5   you did the -- strike that.

 6             When you entered 1840 as the time for your

 7   assessment, you just entered the time incorrectly,

 8   right?

 9        A.   Yes.  That's what it looks like.

10        Q.   Okay.  So now you're telling me that the

11   assessment on May 11th, 2014, prior to the injection

12   of Ativan, was at 6:43, not 6:40, correct?

13        A.   It was after the Ativan injection.

14        Q.   Okay.  So, again, knowing that Mr. Docher

15   was tachycardic, had 28 breaths per minute, you

16   decided, therefore, to inject 20 -- 4 milligrams of

17   Ativan, correct?

18        A.   Yes.  For his situation, yes.

19        Q.   Okay.  And did you consult anyone, or was

20   that solely your decision?

21        A.   That's solely my decision based on our

22   protocols.

23        Q.   Okay.  And then at 1843 on your report,

24   you have, next to "Pulse," that he doesn't have a

25   pulse, correct?
```

Page 90

1        A.    That's correct.

2        Q.    So what you've told me is that when you

3    injected the Ativan, in your amendment here today at

4    1843, that immediately he had no pulse, correct?

5        A.    1840.  The amendment would be for the

6    assessment to be at 1843 when the vitals were taken.

7        Q.    Right.  So -- so at 18 --

8        A.    You said the Ativan at 1843.

9        Q.    Oh, no.  You administered the Ativan at

10   6:40, correct?

11       A.    That is correct.  According to this, yes.

12       Q.    Okay.  Right.  And you made an amendment

13   here, and you did the assessment three minutes later

14   at 1843, correct?

15       A.    That is correct.

16       Q.    So three minutes later, he didn't have a

17   pulse, correct?

18       A.    When I assessed him, he did not have a

19   pulse.

20       Q.    And the Glasgow Coma Scale was a total of

21   what?

22       A.    Three.

23       Q.    What does that mean?

24       A.    That means he doesn't have any response to

25   eyes, no response to verbal, no motor response.

Page 91

1      Q.    Okay.  And the SaO2, 100 percent, what
2   does that mean?

3      A.    His oxygen saturation.

4      Q.    Is that his pulse oximetry?

5      A.    That is correct.

6      Q.    That's when you put a little clip on his
7   finger?

8      A.    Yes, a little sensor.

9      Q.    Okay.  And why is it that he didn't have a
10   pulse and that his Glasgow Coma Scale was so low
11   three minutes after injecting him with 4 milligrams
12   of Ativan?

13      A.    I'm sorry.  Could you repeat it?

14      Q.    Yeah.  Why three minutes after injecting
15   him with Ativan did he not have a pulse and have a
16   low Glasgow Coma Scale?

17           MR. NEWMAN:  Object to form.

18      A.    That's how he presented to me.

19   BY MR. HECHT:

20      Q.    Did you ever think that maybe this isn't a
21   good idea for me to inject him with 4 milligrams of
22   Ativan based on the vitals?

23           MR. NEWMAN:  Object to form.

24      A.    No.  I made my decision based on his
25   specific situation.

Page 92

1    BY MR. HECHT:

2        Q.    Okay.  And what was your decision based

3    on?

4        A.    Based on his specific situation being that

5    he was in contact with S.O.  He was being subdued by

6    S.O.  He was possibly a -- could injure himself,

7    injure some officer, and could possibly injure us.

8        Q.    Let's assume that he was in handcuffs,

9    okay?  And let's assume that there was more than two

10   police officers surrounding him.  How is it that

11   Mr. Docher would have injured himself or the

12   officers?

13              MS. BARRANCO:  Object to form.

14              MR. NEWMAN:  Join.

15       A.    How would he have injured them?  Well,

16   based on our H portion of the narrative on the last

17   sentence, it states that some of the officers on

18   scene were injured during the struggle.  And

19   previous to that, one officer believes that the

20   patient is on something because he was so strong.

21   BY MR. HECHT:

22       Q.    So was there a concern for you that he was

23   going to break out of the handcuffs?

24              MR. NEWMAN:  Object to the form.

25       A.    If you are going to assume that I remember

Page 93

1   that he had handcuffs, officers were injured.  Not a

2   hundred percent sure if he was on handcuffs when

3   that happened.  But there was more than one officer

4   there, so there must have been a need for more than

5   one officer there.  So there's a high possibility of

6   injury either to himself or to the officers.

7   BY MR. HECHT:

8        Q.   Okay.  And under "Treatment," going to

9   6:47, you note that he still did not have a pulse

10  and he essentially flatlined, correct?

11       A.   6:47.  That is correct.

12       Q.   Okay.  And at 6:48, epinephrine was given.

13  Why was that given?

14       A.   Because of the -- there was no pulse

15  present.  And our ACLS protocol, that is what we

16  follow with a person that is asystole in rhythm.

17  Epinephrine is the medication of choice.

18       Q.   Okay.  And did you ever think that there

19  was a -- another way besides injecting him with

20  Ativan to get him to calm down?

21            MR. NEWMAN:  Object to the form.

22       A.   No, not at the time.

23  BY MR. HECHT:

24       Q.   Did any --

25       A.   Previous attempts, apparently, by the

Page 94

1   officers had basically got us to the point of us

2   being called because of the injury that he sustained

3   during the struggle prior to our arrival.  So since

4   whatever was being done has not had any positive

5   results, in my opinion, I was able to use the

6   medications that I have at my discretion under our

7   protocols to remedy the call.

8          **Q.   What is it that any of the sheriff's**

9   **officers told you that they attempted to do prior to**

10  **your arrival to get him to calm down?**

11         A.   They did not discuss their tactics or

12  their policy and procedures with me.

13         **Q.   Okay.  So do you even know if they tried**

14  **in any way, shape, or form to put any sort of**

15  **restraints on him or, you know, tie his arms or**

16  **anything like that?**

17               MS. BARRANCO:  Object to the form.

18               Go ahead.

19               MR. NEWMAN:  Join.

20         A.   As I mentioned before, sometime during the

21  struggle -- I'm not 100 percent sure as to when, but

22  he was placed in handcuffs.

23               MR. HECHT:  Okay.  I'm going to give you

24          what we'll mark as Plaintiff's Exhibit 4.

25

Page 95

1              (Thereupon, marked as Plaintiff

2       Exhibit 4.)

3              MR. NEWMAN:  And you said this is

4       Exhibit 4?

5              MR. HECHT:  Yeah.  This is Exhibit 4.

6  BY MR. HECHT:

7       Q.   This is -- my understanding is of -- comes

8  from the protocols.

9       A.   Yes.

10      Q.   Is that correct?

11      A.   I believe so.

12      Q.   Okay.  So we're going to look at combative

13  patients.  And I've highlighted the pertinent parts.

14              It says, "The transport of combative and

15  potentially combative patients can be a stressful

16  and dangerous experience for Ground and Air Medical

17  Crew members, threatening the safety of all EMS

18  personnel.  The following protocol is adopted to

19  deal with this possibility:  one, recognize

20  potential etiologies of combative behavior and

21  carefully evaluate each patient prior to transfer."

22              My question is, when you came in contact

23  with Tavares Docher, did you evaluate the potential

24  etiologies for his combative behavior?

25      A.   For the short time that I was with him

Page 96

1    initially, that was part of my assessment.  My

2    assessment was to figure out his injuries and remove

3    him from the situation that would further injure --

4    cause injury to himself or any officers.

5        Q.   Okay.  And I understand that.  My

6    question, though, is did you evaluate the potential

7    etiologies of his combative behavior?

8        A.   The time that I had with him, no, because

9    everything was -- the call was happening in real

10   time.  There's certain things in our line of work

11   that we're not able to -- in a perfect world, we can

12   have this extensive evaluation of patient care, but

13   we don't live in a perfect world.  We have to treat

14   each patient on a case-by-case basis.  So when I --

15   each situation is different.

16       Q.   Okay.  Did you ever assess the head injury

17   that he sustained as a potential etiology of his

18   combative behavior?

19       A.   I do not have the ability to do a CAT scan

20   in the field.  I do not have the ability to do an

21   x-ray in the field.  So whether a cut to his head

22   can lead to brain trauma, I cannot assess that in

23   the time that I have out in the field.

24       Q.   Is there any other way to assess a head

25   trauma besides using imaging out in the field?

Page 97

1          A.    For cerebral vascular injuries like CVAs

2     or strokes, there are evaluations that we can do to

3     see if they had -- they have conjugate gaze, they're

4     able to follow commands, answer certain questions

5     and things like that.  But specifically to combative

6     patients, it's not going to always happen because of

7     the nature of the call.

8          **Q.    Okay.  Did you evaluate Mr. Docher's**

9     **possible use of alcohol or drug intoxication as a**

10    **potential etiology for his combative behavior?**

11         A.    I was told by an officer that he possibly

12    or has alcohol involved and possibly something else.

13    I wasn't given anything specific.  It's based on

14    what I was told.  And those things had nothing at

15    the time to do with his -- from what I thought his

16    combativeness of the trauma.

17         **Q.    Okay.  Looking at Number 3 --**

18         A.    Yes.

19         **Q.    -- did you initiate preventative measures**

20    **to reduce potentially a combative patient's anxiety?**

21    **And then it lists things.  It says, "Did you**

22    **reassure the patient, give honest answers to**

23    **questions, give firm, calm direction?"  Did you ever**

24    **do that with Mr. Docher?**

25         A.    These are considered educational

Page 98

1   guidelines, something to consider as you go on a

2   case-by-case basis per patient.  Not everybody's

3   going to fall under everything, where you can go

4   from A through Z with everybody because of, you

5   know, what the patient is presenting at the time,

6   the amount of time that we have with the patient,

7   just the call in general.

8        **Q.   Okay.  So I take that to mean that you did**

9   **not reassure him, give him honest answers to**

10  **questions or give firm, calm direction, correct?**

11           MR. NEWMAN:  Form.

12       A.   That is correct.

13  BY MR. HECHT:

14       **Q.   Okay.  Number 5:  "Should a patient become**

15  **combative, the following steps to be taken:  A, look**

16  **for potential etiologies and correct, one, hypoxia;**

17  **two, shock; three, excessive environmental**

18  **stimulation."**

19           **My question for you is, did you ever look**

20  **for the potential etiologies in regards to any of**

21  **those things listed there:  Hypoxia, shock,**

22  **excessive environmental stimulation?**

23       A.   That is part of our assessment portion

24  when we approach a patient:  How are they presenting

25  to us?

Page 99

1    Q.    Okay.  So you did that?

2    A.    That's part of my training, yes.

3    Q.    Okay.  And then after you --

4    A.    In no specific order, and it's different

5    for different patients.

6    Q.    Right.  Well, let me ask you this:  You

7    administered the Ativan at 6:40, correct?

8    A.    I believe so.  Yes.

9    Q.    Okay.  Did you look for potential

10   etiologies in term of hypoxia, shock, and excessive

11   environmental stimulation prior to injecting him

12   with Ativan?

13            MR. NEWMAN:  Object to form.  Asked and

14         answered.

15            Answer again.

16   A.    The -- that's part of my assessment.  I

17   see how my patient is doing before I give him

18   medication and after medication.

19   BY MR. HECHT:

20   Q.    Okay.  5b says, "The following physical

21   restraints are authorized for use if, A, above does

22   not work or apply."  And then in parentheses it

23   says, "Apply before transport if at all possible,

24   one, Rayon webbing strapped across chest and legs;

25   two, hard extremity restraints."

Page 100

1          So did you ever attempt to utilize Rayon

2     webbing strapped across Mr. Docher's chest and legs

3     or hard extremity restraints?

4          A.   No.

5          Q.   Why not?

6          A.   Because he was not combative when I had

7     him on my stretcher.

8          Q.   So he was not combative when he was on the

9     stretcher?

10         A.   Yes.

11         Q.   At what point?  After the injection of

12     Ativan or before?

13         A.    After the injection.

14         Q.   My question is, is before you injected him

15     with the Ativan, why did you not utilize Rayon

16     webbing or hard extremity restraints?

17         A.   Because he was still in care of S.O. and

18     struggling.  They had not gotten complete control of

19     him for me to be safe enough to put him on a

20     stretcher.

21         Q.   So your testimony is, is that the officers

22     that were surrounding Mr. Docher did not have full

23     control of him, and that's why you chose to inject

24     him with Ativan?

25              MS. BARRANCO:  Object to the form.

1             MR. NEWMAN:  Object to the form.

2        A.   That is correct.

3    BY MR. HECHT:

4        Q.   And is it correct that the reason you did

5    not utilize the Rayon webbing or the hard extremity

6    restraints is because Mr. Docher posed a danger to

7    himself and the officers?

8        A.   Why I did not use it?

9        Q.   Yes.

10       A.   I didn't use it because when he was in my

11   complete care on my stretcher, he was not a threat

12   to anybody.

13       Q.   I'm asking you before you injected him

14   with the Ativan, so let me ask the question again.

15            Is the reason you did not utilize the

16   Rayon webbing or the hard extremity restraints prior

17   to injecting the Ativan because you believed that he

18   was too much of a danger to himself and the

19   officers?

20       A.   That's correct.  And us.

21       Q.   And the paramedics?

22       A.   Yes.

23       Q.   5c:  "Pharmacologic restraints may be used

24   if physical restraints are not sufficient or if

25   continued combativeness may interfere with

Page 102

1  deliverance of proper medical care or may cause

2  further harm to the patient."

3            So, again, you never even attempted the

4  physical restraints, correct?

5       A.   That is correct.

6       Q.   So as you sit here today, you have no idea

7  if the physical restraints would have been effective

8  on Mr. Docher, correct?

9            MR. NEWMAN:  Object to form.

10      A.   They wouldn't have been necessary while he

11 was on my stretcher.

12 BY MR. HECHT:

13      Q.   And, again, I'm not talking about after

14 you injected the Ativan.  I'm talking about before

15 the Ativan, so let me ask the question.

16           Before you injected the Ativan, you never

17 attempted any sort of physical restraints on

18 Mr. Docher, correct?

19      A.   The officers were doing that.

20      Q.   Okay.  Tell me what the officers did to

21 physically restrain Mr. Docher in terms of utilizing

22 physical restraints.

23      A.   Like I mentioned sometime during the

24 struggle, he was handcuffed.  And as he would go

25 through being combative and being relaxed, when he

Page 103

1    would be combative, the officers would pin him down

2    and keep him from moving too much so as to not cause

3    harm to himself or to any further -- any more

4    officers.

5        Q.   Did the officers use Rayon webbing

6    strapped across Mr. Docher's chest and legs at any

7    point in time that you're aware of?

8        A.   Not that I'm aware of.

9        Q.   At any point in time, did the sheriff's

10   officers use any hard extremity restraints on all

11   four limbs at any time that you're aware of?

12       A.   Hard restraints such as handcuffs?

13       Q.   Well, I'm reading from your protocol.

14       A.   I don't think they follow our protocol,

15   though.

16       Q.   I'm just asking the question.

17       A.   This is -- this is our educational

18   guidelines.  It's not the protocol.  It is to give

19   us some background as to the types of calls that we

20   may run into.  But our protocols, what we actually

21   follow, is further down in the page.  But as an

22   educational guideline, you're talking about hard

23   extremity restraints.  I'm assuming that's

24   handcuffs, which we don't carry.  And at some point

25   in time during the struggle, he was handcuffed.

Page 104

1        Q.    Okay.  Well, what I'm looking at, which

2    we've marked as Exhibit 4, it says, "Emergency

3    Medical Guidelines."  Do you see that at the top of

4    E-14?

5        A.    Yeah.  On the following page -- it didn't

6    come out on here, but they're part of our

7    educational guidelines.  There are things in here

8    that are more general and that are not specific to

9    our protocol but a lot of things.  This is just for

10   educational purposes.  Hey, you can be aware of

11   this.  You can be aware of that.  But there's no --

12   you cannot make one specific protocol for every

13   situation because we have numerous pages.

14       Q.    Under "Combative Patients," it says, "The

15   following protocol is adopted to deal with this

16   possibility."  I'm assuming that means combative

17   patients, correct?

18       A.    Yes.

19       Q.    So this -- this is the protocol when

20   we're --

21       A.    It's our educational guidelines in our

22   protocol.

23       Q.    What's the difference between a protocol

24   and an educational guideline?

25       A.    Well, if you were -- can I show you what

Page 105

1    our protocol --

2         Q.   Yeah.

3         A.   -- is?

4              Our protocols are divided by various

5    sections such as procedural guidelines, educational

6    guidelines.  And even in some of the educational

7    guidelines, there are general pieces of equipment

8    that we don't even carry.  But it's there for our

9    education.

10             Our protocol also includes sections on

11   here of medications, their interactions, their

12   actions or indications.  Now, that does not mean

13   that our protocol follows what this says.  Our

14   protocol is approved by our medical director, and

15   it's summarized in -- not in the procedural

16   guidelines, not in the educational guidelines.

17   Let's see where it's at.

18             MR. NEWMAN:  You referenced them earlier.

19        You asked him some questions about the protocol

20        having to do with Ativan.

21        A.   It is specifically to what we

22   are -- St. Lucie County Fire District follows under

23   medical direction.  And these are what we are --

24   this is what's over us in terms of what are the

25   parameters that we can do during calls.

Page 106

1   BY MR. HECHT:

2        Q.   Okay.

3        A.   And it's separated for medical, cardiac,

4   environmental, poisonings and stuff like that.

5        Q.   Okay.  Well, let me ask you about

6   Exhibit 4 when we're talking about combative

7   patients.

8        A.   Uh-huh.

9        Q.   Is this something that you follow in your

10  employment as a paramedic?

11       A.   We are given a choice with parameters to

12  do what's best for the patient at a specific set

13  time.

14       Q.   Okay.  So Exhibit 4 is -- is a guideline.

15  It's not something that you must do, correct?

16       A.   That is correct.

17       Q.   All right.

18       A.   Actually, our protocols are guidelines

19  also.

20       Q.   Okay.  So the protocols are just

21  guidelines.  It's not something that you must do

22  when treating a patient, correct?

23       A.   They give us the parameters as to what we

24  can work within.

25       Q.   Okay.  All right.  So, for instance, it

1    **says 1 to 4 milligrams of Ativan.  That doesn't mean**

2    **you can use your discretion and give someone**

3    **50 milligrams of Ativan, correct?**

4        A.   Anything above 4 milligrams our protocol

5    tells us to call medical direction on.

6        **Q.   All right.  So when we're talking about**

7    **Exhibit 4 in dealing with combative patients, did**

8    **you follow this protocol in dealing with Mr. Docher?**

9        A.   Not all patients are going to fall under a

10   specific protocol.  It can fall under a parameter.

11   And we have to limit it to use those parameters for

12   helping the patient at that time.

13       **Q.   Okay.  So the answer is you did not follow**

14   **everything in Exhibit 4 under combative patients,**

15   **correct?**

16           MR. NEWMAN:  Object to form.

17       A.   That is correct.

18   BY MR. HECHT:

19       **Q.   Okay.  When you arrived on scene and you**

20   **came in contact with Mr. Docher, would you define**

21   **his condition as a serious medical condition?**

22           MR. NEWMAN:  Object to the form.

23       A.   No.

24   BY MR. HECHT:

25       **Q.   Why not?**

1      A.    Because he was spontaneously breathing.

2   He was conscious enough to move around and interact

3   with the people that were around him.   That's it.

4      **Q.    Did you see a pool of blood under his**

5   **head?**

6      A.    Yes.

7           MS. BARRANCO:   Object to the form.

8   BY MR. HECHT:

9      **Q.    Okay.   Is that not a serious medical**

10  **condition that needs to be treated immediately?**

11          MR. NEWMAN:   Object to form.

12          MS. BARRANCO:   Form.

13     A.    Serious could be subjective because you

14  may see it serious because the head is very

15  vascular.   And when I run into a lot -- come on seen

16  with a lot of patients bleeding from their head, it

17  looks more exaggerated than it is, but I cannot

18  assess the seriousness of a patient until I receive

19  vitals and stuff like that.   What I can see from the

20  external is the guy is bleeding from his arteries

21  and it's squirting out with pressure, then that

22  could lead to a potential serious situation,

23  hypovolemia.   A pool of blood around somebody's head

24  is traumatic injury from bleeding.

25

Page 109

1  BY MR. HECHT:

2      Q.   Okay.  So your testimony is that when you

