**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

CONFIDENTIAL

Report:
Emergency Medicine, Cardio-Pulmonary Physiology and
Forensic Summary of Injuries with Causation Sustained by
Tavares L. Docher on May 11, 2014

Author:
John A. Sterba, M.D., Ph.D., FACEP, FACFEI
President & CEO, Medical & Scientific Director,
NYS DOH Clinical Laboratory Director

Date: May 22, 2017

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233  USA

| Table of Contents | Pages |
|---|---|
| 1. "Complete statement of all opinions the witness will express and the basis and reasons for them with facts or data considered by the witness in forming them" | 1 - 14 |
| 2. "Exhibits (and References) that will be used to summarize or support them" | 15 |
| 3. "Witness's qualifications, including a list of all publications authored in the previous 10 years" | 16 |
| 4. "List of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition" | 17 |
| 5. "Statement of the compensation to be paid for the study and testimony in the case" | 18 |

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page One

"Complete statement of all opinions the witness will express and the basis and reasons for them with facts or data considered by the witness in forming them"

**Forensic Summary and Opinions**

On May 11, 2014 (Sunday), Mr. Tavares L. Docher, a   year old African-American male at the time, asked CVS Pharmacy staff to call 911 in fear that his mother and he would be murdered by the Arabs.[1,2] Sheriff's Office (SO) Officers and eye witnesses observed Mr. Docher to be agitated and delusional.[1,2] An SO Officer smelled that Mr. Docher had been drinking alcohol, mentioned in his report to be "Natty",[2] which is Natural Ice beer (Anheuser-Busch, Missouri) having a high-alcohol content of 5.9% alcohol.

Mr. Docher was arrested for alcohol intoxication with disorderly conduct, i.e. the charge of "Disorderly Intoxication". In addition, Mr. Docher was determined by SO Officers to be a Police 10-Code "10-96", a "Mental Patient".[2]

Mr. Docher was hand-cuffed behind his back using hard metal hand-cuffs by SO Officers, and then he was placed into the SO Police cruiser.[2] Mr. Docher then escaped, tried to thrust his knee into an SO Officer. He ran with three SO Officers hanging onto him 8-10 feet before forcibly being taken to the ground still wearing SO Officer's hand-cuffs behind his back, unable to protect his head from his subsequent blunt-force trauma.[2] Thereafter, Mr. Docher resisted being arrested; he spit, kicked and tried to bite

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org
EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Two

SO Officers, who then charged Mr. Docher with additional counts of "Battery/Assault on a Law Enforcement Officer (LEO), Escape, and Resisting Arrest with Violence".[2.]

After being taken to the ground forcibly by the SO Officers with further physical restraint placed upon Mr. Docher by SO Officers including resisting strikes to his face, head, chest and major muscles of his right and left gluteal (buttocks & lower back) muscles,[2.-4.] Mr. Docher was later documented to have eight (8) multiple blunt-force trauma injuries to his head, chest, back/buttocks and extremities by the emergency physician (EP) at St. Lucie County Medical Center emergency department (ED)[5.], specifically:

1. Head laceration to the right side of his head in the temporal region;
2. Several abrasions on the extremities bilaterally;
3. Larger abrasions on left shoulder, left ear, left cheek;
4. Fractured right clavicle (collarbone);
5. Head bilateral, depressed fractures of the facial nasal bone;
6. Extensive soft tissue swellings of the gluteal region (buttocks/lower back) right worse than left;
7. Extensive soft tissue swelling over the face; and
8. Destruction of skeletal muscles releasing muscle proteins into Mr. Docher's circulation (rhabdomyolysis).

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Three

Regarding Mr. Docher's admitted ingestion of alcohol and the smell of alcohol on his breath[2], laboratory testing at St. Lucie County Medical Center ED ordered by the EP confirmed Mr. Docher had been drinking alcohol with a measured Blood Alcohol Level (BAL) of 38mg/dl (0.038%), which is below the Florida State legal limit of 0.08%.[5]  At this BAL, the smell of alcohol on Mr. Docher's breath is very possible, more likely than not, which was indeed observed and documented by the SO Officer (Deputy Newman)[2], plus mentioned to and likewise documented in the EMS record by José Rosario, EMT-P (paramedic).[6], despite José Rosario, EMT-P [6] not smelling the alcohol himself.[2]

