## Brian G. McAlary, MD, CHCQM

**10771 Alum Springs Rd.**                              **Phone: 540-317-5569**
**Culpeper, VA 22701**                                  **Fax: 540-317-5576**
**bgmcalarymd@gmail.com**                               **Cell: 630-207-9840**


May 21, 2017


Mr. Adam S. Hecht
Searcy, Denney, et al
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409

Re: Tavares Docher

Dear Mr. Hecht:

Attached please find my report regarding the causes of Mr. Docher's preventable respiratory arrest and subsequent cardiac arrest, as well as his permanent brain injury.

This report has been prepared on a weekend due to the reported urgent need to file same with the Court.

After you have reviewed the attached, please do not hesitate to contact me if you desire any clarification .

Thank you for the opportunity to participate in the analysis of this matter.

With regards,

Brian G. McAlary, MD, CHQM
/sm

Enclosure


EXHIBIT A

# Brian G. McAlary, MD, CHCQM

10771 Alum Springs Rd.
Culpeper, VA 22701
bgmcalarymd@gmail.com

Phone: 540-317-5569
Fax: 540-317-5576
Cell: 630-207-9840

May 21, 2017

Mr. Adam S. Hecht
Searcy, Denney, et al
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409

Dear Mr. Hecht:

This report of my findings and opinions was prepared at your request. Specifically, I was asked to review the materials listed below prior to expressing opinions regarding the causes of Mr. Docher's preventable respiratory and subsequent cardiac arrest, as well as his severe and permanent brain injury.

The opinions expressed I this report are based on my education, training, and experience, and are expressed to a reasonable of medical probability and certainty.

The data used in assisting with forming my opinions included:
- Cell phone video taken by a bystander
- CVS Surveillance Video
- Records from 5/11/14 admission to St. Lucie Medical Center Emergency Department s/p code
- Records from 5/16/14 admission to St. Lucie Medical Center
- Records from 5/28/14 admission to Kindred Hospital
- Comprehensive Rehabilitation Re-evaluation by Craig Lichtblau, MD
- St. Lucie County Sheriff's Statement from CVS Manager
- Sheriff's Office Incident/Investigative Report
- June 17, 2014 letter containing St. Lucie County Fire District's Emergency Medical Guidelines for Ativan Use
- Emergency Medical Guidelines 4th Edition re: Combative Patients
- Investigative statements
  - Mark Brown
  - Shawn Mahoney
  - Shannon Randolph
  - Samantha Gilewski
- Incident report from EMT Rosario
- Deposition transcript from Jose Rosario, EMT
- Reports from:
  - Jeffrey Lindsey, PhD, PM

Tavares Docher

Page 1

EXHIBIT A

- ○ JR Anderson, MD
- ○ Glenn N. Levine, MD, FACC, FAHA

Summary of Opinions and Basis for Opinions
The medical records, toxicology report, and the testimony of Mr. Docher's mother, contained in Dr. Lichtblau's report, indicate that, at the time of this incident on May 11, 2014, Mr. Docher was in generally good physical health with a history that was unremarkable except for schizophrenia and occasional alcohol, tobacco, and cannabis consumption.

Multiple witnesses at the time of the incident describe statements made by Mr. Docher that were indicative of persecutorial delusions, but that he made no statement, nor demonstrated any action that could be considered as physical threat to those around him.

Prior to Mr. Docher's being recognized as being without any respiratory effort (i.e. apneic), testimony of witnesses and elements of video recordings indicate that Mr. Docher, who was presumed to be intoxicated, had been subjected to, in part,

- Hammer type blunt force blows to head and trunk
- Compression of face and head to pavement by a booted foot of sufficient force to cause significant scalp laceration and nasal bone fracture, with blood emanating from nasal and oral cavity as well as a two (2) foot in diameter puddle of blood surrounding his head area, and a hematocrit of less than 30 in the St. Lucie Medical Center Emergency Department.
- The administration of four (4) mgm Ativan by intra-muscular injection into the buttocks by Paramedic Rosario some 2-3 minutes prior to noted apnea, and without adequate prior assessment of level of consciousness, ability to verbalize, or pulse monitoring to determine if adequately breathing. The four (4) mgm dose of Ativan was as a single bolus without any evidence of pre-injection aspiration, or attempts to titrate with incremental administration as called for in the Fire Department Protocol.

The above findings allow the author of this report to state that Mr. Docher sustained a preventable respiratory arrest due to the summation of head trauma, airway obstruction, compression of ventilatory bellows, all secondary to physical restraint by Sheriff deputies, as well as pharmacologic respiratory depression secondary to Ativan, in the setting of previously ingested alcohol.

