### VIDEO TELECONFERENCE DEPOSITION
### JOHN A. STERBA, MD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------
TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

                          Plaintiff,

            - vs -        Case No.
                          2:16cv14413

CHRISTOPHER NEWMAN, individually;
CLAYTON MAGRUM, individually;
CALVIN ROBINSON, individually;
WADE COURTEMANCHE, individually;
KEN J. MASCARA, as Sheriff of
 St. Lucie County, Florida;
JOSE ROSARIO, individually; and the
ST. LUCIE COUNTY FIRE DISTRICT,
  an independent special district,

                          Defendants.
----------------------------------------
          Video teleconference deposition of **JOHN
A. STERBA, MD**, present at JACK W. HUNT &
ASSOCIATES, INC., 1120 Liberty Building, Buffalo,
New York, taken pursuant to Federal Rules of Civil
Procedure connected with PURDY, JOLLY, GIUFFREDA &
BARRANCO, PA, 2455 East Sunrise Boulevard, Suite
1216, Fort Lauderdale, Florida, on July 19, 2017,
commencing at 10:07 a.m., before NANCY C. BROICH,
Notary Public.

*JACK W. HUNT & ASSOCIATES, INC.*

EXHIBIT C

2

```
 1   APPEARANCES:        SEARCY, DENNEY, SCAROLA,
                         BARNHART & SHIPLEY, PA,
 2                       By ADAM S. HECHT, ESQ.,
                         2139 Palm Lakes Boulevard,
 3                       West Palm Beach, Florida 33409,
                         (561) 686-6300,
 4                       ash@searcylaw.com,
                         Appearing for the Plaintiff,
 5                       (in Buffalo).

 6                       PURDY, JOLLY,
                         GIUFFREDA & BARRANCO, PA,
 7                       By SUMMER M. BARRANCO, ESQ.,
                         2455 East Sunrise Boulevard,
 8                       Suite 1216,
                         Fort Lauderdale, Florida,
 9                       (954) 462-3200,
                         summer@purdlaw.com,
10                       Appearing for the Defendants,
                         Christopher Newman, Clayton Magrum,
11                       Calvin Robinson, Wade Courtemanche,
                         Ken Mascara,
12                       (in Fort Lauderdale).

13                       WILSON ELSER MOSKOWITZ
                         EDELMAN & DICKER LLP,
14                       By JULIE A. TYK, ESQ.,
                         111 North Orange Avenue, Suite 1200,
15                       Orlando, Florida  32801,
                         (407) 203-7592,
16                       julie.tyk@wilsonelser.com,
                         Appearing for the Defendants,
17                       St. Lucie County Fire District,
                         an independent special district,
18                       Jose Rosario,
                         (in Buffalo).
19

20

21

22

23
```

EXHIBIT C

3

```
 1              (STIPULATIONS:  Waive filing of the

 2              transcript, waive Oath of the Referee,

 3              reserve all objections until trial, with

 4              exception of objections as to form.)

10:07:42  5

10:07:42  6        MR. HECHT:  Is this being videotaped at all?

10:07:48  7        MS. BARRANCO:  Not that I'm aware of.  I

10:07:49  8  didn't set this up.

10:07:51  9        MR. HECHT:  We are not videoing it on our

10:07:51 10  end.  I just wanted to make you weren't on your

10:07:54 11  end.  It's a little warm in here so he is going to

10:07:55 12  take off his jacket and tie.  I just wanted to make

10:07:58 13  sure it's not being filmed.

10:07:58 14        MS. BARRANCO:  No problem.

         15

         16  J O H N   A.   S T E R B A, MD, Saved By Grace

         17  Ministry, Incorporated, 226 Center Road, East

         18  Aurora, New York  14052-2233, after being duly

         19  called and sworn, testified as follows:

         20

         21        EXAMINATION BY MS. TYKE:

         22

10:09:54 23        Q.   Hi, Dr. Sterba.  My name is Julie Tyke
```

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

4

10:09:56  1  and I represent St. Lucie County Fire District and

10:10:00  2  Jose Rosario in this matter.  Have you had your

10:10:04  3  deposition taken before?

10:10:05  4          **A.**    Yes, ma'am.

10:10:05  5          **Q.**    I will skip all the ground rules since

10:10:08  6  you already know the process and go right into

10:10:12  7  questioning, if that is okay with you?

10:10:13  8          **A.**    Yes, ma'am.

10:10:14  9          **Q.**    Dr. Sterba, you listed your business

10:10:17 10  address as Saved by Grace Ministry.  I saw on your

10:10:21 11  CV that was attached to your report that you also

10:10:27 12  list house physician, house calls?

10:10:30 13          **A.**    And that CV is 2012.  I brought you an

10:10:36 14  updated CV according to Schedule A.

10:10:39 15          **Q.**    I was going to ask you if you had an

10:10:42 16  updated one.

10:10:43 17          **A.**    This is everything that you required

10:10:45 18  for Schedule A, that is your copy, and I have the

10:10:48 19  same.

10:10:49 20          **Q.**    Just give me a minute.  And you were

10:11:52 21  kind enough to bring with you an updated CV that is

10:11:56 22  dated June 21st, 2017, is this the most up-to-date

10:12:02 23  CV that you have?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

5

10:12:02   1          A.    Yes, ma'am.

10:12:03   2          Q.    I will attach that as an Exhibit to

10:12:06   3   this deposition.  First, what I will do is attach a

10:12:12   4   copy of the notice for taking deposition -- hold

10:12:17   5   on.  I will attach a copy of that as Exhibit 2 and

10:12:29   6   then his current curriculum vitae as Exhibit 1.

10:12:29   7          **The following were marked for Identification:**

10:12:29   8          **EXH. 1          Curriculum Vitae**

10:12:29   9          **EXH. 2          Notice of Taking Deposition**

10:12:29  10          **BY MS. TYKE:**

10:12:45  11          Q.    And going back to my question, it lists

10:12:47  12   on your CV and website physicianhousecalls.org, is

10:12:54  13   that a separate business entity?

10:12:58  14          A.    No.  That is just the website.

10:13:01  15          Q.    That's what I was trying to figure out.

10:13:03  16   The entity that you are employed with is that Saved

10:13:09  17   by Grace Ministries, Inc.?

10:13:09  18          A.    Yes.

10:13:09  19          Q.    And the website for Saved by Grace

10:13:12  20   Ministries, Inc. is physicianhousecalls?

10:13:15  21          A.    .org.

10:13:16  22          Q.    Okay.  I did see a .com one for

10:13:21  23   physicianhousecalls there is actually a .com?

*Sterba, MD - Tyke - 7/19/17*

6

| | |
|---|---|
| 10:13:24 1 | **A.**    That is not us. |
| 10:13:25 2 | **Q.**    And how long have you worked with Saved |
| 10:13:32 3 | by Grace Ministries, Inc.? |
| 10:13:32 4 | **A.**    December 11th, 1998. |
| 10:13:47 5 | **Q.**    What is it that Saved by Grace |
| 10:13:56 6 | Ministries, Inc. does?  What kind of corporation is |
| 10:13:58 7 | it? |
| 10:13:58 8 | **A.**    It is a health -- I should say medical |
| 10:14:01 9 | and research corporation.  And it is Saved by Grace |
| 10:14:06 10 | Ministry, singular, which is ministry.  It is a |
| 10:14:16 11 | nonprofit public charity.  And you will find our |
| 10:14:25 12 | corporation purposes somewhere on our website or I |
| 10:14:30 13 | have a copy somewhere.  We conduct medical research |
| 10:14:33 14 | and I also practice emergency medicine. |
| 10:14:42 15 | **Q.**    What type of research does the business |
| 10:14:44 16 | conduct? |
| 10:14:48 17 | **A.**    The original research was sports |
| 10:14:52 18 | therapy.  The physiological benefit of various |
| 10:14:58 19 | adaptive sports to benefit children that are |
| 10:15:01 20 | disabled.  And that is based on my second NIH |
| 10:15:04 21 | postdoctoral fellowship in medical rehabilitation. |
| 10:15:09 22 | The research right now focuses on emergency |
| 10:15:13 23 | physician house calls, and as a trademark using the |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

| | | |
|---|---|---|
| 10:15:17 | 1 | community based federally registered and trademark |
| 10:15:22 | 2 | portable Er, with a little r in a circle, and that |
| 10:15:25 | 3 | is our current research.  And you will find that |
| 10:15:28 | 4 | research summarized on our website under the tab |
| 10:15:31 | 5 | research and publications. |
| 10:15:40 | 6 | **Q.**   Is Saved by Grace Ministry associated |
| 10:15:43 | 7 | with any religious organization? |
| 10:15:46 | 8 | **A.**   No.  It's a nonprofit public charity, |
| 10:15:52 | 9 | humanitarian medical and research corporation. |
| 10:16:03 | 10 | **Q.**   Can you describe for me the emergency |
| 10:16:07 | 11 | medicine portion of the business? |
| 10:16:09 | 12 | **A.**   Yes.  I'm a board certified physician |
| 10:16:13 | 13 | for children and adults in emergency medicine, |
| 10:16:16 | 14 | American Board of Emergency Medicine.  And also, |
| 10:16:20 | 15 | likewise for children and adults through the |
| 10:16:23 | 16 | American Board of Urgent Care Medicine.  So I |
| 10:16:26 | 17 | provide emergency physician house calls using the |
| 10:16:33 | 18 | using the community based portable ER Monday |
| 10:16:33 | 19 | through Friday, 9:00 a.m. to 8:00 p.m. in the |
| 10:16:36 | 20 | greater East Aurora area, which would include |
| 10:16:39 | 21 | Orchard Park, your hometown, all the way out to |
| 10:16:43 | 22 | Strykersville, North Java, Elma, Marilla and down |
| 10:16:49 | 23 | to Holland and the Village of East Aurora and the |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

8

| | | |
|---|---|---|
| 10:16:52 | 1 | Town of Aurora, that is 313 square miles of service |
| 10:17:00 | 2 | area, that is the practice of emergency medicine |
| 10:17:03 | 3 | that is credentialed by National Government |
| 10:17:06 | 4 | Services, that is the administrator for Medicare |
| 10:17:09 | 5 | Part B, Medicaid and all insurances for the |
| 10:17:14 | 6 | practice of emergency medicine. |
| 10:17:18 | 7 |     **Q.**   Do you employ any other physicians |
| 10:17:20 | 8 | besides yourself? |
| 10:17:22 | 9 |     **A.**   No. |
| 10:17:22 | 10 |     **Q.**   Do you employ any physician extenders? |
| 10:17:27 | 11 |     **A.**   No. |
| 10:17:27 | 12 |     **Q.**   Do you take all types of emergency |
| 10:17:43 | 13 | calls? |
| 10:17:44 | 14 |     **A.**   Yes.  Being that every single call that |
| 10:17:48 | 15 | comes through -- like the one I just received a |
| 10:17:50 | 16 | little bit ago on my cell phone, every single |
| 10:17:53 | 17 | request for an emergency physician house call is |
| 10:17:57 | 18 | triaged only by me. |
| 10:17:59 | 19 |     **Q.**   Is there a certain level of triage that |
| 10:18:02 | 20 | you will accept and other ones would have to be |
| 10:18:06 | 21 | deferred to a hospital? |
| 10:18:07 | 22 |     **A.**   Yes.  Unreasonable requests would go to |
| 10:18:10 | 23 | the hospital. |

10:18:10  1       Q.   What would be considered unreasonable

10:18:13  2   request?

10:18:13  3       A.   Plastic surgery of the droopy eyelids

10:18:18  4   was about a week ago.  People are unaware that I am

10:18:22  5   a physician that does house calls, even though it's

10:18:25  6   greatly accelerating across the United States.  So

10:18:30  7   many calls that come through are for general

10:18:33  8   information.  All emergencies are treated by me

10:18:35  9   except for obvious life threatening surgical or

10:18:37 10   medical emergencies.

10:18:38 11       Q.   Can you explain to us what categories

10:18:41 12   of life threatening medical emergencies would fall

10:18:45 13   into that category?

10:18:46 14       A.   A family calling requesting for me to

10:18:49 15   come to the house for someone who would be having

10:18:51 16   crushing chest pain, nausea, sweating, diaphoresis,

10:18:56 17   they would be instructed to immediately call 911.

10:18:59 18   And whatever information I would receive quickly

10:19:01 19   via triage would be called directly in through my

10:19:04 20   private lines that I have to all ERs in the area,

10:19:10 21   and I would give full report for whatever I

10:19:12 22   learned.  That doesn't happen that often.

10:19:15 23       Q.   Are you able to do any type of labs or

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

10

| | |
|---|---|
| 10:19:19 | 1 | diagnostic studies? |
| 10:19:21 | 2 | A.   Yes.  We've received considerable |
| 10:19:25 | 3 | funding for a portable blood chemistry lab, and |
| 10:19:30 | 4 | that is also included in our research, which shows |
| 10:19:32 | 5 | that the time from ordering a lab until the time |
| 10:19:35 | 6 | that the printed lab result is explained is always |
| 10:19:39 | 7 | under 14 minutes on average.  And that was done in |
| 10:19:42 | 8 | two studies, the wound care study and then the |
| 10:19:45 | 9 | study on sick patients that require point of care |
| 10:19:47 | 10 | labs using a portable blood chemistry laboratory. |
| 10:19:52 | 11 | I'm also New York State Department of Health |
| 10:19:54 | 12 | clinical laboratory director? |
| 10:19:56 | 13 | Q.   Are you able to do diagnostic studies |
| 10:19:59 | 14 | such as MRI or CT scan? |
| 10:20:01 | 15 | A.   Portable MRI, no, there is no such |
| 10:20:05 | 16 | thing.  Well, there is one but that goes from |
| 10:20:08 | 17 | hospital to hospital.  Portable CAT scan, no.  They |
| 10:20:12 | 18 | are referred to a facility that would do a CAT |
| 10:20:15 | 19 | scan.  I have done that directly skipping the ER |
| 10:20:18 | 20 | working directly with say a neurosurgeon.  Because |
| 10:20:20 | 21 | I'm an emergency physician with actually an ER, so |
| 10:20:24 | 22 | my evaluation nine out of ten times the patient |
| 10:20:28 | 23 | never has to go to the ER for either surgical wound |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

11

| | | |
|---|---|---|
| 10:20:33 | 1 | care or being sick requiring labs.  We are keeping |
| 10:20:36 | 2 | 90 percent at home. |
| 10:20:38 | 3 | Q.   Are there any type of labs that you are |
| 10:20:40 | 4 | unable to do in your portable lab? |
| 10:20:42 | 5 | A.   The portable lab is only blood |
| 10:20:45 | 6 | chemistries.  There are a few others that are done |
| 10:20:47 | 7 | as well.  However, I have a full array of all |
| 10:20:51 | 8 | vacutainers and I do phlebotomy.  And then I just |
| 10:20:54 | 9 | personally deliver whatever labs would be necessary |
| 10:20:57 | 10 | stat labs to 24-hour services right here.  And |
| 10:21:00 | 11 | those lab results are called by my cell phone or |
| 10:21:04 | 12 | directly to my office. |
| 10:21:05 | 13 | Q.   Going back earlier in some of the |
| 10:21:09 | 14 | patients that you would not be able to treat, you |
| 10:21:12 | 15 | were describing somebody who might be suffering |
| 10:21:14 | 16 | from a cardiac arrest or an MI, is that accurate? |
| 10:21:19 | 17 | A.   Yes. |
| 10:21:19 | 18 | Q.   Would you be able to treat somebody who |
| 10:21:23 | 19 | had a stroke? |
| 10:21:23 | 20 | A.   Yes. |
| 10:21:24 | 21 | Q.   You would be able to handle? |
| 10:21:26 | 22 | A.   If it wasn't clear I would see them |
| 10:21:28 | 23 | right away.  Our response time is quite quick.  We |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

12

| | | |
|---|---|---|
| 10:21:32 | 1 | are in a semi-rural area.  If it was an obvious |
| 10:21:37 | 2 | stroke they would be referred to the closest most |
| 10:21:39 | 3 | appropriate hospital.  I wouldn't delay any time |
| 10:21:40 | 4 | for an obvious stroke.  If there was some concern |
| 10:21:42 | 5 | of just general weakness and it turned out to be a |
| 10:21:45 | 6 | stroke in evolution, then I would expedite by |
| 10:21:49 | 7 | ambulance to the appropriate stroke facility. |
| 10:21:51 | 8 | Q.   Do you have credentials at any of the |
| 10:21:54 | 9 | local hospitals? |
| 10:21:56 | 10 | A.   To do what? |
| 10:21:57 | 11 | Q.   To go in once you've triaged somebody, |
| 10:22:00 | 12 | if you know that they need to go to the hospital |
| 10:22:03 | 13 | are you able to then go to the hospital and follow |
| 10:22:04 | 14 | that patient? |
| 10:22:04 | 15 | A.   Emergency physicians do not admit and |
| 10:22:08 | 16 | they also do not treat patients on the floor.  We |
| 10:22:10 | 17 | are not hospitalists.  As an emergency physician I |
| 10:22:15 | 18 | would not have any credentials at hospitals to act |
| 10:22:16 | 19 | as the patient's primary care physician.  My role |
| 10:22:19 | 20 | is as a medical and surgical acute care specialist |
| 10:22:21 | 21 | of emergency medicine only. |
| 10:22:23 | 22 | Q.   Do you have any credentials at any |
| 10:22:26 | 23 | local hospitals?  Do you practice at any local |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

13

10:22:27  1   hospitals?

10:22:27  2           **A.**   You mean in other ERs?

10:22:30  3           **Q.**   Yes.

10:22:31  4           **A.**   No.  Being that I have my own ER it is

10:22:36  5   not medically necessary for me to work in somebody

10:22:40  6   else's emergency room.

10:22:46  7           **Q.**   When was the last time that you

10:22:48  8   actually worked at a hospital emergency room?

10:22:51  9           **A.**   2008 Dominican Republic, a total of

10:22:56 10   4,300 patients were treated by me over a period of

10:23:01 11   years overseas in emergency rooms.

10:23:04 12           **Q.**   And when was the last time that you

10:23:06 13   worked in an emergency room at a hospital in the

10:23:09 14   United States?

10:23:09 15           **A.**   2002.  And the last time I worked with

10:23:12 16   an ER was this past week.

10:23:15 17           **Q.**   And can you describe that for me?

10:23:18 18           **A.**   At the patient's home using the

10:23:20 19   portable ER it does constitute using an ER, it is

10:23:24 20   portable.  And this is better explained on our

10:23:28 21   website.  I'm happy to send the first article,

10:23:30 22   doctor reinvents house calls, advanced wound care

10:23:35 23   at home.

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

14

| | | |
|---|---|---|
| 10:23:36 | 1 | The portable ER was invented by me back in |
| 10:23:37 | 2 | 1989 out of necessity, national security.  I |
| 10:23:42 | 3 | deployed to the North Pole region through Thule Air |
| 10:23:47 | 4 | Base.  And was up there for two months as the sole |
| 10:23:50 | 5 | emergency physician.  I had to develop rather |
| 10:23:53 | 6 | quickly in a two-week period of time the portable |
| 10:23:55 | 7 | ER.  This is the military portable ER.  The |
| 10:23:58 | 8 | practice of emergency medicine, including the US |
| 10:24:02 | 9 | standards of care were done using that military |
| 10:24:04 | 10 | portable ER, which was then retooled as a medical |
| 10:24:09 | 11 | missionary portable ER used during and recovering |
| 10:24:15 | 12 | from diasters in Sierra Leone, which would have |
| 10:24:15 | 13 | been their civil war.  Honduras after the |
| 10:24:20 | 14 | hurricane, and I don't remember what hurricane it |
| 10:24:23 | 15 | was.  And then the Dominican Republic with the |
| 10:24:26 | 16 | Haitian refugee crisis.  So the portable ER is used |
| 10:24:30 | 17 | to practice emergency medicine including for me now |
| 10:24:34 | 18 | full-time. |
| 10:24:34 | 19 | Q.   And you talked earlier about triage, |
| 10:24:36 | 20 | are there different levels of triage? |
| 10:24:39 | 21 | A.   No.  I triage everything. |
| 10:24:42 | 22 | Q.   I mean, like is there a number of signs |
| 10:24:46 | 23 | and different levels of triage? |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

15

10:24:48  1          **A.**    No.   I just triage everything.   I don't

10:24:52  2     use a numbering system.   I professionally do it as

10:24:57  3     an emergency physician.   No nurse, no EMS triage

10:25:02  4     system.

10:25:02  5          **Q.**    Can you give me the benefit of your

10:25:07  6     educational background starting with undergraduate

10:25:12  7     studies?

10:25:13  8          **A.**    Sure.   In your packet you have a blue

10:25:19  9     sheet of paper.   We should start with the most

10:25:25 10     interesting one for this case.

10:25:26 11          **Q.**    This packet that you just handed to me.

10:25:28 12          **A.**    See that blue one.   I forgot your name.

10:25:35 13          **MR. HECHT:**   Summer.

10:25:36 14          **THE WITNESS:**   Summer is your first name?

10:25:38 15          **MS. BARRANCO:**   Yes.

10:25:39 16          **THE WITNESS:**   Thanks.   Indian River

10:25:42 17     Community College 1973 EMT course that was done in

10:25:48 18     1973, and I became certified, completing the EMT

10:25:54 19     training course registry 5025 under Philip Wayne

10:26:01 20     Bobbit, and that expired three years later in

10:26:04 21     August of 1976, so that was after my first year of

10:26:08 22     college.   I became then nationally registered as an

10:26:12 23     EMT working in the states of Wisconsin, Illinois,

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

16

| | | |
|---|---|---|
| 10:26:17 | 1 | Florida to begin with.  And I actually did |
| 10:26:22 | 2 | part-time volunteer work just during the summer of |
| 10:26:27 | 3 | 1973 with Indian River Volunteer Ambulance Squad. |
| 10:26:31 | 4 | And I did look at the video that said I worked |
| 10:26:34 | 5 | there eight years, that was a mistake on their part |
| 10:26:37 | 6 | that I couldn't correct, that was just part of the |
| 10:26:37 | 7 | EMT training. |
| 10:26:39 | 8 | The first case that I had was an overdose of |
| 10:26:40 | 9 | Benzodiazepine and alcohol, which I vividly |
| 10:26:45 | 10 | remember.  My professional work for eight years was |
| 10:26:48 | 11 | in Wisconsin, Illinois and New York State to get me |
| 10:26:50 | 12 | through college and graduate school working |
| 10:26:53 | 13 | full-time. |
| 10:26:56 | 14 | So I completed my bachelor's, a bachelor's |
| 10:27:00 | 15 | of arts in 1976 at Lawrence University and I went |
| 10:27:08 | 16 | directly into Ph.D. in physiology with an expressed |
| 10:27:13 | 17 | interest in asphyxiation and cold water near |
| 10:27:13 | 18 | drowning, which is also known as environmental |
| 10:27:17 | 19 | physiology or cardiovascular pulmonary physiology |
| 10:27:20 | 20 | or diving physiology, and that was awarded with |
| 10:27:24 | 21 | distinction in 1981. |
| 10:27:28 | 22 | Thereafter I began -- concurrent with |
| 10:27:31 | 23 | medical school at Loyola in Chicago, my first -- |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

17

| | | |
|---|---|---|
| 10:27:35 | 1 | National Institutes of Health post-doctoral |
| 10:27:38 | 2 | fellowship in cardiology and cardiovascular |
| 10:27:42 | 3 | physiology research on the neuro regulation of the |
| 10:27:45 | 4 | heart beat, if you will -- it is a little more |
| 10:27:48 | 5 | detailed than that, in the department of physiology |
| 10:27:53 | 6 | at Loyola Stritch School of Medicine, and that was |
| 10:27:55 | 7 | 1981 to 1982.  My MD was completed in 1985 along |
| 10:28:00 | 8 | with specialty training as a missionary physician |
| 10:28:02 | 9 | with overseas training and experience in emergency |
| 10:28:06 | 10 | medicine and primary care, and that would have been |
| 10:28:10 | 11 | June 8th of 1985. |
| 10:28:15 | 12 | Thereafter I began PGY-1, and that was |
| 10:28:19 | 13 | internship, and this was a US Navy scholarship |
| 10:28:24 | 14 | commitment.  So my internship was in family |
| 10:28:27 | 15 | practice, also we were co-trained as emergency |
| 10:28:31 | 16 | physicians working the ER every third night from |
| 10:28:34 | 17 | 1985 to 1986.  I was also involved in helicopter |
| 10:28:39 | 18 | medical evacuation and establishment of standards. |
| 10:28:48 | 19 | 1986 for six months undersea medical officer |
| 10:28:55 | 20 | training and I worked as an emergency physician at |
| 10:28:58 | 21 | Naval Undersea Medical Undersea Institute subbase |
| 10:29:00 | 22 | New London in Groton, Connecticut, and also down in |
| 10:29:05 | 23 | Florida.  And that training as an undersea medical |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

18

10:29:11  1  officer involves areas of emergency medicine

10:29:15  2  related to diving.  It's called diving medicine and

10:29:18  3  submarines, so submarine medicine, and then

10:29:22  4  radiation health medicine, nuclear biological

10:29:28  5  chemical warfare, and people exposed to radiation

10:29:31  6  occupationally.

10:29:32  7        And thereafter you have to stop your

10:29:35  8  residency training and go active duty, which I did

10:29:39  9  for four years, paying back my scholarship

10:29:42  10  commitment.  And that active duty time was the Navy

10:29:47  11  experimental diving unit Panama City, Florida where

10:29:51  12  I was healthcare medical officer but I was also an

10:29:52  13  emergency physician locally during that time.

10:29:54  14        Research medical officer, and my main area

10:29:59  15  of interest as a cardiopulmonary physiologist with

10:30:02  16  research in asphyxiation and suffocation and cold

10:30:06  17  water near drowning was on the physiology of deep

10:30:11  18  diving, including diving to extreme depths.  I was

10:30:16  19  responsible as the research medical officer

10:30:20  20  physiologically monitoring divers that were

10:30:22  21  partially asphyxiated because they were at extreme

10:30:26  22  depth trying to conduct work with diving helmets

10:30:31  23  that we were evaluating.  I monitored them very

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

19

10:30:33  1  similar to how patients are monitored in the

10:30:35  2  operating room or now in the emergency department.

10:30:39  3       I was released from active duty and from

10:30:42  4  1990 to 1993 I completed my emergency medicine

10:30:49  5  residency training Dayton, Ohio.  And I also had a

10:30:54  6  license to practice medicine from Florida, which I

10:30:56  7  got an Ohio license, and without letting the

10:31:00  8  residency know I moonlighted extensively during all

10:31:06  9  three years of my residency with the experience

10:31:08 10  that I had.

10:31:09 11       That takes me to '93 and my Ph.D. post-doc

10:31:15 12  number 2 was right around '98.  I would have to

10:31:18 13  look at my CV.  That was on the physiological

10:31:22 14  response on gross motor function of various sports

10:31:26 15  used as therapy, which is a high interest area here

10:31:30 16  in Western New York.  Horseback riding, the

10:31:33 17  swimming, aquatic therapy that is, and even

10:31:36 18  downhill skiing.  So I got a second post-doc to

10:31:42 19  study all that concurrent with working in the ER.

10:31:45 20       **BY MS. TYKE:**

10:31:45 21       **Q.**   Thank you.  You mentioned and pulled

10:31:51 22  out your certificate from Indian River Community

10:31:57 23  College as an emergency medical technician, an EMT?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

20

| | | |
|---|---|---|
| 10:32:04 | 1 | **A.** Yes. |
| 10:32:05 | 2 | **Q.** Were you also trained as a paramedic? |
| 10:32:07 | 3 | **A.** No. In the areas that I worked I was |
| 10:32:12 | 4 | always the EMT assigned to a paramedic. So it was |
| 10:32:17 | 5 | a basic with a level 3 or level 4 EMT or paramedic. |
| 10:32:22 | 6 | **Q.** You mentioned that you practiced being |
| 10:32:26 | 7 | an EMT in Florida, Wisconsin, Illinois and |
| 10:32:33 | 8 | Washington State? |
| 10:32:34 | 9 | **A.** New York State. |
| 10:32:34 | 10 | **Q.** New York State? |
| 10:32:35 | 11 | **A.** Not Washington State. Washington State |
| 10:32:36 | 12 | I worked 91 hours a week on my internship. I |
| 10:32:40 | 13 | trained EMTs and paramedics during that time. I |
| 10:32:45 | 14 | had no time to breathe, so I didn't work on any |
| 10:32:47 | 15 | ambulance while I interned. |
| 10:32:47 | 16 | **Q.** Were any of your EMT licenses in any of |
| 10:32:50 | 17 | those states still active? |
| 10:32:54 | 18 | **A.** No. That was ions ago. |
| 10:32:57 | 19 | **Q.** And when was the last time that you |
| 10:33:00 | 20 | actually practiced in the field as an EMT? |
| 10:33:03 | 21 | **A.** Probably right up until the point of |
| 10:33:09 | 22 | graduating from my Ph.D., which would have been |
| 10:33:13 | 23 | '81. However, I have extensively been in the |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

21

| | | |
|---|---|---|
| 10:33:17 | 1 | field, including lately, working alongside |
| 10:33:20 | 2 | paramedics that are even being called to the house |
| 10:33:22 | 3 | where I was conducting an emergency physician house |
| 10:33:27 | 4 | call acting as medical director or occasionally |
| 10:33:31 | 5 | stopping for an accident or ski patrol work years |
| 10:33:35 | 6 | ago.  That is working as a physician alongside |
| 10:33:39 | 7 | basic EMT level 1, 2 and paramedic level 3, 4. |
| 10:33:45 | 8 | Q.   What I was trying to find out was just |
| 10:33:47 | 9 | as an EMT, the last time that you would have |
| 10:33:50 | 10 | practiced in the field, sounds like 1981, is that |
| 10:33:54 | 11 | accurate? |
| 10:33:54 | 12 | A.   Correct. |
| 10:33:55 | 13 | Q.   And you mentioned sometimes stopping |
| 10:34:08 | 14 | for somebody who was involved in a motor vehicle |
| 10:34:11 | 15 | accident, are you able to -- in your portable |
| 10:34:14 | 16 | emergency medical to treat somebody who was |
| 10:34:18 | 17 | involved and sustained traumatic injuries in a car |
| 10:34:22 | 18 | accident? |
| 10:34:23 | 19 | A.   Yes. |
| 10:34:24 | 20 | Q.   Would you -- depending on the level of |
| 10:34:26 | 21 | injuries, need to refer that person over to a local |
| 10:34:30 | 22 | hospital? |
| 10:34:30 | 23 | A.   Either by air or ground ambulance, yes. |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

22

| | | |
|---|---|---|
| 10:34:39 | 1 | I don't transport.  The portable ER means portable, |
| 10:34:43 | 2 | hand carried. |
| 10:34:44 | 3 | Q.   I understand. |
| 10:34:45 | 4 | A.   But there is confusion.  Mobile ER |
| 10:34:48 | 5 | means you are going to treat somebody in a vehicle. |
| 10:34:51 | 6 | Nobody is ever treated in a Suburban or Malibu or |
| 10:34:53 | 7 | Grand Caravan, these are just personally owned |
| 10:34:57 | 8 | cars. |
| 10:34:57 | 9 | Q.   Do you hold a board certification in |
| 10:35:00 | 10 | cardiology? |
| 10:35:01 | 11 | A.   No.  My postdoctoral fellowship is in |
| 10:35:06 | 12 | cardiovascular physiology and also cardiology |
| 10:35:10 | 13 | research, but I'm not a cardiologist.  I'm an |
| 10:35:14 | 14 | advanced cardiac life support instructor and |
| 10:35:16 | 15 | medical director but I'm not a cardiologist.  I'm a |
| 10:35:20 | 16 | cardiovascular physiologist, Ph.D. |
| 10:35:28 | 17 | Q.   Did you work as an EMT in Florida at |
| 10:35:32 | 18 | any time? |
| 10:35:32 | 19 | A.   This was only volunteer work with the |
| 10:35:35 | 20 | Indian River volunteer ambulance squad that is |
| 10:35:38 | 21 | still there, as I understand, transporting |
| 10:35:41 | 22 | non-emergency patients.  These were actual runs |
| 10:35:44 | 23 | back then with basic EMTs and it was unpaid |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

23

| | | |
|---|---|---|
| 10:35:48 | 1 | volunteer work as part of my training. |
| 10:35:50 | 2 | Q.   And how long did you do that? |
| 10:35:51 | 3 | A.   The summer of '73, that's when I went |
| 10:36:01 | 4 | back to college in Wisconsin. |
| 10:36:06 | 5 | Q.   During the time that you were an EMT, |
| 10:36:11 | 6 | so before you obtained your medical degree, did you |
| 10:36:15 | 7 | ever use chemical restraint on any individual that |
| 10:36:20 | 8 | you were treating in the field? |
| 10:36:21 | 9 | A.   No. |
| 10:36:21 | 10 | Q.   The same question, during the time that |
| 10:36:24 | 11 | you practiced as an EMT only, so prior to obtaining |
| 10:36:28 | 12 | your medical degree did you use physical restraint |
| 10:36:31 | 13 | on any individual that you were treating in the |
| 10:36:33 | 14 | field? |
| 10:36:34 | 15 | A.   Frequently.  The paramedic would use |
| 10:36:37 | 16 | chemical restraint.  And I would be right there |
| 10:36:40 | 17 | monitoring the patient's vital signs, blood |
| 10:36:43 | 18 | pressure, et cetera, before and after a patient |
| 10:36:46 | 19 | would receive whatever. |
| 10:36:47 | 20 | Q.   And do you know what medication was |
| 10:36:51 | 21 | administered when the paramedic gave chemical |
| 10:36:52 | 22 | restraint? |
| 10:36:53 | 23 | A.   I'm not sure what was used back then. |

EXHIBIT C

Sterba, MD - Tyke - 7/19/17

24

10:36:56  1        Q.    And the reason why you couldn't

10:37:07  2    administer the chemical restraint was because you

10:37:09  3    were not a paramedic; is that accurate?

10:37:11  4        A.    No.  I only assisted the paramedic.

10:37:14  5        Q.    Can you describe the difference between

10:37:17  6    an EMT and a paramedic?

10:37:18  7        A.    More training, more clinical

10:37:21  8    experience.

10:37:22  9        Q.    Is there aspects of the job that a

10:37:25 10    paramedic can do versus what an EMT can do?

10:37:28 11        A.    Yes.  Intubation, ACLS skills, putting

10:37:34 12    it simply.

10:37:35 13        Q.    Any medications that a paramedic can

10:37:39 14    administer versus an EMT?

10:37:40 15        A.    EMTs now are trained to give epi, but

10:37:45 16    back then no.  We didn't have the autoinjector back

10:37:46 17    then I don't think.  The medications are delivered

10:37:47 18    by the paramedic with the assistance of another

10:37:49 19    paramedic or just one paramedic and an EMT, the way

10:37:53 20    we ran in those states, as a team effort.

10:37:56 21        Q.    Is there a difference between the level

10:38:04 22    of care that a paramedic or EMT is able to provide

10:38:09 23    a patient in the field versus what can be done at

EXHIBIT C

10:38:12  1  the emergency department?

10:38:13  2          **A.**   By a physician?

10:38:14  3          **Q.**   Yes.

10:38:14  4          **A.**   I'm licensed in medicine and surgery

10:38:18  5  and they are not.  So the level of care is much

10:38:21  6  different.

10:38:21  7          **Q.**   Are there also things in an emergency

10:38:25  8  department that you are able to do that somebody in

10:38:28  9  the field, like an EMT and paramedic, is unable to

10:38:31 10  do, such as obtain labs on a patient or to get

10:38:35 11  diagnostic studies done such as CTs and MRIs?

10:38:41 12          **A.**   Sure.  Paramedics back then and now can

10:38:44 13  draw labs and then bring them in to expedite the

10:38:48 14  labs.

10:38:49 15          **Q.**   But they are not able to do them in the

10:38:51 16  ambulance?

10:38:51 17          **A.**   No.  There is no portable lab, other

10:38:55 18  than glucometers, finger stick blood sugars that

10:38:59 19  diabetics have.  We would frequently use those.  No

10:39:03 20  blood chemistry labs, CBC.

10:39:06 21          **Q.**   Those are not things that EMTs and

10:39:09 22  paramedics can do?

10:39:09 23          **A.**   No.  They draw the labs and then we

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

26

| | | |
|---|---|---|
| 10:39:14 | 1 | expedite running them off to the lab in the ER. |
| 10:39:17 | 2 | **Q.** Are you a member of the National |
| 10:39:19 | 3 | Association of Emergency Medical Technicians? |
| 10:39:21 | 4 | **A.** No. |
| 10:39:22 | 5 | **Q.** Are you a member of the National |
| 10:39:23 | 6 | Association of State EMS Officials? |
| 10:39:26 | 7 | **A.** No. |
| 10:39:27 | 8 | **Q.** Are you a member of the National |
| 10:39:29 | 9 | Association of EMS Physicians? |
| 10:39:31 | 10 | **A.** No. |
| 10:39:31 | 11 | **Q.** Have you authored any articles, peer |
| 10:39:37 | 12 | review journal articles, books, textbooks regarding |
| 10:39:42 | 13 | emergency medical services? |
| 10:39:44 | 14 | **A.** I have to check my CV. |
| 10:39:48 | 15 | **Q.** Here's your current one. |
| 10:39:51 | 16 | **A.** Nothing that is related to the case, |
| 10:39:54 | 17 | but the list of publications that I'm referring to |
| 10:39:58 | 18 | right now goes from page 23 to 30. |
| 10:40:01 | 19 | **Q.** And I didn't see anything, I didn't |
| 10:40:04 | 20 | know if anything popped into your head that you |
| 10:40:07 | 21 | believe was related? |
| 10:40:11 | 22 | **A.** The articles and textbook chapters are |
| 10:40:25 | 23 | EMS related, being that -- |

EXHIBIT C

10:40:27  1        Q.    Related to this particular matter?

10:40:30  2        A.    No.  It was related to the care that is

10:40:33  3    offered not only in the field like in hyperthermia,

10:40:37  4    field treatment of hyperthermia, which I authored,

10:40:40  5    and conducted human research both at Panama City

10:40:45  6    and at the North Pole region.

10:40:47  7        Q.    There is not an issue of hyperthermia

10:40:47  8    in this case, is that accurate?

10:40:47  9        A.    Hyperthermia and resuscitation from

10:40:51 10    hyperthermia.

10:40:51 11        Q.    Is that an issue in this case?

10:40:53 12        A.    No.  But as many of the articles are

10:41:00 13    emergency medical services as well as emergency

10:41:03 14    medicine related.

10:41:05 15        Q.    But are they related to any issue that

10:41:09 16    is in this particular case?

10:41:11 17        A.    No.  However, I did establish the safe

10:41:15 18    exposure limit for hypercapnia in divers that are

10:41:21 19    in a simulated asphyxiation situation with diving

10:41:26 20    helmets at extreme depths, but none of that could

10:41:29 21    be measured in this case.  I can clinically assess

10:41:33 22    right here on the DVD asphyxiation and suffocation

10:41:34 23    with impaired ventilation would have brought on

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

28

| | | |
|---|---|---|
| 10:41:38 | 1 | hypoxia as well as hypercapnia, and that is very |
| 10:41:43 | 2 | evident just watching the video, but no levels were |
| 10:41:47 | 3 | measured. |
| 10:41:47 | 4 | **Q.**   How do you measure those levels? |
| 10:41:50 | 5 | **A.**   You measure them by end tidal CO2, |
| 10:41:54 | 6 | which we did by mask spectometry, that is now |
| 10:41:58 | 7 | infrared, we did it by infrared as well as mask |
| 10:42:01 | 8 | spec, which is done now in the OR, in the ER and in |
| 10:42:06 | 9 | the ICU.  And on some ambulances it is measured |
| 10:42:09 | 10 | right now on certain defibrillators. |
| 10:42:12 | 11 | **Q.**   Do you know if that was the case in |
| 10:42:14 | 12 | this matter? |
| 10:42:16 | 13 | **A.**   It was not measured in this case. |
| 10:42:18 | 14 | **Q.**   Do you know if they had the ability to |
| 10:42:21 | 15 | measure that? |
| 10:42:21 | 16 | **A.**   I thought I read that they did not have |
| 10:42:22 | 17 | the ability to measure end tidal CO2, so it doesn't |
| 10:42:25 | 18 | pertain to this case.  My background as a |
| 10:42:28 | 19 | physiologist is to explain what was happening, the |
| 10:42:33 | 20 | function of the human body under the stresses of |
| 10:42:37 | 21 | asphyxiation both physically and chemically. |
| 10:42:42 | 22 | Asphyxiation meaning impaired ventilation.  You |
| 10:42:42 | 23 | can't move air in and out, CO2 builds up and oxygen |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

29

10:42:48  1  falls by either physical means or chemical means.

10:42:50  2       Q.   So just going back specifically to my

10:42:53  3  question, do you have any specific articles that

10:42:55  4  relate to any issue in this matter?

10:42:58  5       A.   No.

10:42:58  6       Q.   Have you conducted any research in

10:43:08  7  emergency medical services that specifically relate

10:43:11  8  to any issue in this case?

10:43:13  9       A.   Yes.

10:43:13 10       Q.   And what is that?

10:43:14 11       A.   I called the bookstore of my old ala

10:43:14 12  mater, Indian River State College as it is called

10:43:21 13  right now, and I asked what textbook are you using,

10:43:25 14  are you still using Emergency Care and they said

10:43:28 15  yes.  What I did is I pulled the textbooks.

10:43:34 16       Q.   Is this research that you are currently

10:43:38 17  conducting yourself?

10:43:38 18       A.   Not human medical research, no.

10:43:38 19       Q.   That was not my question.

10:43:42 20       A.   Not literature review?

10:43:45 21       Q.   No.

10:43:46 22       A.   Beg your pardon.

10:43:48 23       Q.   That's okay.  Any research that you

EXHIBIT C

| | | |
|---|---|---|
| 10:43:51 | 1 | personally have been involved in? |
| 10:43:53 | 2 | **A.** Relating to the effects of -- |
| 10:43:55 | 3 | **Q.** That deals with emergency medical |
| 10:44:00 | 4 | services that deal with any issue in this case? |
| 10:44:02 | 5 | **A.** No. |
| 10:44:02 | 6 | **Q.** Have you taught any emergency medical |
| 10:44:10 | 7 | services class -- |
| 10:44:12 | 8 | **A.** Yes. |
| 10:44:13 | 9 | **Q.** Can I finish my question. |
| 10:44:15 | 10 | **A.** Okay. |
| 10:44:16 | 11 | **Q.** Thank you. Have you taught any |
| 10:44:19 | 12 | emergency medical services class that relate to any |
| 10:44:24 | 13 | issue in this case? |
| 10:44:24 | 14 | **A.** I may have. I used to teach EMTs back |
| 10:44:28 | 15 | in residency about all topics, as far as restraint, |
| 10:44:32 | 16 | violent patients and such. I covered all the |
| 10:44:35 | 17 | topics. |
| 10:44:38 | 18 | **Q.** And when did you begin that teaching? |
| 10:44:41 | 19 | **A.** Residency '90 to '93. Everything would |
| 10:44:46 | 20 | be covered. I don't have any details. That's part |
| 10:44:49 | 21 | of your residency training is to oversee paramedic |
| 10:44:56 | 22 | ambulance services, that is on my CV. And now |
| 10:44:59 | 23 | occasionally we will have a paramedic in my ACLS |

10:45:07   1   classes.  We talk about the drugs, including

10:45:10   2   sedating drugs and contraindications.  I teach

10:45:16   3   paramedics on the hazards of using Ativan, for

10:45:20   4   instance.

10:45:20   5       Q.   And when was the last time that you

10:45:29   6   gave any type of teaching or seminar or lecture to

10:45:33   7   paramedics regarding the use of Ativan?

10:45:35   8       A.   We talk about all of the drugs.  And

10:45:38   9   the last time a paramedic was in my class was

10:45:41  10   probably last year.

10:45:42  11       Q.   And do you still have that course

10:45:44  12   material or lecture material?

10:45:46  13       A.   It's the ACLS manual.  It's their

10:45:54  14   student workbook as well as the small handbook.

10:45:59  15       Q.   Did you prepare any type of PowerPoint

10:46:03  16   or slides or handouts for that class?

10:46:04  17       A.   It's at the bedside with a mannequin.

10:46:08  18   No, nothing is prepared like that.  We cover all

10:46:11  19   the drugs and they can look it up.

10:46:13  20       Q.   When was the last emergency medical

10:46:19  21   service conference that you attended?

10:46:20  22       A.   EMS conference not as an emergency

10:46:24  23   physician, I don't remember.  Refreshers back to

*Sterba, MD - Tyke - 7/19/17*

32

| | | |
|---|---|---|
| 10:46:30 | 1 | recertify my EMT between '73 and '81 at Erie County |
| 10:46:39 | 2 | Community College North Campus probably 80 or so, |
| 10:46:45 | 3 | 1980. |
| 10:46:45 | 4 | **Q.**   I guess it is safe to assume that you |
| 10:46:53 | 5 | didn't recently attend the Clinicon 2017 Emergency |
| 10:46:53 | 6 | Medicine Learning and Resource Center conference |
| 10:46:54 | 7 | that just occurred? |
| 10:46:55 | 8 | **A.**   No.  However, as a fellow of the |
| 10:46:59 | 9 | American College of Emergency Physician and an avid |
| 10:47:03 | 10 | reader of anals of emergency medicine, I do review |
| 10:47:06 | 11 | the current literature on a regular basis including |
| 10:47:07 | 12 | EMS.  I'm so involved with the EMS now at the |
| 10:47:11 | 13 | bedside with my patients every time an ambulance is |
| 10:47:15 | 14 | called.  I review the literature continuously.  I |
| 10:47:19 | 15 | don't have to attend an EMT conference for that. |
| 10:47:23 | 16 | **Q.**   So as to what they were teaching as far |
| 10:47:28 | 17 | as chemical restraint, you were unaware at the |
| 10:47:32 | 18 | Clinicon conference? |
| 10:47:32 | 19 | **A.**   I'm not aware of the Clinicon |
| 10:47:34 | 20 | conference for EMTs and paramedics.  I'm aware of |
| 10:47:34 | 21 | the United States standard of care for paramedics |
| 10:47:37 | 22 | in the use of chemical restraints. |
| 10:47:40 | 23 | **Q.**   Have you worked with any EMS agency, |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

33

10:47:49  1  emergency medical services agency in writing or

10:47:52  2  developing their policies, procedures and

10:47:55  3  protocols?

10:47:56  4       A.   I may have.  I forgot that I was

10:47:58  5  medical advisor, not director, but advisor with

10:48:02  6  CareFlight, which was the air ambulance service out

10:48:04  7  of Miami Valley level 1 trauma center, Miami Valley

10:48:09  8  Hospital.

10:48:09  9       Q.   Where is that?

10:48:10 10       A.   It's in Dayton, Ohio, even though it

10:48:13 11  says Miami.  I was an advisor under the medical

10:48:18 12  director, and I remember writing up some policies

10:48:21 13  and I don't remember what policies they were.

10:48:22 14       Q.   What year was that?

10:48:24 15       A.   During my residency of '90 to '93.  And

10:48:29 16  they would have been signed off by the director.

10:48:31 17       Q.   Do you know if any of those policies

10:48:34 18  dealt with chemical sedation?

10:48:36 19       A.   I don't remember.

10:48:37 20       Q.   Do you know if those policies are still

10:48:40 21  in effect?

10:48:40 22       A.   No, I don't.  In addition I established

10:48:52 23  the corpsman training program.  Corpsman is like a

EXHIBIT C

10:48:57 1  paramedic but it is a military person in the Navy.

10:49:00 2  I established the corpsman training program from

10:49:05 3  '87 to '90 down in Panama City, Florida as a health

10:49:11 4  care medical officer and emergency physician.  And

10:49:14 5  we talked about all drugs.  And as far as policies,

10:49:18 6  I don't recall anything specifically.  And as far

10:49:20 7  as them being in effect now, I don't know.

10:49:22 8       **Q.**   Do you know if they dealt with chemical

10:49:27 9  sedation?

10:49:27 10      **A.**   Yes.

10:49:27 11      **Q.**   Do you remember what that encompassed?

10:49:31 12      **A.**   No.   Whatever drugs were currently used

10:49:34 13 back at that time.

10:49:35 14      **Q.**   Do you know what that was?

10:49:36 15      **A.**   No.

10:49:38 16      **Q.**   Has it changed over the years?

10:49:40 17      **A.**   These are independent duty technicians

10:49:43 18 or IDTs that would be working with special warfare

10:49:46 19 or seal teams or on special deployment with diving

10:49:50 20 operations.  So they had to do everything.  In

10:49:53 21 addition, I was also BENS watch medical officer and

10:49:57 22 I talked directly via satellite with independent

10:50:01 23 duty technicians in the field, including combat and

*Sterba, MD - Tyke - 7/19/17*

35

| | |
|---|---|
| 10:50:05 1 | orders were given confidentially for the use of |
| 10:50:09 2 | just about all drugs you can imagine. |
| 10:50:12 3 | Q.   Again, I just want to focus on the |
| 10:50:17 4 | questions that I'm asking. |
| 10:50:18 5 | A.   '87 to '90. |
| 10:50:20 6 | Q.   Sure.  And I just want to focus on the |
| 10:50:22 7 | question, I think we can go off on a lot of things. |
| 10:50:25 8 | I'm just asking about policies and procedures that |
| 10:50:29 9 | you would have developed specifically for emergency |
| 10:50:31 10 | medical providers? |
| 10:50:33 11 | A.   That would have included my work in the |
| 10:50:35 12 | Navy with corpsman, corpsman in the field and |
| 10:50:39 13 | corpsman on subs.  And also during my residency |
| 10:50:42 14 | from '90 to '93 local paramedics and EMTs, and |
| 10:50:47 15 | that's about it. |
| 10:50:49 16 | Q.   So it looks like early '90s was about |
| 10:50:53 17 | the last time that you would be involved in any |
| 10:50:56 18 | type of policies and procedures? |
| 10:50:58 19 | A.   Written policies and procedures, |
| 10:51:00 20 | correct.  Now I teach the current standard of |
| 10:51:03 21 | practice at the bedside.  And that would be the |
| 10:51:10 22 | American Heart Association standards of care for |
| 10:51:13 23 | paramedics. |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

36

| | | |
|---|---|---|
| 10:51:14 | 1 | **Q.**   Where do you teach that at? |
| 10:51:16 | 2 | **A.**   Here in Buffalo, ACLS. |
| 10:51:18 | 3 | **Q.**   Any particular organization that you |
| 10:51:20 | 4 | provide that through? |
| 10:51:21 | 5 | **A.**   Kaleida Health. |
| 10:51:23 | 6 | **Q.**   Do you have your course materials? |
| 10:51:25 | 7 | **A.**   No.  It's a standard ACLS.  Course |
| 10:51:30 | 8 | materials are provided, and we use the handbook and |
| 10:51:34 | 9 | go over all the drugs. |
| 10:51:35 | 10 | **Q.**   And what do you teach your EMTs and |
| 10:51:39 | 11 | paramedics regarding the use of Ativan? |
| 10:51:41 | 12 | **A.**   I don't teach EMTs the use of Ativan. |
| 10:51:45 | 13 | It would be inappropriate.  Whatever paramedics |
| 10:51:47 | 14 | attend the ACLS class, the proper use of Ativan and |
| 10:51:51 | 15 | its precautions and contraindications. |
| 10:51:53 | 16 | **Q.**   What are those? |
| 10:51:53 | 17 | **A.**   What? |
| 10:51:55 | 18 | **Q.**   The proper use and contraindications? |
| 10:51:57 | 19 | **A.**   It's listed in all of the handouts that |
| 10:52:00 | 20 | have been disseminated to me, hypotension, |
| 10:52:04 | 21 | respiratory depression, shock, coingestion of drugs |
| 10:52:08 | 22 | and things like that that are mentioned in the |
| 10:52:11 | 23 | enclosures that people sent me. |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

37

10:52:14  1          Q.    But what I'm asking is what you teach?

10:52:18  2    You said you teach a class of ACLS.

10:52:21  3          A.    We talk about the cardiopulmonary

10:52:26  4    complications of using Benzodiazepines.

10:52:27  5          Q.    And what do you teach the paramedics

10:52:29  6    that are contraindications in your class?

10:52:32  7          A.    I just mentioned it to physicians,

10:52:35  8    nurses and occasionally a paramedic that

10:52:40  9    cardiovascular and pulmonary risks of using

10:52:40 10    Benzodiazepine, hypotension, respiratory --

10:52:44 11          Q.    I understand the risks.  What I'm

10:52:48 12    saying is what are the contraindications?

10:52:49 13          A.    Those that are listed in the papers.

10:52:51 14    We can go over those right now.

10:52:54 15          Q.    I'm just asking you about your class

10:52:56 16    specifically, not what is in your report or your

10:52:58 17    papers.  Pretend that I'm in your class.  And so

10:53:01 18    what do you instruct the people who take your ACLS

10:53:06 19    class as to the contraindications to using Ativan?

10:53:11 20          A.    Hypotension, respiratory depression,

10:53:15 21    head trauma, metabolic disturbances including

10:53:22 22    hypoxia, which can lead to lactic acidosis making

10:53:25 23    the heart very unstable, shock would be the key

*Sterba, MD - Tyke - 7/19/17*

38

10:53:29  1  ones to watch out for if you are using a

10:53:32  2  Benzodiazepine like Ativan or Lorazepam.

10:53:34  3      Q.   When we are talking about

10:53:36  4  contraindications and the lists that you just gave,

10:53:40  5  are these absolute contraindications?

10:53:43  6      A.   They are list only as

10:53:45  7  contraindications, not absolute relative.  We just

10:53:48  8  talked about contraindications not whether someone

10:53:52  9  is allergic or something.  Hypersensitivity means

10:53:54  10  don't take it, you might be allergic to it.  That

10:53:58  11  is for every drug listed.  We're talking about the

10:54:02  12  serious cardiovascular pulmonary effects of the

10:54:04  13  cardiac and respiratory depression, cardiac arrest.

10:54:08  14      Q.   And are these side effects of Ativan

10:54:12  15  that you are talking about?

10:54:13  16      A.   And death.  Yes.  These are side

10:54:14  17  effects so that if somebody does have a problem

10:54:17  18  with head trauma or metabolic acidosis you don't

10:54:23  19  give the drug.  It's a contraindication.

10:54:23  20      Q.   An absolute contraindication?

10:54:27  21      A.   A contraindication, that's how it is

10:54:28  22  listed.

10:54:28  23      Q.   Do you consider it an absolute

*Sterba, MD - Tyke - 7/19/17*

39

| | | |
|---|---|---|
| 10:54:30 | 1 | contraindication? |
| 10:54:31 | 2 | **A.**   I don't think I would break it down to |
| 10:54:31 | 3 | absolute and relative like we do with a tissue |
| 10:54:37 | 4 | plasminogen activator like in stroke, but we talk |
| 10:54:37 | 5 | about in general terms contraindications, meaning |
| 10:54:41 | 6 | do not give it. |
| 10:54:42 | 7 | **Q.**   Would that be an absolute then? |
| 10:54:44 | 8 | **MR. HECHT:**   Form. |
| 10:54:45 | 9 | **THE WITNESS:**   It can be.  But again, you |
| 10:54:46 | 10 | have asked that three times now.  We speak to |
| 10:54:49 | 11 | paramedics and nurses primarily as |
| 10:54:50 | 12 | contraindications for these drugs.  Do not give it, |
| 10:54:53 | 13 | it carries a risk of dying. |
| 10:54:55 | 14 | **MS. TYKE:**   And what do you base that |
| 10:54:58 | 15 | instruction as to those specific being |
| 10:55:02 | 16 | contraindications, do not give? |
| 10:55:04 | 17 | **MR. HECHT:**   Form. |
| 10:55:05 | 18 | **THE WITNESS:**   The United States standard of |
| 10:55:06 | 19 | care. |
| 10:55:06 | 20 | **BY MS. TYKE:** |
| 10:55:06 | 21 | **Q.**   And where is that? |
| 10:55:07 | 22 | **A.**   I'm just about ready to answer your |
| 10:55:11 | 23 | question. |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

40

| | | |
|---|---|---|
| 10:55:11 | 1 | Q. Sure. |
| 10:55:12 | 2 | A. The United States standard of care |
| 10:55:14 | 3 | based on my education, continuous reading of the |
| 10:55:17 | 4 | current literature, my medical practice and the |
| 10:55:19 | 5 | American Heart Association's recommendations that |
| 10:55:22 | 6 | are published. |
| 10:55:23 | 7 | Q. And can you give me a citation for the |
| 10:55:26 | 8 | American Heart Association? |
| 10:55:27 | 9 | A. Yes. Go to the |
| 10:55:31 | 10 | americanheartassociation.org or whatever and get |
| 10:55:33 | 11 | yourself a student manual and the handbook, and you |
| 10:55:36 | 12 | will be able to read up on it. I didn't bring |
| 10:55:39 | 13 | those today. |
| 10:55:39 | 14 | Q. Did you rely on that in forming your |
| 10:55:42 | 15 | opinion in this matter? |
| 10:55:43 | 16 | A. No. I just teach it regularly. So are |
| 10:55:48 | 17 | you going to ask me if it's authoritative? It is |
| 10:55:51 | 18 | not. |
| 10:55:52 | 19 | Q. Okay. What literature are you |
| 10:55:58 | 20 | discussing, you said broadly literature? |
| 10:56:01 | 21 | A. Literature that I read. I read |
| 10:56:06 | 22 | extensively as a MD/pH.D. I'm online almost all |
| 10:56:10 | 23 | the time. And journals, a lot of journals. |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

41

10:56:15   1          Q.    Have you read the actual insert for

10:56:19   2   Ativan?

10:56:20   3          A.    Yes.  Years ago.  I used to carry

10:56:24   4   Ativan.  It's refrigerated.  I had to have a

10:56:27   5   special small refrigerator for it.

10:56:31   6          Q.    Have you recently read the insert for

10:56:33   7   Ativan?

10:56:33   8          A.    Not recently.

10:56:34   9          Q.    Do you know what it lists as

10:56:38  10   contraindications?

10:56:38  11          A.    No, I would have to review it.

10:56:40  12          Q.    And what specific articles, journals,

10:56:44  13   peer review, whatever that you are reading that

10:56:48  14   says that head trauma and metabolic acidosis is a

10:56:52  15   contraindication, do not use Ativan with?

10:56:55  16          MR. HECHT:  Form.

10:56:56  17          THE WITNESS:  Well, they are included in

10:56:59  18   Jeffrey Lindsey, he is a Ph.D., Dr.  Jeffrey

10:57:04  19   Lindsey's report.  I looked at the enclosures and I

10:57:08  20   actually got copies of those enclosures to take a

10:57:11  21   look at.  The contraindications that were missing,

10:57:16  22   at one point it only listed if you are allergic

10:57:20  23   don't take it, but also other ones that go into

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

42

| | |
|---|---|
| 10:57:25 | 1 | head trauma, metabolic disturbance, respiratory |
| 10:57:30 | 2 | depression and things like that.  Collectively it |
| 10:57:33 | 3 | fits my background, education, experience and |
| 10:57:34 | 4 | continued review of the literature and ongoing |
| 10:57:36 | 5 | medical teaching, which occasionally includes a |
| 10:57:40 | 6 | paramedic, of what to watch out for and when not to |
| 10:57:43 | 7 | give it.  And both conditions of head trauma and |
| 10:57:47 | 8 | metabolic acidosis existed for Mr. Docher. |
| 10:57:51 | 9 |      **BY MS. TYKE:** |
| 10:57:51 | 10 |      **Q.**   And again, I know that you talked about |
| 10:57:54 | 11 | the American Heart Association and their discussion |
| 10:57:57 | 12 | of head trauma and metabolic acidosis being -- |
| 10:58:01 | 13 |      **A.**   No.  I didn't say that the American |
| 10:58:06 | 14 | Heart Association discusses head trauma.  It was |
| 10:58:08 | 15 | collectively that it is often mentioned that head |
| 10:58:10 | 16 | traumatic and metabolic acidosis are two |
| 10:58:14 | 17 | contraindications to give the drug. |
| 10:58:16 | 18 |      **Q.**   And really what I'm trying to narrow |
| 10:58:17 | 19 | this down as you keep just broadly mentioning that |
| 10:58:19 | 20 | you've seen this in literature and things that |
| 10:58:22 | 21 | you've read and how you keep up with the standards. |
| 10:58:25 | 22 | What I'm asking is specifically where have you seen |
| 10:58:28 | 23 | that? |

EXHIBIT C

| | | |
|---|---|---|
| 10:58:28 | 1 | **A.**    Are you familiar with Lindsey's report? |
| 10:58:33 | 2 | **Q.**    Besides Lindsey -- |
| 10:58:34 | 3 | **A.**    Well, I'm going to refer to Lindsey's |
| 10:58:37 | 4 | report right now rather than skip over it.  This is |
| 10:58:38 | 5 | what your question was and I'm going to take a |
| 10:58:42 | 6 | moment right now to actually bring out where it |
| 10:58:44 | 7 | states that.  Just one second and I will answer |
| 10:58:47 | 8 | your question.  And other references that he |
| 10:58:54 | 9 | mentioned I actually looked them all up.  In |
| 10:59:07 | 10 | chapter 12, drugs and chemical classes, that is |
| 10:59:12 | 11 | page 24 in your document.  This is Lindsey's |
| 10:59:18 | 12 | report.  Contraindications, hypersensitivity, that |
| 10:59:22 | 13 | is if you are allergic to the drug, substance |
| 10:59:25 | 14 | abuse, which Docher probably had. |
| 10:59:27 | 15 | **Q.**    Are you assuming that? |
| 10:59:29 | 16 | **A.**    No, that is what the cops said -- that |
| 10:59:32 | 17 | is what the Sheriff's office said that he may be on |
| 10:59:37 | 18 | some unknown drugs, and it is also stated in the |
| 10:59:40 | 19 | medical record by Rosario, besides the alcohol he |
| 10:59:44 | 20 | may be on some other drugs due to his behavior.  So |
| 10:59:50 | 21 | substance abuse, coma.  Coma has a GCS, Glasgow |
| 10:59:54 | 22 | coma scale of 3, which he had prior to EMS |
| 10:59:56 | 23 | arriving.  He was asphyxiated into unconsciousness, |

*Sterba, MD - Tyke - 7/19/17*

44

| | | |
|---|---|---|
| 10:59:59 | 1 | he was unresponsive and put into the recovery |
| 11:00:02 | 2 | position by Mangrum, who is a former EMT with Life |
| 11:00:08 | 3 | Line Ambulance years before.  He had shock, he was |
| 11:00:10 | 4 | unconscious with abnormal respiratory.  The former |
| 11:00:14 | 5 | EMT Mangrum basically said his respirations were |
| 11:00:21 | 6 | shallow after he was asphyxiated or suffocated by |
| 11:00:24 | 7 | the two maneuvers that were done.  Severe |
| 11:00:25 | 8 | hypotension, no blood pressure was ever taken |
| 11:00:28 | 9 | before the 4 milligram IM injection of Ativan was |
| 11:00:33 | 10 | given.  So was his blood pressure low, we won't |
| 11:00:35 | 11 | know.  Could it have been low, more likely than not |
| 11:00:37 | 12 | it was low.  He was unconscious. |
| 11:00:38 | 13 | CNS depression.  Could he have had CNS |
| 11:00:41 | 14 | depression, he was unconscious after being |
| 11:00:43 | 15 | physically restrained with a 330 to 335 pound |
| 11:00:49 | 16 | Officer Mangrum stepping own his chest between the |
| 11:00:54 | 17 | shoulder blades, which is in the police report by |
| 11:00:56 | 18 | -- I can't pronounce the officer's name that did |
| 11:01:00 | 19 | the investigation, but I can get you right to the |
| 11:01:02 | 20 | page.  And pulling up on the arms, very similar to |
| 11:01:06 | 21 | strappado or corda, which is a form of torture.  To |
| 11:01:11 | 22 | make it clear, I do not think that Mangrum tortured |
| 11:01:17 | 23 | Docher.  I think it was very painful in this |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

45

| | |
|---|---|
| 11:01:20 | 1 | unapproved improvised method of pulling the arms up |
| 11:01:21 | 2 | to 90 degrees and handcuffed behind his back, and |
| 11:01:23 | 3 | that is also called reverse hanging, that I was |
| 11:01:26 | 4 | familiar with prior to this case.  And with him |
| 11:01:29 | 5 | being 330 to 335 pounds placing his left foot after |
| 11:01:35 | 6 | he yells the F bomb.  And I have it right here.  He |
| 11:01:39 | 7 | puts his foot there and you don't see him leaning |
| 11:01:41 | 8 | on his right foot and just gently putting his foot |
| 11:01:45 | 9 | down to prevent the chest from coming off the |
| 11:01:49 | 10 | ground.  He had pressure.  To what degree, I don't |
| 11:01:52 | 11 | know.  It is hard to say, probably half his weight. |
| 11:01:56 | 12 | All right.  So we've got those. |
| 11:01:58 | 13 | What else is there.  COPD, sleep apnea and |
| 11:02:01 | 14 | acute close angle glaucoma.  So what do we have |
| 11:02:05 | 15 | here substance abuse, coma, shock, likely severe |
| 11:02:11 | 16 | hypotension and CNS depression.  Contraindications, |
| 11:02:13 | 17 | what can happen if you give it -- |
| 11:02:16 | 18 | Q.   Doctor, just so we are clear about the |
| 11:02:19 | 19 | question that I had asked.  It specifically had to |
| 11:02:22 | 20 | do with head trauma and metabolic acidosis. |
| 11:02:26 | 21 | A.   I would find that as well. |
| 11:02:28 | 22 | Q.   I appreciate you going through |
| 11:02:30 | 23 | everything single one of the contraindications on |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

46

11:02:32  1    that particular page.

11:02:32  2        A.    That is correct.  You wanted to find

11:02:33  3    out where it is listed as head trauma and I will

11:02:37  4    find that for you.  If you have your report go to

11:03:20  5    page 18, agitated or violent patient behavioral

11:03:26  6    emergencies.  And let me find page 17, I'm a little

11:03:37  7    out of order right now.  One second.  And let's

11:04:06  8    see, looking at the bottom it says -- page 43 but I

11:04:48  9    list it as page 18 because that was the enclosure

11:04:52 10    for Lindsey's report, exclusion criteria, patient

11:04:54 11    exhibiting agitated or violent behavior due to

11:04:57 12    medical conditions including but not limited to

11:04:58 13    head trauma, metabolic disorders, examples,

11:05:03 14    hypoglycemia or hypoxia.  Head trauma and hypoxia

11:05:09 15    both existed and those are contraindications for

11:05:12 16    the use of Ativan.

11:05:13 17        Q.    We will come back to that.  Besides

11:05:16 18    that specific reference are there any references

11:05:22 19    outside of Dr. Lindsey's report that you recall?

11:05:27 20        A.    And so that exclusion criteria on page

11:05:31 21    43 which I listed as page 18 refers also to

11:05:36 22    chemical restraints, which is my page 19 of his

11:05:39 23    report, and chemical restraints, paragraph 3,

*Sterba, MD - Tyke - 7/19/17*

47

| | | |
|---|---|---|
| 11:05:44 | 1 | Benzodiazepines, it talks about Lorazepam.  Your |
| 11:05:49 | 2 | question again. |
| 11:05:51 | 3 | Q.   I said besides the material that is |
| 11:05:52 | 4 | attached to Dr. Lindsey's report are there any |
| 11:05:54 | 5 | other articles, research, medication inserts that |
| 11:06:01 | 6 | you've read during your career that indicate that |
| 11:06:06 | 7 | head trauma and metabolic acidosis is a |
| 11:06:12 | 8 | contraindication to the use of Ativan? |
| 11:06:14 | 9 | MR. HECHT:  Form. |
| 11:06:14 | 10 | THE WITNESS:  Yes.  Because with head trauma |
| 11:06:17 | 11 | and lactic acidosis -- |
| 11:06:19 | 12 | BY MS. TYKE: |
| 11:06:20 | 13 | Q.   It was just a yes or no.  And then my |
| 11:06:22 | 14 | next question is can you tell me what those |
| 11:06:23 | 15 | articles are? |
| 11:06:24 | 16 | A.   No.  It is based on my experience, |
| 11:06:27 | 17 | education and training and board certification that |
| 11:06:27 | 18 | in head trauma patients the use of a Benzodiazepine |
| 11:06:31 | 19 | in head trauma can bring on immediate respiratory |
| 11:06:36 | 20 | depression and respiratory arrest and cardiac |
| 11:06:40 | 21 | arrest as can be with lactic acidosis from |
| 11:06:47 | 22 | hypoxemia, from asphyxiation, suffocation or airway |
| 11:06:48 | 23 | obstruction with no protected airway in place. |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

48

11:06:52 1       Q.   Can you tell the materials that you

11:06:55 2  have reviewed in this matter?

11:06:56 3       A.   Sure.  The information that I reviewed

11:08:13 4  in this matter besides my confidential report,

11:08:16 5  which lists everything, exhibits and references on

11:08:23 6  my page 15, you can take a look at all of that.  I

11:08:28 7  can go over in detail what was presented to me.

11:08:32 8  Pictures of Tavares Docher, some handwritten notes.

11:08:38 9  I don't know who wrote them.  CAD records request

11:08:50 10 form, Miranda information from St. Lucie County,

11:09:01 11 intro to law enforcement operations, core schedule

11:09:03 12 it looks like, training roster and St. Lucie County

11:09:09 13 Sheriff's office CBS employee statement forms by

11:09:12 14 witnesses, use of force incident report, incident

11:09:21 15 investigation report, including by Investigator

11:09:39 16 Blatchford, David T., that is the name I couldn't

11:09:42 17 pronounce.  We are on his page 5 he talks about

11:09:47 18 Mangrum's foot between the shoulder blades.  St.

11:09:53 19 Lucie Medical Center emergency provider report,

11:09:58 20 emergency probe, EMS run sheet, that is the

11:10:03 21 paramedic report, news article, man remains in coma

11:10:12 22 a month after arrest.  Some handwritten notes,

11:10:18 23 photographic wound documentation, transition

*Sterba, MD - Tyke - 7/19/17*

49

| | | |
|---|---|---|
| 11:10:22 | 1 | discharge plan, Social Security information.  And I |
| 11:10:32 | 2 | ran out of dividers.  Copy of St. Lucie County Fire |
| 11:10:40 | 3 | District emergency medical guidelines for Ativan |
| 11:10:44 | 4 | use.  And it's in that that the contraindications |
| 11:11:07 | 5 | are less than complete listing only allergic |
| 11:11:12 | 6 | reaction, that is a history of hypersensitivity. |
| 11:11:17 | 7 | It left off all of the key contraindications. |
| 11:11:21 | 8 | Another article about Florida deputy seizing the |
| 11:11:27 | 9 | phone. |
| 11:11:30 | 10 | Depositions would be paramedic Jose Rosario. |
| 11:11:34 | 11 | And if I'm referring to people just by their last |
| 11:11:37 | 12 | name it is just to move things along and it is not |
| 11:11:41 | 13 | out of any disrespect.  Sheriff deputy officer Clay |
| 11:11:49 | 14 | Mangrum, former EMT, and I will just respectfully |
| 11:11:54 | 15 | refer to him as Mangrum, officer or deputy Wade |
| 11:12:01 | 16 | Courtemanche, Deputy Christopher Eric Newman, |
| 11:12:07 | 17 | deputy trainee Calvin Robinson, Captain Ryan |
| 11:12:16 | 18 | Gonzalez.  Exhibit 4, which is when I believe |
| 11:12:26 | 19 | Gonzalez was deposed, and that's the one that |
| 11:12:31 | 20 | includes his emergency guidelines medication test |
| 11:12:37 | 21 | back in '07, January something of '07, where he |
| 11:12:43 | 22 | actually correctly wrote down a contraindication of |
| 11:12:47 | 23 | the use of Lorazepam as hypotension, which the |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

50

11:12:50  1  reason that is important is he never measured the

11:12:53  2  blood pressure before he gave the Ativan.   The

11:12:57  3  deposition of Samantha Galuski, CVS employee

11:13:07  4  Hardile Bagdas, Mark Wayne Brown.

11:13:14  5       Q.   And those look like medical records?

11:13:19  6       A.   Yes.   It looks like rehab information,

11:13:23  7  emergency medical guidelines, and I have two copies

11:13:26  8  of that.   EMS run sheets from Miami, which

11:13:40  9  demonstrate that he did have an underlying

11:13:44 10  psychiatric condition of depression, anxiety and

11:13:47 11  some unspecified psychiatric disorder with

11:13:49 12  delusions, so it was a preexisting medical

11:13:52 13  condition.

11:14:18 14       Q.   And we will talk about your report

11:14:21 15  and --

11:14:23 16       A.   And that covers it.   These were not

11:14:26 17  provided to me but I had them.   And those are the

11:14:29 18  EMT textbooks.

11:14:31 19       Q.   And I think we were provided with what

11:14:34 20  you referenced in those textbooks.   Were you also

11:14:38 21  provided -- you list in your report the St. Lucie

11:14:42 22  Medical Center emergency provider report?

11:14:43 23       A.   Yes.   That is the ER chart.   I

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

51

11:14:46  1  mentioned that.

11:14:46  2       Q.   Were you provided the entire chart from

11:14:52  3  St. Lucie Medical Center?  It doesn't look like you

11:14:55  4  did.

11:14:56  5       A.   I will tell you what I got.  I have

11:15:05  6  pages 1 through 14 of 14, that's it.

11:15:09  7       Q.   So the entire chart probably is close

11:15:14  8  to 1,000 pages you have not seen?

11:15:15  9       **MR. HECHT:**  Form.

11:15:17  10      **THE WITNESS:**  No.  So labs might be

11:15:20  11 excluded, but that's all I had.

11:15:25  12      **BY MS. TYKE:**

11:15:27  13      Q.   You handed me this morning a report

11:15:30  14 that you prepared in this matter; is that correct?

11:15:34  15      A.   Yes.

11:15:34  16      Q.   Does this report contain all of your

11:15:38  17 opinions in this matter?

11:15:38  18      A.   Probably not.

11:15:40  19      Q.   Have you let counsel know that you have

11:15:45  20 additional opinions?

11:15:46  21      A.   No.  I put in it in the report that if

11:15:51  22 any additional forensic information is presented to

11:15:52  23 me because at the time of the report I couldn't

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

52

| | | |
|---|---|---|
| 11:15:53 | 1 | verify if the handcuffs were behind his back. |
| 11:15:57 | 2 | Since other information showed up, depositions, it |
| 11:15:58 | 3 | now is confirmed that not only were his handcuffs |
| 11:16:01 | 4 | behind his back.  When he ran, anywhere between 5 |
| 11:16:05 | 5 | and 20 feet, it can be 5 to 8, 6 to 8, 10 and even |
| 11:16:10 | 6 | 15 to 20 feet, he ran a certain distance of say |
| 11:16:13 | 7 | roughly 10 feet.  He was taken to the ground by |
| 11:16:16 | 8 | three deputies totaling about 700 pounds, including |
| 11:16:22 | 9 | Newman, who is 205 pounds, directly on his back |
| 11:16:28 | 10 | with his hands behind his back sustaining head |
| 11:16:32 | 11 | trauma.  When you break your nose in multiple |
| 11:16:34 | 12 | pieces on both sides and you have bruises all about |
| 11:16:35 | 13 | the face that is considered head traumatic.  And |
| 11:16:37 | 14 | I'm a former advanced cardiac life support |
| 11:16:42 | 15 | instructor through the American College of |
| 11:16:45 | 16 | Surgeons, it is not correct to say it is not head |
| 11:16:48 | 17 | trauma, it is just to his face.  The face is part |
| 11:16:52 | 18 | of the head and you have blunt force head trauma to |
| 11:16:55 | 19 | this patient with an unprotected fall.  He can't |
| 11:16:59 | 20 | break his fall that is, and 205 pounds are on his |
| 11:17:03 | 21 | back, so that is a very significant force applied |
| 11:17:06 | 22 | to his head. |
| 11:17:07 | 23 | Q.   So what additional opinions are not |

EXHIBIT C

11:17:12  1  contained in this report?

11:17:12  2      **A.**   That his hands were cuffed behind him

11:17:16  3  the whole duration.

11:17:17  4      **Q.**   Isn't that really just your

11:17:19  5  understanding of the facts versus an opinion?

11:17:22  6      **A.**   No.  If it's my opinion that since he

11:17:24  7  couldn't protect his fall, all the force was

11:17:26  8  applied to his head on the fall with a significant

11:17:28  9  blunt force head traumatic.  It is confirmed now.

11:17:32 10  It's not just facial traumatic as Lindsey tried to

11:17:37 11  point out.  This is significant head trauma.  This

11:17:38 12  is a contraindication to the use of Ativan.

11:17:40 13      **Q.**   Any other opinion not contained in this

11:17:43 14  report?

11:17:43 15      **A.**   Unless more information becomes

11:17:46 16  available the report stands as it is and I don't

11:17:49 17  have any new opinions.

11:17:51 18      **Q.**   Okay.  And will you be providing an

11:17:54 19  amendment to your report to include that?

11:17:56 20      **A.**   No.  I will just mention that we now

11:18:00 21  have it confirmed that the hands were cuffed behind

11:18:04 22  the back.

11:18:05 23      **Q.**   What I'm going to do is attach this

EXHIBIT C

11:18:07  1  report as Exhibit 3 and you are aware that?

11:18:07  2         **The following was marked for Identification:**

11:18:20  3         **EXH. 3       Report of Dr. Sterba**

11:18:20  4         **BY MS. TYKE:**

11:18:21  5         **Q.**   And you are aware that this case is in

11:18:22  6  Federal Court?

11:18:23  7         **A.**   I don't know what that means.

11:18:25  8         **Q.**   That expert reports are required under

11:18:27  9  the rules, so will you be providing an amendment to

11:18:28  10  your report that contains your new opinion and the

11:18:31  11  basis for that opinion?

11:18:32  12         **MR. HECHT:**  Form.

11:18:33  13         **THE WITNESS:**  No.  It is not necessary.

11:18:36  14  Everybody knows that he was cuffed behind his back.

11:18:38  15  It is not necessary.

11:18:40  16         **MS. TYKE:**  Adam, do you know if you are

11:18:42  17  going to be providing us with an additional report?

11:18:45  18         **MR. HECHT:**  If we do we will let you know.

11:18:47  19         **THE WITNESS:**  I don't need to.

11:18:49  20         **MR. HECHT:**  The fact that the officers had

11:18:53  21  Mr. Docher handcuffed behind his back is something

11:18:57  22  that he is telling you right now and you can

11:19:00  23  certainly ask him about it.  And if we do file an

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

55

| | | |
|---|---|---|
| 11:19:05 | 1 | amended report, we will provide that to you. |
| 11:19:08 | 2 | **BY MS. TYKE:** |
| 11:19:10 | 3 | Q.   Are there other materials that you are |
| 11:19:11 | 4 | requesting or that you have asked for before you |
| 11:19:15 | 5 | can finalize your opinions? |
| 11:19:16 | 6 | A.   I did ask for other information that |
| 11:19:19 | 7 | was not provided. |
| 11:19:20 | 8 | Q.   And what information did you ask for |
| 11:19:23 | 9 | that has not been provided? |
| 11:19:24 | 10 | A.   Complete drug list of what was onboard |
| 11:19:27 | 11 | the ambulance, whether or not there was a |
| 11:19:32 | 12 | refrigerator to refrigerate the Ativan.  There were |
| 11:19:32 | 13 | a few more things that I asked for that didn't show |
| 11:19:34 | 14 | up.  They will probably show up eventually and if I |
| 11:19:36 | 15 | have additional opinions I will put an addendum to |
| 11:19:39 | 16 | my report of 5/22/17. |
| 11:19:42 | 17 | Q.   Do you remember any other information |
| 11:19:45 | 18 | that you've requested? |
| 11:19:46 | 19 | A.   No.  Drug list, whether or not Ativan |
| 11:19:51 | 20 | was refrigerated.  It's minor. |
| 11:19:58 | 21 | Q.   Okay.  Did anyone assist you in |
| 11:20:03 | 22 | preparing your report? |
| 11:20:05 | 23 | A.   No. |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

56

| | |
|---|---|
| 11:20:05   1 | **Q.**   Are you being compensated for your |
| 11:20:16   2 | expert opinions in this case? |
| 11:20:18   3 | **A.**   I don't request any money.  Benjamin -- |
| 11:20:24   4 | what was the last name? |
| 11:20:26   5 | **Q.**   Newman? |
| 11:20:28   6 | **A.**   Newman.  I received a check for $2,000, |
| 11:20:33   7 | but I asked for it to be donated directly to the |
| 11:20:37   8 | public charity Saved by Grace Ministry.  I'm not |
| 11:20:40   9 | getting paid.  I use all money that comes in, |
| 11:20:43   10 | whether it is insurance money or co-pay as a tax |
| 11:20:49   11 | deductible donation.  Today a thank you note of the |
| 11:20:51   12 | tax deductible donation from his law firm is on its |
| 11:20:55   13 | way to him.  So I'm not compensated. |
| 11:20:58   14 | **Q.**   Has any other fees been paid in this |
| 11:21:01   15 | matter for your work? |
| 11:21:02   16 | **A.**   No.  It has all been donated to Saved |
| 11:21:07   17 | by Grace Ministry. |
| 11:21:07   18 | **Q.**   That's what I'm asking.  How much do |
| 11:21:11   19 | you charge for your time? |
| 11:21:12   20 | **A.**   It's in the report because you |
| 11:21:14   21 | requested that.  I think it's on the last page. |
| 11:21:14   22 | It's $350 an hour not including any clerical work |
| 11:21:19   23 | and I use a stopwatch.  You have a worksheet. |

*Sterba, MD - Tyke - 7/19/17*

57

11:21:23   1          Q.    I saw that.

11:21:26   2          A.    And that's 70 some hours over the past

11:21:32   3   three years.  I think I tallied it up for you last

11:21:35   4   night.  It's over three years.

11:21:42   5          Q.    Is this the worksheet?

11:21:44   6          A.    Yes.  Go to the last page, please.  Is

11:21:49   7   it 75.4 or something.

11:21:51   8          Q.    The last page of mine --

11:21:53   9          A.    72.5 hours Saved by Grace Ministry.

11:21:58  10   And this stuff hasn't been paid yet but it is in

11:22:02  11   process.  So the bulk of it has not been paid but

11:22:05  12   it will be paid to Saved by Grace Ministry.

11:22:07  13          Q.    And we will attach this as Exhibit 4,

11:22:13  14   this is a worksheet of the time that you spent on

11:22:15  15   this matter.

11:22:15  16          **The following was marked for Identification:**

11:22:39  17          **EXH. 4        Worksheet**

11:22:39  18          **BY MS. TYKE:**

11:22:42  19          Q.    While I'm here we will look through.

11:22:44  20   You handed me -- and I'm sorry, I guess you kind of

11:22:50  21   explained it to me.  This Wikipedia page for --

11:22:55  22   what is it?

11:22:56  23          A.    Prior to this case based on my training

*Sterba, MD - Tyke - 7/19/17*

58

| | | |
|---|---|---|
| 11:23:00 | 1 | and experience as a civilian and military emergency |
| 11:23:04 | 2 | physician including special operations various |
| 11:23:08 | 3 | forms of torture were well known to me and their |
| 11:23:12 | 4 | physiological effects.  Some of which I'm not |
| 11:23:15 | 5 | allowed to discuss because I have been debriefed by |
| 11:23:19 | 6 | the Department of the Navy.  What I can discuss -- |
| 11:23:21 | 7 | and I mentioned it to the attorneys, I can bring |
| 11:23:25 | 8 | out pictures of arms behind the back called reverse |
| 11:23:30 | 9 | hanging, and that's what I have here.  And it is a |
| 11:23:35 | 10 | form of torture, torture being defined as sadistic |
| 11:23:40 | 11 | pain induction while trying to retrieve |
| 11:23:45 | 12 | information, both of which were not in place in |
| 11:23:48 | 13 | this case.  This first one dated back to 1633 in |
| 11:23:53 | 14 | France.  If the person had been cuffed, if you |
| 11:23:56 | 15 | will, and then suspended by a rope with the arms |
| 11:24:00 | 16 | behind the back called reverse hanging or strappado |
| 11:24:04 | 17 | or corda as I mentioned here.  They often died |
| 11:24:09 | 18 | within an hour due to asphyxiation.  You can't |
| 11:24:10 | 19 | breathe.  In a way it's like a reverse crucifixion. |
| 11:24:14 | 20 | That technique is in play today overseas and has |
| 11:24:18 | 21 | been on the news.  I will not discuss how and why I |
| 11:24:22 | 22 | know this. |
| 11:24:23 | 23 |         The other one is a reverse hanging post that |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

59

| | | |
|---|---|---|
| 11:24:26 | 1 | is either at Dachau or Auschwitz.  And that was |
| 11:24:32 | 2 | done for torture.  And if you take a look at the |
| 11:24:35 | 3 | next page at Dachau you see an actual picture of |
| 11:24:40 | 4 | two people alive and one person dead on the ground. |
| 11:24:44 | 5 | You don't die from the shoulders dislocating and |
| 11:24:47 | 6 | the pain.  You die from asphyxiation. |
| 11:24:51 | 7 | The next picture shows a demonstration of |
| 11:24:51 | 8 | how it is done including today.  And the next |
| 11:24:54 | 9 | picture is a recreation of how it has been most |
| 11:24:58 | 10 | recently done in China.  This is a demonstration of |
| 11:25:06 | 11 | asphyxiation or suffocation, which is an impairment |
| 11:25:10 | 12 | of ventilation mechanically preventing the exchange |
| 11:25:14 | 13 | of CO2 and oxygen.  In other words, the chest can |
| 11:25:18 | 14 | not rise and fall, you cannot breathe.  And that is |
| 11:25:20 | 15 | part of what was happening to Docher on the ground |
| 11:25:23 | 16 | with his arms being pulled up but also with the 330 |
| 11:25:28 | 17 | to 335 pound Deputy Newman stepping between the |
| 11:25:33 | 18 | shoulder blades pushing the chest into the ground. |
| 11:25:36 | 19 | And right now -- |
| 11:25:39 | 20 | **MR. HECHT:**  I think you said 135 pounds. |
| 11:25:42 | 21 | **THE WITNESS:**  I meant 330 to 335 pound |
| 11:25:46 | 22 | Deputy Mangrum stepping in between the shoulder |
| 11:25:49 | 23 | blades as the sheriff's office investigator |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

60

| | | |
|---|---|---|
| 11:25:56 | 1 | documented on that page 5. |
| 11:25:59 | 2 | **MS. TYKE:**  I will attach this as Exhibit 5 |
| 11:26:02 | 3 | to your deposition. |
| 11:26:02 | 4 | **The following was marked for Identification:** |
| 11:26:02 | 5 | **EXH. 5         Wikipedia Pages** |
| 11:26:02 | 6 | **BY MS. TYKE:** |
| 11:26:05 | 7 | **Q.**   Looking in these photographs it looks |
| 11:26:07 | 8 | like the majority -- all of the photographs show |
| 11:26:11 | 9 | individuals who are in an upright position with |
| 11:26:14 | 10 | their arms outstretched behind their back and are |
| 11:26:18 | 11 | lifted above the ground, is that an accurate |
| 11:26:22 | 12 | description? |
| 11:26:22 | 13 | **A.**   That is half of what was done to |
| 11:26:25 | 14 | Docher. |
| 11:26:27 | 15 | **Q.**   I'm just asking about the photos. |
| 11:26:30 | 16 | **A.**   This is true.  They are being lifted |
| 11:26:31 | 17 | off the ground.  And so was Docher, but there was |
| 11:26:35 | 18 | also a foot pressing his chest back into the ground |
| 11:26:35 | 19 | with pressure applied.  This describes half of what |
| 11:26:40 | 20 | was happening to Docher, that's why Docher lost |
| 11:26:43 | 21 | consciousness from asphyxiation and suffocation so |
| 11:26:46 | 22 | quickly.  But it gives a good illustration as to |
| 11:26:51 | 23 | how forms of torture have been done and are |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

61

11:26:53   1   currently being done worldwide.

11:26:56   2        **Q.**   Did you rely on this in any way in

11:27:00   3   forming any of your opinions?

11:27:01   4        **A.**   Not the pictures.  My knowledge

11:27:03   5   preceded this case on forms of torture.  And I'm

11:27:06   6   not at liberty to discuss who had it done to them.

11:27:10   7        **Q.**   I wasn't going to ask.

11:27:32   8        **A.**   Okay.

11:27:32   9        **MR. HECHT:**   Let's take a recess.

11:39:04 10        (A recess was then taken.)

11:39:04 11        **BY MS. TYKE:**

11:39:04 12        **Q.**   Doctor, before break we were talking

11:39:07 13   about the fees that you charge in this matter.  You

11:39:12 14   stated that on your report on page 18 you list that

11:39:15 15   your fees are $350 an hour for review, a flat fee

11:39:19 16   of $2,000 for deposition.  It lists here that your

11:39:24 17   fees for trial are 2,000 per day, plus $1,000 per

11:39:28 18   day for travel outside of trial days, is that

11:39:32 19   accurate?

11:39:34 20        **A.**   Yes, ma'am.

11:39:35 21        **Q.**   Do you also charge for your travel

11:39:37 22   expenses?

11:39:38 23        **A.**   I would submit a trip report like I

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

62

| | |
|---|---|
| 11:39:42 | 1 | would for a scientific trip for the military for |
| 11:39:45 | 2 | full reimbursement, modest lodging, coach. |
| 11:39:53 | 3 | Q. You mentioned as you were going through |
| 11:40:04 | 4 | your notebook that you have notes, did you provide |
| 11:40:09 | 5 | me with a copy of your notes? |
| 11:40:10 | 6 | A. I don't have any notes. |
| 11:40:13 | 7 | Q. One of the tabs you stated was various |
| 11:40:17 | 8 | notes? |
| 11:40:17 | 9 | A. What is that now? |
| 11:40:19 | 10 | Q. When you were going through your |
| 11:40:21 | 11 | notebook. |
| 11:40:22 | 12 | A. These are keywords. I don't use -- |
| 11:40:25 | 13 | like on a deposition where you have keywords at the |
| 11:40:28 | 14 | end, I find that hard to use. What I do is I put |
| 11:40:33 | 15 | down like restraint protocol, I will write that off |
| 11:40:36 | 16 | on the side so I know how to get to it quickly. |
| 11:40:41 | 17 | Q. And I guess I got confused because I |
| 11:40:42 | 18 | thought one of the tabs you said were some |
| 11:40:43 | 19 | handwritten notes? |
| 11:40:44 | 20 | A. I don't have any interpretive notes or |
| 11:40:47 | 21 | opinions or anything on these things. These are |
| 11:40:52 | 22 | just to help me quickly get to sections. |
| 11:40:53 | 23 | Q. No. I know about those documents. I'm |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

63

11:40:56  1   talking about under the tabs.

11:40:58  2          A.   Yes.  I see what you mean.  I don't

11:41:00  3   know whose notes they are.  They are pretty hard to

11:41:04  4   read.  I can go to those if you want.

11:41:05  5          Q.   But none of those are your personal

11:41:07  6   handwritten notes in this matters?

11:41:10  7          A.   No.  And I don't think I read them that

11:41:13  8   carefully.

11:41:15  9          Q.   That's what I'm trying to figure out,

11:41:17  10  if you have any personal hand notes or timelines in

11:41:21  11  this matter?

11:41:21  12         A.   No.

11:41:21  13         Q.   When did you start doing expert legal

11:41:28  14  reviews?

11:41:29  15         A.   I did 41 military cases active duty on

11:41:35  16  determining the causes of death of the

11:41:37  17  physiological factors while on active duty, '86 to

11:41:43  18  '90.  And, of course, that is no charge, that is

11:41:49  19  just part of my job.  I was selected as the subject

11:41:52  20  matter expert on diving medicine.  I was involved

11:41:56  21  in a lot of accident investigations, that's when I

11:41:59  22  started.

11:42:01  23         Q.   So about '86?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

64

| | | |
|---|---|---|
| 11:42:03 | 1 | **A.** '86. And from 1977 through 1981 I did |
| 11:42:11 | 2 | not forensically look at cases, but I did |
| 11:42:17 | 3 | investigate all cold water drowning cases as part |
| 11:42:21 | 4 | of my Ph.D. thesis on cold water near drowning and |
| 11:42:25 | 5 | the diving response. |
| 11:42:26 | 6 | **Q.** When did you begin to do expert legal |
| 11:42:30 | 7 | reviews for private law firms? |
| 11:42:32 | 8 | **A.** Being that I was the Navy experts on |
| 11:42:35 | 9 | diving medicine, in 1994 I was contacted by Mr. |
| 11:42:39 | 10 | William Norton, and he asked for me to forensically |
| 11:42:45 | 11 | evaluate why a student scuba diver died off of West |
| 11:42:53 | 12 | Palm Beach. I determined the cause of death was |
| 11:42:56 | 13 | drowning being that his tank was never turned on. |
| 11:43:00 | 14 | And he asked me how much I charge. And I said |
| 11:43:04 | 15 | there is no charge. And he insisted, so I charged |
| 11:43:09 | 16 | him. Since that point on I did charge but I can't |
| 11:43:15 | 17 | tell you the number of years that have gone by |
| 11:43:18 | 18 | where I didn't personally charge. I just ask for |
| 11:43:22 | 19 | donations to the public charity. 100 percent of |
| 11:43:22 | 20 | that money is spent caring for those of greater |
| 11:43:25 | 21 | need. |
| 11:43:25 | 22 | **Q.** So we can just go back to the question |
| 11:43:27 | 23 | that I asked. Is it accurate that you started |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

65

11:43:30 1  reviewing cases for private firms or attorneys

11:43:35 2  around 1994?

11:43:37 3       A.   Yes.   That includes DOJ and JAG.   They

11:43:41 4  were military and there were also criminal cases

11:43:44 5  involved.   And I am involved in those now.   Nothing

11:43:48 6  active, but trying to determine how and why people

11:43:51 7  die from torture, from asphyxiation and things

11:43:56 8  related to my research.

11:44:00 9       Q.   Currently how many active cases are you

11:44:04 10 reviewing as an expert?

11:44:08 11      A.   Maybe three.   This one and two others

11:44:13 12 in South Carolina.

11:44:21 13      Q.   I know this one is on behalf of the

11:44:23 14 plaintiff.   The two that are in South Carolina are

11:44:28 15 they for the plaintiff or the defense?

11:44:30 16      A.   The plaintiff.   The contact I have with

11:44:33 17 defense attorneys I do the forensic evaluation and

11:44:36 18 almost always find fault with a provider or a

11:44:41 19 problem or that the patient was going to naturally

11:44:44 20 die anyway.   And I render those opinions over the

11:44:47 21 phone or in written reports.   And I've only

11:44:51 22 testified once on behalf of another physician on

11:44:54 23 his defense.   My work is one-third defense,

EXHIBIT C

*Sterba, MD – Tyke – 7/19/17*

66

11:44:58  1 | two-thirds plaintiff and occasional criminal.

11:45:05  2 |     **Q.**   Now, when you say your work, are you

11:45:09  3 | including cases in which you are not giving

11:45:12  4 | testimony?

11:45:13  5 |     **A.**   Yes.  That would be a lot of the

11:45:15  6 | defense work, they want me to carefully go over

11:45:19  7 | everything and explain what happened and why.

11:45:23  8 |     **Q.**   Now, if we broke that down into

11:45:27  9 | testimony in the last four years, what percentage

11:45:31 10 | do you testify for plaintiffs versus defense?

11:45:35 11 |     **A.**   100 percent plaintiff.  I have not been

11:45:38 12 | asked to testify against the defendants by the

11:45:43 13 | defense.

11:45:44 14 |     **Q.**   You mean on behalf of the defendant?

11:45:48 15 |     **A.**   Yes.  I don't know the terms, but the

11:45:51 16 | defense attorneys asked me to evaluate the cases

11:45:54 17 | where I found that there was fault and I explained

11:45:57 18 | everything.  Of course, I was not asked to testify

11:45:59 19 | to hurt their client.

11:46:03 20 |     **Q.**   Do you review cases for the defense for

11:46:10 21 | anybody in Florida?

11:46:12 22 |     **A.**   Yes.

11:46:13 23 |     **Q.**   Anybody that you regularly have contact

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

67

| | | |
|---|---|---|
| 11:46:16 | 1 | with? |
| 11:46:16 | 2 | **A.**   No.   Long firm names, Italian names on |
| 11:46:23 | 3 | the west coast, but I don't remember their names. |
| 11:46:26 | 4 | I'm sorry.  I don't keep a list of anything.  It is |
| 11:46:29 | 5 | not that frequent. |
| 11:46:32 | 6 | **Q.**   To your knowledge has any of your |
| 11:46:54 | 7 | opinions ever been disqualified or limited by any |
| 11:46:56 | 8 | court? |
| 11:46:57 | 9 | **A.**   None.  No fees have ever been rejected |
| 11:47:03 | 10 | by any judge either. |
| 11:47:05 | 11 | **Q.**   Have you ever worked with the law firm |
| 11:47:07 | 12 | of Searcy, Denney before? |
| 11:47:10 | 13 | **A.**   Yes. |
| 11:47:11 | 14 | **Q.**   Do you know how many times? |
| 11:47:11 | 15 | **A.**   No. |
| 11:47:12 | 16 | **Q.**   Do you have an estimate as to how many |
| 11:47:14 | 17 | cases you have reviewed for them? |
| 11:47:16 | 18 | **A.**   I don't. |
| 11:47:17 | 19 | **Q.**   Do you remember working with them in |
| 11:47:19 | 20 | the matter of Wax versus Tenant Health Systems? |
| 11:47:23 | 21 | **A.**   I remember the name Wax but I don't |
| 11:47:25 | 22 | remember the case. |
| 11:47:25 | 23 | **Q.**   Do you remember a case called Olszewski |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

68

| | | |
|---|---|---|
| 11:47:30 | 1 | versus Orlando Regional Health Care? |
| 11:47:30 | 2 | A. Yes, but I don't remember the details. |
| 11:47:36 | 3 | Q. Any other matters besides those and |
| 11:47:45 | 4 | this Docher matter that you recall working with |
| 11:47:49 | 5 | Searcy, Denney on? |
| 11:47:49 | 6 | A. Yes, but I don't remember the names or |
| 11:47:51 | 7 | whatever the conditions were. They don't have any |
| 11:47:54 | 8 | bearings on this case. This is very unique. |
| 11:47:57 | 9 | Q. That was going to be my next question, |
| 11:48:00 | 10 | have you been an expert in any case with similar |
| 11:48:03 | 11 | factual situation as this one? |
| 11:48:05 | 12 | A. No. |
| 11:48:06 | 13 | Q. I want to go through your report. If |
| 11:48:34 | 14 | you turn to the page 1, the very top says the |
| 11:48:37 | 15 | complete statement of all opinions the witness will |
| 11:48:39 | 16 | express and the basis and the reasons for them and |
| 11:48:41 | 17 | the facts and the data considered by the witness in |
| 11:48:44 | 18 | forming them. We learned today this report does |
| 11:48:48 | 19 | not contain all of your opinions, is that accurate? |
| 11:48:51 | 20 | A. It does. It contains all of my |
| 11:48:55 | 21 | opinions as of the date of this report. If further |
| 11:48:59 | 22 | information becomes available as I put that in the |
| 11:49:02 | 23 | report then I reserve the right to make further |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

69

11:49:05  1  opinions.

11:49:05  2          Q.   My question was I thought today you've

11:49:09  3  given me an additional opinion that is not

11:49:13  4  contained in this report?

11:49:15  5          A.   Have I?

11:49:19  6          **MR. HECHT:**  I can't answer.

11:49:19  7          **THE WITNESS:**  All I said was that I thought

11:49:20  8  the hands were cuffed behind the back.  And in the

11:49:24  9  depositions they confirmed the hands were cuffed

11:49:26 10  behind the back.  I put it in the report as of the

11:49:29 11  date of this report I can't confirm if the hands

11:49:32 12  were cuffed behind the back.  If the information

11:49:35 13  becomes available, but it doesn't change anything.

11:49:40 14          **BY MS. TYKE:**

11:49:40 15          Q.   Okay.  We will go through the report.

11:49:43 16          A.   Okay.

11:49:44 17          Q.   It starts off it looks like a forensic

11:49:48 18  summary and your opinions?

11:49:49 19          A.   Right.

11:49:50 20          Q.   And there is a few questions that I

11:49:53 21  have as we go through this report.  The very first

11:49:57 22  paragraph you state Sheriff's office, SO officers

11:50:02 23  and eyewitness observed Mr. Docher to be agitated

EXHIBIT C

11:50:06  1   and delusional.  When you state agitated and

11:50:11  2   delusional, can you specifically tell me what they

11:50:15  3   stated was his actions that led you to that

11:50:18  4   conclusion?

11:50:20  5        **A.**   References 1 and 2, and St. Lucie

11:50:27  6   statement forms.

11:50:31  7        **Q.**   I know what you are referencing.  What

11:50:33  8   I'm asking you is can you tell me specifically what

11:50:37  9   you read in those that led you to the conclusion

11:50:41 10   that he was agitated and delusional?

11:50:43 11        **A.**   They concluded that.

11:50:45 12        **Q.**   Have you concluded that?

11:50:46 13        **A.**   Yes.

11:50:46 14        **Q.**   What in their statements led you to

11:50:48 15   that conclusion?

11:50:49 16        **A.**   He was confused, he was nervous,

11:50:52 17   agitated and he believed something that wasn't

11:50:54 18   true.  But at CVS he had no evidence of what is

11:50:59 19   called excited delirium or super human strength or

11:51:04 20   anything to indicate drug overdose of any

11:51:09 21   sympathomimetic drug or cocaine or methamphetamine

11:51:12 22   type drug.  He was very polite, he was worried, he

11:51:15 23   wanted 911 called, he was scared.  I think his

*Sterba, MD - Tyke - 7/19/17*

71

| | | |
|--|--|--|
| 11:51:19 | 1 | number one emotion was that he was very fearful and |
| 11:51:23 | 2 | his delusion was bizarre, but he did not really |
| 11:51:27 | 3 | pose any serious threat to anybody at that point. |
| 11:51:30 | 4 | He asked for 911 to be called.  And he politely |
| 11:51:34 | 5 | said when the police show up I will be outside |
| 11:51:38 | 6 | smoking.  And that is before all of this started. |
| 11:51:41 | 7 | He was scared and he believed something that wasn't |
| 11:51:43 | 8 | true. |
| 11:51:45 | 9 | **Q.**   But we are also talking about the |
| 11:51:49 | 10 | Sheriff's officers, you reference them? |
| 11:51:52 | 11 | **A.**   Yes.  Their reports. |
| 11:51:54 | 12 | **Q.**   And that would have been with the |
| 11:51:56 | 13 | interaction with the Sheriff's officers, is that |
| 11:51:59 | 14 | accurate? |
| 11:52:00 | 15 | **A.**   And also interviewing the eyewitnesses. |
| 11:52:03 | 16 | **Q.**   You just talked about inside the CVS. |
| 11:52:06 | 17 | Now going outside the CVS you mentioned excited |
| 11:52:11 | 18 | delirium, do you believe at any time Mr. Docher was |
| 11:52:14 | 19 | suffering from excited delirium? |
| 11:52:17 | 20 | **A.**   Excited delirium is not a medical |
| 11:52:20 | 21 | diagnosis.  It is a term that is used by police and |
| 11:52:23 | 22 | EMS.  It's not found in the American Medical |
| 11:52:27 | 23 | Association international classification of disease |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

72

11:52:30   1   addition 9 called ICD-9 back in 2014 or even now,

11:52:37   2   ICD-10.  As an emergency physician I have to find

11:52:40   3   out why somebody would be confused or delirious and

11:52:46   4   why they would be agitated.  So your question, do I

11:52:52   5   think he had excited delirium, no.  He did not have

11:52:56   6   any evidence of what is called excited delirium

11:53:00   7   prior to the police showing up.

11:53:02   8           Q.   Once the police showed up did he have

11:53:05   9   any signs or symptoms of excited delirium?

11:53:09   10           A.   From reading the testimony of the

11:53:12   11   deputies that were there who interviewed him, he

11:53:15   12   was compliant.  He put the screwdriver down, which

11:53:19   13   was for his own personal protection.  He was

11:53:22   14   cooperative.  His arms were rather animated and he

11:53:25   15   was rather verbose, which was his personality

11:53:30   16   according to his mother's deposition or testimony

11:53:35   17   or videotape I should say.  During that period of

11:53:38   18   time there was no evidence of what is called

11:53:41   19   excited delirium.  Was he delirious, exceptionally

11:53:44   20   confused, agitated and violent, no.  There was

11:53:47   21   nothing like that there.

11:53:48   22           Q.   Once he was placed in the vehicle and

11:53:52   23   he fled was there any signs or symptoms of excited

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

73

11:53:58  1  delirium?

11:53:58  2       **MR. HECHT:**  Form.

11:53:58  3       **THE WITNESS:**  I think at that point he was

11:54:01  4  scared that he was going to die.  He was fearful of

11:54:04  5  spec 14 6, that's special warfare SEAL team 6,

11:54:08  6  which he thought, and he saw a visual hallucination

11:54:11  7  that they were overhead in a black ops helicopter

11:54:16  8  attached to a local Sheriff's office and hiding

11:54:19  9  behind the brushes.  He was fearful of his life and

11:54:23 10  fearful that the Arabs were going to kill him and a

11:54:27 11  family member.  His primary emotion or mood at that

11:54:29 12  point or affect at that point was that he was

11:54:32 13  fearful.

11:54:33 14       **Q.**   Do you believe at that point he was

11:54:37 15  showing signs or symptoms of excited delirium?

11:54:39 16       **A.**    No, he was not.  He actually

11:54:43 17  voluntarily put his hands behind his back.  He was

11:54:47 18  cuffed.  He was put into the squad car with 700

11:54:51 19  pounds of deputies.  The three of them right there.

11:54:54 20  And he shot out, much to their embarrassment most

11:54:58 21  likely, and almost made it to the busy street.  I

11:55:02 22  can't remember the street name.  And it took

11:55:04 23  between 5 and 20 feet before they tackled him.

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

74

11:55:07  1          Q.   Do you remember in any of the witness

11:55:10  2  statements that they described prior to him fleeing

11:55:13  3  from the vehicle that he attempted to bite the

11:55:15  4  officers?

11:55:16  5          A.   I thought the biting was done after he

11:55:20  6  was put into the squad car.

11:55:21  7          Q.   That's what I just said.

11:55:23  8          A.   Yes.  That all came about with his

11:55:26  9  paranoia accelerating.  I can't tell you what was

11:55:30 10  in Tavares Docher's mind at that point, whether he

11:55:34 11  confused the police officers with Arabs or SEAL

11:55:38 12  team 6 or whatever.  He was crying out.  And I have

11:55:40 13  it right here on the DVD, please don't let them

11:55:45 14  kill me.  I don't know if he was calling out to the

11:55:48 15  people witnessing this or to the deputies that were

11:55:51 16  restraining him.  Nobody will know that.

11:55:53 17          Q.   During the time that he was interacting

11:55:56 18  with the officers after he fled and he was on the

11:55:59 19  ground, do you believe that he was experiencing or

11:56:02 20  exhibiting any signs or symptoms of excited

11:56:05 21  delirium?

11:56:05 22          A.   Yes.

11:56:06 23          Q.   At that time you believe that he was?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

75

11:56:09  1        A.    He was resisting arrest, he was

11:56:12  2   fearful, he thought he was being killed.  And was

11:56:16  3   he excited, yes.  Was he delirious, yes.  Was he

11:56:21  4   delusional, yes.  I don't use the term excited

11:56:24  5   delirium, that is a police officer/EMS term.

11:56:28  6   Either way he was doing everything he could to get

11:56:31  7   away.

11:56:32  8        Q.    Can you define for me what excited

11:56:35  9   delirium is?

11:56:35 10        A.    Not really being that it is not a

11:56:38 11   medical diagnosis.  What I can define for you is

11:56:41 12   that he was delusional, he was not agitated at the

11:56:44 13   beginning.  And prior to actually being cuffed --

11:56:47 14   even though he was a Backer act at that time

11:56:50 15   according to the testimony, he was cuffed and being

11:56:52 16   put into the squad car.  He did not show any

11:56:56 17   aggression, any agitation, he didn't fight, he was

11:57:02 18   agreeable.  He laid down his screwdriver.  He laid

11:57:06 19   it down actually and picked it up again at CVS.  He

11:57:12 20   was exhibiting the same cooperative behavior of a

11:57:18 21   very scared individual.  But excited delirium at

11:57:20 22   that point, no.

11:57:20 23        Q.    When do you believe that he started to

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

76

11:57:23  1  show signs of aggression?

11:57:26  2        A.    When he was fighting to get away from

11:57:29  3  the police -- I should say the Sheriff's office,

11:57:33  4  but if I say the police the same thing.

11:57:35  5        Q.    Would that include the time that he was

11:57:37  6  in the vehicle and attempted to bite some of the

11:57:39  7  officers before exiting the vehicle?

11:57:41  8        A.    I don't know when the bites occurred.

11:57:43  9        Q.    Do you recall there being witness

11:57:45  10  statements that he attempted to bite officers while

11:57:48  11  he was still in the vehicle?

11:57:49  12        A.    I don't remember.  I would have to look

11:57:51  13  that over again before the trial as to when he

11:57:55  14  started biting and spitting and kicking.  He did

11:57:58  15  try to knee one of the officers on the way out of

11:58:00  16  the vehicle, but his hands were behind his back,

11:58:03  17  that would be a hard one to do.  He is a wiry 150

11:58:06  18  skinny man, if you will.  Spitting and trying to

11:58:09  19  bite that was all happening.  He did make his way

11:58:12  20  into the vehicle without any trouble, but running

11:58:14  21  out of the vehicle is when it all began, it seems

11:58:18  22  to me.

11:58:19  23        Q.    The next line in your report you

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

77

11:58:24  1   discussed the smell of alcohol and that he had

11:58:27  2   reported drinking a Natty Ice, which is Natural Ice

11:58:32  3   beer.  You describe it as having a high alcohol

11:58:37  4   content.  Can you describe for me high alcohol

11:58:40  5   content?

11:58:40  6        A.    American watered down beer was 3 and a

11:58:44  7   half percent.  Ales can get up to 7 and 8 percent.

11:58:48  8   I had to look up Natty beer because I never had

11:58:51  9   one.  5.9 percent alcohol to me is a high alcohol

11:58:53 10   content beer.

11:58:56 11        Q.    Are you comparing it to other alcohol

11:58:59 12   based drinks such as wine or hard liquors?

11:59:04 13        A.    No.  Beer at our local store would have

11:59:08 14   right around 4 to 5 percent alcohol.  5.9 is

11:59:13 15   higher.

11:59:13 16        Q.    I just wanted to clarify when you said

11:59:16 17   high alcohol content if you were comparing it to

11:59:20 18   other alcoholic type of beverages?

11:59:22 19        A.    No.  I'm comparing it to other beers.

11:59:25 20   It is hard to go above that without turning into an

11:59:28 21   ale.

11:59:29 22        Q.    Do you know how many Natty Ice Docher

11:59:32 23   consumed?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

78

| | | |
|---|---|---|
| 11:59:33 | 1 | **A.**    He said he consumed more than one in |
| 11:59:36 | 2 | his testimony -- not testimony, but what was |
| 11:59:39 | 3 | mentioned that he had -- actually his comments made |
| 11:59:42 | 4 | to the deputies stated that he had -- I don't know |
| 11:59:46 | 5 | if it was a couple or a few.  So I don't know how |
| 11:59:50 | 6 | many he had.  His blood alcohol level was only .038 |
| 11:59:59 | 7 | roughly .04.  I don't know how many he had. |
| 12:00:01 | 8 | **Q.**    And can you quantify the .038 into how |
| 12:00:05 | 9 | many beers it would take to get to that level? |
| 12:00:08 | 10 | **A.**    No.  And it is the timing, too. |
| 12:00:11 | 11 | **Q.**    Do you know when he consumed these |
| 12:00:14 | 12 | Natty Ice? |
| 12:00:15 | 13 | **A.**    No.  He said he had more than one, but |
| 12:00:21 | 14 | they smelled the alcohol on his breath.  Can you |
| 12:00:24 | 15 | smell alcohol on the breath of somebody who is |
| 12:00:27 | 16 | blowing a .04, yes.  It doesn't mean he is legally |
| 12:00:32 | 17 | intoxicated to drive but he might be impaired.  I |
| 12:00:36 | 18 | don't know. |
| 12:00:36 | 19 | **Q.**    Was there anything to indicate that he |
| 12:00:38 | 20 | was impaired? |
| 12:00:40 | 21 | **A.**    He had an altered mental status being |
| 12:00:44 | 22 | delusional and I don't know if that contributed to |
| 12:00:46 | 23 | it. |

EXHIBIT C

| | | |
|---|---|---|
| 12:00:48 | 1 | Q. There was a place in your report that |
| 12:00:59 | 2 | mentioned that you thought that he had consumed |
| 12:01:03 | 3 | hard liquor? |
| 12:01:04 | 4 | A. That was mentioned, yeah, by one |
| 12:01:08 | 5 | report. |
| 12:01:08 | 6 | Q. Do you remember what type of hard |
| 12:01:12 | 7 | liquor that would be? |
| 12:01:13 | 8 | A. The word hard liquor was only used. |
| 12:01:16 | 9 | Q. Do you know when he would have consumed |
| 12:01:18 | 10 | that? |
| 12:01:18 | 11 | A. No. It was a comment made. |
| 12:01:21 | 12 | Q. You have no idea as to how much he |
| 12:01:24 | 13 | would have consumed? |
| 12:01:24 | 14 | A. I didn't see anything in the record. |
| 12:01:26 | 15 | Q. You mentioned his blood alcohol level |
| 12:01:30 | 16 | of .038 percent that was drawn over at the St. |
| 12:01:34 | 17 | Lucie County Medical Center, is that accurate? |
| 12:01:36 | 18 | A. Yes. |
| 12:01:37 | 19 | Q. And you would agree with me that is |
| 12:01:40 | 20 | below the Florida State legal limit of .08 percent? |
| 12:01:44 | 21 | A. For what? |
| 12:01:45 | 22 | Q. For blood alcohol level for drunk |
| 12:01:49 | 23 | driving? |

*Sterba, MD - Tyke - 7/19/17*

80

| | | |
|---|---|---|
| 12:01:49 | 1 | **A.**   Yes.  But you can still be impaired. |
| 12:01:52 | 2 | Family members that don't drink at .04 might be |
| 12:01:58 | 3 | somewhat impaired.  It looks like he might have |
| 12:02:01 | 4 | been drinking on a regular basis.  He had alcohol |
| 12:02:04 | 5 | on board in the past, so I really make any comments |
| 12:02:04 | 6 | other than two people documented, and it was passed |
| 12:02:07 | 7 | on to Rosario, that is Jose Rosario, paramedic.  I |
| 12:02:13 | 8 | will just refer to him respectfully as Rosario.  As |
| 12:02:15 | 9 | the smell of alcohol was on his breath by two of |
| 12:02:18 | 10 | the deputies. |
| 12:02:19 | 11 | **Q.**   And that goes to another question I was |
| 12:02:24 | 12 | going to ask, are you aware of Mr. Docher's history |
| 12:02:32 | 13 | with alcohol use? |
| 12:02:33 | 14 | **A.**   Yes.  It was mentioned in some of the |
| 12:02:36 | 15 | EMS run sheets from Miami. |
| 12:02:38 | 16 | **Q.**   Have you seen any of the medical |
| 12:02:41 | 17 | records from Broward Imperial Hospital where he was |
| 12:02:46 | 18 | treated for alcohol intoxication? |
| 12:02:50 | 19 | **A.**   No. |
| 12:02:50 | 20 | **Q.**   And do you know as to what his |
| 12:02:54 | 21 | impairment level given his history with drinking a |
| 12:02:59 | 22 | .03 would have on him? |
| 12:02:59 | 23 | **A.**   No. |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

81

| | | |
|---|---|---|
| 12:03:00 | 1 | Q. It was also mentioned in your report |
| 12:03:10 | 2 | about suspected drug abuse? |
| 12:03:12 | 3 | A. That was brought up by the deputies |
| 12:03:16 | 4 | mentioned to Rosario documented in Rosario's EMS |
| 12:03:19 | 5 | run sheet that alcohol and unknown drugs would be |
| 12:03:26 | 6 | involved being that he was so strong and |
| 12:03:28 | 7 | delusional. |
| 12:03:29 | 8 | Q. Have you seen the lab reports from St. |
| 12:03:35 | 9 | Lucie County Medical Center that has the toxicology |
| 12:03:37 | 10 | screen for various drugs? |
| 12:03:40 | 11 | A. Yes. And the only thing that I found |
| 12:03:42 | 12 | in the records that I received was THC, marijuana. |
| 12:03:45 | 13 | Q. A trace? |
| 12:03:46 | 14 | A. A trace, but I don't know if there were |
| 12:03:50 | 15 | any other drugs that were mentioned. Again, my |
| 12:03:53 | 16 | records are limited. |
| 12:03:55 | 17 | Q. I have here the labs. And, Doctor, |
| 12:04:36 | 18 | what I have handed to you is a copy of the drug |
| 12:04:38 | 19 | screen report for Tavares Docher from St. Lucie |
| 12:04:43 | 20 | County Medical Center which previously has not been |
| 12:04:46 | 21 | disclosed to you. Do you see the various drugs |
| 12:04:49 | 22 | that he was screened for? |
| 12:04:50 | 23 | A. Coke, amphetamines, barbs, benzos, none |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

82

| 12:04:56 | 1 | detected.  That is a qualitative measurement.  He |
| 12:05:00 | 2 | had Ativan given, that's strange.  Unless it's |
| 12:05:02 | 3 | looking at a metabolite and there was not enough |
| 12:05:05 | 4 | time to measure the byproduct of Ativan breakdown, |
| 12:05:08 | 5 | if you will.  Opiates, PCP and ecstasy, that is all |
| 12:05:11 | 6 | they checked.  And I thought I had something from |
| 12:05:15 | 7 | the ER.  The only thing I do remember is THC. |
| 12:05:20 | 8 | Q.  And you have not seen this before? |
| 12:05:24 | 9 | A.  No. |
| 12:05:24 | 10 | Q.  And so he would have been screened |
| 12:05:33 | 11 | negative for those various drugs that you just read |
| 12:05:36 | 12 | out? |
| 12:05:36 | 13 | A.  Yes.  It is not a comprehensive screen, |
| 12:05:39 | 14 | but that is what they tested for a few years back. |
| 12:05:43 | 15 | Q.  Do you have any other information, any |
| 12:05:49 | 16 | facts that would support that he was on any type of |
| 12:05:53 | 17 | illegal drugs? |
| 12:05:54 | 18 | A.  No.  When you look at his behavior at |
| 12:05:57 | 19 | CVS, it seemed he was afraid, mildly delusional and |
| 12:06:04 | 20 | seeking help and worried.  I don't see any |
| 12:06:08 | 21 | toxidromes, that is a constellation of signs and |
| 12:06:14 | 22 | symptoms that would point to any particular drug |
| 12:06:16 | 23 | that would overwhelm his ability to reason or act. |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

83

12:06:20  1  He was just scared and confused and delusional.

12:06:23  2          Q.   Do you have any opinion as to whether

12:06:27  3  he was on any illicit drugs at the time of the

12:06:31  4  incident on May 11, 2014?

12:06:35  5          A.   No, I don't.  I don't see any evidence

12:06:48  6  in the chart or his behavior I should say prior to

12:06:53  7  the incident with the deputies that he was on

12:06:56  8  anything.  That would have been quite significant.

12:07:02  9  And I do have something on page 7 of 14 that is

12:07:05  10  very similar to your printout here of urine tox

12:07:10  11  screen, urine drug screen.  So what you have is

12:07:16  12  similar to what was in the ER chart.  Eight drugs.

12:07:26  13  And all it is is a qualitative presume positive.

12:07:31  14  What you have is a quantitative whatever it was.

12:07:39  15          Q.   Presumptive positive.

12:07:39  16          A.   Okay.  It's the same thing.

12:07:45  17          Q.   And that is for the THC?

12:07:47  18          A.   Yes.

12:07:47  19          Q.   Which is marijuana?

12:07:48  20          A.   Right.  Even though I raised the

12:07:52  21  question of being on any other dangerous alcohol

12:07:56  22  like methanol or antifreeze, there was no osmolar

12:08:00  23  gap to indicate another alcohol in his system that

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

84

12:08:04  1  was affecting the measurement of the number of

12:08:08  2  particles in his blood stream osmolarity or

12:08:10  3  osmolality.  He didn't have any of that and no

12:08:12  4  crystals were seen on his urine testing.  All we

12:08:16  5  have is alcohol and a little bit of THC.

12:08:20  6       **Q.**   And as far as when he either consumed

12:08:25  7  or inhaled or however he did the THC, we don't

12:08:31  8  know?

12:08:31  9       **A.**   No, we don't.

12:08:38  10       **Q.**   As you were writing out your summary of

12:08:44  11  the facts in this case, this is your understanding

12:08:46  12  of all of the facts that you've learned through the

12:08:51  13  materials that you've read?

12:08:53  14       **A.**   Yes.

12:08:53  15       **Q.**   And the last paragraph on paragraph 1

12:09:04  16  you talk about when he's handcuffed by the

12:09:08  17  officers, when he escapes, when he thrust his knee

12:09:12  18  into one of the officers, when they are hanging

12:09:16  19  onto him 8 to 10 feet before forcibly being taken

12:09:21  20  to the ground with the handcuffs behind his back,

12:09:25  21  unable to protect his head from subsequent blunt

12:09:29  22  force trauma.  It sounds to me when you discussed

12:09:32  23  earlier you reviewed the officers' deposition, what

*Sterba, MD - Tyke - 7/19/17*

| | | |
|---|---|---|
| 12:09:35 | 1 | you were talking about that it confirmed what was |
| 12:09:38 | 2 | in your report, is that accurate? |
| 12:09:40 | 3 | **A.**   Yes. |
| 12:09:41 | 4 | **Q.**   So it is just an additional source of |
| 12:09:43 | 5 | information for that part of your report, is that |
| 12:09:48 | 6 | accurate? |
| 12:09:48 | 7 | **A.**   Sure. |
| 12:09:49 | 8 | **Q.**   And when you talk about subsequent |
| 12:09:54 | 9 | blunt force trauma, what are you talking about? |
| 12:09:57 | 10 | **A.**   Where are you at? |
| 12:09:59 | 11 | **Q.**   Page 1 of your report, the last |
| 12:10:02 | 12 | paragraph, unable to protect his head from |
| 12:10:06 | 13 | subsequent blunt force trauma. |
| 12:10:08 | 14 | **A.**   With being cuffed behind his back and |
| 12:10:11 | 15 | tackled with a 205 pound Deputy Newman on his back, |
| 12:10:17 | 16 | he had blunt force trauma to his head when he got |
| 12:10:21 | 17 | taken down to the asphalt. |
| 12:10:23 | 18 | **Q.**   Can you describe for me the specific |
| 12:10:25 | 19 | trauma that he sustained to his head? |
| 12:10:27 | 20 | **A.**   Bilateral nasal fractures and |
| 12:10:30 | 21 | contusions about the face that are listed on the |
| 12:10:33 | 22 | next page documented by the emergency physician, |
| 12:10:36 | 23 | head laceration to the right side of his head, head |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

86

| | | |
|---|---|---|
| 12:10:43 | 1 | bilateral depressed fractures of the facial nasal |
| 12:10:47 | 2 | bone, extensive soft tissue swelling over the face. |
| 12:10:52 | 3 | **Q.**   Is it your opinion that -- |
| 12:10:55 | 4 | **A.**   That came from the medical record. |
| 12:10:56 | 5 | **Q.**   Sure -- - the bilateral nasal fractures |
| 12:10:59 | 6 | occurred when he was taken to the ground? |
| 12:11:01 | 7 | **A.**   I can't tell you when it happened.  I |
| 12:11:05 | 8 | can't tell you when it happened.  But it happened, |
| 12:11:07 | 9 | I believe, as a result of falling, having somebody |
| 12:11:11 | 10 | on him.  And he did have strikes to the head, but |
| 12:11:16 | 11 | there is nothing in the chart to show that he had |
| 12:11:19 | 12 | strikes to his nose.  More likely than not with |
| 12:11:23 | 13 | medical certainty it was the result of a face plant |
| 12:11:27 | 14 | with his hands handcuffed behind his back being |
| 12:11:31 | 15 | tackled to the asphalt with a deputy on his back. |
| 12:11:34 | 16 | **Q.**   Is there a description of the |
| 12:11:37 | 17 | laceration to the right side of his head? |
| 12:11:39 | 18 | **A.**   Yes, in the ER chart. |
| 12:11:41 | 19 | **Q.**   And what is that description in the ER |
| 12:11:44 | 20 | chart? |
| 12:11:45 | 21 | **A.**   However long it was it was sutured.  I |
| 12:11:49 | 22 | can look it up.  It's there. |
| 12:11:52 | 23 | **Q.**   Was there any evidence of internal head |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

87

| | | |
|---|---|---|
| 12:11:56 | 1 | trauma? |
| 12:11:57 | 2 | **A.**    This is blunt force head traumatic, but |
| 12:12:00 | 3 | the CT was negative for any intracranial |
| 12:12:15 | 4 | hemorrhage. |
| 12:12:16 | 5 | **Q.**    And just in layman's terms that means |
| 12:12:23 | 6 | there was no evidence on CT of any internal bleed |
| 12:12:28 | 7 | in the brain? |
| 12:12:28 | 8 | **A.**    No brain bleed. |
| 12:12:30 | 9 | **Q.**    Was there any evidence on the CT scan |
| 12:12:33 | 10 | of any skull fracture? |
| 12:12:34 | 11 | **A.**    None.  Facial fractures, yes, but not |
| 12:12:38 | 12 | skull. |
| 12:12:38 | 13 | **Q.**    According to your review of the |
| 12:12:48 | 14 | materials in this case was Tavares Docher acting |
| 12:12:55 | 15 | agitated prior to the fall that occurred when him |
| 12:13:00 | 16 | and the officers kind of all came down together |
| 12:13:03 | 17 | after he escaped from the vehicle? |
| 12:13:05 | 18 | **A.**    Did you ask was he agitated before the |
| 12:13:08 | 19 | fall? |
| 12:13:08 | 20 | **Q.**    Yes. |
| 12:13:09 | 21 | **A.**    He was fearful, somewhat agitated, yes, |
| 12:13:13 | 22 | he was waiving his arms about with rather pressured |
| 12:13:21 | 23 | speech talking a lot about the visual |

EXHIBIT C

*Sterba, MD – Tyke – 7/19/17*

88

| | | |
|---|---|---|
| 12:13:23 | 1 | hallucinations that he was seeing, so there was |
| 12:13:27 | 2 | agitation. |
| 12:13:28 | 3 | **Q.**   Was there also aggression exhibited by |
| 12:13:35 | 4 | Mr. Docher -- |
| 12:13:36 | 5 | **A.**   No. |
| 12:13:37 | 6 | **MR. HECHT:**  Let her finish. |
| 12:13:39 | 7 | **BY MS. TYKE:** |
| 12:13:39 | 8 | **Q.**   Can I finish my question. |
| 12:13:41 | 9 | **A.**   I'm sorry, yeah. |
| 12:13:43 | 10 | **Q.**   Let me back up.  Sorry.  Was there any |
| 12:13:47 | 11 | aggression exhibited by Tavares Docher prior to the |
| 12:13:52 | 12 | fall with the law enforcement officers after he |
| 12:13:57 | 13 | escaped from the vehicle? |
| 12:13:58 | 14 | **A.**   Yes.  He tried to knee one and maybe |
| 12:14:05 | 15 | bite or something when he ran through the three |
| 12:14:08 | 16 | deputies. |
| 12:14:11 | 17 | **Q.**   How would you describe the laceration |
| 12:14:16 | 18 | that he sustained on the right side of his head? |
| 12:14:18 | 19 | **A.**   Page 3 of 14 laceration management of |
| 12:14:50 | 20 | wound, I would basically just read what the |
| 12:14:53 | 21 | emergency physician described it as, a right |
| 12:14:56 | 22 | temporal 3.0 centimeter laceration without foreign |
| 12:15:05 | 23 | body.  It required 5-0 Prolene sutures, a simple |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

89

12:15:18   1   suture, simple repair, that's all I can say.

12:15:21   2        Q.   You have no other information other

12:15:23   3   than what is contained in the emergency physician's

12:15:27   4   report?

12:15:27   5        A.   No.

12:15:27   6        Q.   As your report goes on it talks about

12:15:41   7   Mr. Docher resisting arrest, spitting, kicking and

12:15:45   8   trying to bite the officers?

12:15:48   9        A.   Yes.

12:15:50  10        Q.   So if you turn to page 2, your first

12:15:56  11   full paragraph discusses further physical restraint

12:16:00  12   upon Mr. Docher by the SO officers including

12:16:05  13   strikes to his face, head, chest and major muscles

12:16:10  14   of his right and left gluteal or buttocks and lower

12:16:16  15   back muscles, and that is based upon your review of

12:16:18  16   the materials, did the review of the deposition of

12:16:21  17   the officers add any additional information?

12:16:23  18        A.   Let's see.  References 2 through 4,

12:16:30  19   handwritten notes.  Not depos but the handwritten

12:16:36  20   notes, and the use of force incident report, and

12:16:39  21   the incident investigation report.  That is why I

12:16:44  22   mentioned it as such.

12:16:45  23        Q.   And it looks like here you list 1

EXHIBIT C

| | | |
|---|---|---|
| 12:16:50 | 1 | through 8, which is the documentation from the |
| 12:16:56 | 2 | emergency department of the various injuries that |
| 12:17:00 | 3 | he came in with, is that accurate? |
| 12:17:03 | 4 | **A.**   Yes. |
| 12:17:03 | 5 | **Q.**   And as to when he sustained all of |
| 12:17:09 | 6 | these various injuries during his interaction with |
| 12:17:12 | 7 | law enforcement up until the time that he was taken |
| 12:17:15 | 8 | to the emergency room, do you have any opinion as |
| 12:17:18 | 9 | to the timing of these? |
| 12:17:20 | 10 | **A.**   No. |
| 12:17:24 | 11 | **Q.**   The last one, number 8, can you explain |
| 12:17:32 | 12 | for me what that is? |
| 12:17:33 | 13 | **A.**   Yes.  The skeletal muscles have a very |
| 12:17:38 | 14 | sticky protein and when there is damage to the |
| 12:17:42 | 15 | skeletal muscles you can release this protein into |
| 12:17:44 | 16 | the blood stream, and that is what that means. |
| 12:17:48 | 17 | **Q.**   And when we are talking about skeletal |
| 12:17:51 | 18 | muscles, can you me what those are? |
| 12:17:53 | 19 | **A.**   Buttocks, lower back, the bruising over |
| 12:17:57 | 20 | major muscles groups and the video actually showed |
| 12:18:02 | 21 | that, the strikes. |
| 12:18:04 | 22 | **Q.**   When this muscle protein is released |
| 12:18:08 | 23 | into the circulation, does that cause anything or |

*Sterba, MD - Tyke - 7/19/17*

91

12:18:11  1  affect anything with Mr. Docher?

12:18:13  2         A.   Yes.  It can cause kidney damage.

12:18:16  3         Q.   Was there any evidence of kidney

12:18:18  4  damage?

12:18:18  5         A.   Indirectly, that's why he was put on

12:18:22  6  special IV fluids and it showed up in his urine.

12:18:28  7         Q.   If we turn to page 3 of your report we

12:18:43  8  already talked about the blood alcohol level.  You

12:18:55  9  talked about -- in your second paragraph, because

12:19:02  10  of the cardiopulmonary arrest that the emergency --

12:19:09  11  does ED mean emergency doctor?

12:19:12  12         A.   No.  Emergency department.

12:19:14  13         Q.   Emergency department was unable to

12:19:18  14  determine a complete medical history?

12:19:19  15         A.   Right.

12:19:19  16         Q.   In your review of the materials in this

12:19:36  17  case do you have any evidence that Mr. Docher was

12:19:38  18  taking or was prescribed antipsychotic medication

12:19:42  19  prior to May 11th, 2014?

12:19:45  20         A.   I do not.

12:19:47  21         Q.   Do you have any evidence that in this

12:19:53  22  case or facts that support that he was taking

12:19:55  23  prescription medications?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

92

| | | |
|---|---|---|
| 12:19:56 | 1 | **A.**    No.   Unknown. |
| 12:19:58 | 2 | **Q.**    And the same question for illicit |
| 12:20:05 | 3 | medications? |
| 12:20:05 | 4 | **A.**    The same.   Unknown. |
| 12:20:07 | 5 | **Q.**    And you also talk about do you believe |
| 12:20:11 | 6 | that Mr. Docher was an alcoholic? |
| 12:20:15 | 7 | **A.**    I don't know. |
| 12:20:16 | 8 | **Q.**    Do you believe that he had a history of |
| 12:20:21 | 9 | alcohol dependence? |
| 12:20:22 | 10 | **A.**    I don't know. |
| 12:20:23 | 11 | **Q.**    Have you seen anything that would |
| 12:20:26 | 12 | support that he was suffering from alcohol |
| 12:20:32 | 13 | withdrawal? |
| 12:20:33 | 14 | **A.**    No. |
| 12:20:33 | 15 | **Q.**    Or that he was suffering from delirium |
| 12:20:41 | 16 | tremors or DTs? |
| 12:20:42 | 17 | **A.**    No.   Or Wernicke's encephalopathy or |
| 12:20:47 | 18 | malnutrition, those are all consideration for an |
| 12:20:51 | 19 | emergency room physician for an unconscious |
| 12:20:51 | 20 | patient. |
| 12:20:53 | 21 | **Q.**    Did this affect in any way the ability |
| 12:20:56 | 22 | of the emergency room physician to be able to |
| 12:20:59 | 23 | provide care and treatment to Mr. Docher? |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

93

12:21:01  1      **A.**    No.  I don't have any negative comments

12:21:04  2  about the care rendered in the ER.  If I say ER, I

12:21:08  3  just mean ED.

12:21:10  4      **Q.**    I was trying to determine if the lack

12:21:14  5  of being able to obtain this information affected

12:21:17  6  the emergency department ability to treat or if you

12:21:20  7  have any comments about their treatment?

12:21:21  8      **A.**    I don't.

12:21:22  9      **Q.**    On page 4 you talk about the various --

12:21:37 10  your understanding of the facts prior to the

12:21:40 11  arrival of the emergency medical services EMS for

12:21:45 12  St. Lucie County Fire District from arriving.  And

12:21:51 13  then you say shortly before EMS arrived at an

12:21:55 14  unknown time, and were you able to later through

12:21:58 15  the run report determine what time they actually

12:22:03 16  arrived on scene?

12:22:05 17      **A.**    Yes.

12:22:05 18      **Q.**    Mr. Docher suddenly lost consciousness

12:22:11 19  as witnessed by the SO officers?

12:22:14 20      **A.**    Yes.  Specifically the former EMT

12:22:17 21  Deputy Mangrum who placed him unconsciously in the

12:22:22 22  recovery position and checked his pulse.  Although

12:22:26 23  nothing was ever mentioned as to what his pulse

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

94

12:22:28  1  was, rapid or weak or bounding.  And respirations,

12:22:33  2  other than it was shallow, which is very abnormal

12:22:39  3  for someone who was nearly asphyxiated to death.

12:22:44  4        **Q.**   When you say shallow breathing, can you

12:22:47  5  describe that for me?

12:22:48  6        **A.**   Abnormally inadequate exchange of air.

12:22:52  7        **Q.**   Would that mean that somebody -- well,

12:22:56  8  let's go.  What is the normal respiratory rate for

12:22:59  9  an adult male?

12:23:01 10        **A.**   It varies, but it can be like maybe 16

12:23:05 11  to 18 or so, but you have to also look as to not

12:23:09 12  just the rate but the depth.  And normal breathing

12:23:15 13  in and out versus heavy breathing versus

12:23:19 14  hyperventilation versus inadequate ventilation

12:23:20 15  breathing or inadequate shallow breathing.

12:23:22 16        **Q.**   How would that be observed?

12:23:27 17        **A.**   For having not been able to speak but

12:23:30 18  one to two word sentences, gasping saying I can't

12:23:32 19  brrr, and he didn't have enough air in his lungs to

12:23:37 20  say the word breath.  It is right here and I can

12:23:39 21  actually pull that up.

12:23:41 22        **Q.**   We will get to that in a minute.  I'm

12:23:44 23  asking generally how would one be able to observe

EXHIBIT C

12:23:48  1  that?

12:23:48  2       **A.**    I observed it before he lost

12:23:50  3  consciousness with --

12:23:51  4       **Q.**    I'm just talking generally, not about

12:23:54  5  Mr. Docher, just generally how would one observe

12:23:59  6  somebody who is exhibiting shallow breathing?

12:24:02  7       **A.**    Where it looks like he is not breathing

12:24:05  8  very well.

12:24:05  9       **Q.**    Would that be gasping?

12:24:08  10      **A.**    Gasping would be struggling to breathe,

12:24:13  11 having a shortness of breath or dyspnea.   Shallow

12:24:18  12 breathing would be inadequate ventilation.

12:24:21  13      **Q.**    Would someone with inadequate

12:24:24  14 ventilation have a higher or lower respiratory

12:24:27  15 rate?

12:24:27  16      **A.**    Both.  You can have shallow slow

12:24:31  17 respirations or shallow fast respirations.  We

12:24:34  18 don't know the rate.

12:24:36  19      **Q.**    Would shallow breathing affect

12:24:40  20 somebody's O2 level?

12:24:40  21      **A.**    It could.

12:24:40  22      **Q.**    How would that be affected?

12:24:42  23      **A.**    If the breathing was inadequate -- and

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

96

| | | |
|---|---|---|
| 12:24:45 | 1 | it was inadequate for him because he couldn't |
| 12:24:48 | 2 | breathe with a deputy stepping on his chest and |
| 12:24:51 | 3 | pulling his arms up in reverse hanging, you can see |
| 12:24:55 | 4 | that on the video that he was panting with very |
| 12:24:58 | 5 | shallow respirations only able to say okay, all |
| 12:25:01 | 6 | right.  I can't brrr.  And he actually ran out of |
| 12:25:04 | 7 | air before he said the word breathe at 37 to |
| 12:25:09 | 8 | 38 seconds into that video. |
| 12:25:11 | 9 | Q.   Do you know the time that the video was |
| 12:25:14 | 10 | taken? |
| 12:25:14 | 11 | A.   The time of day? |
| 12:25:15 | 12 | Q.   Yes. |
| 12:25:16 | 13 | A.   No. |
| 12:25:16 | 14 | Q.   Do you know when in the course of the |
| 12:25:18 | 15 | interaction with the law enforcement officers that |
| 12:25:22 | 16 | the video was taken? |
| 12:25:24 | 17 | A.   Roughly, but not accurately. |
| 12:25:26 | 18 | Q.   When do you understand it to be? |
| 12:25:28 | 19 | A.   EMS was dispatched, we can look up at |
| 12:25:31 | 20 | the timeline, but I don't have the exact minutes as |
| 12:25:34 | 21 | to when these things happened. |
| 12:25:36 | 22 | Q.   How do you know that EMS was already |
| 12:25:38 | 23 | dispatched when that video was taken? |

EXHIBIT C

| | | |
|---|---|---|
| 12:25:43 | 1 | **A.**   I don't.  We're trying to get you |
| 12:25:43 | 2 | medical help, I'm assuming that EMS had been |
| 12:25:46 | 3 | dispatched.  I would have to go back over the |
| 12:25:47 | 4 | timeline for the trial to find out when.  I don't |
| 12:25:50 | 5 | have any timeline of the cell phone video to match |
| 12:25:54 | 6 | it accurately. |
| 12:25:55 | 7 | **Q.**   You don't know one way or the other if |
| 12:25:58 | 8 | EMS had been dispatched at that point? |
| 12:26:00 | 9 | **A.**   At the minute 37 to 38 second mark I |
| 12:26:04 | 10 | don't know. |
| 12:26:04 | 11 | **Q.**   And do you know when in relation to |
| 12:26:07 | 12 | when EMS actually did arrive that that video was |
| 12:26:11 | 13 | taken? |
| 12:26:12 | 14 | **A.**   No. |
| 12:26:12 | 15 | **Q.**   And you mentioned in your report how |
| 12:26:27 | 16 | long he lost consciousness, you don't know the |
| 12:26:29 | 17 | duration of time? |
| 12:26:30 | 18 | **A.**   I don't.  One other thing I did |
| 12:26:33 | 19 | request, it comes to mind, as far as setting up a |
| 12:26:37 | 20 | timeline, was there any CVS video taken of the |
| 12:26:42 | 21 | parking lot. |
| 12:26:42 | 22 | **Q.**   And you have not seen that? |
| 12:26:44 | 23 | **A.**   Is there one of the parking lot? |

EXHIBIT C

12:26:47  1          Q.    Yes.

12:26:48  2          A.    There is.  How come I have not seen it

12:26:51  3  as the forensic examiner?

12:26:53  4          Q.    I don't know.

12:26:54  5          A.    Oh, okay.  So I reserve the right to

12:26:57  6  amend my report and come up with more opinions once

12:27:02  7  that video with the timeline on it is presented to

12:27:06  8  me so I can put together how long he was

12:27:09  9  unconscious and how much time elapsed before EMS

12:27:13 10  showed up.

12:27:14 11          Q.    Did you review -- you did receive as

12:27:17 12  part of your review the incident investigation

12:27:20 13  report, did you not read the paragraph that goes

12:27:23 14  into detail as to the contents of the CVS parking

12:27:27 15  lot video?

12:27:28 16          A.    Yes, but I haven't seen the video.

12:27:31 17          Q.    Did you see the timeline where it goes

12:27:34 18  minute by minute as to what the video actually

12:27:37 19  shows?

12:27:37 20          A.    No.

12:27:38 21          Q.    It is in the report and materials that

12:27:40 22  you have been provided?

12:27:41 23          A.    I would like to see that again.  Let me

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

99

| | | |
|---|---|---|
| 12:27:49 | 1 | make sure.  Do you have it there so I can find it |
| 12:27:53 | 2 | in mine? |
| 12:27:54 | 3 | Q.    You list it as number 2 of your |
| 12:28:01 | 4 | exhibits. |
| 12:28:02 | 5 | A.    The timeline for the video from CVS. |
| 12:28:10 | 6 | Q.    So the video itself is something that |
| 12:28:12 | 7 | you have asked for and you have not been provided |
| 12:28:14 | 8 | in this case? |
| 12:28:15 | 9 | MR. HECHT:  Form. |
| 12:28:17 | 10 | BY MS. TYKE: |
| 12:28:18 | 11 | Q.    Doctor. |
| 12:28:18 | 12 | A.    I'm thinking.  You mentioned this as |
| 12:28:33 | 13 | one of my references on page 15, what number? |
| 12:28:37 | 14 | Q.    Number 2. |
| 12:28:38 | 15 | A.    St. Lucie County Sheriff's office |
| 12:28:43 | 16 | incident investigation report.  Okay.  I know where |
| 12:28:47 | 17 | that is.  It says I then reviewed the CVS in store |
| 12:29:52 | 18 | video Docher seen entering at 17:57.  I don't have |
| 12:29:56 | 19 | that other than the case supplemental report by |
| 12:30:02 | 20 | Blatchford. |
| 12:30:02 | 21 | Q.    So you don't actually have the video? |
| 12:30:03 | 22 | A.    No.  At 18:20 Docher in handcuffs, |
| 12:30:07 | 23 | 18:22 the deputies appear back in camera, Docher |

*Sterba, MD - Tyke - 7/19/17*

100

12:30:11  1  appears on the ground, struggling to control

12:30:17  2  Docher.  18:21, a minute earlier, Sean Mahoney and

12:30:22  3  Docher are on camera at the register purchasing

12:30:25  4  drinks.  This is a different view.  This is

12:30:28  5  outside, inside.  I read all of this.

12:30:31  6          Q.    So you have read this?

12:30:32  7          A.    Yes.

12:30:33  8          Q.    But you have actually not seen the

12:30:40  9  video?

12:30:41 10          A.    I would like to.  I asked for it but I

12:30:44 11  haven't seen it.

12:30:46 12          Q.    You talk about -- again, going to page

12:30:49 13  4 of your report, the various interactions that he

12:30:54 14  has with law enforcement prior to EMS arriving, and

12:30:59 15  we talked about the loss of consciousness.  You

12:31:07 16  state then that Docher's condition in the field at

12:31:10 17  this point was critical and unstable?

12:31:13 18          A.    Absolutely.

12:31:14 19          Q.    Can you describe for me what you mean

12:31:17 20  by critical and unstable?

12:31:19 21          A.    He's in shock, he's unresponsive, his

12:31:23 22  Glasgow coma scale would be 3, that is as low as

12:31:29 23  you can go.  He has just sustained a loss of

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

12:31:32  1   consciousness as a result of physical restraint by

12:31:39  2   improvised non-approved torturous method, even

12:31:44  3   though it was not torture, it was very painful,

12:31:47  4   with a foot stepping on his back and his arms

12:31:51  5   pulled to 90 degrees restricting his ventilation,

12:31:55  6   which by definition when you restrict the exchange

12:31:57  7   of $CO_2$ and oxygen is asphyxiation, and a synonym

12:32:04  8   for that is suffocation, resulting in a loss of

12:32:08  9   consciousness.

12:32:09  10       He actually -- right at the video that you

12:32:11  11  don't want me to play, but at seconds 37 and 38

12:32:17  12  after Deputy Mangrum says the F bomb word and he

12:32:22  13  says okay.  Docher says okay or something, I can't

12:32:26  14  brrr.  And he is not able to actually say the word

12:32:29  15  breathe because he has no air left to actually

12:32:33  16  speak at that point.  So that is suffocation or

12:32:36  17  asphyxiation followed by a loss of consciousness,

12:32:40  18  which would be shock.  We don't know the blood

12:32:47  19  pressure.  You don't have to have a measurement of

12:32:47  20  blood pressure to say someone is in shock if

12:32:50  21  they're unconscious having been asphyxiation.  You

12:32:52  22  don't have to be dead from asphyxiation to say that

12:32:54  23  somebody was being asphyxiated either.

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

102

| | | |
|---|---|---|
| 12:32:56 | 1 | **Q.**    Can you tell me what, if any, injury he |
| 12:32:58 | 2 | sustained because of the asphyxiation? |
| 12:33:05 | 3 | **A.**    Hypercapnia, hypoxia, not traumatic, |
| 12:33:11 | 4 | but in this case restricted ventilation with rise |
| 12:33:14 | 5 | in CO2 probably into the narcotic range and you do |
| 12:33:18 | 6 | not lose consciousness as a result of elevated |
| 12:33:22 | 7 | carbon monoxide.  It just makes you very, very |
| 12:33:25 | 8 | sick.  The narcotic effect makes you very dizzy, |
| 12:33:31 | 9 | confused, agitated.  All of that I have observed in |
| 12:33:34 | 10 | my own human experimentation.  And hypoxia as a |
| 12:33:41 | 11 | result of not being able to get enough oxygen into |
| 12:33:41 | 12 | his blood stream, that results in a build-up of |
| 12:33:46 | 13 | lactic acid, metabolic or in this case respiratory |
| 12:33:52 | 14 | acidosis from restricted ventilation.  So what |
| 12:33:56 | 15 | injury, asphyxiation is an injury.  It's induced. |
| 12:34:01 | 16 | **Q.**    And what is respiratory acidosis? |
| 12:34:04 | 17 | **A.**    When you can't exchange CO2 and oxygen |
| 12:34:08 | 18 | due to at impairment of ventilation exchange of CO2 |
| 12:34:12 | 19 | and oxygen, your CO2 will rise and your oxygen will |
| 12:34:15 | 20 | drop. |
| 12:34:15 | 21 | **Q.**    What is the treatment for somebody who |
| 12:34:17 | 22 | has respiratory acidosis? |
| 12:34:18 | 23 | **A.**    Breathe. |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

| | | |
|---|---|---|
| 12:34:19 | 1 | **Q.**  And you describe in your report as |
| 12:34:21 | 2 | metabolic acidosis, is it the same thing? |
| 12:34:24 | 3 | **A.**  No.  The metabolic acidosis is a result |
| 12:34:27 | 4 | of a 16 minute period of time from injection until |
| 12:34:31 | 5 | they got him back into normal sinus rhythm, that is |
| 12:34:36 | 6 | NSR.  There is a 16 minute period of time after the |
| 12:34:40 | 7 | injection until normal sinus rhythm and a good |
| 12:34:44 | 8 | blood pressure was found by the paramedics after |
| 12:34:47 | 9 | the successful resuscitation of getting back a |
| 12:34:52 | 10 | pulse and a blood pressure.  That resulted in a |
| 12:34:54 | 11 | rapid build-up in acid, and that is determined by |
| 12:34:58 | 12 | lab testing in the emergency department. |
| 12:35:03 | 13 | **Q.**  And what is the treatment for metabolic |
| 12:35:07 | 14 | acidosis? |
| 12:35:07 | 15 | **A.**  If the patient is ventilated bicarb |
| 12:35:12 | 16 | fluids but also having appropriate ventilator |
| 12:35:17 | 17 | settings to eliminate any excess $CO_2$. |
| 12:35:22 | 18 | **Q.**  And just so I -- |
| 12:35:24 | 19 | **A.**  And fluids. |
| 12:35:25 | 20 | **Q.**  Please correct me if I'm |
| 12:35:27 | 21 | misunderstanding your opinion, do you believe that |
| 12:35:34 | 22 | he was -- that he had metabolic acidosis prior to |
| 12:35:35 | 23 | the injection or that he had metabolic acidosis as |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

104

| | | |
|---|---|---|
| 12:35:39 | 1 | a result of the time between the injection and when |
| 12:35:44 | 2 | he was returned to sinus rhythm? |
| 12:35:46 | 3 | A.   The cause of his acidosis metabolically |
| 12:35:50 | 4 | was restricted ventilation.  We don't have any |
| 12:35:53 | 5 | evidence of a blood gas in the field naturally. |
| 12:35:57 | 6 | Q.   Right. |
| 12:35:57 | 7 | A.   As far as a metabolic disturbance it |
| 12:36:04 | 8 | would be classified as respiratory acidosis as the |
| 12:36:07 | 9 | metabolic disturbance that you see as a |
| 12:36:07 | 10 | contraindication in the use of Ativan.  When they |
| 12:36:10 | 11 | talk about a metabolic disturbance they refer to |
| 12:36:14 | 12 | hypoglycemia or low blood sugar or hypoxia, which |
| 12:36:20 | 13 | is a low oxygen level in your inhaled breath or in |
| 12:36:20 | 14 | your blood stream.  Actually in the blood stream |
| 12:36:25 | 15 | it's hypoxemia.  And so he had that, that was his |
| 12:36:27 | 16 | metabolic disturbance, but the medical term for it |
| 12:36:31 | 17 | would be respiratory acidosis as the metabolic |
| 12:36:35 | 18 | disturbance.  I am not splitting hairs.  This is |
| 12:36:40 | 19 | what I teach. |
| 12:36:41 | 20 | Q.   No.  I appreciate the clarification. |
| 12:36:44 | 21 | A.   And then in the ER with such a long |
| 12:36:46 | 22 | period of time without a pulse your body continues |
| 12:36:50 | 23 | to pour out much more lactic acid and other acids. |

*Sterba, MD - Tyke - 7/19/17*

| | | |
|---|---|---|
| 12:36:55 | 1 | Therefore, you have a metabolic acidosis on top of |
| 12:36:58 | 2 | the preceding respiratory acidosis.  That is why |
| 12:37:02 | 3 | his pH was so low. |
| 12:37:04 | 4 | **Q.**    Would that also be something that you |
| 12:37:08 | 5 | would see in somebody who had suffered a cardiac |
| 12:37:13 | 6 | arrest? |
| 12:37:13 | 7 | **A.**    Yes. |
| 12:37:13 | 8 | **Q.**    Going back to describing that Docher's |
| 12:37:17 | 9 | condition was critical and unstable, would you |
| 12:37:20 | 10 | consider his condition when emergency medical |
| 12:37:23 | 11 | services arrived as a medical emergency? |
| 12:37:27 | 12 | **A.**    Yes. |
| 12:37:27 | 13 | **Q.**    And then you go over the five ongoing |
| 12:37:38 | 14 | problems that he was suffering from, number one, |
| 12:37:41 | 15 | was alcohol ingestion of hard liquor and then |
| 12:37:45 | 16 | Natural Ice, amounts and timing unknown? |
| 12:37:48 | 17 | **A.**    Right. |
| 12:37:49 | 18 | **Q.**    When you talk about that he was -- has |
| 12:37:54 | 19 | a problem with alcohol ingestion, can you describe |
| 12:37:57 | 20 | for me what, if any, affects he was having from the |
| 12:38:01 | 21 | alcohol? |
| 12:38:01 | 22 | **A.**    No. |
| 12:38:02 | 23 | **Q.**    Why do you describe that as a problem? |

EXHIBIT C

12:38:05  1          A.    As mentioned before the combination of

12:38:10  2  alcohol and a Benzodiazepine can bring on

12:38:14  3  respiratory depression and respiratory arrest.  So

12:38:17  4  the use of Ativan with alcohol ingestion is risky

12:38:22  5  although we do use Ativan with acute alcohol

12:38:28  6  intoxication.  We have to be very weary that the

12:38:31  7  person can have further respiratory depression.

12:38:33  8  And that is actually found in the EMT books, so

12:38:36  9  that is part of Rosario's training.  Ativan has

12:38:40 10  been used with alcohol intoxication.  It's risky.

12:38:40 11  And in the emergency department setting and

12:38:47 12  sometime in the EMS setting it can be used.  But

12:38:48 13  when you combine it with shock, coma.  Not

12:38:53 14  respiratory depression, respiratory arrest almost

12:38:57 15  with maybe some degree of recovery with him having

12:39:03 16  shallow respiratory, you have a number of

12:39:05 17  contraindications and risks when you combine it.

12:39:07 18  Being that there is some degree of alcohol onboard

12:39:10 19  that is considered a risk.

12:39:12 20          Q.    But it is not an absolute

12:39:15 21  contraindication to using Ativan?

12:39:17 22          A.    No.  It is a risk.

12:39:20 23          Q.    You talk about suspected drug abuse of

EXHIBIT C

12:39:27   1   unknown drugs, but you would agree with me that

12:39:30   2   there is no facts that support that he was on any

12:39:34   3   type of illicit drug at the time?

12:39:37   4        **A.**   The testing was only eight drugs in the

12:39:39   5   urine tox screen, which is not very comprehensive.

12:39:44   6   He may have had other drugs bring on psychotic

12:39:44   7   behavior or he might have been psychotic from

12:39:50   8   schizophrenia that's not treated.

12:39:50   9        **Q.**   You have no facts or basis to say that

12:39:54  10   he was on any illicit drugs?

12:39:55  11        **A.**   That's why I said suspected drug abuse

12:39:58  12   of an unknown drug or drugs which was mentioned by

12:40:00  13   the police which may have resulted in his

12:40:02  14   delusional state and worsening the agitation and

12:40:07  15   fighting.  It's a factor for anybody that comes

12:40:11  16   into the ER.

12:40:11  17        **Q.**   So it's a factor to consider but it's

12:40:14  18   not one that we have any facts to support that he

12:40:18  19   was on any illicit drugs, right?

12:40:22  20        **A.**   Right.

12:40:22  21        **Q.**   And are these five ongoing problems,

12:40:26  22   are these considerations or are they actual

12:40:29  23   problems that he was suffering from?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

108

| | | |
|---|---|---|
| 12:40:31 | 1 | **A.**    It would be on the differential, the |
| 12:40:34 | 2 | possibilities, some of which cannot be proven. |
| 12:40:41 | 3 | **Q.**    Because there is nothing to support the |
| 12:40:45 | 4 | illicit drugs? |
| 12:40:45 | 5 | **A.**    That doesn't mean that it wasn't there. |
| 12:40:48 | 6 | **Q.**    You have nothing in the facts to |
| 12:40:50 | 7 | support that he was on illicit drugs? |
| 12:40:52 | 8 | **A.**    The drug testing was incomplete. |
| 12:40:54 | 9 | **Q.**    That's not my question.  Do you have |
| 12:40:56 | 10 | any facts that you can show me in this matter that |
| 12:40:59 | 11 | he was on any illicit drugs? |
| 12:41:02 | 12 | **A.**    No.  Just the suspected co-ingestion |
| 12:41:06 | 13 | which is also brought up in the EMT training that |
| 12:41:09 | 14 | you have to consider other drugs as well as alcohol |
| 12:41:13 | 15 | intoxication. |
| 12:41:14 | 16 | **Q.**    Delusions and paranoia and fear of |
| 12:41:17 | 17 | being killed is another ongoing problem that you |
| 12:41:21 | 18 | describe? |
| 12:41:22 | 19 | **A.**    Yes. |
| 12:41:22 | 20 | **Q.**    Blunt force head trauma with bleeding |
| 12:41:26 | 21 | and sudden loss of consciousness? |
| 12:41:29 | 22 | **A.**    Yes. |
| 12:41:29 | 23 | **Q.**    Any other problems that he had when EMS |

EXHIBIT C

12:41:35  1  arrived?

12:41:38  2       A.   I didn't bring it out, but his altered

12:41:43  3  mental status is still present.  He was suddenly

12:41:47  4  combative and not following directions.  If you

12:41:50  5  can't get an accurate Glasgow coma scale, I feel it

12:41:56  6  was reduced, even though it wasn't accurately

12:41:56  7  measured as far as the response to the eyes, the

12:41:56  8  verbal response and the motor response was very

12:42:01  9  impaired.

12:42:01 10       Q.   Let's talk about when Jose Rosario

12:42:07 11  arrives at the scene.  What is your understanding

12:42:10 12  as to the information that he was actually provided

12:42:14 13  by law enforcement as to what had been going on

12:42:19 14  with Mr. Docher?

12:42:20 15       A.   Alcohol, drugs were a consideration,

12:42:26 16  resisting arrest and that he had fallen.

12:42:28 17       Q.   In regards to the resisting arrest,

12:42:34 18  what is your understanding as to what law

12:42:40 19  enforcement told him as to the various tactics that

12:42:44 20  were used with Mr. Docher?

12:42:46 21       A.   I'm not sure what you asked.

12:42:47 22       Q.   Sure.  What I'm trying to find out is

12:42:50 23  do you believe that Jose Rosario -- on page 4 you

EXHIBIT C

12:42:55  1   go over the different types of trauma that he

12:42:57  2   sustained due to blunt force, such as to his head,

12:43:01  3   to his chest, to his collarbone, shoulders,

12:43:06  4   buttocks, to his face, do you have any information

12:43:11  5   that law enforcement informed either Mr. Sinclair

12:43:18  6   or Mr. Rosario as to what areas of the body that

12:43:21  7   they used force on Mr. Docher?

12:43:24  8        A.   No, nothing there.  They never split

12:43:27  9   out what was caused by his fall versus what they

12:43:31 10   caused themselves.

12:43:32 11        Q.   Do you have any information that they

12:43:35 12   disclosed to Mr. Rosario -- other than what he

12:43:37 13   observed with the facial injuries, any other

12:43:42 14   injuries that he might have sustained in other

12:43:44 15   parts of his body?

12:43:46 16        A.   I'm not sure what you are asking

12:43:48 17   because in the chart it does talk about head injury

12:43:52 18   not just facial.  The word head is mentioned, so we

12:43:55 19   have head trauma, fall.

12:43:55 20        Q.   What I'm trying to find out is did you

12:43:59 21   see anywhere in any of the depositions, the notes

12:44:02 22   that there was information provided to Mr. Rosario

12:44:06 23   that he could have had a fractured collarbone,

12:44:10  1   shoulder contusion, abrasions to other extremities,

12:44:15  2   severe skeletal muscle damage to his lower back or

12:44:19  3   buttocks or anything like that?

12:44:20  4         **A.**   No.

12:44:20  5         **Q.**   Was there any information provided to

12:44:23  6   Mr. Rosario that Mr. Docher's arms, as you

12:44:29  7   described them, were being held behind his back at

12:44:32  8   a 90 degree angle while they were handcuffed while

12:44:36  9   a law enforcement officer stepped on his back?

12:44:40 10         **A.**   There is no information that that was

12:44:42 11   presented to Rosario.

12:44:44 12         **Q.**   Any information that it was presented

12:44:46 13   to Mr. Sinclair?

12:44:48 14         **A.**   Not that I saw. He didn't know about

12:44:51 15   this unapproved improvised tactic by Mangrum. And

12:44:59 16   it wasn't the officers, it was Mangrum.

12:45:00 17         **Q.**   He is an officer?

12:45:02 18         **A.**   It wasn't the other officers. You said

12:45:04 19   officers that did this. No, it was just Mangrum.

12:45:08 20         **Q.**   I see what you're saying. And was

12:45:11 21   there any discussion with Mr. Rosario regarding the

12:45:16 22   loss of consciousness observed by Mangrum?

12:45:30 23         **A.**   Let me just quickly look at the EMS

EXHIBIT C

12:45:33  1   documentation that I have here.

12:45:33  2          **Q.**   Sure?

12:45:36  3          **A.**   Whether or not Rosario knew that he was

12:45:38  4   -- well, when he got there he was not responding,

12:45:40  5   so.

12:45:44  6          **Q.**   Is your understanding that as soon as

12:45:46  7   Mr. Rosario arrived on scene that he immediately

12:45:49  8   made contact with the patient?

12:45:50  9          **A.**   Yes.  No.  The answer to your question

12:46:18 10   as far as the preceding loss of consciousness it is

12:46:23 11   not mentioned in the EMS record.

12:46:24 12          **Q.**   Do you remember in the various

12:46:33 13   statements and in Rosario's deposition that he

12:46:38 14   describes when they first arrived upon the scene

12:46:41 15   they witnessed Mr. Docher struggling with law

12:46:46 16   enforcement officers?

12:46:46 17          **A.**   Yes.  And that is also in the EMS

12:46:49 18   record.  The SO officers were subduing him and

12:46:58 19   seemingly controlling him.  He was controlled --

12:47:01 20          **Q.**   Seemingly?

12:47:02 21          **A.**   Yeah.  It wasn't an out of control

12:47:05 22   situation with the 150 pound person getting away

12:47:10 23   with it with three officers.  He was controlled.

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

113

12:47:12  1          Q.    And in the EMS report, is it correct

12:47:18  2     that Mr. Rosario did observe a laceration to the

12:47:22  3     head but described that it was not bleeding at the

12:47:26  4     time?

12:47:26  5          A.    Um-hmm, with minimal to no bleeding.

12:47:28  6          MR. HECHT:   Was that a yes?

12:47:30  7          THE WITNESS:   Yes.

12:47:30  8          BY MS. TYKE:

12:47:40  9          Q.    So as far as the information that Jose

12:47:51 10     Rosario knew at the time, and what is your

12:47:54 11     understanding as to his understanding of Mr.

12:47:57 12     Docher's condition other than the suspected drug

12:48:03 13     use and smell of alcohol and observed laceration to

12:48:10 14     his head?

12:48:12 15          A.    That he was on the ground, officers

12:48:15 16     subduing and controlling him, that he was very

12:48:21 17     combative and would not stay on the LSB long spine

12:48:27 18     board with CID, cervical immobilization device.

12:48:34 19     But we also see from the testimony that when he

12:48:38 20     came around and he could not be subdued or reasoned

12:48:42 21     with or whatever that he kicked Rosario in the leg.

12:48:47 22     At one place I read that Rosario actually fell down

12:48:50 23     on his butt, and in another place said that he

EXHIBIT C

| | | |
|---|---|---|
| 12:48:53 | 1 | almost fell down.  It looks like he got taken by |
| 12:48:56 | 2 | surprise, which has happened to me over eight years |
| 12:49:00 | 3 | of ambulance work.  So that is my assessment. |
| 12:49:02 | 4 | **Q.**   And then your report goes into the |
| 12:49:07 | 5 | initial assessment done by Mr. Rosario, it talks |
| 12:49:12 | 6 | about that the patient's airway was patent, which |
| 12:49:18 | 7 | means open? |
| 12:49:18 | 8 | **A.**   Patent, the airway is open. |
| 12:49:20 | 9 | **Q.**   And open means what? |
| 12:49:22 | 10 | **A.**   Not obstructed. |
| 12:49:23 | 11 | **Q.**   And it says respirations were rapid, |
| 12:49:26 | 12 | abnormal? |
| 12:49:29 | 13 | **A.**   Yes. |
| 12:49:29 | 14 | **Q.**   Radio pulse at rest was rapid, |
| 12:49:35 | 15 | abnormal? |
| 12:49:36 | 16 | **A.**   Yes. |
| 12:49:36 | 17 | **Q.**   Skin was moist, which is abnormal? |
| 12:49:39 | 18 | **A.**   Right. |
| 12:49:40 | 19 | **Q.**   And breathing quality was fast, 20 to |
| 12:49:44 | 20 | 30 breaths per minute? |
| 12:49:46 | 21 | **A.**   Right. |
| 12:49:47 | 22 | **Q.**   Is there a difference between where you |
| 12:49:49 | 23 | say respirations were rapid and breathing quality |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

115

| 12:49:52 | 1 | was fast?  And I'm looking at page 5 of your |
| 12:50:06 | 2 | report. |

12:50:06   3       A.   I'm there now.  Breathing quality was

12:50:11   4   fast.

12:50:11   5       Q.   Right.  And what I'm trying to decipher

12:50:16   6   is the difference between where you say the

12:50:18   7   respirations were rapid abnormal and you say

12:50:21   8   breathing quality was fast 20 to 30 breaths per

12:50:26   9   minute?

12:50:26   10       A.   The rate was rapid, which is abnormal,

12:50:28   11   and the breathing quality was fast, the

12:50:31   12   respirations were rapid abnormal meaning that there

12:50:34   13   is no number to it, but then the breathing quality

12:50:37   14   was fast at 20 to 30 beats per minute.

12:50:37   15       Q.   Breaths.

12:50:37   16       A.   Breaths.  How about a little break.

12:59:57   17       (A recess was then taken.)

12:59:57   18       **BY MS. TYKE:**

12:59:58   19       Q.   I guess my question is, just from a lay

13:00:01   20   person, what is the difference between when we

13:00:04   21   describe respirations and breathing quality?

13:00:05   22       A.   Respirations can be described both

13:00:09   23   ways.  The quality of breathing, shallow,

13:00:12  1   inadequate, gasping, as you mentioned before.  And

13:00:13  2   we don't have a lot of that in the chart.  We have

13:00:17  3   the respiratory rate of 20 to 30, that is

13:00:21  4   abnormally fast.  That's all I can say.

13:00:24  5        **Q.**   And we talked about the difference that

13:00:33  6   respirations, the pulse, the skin moisture all

13:00:37  7   being abnormal, what is the normal range for

13:00:44  8   respirations, I think you said between 18 --

13:00:45  9        **A.**   Maybe 12 to 18.

13:00:46  10       **Q.**   For pulse what is the normal?

13:00:48  11       **A.**   Anything above 100 is called

13:00:52  12  tachycardia.

13:00:52  13       **Q.**   Skin moisture, does that mean sweat?

13:00:55  14       **A.**   Yes.

13:00:56  15       **Q.**   The fact that he has rapid respirations

13:01:01  16  and his pulse is elevated and then he has sweat or

13:01:05  17  moisture on his skin, would that be something that

13:01:09  18  would be an unusual finding for somebody who has

13:01:13  19  been in a struggle?

13:01:14  20       **A.**   Yes.

13:01:14  21       **Q.**   So the fact that he had -- so if you

13:01:17  22  are in a struggle you normally don't have elevated

13:01:21  23  respiration?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

117

13:01:22  1        **A.**    Prior to the struggle he probably

13:01:24  2   didn't have any of these, even though we don't have

13:01:26  3   documentation.  After the struggle he is breathing

13:01:29  4   too fast, his heart rate is too fast, his skin is

13:01:35  5   moist and it should be dry.  We still don't know

13:01:38  6   the number one contraindication for the use of

13:01:41  7   Ativan, which is hypotension.

13:01:41  8        **Q.**    Wait, wait.

13:01:43  9        **A.**    We don't have a blood pressure and we

13:01:46 10   don't have a pulse ox, so the vitals are incomplete

13:01:50 11   at this point.

13:01:50 12        **Q.**    Just going back so that I understand.

13:01:53 13   You would find it to be unusual that somebody who

13:01:58 14   has just been through a struggle and is currently

13:02:02 15   struggling with law enforcement, for their

13:02:06 16   respirations to be elevated?

13:02:07 17        **A.**    If they're physiologically abnormal but

13:02:12 18   expected if somebody is struggling against

13:02:15 19   resistance.

13:02:15 20        **Q.**    And the fact that he has an elevated

13:02:18 21   pulse and that he has been in a struggle and is

13:02:21 22   currently in a struggle, is that something that you

13:02:24 23   would find to be unusual?

EXHIBIT C

Sterba, MD - Tyke - 7/19/17

118

13:02:26  1          A.    No.

13:02:26  2          Q.    The same with the fact that he has skin

13:02:32  3    moisture, sweating, the fact that he was involved

13:02:36  4    in a struggle and currently in a struggle, is that

13:02:39  5    an unusual finding?

13:02:41  6          A.    No, it is not.

13:02:42  7          Q.    Now, you talked about the fact that we

13:02:47  8    don't have a pulse ox and that we don't have a

13:02:50  9    blood pressure, how do you, as an emergency

13:02:58 10    physician, go about obtaining those in a patient

13:03:02 11    who is currently in the midst of a struggle?

13:03:05 12          A.    You can assess the pulse to find out if

13:03:08 13    it's weak and thready, in other words, the blood

13:03:12 14    pressure might be very, very low or if you can't

13:03:15 15    even feel it at the wrist, which would mean it's

13:03:16 16    far too low.  If you can't get a blood pressure

13:03:20 17    cuff on somebody -- it is never described here.  It

13:03:24 18    is just the heart rate of 110.  And let me back up

13:03:28 19    to the EMS run sheet here.

13:03:31 20          Q.    Sure.

13:03:32 21          A.    He really didn't assess any of this at

13:03:36 22    18:36 on page 1 of 6 for the emergency probe,

13:03:40 23    carotid pulse, radial pulse, brachial pulse,

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

119

13:03:43  1   femoral pulse not assessed times four.

13:03:46  2        Q.   And, Dr. Sterba, do you recall reading

13:03:49  3   in his deposition where he stated upon initially

13:03:52  4   arriving at the 18:36 that he was not able to get

13:03:56  5   to Mr. Docher at the time because law enforcement

13:03:59  6   was still in the midst of their struggle with him

13:04:03  7   and he was not able to get to the patient?

13:04:05  8        A.   He did say that.

13:04:06  9        Q.   So that would make it difficult if you

13:04:09 10   are not able to get to a patient to be able to take

13:04:11 11   their vitals?

13:04:13 12        A.   It can make it difficult.  That's why

13:04:15 13   we teach EMTs and paramedics try to get a radial

13:04:20 14   pulse, if they have a pulse, if something is

13:04:22 15   abnormal there.  He did get 110 somehow.  But it's

13:04:29 16   required to determine whether or not somebody is

13:04:32 17   stable before you make a determination to give

13:04:37 18   Ativan.  He did not have stability at all.  He was

13:04:41 19   unstable and in critical condition.

13:04:41 20        Q.   Are you talking about hemodynamic

13:04:44 21   stability?

13:04:45 22        A.   Hemodynamic stability looking at blood

13:04:48 23   pressure, looking at the quality of the pulse and

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

120

13:04:48  1    the capillary refill, which is prolonged because we

13:04:52  2    do have a capillary refill greater than 2 seconds

13:04:56  3    about four minutes later.  So things are all

13:04:59  4    abnormal but incomplete.

13:05:01  5         Q.    Do you have any opinion as to if his

13:05:04  6    blood pressure was taken at 18:38 what that blood

13:05:07  7    pressure would be?

13:05:08  8         A.    No.  I can't say with medical certainty

13:05:11  9    that it was normal or abnormal.  It was just

13:05:15 10    missed.  And for Rosario to know that low blood

13:05:18 11    pressure is a contraindication, and that is what he

13:05:21 12    put on his test, and that is what you see

13:05:25 13    throughout all of these protocols.  He needed to

13:05:28 14    measure the blood pressure.

13:05:29 15         Q.    We talked about your time as an EMT

13:05:31 16    with chemical sedation, your time as an emergency

13:05:36 17    room physician have you ever had to administer

13:05:41 18    chemical sedation?

13:05:42 19         A.    Yes.

13:05:43 20         Q.    And is chemical sedation something that

13:05:47 21    is recognized for patients who are combative?

13:05:51 22         A.    Yes.

13:05:51 23         Q.    Is Ativan one of the drugs -- and we

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

121

13:05:56   1    are just talking generally right now, just

13:05:59   2    generally is Ativan one of the drugs that is

13:06:03   3    recognized as an appropriate medication given the

13:06:06   4    situation to use for chemical sedation in a patient

13:06:11   5    who is combative?

13:06:11   6         A.    It can be.  It is not used as much as

13:06:15   7    other drugs, 5-HT2 serotonin receptor blockers,

13:06:22   8    like Ziprasidone known as Geodon or Haldol which

13:06:24   9    acts in a slightly different way.  These

13:06:27  10    anti-psychotic tranquilizing type of drugs are

13:06:32  11    probably often used than a drug that has serious

13:06:37  12    side effects for somebody who is on alcohol with

13:06:39  13    head trauma, had a metabolic disturbance of

13:06:40  14    respiratory acidosis from hypoxia.  We do not use

13:06:43  15    Ativan in a situation like this.  And, in fact, his

13:06:46  16    protocol mandates that he talks to someone like me

13:06:50  17    as medical control.  And being 8 minutes and

13:06:53  18    25 seconds out I would have said to him do you have

13:06:56  19    the patient on oxygen with four points?  No.  Do

13:07:00  20    that, expedite transport and do not give Ativan.

13:07:05  21         Q.    When you said his protocol required him

13:07:06  22    to call medical control, can you show me that?

13:07:09  23         A.    I can.  It will take some time.  It

EXHIBIT C

13:07:12   1   states when you have a situation like this it is

13:07:14   2   advised to contact medical control.  Do you want me

13:07:18   3   to look that up for you?

13:07:22   4         **Q.**   I do.

13:08:12   5         **A.**   In the Lindsey report, my page 15, his

13:08:21   6   page 1 of 3 of the patient restraint and emergency

13:08:24   7   medical services approved by the NAEMSP board of

13:08:29   8   directors.  And we are talking about page 2 of 3

13:08:32   9   and my page 16, direct medical oversight of EMS

13:08:35   10   provider, interventions may be necessary for

13:08:38   11   combative patients who refuse treatment or orders

13:08:42   12   to restrain a patient before, immediately after

13:08:45   13   restraint or for orders for chemical restraint

13:08:51   14   before or after medication is administered, and

13:08:53   15   that should have been done.

13:08:54   16         **Q.**   Where are you specifically looking?

13:08:58   17         **A.**   It's this one.

13:09:02   18         **Q.**   And what page?

13:09:02   19         **A.**   It is page 2.

13:09:08   20         **Q.**   Direct medical oversight?

13:09:10   21         **A.**   Yeah.

13:09:11   22         **Q.**   And it says may, it does not say shall,

13:09:16   23   is that correct?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

123

| | | |
|---|---|---|
| 13:09:16 | 1 | A.   No.   May.   And in this case I feel it |
| 13:09:20 | 2 | was medically necessary.   And had he called and |
| 13:09:23 | 3 | spoken to someone like me Ativan, which was clearly |
| 13:09:27 | 4 | contraindicated for both reasons and for other |
| 13:09:29 | 5 | reason that we have talked about would have been |
| 13:09:31 | 6 | denied. |
| 13:09:31 | 7 | Q.   But you do agree with me that this |
| 13:09:36 | 8 | protocol is not conclusive that he must or shall |
| 13:09:42 | 9 | call medical -- |
| 13:09:43 | 10 | A.   We talked about it.   It is a strong |
| 13:09:46 | 11 | recommendation. |
| 13:09:47 | 12 | Q.   And then this is a general guideline |
| 13:09:50 | 13 | that is put out by NAEMSP board of directors, is |
| 13:09:56 | 14 | that accurate? |
| 13:09:57 | 15 | A.   Yes. |
| 13:09:57 | 16 | Q.   It is dated December 20, 2016, which is |
| 13:10:01 | 17 | after the incident in this matter? |
| 13:10:03 | 18 | A.   It is true.   I noticed that, too.   But |
| 13:10:06 | 19 | having been medical director for EMS in the past -- |
| 13:10:11 | 20 | Q.   And when was that? |
| 13:10:13 | 21 | A.   1992 or 1993.   When you have combative |
| 13:10:20 | 22 | patients with contraindications to a Benzodiazepine |
| 13:10:22 | 23 | with alcohol onboard and possibly another drug. |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

124

13:10:25  1  And in this case a coma situation, even though it

13:10:29  2  is more a layman's term, a loss of consciousness,

13:10:33  3  hypoxemia most likely from restricted ventilation,

13:10:38  4  shock, head trauma, all of these things with being

13:10:44  5  8 minutes and 25 seconds away, I would have asked

13:10:48  6  so are the cops failing to restrain this patient.

13:10:51  7  No.  He is seemingly under control.  Have physical

13:10:56  8  restraints been applied by you?  No.  He just has

13:10:59  9  the police metal handcuffs behind his back.  Put

13:11:02  10  him in soft restraints and keep him cuffed if you

13:11:05  11  want, bring a cop, put him on high flow oxygen and

13:11:08  12  expedite transport to the ER.  And do not give

13:11:11  13  Ativan, is that clear.  And I have done that

13:11:15  14  before, I have given those types of orders.  That

13:11:15  15  would have prevented all of this.

13:11:21  16      Q.   And you would agree that these are not

13:11:24  17  protocols or policies and procedures that are

13:11:27  18  disseminated by St. Lucie County Fire District,

13:11:30  19  correct?

13:11:31  20      A.   No.  They were just included by the

13:11:33  21  technical college adult instructor, Jeff Lindsey.

13:11:38  22      Q.   Because you said Rosario violated his

13:11:41  23  protocols, meaning St. Lucie County Fire District?

*Sterba, MD - Tyke - 7/19/17*

125

| | | |
|---|---|---|
| 13:11:44 | 1 | **A.**   He violated the US standard of care for |
| 13:11:47 | 2 | EMS in this case.  And I determined that. |
| 13:11:50 | 3 | **Q.**   You determined that? |
| 13:11:51 | 4 | **A.**   I just did. |
| 13:11:53 | 5 | **Q.**   You mentioned just a moment ago that he |
| 13:12:16 | 6 | had restricted ventilation, what are you talking |
| 13:12:20 | 7 | about, what time period? |
| 13:12:21 | 8 | **A.**   37 seconds to 38 seconds into the DVD, |
| 13:12:26 | 9 | and we don't have an accurate timeline, maybe a few |
| 13:12:29 | 10 | minutes prior to EMS arriving, he is not able to |
| 13:12:34 | 11 | breathe adequately. |
| 13:12:35 | 12 | **Q.**   Do you know if Jose Rosario was aware |
| 13:12:38 | 13 | or had reviewed this video at the time of the |
| 13:12:41 | 14 | incident? |
| 13:12:41 | 15 | **A.**   Most likely he did not review it. |
| 13:12:43 | 16 | **Q.**   As far as him being aware that at some |
| 13:12:45 | 17 | point in time prior to his arrival Tavares Docher |
| 13:12:52 | 18 | suffered from restricted ventilation, you have no |
| 13:12:55 | 19 | facts to support that, that Jose Rosario knew that? |
| 13:13:02 | 20 | **A.**   No. |
| 13:13:02 | 21 | **Q.**   You talk about in your report -- again, |
| 13:13:17 | 22 | on page 6 that no EMS emergency treatment had been |
| 13:13:21 | 23 | started such as administration of high flow oxygen |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

126

| | | |
|---|---|---|
| 13:13:24 | 1 | by non-rebreather facemask or by any other method |
| 13:13:31 | 2 | for this trauma patient with a head injury.  As he |
| 13:13:34 | 3 | is being combative and is kicking Mr. Rosario to |
| 13:13:38 | 4 | him falling, how is it that you would expect Mr. |
| 13:13:41 | 5 | Rosario to administer high flow oxygen to the |
| 13:13:45 | 6 | patient? |
| 13:13:45 | 7 | A.    If he refuses the mask and he refuses |
| 13:13:49 | 8 | nasal cannula -- you have to understand even in |
| 13:13:51 | 9 | their protocols they state you must evaluate |
| 13:13:54 | 10 | whether or not somebody is agitated and combative |
| 13:13:57 | 11 | because of hypoxemia or low oxygen in the blood. |
| 13:14:00 | 12 | You still have to give the oxygen.  How is that |
| 13:14:02 | 13 | done, by blow-by.  At least you pass it as close as |
| 13:14:06 | 14 | you can to have as high of a concentration as |
| 13:14:09 | 15 | possible to try to treat the hypoxia that would be |
| 13:14:13 | 16 | going on -- that may be going on. |
| 13:14:15 | 17 | Q.    That may be going on? |
| 13:14:15 | 18 | A.    Right. |
| 13:14:18 | 19 | Q.    And you just try to administer that |
| 13:14:20 | 20 | even though the patient is struggling and fighting? |
| 13:14:24 | 21 | A.    Yes.  Either by having it close to the |
| 13:14:29 | 22 | face and blow it past the face or nasal cannula. |
| 13:14:33 | 23 | Let's try this and maybe you like this better.  And |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

127

13:14:35  1  you try to talk a patient down.  In this case is it

13:14:40  2  possible, it is really hard to say.

13:14:42  3       Q.   And again, you talk about the second

13:14:45  4  measured respiratory rate, 28 breaths per minute,

13:14:50  5  abnormally high and no oxygen was applied?

13:14:53  6       A.   Yes.  And you can take the facemask and

13:14:55  7  have it right below the chin.

13:14:57  8       Q.   And you described that Mr. Docher was

13:15:00  9  very combative at that time?

13:15:02 10       A.   Yes.  It's hard.  I did it for eight

13:15:04 11  years.

13:15:04 12       Q.   And it's your understanding that he was

13:15:09 13  required under policies and procedures by St. Lucie

13:15:16 14  County Fire District to provide the high flow

13:15:17 15  oxygen by non-rebreather facemask prior to doing

13:15:23 16  anything else?

13:15:23 17       A.   For patients that are trauma patients

13:15:26 18  with bleeding and the issues that he had an attempt

13:15:30 19  should be made to deliver oxygen, and an attempt

13:15:34 20  should be made to measure the oxygen level.  None

13:15:37 21  of that was done.  That falls below the US standard

13:15:40 22  of practice for EMS.

13:15:41 23       Q.   In a situation where you were unable to

*Sterba, MD - Tyke - 7/19/17*

128

| | | |
|---|---|---|
| 13:15:44 | 1 | do that assessment but you still have a combative |
| 13:15:48 | 2 | patient, and you need to get that combative patient |
| 13:15:51 | 3 | to the hospital, is it your testimony that you are |
| 13:15:53 | 4 | not then to go forward with any type of physical or |
| 13:15:58 | 5 | chemical restraint of that patient to get them to |
| 13:16:00 | 6 | the hospital? |
| 13:16:00 | 7 | **A.**    Absolutely not.  He never went ahead |
| 13:16:03 | 8 | with any EMS approved -- I'm not done.  He never |
| 13:16:06 | 9 | went ahead with any EMS approved physical |
| 13:16:09 | 10 | restraint.  He is on his back on the ground with |
| 13:16:11 | 11 | handcuffs behind his back, which may have been |
| 13:16:14 | 12 | somewhat painful.  He comes around and he kicks the |
| 13:16:18 | 13 | paramedic.  At that point high flow oxygen, getting |
| 13:16:22 | 14 | soft restraints applied to the legs so that nobody |
| 13:16:26 | 15 | else gets kicked.  You have three deputies there |
| 13:16:30 | 16 | that could have pressed above his knees, getting |
| 13:16:32 | 17 | the four points started on both ankles, keeping him |
| 13:16:34 | 18 | cuffed, moving the arms over to one side to put |
| 13:16:38 | 19 | soft restraints on one wrist and either leaving him |
| 13:16:38 | 20 | like that or preferably unlocking the handcuffs and |
| 13:16:44 | 21 | bringing the other hand around and reapplying |
| 13:16:47 | 22 | either the handcuffs with all four point restraints |
| 13:16:51 | 23 | applied with the police officer present.  That is |

EXHIBIT C

13:16:54 1   what was needed.  And that was completely skipped

13:16:57 2   over.  And once those restraints are applied and he

13:17:00 3   is not moving around on the gurney that much, you

13:17:03 4   can try to apply oxygen and maybe even get a pulse

13:17:06 5   ox on the finger.  I've done it.  And it needed to

13:17:10 6   be done.  It's against the US standard of practice

13:17:14 7   to launch straight into the wrong drug and the

13:17:16 8   wrong dose and cause this problem.

13:17:18 9        Q.   And we're located in Florida, you keep

13:17:22 10  saying the United States standard of practice.

13:17:25 11       A.   Right.  And I was a Florida licensed

13:17:31 12  physician responsible for EMS providers.

13:17:35 13       Q.   And when was that?

13:17:36 14       A.   As I mentioned I worked in the ER in

13:17:40 15  Florida, and that was '86 to '90 working in the ER

13:17:45 16  but also setup the corpsman training program.  And

13:17:50 17  also, over satellite communication ordered a lot of

13:17:53 18  this to independent duty technicians.  Those are

13:17:56 19  specialized corpsman that work with the teams.

13:18:01 20       Q.   And you believe that had Rosario

13:18:04 21  applied physical restraints he would have been able

13:18:08 22  to apply those to Mr. Docher despite his

13:18:12 23  combativeness?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

130

13:18:12  1        A.    Yes.   The protocol -- as I pointed out,

13:18:16  2   is you use law enforcement agents to help you apply

13:18:18  3   the four point restraints.   It should have been

13:18:20  4   done and it was skipped over.   He just went and

13:18:22  5   gave a contraindicated drug at too high of a level.

13:18:25  6   Rosario caused the cardiopulmonary arrest and the

13:18:28  7   brain damage, and that is with medical certainty.

13:18:34  8        Q.    Where is it specifically that it says

13:18:45  9   you must do physical restraints prior to using

13:18:49 10   chemical restraints?

13:18:50 11        A.    You talk the patient down, physical

13:18:52 12   restraint and then chemical restraints in that

13:18:55 13   order is mentioned in a few places.   And I can

13:18:58 14   point them out to you.   If you take a look at

13:19:20 15   patient restraint in EMS page 1 of 3, my page 15.

13:19:26 16   Restraint protocols must address the restraint

13:19:29 17   techniques that will be used.   Verbal deescalation,

13:19:35 18   physical or chemical.   When each will be used, who

13:19:38 19   can apply them and when direct medical oversight

13:19:42 20   must be involved.   These are recommendations.

13:19:44 21        Q.    There is no indication --

13:19:45 22        A.    You're asking when physical restraint

13:19:47 23   must be used before?

EXHIBIT C

13:19:49  1        Q.    Yes.

13:19:50  2        A.    I did read it.  I will find that in a

13:20:51  3   second.  It is on page 2 of 3 of that document

13:20:53  4   where it says at the bottom law enforcement

13:20:56  5   officers should be involved in all cases when a

13:20:59  6   patient poses a threat to EMS personnel and others.

13:21:03  7        Q.    You agree with me that law enforcement

13:21:06  8   officers were there during the time that Jose

13:21:11  9   Rosario was with Mr. Docher, correct?

13:21:11  10       A.    Yes, but they were never incorporated

13:21:14  11  into getting EMS approved soft restraints placed.

13:21:17  12       Q.    And in your review of the deposition of

13:21:21  13  the law enforcement officers were you aware that it

13:21:24  14  was protocol and procedure for them to keep the

13:21:27  15  hard handcuffs on him at the time since he was

13:21:31  16  under arrest?

13:21:32  17       A.    That is fine, but that doesn't exclude

13:21:35  18  the use of soft EMS approved restraints.

13:21:38  19       Q.    And you would agree with me that the

13:21:41  20  hard handcuffs that were placed on Mr. Docher were

13:21:44  21  placed by the law enforcement officers and not by

13:21:47  22  Mr. Rosario?

13:21:47  23       A.    That's correct.  But you can't use

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

132

13:21:50  1  their handcuffs as your restraint, it is strictly

13:21:56  2  prohibited according to protocol.

13:21:57  3      Q.   Have you seen in various documents that

13:22:02  4  are even approved by NAEMSP and their board of

13:22:08  5  directors in which if the law enforcement agency

13:22:14  6  requires for a person to be in handcuffs that is

13:22:17  7  something that is acceptable?

13:22:19  8      **MR. HECHT:**  Form.

13:22:20  9      **THE WITNESS:**  Yes.  If the police officer

13:22:22 10  accompanies.  And sometimes soft restraints are

13:22:25 11  still needed, but somebody can be under arrest and

13:22:29 12  not needing four point soft restraints that are EMS

13:22:32 13  approved, and that happens.  Not in this case.  It

13:22:33 14  doesn't apply to this case.  In this case EMS

13:22:39 15  approved soft restraints, four point restraints

13:22:40 16  were clinically indicated and is the US standard of

13:22:44 17  practice for EMS.  They were skipped.  And going

13:22:45 18  directly to chemical restraints is against the US

13:22:50 19  standard of care.

13:22:50 20      **BY MS. TYKE:**

13:22:50 21      Q.   And if you could find that for me?

13:22:53 22      A.   It is against the US standard of care.

13:22:58 23      Q.   Again, if you can find that for me?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

133

13:23:01  1        **A.**   No.  It is against the US standard of

13:23:03  2   care.  I just mentioned that.

13:23:05  3        **Q.**   I do need what documentation or support

13:23:07  4   or training that you are relying on in that?

13:23:10  5        **A.**   Sure.  My EMT training at Indian River

13:23:17  6   Community College, eight years field experience

13:23:20  7   working full time, EMS medical director, emergency

13:23:23  8   medical residency training and EMS director under

13:23:26  9   supervision during the residency and afterwards

13:23:29  10  that four point restraints are always applied

13:23:32  11  before going straight to chemical restraint.

13:23:36  12       **Q.**   Would you be surprised at national

13:23:39  13  conferences currently being held regarding

13:23:43  14  emergency medical services that that is not what is

13:23:46  15  being trained and taught?

13:23:47  16       **MR. HECHT:**  Form.

13:23:51  17       **THE WITNESS:**  I can't answer that because I

13:23:54  18  was not at that conference.

13:23:59  19       **MS. TYKE:**  Would you be surprised if that is

13:24:00  20  what is being trained and taught through NAEMSP?

13:24:06  21       **MR. HECHT:**  Form.

13:24:07  22       **THE WITNESS:**  Again, your question.

13:24:10  23       **MS. TYKE:**  That there is no set physical

EXHIBIT C

| | |
|---|---|
| 13:24:12 1 | restraint prior to chemical restraint? |
| 13:24:16 2 | **MR. HECHT:**  Form. |
| 13:24:16 3 | **THE WITNESS:**  Requirement? |
| 13:24:17 4 | **BY MS. TYKE:** |
| 13:24:17 5 | **Q.**   Right. |
| 13:24:17 6 | **A.**   It is what is taught and what is the |
| 13:24:20 7 | national standard or policy for EMS not to go |
| 13:24:23 8 | directly to chemical restraint you should try |
| 13:24:26 9 | physical restraint first. |
| 13:24:28 10 | **Q.**   I'm just asking you where that is? |
| 13:24:30 11 | **A.**   From my education and training and |
| 13:24:33 12 | reading. |
| 13:24:33 13 | **Q.**   And what books, training books, you |
| 13:24:36 14 | have a bunch over there? |
| 13:24:38 15 | **A.**   I can't cite any of the references that |
| 13:24:41 16 | we have here.  It is from my experience and also |
| 13:24:43 17 | training. |
| 13:24:43 18 | **Q.**   From your experience? |
| 13:24:45 19 | **A.**   Yes. |
| 13:24:45 20 | **Q.**   You can't point to any actual training |
| 13:24:48 21 | books or educational books or policies or |
| 13:24:51 22 | procedures? |
| 13:25:00 23 | **A.**   I'm referring to Emergency Medical |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

135

| | | |
|---|---|---|
| 13:25:02 | 1 | Guidelines 4th education, Plaintiff's Exhibit 1, |
| 13:25:06 | 2 | Jose Rosario, page E-28.  It talks about the |
| 13:25:11 | 3 | standards when restraints are necessary.  And they |
| 13:25:14 | 4 | were necessary.  They were skipped, so that is a |
| 13:25:17 | 5 | breach of the standard of care.  Practitioners must |
| 13:25:21 | 6 | determine the most appropriate and least |
| 13:25:23 | 7 | restrictive device, not drug, device, to allow the |
| 13:25:27 | 8 | patient to maintain as much dignity as possible. |
| 13:25:30 | 9 | **Q.**    What page is that? |
| 13:25:32 | 10 | **A.**    This is E-28. |
| 13:25:34 | 11 | **Q.**    What is the title of that? |
| 13:25:37 | 12 | **A.**    The previous page E-27 under restraints |
| 13:25:41 | 13 | and this is the Emergency Medical Guidelines, |
| 13:25:44 | 14 | participating agencies, everybody in Florida, the |
| 13:25:47 | 15 | St. Lucie County Fire District, who you represent, |
| 13:25:50 | 16 | they signed off on it. |
| 13:25:51 | 17 | **Q.**    Dr. Sterba, you are aware based on the |
| 13:25:54 | 18 | deposition of the EMS providers in this case and on |
| 13:25:59 | 19 | the corporate representative that that policy and |
| 13:26:01 | 20 | procedure manual was not in place at the time of |
| 13:26:05 | 21 | this incident, correct? |
| 13:26:06 | 22 | **A.**    It is dated '06. |
| 13:26:08 | 23 | **Q.**    Correct.  But you realize that there |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

136

| | | |
|---|---|---|
| 13:26:11 | 1 | were updated versions and that that actual policy |
| 13:26:14 | 2 | and procedure manual was not the one in place at |
| 13:26:17 | 3 | the time of this incident? |
| 13:26:18 | 4 | **A.**   I was unaware of that. |
| 13:26:20 | 5 | **Q.**   Were you provided with the deposition |
| 13:26:24 | 6 | transcript of the corporate representative for St. |
| 13:26:28 | 7 | Lucie County, Brian Gonzalez? |
| 13:26:30 | 8 | **A.**   Yes. |
| 13:26:30 | 9 | **Q.**   So you were aware in his testimony that |
| 13:26:33 | 10 | he testified that that policy and procedure manual |
| 13:26:37 | 11 | that you were citing in 2006 no longer applied to |
| 13:26:40 | 12 | the situation in this case, correct? |
| 13:26:41 | 13 | **A.**   He said so.  I'm saying as an EMS |
| 13:26:46 | 14 | expert witness on this case it does apply because |
| 13:26:50 | 15 | it talks about the national standard that I'm aware |
| 13:26:53 | 16 | of and that is -- |
| 13:26:53 | 17 | **Q.**   And do national standards change over |
| 13:26:56 | 18 | time? |
| 13:26:56 | 19 | **A.**   They can.  There is absolutely no |
| 13:26:58 | 20 | national standard that states if you can't talk |
| 13:27:01 | 21 | somebody down give them an contraindicated |
| 13:27:05 | 22 | Benzodiazepine with many contraindications.  You |
| 13:27:08 | 23 | must try restraints, soft EMS approved restraints. |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

137

| | | |
|---|---|---|
| 13:27:11 | 1 | And you cannot use hard handcuffs by the police as |
| 13:27:16 | 2 | a substitute, it is strictly prohibited.  It is |
| 13:27:21 | 3 | expressly prohibited as mentioned in the documents |
| 13:27:23 | 4 | that were in the Jeff Lindsey report. |
| 13:27:25 | 5 | Q.   Dr. Sterba, going back to the patient |
| 13:27:29 | 6 | restraint emergency medical services approved by |
| 13:27:35 | 7 | the NAEMSP board of directors December 20th, 2016 |
| 13:27:39 | 8 | which you relied on numerous times in your |
| 13:27:43 | 9 | deposition and your report, you would agree with me |
| 13:27:44 | 10 | that the last paragraph talks about if a law |
| 13:27:46 | 11 | enforcement restraint intervention must be |
| 13:27:48 | 12 | continued during patient care and transport, but is |
| 13:27:51 | 13 | otherwise not sanction for use by an EMS provider, |
| 13:27:54 | 14 | a law enforcement should either accompany the |
| 13:27:55 | 15 | patient and EMS provider during transport to |
| 13:28:00 | 16 | definitive care or the law enforcement based |
| 13:28:02 | 17 | restraint intervention should when appropriate be |
| 13:28:07 | 18 | discontinued in favor or appropriate sanctions EMS. |
| 13:28:09 | 19 | It is an either/or, they are allowed to continue it |
| 13:28:13 | 20 | if it is required by law enforcement.  In this |
| 13:28:16 | 21 | situation a law enforcement official, Deputy |
| 13:28:18 | 22 | Robinson, did go with them in transport to St. |
| 13:28:24 | 23 | Lucie County Medical Center; is that correct? |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

138

13:28:26  1          A.    It is correct.  I found the paragraph

13:28:27  2  on the question that you asked for before.  It's

13:28:29  3  page E-28.  It is again a policy that was in effect

13:28:33  4  prior to this case and it is the bottom left-hand

13:28:37  5  paragraph.  Although physical restraints generally

13:28:41  6  are the first method employed when restraints are

13:28:43  7  necessary.  And in this case it was medically

13:28:46  8  necessary and clinically indicated.  And I will

13:28:49  9  continue, pharmacological restraints may be used as

13:28:51 10  an alternative or adjunct to physical restraints.

13:28:56 11  It does not state that you can skip physical

13:28:59 12  restraints.  It is mandatory.  It was skipped.  It

13:29:02 13  is below the US standard of practice.  It is

13:29:05 14  inexcusable.  And going directly to chemical

13:29:09 15  restraints at the wrong dose for the wrong drug

13:29:13 16  that was contraindicated caused cardiopulmonary

13:29:17 17  arrest and brain damage.

13:29:19 18          Q.    And the handcuffs being placed on him

13:29:27 19  with his hands behind the back, you would agree

13:29:30 20  that was also done by law enforcement officers?

13:29:33 21          A.    Yes.  Left in place without soft

13:29:39 22  restraints is against the US standard of practice?

13:29:44 23          Q.    Even though we just read one of the

*Sterba, MD - Tyke - 7/19/17*

139

| | | |
|---|---|---|
| 13:29:47 | 1 | policies and procedures that you rely on that says |
| 13:29:50 | 2 | that you can leave them on? |
| 13:29:52 | 3 | A.   That is a different situation.   If |
| 13:29:55 | 4 | somebody -- |
| 13:29:56 | 5 | Q.   Sir, I'm just asking generally if that |
| 13:29:59 | 6 | was something that we just read. |
| 13:30:00 | 7 | A.   We just read it.  But understand this, |
| 13:30:03 | 8 | if somebody is arrested and there is no need for |
| 13:30:06 | 9 | other physical restraint, that is fine.  It was |
| 13:30:08 | 10 | medically necessary for four point EMS approved |
| 13:30:12 | 11 | restraints to be placed.  The cuff taken off, the |
| 13:30:15 | 12 | hand moved around and recuffed would be fine if a |
| 13:30:20 | 13 | policeman accompanied the patient to the hospital. |
| 13:30:23 | 14 | But skipping over four point restraints, which |
| 13:30:25 | 15 | would have solved the situation, and not needing |
| 13:30:27 | 16 | any Ativan, especially at this dose, would have |
| 13:30:32 | 17 | been sufficient for this patient.  It was |
| 13:30:33 | 18 | completely avoidable.  It was with reckless |
| 13:30:37 | 19 | disregard that approved four point soft restraints |
| 13:30:39 | 20 | were not applied.  It was with reckless disregard |
| 13:30:42 | 21 | that Rosario went ahead and gave him with no |
| 13:30:48 | 22 | adequate monitoring before or after the Ativan of 4 |
| 13:30:51 | 23 | milligrams 4 times the dose injection that resulted |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

140

13:30:54  1  in an onset of action in one minute as documented

13:30:59  2  in the records right now, that this calmed the

13:31:02  3  patient down a minute later.  Approximately two

13:31:05  4  minutes later he went into arrest because of what

13:31:08  5  Rosario did.

13:31:09  6        Q.    How do you define reckless disregard?

13:31:14  7        A.    He knew or should have known what he

13:31:17  8  did could cause harm or kill a patient.

13:31:21  9        Q.    Isn't that true of all medical

13:31:23 10  treatment?

13:31:23 11        A.    No.

13:31:24 12        Q.    Most medical treatment?

13:31:26 13        A.    I can't say most medical treatment.

13:31:30 14  But if you know that doing something could cause

13:31:32 15  harm or kill a patient, you should have known or

13:31:35 16  you knew it would be reckless disregard for the

13:31:38 17  life and wellbeing of the patient to go ahead and

13:31:42 18  do that.

13:31:42 19        Q.    Can the administration of anesthetic

13:31:45 20  potentially cause harm or kill a patient during

13:31:48 21  surgery?

13:31:48 22        A.    Anesthetic, do you mean general

13:31:51 23  anesthesia?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

141

| | | |
|---|---|---|
| 13:31:52 | 1 | **Q.**    Yes. |
| 13:31:52 | 2 | **A.**    Yes. |
| 13:31:53 | 3 | **Q.**    So would it be reckless disregard for |
| 13:31:56 | 4 | any anesthesiologist to apply general anesthetic to |
| 13:32:00 | 5 | a patient because of the potential? |
| 13:32:01 | 6 | **A.**    No.  Unless the anesthesiologist knew |
| 13:32:05 | 7 | or should have known that the patient was deathly |
| 13:32:12 | 8 | allergic by a hypersensitivity reaction or that |
| 13:32:13 | 9 | medication -- like in this case, was |
| 13:32:14 | 10 | contraindicated for one or many reasons -- and I've |
| 13:32:17 | 11 | listed five reasons that this medication was |
| 13:32:20 | 12 | contraindicated, then the anesthesiologist would |
| 13:32:23 | 13 | have been acting with reckless disregard to risk |
| 13:32:26 | 14 | the life and wellbeing of his patient on the |
| 13:32:26 | 15 | operating table.  We have to come back to the |
| 13:32:29 | 16 | totality of this case.  Rosario knew -- he tested |
| 13:32:33 | 17 | on it and got a 99 percent on his exam, he knew |
| 13:32:38 | 18 | that hypotension was a contraindication.  He never |
| 13:32:44 | 19 | measured the blood pressure or attempted to even |
| 13:32:47 | 20 | get close to it with checking the pulses, |
| 13:32:50 | 21 | peripheral or central pulses, before skipping over |
| 13:32:53 | 22 | the required step of physical restraints and going |
| 13:32:56 | 23 | straight to the wrong drug at the wrong dose which |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

142

| | | |
|---|---|---|
| 13:33:01 | 1 | caused the brain damage. |
| 13:33:02 | 2 | Q.   Do you know if blood pressures would |
| 13:33:05 | 3 | have shown that Mr. Docher was hypotensive at the |
| 13:33:08 | 4 | time? |
| 13:33:08 | 5 | A.   No, I don't.  It should have been |
| 13:33:11 | 6 | checked. |
| 13:33:11 | 7 | Q.   Why is it that Mr. Rosario should have |
| 13:33:14 | 8 | known that he was hypotensive? |
| 13:33:17 | 9 | A.   Why should he have known what? |
| 13:33:18 | 10 | Q.   You said there were contraindications |
| 13:33:20 | 11 | that Rosario knew? |
| 13:33:22 | 12 | A.   In his test -- |
| 13:33:22 | 13 | Q.   Wait, wait. |
| 13:33:24 | 14 | A.   -- that hypotension is a |
| 13:33:28 | 15 | contraindication to Ativan. |
| 13:33:31 | 16 | Q.   Dr. Sterba, I'm really trying to |
| 13:33:31 | 17 | shortcut this, so if we can answer my questions. |
| 13:33:33 | 18 | What five things were the contraindications that |
| 13:33:38 | 19 | you believe Rosario knew at the time that underlie |
| 13:33:44 | 20 | your opinion that he administered the Ativan with |
| 13:33:49 | 21 | reckless disregard? |
| 13:33:50 | 22 | **MR. HECHT:**  Form. |
| 13:33:50 | 23 | **THE WITNESS:**  Either knew or should have |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

143

13:33:53  1   known comes from the expert, the enclosure, chapter

13:34:09  2   12, drugs and chemical classes, my page 24 at the

13:34:14  3   bottom, and we are talking about table 24-24,

13:34:17  4   Lorazepam contraindications, substance abuse was

13:34:22  5   suspected.  He knew that because the police said he

13:34:26  6   may be on drugs.  Coma, there was a loss of

13:34:30  7   consciousness prior to.  We don't have it in the

13:34:33  8   record that he didn't know or he knew, but it

13:34:36  9   should have been passed on.  Shock, he had lost

13:34:38  10  consciousness and he had an abnormal respiratory

13:34:40  11  rate.  Severe hypotension, could that have

13:34:44  12  happened.  We can't say for certainty because he

13:34:46  13  never even attempted to measure pulses or even a

13:34:50  14  blood pressure or even put a blood pressure cuff on

13:34:53  15  the arm, pump it up and let the pressure drop until

13:34:57  16  he could feel the pulse called BP systolic by

13:34:59  17  palpation.  CNS depression, of course he had CNS

13:35:03  18  depression.  So we have possible substance abuse,

13:35:07  19  coma, shock.  We don't know for sure about severe

13:35:12  20  hypotension, but most likely he did have that when

13:35:12  21  he was unconscious with asphyxiation.  CNS

13:35:18  22  depression.  We have enough of those that he knew

13:35:21  23  or should have known and that the police knew or

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

144

13:35:24  1  should have known.

13:35:24  2        **Q.**   Just going over that last.  The coma,

13:35:29  3  do you have any evidence that shows that Rosario

13:35:32  4  knew that he had a coma?

13:35:34  5        **A.**   That he was unconscious, unresponsive?

13:35:37  6        **Q.**   Right.

13:35:38  7        **A.**   No.

13:35:40  8        **Q.**   Do you have any facts to support that

13:35:44  9  Rosario knew that he had lost consciousness?

13:35:48 10        **A.**   No, but the police knew that.

13:35:51 11        **Q.**   CNS depression --

13:35:53 12        **A.**   Reckless disregard talks about --

13:35:57 13  you're asking for evidence where no evidence

13:35:59 14  exists.  You have to hear what I have to say about

13:36:04 15  reckless disregard.  Knew or should have known.  He

13:36:06 16  had the responsibility to say what happened to this

13:36:07 17  guy when you were arresting him, was there any

13:36:10 18  problem.  Did he lose consciousness?  Yeah, he lost

13:36:13 19  consciousness.  Well, what were you doing?  I had

13:36:15 20  my foot on his chest and I pulled his arms up and

13:36:18 21  he passed out.  Oh, my God, how were the

13:36:21 22  respirations after that.  Well, they were very

13:36:24 23  shallow.  He should have known and he should have

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

145

13:36:27 1  asked what happened during all of this arrest.

13:36:30 2  Because the police officers knew, Mangrum knew.

13:36:33 3  And it is the responsibility of EMS always to get

13:36:36 4  as much history as possible especially from law

13:36:40 5  enforcement officers.  It doesn't matter that there

13:36:43 6  is nothing in the record, if there is no evidence.

13:36:46 7  You always have to work very, very closely with law

13:36:50 8  enforcement officers, not only in the application

13:36:51 9  of EMS approved restraints but whatever happened to

13:36:54 10 the patient, especially if the patient was

13:36:57 11 asphyxiated into unconsciousness.  So should he

13:37:03 12 have known, yes.  Is it his fault for not asking,

13:37:11 13 yes.

13:37:11 14     **Q.**   Do you know the substance of all the

13:37:14 15 questions that he asked law enforcement?

13:37:15 16     **A.**   No.   There is very little in the

13:37:18 17 record, but having done this line of work and

13:37:20 18 supervised and taught paramedics in the past, you

13:37:23 19 have to get as much information as possible.  What

13:37:27 20 happened in the minutes, was this guy out.  Yeah,

13:37:30 21 he was out.  You have to find out.

13:37:32 22     **Q.**   You don't know the substance of any of

13:37:34 23 those conversations?

| | | |
|---|---|---|
| 13:37:35 | 1 | **A.**   No. |
| 13:37:35 | 2 | **Q.**   Or what was asked or not asked? |
| 13:37:37 | 3 | **A.**   No.   The EMS record would discuss that |
| 13:37:41 | 4 | if he had asked the question.   It is a pertinent |
| 13:37:46 | 5 | positive.   Did Docher lose consciousness while you |
| 13:37:51 | 6 | were restraining him?   Oh, yes, he did.   For how |
| 13:37:53 | 7 | long?   Oh, blank minutes.   And what happened?   I |
| 13:37:56 | 8 | put him in recovery position.   When did he start |
| 13:37:59 | 9 | coming around, being combative again?   Just now |
| 13:38:03 | 10 | when you pulled up.   He failed to act, he failed to |
| 13:38:07 | 11 | ask.   He should have known.   It was with reckless |
| 13:38:10 | 12 | disregard that his care was not only incomplete, it |
| 13:38:15 | 13 | was dangerous, reckless.   He caused the |
| 13:38:18 | 14 | cardiopulmonary arrest that was compounded by what |
| 13:38:22 | 15 | the law enforcement officers did and it led to |
| 13:38:25 | 16 | brain damage.   Both are at fault and both caused |
| 13:38:27 | 17 | the brain damage. |
| 13:38:27 | 18 | **Q.**   Both what? |
| 13:38:28 | 19 | **A.**   The law enforcement officers and |
| 13:38:30 | 20 | Rosario, both are responsible, and acted with |
| 13:38:35 | 21 | reckless disregard and caused the cardiopulmonary |
| 13:38:38 | 22 | arrest and the subsequent brain damage. |
| 13:38:41 | 23 | **Q.**   And, Dr. Sterba, earlier you said |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

147

13:38:42   1   unequivocally that the only cause was Jose Rosario,

13:38:46   2   are you now changing your opinion that law

13:38:49   3   enforcement and Jose Rosario combined are the cause

13:38:51   4   of the cardiac arrest?

13:38:51   5          **MR. HECHT:**  Form.

13:38:52   6          **THE WITNESS:**  Rosario did cause it, but I

13:38:55   7   never excluded the police officers or the deputies.

13:38:58   8   It's a contributing factor.  If somebody is

13:39:02   9   asphyxiated or suffocated and there is a loss of

13:39:06  10   consciousness with shock, is that a cause of

13:39:11  11   subsequent cardiac arrest, of course, it is.

13:39:17  12          **BY MS. TYKE:**

13:39:26  13       Q.   You say on page 9 that -- in the first

13:39:29  14   full paragraph, he was an combative agitated

13:39:33  15   patient with toxication from alcohol, a CNS

13:39:39  16   depressant.  Again, what evidence do you have that

13:39:45  17   he was intoxicated by alcohol?

13:39:47  18       A.   Two noses by two law enforcement

13:39:51  19   officers mentioned to the paramedic who documented

13:39:54  20   it that the smell of alcohol was noted.  And it is

13:39:59  21   mentioned in their deposition as well.

13:40:01  22       Q.   I don't think we are talking about

13:40:03  23   whether he consumed alcohol.  You specifically say

EXHIBIT C

13:40:06  1  that he was intoxicated?

13:40:07  2        **A.**    That's what they thought.  That's what

13:40:09  3  they arrested him for disorderly conduct -- no,

13:40:13  4  disorderly intoxication.

13:40:15  5        **Q.**    I'm asking you, as a medical provider

13:40:20  6  looking at the records, what factual basis do you

13:40:24  7  have?  I understand that people might have personal

13:40:27  8  opinions.

13:40:27  9        **A.**    Smelling is not an opinion.  It is a

13:40:29  10  sense.  Two officers smelled the alcohol --

13:40:32  11        **Q.**    Doctor, can I finish my question.

13:40:34  12        **A.**    Yeah.

13:40:34  13        **Q.**    Okay.  What evidence do you have that

13:40:41  14  Docher was actually intoxicated by alcohol?  And I

13:40:45  15  understand smelling alcohol can indicate that

13:40:50  16  somebody consumed it, but if I have one sip of wine

13:40:54  17  and someone talks to me and they smell alcohol,

13:40:59  18  that does not mean I'm intoxicated?

13:40:59  19        **MR. HECHT:**  Form.

13:41:00  20        **THE WITNESS:**  In this case we have altered

13:41:03  21  mental status with the smell of alcohol.  It was

13:41:06  22  their impression that he was intoxicated and

13:41:09  23  disorderly as a result of alcohol, plus other

*Sterba, MD - Tyke - 7/19/17*

149

13:41:12  1   drugs.  It's a judgment call based on the sensation

13:41:16  2   of smelling alcohol.  What factual evidence, they

13:41:20  3   can smell -- and not everyone can smell it, Rosario

13:41:24  4   didn't smell it.  It doesn't matter because the

13:41:25  5   level was only .04.

13:41:27  6        Q.   That is what I was trying to figure out

13:41:30  7   in your report what you were basing that on?

13:41:30  8        A.   Behavior and the smell of alcohol.

13:41:33  9        Q.   So the objective interpretation of the

13:41:39 10   factual witnesses and law enforcement officers?

13:41:42 11        A.   The objective sensation of the smell of

13:41:45 12   alcohol with the direct observation of erratic

13:41:50 13   delusional behavior, agitation as well.

13:41:53 14        Q.   Is it your opinion that his actions,

13:41:55 15   his delusions, hallucinations and agitation were

13:42:00 16   caused by alcohol?

13:42:01 17        A.   Partially, yes.

13:42:02 18        Q.   And what else?

13:42:04 19        A.   Schizophrenia, other drugs, we are not

13:42:08 20   sure at that point.  We are dealing at this point

13:42:11 21   in time with delusional state and acute psychotic

13:42:16 22   reaction.  Are there other drugs causing this, is

13:42:20 23   it just alcohol, how much alcohol was onboard, hard

EXHIBIT C

| | | |
|---|---|---|
| 13:42:22 | 1 | liquor, multiple Nattys, we don't know at this |
| 13:42:27 | 2 | point. |
| 13:42:27 | 3 | **Q.**   I am now talking about retrospectively? |
| 13:42:31 | 4 | **A.**   Looking at the whole case? |
| 13:42:33 | 5 | **Q.**   Yes. |
| 13:42:33 | 6 | **A.**   A .04 alcohol is not enough to explain |
| 13:42:37 | 7 | away all his behavior.  Underlying psychiatric |
| 13:42:40 | 8 | condition that we see in this who box of this EMS |
| 13:42:43 | 9 | medical records from Miami, which everyone is |
| 13:42:44 | 10 | saying he is a psychiatrically impaired patient, |
| 13:42:48 | 11 | depression, anxiety and some other underlying |
| 13:42:51 | 12 | psychiatric problems.  Is he an untreated |
| 13:42:54 | 13 | schizophrenic, are there possibly other drugs that |
| 13:42:58 | 14 | are causing a psychotic reaction, we will never |
| 13:43:02 | 15 | know.  Those are contributing factors.  And it is |
| 13:43:05 | 16 | on the list, these issues are on the list of a |
| 13:43:09 | 17 | differential diagnosis as to why he was behaving |
| 13:43:12 | 18 | when his life was about to be lost. |
| 13:43:15 | 19 | **Q.**   Can you render any within a reasonable |
| 13:43:17 | 20 | degree of medical probability as to what was the |
| 13:43:19 | 21 | specific cause of his actions on the day of May |
| 13:43:23 | 22 | 11th, 2014? |
| 13:43:24 | 23 | **A.**   No.  I don't think anybody will.  And |

EXHIBIT C

13:43:27  1  in the short eight comments things we would have

13:43:30  2  tested back in 2014 of opioids, PCP and all of that

13:43:36  3  is a very short list.  I do not believe that he had

13:43:40  4  any of the other common drugs that people think

13:43:44  5  about with extreme violence or extreme energy or

13:43:48  6  extreme strength.

13:43:48  7       **Q.**   Are you talking about flakka or bath

13:43:53  8  salts?

13:43:53  9       **A.**   There are many, many synthetic -- I

13:43:57 10  will call it just synthetic methamphetamines, if

13:44:03 11  you will.  There is a certain drug class for that.

13:44:06 12  No, he didn't exhibit any of the signs and symptoms

13:44:08 13  of either a bath salt or flakka or there are many

13:44:12 14  other street names for these things at CVS.  He

13:44:15 15  didn't exhibit anything when he came out and

13:44:19 16  surrendered the screwdriver.  He was just very

13:44:23 17  scared and he was delusional.

13:44:26 18       **Q.**   You mentioned in your report about Mr.

13:44:28 19  Docher yelling that he was being killed, is it your

13:44:30 20  understanding that he was continuing to yell that

13:44:33 21  when Mr. Rosario showed up?

13:44:36 22       **A.**   I don't know.  I just know it from the

13:44:38 23  tape, that is prior to Rosario showing up.

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

152

13:44:41  1        Q.   On page 9 of your report in the first

13:44:51  2    full paragraph, the last sentence, it says more

13:44:55  3    likely than not Mr. Docher at this point in time --

13:44:58  4    talking about when EMS arrived, was suffering from

13:45:02  5    a metabolic disturbance of acidosis due to a

13:45:05  6    buildup of lactic acid in his body, medically all

13:45:10  7    lactic acidosis, prior to EMS arrival and prior to

13:45:12  8    his eventual cardiopulmonary arrest?

13:45:15  9        A.   Yes.

13:45:15  10       Q.   Going back earlier in your deposition

13:45:19  11   testimony, I thought that you had testified that he

13:45:23  12   was suffering from respiratory acidosis?

13:45:29  13       A.   Correct.

13:45:29  14       Q.   That the metabolic acidosis was not

13:45:33  15   until after the injection?

13:45:35  16       A.   That's true.  Are these metabolic

13:45:38  17   disturbances both lung and cardiac arrest, yes.  A

13:45:42  18   metabolic disturbance does not mean metabolic

13:45:44  19   acidosis alone.  A metabolic disturbance, if we

13:45:47  20   wrap duct tape around your chest right now and you

13:45:52  21   found it very, very difficult to breathe, and you

13:45:54  22   became panicky with an elevated CO2 level and your

13:45:57  23   oxygen level would drop.  What do you have?  You

EXHIBIT C

13:46:00  1  have a metabolic disturbance of lactic acidosis.

13:46:05  2  What is the cause?  You just can't breathe.  You

13:46:11  3  are asphyxiated and now your heart stops, and

13:46:14  4  lactic acid really starts to build up in your body

13:46:15  5  because your heart is not even pumping, maybe for

13:46:18  6  even as long as a 16 minute period of time, that is

13:46:20  7  a metabolic problem.  He is being ventilated.  You

13:46:25  8  try to get rid of the respiratory acidosis by

13:46:28  9  blowing off more carbon dioxide, yes.  But when he

13:46:32 10  shows up at the hospital, his CO2 level is very,

13:46:34 11  very low, but the pH is extremely low, which means

13:46:38 12  he has an abundance of acid in his body and they're

13:46:44 13  breathing for him adequately.  What does he have at

13:46:46 14  the hospital, he has metabolic acidosis.  What did

13:46:48 15  he have with Mangrum's foot on his back pulling up

13:46:53 16  on the arms, asphyxiation, suffocation causing

13:47:00 17  hypoxia with a metabolic disturbance of respiratory

13:47:06 18  acidosis.  In other words, the cause is

13:47:07 19  respiratory.  He is not in a coma from diabetes.

13:47:11 20  He can't breathe.  He is asphyxiated, so that's

13:47:16 21  respiratory.  What happens later, he goes into

13:47:16 22  cardiac arrest.

13:47:16 23           Q.   When you talk about lactic acidosis

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

154

13:47:20 1 though, are you saying lactic acidosis is the same

13:47:23 2 thing as respiratory acidosis?

13:47:25 3     **A.**    Lactic acidosis can develop when you

13:47:27 4 can't breathe.

13:47:27 5     **Q.**    So you in your report say he was more

13:47:31 6 likely than not specifically suffering from lactic

13:47:36 7 acidosis, there is no mention of respiratory

13:47:39 8 acidosis?

13:47:39 9     **A.**    No.  That is a medical term.  The cause

13:47:41 10 of the metabolic disturbance of a buildup of lactic

13:47:45 11 acidosis from asphyxiation is called respiratory

13:47:54 12 acidosis, the cause is breathing, respiratory.

13:47:54 13 Now, metabolic acidosis, the heart stopped.

13:47:56 14     **Q.**    In this case we don't have any blood

13:48:02 15 test or arterial blood gas that was done prior to

13:48:04 16 the cardiac arrest?

13:48:05 17     **A.**    No.

13:48:05 18     **Q.**    And what is your basis that he was

13:48:08 19 suffering from metabolic acidosis, lactic acidosis

13:48:11 20 or respiratory acidosis prior to, just the video?

13:48:17 21     **MR. HECHT:**  Form.

13:48:17 22     **THE WITNESS:**  No.  You can see that his

13:48:20 23 respirations are so fast and so shallow that he

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

155

13:48:23 1    can't even talk, and he tells you that I can't

13:48:27 2    brrr.  He has no air in his lungs to say a

13:48:32 3    three-word sentence.  Okay, all right, I can't

13:48:32 4    brrr.

13:48:35 5        **BY MS. TYKE:**

13:48:35 6        Q.    So is everybody who is unable to

13:48:38 7    breathe suffering from respiratory acidosis?

13:48:41 8        A.    No.  But if you stepped on somebody's

13:48:45 9    chest and you pulled their arms up behind them.

13:48:48 10   And you can take a look at that picture from France

13:48:52 11   from 1633, that is how he died.

13:48:54 12       Q.    So other than the video what other

13:48:57 13   basis do you have that he was suffering from lactic

13:49:03 14   acidosis, respiratory acidosis or any type of

13:49:06 15   metabolic acidosis prior to his cardiac arrest?

13:49:10 16       A.    Observing his breathing pattern on the

13:49:14 17   ground.

13:49:16 18       Q.    Is that how you, as a medical doctor,

13:49:19 19   would determine whether somebody who came into the

13:49:23 20   emergency room or you came to their house if they

13:49:26 21   were suffering from acidosis?

13:49:29 22       A.    It would be an actual blood test that I

13:49:34 23   could do at somebody's house.  If I'm observing

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

156

13:49:36  1   that they are breathing very fast, too shallow,

13:49:41  2   inadequate ventilation, and I put a pulse ox on the

13:49:44  3   finger and show that their oxygen level was very

13:49:47  4   low, you can assume that the CO2 level would be

13:49:50  5   very high.

13:49:51  6          Q.   Was there a pulse ox that was done in

13:49:53  7   this case --

13:49:53  8          A.   No.

13:49:54  9          Q.   -- that shows on the EMS report?

13:49:57 10          A.   Later on, yes, after they did their

13:50:00 11   resuscitation, but not on the initial evaluation

13:50:05 12   before they gave the 4 milligrams of Ativan.

13:50:09 13          Q.   Do you have an opinion as to what that

13:50:11 14   pulse ox would show at the time within a reasonable

13:50:15 15   degree of medical probability what that pulse ox

13:50:18 16   would be?

13:50:18 17          A.   No, I don't.  Do you mean upon arrival?

13:50:21 18          Q.   Right.

13:50:23 19          A.   No, I don't.  I don't have any

13:50:25 20   information on it other than what the investigators

13:50:29 21   wrote down.  And the deputy stated that he was

13:50:33 22   breathing shallow.  After being asphyxiated,

13:50:38 23   breathing shallow would the pulse ox be low at that

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

157

| | | |
|---|---|---|
| 13:50:41 | 1 | point with medical certainty, absolutely.  He would |
| 13:50:44 | 2 | have been hypoxic, unconscious with abnormal |
| 13:50:47 | 3 | shallow breathing.  At that point, yes. |
| 13:50:47 | 4 | **Q.**   At what point? |
| 13:50:49 | 5 | **A.**   After he was asphyxiated on the ground, |
| 13:50:52 | 6 | put in recovery position by the former EMT, Deputy |
| 13:50:57 | 7 | Mangrum, with his respirations being very shallow |
| 13:50:57 | 8 | -- which is the only thing we have from his |
| 13:51:01 | 9 | deposition, with the pulse ox at that point -- and |
| 13:51:03 | 10 | some police officers actually have like a pulse ox, |
| 13:51:06 | 11 | not very many, but had the paramedic tossed on a |
| 13:51:10 | 12 | pulse ox with him unconscious laying on his side, |
| 13:51:11 | 13 | would it have been low, absolutely with medical |
| 13:51:13 | 14 | certainty. |
| 13:51:13 | 15 | **Q.**   But that was before Rosario? |
| 13:51:15 | 16 | **A.**   Before EMS showed up.  Had it been |
| 13:51:18 | 17 | measured, would it have shown hypoxia, absolutely. |
| 13:51:18 | 18 | And the metabolic disturbance would have been |
| 13:51:23 | 19 | there. |
| 13:51:23 | 20 | **Q.**   And when you say that absolutely, you |
| 13:51:24 | 21 | are talking about the time period of when Deputy |
| 13:51:29 | 22 | Mangrum describes Docher as losing consciousness |
| 13:51:32 | 23 | and him having to put him in recovery stage, is |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

158

13:51:37  1   that accurate?

13:51:37  2        **A.**    Yes.  With an EMT assessment that

13:51:39  3   checked his pulse.  But no one came around and said

13:51:42  4   what was the pulse check, former EMS Mangrum?  Was

13:51:45  5   it rapid, was it very thready and weak, and in

13:51:50  6   other words, almost shocky like.  And you said

13:51:52  7   respirations were shallow.  Do you mean shallow and

13:51:54  8   slow or shallow and fast, what was the degree of

13:51:57  9   his ventilation at that point.  You can ask him all

13:51:59 10   of those questions, he will give you the answer.

13:51:59 11        **Q.**    Generally when you have a patient who

13:52:04 12   has shallow low breathing --

13:52:08 13        **A.**    Not shallow --

13:52:13 14        **Q.**    Wait, wait.

13:52:13 15        **A.**    Go ahead.  Sorry.

13:52:24 16        **Q.**    You were talking earlier about Deputy

13:52:30 17   Mangrum's description of Docher having shallow and

13:52:32 18   slow breathing?

13:52:33 19        **A.**    No.  Shallow only.

13:52:35 20        **Q.**    Shallow only.  Okay.  Do you pay --

13:52:39 21   generally I'm not talking about Docher.  I'm

13:52:44 22   generally talking now.  Patients who have shallow

13:52:47 23   breathing, do they always have respiratory

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

159

13:52:50  1   acidosis?

13:52:50  2        A.    No.   When you talk about shallow

13:52:54  3   breathing, it sounds like inadequate breathing,

13:52:58  4   which can be fast and inadequate or slow and

13:53:01  5   inadequate.   Now, would you expect somebody who was

13:53:04  6   just asphyxiated who is lying on his side breathing

13:53:09  7   to have inadequate shallow breathing, absolutely

13:53:10  8   not.   This guy is in shock.   This is dangerous.

13:53:13  9   And I put him in unstable critical condition caused

13:53:17  10  by Mangrum prior to EMS arrival.

13:53:20  11       Q.    In page 9, again, going to the last

13:53:25  12  paragraph, according to training, EMS policies and

13:53:28  13  procedures Rosario in this risk situation was

13:53:32  14  required to first contact medical control before

13:53:35  15  using CNS depressant, sedatives, hypnotics,

13:53:40  16  Lorazepam, Ativan.   And you cite 8 and 9 in your

13:53:45  17  support for that, can you show me where in your

13:53:50  18  reference number 8 it states that?

13:53:55  19       A.    Well, the only reason 8 is mentioned is

13:54:08  20  that -- and it is mentioned in the book, you don't

13:54:11  21  have to contact medical control.   It is an EMT

13:54:14  22  book.   That the combination of alcohol and

13:54:17  23  Benzodiazepine is very dangerous to bring on

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

160

| | | |
|---|---|---|
| 13:54:21 | 1 | respiratory depression, that's why it is mentioned. |
| 13:54:21 | 2 | Q.   And then -- |
| 13:54:24 | 3 | A.   And in a dangerous situation you always |
| 13:54:27 | 4 | contact medical control. |
| 13:54:30 | 5 | Q.   And again, where are you getting that |
| 13:54:33 | 6 | from? |
| 13:54:33 | 7 | A.   You have a copy of it.  I made a |
| 13:54:38 | 8 | photocopy of it for you.  It talks about alcohol |
| 13:54:41 | 9 | and Benzodiazepine causing -- |
| 13:54:41 | 10 | Q.   No, no.  Where in a dangerous situation |
| 13:54:44 | 11 | does it say you always contact medical control? |
| 13:54:47 | 12 | A.   In reference 8 it does not state that. |
| 13:54:50 | 13 | Q.   In reference 9 does it state that? |
| 13:54:53 | 14 | A.   Yes.  We already talked about that.  It |
| 13:55:02 | 15 | says may contact.  It doesn't say you have to |
| 13:55:06 | 16 | contact, but I'm saying that they should have. |
| 13:55:08 | 17 | Q.   Do you agree that what you cite does |
| 13:55:11 | 18 | not say shall, it says may, do you agree with that? |
| 13:55:17 | 19 | A.   It says -- does it say may? |
| 13:55:21 | 20 | Q.   I'm asking you. |
| 13:55:24 | 21 | A.   I think it said may.  Let's see.  I |
| 13:56:35 | 22 | can't put my hands on it.  I do agree it says |
| 13:56:39 | 23 | advised that you may contact.  It doesn't say must. |

*Sterba, MD - Tyke - 7/19/17*

161

| | | |
|---|---|---|
| 13:56:42 | 1 | So if you don't, you better explain yourself. |
| 13:56:49 | 2 | **Q.** Policies and procedures or protocols or |
| 13:56:54 | 3 | however you want to call them that give a range in |
| 13:56:57 | 4 | which paramedics or EMTs can administer treatments, |
| 13:57:03 | 5 | would you agree with me that those are also known |
| 13:57:05 | 6 | as standing orders? |
| 13:57:08 | 7 | **A.** Yes. |
| 13:57:08 | 8 | **Q.** And with standing orders, as an |
| 13:57:13 | 9 | emergency room physician and in your time as a |
| 13:57:17 | 10 | physician in your career, do you expect whether it |
| 13:57:21 | 11 | is a nurse or a paramedic or a physician extender |
| 13:57:26 | 12 | to call you every time that they are going to |
| 13:57:30 | 13 | administer some type of treatment within parameters |
| 13:57:34 | 14 | of your standing order? |
| 13:57:36 | 15 | **A.** No.  The section that I was trying to |
| 13:57:47 | 16 | find is actually page 2 of 3 on the patient |
| 13:57:50 | 17 | restraint on EMS.  It wasn't in the other one.  And |
| 13:57:54 | 18 | it says, toward the bottom -- third from the |
| 13:57:57 | 19 | bottom, direct medical oversight of EMS provider |
| 13:58:02 | 20 | interventions may be necessary.  You wouldn't say |
| 13:58:05 | 21 | must be necessary.  If it's necessary that means |
| 13:58:08 | 22 | that you should.  May be necessary for combative |
| 13:58:10 | 23 | patients who refuse treatment, for orders to |

*Sterba, MD - Tyke - 7/19/17*

162

13:58:12   1   restrain a patient before or immediately after

13:58:13   2   restraint, for orders for chemical restraint before

13:58:16   3   or after medication.  Was it necessary, yes.

13:58:20   4        Q.   And what --

13:58:21   5        A.   Not maybe done at the discretion.  It

13:58:24   6   may be necessary.  Was it necessary, it was

13:58:27   7   necessary.  It was medically necessary and

13:58:29   8   clinically indicated for Rosario to contact medical

13:58:33   9   control.

13:58:34  10        Q.   And specifically can you identify what

13:58:36  11   made it medically necessary for him to contact

13:58:40  12   medical control?

13:58:41  13        A.   The risks and the contraindications and

13:58:44  14   also violating protocol by skipping over physical

13:58:49  15   restraints, and not using four point restraints,

13:58:52  16   not apply oxygen.  Basically not doing anything

13:58:54  17   according to his training that we've already talked

13:58:57  18   about.  We are beating this to death.  He didn't

13:58:59  19   use oxygen, he didn't check the blood pressure, he

13:59:03  20   didn't check the pulses.  He went right ahead to a

13:59:05  21   dangerous level of chemical restraint without using

13:59:08  22   four points.  Four points by themselves would have

13:59:10  23   been adequate.

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

13:59:10  1          Q.    Dr. Sterba, I understand what you are

13:59:13  2    saying as far as what he didn't do.  What I'm

13:59:16  3    asking is in this situation what would have

13:59:19  4    triggered in the mind of a paramedic for them to

13:59:24  5    say, hey, I have a situation where I should call

13:59:26  6    medical control?

13:59:27  7          **MR. HECHT:**  Form.

13:59:28  8          **THE WITNESS:**  I don't think that trigger

13:59:29  9    happened.  You are asking me what is in Rosario's

13:59:33 10    mind.

13:59:33 11          **BY MS. TYKE:**

13:59:33 12          Q.    No, no, no.

13:59:33 13          A.    I'm going to finish my thought here.

13:59:34 14          Q.    I'm saying generally.

13:59:35 15          A.    I'm thinking in general nothing was in

13:59:38 16    Rosario's mind to actually contact medical control

13:59:41 17    and say I have a dangerous situation here, a loss

13:59:44 18    of consciousness.  He is not acting normal.  We

13:59:47 19    might have alcohol and drugs.  They restrained him

13:59:50 20    to the point of a loss of consciousness.  Can I go

13:59:53 21    ahead with 4 milligrams of Ativan with no

13:59:56 22    restraints and no oxygen, and I don't know what the

13:59:59 23    blood pressure is, and I don't even know what the

EXHIBIT C

14:00:01  1  pulse ox is.  What do you think an emergency

14:00:03  2  physician would say, no.  Transport with oxygen and

14:00:05  3  monitor closely.

14:00:06  4          Q.    And, Dr. Sterba, just going back to my

14:00:10  5  question.  I was not asking about Rosario

14:00:13  6  specifically.  I said generally what in that

14:00:17  7  situation, in the mind of a general paramedic,

14:00:23  8  somebody -- not Rosario, I'm just talking about if

14:00:26  9  we are just talking about the situation where you

14:00:28 10  believe what would have triggered in their mind to

14:00:32 11  contact medical control in that situation?

14:00:33 12          A.    That it was necessary.

14:00:35 13          Q.    And I'm asking you what specifically

14:00:37 14  made it necessary?

14:00:38 15          A.    That the patient had previously lost

14:00:41 16  consciousness, therefore, coma and shock.  That the

14:00:44 17  patient had restricted ventilation, which if they

14:00:48 18  would have talked it over they would have realized

14:00:51 19  this is a situation, this is what we did.  The

14:00:54 20  paramedic had an obligation to ask the police what

14:00:57 21  did you guys do to him for him to lose

14:00:59 22  consciousness.  Well, I stepped on his chest and

14:01:02 23  pulled his arms up.  Oh, boy, is there anything

EXHIBIT C

14:01:04  1  onboard.  Yeah, we think drugs and alcohol are

14:01:07  2  onboard.  Would it be necessary for a general

14:01:09  3  paramedic, absolutely.  Is Rosario a general

14:01:13  4  paramedic, no.  He acted with reckless disregard

14:01:17  5  and caused the problem along with Mangrum.

14:01:20  6       **Q.**   Do you think your responsibility as an

14:01:22  7  expert is to determine whether Rosario acted with

14:01:27  8  reckless disregard?

14:01:27  9       **MR. HECHT:**  Form.

14:01:29  10      **THE WITNESS:**  Absolutely.

14:04:04  11      **BY MS. TYKE:**

14:04:05  12      **Q.**   In going to page 10 of your report you

14:04:08  13  talk about in the second full paragraph starting

14:04:13  14  with established EMS training, 8, and EMS protocols

14:04:18  15  9 through 11, repeatedly warned basic EMT there

14:04:24  16  should be great caution when evaluating a patient

14:04:28  17  that is intoxicated with alcohol with the sedative

14:04:32  18  medication such as Lorazepam or Ativan?

14:04:35  19      **A.**   Right.

14:04:35  20      **Q.**   Can we agree just to continually call

14:04:39  21  it Ativan at this point?

14:04:41  22      **A.**   Sure.

14:04:41  23      **Q.**   Do any of those citations 8, 9 or 11

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

166

14:04:47  1  specifically talk about or state that because a

14:04:53  2  patient consumed alcohol that it is a

14:04:57  3  contraindication to the use of Ativan?

14:05:00  4       A.    They do not.  We have to look at this

14:05:04  5  case in the totality of what was going on.  We have

14:05:07  6  not only alcohol in an unknown amount.  We have

14:05:10  7  other drugs likely involved according to the

14:05:15  8  deputies and EMS, excited delirium, therefore,

14:05:21  9  metabolic disturbance of lactic acidosis.  My

14:05:25 10  observation on the video of asphyxiation or

14:05:29 11  suffocation with hypoxia being more likely than

14:05:33 12  not.  The alcohol alone, not in this case.  You

14:05:37 13  have to look at the whole picture.  Ativan is

14:05:40 14  dangerous and caused a problem.

14:05:42 15       Q.    And let's talk a little bit about

14:05:46 16  Ativan.  What pharmacokinetic basis do you have to

14:05:54 17  suggest the conditions that Tavares Docher was

14:06:01 18  suffering from in combination with the Ativan led

14:06:04 19  to the cardiorespiratory arrest?

14:06:07 20       A.    When you give a very potent

14:06:10 21  Benzodiazepine, which is a known respiratory

14:06:14 22  depressant, but it's also known as a medication

14:06:18 23  that can drop your blood pressure, it can cause

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

167

14:06:22   1   hypotension.  If you combine that medication with

14:06:29   2   what we know existed at the time in totality, coma,

14:06:33   3   shock, likely hypotension, likely hypoxemia before

14:06:40   4   EMS arrived, you have a very dangerous situation

14:06:46   5   for the Ativan being given to act quickly and

14:06:52   6   powerfully to stop breathing, and actually drop the

14:06:56   7   blood pressure so bad and so fast.  And if you say,

14:06:58   8   well, the onset of action is very long.  No, the

14:07:03   9   onset of action is what it was.  It was observed

14:07:08 10   that within one minute the patient was calm and

14:07:09 11   able to be loaded onto the gurney.  The onset of

14:07:13 12   action for Docher was one minute.  And in the

14:07:16 13   medical literature or the enclosures that

14:07:20 14   accompanied these reports, as I mentioned right

14:07:23 15   here, the onset of action of Ativan can be as

14:07:26 16   quickly as one minute.

14:07:27 17         **Q.**  I did read those.  And going through

14:07:30 18   what you cited, and do you agree with me that the

14:07:33 19   faster times had to do with when they were

14:07:38 20   interjected intravenously?

14:07:40 21         **A.**  No.  It can be IM.  You can have a 1 to

14:07:44 22   5 minute IM.

14:07:44 23         **Q.**  Can you show me where that is?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

168

| | |
|---|---|
| 14:07:46 1 | **A.**   Yeah.  And it actually says IM IV.  And |
| 14:07:52 2 | I've read the onset of action -- |
| 14:07:54 3 | **Q.**   Again, if you can show me.  I did read |
| 14:07:58 4 | those over last night and did not find it. |
| 14:09:52 5 | **A.**   Section 3, pharmacology, it is page |
| 14:09:56 6 | 564, and let's see what document that is.  It's |
| 14:10:01 7 | going to be another enclosure to Lindsey's report, |
| 14:10:06 8 | my page 28, section 3, pharmacology, page 564. |
| 14:10:12 9 | This is where they are talking about giving it a 2 |
| 14:10:18 10 | milligrams per minute, which was another violation. |
| 14:10:20 11 | It is with reckless disregard that he gave 4 |
| 14:10:25 12 | milligrams instantly rather than over 2 minutes. |
| 14:10:27 13 | Does that increase the onset of action, yes.  For |
| 14:10:29 14 | him being in an unstable critical condition does |
| 14:10:34 15 | that increase the onset of action, yes.  What is |
| 14:10:36 16 | the duration of action onset 1 to 5 minutes, there |
| 14:10:41 17 | it is.  Now, is that IV or IM, it doesn't say.  But |
| 14:10:43 18 | the onset of action has a lot to do with the |
| 14:10:47 19 | totality of the patient, are they on the brink, is |
| 14:10:50 20 | there a lot of acidosis going on right now, have |
| 14:10:54 21 | they just sustained a loss of consciousness maybe |
| 14:10:57 22 | with asphyxiation.  If you give Ativan -- that's |
| 14:11:00 23 | why they say don't give it.  If you give Ativan in |

EXHIBIT C

14:11:03  1 a situation like that could it kick in hard and

14:11:03  2 fast and cause cardiac arrest, yeah, that's why

14:11:09  3 we're telling you not to give it.

14:11:09  4        Q.   What is the difference between onset of

14:11:10  5 action and peak effect?

14:11:13  6        A.   The onset of action is when it first

14:11:17  7 starts to take hold.  We know from the record that

14:11:20  8 after 1 minute he became calm, calm enough to be

14:11:24  9 transferred onto the gurney.  When was the

14:11:28 10 injection given, 18:40, so roughly 18:41.

14:11:31 11        Q.   And really my question -- I'm trying to

14:11:34 12 get --

14:11:39 13        A.   Onset of action --

14:11:39 14        Q.   Doctor --

14:11:39 15        A.   I'm not done answering your question.

14:11:41 16 Onset of action is when it first begins to work.

14:11:44 17 Peak effect is the maximum effect.  We are talking

14:11:48 18 about onset of action which can kill a patient in

14:11:51 19 this situation.

14:11:52 20        Q.   And you talked about earlier coma,

14:11:56 21 shock, hypotension, and what was the 4th thing that

14:12:03 22 you said was in combination with the Ativan that

14:12:05 23 led to the cardiopulmonary arrest, you said four

*Sterba, MD - Tyke - 7/19/17*

170

| | | |
|---|---|---|
| 14:12:09 | 1 | things? |
| 14:12:10 | 2 | **A.**    Substance abuse. |
| 14:12:17 | 3 | **Q.**    No, no.  You only mentioned four |
| 14:12:19 | 4 | earlier. |
| 14:12:19 | 5 | **A.**    Substance abuse, coma, shock, severe |
| 14:12:23 | 6 | hypotension and CNS depression.  There are five |
| 14:12:27 | 7 | suspected at the time that Ativan was given.  You |
| 14:12:30 | 8 | have to go with what he likely had.  You have five. |
| 14:12:33 | 9 | **Q.**    Wait, wait. |
| 14:12:39 | 10 | **A.**    So substance abuse includes alcohol. |
| 14:12:42 | 11 | We have got drugs and alcohol as one, substance |
| 14:12:46 | 12 | abuse, coma, he's out -- |
| 14:12:50 | 13 | **Q.**    Let's back up again.  And we have gone |
| 14:12:57 | 14 | over this, suspected drug use, coma, shock, |
| 14:12:59 | 15 | hypotension and CNS depression -- |
| 14:12:59 | 16 | **A.**    You've got this? |
| 14:12:59 | 17 | **Q.**    Yeah.  I'm just asking you your list. |
| 14:13:09 | 18 | So that's though the pharmacokinetics -- |
| 14:13:14 | 19 | **A.**    Pharmacokinetics just talks about how |
| 14:13:16 | 20 | quickly it kicks in and how long it lasts. |
| 14:13:20 | 21 | Kinetics is movement. |
| 14:13:21 | 22 | **Q.**    What is the biological basis that all |
| 14:13:25 | 23 | of those things in combination with the Ativan led |

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

171

14:13:29  1  to the cardiopulmonary arrest?

14:13:32  2      **A.**    You become hypersensitive to

14:13:33  3  respiratory depression and cardiovascular collapse

14:13:35  4  in those situations.  Medically and physiologically

14:13:40  5  speaking you give Ativan without a protected airway

14:13:44  6  in a situation like that, could you like your

14:13:47  7  breathing might slow down.  No, your breathing can

14:13:51  8  stop.  Can your blood pressure drop so severe and

14:13:53  9  so fast that your heart stops, yes.  What happened,

14:13:56 10  we don't have a good timeline.  All of a sudden

14:13:59 11  he's dead.  He just died, that is the testimony

14:14:01 12  that we heard.  In 3 minutes time, do I really

14:14:04 13  think in three minutes time the breathing stopped

14:14:08 14  and the heart stopped at the same time, absolutely

14:14:10 15  not.  I'm an expert on breath holding and

14:14:16 16  asphyxiation.  I think the Ativan kicked in right

14:14:17 17  away.  Onset of action 1 minute in this patient.

14:14:18 18  His breathing went way down, his blood pressure

14:14:21 19  fell and all of a sudden we see that he is

14:14:24 20  flatlined.  He should had a lot of cardiac

14:14:29 21  irregularities prior to going asystolic.  And all

14:14:31 22  of that was missed because he was never monitored.

14:14:34 23  He was never pre-screened.  We didn't have vitals

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

172

14:14:37  1    before or after the Ativan was given.  He just got

14:14:40  2    put on a gurney and put in the ambulance, and, oh,

14:14:44  3    by the way, he just died.

14:14:45  4         Q.   Have you seen any published reports,

14:14:48  5    studies, anything that would indicate that the use

14:14:52  6    of Ativan in this type of patient, like Tavares

14:14:59  7    Docher, would lead one to cardiopulmonary arrest?

14:15:01  8         A.   No.  Just the precautions are quite

14:15:05  9    similar to my training.

14:15:07 10         Q.   That is your answer.

14:15:08 11         A.   I don't have an article in mind for you

14:15:11 12    guys to pin down.  There is no authoritative

14:15:15 13    treatise or textbook or article.

14:15:15 14         Q.   So no article or study or research or

14:15:18 15    peer review?

14:15:19 16         A.   What we would say in emergency medicine

14:15:21 17    and EMS is a no brainer.  That is why it is in the

14:15:24 18    EMT textbook that Rosario used at Indian River

14:15:29 19    State College, that the combination of alcohol and

14:15:32 20    Benzodiazepine can be fatal.

14:15:35 21         Q.   But was the alcohol in Tavares Docher

14:15:43 22    system in combination with the Ativan the reason

14:15:47 23    that he went into cardiopulmonary arrest?

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

173

14:15:48  1       **A.**   One reason.   The other reasons were

14:15:53  2   that he had just been asphyxiated.

14:15:55  3       **Q.**   Have you seen the studies where it

14:15:55  4   shows the use of Ativan is recognized and approved

14:15:58  5   for patients who have consumed alcohol?

14:16:01  6       **A.**   I've done in, yes, in the ER.   It is

14:16:05  7   safe under those highly monitored conditions, but

14:16:08  8   not with all of the other risk factors that are

14:16:12  9   there.   Not for a patient that has just been

14:16:13 10   asphyxiated.

14:16:13 11       **Q.**   So that the alcohol standing alone was

14:16:14 12   not the reason why --

14:16:15 13       **A.**   I see what you mean.   Did the level of

14:16:19 14   .04 cause his arrest, no.   It contributed to it

14:16:23 15   because he has a toxin in his blood stream.   Could

14:16:26 16   he have other drugs that have contributed, yes.

14:16:28 17   Were they tested, no.   You have just eight simple

14:16:31 18   drugs.

14:16:31 19       **Q.**   You would be assuming that he was on

14:16:34 20   another drug?

14:16:35 21       **A.**   I didn't assume that.   The two police

14:16:36 22   officers did.

14:16:37 23       **Q.**   Doctor, for what you just stated you

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

174

14:16:40  1  would have to assume that he was on another drug?

14:16:42  2       A.   Yes.  Either that or he has limited

14:16:48  3  psychoses from untreated schizophrenia.

14:16:50  4       Q.   We have no evidence in this case, no

14:16:52  5  facts to support that he was on any other illicit

14:16:56  6  drug --

14:16:57  7       A.   THC.

14:16:59  8       Q.   -- other than the presumption of facts,

14:17:01  9  witnesses?

14:17:01 10       A.   And THC.

14:17:02 11       Q.   Did the THC play any part in his

14:17:06 12  cardiopulmonary arrest?

14:17:08 13       A.   No.  Unless it was laced with something

14:17:11 14  that they didn't test for, which would be common.

14:17:13 15       Q.   Would that be an assumption on your

14:17:14 16  part?

14:17:14 17       A.   It always is.  I'm trained in

14:17:16 18  toxicology, so yes.

14:17:16 19       Q.   Do you have any facts that it was

14:17:18 20  laced?

14:17:18 21       A.   No.  Assumption is based on a

14:17:20 22  differential of what I think this guy might have.

14:17:23 23       Q.   But we are dealing with facts and we

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

175

| | | |
|---|---|---|
| 14:17:26 | 1 | are looking retrospectively, and I want to know |
| 14:17:30 | 2 | factually what we can say -- |
| 14:17:30 | 3 | A.   You're dealing with facts.  I'm the |
| 14:17:32 | 4 | physician that -- |
| 14:17:32 | 5 | Q.   Dr. Sterba, can you let me finish my |
| 14:17:35 | 6 | question and this would go a lot faster. |
| 14:17:36 | 7 | A.   It's not going very fast. |
| 14:17:38 | 8 | Q.   I know.  Because you keep interrupting |
| 14:17:40 | 9 | me. |
| 14:17:40 | 10 | A.   No.  I've answered the same thing three |
| 14:17:44 | 11 | times.  You can go ahead. |
| 14:17:45 | 12 | Q.   I have asked you do you have any |
| 14:17:49 | 13 | factual support in this case to point to that the |
| 14:17:54 | 14 | marijuana that he either smoked or consumed in some |
| 14:17:59 | 15 | form or fashion was laced with any illicit drugs? |
| 14:18:04 | 16 | A.   No.  Just my clinical experience that |
| 14:18:06 | 17 | it sometimes is and it has to be considered.  All |
| 14:18:11 | 18 | drugs used were not tested in this case so we will |
| 14:18:14 | 19 | never know. |
| 14:18:14 | 20 | Q.   You cite quite a few times to these |
| 14:18:39 | 21 | emergency care in transport of the sick and injured |
| 14:18:42 | 22 | from, I think, 2006 and 2002, is that accurate? |
| 14:18:48 | 23 | A.   Yes. |

14:18:48  1        Q.   Did you read, I guess -- what would

14:18:54  2    this be called, this second part of the page where

14:19:06  3    you copied.

14:19:07  4        MR. HECHT:  The copyright page.

14:19:09  5        BY MS. TYKE:

14:19:09  6        Q.   Yes.  The copyright page.

14:19:11  7        A.   Right.

14:19:11  8        Q.   Did you read where it says this

14:19:13  9    textbook is intended solely as a guide to the

14:19:16 10    appropriate procedures to be employed when

14:19:20 11    rendering emergency care to the sick and injured is

14:19:21 12    not intended as a statement of the standard of

14:19:22 13    care?

14:19:23 14        A.   That's true.  The disclaimer is always

14:19:26 15    there.  I'm here to tell you what the standard of

14:19:29 16    care is.

14:19:29 17        Q.   I just wanted to know if you had read

14:19:32 18    that in that book.

14:19:33 19        A.   I did.  And that is not an

14:19:35 20    authoritative text, but it is what he studied for

14:19:39 21    his EMT at the time.

14:19:40 22        Q.   Do you consider any textbook

14:19:43 23    authoritative in the realm of emergency medical

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

177

14:19:47  1  services?

14:19:48  2          **A.**    No.

14:19:48  3          **Q.**    You mentioned in your report or

14:19:55  4  suggested that the injection given by Jose Rosario

14:19:59  5  might have been given intravenously?

14:20:02  6          **A.**    It is possible because it happened so

14:20:05  7  quickly.

14:20:06  8          **Q.**    Can you say within a reasonable degree

14:20:09  9  of medical probability that it was given

14:20:12  10  intravenously?

14:20:12  11          **A.**    No, I cannot.  It was suggested by one

14:20:25  12  of the other experts.

14:20:26  13          **Q.**    You also talk about in your report with

14:20:30  14  how Mr. Rosario gave the injection.  You read over

14:20:35  15  Mr. Rosario's deposition, correct?

14:20:37  16          **A.**    Yes.

14:20:37  17          **Q.**    Did you see anywhere where he was asked

14:20:41  18  specific questions regarding where specifically on

14:20:44  19  the body the injection was given, how specifically

14:20:47  20  he gave the injection, whether he did aspirate

14:20:51  21  before the injection or not, did you see those

14:20:54  22  questions in the deposition?

14:20:55  23          **MR. HECHT:**  Form.

EXHIBIT C

14:20:56  1          **THE WITNESS:**  I didn't remember seeing

14:21:01  2   someone asked him whether he aspirated.  Was it

14:21:05  3   asked?

14:21:05  4          **BY MS. TYKE:**

14:21:05  5          **Q.**    No.

14:21:05  6          **A.**    I didn't think so.  That kind of thing

14:21:06  7   should be brought up.  Now, if he said, oh,

14:21:06  8   certainly that is my standard, I aspirated.  Well,

14:21:09  9   how can he get such a rapid onset of action.  By

14:21:11  10  being that critically unstable it can happen within

14:21:15  11  a minute.  Especially when you give way over what

14:21:20  12  you are supposed to.

14:21:21  13         **Q.**    I think we talked about to be done

14:21:24  14  slowly 2 milligrams per minute, do you base that on

14:21:29  15  the attachment to Mr. Lindsey's report, is that

14:21:32  16  accurate?

14:21:32  17         **A.**    No.

14:21:33  18         **Q.**    That's you are citing.

14:21:35  19         **A.**    That is what I cited.  I'm not going to

14:21:39  20  be citing everything.  I do know that Ativan has to

14:21:42  21  be given slowly to avoid these complications.  And

14:21:42  22  in this case 4 milligrams should have been

14:21:47  23  delivered over a 2 minute period of time -- no, let

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

179

14:21:51  1  me backup.  It should never have been given in the

14:21:53  2  first place.  So I'm not going to get trapped into

14:21:55  3  saying, oh, if you give it over 2 minutes

14:21:57  4  everything would have been fine.  It should never

14:22:00  5  have been given.  When you are giving Ativan IV or

14:22:06  6  IM, it has to be given slowly, no faster than 2

14:22:11  7  milligrams per minute.  And I have used the drug

14:22:17  8  recently, I give it slowly and I'm monitoring the

14:22:20  9  patient very carefully.

14:22:41 10        Q.   If you could turn to what you have

14:22:44 11  marked as page 27, Mr. Lindsey's report.

14:22:47 12        A.   Dr. Lindsey.

14:22:48 13        Q.   Yes, Dr. Lindsey.  Sorry.

14:22:54 14        A.   Yes.

14:22:55 15        Q.   And we talked about dosage and

14:22:58 16  administration?

14:22:58 17        A.   Yes.

14:22:58 18        Q.   And it says adult 2 to 4 milligrams

14:23:03 19  slow?

14:23:03 20        A.   Yes.  At 2 milligrams per minute.

14:23:08 21        Q.   Can you explain to me how it is that

14:23:15 22  you can give between 2 to 4 milligrams slow IM at 2

14:23:21 23  milligrams per minute to be repeated in 15 to

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

180

14:23:25  1  20 minutes, does that mean that the 4 milligrams

14:23:29  2  would be given over a 4 minute time period?

14:23:31  3      **MR. HECHT:**  Form.

14:23:34  4      **THE WITNESS:**  No.  4 milligrams would have

14:23:35  5  been given over 2 minutes.  2 to 4 milligrams slow

14:23:38  6  IV IM at 2 milligrams per minute.  So how many

14:23:41  7  minutes is for 4 milligrams.

14:23:44  8      **Q.**  I said for 2 minutes.

14:23:46  9      **A.**  How do you do that slowly IM?

14:23:46 10      **Q.**  Yes?

14:23:49 11      **A.**  It's very hard.

14:23:51 12      **Q.**  That is what I was going to ask you.

14:23:53 13  In a combative patient how would you administer

14:23:56 14  that?

14:23:56 15      **A.**  In this patient --

14:24:00 16      **Q.**  No, in general.

14:24:01 17      **A.**  A patient in the emergency department I

14:24:05 18  would have given it IV slowly, recheck slowly,

14:24:08 19  recheck or IO.  I do both, intraosseous as well as

14:24:12 20  IV.  As far as a slow IM push it's impracticable.

14:24:17 21  It can be done.  Maybe a small amount, recheck the

14:24:18 22  patient, a small amount recheck the patient.

14:24:20 23      **Q.**  Is it your opinion in this case that

EXHIBIT C

14:24:23  1  any amount of Ativan, 1 milligram of Ativan would

14:24:29  2  have led to Tavares Docher into cardiopulmonary

14:24:33  3  arrest?

14:24:33  4       A.   I don't know.  I can say with medical

14:24:36  5  certainty that 4 milligrams put him over the edge.

14:24:40  6  I can't say with medical certainty what 1 milligram

14:24:43  7  would have done.  It's very dangerous and

14:24:46  8  contraindicated and I would not have recommended

14:24:48  9  it.  I can tell you with medical certainty what

14:24:52 10  would happened.  When you have a contraindicated

14:24:54 11  drug for five reasons in this case, you don't have

14:24:57 12  to guess, I wonder what would have happened.  You

14:24:59 13  just don't give it.

14:25:01 14       Q.   The asystolic that you talked about

14:25:09 15  when they put monitors on Taveras Docher, can you

14:25:13 16  explain to me what that is?

14:25:15 17       A.   Flatline.  When you stop breathing --

14:25:18 18  this is all part of my research and my teaching and

14:25:21 19  such, your heart slows down almost like you're

14:25:24 20  holding your breath.  You stop breathing.  And then

14:25:27 21  you have irregularities in the beats and maybe

14:25:30 22  extra beats.  And it finally decompensates down to

14:25:34 23  more dangerous rhythms.  And finally, no electrical

*Sterba, MD - Tyke - 7/19/17*

182

14:25:38  1    activity in the heart at all, flatline.  That is a

14:25:40  2    very dangerous situation.  And if you do get the

14:25:44  3    heart rate back -- I should say the heartbeat with

14:25:46  4    a blood pressure by using epinephrine, it is often

14:25:52  5    at the expense of the brain.

14:25:53  6        Q.    In your practice as an emergency room

14:25:56  7    physician have you seen patients who presented in

14:26:01  8    an asystolic rhythm?

14:26:02  9        A.    Yes.

14:26:02  10       Q.    Have all of those patients been given

14:26:06  11   Ativan before they presented?

14:26:09  12       A.    I don't remember.

14:26:11  13       Q.    If all of them had been?

14:26:14  14       A.    You want me to tell you?

14:26:17  15       Q.    When you see somebody who has an

14:26:23  16   asystolic or flatline, is it always preceded by

14:26:28  17   them being injected with Ativan?

14:26:31  18       A.    No.

14:26:32  19       Q.    Cardiac arrest is one of the largest

14:26:34  20   causes of death in the United States, correct?

14:26:36  21       A.    Yes.

14:26:37  22       Q.    And sudden cardiac death is also one of

14:26:40  23   the largest causes of death in the United States?

EXHIBIT C

14:26:43   1          A.    Right.

14:26:44   2          Q.    And you have seen through your career

14:26:47   3   patients who have presented in cardiac arrest?

14:26:50   4          A.    Yes.  Docher does not fit this picture.

14:26:54   5   He is a 29 year old healthy guy that was

14:26:57   6   asphyxiated and overdosed by the paramedic.

14:27:01   7          Q.    Dr. Sterba, I wasn't asking

14:27:04   8   specifically about Mr. Docher, just general

14:27:07   9   statements about cardiac arrest.

14:27:10  10          A.    But not in this age group.

14:27:12  11          Q.    Have you ever seen an individual in

14:27:17  12   Tavares Docher's age group who have suffered from

14:27:21  13   cardiac arrest?

14:27:22  14          A.    Rarely, yes.

14:27:24  15          Q.    And do you know what the underlying

14:27:26  16   cause of their cardiac arrest was?

14:27:29  17          A.    Yes.

14:27:30  18          Q.    What was that?

14:27:31  19          A.    I don't remember.

14:27:32  20          Q.    Was it always associated with Ativan?

14:27:34  21          A.    I don't remember.

14:27:34  22          Q.    Do you remember any situation in which

14:27:37  23   somebody was 29 years old and came in with cardiac

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

184

14:27:42  1   arrest after receiving Ativan in any of your

14:27:46  2   career?

14:27:46  3          **A.**   With everything being normal, Ativan

14:27:52  4   asystole, no.

14:27:55  5          **Q.**   Any time in your career that you have

14:27:57  6   ever seen somebody come in cardiac arrest or

14:28:01  7   asystole after being given Ativan with any number

14:28:04  8   of issues that they could have had?

14:28:06  9          **A.**   I don't remember.

14:28:07 10          **Q.**   You say on the last page that Jose

14:28:27 11   Rosario caused chemical asphyxiation and

14:28:32 12   cardiopulmonary arrest and subsequent instability?

14:28:32 13          **A.**   Yes.

14:28:34 14          **Q.**   And the chemical asphyxiation is from

14:28:38 15   the Ativan?

14:28:38 16          **A.**   Yes.

14:28:39 17          **Q.**   Which caused him to go into

14:28:43 18   cardiopulmonary arrest?

14:28:44 19          **A.**   Yes.

14:28:45 20          **Q.**   Do you think he was suffering from any

14:28:47 21   type of cardiac issue prior to him injecting him

14:28:52 22   with Ativan?

14:28:54 23          **A.**   Yes.

*Sterba, MD - Tyke - 7/19/17*

185

14:28:54  1        Q.    What do you think he was suffering

14:28:56  2   from?

14:28:56  3        A.    Hypotension as a result from

14:28:59  4   asphyxiation by Mangrum.

14:29:00  5        Q.    Do you think he was suffering from any

14:29:03  6   type of cardiac arrest prior to the Ativan

14:29:06  7   injection?

14:29:06  8        A.    No.  He had just passed out.

14:29:08  9        Q.    If an EKG monitor was hooked up to Mr.

14:29:16 10   Docher prior to the Ativan injection, can you tell

14:29:19 11   me with any degree of medical certainty as to what

14:29:23 12   that would have shown?

14:29:26 13        A.    No.

14:29:26 14        Q.    We talked about the policies and

14:29:33 15   procedures that are in effect for St. Lucie County

14:29:38 16   Fire District, what specifically do you find fault

14:29:41 17   with those policies and procedures?

14:29:43 18        A.    It was mentioned by one of the EMS

14:29:49 19   people that the only contraindication is

14:29:53 20   hypersensitivity.  That is not true at all.  All

14:29:56 21   drugs carry a risk of an allergic reaction, that is

14:30:01 22   not the severe contraindication or severe risk.  As

14:30:05 23   we have gone over many times he had five severe

*Sterba, MD - Tyke - 7/19/17*

186

14:30:08  1  risks and not hypersensitivity.  He wasn't allergic

14:30:12  2  to it.  So to say that is the only reason that you

14:30:15  3  can't give Ativan is hypersensitivity is ignorant

14:30:19  4  and dangerous.

14:30:21  5         Q.    Have you ever been involved in

14:30:22  6  developing any of the medical inserts that come

14:30:25  7  with medications?

14:30:26  8         A.    No.

14:30:26  9         Q.    Do you know if those need to be FDA

14:30:30 10  approved?

14:30:30 11         A.    I don't know.  Good question.

14:30:31 12         Q.    Do you know if those need to list out

14:30:34 13  all the contraindications for that specific

14:30:38 14  medication?

14:30:39 15         A.    They often do.

14:30:40 16         Q.    You have not reviewed the current

14:30:45 17  medical insert for Ativan?

14:30:46 18         A.    No.  I will before trial.

14:30:48 19         Q.    Other than hypersensitivity do you know

14:30:50 20  if it lists any other contraindications?

14:30:50 21         A.    For the package insert for Lorazepam I

14:30:54 22  didn't review it.

14:30:55 23         Q.    Would it surprise you if that is the

EXHIBIT C

14:30:57 1 only contraindication that it lists?

14:30:59 2        A.    Yes.   I think that contraindications

14:31:02 3 and risks, there might be risks mentioned, which to

14:31:05 4 me I might interpret as contraindications.

14:31:07 5        Q.    Are there differences between risks and

14:31:10 6 contraindications?

14:31:10 7        A.    In my case in the emergency department

14:31:13 8 if there are risks, I would determine this drug is

14:31:17 9 contraindicated.   The risk is too high.   As far as

14:31:19 10 FDA approved contraindications, I really don't have

14:31:23 11 any comment on the FDA approved package insert.

14:31:25 12        Q.    What is your definition of an

14:31:29 13 contraindication?

14:31:29 14        A.    If you give it, they could die or have

14:31:31 15 a severe reaction, do not give it.

14:31:34 16        Q.    And what is your definition of a risk?

14:31:39 17        A.    Side effects can be either mild, severe

14:31:42 18 or could lead to death.

14:31:44 19        Q.    Are there any types of medications that

14:31:46 20 you use in your career as an emergency physician

14:31:49 21 that carry the risk of death, but given the

14:31:53 22 situation that the benefit would outweigh that risk

14:31:59 23 such that you would give that medication?

*Sterba, MD - Tyke - 7/19/17*

188

| 14:32:01 | 1 | A. Yes. The risk benefit ratio for Docher |
| 14:32:06 | 2 | for Ativan was an enormous risk. And the benefit, |
| 14:32:10 | 3 | there was no need to give the drug if four point |
| 14:32:15 | 4 | restraints had been used and blow-by oxygen, 8 |
| 14:32:20 | 5 | minutes from the hospital -- actually 8 minutes and |
| 14:32:23 | 6 | 25 seconds. |
| 14:32:24 | 7 | Q. What is the causes or recognized causes |
| 14:32:51 | 8 | of asystolic? |
| 14:32:53 | 9 | A. Asystole? |
| 14:32:55 | 10 | Q. Yes. |
| 14:32:56 | 11 | A. Hypotension, hypovolemia, hypokalemia, |
| 14:33:07 | 12 | other electrolyte disturbances. Hypothermia, |
| 14:33:11 | 13 | tension pneumothorax, cardiac tamponade, tablets |
| 14:33:15 | 14 | and toxins. There are quite a few things to |
| 14:33:17 | 15 | consider when someone is in asystole that are |
| 14:33:21 | 16 | correctible. |
| 14:33:21 | 17 | Q. And what is the treatment for somebody |
| 14:33:24 | 18 | who would be found in asystole? |
| 14:33:26 | 19 | A. Try to find the cause and go ahead and |
| 14:33:30 | 20 | give Epinephrine, effective CPR, advance airway, no |
| 14:33:38 | 21 | shock. You don't shock asystole. |
| 14:33:38 | 22 | Q. Was Docher given Epinephrine? |
| 14:33:42 | 23 | A. Yes. There is nothing wrong with their |

EXHIBIT C

14:33:44  1  resuscitation.

14:33:46  2        Q.    Dr. Sterba, when you were reviewing

14:33:50  3  this matter did you consider anything else as the

14:33:57  4  cause of Tavares Docher's cardiopulmonary arrest?

14:34:01  5        A.    Yes.  I considered were there any

14:34:03  6  possible drugs that would have brought this on.

14:34:05  7  And my answer was no, being that his behavior was

14:34:11  8  mildly delusional, afraid, cooperative to the point

14:34:17  9  of resisting arrest, and then everything fell apart

14:34:21 10  after that.  He does not fit any pattern or

14:34:25 11  toxidrome to indicate that he was suffering from an

14:34:33 12  overdose of any illegal or prescription medication.

14:34:38 13        Q.    Anything else that you considered?

14:34:42 14        A.    No.

14:34:42 15        Q.    Have we now covered all of your

14:34:50 16  opinions as they relate to Jose Rosario?

14:34:56 17        A.    Yes.

14:34:56 18        Q.    As far as the policy and procedure with

14:35:01 19  St. Lucie County Fire District how did it cause or

14:35:04 20  contribute to Tavares Docher's injuries in this

14:35:09 21  matter?

14:35:09 22        **MR. HECHT:**  Form.

14:35:09 23        **THE WITNESS:**  Reading the contraindications

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

190

14:35:12   1   listing only hypersensitivity it completely left

14:35:17   2   off all of the risky factors of this drug, the

14:35:21   3   contraindications that we talked about already, the

14:35:23   4   five.  And for the instructors not to know any

14:35:26   5   better would tell me that the paramedics don't know

14:35:29   6   any better.  And from what I learned, that Rosario

14:35:32   7   has given Ativan 50 to 200 times, and over half of

14:35:39   8   those times 25 to 100 he went straight to the 4

14:35:44   9   milligrams and not the 1 milligram with

14:35:46   10   reassessment increments.  I'm not sure he

14:35:52   11   understands what increments mean.  He might not

14:35:56   12   have fully understood that.  So looking through the

14:35:58   13   enclosures and policies and procedures for this

14:36:02   14   risky medication I don't think the policies were

14:36:04   15   written clearly.  I don't think they were taught

14:36:06   16   adequately.  And I think the paramedics were not

14:36:09   17   only misinformed, they were undereducated and

14:36:13   18   ignorant to the dangerous life threatening effects

14:36:16   19   of Ativan used when it should never be used.  In

14:36:20   20   addition, it is not emphasized enough that if there

14:36:23   21   are any of these problems you must contact medical

14:36:26   22   control so that somebody like myself who has

14:36:31   23   experience can weigh out what should be done or

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

191

| | | |
|---|---|---|
| 14:36:35 | 1 | what should not be done. |
| 14:36:36 | 2 | **BY MS. TYKE:** |
| 14:36:36 | 3 | **Q.** And just so we talked a lot about the |
| 14:36:40 | 4 | risks that were mentioned and we referred a lot to |
| 14:36:44 | 5 | that one document that was attached to Dr. |
| 14:36:47 | 6 | Lindsey's report and talked about coma, CNS |
| 14:36:51 | 7 | depression and talked about illicit drug use, was |
| 14:36:54 | 8 | there anywhere where it mentioned alcohol? |
| 14:36:56 | 9 | **A.** Substance abuse is part of that. When |
| 14:37:01 | 10 | it mentions it in the books, too, and in EMT and |
| 14:37:05 | 11 | paramedic training, substance abuse also includes |
| 14:37:08 | 12 | alcohol. One other factor that we talked about |
| 14:37:13 | 13 | much earlier that shows up in these documents that |
| 14:37:14 | 14 | we talked about is head traumatic. Head trauma |
| 14:37:16 | 15 | poses a severe risk for the use of Ativan because |
| 14:37:19 | 16 | it sensitizes the patient to respiratory depression |
| 14:37:24 | 17 | and cardiovascular collapse. So we have six things |
| 14:37:28 | 18 | going right now. |
| 14:37:28 | 19 | **Q.** So you believe that the policy and |
| 14:37:31 | 20 | procedure should have indicated that those six |
| 14:37:34 | 21 | things were contraindications to using Ativan? |
| 14:37:39 | 22 | **A.** Contraindications or risks. And it all |
| 14:37:41 | 23 | has to be brought out and explained much better so |

*Sterba, MD - Tyke - 7/19/17*

192

14:37:45  1  that this problem doesn't happen again.  And if

14:37:47  2  Rosario has given 4 milligrams straight up 25 to

14:37:52  3  100 times, then all of his EMS run sheets should be

14:37:55  4  reviewed by a competent emergency physician to find

14:37:59  5  out if he indeed caused any problems for anybody

14:38:00  6  else.

14:38:00  7        Q.   As an emergency physician have you ever

14:38:03  8  during your career administered 4 milligrams of

14:38:08  9  Ativan to a patient?

14:38:08 10        A.   2 milligrams, repeat, 2 milligrams.  4

14:38:13 11  milligrams all at once, never.

14:38:14 12        Q.   Is 4 milligrams in and of itself a

14:38:20 13  dangerous dose?

14:38:21 14        A.   No.  If it is given at the right time

14:38:26 15  according to how the patient presents.  Like if

14:38:29 16  somebody, for instance, status epilepticus, meaning

14:38:35 17  epileptic seizures that just won't quit, I may have

14:38:36 18  to give even over 4 milligrams with the airway

14:38:39 19  protected.

14:38:39 20        Q.   So just to be clear, we are not talking

14:38:57 21  about this case at all, just generally, 4

14:39:01 22  milligrams of Ativan in the right situation would

14:39:04 23  not be an excessive dose of that particular

EXHIBIT C

14:39:08  1 | medication?

14:39:08  2 |         **A.**    You would have to qualify that.  4

14:39:11  3 | milligrams all at once IV push is dangerous,

14:39:16  4 | always.

14:39:16  5 |         **Q.**    Always?

14:39:17  6 |         **A.**    You push 4 milligrams on just about

14:39:20  7 | anybody and you can have a very dangerous

14:39:23  8 | situation.  It has to be given slow.

14:39:24  9 |         **Q.**    4 milligrams intramuscular.  Is that

14:39:29 10 | always dangerous?

14:39:30 11 |         **A.**    No.  But you are asking a loaded

14:39:33 12 | question.  Is 4 milligrams dangerous, if it is

14:39:36 13 | given improperly it can be.  If it is given slowly

14:39:42 14 | with careful physiological monitoring before and

14:39:43 15 | after say 1 or 2 milligrams at a time at a rate no

14:39:47 16 | faster than 2 milligrams per minute.  It is safe to

14:39:50 17 | give up to 4 milligrams and even over that under

14:39:54 18 | medical direction.

14:39:54 19 |         **Q.**    Do you know what the package insert

14:39:57 20 | says regarding dosage?

14:39:59 21 |         **A.**    No.  I haven't read it.

14:40:02 22 |         **Q.**    Have you asked for the package insert?

14:40:04 23 |         **A.**    No.

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

194

14:40:04  1         Q.   Have you tried to obtain the package

14:40:07  2   insert so that you could read up on Ativan?

14:40:07  3         A.   No.

14:40:08  4         Q.   Is there any reason?

14:40:09  5         A.   I'm experienced on using it.  I didn't

14:40:14  6   have to read it.

14:40:36  7         **MR. HECHT:**  Time out.

14:47:17  8         (A recess was then taken.)

14:47:17  9         **BY MS. TYKE:**

14:47:18 10         Q.   Dr. Sterba, we have gone over now the

14:47:20 11   policies and procedures for St. Lucie County Fire

14:47:24 12   District, have we covered all of your opinions as

14:47:28 13   it relates to the policy and procedure for St.

14:47:31 14   Lucie County Fire District in this matter?

14:47:32 15         A.   Yes.

14:47:35 16         **MS. TYKE:**  That's all the questions I have

14:47:37 17   right now.

14:47:37 18         **MR. HECHT:**  Off the record.

14:47:37 19         (Discussion off the record.)

14:48:18 20         **MR. HECHT:**  Back on the record.  Per

14:48:21 21   agreement with all counsel since I need to catch a

14:48:26 22   flight back to Florida we are going to agree to

14:48:28 23   suspend the deposition at this point.  And Ms.

EXHIBIT C

*Sterba, MD - Tyke - 7/19/17*

195

14:48:36   1  Barranco obviously has not asked her line of

14:48:37   2  questioning yet, and then certainly there may be

14:48:40   3  some followup with Ms. Tyke and myself.  So what we

14:48:43   4  will do is all counsel will agree to a mutually

14:48:48   5  convenient time, of course, with the Doctor, and we

14:48:52   6  will continue the deposition either over the

14:48:55   7  telephone or over video conference prior to

14:49:01   8  discovery cutoffs in this case.  Does everyone

14:49:01   9  agree with that?

14:49:01   10       **MS. TYKE:**  Yes.

14:49:01   11       **MS. BARRANCO:**  Yes.

14:49:01   12       **COURT REPORTER:**  Who is ordering

14:49:20   13  transcripts?

14:49:20   14       **MS. TYKE:**  I can order.

14:49:27   15       **MS. BARRANCO:**  I am ordering.

14:50:35   16       **MR. HECHT:**  I'm ordering and he will read.

           17       (Deposition adjourned at 2:50 p.m.)

           18                    *    *    *

           19

           20

           21

           22

           23

EXHIBIT C

196

```
1        I hereby CERTIFY that I have read the
2   foregoing 195 pages, and that they are a true and
3   accurate transcript of the testimony given by me in
4   the above entitled action on July 19, 2017.
5
6
7                          ------------------------
                              JOHN A. STERBA, MD
8
9   Sworn to before me this
10
11  -------- day of  ---------, 2017.
12
13  --------------------------
14  NOTARY PUBLIC.
15
16
17
18
19
20
21
22
23
```

EXHIBIT C

197

```
 1  STATE OF NEW YORK )

 2                     ss:

 3  COUNTY OF ERIE    )

 4

 5       I DO HEREBY CERTIFY as a Notary Public in and

 6  for the State of New York, that I did attend and

 7  report the foregoing deposition, which was taken

 8  down by me in a verbatim manner by means of machine

 9  shorthand.  Further, that the deposition was then

10  reduced to writing in my presence and under my

11  direction.  That the deposition was taken to be

12  used in the foregoing entitled action.  That the

13  said deponent, before examination, was duly sworn

14  to testify to the truth, the whole truth and

15  nothing but the truth, relative to said action.

16

17

18       -------------------------
         NANCY C. BROICH,
19       Notary Public.

20

21

22

23
```

EXHIBIT C

198

1                        **INDEX TO EXHIBITS**

2    **Exhibit**                **Description**                 **Page**

3     EXH. 1          Curriculum Vitae                    5

4     EXH. 2          Notice of Taking Deposition         5

5     EXH. 3          Report of Dr. Sterba               54

6     EXH. 4          Worksheet                          57

7     EXH. 5          Wikipedia Pages                    60

8

9

10   * Exhibits returned to Ms. Tyk.

11

12

13

14

15

16

17

18

19

20

21

22

23

EXHIBIT C

199

1                       **INDEX TO WITNESSES**

2    **Witness**                  **Examination**              **Page**

3

     JOHN A. STERBA, MD    BY MS. TYKE:                3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

EXHIBIT C

1

**$**

**$1,000** [1] - 61:17
**$2,000** [2] - 56:6, 61:16
**$350** [2] - 56:22, 61:15

**'**

**'06** [1] - 135:22
**'07** [2] - 49:21
**'73** [2] - 23:3, 32:1
**'81** [2] - 20:23, 32:1
**'86** [4] - 63:17, 63:23, 64:1, 129:15
**'87** [2] - 34:3, 35:5
**'90** [7] - 30:19, 33:15, 34:3, 35:5, 35:14, 63:18, 129:15
**'90s** [1] - 35:16
**'93** [4] - 19:11, 30:19, 33:15, 35:14
**'98** [1] - 19:12

**0**

**02** [1] - 95:20
**03** [1] - 80:22
**038** [3] - 78:6, 78:8, 79:16
**04** [6] - 78:7, 78:16, 80:2, 149:5, 150:6, 173:14
**08** [1] - 79:20

**1**

**1** [23] - 5:6, 5:8, 21:7, 33:7, 51:6, 68:14, 70:5, 84:15, 85:11, 89:23, 118:22, 122:6, 130:15, 135:1, 167:21, 168:16, 169:8, 171:17, 181:1, 181:6, 190:9, 193:15, 198:3
**1,000** [1] - 51:8
**10** [4] - 52:5, 52:7, 84:19, 165:12
**100** [5] - 64:19, 66:11, 116:11, 190:8, 192:3
**10:07** [1] - 1:22
**11** [3] - 83:4, 165:15, 165:23
**110** [2] - 118:18, 119:15
**111** [1] - 2:14
**1120** [1] - 1:17

**11th** [3] - 6:4, 91:19, 150:22
**12** [3] - 43:10, 116:9, 143:2
**1200** [1] - 2:14
**1216** [2] - 1:21, 2:8
**135** [1] - 59:20
**14** [6] - 10:7, 51:6, 73:5, 83:9, 88:19
**14052-2233** [1] - 3:18
**15** [6] - 48:6, 52:6, 99:13, 122:5, 130:15, 179:23
**150** [2] - 76:17, 112:22
**16** [5] - 94:10, 103:4, 103:6, 122:9, 153:6
**1633** [2] - 58:13, 155:11
**17** [1] - 46:6
**17:57** [1] - 99:18
**18** [7] - 46:5, 46:9, 46:21, 61:14, 94:11, 116:8, 116:9
**18:20** [1] - 99:22
**18:21** [1] - 100:2
**18:22** [1] - 99:23
**18:36** [2] - 118:22, 119:4
**18:38** [1] - 120:6
**18:40** [1] - 169:10
**18:41** [1] - 169:10
**19** [3] - 1:21, 46:22, 196:4
**195** [1] - 196:2
**1973** [3] - 15:17, 15:18, 16:3
**1976** [2] - 15:21, 16:15
**1977** [1] - 64:1
**1980** [1] - 32:3
**1981** [4] - 16:21, 17:7, 21:10, 64:11
**1982** [1] - 17:7
**1985** [3] - 17:7, 17:11, 17:17
**1986** [2] - 17:17, 17:19
**1989** [1] - 14:2
**1990** [1] - 19:4
**1992** [1] - 123:21
**1993** [2] - 19:4, 123:21
**1994** [2] - 64:9, 65:2
**1998** [1] - 6:4

**2**

**2** [33] - 5:5, 5:9,

19:12, 21:7, 70:5, 89:10, 89:18, 99:3, 99:14, 120:2, 122:8, 122:19, 131:3, 161:16, 168:9, 168:12, 178:14, 178:23, 179:3, 179:6, 179:18, 179:20, 179:22, 180:5, 180:6, 180:8, 192:10, 193:15, 193:16, 198:4
**2,000** [1] - 61:17
**20** [9] - 52:5, 52:6, 73:23, 114:19, 115:8, 115:14, 116:3, 123:16, 180:1
**200** [1] - 190:7
**2002** [2] - 13:15, 175:22
**2006** [2] - 136:11, 175:22
**2008** [1] - 13:9
**2012** [1] - 4:13
**2014** [5] - 72:1, 83:4, 91:19, 150:22, 151:2
**2016** [2] - 123:16, 137:7
**2017** [5] - 1:21, 4:22, 32:5, 196:4, 196:11
**203-7592** [1] - 2:15
**205** [3] - 52:9, 52:20, 85:15
**20th** [1] - 137:7
**2139** [1] - 2:2
**21st** [1] - 4:22
**226** [1] - 3:17
**23** [1] - 26:18
**24** [2] - 43:11, 143:2
**24-24** [1] - 143:3
**24-hour** [1] - 11:10
**2455** [2] - 1:20, 2:7
**25** [5] - 121:18, 124:5, 188:6, 190:8, 192:2
**27** [1] - 179:11
**28** [2] - 127:4, 168:8
**29** [2] - 183:5, 183:23
**2:16cv14413** [1] - 1:8
**2:50** [1] - 195:17

**3**

**3** [20] - 20:5, 21:7, 43:22, 46:23, 54:1, 54:3, 77:6, 88:19, 91:7, 100:22, 122:6, 122:8, 130:15, 131:3, 161:16, 168:5, 168:8, 171:12, 198:5, 199:3
**3.0** [1] - 88:22

**30** [5] - 26:18, 114:20, 115:8, 115:14, 116:3
**313** [1] - 8:1
**32801** [1] - 2:15
**330** [4] - 44:15, 45:5, 59:16, 59:21
**33409** [1] - 2:3
**335** [4] - 44:15, 45:5, 59:17, 59:21
**37** [4] - 96:7, 97:9, 101:11, 125:8
**38** [4] - 96:8, 97:9, 101:11, 125:8

**4**

**4** [38] - 20:5, 21:7, 44:9, 49:18, 57:13, 57:17, 77:14, 89:18, 93:9, 100:13, 109:23, 139:22, 139:23, 156:12, 163:21, 168:11, 178:22, 179:18, 179:22, 180:1, 180:2, 180:4, 180:5, 180:7, 181:5, 190:8, 192:2, 192:8, 192:10, 192:12, 192:18, 192:21, 193:2, 193:6, 193:9, 193:12, 193:17, 198:6
**4,300** [1] - 13:10
**407** [1] - 2:15
**41** [1] - 63:15
**43** [2] - 46:8, 46:21
**462-3200** [1] - 2:9
**4th** [2] - 135:1, 169:21

**5**

**5** [14] - 48:17, 52:4, 52:5, 60:1, 60:2, 60:5, 73:23, 77:14, 115:1, 167:22, 168:16, 198:3, 198:4, 198:7
**5-0** [1] - 88:23
**5-HT2** [1] - 121:7
**5.9** [2] - 77:9, 77:14
**5/22/17** [1] - 55:16
**50** [1] - 190:7
**5025** [1] - 15:19
**54** [1] - 198:5
**561** [1] - 2:3
**564** [2] - 168:6, 168:8
**57** [1] - 198:6

**6**

**6** [6] - 52:5, 73:5, 74:12, 118:22, 125:22
**60** [1] - 198:7
**686-6300** [1] - 2:3

**7**

**7** [2] - 77:7, 83:9
**70** [1] - 57:2
**700** [2] - 52:8, 73:18
**72.5** [1] - 57:9
**75.4** [1] - 57:7

**8**

**8** [16] - 52:5, 77:7, 84:19, 90:1, 90:11, 121:17, 124:5, 159:16, 159:18, 159:19, 160:12, 165:14, 165:23, 188:4, 188:5
**80** [1] - 32:2
**8:00** [1] - 7:19
**8th** [1] - 17:11

**9**

**9** [8] - 72:1, 147:13, 152:1, 159:11, 159:16, 160:13, 165:15, 165:23
**90** [4] - 11:2, 45:2, 101:5, 111:8
**91** [1] - 20:12
**911** [3] - 9:17, 70:23, 71:4
**954** [1] - 2:9
**99** [1] - 141:17
**9:00** [1] - 7:19

**A**

**a.m** [2] - 1:22, 7:19
**ability** [5] - 28:14, 28:17, 82:23, 92:21, 93:6
**able** [26] - 9:23, 10:13, 11:14, 11:18, 11:21, 12:13, 21:15, 24:22, 25:8, 25:15, 40:12, 92:22, 93:5, 93:14, 94:17, 94:23, 96:5, 101:14, 102:11, 119:4, 119:7, 119:10, 125:10, 129:21, 167:11
**abnormal** [15] - 44:4, 94:2, 114:12, 114:15,

114:17, 115:7, 115:10, 115:12, 116:7, 117:17, 119:15, 120:4, 120:9, 143:10, 157:2

**abnormally** [3] - 94:6, 116:4, 127:5

**abrasions** [1] - 111:1

**absolute** [7] - 38:5, 38:7, 38:20, 38:23, 39:3, 39:7, 106:20

**absolutely** [11] - 100:18, 128:7, 136:19, 157:1, 157:13, 157:17, 157:20, 159:7, 165:3, 165:10, 171:14

**abundance** [1] - 153:12

**abuse** [14] - 43:14, 43:21, 45:15, 81:2, 106:23, 107:11, 143:4, 143:18, 170:2, 170:5, 170:10, 170:12, 191:9, 191:11

**accelerating** [2] - 9:6, 74:9

**accept** [1] - 8:20

**acceptable** [1] - 132:7

**accident** [4] - 21:5, 21:15, 21:18, 63:21

**accompanied** [2] - 139:13, 167:14

**accompanies** [1] - 132:10

**accompany** [1] - 137:14

**according** [9] - 4:14, 72:16, 75:15, 87:13, 132:2, 159:12, 162:17, 166:7, 192:15

**accurate** [20] - 11:16, 21:11, 24:3, 27:8, 60:11, 61:19, 64:23, 68:19, 71:14, 79:17, 85:2, 85:6, 90:3, 109:5, 123:14, 125:9, 158:1, 175:22, 178:16, 196:3

**accurately** [3] - 96:17, 97:6, 109:6

**acid** [6] - 102:13, 103:11, 104:23, 152:6, 153:4, 153:12

**acidosis** [53] - 37:22, 38:18, 41:14, 42:8, 42:12, 42:16, 45:20, 47:7, 47:11, 47:21, 102:14, 102:16,

102:22, 103:2, 103:3, 103:14, 103:22, 103:23, 104:3, 104:8, 104:17, 105:1, 105:2, 121:14, 152:5, 152:7, 152:12, 152:14, 152:19, 153:1, 153:8, 153:14, 153:18, 153:23, 154:1, 154:2, 154:3, 154:7, 154:8, 154:11, 154:12, 154:13, 154:19, 154:20, 155:7, 155:14, 155:15, 155:21, 159:1, 166:9, 168:20

**acids** [1] - 104:23

**ACLS** [8] - 24:11, 30:23, 31:13, 36:2, 36:7, 36:14, 37:2, 37:18

**act** [5] - 12:18, 75:14, 82:23, 146:10, 167:5

**acted** [3] - 146:20, 165:4, 165:7

**acting** [4] - 21:4, 87:14, 141:13, 163:18

**action** [20] - 140:1, 167:8, 167:9, 167:12, 167:15, 168:2, 168:13, 168:15, 168:16, 168:18, 169:5, 169:6, 169:13, 169:16, 169:18, 171:17, 178:9, 196:4, 197:12, 197:15

**actions** [3] - 70:3, 149:14, 150:21

**activator** [1] - 39:4

**active** [8] - 18:8, 18:10, 19:3, 20:17, 63:15, 63:17, 65:6, 65:9

**activity** [1] - 182:1

**acts** [1] - 121:9

**actual** [7] - 22:22, 41:1, 59:3, 107:22, 134:20, 136:1, 155:22

**acute** [4] - 12:20, 45:14, 106:5, 149:21

**adam** [1] - 54:16

**ADAM** [1] - 2:2

**adaptive** [1] - 6:19

**add** [1] - 89:17

**addendum** [1] - 55:15

**addition** [4] - 33:22, 34:21, 72:1, 190:20

**additional** [8] - 51:20, 51:22, 52:23,

54:17, 55:15, 69:3, 85:4, 89:17

**address** [2] - 4:10, 130:16

**adequate** [2] - 139:22, 162:23

**adequately** [3] - 125:11, 153:13, 190:16

**adjourned** [1] - 195:17

**adjunct** [1] - 138:10

**administer** [8] - 24:2, 24:14, 120:17, 126:5, 126:19, 161:4, 161:13, 180:13

**administered** [4] - 23:21, 122:14, 142:20, 192:8

**administration** [3] - 125:23, 140:19, 179:16

**administrator** [1] - 8:4

**admit** [1] - 12:15

**adult** [3] - 94:9, 124:21, 179:18

**adults** [2] - 7:13, 7:15

**advance** [1] - 188:20

**advanced** [3] - 13:22, 22:14, 52:14

**advised** [2] - 122:2, 160:23

**advisor** [3] - 33:5, 33:11

**affect** [4] - 73:12, 91:1, 92:21, 95:19

**affected** [2] - 93:5, 95:22

**affecting** [1] - 84:1

**affects** [1] - 105:20

**afraid** [2] - 82:19, 189:8

**afterwards** [1] - 133:9

**age** [2] - 183:10, 183:12

**agencies** [1] - 135:14

**agency** [3] - 32:23, 33:1, 132:5

**agents** [1] - 130:2

**aggression** [4] - 75:17, 76:1, 88:3, 88:11

**agitated** [15] - 46:5, 46:11, 69:23, 70:1, 70:10, 70:17, 72:4, 72:20, 75:12, 87:15,

87:18, 87:21, 102:9, 126:10, 147:14

**agitation** [5] - 75:17, 88:2, 107:14, 149:13, 149:15

**ago** [6] - 8:16, 9:4, 20:18, 21:6, 41:3, 125:5

**agree** [17] - 79:19, 107:1, 123:7, 124:16, 131:7, 131:19, 137:9, 138:19, 160:17, 160:18, 160:22, 161:5, 165:20, 167:18, 194:22, 195:4, 195:9

**agreeable** [1] - 75:18

**agreement** [1] - 194:21

**ahead** [9] - 128:7, 128:9, 139:21, 140:17, 158:15, 162:20, 163:21, 175:11, 188:19

**Air** [1] - 14:3

**air** [8] - 21:23, 28:23, 33:6, 94:6, 94:19, 96:7, 101:15, 155:2

**airway** [7] - 47:22, 47:23, 114:6, 114:8, 171:5, 188:20, 192:18

**ala** [1] - 29:11

**alcohol** [72] - 16:9, 43:19, 77:1, 77:3, 77:4, 77:9, 77:11, 77:14, 77:17, 78:6, 78:14, 78:15, 79:15, 79:22, 80:4, 80:9, 80:13, 80:18, 81:5, 83:21, 83:23, 84:5, 91:8, 92:9, 92:12, 105:15, 105:19, 105:21, 106:2, 106:4, 106:5, 106:10, 106:18, 108:14, 109:15, 113:13, 121:12, 123:23, 147:15, 147:17, 147:20, 147:23, 148:10, 148:14, 148:15, 148:17, 148:21, 148:23, 149:2, 149:8, 149:12, 149:16, 149:23, 150:6, 159:22, 160:8, 163:19, 165:1, 165:17, 166:2, 166:6, 166:12, 170:10, 170:11, 172:19, 172:21, 173:5,

173:11, 191:8, 191:12

**alcoholic** [2] - 77:18, 92:6

**ale** [1] - 77:21

**ales** [1] - 77:7

**alive** [1] - 59:4

**allergic** [8] - 38:9, 38:10, 41:22, 43:13, 49:5, 141:8, 185:21, 186:1

**allow** [1] - 135:7

**allowed** [2] - 58:5, 137:19

**almost** [7] - 40:22, 65:18, 73:21, 106:14, 114:1, 158:6, 181:19

**alone** [3] - 152:19, 166:12, 173:11

**alongside** [2] - 21:1, 21:6

**altered** [3] - 78:21, 109:2, 148:20

**alternative** [1] - 138:10

**ambulance** [11] - 12:7, 20:15, 21:23, 22:20, 25:16, 30:22, 32:13, 33:6, 55:11, 114:3, 172:2

**Ambulance** [2] - 16:3, 44:3

**ambulances** [1] - 28:9

**amend** [1] - 98:6

**amended** [1] - 55:1

**amendment** [2] - 53:19, 54:9

**American** [11] - 7:14, 7:16, 32:9, 35:22, 40:5, 40:8, 42:11, 42:13, 52:15, 71:22, 77:6

**americanheartassociation.org** [1] - 40:10

**amount** [4] - 166:6, 180:21, 180:22, 181:1

**amounts** [1] - 105:16

**amphetamines** [1] - 81:23

**anals** [1] - 32:10

**anesthesia** [1] - 140:23

**anesthesiologist** [3] - 141:4, 141:6, 141:12

**anesthetic** [3] - 140:19, 140:22, 141:4

**angle** [2] - 45:14, 111:8

**animated** [1] - 72:14

**ankles** [1] - 128:17

3

**answer** [9] - 39:22, 43:7, 69:6, 112:9, 133:17, 142:17, 158:10, 172:10, 189:7
**answered** [1] - 175:10
**answering** [1] - 169:15
**anti** [1] - 121:10
**anti-psychotic** [1] - 121:10
**antifreeze** [1] - 83:22
**antipsychotic** [1] - 91:18
**anxiety** [2] - 50:10, 150:11
**anyway** [1] - 65:20
**apart** [1] - 189:9
**apnea** [1] - 45:13
**appear** [1] - 99:23
**APPEARANCES** [1] - 2:1
**Appearing** [3] - 2:4, 2:10, 2:16
**application** [1] - 145:8
**applied** [12] - 52:21, 53:8, 60:19, 124:8, 127:5, 128:14, 128:23, 129:2, 129:21, 133:10, 136:11, 139:20
**apply** [8] - 129:4, 129:22, 130:2, 130:19, 132:14, 136:14, 141:4, 162:16
**appreciate** [2] - 45:22, 104:20
**appropriate** [8] - 12:3, 12:7, 103:16, 121:3, 135:6, 137:17, 137:18, 176:10
**approved** [18] - 101:2, 122:7, 128:8, 128:9, 131:11, 131:18, 132:4, 132:13, 132:15, 136:23, 137:6, 139:10, 139:19, 145:9, 173:4, 186:10, 187:10, 187:11
**aquatic** [1] - 19:17
**Arabs** [2] - 73:10, 74:11
**area** [6] - 7:20, 8:2, 9:20, 12:1, 18:14, 19:15
**areas** [3] - 18:1, 20:3, 110:6
**arm** [1] - 143:15

**arms** [16] - 44:20, 45:1, 58:8, 58:15, 59:16, 60:10, 72:14, 87:22, 96:3, 101:4, 111:6, 128:18, 144:20, 153:16, 155:9, 164:23
**array** [1] - 11:7
**arrest** [49] - 11:16, 38:13, 47:20, 47:21, 48:22, 75:1, 89:7, 91:10, 105:6, 106:3, 106:14, 109:16, 109:17, 130:6, 131:16, 132:11, 138:17, 140:4, 145:1, 146:14, 146:22, 147:4, 147:11, 152:8, 152:17, 153:22, 154:16, 155:15, 166:19, 169:2, 169:23, 171:1, 172:7, 172:23, 173:14, 174:12, 181:3, 182:19, 183:3, 183:9, 183:13, 183:16, 184:1, 184:6, 184:12, 184:18, 185:6, 189:4, 189:9
**arrested** [2] - 139:8, 148:3
**arresting** [1] - 144:17
**arrival** [5] - 93:11, 125:17, 152:7, 156:17, 159:10
**arrive** [1] - 97:12
**arrived** [8] - 93:13, 93:16, 105:11, 109:1, 112:7, 112:14, 152:4, 167:4
**arrives** [1] - 109:11
**arriving** [5] - 43:23, 93:12, 100:14, 119:4, 125:10
**arterial** [1] - 154:15
**article** [6] - 13:21, 48:21, 49:8, 172:11, 172:13, 172:14
**articles** [8] - 26:11, 26:12, 26:22, 27:12, 29:3, 41:12, 47:5, 47:15
**arts** [1] - 16:15
**ash@searcylaw.com** [1] - 2:4
**aspects** [1] - 24:9
**asphalt** [2] - 85:17, 86:15
**asphyxiated** [15] -

18:21, 43:23, 44:6, 94:3, 101:23, 145:11, 147:9, 153:3, 153:20, 156:22, 157:5, 159:6, 173:2, 173:10, 183:6
**asphyxiation** [27] - 16:17, 18:16, 27:19, 27:22, 28:21, 28:22, 47:22, 58:18, 59:6, 59:11, 60:21, 65:7, 101:7, 101:17, 101:21, 101:22, 102:2, 102:15, 143:21, 153:16, 154:11, 166:10, 168:22, 171:16, 184:11, 184:14, 185:4
**aspirate** [1] - 177:20
**aspirated** [2] - 178:2, 178:8
**assess** [3] - 27:21, 118:12, 118:21
**assessed** [1] - 119:1
**assessment** [4] - 114:3, 114:5, 128:1, 158:2
**assigned** [1] - 20:4
**assist** [1] - 55:21
**assistance** [1] - 24:18
**assisted** [1] - 24:4
**associated** [2] - 7:6, 183:20
**ASSOCIATES** [1] - 1:17
**Association** [8] - 26:3, 26:6, 26:9, 35:22, 40:8, 42:11, 42:14, 71:23
**Association's** [1] - 40:5
**assume** [4] - 32:4, 156:4, 173:21, 174:1
**assuming** [3] - 43:15, 97:2, 173:19
**assumption** [2] - 174:15, 174:21
**asystole** [6] - 184:4, 184:7, 188:9, 188:15, 188:18, 188:21
**asystolic** [5] - 171:21, 181:14, 182:8, 182:16, 188:8
**Ativan** [85] - 31:3, 31:7, 36:11, 36:12, 36:14, 37:19, 38:2, 38:14, 41:2, 41:4, 41:7, 41:15, 44:9, 46:16, 47:8, 49:3, 50:2, 53:12, 55:12,

55:19, 82:2, 82:4, 104:10, 106:4, 106:5, 106:9, 106:21, 117:7, 119:18, 120:23, 121:2, 121:15, 121:20, 123:3, 124:13, 139:16, 139:22, 142:15, 142:20, 156:12, 159:16, 163:21, 165:18, 165:21, 166:3, 166:13, 166:16, 166:18, 167:5, 167:15, 168:22, 168:23, 169:22, 170:7, 170:23, 171:5, 171:16, 172:1, 172:6, 172:22, 173:4, 178:20, 179:5, 181:1, 182:11, 182:17, 183:20, 184:1, 184:3, 184:7, 184:15, 184:22, 185:6, 185:10, 186:3, 186:17, 188:2, 190:7, 190:19, 191:15, 191:21, 192:9, 192:22, 194:2
**attach** [6] - 5:2, 5:3, 5:5, 53:23, 57:13, 60:2
**attached** [4] - 4:11, 47:4, 73:8, 191:5
**attachment** [1] - 178:15
**attempt** [2] - 127:18, 127:19
**attempted** [5] - 74:3, 76:6, 76:10, 141:19, 143:13
**attend** [4] - 32:5, 32:15, 36:14, 197:6
**attended** [1] - 31:21
**attorneys** [4] - 58:7, 65:1, 65:17, 66:16
**August** [1] - 15:21
**Aurora** [4] - 3:18, 7:20, 7:23, 8:1
**Auschwitz** [1] - 59:1
**authored** [2] - 26:11, 27:4
**authoritative** [4] - 40:17, 172:12, 176:20, 176:23
**autoinjector** [1] - 24:16
**available** [3] - 53:16, 68:22, 69:13
**Avenue** [1] - 2:14

**average** [1] - 10:7
**avid** [1] - 32:9
**avoid** [1] - 178:21
**avoidable** [1] - 139:18
**awarded** [1] - 16:20
**aware** [12] - 3:7, 32:19, 32:20, 54:1, 54:5, 80:12, 125:12, 125:16, 131:13, 135:17, 136:9, 136:15

**B**

**bachelor's** [2] - 16:14
**Backer** [1] - 75:14
**background** [3] - 15:6, 28:18, 42:3
**backup** [1] - 179:1
**bad** [1] - 167:7
**Bagdas** [1] - 50:4
**barbs** [1] - 81:23
**BARNHART** [1] - 2:1
**Barranco** [1] - 195:1
**BARRANCO** [8] - 1:20, 2:6, 2:7, 3:7, 3:14, 15:15, 195:11, 195:15
**base** [2] - 39:14, 178:14
**Base** [1] - 14:4
**based** [12] - 6:20, 7:1, 7:18, 40:3, 47:16, 57:23, 77:12, 89:15, 135:17, 137:16, 149:1, 174:21
**basic** [4] - 20:5, 21:7, 22:23, 165:15
**basing** [1] - 149:7
**basis** [10] - 32:11, 54:11, 68:16, 80:4, 107:9, 148:6, 154:18, 155:13, 166:16, 170:22
**bath** [2] - 151:7, 151:13
**Beach** [2] - 2:3, 64:12
**bearings** [1] - 68:8
**beat** [1] - 17:4
**beating** [1] - 162:18
**beats** [3] - 115:14, 181:21, 181:22
**became** [4] - 15:18, 15:22, 152:22, 169:8
**become** [1] - 171:2
**becomes** [3] - 53:15, 68:22, 69:13
**bedside** [3] - 31:17,

32:13, 35:21
  beer [5] - 77:3, 77:6, 77:8, 77:10, 77:13
  beers [2] - 77:19, 78:9
  beg [1] - 29:22
  began [3] - 16:22, 17:12, 76:21
  begin [3] - 16:1, 30:18, 64:6
  beginning [1] - 75:13
  begins [1] - 169:16
  behalf [3] - 65:13, 65:22, 66:14
  behaving [1] - 150:17
  behavior [10] - 43:20, 46:11, 75:20, 82:18, 83:6, 107:7, 149:8, 149:13, 150:7, 189:7
  behavioral [1] - 46:5
  behind [25] - 45:2, 52:1, 52:4, 52:10, 53:2, 53:21, 54:14, 54:21, 58:8, 58:16, 60:10, 69:8, 69:10, 69:12, 73:9, 73:17, 76:16, 84:20, 85:14, 86:14, 111:7, 124:9, 128:11, 138:19, 155:9
  below [4] - 79:20, 127:7, 127:21, 138:13
  benefit [6] - 6:18, 6:19, 15:5, 187:22, 188:1, 188:2
  Benjamin [1] - 56:3
  BENS [1] - 34:21
  Benzodiazepine [11] - 16:9, 37:10, 38:2, 47:18, 106:2, 123:22, 136:22, 159:23, 160:9, 166:21, 172:20
  Benzodiazepines [2] - 37:4, 47:1
  benzos [1] - 81:23
  better [6] - 13:20, 126:23, 161:1, 190:5, 190:6, 191:23
  between [17] - 24:5, 24:21, 32:1, 44:16, 48:18, 52:4, 59:17, 59:22, 73:23, 104:1, 114:22, 115:6, 115:20, 116:8, 169:4, 179:22, 187:5
  beverages [1] - 77:18
  bicarb [1] - 103:15
  bilateral [3] - 85:20,

86:1, 86:5
  biological [2] - 18:4, 170:22
  bit [3] - 8:16, 84:5, 166:15
  bite [6] - 74:3, 76:6, 76:10, 76:19, 88:15, 89:8
  bites [1] - 76:8
  biting [2] - 74:5, 76:14
  bizarre [1] - 71:2
  black [1] - 73:10
  blades [4] - 44:17, 48:18, 59:18, 59:23
  blank [1] - 146:7
  Blatchford [2] - 48:16, 99:20
  bleed [2] - 87:6, 87:8
  bleeding [4] - 108:20, 113:3, 113:5, 127:18
  blockers [1] - 121:7
  blood [49] - 10:3, 10:10, 11:5, 23:17, 25:18, 25:20, 44:8, 44:10, 50:2, 78:6, 79:15, 79:22, 84:2, 90:16, 91:8, 101:18, 101:20, 102:12, 103:8, 103:10, 104:5, 104:12, 104:14, 117:9, 118:9, 118:13, 118:16, 119:22, 120:6, 120:10, 120:14, 126:11, 141:19, 142:2, 143:14, 154:14, 154:15, 155:22, 162:19, 163:23, 166:23, 167:7, 171:8, 171:18, 173:15, 182:4
  blow [3] - 126:13, 126:22, 188:4
  blow-by [2] - 126:13, 188:4
  blowing [2] - 78:16, 153:9
  blue [2] - 15:8, 15:12
  blunt [52] - 52:18, 53:9, 84:21, 85:9, 85:13, 85:16, 87:2, 108:20, 110:2
  board [9] - 7:12, 22:9, 47:17, 80:5, 113:18, 122:7, 123:13, 132:4, 137:7
  Board [2] - 7:14, 7:16
  Bobbit [1] - 15:20

body [9] - 28:20, 88:23, 104:22, 110:6, 110:15, 152:6, 153:4, 153:12, 177:19
  bomb [2] - 45:6, 101:12
  bone [1] - 86:2
  book [3] - 159:20, 159:22, 176:18
  books [7] - 26:12, 106:8, 134:13, 134:21, 191:10
  bookstore [1] - 29:11
  bottom [6] - 46:8, 131:4, 138:4, 143:3, 161:18, 161:19
  Boulevard [3] - 1:20, 2:2, 2:7
  bounding [1] - 94:1
  box [1] - 150:8
  boy [1] - 164:23
  BP [1] - 143:16
  brachial [1] - 118:23
  brain [9] - 87:7, 87:8, 130:7, 138:17, 142:1, 146:16, 146:17, 146:22, 182:5
  brainer [1] - 172:17
  breach [1] - 135:5
  break [5] - 39:2, 52:11, 52:20, 61:12, 115:16
  breakdown [1] - 82:4
  breath [8] - 78:14, 78:15, 80:9, 94:20, 95:11, 104:13, 171:15, 181:20
  breathe [14] - 20:14, 58:19, 59:14, 95:10, 96:2, 96:7, 101:15, 102:23, 125:11, 152:21, 153:2, 153:20, 154:4, 155:7
  breathing [40] - 94:4, 94:12, 94:13, 94:15, 95:6, 95:7, 95:12, 95:19, 95:23, 114:19, 114:23, 115:3, 115:8, 115:11, 115:13, 115:21, 115:23, 117:3, 153:13, 154:12, 155:16, 156:1, 156:22, 156:23, 157:3, 158:12, 158:18, 158:23, 159:3, 159:6, 159:7, 167:6, 171:7, 171:13, 171:18, 181:17, 181:20

breaths [5] - 114:20, 115:8, 115:15, 115:16, 127:4
  Brian [1] - 136:7
  bring [11] - 4:21, 25:13, 40:12, 43:6, 47:19, 58:7, 106:2, 107:6, 109:2, 124:11, 159:23
  bringing [1] - 128:21
  brink [1] - 168:19
  broadly [2] - 40:20, 42:19
  BROICH [2] - 1:22, 197:18
  broke [1] - 66:8
  brought [7] - 4:13, 27:23, 81:3, 108:13, 178:7, 189:6, 191:23
  Broward [2] - 80:17
  Brown [1] - 50:4
  brrr [5] - 94:19, 96:6, 101:14, 155:2, 155:4
  bruises [1] - 52:12
  bruising [1] - 90:19
  brushes [1] - 73:9
  Buffalo [1] - 1:17, 36:2
  Buffalo) [2] - 2:5, 2:18
  build [3] - 102:12, 103:11, 153:4
  build-up [2] - 102:12, 103:11
  Building [1] - 1:17
  builds [1] - 28:23
  buildup [2] - 152:6, 154:10
  bulk [1] - 57:11
  bunch [1] - 134:14
  business [4] - 4:9, 5:13, 6:15, 7:11
  busy [1] - 73:21
  butt [1] - 113:23
  buttocks [4] - 89:14, 90:19, 110:4, 111:3
  BY [28] - 3:21, 5:10, 19:20, 39:20, 42:9, 47:12, 51:12, 54:4, 55:2, 57:18, 60:6, 61:11, 69:14, 88:7, 99:10, 113:8, 115:18, 132:20, 134:4, 147:12, 155:5, 163:11, 165:11, 176:5, 178:4, 191:2, 194:9, 199:3
  byproduct [1] - 82:4

C

  CAD [1] - 48:9
  calm [3] - 167:10, 169:8
  calmed [1] - 140:2
  Calvin [2] - 2:11, 49:17
  CALVIN [1] - 1:10
  camera [2] - 99:23, 100:3
  Campus [1] - 32:2
  cannot [4] - 59:14, 108:2, 137:1, 177:11
  cannula [2] - 126:8, 126:22
  capillary [2] - 120:1, 120:2
  Captain [1] - 49:17
  car [4] - 21:17, 73:18, 74:6, 75:16
  Caravan [1] - 22:7
  carbon [2] - 102:7, 153:9
  cardiac [26] - 11:16, 22:14, 38:13, 47:20, 52:14, 105:5, 147:4, 147:11, 152:17, 153:22, 154:16, 155:15, 169:2, 171:20, 182:19, 182:22, 183:3, 183:9, 183:13, 183:16, 183:23, 184:6, 184:21, 185:6, 188:13
  cardiologist [2] - 22:13, 22:15
  cardiology [3] - 17:2, 22:10, 22:12
  cardiopulmonary [17] - 18:15, 37:3, 91:10, 130:6, 138:16, 146:14, 146:21, 152:8, 169:23, 171:1, 172:7, 172:23, 174:12, 181:2, 184:12, 184:18, 189:4
  cardiorespiratory [1] - 166:19
  cardiovascular [8] - 16:19, 17:2, 22:12, 22:16, 37:9, 38:12, 171:3, 191:17
  care [30] - 10:8, 10:9, 11:1, 12:19, 12:20, 13:22, 14:9, 17:10, 24:22, 25:5, 27:2, 32:21, 34:4, 35:22, 39:19, 40:2, 92:23, 93:2, 125:1, 132:19,

5

132:22, 133:2, 135:5, 137:12, 137:16, 146:12, 175:21, 176:11, 176:13, 176:16
**Care** [3] - 7:16, 29:14, 68:1
**career** [7] - 47:6, 161:10, 183:2, 184:2, 184:5, 187:20, 192:8
**CareFlight** [1] - 33:6
**careful** [1] - 193:14
**carefully** [1] - 63:8, 66:6, 179:9
**caring** [1] - 64:20
**Carolina** [2] - 65:12, 65:14
**carotid** [1] - 118:23
**carried** [1] - 22:2
**carries** [1] - 39:13
**carry** [3] - 41:3, 185:21, 187:21
**cars** [1] - 22:8
**Case** [1] - 1:7
**case** [60] - 15:10, 16:8, 26:16, 27:8, 27:11, 27:16, 27:21, 28:11, 28:13, 28:18, 29:8, 30:4, 30:13, 45:4, 54:5, 56:2, 57:23, 58:13, 61:5, 67:22, 67:23, 68:8, 68:10, 84:11, 87:14, 91:17, 91:22, 99:8, 99:19, 102:4, 102:13, 123:1, 124:1, 125:2, 127:1, 132:13, 132:14, 135:18, 136:12, 136:14, 138:4, 138:7, 141:9, 141:16, 148:20, 150:4, 154:14, 156:7, 166:5, 166:12, 174:4, 175:13, 175:18, 178:22, 180:23, 181:11, 187:7, 192:21, 195:8
**cases** [11] - 63:15, 64:2, 64:3, 65:1, 65:4, 65:9, 66:3, 66:16, 66:20, 67:17, 131:5
**CAT** [2] - 10:17, 10:18
**catch** [1] - 194:21
**categories** [1] - 9:11
**category** [1] - 9:13
**caused** [15] - 110:9, 110:10, 130:6, 138:16, 142:1, 146:13, 146:16,

146:21, 149:16, 159:9, 165:5, 166:14, 184:11, 184:17, 192:5
**causes** [5] - 63:16, 182:20, 182:23, 188:7
**causing** [4] - 149:22, 150:14, 153:16, 160:9
**caution** [1] - 165:16
**CBC** [1] - 25:20
**CBS** [1] - 48:13
**cell** [3] - 8:16, 11:11, 97:5
**center** [1] - 33:7
**Center** [9] - 3:17, 32:6, 48:19, 50:22, 51:3, 79:17, 81:9, 81:20, 137:23
**centimeter** [1] - 88:22
**central** [1] - 141:21
**certain** [4] - 8:19, 28:10, 52:6, 151:11
**certainly** [3] - 54:23, 178:8, 195:2
**certainty** [10] - 86:13, 120:8, 130:7, 143:12, 157:1, 157:14, 181:5, 181:6, 181:9, 185:11
**certificate** [1] - 19:22
**certification** [2] - 22:9, 47:17
**certified** [2] - 7:12, 15:18
**CERTIFY** [2] - 196:1, 197:5
**cervical** [1] - 113:18
**cetera** [1] - 23:18
**change** [2] - 69:13, 136:17
**changed** [1] - 34:16
**changing** [1] - 147:2
**chapter** [2] - 43:10, 143:1
**chapters** [1] - 26:22
**charge** [8] - 56:19, 61:13, 61:21, 63:18, 64:14, 64:15, 64:16, 64:18
**charged** [1] - 64:15
**charity** [4] - 6:11, 7:8, 56:8, 64:19
**chart** [10] - 50:23, 51:2, 51:7, 83:6, 83:12, 86:11, 86:18, 86:20, 110:17, 116:2
**check** [5] - 26:14, 56:6, 158:4, 162:19, 162:20
**checked** [4] - 82:6,

93:22, 142:6, 158:3
**checking** [1] - 141:20
**chemical** [32] - 18:5, 23:7, 23:16, 23:21, 24:2, 29:1, 32:17, 32:22, 33:18, 34:8, 43:10, 46:22, 46:23, 120:16, 120:18, 120:20, 121:4, 122:13, 128:5, 130:10, 130:12, 130:18, 132:18, 133:11, 134:1, 134:8, 138:14, 143:2, 162:2, 162:21, 184:11, 184:14
**chemically** [1] - 28:21
**chemistries** [1] - 11:6
**chemistry** [3] - 10:3, 10:10, 25:20
**chest** [13] - 9:16, 44:16, 45:9, 59:13, 59:18, 60:18, 89:13, 96:2, 110:3, 144:20, 152:20, 155:9, 164:22
**Chicago** [1] - 16:23
**children** [3] - 6:19, 7:13, 7:15
**chin** [1] - 127:7
**China** [1] - 59:10
**CHRISTOPHER** [1] - 1:9
**Christopher** [2] - 2:10, 49:16
**CID** [1] - 113:18
**circle** [1] - 7:2
**circulation** [1] - 90:23
**citation** [1] - 40:7
**citations** [1] - 165:23
**cite** [4] - 134:15, 159:16, 160:17, 175:20
**cited** [2] - 167:18, 178:19
**citing** [3] - 136:11, 178:18, 178:20
**City** [3] - 18:11, 27:5, 34:3
**civil** [1] - 14:13
**Civil** [1] - 1:18
**civilian** [1] - 58:1
**clarification** [1] - 104:20
**clarify** [1] - 77:16
**class** [11] - 30:7, 30:12, 31:9, 31:16,

36:14, 37:2, 37:6, 37:15, 37:17, 37:19, 151:11
**classes** [3] - 31:1, 43:10, 143:2
**classification** [1] - 71:23
**classified** [1] - 104:8
**Clay** [1] - 49:13
**Clayton** [1] - 2:10
**CLAYTON** [1] - 1:9
**clear** [5] - 11:22, 44:22, 45:18, 124:13, 192:20
**clearly** [2] - 123:3, 190:15
**clerical** [1] - 56:22
**client** [1] - 66:19
**clinical** [3] - 10:12, 24:7, 175:16
**clinically** [4] - 27:21, 132:16, 138:8, 162:8
**Clinicon** [3] - 32:5, 32:18, 32:19
**close** [5] - 45:14, 51:7, 126:13, 126:21, 141:20
**closely** [2] - 145:7, 164:3
**closest** [1] - 12:2
**CNS** [12] - 44:13, 45:16, 143:17, 143:21, 144:11, 147:15, 159:15, 170:6, 170:15, 191:6
**co** [3] - 17:15, 56:10, 108:12
**co-ingestion** [1] - 108:12
**co-pay** [1] - 56:10
**co-trained** [1] - 17:15
**CO2** [13] - 28:5, 28:17, 28:23, 59:13, 101:7, 102:5, 102:17, 102:18, 102:19, 103:17, 152:22, 153:10, 156:4
**coach** [1] - 62:2
**coast** [1] - 67:3
**cocaine** [1] - 70:21
**coingestion** [1] - 36:21
**coke** [1] - 81:23
**cold** [4] - 16:17, 18:16, 64:3, 64:4
**collapse** [2] - 171:3, 191:17
**collarbone** [2] - 110:3, 110:23

**collectively** [2] - 42:2, 42:15
**College** [8] - 15:17, 19:23, 29:12, 32:2, 32:9, 52:15, 133:6, 172:19
**college** [4] - 15:22, 16:12, 23:4, 124:21
**com** [2] - 5:22, 5:23
**coma** [20] - 43:21, 43:22, 45:15, 48:21, 100:22, 106:13, 109:5, 124:1, 143:6, 143:19, 144:2, 144:4, 153:19, 164:16, 167:2, 169:20, 170:5, 170:12, 170:14, 191:6
**Coma** [1] - 43:21
**combat** [1] - 34:23
**combative** [15] - 109:4, 113:17, 120:21, 121:5, 122:11, 123:21, 126:3, 126:10, 127:9, 128:1, 128:2, 146:9, 147:14, 161:22, 180:13
**combativeness** [1] - 129:23
**combination** [7] - 106:1, 159:22, 166:18, 169:22, 170:23, 172:19, 172:22
**combine** [3] - 106:13, 106:17, 167:1
**combined** [1] - 147:3
**coming** [2] - 45:9, 146:9
**commencing** [1] - 1:22
**comment** [2] - 79:11, 187:11
**comments** [5] - 78:3, 80:5, 93:1, 93:7, 151:1
**commitment** [2] - 17:14, 18:10
**common** [2] - 151:4, 174:14
**communication** [1] - 129:17
**Community** [4] - 15:17, 19:22, 32:2, 133:6
**community** [2] - 7:1, 7:18
**comparing** [3] - 77:11, 77:17, 77:19
**compensated** [2] -

56:1, 56:13
**competent** [1] - 192:4
**complete** [4] - 49:5, 55:10, 68:15, 91:14
**completed** [3] - 16:14, 17:7, 19:4
**completely** [3] - 129:1, 139:18, 190:1
**completing** [1] - 15:18
**compliant** [1] - 72:12
**complications** [2] - 37:4, 178:21
**compounded** [1] - 146:14
**comprehensive** [2] - 82:13, 107:5
**concentration** [1] - 126:14
**concern** [1] - 12:4
**concluded** [2] - 70:11, 70:12
**conclusion** [3] - 70:4, 70:9, 70:15
**conclusive** [1] - 123:8
**concurrent** [2] - 16:22, 19:19
**condition** [10] - 50:10, 50:13, 100:16, 105:9, 105:10, 113:12, 119:19, 150:8, 159:9, 168:14
**conditions** [5] - 42:7, 46:12, 68:7, 166:17, 173:7
**conduct** [4] - 6:13, 6:16, 18:22, 148:3
**conducted** [2] - 27:5, 29:6
**conducting** [2] - 21:3, 29:17
**conference** [8] - 31:21, 31:22, 32:6, 32:15, 32:18, 32:20, 133:18, 195:7
**conferences** [1] - 133:13
**confidential** [1] - 48:4
**confidentially** [1] - 35:1
**confirm** [1] - 69:11
**confirmed** [5] - 52:3, 53:9, 53:21, 69:9, 85:1
**confused** [7] - 62:17, 70:16, 72:3, 72:20, 74:11, 83:1, 102:9

**confusion** [1] - 22:4
**connected** [1] - 1:19
**Connecticut** [1] - 17:22
**consciousness** [26] - 60:21, 93:18, 95:3, 97:16, 100:15, 101:1, 101:9, 101:17, 102:6, 108:21, 111:22, 112:10, 124:2, 143:7, 143:10, 144:9, 144:18, 144:19, 146:5, 147:10, 157:22, 163:18, 163:20, 164:16, 164:22, 168:21
**consider** [7] - 38:23, 105:10, 107:17, 108:14, 176:22, 188:15, 189:3
**considerable** [1] - 10:2
**consideration** [2] - 92:18, 109:15
**considerations** [1] - 107:22
**considered** [7] - 9:1, 52:13, 68:17, 106:19, 175:17, 189:5, 189:13
**constellation** [1] - 82:21
**constitute** [1] - 13:19
**consumed** [12] - 77:23, 78:1, 78:11, 79:2, 79:9, 79:13, 84:6, 147:23, 148:16, 166:2, 173:5, 175:14
**contact** [16] - 65:16, 66:23, 112:8, 122:2, 159:14, 159:21, 160:4, 160:11, 160:15, 160:16, 160:23, 162:8, 162:11, 163:16, 164:11, 190:21
**contacted** [1] - 64:9
**contain** [2] - 51:16, 68:19
**contained** [4] - 53:1, 53:13, 69:4, 89:3
**contains** [2] - 54:10, 68:20
**content** [4] - 77:4, 77:5, 77:10, 77:17
**contents** [1] - 98:14
**continually** [1] - 165:20
**continue** [3] - 137:19, 138:9, 195:6
**continued** [2] - 42:4,

137:12
**continues** [1] - 104:22
**continuing** [1] - 151:20
**continuous** [1] - 40:3
**continuously** [1] - 32:14
**contraindicated** [9] - 123:4, 130:5, 136:21, 138:16, 141:10, 141:12, 181:8, 181:10, 187:9
**contraindication** [19] - 38:19, 38:20, 38:21, 39:1, 41:15, 47:8, 49:22, 53:12, 104:10, 106:21, 117:6, 120:11, 141:18, 142:15, 166:3, 185:19, 185:22, 187:1, 187:13
**contraindications** [39] - 31:2, 36:15, 36:18, 37:6, 37:12, 37:19, 38:4, 38:5, 38:7, 38:8, 39:5, 39:12, 39:16, 41:10, 41:21, 42:17, 43:12, 45:16, 45:23, 46:15, 49:4, 49:7, 106:17, 123:22, 136:22, 142:10, 142:18, 143:4, 162:13, 186:13, 186:20, 187:2, 187:4, 187:6, 187:10, 189:23, 190:3, 191:21, 191:22
**contribute** [1] - 189:20
**contributed** [3] - 78:22, 173:14, 173:16
**contributing** [2] - 147:8, 150:15
**control** [16] - 100:1, 112:21, 121:17, 121:22, 122:2, 124:7, 159:14, 159:21, 160:4, 160:11, 162:9, 162:12, 163:6, 163:16, 164:11, 190:22
**controlled** [2] - 112:19, 112:23
**controlling** [2] - 112:19, 113:16
**contusion** [1] - 111:1
**contusions** [1] - 85:21

**convenient** [1] - 195:5
**conversations** [1] - 145:23
**cooperative** [3] - 72:14, 75:20, 189:8
**cop** [1] - 124:11
**COPD** [1] - 45:13
**copied** [1] - 176:3
**copies** [2] - 41:20, 50:7
**cops** [1] - 43:16, 124:6
**copy** [8] - 4:18, 5:4, 5:5, 6:13, 49:2, 62:5, 81:18, 160:7
**copyright** [2] - 176:4, 176:6
**corda** [2] - 44:21, 58:17
**core** [1] - 48:11
**corporate** [2] - 135:19, 136:6
**corporation** [4] - 6:6, 6:9, 6:12, 7:9
**corpsman** [8] - 33:23, 34:2, 35:12, 35:13, 129:16, 129:19
**correct** [20] - 16:6, 21:12, 35:20, 46:2, 51:14, 52:16, 103:20, 113:1, 122:23, 124:19, 131:9, 131:23, 135:21, 135:23, 136:12, 137:23, 138:1, 152:13, 177:15, 182:20
**correctible** [1] - 188:16
**correctly** [1] - 49:22
**counsel** [3] - 51:19, 194:21, 195:4
**County** [22] - 1:11, 2:17, 4:1, 32:1, 48:10, 48:12, 49:2, 79:17, 81:9, 81:20, 93:12, 99:15, 124:18, 124:23, 127:14, 135:15, 136:7, 137:23, 185:15, 189:19, 194:11, 194:14
**COUNTY** [2] - 1:12, 197:3
**couple** [1] - 78:5
**course** [11] - 15:17, 15:19, 31:11, 36:6, 36:7, 63:18, 66:18, 96:14, 143:17,

147:11, 195:5
**court** [1] - 67:8
**COURT** [2] - 1:3, 195:12
**Court** [1] - 54:6
**Courtemanche** [2] - 2:11, 49:16
**COURTEMANCHE** [1] - 1:10
**cover** [1] - 31:18
**covered** [4] - 30:16, 30:20, 189:15, 194:12
**covers** [1] - 50:16
**CPR** [1] - 188:20
**credentialed** [1] - 8:3
**credentials** [2] - 12:8, 12:18, 12:22
**criminal** [2] - 65:4, 66:1
**crisis** [1] - 14:16
**criteria** [2] - 46:10, 46:20
**critical** [6] - 100:17, 100:20, 105:9, 119:19, 159:9, 168:14
**critically** [1] - 178:10
**crucifixion** [1] - 58:19
**crushing** [1] - 9:16
**crying** [1] - 74:12
**crystals** [1] - 84:4
**CT** [4] - 10:14, 87:3, 87:6, 87:9
**CTs** [1] - 25:11
**cuff** [3] - 118:17, 139:11, 143:14
**cuffed** [13] - 53:2, 53:21, 54:14, 58:14, 69:8, 69:9, 69:12, 73:18, 75:13, 75:15, 85:14, 124:10, 128:18
**current** [7] - 5:6, 7:3, 26:15, 32:11, 35:20, 40:4, 186:16
**curriculum** [1] - 5:6
**Curriculum** [2] - 5:8, 198:3
**cutoffs** [1] - 195:8
**CV** [9] - 4:11, 4:13, 4:14, 4:21, 4:23, 5:12, 19:13, 26:14, 30:22
**CVS** [11] - 50:3, 70:18, 71:16, 71:17, 75:19, 82:19, 97:20, 98:14, 99:5, 99:17, 151:14

**D**

**Dachau** [2] - 59:1,

59:3

**damage** [10] - 90:14, 91:2, 91:4, 111:2, 130:7, 138:17, 142:1, 146:16, 146:17, 146:22

**dangerous** [20] - 83:21, 146:13, 159:8, 159:23, 160:3, 160:10, 162:21, 163:17, 166:14, 167:4, 181:7, 181:23, 182:2, 186:4, 190:18, 192:13, 193:3, 193:7, 193:10, 193:12

**data** [1] - 68:17

**date** [3] - 4:22, 68:21, 69:11

**dated** [4] - 4:22, 58:13, 123:16, 135:22

**David** [1] - 48:16

**days** [1] - 61:18

**Dayton** [2] - 19:5, 33:10

**dead** [3] - 59:4, 101:22, 171:11

**deal** [1] - 30:4

**dealing** [3] - 149:20, 174:23, 175:3

**deals** [1] - 30:3

**dealt** [2] - 33:18, 34:8

**death** [10] - 38:16, 63:16, 64:12, 94:3, 162:18, 182:20, 182:22, 182:23, 187:18, 187:21

**deathly** [1] - 141:7

**debriefed** [1] - 58:5

**December** [3] - 6:4, 123:16, 137:7

**decipher** [1] - 115:5

**decompensates** [1] - 181:22

**deductible** [2] - 56:11, 56:12

**deep** [1] - 18:17

**deescalation** [1] - 130:17

**defendant** [1] - 66:14

**Defendants** [3] - 1:14, 2:10, 2:16

**defendants** [1] - 66:12

**defense** [9] - 65:15, 65:17, 65:23, 66:6, 66:10, 66:13, 66:16, 66:20

**deferred** [1] - 8:21

**defibrillators** [1] -

28:10

**define** [3] - 75:8, 75:11, 140:6

**defined** [1] - 58:10

**definition** [3] - 101:6, 187:12, 187:16

**definitive** [1] - 137:16

**degree** [11] - 23:6, 23:12, 45:10, 106:15, 106:18, 111:8, 150:20, 156:15, 158:8, 177:8, 185:11

**degrees** [2] - 45:2, 101:5

**delay** [1] - 12:3

**delirious** [3] - 72:3, 72:19, 75:3

**delirium** [16] - 70:19, 71:18, 71:19, 71:20, 72:5, 72:6, 72:9, 72:19, 73:1, 73:15, 74:21, 75:5, 75:9, 75:21, 92:15, 166:8

**deliver** [2] - 11:9, 127:19

**delivered** [2] - 24:17, 178:23

**delusion** [1] - 71:2

**delusional** [14] - 70:1, 70:2, 70:10, 75:4, 75:12, 78:22, 81:7, 82:19, 83:1, 107:14, 149:13, 149:21, 151:17, 189:8

**delusions** [3] - 50:12, 108:16, 149:15

**demonstrate** [1] - 50:9

**demonstration** [2] - 59:7, 59:10

**denied** [1] - 123:6

**DENNEY** [1] - 2:1

**Denney** [2] - 67:12, 68:5

**department** [12] - 17:5, 19:2, 25:1, 25:8, 90:2, 91:12, 91:13, 93:6, 103:12, 106:11, 180:17, 187:7

**Department** [2] - 10:11, 58:6

**dependence** [1] - 92:9

**deployed** [1] - 14:3

**deployment** [1] - 34:19

**deponent** [1] - 197:13

**depos** [1] - 89:19

**deposed** [1] - 49:19

**Deposition** [3] - 5:9, 195:17, 198:4

**DEPOSITION** [1] - 1:1

**deposition** [27] - 1:15, 4:3, 5:3, 5:4, 50:3, 60:3, 61:16, 62:13, 72:16, 84:23, 89:16, 112:13, 119:3, 131:12, 135:18, 136:5, 137:9, 147:21, 152:10, 157:9, 177:15, 177:22, 194:23, 195:6, 197:7, 197:9, 197:11

**depositions** [4] - 49:10, 52:2, 69:9, 110:21

**depressant** [3] - 147:16, 159:15, 166:22

**depressed** [1] - 86:1

**depression** [23] - 36:21, 37:20, 38:13, 42:2, 44:13, 44:14, 45:16, 47:20, 50:10, 106:3, 106:7, 106:14, 143:17, 143:18, 143:22, 144:11, 150:11, 160:1, 170:6, 170:15, 171:3, 191:7, 191:16

**depth** [2] - 18:22, 94:12

**depths** [2] - 18:18, 27:20

**deputies** [13] - 52:8, 72:11, 73:19, 74:15, 78:4, 80:10, 81:3, 83:7, 88:16, 99:23, 128:15, 147:7, 166:8

**deputy** [7] - 49:8, 49:13, 49:15, 49:17, 86:15, 96:2, 156:21

**Deputy** [10] - 49:16, 59:17, 59:22, 85:15, 93:21, 101:12, 137:21, 157:6, 157:21, 158:16

**describe** [14] - 7:10, 13:17, 24:5, 77:3, 77:4, 85:18, 88:17, 94:5, 100:19, 103:1, 105:19, 105:23, 108:18, 115:21

**described** [7] - 74:2, 88:21, 111:7, 113:3, 115:22, 118:17, 127:8

**describes** [3] -

60:19, 112:14, 157:22

**describing** [2] - 11:15, 105:8

**Description** [1] - 198:2

**description** [4] - 60:12, 86:16, 86:19, 158:17

**despite** [1] - 129:22

**detail** [2] - 48:7, 98:14

**detailed** [1] - 17:5

**details** [2] - 30:20, 68:2

**detected** [1] - 82:1

**determination** [1] - 119:17

**determine** [9] - 65:6, 91:14, 93:4, 93:15, 119:16, 135:6, 155:19, 165:7, 187:8

**determined** [4] - 64:12, 103:11, 125:2, 125:3

**determining** [1] - 63:16

**develop** [2] - 14:5, 154:3

**developed** [1] - 35:9

**developing** [2] - 33:2, 186:6

**device** [3] - 113:18, 135:7

**diabetes** [1] - 153:19

**diabetics** [1] - 25:19

**diagnosis** [3] - 71:21, 75:11, 150:17

**diagnostic** [3] - 10:1, 10:13, 25:11

**diaphoresis** [1] - 9:16

**diasters** [1] - 14:12

**DICKER** [1] - 2:13

**die** [6] - 59:5, 59:6, 65:7, 65:20, 73:4, 187:14

**died** [5] - 58:17, 64:11, 155:11, 171:11, 172:3

**difference** [7] - 24:5, 24:21, 114:22, 115:6, 115:20, 116:5, 169:4

**differences** [1] - 187:5

**different** [7] - 14:20, 14:23, 25:6, 100:4, 110:1, 121:9, 139:3

**differential** [3] - 108:1, 150:17, 174:22

**difficult** [1] - 119:9,

119:12, 152:21

**dignity** [1] - 135:8

**dioxide** [1] - 153:9

**direct** [5] - 122:9, 122:20, 130:19, 149:12, 161:19

**direction** [2] - 193:18, 197:11

**directions** [1] - 109:4

**directly** [11] - 9:19, 10:19, 10:20, 11:12, 16:16, 34:22, 52:9, 56:7, 132:18, 134:8, 138:14

**director** [9] - 10:12, 21:4, 22:15, 33:5, 33:12, 33:16, 123:19, 133:7, 133:8

**directors** [4] - 122:8, 123:13, 132:5, 137:7

**disabled** [1] - 6:20

**discharge** [1] - 49:1

**disclaimer** [1] - 176:14

**disclosed** [2] - 81:21, 110:12

**discontinued** [1] - 137:18

**discovery** [1] - 195:8

**discretion** [1] - 162:5

**discuss** [5] - 58:5, 58:6, 58:21, 61:6, 146:3

**discussed** [2] - 77:1, 84:22

**discusses** [2] - 42:14, 89:11

**discussing** [1] - 40:20

**Discussion** [1] - 194:19

**discussion** [2] - 42:11, 111:21

**disease** [1] - 71:23

**dislocating** [1] - 59:5

**disorder** [1] - 50:11

**disorderly** [3] - 148:3, 148:4, 148:23

**disorders** [1] - 46:13

**dispatched** [4] - 96:19, 96:23, 97:3, 97:8

**disqualified** [1] - 67:7

**disregard** [14] - 139:19, 139:20, 140:6, 140:16, 141:3, 141:13, 142:21, 144:12, 144:15, 146:12, 146:21,

165:4, 165:8, 168:11
**disrespect** [1] - 49:13
**disseminated** [2] - 36:20, 124:18
**distance** [1] - 52:6
**distinction** [1] - 16:21
**DISTRICT** [3] - 1:3, 1:3, 1:12
**District** [12] - 2:17, 4:1, 49:3, 93:12, 124:18, 124:23, 127:14, 135:15, 185:16, 189:19, 194:12, 194:14
**district** [2] - 1:13, 2:17
**disturbance** [15] - 42:1, 104:7, 104:9, 104:11, 104:16, 104:18, 121:13, 152:5, 152:18, 152:19, 153:1, 153:17, 154:10, 157:18, 166:9
**disturbances** [3] - 37:21, 152:17, 188:12
**diver** [1] - 64:11
**divers** [2] - 18:20, 27:18
**dividers** [1] - 49:2
**diving** [12] - 16:20, 18:2, 18:11, 18:18, 18:22, 27:19, 34:19, 63:20, 64:5, 64:9
**dizzy** [1] - 102:8
**DO** [1] - 197:5
**doc** [2] - 19:11, 19:18
**Docher** [61] - 42:8, 43:14, 44:23, 48:8, 54:21, 59:15, 60:14, 60:17, 60:20, 68:4, 69:23, 71:18, 77:22, 81:19, 87:14, 88:4, 88:11, 89:7, 89:12, 91:1, 91:17, 92:6, 92:23, 93:18, 95:5, 99:18, 99:22, 99:23, 100:2, 100:3, 101:13, 109:14, 109:20, 110:7, 112:15, 119:5, 125:17, 127:8, 129:22, 131:9, 131:20, 142:3, 146:5, 148:14, 151:19, 152:3, 157:22, 158:17, 158:21, 166:17, 167:12,

172:7, 172:21, 181:2, 181:15, 183:4, 183:8, 185:10, 188:1, 188:22
**DOCHER** [2] - 1:4, 1:5
**Docher's** [9] - 74:10, 80:12, 100:16, 105:8, 111:6, 113:12, 183:12, 189:4, 189:20
**DOCHER-NEELEY** [1] - 1:5
**doctor** [8] - 13:22, 45:18, 61:12, 91:11, 99:11, 148:11, 155:18, 173:23
**Doctor** [3] - 81:17, 169:14, 195:5
**doctoral** [1] - 17:1
**document** [4] - 43:11, 131:3, 168:6, 191:5
**documentation** [5] - 48:23, 90:1, 112:1, 117:3, 133:3
**documented** [6] - 60:1, 80:6, 81:4, 85:22, 140:1, 147:19
**documents** [4] - 62:23, 132:3, 137:3, 191:13
**DOJ** [1] - 65:3
**Dominican** [2] - 13:9, 14:15
**donated** [2] - 56:7, 56:16
**donation** [2] - 56:11, 56:12
**donations** [1] - 64:19
**done** [38] - 10:7, 10:19, 11:6, 14:9, 15:17, 24:23, 25:11, 28:8, 44:7, 59:2, 59:8, 59:10, 60:13, 60:23, 61:1, 61:6, 74:5, 114:5, 122:15, 124:13, 126:13, 127:21, 128:8, 129:5, 129:6, 130:4, 138:20, 145:17, 154:15, 156:6, 162:5, 169:15, 173:6, 178:13, 180:21, 181:7, 190:23, 191:1
**dosage** [2] - 179:15, 193:20
**dose** [7] - 129:8, 138:15, 139:16, 139:23, 141:23, 192:13, 192:23
**down** [28] - 7:22,

17:22, 34:3, 39:2, 42:19, 45:9, 49:22, 62:15, 66:8, 72:12, 75:18, 75:19, 77:6, 85:17, 87:16, 113:22, 114:1, 127:1, 130:11, 136:21, 140:3, 156:21, 171:7, 171:18, 172:12, 181:19, 181:22, 197:8
**downhill** [1] - 19:18
**Dr** [21] - 3:23, 4:9, 41:18, 46:19, 47:4, 54:3, 119:2, 135:17, 137:5, 142:16, 146:23, 163:1, 164:4, 175:5, 179:12, 179:13, 183:7, 189:2, 191:5, 194:10, 198:5
**draw** [2] - 25:13, 25:23
**drawn** [1] - 79:16
**drink** [1] - 80:2
**drinking** [3] - 77:2, 80:4, 80:21
**drinks** [2] - 77:12, 100:4
**drive** [1] - 78:17
**driving** [1] - 79:23
**droopy** [1] - 9:3
**drop** [6] - 102:20, 143:15, 152:23, 166:23, 167:6, 171:8
**drowning** [5] - 16:18, 18:17, 64:3, 64:4, 64:13
**drug** [37] - 38:11, 38:19, 42:17, 43:13, 55:10, 55:19, 70:20, 70:21, 70:22, 81:2, 81:18, 82:22, 83:11, 106:23, 107:3, 107:11, 107:12, 108:8, 113:12, 121:11, 123:23, 129:7, 130:5, 135:7, 138:15, 141:23, 151:11, 170:14, 173:20, 174:1, 174:6, 179:7, 181:11, 187:8, 188:3, 190:2, 191:7
**drugs** [53] - 31:1, 31:2, 31:8, 31:19, 34:5, 34:12, 35:2, 36:9, 36:21, 39:12, 43:10, 43:18, 43:20, 81:5, 81:10, 81:15, 81:21, 82:11, 82:17, 83:3, 83:12, 107:1, 107:4, 107:6, 107:10,

107:12, 107:19, 108:4, 108:7, 108:11, 108:14, 109:15, 120:23, 121:2, 121:7, 121:10, 143:2, 143:6, 149:1, 149:19, 149:22, 150:13, 151:4, 163:19, 165:1, 166:7, 170:11, 173:16, 173:18, 175:15, 175:18, 185:21, 189:6
**drunk** [1] - 79:22
**dry** [1] - 117:5
**DTs** [1] - 92:16
**duct** [1] - 152:20
**due** [6] - 43:20, 46:11, 58:18, 102:18, 110:2, 152:5
**duly** [2] - 3:18, 197:13
**duration** [3] - 53:3, 97:17, 168:16
**during** [20] - 14:11, 16:2, 18:13, 19:8, 20:13, 23:5, 23:10, 33:15, 35:13, 47:6, 72:17, 74:17, 90:6, 131:8, 133:9, 137:12, 137:15, 140:20, 145:1, 192:8
**duty** [2] - 18:8, 18:10, 19:3, 34:17, 34:23, 63:15, 63:17, 129:18
**DVD** [3] - 27:22, 74:13, 125:8
**dying** [1] - 39:13
**dyspnea** [1] - 95:11

## E

**E-27** [1] - 135:12
**E-28** [3] - 135:2, 135:10, 138:3
**early** [1] - 35:16
**East** [5] - 1:20, 2:7, 3:17, 7:20, 7:23
**ecstasy** [1] - 82:5
**ED** [2] - 91:11, 93:3
**EDELMAN** [1] - 2:13
**edge** [1] - 181:5
**education** [5] - 40:3, 42:3, 47:17, 134:11, 135:1
**educational** [2] - 15:6, 134:21
**effect** [8] - 33:21, 34:7, 102:8, 138:3, 169:5, 169:17, 185:15

**effective** [1] - 188:20
**effects** [8] - 30:2, 38:12, 38:14, 38:17, 58:4, 121:12, 187:17, 190:18
**effort** [1] - 24:20
**eight** [9] - 16:5, 16:10, 83:12, 107:4, 114:2, 127:10, 133:6, 151:1, 173:17
**either** [18] - 10:23, 21:23, 29:1, 59:1, 67:10, 75:6, 84:6, 101:23, 110:5, 126:21, 128:19, 128:22, 137:14, 142:23, 151:13, 175:14, 187:17, 195:6
**Either** [1] - 174:2
**either/or** [1] - 137:19
**EKG** [1] - 185:9
**elapsed** [1] - 98:9
**electrical** [1] - 181:23
**electrolyte** [1] - 188:12
**elevated** [6] - 102:6, 116:16, 116:22, 117:16, 117:20, 152:22
**eliminate** [1] - 103:17
**Elma** [1] - 7:22
**ELSER** [1] - 2:13
**embarrassment** [1] - 73:20
**emergencies** [4] - 9:8, 9:10, 9:12, 46:6
**emergency** [93] - 6:14, 6:22, 7:10, 7:13, 7:17, 8:2, 8:6, 8:12, 8:17, 10:21, 12:15, 12:17, 12:21, 13:6, 13:8, 13:11, 13:13, 14:5, 14:8, 14:17, 15:3, 17:9, 17:15, 17:20, 18:1, 18:13, 19:2, 19:4, 19:23, 21:3, 21:16, 22:22, 25:1, 25:7, 26:13, 27:13, 29:7, 30:3, 30:6, 30:12, 31:20, 31:22, 32:10, 33:1, 34:4, 35:9, 48:19, 48:20, 49:3, 49:20, 50:7, 50:22, 58:1, 72:2, 85:22, 88:21, 89:3, 90:2, 90:8, 91:10, 91:11, 91:12, 91:13, 92:19, 92:22,

93:6, 93:11, 103:12, 105:10, 105:11, 106:11, 118:9, 118:22, 120:16, 122:6, 125:22, 133:7, 133:14, 137:6, 155:20, 161:9, 164:1, 172:16, 175:21, 176:11, 176:23, 180:17, 182:6, 187:7, 187:20, 192:4, 192:7

**Emergency** [7] - 7:14, 26:3, 29:14, 32:5, 32:9, 134:23, 135:13

**emotion** [2] - 71:1, 73:11

**emphasized** [1] - 190:20

**employ** [2] - 8:7, 8:10

**employed** [3] - 5:16, 138:6, 176:10

**employee** [2] - 48:13, 50:3

**EMS** [76] - 15:3, 26:6, 26:9, 26:23, 31:22, 32:12, 32:23, 43:22, 48:20, 50:8, 71:22, 80:15, 81:4, 93:11, 93:13, 96:19, 96:22, 97:2, 97:8, 97:12, 98:9, 100:14, 106:12, 108:23, 111:23, 112:11, 112:17, 113:1, 118:19, 122:9, 123:19, 125:2, 125:10, 125:22, 127:22, 128:8, 128:9, 129:12, 130:15, 131:6, 131:11, 131:18, 132:12, 132:14, 132:17, 133:7, 133:8, 134:7, 135:18, 136:13, 136:23, 137:13, 137:15, 137:18, 139:10, 145:3, 145:9, 146:3, 150:8, 152:4, 152:7, 156:9, 157:16, 158:4, 159:10, 159:12, 161:17, 161:19, 165:14, 166:8, 167:4, 172:17, 185:18, 192:3

**EMT** [39] - 15:17, 15:18, 15:23, 16:7, 19:23, 20:4, 20:5, 20:7, 20:16, 20:20,

21:7, 21:9, 22:17, 23:5, 23:11, 24:6, 24:10, 24:14, 24:19, 24:22, 25:9, 32:1, 32:15, 44:2, 44:5, 49:14, 50:18, 93:20, 106:8, 108:13, 120:15, 133:5, 157:6, 158:2, 159:21, 165:15, 172:18, 176:21, 191:10

**EMTs** [11] - 20:13, 22:23, 24:15, 25:21, 30:14, 32:20, 35:14, 36:10, 36:12, 119:13, 161:4

**encephalopathy** [1] - 92:17

**enclosure** [3] - 46:9, 143:1, 168:7

**enclosures** [5] - 36:23, 41:19, 41:20, 167:13, 190:13

**encompassed** [1] - 34:11

**end** [5] - 3:10, 3:11, 28:5, 28:17, 62:14

**energy** [1] - 151:5

**enforcement** [32] - 48:11, 88:12, 90:7, 96:15, 100:14, 109:13, 109:19, 110:5, 111:9, 112:16, 117:15, 119:5, 130:2, 131:4, 131:7, 131:13, 131:21, 132:5, 137:11, 137:14, 137:16, 137:20, 137:21, 138:20, 145:5, 145:8, 145:15, 146:15, 146:19, 147:3, 147:18, 149:10

**enormous** [1] - 188:2

**entering** [1] - 99:18

**entire** [2] - 51:2, 51:7

**entitled** [2] - 196:4, 197:12

**entity** [2] - 5:13, 5:16

**environmental** [1] - 16:18

**epi** [1] - 24:15

**epileptic** [1] - 192:17

**epilepticus** [1] - 192:16

**epinephrine** [1] - 182:4

**Epinephrine** [2] - 188:20, 188:22

**ER** [33] - 7:18, 10:19,

10:21, 10:23, 13:4, 13:16, 13:19, 14:1, 14:7, 14:10, 14:11, 14:16, 17:16, 19:19, 22:1, 22:4, 26:1, 28:8, 50:23, 82:7, 83:12, 86:18, 86:19, 93:2, 104:21, 107:16, 124:12, 129:14, 129:15, 173:6

**Er** [1] - 7:2

**Eric** [1] - 49:16

**Erie** [1] - 32:1

**ERIE** [1] - 197:3

**erratic** [1] - 149:12

**ERs** [2] - 9:20, 13:2

**escaped** [2] - 87:17, 88:13

**escapes** [1] - 84:17

**especially** [4] - 139:16, 145:4, 145:10, 178:11

**ESQ** [3] - 2:2, 2:7, 2:14

**establish** [1] - 27:17

**established** [3] - 33:22, 34:2, 165:14

**establishment** [1] - 17:18

**estimate** [1] - 67:16

**et** [1] - 23:18

**evacuation** [1] - 17:18

**evaluate** [3] - 64:11, 66:16, 126:9

**evaluating** [2] - 18:23, 165:16

**evaluation** [3] - 10:22, 65:17, 156:11

**eventual** [1] - 152:8

**eventually** [1] - 55:14

**evidence** [19] - 70:18, 72:6, 72:18, 83:5, 86:23, 87:6, 87:9, 91:3, 91:17, 91:21, 104:5, 144:3, 144:13, 145:6, 147:16, 148:13, 149:2, 174:4

**evident** [1] - 28:2

**evolution** [1] - 12:6

**exact** [1] - 96:20

**exam** [1] - 141:17

**EXAMINATION** [1] - 3:21

**examination** [1] - 197:13

**Examination** [1] - 199:2

**examiner** [1] - 98:3

**examples** [1] - 46:13

**except** [1] - 9:9

**exception** [1] - 3:4

**exceptionally** [1] - 72:19

**excess** [1] - 103:17

**excessive** [1] - 192:23

**exchange** [5] - 59:12, 94:6, 101:6, 102:17, 102:18

**excited** [16] - 70:19, 71:17, 71:19, 71:20, 72:5, 72:6, 72:9, 72:19, 72:23, 73:15, 74:20, 75:3, 75:4, 75:8, 75:21, 166:8

**exclude** [1] - 131:17

**excluded** [2] - 51:11, 147:7

**exclusion** [2] - 46:10, 46:20

**EXH** [10] - 5:8, 5:9, 54:3, 57:17, 60:5, 198:3, 198:4, 198:5, 198:6, 198:7

**exhibit** [2] - 151:12, 151:15

**Exhibit** [9] - 5:2, 5:5, 5:6, 49:18, 54:1, 57:13, 60:2, 135:1, 198:2

**exhibited** [2] - 88:3, 88:11

**exhibiting** [4] - 46:11, 74:20, 75:20, 95:6

**EXHIBITS** [1] - 198:1

**exhibits** [2] - 48:5, 99:4

**Exhibits** [1] - 198:10

**existed** [2] - 42:8, 46:15, 167:2

**exists** [1] - 144:14

**exiting** [1] - 76:7

**expect** [3] - 126:4, 159:5, 161:10

**expected** [1] - 117:18

**expedite** [5] - 12:6, 25:13, 26:1, 121:20, 124:12

**expense** [1] - 182:5

**expenses** [1] - 61:22

**experience** [11] - 17:9, 19:9, 24:8, 42:3, 47:16, 58:1, 133:6, 134:16, 134:18, 175:16, 190:23

**experienced** [1] - 194:5

**experiencing** [1] - 74:19

**experimental** [1] - 18:11

**experimentation** [1] - 102:10

**expert** [11] - 54:8, 56:2, 63:13, 63:20, 64:6, 65:10, 68:10, 136:14, 143:1, 165:7, 171:15

**experts** [2] - 64:8, 177:12

**expired** [1] - 15:20

**explain** [8] - 9:11, 28:19, 66:7, 90:11, 150:6, 161:1, 179:21, 181:16

**explained** [5] - 10:6, 13:20, 57:21, 66:17, 191:23

**exposed** [1] - 18:5

**exposure** [1] - 27:18

**express** [1] - 68:16

**expressed** [1] - 16:16

**expressly** [1] - 137:3

**extender** [1] - 161:11

**extenders** [1] - 8:10

**extensive** [1] - 86:2

**extensively** [1] - 19:8, 20:23, 40:22

**extra** [1] - 181:22

**extreme** [6] - 18:18, 18:21, 27:20, 151:5, 151:6

**extremely** [1] - 153:11

**extremities** [1] - 111:1

**eyelids** [1] - 9:3

**eyes** [1] - 109:7

**eyewitness** [1] - 69:23

**eyewitnesses** [1] - 71:15

## F

**face** [10] - 52:13, 52:17, 85:21, 86:2, 86:13, 89:13, 110:4, 126:22

**facemask** [3] - 126:1, 127:6, 127:15

**facial** [5] - 53:10, 86:1, 87:11, 110:13, 110:18

**facility** [2] - 10:18, 12:7
**fact** [8] - 54:20, 116:15, 116:21, 117:20, 118:2, 118:3, 118:7, 121:15
**factor** [4] - 107:15, 107:17, 147:8, 191:12
**factors** [4] - 63:17, 150:15, 173:8, 190:2
**facts** [19] - 53:5, 68:17, 82:16, 84:11, 84:12, 91:22, 93:10, 107:2, 107:9, 107:18, 108:6, 108:10, 125:19, 144:8, 174:5, 174:8, 174:19, 174:23, 175:3
**factual** [5] - 68:11, 148:6, 149:2, 149:10, 175:13
**factually** [1] - 175:2
**failed** [2] - 146:10
**failing** [1] - 124:6
**fall** [11] - 9:12, 52:19, 52:20, 53:7, 53:8, 59:14, 87:15, 87:19, 88:12, 110:9, 110:19
**fallen** [1] - 109:16
**falling** [2] - 86:9, 126:4
**falls** [2] - 29:1, 127:21
**familiar** [2] - 43:1, 45:4
**family** [4] - 9:14, 17:14, 73:11, 80:2
**far** [16] - 30:15, 32:16, 34:5, 34:6, 84:6, 97:19, 104:7, 109:7, 112:10, 113:9, 118:16, 125:16, 163:2, 180:20, 187:9, 189:18
**fashion** [1] - 175:15
**fast** [18] - 95:17, 114:19, 115:1, 115:4, 115:8, 115:11, 115:14, 116:4, 117:4, 154:23, 156:1, 158:8, 159:4, 167:7, 169:2, 171:9, 175:7
**faster** [4] - 167:19, 175:6, 179:6, 193:16
**fatal** [1] - 172:20
**fault** [2] - 65:18, 66:17, 145:12, 146:16, 185:16
**favor** [1] - 137:18
**FDA** [3] - 186:9,

187:10, 187:11
**fear** [1] - 108:16
**fearful** [7] - 71:1, 73:4, 73:9, 73:10, 73:13, 75:2, 87:21
**Federal** [2] - 1:18, 54:6
**federally** [1] - 7:1
**fee** [1] - 61:15
**fees** [5] - 56:14, 61:13, 61:15, 61:17, 67:9
**feet** [5] - 52:5, 52:6, 52:7, 73:23, 84:19
**fell** [4] - 113:22, 114:1, 171:19, 189:9
**fellow** [1] - 32:8
**fellowship** [3] - 6:21, 17:2, 22:11
**femoral** [1] - 119:1
**few** [9] - 11:6, 55:13, 69:20, 78:5, 82:14, 125:9, 130:13, 175:20, 188:14
**field** [14] - 20:20, 21:1, 21:10, 23:8, 23:14, 24:23, 25:9, 27:3, 27:4, 34:23, 35:12, 100:16, 104:5, 133:6
**fight** [1] - 75:17
**fighting** [3] - 76:2, 107:15, 126:20
**figure** [3] - 5:15, 63:9, 149:6
**file** [1] - 54:23
**filing** [1] - 3:1
**filmed** [1] - 3:13
**finalize** [1] - 55:5
**finally** [2] - 181:22, 181:23
**fine** [4] - 131:17, 139:9, 139:12, 179:4
**finger** [3] - 25:18, 129:5, 156:3
**finish** [6] - 30:9, 88:6, 88:8, 148:11, 163:13, 175:5
**Fire** [12] - 2:17, 4:1, 49:2, 93:12, 124:18, 124:23, 127:14, 135:15, 185:16, 189:19, 194:11, 194:14
**FIRE** [1] - 1:12
**firm** [3] - 56:12, 67:2, 67:11
**firms** [2] - 64:7, 65:1
**first** [18] - 5:3, 13:21, 15:14, 15:21, 16:8,

16:23, 58:13, 69:21, 89:10, 112:14, 134:9, 138:6, 147:13, 152:1, 159:14, 169:6, 169:16, 179:2
**fit** [2] - 183:4, 189:10
**fits** [1] - 42:3
**five** [9] - 105:13, 107:21, 141:11, 142:18, 170:6, 170:8, 181:11, 185:23, 190:4
**flakka** [2] - 151:7, 151:13
**flat** [1] - 61:15
**flatline** [3] - 181:17, 182:1, 182:16
**flatlined** [1] - 171:20
**fled** [2] - 72:23, 74:18
**fleeing** [1] - 74:2
**flight** [1] - 194:22
**floor** [1] - 12:16
**Florida** [20] - 1:11, 1:21, 2:3, 2:8, 2:15, 16:1, 17:23, 18:11, 19:6, 20:7, 22:17, 34:3, 49:8, 66:21, 79:20, 129:9, 129:11, 129:15, 135:14, 194:22
**flow** [5] - 124:11, 125:23, 126:5, 127:14, 128:13
**fluids** [3] - 91:6, 103:16, 103:19
**focus** [2] - 35:3, 35:6
**focuses** [1] - 6:22
**follow** [1] - 12:13
**followed** [1] - 101:17
**following** [5] - 5:7, 54:2, 57:16, 60:4, 109:4
**follows** [1] - 3:19
**followup** [1] - 195:3
**foot** [9] - 45:5, 45:7, 45:8, 48:18, 60:18, 101:4, 144:20, 153:15
**force** [14] - 48:14, 52:18, 52:21, 53:7, 53:9, 84:22, 85:9, 85:13, 85:16, 87:2, 89:20, 108:20, 110:2, 110:7
**forcibly** [1] - 84:19
**foregoing** [3] - 196:2, 197:7, 197:12
**foreign** [1] - 88:22
**forensic** [4] - 51:22, 65:17, 69:17, 98:3
**forensically** [2] -

64:2, 64:10
**forgot** [2] - 15:12, 33:4
**form** [26] - 3:4, 39:8, 39:17, 41:16, 44:21, 47:9, 48:10, 51:9, 54:12, 58:10, 73:2, 99:9, 132:8, 133:16, 133:21, 134:2, 142:22, 147:5, 148:19, 154:21, 163:7, 165:9, 175:15, 177:23, 180:3, 189:22
**former** [7] - 44:2, 44:4, 49:14, 52:14, 93:20, 157:6, 158:4
**forming** [3] - 40:14, 61:3, 68:18
**forms** [5] - 48:13, 58:3, 60:23, 61:5, 70:6
**Fort** [3] - 1:21, 2:8, 2:12
**forward** [1] - 128:4
**four** [20] - 18:9, 66:9, 119:1, 120:3, 121:19, 128:17, 128:22, 130:3, 132:12, 132:15, 133:10, 139:10, 139:14, 139:19, 162:15, 162:22, 169:23, 170:3, 188:3
**fracture** [1] - 87:10
**fractured** [1] - 110:23
**fractures** [4] - 85:20, 86:1, 86:5, 87:11
**France** [2] - 58:14, 155:10
**frequent** [1] - 67:5
**frequently** [2] - 23:15, 25:19
**Friday** [1] - 7:19
**full** [10] - 9:21, 11:7, 14:18, 16:13, 62:2, 89:11, 133:7, 147:14, 152:2, 165:13
**full-time** [2] - 14:18, 16:13
**fully** [1] - 190:12
**function** [2] - 19:14, 28:20
**funding** [1] - 10:3

## G

**Galuski** [1] - 50:3
**gap** [1] - 83:23
**gas** [2] - 104:5,

154:15
**gasping** [4] - 94:18, 95:9, 95:10, 116:1
**GCS** [1] - 43:21
**general** [12] - 9:7, 12:5, 39:5, 123:12, 140:22, 141:4, 163:15, 164:7, 165:2, 165:3, 180:16, 183:8
**generally** [13] - 94:23, 95:4, 95:5, 121:1, 121:2, 138:5, 139:5, 158:11, 158:21, 158:22, 163:14, 164:6, 192:21
**gently** [1] - 45:8
**Geodon** [1] - 121:8
**GIUFFREDA** [2] - 1:19, 2:6
**given** [33] - 35:1, 44:10, 69:3, 80:21, 82:2, 121:3, 124:14, 167:5, 169:10, 170:7, 172:1, 177:4, 177:5, 177:9, 177:19, 178:21, 179:1, 179:5, 179:6, 180:2, 180:5, 180:18, 182:10, 184:7, 187:21, 188:22, 190:7, 192:2, 192:14, 193:8, 193:13, 196:3
**Glasgow** [3] - 43:21, 100:22, 109:5
**glaucoma** [1] - 45:14
**glucometers** [1] - 25:18
**gluteal** [1] - 89:14
**God** [1] - 144:21
**Gonzalez** [3] - 49:18, 49:19, 136:7
**Government** [1] - 8:3
**Grace** [12] - 3:16, 4:10, 5:17, 5:19, 6:3, 6:5, 6:9, 7:6, 56:8, 56:17, 57:9, 57:12
**graduate** [1] - 16:12
**graduating** [1] - 20:22
**Grand** [1] - 22:7
**great** [1] - 165:16
**greater** [3] - 7:20, 64:20, 120:2
**greatly** [1] - 9:6
**gross** [1] - 19:14
**Groton** [1] - 17:22
**ground** [18] - 4:5, 21:23, 45:10, 52:7, 59:4, 59:15, 59:18, 60:11, 60:17, 60:18,

74:19, 84:20, 86:6, 100:1, 113:15, 128:10, 155:17, 157:5
**group** [2] - 183:10, 183:12
**groups** [1] - 90:20
**guardian** [1] - 1:5
**guess** [6] - 32:4, 57:20, 62:17, 115:19, 176:1, 181:12
**guide** [1] - 176:9
**guideline** [1] - 123:12
**Guidelines** [2] - 135:1, 135:13
**guidelines** [3] - 49:3, 49:20, 50:7
**gurney** [4] - 129:3, 167:11, 169:9, 172:2
**guy** [5] - 144:17, 145:20, 159:8, 174:22, 183:5
**guys** [2] - 164:21, 172:12

**H**

**hairs** [1] - 104:18
**Haitian** [1] - 14:16
**Haldol** [1] - 121:8
**half** [5] - 45:11, 60:13, 60:19, 77:7, 190:7
**hallucination** [1] - 73:6
**hallucinations** [2] - 88:1, 149:15
**hand** [5] - 22:2, 63:10, 128:21, 138:4, 139:12
**handbook** [3] - 31:14, 36:8, 40:11
**handcuffed** [5] - 45:2, 54:21, 84:16, 86:14, 111:8
**handcuffs** [14] - 52:1, 52:3, 84:20, 99:22, 124:9, 128:11, 128:20, 128:22, 131:15, 131:20, 132:1, 132:6, 137:1, 138:18
**handed** [4] - 15:11, 51:13, 57:20, 81:18
**handle** [1] - 11:21
**handouts** [2] - 31:16, 36:19
**hands** [11] - 52:10, 53:2, 53:21, 69:8, 69:9, 69:11, 73:17,

76:16, 86:14, 138:19, 160:22
**handwritten** [6] - 48:8, 48:22, 62:19, 63:6, 89:19
**hanging** [6] - 45:3, 58:9, 58:16, 58:23, 84:18, 96:3
**happy** [1] - 13:21
**hard** [18] - 45:11, 62:14, 63:3, 76:17, 77:12, 77:20, 79:3, 79:6, 79:8, 105:15, 127:2, 127:10, 131:15, 131:20, 137:1, 149:23, 169:1, 180:11
**Hardie** [1] - 50:4
**harm** [3] - 140:8, 140:15, 140:20
**hazards** [1] - 31:3
**head** [51] - 26:20, 37:21, 38:18, 41:14, 42:1, 42:7, 42:12, 42:14, 42:15, 45:20, 46:3, 46:13, 46:14, 47:7, 47:10, 47:18, 47:19, 52:10, 52:13, 52:16, 52:18, 52:22, 53:8, 53:9, 53:11, 84:21, 85:12, 85:16, 85:19, 85:23, 86:10, 86:17, 86:23, 87:2, 88:18, 89:13, 108:20, 110:2, 110:17, 110:18, 110:19, 113:3, 113:14, 121:13, 124:4, 126:2, 191:14
**Health** [5] - 10:11, 17:1, 36:5, 67:20, 68:1
**health** [3] - 6:8, 18:4, 34:3
**healthcare** [1] - 18:12
**healthy** [1] - 183:5
**hear** [1] - 144:14
**heard** [1] - 171:12
**Heart** [5] - 35:22, 40:5, 40:8, 42:11, 42:14
**heart** [12] - 17:4, 37:23, 117:4, 118:18, 153:3, 153:5, 154:13, 171:9, 171:14, 181:19, 182:1, 182:3
**heartbeat** [1] - 182:3
**heavy** [1] - 94:13
**HECHT** [37] - 2:2,

3:6, 3:9, 15:13, 39:8, 39:17, 41:16, 47:9, 51:9, 54:12, 54:18, 54:20, 59:20, 61:9, 69:6, 73:2, 88:6, 99:9, 113:6, 132:8, 133:16, 133:21, 134:2, 142:22, 147:5, 148:19, 154:21, 163:7, 165:9, 176:4, 177:23, 180:3, 189:22, 194:7, 194:18, 194:20, 195:16
**held** [2] - 111:7, 133:13
**helicopter** [2] - 17:17, 73:7
**helmets** [2] - 18:22, 27:20
**help** [4] - 62:22, 82:20, 97:2, 130:2
**hemodynamic** [2] - 119:20, 119:22
**hemorrhage** [1] - 87:4
**hereby** [1] - 196:1
**HEREBY** [1] - 197:5
**Hi** [1] - 3:23
**hiding** [1] - 73:8
**high** [15] - 19:15, 77:3, 77:4, 77:9, 77:17, 124:11, 125:23, 126:5, 126:14, 127:5, 127:14, 128:13, 130:5, 156:5, 187:9
**higher** [2] - 77:15, 95:14
**highly** [1] - 173:7
**history** [6] - 49:6, 80:12, 80:21, 91:14, 92:8, 145:4
**hmm** [1] - 113:5
**hold** [3] - 5:4, 22:9, 169:7
**holding** [2] - 171:15, 181:20
**Holland** [1] - 7:23
**home** [3] - 11:2, 13:18, 13:23
**hometown** [1] - 7:21
**Honduras** [1] - 14:13
**hooked** [1] - 185:9
**horseback** [1] - 19:16
**hospital** [16] - 8:21, 8:23, 10:17, 12:3, 12:12, 12:13, 13:8, 13:13, 21:22, 128:3,

128:6, 139:13, 153:10, 153:14, 188:5
**Hospital** [2] - 33:8, 80:17
**hospitalists** [1] - 12:17
**hospitals** [4] - 12:9, 12:18, 12:23, 13:1
**hour** [1] - 56:22, 58:18, 61:15
**hours** [3] - 20:12, 57:2, 57:9
**house** [12] - 4:12, 6:23, 7:17, 8:17, 9:5, 9:15, 13:22, 21:2, 21:3, 155:20, 155:23
**human** [5] - 27:5, 28:20, 29:18, 70:19, 102:10
**humanitarian** [1] - 7:9
**HUNT** [1] - 1:16
**hurricane** [2] - 14:14
**hurt** [1] - 66:19
**hypercapnia** [3] - 27:18, 28:1, 102:3
**hypersensitive** [1] - 171:2
**hypersensitivity** [9] - 38:9, 43:12, 49:6, 141:8, 185:20, 186:1, 186:3, 186:19, 190:1
**hyperthermia** [5] - 27:3, 27:4, 27:7, 27:9, 27:10
**hyperventilation** [1] - 94:14
**hypnotics** [1] - 159:15
**hypoglycemia** [2] - 46:14, 104:12
**hypokalemia** [1] - 188:11
**hypotension** [18] - 36:20, 37:10, 37:20, 44:8, 45:16, 49:23, 117:7, 141:18, 142:14, 143:11, 143:20, 167:1, 167:3, 169:21, 170:6, 170:15, 185:3, 188:11
**hypotensive** [2] - 142:3, 142:8
**hypothermia** [1] - 188:12
**hypovolemia** [1] - 188:11
**hypoxemia** [5] - 47:22, 104:15, 124:3, 126:11, 167:3

**hypoxia** [12] - 28:1, 37:22, 46:14, 102:3, 102:10, 104:12, 121:14, 126:15, 153:17, 157:17, 166:11
**hypoxic** [1] - 157:2

**I**

**ICD-10** [1] - 72:2
**ICD-9** [1] - 72:1
**Ice** [5] - 77:2, 77:22, 78:12, 105:16
**ICU** [1] - 28:9
**idea** [1] - 79:12
**Identification** [4] - 5:7, 54:2, 57:16, 60:4
**identify** [1] - 162:10
**IDTs** [1] - 34:18
**ignorant** [2] - 186:3, 190:18
**illegal** [2] - 82:17, 189:12
**illicit** [11] - 83:3, 92:2, 107:3, 107:10, 107:19, 108:4, 108:7, 108:11, 174:5, 175:15, 191:7
**Illinois** [3] - 15:23, 16:11, 20:7
**illustration** [1] - 60:22
**IM** [10] - 44:9, 167:21, 167:22, 168:1, 168:17, 179:6, 179:22, 180:6, 180:9, 180:20
**imagine** [1] - 35:2
**immediate** [1] - 47:19
**immediately** [4] - 9:17, 112:7, 122:12, 162:1
**immobilization** [1] - 113:18
**impaired** [8] - 27:23, 28:22, 78:17, 78:20, 80:1, 80:3, 109:9, 150:10
**impairment** [3] - 59:11, 80:21, 102:18
**Imperial** [1] - 80:17
**important** [1] - 50:1
**impracticable** [1] - 180:20
**impression** [1] - 148:22
**improperly** [1] - 193:13

**improvised** [3] - 45:1, 101:2, 111:15
**inadequate** [13] - 94:6, 94:14, 94:15, 95:12, 95:13, 95:23, 96:1, 116:1, 156:2, 159:3, 159:4, 159:5, 159:7
**inappropriate** [1] - 36:13
**Inc** [4] - 5:17, 5:20, 6:3, 6:6
**INC** [1] - 1:17
**incident** [12] - 48:14, 83:4, 83:7, 89:20, 89:21, 98:12, 99:16, 123:17, 125:14, 135:21, 136:3
**include** [3] - 7:20, 53:19, 76:5
**included** [4] - 10:4, 35:11, 41:17, 124:20
**includes** [5] - 42:5, 49:20, 65:3, 170:10, 191:11
**including** [16] - 14:8, 14:17, 18:18, 21:1, 31:1, 32:11, 34:23, 37:21, 46:12, 48:15, 52:8, 56:22, 58:2, 59:8, 66:3, 89:12
**incomplete** [4] - 108:8, 117:10, 120:4, 146:12
**Incorporated** [1] - 3:17
**incorporated** [1] - 131:10
**increase** [2] - 168:13, 168:15
**increments** [2] - 190:10, 190:11
**indeed** [1] - 192:5
**independent** [5] - 1:13, 2:17, 34:17, 34:22, 129:18
**INDEX** [2] - 198:1, 199:1
**Indian** [7] - 15:16, 16:3, 19:22, 22:20, 29:12, 133:5, 172:18
**indicate** [7] - 47:6, 70:20, 78:19, 83:23, 148:15, 172:5, 189:11
**indicated** [4] - 132:16, 138:8, 162:8, 191:20
**indication** [1] - 130:21
**indirectly** [1] - 91:5

**individual** [4] - 23:7, 23:13, 75:21, 183:11
**individually** [5] - 1:9, 1:9, 1:10, 1:10, 1:12
**individuals** [1] - 60:9
**induced** [1] - 102:15
**induction** [1] - 58:11
**inexcusable** [1] - 138:14
**information** [30] - 9:8, 9:18, 48:3, 48:10, 49:1, 50:6, 51:22, 52:2, 53:15, 55:6, 55:8, 55:17, 58:12, 68:22, 69:12, 82:15, 85:5, 89:2, 89:17, 93:5, 109:12, 110:4, 110:11, 110:22, 111:5, 111:10, 111:12, 113:9, 145:19, 156:20
**informed** [1] - 110:5
**infrared** [2] - 28:7
**ingestion** [4] - 105:15, 105:19, 106:4, 108:12
**inhaled** [2] - 84:7, 104:13
**initial** [2] - 114:5, 156:11
**injected** [1] - 182:17
**injecting** [1] - 184:21
**injection** [15] - 44:9, 103:4, 103:7, 103:23, 104:1, 139:23, 152:15, 169:10, 177:4, 177:14, 177:19, 177:20, 177:21, 185:7, 185:10
**injured** [2] - 175:21, 176:11
**injuries** [7] - 21:17, 21:21, 90:2, 90:6, 110:13, 110:14, 189:20
**injury** [5] - 102:1, 102:15, 110:17, 126:2
**insert** [8] - 41:1, 41:6, 186:17, 186:21, 187:11, 193:19, 193:22, 194:2
**inserts** [2] - 47:5, 186:6
**inside** [2] - 71:16, 100:5
**insisted** [1] - 64:15
**instability** [1] - 184:12
**instance** [2] - 31:4, 192:16

**instantly** [1] - 168:12
**Institute** [1] - 17:21
**Institutes** [1] - 17:1
**instruct** [1] - 37:18
**instructed** [1] - 9:17
**instruction** [1] - 39:15
**instructor** [3] - 22:14, 52:15, 124:21
**instructors** [1] - 190:4
**insurance** [1] - 56:10
**insurances** [1] - 8:5
**intended** [2] - 176:9, 176:12
**interacting** [1] - 74:17
**interaction** [3] - 71:13, 90:6, 96:15
**interactions** [1] - 100:13
**interest** [3] - 16:17, 18:15, 19:15
**interesting** [1] - 15:10
**interjected** [1] - 167:20
**internal** [2] - 86:23, 87:6
**international** [1] - 71:23
**interned** [1] - 20:15
**internship** [3] - 17:13, 17:14, 20:12
**interpret** [1] - 187:4
**interpretation** [1] - 149:9
**interpretive** [1] - 62:20
**interrupting** [1] - 175:8
**intervention** [2] - 137:11, 137:17
**interventions** [2] - 122:10, 161:20
**interviewed** [1] - 72:11
**interviewing** [1] - 71:15
**intoxicated** [7] - 78:17, 147:17, 148:1, 148:14, 148:18, 148:22, 165:17
**intoxication** [5] - 80:18, 106:6, 106:10, 108:15, 148:4
**intracranial** [1] - 87:3
**intramuscular** [1] - 193:9

**intraosseous** [1] - 180:19
**intravenously** [3] - 167:20, 177:5, 177:10
**intro** [1] - 48:11
**intubation** [1] - 24:11
**invented** [1] - 14:1
**investigate** [1] - 64:3
**investigation** [5] - 44:19, 48:15, 89:21, 98:12, 99:16
**investigations** [1] - 63:21
**Investigator** [1] - 48:15
**investigator** [1] - 59:23
**investigators** [1] - 156:20
**involved** [15] - 17:17, 21:14, 21:17, 30:1, 32:12, 35:17, 63:20, 65:5, 81:6, 118:3, 130:20, 131:5, 166:7, 186:5
**involves** [1] - 18:1
**IO** [1] - 180:19
**ions** [1] - 20:18
**irregularities** [2] - 171:21, 181:21
**issue** [8] - 27:7, 27:11, 27:15, 29:4, 29:8, 30:4, 30:13, 184:21
**issues** [3] - 127:18, 150:16, 184:8
**Italian** [1] - 67:2
**itself** [2] - 99:6, 192:12
**IV** [8] - 91:6, 168:1, 168:17, 179:5, 180:6, 180:18, 180:20, 193:3

**J**

**JACK** [1] - 1:16
**jacket** [1] - 3:12
**JAG** [1] - 65:3
**JANICE** [1] - 1:5
**January** [1] - 49:21
**Java** [1] - 7:22
**Jeff** [2] - 124:21, 137:4
**Jeffrey** [2] - 41:18
**job** [2] - 24:9, 63:19
**JOHN** [4] - 1:1, 1:15, 196:7, 199:3
**JOLLY** [1] - 1:19, 2:6
**Jose** [16] - 2:18, 4:2,

49:10, 80:7, 109:10, 109:23, 113:9, 125:12, 125:19, 131:8, 135:2, 147:1, 147:3, 177:4, 184:10, 189:16
**JOSE** [1] - 1:12
**journal** [1] - 26:12
**journals** [3] - 40:23, 41:12
**judge** [1] - 67:10
**judgment** [1] - 149:1
**JULIE** [1] - 2:14
**Julie** [1] - 3:23
**julie.tyk@ wilsonelser.com** [1] - 2:16
**July** [2] - 1:21, 196:4
**June** [2] - 4:22, 17:11

**K**

**Kaleida** [1] - 36:5
**keep** [7] - 42:19, 42:21, 67:4, 124:10, 129:9, 131:14, 175:8
**keeping** [2] - 11:1, 128:17
**Ken** [1] - 2:11
**KEN** [1] - 1:11
**key** [2] - 37:23, 49:7
**keywords** [2] - 62:12, 62:13
**kick** [1] - 169:1
**kicked** [3] - 113:21, 128:15, 171:16
**kicking** [5] - 76:14, 89:7, 126:3
**kicks** [2] - 128:12, 170:20
**kidney** [2] - 91:2, 91:3
**kill** [6] - 73:10, 74:14, 140:8, 140:15, 140:20, 169:18
**killed** [3] - 75:2, 108:17, 151:19
**kind** [5] - 4:21, 6:6, 57:20, 87:16, 178:6
**kinetics** [1] - 170:21
**knee** [3] - 76:15, 84:17, 88:14
**knees** [1] - 128:16
**knowledge** [2] - 61:4, 67:6
**known** [18] - 16:18, 58:3, 121:8, 140:7, 140:15, 141:7, 142:8, 142:9, 143:1, 143:23,

144:1, 144:15, 144:23, 145:12, 146:11, 161:5, 166:21, 166:22
**knows** [1] - 54:14

## L

**lab** [10] - 10:3, 10:5, 10:6, 11:4, 11:5, 11:11, 25:17, 26:1, 81:8, 103:12
**laboratory** [2] - 10:10, 10:12
**labs** [13] - 9:23, 10:10, 11:1, 11:3, 11:9, 11:10, 25:10, 25:13, 25:14, 25:20, 25:23, 51:10, 81:17
**laced** [3] - 174:13, 174:20, 175:15
**laceration** [7] - 85:23, 86:17, 88:17, 88:19, 88:22, 113:2, 113:13
**lack** [1] - 93:4
**lactic** [17] - 37:22, 47:11, 47:21, 102:13, 104:23, 152:6, 152:7, 153:1, 153:4, 153:23, 154:1, 154:3, 154:6, 154:10, 154:19, 155:13, 166:9
**laid** [2] - 75:18
**Lakes** [1] - 2:2
**largest** [2] - 182:19, 182:23
**last** [26] - 13:7, 13:12, 13:15, 20:19, 21:9, 31:5, 31:9, 31:10, 31:20, 35:17, 49:11, 56:4, 56:21, 57:3, 57:6, 57:8, 66:9, 84:15, 85:11, 90:11, 137:10, 144:2, 152:2, 159:11, 168:4, 184:10
**lasts** [1] - 170:20
**lately** [1] - 21:1
**Lauderdale** [2] - 1:21, 2:8
**Lauderdale)** [1] - 2:12
**launch** [1] - 129:7
**law** [35] - 48:11, 56:12, 64:7, 67:11, 88:12, 90:7, 96:15, 100:14, 109:13, 109:18, 110:5, 111:9, 112:15, 117:15, 119:5, 130:2, 131:4,

131:7, 131:13, 131:21, 132:5, 137:10, 137:14, 137:16, 137:20, 137:21, 138:20, 145:4, 145:7, 145:15, 146:15, 146:19, 147:2, 147:18, 149:10
**Lawrence** [1] - 16:15
**lay** [1] - 115:19
**laying** [1] - 157:12
**layman's** [2] - 87:5, 124:2
**lead** [3] - 37:22, 172:7, 187:18
**leaning** [1] - 45:7
**learned** [4] - 9:22, 68:18, 84:12, 190:6
**Learning** [1] - 32:6
**least** [2] - 126:13, 135:6
**leave** [1] - 139:2
**leaving** [1] - 128:19
**lecture** [2] - 31:6, 31:12
**led** [8] - 70:3, 70:9, 70:14, 146:15, 166:18, 169:23, 170:23, 181:2
**left** [7] - 45:5, 49:7, 89:14, 101:15, 138:4, 138:21, 190:1
**left-hand** [1] - 138:4
**leg** [1] - 113:21
**legal** [4] - 1:5, 63:13, 64:6, 79:20
**legally** [1] - 78:16
**legs** [1] - 128:14
**Leone** [1] - 14:12
**less** [1] - 49:5
**letting** [1] - 19:7
**level** [27] - 8:19, 20:5, 21:7, 21:20, 24:21, 25:5, 33:7, 78:6, 78:9, 79:15, 79:22, 80:21, 91:8, 95:20, 104:13, 127:20, 130:5, 149:5, 152:22, 152:23, 153:10, 156:3, 156:4, 162:21, 173:13
**levels** [4] - 14:20, 14:23, 28:2, 28:4
**liberty** [1] - 61:6
**Liberty** [1] - 1:17
**license** [2] - 19:6, 19:7
**licensed** [2] - 25:4, 129:11
**licenses** [1] - 20:16

**life** [9] - 9:9, 9:12, 22:14, 52:14, 73:9, 140:17, 141:14, 150:18, 190:18
**Life** [1] - 44:2
**lifted** [2] - 60:11, 60:16
**likely** [14] - 44:11, 45:15, 73:21, 86:12, 124:3, 125:15, 143:20, 152:3, 154:6, 166:7, 166:11, 167:3, 170:8
**likewise** [1] - 7:15
**limit** [2] - 27:18, 79:20
**limited** [4] - 46:12, 67:7, 81:16, 174:2
**Lindsey** [8] - 41:18, 43:2, 53:10, 122:5, 124:21, 137:4, 179:12, 179:13
**Lindsey's** [11] - 41:19, 43:1, 43:3, 43:11, 46:10, 46:19, 47:4, 168:7, 178:15, 179:11, 191:6
**Line** [1] - 44:3
**line** [3] - 76:23, 145:17, 195:1
**lines** [1] - 9:20
**liquor** [5] - 79:3, 79:7, 79:8, 105:15, 150:1
**liquors** [1] - 77:12
**list** [16] - 4:12, 26:17, 38:6, 46:9, 50:21, 55:10, 55:19, 61:14, 67:4, 89:23, 99:3, 150:16, 151:3, 170:17, 186:12
**listed** [10] - 4:9, 36:19, 37:13, 38:11, 38:22, 41:22, 46:3, 46:21, 85:21, 141:11
**listing** [2] - 49:5, 190:1
**lists** [7] - 5:11, 38:4, 41:9, 48:5, 61:16, 186:20, 187:1
**literature** [10] - 29:20, 32:11, 32:14, 40:4, 40:19, 40:20, 40:21, 42:4, 42:20, 167:13
**LLP** [1] - 2:13
**loaded** [2] - 167:11, 193:11
**local** [7] - 12:9, 12:23, 21:21, 35:14,

73:8, 77:13
**locally** [1] - 18:13
**located** [1] - 129:9
**lodging** [1] - 62:2
**London** [1] - 17:22
**look** [22] - 16:4, 19:13, 31:19, 41:21, 48:6, 50:5, 51:3, 57:19, 59:2, 64:2, 76:12, 77:8, 82:18, 86:22, 94:11, 96:19, 111:23, 122:3, 130:14, 155:10, 164:4, 166:13
**looked** [2] - 41:19, 43:9
**looking** [11] - 46:8, 60:7, 82:3, 115:1, 119:22, 119:23, 122:16, 148:6, 150:4, 175:1, 190:12
**looks** [9] - 35:16, 48:12, 50:6, 60:7, 69:17, 80:3, 89:23, 95:7, 114:1
**Lorazepam** [7] - 38:2, 47:1, 49:23, 143:4, 159:16, 165:18, 186:21
**lose** [4] - 102:6, 144:18, 146:5, 164:21
**losing** [1] - 157:22
**loss** [13] - 100:15, 100:23, 101:8, 101:17, 108:21, 111:22, 112:10, 124:2, 143:6, 147:9, 163:17, 163:20, 168:21
**lost** [9] - 60:20, 93:18, 95:2, 97:16, 143:9, 144:9, 144:18, 150:18, 164:15
**low** [14] - 44:10, 44:11, 44:12, 100:22, 104:12, 104:13, 105:3, 118:14, 118:16, 120:10, 126:11, 153:11, 156:4, 156:23, 157:13, 158:12
**lower** [4] - 89:14, 90:19, 95:14, 111:2
**Loyola** [2] - 16:23, 17:6
**LSB** [1] - 113:17
**Lucie** [25] - 1:11, 2:17, 4:1, 48:10, 48:12, 48:19, 49:2, 50:21, 51:3, 70:5,

79:17, 81:9, 81:19, 93:12, 99:15, 124:18, 124:23, 127:13, 135:15, 136:7, 137:23, 185:15, 189:19, 194:11, 194:14
**LUCIE** [1] - 1:12
**lung** [1] - 152:17
**lungs** [2] - 94:19, 155:2
**lying** [1] - 159:6

## M

**ma'am** [4] - 4:4, 4:8, 5:1, 61:20
**machine** [1] - 197:8
**Magrum** [1] - 2:10
**MAGRUM** [1] - 1:9
**Mahoney** [1] - 100:2
**main** [1] - 18:14
**maintain** [1] - 135:8
**major** [2] - 89:13, 90:20
**majority** [1] - 60:8
**male** [1] - 94:9
**Malibu** [1] - 22:6
**malnutrition** [1] - 92:18
**man** [2] - 48:21, 76:18
**management** [1] - 88:19
**mandates** [1] - 121:16
**mandatory** [1] - 138:12
**maneuvers** [1] - 44:7
**Mangrum** [20] - 44:2, 44:5, 44:16, 44:22, 49:14, 49:15, 59:22, 93:21, 101:12, 111:15, 111:16, 111:19, 111:22, 145:2, 157:7, 157:22, 158:4, 159:10, 165:5, 185:4
**Mangrum's** [3] - 48:18, 153:15, 158:17
**mannequin** [1] - 31:17
**manner** [1] - 197:8
**manual** [5] - 31:13, 40:11, 135:20, 136:2, 136:10
**marijuana** [3] - 81:12, 83:19, 175:14
**Marilla** [1] - 7:22
**Mark** [1] - 50:4

**mark** [1] - 97:9
**marked** [5] - 5:7, 54:2, 57:16, 60:4, 179:11
**Mascara** [1] - 2:11
**MASCARA** [1] - 1:11
**mask** [3] - 28:6, 28:7, 126:7
**match** [1] - 97:5
**mater** [1] - 29:12
**material** [3] - 31:12, 47:3
**materials** [9] - 36:6, 36:8, 48:1, 55:3, 84:13, 87:14, 89:16, 91:16, 98:21
**matter** [23] - 4:2, 27:1, 28:12, 29:4, 40:15, 48:2, 48:4, 51:14, 51:17, 56:15, 57:15, 61:13, 63:11, 63:20, 67:20, 68:4, 108:10, 123:17, 145:5, 149:4, 189:3, 189:21, 194:14
**matters** [2] - 63:6, 68:3
**maximum** [1] - 169:17
**MD** [6] - 1:1, 1:16, 3:16, 17:7, 196:7, 199:3
**MD/pH.D** [1] - 40:22
**mean** [20] - 13:2, 14:22, 63:2, 66:14, 78:16, 91:11, 93:3, 94:7, 100:19, 108:5, 116:13, 118:15, 140:22, 148:18, 152:18, 156:17, 158:7, 173:13, 180:1, 190:11
**meaning** [5] - 28:22, 39:5, 115:12, 124:23, 192:16
**means** [13] - 22:1, 22:5, 29:1, 38:9, 54:7, 87:5, 90:16, 114:7, 114:9, 153:11, 161:21, 197:8
**meant** [1] - 59:21
**measure** [8] - 28:4, 28:5, 28:15, 28:17, 82:4, 120:14, 127:20, 143:13
**measured** [9] - 27:21, 28:3, 28:9, 28:13, 50:1, 109:7, 127:4, 141:19, 157:17
**measurement** [3] -

82:1, 84:1, 101:19
**mechanically** [1] - 59:12
**Medicaid** [1] - 8:5
**medical** [101] - 6:8, 6:13, 6:21, 7:9, 9:10, 9:12, 12:20, 14:10, 16:23, 17:18, 17:19, 17:23, 18:12, 18:14, 18:19, 19:23, 21:4, 21:16, 22:15, 23:6, 23:12, 26:13, 27:13, 29:7, 29:18, 30:3, 30:6, 30:12, 31:20, 33:1, 33:5, 33:11, 34:4, 34:21, 35:10, 40:4, 42:5, 43:19, 46:12, 49:3, 50:5, 50:7, 50:12, 71:20, 75:11, 80:16, 86:4, 86:13, 91:14, 93:11, 97:2, 104:16, 105:10, 105:11, 120:8, 121:17, 121:22, 122:2, 122:7, 122:9, 122:20, 123:9, 123:19, 130:7, 130:19, 133:7, 133:8, 133:14, 137:6, 140:9, 140:12, 140:13, 148:5, 150:9, 150:20, 154:9, 155:18, 155:16, 157:1, 157:13, 159:14, 159:21, 160:4, 160:11, 161:19, 162:8, 162:12, 163:6, 163:16, 164:11, 167:13, 176:23, 177:9, 181:4, 181:6, 181:9, 185:11, 186:6, 186:17, 190:21, 193:18
**Medical** [12] - 17:21, 26:3, 48:19, 50:22, 51:3, 71:22, 79:17, 81:9, 81:20, 134:23, 135:13, 137:23
**medically** [8] - 13:5, 123:2, 138:7, 139:10, 152:6, 162:7, 162:11, 171:4
**Medicare** [1] - 8:4
**medication** [17] - 23:20, 47:5, 49:20, 91:18, 121:3, 122:14, 141:9, 141:11, 162:3, 165:18, 166:22, 167:1, 186:14, 187:23, 189:12,

190:14, 193:1
**medications** [6] - 24:13, 24:17, 91:23, 92:3, 186:7, 187:19
**medicine** [21] - 6:14, 7:11, 7:13, 8:2, 8:6, 12:21, 14:8, 14:17, 17:10, 18:1, 18:2, 18:3, 18:4, 19:4, 19:6, 25:4, 27:14, 32:10, 63:20, 64:9, 172:16
**Medicine** [4] - 7:14, 7:16, 17:6, 32:6
**member** [4] - 26:2, 26:5, 26:8, 73:11
**members** [1] - 80:2
**mental** [3] - 78:21, 109:3, 148:21
**mention** [2] - 53:20, 154:7
**mentioned** [47] - 19:21, 20:6, 21:13, 36:22, 37:7, 42:15, 43:9, 51:1, 58:7, 58:17, 62:3, 71:17, 78:3, 79:2, 79:4, 79:15, 80:14, 81:1, 81:4, 81:15, 89:22, 93:23, 97:15, 99:12, 106:1, 107:12, 110:18, 112:11, 116:1, 125:5, 129:14, 130:13, 133:2, 137:3, 147:19, 147:21, 151:18, 159:19, 159:20, 160:1, 167:14, 170:3, 177:3, 185:18, 187:3, 191:4, 191:8
**mentioning** [1] - 42:19
**mentions** [1] - 191:10
**metabolic** [39] - 37:21, 38:18, 41:14, 42:1, 42:8, 42:12, 42:16, 45:20, 46:13, 47:7, 102:13, 103:2, 103:3, 103:13, 103:22, 103:23, 104:7, 104:9, 104:11, 104:16, 104:17, 105:1, 121:13, 152:5, 152:14, 152:16, 152:18, 152:19, 153:1, 153:7, 153:14, 153:17, 154:10, 154:13, 154:19, 155:15, 157:18, 166:9
**metabolically** [1] -

104:3
**metabolite** [1] - 82:3
**metal** [1] - 124:9
**methamphetamine** [1] - 70:21
**methamphetamines** [1] - 151:10
**methanol** [1] - 83:22
**method** [4] - 45:1, 101:2, 126:1, 138:6
**MI** [1] - 11:16
**Miami** [6] - 33:7, 33:11, 50:8, 80:15, 150:9
**midst** [2] - 118:11, 119:6
**might** [17] - 11:15, 38:10, 51:10, 78:17, 80:2, 80:3, 107:7, 110:14, 118:14, 148:7, 163:19, 171:7, 174:22, 177:5, 187:3, 187:4, 190:11
**mild** [1] - 187:17
**mildly** [2] - 82:19, 189:8
**miles** [1] - 8:1
**military** [7] - 14:7, 14:9, 34:1, 58:1, 62:1, 63:15, 65:4
**milligram** [4] - 44:9, 181:1, 181:6, 190:9
**milligrams** [34] - 139:23, 156:12, 163:21, 168:10, 168:12, 178:14, 178:22, 179:7, 179:18, 179:20, 179:22, 179:23, 180:1, 180:4, 180:5, 180:6, 180:7, 181:5, 190:9, 192:2, 192:8, 192:10, 192:11, 192:12, 192:18, 192:22, 193:3, 193:6, 193:9, 193:12, 193:15, 193:16, 193:17
**mind** [8] - 74:10, 97:19, 163:4, 163:10, 163:16, 164:7, 164:10, 172:11
**mine** [2] - 57:8, 99:2
**minimal** [1] - 113:5
**Ministries** [4] - 5:17, 5:20, 6:3, 6:6
**Ministry** [8] - 3:17, 4:10, 6:10, 7:6, 56:8, 56:17, 57:9, 57:12
**ministry** [1] - 6:10

**minor** [1] - 55:20
**minute** [31] - 4:20, 94:22, 97:9, 98:18, 100:2, 103:4, 103:6, 114:20, 115:9, 115:14, 127:4, 140:1, 140:3, 153:6, 167:10, 167:12, 167:16, 167:22, 168:10, 169:8, 171:17, 178:11, 178:14, 178:23, 179:7, 179:20, 179:23, 180:2, 180:6, 193:16
**minutes** [20] - 10:7, 96:20, 120:3, 121:17, 124:5, 125:10, 140:4, 145:20, 146:7, 168:12, 168:16, 171:12, 171:13, 179:3, 180:1, 180:5, 180:7, 180:8, 188:5
**Miranda** [1] - 48:10
**misinformed** [1] - 190:17
**missed** [2] - 120:10, 171:22
**missing** [1] - 41:21
**missionary** [2] - 14:11, 17:8
**mistake** [1] - 16:5
**misunderstanding** [1] - 103:21
**mobile** [1] - 22:4
**modest** [1] - 62:2
**moist** [2] - 114:17, 117:5
**moisture** [4] - 116:6, 116:13, 116:17, 118:3
**moment** [2] - 43:6, 125:5
**Monday** [1] - 7:18
**money** [4] - 56:3, 56:9, 56:10, 64:20
**monitor** [2] - 164:3, 185:9
**monitored** [4] - 18:23, 19:1, 171:22, 173:7
**monitoring** [5] - 18:20, 23:17, 139:22, 179:8, 193:14
**monitors** [1] - 181:15
**monoxide** [1] - 102:7
**month** [1] - 48:22
**months** [2] - 14:4, 17:19
**mood** [1] - 73:11
**moonlighted** [1] -

19:8
**morning** [1] - 51:13
**MOSKOWITZ** [1] - 2:13
**most** [11] - 4:22, 12:2, 15:9, 59:9, 73:20, 124:3, 125:15, 135:6, 140:12, 140:13, 143:20
**mother** [1] - 1:5
**mother's** [1] - 72:16
**motor** [3] - 19:14, 21:14, 109:8
**move** [2] - 28:23, 49:12
**moved** [1] - 139:12
**movement** [1] - 170:21
**moving** [2] - 128:18, 129:3
**MR** [36] - 3:6, 3:9, 15:13, 39:8, 39:17, 41:16, 47:9, 51:9, 54:12, 54:18, 54:20, 59:20, 61:9, 69:6, 73:2, 88:6, 99:9, 113:6, 132:8, 133:16, 133:21, 134:2, 142:22, 147:5, 148:19, 154:21, 163:7, 165:9, 176:4, 177:23, 180:3, 189:22, 194:7, 194:18, 194:20, 195:16
**MRI** [2] - 10:14, 10:15
**MRIs** [1] - 25:11
**MS** [41] - 3:7, 3:14, 3:21, 5:10, 15:15, 19:20, 39:14, 39:20, 42:9, 47:12, 51:12, 54:4, 54:16, 55:2, 57:18, 60:2, 60:6, 61:11, 69:14, 88:7, 99:10, 113:8, 115:18, 132:20, 133:19, 133:23, 134:4, 147:12, 155:5, 163:11, 165:11, 176:5, 178:4, 191:2, 194:9, 194:16, 195:10, 195:11, 195:14, 195:15, 199:3
**multiple** [2] - 52:11, 150:1
**muscle** [2] - 90:22, 111:2
**muscles** [6] - 89:13, 89:15, 90:13, 90:15,

90:18, 90:20
**must** [12] - 123:8, 126:9, 130:9, 130:16, 130:20, 130:23, 135:5, 136:23, 137:11, 160:23, 161:21, 190:21
**mutually** [1] - 195:4

**N**

**NAEMSP** [5] - 122:7, 123:13, 132:4, 133:20, 137:7
**name** [9] - 3:23, 15:12, 15:14, 44:18, 48:16, 49:12, 56:4, 67:21, 73:22
**names** [5] - 67:2, 67:3, 68:6, 151:14
**NANCY** [2] - 1:22, 197:18
**narcotic** [2] - 102:5, 102:8
**narrow** [1] - 42:18
**nasal** [5] - 85:20, 86:1, 86:5, 126:8, 126:22
**national** [6] - 14:2, 133:12, 134:7, 136:15, 136:17, 136:20
**National** [5] - 8:3, 17:1, 26:2, 26:5, 26:8
**nationally** [1] - 15:22
**Natty** [4] - 77:2, 77:8, 77:22, 78:12
**Nattys** [1] - 150:1
**Natural** [2] - 77:2, 105:16
**naturally** [2] - 65:19, 104:5
**nausea** [1] - 9:16
**Naval** [1] - 17:21
**Navy** [6] - 17:13, 18:10, 34:1, 35:12, 58:6, 64:8
**near** [3] - 16:17, 18:17, 64:4
**nearly** [1] - 94:3
**necessary** [24] - 11:9, 13:5, 54:13, 54:15, 122:10, 123:2, 135:3, 135:4, 138:7, 138:8, 139:10, 161:20, 161:21, 161:22, 162:3, 162:6, 162:7, 162:11, 164:12, 164:14, 165:2
**necessity** [1] - 14:2

**need** [11] - 12:12, 21:21, 54:19, 64:21, 128:2, 133:3, 139:8, 186:9, 186:12, 188:3, 194:21
**needed** [4] - 120:13, 129:1, 129:5, 132:11
**needing** [2] - 132:12, 139:15
**NEELEY** [1] - 1:5
**negative** [3] - 82:11, 87:3, 93:1
**nervous** [1] - 70:16
**neuro** [1] - 17:3
**neurosurgeon** [1] - 10:20
**never** [20] - 10:23, 50:1, 64:13, 77:8, 110:8, 118:17, 128:7, 128:8, 131:10, 141:18, 143:13, 147:7, 150:14, 171:22, 171:23, 175:19, 179:1, 179:4, 190:19, 192:11
**NEW** [2] - 1:3, 197:1
**New** [9] - 1:18, 3:18, 10:11, 16:11, 17:22, 19:16, 20:9, 20:10, 197:6
**new** [2] - 53:17, 54:10
**NEWMAN** [1] - 1:9
**Newman** [7] - 2:10, 49:16, 52:9, 56:5, 56:6, 59:17, 85:15
**news** [2] - 48:21, 58:21
**next** [7] - 47:14, 59:3, 59:7, 59:8, 68:9, 76:23, 85:22
**night** [3] - 17:16, 57:4, 168:4
**NIH** [1] - 6:20
**nine** [1] - 10:22
**nobody** [3] - 22:6, 74:16, 128:14
**non** [4] - 22:22, 101:2, 126:1, 127:15
**non-approved** [1] - 101:2
**non-emergency** [1] - 22:22
**non-rebreather** [2] - 126:1, 127:15
**none** [6] - 27:20, 63:5, 67:9, 81:23, 87:11, 127:20
**nonprofit** [2] - 6:11, 7:8

**normal** [9] - 94:8, 94:12, 103:5, 103:7, 116:7, 116:10, 120:9, 163:18, 184:3
**normally** [1] - 116:22
**North** [5] - 2:14, 7:22, 14:3, 27:6, 32:2
**Norton** [1] - 64:10
**nose** [2] - 52:11, 86:12
**noses** [1] - 147:18
**Notary** [1] - 1:23, 197:5, 197:18
**NOTARY** [1] - 196:14
**note** [1] - 56:11
**notebook** [2] - 62:4, 62:11
**noted** [1] - 147:20
**notes** [14] - 48:8, 48:22, 62:4, 62:5, 62:6, 62:8, 62:19, 62:20, 63:3, 63:6, 63:10, 89:19, 89:20, 110:21
**nothing** [13] - 26:16, 31:18, 65:5, 72:21, 86:11, 93:23, 108:3, 108:6, 110:8, 145:6, 163:15, 188:23, 197:15
**notice** [1] - 5:4
**Notice** [2] - 5:9, 198:4
**noticed** [2] - 123:18
**NSR** [1] - 103:6
**nuclear** [1] - 18:4
**number** [15] - 14:22, 19:12, 64:17, 71:1, 84:1, 90:11, 99:3, 99:13, 99:14, 105:14, 106:16, 115:13, 117:6, 159:18, 184:7
**numbering** [1] - 15:2
**numerous** [1] - 137:8
**nurse** [2] - 15:3, 161:11
**nurses** [2] - 37:8, 39:11

**O**

**Oath** [1] - 3:2
**objections** [2] - 3:3, 3:4
**objective** [2] - 149:9, 149:11
**obligation** [1] - 164:20
**observation** [2] -

149:12, 166:10
**observe** [3] - 94:23, 95:5, 113:2
**observed** [8] - 69:23, 94:16, 95:2, 102:9, 110:13, 111:22, 113:13, 167:9
**observing** [2] - 155:16, 155:23
**obstructed** [1] - 114:10
**obstruction** [1] - 47:23
**obtain** [3] - 25:10, 93:5, 194:1
**obtained** [1] - 23:6
**obtaining** [2] - 23:11, 118:10
**obvious** [3] - 9:9, 12:1, 12:4
**obviously** [1] - 195:1
**occasional** [1] - 66:1
**occasionally** [4] - 21:4, 30:23, 37:8, 42:5
**occupationally** [1] - 18:6
**occurred** [4] - 32:7, 76:8, 86:6, 87:15
**OF** [3] - 1:3, 197:1, 197:3
**offered** [1] - 27:3
**office** [8] - 11:12, 43:17, 48:13, 59:23, 69:22, 73:8, 76:3, 99:15
**Officer** [1] - 44:16
**officer** [13] - 17:19, 18:1, 18:12, 18:14, 18:19, 34:4, 34:21, 49:13, 49:15, 111:9, 111:17, 128:23, 132:9
**officer's** [1] - 44:18
**officer/EMS** [1] - 75:5
**officers** [42] - 54:20, 69:22, 71:10, 71:13, 74:4, 74:11, 74:18, 76:7, 76:10, 76:15, 84:17, 84:18, 87:16, 88:12, 89:8, 89:12, 89:17, 93:19, 96:15, 111:16, 111:18, 111:19, 112:16, 112:18, 112:23, 113:15, 131:5, 131:8, 131:13, 131:21, 138:20, 145:2, 145:5, 145:8, 146:15, 146:19, 147:7,

147:19, 148:10, 149:10, 157:10, 173:22
**officers'** [1] - 84:23
**official** [1] - 137:21
**Officials** [1] - 26:6
**often** [6] - 9:22, 42:15, 58:17, 121:11, 182:4, 186:15
**Ohio** [3] - 19:5, 19:7, 33:10
**old** [3] - 29:11, 183:5, 183:23
**Olszewski** [1] - 67:23
**onboard** [6] - 55:10, 106:18, 123:23, 149:23, 165:1, 165:2
**once** [8] - 12:11, 65:22, 72:8, 72:22, 98:6, 129:2, 192:11, 193:3
**one** [67] - 4:16, 5:22, 8:15, 10:16, 15:10, 15:12, 24:19, 26:15, 41:22, 43:7, 45:23, 46:7, 49:19, 58:13, 58:23, 59:4, 62:7, 62:18, 65:11, 65:13, 65:23, 68:11, 71:1, 76:15, 76:17, 77:9, 78:1, 78:13, 79:4, 84:18, 88:14, 90:11, 94:18, 94:23, 95:5, 97:7, 97:18, 97:23, 99:13, 105:14, 107:18, 113:22, 117:6, 120:23, 121:2, 122:17, 128:18, 128:19, 136:2, 138:23, 140:1, 141:10, 148:16, 158:3, 161:17, 167:10, 167:12, 167:16, 170:11, 172:7, 173:1, 177:11, 182:19, 182:22, 185:18, 191:5, 191:12
**one-third** [1] - 65:23
**ones** [3] - 8:20, 38:1, 41:23
**ongoing** [4] - 42:4, 105:13, 107:21, 108:17
**online** [1] - 40:22
**Onset** [1] - 169:16
**onset** [16] - 140:1, 167:8, 167:9, 167:11, 167:15, 168:2, 168:13, 168:15,

168:16, 168:18, 169:4, 169:6, 169:13, 169:18, 171:17, 178:9
**open** [3] - 114:7, 114:8, 114:9
**operating** [2] - 19:2, 141:15
**operations** [3] - 34:20, 48:11, 58:2
**opiates** [1] - 82:5
**opinion** [18] - 40:15, 53:5, 53:6, 53:13, 54:10, 54:11, 69:3, 83:2, 86:3, 90:8, 103:21, 120:5, 142:20, 147:2, 148:9, 149:14, 156:13, 180:23
**opinions** [20] - 51:17, 51:20, 52:23, 53:17, 55:5, 55:15, 56:2, 61:3, 62:21, 65:20, 67:7, 68:15, 68:19, 68:21, 69:1, 69:18, 98:6, 148:8, 189:16, 194:12
**opioids** [1] - 151:2
**ops** [1] - 73:7
**OR** [1] - 28:8
**Orange** [1] - 2:14
**Orchard** [1] - 7:21
**order** [4] - 46:7, 130:13, 161:14, 195:14
**ordered** [1] - 129:17
**ordering** [4] - 10:5, 195:12, 195:15, 195:16
**orders** [8] - 35:1, 122:11, 122:13, 124:14, 161:6, 161:8, 161:23, 162:2
**org** [1] - 5:21
**organization** [2] - 7:7, 36:3
**original** [1] - 6:17
**Orlando** [2] - 2:15, 68:1
**osmolality** [1] - 84:3
**osmolar** [1] - 83:22
**osmolarity** [1] - 84:2
**otherwise** [1] - 137:13
**outside** [5] - 46:19, 61:18, 71:5, 71:17, 100:5
**outstretched** [1] - 60:10
**outweigh** [1] - 187:22

**overdose** [3] - 16:8, 70:20, 189:12
**overdosed** [1] - 183:6
**overhead** [1] - 73:7
**overseas** [3] - 13:11, 17:9, 58:20
**oversee** [1] - 30:21
**oversight** [4] - 122:9, 122:20, 130:19, 161:19
**overwhelm** [1] - 82:23
**own** [4] - 13:4, 44:16, 72:13, 102:10
**owned** [1] - 22:7
**ox** [12] - 117:10, 118:8, 129:5, 156:2, 156:6, 156:14, 156:15, 156:23, 157:9, 157:10, 157:12, 164:1
**oxygen** [27] - 28:23, 59:13, 101:7, 102:11, 102:17, 102:19, 104:13, 121:19, 124:11, 125:23, 126:5, 126:11, 126:12, 127:5, 127:15, 127:19, 127:23, 129:4, 152:23, 156:3, 162:16, 162:19, 163:22, 164:2, 188:4

---

### P

**p.m** [2] - 7:19, 195:17
**PA** [3] - 1:20, 2:1, 2:6
**package** [5] - 186:21, 187:11, 193:19, 193:22, 194:1
**packet** [2] - 15:8, 15:11
**page** [61] - 26:18, 43:11, 44:20, 46:1, 46:5, 46:6, 46:8, 46:9, 46:20, 46:21, 46:22, 48:6, 48:17, 56:21, 57:6, 57:8, 57:21, 59:3, 60:1, 61:14, 68:14, 83:9, 85:11, 85:22, 88:19, 89:10, 91:7, 93:9, 99:13, 100:12, 109:23, 115:1, 118:22, 122:5, 122:6, 122:8, 122:9, 122:18, 122:19, 125:22, 130:15,

131:3, 135:2, 135:9, 135:12, 138:3, 143:2, 147:13, 152:1, 159:11, 161:16, 165:12, 168:5, 168:8, 176:2, 176:4, 176:6, 179:11, 184:10
**Page** [2] - 198:2, 199:2
**Pages** [2] - 60:5, 198:7
**pages** [3] - 51:6, 51:8, 196:2
**paid** [2] - 56:9, 56:14, 57:10, 57:11, 57:12
**pain** [3] - 9:16, 58:11, 59:6
**painful** [3] - 44:23, 101:3, 128:12
**Palm** [3] - 2:2, 2:3, 64:12
**palpation** [1] - 143:17
**Panama** [3] - 18:11, 27:5, 34:3
**panicky** [1] - 152:22
**panting** [1] - 96:4
**paper** [1] - 15:9
**papers** [2] - 37:13, 37:17
**paragraph** [15] - 46:23, 69:22, 84:15, 85:12, 89:11, 91:9, 98:13, 137:10, 138:1, 138:5, 147:14, 152:2, 159:12, 165:13
**paramedic** [36] - 20:2, 20:4, 20:5, 21:7, 23:15, 23:21, 24:3, 24:4, 24:6, 24:10, 24:13, 24:18, 24:19, 24:22, 25:9, 30:21, 30:23, 31:9, 34:1, 37:8, 42:6, 48:21, 49:10, 80:7, 128:13, 147:19, 157:11, 161:11, 163:4, 164:7, 164:20, 165:3, 165:4, 183:6, 191:11
**paramedics** [20] - 20:13, 21:2, 25:12, 25:22, 31:3, 31:7, 32:20, 32:21, 35:14, 35:23, 36:11, 36:13, 37:5, 39:11, 103:8, 119:13, 145:18, 161:4, 190:5, 190:16
**parameters** [1] - 161:13

**paranoia** [2] - 74:9, 108:16
**pardon** [1] - 29:22
**Park** [1] - 7:21
**parking** [3] - 97:21, 97:23, 98:14
**Part** [1] - 8:5
**part** [17] - 16:2, 16:5, 16:6, 23:1, 30:20, 52:17, 59:15, 63:19, 64:3, 85:5, 98:12, 106:9, 174:11, 174:16, 176:2, 181:18, 191:9
**part-time** [1] - 16:2
**partially** [2] - 18:21, 149:17
**participating** [1] - 135:14
**particles** [1] - 84:2
**particular** [6] - 27:1, 27:16, 36:3, 46:1, 82:22, 192:23
**parts** [1] - 110:15
**pass** [1] - 126:13
**passed** [4] - 80:6, 143:9, 144:21, 185:8
**past** [6] - 13:16, 57:2, 80:5, 123:19, 126:22, 145:18
**patent** [2] - 114:6, 114:8
**patient** [70] - 10:22, 12:14, 23:18, 24:23, 25:10, 46:5, 46:10, 52:19, 65:19, 92:20, 103:15, 112:8, 118:10, 119:7, 119:10, 121:4, 121:19, 122:6, 122:12, 124:6, 126:2, 126:6, 126:20, 127:1, 128:2, 128:5, 130:11, 130:15, 131:6, 135:8, 137:5, 137:12, 137:15, 139:13, 139:17, 140:3, 140:8, 140:15, 140:17, 140:20, 141:5, 141:7, 141:14, 145:10, 147:15, 150:10, 158:11, 161:16, 162:1, 164:15, 164:17, 165:16, 166:2, 167:10, 168:19, 169:18, 171:17, 172:6, 173:9, 179:9, 180:13, 180:15, 180:17, 180:22, 191:16,

192:9, 192:15
**patient's** [4] - 12:19, 13:18, 23:17, 114:6
**patients** [20] - 10:9, 11:14, 12:16, 13:10, 19:1, 22:22, 30:16, 32:13, 47:18, 120:21, 122:11, 123:22, 127:17, 158:22, 161:23, 173:5, 182:7, 182:10, 183:3
**patrol** [1] - 21:5
**pattern** [2] - 155:16, 189:10
**pay** [2] - 56:10, 158:20
**paying** [1] - 18:9
**PCP** [2] - 82:5, 151:2
**peak** [2] - 169:5, 169:17
**peer** [3] - 26:11, 41:13, 172:15
**people** [12] - 9:4, 18:5, 36:23, 37:18, 49:11, 59:4, 65:6, 74:15, 80:6, 148:7, 151:4, 185:19
**per** [14] - 61:17, 114:20, 115:8, 115:14, 127:4, 168:10, 178:14, 179:7, 179:20, 179:23, 180:6, 193:16, 194:20
**percent** [10] - 11:2, 64:19, 66:11, 77:7, 77:9, 77:14, 79:16, 79:20, 141:17
**percentage** [1] - 66:9
**period** [11] - 13:10, 14:6, 72:17, 103:4, 103:6, 104:22, 125:7, 153:6, 157:21, 178:23, 180:2
**peripheral** [1] - 141:21
**person** [8] - 21:21, 34:1, 58:14, 59:4, 106:7, 112:22, 115:20, 132:6
**personal** [4] - 63:5, 63:10, 72:13, 148:7
**personality** [1] - 72:15
**personally** [4] - 11:9, 22:7, 30:1, 64:18
**personnel** [1] - 131:6
**pertain** [1] - 28:18
**pertinent** [1] - 146:4
**PGY-1** [1] - 17:12

**pH** [2] - 105:3, 153:11
**Ph.D** [6] - 16:16, 19:11, 20:22, 22:16, 41:18, 64:4
**pharmacokinetic** [1] - 166:16
**pharmacokinetics** [2] - 170:18, 170:19
**pharmacological** [1] - 138:9
**pharmacology** [2] - 168:5, 168:8
**Philip** [1] - 15:19
**phlebotomy** [1] - 11:8
**phone** [5] - 8:16, 11:11, 49:9, 65:21, 97:5
**photocopy** [1] - 160:8
**photographic** [1] - 48:23
**photographs** [2] - 60:7, 60:8
**photos** [1] - 60:15
**physical** [20] - 23:12, 29:1, 89:11, 101:1, 124:7, 128:4, 128:9, 129:21, 130:9, 130:11, 130:18, 130:22, 133:23, 134:9, 138:5, 138:10, 138:11, 139:9, 141:22, 162:14
**physically** [2] - 28:21, 44:15
**Physician** [1] - 32:9
**physician** [39] - 4:12, 6:23, 7:12, 7:17, 8:10, 8:17, 9:5, 10:21, 12:17, 12:19, 14:5, 15:3, 17:8, 17:20, 18:13, 21:3, 21:6, 25:2, 31:23, 34:4, 58:2, 65:22, 72:2, 85:22, 88:21, 92:19, 92:22, 118:10, 120:17, 129:12, 161:9, 161:10, 161:11, 164:2, 175:4, 182:7, 187:20, 192:4, 192:7
**physician's** [1] - 89:3
**physicianhousecalls** [2] - 5:20, 5:23
**physicianhousecalls.org** [1] - 5:12
**Physicians** [1] - 26:9

**physicians** [4] - 8:7, 12:15, 17:16, 37:7
**physiological** [5] - 6:18, 19:13, 58:4, 63:17, 193:14
**physiologically** [3] - 18:20, 117:17, 171:4
**physiologist** [3] - 18:15, 22:16, 28:19
**physiology** [8] - 16:16, 16:19, 16:20, 17:3, 17:5, 18:17, 22:12
**picked** [1] - 75:19
**picture** [6] - 59:3, 59:7, 59:9, 155:10, 166:13, 183:4
**pictures** [3] - 48:8, 58:8, 61:4
**pieces** [1] - 52:12
**pin** [1] - 172:12
**place** [9] - 47:23, 58:12, 79:1, 113:22, 113:23, 135:20, 136:2, 138:21, 179:2
**placed** [7] - 72:22, 93:21, 131:11, 131:20, 131:21, 138:18, 139:11
**places** [1] - 130:13
**placing** [1] - 45:5
**plaintiff** [5] - 65:14, 65:15, 65:16, 66:1, 66:11
**Plaintiff** [2] - 1:6, 2:4
**Plaintiff's** [1] - 135:1
**plaintiffs** [1] - 66:10
**plan** [1] - 49:1
**plant** [1] - 86:13
**plasminogen** [1] - 39:4
**plastic** [1] - 9:3
**play** [3] - 58:20, 101:11, 174:11
**plus** [2] - 61:17, 148:23
**pneumothorax** [1] - 188:13
**point** [45] - 10:9, 20:21, 41:22, 53:11, 64:16, 71:3, 73:3, 73:12, 73:14, 74:10, 75:22, 82:22, 97:8, 100:17, 101:16, 117:11, 125:17, 128:13, 128:22, 130:3, 130:14, 132:12, 132:15, 133:10, 134:20, 139:10, 139:14,

139:19, 149:20, 150:2, 152:3, 157:1, 157:3, 157:4, 157:9, 158:9, 162:15, 163:20, 165:21, 175:13, 188:3, 189:8, 194:23
**pointed** [1] - 130:1
**points** [4] - 121:19, 128:17, 162:22
**Pole** [2] - 14:3, 27:6
**police** [22] - 44:17, 71:5, 71:21, 72:7, 72:8, 74:11, 75:5, 76:3, 76:4, 107:13, 124:9, 128:23, 132:9, 137:1, 143:5, 143:23, 144:10, 145:2, 147:7, 157:10, 164:20, 173:21
**policeman** [1] - 139:13
**policies** [20] - 33:2, 33:12, 33:13, 33:17, 33:20, 34:5, 35:8, 35:18, 35:19, 124:17, 127:13, 134:21, 139:1, 159:12, 161:2, 185:14, 185:17, 190:13, 190:14, 194:11
**policy** [8] - 134:7, 135:19, 136:1, 136:10, 138:3, 189:18, 191:19, 194:13
**polite** [1] - 70:22
**politely** [1] - 71:4
**popped** [1] - 26:20
**portable** [20] - 7:2, 7:18, 10:3, 10:10, 10:15, 10:17, 11:4, 11:5, 13:19, 13:20, 14:1, 14:6, 14:7, 14:10, 14:11, 14:16, 21:15, 22:1, 25:17
**portion** [1] - 7:11
**pose** [1] - 71:3
**poses** [2] - 131:6, 191:15
**position** [5] - 44:2, 60:9, 93:22, 146:8, 157:6
**positive** [3] - 83:13, 83:15, 146:5
**possibilities** [1] - 108:2
**possible** [8] - 126:15, 127:2, 135:8, 143:18, 145:4,

145:19, 177:6, 189:6
**possibly** [2] - 123:23, 150:13
**post** [4] - 17:1, 19:11, 19:18, 58:23
**post-doc** [2] - 19:11, 19:18
**post-doctoral** [1] - 17:1
**postdoctoral** [2] - 6:21, 22:11
**potent** [1] - 166:20
**potential** [1] - 141:5
**potentially** [1] - 140:20
**pound** [5] - 44:15, 59:17, 59:21, 85:15, 112:22
**pounds** [6] - 45:5, 52:8, 52:9, 52:20, 59:20, 73:19
**pour** [1] - 104:23
**powerfully** [1] - 167:6
**PowerPoint** [1] - 31:15
**practice** [17] - 6:14, 8:2, 8:6, 12:23, 14:8, 14:17, 17:15, 19:6, 35:21, 40:4, 127:22, 129:6, 129:10, 132:17, 138:13, 138:22, 182:6
**practiced** [4] - 20:6, 20:20, 21:10, 23:11
**practitioners** [1] - 135:5
**pre** [1] - 171:23
**pre-screened** [1] - 171:23
**precautions** [2] - 36:15, 172:8
**preceded** [2] - 61:5, 182:16
**preceding** [2] - 105:2, 112:10
**preexisting** [1] - 50:12
**preferably** [1] - 128:20
**prepare** [1] - 31:15
**prepared** [2] - 31:18, 51:14
**preparing** [1] - 55:22
**prescribed** [1] - 91:18
**prescription** [2] - 91:23, 189:12
**presence** [1] - 197:10

EXHIBIT C

**present** [3] - 1:16, 109:3, 128:23
**presented** [8] - 48:7, 51:22, 98:7, 111:11, 111:12, 182:7, 182:11, 183:3
**presents** [1] - 192:15
**pressed** [1] - 128:16
**pressing** [1] - 60:18
**pressure** [30] - 23:18, 44:8, 44:10, 45:10, 50:2, 60:19, 101:19, 101:20, 103:8, 103:10, 117:9, 118:9, 118:14, 118:16, 119:23, 120:6, 120:7, 120:11, 120:14, 141:19, 143:14, 143:15, 162:19, 163:23, 166:23, 167:7, 171:8, 171:18, 182:4
**pressured** [1] - 87:22
**pressures** [1] - 142:2
**presume** [1] - 83:13
**presumption** [1] - 174:8
**presumptive** [1] - 83:15
**pretend** [1] - 37:17
**pretty** [1] - 63:3
**prevent** [1] - 45:9
**prevented** [1] - 124:15
**preventing** [1] - 59:12
**previous** [1] - 135:12
**previously** [2] - 81:20, 164:15
**primarily** [1] - 39:11
**primary** [3] - 12:19, 17:10, 73:11
**printed** [1] - 10:6
**printout** [1] - 83:10
**private** [3] - 9:20, 64:7, 65:1
**probability** [3] - 150:20, 156:15, 177:9
**probe** [1] - 48:20, 118:22
**problem** [12] - 3:14, 38:17, 65:19, 105:19, 105:23, 108:17, 129:8, 144:18, 153:7, 165:5, 166:14, 192:1
**problems** [7] - 105:14, 107:21, 107:23, 108:23, 150:12, 190:21, 192:5

**Procedure** [1] - 1:19
**procedure** [7] - 131:14, 135:20, 136:2, 136:10, 189:18, 191:20, 194:13
**procedures** [15] - 33:2, 35:8, 35:18, 35:19, 124:17, 127:13, 134:22, 139:1, 159:13, 161:2, 176:10, 185:15, 185:17, 190:13, 194:11
**process** [2] - 4:6, 57:11
**professional** [1] - 16:10
**professionally** [1] - 15:2
**program** [3] - 33:23, 34:2, 129:16
**prohibited** [2] - 132:2, 137:2, 137:3
**Prolene** [1] - 88:23
**prolonged** [1] - 120:1
**pronounce** [2] - 44:18, 48:17
**proper** [2] - 36:14, 36:18
**protect** [3] - 53:7, 84:21, 85:12
**protected** [3] - 47:23, 171:5, 192:19
**protection** [1] - 72:13
**protein** [3] - 90:14, 90:15, 90:22
**protocol** [8] - 62:15, 121:16, 121:21, 123:8, 130:1, 131:14, 132:2, 162:14
**protocols** [8] - 33:3, 120:13, 124:17, 124:23, 126:9, 130:16, 161:2, 165:14
**proven** [1] - 108:2
**provide** [7] - 7:17, 24:22, 36:4, 55:1, 62:4, 92:23, 127:14
**provided** [13] - 36:8, 50:17, 50:19, 50:21, 51:2, 55:7, 55:9, 98:22, 99:7, 109:12, 110:22, 111:5, 136:5
**provider** [8] - 48:19, 50:22, 65:18, 122:10, 137:13, 137:15, 148:5, 161:19

**providers** [3] - 35:10, 129:12, 135:18
**providing** [3] - 53:18, 54:9, 54:17
**psychiatric** [4] - 50:10, 50:11, 150:7, 150:12
**psychiatrically** [1] - 150:10
**psychoses** [1] - 174:3
**psychotic** [5] - 107:6, 107:7, 121:10, 149:21, 150:14
**PUBLIC** [1] - 196:14
**public** [4] - 6:11, 7:8, 56:8, 64:19
**Public** [3] - 1:23, 197:5, 197:18
**publications** [2] - 7:5, 26:17
**published** [2] - 40:6, 172:4
**pull** [1] - 94:21
**pulled** [8] - 19:21, 29:15, 59:16, 101:5, 144:20, 146:10, 155:9, 164:23
**pulling** [4] - 44:20, 45:1, 96:3, 153:15
**pulmonary** [3] - 16:19, 37:9, 38:12
**pulse** [32] - 93:22, 93:23, 103:10, 104:22, 114:14, 116:6, 116:10, 116:16, 117:10, 117:21, 118:8, 118:12, 118:23, 119:1, 119:14, 119:23, 129:4, 143:16, 156:2, 156:6, 156:14, 156:15, 156:23, 157:9, 157:10, 157:12, 158:3, 158:4, 164:1
**pulses** [4] - 141:20, 141:21, 143:13, 162:20
**pump** [1] - 143:15
**pumping** [1] - 153:5
**purchasing** [1] - 100:3
**PURDY** [2] - 1:19, 2:6
**purposes** [1] - 6:12
**pursuant** [1] - 1:18
**push** [3] - 180:20, 193:3, 193:6
**pushing** [1] - 59:18

**put** [29] - 44:1, 51:21, 55:15, 62:14, 68:22, 69:10, 72:12, 73:17, 73:18, 74:6, 75:16, 91:5, 98:8, 120:12, 123:13, 124:9, 124:11, 128:18, 143:14, 146:8, 156:2, 157:6, 157:23, 159:9, 160:22, 172:2, 181:5, 181:15
**puts** [1] - 45:7
**putting** [2] - 24:11, 45:8

**Q**

**qualify** [1] - 193:2
**qualitative** [2] - 82:1, 83:13
**quality** [9] - 114:19, 114:23, 115:3, 115:8, 115:11, 115:13, 115:21, 115:23, 119:23
**quantify** [1] - 78:8
**quantitative** [1] - 83:14
**questioning** [2] - 4:7, 195:2
**questions** [8] - 35:4, 69:20, 142:17, 145:15, 158:10, 177:18, 177:22, 194:16
**quick** [1] - 11:23
**quickly** [10] - 9:18, 14:6, 60:22, 62:16, 62:22, 111:23, 167:5, 167:16, 170:20, 177:7
**quit** [1] - 192:17
**quite** [5] - 11:23, 83:8, 172:8, 175:20, 188:14

**R**

**radial** [2] - 118:23, 119:13
**radiation** [2] - 18:4, 18:5
**radio** [1] - 114:14
**raised** [1] - 83:20
**ran** [6] - 24:20, 49:2, 52:4, 52:6, 88:15, 96:6
**range** [3] - 102:5, 116:7, 161:3
**rapid** [11] - 94:1, 103:11, 114:11,

114:14, 114:23, 115:7, 115:10, 115:12, 116:15, 158:5, 178:9
**rarely** [1] - 183:14
**rate** [12] - 94:8, 94:12, 95:15, 95:18, 115:10, 116:3, 117:4, 118:18, 127:4, 143:11, 182:3, 193:15
**rather** [6] - 14:5, 43:4, 72:14, 72:15, 87:22, 168:12
**ratio** [1] - 188:1
**reaction** [6] - 49:6, 141:8, 149:22, 150:14, 185:21, 187:15
**read** [34] - 28:16, 40:12, 40:21, 41:1, 41:6, 42:21, 47:6, 63:4, 63:7, 70:9, 82:11, 84:13, 88:20, 98:13, 100:5, 100:6, 113:22, 131:2, 138:23, 139:6, 139:7, 167:17, 168:2, 168:3, 176:1, 176:8, 176:17, 177:14, 193:21, 194:2, 194:6, 195:16, 196:1
**reader** [1] - 32:10
**reading** [6] - 40:3, 41:13, 72:10, 119:2, 134:12, 189:23
**ready** [1] - 39:22
**realize** [1] - 135:23
**realized** [1] - 164:18
**really** [12] - 42:18, 53:4, 71:2, 75:10, 80:5, 118:21, 127:2, 142:16, 153:4, 169:11, 171:12, 187:10
**realm** [1] - 176:23
**reapplying** [1] - 128:21
**reason** [10] - 24:1, 50:1, 82:23, 123:5, 159:19, 172:22, 173:1, 173:12, 186:2, 194:4
**reasonable** [3] - 150:19, 156:14, 177:8
**reasoned** [1] - 113:20
**reasons** [6] - 68:16, 123:4, 141:10, 141:11, 173:1, 181:11
**reassessment** [1] -

190:10
**rebreather** [2] - 126:1, 127:15
**receive** [3] - 9:18, 23:19, 98:11
**received** [4] - 8:15, 10:2, 56:6, 81:12
**receiving** [1] - 184:1
**recently** [5] - 32:5, 41:6, 41:8, 59:10, 179:8
**receptor** [1] - 121:7
**recertify** [1] - 32:1
**recess** [4] - 61:9, 61:10, 115:17, 194:8
**recheck** [4] - 180:18, 180:19, 180:21, 180:22
**reckless** [15] - 139:18, 139:20, 140:6, 140:16, 141:3, 141:13, 142:21, 144:12, 144:15, 146:11, 146:13, 146:21, 165:4, 165:8, 168:11
**recognized** [4] - 120:21, 121:3, 173:4, 188:7
**recommendation** [1] - 123:11
**recommendations** [2] - 40:5, 130:20
**recommended** [1] - 181:8
**record** [13] - 43:19, 79:14, 86:4, 112:11, 112:18, 143:8, 145:6, 145:17, 146:3, 169:7, 194:18, 194:19, 194:20
**records** [8] - 48:9, 50:5, 80:17, 81:12, 81:16, 140:2, 148:6, 150:9
**recovering** [1] - 14:11
**recovery** [6] - 44:1, 93:22, 106:15, 146:8, 157:6, 157:23
**recreation** [1] - 59:9
**recuffed** [1] - 139:12
**reduced** [2] - 109:6, 197:10
**refer** [5] - 21:21, 43:3, 49:15, 80:8, 104:11
**Referee** [1] - 3:2
**reference** [5] - 46:18, 71:10, 159:18,

160:12, 160:13
**referenced** [1] - 50:20
**references** [7] - 43:8, 46:18, 48:5, 70:5, 89:18, 99:13, 134:15
**referencing** [1] - 70:7
**referred** [3] - 10:18, 12:2, 191:4
**referring** [3] - 26:17, 49:11, 134:23
**refers** [1] - 46:21
**refill** [2] - 120:1, 120:2
**refreshers** [1] - 31:23
**refrigerate** [1] - 55:12
**refrigerated** [2] - 41:4, 55:20
**refrigerator** [2] - 41:5, 55:12
**refugee** [1] - 14:16
**refuse** [2] - 122:11, 161:23
**refuses** [2] - 126:7
**regarding** [7] - 26:12, 31:7, 36:11, 111:21, 133:13, 177:18, 193:20
**regards** [1] - 109:17
**region** [2] - 14:3, 27:6
**Regional** [1] - 68:1
**register** [1] - 100:3
**registered** [2] - 7:1, 15:22
**registry** [1] - 15:19
**regular** [2] - 32:11, 80:4
**regularly** [2] - 40:16, 66:23
**regulation** [1] - 17:3
**rehab** [1] - 50:6
**rehabilitation** [1] - 6:21
**reimbursement** [1] - 62:2
**reinvents** [1] - 13:22
**rejected** [1] - 67:9
**relate** [4] - 29:4, 29:7, 30:12, 189:16
**related** [9] - 18:2, 26:16, 26:21, 26:23, 27:1, 27:2, 27:14, 27:15, 65:8
**relates** [1] - 194:13
**relating** [1] - 30:2
**relation** [1] - 97:11

**relative** [3] - 38:7, 39:3, 197:15
**release** [1] - 90:15
**released** [2] - 19:3, 90:22
**relied** [1] - 137:8
**religious** [1] - 7:7
**rely** [3] - 40:14, 61:2, 139:1
**relying** [1] - 133:4
**remains** [1] - 48:21
**remember** [27] - 14:14, 16:10, 31:23, 33:12, 33:13, 33:19, 34:11, 55:17, 67:3, 67:19, 67:21, 67:22, 67:23, 68:2, 68:6, 73:22, 74:1, 76:12, 79:6, 82:7, 112:12, 178:1, 182:12, 183:19, 183:21, 183:22, 184:9
**render** [2] - 65:20, 150:19
**rendered** [1] - 93:2
**rendering** [1] - 176:11
**repair** [1] - 89:1
**repeat** [1] - 192:10
**repeated** [1] - 179:23
**repeatedly** [1] - 165:15
**report** [89] - 4:11, 9:21, 37:16, 41:19, 43:1, 43:4, 43:12, 44:17, 46:4, 46:10, 46:19, 46:23, 47:4, 48:4, 48:14, 48:15, 48:19, 48:21, 50:14, 50:21, 50:22, 51:13, 51:16, 51:21, 51:23, 53:1, 53:14, 53:16, 53:19, 54:1, 54:10, 54:17, 55:1, 55:16, 55:22, 56:20, 61:14, 61:23, 68:13, 68:18, 68:21, 68:23, 69:4, 69:10, 69:11, 69:15, 69:21, 76:23, 79:1, 79:5, 81:1, 81:19, 85:2, 85:5, 85:11, 89:4, 89:6, 89:20, 89:21, 91:7, 93:15, 97:15, 98:6, 98:13, 98:21, 99:16, 99:19, 100:13, 103:1, 113:1, 114:4, 115:2, 122:5, 125:21, 137:4, 137:9, 149:7, 151:18, 152:1, 154:5, 156:9, 165:12,

168:7, 177:3, 177:13, 178:15, 179:11, 191:6, 197:7
**Report** [2] - 54:3, 198:5
**reported** [1] - 77:2
**REPORTER** [1] - 195:12
**reports** [6] - 54:8, 65:21, 71:11, 81:8, 167:14, 172:4
**represent** [2] - 4:1, 135:15
**representative** [2] - 135:19, 136:6
**Republic** [2] - 13:9, 14:15
**request** [5] - 8:17, 9:2, 48:9, 56:3, 97:19
**requested** [2] - 55:18, 56:21
**requesting** [2] - 9:14, 55:4
**requests** [1] - 8:22
**require** [1] - 10:9
**required** [9] - 4:17, 54:8, 88:23, 119:16, 121:21, 127:13, 137:20, 141:22, 159:14
**Requirement** [1] - 134:3
**requires** [1] - 132:6
**requiring** [1] - 11:1
**research** [24] - 6:9, 6:13, 6:15, 6:17, 6:22, 7:3, 7:4, 7:5, 7:9, 10:4, 17:3, 18:14, 18:16, 18:19, 22:13, 27:5, 29:6, 29:16, 29:18, 29:23, 47:5, 65:8, 172:14, 181:18
**reserve** [3] - 3:3, 68:23, 98:5
**residency** [11] - 18:8, 19:5, 19:8, 19:9, 30:15, 30:19, 30:21, 33:15, 35:13, 133:8, 133:9
**resistance** [1] - 117:19
**resisting** [5] - 75:1, 89:7, 109:16, 109:17, 189:9
**Resource** [1] - 32:6
**respectfully** [2] - 49:14, 80:8
**respiration** [1] - 116:23
**respirations** [19] -

44:5, 94:1, 95:17, 96:5, 114:11, 114:23, 115:7, 115:12, 115:21, 115:22, 116:6, 116:8, 116:15, 117:16, 144:22, 154:23, 157:7, 158:7
**respiratory** [43] - 36:21, 37:10, 37:20, 38:13, 42:1, 44:4, 47:19, 47:20, 94:8, 95:14, 102:13, 102:16, 102:22, 104:8, 104:17, 105:2, 106:3, 106:7, 106:14, 106:16, 116:3, 121:14, 127:4, 143:10, 152:12, 153:8, 153:17, 153:19, 153:21, 154:2, 154:7, 154:11, 154:12, 154:20, 155:7, 155:14, 158:23, 160:1, 166:21, 171:3, 191:16
**responding** [1] - 112:4
**response** [6] - 11:23, 19:14, 64:5, 109:7, 109:8
**responsibility** [3] - 144:16, 145:3, 165:6
**responsible** [3] - 18:19, 129:12, 146:20
**rest** [1] - 114:14
**restrain** [3] - 122:12, 124:6, 162:1
**restrained** [2] - 44:15, 163:19
**restraining** [2] - 74:16, 146:6
**restraint** [34] - 23:7, 23:12, 23:16, 23:22, 24:2, 30:15, 32:17, 62:15, 89:11, 101:1, 122:6, 122:13, 128:5, 128:10, 130:12, 130:15, 130:16, 130:22, 132:1, 133:11, 134:1, 134:8, 134:9, 137:6, 137:11, 137:17, 139:9, 161:17, 162:2, 162:21
**restraints** [42] - 32:22, 46:22, 46:23, 124:8, 124:10, 128:14, 128:19, 128:22, 129:2, 129:21, 130:3, 130:9, 130:10, 130:12,

131:11, 131:18, 132:10, 132:12, 132:15, 132:18, 133:10, 135:3, 135:12, 136:23, 138:5, 138:6, 138:9, 138:10, 138:12, 138:15, 138:22, 139:11, 139:14, 139:19, 141:22, 145:9, 162:15, 163:22, 188:4

**restrict** [1] - 101:6
**restricted** [7] - 102:4, 102:14, 104:4, 124:3, 125:6, 125:18, 164:17
**restricting** [1] - 101:5
**restrictive** [1] - 135:7
**result** [10] - 10:6, 86:9, 86:13, 101:1, 102:6, 102:11, 103:3, 104:1, 148:23, 185:3
**resulted** [3] - 103:10, 107:13, 139:23
**resulting** [1] - 101:8
**results** [2] - 11:11, 102:12
**resuscitation** [4] - 27:9, 103:9, 156:11, 189:1
**retooled** [1] - 14:10
**retrieve** [1] - 58:11
**retrospectively** [2] - 150:3, 175:1
**returned** [2] - 104:2, 198:10
**reverse** [6] - 45:3, 58:8, 58:16, 58:19, 58:23, 96:3
**review** [19] - 26:12, 29:20, 32:10, 32:14, 41:11, 41:13, 42:4, 61:15, 66:20, 87:13, 89:15, 89:16, 91:16, 98:11, 98:12, 125:15, 131:12, 172:15, 186:22
**reviewed** [8] - 48:2, 48:3, 67:17, 84:23, 99:17, 125:13, 186:16, 192:4
**reviewing** [3] - 65:1, 65:10, 189:2
**reviews** [2] - 63:14, 64:7
**rhythm** [4] - 103:5, 103:7, 104:2, 182:8
**rhythms** [1] - 181:23

**rid** [1] - 153:8
**riding** [1] - 19:16
**rise** [3] - 59:14, 102:4, 102:19
**risk** [15] - 39:13, 106:19, 106:22, 141:13, 159:13, 173:8, 185:21, 185:22, 187:9, 187:16, 187:21, 187:22, 188:1, 188:2, 191:15
**risks** [11] - 37:9, 37:11, 106:17, 162:13, 186:1, 187:3, 187:5, 187:8, 191:4, 191:22
**risky** [4] - 106:4, 106:10, 190:2, 190:14
**River** [7] - 15:16, 16:3, 19:22, 22:20, 29:12, 133:5, 172:18
**Road** [1] - 3:17
**ROBINSON** [1] - 1:10
**Robinson** [3] - 2:11, 49:17, 137:22
**role** [1] - 12:19
**room** [1] - 13:6, 13:8, 13:13, 19:2, 90:8, 92:19, 92:22, 120:17, 155:20, 161:9, 182:6
**rooms** [1] - 13:11
**rope** [1] - 58:15
**Rosario** [63] - 2:18, 4:2, 43:19, 49:10, 80:7, 80:8, 81:4, 109:10, 109:23, 110:6, 110:12, 110:22, 111:6, 111:11, 111:21, 112:3, 112:7, 113:2, 113:10, 113:21, 113:22, 114:5, 120:10, 124:22, 125:12, 125:19, 126:3, 126:5, 129:20, 130:6, 131:9, 131:22, 135:2, 139:21, 140:5, 141:16, 142:7, 142:11, 142:19, 144:3, 144:9, 146:20, 147:1, 147:3, 147:6, 149:3, 151:21, 151:23, 157:15, 159:13, 162:8, 164:5, 164:8, 165:3, 165:7, 172:18, 177:4, 177:14, 184:11,

189:16, 190:6, 192:2
**ROSARIO** [1] - 1:12
**Rosario's** [6] - 81:4, 106:9, 112:13, 163:9, 163:16, 177:15
**roster** [1] - 48:12
**roughly** [4] - 52:7, 78:7, 96:17, 169:10
**rules** [2] - 4:5, 54:9
**Rules** [1] - 1:18
**run** [7] - 48:20, 50:8, 80:15, 81:5, 93:15, 118:19, 192:3
**running** [2] - 26:1, 76:20
**runs** [1] - 22:22
**rural** [1] - 12:1
**Ryan** [1] - 49:17

---

**S**

**sadistic** [1] - 58:10
**safe** [4] - 27:17, 32:4, 173:7, 193:16
**salt** [1] - 151:13
**salts** [1] - 151:8
**Samantha** [1] - 50:3
**sanction** [1] - 137:13
**sanctions** [1] - 137:18
**satellite** [1] - 34:22, 129:17
**Saved** [12] - 3:16, 4:10, 5:16, 5:19, 6:2, 6:5, 6:9, 7:6, 56:8, 56:16, 57:9, 57:12
**saw** [4] - 4:10, 57:1, 73:6, 111:14
**scale** [3] - 43:22, 100:22, 109:5
**scan** [4] - 10:14, 10:17, 10:19, 87:9
**scared** [6] - 70:23, 71:7, 73:4, 75:21, 83:1, 151:17
**SCAROLA** [1] - 2:1
**scene** [4] - 93:16, 109:11, 112:7, 112:14
**schedule** [1] - 48:11
**Schedule** [2] - 4:14, 4:18
**schizophrenia** [3] - 107:8, 149:19, 174:3
**schizophrenic** [1] - 150:13
**scholarship** [2] - 17:13, 18:9
**school** [2] - 16:12, 16:23
**School** [1] - 17:6

**scientific** [1] - 62:1
**screen** [6] - 81:10, 81:19, 82:13, 83:11, 107:5
**screened** [3] - 81:22, 82:10, 171:23
**screwdriver** [3] - 72:12, 75:18, 151:16
**scuba** [1] - 64:11
**SEAL** [2] - 73:5, 74:11
**seal** [1] - 34:19
**Sean** [1] - 100:2
**SEARCY** [2] - 2:1
**Searcy** [2] - 67:12, 68:5
**second** [10] - 6:20, 19:18, 43:7, 46:7, 91:9, 97:9, 127:3, 131:3, 165:13, 176:2
**seconds** [2] - 96:8, 101:11, 120:2, 121:18, 124:5, 125:8, 188:6
**section** [1] - 161:15, 168:5, 168:8
**sections** [1] - 62:22
**Security** [1] - 49:1
**security** [1] - 14:2
**sedating** [1] - 31:2
**sedation** [6] - 33:18, 34:9, 120:16, 120:18, 120:20, 121:4
**sedative** [1] - 165:17
**sedatives** [1] - 159:15
**see** [31] - 5:22, 11:22, 15:12, 26:19, 45:7, 46:8, 59:3, 63:2, 79:14, 81:21, 82:20, 83:5, 89:18, 96:3, 98:17, 98:23, 104:9, 105:5, 110:21, 111:20, 113:19, 120:12, 150:8, 154:22, 160:21, 168:6, 171:19, 173:13, 177:17, 177:21, 182:15
**seeing** [2] - 88:1, 178:1
**seeking** [1] - 82:20
**seemingly** [3] - 112:19, 112:20, 124:7
**seizing** [1] - 49:8
**seizures** [1] - 192:17
**selected** [1] - 63:19
**semi** [1] - 12:1
**semi-rural** [1] - 12:1
**seminar** [1] - 31:6

**send** [1] - 13:21
**sensation** [2] - 149:1, 149:11
**sense** [1] - 148:10
**sensitizes** [1] - 191:16
**sent** [1] - 36:23
**sentence** [2] - 152:2, 155:3
**sentences** [1] - 94:18
**separate** [1] - 5:13
**serious** [3] - 38:12, 71:3, 121:11
**serotonin** [1] - 121:7
**service** [3] - 8:1, 31:21, 33:6
**services** [15] - 11:10, 26:13, 27:13, 29:7, 30:4, 30:7, 30:12, 30:22, 33:1, 93:11, 105:11, 122:7, 133:14, 137:6, 177:19
**Services** [1] - 8:4
**set** [2] - 3:8, 133:23
**setting** [2] - 97:19, 106:11, 106:12
**settings** [1] - 103:17
**setup** [1] - 129:16
**severe** [13] - 44:7, 45:15, 111:2, 143:11, 143:19, 170:5, 171:8, 185:22, 185:23, 187:15, 187:17, 191:15
**shall** [3] - 122:22, 123:8, 160:18
**shallow** [30] - 44:6, 94:2, 94:4, 94:15, 95:6, 95:11, 95:16, 95:17, 95:19, 96:5, 106:16, 115:23, 144:23, 154:23, 156:1, 156:22, 156:23, 157:3, 157:7, 158:7, 158:8, 158:12, 158:13, 158:17, 158:19, 158:20, 158:22, 159:2, 159:7
**sheet** [4] - 15:9, 48:20, 81:5, 118:19
**sheets** [3] - 50:8, 80:15, 192:3
**Sheriff** [1] - 1:11, 49:13
**Sheriff's** [8] - 43:17, 48:13, 69:22, 71:10, 71:13, 73:8, 76:3, 99:15
**sheriff's** [1] - 59:23

**SHIPLEY** [1] - 2:1
**shock** [20] - 36:21, 37:23, 44:3, 45:15, 100:21, 101:18, 101:20, 106:13, 124:4, 143:9, 143:19, 147:10, 159:8, 164:16, 167:3, 169:21, 170:5, 170:14, 188:21
**shocky** [1] - 158:6
**short** [2] - 151:1, 151:3
**shortcut** [1] - 142:17
**shorthand** [1] - 197:9
**shortly** [1] - 93:13
**shortness** [1] - 95:11
**shot** [1] - 73:20
**shoulder** [5] - 44:17, 48:18, 59:18, 59:22, 111:1
**shoulders** [2] - 59:5, 110:3
**show** [14] - 55:13, 55:14, 60:8, 71:5, 75:16, 76:1, 86:11, 108:10, 121:22, 156:3, 156:14, 159:17, 167:23, 168:3
**showed** [7] - 52:2, 72:8, 90:20, 91:6, 98:10, 151:21, 157:16
**showing** [3] - 72:7, 73:15, 151:23
**shown** [3] - 142:3, 157:17, 185:12
**shows** [8] - 10:4, 59:7, 98:19, 144:3, 153:10, 156:9, 173:4, 191:13
**sick** [5] - 10:9, 11:1, 102:8, 175:21, 176:11
**side** [11] - 38:14, 38:16, 62:16, 85:23, 86:17, 88:18, 121:12, 128:18, 157:12, 159:6, 187:17
**sides** [1] - 52:12
**Sierra** [1] - 14:12
**signed** [2] - 33:16, 135:16
**significant** [4] - 52:21, 53:8, 53:11, 83:8
**signs** [9] - 14:22, 23:17, 72:9, 72:23, 73:15, 74:20, 76:1, 82:21, 151:12
**similar** [6] - 19:1,

44:20, 68:10, 83:10, 83:12, 172:9
**simple** [3] - 88:23, 89:1, 173:17
**simply** [1] - 24:12
**simulated** [1] - 27:19
**Sinclair** [2] - 110:5, 111:13
**single** [3] - 8:14, 8:16, 45:23
**singular** [1] - 6:10
**sinus** [3] - 103:5, 103:7, 104:2
**sip** [1] - 148:16
**situation** [31] - 27:19, 68:11, 112:22, 121:4, 121:15, 122:1, 124:1, 127:23, 136:12, 137:21, 139:3, 139:15, 159:13, 160:3, 160:10, 163:3, 163:5, 163:17, 164:7, 164:9, 164:11, 164:19, 167:4, 169:1, 169:19, 171:6, 182:2, 183:22, 187:22, 192:22, 193:8
**situations** [1] - 171:4
**six** [3] - 17:19, 191:17, 191:20
**skeletal** [4] - 90:13, 90:15, 90:17, 111:2
**ski** [1] - 21:5
**skiing** [1] - 19:18
**skills** [1] - 24:11
**skin** [6] - 114:17, 116:6, 116:13, 116:17, 117:4, 118:2
**skinny** [1] - 76:18
**skip** [3] - 4:5, 43:4, 138:11
**skipped** [5] - 129:1, 130:4, 132:17, 135:4, 138:12
**skipping** [4] - 10:19, 139:14, 141:21, 162:14
**skull** [2] - 87:10, 87:12
**sleep** [1] - 45:13
**slides** [1] - 31:16
**slightly** [1] - 121:9
**slow** [5] - 95:16, 158:8, 158:18, 159:4, 171:7, 179:19, 179:22, 180:5, 180:20, 193:8
**slowly** [8] - 178:14, 178:21, 179:6, 179:8, 180:9, 180:18, 193:13

**slows** [1] - 181:19
**small** [4] - 31:14, 41:5, 180:21, 180:22
**smell** [12] - 77:1, 78:15, 80:9, 113:13, 147:20, 148:17, 148:21, 149:3, 149:4, 149:8, 149:11
**smelled** [2] - 78:14, 148:10
**smelling** [3] - 148:9, 148:15, 149:2
**smoked** [1] - 175:14
**smoking** [1] - 71:6
**SO** [4] - 69:22, 89:12, 93:19, 112:18
**Social** [1] - 49:1
**soft** [12] - 86:2, 124:10, 128:14, 128:19, 131:11, 131:18, 132:10, 132:12, 132:15, 136:23, 138:21, 139:19
**sole** [1] - 14:4
**solely** [1] - 176:9
**solved** [1] - 139:15
**someone** [10] - 9:15, 38:8, 94:3, 95:13, 101:20, 121:16, 123:3, 148:17, 178:2, 188:15
**sometime** [1] - 106:12
**sometimes** [3] - 21:13, 132:10, 175:17
**somewhat** [3] - 80:3, 87:21, 128:12
**somewhere** [2] - 6:12, 6:13
**soon** [1] - 112:6
**sorry** [5] - 57:20, 67:4, 88:9, 88:10, 179:13
**Sorry** [1] - 158:15
**sounds** [2] - 21:10, 84:22, 159:3
**source** [1] - 85:4
**South** [2] - 65:12, 65:14
**SOUTHERN** [1] - 1:3
**speaking** [1] - 171:5
**spec** [2] - 28:8, 73:5
**special** [8] - 1:13, 2:17, 34:18, 34:19, 41:5, 58:2, 73:5, 91:6
**specialist** [1] - 12:20
**specialized** [1] - 129:19
**specialty** [1] - 17:8

**specific** [8] - 29:3, 39:15, 41:12, 46:18, 85:18, 150:21, 177:18, 186:13
**specifically** [22] - 29:2, 29:7, 34:6, 35:9, 37:16, 42:22, 45:19, 70:2, 70:8, 93:20, 122:16, 130:8, 147:23, 154:6, 162:10, 164:6, 164:13, 166:1, 177:18, 177:19, 183:8, 185:16
**spectometry** [1] - 28:6
**speech** [1] - 87:23
**spent** [2] - 57:14, 64:20
**spine** [1] - 113:17
**spitting** [3] - 76:14, 76:18, 89:7
**split** [1] - 110:8
**splitting** [1] - 104:18
**spoken** [1] - 123:3
**sports** [2] - 6:17, 6:19, 19:14
**Squad** [1] - 16:3
**squad** [4] - 22:20, 73:18, 74:6, 75:16
**square** [1] - 8:1
**ss** [1] - 197:2
**St** [25] - 1:17, 2:17, 4:1, 48:10, 48:12, 48:18, 49:2, 50:21, 51:3, 70:5, 79:16, 81:8, 81:19, 93:12, 99:15, 124:18, 124:23, 127:13, 135:15, 136:6, 137:22, 185:15, 189:19, 194:11, 194:13
**ST** [1] - 1:12
**stability** [3] - 119:18, 119:21, 119:22
**stable** [1] - 119:17
**stage** [1] - 157:23
**standard** [22] - 32:21, 35:20, 36:7, 39:18, 40:2, 125:1, 127:21, 129:6, 129:10, 132:16, 132:19, 132:22, 133:1, 134:7, 135:5, 136:15, 136:20, 138:13, 138:22, 176:12, 176:15, 178:8
**standards** [6] - 14:9, 17:18, 35:22, 42:21,

135:3, 136:17
**standing** [4] - 161:6, 161:8, 161:14, 173:11
**stands** [1] - 53:16
**start** [3] - 15:9, 63:13, 146:8
**started** [7] - 63:22, 64:23, 71:6, 75:23, 76:14, 125:23, 128:17
**starting** [2] - 15:6, 165:13
**starts** [3] - 69:17, 153:4, 169:7
**stat** [1] - 11:10
**state** [10] - 69:22, 70:1, 100:16, 107:14, 126:9, 138:11, 149:21, 160:12, 160:13, 166:1
**State** [12] - 10:11, 16:11, 20:8, 20:9, 20:10, 20:11, 26:6, 29:12, 79:20, 172:19, 197:6
**STATE** [1] - 197:1
**statement** [4] - 48:13, 68:15, 70:6, 176:12
**statements** [5] - 70:14, 74:2, 76:10, 112:13, 183:9
**states** [7] - 15:23, 20:17, 24:20, 43:7, 122:1, 136:20, 159:18
**States** [8] - 9:6, 13:14, 32:21, 39:18, 40:2, 129:10, 182:20, 182:23
**STATES** [1] - 1:3
**status** [4] - 78:21, 109:3, 148:21, 192:16
**stay** [1] - 113:17
**step** [1] - 141:22
**stepped** [3] - 111:9, 155:8, 164:22
**stepping** [5] - 44:16, 59:17, 59:22, 96:2, 101:4
**Sterba** [15] - 3:23, 4:9, 54:3, 119:2, 135:17, 137:5, 142:16, 146:23, 163:1, 164:4, 175:5, 183:7, 189:2, 194:10, 198:5
**STERBA** [4] - 1:1, 1:16, 196:7, 199:3
**stick** [1] - 25:18
**sticky** [1] - 90:14
**still** [13] - 20:17,

22:21, 29:14, 31:11, 33:20, 76:11, 80:1, 109:3, 117:5, 119:6, 126:12, 128:1, 132:11

**STIPULATIONS** [1] - 3:1

**stop** [5] - 18:7, 167:6, 171:8, 181:17, 181:20

**stopped** [3] - 154:13, 171:13, 171:14

**stopping** [2] - 21:5, 21:13

**stops** [2] - 153:3, 171:9

**stopwatch** [1] - 56:23

**store** [2] - 77:13, 99:17

**straight** [5] - 129:7, 133:11, 141:23, 190:8, 192:2

**strange** [1] - 82:2

**strappado** [2] - 44:21, 58:16

**stream** [6] - 84:2, 90:16, 102:12, 104:14, 173:15

**street** [3] - 73:21, 73:22, 151:14

**strength** [2] - 70:19, 151:6

**stresses** [1] - 28:20

**strictly** [2] - 132:1, 137:2

**strikes** [4] - 86:10, 86:12, 89:13, 90:21

**Stritch** [1] - 17:6

**stroke** [6] - 11:19, 12:2, 12:4, 12:6, 12:7, 39:4

**strong** [2] - 81:6, 123:10

**struggle** [11] - 116:19, 116:22, 117:1, 117:3, 117:14, 117:21, 117:22, 118:4, 118:11, 119:6

**struggling** [6] - 95:10, 100:1, 112:15, 117:15, 117:18, 126:20

**Strykersville** [1] - 7:22

**student** [3] - 31:14, 40:11, 64:11

**studied** [1] - 176:20

**studies** [7] - 10:1, 10:8, 10:13, 15:7, 25:11, 172:5, 173:3

**study** [4] - 10:8, 10:9, 19:19, 172:14

**stuff** [1] - 57:10

**subbase** [1] - 17:21

**subdued** [1] - 113:20

**subduing** [2] - 112:18, 113:16

**subject** [1] - 63:19

**submarine** [1] - 18:3

**submarines** [1] - 18:3

**submit** [1] - 61:23

**subs** [1] - 35:13

**subsequent** [6] - 84:21, 85:8, 85:13, 146:22, 147:11, 184:12

**substance** [13] - 43:13, 43:21, 45:15, 143:4, 143:18, 145:14, 145:22, 170:2, 170:5, 170:10, 170:11, 191:9, 191:11

**substitute** [1] - 137:2

**Suburban** [1] - 22:6

**successful** [1] - 103:9

**sudden** [4] - 108:21, 171:10, 171:19, 182:22

**suddenly** [2] - 93:18, 109:3

**suffered** [3] - 105:5, 125:18, 183:12

**suffering** [18] - 11:15, 71:19, 92:12, 92:15, 105:14, 107:23, 152:4, 152:12, 154:6, 154:19, 155:7, 155:13, 155:21, 166:18, 184:20, 185:1, 185:5, 189:11

**sufficient** [1] - 139:17

**suffocated** [2] - 44:6, 147:9

**suffocation** [9] - 18:16, 27:22, 47:22, 59:11, 60:21, 101:8, 101:16, 153:16, 166:11

**sugar** [1] - 104:12

**sugars** [1] - 25:18

**suggest** [1] - 166:17

**suggested** [2] - 177:4, 177:11

**Suite** [3] - 1:20, 2:8, 2:14

**summarized** [1] - 7:4

**summary** [2] - 69:18, 84:10

**summer** [4] - 15:13, 15:14, 16:2, 23:3

**SUMMER** [1] - 2:7

**summer@purdlaw. com** [1] - 2:9

**Sunrise** [2] - 1:20, 2:7

**super** [1] - 70:19

**supervised** [1] - 145:18

**supervision** [1] - 133:9

**supplemental** [1] - 99:19

**support** [15] - 22:14, 52:14, 82:16, 91:22, 92:12, 107:2, 107:18, 108:3, 108:7, 125:19, 133:3, 144:8, 159:17, 174:5, 175:13

**supposed** [1] - 178:12

**Surgeons** [1] - 52:16

**surgery** [3] - 9:3, 25:4, 140:21

**surgical** [3] - 9:9, 10:23, 12:20

**surprise** [2] - 114:2, 186:23

**surprised** [2] - 133:12, 133:19

**surrendered** [1] - 151:16

**suspected** [8] - 81:2, 106:23, 107:11, 108:12, 113:12, 143:5, 170:7, 170:14

**suspend** [1] - 194:23

**suspended** [1] - 58:15

**sustained** [9] - 21:17, 85:19, 88:18, 90:5, 100:23, 102:2, 110:2, 110:14, 168:21

**sustaining** [1] - 52:10

**suture** [1] - 89:1

**sutured** [1] - 86:21

**sutures** [1] - 88:23

**sweat** [2] - 116:13, 116:16

**sweating** [2] - 9:16, 118:3

**swelling** [1] - 86:2

**swimming** [1] - 19:17

**Sworn** [1] - 196:9

**sworn** [2] - 3:19,

197:13

**sympathomimetic** [1] - 70:21

**symptoms** [6] - 72:9, 72:23, 73:15, 74:20, 82:22, 151:12

**synonym** [1] - 101:7

**synthetic** [2] - 151:9, 151:10

**system** [4] - 15:2, 15:4, 83:23, 172:22

**Systems** [1] - 67:20

**systolic** [1] - 143:16

---

**T**

**tab** [1] - 7:4

**table** [2] - 141:15, 143:3

**tablets** [1] - 188:13

**tabs** [3] - 62:7, 62:18, 63:1

**tachycardia** [1] - 116:12

**tackled** [3] - 73:23, 85:15, 86:15

**tactic** [1] - 111:15

**tactics** [1] - 109:19

**talks** [12] - 47:1, 48:17, 89:6, 114:5, 121:16, 135:2, 136:15, 137:10, 144:12, 148:17, 160:8, 170:19

**tallied** [1] - 57:3

**tamponade** [1] - 188:13

**tank** [1] - 64:13

**tape** [2] - 151:23, 152:20

**taught** [7] - 30:6, 30:11, 133:15, 133:20, 134:6, 145:18, 190:15

**TAVARES** [1] - 1:4

**Tavares** [13] - 48:8, 74:10, 81:19, 87:14, 88:11, 125:17, 166:17, 172:6, 172:21, 181:2, 183:12, 189:4, 189:20

**Taveras** [1] - 181:15

**tax** [2] - 56:10, 56:12

**teach** [12] - 30:14, 31:2, 35:20, 36:1, 36:10, 36:12, 37:1, 37:2, 37:5, 40:16, 104:19, 119:13

**teaching** [5] - 30:18, 31:6, 32:16, 42:5,

181:18

**team** [3] - 24:20, 73:5, 74:12

**teams** [2] - 34:19, 129:19

**technical** [1] - 124:21

**technician** [1] - 19:23

**Technicians** [1] - 26:3

**technicians** [3] - 34:17, 34:23, 129:18

**technique** [1] - 58:20

**techniques** [1] - 130:17

**TELECONFERENC E** [1] - 1:1

**teleconference** [1] - 1:15

**telephone** [1] - 195:7

**temporal** [1] - 88:22

**ten** [1] - 10:22

**Tenant** [1] - 67:20

**tension** [1] - 188:13

**term** [6] - 71:21, 75:4, 75:5, 104:16, 124:2, 154:9

**terms** [3] - 39:5, 66:15, 87:5

**test** [6] - 49:20, 120:12, 142:12, 154:15, 155:22, 174:14

**tested** [5] - 82:14, 141:16, 151:2, 173:17, 175:18

**testified** [4] - 3:19, 65:22, 136:10, 152:11

**testify** [4] - 66:10, 66:12, 66:18, 197:14

**testimony** [13] - 66:4, 66:9, 72:10, 72:16, 75:15, 78:2, 113:19, 128:3, 136:9, 152:11, 171:11, 196:3

**testing** [4] - 84:4, 103:12, 107:4, 108:8

**text** [1] - 176:20

**textbook** [6] - 26:22, 29:13, 172:13, 172:18, 176:9, 176:22

**textbooks** [4] - 26:12, 29:15, 50:18, 50:20

**THC** [8] - 81:12, 82:7, 83:17, 84:5, 84:7, 174:7, 174:10, 174:11

**THE** [26] - 15:14,

15:16, 39:9, 39:18, 41:17, 47:10, 51:10, 54:13, 54:19, 59:21, 69:7, 73:3, 113:7, 132:9, 133:17, 133:22, 134:3, 142:23, 147:6, 148:20, 154:22, 163:8, 165:10, 178:1, 180:4, 189:23

**themselves** [2] - 110:10, 162:22

**therapy** [3] - 6:18, 19:15, 19:17

**thereafter** [3] - 16:22, 17:12, 18:7

**therefore** [3] - 105:1, 164:16, 166:8

**thesis** [1] - 64:4

**thinking** [2] - 99:12, 163:15

**third** [3] - 17:16, 65:23, 161:18

**thirds** [1] - 66:1

**thready** [2] - 118:13, 158:5

**threat** [2] - 71:3, 131:6

**threatening** [3] - 9:9, 9:12, 190:18

**three** [14] - 15:20, 19:9, 39:10, 52:8, 57:3, 57:4, 65:11, 73:19, 88:15, 112:23, 128:15, 155:3, 171:13, 175:10

**three-word** [1] - 155:3

**throughout** [1] - 120:13

**thrust** [1] - 84:17

**Thule** [1] - 14:3

**tidal** [2] - 28:5, 28:17

**tie** [1] - 3:12

**timeline** [9] - 96:20, 97:4, 97:5, 97:20, 98:7, 98:17, 99:5, 125:9, 171:10

**timelines** [1] - 63:10

**timing** [3] - 78:10, 90:9, 105:16

**tissue** [2] - 39:3, 86:2

**title** [1] - 135:11

**TO** [2] - 198:1, 199:1

**today** [6] - 40:13, 56:11, 58:20, 59:8, 68:18, 69:2

**together** [2] - 87:16, 98:8

**took** [1] - 73:22

**top** [2] - 68:14, 105:1

**topics** [2] - 30:15, 30:17

**torture** [9] - 44:21, 58:3, 58:10, 59:2, 60:23, 61:5, 65:7, 101:3

**tortured** [1] - 44:22

**torturous** [1] - 101:2

**tossed** [1] - 157:11

**total** [1] - 13:9

**totaling** [1] - 52:8

**totality** [4] - 141:16, 166:5, 167:2, 168:19

**toward** [1] - 161:18

**Town** [1] - 8:1

**tox** [2] - 83:10, 107:5

**toxication** [1] - 147:15

**toxicology** [2] - 81:9, 174:18

**toxidrome** [1] - 189:11

**toxidromes** [1] - 82:21

**toxin** [1] - 173:15

**toxins** [1] - 188:14

**trace** [2] - 81:13, 81:14

**trademark** [2] - 6:23, 7:1

**trained** [7] - 17:15, 20:2, 20:13, 24:15, 133:15, 133:20, 174:17

**trainee** [1] - 49:17

**training** [31] - 15:19, 16:7, 17:8, 17:9, 17:20, 17:23, 18:8, 19:5, 23:1, 24:7, 30:21, 33:23, 34:2, 47:17, 48:12, 57:23, 106:9, 108:13, 129:16, 133:4, 133:5, 133:8, 134:11, 134:13, 134:17, 134:20, 159:12, 162:17, 165:14, 172:9, 191:11

**tranquilizing** [1] - 121:10

**transcript** [3] - 3:2, 136:6, 196:3

**transcripts** [1] - 195:13

**transferred** [1] - 169:9

**transition** [1] - 48:23

**transport** [8] - 22:1,

121:20, 124:12, 137:12, 137:15, 137:22, 164:2, 175:21

**transporting** [1] - 22:21

**trapped** [1] - 179:2

**trauma** [34] - 33:7, 37:21, 38:18, 41:14, 42:1, 42:7, 42:12, 42:14, 45:20, 46:3, 46:13, 46:14, 47:7, 47:10, 47:18, 47:19, 52:11, 52:17, 52:18, 53:11, 84:22, 85:9, 85:13, 85:16, 85:19, 87:1, 108:20, 110:1, 110:19, 121:13, 124:4, 126:2, 127:17, 191:14

**traumatic** [8] - 21:17, 42:16, 52:13, 53:9, 53:10, 87:2, 102:3, 191:14

**travel** [2] - 61:18, 61:21

**treat** [7] - 11:14, 11:18, 12:16, 21:16, 22:5, 93:6, 126:15

**treated** [5] - 9:8, 13:10, 22:6, 80:18, 107:8

**treating** [2] - 23:8, 23:13

**treatise** [1] - 172:13

**treatment** [13] - 27:4, 92:23, 93:7, 102:21, 103:13, 122:11, 125:22, 140:10, 140:12, 140:13, 161:13, 161:23, 188:17

**treatments** [1] - 161:4

**tremors** [1] - 92:16

**triage** [8] - 8:19, 9:19, 14:19, 14:20, 14:21, 14:23, 15:1, 15:3

**triaged** [2] - 8:18, 12:11

**trial** [6] - 3:3, 61:17, 61:18, 76:13, 97:4, 186:18

**tried** [3] - 53:10, 88:14, 194:1

**trigger** [1] - 163:8

**triggered** [2] - 163:4, 164:10

**trip** [2] - 61:23, 62:1

**trouble** [1] - 76:20

**true** [9] - 60:16, 70:18, 71:8, 123:18, 140:9, 152:16, 176:14, 185:20, 196:2

**truth** [3] - 197:14, 197:15

**try** [11] - 76:15, 119:13, 126:15, 126:19, 126:23, 127:1, 129:4, 134:8, 136:23, 153:8, 188:19

**trying** [18] - 5:15, 18:22, 21:8, 42:18, 58:11, 63:9, 65:6, 76:18, 89:8, 93:4, 97:1, 109:22, 110:20, 115:5, 142:16, 149:6, 161:15, 169:11

**turn** [4] - 68:14, 89:10, 91:7, 179:10

**turned** [2] - 12:5, 64:13

**turning** [1] - 77:20

**two** [18] - 10:8, 14:4, 14:6, 42:16, 44:7, 50:7, 59:4, 65:11, 65:14, 66:1, 80:6, 80:9, 94:18, 140:3, 147:18, 148:10, 173:21

**two-thirds** [1] - 66:1

**two-week** [1] - 14:6

**tyk** [1] - 198:10

**TYK** [1] - 2:14

**TYKE** [36] - 3:21, 5:10, 19:20, 39:14, 39:20, 42:9, 47:12, 51:12, 54:4, 54:16, 55:2, 57:18, 60:2, 60:6, 61:11, 69:14, 88:7, 99:10, 113:8, 115:18, 132:20, 133:19, 133:23, 134:4, 147:12, 155:5, 163:11, 165:11, 176:5, 178:4, 191:2, 194:9, 194:16, 195:10, 195:14, 199:3

**Tyke** [2] - 3:23, 195:3

**type** [18] - 6:15, 9:23, 11:3, 31:6, 31:15, 35:18, 70:22, 77:18, 79:6, 82:16, 107:3, 121:10, 128:4, 155:14, 161:13, 172:6, 184:21, 185:6

**types** [4] - 8:12, 110:1, 124:14, 187:19

**U**

**um-hmm** [1] - 113:5

**unable** [7] - 11:4, 25:9, 84:21, 85:12, 91:13, 127:23, 155:6

**unapproved** [2] - 45:1, 111:15

**unaware** [3] - 9:4, 32:17, 136:4

**unconscious** [10] - 44:4, 44:12, 44:14, 92:19, 98:9, 101:21, 143:21, 144:5, 157:2, 157:12

**unconsciously** [1] - 93:21

**unconsciousness** [2] - 43:23, 145:11

**under** [16] - 7:4, 10:7, 15:19, 28:20, 33:11, 54:8, 63:1, 124:7, 127:13, 131:16, 132:11, 133:8, 135:12, 173:7, 193:17, 197:10

**undereducated** [1] - 190:17

**undergraduate** [1] - 15:6

**underlie** [1] - 142:19

**underlying** [4] - 50:9, 150:7, 150:11, 183:15

**undersea** [2] - 17:19, 17:23

**Undersea** [2] - 17:21

**understood** [1] - 190:12

**unequivocally** [1] - 147:1

**unique** [1] - 68:8

**unit** [1] - 18:11

**United** [8] - 9:6, 13:14, 32:21, 39:18, 40:2, 129:10, 182:20, 182:23

**UNITED** [1] - 1:3

**University** [1] - 16:15

**unknown** [9] - 43:18, 81:5, 92:1, 92:4, 93:14, 105:16, 107:1, 107:12, 166:6

**unless** [3] - 53:15, 141:6, 174:13

**Unless** [1] - 82:2

**unlocking** [1] - 128:20

**unpaid** [1] - 22:23

**unprotected** [1] - 52:19

**unreasonable** [2] - 8:22, 9:1

**unresponsive** [3] - 44:1, 100:21, 144:5

**unspecified** [1] - 50:11

**unstable** [8] - 37:23, 100:17, 100:20, 105:9, 119:19, 159:9, 168:14, 178:10

**untreated** [2] - 150:12, 174:3

**unusual** [4] - 116:18, 117:13, 117:23, 118:5

**up** [57] - 3:8, 4:22, 14:4, 20:21, 28:23, 31:19, 33:12, 40:12, 42:21, 43:9, 44:20, 45:1, 52:2, 55:14, 57:3, 59:16, 71:5, 72:7, 72:8, 75:19, 77:7, 77:8, 81:3, 86:22, 88:10, 90:7, 91:6, 94:21, 96:3, 96:19, 97:19, 98:6, 98:10, 102:12, 103:11, 108:13, 118:18, 122:3, 143:15, 144:20, 146:10, 151:21, 151:23, 153:4, 153:10, 153:15, 155:9, 157:16, 164:23, 170:13, 178:7, 185:9, 191:13, 192:2, 193:17, 194:2

**up-to-date** [1] - 4:22

**updated** [4] - 4:14, 4:16, 4:21, 136:1

**upright** [1] - 60:9

**Urgent** [1] - 7:16

**urine** [5] - 83:10, 83:11, 84:4, 91:6, 107:5

**US** [11] - 14:8, 17:13, 125:1, 127:21, 129:6, 132:16, 132:18, 132:22, 133:1, 138:13, 138:22

**V**

**vacutainers** [1] - 11:8

**Valley** [2] - 33:7

**varies** [1] - 94:10

**various** [14] - 6:18, 19:14, 58:2, 62:7,

81:10, 81:21, 82:11, 90:2, 90:6, 93:9, 100:13, 109:19, 112:12, 132:3

**vehicle** [12] - 21:14, 22:5, 72:22, 74:3, 76:6, 76:7, 76:11, 76:16, 76:20, 76:21, 87:17, 88:13

**ventilated** [2] - 103:15, 153:7

**ventilation** [17] - 27:23, 28:22, 59:12, 94:14, 95:12, 95:14, 101:5, 102:4, 102:14, 102:18, 104:4, 124:3, 125:6, 125:18, 156:2, 158:9, 164:17

**ventilator** [1] - 103:16

**verbal** [2] - 109:8, 130:17

**verbatim** [1] - 197:8

**verbose** [1] - 72:15

**verify** [1] - 52:1

**versions** [1] - 136:1

**versus** [11] - 24:10, 24:14, 24:23, 53:5, 66:10, 67:20, 68:1, 94:13, 94:14, 110:9

**via** [2] - 9:19, 34:22

**video** [26] - 16:4, 28:2, 90:20, 96:4, 96:8, 96:9, 96:16, 96:23, 97:5, 97:12, 97:20, 98:7, 98:15, 98:16, 98:18, 99:5, 99:6, 99:18, 99:21, 100:9, 101:10, 125:13, 154:20, 155:12, 166:10, 195:7

**VIDEO** [1] - 1:1

**Video** [1] - 1:15

**videoing** [1] - 3:9

**videotape** [1] - 72:17

**videotaped** [1] - 3:6

**view** [1] - 100:4

**Village** [1] - 7:23

**violated** [2] - 124:22, 125:1

**violating** [1] - 162:14

**violation** [1] - 168:10

**violence** [1] - 151:5

**violent** [4] - 30:16, 46:5, 46:11, 72:20

**visual** [2] - 73:6, 87:23

**vitae** [1] - 5:6

**Vitae** [2] - 5:8, 198:3

**vital** [1] - 23:17

**vitals** [3] - 117:10, 119:11, 171:23

**vividly** [1] - 16:9

**voluntarily** [1] - 73:17

**volunteer** [4] - 16:2, 22:19, 22:20, 23:1

**Volunteer** [1] - 16:3

**vs** [1] - 1:7

**W**

**Wade** [2] - 2:11, 49:15

**WADE** [1] - 1:10

**Wait** [1] - 170:9

**wait** [7] - 117:8, 142:13, 158:14, 170:9

**Waive** [1] - 3:1

**waive** [1] - 3:2

**waiving** [1] - 87:22

**war** [1] - 14:13

**warfare** [3] - 18:5, 34:18, 73:5

**warm** [1] - 3:11

**warned** [1] - 165:15

**Washington** [3] - 20:8, 20:11

**watch** [3] - 34:21, 38:1, 42:6

**watching** [1] - 28:2

**water** [4] - 16:17, 18:17, 64:3, 64:4

**watered** [1] - 77:6

**Wax** [2] - 67:20, 67:21

**Wayne** [2] - 15:19, 50:4

**ways** [1] - 115:23

**weak** [3] - 94:1, 118:13, 158:5

**weakness** [1] - 12:5

**weary** [1] - 106:6

**website** [6] - 5:12, 5:14, 5:19, 6:12, 7:4, 13:21

**week** [4] - 9:4, 13:16, 14:6, 20:12

**weigh** [1] - 190:23

**weight** [1] - 45:11

**wellbeing** [2] - 140:17, 141:14

**Wernicke's** [1] - 92:17

**west** [1] - 67:3

**West** [2] - 2:3, 64:11

**Western** [1] - 19:16

**whole** [4] - 53:3, 150:4, 166:13, 197:14

**Wikipedia** [3] -

57:21, 60:5, 198:7

**William** [1] - 64:10

**WILSON** [1] - 2:13

**wine** [2] - 77:12, 148:16

**wiry** [1] - 76:17

**Wisconsin** [4] - 15:23, 16:11, 20:7, 23:4

**withdrawal** [1] - 92:13

**witness** [5] - 68:15, 68:17, 74:1, 76:9, 136:14

**Witness** [1] - 199:2

**WITNESS** [26] - 15:14, 15:16, 39:6, 39:18, 41:17, 47:10, 51:10, 54:13, 54:19, 59:21, 69:7, 73:3, 113:7, 132:9, 133:17, 133:22, 134:3, 142:23, 147:6, 148:20, 154:22, 163:8, 165:10, 178:1, 180:4, 189:23

**witnessed** [2] - 93:19, 112:15

**witnesses** [3] - 48:14, 149:10, 174:9

**WITNESSES** [1] - 199:1

**witnessing** [1] - 74:15

**wonder** [1] - 181:12

**word** [8] - 79:8, 94:18, 94:20, 96:7, 101:12, 101:14, 110:18, 155:3

**words** [4] - 59:13, 118:13, 153:18, 158:6

**workbook** [1] - 31:14

**worksheet** [3] - 56:23, 57:5, 57:14

**Worksheet** [2] - 57:17, 198:6

**worldwide** [1] - 61:1

**worried** [2] - 70:22, 82:20

**worsening** [1] - 107:14

**wound** [5] - 10:8, 10:23, 13:22, 48:23, 88:20

**wrap** [1] - 152:20

**wrist** [2] - 118:15, 128:19

**write** [1] - 62:15

**writing** [4] - 33:1, 33:12, 84:10, 197:10

**written** [3] - 35:19, 65:21, 190:15

**wrote** [3] - 48:9, 49:22, 156:21

**Y**

**year** [4] - 15:21, 31:10, 33:14, 183:5

**years** [19] - 13:11, 15:20, 16:5, 16:10, 18:9, 19:9, 21:5, 34:16, 41:3, 44:3, 57:3, 57:4, 64:17, 66:9, 82:14, 114:2, 127:11, 133:6, 183:23

**yell** [1] - 151:20

**yelling** [1] - 151:19

**yells** [1] - 45:6

**YORK** [2] - 1:3, 197:1

**York** [8] - 1:18, 3:18, 10:11, 16:11, 19:16, 20:9, 20:10, 197:6

**yourself** [4] - 8:8, 29:17, 40:11, 161:1

**Z**

**Ziprasidone** [1] - 121:8