*Sterba, MD - Tyke - 7/19/17*

105

| | | |
|---|---|---|
| 12:36:55 | 1 | Therefore, you have a metabolic acidosis on top of |
| 12:36:58 | 2 | the preceding respiratory acidosis.  That is why |
| 12:37:02 | 3 | his pH was so low. |
| 12:37:04 | 4 | **Q.**    Would that also be something that you |
| 12:37:08 | 5 | would see in somebody who had suffered a cardiac |
| 12:37:13 | 6 | arrest? |
| 12:37:13 | 7 | **A.**    Yes. |
| 12:37:13 | 8 | **Q.**    Going back to describing that Docher's |
| 12:37:17 | 9 | condition was critical and unstable, would you |
| 12:37:20 | 10 | consider his condition when emergency medical |
| 12:37:23 | 11 | services arrived as a medical emergency? |
| 12:37:27 | 12 | **A.**    Yes. |
| 12:37:27 | 13 | **Q.**    And then you go over the five ongoing |
| 12:37:38 | 14 | problems that he was suffering from, number one, |
| 12:37:41 | 15 | was alcohol ingestion of hard liquor and then |
| 12:37:45 | 16 | Natural Ice, amounts and timing unknown? |
| 12:37:48 | 17 | **A.**    Right. |
| 12:37:49 | 18 | **Q.**    When you talk about that he was -- has |
| 12:37:54 | 19 | a problem with alcohol ingestion, can you describe |
| 12:37:57 | 20 | for me what, if any, affects he was having from the |
| 12:38:01 | 21 | alcohol? |
| 12:38:01 | 22 | **A.**    No. |
| 12:38:02 | 23 | **Q.**    Why do you describe that as a problem? |

Sterba, MD - Tyke - 7/19/17

120

| | | |
|---|---|---|
| 13:04:48 | 1 | the capillary refill, which is prolonged because we |
| 13:04:52 | 2 | do have a capillary refill greater than 2 seconds |
| 13:04:56 | 3 | about four minutes later.  So things are all |
| 13:04:59 | 4 | abnormal but incomplete. |
| 13:05:01 | 5 | **Q.**   Do you have any opinion as to if his |
| 13:05:04 | 6 | blood pressure was taken at 18:38 what that blood |
| 13:05:07 | 7 | pressure would be? |
| 13:05:08 | 8 | **A.**   No.  I can't say with medical certainty |
| 13:05:11 | 9 | that it was normal or abnormal.  It was just |
| 13:05:15 | 10 | missed.  And for Rosario to know that low blood |
| 13:05:18 | 11 | pressure is a contraindication, and that is what he |
| 13:05:21 | 12 | put on his test, and that is what you see |
| 13:05:25 | 13 | throughout all of these protocols.  He needed to |
| 13:05:28 | 14 | measure the blood pressure. |
| 13:05:29 | 15 | **Q.**   We talked about your time as an EMT |
| 13:05:31 | 16 | with chemical sedation, your time as an emergency |
| 13:05:36 | 17 | room physician have you ever had to administer |
| 13:05:41 | 18 | chemical sedation? |
| 13:05:42 | 19 | **A.**   Yes. |
| 13:05:43 | 20 | **Q.**   And is chemical sedation something that |
| 13:05:47 | 21 | is recognized for patients who are combative? |
| 13:05:51 | 22 | **A.**   Yes. |
| 13:05:51 | 23 | **Q.**   Is Ativan one of the drugs -- and we |