UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

        Plaintiff(s),

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as Sheriff of St. Lucie County,
Florida, JOSE ROSARIO, individually, and
the ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

        Defendant(s).
_____/

CASE NO.: 2:16cv14413

### DEFENDANT, JOSE ROSARIO'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT AS TO COUNTS X, XI AND XII OF THE SECOND AMENDED COMPLAINT

Defendant, Jose Rosario ("Rosario"), by and through undersigned counsel, and pursuant to Rule 56, Federal Rules of Civil Procedure, Southern District of Florida Local Rule 56.1(a) and the Court's Order Setting Status Conference, Calendar Call and Trial Date and Order of Reference to Magistrate dated October 17, 2016 [DE 11] hereby files this his Statement of Undisputed Facts in support of his Motion for Summary Judgment as to Counts X, XI and XII of the Second Amended Complaint.

**STATEMENT OF UNDISPUTED FACTS**

1. On May 11, 2014, at approximately 6:03 p.m., uniform patrol deputies with the St. Lucie County Sheriff's office were dispatched to the CVS pharmacy located at 301 NW Prima Vista Boulevard in referenced to a 911 hang-up call inside the store. *See* St. Lucie County Sheriff's Office Incident/Investigation Report Case # 14-05401 page 6. A copy of the St. Lucie County Sheriff's Office Incident/Investigation Report Case # 14-05401 is attached hereto as **Exhibit 1**.

2. Deputy Newman, Deputy Mangrum and Deputy Robinson, arrived on scene and they began to interact with Tavares Docher ("Docher). *See* Exhibit 1 page 6.

3. Following their interaction, Docher was handcuffed and placed into the back seat of a marked patrol car. *See* Exhibit 1 page 6.

4. He was seated in the back seat with his feet still outside the car. *See* Exhibit 1 page 6.

5. While attempting to get him completely into the car, he jumped out and attempted to flee. *See* Exhibit 1 page 6.

6. The deputies grabbed Docher and they all fell to the ground. *See* Exhibit 1 page 6.

7. While on the ground, Docher continued to resist by flailing around, kicking his legs and attempting to bite the deputies. *See* Exhibit 1 page 6, 14, 19, 21, 29, 30 and 31.

8. At some point during the altercation, Docher received a laceration on the right side of his head. *See* Exhibit 1 page 6, 17, 18, 19. A copy of the St. Lucie County Fire

District May 11, 2014, Run Report for Tavares Docher is attached hereto as **Exhibit 2**. *See* Exhibit 2 page 3.

9. Fire Rescue was summoned and back-up was also called. *See* Exhibit 1 page 6.

10. The deputies on scene began to render aid to Docher until fire rescue arrived. *See* Exhibit 1 page 6, 29, 30 and 31.

11. During the altercation, Deputy Newman sustained injuries to his elbow, knee and left eye. *See* Exhibit 1 page 30.

12. Prior to the arrival of Fire Rescue, Docher was heard yelling "they gonna kill me." See Exhibit 1 page 26, 27 and 29. See cell phone video by Shaun Mahoney attached hereto as **Exhibit 3**.[1]

13. The cell phone video ends sometime prior to fire rescue's arrival. *See* Exhibit 1 page 29. *See* Exhibit 3.

14. The exact time of the cell phone video is unknown. *See* Exhibit 3.

15. At 18:29:56, the St. Lucie County Fire District ("SLCFD") received an emergency trauma call to respond to the CVS Drug Store parking lot at 301 NE Prima Vista Boulevard, Port St. Lucie, FL 34983. *See* Exhibit 2 page 1.

16. Rescue 3 was dispatched at 18:30:12. *See* Exhibit 2 page 5.

17. A-Shift Lead Crew Member Rosario and Thomas Sinclair ("Sinclair") were on board. *See* Exhibit 2 page 5.

---

[1] This exhibit is a video file, as such, Rosario is filing a Motion to File Exhibits Conventionally contemporaneously with this Statement of Facts, if granted, Rosario will provide the Court with a DVD of the video exhibit.

