# OBSTETRICS/GYNECOLOGY - CONTINUED

PHYSICIAN CONSULT
- Pre-Eclampsia
  - Magnesium Sulfate loading dose 4 gm/50 cc IV 0.9% NaCl over 15 minutes
  - Magnesium Sulfate maintenance drip 2 gm/50 cc at 50 cc/hr
- Seizures unresolved by magnesium sulfate (Eclamptic)
  - Ativan 1 mg, tirated to effect, max of 4 mg
    - OR
  - Versed 2.5 mg over 2 minutes, may be repeated to a maximum dose of 10 mg

# PAIN MANAGEMENT

CAUTION:
Pain medications may produce respiratory depression

INDICATIONS: Relief of moderate to severe pain: e.g. trauma, fractures, dislocations, kidney stones, and burns

BLS
- Vitalize/Prioritize
- Oxygen/Airway
- Monitor patient's level of consciousness and respiratory status

ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock if stable
  - Fluid bolus in the presence of hypotension
- Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
  - OR
- Morphine 1-5 mg, titrated to effect
- Zofran 4 mg  over a minimum of 30 seconds

PEDIATRIC
- Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
  - OR
- Morphine 0.1 mg/kg, titrated to effect
  - Zofran 0.1 mg/kg  over a minimum of 30 seconds, not to exceed 4 mg



Δ π EXHIBIT 2
Deponent Gonzalez
Date 5/22/17 Rptr BS
WWW.DEPOBOOK.COM

# PHARMACEUTICAL ASSISTED INTUBATION (PAI)

CAUTION:
- Have ALL airway devices and equipment (Suction, Bougie, secondary airway devices) ready
- Etomidate is contraindicated in pediatrics with suspected sepsis, septic shock, and adrenal insufficiency
- Succinylcholine is contraindicated in any patients with a family history of Malignant Hyperthermia
- Neuromuscular blockade does not alter the patient's pain level or level of response
- Use sedation prior to the use of paralytics AND post intubation after the use of Etomidate
- Consider pain management for trauma patients regardless of level of sedation

BLS
- Vitalize/Prioritize
- Oxygen/Airway
  - Preoxygenate the patient for a minimum of 2 minutes via NRM or BVM.  Use adjuncts when appropriate.

ALS
- EKG Monitor
- IV 0.9% NaCl
  - Fluid bolus in presence of hypotension
- **Pre-Medication**
  - Bradycardia:  Atropine 0.5 mg for HR less than 60 bpm
    - Mandatory in ALL repeat doses of Succinylcholine
  - Induction:
    - Etomidate:  0.3 mg/kg, may repeat once for a max dose of 0.6 mg/kg
      OR
    - Versed  5 - 10 mg over 30 seconds, titrated to effect, repeat every 2 minutes if needed, not to exceed 0.3 mg/kg max cumulative dose
- **Neuromuscular Blockade**
  - Succinylcholine 1.5 mg/kg, May be repeated once after Atropine
- **Post Intubation (If further sedation is required)**
  - Sedation:
    - Ativan 1 mg increments to a max of 4 mg
      OR
    - Versed: 2.5 mg over 2 min, may repeat once for max dose of 5 mg
  - PHYSICIAN CONSULT must be obtained to exceed the max allowed benzodiazepine dose.
  - Neuromuscular Blockade
    - Norcuron 0.1 mg/kg, repeat dosing as indicated
- Consider Pain Management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
  - Morphine 1 - 5 mg, titrated to effect
  - Zofran 4 mg over a minimum of 30 seconds

Rev 05/05/2013

# PHARMACEUTICAL ASSISTED INTUBATION - CONTINUED

PEDIATRIC
- **Pre-Medication**
  - Bradycardia:
    - Atropine 0.02 mg/kg for HR less than 100 bpm not to exceed 0.5 mg
  - Induction:
    - Etomidate: 0.3 mg/kg, may repeat once for a max dose of 0.6 mg/kg
    OR
    - Versed 0.3 mg/kg over 30 seconds, not to exceed 10 mg
- **Neuromuscular Blockade**
  - Succinylcholine 2 mg/kg  (No repeat dosing allowed)
- **Post Intubation (If further sedation is required)**
  - Sedation:
    - Ativan 0.1 mg/kg, titrated to effect, not to exceed 4 mg
    OR
    - Versed:  0.3 mg/kg over 30 seconds, may repeat once for max dose of 0.6 mg/kg
- PHYSICIAN CONSULT must be obtained to exceed the max allowed benzodiazepine dose.
  - Neuromuscular Blockade
    - Norcuron 0.1 mg/kg, repeat dosing as indicated
- Consider Pain Management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
  - Morphine 0.1 mg/kg IV or IM slowly
  - Zofran 0.1 mg/kg  over a minimum of 30 seconds, not to exceed 4 mg

