UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

       Plaintiff,

-vs-

CHRISTOPHER NEWMAN, individually,
CLAYTON MANGRUM, individually,
CALVIN ROBINSON,individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE COUNTY,
Florida, JOSE ROSARIO, individually,
and the ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district

       Defendants.
_____/

DEPOSITION OF CAPTAIN BRIAN GONZALEZ

May 22, 2017
9:58 a.m. - 12:24 p.m.

5160 N.W. Milner Drive,
Port St. Lucie, Florida, 34980

Stenographically Reported By:
Barbara J. Shandell, RPR, FPR
Notary Public, State of Florida

EXHIBIT 8

Page 2

```
 1   APPEARANCES:

 2
         On behalf of the Plaintiffs:
 3
         SEARCY, DENNEY, SCAROLA, BARNHART & SHIPLEY, P.A.
 4       2139 Palm Beach Lakes Boulevard
         West Palm Beach, Florida 33409
 5       (561) 686-6300
         ash@searcylaw.com
 6       BY:  ADAM HECHT, ESQ.

 7
         On behalf of the Defendant Port St. Lucie
 8       Fire Rescue:

 9       WILSON, ELSER, MOSKOWITZ, EDELMAN  & DICKER, LLP
         111 North Orange Avenue
10       Suite 1200
         Orlando, Florida 32801
11       (407) 648-1376
         ben.newman@wilsonelser.com
12       BY:  BENJAMIN W. NEWMAN, ESQ.

13       On behalf of the Defendant Ken Mascara:

14       PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
         2455 East Sunrise Boulevard
15       Suite 1216
         Fort Lauderdale, Florida 33304
16       (954) 462-3861
         greg@purdylaw.com
17       BY:  GREGORY J. JOLLY, ESQ.

18
         ALSO PRESENT: KIM SABOL, ESQ.
19

20                         -  -  -

21

22

23

24

25
```

EXHIBIT 8

```
 1                     INDEX OF PROCEEDINGS

 2
      WITNESS:                                      PAGE
 3
      CAPTAIN BRIAN GONZALEZ
 4    Direct Examination By Mr. Hecht                  4

 5    Cross Examination By Mr. Newman                 88
      Certificate of Oath                            91
 6    Certificate of Reporter                        92
      Read & Sign Letter to Witness                  93
 7    Errata Sheet                                   94

 8
                     PLAINTIFF'S EXHIBITS
 9

10     NUMBER                                       PAGE
      No. 1           Notice of taking deposition     35
11                    duces tecum
      No. 2           Guidelines regarding the        38
12                    administration of Ativan
      No. 3           Emergency medical guidelines    42
13
      No. 4           Entire file brought by          89
14                    Captain Brian Gonzalez
                                                       90
15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 8**

Page 4

1      The following proceedings began at 9:58 a.m.:

2                    THE COURT REPORTER: Would you raise

3           your right hand please.

4                    Do you solemnly swear that the

5           testimony you are about to give will be

6           the truth, the whole truth, and nothing

7           but the truth?

8                    THE WITNESS:  I do.

9      Thereupon,

10                   CAPTAIN BRIAN GONZALEZ,

11     having been first duly sworn or affirmed, was examined

12     and testified as follows:

13                   DIRECT EXAMINATION

14     BY MR. HECHT:

15          Q.    Good morning, sir.

16          A.    Good morning.

17          Q.    My name is Adam Hecht.  I represent

18     Tavares Docher.  Today we're here to take your

19     deposition in this matter.

20                Could you please state your full name.

21          A.    Brian Gonzalez.

22          Q.    What's your date of birth?

23          A.

24          Q.    Where are you currently employed?

25          A.    St. Lucie County Fire District.

EXHIBIT 8

1          Q.      How long have you been an employee there?

2          A.      Since 18 years now.

3          Q.      Currently what is your position?

4          A.      Captain of the training and safety

5     division.

6          Q.      How long have you held that position for?

7          A.      As a captain, since October 25th.

8          Q.      Of what year?

9          A.      2016.

10         Q.      Explain for me what are your

11    responsibilities and your role as the captain of

12    training and safety division.

13         A.      I am in charge of all training and safety

14    issues when it comes to the St. Lucie County Fire

15    District.

16         Q.      When you say the St. Lucie County Fire

17    District, does that include paramedics, EMS,

18    firefighters?

19         A.      Yes.

20         Q.      Is there anyone else that you oversee the

21    training and safety issues for besides EMS, paramedics

22    and firefighters?

23         A.      On nonuniformed employees, I do deal with

24    some of their training also.

25         Q.      What's your involvement with the

Page 6

1    nonuniformed employees?

2          A.    If I have to assign like back training or

3    that type of stuff, like non-EMS type training, we

4    also include the non-uniformed personnel.

5          Q.    Since October 25, 2016, have you

6    implemented any policies, procedures, rules or

7    regulations as it pertains to the training and safety

8    issues of paramedics that work at the St. Lucie County

9    Fire District?

10         A.    We have updated the guidelines, EMS

11   guidelines.

12         Q.    When you say that you updated EMS

13   guidelines, what does that mean?

14         A.    We have an EMS Guideline Committee.  The

15   EMS guidelines are a live document.  As they need

16   updated, we make the recommendation up the chain of

17   command.

18         Q.    Who is made up of the EMS Guideline

19   Committee?

20         A.    It's a group of personnel throughout the

21   district.

22         Q.    How many people make up that committee?

23         A.    I am not sure.

24         Q.    Can you name the people that make up that

25   committee?

EXHIBIT 8

Page 7

```
1              A.    I don't have their names on me.

2              Q.    Can you name any of the people that make

3   up that committee?

4              A.    I can tell you who the chair of the

5   committee is, which is Flight Paramedic Matt Nielson.

6              Q.    Anyone else you can name beside

7   Mr. Nielson?

8              A.    Mr. Nielson is in charge of the group of

9   personnel on that committee, so unless I can get into

10  a list, I would be guessing.

11             Q.    Are you on that committee?

12             A.    I oversee the committee.

13             Q.    When you say you oversee the committee,

14  what does that mean?

15             A.    I sit on it and make sure they are making

16  recommendations that are within the scope of practice.

17             Q.    Does the committee vote on what needs to

18  be updated in the EMS guidelines for the St. Lucie

19  County Fire District?

20             A.    They review the guidelines, make

21  recommendations within the committee for those updates

22  and they get recommendations from a person in the

23  field to look into and then they make those

24  recommendations and they go up the chain of command.

25             Q.    When you say once they make those
```

1    recommendations and they go up the chain of command --

2    strike that.

3              When you say they review the guidelines

4    and make recommendations and they go up the chain of

5    command, who makes up that chain of command?

6        A.    Those guidelines will go to me as part of

7    the training safety.  We send it up to the training

8    chief.  If everybody agrees, it gets sent to the

9    medical director to make the final decision on whether

10   it gets implemented.

11       Q.    Who's the training chief?

12       A.    At this time it is Chief Jennifer

13   Chambers.

14       Q.    Who's the medical director?

15       A.    Chi Chiou Liu.

16       Q.    Are you able to tell me as you sit here

17   today, since you've come on as the captain of Training

18   and Safety Division on October 25, 2016, what in the

19   EMS guidelines have been updated?

20       A.    Not off memory.

21       Q.    But have there been updates in the

22   St. Lucie County Fire District EMS Guidelines since

23   you took office on October 25, 2016?

24       A.    Yes.

25       Q.    Are you able to tell me any updates as you

Page 9

1    sit here today or is that simply not possible for you

2    to do?

3         A.    Not off memory.

4         Q.    Have there been any updates since you've

5    taken the position of the captain of Training and

6    Safety Division on October 25, 2016, involving the

7    administration of sedatives to patients by paramedics?

8         A.    I would have to look at our training files

9    to give you a definite answer.

10         Q.    Are your training files located in this

11    building?

12         A.    Yes.

13         Q.    Do you have them with you today?

14         A.    No, sir.

15         Q.    Are you able to get them today?

16         A.    If you gave me time, I would be able to

17    get that information.

18         Q.    Maybe when we take a break, I'd like to

19    have you get the updates that have been instituted by

20    the committee and you since you've taken office

21    regarding the administration of Ativan; is that

22    something you could easily do today?

23         A.    Do you want a specific protocol?

24         Q.    I would like any updates that have been

25    added, amended, instituted, changed, to the medical

Page 10

1   guidelines since you've taken office regarding the

2   administration of Ativan?

3        A.   I can get you a summary of changes.  If

4   you want each specific guideline that has to do with

5   Ativan, it's going to require a little bit of

6   research, a little bit more time.

7        Q.   So maybe that's something that I can

8   request from your attorney if that's going to take too

9   much time today.

10            As you sit here today, are you able to

11   tell me how many changes have been made since you've

12   taken office regarding the administration of Ativan?

13        A.   No, sir.  Not without doing the research.

14        Q.   As you sit here right now, are you able to

15   tell me -- strike that.

16            Backing up a little bit, what was your

17   position on May 11, 2014, at the St. Lucie County Fire

18   District?

19        A.   Was that the date of the incident?

20        Q.   Yes.

21        A.   I was a station officer, lieutenant

22   station officer, station three.

23        Q.   Tell me what a station officer at station

24   three, when you were a lieutenant, did as part of the

25   St. Lucie County Fire District?

1          A.    I oversaw all the daily operations for

2     that station.

3          **Q.    Were you involved at that time in**

4     **instituting, modifying, altering, creating, any**

5     **policies and procedures as it relates to the**

6     **administration of Ativan for paramedics that work at**

7     **the Port St. Lucie Fire District?**

8          A.    I was part of the EMS Guideline Committee.

9          **Q.    So on May 11, 2014, you were part of the**

10    **EMS Guideline Committee and currently as you sit here**

11    **today, you oversee the committee, correct?**

12         A.    That's correct.

13         **Q.    So is it actually considered a more**

14    **involved role now that you have the committee versus**

15    **back in May of 2014?**

16         A.    It's a different job.

17         **Q.    How does being just a part of the EMS**

18    **Guideline Committee differ than being, as you said,**

19    **the person who oversees the committee?**

20         A.    Being part of the EMS Guideline Committees

21    you are involved in making recommendations and doing

22    research on what's new and upcoming.  Overseeing the

23    committee, I take those recommendations, give my

24    opinion, and move it up the chain of command.

25         **Q.    Currently if you disagree with the**

1    **committee, can you strike down any recommendation that**

2    **the committee makes prior to you taking it up the**

3    **chain of command?**

4         A.    I go back to the committee and we have a

5    discussion and as a group we either alter the

6    recommendation or we keep it as is, depending on

7    who -- on the discussion.

8         Q.    **In May of 2014, who was it that oversaw**

9    **the committee?**

10        A.    I am not sure.

11        Q.    **Was there someone that oversaw the**

12   **committee in May of 2014?**

13        A.    I am not sure.

14        Q.    **You were part of the committee in May**

15   **of 2014, correct?**

16        A.    Yes.

17        Q.    **So explain to me the makeup of the**

18   **committee?**

19        A.    You had members of the committee and then

20   there was a chair.  As far as the chain of command

21   above that, I'm not sure who the chair reported to.

22        Q.    **Who was the chair?**

23        A.    Mark Cristaldi.

24        Q.    **Was Mark Cristaldi a**

25   **paramedic/firefighter?**

Page 13

1          A.    I know he was an officer, but what rank at

2     that time, I'm not sure.

3          Q.    **Does Mark Cristaldi still work at the**

4     **St. Lucie County Fire District?**

5          A.    Yes.

6          Q.    **What is his position today?**

7          A.    He's a station officer.

8          Q.    **Was Mark Cristaldi the chair prior to you**

9     **becoming the chair?**

10         A.    We co-chaired it for awhile.

11         Q.    **What were the dates that you co-chaired**

12    **the committee?**

13         A.    I'm not 100 percent sure.  I couldn't tell

14    you.

15         Q.    **Why is it that Mark Cristaldi no longer**

16    **continued to co-chair the committee with you?**

17         A.    It is a volunteer position that you

18    volunteer.  It is not an assignment and he did it for

19    awhile and I cannot answer that question for him.

20         Q.    **Currently where is your office located?**

21         A.    Here in the administrative building.

22         Q.    **What's the address?  Where are we?**

23         A.    I have to look.  5160 Northwest Milner

24    Drive, Port St. Lucie, Florida, 34983.

25         Q.    **Is this where you come to work every day?**

EXHIBIT 8

Page 14

1          A.     Yes, sir.

2          Q.     **Tell me what a typical day is like for**

3    **you.**

4          A.     There is no typical day.  It's what

5    hits -- whatever we get hit with whenever we come in.

6          Q.     **Well, you are the captain of training in**

7    **the safety division, correct?**

8          A.     Correct.

9          Q.     **Do you actually respond to any calls?**

10         A.     I do not get dispatched to any calls.

11         Q.     **Does your day involve staying in this**

12   **building?**

13         A.     Sometimes.

14         Q.     **And then when you're not in this building,**

15   **where are you?**

16         A.     At the stations.

17         Q.     **And at the station, is that where you**

18   **perform training?**

19         A.     Sometimes.

20         Q.     **And where else would you perform training?**

21         A.     In this building.

22         Q.     **So if you're not in the station and you're**

23   **not in this building, where else would you perform**

24   **training?**

25         A.     At the college.

EXHIBIT 8

Page 15

1        Q.     Do you teach?

2        A.     Are you asking do I teach aside from being

3   with St. Lucie County Fire District?

4        Q.     Yes.

5        A.     Yes, I do.

6        Q.     Where you do teach?

7        A.     Indian River State College.

8        Q.     What do you do teach there?

9        A.     At this moment I teach EMT lab.

10        Q.     What is EMT lab?

11        A.     Emergency medical technician.  I teach

12   their lab, their hands-on skills.

13        Q.     My understanding from speaking to

14   Paramedic Rosario, that there's a difference between

15   EMTs and paramedics, correct?

16        A.     Correct.

17        Q.     EMTs do not administer any medication,

18   correct?

19        A.     EMTs administer very few medications.

20        Q.     What medication --

21        A.     They can assist -- I'm sorry, they can

22   assist with very few medications.

23        Q.     But paramedics have the discretion to

24   administer medications to patients out in the field,

25   correct?

EXHIBIT 8

Page 16

```
1          A.    Yes.

2          Q.    Do you currently have any involvement in

3     training paramedics?

4          A.    Yes.

5          Q.    What does that consist of?

6          A.    I ensure that all paramedics meet the

7     required CEUs to maintain their State of Florida

8     certificate, and I also run the apprenticeship

9     program.

10         Q.    What's the apprenticeship program?

11         A.    Paramedic apprenticeship program.  Before

12    any paramedic gets released into the field as a

13    primary paramedic, they have to go through an

14    apprenticeship program and pass the apprenticeship

15    program.

16         Q.    How long does the apprenticeship program

17    last for?

18         A.    It could be anywhere from three months to

19    a year.

20         Q.    Is that field work or classroom work?

21         A.    Both.

22         Q.    You said you run it, so what does that

23    mean?  Do you actually teach anything?

24         A.    No.  I maintain their paperwork and ensure

25    they pass all their tests and keep track of their
```

EXHIBIT 8

1    progress prior to allowing them to have a release

2    interview with myself and Dr. Chi Chiou Liu.

3         **Q.    In your role as the captain of training in**

4    **the safety division, explain to me the difference**

5    **between what it is that you do on the training side**

6    **versus the safety side.**

7         A.    They're all one.

8         **Q.    So just tell me, what does it mean when**

9    **you say you're the captain of training in the safety**

10   **division?**

11        A.    Safety division is part of safety.  At the

12   end of the day, we have to make sure we keep ourselves

13   safe and there is -- whether it's back training, scene

14   safety training to ensure that we are kept safe, and

15   it's training.  It's all one.

16        **Q.    And in addition to keeping the paramedics**

17   **and the EMTs safe, is it also part of your**

18   **responsibility to ensure that the employees, the**

19   **paramedics and the EMTs keep the patient safe?**

20        A.    Are you asking me have we done any

21   training on that?

22        **Q.    I'm asking you as part of your**

23   **responsibilities as the captain of training and safety**

24   **division, is it part of your responsibility to train**

25   **the paramedics and EMTs how to keep patients in the**

EXHIBIT 8

1    **field safe?**

2         A.    We don't have any training modules, but it

3    is -- what's discussed during their training here

4    with -- during apprenticeship program and during their

5    training to receive their license.

6         **Q.    Are you involved in the training of EMTs**

7    **or paramedics?**

8         A.    Yes.

9         **Q.    Tell me how it is that paramedics**

10   **specifically are trained at the St. Lucie County Fire**

11   **District?**

12        A.    We try to hit every possible aspect of

13   training.  There's a hands-on component that we make

14   sure they have hands-on training, whether it's in the

15   field or here at admin.

16             There is educational, which we do through

17   a program that we have that's called target solutions,

18   that we send out training modules that they have to do

19   on their own, and so that way we can hit both hands-on

20   and educational.

21        **Q.    And you spoke about this target solution**

22   **training manual, what is that?**

23        A.    It's a training module, it's a software.

24   That's the software that we use to get training out to

25   personnel at once.

1       **Q.    And as part of that training module, is**

2  **there any training contained within that module**

3  **relating to the administration of Ativan?**

4       A.    I would have to look back at the training.

5  That reverts back to your prior question that you

6  asked me, has there been any changes.  If there are

7  changes, then there was training.

8            MR. NEWMAN:  I just want to make

9       sure I'm clear on the question, you mean

10       specifically with regard to the target

11       solutions?

12            MR. HECHT:  Yes.

13            MR. NEWMAN:  Did you understand

14       that's what he asked?

15            THE WITNESS:  Yes.

16  BY MR. HECHT:

17       **Q.    Let me just make sure that I'm clear, as**

18  **part of the training that paramedics undergo, you said**

19  **that there's hands-on training and there's educational**

20  **training, correct?**

21       A.    Correct.

22       **Q.    And this hands-on educational training,**

23  **does this last for a period of one year?**

24       A.    They are not in their apprenticeship

25  program.  This is anything new or any updates that we

Page 20

1    have to do, we ensure that 100 percent of our

2    personnel get the training before we make any type of

3    implementation.

4         **Q.    So am I correct that as part of your role**

5    **as the chair of the EMS Guideline Committee, if**

6    **there's any changes or updates to the medical**

7    **guidelines, then the paramedics have to go through**

8    **hands-on as well as educational training, correct?**

9         A.    The EMS Guideline Committee, their sole

10   job is to make recommendations.  They do not implement

11   anything, they make recommendations.  It goes up the

12   chain of command, whether those recommendations get

13   implemented or not.

14        **Q.    And once the committee goes up the chain**

15   **of command, it's up to the doctor and the training**

16   **chief whether those recommendations are implemented,**

17   **correct?**

18        A.    At the end of the day, Dr. Liu makes the

19   final decision.

20        **Q.    And if Dr. Liu approves the**

21   **recommendation, is it correct that all of the**

22   **paramedics will go through both hands-on and**

23   **educational training as it was relates to those**

24   **updates?**

25        A.    Depending on the type of training.  Some

1    training modules require hands-on only, some require

2    only educational.  Some require both.

3         **Q.    So my question for you is, have there**

4    **been, since the time that you have been the chair of**

5    **the EMS Guideline Committee, any updates regarding the**

6    **administration of Ativan that paramedics have had to**

7    **learn in the target solution training module?**

8         A.    It goes back to the way I answered your

9    past question, I would have to look and see what

10   training we have implemented since I've been in

11   training.  I can give you that summary of changes, but

12   not at this time.

13        **Q.    Now my understanding is that when someone**

14   **wants to become a paramedic, they have to first be**

15   **trained as an EMT, correct?**

16        A.    That's correct.

17        **Q.    Once someone is an EMT, how long is the**

18   **process by which they have to go through in order to**

19   **become a paramedic?**

20        A.    According to the State of Florida, you can

21   enter the paramedic program once you have an EMT

22   certificate.

23        **Q.    Does the St. Lucie County Fire District**

24   **have any sort of training program that EMTs have to go**

25   **through in order to become a paramedic at the**

Page 22

1   St. Lucie Fire District?

2         A.    It is called the apprenticeship program.

3   If you are -- Let me back up.  Depends if you get

4   hired on as a paramedic or hired on as an EMT.

5         Q.    **If you get hired on as a paramedic, do you**

6   **go through the apprenticeship program?**

7         A.    If you get hired on as a paramedic, you

8   still -- even though you're a state certified

9   paramedic, you still have to go through St. Lucie

10  County Fire District Paramedic Apprenticeship Program.

11        Q.    **How long does that apprenticeship program**

12  **last for?**

13        A.    As I said earlier, three months to a year.

14        Q.    **In May of 2014, what role did you have in**

15  **the apprenticeship program?**

16        A.    I did not.

17        Q.    **So you did not in any way have any sort of**

18  **involvement with teaching, training, educating**

19  **individuals going through the apprenticeship program**

20  **in May of 2014?**

21        A.    I was a station officer.  So my answer is

22  no.

23        Q.    **Where did you go to high school?**

24        A.    Vero Beach High School.

25        Q.    **And after high school did you go on to any**

EXHIBIT 8

Page 23

1       further education?

2               A.      Went to IRSC.

3               Q.      That stands for what?

4               A.      Indian River -- at the time it was Indian

5       River Community College.  At the time it was IRCC,

6       Indian River Community College.

7               Q.      Is that a two-year or four-year program?

8               A.      Well, two-year program.  That's also where

9       I went to paramedic school, EMT school and fire

10      school.

11              Q.      So it's a two-year program, and what did

12      you graduate with?

13              A.      My Associate's in Science at that time,

14      from IRSC.

15              Q.      And then after graduating with an

16      Associate's in Science, what did you do?

17              A.      During that time, that was part of my

18      paramedic/EMT/fire.

19              Q.      During the two-year program that you were

20      at Indian River Community College --

21              A.      Yes.

22              Q.      -- you received your EMT license?

23              A.      Yes.

24              Q.      You received your paramedic license?

25              A.      Yes.

EXHIBIT 8

Page 24

1          Q.      What was the third thing you said?

2          A.      My fire standards.

3          Q.      So after obtaining those licenses, what

4     did you do?

5          A.      You're mixing everything together.  Things

6     didn't happen one after the other.  I went to IRSC,

7     got my EMT fire, hired on with several departments,

8     ended up getting hired on here, and then I went to

9     paramedic school.

10         Q.      Let's just go in order.  At Indian River

11    Community College, it was a two-year program,

12    graduated with your Associate's in Science, correct?

13         A.      No.  I started attending IRCC.

14         Q.      You attended IRCC?

15         A.      Yes.

16         Q.      While attending, what did you study?

17         A.      Went to core classes, EMT and fire.

18         Q.      And you got your license in EMT and fire?

19         A.      Yes.

20         Q.      After that?

21         A.      I got hired on.

22         Q.      By who?

23         A.      City of Winter Haven.

24         Q.      What did you do for the City of Winter

25    Haven?

Page 25

1       A.      Firefighter/EMT.

2       Q.      How long did you work there for?

3       A.      Approximately a year.

4       Q.      Where did you go after that?

5       A.      Brevard County Fire Rescue.

6       Q.      How long did you work there for?

7       A.      Approximately a year.

8       Q.      What did you do for Brevard County?

9       A.      Firefighter/EMT.

10      Q.      After Brevard?

11      A.      Got hired on with St. Lucie County Fire

12   District.

13      Q.      What year did you start working at the

14   St. Lucie County Fire District?

15      A.      July 7, 2000.

16      Q.      What was your position at that time?

17      A.      Firefighter/EMT.

18      Q.      When did you get your paramedic license?

19      A.      Shortly after.

20      Q.      What year?

21      A.      I would have to look at my records.

22      Q.      Shortly after 2000, though?

23      A.      Yes.

24      Q.      Were you a part of the apprenticeship

25   program?

1          A.     Once I became a state certified paramedic,

2     at that time I went through the apprenticeship

3     program.

4          **Q.     Tell me what the apprenticeship program**

5     **consisted of when you went through it.**

6          A.     It's a list of tests.  You had to take

7     tests.  You had to review your guidelines, you have to

8     sit in front of a panel, hands-on skills, and also so

9     many -- certain amount of interventions in the field

10    while being supervised.

11         **Q.     How long did your apprenticeship program**

12    **last for?**

13         A.     I would have to go back in my records to

14    find out how long I was in the program.

15         **Q.     You don't know if it was three months or a**

16    **year?**

17         A.     It was somewhere between three months and

18    a year.

19         **Q.     And has the apprenticeship program changed**

20    **at all from the time you went through it --**

21         A.     Yes.

22         **Q.     -- to the present day?**

23         A.     Yes.

24         **Q.     How has it changed?**

25         A.     It has just been cleaned up.

EXHIBIT 8

Page 27