3  arrived on scene, this was not a serious medical

4  condition that needed to be treated immediately.

5      A.   When we are -- we are 911 emergency.  So

6  when we are approaching the scene and we get on

7  scene, it's -- in essence, there's always a -- we

8  have to treat people -- patients accordingly.  There

9  are some patients that call for immediate treatment

10  such as CHF, late-stage CHF, that if we do not take

11  over their airway or assist them with their airway,

12  then eventually they're going to stop breathing.  So

13  it's on a case-by-case basis as to how expedite我ly we

14  move on calls.

15      Q.   You respond to the 301 East Prima Vista in

16  response to a trauma call, correct?

17      A.   Yes.

18      Q.   Is a trauma call a situation where you

19  respond to where a patient needs to be treated

20  immediately?

21      A.   It can be.

22      Q.   Okay.  But in this case, your testimony

23  was, when you arrived, it really wasn't a trauma

24  call?

25           MR. NEWMAN:  Object to form.

Page 110

1         A.   It was a trauma call because I explained

2    that I saw laceration on his head, some fresh blood

3    in his nose and mouth, and he had blood around his

4    head.

5    BY MR. HECHT:

6         Q.   Okay.  And based on what you just told me,

7    is that a serious need that needs to be treated

8    immediately?

9              MR. NEWMAN:  Form.

10        A.   Anybody who calls us is going to get

11   treated as immediate as we can.

12   BY MR. HECHT:

13        Q.   Okay.  And you were going to transport him

14   to the hospital, correct?

15        A.   I was going to?

16        Q.   Right.  I mean, isn't that why you

17   responded, was to take him to the hospital?

18        A.   We were called for a trauma.  So,

19   essentially, I was the medical personnel to assess

20   this patient.  And from that point on, whether, you

21   know, he got a cut on his hand or not, I can assess

22   whether the officers want me to get him medically

23   released at the hospital or not.  So my intentions

24   are always to treat and transport a patient.

25        Q.   Okay.  So when you went to the scene and

Page 111

1    you made contact with Tavares Docher, you knew he

2    had a medical need and you need -- that needed to be

3    treated immediately and you were going to transport

4    him to the hospital, correct?

5         A.   Eventually, yes.

6         Q.   All right.  Let me just see if I have

7    anything else.

8              As you sit here today, did you give

9    Tavares Docher enough Ativan which caused him to go

10   into respiratory distress?

11             MR. NEWMAN:  Object to the form.

12        A.   No.

13   BY MR. HECHT:

14        Q.   You did not cause Tavares Docher to go

15   into respiratory distress?

16             MR. NEWMAN:  Form.

17        A.   No.

18   BY MR. HECHT:

19        Q.   Did the sheriff's officers cause Tavares

20   Docher to go into respiratory distress?

21             MS. BARRANCO:  Object to the form.

22             MR. NEWMAN:  Form.

23        A.   You'd have to ask them.

24   BY MR. HECHT:

25        Q.   If someone is being punched in their

Page 112

1    stomach or kicked in their abdomen, would you inject
2    that person with 4 milligrams of Ativan?
3              MR. NEWMAN:  Object to the form.
4              MS. BARRANCO:  Object to the form.
5         A.   Is that patient being combative?
6    BY MR. HECHT:
7         Q.   Sure.
8         A.   Are they causing harm to themselves and
9    others?
10        Q.   Sure.
11        A.   Then, at that specific case, I would give
12   the patient Ativan to protect him from himself and
13   to protect others around him.
14        Q.   Okay.  What if the patient was not a
15   danger to himself or to others but was being punched
16   in his stomach and kicked in his stomach?  Would you
17   still give him 4 milligrams of Ativan?
18             MS. BARRANCO:  Object to form.
19             MR. NEWMAN:  Join.
20        A.   Is that patient being combative?
21   BY MR. HECHT:
22        Q.   No.
23        A.   Then what is the need of giving him a
24   sedative?
25        Q.   I'm just asking the question.

Page 113

1        A.   I don't know if you're trying to say that

2   somebody who has trauma, just because they have

3   trauma they need sedation.

4        Q.   Let me ask you a different question.

5             If someone is suffering trauma to their

6   airway, would you still inject them with

7   4 milligrams of Ativan if they're being combative?

8             MS. BARRANCO:  Form.

9             MR. NEWMAN:  Join.

10       A.   Yes.

11            MR. HECHT:  All right.  I don't have

12       anything else.  Thanks.

13                       CROSS-EXAMINATION

14   BY MS. BARRANCO:

15       Q.   I have a few questions for you,

16   Mr. Rosario, to try to follow up a few things that

17   plaintiff's counsel had asked you.

18            And for the record, I represent the

19   Sheriff of St. Lucie County and four of his deputies

20   that are being sued in this case that's been brought

21   by Mr. Tavares through his mother.  And the names of

22   the deputies that I represent are Deputy Calvin

23   Robinson, Deputy Clayton Mangrum, Deputy Christopher

24   Newman and Deputy Wade Courtemanche.

25            Do you know any of those individual

Page 114

1    defendants that I just named?

2         A.   No.

3         Q.   If they were to walk in this room right

4    now, would you be able to recognize, you think, any

5    of them?

6         A.   Might, but I probably won't associate

7    their name with who they are.

8         Q.   Then, would I be safe in assuming that

9    you're not friends with any of my clients?

10        A.   That is correct.  I don't know any of

11   those --

12        Q.   Have you ever socialized with any of the

13   deputies that are being sued in this case?

14        A.   No.

15        Q.   So when you arrived on scene where

16   Mr. Docher was on May 11th, 2014, do you remember

17   recognizing any of the law enforcement personnel

18   that was on the scene that evening?

19        A.   No.

20        Q.   And I know you're employed with the

21   St. Lucie County Fire Rescue --

22        A.   Fire District.

23        Q.   -- Fire District.  Okay.

24        A.   Yes.

25        Q.   Okay.  Is that a separate entity than the

Page 115

1    St. Lucie County Sheriff's Office?

2         A.   Yes.

3         Q.   And when you've been asked questions by

4    plaintiff's counsel about your or our protocols or

5    your or our educational guidelines, were you

6    referring to the Fire District's protocols and

7    educational guidelines?

8         A.   Yes.

9         Q.   Do you understand that the St. Lucie

10   County Sheriff's Office deputies are not required to

11   follow the guidelines and the educational guidelines

12   and protocols that you have been shown here today?

13        A.   Yes.

14        Q.   Are you aware that they may have their own

15   policies and procedures that they follow?

16        A.   Yes.

17        Q.   Have you been shown today any of the

18   St. Lucie County Sheriff's Office policies or

19   procedures?

20        A.   No.

21        Q.   So it's a completely different entity; is

22   that right?

23        A.   Yes.

24        Q.   Now, I know plaintiff's counsel had asked

25   you some questions about blunt force trauma and had

Page 116

1    asked you about what that was, and you mentioned

2    something about external action where a body can be

3    struck by an outside force.  Is that what you were

4    referring to?

5         A.   That's correct.

6         Q.   Now, can blunt force trauma, in your

7    experience, also occur when a person hits himself

8    against a hard object, whether it's the ground or a

9    fist?

10        A.   Yes.  Anything outside of the patient's

11   body.

12        Q.   Okay.  So would you agree with me, then,

13   that to the extent Mr. Docher suffered any blunt

14   force trauma on May 11, 2014, that you yourself did

15   not witness, you don't know whether that was a

16   result of someone striking or touching Mr. Docher or

17   whether that was Mr. Docher striking or touching

18   someone or something external to his own body?

19             MR. HECHT:  Form.

20        A.   Yes.  I'm not aware of what happened prior

21   to me arriving.

22   BY MS. BARRANCO:

23        Q.   Now, just so I'm clear, as you sit here

24   today -- and I know we're talking about something

25   that happened almost three years ago -- do you have

1    an independent recollection at all of this

2    particular call at the CVS in Fort Pierce involving

3    Mr. Docher and yourself and these deputies?

4        A.    Nothing that was not recalled through

5    reading my report.

6        Q.    Well, then, let me ask you, in looking at

7    your report, does that refresh your independent

8    recollection at all, or are you just going by what's

9    in your report and you have no other independent

10   recollection of this particular call?

11       A.    I can only go by my report because it was

12   so long, and I've had thousands of patients since

13   then.

14       Q.    That was my next question.  How many

15   patients have you attended to since May 11th of

16   2014?

17       A.    I can't tell you the specific number, but

18   it's a large amount of patients and with various

19   ailments.

20       Q.    Okay.  Now, in looking at your report --

21   and you can refer to -- I guess -- I believe your

22   report was marked as an exhibit to your deposition.

23       A.    Exhibit 3.

24       Q.    Okay.  Is that a final version of your

25   report, or were there any earlier versions, as far

1  **as you're aware, like draft copies?**

2       A.   No.   This is the report that we write and

3  send through our server after a call.

4       **Q.   And do you know how long after this**

5  **incident you authored that particular report?**

6       A.   It would be -- I believe if you go into

7  the administration -- administrative portion of the

8  report-writing system, you might be able to see the

9  time the report was written.   But because of this

10  one specific call, it does not stop us from running

11  calls after.   As soon as our truck's clean, we're at

12  the hospital and the patient's turned over, we could

13  have had three, four other calls.   And I'm -- I

14  become -- you know, get backed up on reports, so I'm

15  sitting there writing reports as things happen --

16       **Q.   Okay.**

17       A.   -- per call.

18       **Q.   Let me refer you to your report.   If you**

19  **could look at it for me, the narrative section.   And**

20  **per the copy that I have, it's on page 3 of 6.**

21       A.   Okay.

22       **Q.   And you've got the narrative section which**

23  **you kind of went through already, with the H and the**

24  **O and the T and the R.**

25       A.   Yes.

1      Q.    If I can direct you to the R section.  See

2   where it says, "Reassessment -- "Upon reassessment,

3   the patient had ROSC prior to turnover"?

4      A.    Yes.

5      Q.    What is that ROSC?  What does that stand

6   for?

7      A.    Return of spontaneous circulation, meaning

8   that there's no external CPR being done for the

9   mechanical part of the heart to actually work how

10  it's intended to work.

11     Q.    So he was doing that on his own at that

12  point?

13     A.    Yes.  Yes.

14     Q.    And then it says, "Patient care TOT ER

15  staff with verbal report without incident."  And

16  then it says, "Witness statement taken from rescue

17  crew after call."  Is that the statement you were

18  referring to that you gave to the sheriff's office?

19     A.    Yes.  That is correct.

20     Q.    And then it says, "R3 was placed OOS until

21  statement and decon was done."

22           What does that mean?

23     A.    Rescue 3 was placed out of service for

24  that moment in time until we can restock the truck,

25  clean up the truck, clean our stretcher, and that

Page 120

1    statement to the officer was finished.

2         Q.    And what's decon mean?

3         A.    Decontaminate.

4         Q.    Okay.  Do you recall if you personally had

5    to decontaminate?

6         A.    I was part of the decontamination because

7    it was the truck that I was in for that day, so I

8    want to make sure that everything was kosher for my

9    next patient.

10        Q.    That everything is clean and sterile for

11   the next person.

12        A.    Yes, yes.  Basically resetting the truck

13   back to where we can get more patients.

14        Q.    Now, when you noted decon was done, does

15   that necessarily mean that there was Mr. Docher's

16   blood or bodily fluids on either yourself or the

17   truck?

18        A.    A lot of times when patients bleed, when

19   they bleed, they bleed onto the stretcher cushion.

20   The cushion, it's black.  Sometimes we can't see

21   blood, but we spray everything and we wipe it down

22   thoroughly.  And we also restock the truck from

23   things that we've used during the call.  That's part

24   of our decon, restocking also.

25        Q.    And is that part of the fire rescue's

1   protocols?

2       A.   It's not a protocol, per se, but it's

3   almost like common sense of once -- if you use it,

4   you have to replace it.

5       Q.   And clean it.

6       A.   And clean it.  Yeah.  Not only for us with

7   bodily fluids and then possible -- anything that

8   comes out of those bodily fluids, but for our

9   patients also, since we're involved in every part of

10  patient care.

11      Q.   Okay.  Now, I'm going to direct your

12  attention, to the extent that you need it, to your

13  report, if you need it.

14           Did you ever -- I know there's mention in

15  your report, say, under "Assessment" on the first

16  page.  You've got "within normal limits" towards the

17  bottom.  You've got "Airway, breathing quality."

18  And one of the things is skin temp.  Is that

19  something different than body temperature?

20      A.   It's the temperature that you can assess

21  when we touch somebody.  If they are -- have

22  environmental issues, you can feel that patient is

23  really hot and dry.  You can tell that they're

24  possibly dehydrated, heat stroke or things like

25  that.  Or if they're cold and the patient had

1    passed, I can tell that they're cool to the touch

2    and that they had passed with some time lapsing

3    between the time I got called and the time I assess

4    them.  So that's part of our assessment portion.

5        Q.    Okay.  Now, in regard to Mr. Docher, I

6    understood your testimony to be that when you first

7    arrived on the scene, the St. Lucie sheriff's

8    deputies were there with Mr. Docher in the parking

9    lot.  And did you believe it was safe for you to

10   actually make physical contact with Mr. Docher at

11   that point in time?

12       A.    When we initially were called, I

13   questioned as to why we're still -- why we're here

14   at this time because the patient didn't seem to be

15   calm yet.

16       Q.    And what do you mean, you questioned?

17       A.    Because normally if there's a call that

18   there's a possibility of -- that harm could be done

19   from the patient to anybody interacting with the

20   patient, we stage.  There's a staging process.  And

21   the department S.O., through our communications

22   division, would call us and say that the scene is

23   secure and safe.

24       Q.    So staging, do you mean waiting?

25       A.    Waiting at least a block or two away from

Page 123

1    the actual scene until the sheriff's department

2    controlled the scene.

3         Q.   Now, do you recall whether you staged in

4    this instance with Mr. Docher?

5         A.   I don't remember.

6         Q.   Would that be noted in your report

7    anywhere?

8         A.   It would be noted -- I believe it would

9    be -- you can make -- you can -- let's see.  You can

10   assume, based on the time the call was received and

11   the call was -- the call -- by the time we arrived.

12   So based on the call received and the time we

13   arrived, I don't believe that we staged because

14   usually staging takes some time, depending on their

15   situation.

16        Q.   Okay.  And what were you just looking at

17   to figure that out?

18        A.   Page 5 of 6, it tells you the date and

19   time through our CAD, computer-animated dispatch,

20   automated dispatch, as to when certain events

21   happen.

22        Q.   And is that listed under your Incident

23   Details in your report?

24        A.   It is listed under -- yes.  That is

25   correct.  That would be two pages.

Page 124

1          Q.   Now, I want to clarify something you

2     testified to earlier.

3               Do you know whether or not Mr. Docher was

4     conscious when you arrived on the scene of the CVS?

5          A.   He was in and out of a state of calm and

6     moving around, like, I guess trying to escape or

7     something.

8          Q.   Okay.  Well, I'm looking at your report,

9     page 1.  And under "Assessment" with 18 -- time of

10    1836, which I guess is military time for 6:36 in the

11    evening --

12         A.   Yes.

13         Q.   -- do you see there that you've got

14    patient listed as conscious at that point in time?

15         A.   Where?  At 1836?

16         Q.   Yes, on the first page of your report.

17         A.   Oh, yes.

18         Q.   So is that accurate or not?

19         A.   He was -- when you write a report to

20    explain that he was in and out of a state of calm

21    and combativeness, it's hard to put a time as to

22    when specifically -- because these times are

23    approximate -- as to when specifically he was moving

24    around and struggling with the officers or calm.

25         Q.   Well, as -- and I'm a lawyer, not a

1    **medical professional, and I know now what your**

2    **training has been in the medical field. Do you, in**

3    **your training, see a difference between somebody**

4    **being calm and somebody being unconscious?**

5        A.   Depending on if they want to respond or

6    not. I've had patients that we had to use smelling

7    salts on. And if we determined them not to be -- or

8    to be conscious but they're acting unconscious just

9    for the sake of the whole medical incident, so

10   that's kind of a case-by-case basis.

11       **Q.   And it sounds like you don't know whether**

12   **or not Mr. Docher, from his perspective, whether he**

13   **was intentionally being uncooperative or**

14   **intentionally being unresponsive or --**

15       A.   Or just resting or -- because, like I

16   said, he was in and out of combativeness. Whether

17   he was resting or unconscious, it's -- to find out

18   the consciousness of a patient, you would have to

19   put him on an EEG machine, and that's -- test the

20   brain waves and see if you're actually literally

21   conscious or if you're just resting.

22       **Q.   Okay. Do you know whether -- based on**

23   **your training, whether or not Mr. Docher, in your --**

24   **in your presence ever became unconscious?**

25       A.   He became unresponsive upon my assessment

Page 126

1    at 1843.

2         Q.   And how long was that after your arrival

3    on the scene?

4         A.   1836 is when I first started assessing him

5    on scene in general.  And at 1843 is when I did the

6    assessment that he has not become conscious.

7         Q.   And was it after that point that you

8    administered the Ativan or before that point?

9         A.   I have -- if he was not conscious and

10   Ativan is supposed to sedate, there would be no

11   point in giving Ativan after somebody's unconscious,

12   so I had given him Ativan prior to him not having

13   any consciousness.

14        Q.   And is that because, based on your earlier

15   testimony, you administered the Ativan because

16   Mr. Docher was combative?

17        A.   Yes.

18        Q.   Did any of the deputies on the scene ever

19   tell you to give this gentleman a shot of something?

20        A.   Not that I recall.  I don't -- I remember

21   one asking me -- a female asking me how long it's

22   going to take for it to take effect.

23        Q.   You mean, the shot?

24        A.   The Ativan.  Yes.

25        Q.   Would that have been after you gave the

Page 127

1      Ativan?

2           A.    That was after.   And because the patient

3      was still combative and he had a few more instances

4      of kind of squirming and moving around or trying to

5      get away or something and then would calm, and then

6      I remember telling her, you know, two to three

7      minutes or something, you know, just to -- because I

8      guess they -- they looked tired.   They looked

9      winded.

10          Q.    "They" being who?

11          A.    The officers, because I don't know what

12     happened before we got there, but it seemed like an

13     incident that had worn them physically, and so they

14     wanted this to move along because it seems like this

15     happened -- I don't know when it happened -- it

16     seems like whatever's been going on had been going

17     on quite a bit of time before I got there because of

18     the officers that were either hurt or trying to

19     subdue him or something.

20          Q.    And do you have an independent memory -- I

21     think you told us that you recall the officers --

22     some of them being injured.

23          A.    Uh-huh.

24          Q.    Is that a yes, just for the record?

25          A.    Oh, yes.

Page 128

1      Q.   Okay.  Do you have an independent memory
2    of which officers were injured?
3      A.   No.  There was one when I arrived -- there
4    was one that asked for a Band-Aid or something, and
5    I think he had a scuff on his elbow.  It might have
6    been -- it might have been one or two that were
7    asking for Band-Aids, and I gave that out of our
8    stock.
9      Q.   Now, did you ever assess any of the
10   officers' injuries, you yourself?
11     A.   No, no.  He asked for a Band-Aid and I
12   gave him a Band-Aid.
13     Q.   Do you know, just from your own personal
14   knowledge, whether any of the deputies on the scene
15   went and sought medical treatment for their
16   injuries?
17     A.   No.
18     Q.   Now, getting back to the skin temperature
19   versus the body temperature, did there come a time
20   that you ever measured Mr. Docher's body
21   temperature?
22     A.   With a thermometer, I don't believe so.
23     Q.   Or any kind of measurement device,
24   however --
25     A.   A thermometer is the equipment of choice

Page 129