Later in the hospital ED, due to the nature of this cardio-pulmonary arrest, the EP was not able to determine or document the complete medical history of the timing or amount of Mr. Docher's last drink of alcohol (ethanol), or how many Natural Ice beers he had, or whether or not Mr. Docher acutely abused ethanol that day, or possibly ingested any other toxic alcohols (e.g. methanol, moon-shine, ethylene glycol, etc.), or if he was an alcoholic, or if he had any history of alcohol dependence, alcohol-abuse or other drug-abuse, or any history of either alcohol-withdrawal or drug-withdrawal, or any history of alcohol detoxification, or if Mr. Docher had suffered today or in the past from Delirium Tremens (DT's), Wernicke's Encephalopathy or malnutrition.  There no mention of Mr. Docher being prescribed or otherwise taking any anti-psychotic prescriptions, or taking any other prescriptions, anyone else's prescriptions, or taking illicit medications.[5]  Mr. Docher's initial fear of his mother or he being chased to be murdered by Arabs was never forensically confirmed to be true; it was a true psychiatric delusion.[5]

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Four

In the field, prior to Emergency Medical Services (EMS) arriving[1.-7.], Mr. Docher had resisted arrest, escaped, and was forcibly taken to the ground with multiple blows by the SO Officers.[1.-4.] Mr. Docher was documented to have sustained multiple blunt-force trauma to his head (lacerated right temporal area, bilateral fractures of facial nasal bone, contusions of the face), his chest (fractured collar bone, contused shoulder), his extremities (abrasions), and his lower back/buttocks with severe skeletal muscle damage.[5.] On the ground, still hand-cuffed by SO Officers with his hands behind him,[1.-2.] Mr. Docher was observed to be lying with a pool of blood above his head, plus there was blood from his head, nose and mouth while he was prone (face-down).[1.]

Shortly before EMS arrived at an unknown time, Mr. Docher suddenly lost consciousness (unknown duration) as witnessed by the SO Officers.[2.] He was placed on his side in the recovery position awaiting EMS.[2.]

Prior to EMS arriving, Mr. Docher's condition in the field at this point was critical and unstable   This is based on five on-going problems, summarized below:

1. Alcohol ingestion of hard liquor then Natural Ice beer[2.], amounts and timing unknown;

2. Suspected drug-abuse of an unknown drug(s) resulting in Mr. Docher's delusional state with agitation and fighting with extreme exertion resisting

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Five

arrest, which required three SO Officers to take him down and keep him down in the prone position. There were minor injuries sustained by SO Officers;[1.-4.]

3. Delusion and paranoia in fear of being killed with a likely psychiatric (mental) medical condition ("10-96, "Mental Patient");[2.]

4. Blunt-force head trauma with bleeding;[1.-4.] and

5. Sudden loss of loss of consciousness[2.] with Mr. Docher going into some form of shock, more likely than not, with these SO Officers waiting for EMS.

Upon arrival of EMS, Mr. Docher was initially assessed by José Rosario, EMT-P at 18:36 (6:36 PM) with Mr. Docher still on the ground, restrained. José Rosario, EMT-P observed and documented head trauma with a bleeding laceration on the right side of his head.[6.] There was a pool of blood above Mr. Docher's head and there was blood in the patient's nose and mouth.[6.]

Initial assessment by José Rosario, EMT-P was the patient was resisting the SO Officers who were subduing him. The patient's airway was patent (opened), respirations were rapid (abnormal), radial pulse (at the wrist) was rapid (abnormal), and the skin was moist (abnormal). The Breathing Quality was fast 20-30 (breaths/minute).

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Six

Two minutes past José Rosario, EMT-P initial assessment, now at 18:38 (6:38 PM), José Rosario, EMT-P documented an abnormally fast respiratory rate (28 breaths/minute) with an abnormally fast heart rate (110 beats/minute), which is tachycardia of unknown cause; there was no four-lead ECG monitoring yet or ducumented.  The level of Mr. Docher's responsiveness was abnormally low; his Central Nervous System (CNS) was very depressed with him being responsive to *only* a painful stimuli documented by José Rosario, EMT-P.  At 18:38 (6:38 PM), there was no measurement or any attempt to measure the blood pressure or pulse oximetry with Mr. Docher still on the ground restrained by SO Officers.[6.]

At this same point in time, 18:38 (6:38 PM), Mr. Docher was not stable; he was unstable and in critical condition.  He's still on the ground, lying on a long spine board (LSB), not yet on the gurney.  No EMS emergency treatments had been started such as any administration of high-flow oxygen by non-rebreather facemask or any other method for this trauma patient with a head injury, bleeding from the head and face, and a most-recent loss of consciousness with ongoing altered mental status, responsive only to pain.[6.]