The close temporal proximity between the injection of the Ativan and the total cessation of breathing was due to a combination of the failure to adequately assess the patient's oxygen level pre-injection, and the failure to administer the Ativan incrementally (i.e. allowing sufficient time between each increment to assess the effect), and the distinct probability of inadvertent and dangerous intravenous injection of part or all of the four (4) mgm dose.

EXHIBIT A

The opinion that there was failure of adequate vigilance and monitoring post bolus injection of Ativan is supported by the non-disputed acknowledgment that the first recognized ventilatory insufficiency was the total cessation of all breathing, followed shortly thereafter by ECG evidence obtained in the rescue vehicle of a straight line (i.e. asystole), indicating no electrical activity in the heart. The total absence of both of these vital functions at the time of discovery is clear evidence that Mr. Docher was in an unrecognized life compromised status for minutes prior to recognition.  Short of a catastrophic event such as a lightning strike, the body does not suddenly deteriorate from a compromised situation to zero breathing and zero electrical activity in the heart.

Further support for the cause of Mr. Docher's preventable respiratory arrest and subsequent hypoxic cardiac arrest is derived from the post cardiac arrest response to return of spontaneous circulation (ROSC) that occurred within minutes of achieving a patent (prior obstructed) airway with placement of a King oral airway, ventilation with supplemental oxygen, the administration of a single dose of a cardiac stimulant (epinephrine), and a brief interval of chest compressions with one cardioversion. Had there been a life threatening primary cardiac event (e.g. heart attack or hemopericardium), a life threatening pulmonary event (e.g. pulmonary embolus, tension pneumothorax, etc.), or a life threatening intra-cranial event (e.g. stroke), Mr. Docher would not have responded as quickly and effectively to ROSC as he, in fact, did.

Additional evidence in support of Dr. McAlary's opinions regarding the cause(s) of Mr. Docher's preventable arrest is derived from the thorough diagnostic evaluation of Mr. Docher performed at St. Lucie Medical Center following his transport by the paramedics who administered the excessive dose of Ativan from the scene of his code to the Emergency Department.

This thorough evaluation included Toxicology Screen of blood and urine that was negative for known potential cardiotoxic drugs such as amphetamines, ecstasy and cocaine, as well as any narcotics.

None of the Emergency Physicians, nor subsequent consultants or caregivers, nor any disclosed defense expert to date has indicated an affirmative cause of the cardiopulmonary arrest beyond a recital of the events at the scene of the forceful restraint and use of Ativan in the setting of an inebriated patient.

The magnitude of the resultant brain damage also supports that there was significant hypoxia and ischemia that pre-dated the diagnosis of a cardiopulmonary arrest.

Subsequent neurologic studies, including EEG and MRI of the brain, revealed a diffuse and global insult consistent with hypoxic Ischemic Encephalopathy (HIE) without any focal insult or hemorrhage.

EXHIBIT A

Given the lengthy interval from May 2014 to the writing of this report in May 2017, it is very unlikely that Mr. Docher will recover any further brain function.

Summary of Expert Qualifications:

Dr. McAlary has over forty (40) years of clinical experience in providing anesthesia and resuscitative services to a wide variety of patients, including approximately seven (7) years of practice within a nationally recognized trauma center in Baltimore, Maryland.

During that more than four decade career, Dr. McAlary has had extensive experience in training physicians and advance practice nurses in the benefits, risks, and safe administration of drugs including those capable of inducing respiratory depression, including the benzodiazepines, the class of drugs that includes Ativan (lorazepam) the drug administered to Mr. Docher within three (3) minutes preceding the delayed recognition of his being in full cardiopulmonary arrest.

In addition, Dr. McAlary has practiced and taught regarding the critical importance of avoiding compromising positioning of patients who have sustained head injury, and are given respiratory depressant medications so as to prevent unwanted cardiopulmonary arrest.

All of Dr. McAlary's written articles were published prior to the last ten years.

Dr. McAlary has over forty (40) years of experience in the review of unanticipated injury and death associated with medical care. An admittedly incomplete list of those cases that progressed to litigation in the last four years is attached.

Compensation for Expert Review:

It is estimated that, since being retained as an expert reviewer for this matter in 2014, Dr. McAlary has received $5,000.00 in remuneration.

He bills at $200/hour for review of records, telephone calls and meetings with attorneys, literature review, and writing of reports.

For deposition testimony and trial testimony, his fee is $400/hour with no fixed minimum.

If travel is required, Dr. McAlary will bill for out of pocket expenses, but not for travel time to and from the site.