18. Rosario was the primary paramedic on the call. *See* Exhibit 2 page 5. *See* (Rosario dep. 54:14-20, April 13, 2017). A copy of the April 13, 2017, deposition transcript for Jose Rosario is attached hereto as **Exhibit 4**.

19. Rosario and Sinclair arrived on scene at 18:34:00. *See* Exhibit 2 page 5.

20. Deputy Michael Favale arrived on scene at approximately the same time. *See* Exhibit 1 page 15.

21. At 18:36:00, Rosario began assessing the situation and Docher. *See* Exhibit 2 page 1 and 3. *See* Exhibit 4 (Rosario Dep. 70:1-3).

22. Docher was initially assessed by at 18:36:00. *See* Exhibit 2 page 1 and 3.

23. Rosario noted that Docher's breathing quality was fast 20 – 30, the venous hemorrhage controlled by PTA (Prior to arrival), extremities normal, central body color normal, mucous membrane normal, and airway, breathing quality, muscle use, chest rise, skin temp, skin turgor and cap refill were all within normal limits. *See* Exhibit 2 page 1.

24. Deputy Favale noted that Docher was breathing heavily at this time. *See* Exhibit 1 page 15.

25. One deputy reported that alcohol had been involved. *See* Exhibit 2 page 3.

26. However, Rosario denied smelling alcohol on Docher at the scene and was not sure if Docher had been drinking. *See* Exhibit 1 page 19. *See* Exhibit 4 (Rosario Dep. 38:22-39:1; 60:23-61:4).

27. Docher had a laceration on the right side of his head with minimal to no bleeding. *See* Exhibit 1 page 15. *See* Exhibit 2 page 3.

24. Docher's nose and mouth had fresh blood on them. *See* Exhibit 2 page 3.

25. He was lying on his side with his head surrounded by a pool of blood. *See* Exhibit 1 page 14, 18, 19, 29, 30 and 31. *See* Exhibit 2 page 3.

26. Docher was still active while the deputies were on him. *See* Exhibit 1 page 14, 18, 19, 21, 29, 30 and 31. *See* Exhibit 2 page 3.

27. At 18:38 Rosario noted that Docher had a pulse of 110 regular and rapid, respirations 28, respiratory effort normal and was responsive to painful stimuli. *See* Exhibit 2 page 3.

28. At 18:39 Rosario and Sinclair attempted to place Docher on a backboard. *See* Exhibit 2 page 3.

29. However, Docher was very combative and would not stay on the backboard. *See* Exhibit 1 pages 14, 18, 19, 30 and 31. *See* Exhibit 2 page 3. *See* Exhibit 4 (Rosario Dep. 63:11-16).

30. Docher kicked Rosario causing him to fall backwards. *See* Exhibit 1 pages 6, 19, 30 and 31. *See* (Robinson Dep. 39:4-15, May 25, 2017). A copy of the deposition transcript for Calvin Robinson is attached hereto as **Exhibit 5**. *See* (Newman Dep. 52:17-22, May 31, 2017). A copy of the deposition transcript for Christopher Newman is attached hereto as **Exhibit 6**.

31. At 18:40:00, due to the Docher's combative nature, he was administered 4 mg of Ativan intramuscular in his right buttocks. *See* Exhibit 2 page 3. *See* Exhibit 4 (Rosario Dep. 62:21-23).

32. The SLCFD's guideline allows for sedation of combative patients. A copy of the SLCFD Sedation Guideline in effect on May 11, 2014, is attached hereto as **Exhibit 7**.