# PAI COMPLICATIONS

## SUSPECTED MALIGNANT HYPERTHERMIA (MH)/DUSCHENNE'S MUSCULAR DYSTROPHY

INDICATIONS:
Signs of Malignant Hyperthermia include increasing $EtCO_2$, trunk or total body rigidity, trismus, tachycardia

CAUTION:
Duschenne's Muscular Dystrophy can cause sudden cardiac arrest post Succinylcholine administration.

Use of Calcium Channel Blockers is prohibited in perfusing patients

 ALS:

Contact receiving ER immediately upon onset of suspected Malignant Hyperthermia.
Offer MHAUS hotline# 1-800-644-9737

PHYSICIAN CONSULT - Request dose for all medications
- Hyperventilate with 100% O2 at 10+LPM
- Sodium Bicarbonate
- Cool patient with ice packs to surface areas (MH ONLY)
- Calcium Chloride

# BITES AND STINGS
## BLACK WIDOW

Benzodiazepines are preferred for pain management.



BLS
- Vitalize/Prioritize
- Oxygen/Airway



ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
  - Fluid bolus in presence of hypotension
- Ativan  1 mg increments, max of 4 mg
  - **OR**
- Versed:  2.5 mg over 2 minutes, may repeat once after 5 minutes
- Consider pain management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
  - **OR**
  - Morphine 1-5 mg, titrated to effect
  - Zofran 4 mg  over a minimum of 30 seconds

PHYSICIAN CONSULT
- Calcium Chloride 10% (request dosage from ED Physician)

PEDIATRIC
- Ativan  0.1 mg/kg increments, max of 4 mg
  - **OR**
- Versed:  0.3 mg/kg over 2 minutes
- Consider pain management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
  - **OR**
  - Morphine 0.1-0.2 mg/kg, titrated to effect
  - Zofran 0.1 mg/kg  over a minimum of 30 seconds, not to exceed 4 mg

PHYSICIAN CONSULT
- Calcium Chloride 10% (request dosage from ED Physician)
- Doses greater than max allowed dose of benzodiazepine

TRAUMA\ENVIRONMENTAL

# COCAINE OVERDOSE



BLS
- Vitalize/Prioritize
- Oxygen/Airway



ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
- Fluid bolus in the presence of hypotension
- Seizures, refer to Seizures in Treatment Guideline
- 12 Lead EKG
  - $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- For chest pain with onset of less than 12 hours after cocaine consumption (No ST elevation)
  - Ativan 1 mg q 3-5 minutes until relief of chest pain, max 4 mg
    - **OR**
  - Versed 2.5 mg over 2 minutes, may be repeated once for a max of 5 mg
- If ST elevation noted in 12-lead or chest pain > 12 hours, refer to Acute Coronary Syndrome/ Chest Pain in Treatment Guideline
- Chest pain unrelieved by Ativan/Versed, refer to Acute Coronary Syndrome/Chest pain in Treatment Guideline

PHYSICIAN CONSULT
- Notify emergency department if patient ingested/inserted cocaine powder or crack

PEDIATRIC
- Ativan 0.1 mg/kg
  - **OR**
- Versed 1-2 mg

**TOXICOLOGY**

TO-4

# SEDATION

INDICATIONS:
- Cardioversion
- External pacing
- Combative patient

CAUTION:
- Benzodiazepines may cause respiratory depression or compromise
- When administering, observe for signs of hypotension or respiratory depression

ALS
- Anesthetic spray to posterior pharynx (for intubation)
- Ativan 1 mg increments to a max of 4 mg
     OR
- Versed:  2.5 mg over 2 minutes, may repeat once for max dose of 5 mg