```
 1          Q.      When you say cleaned up, what does that
 2    mean?
 3          A.      We practice medicine, everything changes
 4    every day.  So we have to make sure that the
 5    apprenticeship program goes hand in hand with our
 6    guidelines.  Any time the guidelines changes, the
 7    apprenticeship program has to change.
 8          Q.      When you went through the apprenticeship
 9    program in 2000, were you trained how to properly
10    administer Ativan to patients in the field?
11          A.      When I came in in 2000, Ativan was not on
12    the rescue trucks.
13          Q.      When did Ativan become part of the rescue
14    trucks?
15          A.      I would have to look at our general orders
16    to find out exactly when it came on.
17          Q.      Currently as part of the apprenticeship
18    program, those that go through the program, are they
19    trained how to properly administer Ativan to patients
20    in the field?
21          A.      Yes.
22          Q.      And are you involved in that training?
23          A.      Yes.
24          Q.      In 2014, were you involved in that
25    training?
```

Page 28

1        A.    No.

2        Q.    So in 2014, who was it that was in charge

3    of the apprenticeship program?

4        A.    I'm not sure.

5        Q.    In 2013, who was it that was in charge of

6    the apprenticeship program?

7        A.    I'm not sure.

8        Q.    In 2006, who was in charge of the

9    apprenticeship program?

10       A.    I'm not sure.

11       Q.    Juno Paramedic Jose Rosario --

12       A.    Yes.

13       Q.    -- have you spoken to him prior to the

14   deposition today?

15             MR. NEWMAN:  You mean about this?

16   BY MR. HECHT:

17       Q.    Yes.  Let me rephrase the question.

18             Prior to your deposition today, have you

19   spoken to Jose Rosario regarding the deposition he

20   gave in this case?

21       A.    No.

22       Q.    Do you oversee Jose Rosario currently?

23       A.    Currently direct supervision, no.

24       Q.    When you say direct supervision, do you

25   have any supervision over him whatsoever?

EXHIBIT 8

Page 29

```
 1          A.    As a training officer, we ensure all

 2    training is done, so I keep in contact with all

 3    paramedics through their station officer.

 4          Q.    Are you involved currently in sanctioning

 5    or disciplining paramedics as it relates to their

 6    performance out in the field?

 7          A.    I do not issue discipline, only

 8    recommendations.

 9          Q.    Again, do you issue those recommendations

10    at the chain of command?

11          A.    Yes.

12          Q.    Who is it that you issue disciplinary

13    recommendations to when we talk about the chain of

14    command?

15          A.    It would be Chief Jennifer Chambers.

16          Q.    In 2014, were you involved in recommending

17    disciplinary actions against any paramedics?

18          A.    No.

19          Q.    In 2006, were you involved in recommending

20    any disciplinary actions against any paramedics?

21          A.    I am not sure.

22          Q.    You've been employed at the St. Lucie

23    County Fire District for 17 years, correct?

24          A.    Yes.

25          Q.    Tell me all of the positions that you've
```

Page 30

1    held?

2           A.    Firefighter/EMT, firefighter/paramedic,

3    lieutenant field training officer, lieutenant station

4    officer, lieutenant training and safety division,

5    captain training and safety division.

6           Q.    Can you tell me the years you were

7    firefighter/EMT?

8           A.    When I got hired on in 2000, I would have

9    to go through human resources to find out the rest of

10   my timeline.

11          Q.    So you can't tell me the years that you

12   were a firefighter/EMT, correct?

13          A.    No.

14          Q.    And you can't tell me the years that you

15   were a paramedic in the field?

16          A.    No.

17          Q.    And you can't tell me the years you were a

18   lieutenant field training officer?

19          A.    No.

20          Q.    You can't me tell me the years you were a

21   lieutenant station officer?

22          A.    No.

23          Q.    You can't tell me the years that you were

24   a lieutenant of training in the safety division?

25          A.    No. October 25th.

EXHIBIT 8

Page 31

1    Q.    Let's go back.  What were the years that

2  you were the lieutenant of the training and safety

3  division?

4    A.    I can tell you when I started being the

5  captain in the training and safety division, it was

6  October 25th of 2016.

7    Q.    And currently who do you report to?  You

8  said it's the Chief, Jennifer --

9    A.    Chief Jennifer Chambers.

10    Q.    In May of 2014, who did you report to?

11    A.    We're going through some chiefs retiring,

12  so I believe at that time -- you know what, I would

13  have to find out.  I would have to go through human

14  resources because we had some retirement and there was

15  a couple of different chiefs at that time.

16    Q.    We've been talking a lot about the medical

17  guidelines, did you bring a copy of those guidelines

18  with you today?

19    A.    What year?

20    Q.    2014.

21    A.    Yes, sir.

22    Q.    Could I see them.

23          Before we launch into that, could we take

24  a brief restroom break?

25          MR. HECHT:  Yes.

EXHIBIT 8

```
 1                    (A brief recess was taken.)

 2   BY MR. HECHT:

 3        Q.    Captain, before we took the break, I was

 4   asking you if you brought the medical guidelines with

 5   you today.

 6        A.    I did not bring the entire medical

 7   guidelines, but I do have the areas where Ativan is

 8   mentioned.

 9        Q.    Can I see those.

10              We'll go ahead and discuss that.

11        A.    Discuss these?

12        Q.    Yes, we'll discuss what you brought with

13   you.

14        A.    Okay.

15        Q.    But before we do that, I'm going to ask

16   you, because I see you have a file in front of you of

17   the things you brought, so tell me what it is that you

18   brought with you today to this deposition.

19        A.    I have the guidelines that Ativan is

20   mentioned in.  I have -- these are also the guidelines

21   back here.

22        Q.    Can I see those?

23        A.    There's a repeat of what I just gave you.

24        Q.    What you just handed me, is this exactly a

25   copy of what you just gave to me?
```

```
 1          A.    Yes, I believe so.

 2          Q.    I'll give that back to you.

 3          A.    This is the run report.

 4          Q.    Is it six pages?

 5          A.    Yes.

 6          Q.    What else?

 7          A.    This was given to me, I haven't looked at

 8     it.  This was an events report.

 9          Q.    Can I see that?

10          A.    I don't know what that is.  I haven't had

11     a chance to look at it.

12          Q.    I'll hand that back to you.

13                What else do you have with you?

14          A.    This is the signature form that was part

15     of the one report that we are required to have signed

16     by either the patient or the ER, saying we basically

17     have taken that patient to the ER.

18          Q.    Okay.

19          A.    EKG strips.

20          Q.    These EKG strips, were these taken out in

21     the field when the paramedics were treating

22     Mr. Docher?

23          A.    These are part of the EMS run report, so

24     these were attachments of the EMS run report.

25          Q.    Does that mean that the paramedics when
```

Page 34

1    they were treating Mr. Docher, hooked him up to an

2    EKG?

3        A.    Yes.  These are statements from both --

4    from the personnel that there at the scene.

5        Q.    Can I see those statements?

6        A.    Yes.

7        Q.    Thank you.

8             So the statements that you just handed me,

9    these are all St. Lucie County Fire District personnel

10   statements, correct?

11       A.    That's correct.

12       Q.    What else do you have with you?

13       A.    Run report.  This is another copy of the

14   event report.  This is a public records request that

15   was made for the guideline and the guidelines are in

16   there.

17       Q.    Okay.

18       A.    This is that event log again.  Okay.  It's

19   a medication test that was taken by Rosario back in

20   '07, when he was in the apprenticeship program.

21       Q.    Anything else?

22       A.    No.  I mean, there's more in there, but

23   it's just guidelines again, same thing, copies of the

24   guidelines.

25       Q.    You've already shown me those?

```
 1          A.    Yes.   It's the same copies of the same

 2     thing I just gave you.

 3          Q.    Now, Captain Gonzalez, you have been

 4     identified as the person or persons with the most

 5     knowledge from the St. Lucie County Fire District set

 6     forth in the attached Exhibit A, which is contained in

 7     this notice of taking deposition duces tecum, which

 8     we'll mark as Exhibit 1.

 9               (Plaintiff's Exhibit No. 1 was marked for

10               Identification by the reporter.)

11          Q.    Have you seen this duces tecum before?

12          A.    Yes.   Yes, I did see this.

13          Q.    Again, it's listed you as the person or

14     persons with the most knowledge from the St. Lucie

15     County Fire District set forth in the attached

16     Exhibit A, so I'd like to go to Exhibit A, which is

17     contained within Plaintiff's 1, and take a look at one

18     through 10 for me.

19               Have you seen one through 10 before?

20          A.    Yes.

21          Q.    And is it correct that you are the person

22     with the most knowledge regarding numbers one through

23     10?

24          A.    I am the person with the most involvement

25     in these areas.
```

1      Q.    Is there someone else that I should be

2    speaking to besides you regarding areas one through

3    10?

4      A.    That would be a decision for you to make.

5    I can tell you what I'm involved in.

6      Q.    Well, I requested to speak with the person

7    with the most knowledge regarding numbers one through

8    10, contained in Exhibit A of Plaintiff's 1, so I want

9    to make sure I'm speaking to the right person with the

10    most knowledge regarding those areas that are listed

11    one through 10.

12            Are you the person with the most knowledge

13    regarding areas one through 10 contained in Exhibit A?

14      A.    I am the person with the most involvement.

15    I cannot account for other people's knowledge.  I can

16    tell you that I am the one with the most involvement

17    in these areas.

18      Q.    All right.

19            And then going to Exhibit B in

20    Plaintiff's 1, it asks for you to bring these things

21    with you today.  Have you brought Exhibit B and all

22    the items contained in Exhibit B with you today?

23      A.    We have done the best to get everything

24    that we need from these areas.

25      Q.    Let's go through them under Exhibit B.

EXHIBIT 8

Page 37

1    Number one, the official policies and customs and

2    practice of the St. Lucie County Fire District

3    regarding the administration of sedatives, such as

4    Ativan by its employees, including Jose Rosario.

5            Did you bring that document with you?

6        A.   We don't have policies, we have

7    guidelines.

8        Q.   Did you bring the guidelines with you

9    today?

10       A.   Yes.  That is part of the EMS Guidelines,

11   the ones I just showed you.

12       Q.   Could you take those out for me please.

13       A.   Can I rephrase that question.

14       Q.   You mean answer?

15       A.   Answer.

16       Q.   Sure.

17       A.   When it comes to patient care, we have

18   guidelines.

19       Q.   So under Exhibit B, number one, I asked

20   for the official policies and customs and practices of

21   the St. Lucie County Fire District regarding the

22   administration of sedatives, such as Ativan by its

23   employees, including Jose Rosario, and is it correct

24   that the St. Lucie County Fire District does not have

25   written policies customs and practices regarding the

EXHIBIT 8

1    administration of sedatives?

2         A.    We have EMS medical guidelines.

3         Q.    And you brought those guidelines with you?

4         A.    They're right here, yes.

5              (Plaintiff's Exhibit No. 2 was marked for

6         Identification by the reporter.)

7              MR. HECHT: What I'd like to do is

8         mark the guidelines as Plaintiff's 2.

9              MR. NEWMAN:  What was one?

10             MR. HECHT:  It was the duces tecum.

11   BY MR. HECHT:

12        Q.    When we talk about Plaintiff's

13   Exhibit 2, which is the guidelines regarding the

14   administration of Ativan, what year were those

15   guidelines in existence from?

16        A.    These guidelines were revised May 5,

17   2013 -- May of 2015 -- Sorry, May of 2013.  Not all of

18   them.

19             Do we need to go through each one when

20   they were revised?

21        Q.    Explain to me what you mean.

22        A.    The EMS Guideline is a living document,

23   meaning you can revise a small portion of the

24   guideline without revising the entire guideline.  So

25   we put dates on the bottom of each individual

Page 39

```
 1    guideline that was revised, that way we know when that

 2    specific guideline was revised.

 3         Q.    Okay.  Can I see that.

 4               Looking at the heading sedation --

 5         A.    Yes.

 6         Q.    -- tell me when the sedation guidelines

 7    were revised.

 8         A.    May 5, 2013.

 9         Q.    And are those the guidelines related to

10    sedation in May of 2014?

11         A.    Yes.

12         Q.    So that sedation guideline would have been

13    in existence and active when Jose Rosario treated

14    Tavares Docher on May 11, 2014?

15         A.    Yes.

16         Q.    Has the sedation guidelines been revised

17    since May 5, 2013?

18         A.    I would have to look.

19         Q.    And did you bring with you any documents

20    in regards to Number 2, that states the official

21    policies and customs and practices of the St. Lucie

22    County Fire District regarding whether sedatives such

23    as Ativan are to be administered incrementally?

24         A.    That is the guideline that we were looking

25    at.
```

Page 40

1      Q.     And that guideline was in effect on

2   May 11, 2014?

3      A.     Correct.

4      Q.     Did you bring with you number three under

5   Exhibit B, the official policies and customs and

6   practices of the St. Lucie County Fire District

7   regarding the administration of sedatives such as

8   Ativan in patients with a medical history of alcohol

9   use, mental illness or both?

10      A.     This is the guideline that we go by.   We

11   do have a pharmacology section that's also part of the

12   guideline.

13      Q.     Anywhere in Exhibit 2 that you've brought

14   with you today, is there any mention of the

15   administration of Ativan in patients with the medical

16   history of alcohol use, mental illness or both?

17      A.     I would have to look through the document.

18      Q.     Take your time.

19      A.     In regards to sedation?

20      Q.     Yes, sir.

21      A.     In regards to sedation, there is no

22   mention.

23      Q.     Are you aware if there has ever been a

24   mention contained within the St. Lucie County Fire

25   District guidelines, any mention of the administration

Page 41

1    of Ativan in a patient with a history of alcohol or

2    mental illness?

3         A.    I am not sure.

4         Q.    So is it correct that in May of 2014,

5    there was no policy, procedure, custom or guideline

6    that directed paramedics who chose to administer a

7    sedative to a patient with a medical history of

8    alcohol use or mental illness?

9         A.    From the information that I have gathered

10   in sitting here in front of you, no.

11        Q.    Did you bring with you number four, the

12   customs, policies and practices of the St. Lucie

13   County Fire District regarding the review of run

14   reports to determine if care and treatment is

15   consistent with existing policies in the best

16   interests of the patient?

17        A.    Yes.

18        Q.    Could you show me that please.

19              Number five, did you bring with you the

20   official written policies of the St. Lucie County Fire

21   District?

22        A.    Policies for what?

23        Q.    Is there a general written set of policies

24   that is given to paramedics that are employed at the

25   St. Lucie County Fire District?

EXHIBIT 8

```
 1          A.    We have an area in our target solution
 2     software that has all of the EMS policies.
 3          Q.    Did you bring that with you?
 4          A.    No, I did not.
 5          Q.    Why not?
 6          A.    It had nothing to do with sedation.  I
 7     brought everything that had to do with sedation and
 8     with this call, but it wouldn't be a problem if you
 9     wanted me to print them all up.
10          Q.    Okay.  Exhibit 2 that you brought with you
11     is how many pages?
12          A.    This one?
13          Q.    Yes.
14          A.    Eight pages.
15               (Plaintiff's Exhibit No. 3 was marked for
16               Identification by the reporter.)
17     BY MR. HECHT:
18          Q.    I'm going to show you what we'll mark as
19     Exhibit 3.  This is 600 pages, Exhibit 3.
20               Have you seen the emergency medical
21     guidelines contained in Exhibit 3 before?
22          A.    Yes.
23          Q.    What is this?
24          A.    This is our guidelines that we were -- we
25     used to work under.
```

Page 43

1       Q.      And do you continue to work under the

2  guidelines that are contained in Exhibit 3?

3       A.      No.

4       Q.      Why not?

5       A.      What exhibit is this?

6       Q.      Exhibit 3.

7       A.      The guidelines that you showed me,

8  Exhibit 3, was a regional guideline.  Many

9  participating agencies were part of this guideline.

10 When it was time for its update, all agencies decided

11 to go on their own.

12      Q.      What was the year that the medical

13 guidelines that I just handed you, which we marked as

14 Exhibit 3, was no longer in use by the St. Lucie

15 County Fire Department?

16      A.      I'm not sure.

17      Q.      Do you know if on May 11, 2014, those

18 emergency medical guidelines were in use and active by

19 the St. Lucie County Fire District?

20      A.      They were not.

21      Q.      So is it your testimony that the emergency

22 medical guidelines that I just handed you contained in

23 Exhibit 3, were no longer used by the St. Lucie County

24 Fire District on May 11, 2014?

25      A.      That's correct.

Page 44

```
 1              Q.    But you don't know when it is that the

 2    St. Lucie County Fire District stopped utilizing those

 3    emergency medical guidelines?