```
 1    that we have on our truck, and that could be used --

 2    we don't use it rectally, but we can do it axillary.

 3         Q.    Under the arm?

 4         A.    Yes.  Under the arm or oral.

 5         Q.    Could you look at your report and see if

 6    you ever got a reading for Mr. Docher's body

 7    temperature?

 8         A.    No.

 9         Q.    Is that something you typically would do?

10         A.    It's a case-by-case basis, not on all the

11    patients.  If we get called for a specific call for

12    a sick person and they explain to me that they have

13    been having chills, anything that exhibits the flu,

14    then -- and now our protocols have this thing called

15    a sepsis alert, but that's if somebody is septic.

16    They have been taking antibiotics, maybe they're not

17    working, then, yes, we would assess the body

18    temperature.

19         Q.    Did the fact that Mr. Docher, that he was

20    combative and not being compliant, did that impact

21    your ability to measure his body temperature?

22               MR. HECHT:  Form.

23         A.    It was not a decision that I made to do,

24    so --

25
```

Page 130

1    BY MS. BARRANCO:

2         Q.    **Just you didn't do it.  You don't know**

3    **why.**

4         A.    I didn't do it because I didn't feel it

5    was necessary.

6         Q.    **Based on the type of call it was?**

7         A.    Yes.

8         Q.    **Do you know anything, based on your**

9    **training and experience, about excited delirium?**

10        A.    Yes.

11        Q.    **Tell me what you know about it.**

12        A.    Excited delirium happens -- that protocol

13   came out around the time where these certain exotic

14   drugs have been introduced to the market, one being

15   the one that a lot of people recognize, was the guy

16   down, I believe, in Miami, who was high on bath

17   salts and ate another gentleman's face.

18             So there's a lot of exotic drugs that --

19   certain other drugs that may cause the person's

20   body, their metabolism, to be different than normal.

21   And so what has been happening with the police

22   officers, the sheriff's officers, is -- well, not

23   sheriff's -- not for St. Lucie because they don't

24   have tasers.  But when you give -- when you tase

25   somebody, it could cause the patient's heart to go

1    into SVT or a higher excited phase.  And excited

2    delirium in our protocol is treated with Ativan.

3        **Q.   Do you know if excited delirium can occur**

4    **in someone who's not on any kind of, as you**

5    **described it, exotic drug?**

6        A.   I'm not sure.

7        **Q.   Do you know if Mr. Docher was ever -- his**

8    **blood or bodily fluids were ever tested for any kind**

9    **of synthetic drugs or exotic drugs?**

10       A.   No.

11       **Q.   Do you know if there is a test to be able**

12   **to determine that?**

13       A.   I'm pretty sure.  I'm not 100 percent.

14   Yeah.  That's posthospital.  But I'm pretty sure

15   that's how they determined the gentleman down in

16   Miami to have bath salts in his system.  From what I

17   have read, there has to be specific tests for those.

18   Just a general blood screen -- or drug screen won't

19   show some of the exotic things in the blood.

20       **Q.   And I could assume but I want to ask you,**

21   **did you have anything to do with Mr. Docher's care**

22   **once he was taken to the hospital?**

23       A.   No.

24       **Q.   Do you remember any of the deputies riding**

25   **in the ambulance with Mr. Docher and yourself on the**

Page 132

1    way to the hospital?

2         A.   Yes.

3         Q.   Do you remember how many deputies?

4         A.   One.

5         Q.   Do you remember the name of that deputy?

6         A.   No.

7         Q.   Do you remember what he looked like?

8         A.   Yes.

9         Q.   Tell me.

10        A.   He was a stocky guy.  He was dark-skinned.

11   He mentioned his experience at the sheriff's

12   department being new.  He also mentioned that he was

13   an Iraqi -- I believe it was Iraqi war veteran or I

14   believe some sort of war veteran.  And that's all he

15   mentioned there.

16        Q.   Did you ever have any discussions with any

17   of the deputies on the scene that were having

18   contact with Mr. Docher?  Did you ever have any

19   discussions with them, other than what you've

20   already told us here today, in regard to what had

21   occurred with Mr. Docher before your arrival?

22        A.   Other than what is stated on the H portion

23   of my report, no.

24        Q.   Okay.  Did anyone tell you -- and if you

25   need to refer to your report, please do.  Did anyone

1    ever tell you that Mr. Docher had been unconscious

2    at any time on the scene before your arrival?

3        A.   I was not told that information.

4        Q.   So whether he was or not, you don't know.

5        A.   No.  I mean, initially we got called for

6    trauma, so I'm assuming it was just I'm going to be

7    treating a patient that's involved in some sort of

8    trauma.  We get calls often by the police entities

9    about trauma, whether self-induced or not.  So

10   that's what my mindset.  All right.  There's going

11   to be a trauma.  So if I hear anything, I didn't

12   know what was going on.

13       Q.   Now, you mentioned earlier and your report

14   says that there was a laceration on Mr. Docher's

15   head, on the right side of his head, with minimal to

16   no bleeding?

17       A.   Yes.

18       Q.   Can you describe for me the severity of

19   that injury?  Was it a minor injury, a serious

20   injury, or something in between?

21       A.   Prehospital, I could -- at times I can

22   determine whether a specific laceration may require

23   stitches.  But depending on the doctor on call or at

24   the hospital or the PA that treats a specific

25   patient, they may use stitches.  They may use glue.

Page 134

1   They may use staples.  They may just leave it as is

2   if it's severe enough.  You know, just put a

3   Band-Aid and antibiotic ointment on it and it will

4   heal itself, so it's different.

5        Q.   Well, the fact that this particular

6   laceration, when you visualized it, had minimal to

7   no bleeding, did that impact your assessment of the

8   severity of the head wound?  Did it suggest to you

9   that it was less serious or more serious?

10       A.   It was just a matter of fact.  He had a

11  cut on his head and just dried blood or bleeding

12  slowly.

13       Q.   And just so I'm clear, in your presence,

14  did you ever see Mr. Docher being combative?

15       A.   Yes.

16       Q.   Did you, in your presence, ever see

17  Mr. Docher resisting the deputy's efforts?

18       A.   Yes.

19       Q.   And did Mr. Docher ever resist your

20  efforts to get him care?

21       A.   When we attempted to put him on a

22  backboard, which we do for patients with any type of

23  injury to the head, any trauma, we -- our previous

24  protocol was to put him on a long spinal board.  As

25  we attempted to put him on a long spinal board with

Page 135

1   a cervical mobilization device, we found quickly

2   that it was not in the patient's interest to be on a

3   board that he has a possibility of sliding off of.

4        Q.   Because he could fall off and hurt

5   himself?

6        A.   Yes.  He needs to stay in one spot.

7        Q.   Okay.  Let me refer you back to your

8   report.  According to my copy, it's page 4 of your

9   report under the Treatment section.  And I see 1843.

10       A.   Yes.

11       Q.   Apparently, there's several entries that

12  you've got 1843.  The last 1843, it says, "CPR,

13  successful, one attempt, Sinclair, Thomas

14  EMT-Paramedic."

15            What does that entry mean?

16       A.   That means CPR was successfully performed.

17       Q.   Was that done by your partner, Thomas

18  Sinclair?

19       A.   Yes.  As I was doing the airway -- I was

20  taking care of his airway -- he was the extra hand

21  to be able to take care of CPR as I was securing the

22  airway.

23       Q.   So when you say CPR in that instance, are

24  you referring to chest compressions?

25       A.   Chest compressions, yes.

Page 136

1          Q.    Now, if you go down to 1848, the second

2     1848, I see an entry of "CPR, successful, one

3     attempt, St. Lucie County Sheriff's Office."

4          A.    Yes.

5          Q.    What does that entry mean?

6          A.    That was the gentleman that rode with us.

7          Q.    The deputy?

8          A.    The deputy, yes.  I told Tom to get me

9     specific drugs out of the drug box, so he was not

10    able to continue chest compression.  So since this

11    deputy -- I know they have at least the training of

12    first responder-type training, I put him to work, in

13    essence.  And as I was ventilating the patient, I

14    would coach him, be like, "Hey, you need to go a

15    little faster."

16         Q.    Coach who?

17         A.    The deputy in the proper CPR.  So I would

18    tell him to go either faster or deeper, depending on

19    his performance of CPR.

20         Q.    And in terms of the CPR that the deputy

21    was performing in the back of the ambulance or the

22    fire rescue truck, I guess it is, what specifically

23    was he doing?

24         A.    Chest compressions.

25         Q.    On Mr. Docher.

1        A.    Yes.

2        Q.    **And were the deputy's chest compressions**

3   **on Mr. Docher ultimately successful, based on your**

4   **report?**

5        A.    They looked successful.

6        Q.    **Okay.  So I'm just looking at your report.**

7   **It says "CPR, successful."**

8        A.    He positively did CPR.  Yes.

9        Q.    **Okay.**

10       A.    And, again, on that portion of our report,

11   we have unchanged, successful, and worsening, so

12   that's something that we have to pick through this

13   program.

14       Q.    **So those are your only options for that**

15   **part of it.**

16       A.    For -- yeah, for anything, for any

17   assessment.

18       Q.    **And can you tell me what your -- and I**

19   **don't know what page it would be on your copy of**

20   **your report.  What was your -- ultimately your**

21   **impression of Mr. Docher, I guess it was?  I see a**

22   **primary impression and a second impression and an**

23   **other impressions.  Can you tell me what your**

24   **impressions were of Mr. Docher?**

25       A.    What page is that?

Page 138

1          Q.   I have it starting at the very bottom of
2    page 4, but I don't know if it's the same in your
3    copy.
4          A.   Okay.  Okay.  Yes.  What do you need to
5    know?
6          Q.   Yeah.  Can you tell me what your primary
7    impression was of Mr. Docher?
8          A.   My primary impression, according to my
9    report, it was behavioral and/or psychiatric
10   disorder, meaning he was combative.  It's a
11   behavioral type call.
12         Q.   Now, do you know -- well, let me ask you
13   this:  Where did you come up with that impression?
14   What was that based upon?
15         A.   Based on my initial assessment, that he's
16   been in contact with the sheriff's department and
17   possibly not complying, and so he was struggling
18   with authority, and so that would be deemed as a
19   behavioral issue.
20         Q.   Now, could you tell whether or not
21   Mr. Docher had any mental illness that he had?
22         A.   No, I don't have any history of
23   Mr. Docher.
24         Q.   So he could have but you just don't know.
25         A.   I don't know.

1      Q.    And then your secondary impression was the

2    traumatic injury?

3      A.    Uh-huh.

4      Q.    Is that a yes?

5      A.    Yes.

6      Q.    Was that related to the head laceration

7    you already told us about?

8      A.    Yes.  The head laceration, and I also

9    mentioned that there was fresh blood on his nose and

10   his mouth.

11     Q.    Could you tell, from looking at it,

12   whether or not the blood was coming from his nose or

13   had come from somewhere else and it ended up by his

14   nose?

15     A.    No.  It was around his nose and his mouth.

16   The one above on his head seemed to dry to a point.

17   It wasn't actively bleeding, but the one on his

18   mouth was still bleeding, I guess, around his nose.

19   So specifically I wouldn't be able to tell you that

20   the blood came just directly from the mouth.  If it

21   came out of the nose, it might have spilled onto the

22   mouth and it looked like it came out of the mouth.

23   But around his face, from his nose to his chin,

24   essentially, he was -- there was bleeding, active

25   bleeding.

1          Q.   Okay.  And then at page 5 of your report,

2     I see under, at the least on my copy, at the bottom

3     there's a section that says "Patient."  You have

4     Mr. Docher's name, black male.  And then it says 100

5     pounds.

6          A.   Uh-huh.

7          Q.   Does that sound right to you, that he was

8     100 pounds?

9          A.   We don't have any way of measuring

10    patients.  When I mentioned previously when we get

11    parameters with our protocols, a lot of them are

12    weight-based.  And because of our stretcher or none

13    of our equipment have the capability of assessing

14    weight, they give us parameters that are within safe

15    limits that if we are off with weight by 100 pounds,

16    then we still can't cause harm to the patient based

17    on our treatment, but we guess with our weights.

18         Q.   Well, do you know what his actual weight

19    was?

20         A.   No.  I didn't have any tools to measure

21    that.

22         Q.   Okay.  So was 100 pounds something that

23    you had to type in, 1-0-0, or was that just like a

24    base parameter?

25         A.   No.  It was a blank spot in our

Page 141

```
1    report-writing program, and we put in what we think.

2    It is a requirement in our writing program.  So we

3    have to put some sort of weight in there.

4           That -- that part mainly takes in effect

5    when things like dopamine, Cardizem, like, other

6    medications are weight-based.  That's when they look

7    at, okay, did you give the dosage within the

8    parameters?  How much did you assume he weighed?

9    That's where that comes in.

10        Q.   Okay.  And I know earlier -- I think in

11   your report you mentioned something about that the

12   deputies -- deputy or deputies, when you got on

13   scene, were reporting to you that Mr. Docher seemed

14   very strong to them.

15        A.   Uh-huh.

16        Q.   Did you ever witness Mr. Docher acting in

17   a manner that appeared that he was very strong for

18   his size?

19        A.   He was -- more than one officer had to

20   restrain him.  And him seemingly to be a smaller

21   guy.  And when I first got on scene, the officers

22   were scraped.  So how is the small guy, you know,

23   able to manhandle people like this that are larger

24   than him?

25              So the struggle itself seemed like
```

Page 142

1    something that he showed that he was strong.

2        Q.   All right.  I'm going to show you -- I'm

3    going to mark it as Defendants' Sheriff and

4    Sheriff's Deputies 1 for identification.  I'll show

5    it to your lawyer first and ask you to look at that.

6        A.   Sure.

7             MS. BARRANCO:  And while you're doing

8        that, just on the record, I know on that

9        document is contained your date of birth and

10       your driver's license number, and I'm going to

11       ask that those two items be redacted before it

12       gets copied and marked as an exhibit to this

13       deposition, for privacy purposes.

14            (Thereupon, marked as Defense Exhibit 1.)

15   BY MS. BARRANCO:

16       Q.   Do you remember -- well, first off, let me

17   ask you, do you recognize that document I just

18   showed you?

19       A.   Yes.

20       Q.   What is it?

21       A.   It was a Statement Form, a written

22   statement form of the incident after the incident

23   happened.

24       Q.   And did anyone tell you what to put in

25   that narrative section?

1         A.    I think I asked -- I might have asked,

2    what, do I just write everything that I wrote on the

3    report or -- I wasn't 100 percent sure what they

4    wanted outside of my report.

5         **Q.    And do you remember what you were told?**

6         A.    Just write what you saw.

7         **Q.    Did anybody tell you specifically what to**

8    **write that you saw?**

9         A.    No.

10        **Q.    Okay.  Can you just -- and this is really,**

11   **frankly, just so I know exactly what your words are**

12   **there.  Is that your handwriting?**

13        A.    That is my handwriting.

14        **Q.    Is there anything on there that's not your**

15   **handwriting?**

16        A.    The date and anything -- the whole section

17   which says, "SWORN to and subscribed before me this

18   date," that part is not.

19        **Q.    That's on the bottom?**

20        A.    Yes.

21        **Q.    Okay.**

22        A.    This date of statement and the time is not

23   my handwriting and the case number.  Rescue 3 is

24   not -- anything in -- that is my handwriting is

25   contained under my name, information, including

Page 144

1   driver's license and what have you.  And I --

2        Q.   You said that is your handwriting or not?

3        A.   Yeah.  What I'm saying, anything in this

4   section between my personal information down to the

5   narrative portion is my handwriting and then my

6   signature.

7        Q.   Okay.  Okay.  Can you just read for me

8   what you wrote there in the narrative section?

9        A.   Sure.

10            "Upon arrival, found" -- I don't know what

11  I wrote on there.

12            MR. NEWMAN:  You want him to read it

13       literally?

14            MS. BARRANCO:  Well, yeah, because I know

15       there were a couple words that I wasn't sure

16       of.

17            MR. NEWMAN:  So what she's asking you to

18       do is read it out loud just so she understands

19       it's your handwriting.

20            THE WITNESS:  Yeah.  I'm trying to

21       understand what I wrote there.

22            MS. BARRANCO:  He's trying to read his own

23       handwriting.  Isn't that the worst one, when

24       it's your own hand?

25            Mr. Rosario, can I just see that?  Maybe I

Page 145

1        could tell you what I think it says.

2             Do you mind if I just stand next to him?

3        Maybe it would be quicker.

4   BY MS. BARRANCO:

5        Q.   And I'm standing over your shoulder, just

6   for the record.

7             Does the narrative say, "Upon arrival,

8   found several S.O."?

9        A.   "Several S.O. with a combative patient.

10  Some of them had injuries as I approached the

11  patient.  The patient was struggling with several

12  S.O. on him, trying to keep him calm.  The patient's

13  head showed trauma.  I decided to chemically sedate

14  him.  See" -- and I referenced the run number.

15            "After I secured the straps in the

16  truck" --

17       Q.   Does it say sharps?

18       A.   I'm sorry.  Not sharps -- straps.

19       Q.   Does that say straps?

20       A.   No.  It's sharps.

21       Q.   Oh, okay.

22       A.   Yeah.  Once you give them medication for

23  intramuscular needles not secured.

24       Q.   Okay.

25       A.   "After I secured the sharps in the truck,

Page 146

1  I approached the patient, and he was still combative

2  and cuffed.  Two to three minutes later, the patient

3  stopped moaning.  S.O. then assisted by placing the

4  stretcher next to the patient, picking him up, then

5  placing the patient on the stretcher.  1 S.O. rode

6  with us.  Treatment found at SLCFD," the route

7  number and the reference.

8       Q.   And, for the record, the run number was

9  what?

10      A.   16522.

11      Q.   Now, you just mentioned something about --

12  going up about four lines -- about two to three

13  minutes later, the patient stopped -- you said

14  moaning.

15      A.   No.  That's moving.

16      Q.   Moving?

17      A.   Yeah.  That's moving.

18      Q.   Okay.  Okay.

19           Okay.  And then S.O. then assisted by

20  placing stretcher next to the patient?

21      A.   Yes.

22      Q.   Okay.  All right.  Thank you.

23           Oh, and just for the record, what was the

24  date and time that you filled this out, according to

25  the statement, anyway?

Page 147

```
 1        A.    It is 5/11/2014 at 1920.

 2        Q.    Which civilian time would be --

 3        A.    7:20.

 4        Q.    -- 7:20 p.m.?

 5        A.    Yes.

 6        Q.    I'll give this back down there.  I need to

 7   have her make a copy for me.

 8              All right.  Was there anything about that

 9   statement that you just read that is incorrect?

10        A.    It references my report.  And aside from

11   the times being approximate in that report, there's

12   nothing on here that's incorrect.

13        Q.    Okay.  Is there anything else you remember

14   about this specific incident with Mr. Docher that

15   you haven't been asked about that just stands out in

16   your mind, one way or the other?

17        A.    It was a call that required me to change

18   gears a lot in terms of treatment.  Initially when

19   we go on certain calls, the -- we deal with one,

20   maybe two forms of cardiac rhythms.  He went through

21   four of them, and all that different treatment

22   modalities.  So it was one that challenged me, but I

23   was able to perform what I needed to do at the time

24   from asystole to V-tach to SVT, which when you shock

25   SVT, you have to do changes in the monitor to not
```

Page 148

```
1    shock them back into asystole or V-tach, back to

2    normal signals.

3           So as far as the type of range that he

4    went through in a call like that, that's what stands

5    out.

6       Q.   And I know you were asked some questions

7    earlier about the Ativan, but do you, based on your

8    training and experience as an EMT paramedic, do you

9    personally have an opinion, one way or the other,

10   about what caused Mr. Docher to suddenly go into

11   cardiac arrest?

12      A.   As with any call, I always review the call

13   for myself personally because I always try to better

14   myself for my next patient.  And this call I

15   particularly reviewed my treatment and I am well

16   aware of what I did for my treatment.  If the

17   specific -- if all the planets aligned and

18   everything happened in the exact same way, I

19   wouldn't change my treatment.

20          I'm sorry.  What was the question?

21      Q.   My question was, based on your training

22   and experience, whether or not you personally had an

23   opinion as to why Mr. Docher suddenly went into

24   cardiac arrest.

25      A.   I did have speculation, yes.
```

Page 149

1          Q.    Okay.  Well, since we're in a deposition,

2    let me ask, what is your speculation in that regard?

3          A.    I speculated that the patient experienced

4    an external pericardial tamponade, which means when

5    somebody has a pericardial tamponade, what happens

6    is the sac around the heart due to trauma fills with

7    blood, and then now the heart beating inside of this

8    sac does not have the proper amount of movement to

9    actually make a complete beat, and eventually it

10   stops because you're hindering from actually

11   beating.  When you stop the heart from beating -- if

12   you physically got into somebody's chest and held

13   the heart down, it will stop.

14          From what I -- as reviewing the call

15   myself, from what I perceived is that when the

16   patient was being subdued -- meaning, somebody was

17   on his thoracic region from his back -- that after

18   some time in struggle, your oxygen demand increases

19   because you're struggling.  You're working out,

20   whatever.  Your oxygen demand increases, so your

21   heart rate increases also.  So you have to breathe

22   fast to compensate for your heart rate.  Otherwise,

23   you're going to be circulating unoxygenated blood in

24   your body.

25          So for his case, since he has obviously

Page 150

```
 1   been in a struggle with the officers prior to our

 2   arrival, not knowing how long, the act of somebody

 3   placing their weight upon his thoracic region could

 4   have caused his heart to not have enough room to

 5   work, and compress.

 6           Also, he's a young guy.  A lot of medical

 7   ailments don't really come early on in life, so

 8   arteriosclerosis and blood clots, all that stuff

 9   does not happen to a seemingly healthy young guy.

10   You know, he was -- you know, he was a smaller guy,

11   but it doesn't seem like he had any, like, cardiac

12   issues or anything like that.

13           So to have somebody -- their initial

14   rhythm go from obviously moving around to actually

15   asystole only concluded me in my opinion to say his

16   heart was physically stopped.  And the reason why he

17   came back with ROSC was because he's still young.