The second measured respiratory rate at 18:38 (6:38 PM) of 28 breaths/minute continued to be abnormally high, yet José Rosario, EMT-P incorrectly documents "Respiratory Effort: Normal" and there was no oxygen applied, or documented as such.[6.]

It is now 18:39 (6:39 PM), three minutes past José Rosario, EMT-P initial assessment at 18:36 (6:36 PM).  Mr. Docher becomes "very combative" while lying

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Seven

supine (face-up) on the hard long spine board (LSB) still on the ground.  Unknown by me on the date of this Report (May 22, 2017), was whether or not Mr. Docher may *still* have been hand-cuffed by SO Officers, behind his back, while lying on his hands on the EMS hard long spine board.  If so, this would have been very painful to Mr. Docher and may have agitated him further, plus this would have restricted his ability to breathe.

If José Rosario, EMT-P was using *only* these SO Officer's hard restraints (hand-cuffs) as his EMS restraining method, he violated strict EMS training and protocols in the approved use of EMS physical restraints.[8.-9.,12]  Hard, Police metal hand-cuffs, or even a Police zip-tie hand-cuffs, behind the back are expressly prohibited to be exclusively used by EMS for combative patients.  Police hard restraints (hand-cuffs) by themselves do *not* constitute EMS-approved physical restraints.[10.,12.]  Hand-cuffing behind the back of a patient is also expressly prohibited, whether the patient is prone (face-down),[10.,12.] or even supine (face-up). Even if the SO Officer's Police hand-cuffs *had* been removed, which was not documented, and hand-cuffs were *not* on Mr. Docher at this point in time (18:39, 6:39 PM), José Rosario, EMT-P recklessly disregarded the well-being and safety of Mr. Docher with his direct violation of his EMS training[8.] and EMS Policies and Procedures.[9.-10.]  José Rosario, EMT-P failed to meet the EMS Standard-of-Care by *not* using available multiple SO Officers to keep Mr. Docher safely restrained on the EMS long spine board to allow José Rosario, EMT-P to then quickly and safely apply his available, EMS-approved, four-point soft restraints (both ankles then both arms) along

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233  USA

Page Eight

with applying his EMS-approved Rayon across-the-chest straps (like seat-bests) onto the long spine board before moving Mr. Docher onto the gurney.[9.-10.,12.]

Even if SO Officers insisted that Mr. Docher remained hand-cuffed as he was under arrest, this could have been safely done in a coordinated team effort following EMS training and EMS Standard-of-Care.[8.-10, 12.] For example, and there are other methods, Mr. Docher's right and left ankles and legs could have been restrained onto the long spine board by SO Officers so EMS soft-restraints could have been placed by José Rosario, EMT-P to prevent Mr. Docher from kicking anyone. Also at this time, EMS-approved Rayon across-the-chest straps could have been applied by José Rosario, EMT-P. The metal hand-cuffs could have been safely un-locked and removed by the SO Officers while they maintained control of both wrists and arms to prevent Mr. Docher from hurting himself or others. Next, one wrist should have been restrained using an EMS-approved soft restraint, allowing both wrists to be hard hand-cuffed together by SO Officers in front of Mr. Docher on one side. An SO Officer with a hand-cuff key could have then accompanied Mr. Docher to the hospital ED following EMS Standard-of-Care.[12]

In short, EMS-approved physical restraints *were never done* before José Rosario, EMT-P skipped this required step, recklessly going straight to chemically-restraining Mr. Docher with the highest 4 mg dose of lorazepam (Ativan®). Mr. Docher at this point in time was still unmonitored (no ECG), with no blood pressure taken or attempted (not documented in the EMS record), no pulse oximetry taken or attempted (not documented

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
**226 Center Road**
**East Aurora, NY 14052-2233   USA**

Page Nine

in the EMS record) with Mr. Docher still on the long spine board, on the ground, not on the gurney, and not yet in the ambulance.[6.,13.]

At this point in time, before lorazepam (Ativan®) was given by José Rosario, EMT-P, Mr. Docher was in a critical, unstable condition due to the following. He was a combative, agitated patient with intoxication from alcohol (a CNS depressant[8.]), plus Mr. Docher was, more likely than not, on another drug suspected and testified by witnesses.[1.] and suspected by SO Officers[2] who warned José Rosario, EMT-P.[6.] Mr. Docher had blunt-head trauma with temporal and facial bleeding with a preceding loss of consciousness. Mr. Docher was identified by SO Officers as a "Mental Patient", being delusional at the time of being arrested. Mr. Docher continued to be delusional, yelling that he was being killed.[1.,2.] Mr. Docher had extreme physical exertion with his violent resistance while under arrest until he suddenly lost consciousness before EMS arrived.[2.] More likely than not, Mr. Docher at this point in time was suffering from a metabolic disturbance of acidosis due to a buildup of lactic acid in his body, medically called "lactic acidosis", all prior to EMS arrival and prior to his eventual cardio-pulmonary arrest.