Submitted:   _Brian G. McAlary_
Brian G. McAlary, MD, CHCQM

Tavares Docher                                                      Page 4

**EXHIBIT A**

BRIAN G. MCALARY, MD, CHCQM

DEPOSITION AND TRIAL TESTIMONY

2013-2016

| Date | Patient | Attorney | State |
|------|---------|----------|-------|
| 1/13 | Suzanne Nutt | John Chilson | NC |
| 3/13 | Olga Olivares | Brian Fox | ?? |
| 3/13 | Sherriod Merritt | Jane Sams | GA |
| 4/13 | Jennifer Steele | Jill Emerson | IN |
| 4/13 | Derek Guest | Stuart Weissman | FL |
| 5/13 | Elliott Muti | Dale Adkins | MD |
| 1/14 | Ronald Heckman | Ron DeNardis | MI |
| 2/14 | Jawanda Dove | Tim Murphy | ?? |
| 3/14 | Roberta Jones | Brian Hetzer | IL |
| 4/14 | Joy Binns-Grayton | Chris Fitzpatrick | MD |
| 4/14 | Delores Moore | Ron Karp | MD |
| 5/14 | Marie Charles | Aaron Sprague | FL |
| 514 | Daniel Crowe | John Shipley | FL |
| 6/14 | Ronald Tullock | David Boresi | MO |
| 7/14 | Esmerelda Palacios | Jon Marigliano | FL |
| 8/14 | Prayer Ireland | Judith Susskind | MI |
| 10/14 | Richard Dallatezza | Briggs Bedigian | MD |
| 11/14 | Ronald Heckman | Ron DeNardis | MI |
| 11/14 | Katie Savage | Jennifer Emmons | NJ |
| 1/15 | Krystal Charles | Tommy Malone | GA |

EXHIBIT A

| Date  | Patient         | Attorney                | State |
|-------|-----------------|-------------------------|-------|
| 1/15  | Joseph Eiberger | Ed Murphy               | IL    |
| 2/15  | Joseph Butler   | John Valente            | MD    |
| 3/15  | Emma Warner     | Keith Foreman           | MD    |
| 3/15  | Alma Willis     | Patricia Raymond        | IL    |
| 4/15  | Loren Roberts   | Jennifer Emmons         | NJ    |
| 4/15  | Donald Vickers  | Christopher Fitzpatrick | MD    |
| 5/15  | Barbara Fortin  | Robin Clark             | GA    |
| 5/15  | Janice Bowles   | Jon Marigliano          | FL    |
| 6/15  | Stacey Martinez | Jeff Fenster            | FL    |
| 7/15  | Roland Alarid   | Steven Tinkler          | NM    |
| 7/15  | Billy King      | Michael Marrs           | MI    |
| 8/15  | Joseph Eiberger | Ed Murphy               | IL    |
| 8/15  | Sidney Riddle   | Ann Brocklin            | ??    |
| 9/15  | Jerome Coliton  | Steven Jenkins          | MI    |
| 9/15  | Steven Burns    | Ron Bowling             | MI    |
| 10/15 | John Gonzalez   | Ken Dugan               | NM    |
| 11/15 | Ira Barton      | Ray Vargas              | NM    |
| 11/15 | Leona Reynolds  | Lisa Schrock            | MO    |
| 12/15 | Rebecca Martin  | Fred James              | IA    |
| 2/16  | Julien Roy      | Jay Cohen               | FL    |
| 2/16  | Sydna Miller    | Steven Singer           | OK    |
| 4/16  | Ariel McCray    | Kate Brown-Henry        | IN    |
| 4/16  | Girard Ordway   | Jacqueline Colclough    | DC    |

EXHIBIT A

| Date | Patient | Attorney | State |
|------|---------|----------|-------|
| 5/16 | Judith Williams | Ryan Fowler | KS |
| 5/16 | Kim Raburn | Ron Bowling | MI |
| 6/16 | Melody Haufe | Jamie Boock | MO |
| 6/16 | Clayton Dunn | Matt Casey | MO |
| 7/16 | Ira Conklin | Steve Beldock | NY |
| 7/!6 | Carol Monteagudo | Mike Regas | GA |
| 8/16 | Dawn Tate | Charles Falkenberg | IL |
| 8/16 | Bernetha McReynolds | Nathan Fitzpatrick | GA |
| 10/16 | Lynda Harris | Marci Ball | FL |
| 10/16 | Patrick Chambers | Thomas Gorman | IL |
| 11/16 | LaShon Adkins | Judith Susskind | MI |

EXHIBIT A