33. The guideline allows for Ativan 1 mg increments to a max of 4 mg without physician consult. *See* Exhibit 4 (Rosario Dep. 38:2-9; 52:8-53:20). *See* Exhibit 7. *See* (Gonzalez Dep. 46:21-47:4; 58:19-59:3; 63:1-7, May 22, 2017). A copy of the deposition transcript for Captain Brian Gonzalez is attached hereto as **Exhibit 8**.

34. Alcohol is not listed as a contraindication for Ativan on the SLCFD's Sedation Guideline. *See* Exhibit 7.

35. Alcohol is not listed as a contraindication on the FDA approved Package Insert for Ativan. A copy of the FDA approved Package Insert for Ativan is attached hereto as **Exhibit 9**.

36. Rosario testified that that he was not aware of alcohol being a contraindication to Ativan. *See* Exhibit 4 (Rosario Dep. 38:22-39:1).

37. At 18:43:00, it was determined that Docher had no pulse, was not breathing and was in cardiac arrest (asystole). *See* Exhibit 2 page 3.

38. CPR was begun and a King Airway was used for immediate airway control. *See* Exhibit 2 pages 3 and 4.

39. An IV was placed in Docher's jugular and he was given 1 mg of Epi and 50 mEq of Sodium Bicarb. *See* Exhibit 2 pages 3 and 4.

40. Docher was successfully defibrillated and more CPR administered. *See* Exhibit 2 page 3 and 4.

41. At 18:47:45, Docher was transported in Rescue 3 to St. Lucie Medical Center, while Sinclair and Rosario treated Docher in the rear of Rescue 3. *See* Exhibit 2 pages 3 and 4.

42. Docher had return of spontaneous circulation before being turned over to St Lucie Medical Center Emergency Room staff at 18:56:10. *See* Exhibit 2 pages 3 and 4. A copy of the emergency room medical records from St. Lucie Medical Canter emergency room is attached hereto as **Exhibit 10**.

43. Laboratory testing at St. Lucie Medical Center revealed that Docher had a blood alcohol level of .038. *See* Exhibit 9 page 9 and 36.

44. A Brain CT without contrast was negative (no depressed skull fracture). *See* Exhibit 9 page 12.

45. Rosario did not speak to Docher on scene. *See* Exhibit 2 page 3. *See* Exhibit 4 (Rosario Dep. 66:2-24). *See* Exhibit 5 (Robinson Dep. 67:7-68:4; 72:9-12).

46. Rosario never heard Docher yelling "they gonna kill me" or any other variation of that statement. *See* Exhibit 2 page 3. *See* Exhibit 4 (Rosario Dep. 66:2-24).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to the following: **Adam Hecht, Esq.,** *(Attorneys for Plaintiff)* ash@searcylaw.com, axs@searcylaw.com, mal@searcylaw.com, jcx@searcylaw.com, lewisteam@searcylaw.com, Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, FL 33409 Florence@cushniemcmahonlaw.com, Cushnie & McMahon, PL, 543 NW Lake Whitney Place, Suite 106, Port St. Lucie, FL 34986; **Summer M. Barranco, Esq.,** *(Attorneys for Christopher Newman, Claylan Mangrum, Calvin Robinson, Wade Courtemanche, and Ken J. Mascara, as Sheriff of St. Lucie County, Florida)*

summer@purdylaw.com; Melissa@purdylaw.com; Law Offices of Purdy, Jolly, Giuffreda & Barranco, P.A., 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, FL 33304.

*/s/BENJAMIN W. NEWMAN*
BENJAMIN W. NEWMAN, ESQUIRE
Florida Bar No.: 0011223
JULIE A. TYK , ESQUIRE
Florida Bar No.: 84493
Wilson  Elser Moskowitz Edelman & Dicker, LLP
111 N. Orange Ave., Suite 1200
Orlando, FL 32801
Phone: (407) 203-7599
Fax:    (407) 648-1376
Ben.Newman@wilsonelser.com
Julie.Tyk@wilsonelser.com
*Counsel for Defendants, Jose Rosario and St. Lucie County Fire District*