PHYSICIAN CONSULT
- Doses greater than max allowed benzodiazepine

PEDIATRIC
- Ativan 0.1 mg/kg, not to exceed 4 mg, titrated to effect
     OR
- Versed 0.3 mg/kg over 2 minutes, may repeat once after 5 minutes, not to exceed 10 mg total

PHYSICIAN CONSULT
- Doses greater than max allowed benzodiazepine

Rev 05/05/2013

## SEIZURES

CAUTION:
- Refer to OB/GYN Guideline in pregnant/post partum patients (Eclampsia)
- Consider infectious disease as etiology of seizure (Meningitis, Encephalitis). Use appropriate PPE/ BSI
- Use caution not to over cool a febrile patient to the point of shivering. Use of PO medications should be avoided in patients with decreased level of consciousness.
- The preferred route of Versed administration in seizures is intranasal
- Neuromuscular blockade does not supress seizure activity

 BLS
- Vitalize/Prioritize
- Oxygen/Airway
- Protect from injury
- Consider C-Spine precautions if suspected injury

 ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
- Obtain BGL
- Ativan 1 mg, may be repeated to a max of 4 mg
    OR
- Versed 2.5 mg over 2 mintes, may repeat initial dose to a maximum of 10 mg
- Consider use of neuromuscular blockade in cases of status epilepticus, refer to Pharmaceutical Assisted Intubation in Treatment Guideline

PEDIATRIC
- Febrile seizures
  - Treat febrile seizures by cooling. (Avoid rapid temperature change and shivering)
  - Consider Ativan or Versed if seizures are continuous
  - Children's Acetaminophen liquid 10 mg/kg PO when level of consciousness permits
- Idiopathic (non–febrile) seizures
  - Ativan 0.1 mg/kg, not to exceed 4 mg
    OR
  - Versed 0.3 mg/kg, not to exceed 10 mg
- Consider use of neuromuscular blockade in cases of status epilepticus, refer to Pharmaceutical Assisted Intubation in Treatment Guideline

MEDICAL

# LORAZEPAM (ATIVAN)

**CLASS**

Anticonvulsant/Sedative, Benzodiazepine

**ACTIONS**

Lorazepam is a benzodiazepine with a shorter half-life than diazepam. It suppresses the spread of seizure activity through the motor cortex of the brain.

**INDICATIONS**

Eclampsia (Physician Consult)
Post Intubation Sedation
Sedation
Seizures
Black Widow Spider Bites
Cocaine Overdose

**CONTRAINDICATIONS**

History of hypersensitivity

**SIDE EFFECTS**

Hypotension, drowsiness, headache, amnesia, respiratory depression, blurred vision, nausea and vomiting.

**WARNINGS**

Because of its short half-life, seizure activity may recur. In such cases, additional doses may be required. May cause respiratory depression. Monitor respiratory status closely. Romazicon can be used as an antidote.

**DOSAGE**

Adults: 1 mg increments to a max of 4 mg
Pediatrics: 0.1 mg/kg, not to exceed 4 mg

# MAGNESIUM SULFATE

**CLASS**

Anticonvulsant/Antiarrhythmic

**ACTIONS**

Magnesium Sulfate is a central nervous system depressant and vasodilator.

**INDICATIONS**

Eclampsia including pre-eclampsia
Torsades De Pointes
Refractory V-fib/pulseless v-tach
Status asthmaticus

**CONTRAINDICATIONS**

Renal diseases
Heart blocks
CHF
Bradycardia
Cardiogenic shock

**SIDE EFFECTS**

Respiratory depression, bradycardia, heart block, CHF, bronchospasm, postural hypotension.

**DOSAGE**

**Eclampsia:** Loading dose 4 gm/10 cc IVP over 3 min. Maintenance dose 2 gm/50 cc at 50 cc/hr

**Pre-Eclampsia** (Physician Consult): Loading dose 4 gm/50 cc IV 0.9% NaCl over 15 minutes

Maintenance dose 2 gm/50 cc at 50 cc/hr

**Refractory V-fib:** 1-2 gm slow IVP over 1-2 minutes

**Torsades De Pointes:** 1-2 gm diluted in 10 cc NaCl administered IV over 3 minutes, may repeat twice.

**Status Asthmaticus:** 2 gm diluted in 10 cc NaCl administered IV over 3 minutes, may repeat twice.

Rev 1/20/2013