 4              A.    No, I do not.

 5              Q.    Could you find that out for me?

 6              A.    Yes, I can.

 7                    (Plaintiff's Exhibit No. 3 was marked for

 8                    Identification by the reporter.)

 9    BY MR. HECHT:

10              Q.    Exhibit 2 that you brought with you, and

11    specifically the heading sedation, looks to me to be

12    identical to the sedation section that's contained

13    within Plaintiff's Exhibit 3.

14                    So I'm going to have you look at

15    Plaintiff's Exhibit 3 and show me if there's been any

16    changes between what you've brought with you which

17    you've told me is in effect today?

18              A.    I did not say that.

19              Q.    You did not say that?

20              A.    No, sir.

21              Q.    Well, then let's go back.

22                    Exhibit 2 that you brought with you today,

23    which is the guidelines, is that currently in use

24    today by the St. Lucie County Fire District?

25              A.    I'm not sure if it has been updated or
```

EXHIBIT 8

Page 45

1    not.  That's when I had told you I would look into

2    what has and has not been updated.  This guideline is

3    what was in use the day that you had mentioned.

4         Q.   So Exhibit 2, and the heading sedation and

5    the information contained within the sedation page,

6    was in use by the St. Lucie County Fire District on

7    May 11, 2014; is that correct?

8         A.   That's correct.

9         Q.   I'm going to show you Exhibit 2, sedation,

10   and then Exhibit 3, sedation?

11        A.   Okay.

12        Q.   These documents look different, correct?

13        A.   At a glance, yes.

14        Q.   And are you able to tell me if the

15   sedation section from Exhibit 3 was in use in May

16   of 2014?

17             MR. NEWMAN:  Asked and answered.

18        I'm objecting for the record.

19             THE WITNESS:  I have to take a look

20        at it if you give me a moment.

21   BY MR. HECHT:

22        Q.   Okay.

23        A.   Okay.  Your question again?

24        Q.   My question was, the sedation page that's

25   contained in Plaintiff's Exhibit 3, was that in use on

Page 46

1    May 11, 2014, by the St. Lucie County Fire District?

2         A.    No.

3         Q.    And how do you know that?

4         A.    Because this was 2009, this is 2013.

5         Q.    So you looked at the bottom of the

6    sedation page from Plaintiff's Exhibit 3, and because

7    the bottom says October 7, 2009, that leads you to

8    believe that this was not in use on May 11, 2014,

9    correct?

10        A.    If you're asking me do we refer to this

11   page on 2014, the answer is no.  We refer to the 2013,

12   because that's what was in effect in 2014.

13        Q.    So no paramedic would have been utilizing

14   any of the information that's contained on the

15   sedation page in Plaintiff's Exhibit 3, correct?

16        A.    This is Exhibit 3?

17        Q.    Yes, sir.

18        A.    No paramedic would have referenced this

19   guideline in 2014.

20        Q.    Understood.

21              So the document that was in existence and

22   active and that would have been used by a paramedic

23   for reference in May of 2014, is what you brought with

24   you today, Plaintiff's Exhibit 2, heading sedation,

25   correct?

Page 47

```
 1          A.    Correct.
 2          Q.    This is a medical guideline; is that
 3   correct?
 4          A.    Correct.
 5          Q.    Is it a policy and procedure that
 6   paramedics are supposed to follow when administering
 7   Ativan?
 8                MR. NEWMAN:  Object to the form;
 9          asked and answered.
10          A.    It is a guideline.  It is not a policy or
11   procedure.
12   BY MR. HECHT:
13          Q.    And when you say guideline, that leads me
14   to believe that they can essentially stray from the
15   guideline; is that true?
16                MR. NEWMAN:  Object to the form.
17                You can answer.
18          A.    They can come call for orders if they
19   needed to deviate from these guidelines.
20   BY MR. HECHT:
21          Q.    Who would they call?
22          A.    The ER.
23          Q.    Would they speak to a physician?
24          A.    Yes.
25          Q.    Could they also call Dr. Chi?
```

EXHIBIT 8

Page 48

1          A.     Chi Chiou Liu.

2          **Q.     I apologize, Chi Chiou Liu.**

3          A.      If they had a way of getting ahold of him,

4    yes, he could have made that call.

5          **Q.     In 2014, did the paramedics have**

6    **Dr. Chi Chiou Liu's cell phone number?**

7          A.     We don't give his information out.

8          **Q.     So it's correct that the paramedics in**

9    **2014, did not have Dr. Chi Chiou Liu's cell phone**

10   **number?**

11         A.     Correct.

12         **Q.     Did they have his office number?**

13         A.     I couldn't answer that, if he had his

14   office number or not.

15         **Q.     How would the paramedics have gotten in**

16   **touch with Dr. Chi Chiou Liu in an emergency if they**

17   **needed to contact him when they were in the field?**

18         A.     These guidelines are Dr. Liu's offline

19   medical direction.  That's his extension.  If they

20   needed to get ahold of a -- to get online medical

21   direction, they would call the ER.

22         **Q.     Well, again, back to my question, if a**

23   **paramedic was out in the field and needed to talk to**

24   **Dr. Chi Chiou Liu regarding the sedation guidelines,**

25   **would they have been able to contact him?**

1          A.     There would be no reason to contact

2     Dr. Liu, these are offline medical directions.  If

3     they needed assistance, they would call the ER for

4     online medical direction.

5          Q.     **The answer is, if a paramedic in May**

6     **of 2014 wanted to call Dr. Chi Chiou Liu, they would**

7     **have no way of getting ahold of him in an emergency,**

8     **correct?**

9               MR. NEWMAN:  Object to the form.

10              You can answer.

11         Q.     **No, they don't need to get ahold of**

12    **Dr. Chi Chiou Liu.**

13    BY MR. HECHT:

14         Q.     **I understand you're telling me they**

15    **wouldn't need to get ahold of him because they have**

16    **this guideline?**

17         A.     Right.

18         Q.     **I'm with you, I understand what you're**

19    **saying.**

20              **My question is, if they wanted to contact**

21    **him, they would not be able to because they did not**

22    **have his phone number, correct?**

23         A.     Whether they had his phone number or not,

24    I do not know.

25         Q.     **You just told me it was not given out,**

Page 50

1      correct?

2              A.     It doesn't get given out, but if they have

3      it -- I don't know if they have it or not.

4              Q.     But it wasn't a policy in May of 2014 for

5      the paramedics to have Dr. Chi Chiou Liu's number on

6      them, correct?

7              A.     Correct.

8              Q.     Let's go through the sedation guideline.

9              A.     Okay.

10             Q.     Under sedation, it says indications,

11     cardioversion, external pacing, combative patient,

12     anywhere under the heading sedation in Exhibit 2 that

13     you brought with you today, does it list any

14     contraindications for Ativan?

15             A.     No.

16             Q.     Why not?

17             A.     As the guideline says, it doesn't have it.

18     When this guideline was put together, there was no

19     need to put contraindication under it.

20             Q.     Why not?

21             A.     I don't know.

22             Q.     Is it dangerous for the St. Lucie County

23     Sheriff's Office not to have what the

24     contraindications for Ativan administration is under

25     the heading sedation?

EXHIBIT 8

Page 51

1                    MR. NEWMAN:  Object to the form,

2          and also you asked the St. Lucie County

3          Sheriff's Office.

4    BY MR. HECHT:

5          Q.    Let me rephrase the question.

6                Is it dangerous for the St. Lucie County

7    Fire Department not to have the contraindications for

8    Ativan contained within the sedation page contained in

9    the Exhibit 2?

10                   MR. NEWMAN:  Object to the form.

11         A.    Are you asking me for my opinion?

12   BY MR. HECHT:

13         Q.    Well, you are a captain at the Port St.

14   Lucie Sheriff's Office and in charge of the training

15   in the safety division, so I'm asking based on that,

16   is it dangerous not to have listed the

17   contraindications for the administration of Ativan

18   under the sedation heading?

19         A.    No.

20                   MR. NEWMAN:  Object to the form.

21         Also, your question referred to him as a

22         captain in the St. Lucie County Sheriff's

23         Office.

24                   MR. HECHT:  I apologize.  I

25         understand you don't work for the

Page 52

1              Sheriff's Office.

2    BY MR. HECHT:

3          Q.    I'll ask it again, as captain at the

4    St. Lucie County Fire Department in charge of the

5    training and safety division, is it dangerous not to

6    have listed the contraindications for Ativan contained

7    within the sedation heading on Exhibit 2?

8              MR. NEWMAN:  Object to the form.

9          A.    No.

10   BY MR. HECHT:

11         Q.    Why not?

12         A.    There is no contraindications in the

13   emergency setting for Ativan.

14         Q.    Explain that to me, sir.

15         A.    There's a difference between the emergency

16   setting and the nonemergency setting.  Ativan can be

17   given for many different reasons.  Depending on the

18   situation, there may not be a contraindication.  There

19   are cautions, but no contraindications.

20         Q.    Is that how you train your paramedics at

21   the Port St. Lucie Fire Department, that there's no

22   contraindication for Ativan in an emergency setting?

23         A.    We make them aware of the cautions that

24   they need to be aware of when administering Ativan.

25         Q.    And I understand that you're telling me

1          about the cautions, but my question is more specific,

2          is it a part of the training and culture at the Port

3          St. Lucie Fire Department that the paramedics are not

4          trained in the contraindications for Ativan use in an

5          emergency setting?

6                  A.    Can I refer to the guideline real quick?

7                  Q.    Sure.

8                        MR. NEWMAN:  I object to the form

9                  of the question.  Just so we're clear for

10                 the record, the organization is the

11                 St. Lucie County Fire District, it's not

12                 the Port St. Lucie, and it's also not fire

13                 department.  So the St. Lucie County Fire

14                 District.

15         BY MR. HECHT:

16                 Q.    Do you understand so far that all the

17         questions I've asked you are involving your role and

18         position and experience working at the St. Lucie

19         County Fire District?

20                 A.    Yes.

21                 Q.    Sir, you've had a chance to look at --

22                 A.    Yes.

23                 Q.    Exhibit 2.

24                       Would you like me to ask the question

25         again?

EXHIBIT 8

Page 54

```
 1            A.    Yes.

 2            Q.    Is it correct that as part of the training

 3      and culture at the St. Lucie County Fire District,

 4      that paramedics are not trained on the

 5      contraindications for Ativan use or administration in

 6      an emergency setting?

 7            A.    They are trained not to give Ativan if the

 8      patient is hypersensitive to it.

 9            Q.    How would a paramedic know if a patient is

10      hypersensitive to Ativan administration?

11            A.    If that information is given to them on

12      scene.

13            Q.    Who would give the paramedic that

14      information?

15            A.    Either family members or the patient.

16            Q.    What if the patient is not able to speak?

17            A.    If the patients are not able to speak, we

18      look for medical alert tags to see if they are

19      hypersensitive or have any allergies to medication.

20            Q.    What if there's no medical alert tag?

21            A.    If there's no medical alert tag, we weigh

22      out the risk versus gain.

23            Q.    Is that discretionary to the paramedic?

24            A.    Yes.

25            Q.    As part of the training that paramedics go
```

Page 55

1    through in the apprenticeship program, are they

2    trained on the contraindications of Ativan

3    administration?

4         A.   The contraindications as per our

5    protocols.

6         Q.   And is the only contraindication for

7    Ativan administration hypersensitivity?

8         A.   As per our protocols.

9         Q.   Are you aware of any other

10   contraindications for Ativan administration

11   administered intramuscularly to a patient?

12        A.   No.

13        Q.   Are you aware if head trauma is a

14   contraindication to Ativan administration

15   intramuscularly?

16             MR. NEWMAN:  Object to the form.

17             MR. JOLLY:  Join.

18             MR. NEWMAN:  You can answer.

19        A.   No.

20   BY MR. HECHT:

21        Q.   Are you aware if alcohol use is a

22   contraindication to the administration of Ativan

23   injected intramuscularly?

24        A.   No.

25        Q.   Are you aware if excited delirium is a

EXHIBIT 8

Page 56

1    contraindication to the administration of Ativan

2    injected intramuscularly?

3                    MR. NEWMAN:   Object to the form.

4        A.    I would have to look at our excited

5    delivery and protocol.

6    BY MR. HECHT:

7        Q.    Sitting here right now, are you able to

8    answer that?

9        A.    No.

10       Q.    Do you have protocols in front of you

11   related to excited delirium that you could look

12   through to answer that question?

13       A.    I would have to pull the guidelines from

14   2013 and actually look at our protocol at that time.

15       Q.    Are you aware that metabolic acidosis is a

16   contraindication for the administration of Ativan

17   injected intramuscularly?

18                   MR. NEWMAN:   Form.

19       A.    No.

20   BY MR. HECHT:

21       Q.    Are you aware if the use of narcotics is a

22   contraindication for the use of Ativan injected

23   intramuscularly?

24                   MR. NEWMAN:   Form.

25       A.    No.

Page 57

1    BY MR. HECHT:

2         Q.    Are you aware if someone is suffering from

3    respiratory depression -- strike that.

4              Is respiratory depression a

5    contraindication for Ativan use injected

6    intramuscularly?

7              MR. NEWMAN:  Object to the form.

8         A.    No.

9    BY MR. HECHT:

10        Q.    You do not know?

11        A.    All the nos I'm answering, they are not

12   contraindications per our protocol.  The only

13   contraindication is hypersensitivity.

14        Q.    And everything that I've asked you so far,

15   do you have any personal knowledge whether anything I

16   just mentioned is a contraindication for the use of

17   Ativan injection -- excuse me, strike that.

18             Let me just phrase it this way, are you

19   aware if head trauma, alcohol use, narcotic use,

20   metabolic acidosis, respiratory depression, are

21   contraindicated for Ativan to be injected

22   intramuscularly based on any personal knowledge that

23   you have?

24             MR. NEWMAN:  Form objection.

25             MR. JOLLY:  Join.

EXHIBIT 8

Page 58

```
 1            A.    As per our protocol, no.  Above and beyond
 2      that, I don't know.
 3      BY MR. HECHT:
 4            Q.    Let's talk about the sedation protocol
 5      that you have in front of you.
 6                  It says benzodiazepines may cause
 7      respiratory depression or compromise, correct?
 8            A.    Correct.
 9            Q.    Is that something that the paramedics
10      would have been trained on in 2014?
11            A.    Yes.
12            Q.    When administering, observe for signs of
13      hypotension or respiratory depression, they would have
14      been aware of that in 2014?
15            A.    Yes.
16            Q.    ALS stands for advanced life support; is
17      that correct?
18            A.    Correct.
19            Q.    Under the second bullet point, says Ativan
20      one milligram increments to a max of four?
21            A.    Correct.
22            Q.    What were the paramedics trained to do
23      regarding that bullet point in 2014?
24            A.    Regarding the Ativan, one milligram
25      increments to a max of four milligrams?
```

EXHIBIT 8

```
 1          Q.     Yes, sir.

 2          A.     The paramedic can give one milligram up to

 3     four milligrams of Ativan.

 4          Q.     Is that discretionary?

 5          A.     They cannot go over four milligrams

 6     without a physician consult.

 7          Q.     Is it the custom policy and practice of

 8     the St. Lucie County Fire District to have its

 9     paramedics in 2014 decide whether to inject a patient

10     with between one to four bolus milligrams to a patient

11     in the field?

12               MR. NEWMAN:  Form.

13          A.     It was depending on the situation, every

14     situation is different, they have the ability to make

15     that decision.

16     BY MR. HECHT:

17          Q.     Was it the custom, policy, practice of the

18     St. Lucie County Fire District in May of 2014, to give

19     its paramedics the discretion to administer one single

20     four-milligram dose of Ativan intramuscularly to a

21     patient in the field?