18   And so we were able to do CPR for a short time and

19   revive the heart muscles with oxygen, along with

20   ventilation.  And then we were able to see the heart

21   rhythm.  We were able to shock him into somewhat

22   more of a normal heart rhythm but still a rapid

23   heart rhythm.  And from there we were able to shock

24   him again into a normal heart rhythm because his

25   heart was not deprived of oxygen for that long.  And
```

Page 151

1    then from that point on, he maintained his own heart
2    rhythm.
3         Q.   Now, based on what you just told me, I
4    think you said compression to the thoracic --
5         A.   Thoracic region.
6         Q.   -- thoracic region, do you personally have
7    any knowledge as to whether or not there was
8    compression of Mr. Docher's thoracic region?
9         A.   I saw when they were subduing him, that
10   officers, as they were keeping him calm or keeping
11   him from moving, that they were on his thoracic
12   region.
13        Q.   How long of a period of time did you see
14   that occurring?
15        A.   It was an off-and-on deal.  As I
16   mentioned, he would be combative and then we would
17   be relaxing.  And as he was relaxed, they would pull
18   off of him.  And as they started trying to move him
19   or do something with him, he would start thrashing
20   again, so they would get back on him.
21             So like I mentioned, I'm sure he was -- he
22   was worked up.  He had been involved in whatever the
23   officers had been going on for some time.
24             So if you were to run two miles and I all
25   of a sudden get behind you and keep you from

Page 152

1   breathing, essentially that's how the anaconda does

2   to his prey.  The prey does die of asphyxiation

3   initially.  He dies of tamponade which causes the

4   heart to stop so they don't struggle anymore and

5   eventually they stop breathing shortly after.  And

6   so that's, in my opinion, how I assessed this

7   situation.

8        Q.   Well, in regard to Mr. Docher, though, do

9   you have any independent knowledge about whether or

10  not any of that thoracic compression occurred before

11  you got there?

12       A.   I can't answer for whatever happened

13  before.

14       Q.   Or how long -- if it did occur, how long

15  it was in place for?

16       A.   I wasn't timing anything.  I just know

17  that --

18       Q.   I mean, before you got there.

19       A.   Oh, before I got there?

20       Q.   Obviously, you have no idea.

21       A.   Yeah.  I have no idea what happened before

22  I got there.

23       Q.   And you mentioned something about

24  Mr. Docher being a seemingly healthy young man.  And

25  as you sit here today, Mr. Rosario, do you have

1    really any independent knowledge of Mr. Docher's

2    health on the date of May 11th, 2014?

3         A.   Like, prior?

4         Q.   Yeah.  I mean, you said he's seemingly

5    healthy, but do you know whether or not --

6         A.   Well, I can only go by appearance.

7         Q.   -- he had prior problems?

8         A.   I can only go by appearance.  He's not --

9    he wasn't overweight.  He seemed in decent shape.

10   That's all I can go by.  Whether he had a medical

11   history of asthma or cardiac congenital history

12   from -- I can't tell you that.

13        Q.   How about psychiatric?

14        A.   I can't -- I can't comment to that because

15   I didn't have verbal contact with him.

16        Q.   Or how about drug use?

17        A.   I don't know his history.

18        Q.   Or alcohol use?

19        A.   The only alcohol use that I was given

20   information from was from the officers.  He thinks

21   there was alcohol involved.

22        Q.   At the time.

23        A.   At the time, yes.

24        Q.   Right.  But, I mean, in terms of his past

25   history, were you aware of whether or not he had any

Page 154

1    **issues involving alcohol abuse, as opposed to just**

2    **use, but abuse?**

3         A.   I am not aware of anything of this patient

4    prior to me meeting him on that day.

5              MS. BARRANCO:  All right.  I have no

6         further questions for you.  Thank you.  I

7         appreciate your time.

8              MR. HECHT:  Any follow-up?

9              MR. NEWMAN:  I have no questions, and

10        we're going to read the transcript if it's

11        transcribed.

12             COURT REPORTER:  Did you want this

13        transcribed?

14             MR. HECHT:  Yeah.

15             COURT REPORTER:  Did you want a copy?

16             MS. BARRANCO:  Yes, please.  Can I also

17        get a copy of what was marked as Defendants'

18        Exhibit 1?

19             COURT REPORTER:  Right now.  Sure.

20             MS. BARRANCO:  I would like the actual one

21        that's made an exhibit to the original to be

22        redacted of those two things.

23             COURT REPORTER:  Sounds good.

24             Mr. Newman, did you want a copy?

25             MR. NEWMAN:  I do.  And I'm going to take

Page 155

1          the Errata Sheet.

2              COURT REPORTER:  Yes.  Got it.  I'll send

3          it to you.

4              (The proceedings concluded at 1:18 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 156

CERTIFICATE OF OATH


STATE OF FLORIDA

COUNTY OF ST. LUCIE



            I, the undersigned authority, certify

    that JOSE ROSARIO personally appeared before me

    and was duly sworn on the 13th day of April,

    2017.

                Signed this 18th day of April, 2017.



                    _____
                    NINETTE BUTLER
                    RPR, CRR, CRC, RSA, FPR
                    Notary Public, State of Florida
                    My Commission No. FF 144710
                    Expires:  10/11/18

Page 157

CERTIFICATE OF REPORTER


STATE OF FLORIDA

COUNTY OF ST. LUCIE


       I, NINETTE BUTLER, RPR, CRR, CRC, RSA,
FPR, do hereby certify that I was authorized to
and did stenographically report the foregoing
deposition of JOSE ROSARIO; pages 1 through 155;
that a review of the transcript was requested;
and that the transcript is a true record of my
stenographic notes.

       I FURTHER CERTIFY that I am not a
relative, employee, attorney, or counsel of any
of the parties, nor am I a relative or employee
of any of the parties' attorneys or counsel
connected with the action, nor am I financially
interested in the action.

       Dated this 18th day of April, 2017.


                _____
                NINETTE BUTLER
                RPR, CRR, CRC, RSA, FPR

April 18, 2017

JOSE ROSARIO
c/o WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
111 North Orange Avenue, Suite 1200
Orlando, Florida  32801
ATTN:  BENJAMIN W. NEWMAN, ESQ.

Re:  TAVARES DOCHER vs. CHRISTOPHER NEWMAN
Case No.:  2:16cv14413

Please take notice that on the 13th day of April,
2017, you gave your deposition in the above cause.
At that time, you did not waive your signature.

The above-addressed attorney has ordered a copy of
this transcript and will make arrangements with you
to read their copy.  Please execute the Errata
Sheet, which can be found at the back of the
transcript, and have it returned to us for
distribution to all parties.

If you do not read and sign the deposition within
thirty (30) days, the original, which has already
been forwarded to the ordering attorney, may be
filed with the Clerk of the Court.

If you wish to waive your signature now, please sign
your name in the blank at the bottom of this letter
and return to the address listed below.

Very truly yours,


NINETTE BUTLER, RPR, CRR, CRC, RSA, FPR
Phipps Reporting, Inc.
1551 Forum Place, Suite 200-E
West Palm Beach, Florida 33401

I do hereby waive my signature.

_____

JOSE ROSARIO

Page 159

ERRATA SHEET

DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

In Re:  TAVARES DOCHER vs. CHRISTOPHER NEWMAN
Case No.:  2:16cv14413
JOSE ROSARIO
April 13, 2017

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |

Under penalties of perjury, I declare that I have
read the foregoing document and that the facts
stated in it are true.

_____                    _____
Date                              JOSE ROSARIO

**A**

**a.m** 1:21 5:1 54:11,11
**AA** 10:2
**abdomen** 112:1
**ability** 96:19,20 129:21
**able** 6:12,25 7:11 8:1,17 13:5,7,16 14:8 14:8,11,18 15:2 18:10,20 19:7,16 20:11 20:16,17,21 22:23 23:16 25:3,9 27:22 30:18,22,25 34:10 35:3 37:9 44:9 48:8 57:23 64:12 67:12 76:8 77:11 80:1,16 82:15 94:5 96:11 97:4 114:4 118:8 131:11 135:21 136:10 139:19 141:23 147:23 150:18,20,21 150:23
**abnormal** 73:22 73:24 74:9 78:5
**abnormally** 21:14
**above-address...** 158:9
**Absolutely** 54:23
**absorption** 37:16
**abuse** 154:1,2
**accepted** 12:1
**accident** 45:7
**accidents** 43:11
**accurate** 124:18

**acidosis** 69:7
**ACLS** 8:16,17 8:21 14:23 93:15
**act** 150:2
**acting** 125:8 141:16
**action** 30:15,15 43:9 116:2 157:17,18
**actions** 105:12
**active** 50:12 67:23 77:16 139:24
**actively** 139:17
**actual** 123:1 140:18 154:20
**ADAM** 3:6
**added** 50:25
**address** 158:16
**admin** 9:20
**administer** 6:25 12:23 14:2 23:22 24:13 32:8 38:11 43:15,22 53:18 86:21
**administered** 34:3 36:7 42:2 86:15 90:9 99:7 126:8,15
**administering** 12:6 13:22 15:4 25:24 32:14 38:3 42:10 43:1,25 44:15 45:1,19 47:1 52:18
**administration** 10:3,6 12:12 118:7
**administrative** 118:7
**adopted** 95:18 104:15
**adult** 32:14 39:10,12 40:2

71:20,25 72:10 72:17 73:14,17
**advanced** 6:18 7:24 8:22 53:4
**adversely** 46:1
**advised** 61:3
**affect** 31:1 35:5
**affirm** 5:4
**agency** 11:2
**ago** 10:10 116:25
**agree** 32:19 116:12
**ahead** 18:8 51:20 55:4 62:11 75:5 94:18
**ailment** 20:3,15 20:15 27:22 40:12
**ailments** 20:2 82:16 117:19 150:7
**Air** 95:16
**airway** 19:7 68:4 68:21,22 109:11,11 113:6 121:17 135:19,20,22
**alcohol** 23:4,7 23:12,23 24:1 24:16 25:25 26:19,23 27:10 27:15 28:5,24 30:19,21 31:1 31:5 34:23,25 35:4 38:22,25 42:15,19,25 60:22,25 61:2 61:7,11,13 66:17 97:9,12 153:18,19,21 154:1
**alcoholic** 23:14 23:15 24:6
**alcoholism** 23:18

**alert** 82:10 129:15
**algorithms** 19:25
**aligned** 148:17
**allergies** 65:18 66:11
**allow** 33:2,4
**allowed** 25:1 57:9
**allows** 53:17,24
**Allstate** 9:8 10:15,24 11:2
**ALS** 53:3
**altered** 28:18
**ambulance** 15:19 55:24 131:25 136:21
**amend** 88:17
**amendment** 90:3,5,12
**amount** 33:3,16 55:25 87:20 98:6 117:18 149:8
**anaconda** 152:1
**and/or** 138:9
**angle** 11:23
**anguish** 21:13
**answer** 16:25 17:25 21:17 26:9 27:13 29:9 45:23 46:20 47:5 62:12 79:1 80:13 97:4 99:15 107:13 152:12
**answered** 45:22 47:4 99:14
**answers** 97:22 98:9
**antibiotic** 134:3
**antibiotics** 129:16
**anxiety** 20:7 40:18 97:20

**anybody** 25:19 101:12 110:10 122:19 143:7
**anymore** 152:4
**anyway** 146:25
**apneic** 63:21 68:15
**apparently** 93:25 135:11
**appearance** 153:6,8
**APPEARAN...** 3:1
**appeared** 141:17 156:9
**apply** 72:12,14 99:22,23
**appreciate** 154:7
**apprenticeship** 7:9 9:24 38:17
**approach** 98:24
**approached** 145:10 146:1
**approaching** 19:23 81:10 109:6
**appropriate** 37:18
**approved** 6:24 105:14
**approximate** 124:23 147:11
**Approximately** 12:18
**April** 1:21 156:10,12 157:19 158:1,7 159:4
**apron** 15:23
**areas** 41:9
**arm** 129:3,4
**arms** 94:15
**arrangements** 158:9
**arrest** 148:11,24
**arrival** 65:9 66:3

67:20 74:15
94:3,10 126:2
132:21 133:2
144:10 145:7
150:2
**arrive** 57:21
**arrived** 60:2,24
67:5,9 107:19
109:3,23
114:15 122:7
123:11,13
124:4 128:3
**arriving** 60:3
116:21
**arterial** 39:12,16
39:19,24
**arteries** 25:14
108:20
**arteriosclerosis**
150:8
**ash@searcyla...**
3:7
**aside** 147:10
**asked** 18:17
45:21 47:3
64:13 66:7,10
66:13 82:2,22
99:13 105:19
113:17 115:3
115:24 116:1
128:4,11 143:1
143:1 147:15
148:6
**asking** 26:4
39:14 46:7
79:25 82:16
101:13 103:16
112:25 126:21
126:21 128:7
144:17
**aspects** 9:19
**asphyxiation**
152:2
**assault** 58:3
**asserted** 73:6
**assess** 20:17,18
20:21 27:22

70:4 72:2
74:22 85:25
96:16,22,24
108:18 110:19
110:21 121:20
122:3 128:9
129:17
**assessed** 74:19
80:22 90:18
152:6
**assessing** 70:2,3
73:3 81:7,25
126:4 140:13
**assessment** 60:2
62:4 63:7 68:6
68:8 69:20
70:22,25 71:8
71:16,18,19
72:7,9 75:15
75:19,23 76:10
80:6,15 81:11
85:18,22,24
86:1,14 87:8
87:24 88:18,20
89:7,11 90:6
90:13 96:1,2
98:23 99:16
121:15 122:4
124:9 125:25
126:6 134:7
137:17 138:15
**assessments**
78:23
**assigned** 25:2
**assist** 109:11
**assisted** 146:3
146:19
**associate** 114:6
**associated** 45:1
**assume** 26:20
27:2 28:10
78:25 87:9
92:8,9,25
123:10 131:20
141:8
**assumed** 45:25
**assuming** 15:19

36:13 44:18
45:5 46:3,5
103:23 104:16
114:8 133:6
**asthma** 20:16
153:11
**asystole** 68:19
93:16 147:24
148:1 150:15
**ate** 130:17
**athletic** 21:10
40:11
**Ativan** 12:7,14
12:24 13:22
14:3,16,24
15:4 20:10
24:19,23 29:4
29:12,16,25
30:5 31:1,5,9
31:11,17,19,21
32:15,20 33:18
34:3,16,18,21
34:22 35:4,7
35:12,21 36:5
36:7,9,12,18
37:10,18,22
38:3,20 39:1
41:11,13,15,15
41:17,18 42:2
42:10,13,16
43:1,15,22,25
44:15 45:1,10
45:19 46:1,10
46:13,16 47:1
53:6,16 62:21
63:15 68:12
86:15,21,24
87:4,8,10,11
87:18,20 88:19
88:22 89:12,13
89:17 90:3,8,9
91:12,15,22
93:20 99:7,12
100:12,15,24
101:14,17
102:14,15,16
105:20 107:1,3

111:9 112:2,12
112:17 113:7
126:8,10,11,12
126:15,24
127:1 131:2
148:7
**attack** 23:16
25:14
**attempt** 78:20
78:24 79:9
100:1 135:13
136:3
**attempted** 84:7
84:10 94:9
102:3,17
134:21,25
**attempting**
76:21
**attempts** 93:25
**attended** 117:15
**attention** 58:7
121:12
**ATTN** 158:4
**attorney** 157:14
158:9,13
**attorneys**
157:16
**authored** 118:5
**authority**
138:18 156:8
**authorized**
99:21 157:7
**automated**
123:20
**available** 47:24
**Avenue** 3:19
158:3
**AVPU** 82:10
**aware** 13:24
30:13 38:23,24
38:25 41:22
52:23 60:24
79:22 86:5,10
103:7,8,11
104:10,11
115:14 116:20
118:1 148:16

153:25 154:3
**axillary** 129:2

**B**

**B** 9:2
**bachelor's** 10:5
**back** 13:1,16
20:12 37:3
47:8,10 50:5
85:8,16 120:13
128:18 135:7
136:21 147:6
148:1,1 149:17
150:17 151:20
158:10
**backboard** 84:4
84:7,8,10,13
84:18 85:1,3,4
85:4,7,14
134:22
**backed** 15:19
118:14
**background**
103:19
**backing** 15:14
15:22,23
**bag** 51:15
**Band-Aid** 128:4
128:11,12
134:3
**Band-Aids**
128:7
**bar** 16:8 28:16
**BARNHART**
3:4
**Barranco** 3:11
3:14 4:6 17:1,8
17:15,24 44:4
62:10 75:4,25
92:13 94:17
100:25 108:7
108:12 111:21
112:4,18 113:8
113:14 116:22
130:1 142:7,15
144:14,22
145:4 154:5,16

154:20
**base** 140:24
**based** 19:20
21:4 24:5 25:1
29:23 37:2,5,6
37:6 43:14
57:23 59:24
60:1 67:7,10
89:21 91:22,24
92:2,4,16
97:13 110:6
123:10,12
125:22 126:14
130:6,8 137:3
138:14,15
140:16 148:7
148:21 151:3
**Basic** 8:20
**basic-level** 6:9
6:15
**basically** 19:6
29:16 94:1
120:12
**basis** 7:1 17:16
18:1,15 21:19
22:18 31:23
32:8 33:19
43:18 44:5
53:25 83:7
96:14 98:2
109:13 125:10
129:10
**basket** 14:15
**bath** 130:16
131:16
**bay** 15:22
**Bayshore** 1:23
1:24
**Beach** 3:4,5 11:3
11:4,5,6
158:20
**beat** 149:9
**beating** 149:7,11
149:11
**beats** 40:4 78:3
**becoming** 27:6
34:2

**began** 5:1 6:2
**beginning** 8:25
27:5 49:6 71:7
**behalf** 3:2,8,16
**behavior** 95:20
95:24 96:7,18
97:10
**behavioral**
138:9,11,19
**believe** 24:18
39:6 51:21
62:2 75:16
95:11 99:8
117:21 118:6
122:9 123:8,13
128:22 130:16
132:13,14
**believed** 101:17
**believes** 60:18
67:15,15 92:19
**belligerent**
28:15
**ben.newman...**
3:21
**BENJAMIN**
3:21 158:4
**benzodiazepine**
22:20,21 25:24
26:18 30:8
**benzodiazepines**
14:3,7 23:1
30:10 52:12,24
**benzos** 30:14
**best** 106:12
**better** 148:13
**bicarb** 69:6
**billed** 58:2
**birth** 5:15 142:9
**bit** 9:5 68:24
127:17
**black** 120:20
140:4
**blank** 140:25
158:15
**bleed** 120:18,19
120:19
**bleeding** 61:22

62:16 67:25
74:16 108:16
108:20,24
133:16 134:7
134:11 139:17
139:18,24,25
**Blizzard** 4:15
51:23
**block** 122:25
**blood** 13:5 39:24
44:8 61:24
62:8 68:2,4
74:16 108:4,23
110:2,3 120:16
120:21 131:8
131:18,19
134:11 139:9
139:12,20
149:7,23 150:8
**BLS** 8:19
**Blue** 11:4,6
**blunt** 43:6,8,16
43:23 44:1,16
45:2,25 46:3
46:14,15 47:2
47:11,15
115:25 116:6
116:13
**Blvd** 3:4
**board** 68:10
84:21 134:24
134:25 135:3
**bodily** 45:10
120:16 121:7,8
131:8
**body** 7:20,20,23
7:25 20:20
21:23 39:16,20
43:9,10,12
46:1 116:2,11
116:18 121:19
128:19,20
129:6,17,21
130:20 149:24
**bothering** 82:17
**bottle** 41:18
**bottom** 58:9,16

63:22 121:17
138:1 140:2
143:19 158:15
**bottoms** 49:24
**Boulevard** 1:24
3:12 55:15
56:9 57:16
**bounding** 69:9
**box** 136:9
**brachial** 74:18
**brain** 19:9,13
22:4 96:22
125:20
**break** 54:8,10
54:13 92:23
**breath** 20:9
22:15
**breathe** 14:9
21:11 22:18
36:14 71:25
149:21
**breathing** 19:10
21:7 71:20,24
72:2,10,16,18
73:7,10,22
78:9 80:23
86:2,3,6,19,25
86:25 87:2,4
87:25 88:4,6
88:14 108:1
109:12 121:17
152:1,5
**breaths** 21:14
40:5,6,8,13
72:21,22 73:12
73:16 74:8,9
86:20 89:15
**Brevard** 10:25
**Brian** 4:15
51:23
**broad** 13:10
**broken** 14:1
**brought** 113:20
**buffer** 25:10
**building** 15:14
**bumper** 15:25
**bunch** 49:1

63:22 121:17