According to training and EMS Policies and Procedures, José Rosario, EMT-P in this high-risk situation was required to first contact Medical Control before using a strong CNS depressant, sedative-hypnotic, lorazepam (Ativan®).[8.,9.] Had José Rosario, EMT-P spoken by radio directly to Medical Control, the emergency physician in the ED would ***not have given any verbal order for lorazepam (Ativan®)*** due to both contra-indications and the many high-risks for Mr. Docher explained below. The EP would have directed

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Ten

José Rosario, EMT-P to first safely apply four-point restraints and chest straps with all SO Officers assisting him, to begin high-flow oxygen by non-rebreather facemask (if tolerated, or blow-by oxygen) and to expedite transport to the ED with close cardio-pulmonary monitoring including ECG, pulse oximetry with frequent vital signs. The documented short transport time from CVS (the scene) to St. Lucie Medical Center was only 8 minutes, 25 seconds.[6]

Established EMS protocols list two contra-indications for using lorazepam (Ativan®), *both* of which existed for Mr. Docher. He had **head trauma** and, more likely than not, the **metabolic disturbance of acidosis** from extreme physical exertion being chased, taken down and violently resisting and fighting after being arrested.

Established EMS training[8] and EMS protocols[9-11] repeatedly warn basic EMT's (EMT-B) and EMT-P's there should be great caution when evaluating a patient that is intoxicated with alcohol because there are many other sedative hypnotic medications, including lorazepam, which can also cause respiratory depression and hypotension. EMT-P's must exercise great caution, or contact Medical Control, if considering whether or not to administer lorazepam (Ativan®), a potent CNS depressant sedative-hypnotic, to an agitated or combative patient that may already on other potent CNS depressant sedative-hypnotic(s), especially alcohol, or a drug-of-abuse, or a prescribed medication. Combining these sedative-hypnotics, in this case alcohol plus lorazepam (Ativan®) can cause CNS depression, respiratory depression, a severe drop in blood pressure

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Eleven

(hypotension), cardiovascular collapse and death, all of which occurred and were caused by José Rosario, EMT-P.

The St. Lucie County Fire District's Emergency Medical Guidelines for Lorazepam (Ativan®) use[11.] are at fault for not being clearly and properly written, leading to improper training, practices and treatment in the field by EMT-P's. José Rosario, EMT-P not only mis-understood his training, he disregarded his training and EMS Policies and Procedures. He recklessly administered lorazepam (Ativan®) incorrectly by going straight to the maximum dose of 4 mg intra-muscularly (IM), *not* the required 1 mg in step-by-step (incremental) dosing of 1 mg each time, *if* the patient was indeed determined to be stable with close medical monitoring for any respiratory depression and hypotension.[8.-11.] Furthermore, the EMS use of the maximum dose of 4mg lorazepam (Ativan®) either IM or intravenously (IV) is to be done *slowly*, 2 mg per minute,[12.] which was not done by José Rosario, EMT-P. This 4 mg dose was administered by a *push*, all-at-once, not slowly over two minutes. Following José Rosario, EMT-P administration of lorazepam (Ativan®) pushed at the maximum dose of 4 mg IM, while the patient was still on the ground on the long spine board, not on the gurney, and not in the ambulance with no monitoring and no oxygen, José Rosario, EMT-P failed to monitor the patient before and during these next three minutes when he thereafter suddenly noticed the Mr. Docher had gone into cardio-pulmonary arrest with no respirations and no pulse.

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Twelve

Lorazepam has reported *wide ranges of times* for the onset of action for an IM injection, including (1-5 minutes), (2-5 minutes), (5-10 minutes), and up to (15-30 minutes).[9,-11.,12]  A patient such as Mr. Docher, more likely than not, went into respiratory and cardiac arrest caused by José Rosario, EMT-P rapidly administering such a high-dose (4 mg), of lorazepam (Ativan®), all-at-once, with Mr. Docher having both contra-indications for its use, plus being in a critical unstable condition from his existing medical and physiological problems discussed below.