22               MR. NEWMAN:  Form.

23          A.     The paramedic has that discretion.

24     BY MR. HECHT:

25          Q.     Was it the custom, policy and practice of
```

Page 60

1    paramedics employed by the St. Lucie County Fire

2    District in May of 2014, to administer intramuscularly

3    one single four-milligram dose to patients in the

4    field?

5              MR. NEWMAN:   Form.

6         A.   They have that discretion.

7    BY MR. HECHT:

8         Q.   In 2014, are you aware of how many times a

9    paramedic injected a four-milligram dose of Ativan to

10   patients during that year?

11        A.   Without doing some research and some

12   digging, I would not be able to give you that off the

13   top of my head.

14        Q.   Do you have the capability of finding out

15   that information?

16        A.   I have the ability to look and see if I

17   can find that information.   Whether I can retrieve

18   that information is a different story.

19        Q.   The word increment, what does that mean to

20   you?

21        A.   One right after the other, or increments.

22        Q.   Like one, then two, then three --

23        A.   Correct.

24        Q.   -- then four.

25        A.   (Witness nods head.)

Page 61

1          Q.     Is it incorrect that a paramedic in May

2     of 2014, did not have to first inject a patient with

3     one milligram, wait, monitor the patient and then if

4     they decide to administer a second milligram, for a

5     total of two milligrams, that's not what this policy

6     says, correct?

7                    MR. NEWMAN:  Let me just object to

8               the form of the question.

9                    Go ahead.

10         A.     If the policy were to state three to

11    five minutes in between or if it gave a time frame in

12    between increments, then yes.  In this case, it does

13    not give a time frame of in between increments.  It

14    allows the paramedic to give up to four milligrams

15    without monitoring in between.

16    BY MR. HECHT:

17         Q.     How do you get to four milligrams if you

18    don't begin with one milligram and work your way up

19    incrementally?

20                    MR. NEWMAN:  Object to the form.

21    BY MR. HECHT:

22         Q.     You do?

23         A.     You give one milligram, right after that

24    you give two, three, four.  It was written like that

25    on purpose for the safety of our paramedics, for the

1    safety of police officers, the safety of the patient.

2              If the paramedic, in this case sedation,

3    had -- was mild, mildly combative, anxiety, those type

4    of signs and symptoms, they would give one milligram,

5    see how it works, that patient is not a detriment to

6    themselves or us.  If Rosario felt that there was a

7    detriment, the patient was -- could cause harm to

8    themselves, to him as a paramedic, or the people

9    around him, he had the right to go straight to four

10   milligrams.  One milligram increments, one after the

11   other, those numbers, if you look on other guidelines,

12   it gives you specifics, three to five minutes in

13   between, two to three minutes in between.  This

14   guideline does not.  For that reason, for the safety

15   of the patient, for the safety of the paramedic and

16   for the safety of others around him.

17        **Q.    So Paramedic Jose Rosario, do you agree**

18   **with me, did not begin with one milligram of Ativan,**

19   **wait a period of time and then give a second one**

20   **milligram, wait a period of time, then give a third**

21   **one milligram and then wait a period of time and then**

22   **give a fourth one milligram?**

23        A.    I was not there, I could not tell you what

24   Rosario did, but I can tell you what the guideline

25   gives them the ability to do.

1      Q.     So just so that I'm clear, that if

2  Paramedic Jose Rosario administered one single dose of

3  four milligrams of Ativan, that is consistent with the

4  St. Lucie County Fire District's guidelines for the

5  injection of Ativan, correct?

6      A.     That's correct.  It actually states it in

7  the guidelines.

8      Q.     Is this guideline that allows paramedics

9  to inject a single four-milligram dose of Ativan to a

10 patient the way that all paramedics employed by the

11 St. Lucie County Fire District have been trained since

12 at least 2012?

13     A.     Paramedics have been trained, if one

14 milligram of Ativan can -- is sufficient to fix the

15 problem, they will give one milligram.  If they need

16 to go to four milligrams because they feel the patient

17 is in danger to themselves, to us as paramedics or to

18 anybody else around, they have the option to go to

19 four milligrams.

20     Q.     And my question was, has the custom,

21 policy and practice that allows paramedics to inject

22 one single four-milligram dose to a patient, been in

23 existence since at least December 18, 2012?

24     A.     I can't say if it was in existence in

25 2012.

Page 64

1          Q.    According to Exhibit 2, under sedation, it

2    looks like you have -- what says revised May 5, 2013?

3          A.    Correct.

4          Q.    So let me rephrase my question:  Is it

5    correct that the custom, policy and practice of the

6    paramedics employed by the St. Lucie County Fire

7    District since May 5, 2013, have had the discretion to

8    inject a single four-milligram dose of Ativan to

9    patients out in the field?

10         A.    Yes.

11         Q.    If we go to page M-8 of Exhibit 2, the

12    heading says pharmaceutical assisted intubation?

13         A.    That's correct.

14         Q.    Is it also correct that the custom, policy

15    and practice of the St. Lucie County Fire District has

16    given discretion since May 5, 2013, that allows Ativan

17    to be administered in one single four-milligram dose

18    post-intubation for the purposes of intubation?

19         A.    Post-intubation?

20         Q.    Yes, sir.

21         A.    Ask that -- rephrase that or ask that

22    question again.

23         Q.    Sure.

24               Is it correct that on page M-8 of

25    Exhibit 2, under the heading pharmaceutical assisted

Page 65

1    intubation, that the custom, policy and practice at

2    the St. Lucie County Fire District gave the paramedics

3    discretion to inject one single four-milligram dose

4    post-intubation to a patient for the purposes of

5    sedation?

6         A.    This is a guideline.  Are you asking, do

7    they have the discretion to give one to

8    four milligrams of Ativan, and the answer is yes?

9         Q.    My specific question was --

10        A.    You're putting post-sedation -- you're

11   putting post-intubation and sedation in the same

12   guideline, and you are looking at two completely

13   different guidelines.

14        Q.    Let's look at M-8.  What I want to know is

15   where it says, under sedation, it says Ativan

16   one-milligram increments to a max of four milligrams?

17        A.    Correct.

18        Q.    What is that referring to?

19        A.    That is referring to post-intubation.

20        Q.    So --

21        A.    If you're sedating a patient due to

22   post-intubation versus the guideline that we were

23   previously at, which is we are sedating somebody due

24   to a combative and violent patient, two completely

25   different guidelines.

EXHIBIT 8

1    Q.    Let me be clear on page M-8, was it the

2    custom, policy or practice of the St. Lucie County

3    Fire District from May 5, 2013 going forward, to allow

4    paramedics to administer one single four-milligram

5    dose of Ativan post-intubation?

6    A.    They have that discretion according to the

7    guideline.

8    Q.    If Jose Rosario in his deposition stated

9    that he had injected approximately 50 to 100 people

10   during the course of his career with one single

11   four-milligram dose of Ativan, do you see anything

12   wrong with that?

13              MR. NEWMAN:   Object to the form.

14   A.    Every call is different.  I cannot answer

15   that question.  I would have to look at each

16   individual call to be able to say whether he was

17   correct in administering those.

18   BY MR. HECHT:

19   Q.    Based on the customs, policies, practices,

20   guidelines of the St. Lucie Fire District, would you

21   agree with me that under those customs, policies and

22   practices, that Medic Jose Rosario was allowed and it

23   was appropriate for him to administer one single

24   four-milligram dose of Ativan to a patient if he felt

25   that the situation required such?

Page 67

```
 1                    MR. NEWMAN:  Object to the form.
 2          A.    Correct.
 3    BY MR. HECHT:
 4          Q.    During the apprenticeship program or any
 5    training that paramedics would have gone through in
 6    2014, were they ever trained regarding the
 7    administration of Ativan and how that may affect a
 8    patient that's under the influence of alcohol?
 9          A.    I wasn't part of the training division at
10    that time.
11          Q.    Is that something that at the present time
12    paramedics are trained on?
13          A.    As guidelines are updated, they are
14    trained.
15          Q.    As you sit here today, is it correct that
16    you're not able to tell me whether currently
17    paramedics are trained on how the administration of
18    Ativan may affect someone that's under the influence
19    of alcohol?
20          A.    I am telling you, like I said earlier, we
21    have updated our guidelines and there has been
22    training on certain -- they're called the guidelines
23    that were updated.  Whether or not sedation was one of
24    them, I'm not sure.
25                    MR. NEWMAN:  We've been going an
```

EXHIBIT 8

Page 68

1          additional hour, so why don't we take a

2          short break.

3                    (A brief recess was taken.)

4     BY MR. HECHT:

5          Q.    **Captain Gonzalez, are you aware of the**

6     **training provided to Jose Rosario regarding the**

7     **administration of Ativan when he was going through his**

8     **paramedic training?**

9          A.    No.

10         Q.    **Number five, under Exhibit A, states that**

11    **you would be the person with the most knowledge**

12    **regarding the training provided to Jose Rosario**

13    **regarding the administration of sedatives such as**

14    **Ativan?**

15         A.    Correct.

16         Q.    **You had no knowledge of that?**

17         A.    I don't know -- I could find his records,

18    but I couldn't tell you off the top of my head what

19    his training is, but however, I do have a medication

20    test that he had to take, which he scored a 99 on,

21    that I have with me, but as far as anything else in

22    the apprenticeship program, I would have to do

23    research on.

24         Q.    **That test he scored a 99 percent on, that**

25    **doesn't discuss whether or not the administration of**

1  **Ativan is contraindicated if someone is suffering from**

2  **a mental illness or head trauma, or alcohol use or**

3  **metabolic acidosis, does it?**

4  A.    That test is a direct reflection of our

5  guidelines.  So that test -- those questions come

6  directly from our guidelines, so if there's nothing in

7  the guidelines, there's nothing on that test.

8  **Q.    And, therefore, would you agree with me**

9  **that Paramedic Rosario, when he was going through his**

10  **training and his apprenticeship, did not learn**

11  **anything about the contraindications for Ativan**

12  **besides hypersensitivity, correct?**

13  A.    According to our guidelines,

14  hypersensitivity is the only contraindications for

15  administering Ativan, so if the district were to

16  supply him with any training, it would have been

17  according to our guidelines.

18  **Q.    Again, the person that wrote the**

19  **guidelines was who?**

20  A.    The person who wrote them?

21  **Q.    Yes.  How were the guidelines formulated?**

22  A.    The guidelines are put together from the

23  guideline committee, which they make recommendations,

24  they get interviewed by the training division, they

25  get approved by the training chief, and then they go

Page 70

```
1       to the medical director to give his final approval.

2            Q.     And that's Dr. --

3            A.     Chi Chiou Liu.

4            Q.     He's the person that gives final approval,

5       correct?

6            A.     (Witness nods head.)

7            Q.     And the committee and going up the chain

8       of command are all people that are employed by the

9       St. Lucie County Fire District, correct?

10           A.     Correct.

11           Q.     In May of 2014, was there a guideline that

12      discussed combative patients?

13           A.     I would have to look at the entire

14      guideline.

15           Q.     Let me show you what's been contained

16      within Plaintiff's Exhibit 3, and the heading is

17      combative patients, and I'll show that to you, page

18      E-14 and page E-15.

19                  MR. NEWMAN:  These are the

20             guidelines he testified that were not in

21             effect.

22                  THE WITNESS:  I was going to say

23             these guidelines are from 2006, which

24             Rosario was not held to, just to let you

25             know.
```

Page 71

1    BY MR. HECHT:

2         Q.    When Medic Rosario went through his

3    training, wasn't that in 2006?

4         A.    It was in 2006, but like I told you

5    earlier, things change, so things that we did in 2006,

6    we no longer do, it's called practicing medicine.

7         Q.    Right.

8         A.    So I can't -- only because we did it in

9    2006, doesn't mean it's correct now.

10        Q.    Understood.

11             So my question, though, is on May 11,

12   2014, the document, the two-page document that I

13   handed you which is contained in Plaintiff's

14   Exhibit 3, entitled combative -- is it combative

15   patients?

16        A.    Combative patients.

17        Q.    Combative patients.

18             Do you know if in May of 2014, that was in

19   existence?

20        A.    I would have to go back and look at what

21   was in effect in 2014 as far as the guidelines.  I

22   would have to look at the entire guideline book to see

23   if that was -- I'm not sure if this was in the

24   guidelines in 2014.

25        Q.    I want to assume, because I'm going to ask

Page 72

1    you questions about this, I want to assume that these

2    were for my questions, okay.  I understand you're

3    saying you don't know if they are, but I'm going to

4    ask you questions about it.  I want you to know that's

5    why I'm asking you.

6              All right.  Could I see that?

7    A.    I need them back if you want me to look at

8    it.

9    Q.    No, I have my own copy.

10   A.    Can I let you know what we're looking at?

11   Q.    Yes.  I'll put it on the record.  We're

12   looking at the emergency medical guidelines titled

13   combative patients from what date?

14   A.    2006?

15   Q.    Yes.

16   A.    What was the beginning page of this entire

17   section?  No, of the section.

18   Q.    I'll give the whole thing to you if you

19   want to look at it.

20   A.    What I'm telling you is, you're looking at

21   the very beginning where it says medical emergency

22   guidelines.  It's broken up -- that guideline, that

23   old guideline was broken up in sections.  This is a

24   section of that guideline.

25              What does the section say?

1       Q.      General medical.

2       A.      These are educational guidelines, not

3    treatment guidelines, so let's make sure that you

4    separate the two.

5       Q.      Okay.

6       A.      We are discussing the educational section

7    of the guidelines, not the treatment section of the

8    guidelines, which are two completely different areas

9    of the guideline, so the medical guidelines at that

10   time.

11      Q.      And what's the difference between the

12   educational and --

13      A.      The difference is the treatment section is

14   how we're going to treat our patient.  The educational

15   guideline is an overview of combative patients.  It

16   educates you in that area.  We may or may not use

17   those areas in our treatment guideline.

18              Our treatment is what Dr. Liu signs off

19   on.  Our guidelines are something that you can look in

20   a reference book and say these -- I'm educating you in

21   combative patients.  We can write a novel on combative

22   patients.  We are held to the standard of our

23   treatment section, which is what we talked about

24   earlier.  So just letting you know.

25      Q.      Is it your position that in 2006, that the

Page 74

1    **combative patient educational guideline was not a**

2    **custom, policy or practice that was to be followed by**

3    **the paramedics employed by the St. Lucie County Fire**

4    **District?**

5         A.    What I'm telling you is the combative

6    patient section in the educational section was to

7    educate personnel a little bit further outside of what

8    Dr. Liu signed off on in the treatment section, just

9    to better educate yourself because, again, the

10   treatment section is a guideline, very specific

11   guideline.  This is just generalized, just like it

12   says, general guidelines educational section.

13        **Q.    Would you classify this combative patient**

14   **portion of the emergency medical guidelines to be a**

15   **policy and procedure in 2006?**

16             MR. NEWMAN:  Object to the form.

17        A.    Like I said, this is a place where people

18   would go to educate themselves.  If you were to look

19   at the combative patient, educational section, it also

20   talks about Haldol.  We do not carry Haldol, we never

21   carried Haldol.  It's just educating patients in the

22   area of combative patients.

23   BY MR. HECHT:

24        **Q.    And my specific question was, the**

25   **combative patient portion of the 2006 emergency**

1    medical guidelines, would you consider the combative

2    patient portion to be a policy and procedure that

3    paramedics were to follow in 2006 at the St. Lucie

4    County Fire District?

5            MR. NEWMAN:  Form.

6        A.    The paramedics will follow the treatment

7    guideline.  They will go here to educate themselves

8    further.  They will not -- they would follow what it

9    says in the treatment guideline.

10    BY MR. HECHT:

11        Q.    So is it your testimony that the

12    paramedics in 2006 did not have to follow this

13    combative patient information contained in the

14    emergency medical guidelines?

15        A.    This is a guideline for them to look at

16    the -- this is a guideline for them to take a look at

17    to educate themselves, to educate -- the treatment

18    section is where they would go to treat the patient.

19        Q.    Were all paramedics in 2006 that were

20    working at the St. Lucie County Fire District supplied

21    with this combative patient information contained

22    within the emergency medical guidelines?

23        A.    Yes.

24        Q.    Was it expected that those paramedics in

25    2006 would follow the information contained within

Page 76

1    this combative patient portion of the emergency

2    medical guidelines?

3         A.    All paramedics were expected to follow the

4    treatment guideline.  If they wanted to educate

5    themselves further, they would go into the educational

6    section.

7         Q.    Looking on page E-15, which is the second

8    page, number five, should a patient become combative

9    the following steps should be taken:  Look for

10   potential etiologies and correct hypoxia, shock,

11   excessive environmental stimulation.

12             B, the following physical restraints are

13   authorized for use if, A, above does not work or

14   apply, and then parentheses, it says apply before

15   transport if it at all possible.

16             One, rayon webbing strapped across chest

17   and legs.  Number two, hard extremity restraints.  And

18   then, in parentheses, all four limbs.

19             Was that the policy of the St. Lucie

20   County Fire District in 2006?

21        A.    This is an overall educational guideline.

22   It is not a policy, it is a guideline.  Did St. Lucie

23   County fire have a policy to restrain patients on all

24   four limbs?  Policy, no.  Guideline, yes.

25        Q.    In 2006, did the St. Lucie Fire District

EXHIBIT 8

Page 77

1    have any policies?

2          A.    Yes.

3          Q.    And did those policies involve the

4    administration of Ativan?

5          A.    I am not sure.

6          Q.    In 2006, were there any policies regarding

7    the physical restraining of a patient?

8          A.    I'm not sure.

9          Q.    Going to C, pharmacologic restraints may

10   be used if physical restraints are not sufficient, or

11   if continued combativeness may interfere with

12   deliverance of proper medical care or may cause

13   further harm to the patient?

14         A.    Correct.

15         Q.    What does that mean to you?

16         A.    Pharmaceutical restraints may be used if

17   physical restraints are not sufficient or if continued

18   combative -- if they cannot be physically restrained,

19   you can sedate them medically.

20         Q.    So in 2006, was it a guideline of the

21   St. Lucie County Fire District that paramedics should

22   first try and use physical restraints to restrain a

23   patient and then go to pharmacologic restraints?

24         A.    According to this guideline, it says

25   pharmaceutical restraints may be used if physical

EXHIBIT 8

Page 78

1   restraints are not sufficient, or if continued

2   combativeness may interfere with deliverance of proper

3   medical care or may cause further harm.

4        Q.    Yes, sir.

5        A.    Right?

6        Q.    Right.

7              So my question is, was it a guideline of

8   the St. Lucie County Fire District in 2006, that

9   pharmacologic restraints should be secondary to

10  physical restraints if physical restraints were not

11  sufficient?

12             MR. NEWMAN:  Object to the form,

13          asked and answered.

14       A.    It's at the discretion of the medic.  Are

15  you talking about me restraining him, PD restraining

16  him?  Their family member restraining them?  That's a

17  decision for the medic to make when they come on

18  scene.  At no point will they put themselves in harm's

19  way, the patients or anybody else that's around.

20  BY MR. HECHT:

21       Q.    So is it your testimony that based upon C,

22  on page E-15, that it was discretionary for the

23  paramedic to decide whether or not to administer a

24  pharmacologic restraint prior to attempting to use a

25  physical restraint?

1        A.     You're asking me a question out of a

2    generalized educational portion of the guideline.  It

3    is in my experience and through the training division,

4    that patients can be medically restrained if the medic

5    feels the need.  If they feel there's a threat to the

6    patient themselves, to the people around them or to

7    themselves, they can take that route.  It is not

8    secondary.

9        Q.     Simply put, if a paramedic in 2006

10   presented to the scene where there were officers

11   around an individual that, let's say, is causing a

12   disturbance, it's discretionary as to whether or not

13   the paramedic administers a sedative or attempts to

14   use some sort of physical restraint?

15            MR. NEWMAN:  Let me object to the

16        form of the question.  Go ahead.

17       A.     You're asking me to draw a line in the

18   sand and every situation is different, so medics have

19   the ability to make that decision on scene, depending

20   on each and every situation.  Every situation is

21   approached differently.

22   BY MR. HECHT:

23       Q.     What did you review prior to coming to

24   this deposition today?

25       A.     Well, I reviewed -- I looked -- I glanced

Page 80

1    at the guidelines, glanced at the run report, and

2    that's pretty much it, just glanced at everything.

3         Q.    Did you review the St. Lucie County

4    Sheriff's Office incident report?

5         A.    I believe it was in there, but I didn't

6    look at it.

7         Q.    Do you know if when Medic Rosario arrived

8    on scene, if Tavares Docher was acting intoxicated?

9         A.    I was not there on scene, so I could not

10   tell you whether he was or wasn't.  And we are not

11   trained to make that decision.

12        Q.    I'm asking you based on your review --

13   well, strike that.

14             Did you read the St. Lucie County

15   Sheriff's incident report?

16        A.    No.

17        Q.    Do you know if in this case, prior to the

18   administration of Ativan if Tavares Docher was

19   suffering from metabolic acidosis?

20        A.    There would be no way of knowing.

21        Q.    Do you know prior to the administration of

22   Ativan if Tavares Docher was suffering from

23   respiratory depression?

24        A.    There would be no way of knowing.

25        Q.    Do you know prior to the administration of

EXHIBIT 8

Page 81

1    Ativan, if Tavares Docher told any of the officers

2    that he was drinking alcohol?

3         A.    I wasn't there.  I cannot say whether he

4    told them that or not.

5         Q.    If Tavares Docher told the officers that

6    he had been drinking alcohol and Medic Rosario learned

7    of that information, would it have been appropriate

8    for Medic Rosario to inject four milligrams

9    intramuscularly of Ativan to Tavares Docher?

10              MR. NEWMAN:  Object to the form.

11        A.    Alcohol consumption is not a

12   contraindication to give Ativan.

13   BY MR. HECHT:

14        Q.    How do you know that?

15        A.    According to our guidelines, the only

16   contraindication is hypersensitivity to Ativan.

17        Q.    So, because the only contraindication is

18   hypersensitivity, that means to all the paramedics

19   that there is no other contraindications for Ativan,

20   correct?

21        A.    There's cautions.

22        Q.    What are those cautions?

23        A.    You want me to read them right from the

24   guidelines?

25        Q.    Sure.

EXHIBIT 8

Page 82

1          A.     Caution, benzodiazepine may cause

2    respiratory depression or compromise.  When

3    administering, observe for signs of hypotension and

4    respiratory depression.  Those are our cautions.

5          Q.     **Did you review Medic Rosario's actions in**

6    **this case?**

7          A.     When you say I reviewed them?

8          Q.     **Do you know what his involvement was in**

9    **this case?**

10         A.     I was his station officer.  So, did we

11   have a discussion of the call back in 2014?  When he

12   came back, I'm sure we did sit down and discuss the --

13   critique the call, so to speak.

14         Q.     **Was he reprimanded in any way?**

15         A.     I am not sure.  Not that I know of.

16         Q.     **Was he disciplined in any way?**

17         A.     Not that I know of.

18         Q.     **Did he have to go through any further**

19   **education or training as a result of his care to**

20   **Tavares Docher?**

21         A.     Not that I know of.

22         Q.     **Is it your position here today that Jose**

23   **Rosario complied with the customs, policies, and**

24   **practices of the St. Lucie County Fire District in his**

25   **treatment of Tavares Docher?**

Page 83

1          A.     Jose Rosario followed the St. Lucie County

2     Fire District guidelines as were stated back in 2014.

3          **Q.     Putting it another way, did Medic Rosario**

4     **in his treatment and care of Tavares Docher on May 11,**

5     **2014, violate any of the customs, policies, practices**

6     **or guidelines of the St. Lucie County Fire District?**

7          A.     As far as my knowledge, he followed the

8     St. Lucie County Fire District guidelines.

9          **Q.     Have you ever injected four milligrams of**

10    **Ativan to a patient intramuscularly or intravenously?**

11         A.     I would have to go back and look at all my

12    reports.

13         **Q.     You're not able to tell me that sitting**

14    **here today?**

15         A.     No.

16         **Q.     Benzodiazepines are central nervous system**

17    **depressants, correct?**

18         A.     Yes.

19         **Q.     And is alcohol also a central nervous**

20    **system depressant?**

21         A.     I would have to do some research.

22         **Q.     Does the St. Lucie County Fire District**

23    **not train paramedics on the interaction of alcohol**

24    **with the human body?**

25         A.     St. Lucie County Fire District trains the

EXHIBIT 8

Page 84

1      paramedics as per the protocols and as per Dr. Liu's

2      recommendations.

3          Q.    Prior to administering Ativan to a

4      patient, are paramedics trained to ask the patient

5      whether or not they've ingested any alcohol or drugs?

6          A.    No.

7          Q.    When Tavares Docher was injected

8      intramuscularly with the Ativan, do you know if he was

9      handcuffed?

10         A.    I wasn't there.  I don't know.

11         Q.    Does the St. Lucie County Fire District

12     have a policy as to whether or not a paramedic could

13     inject someone if they're handcuffed with their hands

14     cuffed behind their back?

15         A.    I would have to look at the policy.  I can

16     tell you I do know that if they are handcuffed, a

17     police officer must be there with them.

18         Q.    That's in the ambulance, correct?

19         A.    Yes.

20         Q.    So my question is, as you sit here today,

21     are you aware if there is a policy in existence

22     currently as to whether a paramedic is allowed to

23     inject someone intramuscularly, with their hands

24     cuffed, with police handcuffs behind their back?

25         A.    There's no policy that I know of.

EXHIBIT 8

1    Q.    What about on May 11, 2014, was there a

2    policy at the St. Lucie County Fire District that

3    discussed whether it was appropriate to inject Ativan

4    to a patient while they are cuffed with their hands

5    behind their back?

6        A.    There was not a policy that I know of.

7        Q.    So would it have been appropriate and

8    within the standard of care of paramedics working at

9    the St. Lucie County First District in 2014, to inject

10   someone with four milligrams of Ativan with their

11   hands cuffed behind their back?

12       A.    If the paramedic feels that their patient

13   is in danger to themselves, to the paramedic or to

14   anyone around them, yes, they have the ability to make

15   that call.

16       Q.    You reviewed the run report, correct?

17       A.    Briefly.

18       Q.    When I say the run report, is that the

19   same thing as paramedics emergency six-page report?

20       A.    Correct.

21       Q.    It was Medic Rosario's intent to inject

22   four milligrams of Ativan intramuscularly to Tavares

23   Docher's buttocks, correct?

24       A.    I have to look at the run report.  I was

25   not there.  I can only go by what the run report says.

Page 86

1                    According to Rosario's run report, he gave

2        Ativan, four milligrams IM.

3             **Q.    In 2014, was Medic Rosario trained to**

4        **aspirate the needle prior to injecting the Ativan?**

5             A.    If he was a release paramedic, which he

6        was, all paramedics are trained on how to administer

7        medications.

8             **Q.    Based on your review of the run report in**

9        **this case and any other documents that you may have**

10       **seen, do you have an opinion as to whether Medic**

11       **Rosario hit a vessel?**

12            A.    I would not know.

13            **Q.    After being injected intramuscularly with**

14       **a four-milligram dose of Ativan, how quickly does it**

15       **take for the dosage to sedate someone?**

16                  MR. NEWMAN:  Object to the form.

17            A.    Depending if it's intramuscular, IV.

18       Intramuscular takes a little bit longer.  Again,

19       educational guidelines, depending on what you read,

20       where you read it, everybody has their opinion.  From

21       what I understand, it could be 10, 15 minutes before

22       you start seeing the effects of Ativan.

23       BY MR. HECHT:

24            **Q.    And that's intramuscularly?**

25            A.    It's intramuscularly.

EXHIBIT 8

Page 87

1      Q.      What about if it was intravenously?

2      A.      It would be a little faster.

3      Q.      How much faster?

4      A.      Five to 10 minutes, I believe.  Again,

5  that would be depending on what literature you read.

6      Q.      In 2014, did paramedics have EMS approved

7  restraints on their vehicles?

8      A.      What do you mean?

9      Q.      What sort of EMS approved restraints are

10  typically on a paramedic's vehicle?

11      A.      We have padded restraints.

12      Q.      Would that have existed on Medic Rosario's

13  vehicle in May of 2014?

14      A.      I'm not sure if they were on there or not.

15      Q.      Was there a policy in 2014 that stated

16  that EMS approved restraints had to be on all the

17  paramedics' vehicles?

18      A.      I would have to look at the policies and

19  procedures.

20      Q.      You can't tell me that as you sit here

21  today?

22      A.      Not right now.

23      Q.      So is it your testimony that there's times

24  that paramedics are out in the field without EMS

25  approved restraints on their vehicles?

EXHIBIT 8

Page 88