138:1 140:2
143:19 158:15
**Butler** 2:1
156:15 157:6
157:21 158:18
**buttocks** 62:22
63:16 68:12

———————
**C**
**c/o** 158:2
**CAD** 123:19
**call** 6:12,13 8:14
32:10 39:6
41:14 45:12
55:17,20 56:2
56:2,3,3 57:16
57:18 58:2,13
59:6,9,14
63:24 64:11,15
67:19 79:7,19
81:23 94:7
96:9 97:7 98:7
107:5 109:9,16
109:18,24
110:1 117:2,10
118:3,10,17
119:17 120:23
122:17,22
123:10,11,11
123:12 129:11
130:6 133:23
138:11 147:17
148:4,12,12,14
149:14
**called** 19:24
30:5 41:13
56:23 60:13
62:13 67:11
94:2 110:18
122:3,12
129:11,14
133:5
**calling** 56:6
**calls** 7:2 56:2
64:7,9 103:19
105:25 109:14
110:10 118:11
118:13 133:8
147:19

calm 20:11
  22:23 79:10
  83:24 93:20
  94:10 97:23
  98:10 122:15
  124:5,20,24
  125:4 127:5
  145:12 151:10
Calvin 1:9 3:9
  113:22
capability
  140:13
car 9:9 10:19,20
cardiac 7:24
  8:22 13:4,6
  49:11,12 106:3
  147:20 148:11
  148:24 150:11
  153:11
cardioverted
  69:11
Cardizem 141:5
care 6:9,15,17
  27:23 56:1
  69:17 75:1,2
  76:7 96:12
  100:17 101:11
  102:1 119:14
  121:10 131:21
  134:20 135:20
  135:21
career 9:3 11:15
  15:10 42:1
  44:12,21 46:21
  46:24
carefully 95:21
carotid 74:17
carry 41:19,25
  51:14,16
  103:24 105:8
carts 13:2
case 1:3 109:22
  112:11 113:20
  114:13 143:23
  149:25 158:6
  159:3
case-by-case

17:16 18:1,15
  21:18 31:22
  32:8 33:19
  43:18 44:5
  53:24 83:7
  96:14 98:2
  109:13 125:10
  129:10
CAT 96:19
catch 20:9
catching 18:9
cause 14:12
  17:12,20 31:21
  32:20 34:21,23
  36:5 43:11
  52:12,24 53:2
  78:14 84:20
  96:4 102:1
  103:2 111:14
  111:19 130:19
  130:25 140:16
  158:7
caused 16:17
  43:8 87:21
  111:9 148:10
  150:4
causes 31:21
  152:3
causing 37:13
  40:19 75:8
  112:8
Caution 52:11
Center 1:23
central 23:1,4
  29:4,19 30:1
  30:11,14,19
  31:8,16,21
Centre 3:12
cerebral 97:1
certain 6:23
  7:19,20,21
  33:3,16 43:2
  78:18 96:10
  97:4 123:20
  130:13,19
  147:19
certainly 54:3

66:16
certainty 75:21
certificate 4:7,8
  8:3,18 156:1
  157:1
certificates 8:16
certified 6:7
  8:23 9:14 12:1
certify 156:8
  157:7,13
cervical 68:10
  135:1
CEUs 8:14
  14:20
challenged
  147:22
change 83:12
  147:17 148:19
  159:6
changes 50:2
  147:25 159:2
chemical 16:20
chemically
  145:13
chest 12:11 69:9
  86:11 99:24
  100:2 103:6
  135:24,25
  136:10,24
  137:2 149:12
CHF 109:10,10
chief 51:24
child 9:11
chills 129:13
chin 139:23
choice 45:11
  93:17 106:11
  128:25
choices 71:25
  85:19,20
choose 33:4
  53:11,24
chose 100:23
Christopher 1:8
  3:8 113:23
  158:5 159:3
CID 63:14

circulating
  149:23
circulation
  69:16 119:7
city 5:17
civilian 147:2
clarification
  26:2
clarify 124:1
class 6:8,10,11
  22:21
classes 8:14 12:1
classroom 44:23
Clayton 1:8 3:9
  113:23
clean 118:11
  119:25,25
  120:10 121:5,6
clear 23:19 26:3
  27:25 46:20
  50:8 74:2
  116:23 134:13
Clerk 5:10
  158:14
CLEs 15:7
clients 114:9
clip 91:6
clots 150:8
coach 136:14,16
cold 121:25
college 13:11
coma 17:13,21
  41:6 70:18,20
  70:24 71:2,9
  90:20 91:10,16
combative 4:18
  22:24 24:6,13
  38:9 50:24
  63:11,13 67:12
  68:9 79:17
  83:23 84:15
  87:10,12,15,17
  88:3,5 95:12
  95:14,15,20,24
  96:7,18 97:5
  97:10,20 98:15
  100:6,8 102:25

103:1 104:14
  104:16 106:6
  107:7,14 112:5
  112:20 113:7
  126:16 127:3
  129:20 134:14
  138:10 145:9
  146:1 151:16
combativeness
  24:4,20 38:4,6
  38:7 47:14
  63:14 68:11
  97:16 101:25
  124:21 125:16
combination
  35:4
come 20:2 26:18
  26:22 64:6
  104:6 108:15
  128:19 138:13
  139:13 150:7
comes 7:19
  32:14 46:13
  95:7 121:8
  141:9
coming 65:10
  139:12
commands 97:4
comment 153:14
Commission
  156:17
committee 50:1
common 31:7,15
  36:2 121:3
communicatio...
  122:21
company 9:8
  10:17
compensate
  20:20 73:7
  149:22
compilation
  49:16
complete 100:18
  101:11 149:9
completely 83:6
  115:21

**compliant**
129:20
**complying**
138:17
**compress** 150:5
**compression**
136:10 151:4,8
152:10
**compressions**
135:24,25
136:24 137:2
**compromise**
52:13
**computer** 58:25
**computer-ani...**
123:19
**concern** 92:22
**concerned** 39:21
**concluded**
150:15 155:4
**condition**
107:21,21
108:10 109:4
**conditioned**
22:17
**conducive** 77:19
**confined** 11:24
**confirmed** 68:18
**confused** 87:23
**confusing** 64:21
**congenital**
153:11
**congestive** 21:4
**conjugate** 97:3
**connected**
157:17
**conscious** 70:16
108:2 124:4,14
125:8,21 126:6
126:9
**consciousness**
41:3 78:25
79:6,16,21,22
79:24 125:18
126:13
**consider** 14:7
37:24 73:24

98:1
**considered**
37:11 78:5,6
97:25
**consistently**
14:22
**constantly** 14:20
85:6
**consult** 32:18
38:8 53:14
89:19
**contact** 26:18,22
65:10 66:2
75:14 77:20
82:21 83:17
84:2 92:5
95:22 107:20
111:1 122:10
132:18 138:16
153:15
**contained** 51:21
57:24 142:9
143:25
**continual** 26:8
**continue** 136:10
**continued**
101:25
**continuing** 15:3
15:8 27:6,7
85:18
**contraindicati...**
39:1 46:15
**contraindicati...**
36:9 38:19
46:18
**control** 68:22
74:23,25 76:20
76:21 100:18
100:23
**controlled** 74:13
123:2
**controlling**
67:22
**cool** 122:1
**COPD** 20:16
21:5 40:17
**copied** 142:12

**copies** 118:1
**copy** 54:25
58:17 118:20
135:8 137:19
138:3 140:2
147:7 154:15
154:17,24
158:9,10
**coronary** 25:13
**Corporate** 3:12
**correct** 6:15
23:2 29:9 30:6
30:10 33:10,11
35:5,6 40:23
50:10,15 51:9
51:10 52:16,25
54:19 57:10,13
57:14 60:23
61:13,20 62:17
65:1,2,23
66:17,18 69:21
71:14,15 72:23
73:16 74:10
76:13 77:12,23
77:24 78:3
80:23 81:1
83:14,15,18,21
83:24 84:11
86:3,6,8,16,17
86:22 87:19
88:18,18,22
89:12,17,25
90:1,4,10,11
90:14,15,17
91:5 93:10,11
95:10 98:10,12
98:16 99:7
101:2,4,20
102:4,5,8,18
104:17 106:15
106:16,22
107:3,15,17
109:16 110:14
111:4 114:10
116:5 119:19
123:25
**correctly** 24:10

**counsel** 113:17
115:4,24
157:14,16
**count** 76:6,16
**counted** 8:15
**County** 1:10,12
3:10,16 4:23
5:23,25 6:3 7:4
7:11 8:13
11:15 13:12,13
15:11 28:2
29:24 45:17
46:24 48:3
51:8,24 105:22
113:19 114:21
115:1,10,18
136:3 156:5
157:4
**couple** 144:15
**course** 13:21
**courses** 10:1,2
23:10
**Court** 1:1 5:2
47:9 154:12,15
154:19,23
155:2 158:14
**Courtemanche**
1:9 3:9 113:24
**CPR** 68:19 69:8
119:8 135:12
135:16,21,23
136:2,17,19,20
137:7,8 150:18
**CRC** 2:2 156:16
157:6,21
158:18
**credit** 8:15
**crew** 63:23
64:15,24 95:17
119:17
**cric** 12:11
**cricothyrotomy**
12:11
**Cross** 4:6
**CROSS-EXA...**
113:13
**CRR** 2:2 156:16

157:6,21
158:18
**cuffed** 146:2
**curious** 29:13
**current** 5:22
**currently** 10:3,4
11:18
**cushion** 120:19
120:20
**cut** 15:24 50:3
58:18 62:25
79:2 96:21
110:21 134:11
**CVAs** 97:1
**CVS** 117:2
124:4

---
**D**
---
**D** 4:2
**daily** 22:18
**damage** 16:11
19:13
**damaging** 19:8
**danger** 75:11
101:6,18
112:15
**dangerous** 95:16
**dark-skinned**
132:10
**date** 5:15 50:22
50:24 123:18
142:9 143:16
143:18,22
146:24 153:2
159:23
**Dated** 157:19
**day** 37:11 120:7
154:4 156:10
156:12 157:19
158:7
**days** 158:13
**deal** 24:5,12
95:19 104:15
147:19 151:15
**dealing** 107:7,8
**decent** 153:9
**decide** 38:10

decided 86:20 89:16 145:13
decision 85:9 89:20,21 91:24 92:2 129:23
declare 159:21
decompression 12:11
decon 119:21 120:2,14,24
decontaminate 120:3,5
decontaminati... 120:6
deem 18:11 53:25
deemed 138:18
deep 21:14
deeper 136:18
defendants 1:13 3:8,16 114:1
Defendants' 142:3 154:17
Defense 4:20 142:14
defibrillated 69:7
deficiency 40:17
define 18:17 19:16,18 76:19 107:20
defining 79:24
degree 10:2,5 41:3
dehydrated 121:24
delirium 130:9 130:12 131:2,3
deliverance 102:1
demand 149:18 149:20
DENNEY 3:3
departed 57:20
department 9:18 67:3 77:17 122:21

123:1 132:12 138:16
dependent 35:10 35:10,16,16
depending 7:1 21:9,16 32:3 36:3,19 70:7 72:24 73:25 74:11 123:14 125:5 133:23 136:18
depends 17:17
deposition 1:16 117:22 142:13 149:1 157:9 158:7,12
depressant 23:5 29:5,19 30:1 30:14,19 31:8 31:17
depressants 23:2 30:11
depression 16:16,18,23 17:2,6,12,18 17:20 18:5,8 18:13,18,19,20 18:22,25 19:1 19:4,5,17,22 21:8,15 31:7 31:15,22 32:21 52:12,20,25
deprived 150:25
depth 35:7,13
depths 35:22
deputies 113:19 113:22 114:13 115:10 117:3 122:8 126:18 128:14 131:24 132:3,17 141:12,12 142:4
deputy 51:24 113:22,23,23 113:24 132:5 136:7,8,11,17

136:20 141:12
deputy's 134:17 137:2
derives 7:15
describe 133:18
described 131:5
describing 33:9
designates 84:6
detailed 60:1
details 58:10 59:5 60:4 123:23
determine 131:12 133:22
determined 62:25 63:2,20 68:15 80:25 125:7 131:15
developed 70:21
development 72:7
device 68:11 128:23 135:1
devoted 12:23 13:22
DICKER 3:18 158:3
die 17:5 21:25 22:7,8 152:2
dies 152:3
difference 6:20 18:12,24 104:23 125:3
different 8:14 22:14 31:23 33:24 36:20 37:17 49:12,23 49:25 59:2 64:10 79:21 83:6,10 96:15 99:4,5 113:4 115:21 121:19 130:20 134:4 147:21
differentiate 18:21
differently 21:11

21:12 31:24 49:13
digital 51:17
direct 4:6 5:11 58:7 119:1 121:11
direction 84:12 97:23 98:10 105:23 107:5
directly 139:20
director 105:14
discretion 33:13 94:6 107:2
discuss 94:11
discussed 44:25
discussions 132:16,19
disorder 138:10
dispatch 57:19 60:6 123:19,20
dispatched 57:19 58:13 59:6
displace 67:13
disposal 56:17
distance 77:9 80:15
distract 84:23
distress 19:12 21:13 111:10 111:15,20
distribution 158:11
district 1:1,1,12 1:12 3:16,17 5:23,25 6:3 7:4 7:11 8:13 9:24 11:16 13:12,14 14:22 15:6,7 15:11 26:7 28:2 29:25 45:17 46:24 48:3 51:8,24 55:23 105:22 114:22,23
District's 115:6
divided 105:4

division 11:19 122:22
Docher 1:4 36:21 37:8,23 39:5 50:16 54:15 60:24 61:13 65:10 66:3 69:23,25 70:10 72:13,15 72:17 73:2,4 73:10 74:4 79:5,8,16 80:10,16 81:13 81:15,21 82:21 83:17 84:10,17 84:25 86:6 87:3 89:14 92:11 95:23 97:24 100:22 101:6 102:8,18 102:21 107:8 107:20 111:1,9 111:14,20 114:16 116:13 116:16,17 117:3 122:5,8 122:10 123:4 124:3 125:12 125:23 126:16 129:19 131:7 131:25 132:18 132:21 133:1 134:14,17,19 136:25 137:3 137:21,24 138:7,21,23 141:13,16 147:14 148:10 148:23 152:8 152:24 158:5 159:3
Docher's 62:8 72:2 73:22 74:2 86:2 97:8 100:2 103:6 120:15 128:20 129:6 131:21

133:14 140:4
151:8 153:1
**Docher-Neeley**
1:5 4:15
**doctor** 44:24
133:23
**document** 51:21
142:9,17
159:21
**doing** 9:7 41:5
80:14 99:17
102:19 119:11
135:19 136:23
142:7
**door** 16:7,9
**dopamine** 141:5
**dosage** 24:25
32:2,3,3,14
33:1,14 37:18
141:7
**dosages** 14:17
33:2,9,17
**dose** 25:11,12,16
25:18 32:20
33:6 34:11,17
35:10,16 36:12
36:18 37:10,11
37:22,24,25
53:18,22
**doses** 7:21 25:9
31:20 53:13
**draft** 118:1
**drank** 28:23
**draw** 39:24
**Drawer** 3:5
**dried** 74:16
134:11
**drink** 42:11
**drinking** 26:25
27:3,4 42:5
60:25 61:2,13
66:17
**drips** 57:8
**drive** 11:8 18:11
21:3
**driver's** 142:10
144:1

**drug** 12:12 13:2
14:25 24:7
30:15,16 57:8
97:9 131:5,18
136:9 153:16
**drugs** 13:3,4,5,6
22:21,22 24:7
49:14 130:14
130:18,19
131:9,9 136:9
**drunk** 28:9,11
29:1 42:3,5,6
**dry** 121:23
139:16
**due** 63:14 68:11
149:6
**duly** 156:10

**E**

**E** 4:2
**E-14** 104:4
**earlier** 105:18
117:25 124:2
126:14 133:13
141:10 148:7
**early** 150:7
**East** 3:12 55:15
56:9 57:16
109:15
**eclampsia** 22:23
38:4
**EDELMAN**
3:18 158:3
**Edition** 4:14
**education** 8:25
15:3,8 105:9
**educational** 49:5
49:14 50:3
97:25 103:17
103:22 104:7
104:10,21,24
105:5,6,16
115:5,7,11
**EEG** 70:15
125:19
**effect** 31:8,16
126:22 141:4

**effective** 102:7
**effort** 78:7
**efforts** 134:17
134:20
**Eighteen** 84:6
**either** 9:10
16:10,19 37:14
50:3 57:23
65:15 93:6
120:16 127:18
136:18
**ejected** 45:7
**EKG** 68:18 69:9
**elbow** 128:5
**electric** 8:2
**ELSER** 3:18
158:2
**emergency** 4:13
4:17 6:8 104:2
109:5
**emphysema**
20:16
**employed** 8:12
26:6 114:20
**employee** 157:14
157:15
**employer** 5:22
**employment** 7:3
106:10
**employs** 55:23
**EMS** 37:6 95:17
**EMT** 6:14,18,21
7:5,16 9:12,13
9:17,19 11:17
12:9 44:21
57:5,5 148:8
**EMT-Parame...**
135:14
**EMT/firefighter**
12:5
**encompassed**
24:20,21
**encompasses**
47:13 48:6
**ended** 139:13
**energy** 73:6
79:11

**enforcement**
65:4 75:22
114:17
**engine** 16:8
**ENTER** 159:2
**entered** 89:6,7
**entire** 11:14
44:12,20
**entities** 133:8
**entity** 114:25
115:21
**entries** 135:11
**entry** 135:15
136:2,5
**environment**
40:19
**environmental**
49:10 98:17,22
99:11 106:4
121:22
**Epi** 69:5
**epilepsy** 22:22
**epinephrine**
93:12,17
**equipment**
105:7 128:25
140:13
**ER** 69:17 119:14
**Errata** 4:9 155:1
158:10 159:1
**escape** 124:6
**ESQ** 3:6,14,21
158:4
**essence** 109:7
136:13
**essentially** 93:10
110:19 139:24
152:1
**established**
83:14
**estimate** 88:8
**estimated** 88:24
**etiologies** 95:20
95:24 96:7
98:16,20 99:10
**etiology** 7:19
96:17 97:10

**ETOH** 60:17,20
61:3 67:14
**evaluate** 95:21
95:23 96:6
97:8
**evaluation** 96:12
**evaluations** 97:2
**evening** 114:18
124:11
**event** 82:14
**events** 123:20
**eventually**
109:12 111:5
149:9 152:5
**everybody** 22:14
98:4
**everybody's**
31:23 33:23
98:2
**exact** 86:23 87:7
148:18
**exactly** 143:11
**exaggerated**
108:17
**Examination**
4:3 5:11
**examine** 41:2
**example** 25:12
**excessive** 98:17
98:22 99:10
**excited** 130:9,12
131:1,1,3
**execute** 158:10
**execution** 4:9
**exhibit** 48:10,13
48:22 49:23
50:6,9 51:6,12
51:20 52:2
54:22 55:5,7
55:10 94:24
95:2,4,5 104:2
106:6,14 107:7
107:14 117:22
117:23 142:12
142:14 154:18
154:21
**exhibits** 4:11,20

129:13
existence 51:9
exotic 130:13,18
131:5,9,19
expeditedly
109:13
experience 18:4
19:21 29:24
35:20 43:14
44:13 95:16
116:7 130:9
132:11 148:8
148:22
experienced
149:3
experiences
19:19
expert 23:7
Expires 156:17
explain 75:2
124:20 129:12
explained 110:1
extensive 96:12
extent 116:13
121:12
external 16:17
16:20 43:9
77:8 78:14
108:20 116:2
116:18 119:8
149:4
extra 6:22 11:25
135:20
extremity 99:25
100:3,16 101:5
101:16 103:10
103:23
eyes 41:10 90:25

─────────
F
F-L-U-M-A-Z...
41:21
face 85:8 130:17
139:23
fact 19:18
129:19 134:5
134:10

factor 16:20,20
facts 159:21
failure 19:14
21:4 22:4,5
36:5
fair 24:16 51:11
fall 12:8 24:3
85:8 98:3
107:9,10 135:4
falls 47:15,16
far 30:13 38:21
117:25 148:3
fast 71:20 72:10
72:17,18,23
81:1 149:22
faster 73:7,7
136:15,18
fatal 16:23 17:3
17:9
February 6:1
feel 20:8 53:25
121:22 130:4
felt 37:17
female 126:21
femoral 74:18
FF 156:17
field 96:20,21,23
96:25 125:2
Fifty 34:6
figure 96:2
123:17
figured 80:18
filed 158:14
filled 146:24
fills 149:6
final 117:24
financially
157:17
find 9:3 51:2
82:13 125:17
fine 55:3
finger 91:7
finished 120:1
fire 1:12 3:16
5:23,25 6:3 7:4
7:11 8:13 9:15
9:16 10:3,4,5

11:15 13:12,14
15:5,7,11 26:7
28:2 29:24
45:17 46:24
48:3 51:8,24
55:23 105:22
114:21,22,23
115:6 120:25
136:22
firefighter 6:8
6:10,11 7:5
9:14 11:17
44:21
Firefighter/E...
6:5,6 27:6
firefighter/par...
26:5
firm 97:23 98:10
first 48:16 65:7
85:23 121:15
122:6 124:16
126:4 136:12
141:21 142:5
142:16
fist 116:9
five-minute
54:10
fix 23:18 85:15
flatlined 93:10
flesh 68:4
flip 49:21
Florida 1:1,11
1:24 3:5,10,13
3:20 156:4,16
157:3 158:4,20
flow 68:21
flu 129:13
fluids 120:16
121:7,8 131:8
Flumazenil
41:20,24
focus 72:9 76:6
follow 48:3 69:8
93:16 97:4
103:14,21
106:9 107:8,13
113:16 115:11

115:15
follow-up 154:8
following 5:1
33:25 56:3
81:5 95:18
98:15 99:20
104:5,15
follows 5:10
105:13,22
force 43:6,8,16
43:23 44:1,16
45:2,25 46:3
46:14,15 47:2
47:11,16
115:25 116:3,6
116:14
foregoing 157:8
159:21
form 4:23 16:24
17:7,8,14,15
17:22,24 18:14
19:2 20:6
21:21 22:1,13
23:6,24 24:17
26:1 27:11,20
28:3,6,19 29:6
30:12,20 31:3
31:10,18 32:22
34:24 35:9,15
36:6 42:17
43:3,7,17 44:3
45:21 47:3
51:17 61:1,8
62:10 70:6
75:4,25 80:11
87:5 88:7
91:17,23 92:13
92:24 93:21
94:14,17 98:11
99:13 100:25
101:1 102:9
107:16,22
108:7,11,12
109:25 110:9
111:11,16,21
111:22 112:3,4
112:18 113:8

116:19 129:22
142:21,22
format 59:1
forms 13:6 20:3
20:25 147:20
Fort 11:1,13
55:16 117:2
Forum 158:19
forwarded 4:9
158:13
found 67:20
135:1 144:10
145:8 146:6
158:10
four 74:19
103:11 113:19
118:13 146:12
147:21
four-lead 68:18
Fourth 4:13
FPR 2:2 156:16
157:7,21
158:18
frankly 143:11
fresh 110:2
139:9
friends 114:9
front 29:14
44:10 54:18
55:10
Ft 3:13
full 100:22
function 7:11
further 12:10
27:23 37:14
75:8 96:3
102:2 103:3,21
154:6 157:13

─────────
G
Galleria 3:12
game 18:9
garage 16:7
gas 39:24
gaze 97:3
gears 147:18
general 98:7

104:8 105:7
126:5 131:18
**generality** 47:12
**generally** 13:15
**gentleman**
126:19 131:15
136:6
**gentleman's**
130:17
**getting** 20:7
27:23 57:7
128:18
**GIUFFREDA**
3:11
**give** 5:5 24:23
24:24 25:1,9
25:15 32:6
33:2,4,12,14
33:22 34:4,5
34:20 35:1
36:12 38:18
42:13 46:13
64:16 94:23
97:22,23 98:9
98:10 99:17
103:18 106:23
107:2 111:8
112:11,17
126:19 130:24
140:14 141:7
145:22 147:6
**given** 34:11
37:16 47:12
60:3 63:15
64:18,18 68:12
69:5 87:10,11
87:18 93:12,13
97:13 106:11
126:12 153:19
**gives** 32:7
**giving** 25:3 29:8
42:16 87:20
112:23 126:11
**Glasgow** 41:6
70:18,20,23
71:2,9 90:20
91:10,16

**glue** 133:25
**go** 7:8,14 9:7,15
11:9 17:13,21
27:16 32:9
33:3 51:20
53:12 55:4
62:11 65:7
75:5 79:10
82:8,11,15
86:13 94:18
98:1,3 102:24
111:9,14,20
117:11 118:6
130:25 136:1
136:14,18
147:19 148:10
150:14 153:6,8
153:10
**goal** 27:19
**going** 20:1,4
25:15 28:15
29:3 31:20,24
33:23 35:17
42:19 45:10
46:18,20 48:12
49:1,2 51:19
54:6,16 60:7
79:1,1 80:2,19
80:20 81:5
83:11,12 84:19
85:9,16 92:23
92:25 93:8
94:23 95:12
97:6 98:3
107:9 109:12
110:10,13,15
111:3 117:8
121:11 126:22