Mr. Docher was unstable, in critical condition with other CNS depressants in his system (e.g. alcohol, possibly other drug(s)), with head trauma, a loss of consciousness, and more likely than not, he had the metabolic disturbance of metabolic acidosis with lactic acid potentiating the CNS and cardio-pulmonary effects of lorazepam (Ativan®) to rapidly cause this cardio-pulmonary arrest.  More likely than not, had 4 mg, IM of lorazepam (Ativan®) *not* been given, Mr. Docher would not have gone into cardio-pulmonary arrest.

In addition, there was no documentation that José Rosario, EMT-P *ever* aspirated after inserting the needle into the buttocks muscle by first pulling back on the syringe plunger to confirm he had not inadvertently inserted the needle into *a vein, or artery*. This was not only his training, it was critically medically necessary plus it is the EMS Standard-of-Care.  With such a rapid deterioration of Mr. Docher's unstable critical condition into cardio-pulmonary arrest three minutes after injection of the high 4 mg dose of lorazepam (Ativan®), more likely than not, this attempted IM injection was actually an

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Thirteen

IV injection in the buttocks, which would have produced a fast onset of action. However, even if José Rosario, EMT-P did aspirate finding no venous or arterial blood, his IM injection of such a high-dose (4 mg) under these conditions would still have caused cardio-pulmonary arrest.

It is without medical and physiological truth or any basis to speculate that Mr. Docher would have gone into a cardio-pulmonary arrest in the next three minutes *anyway*, even without any rapid push of 4 mg lorazepam (Ativan®) IM, or inadvertently IV.

In the José Rosario, EMT-P Deposition, he admitted under oath to using lorazepam (Ativan®) 50-200 times, and more than half those times (i.e. > 25-100, times) he testified he always used this same single dose (4 mg, IM) of lorazepam (Ativan®).[13.]

Therefore, in this case of Mr. Taveras L. Docher when the maximum dose of lorazepam (Ativan®), 4 mg, was *not* properly administered by José Rosario, EMT-P *slowly* in 1 mg increments with careful monitoring after each 1 mg for respiratory depression and hypotension[9.-13.], *nor* did José Rosario, EMT-P properly administer this maximum 4 mg dose of lorazepam (Ativan®) *slowly* over two minutes (2 mg/minute) with close monitoring for respiratory depression and hypotension[9.-13.], then there may be other incidents including, but not limited to, respiratory depression, hypotension, cardio-pulmonary arrest, disability and even death caused by José Rosario, EMT-P administering 4 mg lorazepam (Ativan®).

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Fourteen

In summary, lorazepam (Ativan®) administered to Mr. Docher by José Rosario, EMT-P was dangerous and against his EMS training, Policy and Procedures. The St. Lucie County Fire District's Emergency Medical Guidelines for Lorazepam (Ativan®) use[11.] are at fault for not being clearly and properly written, leading to improper training, wrongful and dangerous practices and treatment in the field by EMT-P's.

Therefore, In Mr. Docher's case, José Rosario, EMT-P knowingly acted with reckless disregard. José Rosario, EMT-P caused chemical asphyxiation, cardio-pulmonary arrest, and subsequent disability in Mr. Docher.

Respectfully submitted,

*[signature]*

John A. Sterba, M.D., Ph.D., FACEP, FACFEI
President & CEO; Medical & Scientific Director; NYS DOH Clinical Laboratory Director,
   Saved by Grace Ministry, Inc. **Emergency Physician House Calls**™ using the
           **PORTABLE ER**®
Commander, Medical Corps, U.S. Navy-Reserves (Hon Disch), Undersea & Arctic Warfare,
   Operational Medicine
May 22, 2017
East Aurora, NY

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Fifteen

### "Exhibits (and References) that will be used to summarize or support them"

1. St. Lucie County Sheriff's Office Statement Forms and DVD Cell Phone Videos of Mr. Docher's arrest
2. St. Lucie County Sheriff's Office, Incident/Investigation Report
3. Use of Force Incident Report Number: 14-05401
4. Hand-written notes by SO Officers
5. St. Lucie Medical Center, Emergency Provider Report
6. EmergencyPRO, Saint Lucie County Fire District
7. E-911 Audio/CAD Records, Communications, Event Report
8. *"Emergency Care and Transportation of the Sick & Injured"* EMS Textbooks, Eight Edition (© 2002) and Ninth Edition (© 2005)
9. Emergency Medical Guidelines, Fourth Edition, Plaintiff's Exhibit 1
10. Patient Restraint in Emergency Medical Services. Approved by the NAEMSP® Board of Directors: 20 December 2016. Pages 1-3
11. St. Lucie County Fire District's Emergency Medical Guidelines for Ativan Use, Rev. 12/18/2012, with letter from Brian Blizzard, Deputy Chief to Janite Docher-Neeley, dated June 17, 2014
12. Report, Jeffrey T. Lindsey, Ph.D., PM ("EMT-P") with enclosures, dated May 1, 2017
13. Deposition, José Rosario, EMT-P, on April 13, 2017

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233  USA

Page Sixteen

"Witness's qualifications, including a list of all publications authored in the previous 10 years".