```
 1                    MR. NEWMAN:  Object to the form.
 2          A.    If the policy was out at that time, then
 3     they should have been on there.
 4                    MR. HECHT:  I don't have any other
 5          questions.  Thank you.
 6                    MR. JOLLY:  I have no questions.
 7                    MR. NEWMAN:  Very brief follow-up,
 8          Captain Gonzalez.
 9                       CROSS EXAMINATION
10     BY MR. NEWMAN:
11          Q.    With regard to guidelines for the use of
12     Ativan, are there guidelines that do specify time
13     intervals in between administration of milligrams?
14          A.    Yes.
15          Q.    Under what circumstances is Ativan
16     administered or can Ativan be administered pursuant to
17     your guidelines where there is a specified time
18     interval between administrations?
19          A.    That would be under the chest pain,
20     cocaine overdose section.  It actually specifies that
21     there is a time frame in between your increments.
22          Q.    What is that time frame?  Do you know?
23          A.    It's right here.
24          Q.    What is that, sir?
25          A.    According to our cocaine overdose
```

Page 89

1    guideline, Ativan, one milligram every three to

2    five minutes until relief of chest pain, to a maximum

3    of four milligrams.

4                MR. NEWMAN:  Thank you, sir.  I

5         have no further questions.

6                We are going to read the transcript

7         if it's ordered.

8                MR. HECHT:  I'm going to order it.

9                THE REPORTER:  Do you want a copy?

10               MR. JOLLY:  Yes, please.

11               MR. NEWMAN:  Copy.  I want the

12        errata sheet.

13               MR. HECHT:  Captain, I'm going to

14        mark your entire file that you brought

15        with today.  Thank you.

16               (Plaintiff's Exhibit No. 4 was marked for

17        Identification by the reporter.)

18               (A discussion was held off the record.)

19   BY MR. HECHT:

20        Q.    I know there were some documents that you

21   say you didn't bring with you that may exist or you

22   have to go somewhere, I know some of the attorneys

23   have scheduling matters, so I'm not going to ask you

24   to do it now, but I may send a request and ask for

25   certain things that you don't have with you today.

Page 90

1          A.     If the attorney --

2                 MR. HECHT:  I'll send it to your

3          attorney and he may --

4          A.     Whatever they request, I'll be more than

5     happy to do my best to get what you need.

6                 MR. HECHT:  Thank you.  Appreciate

7          it.

8                 MR. NEWMAN:  Okay.

9                 MR. HECHT:  I'll mark the whole

10         file as Exhibit 4.

11                (Plaintiff's Exhibit No. 4 was marked for

12         Identification by the reporter.)

13                (Thereupon, the proceedings

14         concluded at 12:24 p.m.)

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 8

Page 91

CERTIFICATE OF OATH

THE STATE OF FLORIDA    )

COUNTY OF ST. LUCIE     )



            I, the undersigned authority, certify that

CAPTAIN BRIAN GONZALEZ personally appeared before me

and was duly sworn on the 22nd day of May, 2017.



Signed this 27th day of May, 2017.





_____

Barbara J. Shandell, RPR, FPR

Notary Public - State of Florida

My Commission No. FF 945479

My Commission Expires: January 27, 2020

EXHIBIT 8

Page 92

CERTIFICATE OF REPORTER


THE STATE OF FLORIDA    )

COUNTY OF ST. LUCIE     )


       I, Barbara J. Shandell, Registered Professional Reporter, certify that I was authorized to and did stenographically report the deposition of CAPTAIN BRIAN GONZALEZ, pages 1 through 94; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

       I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.


       DATED this 27th day of May, 2017.


_____

Barbara J. Shandell, RPR, FPR

EXHIBIT 8

May 27, 2017

CAPTAIN BRIAN GONZALEZ
c/o Benjamin Newman, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
111 North Orange Avenue
Suite 1200
Orlando, Florida 32801


IN RE:  DOCHER VS. NEWMAN, et al.
CASE NO.:  2:16CV14413


Please take notice that on the 22nd day of May, 2017, you gave your deposition in the above cause.  At that time you did not waive your signature.

The above-addressed attorney has ordered a copy of this transcript and will make arrangements with you to read their copy.  Please execute the Errata Sheet, which can be found at the back of the transcript, and have it returned to us for distribution to all parties.

If you do not read and sign the deposition within a reasonable amount of time, the original, which has already been forwarded to the ordering attorney, may be filed with the Clerk of the Court.

If you wish to waive your signature now, please sign your name in the blank at the bottom of this letter and return it to the address listed below.

Very truly yours,

Barbara J. Shandell, RPR, FPR
Phipps Reporting
1551 Forum Place, Suite 200E
West Palm Beach, Florida 33401



I do hereby waive my signature.


_____
CAPTAIN BRIAN GONZALEZ

EXHIBIT 8

Page 94

ERRATA SHEET
DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
IN RE: DOCHER VS. NEWMAN, et al.
CASE NO. 2:16CV14413
WITNESS:  CAPTAIN BRIAN GONZALEZ   TAKEN: 05/22/2017


PAGE    LINE      CHANGE        REASON FOR CHANGE
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


        Under penalties of perjury, I declare that
I have read the foregoing document and that the facts
stated in it are true.


_____    _____
Date                CAPTAIN BRIAN GONZALEZ

**EXHIBIT 8**

**A**

**a.m** 1:17 4:1
**ability** 59:14
  60:16 62:25
  79:19 85:14
**able** 8:16,25
  9:15,16 10:10
  10:14 45:14
  48:25 49:21
  54:16,17 56:7
  60:12 66:16
  67:16 83:13
**above-address...**
  93:10
**account** 36:15
**acidosis** 56:15
  57:20 69:3
  80:19
**acting** 80:8
**action** 92:17,17
**actions** 29:17,20
  82:5
**active** 39:13
  43:18 46:22
**Adam** 2:6 4:17
**added** 9:25
**addition** 17:16
**additional** 68:1
**address** 13:22
  93:17
**admin** 18:15
**administer**
  15:17,19,24
  27:10,19 41:6
  59:19 60:2
  61:4 66:4,23
  78:23 86:6
**administered**
  39:23 55:11
  63:2 64:17
  88:16,16
**administering**
  47:6 52:24
  58:12 66:17
  69:15 82:3
  84:3

**administers**
  79:13
**administration**
  3:12 9:7,21
  10:2,12 11:6
  19:3 21:6 37:3
  37:22 38:1,14
  40:7,15,25
  50:24 51:17
  54:5,10 55:3,7
  55:10,14,22
  56:1,16 67:7
  67:17 68:7,13
  68:25 77:4
  80:18,21,25
  88:13
**administrations**
  88:18
**administrative**
  13:21
**advanced** 58:16
**affect** 67:7,18
**affirmed** 4:11
**agencies** 43:9,10
**agree** 62:17
  66:21 69:8
**agrees** 8:8
**ahead** 32:10
  61:9 79:16
**ahold** 48:3,20
  49:7,11,15
**al** 93:6 94:2
**alcohol** 40:8,16
  41:1,8 55:21
  57:19 67:8,19
  69:2 81:2,6,11
  83:19,23 84:5
**alert** 54:18,20
  54:21
**allergies** 54:19
**allow** 66:3
**allowed** 66:22
  84:22
**allowing** 17:1
**allows** 61:14
  63:8,21 64:16
**ALS** 58:16

**alter** 12:5
**altering** 11:4
**ambulance**
  84:18
**amended** 9:25
**amount** 26:9
  93:14
**answer** 9:9
  13:19 22:21
  37:14,15 46:11
  47:17 48:13
  49:5,10 55:18
  56:8,12 65:8
  66:14
**answered** 21:8
  45:17 47:9
  78:13
**answering** 57:11
**anxiety** 62:3
**anybody** 63:18
  78:19
**apologize** 48:2
  51:24
**APPEARAN...**
  2:1
**appeared** 91:8
**apply** 76:14,14
**Appreciate** 90:6
**apprenticeship**
  16:8,10,11,14
  16:14,16 18:4
  19:24 22:2,6
  22:10,11,15,19
  25:24 26:2,4
  26:11,19 27:5
  27:7,8,17 28:3
  28:6,9 34:20
  55:1 67:4
  68:22 69:10
**approached**
  79:21
**appropriate**
  66:23 81:7
  85:3,7
**approval** 70:1,4
**approved** 69:25
  87:6,9,16,25

**approves** 20:20
**approximately**
  25:3,7 66:9
**area** 42:1 73:16
  74:22
**areas** 32:7 35:25
  36:2,10,13,17
  36:24 73:8,17
**arrangements**
  93:10
**arrived** 80:7
**ash@searcyla...**
  2:5
**aside** 15:2
**asked** 19:6,14
  37:19 45:17
  47:9 51:2
  53:17 57:14
  78:13
**asking** 15:2
  17:20,22 32:4
  46:10 51:11,15
  65:6 72:5 79:1
  79:17 80:12
**asks** 36:20
**aspect** 18:12
**aspirate** 86:4
**assign** 6:2
**assignment**
  13:18
**assist** 15:21,22
**assistance** 49:3
**assisted** 64:12
  64:25
**Associate's**
  23:13,16 24:12
**assume** 71:25
  72:1
**Ativan** 3:12 9:21
  10:2,5,12 11:6
  19:3 21:6
  27:10,11,13,19
  32:7,19 37:4
  37:22 38:14
  39:23 40:8,15
  41:1 47:7
  50:14,24 51:8

  51:17 52:6,13
  52:16,22,24
  53:4 54:5,7,10
  55:2,7,10,14
  55:22 56:1,16
  56:22 57:5,17
  57:21 58:19,24
  59:3,20 60:9
  62:18 63:3,5,9
  63:14 64:8,16
  65:8,15 66:5
  66:11,24 67:7
  67:18 68:7,14
  69:1,11,15
  77:4 80:18,22
  81:1,9,12,16
  81:19 83:10
  84:3,8 85:3,10
  85:22 86:2,4
  86:14,22 88:12
  88:15,16 89:1
**attached** 35:6,15
**attachments**
  33:24
**attempting**
  78:24
**attempts** 79:13
**attended** 24:14
**attending** 24:13
  24:16
**attorney** 10:8
  90:1,3 92:14
  92:16 93:10,14
**attorneys** 89:22
**authority** 91:7
**authorized**
  76:13 92:7
**Avenue** 2:9 93:3
**aware** 40:23
  52:23,24 55:9
  55:13,21,25
  56:15,21 57:2
  57:19 58:14
  60:8 68:5
  84:21
**awhile** 13:10,19

**B**

**B** 36:19,21,22,25
  37:19 40:5
  76:12
**back** 6:2 11:15
  12:4 17:13
  19:4,5 21:8
  22:3 26:13
  31:1 32:21
  33:2,12 34:19
  44:21 48:22
  71:20 72:7
  82:11,12 83:2
  83:11 84:14,24
  85:5,11 93:11
**Backing** 10:16
**Barbara** 1:23
  91:22 92:6,25
  93:19
**BARNHART**
  2:3
**BARRANCO**
  2:14
**based** 51:15
  57:22 66:19
  78:21 80:12
  86:8
**basically** 33:16
**Beach** 2:4,4
  22:24 93:20
**becoming** 13:9
**began** 4:1
**beginning** 72:16
  72:21
**behalf** 2:2,7,13
**believe** 31:12
  33:1 46:8
  47:14 80:5
  87:4
**ben.newman...**
  2:11
**Benjamin** 2:12
  93:2
**benzodiazepine**
  82:1
**benzodiazepines**

58:6 83:16
**best** 36:23 41:15
  90:5
**better** 74:9
**beyond** 58:1
**birth** 4:22
**bit** 10:5,6,16
  74:7 86:18
**blank** 93:16
**body** 83:24
**bolus** 59:10
**book** 71:22
  73:20
**bottom** 38:25
  46:5,7 93:16
**Boulevard** 2:4
  2:14
**break** 9:18
  31:24 32:3
  68:2
**Brevard** 25:5,8
  25:10
**Brian** 1:14 3:3
  3:14 4:10,21
  91:8 92:9 93:2
  93:25 94:3,25
**brief** 31:24 32:1
  68:3 88:7
**Briefly** 85:17
**bring** 31:17 32:6
  36:20 37:5,8
  39:19 40:4
  41:11,19 42:3
  89:21
**broken** 72:22,23
**brought** 3:13
  32:4,12,17,18
  36:21 38:3
  40:13 42:7,10
  44:10,16,22
  46:23 50:13
  89:14
**building** 9:11
  13:21 14:12,14
  14:21,23
**bullet** 58:19,23
**buttocks** 85:23

**C**

**C** 77:9 78:21
**c/o** 93:2
**call** 42:8 47:18
  47:21,25 48:4
  48:21 49:3,6
  66:14,16 82:11
  82:13 85:15
**called** 18:17
  22:2 67:22
  71:6
**calls** 14:9,10
**CALVIN** 1:8
**capability** 60:14
**captain** 1:14 3:3
  3:14 4:10 5:4,7
  5:11 8:17 9:5
  14:6 17:3,9,23
  30:5 31:5 32:3
  35:3 51:13,22
  52:3 68:5 88:8
  89:13 91:8
  92:9 93:2,25
  94:3,25
**cardioversion**
  50:11
**care** 37:17 41:14
  77:12 78:3
  82:19 83:4
  85:8
**career** 66:10
**carried** 74:21
**carry** 74:20
**case** 1:2 28:20
  61:12 62:2
  80:17 82:6,9
  86:9 93:6 94:2
**cause** 58:6 62:7
  77:12 78:3
  82:1 93:8
**causing** 79:11
**Caution** 82:1
**cautions** 52:19
  52:23 53:1
  81:21,22 82:4
**cell** 48:6,9

**central** 83:16,19
**certain** 26:9
  67:22 89:25
**certificate** 3:5,6
  16:8 21:22
  91:1 92:1
**certified** 22:8
  26:1
**certify** 91:7 92:7
  92:13
**CEUs** 16:7
**chain** 6:16 7:24
  8:1,4,5 11:24
  12:3,20 20:12
  20:14 29:10,13
  70:7
**chair** 7:4 12:20
  12:21,22 13:8
  13:9 20:5 21:4
**Chambers** 8:13
  29:15 31:9
**chance** 33:11
  53:21
**change** 27:7
  71:5 94:4,4
**changed** 9:25
  26:19,24
**changes** 10:3,11
  19:6,7 20:6
  21:11 27:3,6
  44:16 94:1
**charge** 5:13 7:8
  28:2,5,8 51:14
  52:4
**chest** 76:16
  88:19 89:2
**Chi** 8:15 17:2
  47:25 48:1,2,6
  48:9,16,24
  49:6,12 50:5
  70:3
**chief** 8:8,11,12
  20:16 29:15
  31:8,9 69:25
**chiefs** 31:11,15
**Chiou** 8:15 17:2
  48:1,2,6,9,16

48:24 49:6,12
  50:5 70:3
**chose** 41:6
**CHRISTOPH...**
  1:7
**circumstances**
  88:15
**City** 24:23,24
**classes** 24:17
**classify** 74:13
**classroom** 16:20
**CLAYTON** 1:7
**cleaned** 26:25
  27:1
**clear** 19:9,17
  53:9 63:1 66:1
**Clerk** 93:15
**co-chair** 13:16
**co-chaired**
  13:10,11
**cocaine** 88:20,25
**college** 14:25
  15:7 23:5,6,20
  24:11
**combative** 50:11
  62:3 65:24
  70:12,17 71:14
  71:14,16,17
  72:13 73:15,21
  73:21 74:1,5
  74:13,19,22,25
  75:1,13,21
  76:1,8 77:18
**combativeness**
  77:11 78:2