127:16,16
133:6,10,12
142:2,3,10
146:12 149:23
151:23 154:10
154:25
**good** 21:10
84:20 91:21
154:23

**gotten** 29:1
46:19 65:13
100:18
**greater** 53:13
**ground** 67:21
76:23,24 83:17
85:5 95:16
116:8
**group** 14:6
**guardian** 1:5
**guess** 56:5,21
57:3 117:21
124:6,10 127:8
136:22 137:21
139:18 140:17
**guessing** 10:10
16:3
**guideline** 49:8
103:22 104:24
106:14
**guidelines** 4:13
4:18 49:4,5
50:3 98:1
103:18 104:3,7
104:21 105:5,6
105:7,16,16
106:18,21
115:5,7,11,11
**guy** 108:20
130:15 132:10
141:21,22
150:6,9,10

**H**

**H** 60:10 63:3
81:19,20 92:16
118:23 132:22
**half** 34:13
**hand** 5:2 49:1
110:21 135:20
144:24
**handcuffed**
75:17 83:21
102:24 103:25
**handcuffs** 75:15
75:20 77:1,3,5
92:8,23 93:1,2

94:22 103:12
103:24
**handed** 48:21
49:22
**handwriting**
143:12,13,15
143:23,24
144:2,5,19,23
**handwritten**
55:2
**Hang** 48:15
**happen** 22:5
97:6 118:15
123:21 150:9
**happened** 64:10
67:8 93:3
116:20,25
127:12,15,15
142:23 148:18
152:12,21
**happening** 96:9
130:21
**happens** 130:12
149:5
**hard** 15:24
99:25 100:3,16
101:5,16
103:10,12,22
116:8 124:21
**harm** 14:12
37:14 41:16
43:12 75:8
84:20 87:21
102:2 103:3
112:8 122:18
140:16
**HazMat** 11:24
**head** 43:16,23
44:2,17 45:3,9
45:20 47:2
61:7,22,24
62:8,9,16
67:24 68:1
96:16,21,24
108:5,14,16,23
110:2,4 133:15
133:15 134:8

134:11,23
139:6,8,16
145:13
**head-to-toe** 60:2
**headings** 65:19
65:21
**heal** 134:4
**health** 153:2
**healthy** 150:9
152:24 153:5
**hear** 24:9 45:14
66:21 133:11
**heard** 41:20
**heart** 13:7,7
20:12,18,18
21:4 23:16
25:14 73:7
119:9 130:25
149:6,7,11,13
149:21,22
150:4,16,19,20
150:22,23,24
150:25 151:1
152:4
**heat** 121:24
**Hecht** 3:6 4:6
5:12 17:4,10
17:19 18:3,16
19:15 21:24
22:6,19 23:8
24:8 25:5
26:12,14 27:24
28:8,22 29:10
30:17,24 31:6
31:12 32:1,24
35:2,11,19
36:16 42:22
43:5,13,19
44:11 46:4
47:8,18 48:11
48:20 51:19
52:5,7 54:8,12
54:25 55:4,8
57:1 58:19,23
59:3 61:5,10
62:15 63:9,10
69:19 70:8

75:10 76:3
80:21 87:13
88:9 91:19
92:1,21 93:7
93:23 94:23
95:5,6 98:13
99:19 101:3
102:12 106:1
107:18,24
108:8 109:1
110:5,12
111:13,18,24
112:6,21
113:11 116:19
129:22 154:8
154:14
**held** 7:4 11:16
149:12
**help** 14:11 19:13
25:13 37:12,13
37:18 46:1
57:6 64:8 79:1
80:20 81:4
85:10
**helper** 57:2
**helping** 107:12
**hemorrhage**
74:13
**Heron** 11:4,6
**hey** 14:14,16
21:1 46:12
84:12 104:10
136:14
**high** 9:1,2,2
11:23 36:12,18
37:25 93:5
130:16
**higher** 31:20
73:23 131:1
**highlighted**
95:13
**hindering**
149:10
**hindrance** 84:23
85:1
**HIPAA** 58:5
**hired** 9:17 13:16

57:4
**history** 60:12
65:18 66:8
138:22 153:11
153:11,17,25
**hit** 15:21,24
**hits** 116:7
**hitting** 15:13
**hold** 22:15
**holding** 34:15
**homeowners** 9:9
10:20
**honest** 97:22
98:9
**honor** 9:2
**hospital** 27:20
27:23 39:24
45:13 110:14
110:17,23
111:4 118:12
131:22 132:1
133:24
**hot** 121:23
**hour** 54:7
**hours** 15:3
**human** 31:2
35:5 39:16,19
**hundred** 93:2
**hurt** 85:8 127:18
135:4
**hurting** 82:17
**hypersensitivity**
36:9 38:21
**hypo** 21:22
**hypotension**
52:19,24
**hypothetical**
17:23 34:20
76:1,4
**hypovolemia**
108:23
**hypoxia** 21:20
21:22,25 22:7
22:9 98:16,21
99:10
**hypoxic** 21:2

**I**

**idea** 91:21 102:6
152:20,21
**identification**
142:4
**identify** 28:3
**illness** 138:21
**IM** 63:15
**imaging** 96:25
**immediate**
68:22 109:9
110:11
**immediately**
68:17,20 90:4
108:10 109:4
109:20 110:8
111:3
**impact** 129:20
134:7
**impression** 62:5
137:21,22,22
138:7,8,13
139:1
**impressions**
137:23,24
**improved** 85:19
87:11
**incident** 4:16
36:23 37:1
50:16 58:10
59:5 69:18
118:5 119:15
123:22 125:9
127:13 142:22
142:22 147:14
**include** 70:5
**includes** 8:2
11:23 105:10
**including** 44:12
44:22 143:25
**Incomplete**
17:23
**incorrect** 147:9
147:12
**incorrectly** 89:7
**increase** 40:20

**increases** 20:19
149:18,20,21
**increments** 33:2
53:6,12,16
**independent**
1:12 3:17
36:25 37:5
59:24 117:1,7
117:9 127:20
128:1 152:9
153:1
**Indicating** 58:19
**indications**
105:12
**individual** 23:22
25:24 43:22
44:16 113:25
**individually** 1:8
1:9,9,10,11 3:9
3:9,9,10,16
**inebriated** 23:17
**infections** 40:20
**influence** 23:12
23:23 24:1,7
24:16 25:25
26:19,21,23
27:10 28:4
42:15,19,24
**influx** 57:4
**information**
65:14 80:20
133:3 143:25
144:4 153:20
**initial** 62:4
75:19 138:15
150:13
**initially** 11:1
19:23 96:1
122:12 133:5
147:18 152:3
**initiate** 97:19
**inject** 33:17 87:3
89:16 91:21
100:23 112:1
113:6
**injected** 34:15
34:17 35:21

37:10,23 90:3
100:14 101:13
102:14,16
**injecting** 91:11
91:14 93:19
99:11 101:17
**injection** 34:12
36:18 88:19,22
89:11,13
100:11,13
**injure** 92:6,7,7
96:3
**injured** 67:17
92:11,15,18
93:1 127:22
128:2
**injuries** 45:10
45:10 77:9
81:9 96:2 97:1
128:10,16
145:10
**injury** 58:13
59:7,10,14,21
59:22,25 62:3
62:13 68:6,7
93:6 94:2 96:4
96:16 108:24
133:19,19,20
134:23 139:2
**inputs** 89:1
**inside** 149:7
**instance** 106:25
123:4 135:23
**instances** 16:14
25:4 127:3
**instructed** 42:9
44:14 46:25
**instructor** 44:24
**insufficient**
18:11
**insurance** 9:8,9
9:9 10:18,19
10:20,20
**intended** 87:19
119:10
**intentionally**
125:13,14

intentions 110:23
interact 108:2
interacting 122:19
interaction 31:1 31:4 33:23
interactions 12:13 14:17,25 105:11
interest 135:2
interested 157:18
interfere 101:25
intervene 21:4
intervention 19:13
interview 65:1
intoxication 97:9
intramuscular 145:23
intramuscularly 37:16,23 42:16 53:18 62:22 86:16,21
intravenous 36:17 37:17
intravenously 33:18 35:21
introduce 81:3
introduced 130:14
intubation 14:8
invasive 12:9
involved 45:18 60:17 61:4,11 67:14 97:12 121:9 133:7 151:22 153:21
involvement 54:15
involving 50:16 117:2 154:1
Iraqi 132:13,13
ironclad 33:21
IRSC 9:13 11:11

41:12
IRSC's 13:1
issue 46:13 67:2 138:19
issues 8:14 14:6 16:18 46:11 121:22 150:12 154:1
it'll 49:24
items 142:11
itinerary 13:1
IV 12:12,12 68:22 69:4
IVs 57:7

J
J 1:10 3:10
JANICE 1:5
Janite 4:15
job 11:19,21 20:13 44:23 48:7 57:6
Join 62:12 92:14 94:19 112:19 113:9
JOLLY 3:11
Jose 1:11,17 3:16 4:5 5:9,14 156:9 157:9 158:2,22 159:4 159:23
joules 69:7,11
jugular 69:4
July 7:10
June 51:23

K
keep 14:24 45:12 50:9 58:5 63:17 103:2 145:12 151:25
keeping 151:10 151:10
Ken 1:10 3:10
kicked 112:1,16
kind 37:3 56:19

118:23 125:10 127:4 128:23 131:4,8
kinds 44:8
King 68:21
knew 42:24 52:16 64:6 111:1
know 9:19 15:14 16:8 23:7 25:16,20 26:16 28:17,20 29:14 29:23 33:23 36:8,10,10 38:21 42:1,6 44:20 46:7 51:1 56:18,19 59:23 61:9 65:9 67:8 69:1 72:8 74:3 75:17 76:5 77:2 79:14 80:9 81:8 82:13,20,23,24 83:2,10,16 85:5,21 94:13 94:15 98:5 110:21 113:1 113:25 114:10 114:20 115:24 116:15,24 118:4,14 121:14 124:3 125:1,11,22 127:6,7,11,15 128:13 130:2,8 130:11 131:3,7 131:11 133:4 133:12 134:2 136:11 137:19 138:2,5,12,24 138:25 140:18 141:10,22 142:8 143:11 144:10,14 148:6 150:10 150:10 152:16

153:5,17
knowing 86:18 86:19 89:14 150:2
knowledge 128:14 151:7 152:9 153:1
kosher 120:8

L
LAC 61:18
laceration 61:19 61:21 62:9 67:23 110:2 133:14,22 134:6 139:6,8
lack 19:9 20:19
lacking 21:2
Lakes 3:4
lapsing 122:2
large 37:11 117:18
larger 141:23
late-stage 109:10
Lauderdale 3:13
law 65:3 75:22 114:17
lawyer 124:25 142:5
lead 96:22 108:22
learn 7:19,21,24 9:18,19 42:18
learned 18:5 24:12 25:23 28:2 42:14 48:8
leave 134:1
left 61:23 67:25
legal 1:5
legs 99:24 100:2 103:6
length 19:8
lessen 55:25
lesser 53:22
let's 15:17 34:14

54:2,9 57:17 65:7 84:13 92:8,9 105:17 123:9
lethal 25:11,16 25:18
letter 4:8,15 158:15
level 6:17 13:6 42:6
license 8:3 9:18 14:22 38:16 142:10 144:1
licensing 14:21
life 7:24 8:20,22 53:4 150:7
lift 85:4
lifted 63:19 68:13
light 16:8
limbs 103:11
limit 107:11
limits 121:16 140:15
line 58:12 96:10 159:6
lines 146:12
lip 20:24
listed 86:23 98:21 123:22 123:24 124:14 158:16
lists 97:21
literally 58:16 125:20 144:13
little 9:5 49:7 59:1 68:24 69:3 91:6,8 136:15
live 5:17 96:13
LLP 3:18 158:3
location 11:2
long 5:24 11:7 12:16 21:15 33:20 50:4 68:10 117:12 118:4 126:2,21

134:24,25
150:2,25
151:13 152:14
152:14
**look** 9:3 12:12
13:1 48:7,15
49:23 51:2
59:1 95:12
98:15,19 99:9
118:19 129:5
141:6 142:5
**looked** 37:7
127:8,8 132:7
137:5 139:22
**looking** 57:18
85:11 86:1
97:17 104:1
117:6,20
123:16 124:8
137:6 139:11
**looks** 48:23,23
49:15 89:9
108:17
**Lorazepam** 30:6
**lot** 14:4 24:20
40:20 47:13
49:3 50:1 64:7
104:9 108:15
108:16 120:18
122:9 130:15
130:18 140:11
147:18 150:6
**loud** 28:15
144:18
**low** 21:22,23
24:24 25:6
91:10,16
**LSB** 63:14
**Lucie** 1:10,11,24
3:10,16 4:23
5:18,23,24 6:3
7:3,10 8:13
10:24 11:15
13:12,13 15:11
28:2 29:24
45:17 46:24
48:3 51:7,24

105:22 113:19
114:21 115:1,9
115:18 122:7
130:23 136:3
156:5 157:4
**lung** 40:17
**lungs** 20:17

_____

**M**

**M** 3:14
**M-10** 52:8
**machine** 125:19
**maintain** 14:20
19:7
**maintained** 9:17
14:21 151:1
**making** 70:17
**male** 39:10,13
40:2 140:4
**man** 65:10
152:24
**management**
10:2
**Mangrum** 1:8
3:9 113:23
**manhandle**
141:23
**manner** 141:17
**manufacturer**
29:17,21
**mark** 48:13
49:21 51:20
54:21 55:4
94:24 142:3
**marked** 48:9
52:1 55:6,10
95:1 104:2
117:22 142:12
142:14 154:17
**market** 130:14
**Mascara** 1:10
3:10
**matter** 134:10
**max** 53:7,12,16
**mean** 24:1 25:6
26:5 32:2
36:25 40:9

53:10,15,21
55:21 60:20
61:6,9,11 62:7
67:7 70:12
71:23 72:12,20
74:14 78:8,12
81:24 84:5,17
88:5 90:23
91:2 98:8
105:12 107:1
110:16 119:22
120:2,15
122:16,24
126:23 133:5
135:15 136:5
152:18 153:4
153:24
**meaning** 21:22
21:23 27:21
74:15 78:13
87:11 119:7
138:10 149:16
**means** 18:6
53:11 72:18
81:25 82:24
90:24 104:16
135:16 149:4
**measure** 39:15
129:21 140:20
**measured**
128:20
**measurement**
128:23
**measures** 97:19
**measuring** 140:9
**mechanical**
69:12 119:9
**medic** 9:21,22
9:23 11:9
38:15
**medical** 4:13,17
6:8,9,15,17,24
15:15 32:10
46:6 49:10
65:18 66:8
95:16 102:1
104:3 105:14

105:23 106:3
107:5,21 108:9
109:3 110:19
111:2 125:1,2
125:9 128:15
150:6 153:10
**medically**
110:22
**medication** 6:25
21:5 24:2
27:15 29:16
35:1 37:12,15
41:13,25 45:11
47:13 93:17
99:18,18
145:22
**medication-in...**
40:18
**medications**
7:20,22 8:2
13:8,15 14:25
25:3,8 41:17
57:8 65:18
66:14 94:6
105:11 141:6
**medicine** 50:2
**meeting** 154:4
**members** 95:17
**memory** 57:24
67:7 127:20
128:1
**mental** 21:13
28:18 138:21
**mentally** 20:7
**mention** 64:2
121:14
**mentioned**
94:20 102:23
116:1 132:11
132:12,15
133:13 139:9
140:10 141:11
146:11 151:16
151:21 152:23
**mercury** 39:13
39:19
**metabolism**

31:23 35:17
36:4 130:20
**metabolisms**
22:14
**metabolize**
31:24
**Miami** 130:16
131:16
**micrograms**
25:16
**middle** 18:22
**mild** 18:12,17,22
18:25 19:3
20:6
**miles** 151:24
**military** 124:10
**milliequivalents**
69:6
**milligram** 32:16
33:5,10 38:11
53:6,11,16
69:5
**milligrams**
25:15 32:16,17
33:1,5,5,5,10
33:18 34:18
37:17 38:7,8
38:11 42:16
43:1 53:7,17
53:18,23 62:21
63:15 68:12
86:15,21 88:14
89:16 91:11,21
107:1,3,4
112:2,17 113:7
**millimeters**
39:13,19
**mind** 19:25 20:8
36:24 54:21
145:2 147:16
**mindset** 133:10
**mine** 58:23 63:1
**minimal** 61:22
67:24 133:15
134:6
**minor** 133:19
**minute** 40:4,5,6

40:8,14 72:21
72:22 73:12,16
74:8,9 78:3
86:20 89:15
**minutes** 22:16
22:16 88:21
90:13,16 91:11
91:14 127:7
146:2,13
**Misstates** 27:11
80:12 87:6
**mitigate** 6:12
**moaning** 146:3
146:14
**mobilization**
68:10 135:1
**modalities**
147:22
**moderate** 18:13
18:18
**moist** 68:6
**moment** 119:24
**monitor** 147:25
**monitored** 36:8
**months** 9:17
**morning** 11:8
**MOSKOWITZ**
3:18 158:2
**mother** 1:5
113:21
**motor** 41:10
90:25
**mouth** 68:3
110:3 139:10
139:15,18,20
139:22,22
**move** 20:14 75:7
79:13,14 84:20
85:4 108:2
109:14 127:14
151:18
**moved** 63:18
68:13
**movement** 79:12
149:8
**moving** 5:19
78:19 80:18

84:22 85:5,6
103:2 124:6,23
127:4 146:15
146:16,17
150:14 151:11
**muffle** 67:1
**multiagency**
48:6
**multijurisdicti...**
48:6
**multiple** 55:23
**muscles** 150:19

_____

**N**

**N** 4:2
**name** 5:13 56:24
114:7 132:5
140:4 143:25
158:15
**named** 65:10
114:1
**names** 113:21
**narrative** 60:8
60:11 81:21
92:16 118:19
118:22 142:25
144:5,8 145:7
**nature** 58:13
59:6,9,14,17
97:7
**near** 76:9
**necessarily**
120:15
**necessary** 53:25
86:24 102:10
130:5
**need** 7:1 9:14
22:18 24:2
26:2,10 32:7
32:17 33:16
38:13 39:24
42:21 53:1,21
54:4 88:14
93:4 110:7
111:2,2 112:23
113:3 121:12
121:13 132:25

136:14 138:4
147:6
**needed** 109:4
111:2 147:23
**needle** 12:11
**needles** 145:23
**needs** 19:12
56:18 108:10
109:19 110:7
135:6
**nervous** 23:1,4
29:4,19 30:1
30:11,14,19
31:8,16,21
**never** 46:14 66:5
66:7,10,13
102:3,16
**new** 132:12
**Newman** 1:8 3:8
3:21 16:24
17:7,14,22,25
18:14 19:2
21:21 22:1,13
23:6,24 24:17
26:1,9 27:11
28:6,19 29:6
30:12,20 31:3
31:10,18 32:22
34:24 35:9,15
36:6 42:17
43:3,7,17 44:3
45:21 47:3
48:15 52:3,6
54:6,9,24 55:1
56:25 58:17,22
58:24 61:1,8
62:12 63:7
68:23 69:3
70:6 80:11
87:5 88:7
91:17,23 92:14
92:24 93:21
94:19 95:3
98:11 99:13
101:1 102:9
105:18 107:16
107:22 108:11

109:25 110:9
111:11,16,22
112:3,19 113:9
113:24 144:12
144:17 154:9
154:24,25
158:4,5 159:3
**Ninette** 2:1
156:15 157:6
157:21 158:18
**nitroglycerine**
25:13
**nitty-gritty** 9:4
**noises** 70:17
**nonverbal** 70:11
**normal** 16:21,22
39:9,12,18
40:1 69:12
72:25 73:14,15
73:17,23 74:6
74:8 78:6,8,9
121:16 130:20
148:2 150:22
150:24
**normally** 122:17
**North** 3:19
158:3
**nose** 68:3 110:3
139:9,12,14,15
139:18,21,23
**Notary** 156:16
**note** 26:25 81:17
93:9
**noted** 32:11
61:21 67:24
77:22 120:14
123:6,8
**notes** 55:2
157:12
**notice** 28:13
158:7
**number** 12:25
34:4,15 36:1
76:1,2 97:17
98:14 117:17
142:10 143:23
145:14 146:7,8

**numbers** 34:19
**numerous**
104:13

_____

**O**

**O** 61:15,15 63:3
118:24
**Oath** 4:7 156:1
**object** 16:24
17:7,14,22
18:14 19:2
22:1,13 23:6
23:24 24:17
26:1 27:11
28:6,19 29:6
30:12,20 31:10
31:18 32:22
34:24 35:9,15
36:6 42:17
43:3,7,17 44:3
45:21 47:3
61:1,8 62:10
70:6 75:4,25
80:11 87:5
88:7 91:17,23
92:13,24 93:21
94:17 99:13
100:25 101:1
102:9 107:16
107:22 108:7
108:11 109:25
111:11,21
112:3,4,18
116:8
**objection** 17:1
31:3 44:4
**objective** 18:23
61:17
**objects** 43:10
**observe** 52:19
53:1
**obvious** 45:9
**obviously**
149:25 150:14
152:20
**occur** 14:6 116:7
131:3 152:14

occurred 69:21
  85:23 132:21
  152:10
occurring
  151:14
off-and-on
  151:15
office 4:23 64:13
  115:1,10,18
  119:18 136:3
officer 60:17
  61:3,12 63:19
  67:14 68:2,13
  76:9 87:21
  92:7,19 93:3,5
  97:11 120:1
  141:19
officers 37:14
  65:15,16 67:13
  67:17,21,23
  70:17 73:5
  75:3,9,12,23
  79:8,9,13
  92:10,12,17
  93:1,6 94:1,9
  96:4 100:21
  101:7,19
  102:19,20
  103:1,4,5,10
  110:22 111:19
  124:24 127:11
  127:18,21
  128:2 130:22
  130:22 141:21
  150:1 151:10
  151:23 153:20
officers' 128:10
officially 7:10
Oh 69:1 80:1
  82:8 90:9
  124:17 127:25
  145:21 146:23
  152:19
ointment 134:3
okay 10:13 11:7
  11:14 12:16
  16:4,13,16

24:9 25:6,20
  26:20 27:1,25
  28:9,12 29:1,3
  29:15,18,22
  30:3,5 31:15
  31:19 34:7,21
  36:25 37:5,20
  39:4,18 41:5
  42:23 47:25
  48:12,21 49:9
  49:11,14,17
  50:5,14 51:1,4
  51:11,19 52:6
  52:11,18 53:3
  53:15 54:3,17
  54:21 56:22
  57:15 58:7,23
  59:4 60:5,9,23
  61:6,18 62:6
  63:22 64:14,20
  65:6,13 66:5
  66:19 67:10
  69:20,23 70:1
  70:9,12,18,22
  71:1,5,9,17,19
  72:8,16,20,22
  73:9 74:7,17
  75:2,11,14,18
  76:8,12 77:6
  77:10,14,18,21
  78:7,11,16
  79:5,15 80:7
  80:22 81:12,20
  81:24 82:2,19
  83:4,13 84:4,9
  84:14 85:11,16
  85:21 86:1,10
  86:13,18 87:17
  87:23 88:10
  89:1,4,10,14
  89:19,23 90:12
  91:1,9 92:2,9
  93:8,12,18
  94:13,23 95:12
  96:5,16 97:8
  97:17 98:8,14
  99:1,3,9,20

102:20 104:1
  106:2,5,14,20
  106:25 107:13
  107:19 108:9
  109:2,22 110:6
  110:13,25
  112:14 114:23
  114:25 116:12
  117:20,24
  118:16,21
  120:4 121:11
  122:5 123:16
  124:8 125:22
  128:1 132:24
  135:7 137:6,9
  138:4,4 140:1
  140:22 141:7
  141:10 143:10
  143:21 144:7,7
  145:21,24
  146:18,18,19
  146:22 147:13
  149:1
old 65:11
on-the-job 27:8
once 121:3
  131:22 145:22
one-year 13:23
  14:1
ones 50:12
online 10:2
  32:10
Onset 82:8
OOS 119:20
open 16:9,10
  25:13
operations
  11:18,21 12:2
opinion 94:5
  148:9,23
  150:15 152:6
opposed 154:1
opposite 19:11
OPQRST 82:8
OPQRTS 82:23
option 18:10
options 137:14

oral 129:4
Orange 3:19
  158:3
order 99:4
ordered 68:20
  158:9
ordering 158:13
orders 32:12
organ 19:14
  22:5
organs 19:9
oriented 82:14
original 154:21
  158:13
Orlando 3:20
  158:4
outside 32:9
  40:19 116:3,10
  143:4
overdose 41:15
overhaul 6:13
overweight
  153:9
oxia 21:22
oximeter 39:9
oximetry 39:2
  39:15 40:22
  91:4
oxygen 20:20,21
  21:2,23,23
  22:18 39:12,16
  39:19 91:3
  149:18,20
  150:19,25
oxymoron 19:6

_____
P
P.A 3:11
p.m 1:21 80:10
  147:4 155:4
P.O 3:5
PA 3:4 133:24
packaged 27:20
page 4:3,12,22
  52:8 57:18
  58:8 59:5 60:7
  65:7 69:21

103:21 104:5
  118:20 121:16
  123:18 124:9
  124:16 135:8
  137:19,25
  138:2 140:1
  159:6
pages 1:19 4:4
  104:13 123:25
  157:9
pain 78:19 82:23
painful 78:11,14
  78:16 82:11
painfully 78:23
Palm 3:4,5 11:5
  158:20
paper 29:15
paperwork 29:8
  29:11
paramedic 6:19
  6:21,22 7:6,7
  7:12,14,15,16
  7:17 8:4 11:17
  12:6,9,14,16
  13:19 14:20
  18:8 23:10,21
  24:11 25:22
  26:15 27:7