**Summary.** (Please refer to Curriculum Vitae, attached)

**EMS Work Experience.** EMT training Indian River Community College (1973). Registered EMT-Ambulance in Florida, Illinois, Wisconsin and New York States. Worked full-time in college and graduate School 1973-1981 as EMT-A on Paramedic Ambulances Services.

**EMS/Emergency Medicine (EM) Research:** Principal Investigator of cardiovascular and pulmonary effects of asphyxiation. Ph.D. awarded with Distinction in Physiology, 1985, SUNY at Buffalo.

**National Institutes of Health (NIH) Post-doctoral Fellowship, Cardiology and Cardiovascular Physiology Research.** Focus on neuro and endocrine regulation of cardiovascular function and pacemakers with stable and unstable physiological conditions. Department of Physiology, Loyola Stritch School of Medicine, 1981-1982.

**Medical School with focus on EM.** 1981-1985, Loyola Stritch School of Medicine.

**Medical Missionary Training in EM and Worldwide Health in Developing Countries:** St. Lucia, West Indies, 1985 with Loyola Stritch School of Medicine.

**Emergency Medicine Training and Work Experience.**

> Trained in Emergency Medicine (Internship), United States Navy, Naval Hospital Bremerton, WA, 1985-1986.

> Trained in Undersea Medicine (Emergency Medicine during diving and submarine operations) and EM duty in the emergency department (ED), U.S. Navy, 1985-1986

> Emergency Physician, U.S. Navy. Principal Investigator with human medical and physiological research including asphyxiation. EM duty in the ED. EMT/Corpsman Clinical Instructor, U.S. Navy, 1986-1990.

> EM Residency and Emergency Physician, EMS Advisor, 1990-1993, Dayton, OH; EMS Medical Director, 1993.

> Emergency Physician and Clinical Instructor of physicians, nurse practitioners, physician assistants and paramedics, 1990-present.

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Seventeen

"List of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition"

Cases Currently Providing Expert Testimony
1. Alain Perez v. Palmetto General Hospital, May 3, 2016, Mr. Robert C. Tilghman, Esq.

Depositions Past Five Years
1. Kenneth M. Beamon ys. Marc Coan, M.D., et al., February 29, 2012, Michael Terrell, Esq., Michael Terrell, Esq., Terrell Law Firm, P.C., 3405 Dallas Highway, Suite 827, Marietta, GA 30064
2. Lucia Moreno v. Kendal Regional Medical Center, Cherryl LeBlanc, M.D., et al., July 21, 2014, Robert C. Tilghman, Esq.
3. Coterel v. Dorel Juvenile Group, October 10, 2014, J. Brad Wilmoth, Esq.
4. Denise A. Pierre v. Holy Cross Medical Center, November 4, 2014, Robert C. Tilghman, Esq.
5. Alain Perez v. Palmetto General Hospital, May 3, 2016, Mr. Robert C. Tilghman, Esq.

Trials past Five years
1. Kenneth M. Beamon vs. Marc Coan, M.D., April 10, 2012, Michael Terrell, Esq. Terrell Law Firm, P.C., 3405 Dallas Highway, Suite 827, Marietta, GA 30064
2. Coterel v. Dorel Juvenile Group, March 2-5, 2014, J. Brad Wilmoth, Esq.

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

EXHIBIT 1

# Saved by Grace Ministry, Inc.
## 226 Center Road
## East Aurora, NY 14052-2233   USA

Page Eighteen

**"Statement of the compensation to be paid for the study and testimony in the case"**

$350.00/hour for medical, physiological and forensic review, excluding clerical work.
$2,000.00 flat fee for Depositions
$2,000.00 per day for Trial plus $1,000.00 per day for travel day(s) outside of trial days

All payments are to please be made payable to the Public Charity, "Saved by Grace Ministry, Inc.", sent to the address, above. Thank you.

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

**EXHIBIT 1**