**come** 8:17 13:25
  14:5 47:18
  69:5 78:17
**comes** 5:14
  37:17
**coming** 79:23
**command** 6:17
  7:24 8:1,5,5
  11:24 12:3,20
  20:12,15 29:10
  29:14 70:8
**Commission**

91:24,25
**committee** 6:14
6:19,22,25 7:3
7:5,9,11,12,13
7:17,21 9:20
11:8,10,11,14
11:18,19,23
12:1,2,4,9,12
12:14,18,19
13:12,16 20:5
20:9,14 21:5
69:23 70:7
**Committees**
11:20
**Community**
23:5,6,20
24:11
**complete** 92:11
**completely**
65:12,24 73:8
**complied** 82:23
**component**
18:13
**compromise**
58:7 82:2
**concluded** 90:14
**connected** 92:16
**consider** 75:1
**considered**
11:13
**consist** 16:5
**consisted** 26:5
**consistent** 41:15
63:3
**consult** 59:6
**consumption**
81:11
**contact** 29:2
48:17,25 49:1
49:20
**contained** 19:2
35:6,17 36:8
36:13,22 40:24
42:21 43:2,22
44:12 45:5,25
46:14 51:8,8
52:6 70:15

71:13 75:13,21
75:25
**continue** 43:1
**continued** 13:16
77:11,17 78:1
**contraindicated**
57:21 69:1
**contraindicati...**
50:19 52:18,22
55:6,14,22
56:1,16,22
57:5,13,16
81:12,16,17
**contraindicati...**
50:14,24 51:7
51:17 52:6,12
52:19 53:4
54:5 55:2,4,10
57:12 69:11,14
81:19
**copies** 34:23
35:1
**copy** 31:17
32:25 34:13
72:9 89:9,11
93:10,11
**core** 24:17
**correct** 11:11,12
12:15 14:7,8
15:15,16,18,25
19:20,21 20:4
20:8,17,21
21:15,16 24:12
29:23 30:12
34:10,11 35:21
37:23 40:3
41:4 43:25
45:7,8,12 46:9
46:15,25 47:1
47:3,4 48:8,11
49:8,22 50:1,6
50:7 54:2 58:7
58:8,17,18,21
60:23 61:6
63:5,6 64:3,5
64:13,14,24
65:17 66:17

67:2,15 68:15
69:12 70:5,9
70:10 71:9
76:10 77:14
81:20 83:17
84:18 85:16,20
85:23
**counsel** 92:14,16
**County** 1:9,10
4:25 5:14,16
6:8 7:19 8:22
10:17,25 13:4
15:3 18:10
21:23 22:10
25:5,8,11,14
29:23 34:9
35:5,15 37:2
37:21,24 39:22
40:6,24 41:13
41:20,25 43:15
43:19,23 44:2
44:24 45:6
46:1 50:22
51:2,6,22 52:4
53:11,13,19
54:3 59:8,18
60:1 63:4,11
64:6,15 65:2
66:2 70:9 74:3
75:4,20 76:20
76:23 77:21
78:8 80:3,14
82:24 83:1,6,8
83:22,25 84:11
85:2,9 91:3
92:4
**couple** 31:15
**course** 66:10
**Court** 1:1 4:2
93:15
**COURTEMA...**
1:8
**creating** 11:4
**Cristaldi** 12:23
12:24 13:3,8
13:15
**critique** 82:13

**Cross** 3:5 88:9
**cuffed** 84:14,24
85:4,11
**culture** 53:2
54:3
**currently** 4:24
5:3 11:10,25
13:20 16:2
27:17 28:22,23
29:4 31:7
44:23 67:16
84:22
**custom** 41:5
59:7,17,25
63:20 64:5,14
65:1 66:2 74:2
**customs** 37:1,20
37:25 39:21
40:5 41:12
66:19,21 82:23
83:5

**D**

**daily** 11:1
**danger** 63:17
85:13
**dangerous** 50:22
51:6,16 52:5
**date** 4:22 10:19
72:13 94:25
**DATED** 92:19
**dates** 13:11
38:25
**day** 13:25 14:2,4
14:11 17:12
20:18 26:22
27:4 45:3 91:9
91:13 92:19
93:8
**deal** 5:23
**December** 63:23
**decide** 59:9 61:4
78:23
**decided** 43:10
**decision** 8:9
20:19 36:4
59:15 78:17

79:19 80:11
**declare** 94:22
**Defendant** 2:7
2:13
**Defendants** 1:11
**definite** 9:9
**delirium** 55:25
56:11
**deliverance**
77:12 78:2
**delivery** 56:5
**DENNEY** 2:3
**department**
43:15 51:7
52:4,21 53:3
53:13
**departments**
24:7
**depending** 12:6
20:25 52:17
59:13 79:19
86:17,19 87:5
**Depends** 22:3
**deposition** 1:14
3:10 4:19
28:14,18,19
32:18 35:7
66:8 79:24
92:8 93:8,13
**depressant**
83:20
**depressants**
83:17
**depression** 57:3
57:4,20 58:7
58:13 80:23
82:2,4
**determine** 41:14
**detriment** 62:5,7
**deviate** 47:19
**DICKER** 2:9
93:3
**differ** 11:18
**difference** 15:14
17:4 52:15
73:11,13
**different** 11:16

52:17 59:14
60:18 65:13,25
66:14 73:8
79:18
**differently** 79:21
**digging** 60:12
**direct** 3:4 4:13
28:23,24 69:4
**directed** 41:6
**direction** 48:19
48:21 49:4
**directions** 49:2
**directly** 69:6
**director** 8:9,14
70:1
**disagree** 11:25
**disciplinary**
29:12,17,20
**discipline** 29:7
**disciplined**
82:16
**disciplining** 29:5
**discretion** 15:23
59:19,23 60:6
64:7,16 65:3,7
66:6 78:14
**discretionary**
54:23 59:4
78:22 79:12
**discuss** 32:10,11
32:12 68:25
82:12
**discussed** 18:3
70:12 85:3
**discussing** 73:6
**discussion** 12:5
12:7 82:11
89:18
**dispatched**
14:10
**distribution**
93:12
**district** 1:1,1,10
1:10 4:25 5:15
5:17 6:9,21
7:19 8:22
10:18,25 11:7

13:4 15:3
18:11 21:23
22:1,10 25:12
25:14 29:23
34:9 35:5,15
37:2,21,24
39:22 40:6,25
41:13,21,25
43:19,24 44:2
44:24 45:6
46:1 53:11,14
53:19 54:3
59:8,18 60:2
63:11 64:7,15
65:2 66:3,20
69:15 70:9
74:4 75:4,20
76:20,25 77:21
78:8 82:24
83:2,6,8,22,25
84:11 85:2,9
**District's** 63:4
**disturbance**
79:12
**division** 5:5,12
8:18 9:6 14:7
17:4,10,11,24
30:4,5,24 31:3
31:5 51:15
52:5 67:9
69:24 79:3
**Docher** 1:3 4:18
33:22 34:1
39:14 80:8,18
80:22 81:1,5,9
82:20,25 83:4
84:7 93:6 94:2
**Docher's** 85:23
**DOCHER-NE...**
1:3
**doctor** 20:15
**document** 6:15
37:5 38:22
40:17 46:21
71:12,12 94:22
**documents**
39:19 45:12

86:9 89:20
**doing** 10:13
11:21 60:11
**dosage** 86:15
**dose** 59:20 60:3
60:9 63:2,9,22
64:8,17 65:3
66:5,11,24
86:14
**Dr** 17:2 20:18,20
47:25 48:6,9
48:16,18,24
49:2,6,12 50:5
70:2 73:18
74:8 84:1
**draw** 79:17
**drinking** 81:2,6
**Drive** 1:18 13:24
**drugs** 84:5
**duces** 3:11 35:7
35:11 38:10
**due** 65:21,23
**duly** 4:11 91:9

---
**E**
---

**E-14** 70:18
**E-15** 70:18 76:7
78:22
**earlier** 22:13
67:20 71:5
73:24
**easily** 9:22
**East** 2:14
**EDELMAN** 2:9
93:3
**educate** 74:7,9
74:18 75:7,17
75:17 76:4
**educates** 73:16
**educating** 22:18
73:20 74:21
**education** 23:1
82:19
**educational**
18:16,20 19:19
19:22 20:8,23
21:2 73:2,6,12

73:14 74:1,6
74:12,19 76:5
76:21 79:2
86:19
**effect** 40:1 44:17
46:12 70:21
71:21
**effects** 86:22
**Eight** 42:14
**either** 12:5
33:16 54:15
**EKG** 33:19,20
34:2
**ELSER** 2:9 93:3
**emergency** 3:12
15:11 42:20
43:18,21 44:3
48:16 49:7
52:13,15,22
53:5 54:6
72:12,21 74:14
74:25 75:14,22
76:1 85:19
**employed** 4:24
29:22 41:24
60:1 63:10
64:6 70:8 74:3
**employee** 5:1
92:14,15
**employees** 5:23
6:1 17:18 37:4
37:23
**EMS** 5:17,21
6:10,12,14,15
6:18 7:18 8:19
8:22 11:8,10
11:17,20 20:5
20:9 21:5
33:23,24 37:10
38:2,22 42:2
87:6,9,16,24
**EMT** 15:9,10
21:15,17,21
22:4 23:9,22
24:7,17,18
**EMTs** 15:15,17
15:19 17:17,19

17:25 18:6
21:24
**ended** 24:8
**ensure** 16:6,24
17:14,18 20:1
29:1
**enter** 21:21 94:1
**entire** 3:13 32:6
38:24 70:13
71:22 72:16
89:14
**entitled** 71:14
**environmental**
76:11
**ER** 33:16,17
47:22 48:21
49:3
**errata** 3:7 89:12
93:11 94:1
**ESQ** 2:6,12,17
2:18
**Esquire** 93:2
**essentially** 47:14
et 93:6 94:2
**etiologies** 76:10
**event** 34:14,18
**events** 33:8
**everybody** 8:8
86:20
**exactly** 27:16
32:24
**Examination**
3:4,5 4:13 88:9
**examined** 4:11
**excessive** 76:11
**excited** 55:25
56:4,11
**excuse** 57:17
**execute** 93:11
**exhibit** 35:6,8,9
35:16,16 36:8
36:13,19,21,22
36:25 37:19
38:5,13 40:5
40:13 42:10,15
42:19,19,21
43:2,5,6,8,14

43:23 44:7,10
44:13,15,22
45:4,9,10,15
45:25 46:6,15
46:16,24 50:12
51:9 52:7
53:23 64:1,11
64:25 68:10
70:16 71:14
89:16 90:10,11
**EXHIBITS** 3:8
**exist** 89:21
**existed** 87:12
**existence** 38:15
39:13 46:21
63:23,24 71:19
84:21
**existing** 41:15
**expected** 75:24
76:3
**experience**
53:18 79:3
**Expires** 91:25
**explain** 5:10
12:17 17:4
38:21 52:14
**extension** 48:19
**external** 50:11
**extremity** 76:17

___ F ___
**facts** 94:22
**family** 54:15
78:16
**far** 12:20 53:16
57:14 68:21
71:21 83:7
**faster** 87:2,3
**feel** 63:16 79:5
**feels** 79:5 85:12
**felt** 62:6 66:24
**FF** 91:24
**field** 7:23 15:24
16:12,20 18:1
18:15 26:9
27:10,20 29:6
30:3,15,18

33:21 48:17,23
59:11,21 60:4
64:9 87:24
**file** 3:13 32:16
89:14 90:10
**filed** 93:15
**files** 9:8,10
**final** 8:9 20:19
70:1,4
**financially** 92:17
**find** 26:14 27:16
30:9 31:13
44:5 60:17
68:17
**finding** 60:14
**fire** 1:10 2:8
4:25 5:14,16
6:9 7:19 8:22
10:17,25 11:7
13:4 15:3
18:10 21:23
22:1,10 23:9
24:2,7,17,18
25:5,11,14
29:23 34:9
35:5,15 37:2
37:21,24 39:22
40:6,24 41:13
41:20,25 43:15
43:19,24 44:2
44:24 45:6
46:1 51:7 52:4
52:21 53:3,11
53:12,13,19
54:3 59:8,18
60:1 63:4,11
64:6,15 65:2
66:3,20 70:9
74:3 75:4,20
76:20,23,25
77:21 78:8
82:24 83:2,6,8
83:22,25 84:11
85:2
**Firefighter/E...**
25:1,9,17 30:2
30:7,12

**firefighter/par...**
30:2
**firefighters** 5:18
5:22
**first** 4:11 21:14
61:2 77:22
85:9
**five** 41:19 61:11
62:12 68:10
76:8 87:4 89:2
**fix** 63:14
**Flight** 7:5
**Florida** 1:1,9,19
1:23 2:4,10,15
13:24 16:7
21:20 91:2,23
92:3 93:4,20
**follow** 47:6 75:3
75:6,8,12,25
76:3
**follow-up** 88:7
**followed** 74:2
83:1,7
**following** 4:1
76:9,12
**follows** 4:12
**foregoing** 94:22
**form** 33:14 47:8
47:16 49:9
51:1,10,20
52:8 53:8
55:16 56:3,18
56:24 57:7,24
59:12,22 60:5
61:8,20 66:13
67:1 74:16
75:5 78:12
79:16 81:10
86:16 88:1
**formulated**
69:21
**Fort** 2:15
**forth** 35:6,15
**Forum** 93:20
**forward** 66:3
**forwarded** 93:14
**found** 93:11

**four** 41:11 58:20
58:25 59:3,5
59:10 60:24
61:14,17,24
62:9 63:3,16
63:19 65:8,16
76:18,24 81:8
83:9 85:10,22
86:2 89:3
**four-milligram**
59:20 60:3,9
63:9,22 64:8
64:17 65:3
66:4,11,24
86:14
**four-year** 23:7
**fourth** 62:22
**FPR** 1:23 91:22
92:25 93:19
**frame** 61:11,13
88:21,22
**front** 26:8 32:16
41:10 56:10
58:5
**full** 4:20
**further** 23:1
74:7 75:8 76:5
77:13 78:3
82:18 89:5
92:13

___ G ___
**gain** 54:22
**gathered** 41:9
**general** 27:15
41:23 73:1
74:12
**generalized**
74:11 79:2
**getting** 24:8
48:3 49:7
**GIUFFREDA**
2:14
**give** 4:5 9:9
11:23 21:11
33:2 45:20
48:7 54:7,13

59:2,18 60:12
61:13,14,23,24
62:4,19,20,22
63:15 65:7
70:1 72:18
81:12
**given** 33:7 41:24
49:25 50:2
52:17 54:11
64:16
**gives** 62:12,25
70:4
**glance** 45:13
**glanced** 79:25
80:1,5
**go** 7:24 8:1,4,6
12:4 16:13
20:7,22 21:18
21:24 22:6,9
22:23,25 24:10
25:4 26:13
27:18 30:9
31:1,13 32:10
35:16 36:25
38:19 40:10
43:11 44:21
50:8 54:25
59:5 61:9 62:9
63:16,18 64:11
69:25 71:20
74:18 75:7,18
76:5 77:23
79:16 82:18
83:11 85:25
89:22
**goes** 20:11,14
21:8 27:5
**going** 10:5,8
22:19 31:11
32:15 36:19
42:18 44:14
45:9 66:3
67:25 68:7
69:9 70:7,22
71:25 72:3
73:14 77:9
89:6,8,13,23

**Gonzalez** 1:14
3:3,14 4:10,21
35:3 68:5 88:8
91:8 92:9 93:2
93:25 94:3,25
**Good** 4:15,16
**gotten** 48:15
**graduate** 23:12
**graduated** 24:12
**graduating**
23:15
**greg@purdyl...**
2:16
**GREGORY**
2:17
**group** 6:20 7:8
12:5
**guardian** 1:4
**guessing** 7:10
**guideline** 6:14
6:18 10:4 11:8
11:10,18,20
20:5,9 21:5
34:15 38:22,24
38:24 39:1,2
39:12,24 40:1
40:10,12 41:5
43:8,9 45:2
46:19 47:2,10
47:13,15 49:16
50:8,17,18
53:6 62:14,24
63:8 65:6,12
65:22 66:7
69:23 70:11,14
71:22 72:22,23
72:24 73:9,15
73:17 74:1,10
74:11 75:7,9
75:15,16 76:4
76:21,22,24
77:20,24 78:7
79:2 89:1
**guidelines** 3:11
3:12 6:10,11
6:13,15 7:18
7:20 8:3,6,19

8:22 10:1 20:7
26:7 27:6,6
31:17,17 32:4
32:7,19,20
34:15,23,24
37:7,8,10,18
38:2,3,8,13,15
38:16 39:6,9
39:16 40:25
42:21,24 43:2
43:7,13,18,22
44:3,23 47:19
48:18,24 56:13
62:11 63:4,7
65:13,25 66:20
67:13,21,22
69:5,6,7,13,17
69:19,21,22
70:20,23 71:21
71:24 72:12,22
73:2,3,7,8,9,19
74:12,14 75:1
75:14,22 76:2
80:1 81:15,24
83:2,6,8 86:19
88:11,12,17

**H**
**Haldol** 74:20,20
74:21
**hand** 4:3 27:5,5
33:12
**handcuffed** 84:9
84:13,16
**handcuffs** 84:24
**handed** 32:24
34:8 43:13,22
71:13
**hands** 84:13,23
85:4,11
**hands-on** 15:12
18:13,14,19
19:19,22 20:8
20:22 21:1
26:8
**happen** 24:6
**happy** 90:5

**hard** 76:17
**harm** 62:7 77:13
78:3
**harm's** 78:18
**Haven** 24:23,25
**head** 55:13
57:19 60:13,25
68:18 69:2
70:6
**heading** 39:4
44:11 45:4
46:24 50:12,25
51:18 52:7
64:12,25 70:16
**Hecht** 2:6 3:4
4:14,17 19:12
19:16 28:16
31:25 32:2
38:7,10,11
42:17 44:9
45:21 47:12,20
49:13 51:4,12
51:24 52:2,10
53:15 55:20
56:6,20 57:1,9
58:3 59:16,24
60:7 61:16,21
66:18 67:3
68:4 71:1
74:23 75:10
78:20 79:22
81:13 86:23
88:4 89:8,13
89:19 90:2,6,9
**held** 5:6 30:1
70:24 73:22
89:18
**high** 22:23,24,25
**hired** 22:4,4,5,7
24:7,8,21
25:11 30:8
**history** 40:8,16
41:1,7
**hit** 14:5 18:12
18:19 86:11
**hits** 14:5
**hooked** 34:1

**hour** 68:1
**human** 30:9
31:13 83:24
**hypersensitive**
54:8,10,19
**hypersensitivity**
55:7 57:13
69:12,14 81:16
81:18
**hypotension**
58:13 82:3
**hypoxia** 76:10

**I**
**identical** 44:12
**Identification**
35:10 38:6
42:16 44:8
89:17 90:12
**identified** 35:4
**illness** 40:9,16
41:2,8 69:2
**IM** 86:2
**implement**
20:10
**implementation**
20:3
**implemented**
6:6 8:10 20:13
20:16 21:10
**incident** 10:19
80:4,15
**include** 5:17 6:4
**including** 37:4
37:23
**incorrect** 61:1
**increment** 60:19
**incrementally**
39:23 61:19
**increments**
58:20,25 60:21
61:12,13 62:10
65:16 88:21
**independent**
1:10
**INDEX** 3:1
**Indian** 15:7 23:4

23:4,6,20
24:10
**indications**
50:10
**individual** 38:25
66:16 79:11
**individually** 1:7
1:7,8,9
**individuals**
22:19
**influence** 67:8
67:18