  33:13 34:2
  42:2 46:6
  47:25 48:2
  55:19,22,25
  56:6,17 57:10
  57:11 81:4
  106:10 148:8
paramedics
  55:24 57:4,13
  101:21
parameter 32:7
  33:24 107:10
  140:24
parameters
  24:24,25 25:7
  25:17,18 32:9
  33:22 36:11
  38:18 105:25
  106:11,23

107:11 140:11
140:14 141:8
**parentheses**
99:22
**parenthesis**
85:12
**parking** 122:8
**part** 48:23 49:6
49:13 50:1
59:12 68:8
70:25 71:15
81:11 96:1
98:23 99:2,16
104:6 119:9
120:6,23,25
121:9 122:4
137:15 141:4
143:18
**partially** 16:10
**particular** 117:2
117:10 118:5
134:5
**particularly**
148:15
**parties** 157:15
158:11
**parties'** 157:16
**partner** 135:17
**partner's** 56:3
**partners** 56:18
**parts** 95:13
**passed** 122:1,2
**patent** 68:4
**patient** 19:24
20:5,23 21:1,2
24:15,22 25:10
26:17 27:18,20
33:14,18 34:3
34:12 35:10,14
35:16 36:7,19
41:9 42:9,19
43:15 44:1
45:2,6,19 46:2
47:1 53:19
56:1 60:18
62:24 63:1,11
63:13,15,19,20

66:1 67:11,15
67:16,18,20,22
68:9,11,14,17
68:19 69:4,4,7
69:8,10,11,15
69:16 70:3,4,7
70:11 72:25
81:10,22 82:7
82:13 83:9,11
84:8,14 85:5,7
85:8,10 87:9
87:15 88:3
92:20 95:21
96:12,14 97:22
98:2,5,6,14,24
99:17 102:2
106:12,22
107:12 108:18
109:19 110:20
110:24 112:5
112:12,14,20
119:3,14 120:9
121:10,22,25
122:14,19,20
124:14 125:18
127:2 133:7,25
136:13 140:3
140:16 145:9
145:11,11
146:1,2,4,5,13
146:20 148:14
149:3,16 154:3
**patient's** 20:17
41:2 61:21,23
61:24 68:1,3
84:24 97:20
116:10 118:12
130:25 135:2
145:12
**patients** 4:18
14:10 22:24
23:11 24:6,12
34:16 35:20
38:9 41:16
50:25 80:5
95:13,15 97:6
99:5 104:14,17

106:7 107:7,9
107:14 108:16
109:8,9 117:12
117:15,18
120:13,18
121:9 125:6
129:11 134:22
140:10
**pattern** 21:7
**pauses** 21:15
**pavement** 61:23
67:25
**PDF** 51:18
**penalties** 159:21
**people** 22:15,17
24:3 33:20
40:16 108:3
109:8 130:15
141:23
**perceived**
149:15
**percent** 11:5
27:17 39:11,11
39:22 50:23
51:5 58:1
75:16 91:1
93:2 94:21
131:13 143:3
**percentage**
39:22
**perfect** 96:11,13
**perform** 70:18
77:14 147:23
**performance**
136:19
**performed** 63:8
68:8 70:23
71:2,6 135:16
**performing**
136:21
**pericardial**
149:4,5
**period** 79:10
151:13
**perjury** 159:21
**permission**
38:13

**person** 16:19
19:6 24:7 28:9
28:10,13,20
30:22,23 36:3
36:15 43:12
46:12 82:14
84:6 93:16
112:2 116:7
120:11 129:12
**person's** 43:12
130:19
**personal** 128:13
144:4
**personally** 120:4
148:9,13,22
151:6 156:9
**personnel** 95:18
110:19 114:17
**persons** 43:10
**perspective**
125:12
**pertinent** 95:13
**Pharmacologic**
101:23
**phase** 131:1
**Phipps** 1:23
158:19
**phrased** 15:17
**physical** 20:15
31:8,16 99:20
101:24 102:4,7
102:17,22
122:10
**physically** 20:23
102:21 127:13
149:12 150:16
**physician** 6:25
25:3 32:6,10
32:11,12,17
34:1 38:8 44:7
53:13
**physician's**
38:16
**physiology** 9:21
**pick** 85:20
137:12
**picking** 146:4

**piece** 50:21
**pieces** 105:7
**Pierce** 11:1,13
55:16 117:2
**pin** 103:1
**place** 82:14 84:7
152:15 158:19
**placed** 63:18
68:13,17 94:22
119:20,23
**placing** 84:19
146:3,5,20
150:3
**Plaintiff** 1:6 3:2
4:11 48:9 52:1
55:6 95:1
**plaintiff's** 48:13
48:22 49:22
50:8 51:6,12
51:20 94:24
113:17 115:4
115:24
**planets** 148:17
**plans** 5:19
**plausible** 21:18
**please** 5:3,13
24:10 26:10
47:7 132:25
154:16 158:7
158:10,15
**point** 21:3,6
30:22 42:20
51:8 75:7,17
77:2 82:18
86:5 94:1
100:11 103:7,9
103:24 110:20
119:12 122:11
124:14 126:7,8
126:11 139:16
151:1
**poisonings**
106:4
**police** 76:9
92:10 130:21
133:8
**policies** 115:15

115:18
**policy** 94:12
**pool** 108:4,23
**Port** 1:24 5:18
  10:24
**portion** 14:4
  47:10 49:6
  92:16 98:23
  118:7 122:4
  132:22 137:10
  144:5
**posed** 101:6
**position** 6:4
**positions** 7:5
  11:16
**positive** 69:12
  94:4
**positively** 137:8
**possibility** 85:6
  93:5 95:19
  104:16 122:18
  135:3
**possible** 61:3
  69:6 97:9
  99:23 121:7
**possibly** 34:6,13
  81:16 84:19
  92:6,7 97:11
  97:12 121:24
  138:17
**posthospital**
  131:14
**postintubation**
  14:24 22:24
**posts** 15:25
**postsedation**
  45:11
**potential** 95:20
  95:23 96:6,17
  97:10 98:16,20
  99:9 108:22
**potentially**
  95:15 97:20
**pounds** 140:5,8
  140:15,22
**pouring** 61:7
**preclampsia**

22:24
**preeclampsia**
  38:5
**prehospital**
  23:15 27:19
  39:21,23 44:6
  44:7 133:21
**prerequisite**
  7:17 9:21
**presence** 125:24
  134:13,16
**present** 83:11
  93:15
**presented** 14:5
  91:18
**presenting**
  20:23 98:5,24
**pressure** 108:21
**pretty** 131:13,14
**prevent** 19:13
  42:15,25
**preventative**
  97:19
**previous** 92:19
  93:25 134:23
**previously** 22:2
  57:3 74:7
  140:10
**prey** 152:2,2
**Prima** 55:15
  56:9 57:16
  109:15
**primary** 55:19
  55:22 56:5,17
  56:23,23
  137:22 138:6,8
**printed** 59:1
**printouts** 58:24
**prior** 7:16 37:7
  60:2 69:16
  74:15 80:12
  88:24 89:11
  94:3,9 95:21
  99:11 101:16
  116:20 119:3
  126:12 150:1
  153:3,7 154:4

**privacy** 142:13
**probably** 10:9
  16:2 20:6
  36:14 65:3
  114:6
**problems** 153:7
**procedural** 49:4
  49:8 105:5,15
**procedures** 12:9
  94:12 115:15
  115:19
**proceedings** 5:1
  155:4
**process** 7:9,9
  9:12,16 80:6
  122:20
**professional**
  1:23 46:6
  125:1
**professor** 44:24
**program** 9:24
  137:13 141:1,2
**programs** 38:17
**progressing** 22:3
**proper** 102:1
  136:17 149:8
**property** 16:12
**protect** 112:12
  112:13
**protocol** 7:22
  24:3,4 32:13
  32:25 33:25
  38:2 48:4,5,24
  49:5,6,10
  50:24 51:7
  53:17 88:13
  93:15 95:18
  103:13,14,18
  104:9,12,15,19
  104:22,23
  105:1,10,13,14
  105:19 107:4,8
  107:10 121:2
  130:12 131:2
  134:24
**protocols** 6:24
  13:14 24:23

25:2 32:5,6
  33:3,12,20
  36:11 38:18
  43:20 44:6
  47:17,19,20,23
  48:7 49:16,18
  50:9,22 51:14
  51:22 89:22
  94:7 95:8
  103:20 105:4
  106:18,20
  115:4,6,12
  121:1 129:14
  140:11
**provided** 14:22
  47:22,25 51:22
**provocation**
  82:9
**psychiatric**
  138:9 153:13
**PTA** 74:13
**public** 13:11
  15:16 48:4
  58:5 156:16
**puddle** 61:24
  62:8 68:1
**pull** 15:16 51:17
  151:17
**pulse** 39:2,9,15
  40:22 69:9
  74:18,18,18,18
  77:23 89:24,25
  90:4,17,19
  91:4,10,15
  93:9,14
**pulseless** 63:21
  68:16
**pulses** 68:5
  69:13
**punched** 111:25
  112:15
**PURDY** 3:11
**purpose** 60:6
**purposes** 58:6
  104:10 142:13
**pursed** 20:24
**put** 14:15 20:22

59:18 64:8,9
  84:10 85:2
  87:8,11 88:4
  89:4 91:6
  94:14 100:19
  124:21 125:19
  134:2,21,24,25
  136:12 141:1,3
  142:24

### Q
**quality** 82:9
  121:17
**quantity** 71:20
  71:24 72:3,10
  72:17 73:10,22
  80:23 86:2
**question** 26:11
  26:12 31:13
  33:12 37:8,20
  39:18 43:20
  45:15 48:17
  49:20 79:15
  81:12 84:1
  95:22 96:6
  98:19 100:14
  101:14 102:15
  103:16 112:25
  113:4 117:14
  148:20,21
**questioned**
  122:13,16
**questionings**
  42:12
**questions** 46:7
  54:14 83:12
  97:4,23 98:10
  105:19 113:15
  115:3,25 148:6
  154:6,9
**quicker** 145:3
**quickly** 135:1
**quite** 127:17
**quote** 57:6

### R
**R** 63:3 69:14

118:24 119:1
**R3** 119:20
**radial** 74:18
**raise** 5:2 13:5
**range** 34:5,9,10
36:14 72:21
148:3
**rapid** 68:5,5
150:22
**rate** 16:21 20:12
20:18,19 35:7
35:13 37:16
40:1,25 73:8
73:11,15 77:8
77:11 78:2
149:21,22
**rates** 35:22
**Rayon** 99:24
100:1,15 101:5
101:16 103:5
**reach** 25:1
**react** 7:23
**reacts** 7:20
**read** 4:8 21:12
29:20 47:8,10
63:5,11 67:6
69:3 131:17
144:7,12,18,22
147:9 154:10
158:10,12
159:21
**reading** 39:9
63:17 103:13
117:5 129:6
**ready** 39:7
**real** 15:23 76:1
96:9
**really** 109:23
121:23 143:10
150:7 153:1
**reason** 15:12
16:5 87:20
101:4,15
150:16 159:6
**reasons** 15:15
**reassessment**
69:8,14,15

119:2,2
**reassure** 97:22
98:9
**recall** 54:15 64:8
66:24 75:18,22
76:25 79:7
82:5 83:3 84:3
120:4 123:3
126:20 127:21
**recalled** 117:4
**receive** 7:2 66:1
108:18
**received** 26:6
57:18 88:25
123:10,12
**Recess** 54:11
**recognize** 27:4,8
27:14 95:19
114:4 130:15
142:17
**recognizing**
114:17
**recollection** 37:1
37:6 59:16,24
117:1,8,10
**record** 15:12
37:7 58:5,25
113:18 127:24
142:8 145:6
146:8,23
157:11
**rectally** 129:2
**redacted** 142:11
154:22
**reduce** 87:20
97:20
**reduced** 16:19
**reduces** 16:20
**reevaluated**
62:25 63:2,20
68:15
**refer** 117:21
118:18 132:25
135:7
**reference** 13:16
37:3 64:4
146:7

**referenced**
105:18 145:14
**references**
147:10
**referring** 29:11
50:9 85:12,14
85:17 115:6
116:4 119:18
135:24
**refresh** 59:16
117:7
**refreshed** 14:24
**regard** 122:5
132:20 149:2
152:8
**regarding** 32:13
**regards** 50:24
98:20
**regathering**
79:10
**region** 149:17
150:3 151:5,6
151:8,12
**related** 67:11
139:6
**relates** 12:6 15:4
25:23 37:8
**relative** 157:14
157:15
**relax** 20:10
22:23
**relaxation** 79:18
**relaxed** 102:25
151:17
**relaxing** 151:17
**released** 9:25
110:23
**remedy** 37:18
94:7
**remember** 36:23
67:4 76:5 77:5
83:20 92:25
114:16 123:5
126:20 127:6
131:24 132:3,5
132:7 142:16
143:5 147:13

**remove** 14:11
96:2
**renew** 8:6,18
**renewal** 8:17
**repeat** 33:7 47:6
49:15 91:13
**rephrase** 26:13
31:13 37:20
**replace** 121:4
**report** 4:16
26:25 32:11
37:2,3,6 54:3
54:18,21 55:5
55:9 57:17,24
59:23 60:1
64:1 65:8 67:8
67:10 69:17
71:3,14,17
72:14 81:17
88:17,23 89:23
117:5,7,9,11
117:20,22,25
118:2,5,9,18
119:15 121:13
121:15 123:6
123:23 124:8
124:16,19
129:5 132:23
132:25 133:13
135:8,9 137:4
137:6,10,20
138:9 140:1
141:11 143:3,4
147:10,11
157:8
**report-writing**
72:1 118:8
141:1
**Reported** 2:1
**Reporter** 4:8 5:2
47:9 154:12,15
154:19,23
155:2 157:1
**reporting** 1:23
141:13 158:19
**reports** 56:1
89:2 118:14,15

**represent**
113:18,22
**representative**
64:12
**reprimanded**
15:11,13
**reprimands** 16:5
**requested** 47:10
157:10
**require** 20:10
33:20 87:1
133:22
**required** 73:6
115:10 147:17
**requirement**
8:12 141:2
**requires** 6:22,23
11:22
**rescue** 56:10,11
57:5 60:13
63:23 64:15,24
68:18 114:21
119:16,23
136:22 143:23
**rescue's** 120:25
**rescues** 11:22,23
11:23
**research** 51:3
**resetting** 120:12
**resist** 134:19
**resisting** 134:17
**respiration**
16:19,21 77:7
82:9,9
**respirations**
35:8,13,22
68:5
**respiratory**
16:16,18,23
17:2,5,12,20
18:5,7,11,13
18:18,19,19,21
18:25,25 19:3
19:5,12,17,22
19:24,25 20:2
20:3 21:8,15
27:21 31:7,15

32:20 36:5
40:1,12,25
52:12,19,24
73:11,15 77:11
78:2,7 111:10
111:15,20
**respond** 57:16
78:15 109:15
109:19 125:5
**responded** 55:15
56:9 62:7
83:14 110:17
**responder-type**
136:12
**responding**
57:25 59:17,20
62:3 78:22
**responds** 78:19
**response** 67:18
78:13 81:22
82:1,1,22
90:24,25,25
109:16
**responsiveness**
78:11
**rest** 40:2,10
**restart** 13:7
**resting** 125:15
125:17,21
**restock** 119:24
120:22
**restocking**
120:24
**restrain** 102:21
141:20
**restraints** 94:15
99:21,25 100:3
100:16 101:6
101:16,23,24
102:4,7,17,22
103:10,12,23
**result** 116:16
**results** 94:5
**retracting** 20:25
**return** 69:15
119:7 158:16
**returned** 158:11

**reverse** 41:11,13
41:18
**review** 148:12
157:10
**reviewed** 148:15
**reviewing**
149:14
**revise** 50:20
**revision** 48:25
50:23
**revisions** 50:20
**revive** 8:1
150:19
**rhythm** 69:12
93:16 150:14
150:21,22,23
150:24 151:2
**rhythms** 49:12
147:20
**riding** 57:4
131:24
**right** 5:2 10:16
11:9,14 16:15
18:24 46:19
49:9 51:1,19
54:2,5 56:4
58:22 59:4,13
61:7,22 62:22
63:9,16 65:7
65:17 67:24
71:11 78:2
88:16 89:8
90:7,12 99:6
106:17,25
107:6 110:16
111:6 113:11
114:3 115:22
133:10,15
140:7 142:2
146:22 147:8
153:24 154:5
154:19
**rip** 59:19
**rise** 86:11
**risk** 45:5,25 46:3
**risks** 43:25
44:15,25 45:4

45:18 46:25
**Riviera** 11:4,6
**Robinson** 1:9
3:9 113:23
**rode** 136:6 146:5
**role** 55:12,14
56:15,16,20
**roles** 56:16
**roll** 9:2
**Romazicon**
41:14,18,19,23
**room** 114:3
150:4
**Rosario** 1:11,17
3:16 4:5 5:9,14
81:4 113:16
144:25 152:25
156:9 157:9
158:2,22 159:4
159:23
**ROSC** 69:15
119:3,5 150:17
**route** 9:7 146:6
**RPR** 2:2 156:16
157:6,21
158:18
**RSA** 2:2 156:16
157:6,21
158:18
**rude** 82:19
**run** 8:15 45:6
59:19 64:7
103:20 108:15
145:14 146:8
151:24
**running** 118:10

_____
**S**
**S** 3:6
**S.O** 63:18,19
67:11,21,23
68:2,13,14
73:5 74:23,25
75:1 92:5,6
100:17 122:21
145:8,9,12
146:3,5,19

**sac** 149:6,8
**safe** 74:24
100:19 114:8
122:9,23
140:14
**safely** 75:7 88:20
**safety** 95:17
**sake** 125:9
**salts** 125:7
130:17 131:16
**SaO2** 91:1
**saturation** 20:22
91:3
**saw** 9:6 61:18,21
110:2 143:6,8
151:9
**saying** 22:11
34:16 45:6,15
45:24 46:2
68:25 80:8
144:3
**says** 32:16 43:21
52:11,18 53:6
53:16 58:9,12
59:6 60:13,16
63:4,7,23
64:14,23 65:17
65:22 71:20
72:9,16 74:17
74:19 81:20,22
84:4,14 85:11
85:17 87:14
95:14 97:21
99:20,23 104:2
104:14 105:13
107:1 119:2,14
119:16,20
133:14 135:12
137:7 140:3,4
143:17 145:1
**Scale** 41:6 70:19
70:20,24 71:2
71:9 90:20
91:10,16
**scan** 96:19
**SCAROLA** 3:3
**scene** 6:12 57:21

59:9 60:2,3,13
60:24 67:5,9
67:13,17 68:18
74:24 77:19
92:18 107:19
109:3,6,7
110:25 114:15
114:18 122:7
122:22 123:1,2
124:4 126:3,5
126:18 128:14
132:17 133:2
141:13,21
**school** 9:1,2,3,12
9:13,15,16,22
9:22,23 11:10
26:5,16 48:1,2
48:4
**schooling** 6:23
**science** 10:4
**scraped** 141:22
**screaming** 66:23
**screen** 131:18,18
**scuff** 128:5
**se** 121:2
**SEARCY** 3:3
**second** 58:12
136:1 137:22
**secondary** 56:25
57:2 139:1
**section** 18:22
68:6,7 118:19
118:22 119:1
135:9 140:3
142:25 143:16
144:4,8
**sections** 105:5
105:10
**secure** 122:23
**secured** 145:15
145:23,25
**securing** 135:21
**sedate** 14:8
126:10 145:13
**sedated** 45:8,12
**sedation** 34:21
34:22,23 35:5

52:8 113:3
**sedative** 23:22
  24:13,15 87:1
  112:24
**sedatives** 12:6
  12:24 13:4,22
  14:2 24:2
**sedatives-type**
  22:22
**see** 21:1 27:17
  45:5 46:2
  50:11,21 52:9
  52:14,21 53:8
  54:18 57:17
  58:9,14,17
  59:4,11 61:17
  61:25 62:18
  63:4 65:19
  68:6 71:21
  74:19 76:22
  77:7 86:14
  87:23,25 97:3
  99:17 104:3
  105:17 108:4
  108:14,19
  111:6 118:8
  119:1 120:20
  123:9 124:13
  125:3,20 129:5
  134:14,16
  135:9 136:2
  137:21 140:2
  144:25 145:14
  150:20 151:13
**seeing** 77:5
**seemingly** 67:22
  141:20 150:9
  152:24 153:4
**seen** 18:7 28:9
  28:10,16 35:20
  48:14,17
  108:15
**seizures** 22:23
  47:14
**self-induced**
  133:9
**selling** 9:8

**send** 8:17 118:3
  155:2
**sense** 56:6 121:3
**sensor** 91:8
**sensory** 41:10
**sentence** 92:17
**sentences** 60:16
  63:5
**separate** 114:25
**separated** 21:14
  49:10 106:3
**sepsis** 129:15
**septic** 129:15
**serious** 107:21
  108:9,13,14,22
  109:3 110:7
  133:19 134:9,9
**seriousness**
  108:18
**server** 118:3
**service** 119:23
**set** 6:24 11:21
  24:4 44:6
  47:20 106:12
**setting** 57:8
**severe** 17:20
  18:2,5,13,19
  18:21,25 19:11
  134:2
**severity** 133:18
  134:8
**shape** 21:10
  28:3 40:16
  94:14 153:9
**sharps** 145:17
  145:18,20,25
**sheet** 4:9 68:21
  155:1 158:10
  159:1
**Sheriff** 1:10 3:10
  113:19 142:3
**sheriff's** 4:23
  64:12 67:3
  75:3 77:17
  94:8 103:9
  111:19 115:1
  115:10,18

119:18 122:7
  123:1 130:22
  130:23 132:11
  136:3 138:16
  142:4
**SHIPLEY** 3:4
**shock** 98:17,21
  99:10 147:24
  148:1 150:21
  150:23
**short** 15:23
  27:19 95:25
  150:18
**short-of-breath**
  19:6
**shorten** 60:21
**shortly** 152:5
**shot** 126:19,23
**shots** 56:6
**shoulder** 145:5
**show** 6:12 48:12
  58:18 81:20
  104:25 131:19
  142:2,4
**showed** 69:9,9
  69:11 142:1,18
  145:13
**shown** 51:7
  115:12,17
**shows** 29:15
**sick** 129:12
**side** 31:8,16
  61:22,23 67:24
  67:25 133:15
**sighing** 21:7
**sign** 4:8 39:2
  40:23,25
  158:12,15
**signals** 148:2
**signature** 144:6
  158:8,15,21
**signed** 32:5 34:1
  44:7 156:12
**signs** 19:16,21
  20:25 22:3
  27:9 28:3 39:3
  40:24 41:1

52:19 53:1
  82:10
**silent** 66:25
**simple** 45:15
  81:12
**simply** 33:17
  58:24
**Sinclair** 56:12
  57:10 84:5,9
  135:13,18
**single** 20:4 34:17
  36:17
**sinus** 69:12
**sir** 52:10 53:9
  54:20 56:14
  62:1 71:22
**sit** 76:6 88:16
  102:6 111:8
  116:23 152:25
**sitting** 62:6
  73:17 118:15
**situation** 7:1
  14:11 21:9,16
  36:19 37:13,19
  70:2,9 72:24
  73:25 74:2,11
  80:20 81:7,8,9
  82:7 83:9,13
  85:15 89:18
  91:25 92:4
  96:3,15 104:13
  108:22 109:18
  123:15 152:7
**situations** 43:2
  46:10 83:10
**size** 141:18
**skills** 69:2
**skin** 68:5 121:18
  128:18
**SLCFD** 146:6
**slide** 84:22
**sliding** 135:3
**slow** 35:7,12,22
  68:23
**slowly** 69:3
  134:12
**small** 141:22

**smaller** 141:20
  150:10
**smelling** 125:6
**socialized**
  114:12
**sodium** 69:6
**sold** 10:19
**solely** 89:20,21
**solemnly** 5:4
**somebody** 7:2
  14:8 19:3,11
  20:7 21:10,11
  21:12 23:25
  27:15 28:14,14
  42:4,18 45:25
  85:2 86:24,25
  88:11,13 113:2
  121:21 125:3,4
  129:15 130:25
  149:5,16 150:2
  150:13
**somebody's**
  16:21 18:10
  25:13 108:23
  126:11 149:12
**somewhat**
  150:21
**soon** 77:4 79:11
  118:11
**sorry** 10:4 22:10
  39:7 40:6 47:6
  50:18 64:18
  68:23 69:1
  76:12,13 79:2
  91:13 145:18
  148:20
**sort** 7:13,17
  14:13,15 16:4
  20:15,22 25:10
  40:17 42:8
  47:13 56:8
  78:16 94:14
  102:17 132:14
  133:7 141:3
**sought** 128:15
**sound** 140:7
**sounds** 125:11

154:23
**SOUTHERN**
1:1
**Southwest** 1:24
**space** 11:24
**speak** 20:11
38:13 69:23,25
70:10 78:20,24
80:17 81:13,15
82:12
**speaking** 66:1
70:5,13 79:3