**information**
9:17 41:9 45:5
46:14 48:7
54:11,14 60:15
60:17,18 75:13
75:21,25 81:7
**ingested** 84:5
**inject** 59:9 61:2
63:9,21 64:8
65:3 81:8
84:13,23 85:3
85:9,21
**injected** 55:23
56:2,17,22
57:5,21 60:9
66:9 83:9 84:7
86:13
**injecting** 86:4
**injection** 57:17
63:5
**instituted** 9:19
9:25
**instituting** 11:4
**intent** 85:21
**interaction**
83:23
**interested** 92:17
**interests** 41:16
**interfere** 77:11
78:2
**interval** 88:18
**intervals** 88:13
**interventions**
26:9
**interview** 17:2

**interviewed** 69:24
**intoxicated** 80:8
**intramuscular** 86:17,18
**intramuscularly** 55:11,15,23 56:2,17,23 57:6,22 59:20 60:2 81:9 83:10 84:8,23 85:22 86:13,24 86:25
**intravenously** 83:10 87:1
**intubation** 64:12,18 65:1
**involve** 14:11 77:3
**involved** 11:3,14 11:21 18:6 27:22,24 29:4 29:16,19 36:5
**involvement** 5:25 16:2 22:18 35:24 36:14,16 82:8
**involving** 9:6 53:17
**IRCC** 23:5 24:13,14
**IRSC** 23:2,14 24:6
**issue** 29:7,9,12
**issues** 5:14,21 6:8
**items** 36:22
**IV** 86:17

**J**
**J** 1:8,23 2:17 91:22 92:6,25 93:19
**JANICE** 1:3
**January** 91:25
**Jennifer** 8:12 29:15 31:8,9

**job** 11:16 20:10
**Join** 55:17 57:25
**JOLLY** 2:14,17 55:17 57:25 88:6 89:10
**Jose** 1:9 28:11 28:19,22 37:4 37:23 39:13 62:17 63:2 66:8,22 68:6 68:12 82:22 83:1
**July** 25:15
**Juno** 28:11

**K**
**keep** 12:6 16:25 17:12,19,25 29:2
**keeping** 17:16
**Ken** 1:8 2:13
**kept** 17:14
**KIM** 2:18
**know** 13:1 26:15 31:12 33:10 39:1 43:17 44:1 46:3 49:24 50:3,21 54:9 57:10 58:2 65:14 68:17 70:25 71:18 72:3,4 72:10 73:24 80:7,17,21,25 81:14 82:8,15 82:17,21 84:8 84:10,16,25 85:6 86:12 88:22 89:20,22
**knowing** 80:20 80:24
**knowledge** 35:5 35:14,22 36:7 36:10,12,15 57:15,22 68:11 68:16 83:7

**L**
**lab** 15:9,10,12
**Lakes** 2:4
**Lauderdale** 2:15
**launch** 31:23
**leads** 46:7 47:13
**learn** 21:7 69:10
**learned** 81:6
**legal** 1:4
**legs** 76:17
**let's** 24:10 31:1 36:25 44:21 50:8 58:4 65:14 73:3 79:11
**letter** 3:6 93:16
**letting** 73:24
**license** 18:5 23:22,24 24:18 25:18
**licenses** 24:3
**lieutenant** 10:21 10:24 30:3,3,4 30:18,21,24 31:2
**life** 58:16
**limbs** 76:18,24
**line** 79:17 94:4
**list** 7:10 26:6 50:13
**listed** 35:13 36:10 51:16 52:6 93:17
**literature** 87:5
**little** 10:5,6,16 74:7 86:18 87:2
**Liu** 8:15 17:2 20:18,20 48:1 48:2,16,24 49:2,6,12 70:3 73:18 74:8
**Liu's** 48:6,9,18 50:5 84:1
**live** 6:15
**living** 38:22

**LLP** 2:9 93:3
**located** 9:10 13:20
**log** 34:18
**long** 5:1,6 16:16 21:17 22:11 25:2,6 26:11 26:14
**longer** 13:15 43:14,23 71:6 86:18
**look** 7:23 9:8 13:23 19:4 21:9 25:21 27:15 33:11 35:17 39:18 40:17 44:14 45:1,12,19 53:21 54:18 56:4,11,14 60:16 62:11 65:14 66:15 70:13 71:20,22 72:7,19 73:19 74:18 75:15,16 76:9 80:6 83:11 84:15 85:24 87:18
**looked** 33:7 46:5 79:25
**looking** 39:4,24 65:12 72:10,12 72:20 76:7
**looks** 44:11 64:2
**lot** 31:16
**Lucie** 1:9,10,19 2:7 4:25 5:14 5:16 6:8 7:18 8:22 10:17,25 11:7 13:4,24 15:3 18:10 21:23 22:1,9 25:11,14 29:22 34:9 35:5,14 37:2,21,24 39:21 40:6,24 41:12,20,25

43:14,19,23 44:2,24 45:6 46:1 50:22 51:2,6,14,22 52:4,21 53:3 53:11,12,13,18 54:3 59:8,18 60:1 63:4,11 64:6,15 65:2 66:2,20 70:9 74:3 75:3,20 76:19,22,25 77:21 78:8 80:3,14 82:24 83:1,6,8,22,25 84:11 85:2,9 91:3 92:4

**M**
**M-8** 64:11,24 65:14 66:1
**maintain** 16:7 16:24
**makeup** 12:17
**making** 7:15 11:21
**MANGRUM** 1:7
**manual** 18:22
**mark** 12:23,24 13:3,8,15 35:8 38:8 42:18 89:14 90:9
**marked** 35:9 38:5 42:15 43:13 44:7 89:16 90:11
**Mascara** 1:9 2:13
**Matt** 7:5
**matter** 4:19
**matters** 89:23
**max** 58:20,25 65:16
**maximum** 89:2
**mean** 6:13 7:14 16:23 17:8

19:9 27:2
28:15 33:25
34:22 37:14
38:21 60:19
71:9 77:15
87:8
**meaning** 38:23
**means** 81:18
**medic** 66:22
71:2 78:14,17
79:4 80:7 81:6
81:8 82:5 83:3
85:21 86:3,10
87:12
**medical** 3:12 8:9
8:14 9:25
15:11 20:6
31:16 32:4,6
38:2 40:8,15
41:7 42:20
43:12,18,22
44:3 47:2
48:19,20 49:2
49:4 54:18,20
54:21 70:1
72:12,21 73:1
73:9 74:14
75:1,14,22
76:2 77:12
78:3
**medically** 77:19
79:4
**medication**
15:17,20 34:19
54:19 68:19
**medications**
15:19,22,24
86:7
**medicine** 27:3
71:6
**medics** 79:18
**meet** 16:6
**member** 78:16
**members** 12:19
54:15
**memory** 8:20
9:3

**mental** 40:9,16
41:2,8 69:2
**mention** 40:14
40:22,24,25
**mentioned** 32:8
32:20 45:3
57:16
**metabolic** 56:15
57:20 69:3
80:19
**mild** 62:3
**mildly** 62:3
**milligram** 58:20
58:24 59:2
61:3,4,18,23
62:4,10,18,20
62:21,22 63:14
63:15 89:1
**milligrams**
58:25 59:3,5
59:10 61:5,14
61:17 62:10
63:3,16,19
65:8,16 81:8
83:9 85:10,22
86:2 88:13
89:3
**Milner** 1:18
13:23
**minutes** 61:11
62:12,13 86:21
87:4 89:2
**mixing** 24:5
**modifying** 11:4
**module** 18:23
19:1,2 21:7
**modules** 18:2,18
21:1
**moment** 15:9
45:20
**monitor** 61:3
**monitoring**
61:15
**months** 16:18
22:13 26:15,17
**morning** 4:15,16
**MOSKOWITZ**

2:9 93:3
**mother** 1:3
**move** 11:24

**N**
**N.W** 1:18
**name** 4:17,20
6:24 7:2,6
93:16
**names** 7:1
**narcotic** 57:19
**narcotics** 56:21
**need** 6:15 36:24
38:19 49:11,15
50:19 52:24
63:15 72:7
79:5 90:5
**needed** 47:19
48:17,20,23
49:3
**needle** 86:4
**needs** 7:17
**nervous** 83:16
83:19
**never** 74:20
**new** 11:22 19:25
**Newman** 1:7
2:12 3:5 19:8
19:13 28:15
38:9 45:17
47:8,16 49:9
51:1,10,20
52:8 53:8
55:16,18 56:3
56:18,24 57:7
57:24 59:12,22
60:5 61:7,20
66:13 67:1,25
70:19 74:16
75:5 78:12
79:15 81:10
86:16 88:1,7
88:10 89:4,11
90:8 93:2,6
94:2
**Nielson** 7:5,7,8
**nods** 60:25 70:6

**non-EMS** 6:3
**non-uniformed**
6:4
**nonemergency**
52:16
**nonuniformed**
5:23 6:1
**North** 2:9 93:3
**Northwest** 13:23
**nos** 57:11
**Notary** 1:23
91:23
**notes** 92:12
**notice** 3:10 35:7
93:8
**novel** 73:21
**number** 3:10
37:1,19 39:20
40:4 41:11,19
48:6,10,12,14
49:22,23 50:5
68:10 76:8,17
**numbers** 35:22
36:7 62:11

**O**
**Oath** 3:5 91:1
**object** 47:8,16
49:9 51:1,10
51:20 52:8
53:8 55:16
56:3 57:7 61:7
61:20 66:13
67:1 74:16
78:12 79:15
81:10 86:16
88:1
**objecting** 45:18
**objection** 57:24
**observe** 58:12
82:3
**obtaining** 24:3
**October** 5:7 6:5
8:18,23 9:6
30:25 31:6
46:7
**office** 8:23 9:20

10:1,12 13:20
48:12,14 50:23
51:3,14,23
52:1 80:4
**officer** 10:21,22
10:23 13:1,7
22:21 29:1,3
30:3,4,18,21
82:10 84:17
**officers** 62:1
79:10 81:1,5
**official** 37:1,20
39:20 40:5
41:20
**offline** 48:18
49:2
**okay** 32:14
33:18 34:17,18
39:3 42:10
45:11,22,23
50:9 72:2 73:5
90:8
**old** 72:23
**once** 7:25 18:25
20:14 21:17,21
26:1
**one-milligram**
65:16
**ones** 37:11
**online** 48:20
49:4
**operations** 11:1
**opinion** 11:24
51:11 86:10,20
**option** 63:18
**Orange** 2:9 93:3
**order** 21:18,25
24:10 89:8
**ordered** 89:7
93:10
**ordering** 93:14
**orders** 27:15
47:18
**organization**
53:10
**original** 93:14
**Orlando** 2:10

93:4
**outside** 74:7
**overall** 76:21
**overdose** 88:20
  88:25
**oversaw** 11:1
  12:8,11
**oversee** 5:20
  7:12,13 11:11
  28:22
**Overseeing**
  11:22
**oversees** 11:19
**overview** 73:15

---

**P**

**P.A** 2:3,14
**p.m** 1:17 90:14
**pacing** 50:11
**padded** 87:11
**page** 3:2,10 45:5
  45:24 46:6,11
  46:15 51:8
  64:11,24 66:1
  70:17,18 72:16
  76:7,8 78:22
  94:4
**pages** 33:4 42:11
  42:14,19 92:9
**pain** 88:19 89:2
**Palm** 2:4,4
  93:20
**panel** 26:8
**paperwork**
  16:24
**paramedic** 7:5
  15:14 16:11,12
  16:13 21:14,19
  21:21,25 22:4
  22:5,7,9,10
  23:9,24 24:9
  25:18 26:1
  28:11 30:15
  46:13,18,22
  48:23 49:5
  54:9,13,23
  59:2,23 60:9

61:1,14 62:2,8
62:15,17 63:2
68:8 69:9
78:23 79:9,13
84:12,22 85:12
85:13 86:5
**paramedic's**
  87:10
**paramedic/E...**
  23:18
**paramedic/fir...**
  12:25
**paramedics** 5:17
  5:21 6:8 9:7
  11:6 15:15,23
  16:3,6 17:16
  17:19,25 18:7
  18:9 19:18
  20:7,22 21:6
  29:3,5,17,20
  33:21,25 41:6
  41:24 47:6
  48:5,8,15 50:5
  52:20 53:3
  54:4,25 58:9
  58:22 59:9,19
  60:1 61:25
  63:8,10,13,17
  63:21 64:6
  65:2 66:4 67:5
  67:12,17 74:3
  75:3,6,12,19
  75:24 76:3
  77:21 81:18
  83:23 84:1,4
  85:8,19 86:6
  87:6,24
**paramedics'**
  87:17
**parentheses**
  76:14,18
**part** 8:6 10:24
  11:8,9,17,20
  12:14 17:11,17
  17:22,24 19:1
  19:18 20:4
  23:17 25:24

27:13,17 33:14
33:23 37:10
40:11 43:9
53:2 54:2,25
67:9
**participating**
  43:9
**parties** 92:15
  93:12
**parties'** 92:16
**pass** 16:14,25
**patient** 17:19
  33:16,17 37:17
  41:1,7,16
  50:11 54:8,9
  54:15,16 55:11
  59:9,10,21
  61:2,3 62:1,5,7
  62:15 63:10,16
  63:22 65:4,21
  65:24 66:24
  67:8 73:14
  74:1,6,13,19
  74:25 75:2,13
  75:18,21 76:1
  76:8 77:7,13
  77:23 79:6
  83:10 84:4,4
  85:4,12
**patients** 9:7
  15:24 17:25
  27:10,19 40:8
  40:15 54:17
  60:3,10 64:9
  70:12,17 71:15
  71:16,17 72:13
  73:15,21,22
  74:21,22 76:23
  78:19 79:4
**PD** 78:15
**penalties** 94:22
**people** 6:22,24
  7:2 62:8 66:9
  70:8 74:17
  79:6
**people's** 36:15
**percent** 13:13

20:1 68:24
**perform** 14:18
  14:20,23
**performance**
  29:6
**period** 19:23
  62:19,20,21
**perjury** 94:22
**person** 7:22
  11:19 35:4,13
  35:21,24 36:6
  36:9,12,14
  68:11 69:18,20
  70:4
**personal** 57:15
  57:22
**personally** 91:8
**personnel** 6:4,20
  7:9 18:25 20:2
  34:4,9 74:7
**persons** 35:4,14
**pertains** 6:7
**pharmaceutical**
  64:12,25 77:16
  77:25
**pharmacologic**
  77:9,23 78:9
  78:24
**pharmacology**
  40:11
**Phipps** 93:19
**phone** 48:6,9
  49:22,23
**phrase** 57:18
**physical** 76:12
  77:7,10,17,22
  77:25 78:10,10
  78:25 79:14
**physically** 77:18
**physician** 47:23
  59:6
**place** 74:17
  93:20
**Plaintiff** 1:5
**Plaintiff's** 3:8
  35:9,17 36:8
  36:20 38:5,8

38:12 42:15
44:7,13,15
45:25 46:6,15
46:24 70:16
71:13 89:16
90:11
**Plaintiffs** 2:2
**please** 4:3,20
  37:12 41:18
  89:10 93:8,11
  93:16
**point** 58:19,23
  78:18
**police** 62:1
  84:17,24
**policies** 6:6 11:5
  37:1,6,20,25
  39:21 40:5
  41:12,15,20,22
  41:23 42:2
  66:19,21 77:1
  77:3,6 82:23
  83:5 87:18
**policy** 41:5 47:5
  47:10 50:4
  59:7,17,25
  61:5,10 63:21
  64:5,14 65:1
  66:2 74:2,15
  75:2 76:19,22
  76:23,24 84:12
  84:15,21,25
  85:2,6 87:15
  88:2
**Port** 1:19 2:7
  11:7 13:24
  51:13 52:21
  53:2,12
**portion** 38:23
  74:14,25 75:2
  76:1 79:2
**position** 5:3,6
  9:5 10:17 13:6
  13:17 25:16
  53:18 73:25
  82:22
**positions** 29:25

possible 9:1
 18:12 76:15
**post-intubation**
 64:18,19 65:4
 65:11,19,22
 66:5
**post-sedation**
 65:10
**potential** 76:10
**practice** 7:16
 27:3 37:2 59:7
 59:17,25 63:21
 64:5,15 65:1
 66:2 74:2
**practices** 37:20
 37:25 39:21
 40:6 41:12
 66:19,22 82:24
 83:5
**practicing** 71:6
**present** 2:18
 26:22 67:11
**presented** 79:10
**pretty** 80:2
**previously** 65:23
**primary** 16:13
**print** 42:9
**prior** 12:2 13:8
 17:1 19:5
 28:13,18 78:24
 79:23 80:17,21
 80:25 84:3
 86:4
**problem** 42:8
 63:15
**procedure** 41:5
 47:5,11 74:15
 75:2
**procedures** 6:6
 11:5 87:19
**proceedings** 3:1
 4:1 90:13
**process** 21:18
**Professional**
 92:7
**program** 16:9
 16:10,11,14,15

16:16 18:4,17
 19:25 21:21,24
 22:2,6,10,11
 22:15,19 23:7
 23:8,11,19
 24:11 25:25
 26:3,4,11,14
 26:19 27:5,7,9
 27:18,18 28:3
 28:6,9 34:20
 55:1 67:4
 68:22
**progress** 17:1
**proper** 77:12
 78:2
**properly** 27:9,19
**protocol** 9:23
 56:5,14 57:12
 58:1,4
**protocols** 55:5,8
 56:10 84:1
**provided** 68:6
 68:12
**public** 1:23
 34:14 91:23
**pull** 56:13
**PURDY** 2:14
**purpose** 61:25
**purposes** 64:18
 65:4
**pursuant** 88:16
**put** 38:25 50:18
 50:19 69:22
 72:11 78:18
 79:9
**putting** 65:10,11
 83:3

---
**Q**
**question** 13:19
 19:5,9 21:3,9
 28:17 37:13
 45:23,24 48:22
 49:20 51:5,21
 53:1,9,24
 56:12 61:8
 63:20 64:4,22

65:9 66:15
 71:11 74:24
 78:7 79:1,16
 84:20
**questions** 53:17
 69:5 72:1,2,4
 88:5,6 89:5
**quick** 53:6
**quickly** 86:14

---
**R**
**raise** 4:2
**rank** 13:1
**rayon** 76:16
**read** 3:6 80:14
 81:23 86:19,20
 87:5 89:6
 93:11,13 94:22
**real** 53:6
**reason** 49:1
 62:14 94:4
**reasonable**
 93:14
**reasons** 52:17
**receive** 18:5
**received** 23:22
 23:24
**recess** 32:1 68:3
**recommendati...**
 6:16 12:1,6
 20:21
**recommendati...**
 7:16,21,22,24
 8:1,4 11:21,23
 20:10,11,12,16
 29:8,9,13
 69:23 84:2
**recommending**
 29:16,19
**record** 45:18
 53:10 72:11
 89:18 92:11
**records** 25:21
 26:13 34:14
 68:17
**refer** 46:10,11
 53:6

reference 46:23
 73:20
**referenced**
 46:18
**referred** 51:21
**referring** 65:18
 65:19
**reflection** 69:4
**regard** 19:10
 88:11
**regarding** 3:11
 9:21 10:1,12
 21:5 28:19
 35:22 36:2,7
 36:10,13 37:3
 37:21,25 38:13
 39:22 40:7
 41:13 48:24
 58:23,24 67:6
 68:6,12,13
 77:6
**regards** 39:20
 40:19,21
**regional** 43:8
**Registered** 92:6
**regulations** 6:7
**related** 39:9
 56:11