**special** 1:12 3:17
11:18,21 12:2
**specialty** 11:22
**specific** 12:25
14:14 20:5
23:21 24:14
26:12 27:15
30:22,23 34:4
34:19 36:1
46:12 48:5
55:17 58:4
60:3 64:8,9
76:17 82:12
88:12,12 91:25
92:4 97:13
99:4 104:8,12
106:12 107:10
112:11 117:17
118:10 129:11
131:17 133:22
133:24 136:9
147:14 148:17
**specifically** 12:3
13:9,12,13,21
13:25 15:1
22:25 23:13
24:2,6,19
25:21 26:16
29:20 31:11,19
32:4 38:4
42:23 45:4
46:11 47:11,15
48:3 50:11,23
77:4 78:18
97:5 105:21

124:22,23
136:22 139:19
143:7
**speculated**
149:3
**speculation**
148:25 149:2
**spill** 85:7
**spilled** 139:21
**spinal** 68:10
134:24,25
**split** 56:2
**spoke** 66:5 81:17
81:21
**spontaneous**
69:16 119:7
**spontaneously**
78:9 108:1
**spot** 135:6
140:25
**spray** 120:21
**spread** 14:13
**squirming** 79:14
84:22 127:4
**squirting** 108:21
**St** 1:10,11,24
3:10,16 4:23
5:18,23,24 6:3
7:3,10 8:13
10:24 11:15
13:12,13 15:11
28:2 29:24
45:17 46:24
48:3 51:7,24
105:22 113:19
114:21 115:1,9
115:18 122:7
130:23 136:3
156:5 157:4
**staff** 69:17
119:15
**stage** 122:20
**staged** 123:3,13
**stages** 71:7
**staging** 122:20
122:24 123:14
**stand** 60:10

61:15 62:19
119:5 145:2
**standing** 145:5
**stands** 8:19 53:3
147:15 148:4
**staples** 134:1
**start** 53:22
79:13 151:19
**started** 9:4,7
79:13 126:4
151:18
**starting** 70:21
138:1
**state** 5:13 8:18
20:8 75:13
79:17,18 124:5
124:20 156:4
156:16 157:3
**stated** 22:2
60:17 67:14
68:2,21 132:22
159:22
**statement** 4:23
24:16 28:5
29:20 63:23
64:3,13,15,16
64:17,19,22,23
65:3 119:16,17
119:21 120:1
142:21,22
143:22 146:25
147:9
**statements**
64:11
**states** 1:1 92:17
**Station** 15:22
**status** 22:15
28:18
**stay** 8:12 18:8
63:14 68:9
135:6
**stays** 6:7
**stenographic**
157:12
**stenographica...**
2:1 157:8
**steps** 98:15

**sterile** 120:10
**stick** 14:9
**stimulation**
98:18,22 99:11
**stimuli** 78:14,17
**stitches** 133:23
133:25
**stock** 128:8
**stocky** 132:10
**stomach** 112:1
112:16,16
**stop** 13:7 109:12
118:10 149:11
149:13 152:4,5
**stopped** 27:21
87:12,15,17
88:3,5 146:3
146:13 150:16
**stops** 7:25
149:10
**strapped** 84:21
99:24 100:2
103:6
**strapping** 84:25
**straps** 145:15,18
145:19
**stressful** 95:15
**stretcher** 63:18
63:20 68:12,14
100:7,9,20
101:11 102:11
119:25 120:19
140:12 146:4,5
146:20
**strike** 12:20,21
17:11 42:7
46:22 51:13
55:13 77:21
82:3 89:5
**striking** 116:16
116:17
**stroke** 121:24
**strokes** 97:2
**strong** 60:19
67:12,16 92:20
141:14,17
142:1

**struck** 43:10
116:3
**struggle** 67:1,2
67:18 68:3
73:5 79:8
92:18 94:3,21
102:24 103:25
141:25 149:18
150:1 152:4
**struggling** 70:17
100:18 124:24
138:17 145:11
149:19
**stuff** 15:15,18
44:8 49:8,12
57:7,9 58:4
106:4 108:19
150:8
**stumbling** 28:14
**subdue** 79:9
127:19
**subdued** 80:18
92:5 149:16
**subduing** 67:21
76:18,19 151:9
**subjective**
108:13
**subscribed**
143:17
**successful**
135:13 136:2
137:3,5,7,11
**successfully**
135:16
**sudden** 151:25
**suddenly** 148:10
148:23
**sued** 113:20
114:13
**suffered** 44:1,16
45:2,19 47:2
116:13
**suffering** 43:16
43:22 113:5
**sufficient** 101:24
**sugar** 13:6
**suggest** 134:8

**Suite** 1:24 3:12
  3:19 158:3,19
**summarized**
  105:15
**SUMMER** 3:14
**summer@pur...**
  3:14
**Sunrise** 3:12
**supervisor** 38:14
**support** 7:24
  8:20,22 53:4
**suppose** 59:5
**supposed** 33:1
  126:10
**supraventricu...**
  69:10
**sure** 11:7 15:17
  16:9 19:20
  26:10 27:25
  29:8 33:8
  39:14 46:8
  47:9 50:7,23
  51:5,9 54:24
  55:1 58:1 61:2
  75:16 85:3
  93:2 94:21
  112:7,10 120:8
  131:6,13,14
  142:6 143:3
  144:9,15
  151:21 154:19
**surrounding**
  75:23 81:8
  92:10 100:22
**surroundings**
  79:23
**suspended** 15:12
**suspensions**
  16:5,6
**sustained** 94:2
  96:17
**SVT** 131:1
  147:24,25
**swear** 5:4
**sweating** 77:8
**switch** 56:16
**sworn** 5:10

143:17 156:10
**syllabus** 13:18
**symptom** 21:8
  21:15 82:10
**symptoms** 19:17
  19:21 22:3
  23:14 27:9
  28:4
**synonymous**
  79:20
**synthetic** 131:9
**system** 23:1,4
  24:22 29:5
  30:1,11,14,19
  31:16,22 72:1
  118:8 131:16

---

**T**
**T** 62:19 63:3,5,6
  63:22 118:24
**tachycardia**
  69:10
**tachycardic**
  77:25 86:19
  89:15
**tactics** 94:11
**take** 11:25 18:10
  34:20 41:17
  54:3,8,9 82:17
  98:8 109:10
  110:17 126:22
  126:22 135:21
  154:25 158:7
**taken** 10:1 27:15
  39:23 63:23
  64:15,23 90:6
  98:15 119:16
  131:22
**takes** 123:14
  141:4
**talk** 15:17 32:25
  36:22 54:2,16
  64:12 74:3
  80:1,3,5,5,8,9
**talking** 31:11
  46:17 47:19
  50:15 66:20,21

70:13 73:9
  74:1,4 80:19
  102:13,14
  103:22 106:6
  107:6 116:24
**talks** 52:8
**tamponade**
  149:4,5 152:3
**tase** 130:24
**tasers** 130:24
**taught** 13:17
  24:19 26:17
  28:7 41:2
  44:14,25
**Tavares** 1:4
  36:21 37:8,23
  39:4 50:16
  60:24 61:13
  62:7 65:10
  66:2 74:1,4
  80:10 81:13,15
  81:21 82:21
  83:17 84:10,17
  95:23 111:1,9
  111:14,19
  113:21 158:5
  159:3
**teach** 13:9 48:5
**teachable** 44:18
**teaches** 12:10
**teaching** 13:13
  13:14
**team** 12:2 63:19
  68:14
**technician** 6:9
**tell** 6:20 7:13
  8:25 12:3,25
  13:25 15:2
  18:24 19:20
  24:10 25:22
  26:21 29:25
  30:18,25 34:10
  35:3 36:1 37:9
  38:2 39:7 42:4
  57:15,23 67:4
  70:16 71:11,13
  74:7 76:8,16

80:2 82:15
  88:17 102:20
  117:17 121:23
  122:1 126:19
  130:11 132:9
  132:24 133:1
  136:18 137:18
  137:23 138:6
  138:20 139:11
  139:19 142:24
  143:7 145:1
  153:12
**telling** 89:10
  127:6
**tells** 107:5
  123:18
**temp** 121:18
**temperature**
  121:19,20
  128:18,19,21
  129:7,18,21
**ten** 9:17 46:22
  76:15
**ten-plus** 28:1
  44:21 45:16
  46:21,23
**term** 99:10
**terms** 8:1 12:14
  13:2 14:2,13
  20:6,15 23:11
  33:13 39:13
  54:15 102:21
  105:24 136:20
  147:18 153:24
**test** 125:19
  131:11
**tested** 131:8
**testified** 5:10
  124:2
**testify** 77:11
**testimony** 5:5
  27:12 61:12
  71:5 73:11,21
  80:12 87:6
  100:21 109:2
  109:22 122:6
  126:15

**tests** 41:9 131:17
**Thank** 146:22
  154:6
**Thanks** 113:12
**therapy** 8:2
**thermometer**
  128:22,25
**thing** 10:15
  13:10,10 44:19
  58:20 72:25
  129:14
**things** 7:18
  11:24,25 12:10
  28:12 31:24
  40:10,15,21
  47:13 64:7,8
  65:25 82:11,22
  96:10 97:5,14
  97:21 98:21
  104:7,9 113:16
  118:15 120:23
  121:18,24
  131:19 141:5
  154:22
**think** 16:15
  24:18 46:19
  48:17 49:24
  91:20 93:18
  103:14 114:4
  127:21 128:5
  141:1,10 143:1
  145:1 151:4
**thinking** 19:25
  41:22
**thinks** 153:20
**thirty** 158:13
**Thomas** 84:5
  135:13,17
**thoracic** 149:17
  150:3 151:4,5
  151:6,8,11
  152:10
**thoroughly**
  120:22
**thought** 97:15
**thousand** 16:2
**thousands**

117:12
**thrashing**
  151:19
**threat** 101:11
**threatening**
  95:17
**three** 37:3 41:9
  65:19 85:19
  88:21 90:13,16
  90:22 91:11,14
  98:17 116:25
  118:13 127:6
  146:2,12
**throat** 14:9
**Thursday** 1:21
**tie** 94:15
**time** 12:19,23
  17:17 19:8
  21:3 22:4,9,11
  22:12 27:18
  28:21 33:3,17
  34:13 35:18
  37:11 42:20
  46:20 47:24
  50:2,13 53:23
  54:1 57:15,21
  62:18 69:24
  70:11 77:3
  80:19 86:24
  88:12,12,18,24
  89:1,4,6,7
  93:22 95:25
  96:8,10,23
  97:15 98:5,6
  103:7,9,11,25
  106:13 107:12
  118:9 119:24
  122:2,3,3,11
  122:14 123:10
  123:11,12,14
  123:19 124:9
  124:10,14,21
  127:17 128:19
  130:13 133:2
  143:22 146:24
  147:2,23
  149:18 150:18

151:13,23
153:22,23
154:7 158:8
**times** 28:15 34:2
  34:11 35:12,25
  50:2 55:24
  83:23,24 86:23
  87:7 88:8,8
  120:18 124:22
  133:21 147:11
**timing** 152:16
**tired** 127:8
**today** 5:5 27:8
  36:22 37:7
  62:6 88:17
  90:3 102:6
  111:8 115:12
  115:17 116:24
  132:20 152:25
**told** 26:24 27:16
  40:22 42:5
  46:12,14 56:22
  61:12 73:14
  74:11 80:7
  83:16 84:12
  90:2 94:9
  97:11,14 110:6
  127:21 132:20
  133:3 136:8
  139:7 143:5
  151:3
**tolerate** 84:15
**Tom** 56:12
  57:10 84:9
  136:8
**tools** 140:20
**top** 58:22 104:3
**TOT** 119:14
**total** 69:5 90:20
**touch** 78:19
  121:21 122:1
**touches** 14:23
**touching** 116:16
  116:17
**toxicity** 41:15
**track** 29:4
**tradename**

41:23
**trained** 27:14
  30:21 41:11,12
  41:12 45:18
  46:25 82:6
  83:8
**training** 7:13,15
  7:16,18 12:4,4
  12:5,8,10,13
  12:15,17,22,23
  13:19,23 14:1
  14:1,2,4,5,19
  14:23,23 18:4
  19:21 23:9,20
  23:21,25 24:5
  24:11,14,19
  25:21 26:3,6,8
  27:3,5,7,8
  29:23 31:4
  34:25 38:16
  42:8 43:14
  44:13,22 99:2
  125:2,3,23
  130:9 136:11
  136:12 148:8
  148:21
**trans** 11:23
**transcribed**
  154:11,13
**transcript**
  154:10 157:10
  157:11 158:9
  158:11 159:22
**transfer** 95:21
**transferred** 11:1
**transport** 95:14
  99:23 110:13
  110:24 111:3
**trauma** 43:6,8,8
  43:16,23 44:1
  44:16 45:2,9
  45:20,25 46:3
  46:14,15 47:2
  47:11,16 49:11
  58:4 60:14
  67:11 75:6
  83:14 96:22,25

97:16 109:16
109:18,23
110:1,18 113:2
113:3,5 115:25
116:6,14 133:6
133:8,9,11
134:23 145:13
149:6
**traumatic** 58:13
  59:7,9,14,20
  59:22,25 62:2
  108:24 139:2
**treat** 20:1,3
  23:11,13,17
  24:12,14 26:17
  27:17,22 42:19
  44:9 85:25
  96:13 109:8
  110:24
**treated** 17:2,9
  17:17 22:4,8
  42:21 49:13
  108:10 109:4
  109:19 110:7
  110:11 111:3
  131:2
**treating** 106:22
  133:7
**treatment** 47:17
  62:20 68:9,20
  70:23 77:22
  82:10 85:22,23
  86:13 87:14
  88:2 93:8
  109:9 128:15
  135:9 140:17
  146:6 147:18
  147:21 148:15
  148:16,19
**treats** 133:24
**tried** 94:13
**truck** 51:15 57:5
  75:8 119:24,25
  120:7,12,17,22
  129:1 136:22
  145:16,25
**truck's** 118:11

**trucks** 51:16
**true** 28:5 157:11
  159:22
**truly** 158:17
**truth** 5:6,6,7
**try** 18:8 41:16
  48:7 80:3,4,5
  82:13 113:16
  148:13
**trying** 20:20,24
  82:19 113:1
  124:6 127:4,18
  144:20,22
  145:12 151:18
**tube** 14:9
**turn** 45:12 85:7
**turned** 69:17
  118:12
**turnover** 69:16
  119:3
**TV** 28:16
**Twelve** 40:3
**two** 8:9 16:2,13
  56:13,18 60:16
  92:9 98:17
  99:25 122:25
  123:25 127:6
  128:6 142:11
  146:2,12
  147:20 151:24
  154:22
**type** 11:22 30:8
  44:18 130:6
  134:22 138:11
  140:23 148:3
**types** 13:3 49:12
  103:19
**typically** 129:9

---

**U**

**Uh-huh** 15:20
  106:8 127:23
  139:3 140:6
  141:15
**ultimately** 137:3
  137:20
**umbrella** 47:16

85:12,13,17,19
137:11
**unconscious**
70:14 125:4,8
125:17,24
126:11 133:1
**uncooperative**
125:13
**undergo** 23:10
**undergoing** 23:9
**undergone** 15:4
44:22
**undersigned**
156:8
**understand**
23:19 26:11
45:14 46:9,9
73:19 74:5
96:5 115:9
144:21
**understanding**
73:4 95:7
**understands**
144:18
**understood**
122:6
**underwent**
13:19 25:22
**unhealthy** 21:11
**UNITED** 1:1
**unknown** 65:22
65:24
**unoxygenated**
149:23
**unquote** 57:6
**unresponsive**
125:14,25
**updated** 49:19
**UPS** 9:5 10:8,13
10:23,25 11:2
**usage** 14:25
**use** 13:8 14:18
19:4 22:25
25:4 36:12
48:8 60:21
94:5 97:9
99:21 101:8,10

103:5,10 107:2
107:11 121:3
125:6 129:2
133:25,25
134:1 153:16
153:18,19
154:2
**uses** 14:18,23
24:21 47:12
**usually** 20:18
28:20 41:14
123:14
**utilize** 39:4 41:5
100:1,15 101:5
101:15
**utilized** 41:24
**utilizing** 102:21

———————
**V**

**V-tach** 147:24
148:1
**vague** 17:22
58:5
**values** 39:23
**varies** 21:5
**variety** 7:18
8:14 13:8
16:17 18:7
24:21 25:4
40:21 58:2
**various** 13:3
20:2,25 40:10
40:15 43:10
46:10 105:4
117:18
**vascular** 97:1
108:15
**vehicle** 45:8 56:8
**Venous** 74:13
**ventilating**
136:13
**ventilation**
150:20
**ventured** 9:4
**verbal** 41:10
67:18 69:17
81:22 82:1,11

90:25 119:15
153:15
**verify** 29:7
**Vero** 11:3
**version** 117:24
**versions** 117:25
**versus** 18:18,19
128:19
**veteran** 132:13
132:14
**violent** 14:10
**Vista** 55:15 56:9
57:16 109:15
**visualized** 134:6
**vital** 39:2,3
40:23,24,25
41:1
**vitals** 57:7 68:20
77:6,10,15
88:25 90:6
91:22 108:19
**VMR** 11:24
**VOLUME** 1:19
4:4
**vs** 1:7 158:5
159:3

———————
**W**

**W** 3:21 158:4
**Wade** 1:9 3:9
113:24
**wait** 29:13 33:16
**waiting** 122:24
122:25
**waive** 158:8,15
158:21
**walk** 114:3
**walking** 40:16
**want** 9:10 10:9
19:4 25:20
26:16 27:25
29:22,23 31:13
33:4,14 34:19
44:20 46:7,8
52:3 54:8 55:1
67:8 72:8,8
74:3 76:1,4,4

79:2 80:9
82:20,24 83:2
85:3 88:16
110:22 120:8
124:1 125:5
131:20 144:12
154:12,15,24
**wanted** 9:7,10
9:11 76:13
127:14 143:4
**war** 132:13,14
**wasn't** 24:14
46:17 74:16
88:5 97:13
109:23 139:17
143:3 144:15
152:16 153:9
**water** 22:16
**waves** 125:20
**way** 16:11 28:3
33:22 53:22
58:9,16 76:18
83:11 93:19
94:14 96:24
132:1 140:9
147:16 148:9
148:18
**we'll** 48:12 55:4
94:24
**we're** 25:3 32:4
33:25 36:22
44:9 48:8 50:8
50:15 54:16
57:18 60:3
74:1,2,3 85:16
95:12 96:11
104:20 106:6
107:6 116:24
118:11 121:9
122:13,13
149:1 154:10
**we've** 38:17 48:8
83:13 104:2
120:23
**webbing** 99:24
100:2,16 101:5
101:16 103:5

**weighed** 141:8
**weight** 140:14
140:15,18
141:3 150:3
**weight-based**
140:12 141:6
**weights** 140:17
**well-being** 84:24
85:1
**went** 9:3,11,12
9:15,20,22
38:15 110:25
118:23 128:15
147:20 148:4
148:23
**weren't** 13:13
**West** 3:5 158:20
**whatever's**
127:16
**wide** 13:8 24:21
25:4
**WILSON** 3:18
158:2
**winded** 127:9
**wipe** 120:21
**wish** 158:15
**withhold** 49:2
**witness** 4:8 5:8
47:6 58:20
63:23 64:2,11
64:14,16,16,19
64:23 69:1
116:15 119:16
141:16 144:20
**word** 19:4 60:21
**words** 143:11
144:15
**work** 6:23 7:22
13:3,4,5 25:17
33:24 38:16
44:8 53:22
56:19 73:2
96:10 99:22
106:24 119:9
119:10 136:12
150:5
**worked** 5:24

151:22
**working** 6:2
7:25 9:5,7,8
10:5,17,23
11:15 25:11
28:1 29:24
32:4 36:10
45:16 129:17
149:19
**works** 46:1
**world** 96:11,13
**worn** 127:13
**worse** 85:19
**worsening**
137:11
**worst** 144:23
**wouldn't** 35:3
102:10 139:19
148:19
**wound** 134:8
**write** 55:9 71:1
71:6 118:2
124:19 143:2,6
143:8 159:2
**writing** 118:15
141:2
**written** 16:12
47:20 118:9
142:21
**wrong** 24:10
89:4
**wrote** 62:24 78:8
87:24 143:2
144:8,11,21

**X**

**X** 4:2
**x-ray** 96:21

**Y**

**yeah** 11:7,7
19:20 29:22
34:8 38:6
49:20 54:9,25
55:3 63:9 67:7
91:14 95:5
104:5 105:2

121:6 131:14
137:16 138:6
144:3,14,20
145:22 146:17
152:21 153:4
154:14
**year** 5:20 9:18
9:23 10:12,13
10:21 12:18,19
12:22 26:15
46:23
**years** 8:9 10:7
28:1 37:4
44:21 45:16
49:23,25 65:11
116:25
**young** 150:6,9
150:17 152:24

**Z**

**Z** 98:4
**zone** 25:10

**0**

**02/15/06** 4:17
**05/11/14** 4:16
**06/17/14** 4:15

**1**

**1** 1:19,19 4:4,4
4:13,23 32:16
33:1,4,10 38:7
38:11 48:10,13
48:22 49:23
50:6,9 51:6,12
53:6,11,16
69:5,21 107:1
124:9 142:4,14
146:5 154:18
157:9
**1-0-0** 140:23
**1,000** 25:15
**1:18** 1:21 155:4
**10/11/18** 156:17

**10:00** 1:21 5:1
**100** 1:24 11:5

27:17 34:17
39:11,22 50:23
51:5 58:1
69:11 75:16
91:1 94:21
131:13 140:4,8
140:15,22
143:3
**11** 36:23 37:24
52:16,23 54:2
57:12 116:14
**11:06** 54:11
**11:14** 54:11
**110** 77:23
**111** 3:19 158:3
**113** 4:6
**11th** 55:14 89:11
114:16 117:15
153:2
**12** 40:8 73:15
74:8
**120** 69:7
**1200** 3:19 158:3
**1216** 3:12
**13** 1:21 159:4
**13th** 156:10
158:7
**142** 4:23
**144710** 156:17
**155** 157:9
**1551** 158:19
**156** 4:7
**157** 4:8
**158** 4:8
**159** 1:19 4:4,9
**16522** 146:10
**1680** 1:24
**17th** 51:23
**18** 90:7 124:9
158:1
**1829** 57:19
**1830** 57:20,20
**1834** 57:22
**1836** 124:10,15
126:4
**1838** 78:20,22
79:5

**1839** 84:4
**1840** 85:21,22
85:24 87:8,8
87:10 89:6
90:5
**1843** 88:21
89:23 90:4,6,8
90:14 126:1,5
135:9,12,12
**1848** 136:1,2
**18th** 156:12
157:19
**1920** 147:1

**2**

**2** 4:15 6:8,10,11
33:5 51:20
52:2 56:23
**2:16cv14413** 1:3
158:6 159:3
**20** 22:15 40:3
71:20 72:10,17
72:20,22 73:12
73:16 74:8,9
89:16
**20-** 36:13
**200** 34:6,16,17
**200-E** 158:19
**2001** 10:10,11
**2005** 6:1 49:24
**2006** 7:8 8:4,10
13:18 16:3
48:24 49:24
**2007** 7:10 8:4,11
13:19 14:21
15:2
**2009** 49:25
**2010** 50:15
**2014** 36:23
37:24 50:17,18
51:9,23 52:16
52:23 54:2
55:14 57:12
89:11 114:16
116:14 117:16
153:2
**2017** 1:21

156:11,12
157:19 158:1,7
159:4
**203-7592** 3:20
**2139** 3:4
**2455** 3:12
**25** 40:13
**28** 6:1 78:3
86:20 89:15
**29** 65:11

**3**

**3** 4:16 33:5 55:5
55:7,10 56:10
56:11 60:7
97:17 117:23
118:20 119:23
143:23
**30** 22:16 71:20
72:10,17,20,22
73:12 158:13
**30-milligram**
36:13
**301** 55:15 56:9
57:16 109:15
**32801** 3:20
158:4
**33304** 3:13
**33401** 158:20
**33402-3626** 3:5
**3626** 3:5

**4**

**4** 4:17 32:16,17
33:1,5,10,18
34:18 37:17
38:7,8,11
42:16 43:1
53:7,12,17,18
53:23 58:8,15
62:21 63:15
68:12 86:15,21
88:14 89:16
91:11,21 94:24
95:2,4,5 104:2
106:6,14 107:1
107:4,7,14

112:2,17 113:7
135:8 138:2
**4-milligram**
32:20 34:11
36:17 37:9,22
37:24
**4:00** 11:8
**407** 3:20
**462-3200** 3:13
**48** 4:13

---
**5**
---
**5** 4:6 15:22
57:18 59:5
98:14 123:18
140:1
**5/11/2014** 147:1
**50** 69:5 107:3
**52** 4:15
**55** 4:16
**561)686-6300**
3:6
**5b** 99:20
**5c** 101:23
**5th** 55:12

---
**6**
---
**6** 57:18 58:8,15
59:5 60:7 72:6
118:20 123:18
**6:36** 69:21 70:1
70:2,19,20,24
71:2,10,11,18
71:19 72:5,6,9
73:11,21 75:15
75:19,24 76:10
77:6,7 80:10
80:14,22 81:3
81:7,13 85:16
124:10
**6:38** 77:22 79:15
80:10 81:15
86:19
**6:39** 85:11
**6:40** 86:2,14
87:14,24 88:2
88:22 89:12

90:10 99:7
**6:43** 72:6 89:12
**6:47** 93:9,11
**6:48** 93:12

---
**7**
---
**7:20** 147:3,4

---
**8**
---

---
**9**
---
**911** 7:2 109:5
**94** 39:11,22
**95** 4:17
**954** 3:13