**relates** 11:5
 20:23 29:5
**relating** 19:3
**relative** 92:14,15
**release** 17:1 86:5
**released** 16:12
**relief** 89:2
**repeat** 32:23
**rephrase** 28:17
 37:13 51:5
 64:4,21
**report** 31:7,10
 33:3,8,15,23
 33:24 34:13,14
 80:1,4,15
 85:16,18,19,24
 85:25 86:1,8
 92:8
**reported** 1:22

12:21
**reporter** 3:6 4:2
 35:10 38:6
 42:16 44:8
 89:9,17 90:12
 92:1,7
**Reporting** 93:19
**reports** 41:14
 83:12
**represent** 4:17
**reprimanded**
 82:14
**request** 10:8
 34:14 89:24
 90:4
**requested** 36:6
 92:10
**require** 10:5
 21:1,1,2
**required** 16:7
 33:15 66:25
**rescue** 2:8 25:5
 27:12,13
**research** 10:6,13
 11:22 60:11
 68:23 83:21
**resources** 30:9
 31:14
**respiratory** 57:3
 57:4,20 58:7
 58:13 80:23
 82:2,4
**respond** 14:9
**responsibilities**
 5:11 17:23
**responsibility**
 17:18,24
**rest** 30:9
**restrain** 76:23
 77:22
**restrained** 77:18
 79:4
**restraining** 77:7
 78:15,15,16
**restraint** 78:24
 78:25 79:14
**restraints** 76:12

76:17 77:9,10
77:16,17,22,23
77:25 78:1,9
78:10,10 87:7
87:9,11,16,25
**restroom** 31:24
**result** 82:19
**retirement**
31:14
**retiring** 31:11
**retrieve** 60:17
**return** 93:17
**returned** 93:12
**reverts** 19:5
**review** 7:20 8:3
26:7 41:13
79:23 80:3,12
82:5 86:8
92:10
**reviewed** 79:25
82:7 85:16
**revise** 38:23
**revised** 38:16,20
39:1,2,7,16
64:2
**revising** 38:24
**right** 4:3 10:14
36:9,18 38:4
49:17 56:7
60:21 61:23
62:9 71:7 72:6
78:5,6 81:23
87:22 88:23
**risk** 54:22
**River** 15:7 23:4
23:5,6,20
24:10
**ROBINSON,i...**
1:8
**role** 5:11 11:14
17:3 20:4
22:14 53:17
**Rosario** 1:9
15:14 28:11,19
28:22 34:19
37:4,23 39:13
62:6,17,24

63:2 66:8,22
68:6,12 69:9
70:24 71:2
80:7 81:6,8
82:23 83:1,3
86:3,11
**Rosario's** 82:5
85:21 86:1
87:12
**route** 79:7
**RPR** 1:23 91:22
92:25 93:19
**rules** 6:6
**run** 16:8,22 33:3
33:23,24 34:13
41:13 80:1
85:16,18,24,25
86:1,8

_____
**S**
**SABOL** 2:18
**safe** 17:13,14,17
17:19 18:1
**safety** 5:4,12,13
5:21 6:7 8:7,18
9:6 14:7 17:4,6
17:9,11,11,14
17:23 30:4,5
30:24 31:2,5
51:15 52:5
61:25 62:1,1
62:14,15,16
**sanctioning** 29:4
**sand** 79:18
**saying** 33:16
49:19 72:3
**says** 46:7 50:10
50:17 58:6,19
61:6 64:2,12
65:15,15 72:21
74:12 75:9
76:14 77:24
85:25
**SCAROLA** 2:3
**scene** 17:13 34:4
54:12 78:18
79:10,19 80:8

80:9
**scheduling**
89:23
**school** 22:23,24
22:25 23:9,9
23:10 24:9
**Science** 23:13,16
24:12
**scope** 7:16
**scored** 68:20,24
**SEARCY** 2:3
**second** 58:19
61:4 62:19
76:7
**secondary** 78:9
79:8
**section** 40:11
44:12 45:15
72:17,17,24,25
73:6,7,13,23
74:6,6,8,10,12
74:19 75:18
76:6 88:20
**sections** 72:23
**sedate** 77:19
86:15
**sedating** 65:21
65:23
**sedation** 39:4,6
39:10,12,16
40:19,21 42:6
42:7 44:11,12
45:4,5,9,10,15
45:24 46:6,15
46:24 48:24
50:8,10,12,25
51:8,18 52:7
58:4 62:2 64:1
65:5,11,15
67:23
**sedative** 41:7
79:13
**sedatives** 9:7
37:3,22 38:1
39:22 40:7
68:13
**see** 21:9 31:22

32:9,16,22
33:9 34:5
35:12 39:3
54:18 60:16
62:5 66:11
71:22 72:6
**seeing** 86:22
**seen** 35:11,19
42:20 86:10
**send** 8:7 18:18
89:24 90:2
**sent** 8:8
**separate** 73:4
**set** 35:5,15 41:23
**setting** 52:13,16
52:16,22 53:5
54:6
**Shandell** 1:23
91:22 92:6,25
93:19
**sheet** 3:7 89:12
93:11 94:1
**SHERIFF** 1:9
**Sheriff's** 50:23
51:3,14,22
52:1 80:4,15
**SHIPLEY** 2:3
**shock** 76:10
**short** 68:2
**Shortly** 25:19,22
**show** 41:18
42:18 44:15
45:9 70:15,17
**showed** 37:11
43:7
**shown** 34:25
**side** 17:5,6
**sign** 3:6 93:13
93:16
**signature** 33:14
93:9,16,23
**signed** 33:15
74:8 91:13
**signs** 58:12 62:4
73:18 82:3
**simply** 9:1 79:9
**single** 59:19 60:3

63:2,9,22 64:8
64:17 65:3
66:4,10,23
**sir** 4:15 9:14
10:13 14:1
31:21 40:20
44:20 46:17
52:14 53:21
59:1 64:20
78:4 88:24
89:4
**sit** 7:15 8:16 9:1
10:10,14 11:10
26:8 67:15
82:12 84:20
87:20
**sitting** 41:10
56:7 83:13
**situation** 52:18
59:13,14 66:25
79:18,20,20
**six** 33:4
**six-page** 85:19
**skills** 15:12 26:8
**small** 38:23
**software** 18:23
18:24 42:2
**sole** 20:9
**solemnly** 4:4
**solution** 18:21
21:7 42:1
**solutions** 18:17
19:11
**somebody** 65:23
**sorry** 15:21
38:17
**sort** 21:24 22:17
79:14 87:9
**SOUTHERN**
1:1
**speak** 36:6 47:23
54:16,17 82:13
**speaking** 15:13
36:2,9
**special** 1:10
**specific** 9:23
10:4 39:2 53:1

65:9 74:10,24
**specifically**
  18:10 19:10
  44:11
**specifics** 62:12
**specified** 88:17
**specifies** 88:20
**specify** 88:12
**spoke** 18:21
**spoken** 28:13,19
**St** 1:9,10,19 2:7
  4:25 5:14,16
  6:8 7:18 8:22
  10:17,25 11:7
  13:4,24 15:3
  18:10 21:23
  22:1,9 25:11
  25:14 29:22
  34:9 35:5,14
  37:2,21,24
  39:21 40:6,24
  41:12,20,25
  43:14,19,23
  44:2,24 45:6
  46:1 50:22
  51:2,6,13,22
  52:4,21 53:3
  53:11,12,13,18
  54:3 59:8,18
  60:1 63:4,11
  64:6,15 65:2
  66:2,20 70:9
  74:3 75:3,20
  76:19,22,25
  77:21 78:8
  80:3,14 82:24
  83:1,6,8,22,25
  84:11 85:2,9
  91:3 92:4
**standard** 73:22
  85:8
**standards** 24:2
**stands** 23:3
  58:16
**start** 25:13
  86:22
**started** 24:13

31:4
**state** 1:23 4:20
  15:7 16:7
  21:20 22:8
  26:1 61:10
  91:2,23 92:3
**stated** 66:8 83:2
  87:15 94:23
**statements** 34:3
  34:5,8,10
**states** 1:1 39:20
  63:6 68:10
**station** 10:21,22
  10:22,23,23
  11:2 13:7
  14:17,22 22:21
  29:3 30:3,21
  82:10
**stations** 14:16
**staying** 14:11
**stenographic**
  92:12
**stenographica...**
  1:22 92:8
**steps** 76:9
**stimulation**
  76:11
**stopped** 44:2
**story** 60:18
**straight** 62:9
**strapped** 76:16
**stray** 47:14
**strike** 8:2 10:15
  12:1 57:3,17
  80:13
**strips** 33:19,20
**study** 24:16
**stuff** 6:3
**suffering** 57:2
  69:1 80:19,22
**sufficient** 63:14
  77:10,17 78:1
  78:11
**Suite** 2:10,15
  93:4,20
**summary** 10:3
  21:11

**Sunrise** 2:14
**supervised**
  26:10
**supervision**
  28:23,24,25
**supplied** 75:20
**supply** 69:16
**support** 58:16
**supposed** 47:6
**sure** 6:23 7:15
  12:10,13,21
  13:2,13 17:12
  18:14 19:9,17
  27:4 28:4,7,10
  29:21 36:9
  37:16 41:3
  43:16 44:25
  53:7 64:23
  67:24 71:23
  73:3 77:5,8
  81:25 82:12,15
  87:14
**swear** 4:4
**sworn** 4:11 91:9
**symptoms** 62:4
**system** 83:16,20

---

**T**

**tag** 54:20,21
**tags** 54:18
**take** 4:18 9:18
  10:8 11:23
  26:6 31:23
  35:17 37:12
  40:18 45:19
  68:1,20 75:16
  79:7 86:15
  93:8
**taken** 9:5,20
  10:1,12 32:1
  33:17,20 34:19
  68:3 76:9 94:3
**takes** 86:18
**talk** 29:13 38:12
  48:23 58:4
**talked** 73:23
**talking** 31:16

78:15
**talks** 74:20
**target** 18:17,21
  19:10 21:7
  42:1
**Tavares** 1:3 4:18
  39:14 80:8,18
  80:22 81:1,5,9
  82:20,25 83:4
  84:7 85:22
**teach** 15:1,2,6,8
  15:9,11 16:23
**teaching** 22:18
**technician** 15:11
**tecum** 3:11 35:7
  35:11 38:10
**tell** 7:4 8:16,25
  10:11,15,23
  13:13 14:2
  17:8 18:9 26:4
  29:25 30:6,11
  30:14,17,20,23
  31:4 32:17
  36:5,16 39:6
  45:14 62:23,24
  67:16 68:18
  80:10 83:13
  84:16 87:20
**telling** 49:14
  52:25 67:20
  72:20 74:5
**test** 34:19 68:20
  68:24 69:4,5,7
**testified** 4:12
  70:20
**testimony** 4:5
  43:21 75:11
  78:21 87:23
**tests** 16:25 26:6
  26:7
**Thank** 34:7 88:5
  89:4,15 90:6
**thing** 24:1 34:23
  35:2 72:18
  85:19
**things** 24:5
  32:17 36:20

71:5,5 89:25
**third** 24:1 62:20
**threat** 79:5
**three** 10:22,24
  16:18 22:13
  26:15,17 40:4
  60:22 61:10,24
  62:12,13 89:1
**time** 8:12 9:16
  10:6,9 11:3
  13:2 21:4,12
  23:4,5,13,17
  25:16 26:2,20
  27:6 31:12,15
  40:18 43:10
  56:14 61:11,13
  62:19,20,21
  67:10,11 73:10
  88:2,12,17,21
  88:22 93:9,14
**timeline** 30:10
**times** 60:8 87:23
**titled** 72:12
**today** 4:18 8:17
  9:1,13,15,22
  10:9,10 11:11
  13:6 28:14,18
  31:18 32:5,18
  36:21,22 37:9
  40:14 44:17,22
  44:24 46:24
  50:13 67:15
  79:24 82:22
  83:14 84:20
  87:21 89:15,25
**told** 44:17 45:1
  49:25 71:4
  81:1,4,5
**top** 60:13 68:18
**total** 61:5
**touch** 48:16
**track** 16:25
**train** 17:24
  52:20 83:23
**trained** 18:10
  21:15 27:9,19
  53:4 54:4,7

55:2 58:10,22
63:11,13 67:6
67:12,14,17
80:11 84:4
86:3,6
**training** 5:4,12
5:13,21,24 6:2
6:3,7 8:7,7,11
8:17 9:5,8,10
14:6,18,20,24
16:3 17:3,5,9
17:13,14,15,21
17:23 18:2,3,5
18:6,13,14,18
18:22,23,24
19:1,2,4,7,18
19:19,20,22
20:2,8,15,23
20:25 21:1,7
21:10,11,24
22:18 27:22,25
29:1,2 30:3,4,5
30:18,24 31:2
31:5 51:14
52:5 53:2 54:2
54:25 67:5,9
67:22 68:6,8
68:12,19 69:10
69:16,24,25
71:3 79:3
82:19
**trains** 83:25
**transcript** 89:6
92:10,11 93:10
93:11 94:1
**transport** 76:15
**trauma** 55:13
57:19 69:2
**treat** 73:14
75:18
**treated** 39:13
**treating** 33:21
34:1
**treatment** 41:14
73:3,7,13,17
73:18,23 74:8
74:10 75:6,9

75:17 76:4
82:25 83:4
**trucks** 27:12,14
**true** 47:15 92:11
94:23
**truly** 93:18
**truth** 4:6,6,7
**try** 18:12 77:22
**two** 60:22 61:5
61:24 62:13
65:12,24 73:4
73:8 76:17
**two-page** 71:12
**two-year** 23:7,8
23:11,19 24:11
**type** 6:3,3 20:2
20:25 62:3
**typical** 14:2,4
**typically** 87:10

_____ U _____
**undergo** 19:18
**undersigned**
91:7
**understand**
19:13 49:14,18
51:25 52:25
53:16 72:2
86:21
**understanding**
15:13 21:13
**Understood**
46:20 71:10
**UNITED** 1:1
**upcoming** 11:22
**update** 43:10
**updated** 6:10,12
6:16 7:18 8:19
44:25 45:2
67:13,21,23
**updates** 7:21
8:21,25 9:4,19
9:24 19:25
20:6,24 21:5
**use** 18:24 40:9
40:16 41:8
43:14,18 44:23

45:3,6,15,25
46:8 53:4 54:5
55:21 56:21,22
57:5,16,19,19
69:2 73:16
76:13 77:22
78:24 79:14
88:11
**utilizing** 44:2
46:13

_____ V _____
**vehicle** 87:10,13
**vehicles** 87:7,17
87:25
**Vero** 22:24
**versus** 11:14
17:6 54:22
65:22
**vessel** 86:11
**violate** 83:5
**violent** 65:24
**volunteer** 13:17
13:18
**vote** 7:17
**VS** 93:6 94:2
**vs-** 1:6

_____ W _____
**W** 2:12
**WADE** 1:8
**wait** 61:3 62:19
62:20,21
**waive** 93:9,16,23
**want** 9:23 10:4
19:8 36:8
65:14 71:25
72:1,4,7,19
81:23 89:9,11
**wanted** 42:9
49:6,20 76:4
**wants** 21:14
**wasn't** 50:4 67:9
71:3 80:10
81:3 84:10
**way** 18:19 21:8
22:17 39:1

48:3 49:7
57:18 61:18
63:10 78:19
80:20,24 82:14
82:16 83:3
**we'll** 32:10,12
35:8 42:18
**we're** 4:18 31:11
53:9 72:10,11
73:14
**We've** 31:16
67:25
**webbing** 76:16
**weigh** 54:21
**went** 23:2,9 24:6
24:8,17 26:2,5
26:20 27:8
71:2
**West** 2:4 93:20
**whatsoever**
28:25
**WILSON** 2:9
93:3
**Winter** 24:23,24
**wish** 93:16
**Witness** 3:2,6
4:8 19:15
45:19 60:25
70:6,22 94:3
**word** 60:19
**work** 6:8 11:6
13:3,25 16:20
16:20 25:2,6
42:25 43:1
51:25 61:18
76:13
**working** 25:13
53:18 75:20
85:8
**works** 62:5
**wouldn't** 42:8
49:15
**write** 73:21 94:1
**written** 37:25
41:20,23 61:24
**wrong** 66:12
**wrote** 69:18,20

_____ X _____

_____ Y _____
**year** 5:8 16:19
19:23 22:13
25:3,7,13,20
26:16,18 31:19
38:14 43:12
60:10
**years** 5:2 29:23
30:6,11,14,17
30:20,23 31:1

_____ Z _____

_____ 0 _____
**05/22/2017** 94:3
**07** 34:20

_____ 1 _____
**1** 3:10 35:8,9,17
36:8,20 92:9
**10** 35:18,19,23
36:3,8,11,13
86:21 87:4
**100** 13:13 20:1
66:9
**11** 10:17 11:9
39:14 40:2
43:17,24 45:7
46:1,8 71:11
83:4 85:1
**111** 2:9 93:3
**12:24** 1:17 90:14
**1200** 2:10 93:4
**1216** 2:15
**15** 86:21
**1551** 93:20
**17** 29:23
**18** 5:2 63:23

_____ 2 _____
**2** 3:11 38:5,8,13
39:20 40:13
42:10 44:10,22
45:4,9 46:24
50:12 51:9

52:7 53:23
64:1,11,25
**2:16cv14413** 1:2
93:6 94:2
**2000** 25:15,22
27:9,11 30:8
**2006** 28:8 29:19
70:23 71:3,4,5
71:9 72:14
73:25 74:15,25
75:3,12,19,25
76:20,25 77:6
77:20 78:8
79:9
**2009** 46:4,7
**200E** 93:20
**2012** 63:12,23
63:25
**2013** 28:5 38:17
38:17 39:8,17
46:4,11 56:14
64:2,7,16 66:3
**2014** 10:17 11:9
11:15 12:8,12
12:15 22:14,20
27:24 28:2
29:16 31:10,20
39:10,14 40:2
41:4 43:17,24
45:7,16 46:1,8
46:11,12,19,23
48:5,9 49:6
50:4 58:10,14
58:23 59:9,18
60:2,8 61:2
67:6 70:11
71:12,18,21,24
82:11 83:2,5
85:1,9 86:3
87:6,13,15
**2015** 38:17
**2016** 5:9 6:5
8:18,23 9:6
31:6
**2017** 1:16 91:9
91:13 92:19
93:1,8

**2020** 91:25
**2139** 2:4
**22** 1:16
**22nd** 91:9 93:8
**2455** 2:14
**25** 6:5 8:18,23
9:6
**25th** 5:7 30:25
31:6
**27** 91:25 93:1
**27th** 91:13 92:19

---

**3**

**3** 3:12 42:15,19
42:19,21 43:2
43:6,8,14,23
44:7,13,15
45:10,15,25
46:6,15,16
70:16 71:14
**32801** 2:10 93:4
**33304** 2:15
**33401** 93:20
**33409** 2:4
**34980** 1:19
**34983** 13:24
**35** 3:10
**38** 3:11

---

**4**

**4** 3:4,13 89:16
90:10,11
**407** 2:11
**42** 3:12
**462-3861** 2:16

---

**5**

**5** 38:16 39:8,17
64:2,7,16 66:3
**50** 66:9
**5160** 1:18 13:23
**561** 2:5

---

**6**

**600** 42:19
**648-1376** 2:11
**686-6300** 2:5

---

**7**

**7** 25:15 46:7

---

**8**

**88** 3:5
**89** 3:13

---

**9**

**9/9/73** 4:23
**9:58** 1:17 4:1
**90** 3:14
**91** 3:5
**92** 3:6
**93** 3:6
**94** 3:7 92:9
**945479** 91:24
**954** 2:16
**99** 68:20,24