| Patient | Unit # | Service/Location | Date | Status | Account # |
|---|---|---|---|---|---|
| DOCHER,TAVARES LEKEITH | J000435618 | INTENSIVE CARE UNIT | 05/11/14 | DIS IN | |

**PATIENT** Alternate Address? N

Soc Sec No DOB Age Sex M MS U Race B Religion NON

Address: Language: ENGLISH County: ST LUCIE COUNTY

Home Phone: 999-999-9999 Other Phone: 999-999-9999 Country: USA

**PATIENT EMPLOYER**

Not Employed

. , XX 00000

Work Ph: 999-999-9999 Occp: N

**GUARANTOR**

DOCHER,TAVARES LEKEITH SS#: Rel/Pt: SELF

Address: Home Ph: 999-999-9999

DOB Cty: ST LUCIE COUNTY

**GUARANTOR EMPLOYER**

Not Employed

. , XX 00000

Work:999-999-9999 Occp: N

**OTHER GUARANTOR**

SS#: Rel/Pt:

Address: Home Ph:

DOB Cty:

**OTHER GUARANTOR EMPLOYER**

Work:

Occp:

**PERSON TO NOTIFY**

NONE,PER PT

UNKNOWN OUT OF AREA,XX 00000

Home:999-999-9999 Work:999-999-9999

Rel to Patient: OTHER RELATIONSHIP

**NEXT OF KIN**

NONE,PER PT

UNKNOWN OUT OF AREA,XX 00000

Home:999-999-9999 Work:999-999-9999

Rel to Patient: OTHER RELATIONSHIP

**TEMPORARY ADDRESS**

Exp:

Comment:

**INSURANCE #1** FC 09

HUMANA MEDICAID

HUMANA

PO BOX 14601

LEXINGTON, KY 40512-4601

Phone 800-523-0023

Ins # 1

Policy #

Insured DOCHER,TAVARES L

Rel to Pt SELF

Eff. to Rel Y Assign Y

Group NA - Not Employed

**AUTHORIZATION**

Auth Reqd-Y Auth Date:

Type: APPIN No: LOS 1

Auth Ph: By: NORMA/KNA8570

Verf Reqd-Y Verf Date: 20140511

Ver Ph: 800-745-4708 By: PPI

**INSURANCE #2**

Phone

Ins # 2

Policy #

Insured

Rel to Pt

Eff. to Rel Assign

Group

**AUTHORIZATION**

Auth Reqd- Auth Date:

Type: No: LOS

Auth Ph: By:

Verf Reqd- Verf Date:

Ver Ph: By:

**INSURANCE #3**

Phone

Ins # 3

Policy #

Insured

Rel to Pt

Eff. to Rel Assign

Group

**AUTHORIZATION**

Auth Reqd- Auth Date:

Type: No: LOS

Auth Ph: By:

Verf Reqd- Verf Date:

Ver Ph: By:

**OCCURRENCES**

| Code | Type | Date | Time |
|---|---|---|---|
| 11 | ONSET OF SYMPTOMS ILLNESS | 05/11/14 | |

Occr SpanCode: From: Thru:

**CONDITIONS**

Code Type

Adm Priority: EM

Senior Friend? N

Ins Card Copy: N

If No,reason: PCIC

Pt Valuables:

**ACCIDENT INFO**

Accident ?

Type:

Location of Accident:

Date: Time:

Other persons involved:

Spec Prg:

Admission Comment:

**PHYSICIANS**

| Attending Physician | Admitting Physician | Emergency Room Physician | Referring Physician |
|---|---|---|---|
| Watt MD,Jason | Watt MD,Jason | Morris DO,Jason J. | SELF REFERRED |
| Prim Care Physician | Family Physician | Other Physician | |
| NO PRIMARY OR FAMILY PHYSICIAN | | SELF REFERRED | |

**ADMISSION/REGISTRATION** Initial Screen Date

| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason for Visit | Admitted By |
|---|---|---|---|---|---|---|
| 05/11/14 | 2309 | NON HEALTHCARE FAC R | 113/A | FIRE RESC | CARDIAC ARREST | 1RSUDP1138 |

St Lucie Medical Center

1800 SE Tiffany Avenue Port St. Lucie, FL 34952

ER Registration Date/Time: 05/11/14 1920

Last Edit User: JNUR.R

Printed 05/13/14 2244

*EDF*

Acct# 

Unit# 

EXHIBIT 9

RUN DATE: 05/16/14 St. Lucie Medical Center ABS *LIVE* PAGE 1
RUN TIME: 0321 CODING SUMMARY
RUN USER: HPF.FEED

NAME: DOCHER,TAVARES LEKEITH
ACCT#:
FORM:

ADM DATE: 05/11/14 2309
ATTEND PHYS: Watt MD,Jason
DIS DT/TM: 05/13/14 1717
DIS DISP: DISCH SHORT TERM HOSPITAL 02
LOS: : 2
PT CLASS: IN.OTH

UNIT#:
SEX: M
AGE:
DOB:
FIN CLASS: 09
ABS STATUS: FINAL

| DIAGNOSES | | | POA INDICATOR |
|---|---|---|---|
| ADMIT | 427.5 | CARDIAC ARREST | |
| PRINC | 518.81 | ACUTE RESPIRATORY FAILURE | Y |
| | 349.82 | TOXIC ENCEPHALOPATHY | Y |
| | 780.01 | COMA | Y |
| | 427.5 | CARDIAC ARREST | Y |
| | 427.1 | PAROX VENTRIC TACHYCARD | Y |
| | 584.9 | ACUTE RENAL FAILURE, UNSPECIFIED | Y |
| | 276.2 | ACIDOSIS | Y |
| | 728.88 | RHABDOMYOLYSIS | Y |
| | 780.39 | OTHER CONVULSIONS | Y |
| | 780.60 | FEVER, UNSPECIFIED | Y |
| | 790.4 | ELEV TRANSAMINASE/LDH | Y |
| | 276.8 | HYPOPOTASSEMIA | N |
| | 305.20 | CANNABIS ABUSE-UNSPEC | Y |
| | 810.03 | FX CLAVICL, ACROM END-CL | Y |
| | 802.0 | NASAL BONE FX-CLOSED | Y |
| | 873.42 | OPEN WOUND OF FOREHEAD | Y |
| | 910.0 | ABRASION HEAD | Y |
| | 912.0 | ABRASION SHOULDER/ARM | Y |
| | 913.0 | ABRASION FOREARM | Y |
| | 916.0 | ABRASION HIP & LEG | Y |
| | E975 | LEGAL INTERVENTION NEC | E |
| | E849.8 | ACCIDENT IN PLACE NEC | E |
| | E030 | UNSPECIFIED ACTIVITY | E |
| | E000.8 | OTHER EXTERNAL CAUSE STATUS | E |

REASON FOR VISIT DX

OPERATIONS

| DATE | PROC CODE | & NAME | SURGEON | ANESTHESIOLOGIST |
|---|---|---|---|---|
| 05/11/14 | 96.71 | CONTINUOUS INVASIVE MECHANICAL | Morris DO,Jason | |
| 05/11/14 | 96.04 | INSERT ENDOTRACHEAL TUBE | Morris DO,Jason | |
| 05/11/14 | 03.31 | SPINAL TAP | Morris DO,Jason | |
| 05/11/14 | 86.59 | CLOSURE SKIN & SUBCUTANEOUS NE | Morris DO,Jason | |
| 05/12/14 | 38.93 | VENOUS CATHETERIZATION NEC | Kozlov MD,David | |

CPTs:
DRG: 208 RESPIRATORY SYSTEM DIAGNOSIS W VENTILATOR SUPPORT <96 H

| STATUS | $REIMB | MIN-LOS | STD-LOS | COST WT | GRP VERS | GRP FC |
|---|---|---|---|---|---|---|
| F | 11867.68 | | 5.1 | 2.2899 | 31 | 09 |

PRINTED BY: BVA8530

DATE 10/8/2014

EXHIBIT 9

RUN DATE: 05/16/14
RUN TIME: 0321
RUN USER: HPF.FEED

St. Lucie Medical Center ABS *LIVE*
CODING SUMMARY

NAME: DOCHER,TAVARES LEKEITH

ADM DATE: 05/11/14 2309
ATTEND PHYS: Watt MD,Jason
DIS DT/TM: 05/13/14 1717
DIS DISP: DISCH SHORT TERM HOSPITAL 02
LOS: : 2
PT CLASS: IN.OTH

ACCT#:
FORM:

UNIT#:
SEX: M
AGE:
DOB:
FIN CLASS: 09
ABS STATUS: FINAL

DRG STATUS DATE: 05/15/14
CODER: 1RSDYA9757

ABS STATUS DATE: 05/15/14
ABSTRACTOR: 1RSDYA9757

**This form will be maintained as a permanent part of the medical record**

PRINTED BY: BVA8530

DATE 10/8/2014

EXHIBIT 9

ST LUCIE MEDICAL CENTER (COCXG)
EMERGENCY PROVIDER REPORT
REPORT #: REPORT STATUS: Signed
DATE: 05/11/14 TIME: 1933

PATIENT: DOCHER,TAVARES LEKEITH UNIT #:
ACCOUNT #: ROOM/BED: J.I03-A
AGE: SEX: M PCP PHYS: NO PRIMARY OR FAMILY PHYSICIAN
SERVICE DT: 05/11/14 AUTHOR: Hohler,Daniel (RES)
REP SRV DT: 05/11/14 REP SRV TM: 1933
* ALL edits or amendments must be made on the electronic/computer document *

**Hohler,Daniel (RES) 05/11/14 1933:**
**HPI-Cardiac Arrest**

## HPI

**Confirmed patient:** Yes
**Complaint:** cardiac arrest
**Timing - onset of arrest:** just prior to arrival
**Additional hpi notes:**
-year-old male in by ambulance with cardiac arrest. Patient was allegedly combative with sheriff deputies. Patient reportedly called EMS himself. EMS came to the scene and state patient was in an agitated and combative state. EMS gave Ativan 4 mg IM in the buttocks. Patient was placed on a stretcher, and EMS personnel realized he was not breathing. EKG showed asystole and CPR was started. An 18-gauge EJ was placed in the patient's neck and a king airway was placed. Patient was given one amp of epi and bicarbonate and CPR was continued. Patient's rhythm was then in V. tach he was shocked 120 J. CPR continued. Patient then went into SVT and cardioverted at 100 J into sinus rhythm. Patient has a laceration on his right temporal region, as well as several abrasions. On arrival to the emergency department patient was in normal sinus rhythm.

**Review of Systems**
**Unable to obtain due to:** medical condition

**History-Medical/Family/Social**
**Home medications:**
**Reported Medications**
Unable to Obtain Home Medication History

**Allergies:**
**Coded Allergies:**
No Known Drug Allergies (. 05/11/14)

## Unable to Obtain History

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

**Unable to obtain due to:** medical condition

## Phys Exam-Cardiac Arrest

**Vital Signs**

First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 05/11 1900 |
| B/P | 123/58 | 05/11 1900 |
| Temp | 38.8 | 05/11 1900 |
| Pulse | 122 | 05/11 1900 |
| Resp | 26 | 05/11 1900 |
| FiO2 | 100 | 05/11 1934 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 05/11 2300 |
| B/P | 130/78 | 05/11 2300 |
| Temp | 35.6 | 05/11 2300 |
| Pulse | 80 | 05/11 2300 |
| Resp | 16 | 05/11 2300 |
| FiO2 | 100 | 05/11 1934 |

First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 94 | 05/11 1932 |
| FiO2 | 100 | 05/11 1934 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 94 | 05/11 1934 |
| FiO2 | 100 | 05/11 1934 |

**Initial VS reviewed:** yes
**General:** unresponsive, blood in hair, face. several abrasions on the cheeks, shoulder, arms, legs. King airway in place
**Head/Eyes:** PERRL, normal conjunctiva/sclera, NL eyelids/periorbital
**ENT:** blood from the nares. no septal hematoma.
**Neck:** patient placed in c-collar. no obvious deformities or step-off.
**Respiratory/Chest:** normal breath sounds (with airway), no wheezes, no rales, no rhonchi, no stridor
**Cardiovascular:** regular rate and rhythm, normal heart sounds
**Abdomen:** atraumatic, FAST exam negative

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

**Extremities:**
**Assessment:** abrasions, no obvious bony deformity. compartments soft, pulses intact distally, normal color, no swelling.
**Back:** atraumatic, normal inspection
**Skin:** several abrasions on extremities bilaterally. Larger abrasions on left shoulder, left ear, left cheek , laceration on the right temporal region. compartments soft in all extremities
**Neurologic:** unresponsive with king airway in place. normal rectal tone.

## Procedures

**Intubation**
**Time:** 1915
**Completed by:** ED physician
**Position:** c-spine immobilized
**Blade:** mac
**ET Tube size:** 7.5
**Tube:** cuffed
**Route:** oral
**Induction agent:** etomidate
**Neuromuscular agent:** succinylcholine
**Complications:** none
**ET confirmation:** ET CO2 device, CXR, rising O2 saturation, breath sounds equal, direct visualization
**Tube secured:** device
**Laceration Management**
**)( Location of wound:**
Right temporal
**)( Wound length (cm):** 3.000
**Wound prep:** normal saline
**Irrigation:** yes, copious
**Explored for foreign body:** Yes
**Foreign body:** none found
**Wound margins:** approximated
**Repair - Skin:** 5-0, prolene
**Number of sutures/staples:** 5
**Closure layers:** 1
**Suture technique:** simple
**Complications:** no
**Lumbar Puncture**
**Position:** right lateral
**Sedation:** patient intubated and sedated
**Preparation:** betadine
**LP needle gauge:** 22
**Inserted needle at:** L3 L4

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

**Dressing applied:** Yes
**Complications:** no

## Results/Interpretations

**Results:**
Laboratory Tests

**05/11/14 1913:**

145 | 100 | 15 | 127 H
5.0 | 13 L | 1.65 H

**05/11/14 1913:**

145 | 101 | 14 | 130 H
5.0 | 15 L | 1.67 H

**Laboratory Tests:**

| | 05/11 2229 | 05/11 2229 | 05/11 2229 | 05/11 2225 | 05/11 2225 |
|---|---|---|---|---|---|
| Chemistry | | | | | |
| Lactic Acid (0.5 - 2.2 mmol/L) | | 3.2 H | | | |
| Phosphorus (2.5 - 4.9 mg/dL) | 4.6 | | | | |
| Magnesium (1.8 - 2.4 mg/dL) | 2.6 H | | | | |
| Creatine Kinase (39 - 308 Units/L) | | | 9671 H | | |
| Other Body Source | | | | | |
| CSF Appearance (CLEAR) | | | | CLEAR | CLEAR |
| CSF Color (COLORLESS) | | | | COLORLESS | COLORLESS |
| CSF WBC (/CMM) | | | | 1 | 0 |
| CSF RBC (ml) | | | | 160 | 696 |
| CSF Tube # (b) | | | | #4 | #1 |
| CSF Glucose (46 - 80 mg/dL) | | | | | 84 H |
| CSF Total Protein (15 - 45 mg/dL) | | | | | 31 |

| | 05/11 2116 | 05/11 2116 | 05/11 2115 |
|---|---|---|---|
| Chemistry | | | |
| Serum Osmolality (280 - 300 mOsm/kg) | 303 H | | |
| Creatine Kinase (39 - 308 Units/L) | | 5628 H | |

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

| | 05/11 2035 | 05/11 1913 | 05/11 1913 |
|---|---|---|---|
| **Blood Gas** | | | |
| Specimen Type | Blood Arterial | | |
| Puncture Site | R RAD | | |
| Oxyhemoglobin (94 - 100 %) | 98.2 | | |
| ABG pH at Pt Temp (7.35 - 7.45) | 7.21*L | | |
| ABG pCO2 at Pt Temp (35 - 45 mmHg) | 27.5 L | | |
| ABG pO2 at Pt Temp (80 - 100 mmHg) | 337.4*H | | |
| ABG HCO3 (22 - 26 MEQ/L) | 10.8 L | | |
| ABG Total CO2 (24 - 27 mmol/L) | 11.6 L | | |
| ABG O2 Sat Calc/Meas (92 - 100 %) | 99.1 | | |
| ABG O2 Saturation (92.0 - 98.5 %) | 98.2 | | |
| ABG Base Excess (-2 - 2 Meq/L) | -15.5 L | | |
| ABG Hematocrit (42.0 - 52.0 %) | 38.0 L | | |
| ABG Hemoglobin (12.0 - 18.0 g/dL) | 12.8 | | |
| ABG Carboxyhemoglobin (0.0 - 1.5 % COHb) | 0.3 | | |
| ABG Methemoglobin (0.0 - 1.5 % MetHb) | 0.6 | | |
| Allen Test (POSITIVE) | POSITIVE | | |
| Deoxyhemoglobin (0 - 5 %) | 0.9 | | |
| O2 Delivery Device | Ventilator | | |
| Vent Mode | ASSIST CONTROL | | |
| Vent Rate (/MIN) | 15.0 | | |
| FiO2 (%) | 100 | | |
| Tidal Volume (ml) | 550 | | |
| PEEP (CMH2O) | 5 | | |
| Instrument | 30637 | | |
| Specimen Drawn By | bpa9572 | | |
| Operator ID | BPA9572 | | |
| **Chemistry** | | | |
| Creatine Kinase (39 - 308 Units/L) | | | 2537 H |
| CK-MB (CK-2) (0.0 - 3.6 ng/mL) | | 7.6 H | |
| Troponin I (ng/mL) | | < 0.017 | |

| | 05/11 1913 | 05/11 1913 |
|---|---|---|
| **Chemistry** | | |
| Sodium (136 - 145 mmol/L) | 145 | 145 |
| Potassium (3.5 - 5.2 mmol/L) | 5.0 | 5.0 |
| Chloride (95 - 110 mmol/L) | 100 | 101 |
| Carbon Dioxide (21 - 32 mmol/L) | 13 L | 15 L |

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

| Test | | |
|---|---|---|
| BUN (7 - 18 mg/dl) | 15 | 14 |
| Creatinine (0.43 - 1.13 mg/dL) | 1.65 H | 1.67 H |
| Est GFR (African Amer) | 60 | 59 |
| Est GFR (Non-Af Amer) | 50 | 49 |
| Glucose (70 - 110 mg/dL) | 127 H | 130 H |
| Calcium (8.8 - 10.5 mg/dl) | 8.9 | 8.9 |
| Total Bilirubin (0.2 - 1.0 mg/dL) | | 0.9 |
| AST (15 - 37 Units/L) | | 345 H |
| ALT (10 - 60 Units/L) | | 175 H |
| Total Alk Phosphatase (50 - 136 Units/L) | | 105 |
| Total Protein (5.5 - 8.7 g/dL) | | 7.5 |
| Albumin (3.4 - 5.0 g/dL) | | 3.5 |
| Coagulation | | |
| PT (SECONDS) | | 11.3 |
| INR | | 1.0 |
| PTT (SECONDS) | | 41.7 |
| Hematology | | |
| WBC (3.6 - 11.0 10^3/uL) | | 6.5 |
| RBC (4.50 - 5.90 10^6/uL) | | 4.12 L |
| Hgb (12.0 - 16.0 g/dL) | | 12.2 |
| Hct (40.0 - 52.0 %) | | 39.9 L |
| MCV (81.0 - 97.0 fl) | | 96.6 |
| MCH (26.0 - 34.0 pg) | | 29.6 |
| MCHC (31.0 - 37.0 g/dL) | | 30.7 L |
| RDW (11.5 - 15.0 %) | | 16.4 H |
| Plt Count (150 - 400 10^3/uL) | | 166 |
| MPV (7.4 - 10.4 fL) | | 8.6 |
| Neutrophils # (1.6 - 8.2 K/mcl) | | 3.8 |
| Segmented Neutrophils (36.0 - 66.0 %) | | 58.8 |
| Lymphocytes (23.0 - 43.0 %) | | 29.5 |
| Lymphocytes # (1.1 - 4.7 K/mcl) | | 1.9 |
| Monocytes (0.0 - 10.0 %) | | 11.0 H |
| Monocytes # (0.0 - 1.1 K/mcl) | | 0.7 |
| Eosinophils (0.0 - 5.0 %) | | 0.1 |
| Eosinophils # (0.0 - 0.5 K/mcl) | | 0.0 |
| Basophils (0.0 - 1.0 %) | | 0.6 |
| Basophils # (0.0 - 0.4 K/mcl) | | 0.0 |
| Toxicology | | |
| Salicylates (2.8 - 20.0 mg/dL) | | 3.5 |
| Acetaminophen (10.0 - 30.0 mcg/ml) | | < 2.0 L |
| Plasma/Serum Alcohol (None Detected mg/dL) | | 38.0 |

| | |
|---|---|
| | 05/11<br>1908 |

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

| Toxicology | | |
|---|---|---|
| Urine Opiates Screen (Negative) | None Detected | |
| Ur Barbiturates, Qual (Negative) | None Detected | |
| Ur Phencyclidine Scrn (Negative) | None Detected | |
| Ur Amphetamine Screen (Negative) | None Detected | |
| MDMA (Ecstasy) Screen (Negative) | None Detected | |
| U Benzodiazepines Scrn (Negative) | None Detected | |
| U Cocaine Metab Screen (NEGATIVE) | None Detected | |
| U Cannabinoids Screen (Negative) | Presumptive Positive * | |
| Urines | | |
| Urine Color (YELLOW) | YELLOW | |
| Urine Appearance (CLEAR) | CLEAR | |
| Urine pH (4.6 - 8.0) | | 6.0 |
| Ur Specific Gravity (1.001 - 1.035) | >=1.030 | |
| Urine Protein (<15 mg/dL) | | 100 * |
| Urine Ketones (NEGATIVE mg/dL) | | 15 * |
| Urine Blood (NEGATIVE) | MODERATE * | |
| Urine Nitrite (NEGATIVE) | NEGATIVE | |
| Urine Bilirubin (NEGATIVE) | NEGATIVE | |
| Urine Urobilinogen (0.0 - 1.0 EU/dL) | | 0.2 |
| Ur Leukocyte Esterase (NEGATAIVE) | NEGATIVE | |
| Urine RBC (NONE SEEN rbc/hpf) | | 10-20 |
| Urine WBC (NONE SEEN wbc/hpf) | | 30-50 |
| Ur Epithelial Cells (epi/hpf) | NONE SEEN | |
| Amorphous Sediment (NEGATIVE) | | 1+ |
| Urine Sperm (NEGATIVE) | PRESENT | |
| Urine Glucose (NEGATIVE mg/dL) | NEGATIVE | |

Microbiology:

| Date/Time Source | Procedure - Status Growth |
|---|---|
| 05/11 2225 Cerebrospi | Gram Stain - RES |
| 05/11 2225 Cerebrospi | CSF Culture - RES |
| 05/11 2043 Blood | Blood Culture - RECD |
| 05/11 1928 Blood | Blood Culture - CAN<br>Cancelled: This order has been added to the XTRABC accession# B10302 |
| 05/11 1913 Blood | Blood Culture - RECD |
| 05/11 1908 URINE | Urine Culture - RECD |

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH Unit#:
Date: 05/11/14 Acct#:

Recent Impressions:
**RADIOLOGY - CHEST 1 VIEW PORTABLE 05/11 1900**
*** Report Impression - Status: SIGNED Entered: 05/11/2014 1922

IMPRESSION:

No acute infiltrate or edema.

SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD
**RADIOLOGY - CHEST 1 VIEW PORTABLE 05/11 1929**
*** Report Impression - Status: SIGNED Entered: 05/11/2014 1942

Impression:

ETT can be advanced 3 cm for better positioning

SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD
**COMPUTERIZED TOMOGRAPHY - CT ABDOMEN AND PELVIS W CONT 05/11 1950**
*** Report Impression - Status: SIGNED Entered: 05/11/2014 2112

IMPRESSION:

Negative CT of the abdomen and pelvis with contrast.

Bilateral contusions in the subcutaneous tissues of the gluteal region right more than left.

SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD
**COMPUTERIZED TOMOGRAPHY - CT CHEST W CONTRAST 05/11 1950**
*** Report Impression - Status: SIGNED Entered: 05/11/2014 2105

IMPRESSION:

Patient: DOCHER,TAVARES LEKEITH Unit#
Date: 05/11/14 Acct#

Negative contrast enhanced CT of the chest. There is possibly a fracture of the right clavicle or right shoulder area. Consider plain films.

SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD
**COMPUTERIZED TOMOGRAPHY - CT CERVICAL SPINE WO CONT 05/11 1950**
*** Report Impression - Status: SIGNED Entered: 05/11/2014 2102

IMPRESSION:

No acute fracture or subluxation.

SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD
**COMPUTERIZED TOMOGRAPHY - CT FACIAL BONES WO CONT 05/11 1950**
*** Report Impression - Status: SIGNED Entered: 05/11/2014 2056

Impression:

Extensive soft tissue swelling of the entire face

Bilateral depressed nasal bone fractures..

SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD
**COMPUTERIZED TOMOGRAPHY - CT BRAIN WO CONTRAST 05/11 1950**
*** Report Impression - Status: SIGNED Entered: 05/11/2014 2053

IMPRESSION:

Negative Brain CT without contrast. Extensive soft tissue swelling over the face.

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#
Acct#

SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD

**Lab result interpretations:** Labs reviewed

## MDM-Cardiac Arrest

## ED Course

**Medication(s) Ordered:**

Medication(s) Ordered:

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Chlorhexidine Gluconate | 1 EACH | ASDIR TOPICAL | 05/11 2315 06/10 2316 | CKD | |
| Sodium Bicarbonate Dextrose/Sodium Chloride | 50 ML 950 ML | .Q10H IV | 05/11 2315 06/10 2316 | CKD | |
| Mupirocin | 1 APPLIC | BID NASAL | 05/11 2309 05/16 0901 | AC | |
| Enoxaparin Sodium | 40 MG | BEDTIME SUBQ | 05/11 2306 06/11 2101 | AC | |
| Famotidine | 20 MG | Q12HR IV | 05/11 2305 06/11 0901 | AC | |
| Dextrose/Sodium Chloride | 1,000 ML | .Q8H IV | 05/11 2300 06/10 2301 | UNV | |
| Sodium Chloride | 1,000 ML | BOLUS ONE IV | 05/11 2215 05/11 2314 | DC | 05/11 2234 |
| Sodium Bicarbonate | 50 ML | X1ED ONE IV | 05/11 2200 05/11 2201 | DC | 05/11 2221 |
| Sodium Bicarbonate | 0 | .STK-MED ONE IV | 05/11 2151 | DC | |
| Fomepizole Sodium Chloride | 0.9525 GM 100 ML | ONCE ONE IV | 05/11 2145 05/11 2214 | DC | 05/11 2210 |
| Dexamethasone Sodium Phosphate | 0 | .STK-MED ONE IV | 05/11 2103 | DC | |
| Acyclovir Sodium Dextrose | 600 MG 100 ML | X1ED ONE IV | 05/11 2100 05/11 2159 | DC | 05/11 2234 |
| Ceftriaxone Sodium Dextrose | 2 GM 100 ML | X1ED ONE IV | 05/11 2100 05/11 2159 | DC | 05/11 2111 |

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

| | | | | |
|---|---|---|---|---|
| Dexamethasone Sodium Phosphate<br>Sodium Chloride | 12 MG<br><br>25 ML | X1ED ONE<br>IV | 05/11 2100 DC<br>05/11 2129 | 05/11<br>2118 |
| Vancomycin HCl<br>Dextrose | 1 GM<br>250 ML | X1ED ONE<br>IV | 05/11 2100 DC<br>05/11 2229 | 05/11<br>2119 |
| Sodium Chloride<br><br>Diphth(Reduced)/Ac Pertus/Tetanus | 100 ML<br><br>0.5 ML | ASDIR PRN<br>IV<br>X1ED ONE<br>IM | 05/11 2015 DC<br>05/11 2359<br>05/11 2000 DC<br>05/11 2001 | <br><br>05/11<br>2110 |
| Lorazepam | 2 MG | X1ED ONE<br>IV | 05/11 2000 DC<br>05/11 2001 | 05/11<br>2031 |
| Vecuronium Bromide<br><br>Propofol | 10 MG<br><br>500 MG | X1ED ONE<br>IV<br>X1ED ONE<br>IV | 05/11 2000 DC<br>05/11 2001<br>05/11 1945 DC<br>05/11 1946 | 05/11<br>2207<br>05/11<br>2042 |
| Sodium Chloride | 1,000 ML | BOLUS ONE<br>IV | 05/11 1930 DC<br>05/11 2029 | 05/11<br>2123 |
| Sodium Chloride<br><br>Sodium Chloride | 1,000 ML<br><br>2,000 ML | BOLUS ONE<br>IV<br>.STK-MED ONE<br>IV | 05/11 1930 DC<br>05/11 2029<br>05/11 1908 DC | 05/11<br>1930<br>05/11<br>2047 |
| Sodium Chloride | 3 ML | ASDIR PRN<br>IV | 05/11 0600 DC<br>05/11 2359 | |
| Sodium Chloride<br><br>Sodium Chloride | 10 ML<br><br>50 ML | ASDIR PRN<br>IV<br>ASDIR PRN<br>IV | 05/11 0600 DC<br>05/11 2359<br>05/11 0600 DC<br>05/11 2359 | 05/11<br>2018 |
| Iopamidol | 100 ML | ASDIR PRN<br>IV | 05/11 0000 DC<br>05/11 2359 | 05/11<br>2018 |

)( **Re-Evaluation/Progress 1**
**Time:** 1947
**Re-eval. status** re-examined
**Additional notes:**
Patient's blood pressure is 144 systolic. A FAST exam was performed at bedside and was negative. The King airway was removed and 7.5 cuffed ET tube was placed with RSI. Patient was then placed on a vent. He was sedated with propofol, and taken to CT scan.

)( **Re-Evaluation/Progress 2**
**Time:** 2105
**Re-eval. status** re-examined
**Eval following treatment:** intubated and sedated
**Additional notes:**
Patient's CK was elevated. 4 L of fluid have been ordered. Urine drug screen showed

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

marijuana. were ordered for change in mental status and sepsis with unknown origin. Patient had an anion gap acidosis. Ethylene glycol and methanol levels were ordered. CT brain was negative, CT C-spine was negative, and CT facial bones showed bilateral depressed nasal fractures. ABG showed a pH of 7.2

)( **Re-Evaluation/Progress 3**

**Time:** 2205
**Re-eval. status** re-examined
**Eval following treatment:** intubated and sedated
**Additional notes:**

Dexamethasone, Rocephin, vancomycin, acyclovir were ordered prophylactically in case of meningitis. LP was performed at bedside, fluid was clear. Patient's laceration was sutured on his right temporal forehead region.

)( **Re-Evaluation/Progress 4**

**Time:** 2245
**Re-eval. status** re-examined
**Eval following treatment:** intubated and sedated
**Additional notes:**

Patient's second CK level was 5628. Bicarbonate and more fluids were ordered. Dr. Watt was called and agrees to admit the patient.

**Consultation:**

**Referral/Consultant name:**

Watt MD,Jason

**Consultant called:** Primary Care Physician
**Requested call time:** 2245
**Requested call date:** 05/11/14
**Call returned:** call returned
**Call returned time:** 2245
**Call returned date:** 05/11/14
**Consultant:** will see patient
**Admit accepts:** Yes

## Pertinent Findings

**Presentation:** acute

## Considerations

**Severity:** serious condition
**Diagnosis appears:** serious

## Disposition-Cardiac Arrest

**Clinical Impression:**
**Primary Impression:** Cardiac arrest
**Secondary Impressions:** Abrasions of multiple sites, Clavicle fracture, Increased anion gap metabolic acidosis, Laceration of face, Rhabdomyolysis

)( **Disposition:**
**Admitted:** Yes
**Disposition time:** 2245
**Disposition date:** 05/11/14
**Vital signs:**
First Documented:

| | Result | Date | Time |
|---|---|---|---|
| Pulse Ox | 100 | 05/11 | 1900 |
| B/P | 123/58 | 05/11 | 1900 |
| Temp | 38.8 | 05/11 | 1900 |
| Pulse | 122 | 05/11 | 1900 |
| Resp | 26 | 05/11 | 1900 |
| FiO2 | 100 | 05/11 | 1934 |

Last Documented:

| | Result | Date | Time |
|---|---|---|---|
| Pulse Ox | 100 | 05/11 | 2300 |
| B/P | 130/78 | 05/11 | 2300 |
| Temp | 35.6 | 05/11 | 2300 |
| Pulse | 80 | 05/11 | 2300 |
| Resp | 16 | 05/11 | 2300 |
| FiO2 | 100 | 05/11 | 1934 |

)( **All prior VS reviewed:** Yes
**Condition:** Critical

## Critical Care

**Critical Care Time excluding separately reportable procedures:** 105-134 minutes
**Critical Care Time includes:** Patient management by me, Time spent at bedside, Reviewing test results, Reviewing imaging, Documentation in record

## MORRIS,JASON J. 05/12/14 0014:

### Phys Exam-Cardiac Arrest

**Vital Signs**

### Results/Interpretations

**Results:**

### MDM-Cardiac Arrest

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

## ED Course

**Medication(s) Ordered:**

## Disposition-Cardiac Arrest

**Vital signs:**

**Supervising Physician Note:**
i agree with history as above
pt has no septal hematoma with fxr
has all soft compartments w/out evidence physical for compartment syndrome
given struggle possible cause for rhabo
i was in room for entire er care
i was in room for all procedures
pt needed vecuronium for LP as was moving
otherwise all procedures in 1 attempt w/out complications
pt has acidosis gapped of unknown origin
we covered the patient for encephalitis/meningitis given change in ms and fever in ed
also possible
?toxidrome vs ingestion vs sepsis
differential is quite long and considered for this patient
rhabdo with generous hydration/bicarb
clavicle fxr on xray
patient now stable for icu admit and for medicine to con't w/u and treatment for differential
dr watt accepts and assumes care

I have personally interviewed and examined the patient. All charts, labs, and imaging studies were reviewed. I agree with the Resident's findings, exam, and plan.

Electronically Signed by Hohler,Daniel (RES) on 05/12/14 at 0012
Electronically Signed by Jason J. Morris DO on 05/12/14 at 0019

RPT #: 0511-0442
***END OF REPORT***

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9



RUN DATE: 05/13/14
RUN TIME: 0509
RUN USER: HPF.FEED

St.Lucie Medical Center EDM *LIVE*
ED PATIENT REPORT

PAGE 1

Patient: DOCHER,TAVARES LEKEITH
EDM Provider: Morris DO,Jason J., ACT
Age/Sex: M
Acct No:
Unit No:

GENERAL DATA

ED Physician: Morris DO,Jason J., ACT
Practitioner: HOHLER,DANIEL
Nurse:

Arrival Date/Time: 05/11/14 - 1900
Triage Date/Time: 05/11/14 - 1900
Date of Birth:

Stated Complaint: CARDIAC ARREST
Chief Complaint: Cardiac Related
Priorty: 1
Status Event History:
05/11/14 1900 Reception
1951 Triaged
2251 Admit Patient
2309 ADMIT
05/12/14 0025 Room Placement
0655 ADMIT
1135 Off Tracker

MODE OF ARRIVAL

FIRE RESCUE

ALLERGIES

| Allergy/Adverse Reaction | Type/Category | Severity | Date | Ver |
|---|---|---|---|---|
| No Known Drug Allergies | Allergy/Drug | Unknown | 05/11/14 | Y |

ASSESSMENTS

Rapid Initial Assessment

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 1900 | AURIEMMA,KIMBERLY X, RN | 05/11/14 | 1951 | AURIEMMA,KIMBERLY X, RN |

First Point of Contact: Yes
Enter/Edit Allergies? Yes
Arrived By: FR
EMS Arrival Service St Lucie County FD
Subjective Assessment:
PT ARRIVED VIA EMS. PT WAS COMBATIVE ON SCENE WITH SLC SHERIFF DEPUTIES. WHEN EMS ARRIVED, PT WAS STILL COMBATIVE. EMS GAVE 4MG ATIVAN IM. SHORTLY AFTER PT STOPPED BREATHING AND CM SHOWED ASYTOLE. PT INTUBATED WITH KING AIRWAY AND CPR STARTED. IV PLACED #18 LEFT NECK. 1 AMP EPI GIVEN, CPR CONT 1 MP BICARB GIVEN IVP. CM SHOWED V-TACH AT 120J CPR CONT, THEN CM SHOWED SVT AND PT WAS CARDIOVERTED AT 100J THEN CM SR SHOWED SR
Objective Assessment:
ACLS PROTOCALL WAS BEING FOLLOWED ON ARRIVAL. DR MORRIS AT BEDSIDE WHEN PT ARRIVED. MULTIPLE ABRASIONS AND SOME LACERATIONS NOTED TO VARIOUS AREAS OF HIS BODY
See next page
Neuro WDP? No
Cardiovascular WDP? No
Respiratory WDP? No
Pain scale: Wong-Baker (Faces)
Intensity: 0
OB/GYN History: (if noted below)

See next page
Smoking status for patients 13 years old or older: Unknown,if ever smoked
Onset of Symptoms Date: 05/11/14
Onset of Symptoms Time: 1900
See next page
Flowsheet: Yes
Chief Complaint: Cardiac Related
Priority: RESUSCITATION
ESP? N
Facility ESP status:
ESP Enabled
Last page
Is Patient Present? Y
Able to perform TB & Contagious Respiratory Infection Point of Entry Screen Y
Is patient currently experiencing any of following in last 7 days:
Fever greater than 100.4? N
(37.8 C)
Cough? N
(not related to
allergy or COPD)
Sore Throat? N
Night sweats? N
Unexplained weight loss? N
Fatigue? N
Body Aches? N
Rash? N
Nasal Congestion (not related to allergies or sinus infections)? N
Pt reports prior history of TB or positive TB skin test? N
Close contact with a person who has TB? N
Close contact with any person having an Influenza-like Illness? N
Travel outside the US in the past 2 weeks? N
TB Point of Entry Screen: NEGATIVE
Contagious Respiratory Infection Point of Entry Screen- NEGATIVE
** FLACC Pain Assessment - Less than Age 3 or Sleeping **
Score of 4 or More, Consider Intervention
** Neonatal / Infant Pain Scale (NIPS) **
Temp: 101.8
Temp Source: Rectal
Pulse: 122
Pulse Source: Monitor
Pulse location: Apical
Resp: 26
Resp Source: Observed
BP: 123/58
B/P Source: Arm, Left
B/P Position: Supine
MAP (mmHg): 79
SpO2%: 100
Height - Feet: 5
Inches: 9
Cm: 175.26
Weight - Lbs: 140
Kg: 63.503
BMI: 20.7
: Normal
==SEVERE SEPSIS SCREENING==
Temperature: Y
Heart Rate: Y

PRINTED BY: BVA8562
DATE 10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
EDM Provider: Morris DO,Jason J., ACT

Age/Sex: M

Acct No:
Unit No:

Respirations: Y
WBC/Bands: N
:
No Results past 24 hrs
:
No Results past 24 hrs
If Y to 2 or more of above, proceed to next section: 3
==INFECTION==
Suspected/Documented Infection: NO
Antibiotic Therapy (Not Prophylaxis): NO
If Y to 1 of the above, proceed to next section: 0
==NEW ORGAN DYSFUNCTION within past 48 hours==

PAIN ASSESSMENT

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 1900 | AURIEMMA,KIMBERLY X, RN | 05/11/14 | 1959 | AURIEMMA,KIMBERLY X, RN |

Acceptable pain level: 0
Assessment Type: Ongoing Monitoring
Pain scale: Wong-Baker (Faces)
Intensity: 0
See next page
See next page
Last page

Detail Assessment

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 1951 | AURIEMMA,KIMBERLY X, RN | 05/11/14 | 1953 | AURIEMMA,KIMBERLY X, RN |

Suicide screening: No
Evidence of physical and/or psychological abuse: No
Do you currently think your safety is being threatened by anyone you know: No
See next page
Previous Medical History: UNKNOWN
List Previous Surgeries:
UNKNOWN
Enter/Edit home med reconciliation: Y
Medications and Treatments Prior to Arrival: ACLS Drugs, Cardiac Monitor, IV
Last Tetanus Shot: Unknown
See next page
Nutritional Assessment WDP? Yes
Functional Assessment WDP? Yes
Living arrangements: Lives alone
See next page
Tobacco history: Yes
Describe tobacco use:
UNKNOWN
Alcohol history: Yes
Describe alcohol use:
UNKNOWN
Drug use history: Yes
Describe drug use history:
UNKNOWN
See next page

Are there cultural,religious,language,developmental or behavioral factors to consider in planning care: No
Is there anything we can do or avoid doing to prevent you feeling uncomfortable during this hospitalization: No
Any barriers to learning identified: No
Readiness to learn: Unable to assess
Preferred method of learning: Discussion
See next page
OB/GYN History: (if noted below)
See next page
Do you feel a sense of hopelessness or helplessness that affects the care
See next page
BMI: 20.7
: Normal
See next page
See next page
ED plan of care
Chief Complaint: Cardiac Related
Expected outcome of chief complaint: Stabilized/Maintained
Last page
See next page
In the past few days have you been having
I want to ask you if your child attempted suicide
See next page
In the past week have you been having
See next page
See next page
Last page

Dysphagia Screening

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 1953 | AURIEMMA,KIMBERLY X, RN | 05/11/14 | 1953 | AURIEMMA,KIMBERLY X, RN |

* Patient FAILS Screening if ANY answer is NO! *
SECTION A - Level of Alertness/Responsiveness
1- Is pt able to remain alert/awake for 20 minutes? No
(open mouth, stick out tongue, smile)
SECTION B - Water Test
Part 1 - Give pt (1) teaspoon of water & observe for the following:
(place hand on Adam's apple and feel for the swallow)
Part 2 - Give pt (3) sips of water by cup & observe for the following:
Dysphagia Screening Status: FAIL

Family Health History

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 1959 | AURIEMMA,KIMBERLY X, RN | 05/11/14 | 1959 | AURIEMMA,KIMBERLY X, RN |

Cardiac Related

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 2000 | TURCOTT,PAULINE, RN | 05/11/14 | 2237 | TURCOTT,PAULINE, RN |

PRINTED BY: BVASBE
DATE 10/8/2014

Patient: DOCHER,TAVARES LEKEITH
EDM Provider: Morris DO,Jason J., ACT

Age/Sex: M

Acct No:
Unit No:

Presenting Signs & Symptoms: Arrhythmia
Initial Onset of Signs & Symptoms: Less Than 1 Hour Ago
Symptoms Constant or Intermittent: Constant
See next page
Aspirin in Previous 8 Hours? No
Nitroglycerin in Previous Hour: No
Previous Episodes of Similar Symptoms: Unknown
Cardiac Risk Factors: Other DrugAbuse(Identify)
See next page
Patient on Cardiac Monitor? Yes
Cardiac Rhythm: Sinus Tachycardia
Heart Sounds: Normal
Breath Sounds Clear & Equal Bilaterally All Lobes: Yes
See next page
On Oxygen? Yes
SpO2% Before Oxygen Applied: 95
O2 delivered per: Ventilator
O2 liters/minute: 15
SpO2% After Oxygen Applied: 100
Oxygen Comment:
PT HAD KING AIRWAY. CHANGED TO
ETT
Edema: Yes
Edema Location: Periorbital
Degree of Edema: 1+ Pitting (< 1/2")
See next page
Does patient have a pacemaker? None
Does Patient Have an Internal Defibrillator? No
Additional Findings:
PT'S EARS ARE EDEMATOUS
Last page

Cardiac Related ** EDIT **

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 2000 | TURCOTT,PAULINE, RN | 05/12/14 | 0104 | TURCOTT,PAULINE, RN |

Cardiac Risk Factors:[] MARIJAUNA
Additional Findings:
[PT'S EARS ARE EDEMATOUS] PT'S EARS ARE EDEMATOUS.
[] FACE EDEMA

Physical Findings

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 2000 | TURCOTT,PAULINE, RN | 05/11/14 | 2238 | TURCOTT,PAULINE, RN |

Neurological Assessment WDP: No
Musculoskeletal Assessment WDP: Yes
Documented via Chief Complaint: Yes
Eye Assessment WDP: No
Gastrointestinal Assessment WDP: Yes
Documented via Chief Complaint: Yes
ENT Assessment WDP: No
Genitourinary Assessment WDP: Yes
Documented via Chief Complaint: Yes
Respiratory Assessment WDP: No
Integumentary Assessment WDP: No
Documented via Chief Complaint: Yes
Documented via Chief Complaint: Yes
Cardiovascular Assessment WDP: No
Psychosocial Assessment WDP: Yes
Documented via Chief Complaint: Yes
Circulatory Assessment WDP: Yes
See next page
Last page
See next page
See next page
See next page
See next page
******** EAR ********
****** NOSE *******
****** THROAT *******
See next page
See next page
See next page

Cardiac Related Reassessment

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 2300 | TURCOTT,PAULINE, RN | 05/12/14 | 0103 | TURCOTT,PAULINE, RN |

Patient Condition Assessment: No Change
Ongoing Signs & Symptoms: None
See next page
Patient on Cardiac Monitor? Yes
Cardiac Rhythm: Normal Sinus Rhythm
Heart Sounds: Normal
Breath Sounds Clear & Equal Bilaterally All Lobes: Yes
See next page
On Oxygen? Yes
O2 delivered per: Ventilator
O2 liters/minute: 15
SpO2 Continuous Monitoring: Yes
SpO2% After Oxygen Applied: 100
Edema: Yes
Edema Location: Periorbital
Degree of Edema: 1+ Pitting (< 1/2")
See next page
Does patient have a pacemaker? None
Does Patient Have an Internal Defibrillator? No
Additional Findings:
FACIAL SWELLING INCREASED.
Last page

Pain Reassessment

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 2359 | TURCOTT,PAULINE, RN | 05/11/14 | 2359 | TURCOTT,PAULINE, RN |

Acceptable pain level: 0
Assessment Type: Ongoing Monitoring

PRINTED BY: BVA6526
DATE 10/8/2014

EXHIBIT 9



RUN DATE: 05/13/14
RUN TIME: 0509
RUN USER: HPF.FEED

St.Lucie Medical Center EDM *LIVE*
ED PATIENT REPORT

PAGE 4

Patient: DOCHER,TAVARES LEKEITH
EDM Provider: Morris DO,Jason J., ACT
Age/Sex: M
Acct No:
Unit No:

Pain scale: Wong-Baker (Faces)
Intensity: 0
See next page
See next page
Last page

Discharge/Transfer/Admit/LPT

Occurred Date Time User: 05/12/14 0021 TURCOTT,PAULINE, RN
Recorded Date Time User: 05/12/14 0440 TURCOTT,PAULINE, RN

Patient Disposition: Admission
Disposition Category: Was Admitted & Treated
ED plan of care
Chief Complaint: Cardiac Related
Expected outcome of chief complaint: Stabilized/Maintained
Actual outcome of chief complaint: Deteriorated
Question below will only be answered if patient is LPMSE:
See next page
Temp: 96.2
Pulse: 88
Resp: 17
BP: 123/70
SpO2%: 100
Level of Consciousness: Unresponsive
MEWS Score: 4
I have verified that unless otherwise noted, the following interventions have been performed as documented. If a specific intervention is not presented herein, I have verified that the Standards of Care & Practice for this hospital and the East Florida Division have been met.
Signature: TURCOTT,PAULINE -
View SOP: N
Last page
Time handoff given : 0010
Handoff given to :
GIMALYN
Time patient transported to room : 0021
Transported via : Stretcher
Transported with the following: RN transport, Oxygen, Monitor, ACLS box, IV Pump, Tech, Respiratory Therapy, Ambu bag
Arrival Date: 05/11/14
Arrival Time: 1900
Triage Date: 05/11/14
Triage Time: 1900
Triage Level: ESI1/Resuscitation
Placed in Bed Date: 05/11/14
Placed in Bed Time: 1902
MD/DO/PA/NP Initiates Contact/Greets Patient Date: 05/11/14
MD/DO/PA/NP Initiates Contact/Greets Patient Time: 1903
MD/DO/PA/NP Makes Decision to Disposition Date: 05/11/14
MD/DO/PA/NP Makes Decision to Disposition Time: 2309
Date Patient Physically Leaves ED: 05/12/14
ESP? N
Time Patient Physically Leaves ED: 0021
Elapsed Time from Disposition to Depart:

1:12
Delay Reasons: Waiting for Bed Assignmnt
For lookup by name, enter N\name then press <Lookup>
Patient Left
See next page
See next page
See next page

TREATMENTS

IV Start/Reassess

Occurred Date Time User: 05/11/14 1900 AURIEMMA,KIMBERLY X, RN
Recorded Date Time User: 05/11/14 2004 AURIEMMA,KIMBERLY X, RN

Document initial CVC/PICC information: No
IV and/or CVC/PICC Action: Peripheral IV Device
Pt/Family Education Done: No
Peripheral IV 1: Saline Lock
Start Date: 05/11/14
Dressing Date: 05/11/14
Site: LEFT NECK
Gauge: 18
Observation: PATENT
Action: New Start, See Comment
Attempts: 1
Peripheral IV 2: Saline Lock
Start Date: 05/11/14
Dressing Date: 05/11/14
Site: Right Forearm
Gauge: 18
Observation: PATENT
Action: New Start
Attempts: 1
Peripheral IV 3: Saline Lock
Start Date: 05/11/14
Dressing Date: 05/11/14
Site: Left Forearm
Gauge: 18
Observation: PATENT
Action: New Start
Attempts: 1
Comments:
EMS STARTED

ED Flowsheet-Detail

Occurred Date Time User: 05/11/14 1915 TURCOTT,PAULINE, RN
Recorded Date Time User: 05/12/14 0339 TURCOTT,PAULINE, RN

Pulse: 120
Resp: 16
BP: 131/49
MAP (mmHg): 76
See next page
SpO2%: 100

PRINTED BY: BVA9522
DATE 10/8/2014

EXHIBIT 9



RUN DATE: 05/13/14
RUN TIME: 0509
RUN USER: HPF.FEED

St.Lucie Medical Center EDM *LIVE*
ED PATIENT REPORT

PAGE 5

Patient: DOCHER,TAVARES LEKEITH
EDM Provider: Morris DO,Jason J., ACT
Age/Sex: /M
Acct No:
Unit No:

On Oxygen? Yes
BMI: 23.6
: Normal
See next page
Orthostatic Vital Signs: (if noted below)
See next page
Evaluate Glasgow Coma Scale: Yes
Glasgow Coma Scale:
Eye Opening: 1
Best Verbal Response: 1
Best Motor Response: 1
GCS Total: 3
See next page
===SEVERE SEPSIS SCREENING===
Temperature: N
Heart Rate: Y
Respirations: N
WBC/Bands: N
:
05/11/14 6.5 1913
:
No Results past 24 hrs
If Y to 2 or more of above, proceed to next section: 1
===INFECTION===
See next page
===NEW ORGAN DYSFUNCTION within past 48 hours===
Last page

ED Flowsheet-Detail

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 1930 | TURCOTT,PAULINE, RN | 05/12/14 | 0339 | TURCOTT,PAULINE, RN |

Pulse: 110
Resp: 16
BP: 123/58
MAP (mmHg): 79
See next page
SpO2%: 94
BMI: 23.6
: Normal
See next page
Orthostatic Vital Signs: (if noted below)
See next page
Glasgow Coma Scale:
See next page
===SEVERE SEPSIS SCREENING===
Temperature: N
Heart Rate: Y
Respirations: N
WBC/Bands: N
:
05/11/14 6.5 1913
:
No Results past 24 hrs
If Y to 2 or more of above, proceed to next section: 1
===INFECTION===

See next page
===NEW ORGAN DYSFUNCTION within past 48 hours===
Last page

RT: Ventilator Support

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 1932 | O'CONNOR,JERRAD A | 05/11/14 | 1934 | O'CONNOR,JERRAD A |

Vent/Procedures: Intubate/New Airway
Patient Parameters: Y
Modalities Completed: Ventilator Installed
Sign off SOP: N
*** Airway Management/Intubate ***
Patient placed on ventilator: At facility
Date patient placed on ventilator: 05/11/14
Vent type: Invasive
Time patient placed on ventilator: 1933
Ventilator #:
6
** Airway Check **
Airway type: ET Tube
Size: 7.5
Type: Cuffed, Subglottic
Placement (cm):
23
Cuff Pressure (cm H2O):
ML
Location: Oral
Airway Patent: Y
Placement Verification: Bilat BS confirmed, CXR ordered, ETCO2 confirmed
*** Ventilator Parameters ***
*** Patient Parameters ***
Patient Position: High Fowler's
Total Respirations: 17
Pulse: 93
Spont Tidal Volume: 562
SpO2%: 94
Mean Airway Pressure: 10
PIP: 21
BS - Right Lung: Clear/diminished
BS - Left Lung: Clear/diminished
** PAIN ASSESSMENT **
Is patient indicating pain?: N
Patient's acceptable
*** Treatment Provided ***
Medication Dose Route
*** Suctioned ***
*** Weaning Parameters ***
*** Extubation ***
*** RT STANDARDS OF PRACTICE ATTESTATION ***
I have verified that unless otherwise noted, the following interventions have been performed as documented. If a specific intervention is not presented herein, I have verified that the Standards of Care & Practice for this hospital and the East Florida Division have been met.

PRINTED BY: BVAS5558
DATE 10/8/2014

EXHIBIT 9

RUN DATE: 05/13/14
RUN TIME: 0509
RUN USER: HPF.FEED

St.Lucie Medical Center EDM *LIVE*
ED PATIENT REPORT

PAGE 6

Patient: DOCHER,TAVARES LEKEITH
EDM Provider: Morris DO,Jason J., ACT

Age/Sex: /M

Acct No:
Unit No:

RT: Ventilator Support

Occurred
Date Time User
05/11/14 1934 O'CONNOR,JERRAD A

Recorded
Date Time User
05/11/14 1935 O'CONNOR,JERRAD A

Vent/Procedures: Vent check/parameters
Patient Parameters: Y
Modalities Completed: Ventilator Installed
Sign off SOP: N
*** Airway Management/Intubate ***
Vent type: Invasive
** Airway Check **
*** Ventilator Parameters ***
Vent Mode: Assist Control (AC)
Vt: 550
Exp Press/PEEP:
5
FIO2: 100
Rate: 15
Delivery of Gas: Air/Oxygen
Humidity: HME
*** Patient Parameters ***
Patient Position: High Fowler's
Total Respirations: 17
Pulse: 93
Spont Tidal Volume: 562
SpO2%: 94
Mean Airway Pressure: 10
PIP: 21
BS - Right Lung: Clear/diminished
BS - Left Lung: Clear/diminished
** PAIN ASSESSMENT **
Is patient indicating pain?: N
Patient's acceptable
*** Treatment Provided ***
Medication Dose Route
*** Suctioned ***
*** Weaning Parameters ***
*** Extubation ***
*** RT STANDARDS OF PRACTICE ATTESTATION ***
I have verified that unless otherwise noted, the following interventions have been performed as documented. If a specific intervention is not presented herein, I have verified that the Standards of Care & Practice for this hospital and the East Florida Division have been met.

ED Flowsheet-Detail

Occurred
Date Time User
05/11/14 2034 TURCOTT,PAULINE, RN

Recorded
Date Time User
05/11/14 2038 TURCOTT,PAULINE, RN

Pulse: 109
Pulse Source: Monitor
Resp: 24
BP: 105/57
B/P Source: Arm, Left
B/P Position: Sitting
MAP (mmHg): 73
See next page
SpO2%: 100
Airway adjunct: Ventilator
On Oxygen? Yes
O2 Liters / Minute: 15
BMI: 20.7
: Normal
See next page
Orthostatic Vital Signs: (if noted below)
See next page
Evaluate Glasgow Coma Scale: Yes
Glasgow Coma Scale:
Eye Opening: 1
Best Verbal Response: 1
Best Motor Response: 2
GCS Total: 4
See next page
===SEVERE SEPSIS SCREENING===
Temperature: Y
Heart Rate: Y
Respirations: Y
WBC/Bands: N
:
05/11/14 6.5 1913
:
No Results past 24 hrs
If Y to 2 or more of above, proceed to next section: 3
===INFECTION===
Suspected/Documented Infection: NO
Antibiotic Therapy (Not Prophylaxis): NO
If Y to 1 of the above, proceed to next section: 0
See next page
===NEW ORGAN DYSFUNCTION within past 48 hours===
Last page

Dashboard queries

Occurred
Date Time User
05/11/14 2038 TURCOTT,PAULINE, RN

Recorded
Date Time User
05/11/14 2038 TURCOTT,PAULINE, RN

Arrival Date: 05/11/14
Arrival Time: 1900
Triage Date: 05/11/14
Triage Time: 1900
Triage Level: ESI1/Resuscitation
Placed in Bed Date: 05/11/14
Placed in Bed Time: 1902
MD/DO/PA/NP Initiates Contact/Greets Patient Date: 05/11/14
MD/DO/PA/NP Initiates Contact/Greets Patient Time: 1903
ESP? N
For lookup by name, enter N\name then press <Lookup>
Dashboard queries

** EDIT **

PRINTED BY: BV29538
DATE 10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
EDM Provider: Morris DO,Jason J., ACT
Age/Sex: /M
Acct No:
Unit No:

Occurred Date Time User: 05/11/14 2038 TURCOTT,PAULINE, RN
Recorded Date Time User: 05/12/14 0438 TURCOTT,PAULINE, RN

MD/DO/PA/NP Makes Decision to Disposition Date:[] 05/11/14
MD/DO/PA/NP Makes Decision to Disposition Time:[] 2309
Date Patient Physically Leaves ED:[] 05/12/14
Time Patient Physically Leaves ED:[] 0021
Elapsed Time from Disposition to Depart:
[] 1:12
Delay Reasons:[] Waiting for Bed Assignmnt

Cardiac Monitor

Occurred Date Time User: 05/11/14 2100 TURCOTT,PAULINE, RN
Recorded Date Time User: 05/11/14 2359 TURCOTT,PAULINE, RN

Time patient placed on cardiac monitor: On arrival
Cardiac Rhythm: Sinus Tachycardia
Last page

ED Flowsheet-Detail

Occurred Date Time User: 05/11/14 2104 TURCOTT,PAULINE, RN
Recorded Date Time User: 05/11/14 2107 TURCOTT,PAULINE, RN

Temp: 96.7
Temp Source: Rectal
Pulse: 105
Resp: 24
BP: 108/55
MAP (mmHg): 72
See next page
SpO2%: 100
Airway adjunct: Ventilator
On Oxygen? Yes
O2 Liters / Minute: 15
BMI: 20.7
: Normal
See next page
Orthostatic Vital Signs: (if noted below)
See next page
Glasgow Coma Scale:
See next page
===SEVERE SEPSIS SCREENING===
Temperature: Y
Heart Rate: Y
Respirations: Y
WBC/Bands: N
:
05/11/14 6.5 1913
:
No Results past 24 hrs
If Y to 2 or more of above, proceed to next section: 3
===INFECTION===
Suspected/Documented Infection: NO
Antibiotic Therapy (Not Prophylaxis): NO
If Y to 1 of the above, proceed to next section: 0
See next page
===NEW ORGAN DYSFUNCTION within past 48 hours===
Last page

ED Flowsheet-Detail

Occurred Date Time User: 05/11/14 2130 TURCOTT,PAULINE, RN
Recorded Date Time User: 05/12/14 0341 TURCOTT,PAULINE, RN

Pulse: 104
Resp: 20
BP: 112/64
MAP (mmHg): 80
See next page
SpO2%: 100
BMI: 23.6
: Normal
See next page
Orthostatic Vital Signs: (if noted below)
See next page
Glasgow Coma Scale:
See next page
===SEVERE SEPSIS SCREENING===
Temperature: N
Heart Rate: Y
Respirations: Y
WBC/Bands: N
:
05/11/14 6.5 1913
:
No Results past 24 hrs
If Y to 2 or more of above, proceed to next section: 2
===INFECTION===
Suspected/Documented Infection: NO
Antibiotic Therapy (Not Prophylaxis): NO
If Y to 1 of the above, proceed to next section: 0
See next page
===NEW ORGAN DYSFUNCTION within past 48 hours===
Last page

ED Flowsheet-Detail

Occurred Date Time User: 05/11/14 2200 TURCOTT,PAULINE, RN
Recorded Date Time User: 05/12/14 0354 TURCOTT,PAULINE, RN

Pulse: 99
Resp: 18
BP: 125/70
MAP (mmHg): 88
See next page
SpO2%: 99
Airway adjunct: Ventilator
BMI: 21.6
: Normal

PRINTED BY: BVA85326
DATE 10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
EDM Provider: Morris DO,Jason J., ACT

Age/Sex: M

Acct No:
Unit No:

See next page
Orthostatic Vital Signs: (if noted below)
See next page
Glasgow Coma Scale:
See next page
===SEVERE SEPSIS SCREENING===
Temperature: N
Heart Rate: Y
Respirations: N
WBC/Bands: N
:
05/11/14 6.5 1913
:
No Results past 24 hrs
If Y to 2 or more of above, proceed to next section: 1
===INFECTION===
See next page
===NEW ORGAN DYSFUNCTION within past 48 hours===
Last page

Sepsis Implementation Bundle

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 2230 | TURCOTT,PAULINE, RN | 05/12/14 | 0639 | TURCOTT,PAULINE, RN |

Date Physician Notified of Positive Sepsis Screen: 05/11/14
Time Physician Notified of Positive Sepsis Screen: 2230
Sepsis Bundles Implemented: Y
Date Sepsis Bundles Implemented: 05/11/14
Time Sepsis Bundles Implemented: 2230
Severe Sepsis Comment:
lactic acid 3.2. blood cultures done. pt received 3 different antibiotics. pt received 5000 cc of normal saline. 2 #18 iv lines.

ED Flowsheet-Detail

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 2300 | TURCOTT,PAULINE, RN | 05/11/14 | 2324 | TURCOTT,PAULINE, RN |

Temp: 96.0
Temp Source: Rectal
Pulse: 80
Resp: 16
BP: 130/78
MAP (mmHg): 95
See next page
SpO2%: 100
Airway adjunct: Ventilator
BMI: 20.7
: Normal
See next page
Orthostatic Vital Signs: (if noted below)
See next page
Evaluate Glasgow Coma Scale: Yes
Glasgow Coma Scale:

Eye Opening: 1
Best Verbal Response: 1
Best Motor Response: 2
GCS Total: 4
See next page
===SEVERE SEPSIS SCREENING===
Temperature: Y
Heart Rate: Y
Respirations: Y
WBC/Bands: N
:
05/11/14 6.5 1913
:
No Results past 24 hrs
If Y to 2 or more of above, proceed to next section: 3
===INFECTION===
Suspected/Documented Infection: NO
Antibiotic Therapy (Not Prophylaxis): NO
If Y to 1 of the above, proceed to next section: 0
See next page
===NEW ORGAN DYSFUNCTION within past 48 hours===
Last page

Cardiac Monitor

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 2300 | TURCOTT,PAULINE, RN | 05/12/14 | 0439 | TURCOTT,PAULINE, RN |

Time patient placed on cardiac monitor: See monitor strip
Cardiac Rhythm: Normal Sinus Rhythm
Last page

INTAKE AND OUTPUT

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 2325 | TURCOTT,PAULINE, RN | 05/11/14 | 2325 | TURCOTT,PAULINE, RN |

~~~ INTAKE (in mL's) ~~~
~~~ OUTPUT (in mL's) ~~~
~~~ Diet Intake ~~~
Primary IV's: 5000
~~~ IV Type ~~~
~~~ IV Intake ~~~
~~~ BLOOD PRODUCTS ~~~
~~~ Output Tubes And Drains ~~~

ED Flowsheet-Detail

| Occurred Date | Time | User | Recorded Date | Time | User |
|---|---|---|---|---|---|
| 05/11/14 | 2330 | TURCOTT,PAULINE, RN | 05/12/14 | 0355 | TURCOTT,PAULINE, RN |

Pulse: 82
Resp: 17
BP: 134/72
MAP (mmHg): 92

PRINTED BY: BVA85
DATE 10/8/2014
~~~

Patient: DOCHER,TAVARES LEKEITH
EDM Provider: Morris DO,Jason J., ACT
Age/Sex: /M
Acct No:
Unit No:

See next page
SpO2%: 100
Airway adjunct: Ventilator
BMI: 23.6
: Normal
See next page
Orthostatic Vital Signs: (if noted below)
See next page
Glasgow Coma Scale:
See next page
===SEVERE SEPSIS SCREENING===
Temperature: N
Heart Rate: N
Respirations: N
WBC/Bands: N
:
05/11/14 6.5 1913
:
No Results past 24 hrs
If Y to 2 or more of above, proceed to next section: 0
===INFECTION===
See next page
===NEW ORGAN DYSFUNCTION within past 48 hours===
Last page

ED Flowsheet-Detail

Occurred
Date Time User
05/12/14 0000 TURCOTT,PAULINE, RN

Recorded
Date Time User
05/12/14 0356 TURCOTT,PAULINE, RN

Pulse: 84
Resp: 16
BP: 122/70
MAP (mmHg): 87
See next page
SpO2%: 100
Airway adjunct: Ventilator
BMI: 23.6
: Normal
See next page
Orthostatic Vital Signs: (if noted below)
See next page
Glasgow Coma Scale:
See next page
===SEVERE SEPSIS SCREENING===
Temperature: N
Heart Rate: N
Respirations: N
WBC/Bands: N
:
05/11/14 6.5 1913
:
No Results past 24 hrs
If Y to 2 or more of above, proceed to next section: 0
===INFECTION===
See next page
===NEW ORGAN DYSFUNCTION within past 48 hours===

Last page

Dashboard queries

Occurred
Date Time User
05/12/14 1134 ARMSTRONG,REBECCA, RN

Recorded
Date Time User
05/12/14 1134 ARMSTRONG,REBECCA, RN

Arrival Date: 05/11/14
Arrival Time: 1900
Triage Date: 05/11/14
Triage Time: 1900
Triage Level: ESI1/Resuscitation
Placed in Bed Date: 05/11/14
Placed in Bed Time: 1902
MD/DO/PA/NP Initiates Contact/Greets Patient Date: 05/11/14
MD/DO/PA/NP Initiates Contact/Greets Patient Time: 1903
MD/DO/PA/NP Makes Decision to Disposition Date: 05/11/14
MD/DO/PA/NP Makes Decision to Disposition Time: 2245
Date Patient Physically Leaves ED: 05/12/14
Time Patient Physically Leaves ED: 0021
Elapsed Time from Disposition to Depart:
1:12
Delay Reasons: Waiting for Bed Assignmnt
ESP? N
For lookup by name, enter N\name then press <Lookup>

EMERGENCY NOTES

Occurred
Date Time User
05/11/14 1900 TURCOTT,PAULINE, RN

Recorded
Date Time User
05/11/14 2158 TURCOTT,PAULINE, RN

PT ARRIVED VIA EMS. ACLS PROTOCOL BEING FOLLOWED. PT UNRESPONSIVE. NO RESPONSE TO NOXIOUS STIMULI. PUPILS 4MM AND NON RESPONSIVE.

Occurred
Date Time User
05/11/14 1905 TURCOTT,PAULINE, RN

Recorded
Date Time User
05/11/14 2250 TURCOTT,PAULINE, RN

PLACED ON CM. ST. 100-120. PLACED ON LIFEPACK. PT HAS KING AIRWAY IN PLACE. BEING BAGGED. O2SAT 100%. DR.MORRIS AND DR.HOELER AT BEDSIDE. B/P 131/49. LUNGS CLEAR. C-COLLAR PLACED ON PT.

Occurred
Date Time User
05/11/14 1905 TURCOTT,PAULINE, RN

Recorded
Date Time User
05/11/14 2311 TURCOTT,PAULINE, RN

3 SHERRIFFS FROM ST LUCIE COUNTY AT PT'S BEDSIDE.

Occurred
Date Time User
05/11/14 1910 TURCOTT,PAULINE, RN

Recorded
Date Time User
05/11/14 2321 TURCOTT,PAULINE, RN

PT'S CLOTHING REMOVED AND GIVEN TO DONNA CARMICHAEL (1030-CRIME SCENE TECHNICIAN). PT'S CLOTHES CONSISTED OF A GREEN SHIRT,BLUE AND WHITE STRIPED BOXER SHORTS AND BLACK SHORTS. PT ALSO HAD A NECKLACE THAT WAS IN THE BELONGINGS AND GIVEN TO DONNA CARMICHAEL. SEVERAL PICTURES WERE TAKEN BY DONNA CARMICHAEL.

Occurred
Date Time User

Recorded
Date Time User

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

RUN DATE: 05/13/14
RUN TIME: 0509
RUN USER: HPF.FEED

St.Lucie Medical Center EDM *LIVE*
ED PATIENT REPORT

Patient: DOCHER,TAVARES LEKEITH
EDM Provider: Morris DO,Jason J., ACT

Age/Sex: /M

Acct No:
Unit No:

05/11/14 1915 TURCOTT,PAULINE, RN 05/11/14 2255 TURCOTT,PAULINE, RN
PT HAS NUMEROUS ABRASIONS. RT FOOT ABRASION THAT IS 3CM BY 1 CM. BLEEDING CONTROLLED. LT SHOULDER ABRASION THAT IS 5CM BY 4CM. SMALL AMOUNT OF BLEEDING. DRSG ON. RT TEMPORAL LACERATION THAT IS 2 CM AND BLEEDING PROFUSELY. DRSG APPLIED. LT INNER EAR WITH 2 ABRASIONS THAT ARE 1MM A PIECE. BLEEDING MODERATELY. RT KNEE WITH 2 ABRASIONS THAT 1MM A PIECE. BLEEDING CONTROLLED. LT CHEEK WITH AN ABRASION THAT IS 4CM BY 1CM. BLEEDING PROFUSELY. PRESSURE APPLIED. LT KNEE ABRASION THAT IS 2CM BY 1 CM. BLEEDING CONTROLLED. PT HAS OLD AND NEW BLOOD IN FACIAL HAIR ON LOWER CHIN AREA. DR.MORRIS CHECKED PT'S TEETH AND ALL WERE INTACT. PT HAS OLD DRIED BLOOD IN BOTH NARES.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 1920 TURCOTT,PAULINE, RN / 05/11/14 2311 TURCOTT,PAULINE, RN
PT REMAINS UNRESPONSIVE.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 1921 TURCOTT,PAULINE, RN / 05/12/14 0325 TURCOTT,PAULINE, RN
FOLEY PLACED. URINE CLEAR YELLOW.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 1930 TURCOTT,PAULINE, RN / 05/11/14 2321 TURCOTT,PAULINE, RN
DETECTIVE PATE (416) AND DEPUTY FAVALE (221) WERE STATIONED OUTSIDE PT'S ROOM.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 1932 TURCOTT,PAULINE, RN / 05/11/14 2310 TURCOTT,PAULINE, RN
DR.MORRIS AND DR.HOELER INTO CHANGE KING AIRWAY TO AN ETT AT 1923. PT RECEIVED ETOMIDATE 20MG IV AND SUCCINYLCHOLINE 120MG TO PREPARE FOR ETT. RTT IN THE ROOM. KING AIRWAY WAS REMOVED AT 1925 AND DR.HOHLER ATTEMPTED TO PLACE AN ETT. TUBE WAS IN THE STOMACH AND HAD TO BE REMOVED. DR.MORRIS INTUBATED THE PT WITH #7.5 ETT AT 1930. C-SPINE PROTECTED DURING INTUBATION. RTT PLACED THE PT ON THE VENTILATOR. A/C 15,VT 550,100% FIO2 AND 5 PEEP.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 1950 TURCOTT,PAULINE, RN / 05/11/14 2322 TURCOTT,PAULINE, RN
PT CONTINUES TO HAVE LARGE AMOUNT OF BLEEDING FROM RT TEMPORAL LAC AND FROM ABRASIONS TO INNER EAR AND LT SHOULDER. REDRESSED.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 1955 TURCOTT,PAULINE, RN / 05/11/14 2323 TURCOTT,PAULINE, RN
TO RADIOLOGY FOR CT OF HEAD,CT CERVICAL SPINE,CT OF ABDOMEN AND CT CHEST. PT TRANSFERED WITH RTT,RN AND TECH FROM ER.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 2015 TURCOTT,PAULINE, RN / 05/12/14 0309 TURCOTT,PAULINE, RN
BACK TO ROOM. REMAINS UNRESPONSIVE. PT CONTINUES TO BLEED FROM RT TEMP LAC AND FROM LT EAR ABRASIONS.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 2018 O'CONNOR,JERRAD A / 05/11/14 2019 O'CONNOR,JE[illegible]
ett advanced to 24 @lip from 23.
placement now is: 7.5 @24
jerrad a o'connor

Occurred / Recorded
Date Time User / Date Time User
05/11/14 2031 TURCOTT,PAULINE, RN / 05/12/14 0317 TURCOTT,PAULINE, RN
BREATHING OVER THE VENTILATOR. MOVING RT ARM SPONTANEOUSLY. BITING ON ETT. ATIVAN 2MG IV GIVEN.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 2042 TURCOTT,PAULINE, RN / 05/12/14 0323 TURCOTT,PAULINE, RN
CONTINUES TO BE RESTLESS. MOVING BOTH ARMS SPONTANEOUSLY BUT DOES NOT FOLLOW ANY COMMANDS. DOES NOT OPEN EYES. BITING ON THE TUBE. DIPRIVAN STARTED AT 5MCG/KG/MIN.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 2045 TURCOTT,PAULINE, RN / 05/12/14 0325 TURCOTT,PAULINE, RN
RTT DECREASED FIO2 TO 60% URINE IN FOLEY HAS BECOME ROSE TINGED. DR.MORRIS AWARE.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 2100 TURCOTT,PAULINE, RN / 05/12/14 0343 TURCOTT,PAULINE, RN
TEMP NOW 96.7. BLEEDING CONTINUES FROM LAC AND ABRASIONS. DR.MORRIS AWARE.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 2130 TURCOTT,PAULINE, RN / 05/12/14 0348 TURCOTT,PAULINE, RN
PT NOTED TO HAVE SOME POSTURING OF UPPER ARMS. DOES NOT FOLLOW ANY COMMANDS. DOES NOT OPEN EYES. PUPILS 4MM AND NON REACTIVE.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 2140 TURCOTT,PAULINE, RN / 05/12/14 0351 TURCOTT,PAULINE, RN
PT NEEDS AN LP. DIPRIVAN INCREASED TO 10MCG/KG/MIN IN PREPARATION FOR LP.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 2145 TURCOTT,PAULINE, RN / 05/12/14 0349 TURCOTT,PAULINE, RN
DR.MORRIS AND DR.HOHLER AT BEDSIDE TO DO A LP. PT HAVING SOME MOVEMENTS. VECURONIUM 10MG IV GIVEN.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 2200 TURCOTT,PAULINE, RN / 05/12/14 0350 TURCOTT,PAULINE, RN
LUMBAR PUNCTURE PERFORMED BY DR.HOHLER AND DR.MORRIS. CSF SENT TO LAB.

Occurred / Recorded
Date Time User / Date Time User
05/11/14 2210 TURCOTT,PAULINE, RN / 05/12/14 0400 TURCOTT,PAULINE, RN
ANTIZOL IV GIVEN.

Occurred / Recorded
Date Time User / Date Time User
[illegible] 2221 TURCOTT,PAULINE, RN / 05/12/14 0357 TURCOTT,PAULINE, RN
[illegible] DONE. DR.MORRIS AWARE OF RESULTS. NA BICAR X1 DOSE GIVEN.

PRINTED BY: BVA[illegible]
DATE 10/8/2014

EXHIBIT 9

RUN DATE: 05/13/14
RUN TIME: 0509
RUN USER: HPF.FEED

St.Lucie Medical Center EDM *LIVE*
ED PATIENT REPORT

PAGE 11

Patient: DOCHER,TAVARES LEKEITH
EDM Provider: Morris DO,Jason J., ACT

Age/Sex: M

Acct No:
Unit No:

Occurred Date Time User / Recorded Date Time User
05/11/14 2230 TURCOTT,PAULINE, RN — 05/12/14 0403 TURCOTT,PAULINE, RN
PT CONTINUES TO BLEED PROFUSELY FROM RT TEMP LAC AND FROM LT EAR ABRASIONS. DR. HOHLER INTO SEE THE PT. 5 STAPLES PLACED TO RT TEMP LAC.

Occurred Date Time User / Recorded Date Time User
05/11/14 2330 TURCOTT,PAULINE, RN — 05/12/14 0427 TURCOTT,PAULINE, RN
RESTING. CONTINUES TO POSTURE. DOES NOT RESPOND TO NOXIOUS STIMULI. DOES NOT OPEN EYES. PUPILS NON RESPONSIVE. HEMATURIA NOTED. BLEEDING FROM LAC AND ABRASIONS ARE SLOWING. PT NOTED TO HAVE BRUISE ON LT HIP. DR.MORRIS AWARE.

Occurred Date Time User / Recorded Date Time User
05/12/14 0000 TURCOTT,PAULINE, RN — 05/12/14 0437 TURCOTT,PAULINE, RN
2 NEW ST.LUCIE SHERIFFS ARRIVED TO REPLACE THE 2 SHERIFFS SITTING WITH THE PT.

Occurred Date Time User / Recorded Date Time User
05/12/14 0010 TURCOTT,PAULINE, RN — 05/12/14 0437 TURCOTT,PAULINE, RN
REPORT TO GIMALYN IN ICU.

Occurred Date Time User / Recorded Date Time User
05/12/14 0021 TURCOTT,PAULINE, RN — 05/12/14 0438 TURCOTT,PAULINE, RN
TRANSPORTED TO ICU VIA STRETCHER. ACCOMPANIED BY 2 NURSES AND RTT. PT ALSO ACCOMPANIED BY 2 ST.LUCIE SHERIFFS. FURTHER REPORT TO GIMALYN.

DEPARTURE INFORMATION

Primary Impression:
Cardiac arrest
Secondary Impressions:
Increased anion gap metabolic acidosis
Rhabdomyolysis
Laceration of face
Abrasions of multiple sites
Clavicle fracture
Disposition: STILL A PATIENT 30 — Departure Date/Time: -
Comment:
Condition:

Referrals:

Pt Instructions:

Departure Forms:

Medications

Medication — Sch Date-Time, Ordered Dose, Admin Dose; Doc Date-Time, Given - Reason, Site, User; Override Comment

SODIUM CHLORIDE 0.9% 2,000 ML (SODIUM CHLORIDE 0.9% IV SOLN. 2,000 ML) IV/BOLUS/ONE
05/11/14-1908 2,000 MLS

Medication — Sch Date-Time, Ordered Dose, Admin Dose; Override Comment
05/11/14-2047 Y RFA TURCOTT,PAULINE , RN

SODIUM CHLORIDE 0.9% 1,000 ML (SODIUM CHLORIDE 0.9% IV SOLN. 1,000 ML) IV/BOLUS/ONE
05/11/14-1930 1,000 MLS
05/11/14-2123 Y RFA TURCOTT,PAULINE , RN

SODIUM CHLORIDE 0.9% 1,000 ML (SODIUM CHLORIDE 0.9% IV SOLN. 1,000 ML) IV/BOLUS/ONE
05/11/14-1930 1,000 MLS
05/11/14-1930 Y RFA TURCOTT,PAULINE , RN

PROPOFOL 500 MG/50 ML VIAL (PROPOFOL 50 ML VIAL) IV/X1ED/ONE
05/11/14-1945 500 MG 500 MG
05/11/14-2042 Y LFA TURCOTT,PAULINE , RN
Riker: 5-Agitated Current IV Rate: 5mcg

DIPH,PERTUSS(ACELL),TET VAC/PF 0.5 ML DISP.SYR (ADACEL SYRINGE) IM/X1ED/ONE
05/11/14-2000 0.5 ML 0.5 ML
05/11/14-2110 Y RD TURCOTT,PAULINE , RN

LORAZEPAM 2 MG/ML VIAL (ATIVAN INJ) IV/X1ED/ONE
05/11/14-2000 2 MG 2 MG
05/11/14-2031 Y RFA TURCOTT,PAULINE , RN
Riker: 5-Agitated

VECURONIUM BROMIDE 10 MG/10 ML VIAL (VECURONIUM BROMIDE) IV/X1ED/ONE
05/11/14-2000 10 MG 10 MG
05/11/14-2207 Y GIVEN IN ED RFA TURCOTT,PAULINE , RN
PULLED FROM RSI BOX

IOPAMIDOL 61% 100 ML VIAL (ISOVUE-300) IV/ASDIR/PRN RADIOLOGY
100 ML 100 ML
05/11/14-2018 Y LAC NESBETH,CLAIRE E

SODIUM CHLORIDE 0.9% 10 ML VIAL (SODIUM CHLORIDE) IV/ASDIR/PRN FLUSH
10 ML 10 ML
05/11/14-2018 Y LAC NESBETH,CLAIRE E

DEXAMETHASONE SOD PHOSPHATE 12 MG in SODIUM CHLORIDE 0.9% 25 ML (DECADRON INJ 12 MG in SODIU
05/11/14-2100 28 MLS
05/11/14-2118 Y RFA TURCOTT,PAULINE , RN

ROCEPHIN VIAL/ADDVANTAGE 2 GM in DEXTROSE 5%-WATER 100 ML (ROCEPHIN 2 GM ADDVANTAGE 2 GM in
05/11/14-2100 100 MLS
05/11/14-2111 Y RFA TURCOTT,PAULINE , RN
ED NURSES AND DIRECT ADMITS ONLY: Blood Culture Drawn? Y
**FOR 180 SCREEN** IVPB's: 100 ED PT? Y STOP TIME: 2130

VANCOMYCIN ADDVANTAGE VIAL 1 GM in DEXTROSE 5%-WATER 250 ML (VANCOMYCIN HCL 1 GM in DEXTROSE
05/11/14-2100 260 MLS
05/11/14-2119 Y RF TURCOTT,PAULINE , RN
Vancomycin intake: 275

ACYCLOVIR SODIUM 600 MG in DEXTROSE 5%-WATER 100 ML (ZOVIRAX 600 MG in DEXTROSE 5%/WATER IV
05/11/14-2100 100 MLS
05/11/14-2234 Y RFA TURCOTT,PAULINE , RN

PRINTED BY: BVA8530 DATE 10/8/2014

EXHIBIT 9

RUN DATE: 05/13/14
RUN TIME: 0509
RUN USER: HPF.FEED

St.Lucie Medical Center EDM *LIVE*
ED PATIENT REPORT

PAGE 12

Patient: DOCHER,TAVARES LEKEITH — Age/Sex: /M — Acct No: — Unit No:
EDM Provider: Morris DO,Jason J., ACT

Medication
Sch Date-Time Ordered Dose Admin Dose
Override Comment
<> IV INTAKE <> IVPB's: 100 ED PT? Y STOP TIME: 0000

DEXAMETHASONE SOD PHOSPHATE 4 MG/ML VIAL (DECADRON INJ) IV/.STK-MED/ONE
05/11/14-2103 None MG
05/11/14-2221 N NOT GVN: SEE CO TURCOTT,PAULINE , RN
DUPLICATE

FOMEPIZOLE 0.9525 GM in SODIUM CHLORIDE 0.9% 100 ML (ANTIZOL 0.9525 GM in SODIUM CHLORIDE 0.
05/11/14-2145 100.95 MLS
05/11/14-2210 Y RFA TURCOTT,PAULINE , RN

SODIUM BICARBONATE 8.4% 50 ML SYR (SODIUM BICARB 8.4% ABBOJECT) IV/.STK-MED/ONE
05/11/14-2151 None ML
05/11/14-2233 N NOT GVN: SEE CO Epidural TURCOTT,PAULINE , RN
DUPLICATE

SODIUM BICARBONATE 8.4% 50 ML SYR (SODIUM BICARB 8.4% ABBOJECT) IV/X1ED/ONE
05/11/14-2200 50 ML 50 ML
05/11/14-2221 Y RFA TURCOTT,PAULINE , RN

SODIUM CHLORIDE 0.9% 1,000 ML (SODIUM CHLORIDE 0.9% IV SOLN. 1,000 ML) IV/BOLUS/ONE
05/11/14-2215 1,000 MLS
05/11/14-2234 Y RFA TURCOTT,PAULINE , RN

WITHIN DEFINED PARAMETERS

~~ ASSESSMENT PARAMETERS ~~

These are the definitions of Within Defined Parameters by Body System

NEUROLOGICAL
- Alert & Oriented X 4
- Pupils equal
- Speech clear and appropriate for age
- Moves all extremities
- No paralysis
- Steady gait
- Ambulates independently

EENT
- Eyes - Clear, no tearing or redness
- Ears - No complaint of hearing difficulty, loss of hearing, or change in hearing, pain free, no drainage
- Nasal - Breathes freely through both nares
- Throat - No hoarseness or stated soreness, no cough

RESPIRATORY
- No respiratory distress
- No cough
- No O2 or assistive devices
- No nasal flaring or pursed lip breathing
- Respirations even & unlabored
- Skin pink & warm to touch

CARDIAC
- No stated calf tenderness
- No history of pacemaker or implanted defibrillator
- Denies current cardiac complaint
- Skin pink & warm to touch - no cyanosis, mottling, diaphoresis or flushing of skin

CIRCULATORY
- Oral mucosa pink and moist
- Skin color appropriate to ethnic color
- Denies sensory complaints
- No edema noted

MUSCULOSKELETAL
- Moves all extremities
- Ambulates independently

GASTROINTESTINAL
- Denies GI complaints

GENITO-URINARY
- Denies GU complaints

INTEGUMENTARY
- Skin warm, dry & intact
- No complaints of lesions, rash, wounds, bruises, petechiae or abrasions

PSYCHOSOCIAL
- With regards to cultural influences: mood/affect is appropriate
- Patient demonstrates effective coping skills/patterns for situation

These are the definitions of Within Defined Parameters for the Nutritional and Functional Screenings:

NUTRITIONAL
- No swallowing/chewing impairments
- No nasea and/or vomiting and/or diarrhea for 3 or more days
- No reported unintentional weight loss > 10 lbs in last 3 months
- No reported decrease in intake > 50% of usual in last two weeks

FUNCTIONAL
- No unexplained alteration in movement/mobility in last four weeks
- No recent limitation performance of ADLs
- No recent alteration in ADLs that require assistance

This is the definition for the evidence of Physical and/or Psychological Abuse question:

ABUSE HISTORY TO INCLUDE, BUT NOT LIMITED TO:
PT DOES NOT REPORT/NO EVIDENCE OF ANY OF THE FOLLOWING: abuse/neglect, Hx. of abuse/neglect, withdrawn/fearful behavior, Unexplained or suspicious bruises/wounds, Patient/Caregiver story changes, Defensive about injuries, Undernourished despite good appetite, Recurrent/Suspicious injuries, Fear of return to previous arrangements, Injuries do not match event history.

*** PATIENT SAFETY PARAMETERS ***
** Allergy and Patient Identification Bands in Place and Validated
** If in a Bed, Side Rails Up and Bed in Low Position With Wheels Locked
** If in a Wheelchair, Wheels Locked
** Call Light Function Explained and Within Reach
** Standard Precautions Observed

VITAL SIGNS

| DATE | TIME | TEMP | PULSE | RESP | BP | SPO2% |
|---|---|---|---|---|---|---|
| 05/11/14 | 1900 | 101.8 | 122 | 26 | 123/58 | 100 |
| 05/11/14 | 1915 | | 120 | 16 | 131/49 | 100 |
| 05/11/14 | 1930 | | 110 | 16 | 123/58 | 94 |
| 05/11/14 | 1932 | | | | | 94 |
| 05/11/14 | 1934 | | | | | 94 |
| 05/11/14 | 2034 | | 109 | 24 | 105/57 | 100 |
| 05/11/14 | 2104 | 96.7 | 105 | 24 | 108/55 | 100 |
| 05/11/14 | 2130 | | 104 | 20 | 112/64 | 100 |
| 05/11/14 | 2200 | | 99 | 18 | 125/70 | 99 |
| 05/11/14 | 2300 | 96.0 | 80 | 16 | 130/78 | 100 |
| 05/11/14 | 2330 | | 82 | 17 | 134/72 | 100 |
| 05/12/14 | 0000 | | 84 | 16 | 122/70 | 100 |
| 05/12/14 | 0021 | 96.2 | 88 | 17 | 123/70 | 100 |

EPOM ORDER SUMMARY

| Ordered | Order | Ordering Provider | E-Signed | Status | Src |
|---|---|---|---|---|---|
| 05/11 1904 | CHEST 1 VIEW PORTABLE | Morris DO,Jason J. | Y 05/11 2317 | CMP | EPOM |

PRINTED BY: BV20530
DATE 10/8/2014

EXHIBIT 9



RUN DATE: 05/13/14
RUN TIME: 0509
RUN USER: HPF.FEED

St.Lucie Medical Center EDM *LIVE*
ED PATIENT REPORT

PAGE 13

Patient: DOCHER,TAVARES LEKEITH Age/Sex: /M Acct No:
EDM Provider: Morris DO,Jason J., ACT Unit No:

| Date/Time | Order | Provider | Status |
|---|---|---|---|
| | Other Provider: | BAKER,GREGORY | Y 05/11 1904 |
| 05/11 1906 | EKG | Cardriche MD,Dennis A | Y 05/11 1906 CNC EPOM q |
| 05/11 1906 | CBCX W/DIFFERENTIAL | Cardriche MD,Dennis A | Y 05/11 1906 CMP EPOM q |
| 05/11 1906 | COMP METABOLIC PANEL | Cardriche MD,Dennis A | Y 05/11 1906 CMP EPOM q |
| 05/11 1906 | UR DRUG SCREEN | Cardriche MD,Dennis A | Y 05/11 1906 IPR EPOM q |
| 05/11 1906 | ALCOHOL (ETHANOL) BLOOD | Cardriche MD,Dennis A | Y 05/11 1906 CMP EPOM q |
| 05/11 1906 | URINALYSIS REFLEX | Cardriche MD,Dennis A | Y 05/11 1906 IPR EPOM q |
| 05/11 1906 | SALICYLATE (ASPIRIN) | Cardriche MD,Dennis A | Y 05/11 1906 CMP EPOM q |
| 05/11 1906 | ACETAMINOPHEN (TYLENOL) | Cardriche MD,Dennis A | Y 05/11 1906 CMP EPOM q |
| 05/11 1906 | CHEST 1 VIEW PORTABLE | Cardriche MD,Dennis A | Y 05/11 1906 CNC EPOM q |
| 05/11 1907 | CT BRAIN WO CONTRAST | Cardriche MD,Dennis A | Y 05/11 1907 CMP EPOM q |
| 05/11 1907 | CT FACIAL BONES WO CONT | Cardriche MD,Dennis A | Y 05/11 1907 CMP EPOM q |
| 05/11 1907 | CT CERVICAL SPINE WO CONT | Cardriche MD,Dennis A | Y 05/11 1907 CMP EPOM q |
| 05/11 1908 | CT CHEST W CONTRAST | Cardriche MD,Dennis A | Y 05/11 1908 CMP EPOM q |
| 05/11 1908 | CT ABDOMEN AND PELVIS W CONT | Cardriche MD,Dennis A | Y 05/11 1908 CMP EPOM q |
| 05/11 1908 | PROTHROMBIN TIME | Cardriche MD,Dennis A | Y 05/11 1908 CMP EPOM q |
| 05/11 1908 | PTT ACTIVATED | Cardriche MD,Dennis A | Y 05/11 1908 CMP EPOM q |
| 05/11 1908 | TYPE AND SCREEN | Cardriche MD,Dennis A | Y 05/11 1908 CNC EPOM q |
| 05/11 1928 | CHEST 1 VIEW PORTABLE | Morris DO,Jason J. | Y 05/11 1928 CMP EPOM q |
| 05/11 1928 | SODIUM CHLORIDE 0.9% IV SOLN. 1000 | Morris DO,Jason J. | Y 05/11 1928 CMP EPOM q |
| 05/11 1928 | SODIUM CHLORIDE 0.9% IV SOLN. 1000 | Morris DO,Jason J. | Y 05/11 1928 CMP EPOM q |
| 05/11 1928 | CREATINE KINASE (CK) | Morris DO,Jason J. | Y 05/11 1928 CMP EPOM q |
| 05/11 1928 | CULTURE BLOOD | Morris DO,Jason J. | Y 05/11 1928 IPR EPOM q |
| 05/11 1932 | RT: Ventilator Order | Morris DO,Jason J. | Y 05/11 2317 TRN VERBAL- |
| 05/11 1932 | RT: ABG Perform | Morris DO,Jason J. | Y 05/11 2317 TRN VERBAL- |
| 05/11 1939 | PROPOFOL 50 ML VIAL 500 MG/50 ML Do | Morris DO,Jason J. | Y 05/11 2317 CMP EPOM q |
| | Other Provider: | Hohler,Daniel | Y 05/11 1939 |
| 05/11 1950 | ADACEL SYRINGE 0.5 ML Dose: 0.5 ML | Morris DO,Jason J. | Y 05/11 1950 CMP EPOM q |
| 05/11 1954 | ATIVAN INJ 2 MG/ML Dose: 2 MG IV X1 | Morris DO,Jason J. | Y 05/11 1954 CMP EPOM q |
| 05/11 1954 | VECURONIUM BROMIDE 10 MG/10 ML Dose | Morris DO,Jason J. | Y 05/11 1954 CMP EPOM q |
| 05/11 1956 | CKMB | Morris DO,Jason J. | Y 05/11 1956 CMP EPOM q |
| 05/11 1956 | TROPONIN I | Morris DO,Jason J. | Y 05/11 1956 CMP EPOM q |
| 05/11 2049 | ALCOHOL METHYL BLOOD | Morris DO,Jason J. | Y 05/11 2049 IPR EPOM q |
| 05/11 2049 | ETHYLENE GLYCOL | Morris DO,Jason J. | Y 05/11 2049 IPR EPOM q |
| 05/11 2052 | BASIC METABOLIC PANEL | Morris DO,Jason J. | Y 05/11 2052 CMP EPOM q |
| 05/11 2055 | OSMOLALITY SERUM | Morris DO,Jason J. | Y 05/11 2055 CMP EPOM q |
| 05/11 2058 | RT: Ventilator Order | Morris DO,Jason J. | Y 05/11 2317 TRN VERBAL- |
| 05/11 2058 | DECADRON INJ 4 MG/ML IV X1ED | Morris DO,Jason J. | Y 05/11 2317 CMP EPOM q |
| | Other Provider: | Hohler,Daniel | Y 05/11 2058 |
| 05/11 2058 | ROCEPHIN 2 GM ADDVANTAGE 2 GM/VIAL | Morris DO,Jason J. | Y 05/11 2317 CMP EPOM q |
| | Other Provider: | Hohler,Daniel | Y 05/11 2058 |
| 05/11 2058 | VANCOMYCIN HCL 1 GM/10 ML IV X1ED | Morris DO,Jason J. | Y 05/11 2317 CMP EPOM q |
| | Other Provider: | Hohler,Daniel | Y 05/11 2058 |
| 05/11 2058 | ZOVIRAX 500 MG/VIAL IV X1ED | Morris DO,Jason J. | Y 05/11 2317 CMP EPOM q |
| | Other Provider: | Hohler,Daniel | Y 05/11 2058 |
| 05/11 2105 | | Morris DO,Jason J. | Y 05/11 2105 CNC EPOM q |
| 05/11 2105 | | Morris DO,Jason J. | Y 05/11 2105 CMP EPOM q |
| 05/11 2105 | | Morris DO,Jason J. | Y 05/11 2105 CMP EPOM q |
| 05/11 2135 | ANTIZOL 1 GM/ML IV ONCE | Morris DO,Jason J. | Y 05/11 2135 CMP EPOM q |
| 05/11 2159 | CREATINE KINASE (CK) | Morris DO,Jason J. | Y 05/11 2317 CMP TELEPHO |
| 05/11 2159 | SODIUM BICARB 8.4% ABBOJECT 50 ML D | Morris DO,Jason J. | Y 05/11 2317 CMP TELEPHO |
| 05/11 2203 | LACTIC ACID | Morris DO,Jason J. | Y 05/11 2203 CMP EPOM q |
| 05/11 2205 | CREATINE KINASE (CK) | Morris DO,Jason J. | Y 05/11 2205 CMP EPOM q |
| 05/11 2206 | SODIUM CHLORIDE 0.9% IV SOLN. 1000 | Morris DO,Jason J. | Y 05/11 2206 CMP EPOM q |
| 05/11 2225 | CSF CELL CT | Morris DO,Jason J. | Y 05/11 2225 CMP EPOM q |
| 05/11 2225 | CSF TOTAL PROTEIN | Morris DO,Jason J. | Y 05/11 2225 CMP EPOM q |
| 05/11 2225 | CSF GLUCOSE | Morris DO,Jason J. | Y 05/11 2225 CMP EPOM q |
| 05/11 2225 | CULTURE CSF | Morris DO,Jason J. | Y 05/11 2225 IPR EPOM q |

| Date/Time | Order | Provider | Status |
|---|---|---|---|
| 05/11 2335 | SODIUM CHLORIDE 0.9% IV SOLN. 1000 | Morris DO,Jason J. | Y 05/11 2335 CMP EPOM q |

MD GREET TIME

| MD GREET | DATE | TIME |
|---|---|---|
| | 05/11/14 | 1903 |

PRINTED BY: BVA8530
DATE: 10/3/2014

EXHIBIT 9

ST LUCIE MEDICAL CENTER (COCXG)
History & Physical - Adult
REPORT #: 0511-0470 REPORT STATUS: Signed
DATE: 05/11/14 TIME: 2252

PATIENT: DOCHER,TAVARES LEKEITH UNIT #:
ACCOUNT #: ROOM/BED: J.I13-A
AGE: SEX: M ATTEND: Watt MD,Jason
ADM DT: 05/11/14 AUTHOR: Johal,Karanjodh (INTERN)
REP SRV DT: 05/11/14 REP SRV TM: 2252
* ALL edits or amendments must be made on the electronic/computer document *

## JOHAL,KARANJODH (INT 05/11/14 2252:

### History of Present Illness

**Chief complaint:**
AMS/Cardiac Arrest
**PCP:**
PCP: NO PRIMARY OR FAMILY PHYSICIAN

**HPI:**
year old male with unknown pmhx presents to the ED with cardiac arrest witnessed in field. Patient allegedly called 911 prior to cardiac events, hung up, policed arrived on scene. Police stated patient was awake yet acting bizarre with agitation and combativeness. Police and patient had supposed altercation. EMS arrived on scene gave patient Ativan 4mg in buttocks. Patient then went into Asystole with immediate initiation of CPR. Patient given EPI and went into Vtack. EMS shocked patient at 120 J. Patient then found to be in SVT and patient shocked again at 100J into NSR. Patient then brought to ED.

No family present. Unable to obtained medical hx 2/2 to patient being intubated and sedated.

ED physicians report that foley was draining yellow clear urine but now urine is Reddish/brown color.

Unknown if patient was on illegal drugs, ETOH, or sick prior to coming in.
**Informant/Historian:**
ED Chart and EMS Record

### History

**Past Family History:**
Relation not specified for:
Family history: Unknown

**Medications:**
Home Medications:

| Medication | Dose/Rte/Freq | Days | Qty | Entered | Last Reviewed |
|---|---|---|---|---|---|

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

| Unable to Obtain Home Medication History | | | | |
|---|---|---|---|---|

Current Hospital Medications:

**Anti-Infective Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Acyclovir Sodium Dextrose | 600 MG 100 ML | X1ED ONE IV | 05/11 2100 05/11 2159 | DC | 05/11 2234 |
| Ceftriaxone Sodium Dextrose | 2 GM 100 ML | X1ED ONE IV | 05/11 2100 05/11 2159 | DC | 05/11 2111 |
| Vancomycin HCl Dextrose | 1 GM 250 ML | X1ED ONE IV | 05/11 2100 05/11 2229 | DC | 05/11 2119 |

**Autonomic Drugs**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Vecuronium Bromide | 10 MG | X1ED ONE IV | 05/11 2000 05/11 2001 | DC | 05/11 2207 |

**Central Nervous System Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Lorazepam | 2 MG | X1ED ONE IV | 05/11 2000 05/11 2001 | DC | 05/11 2031 |
| Propofol | 500 MG | X1ED ONE IV | 05/11 1945 05/11 1946 | DC | 05/11 2042 |

**Diagnostic Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Iopamidol | 100 ML | ASDIR PRN IV | 05/11 0000 05/11 2359 | AC | 05/11 2018 |

**Electrolytic, Caloric, And Wat**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Sodium Chloride | 1,000 ML | BOLUS ONE IV | 05/11 2215 05/11 2314 | AC | 05/11 2234 |
| Sodium Bicarbonate | 50 ML | X1ED ONE IV | 05/11 2200 05/11 2201 | DC | 05/11 2221 |
| Sodium Bicarbonate | 0 | .STK-MED ONE IV | 05/11 2151 | DC | |
| Sodium Chloride | 100 ML | ASDIR PRN | 05/11 2015 | AC | |

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

| | | | | |
|---|---|---|---|---|
| | | IV | 05/11 2359 | |
| Sodium Chloride | 1,000 ML | BOLUS ONE IV | 05/11 1930 DC 05/11 2029 | 05/11 2123 |
| Sodium Chloride | 1,000 ML | BOLUS ONE IV | 05/11 1930 DC 05/11 2029 | 05/11 1930 |
| Sodium Chloride | 2,000 ML | .STK-MED ONE IV | 05/11 1908 DC | 05/11 2047 |
| Sodium Chloride | 3 ML | ASDIR PRN IV | 05/11 0600 AC 05/11 2359 | |
| Sodium Chloride | 10 ML | ASDIR PRN IV | 05/11 0600 AC 05/11 2359 | 05/11 2018 |
| Sodium Chloride | 50 ML | ASDIR PRN IV | 05/11 0600 AC 05/11 2359 | |

**Eye, Ear, Nose And Throat (Een**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Dexamethasone Sodium Phosphate | 0 | .STK-MED ONE IV | 05/11 2103 | DC | |
| Dexamethasone Sodium Phosphate | 12 MG | X1ED ONE IV | 05/11 2100 05/11 2129 | DC | 05/11 2118 |
| Sodium Chloride | 25 ML | | | | |

**Miscellaneous Therapeutic Agen**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Fomepizole | 0.9525 GM | ONCE ONE | 05/11 2145 | DC | 05/11 |
| Sodium Chloride | 100 ML | IV | 05/11 2214 | | 2210 |

**Serums, Toxoids, And Vaccines**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Diphth(Reduced)/Ac Pertus/Tetanus | 0.5 ML | X1ED ONE IM | 05/11 2000 05/11 2001 | DC | 05/11 2110 |

**Allergies:**
**Coded Allergies:**
No Known Drug Allergies (. 05/11/14)

## Unable to Obtain History

**Unable to obtain due to:** Patient intubated and sedated

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

## Review of Systems

**Unable to obtain due to:**
Patient Intubated and Sedated

## Physical Exam

**VS/I&O**
Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 05/11 2104 |
| B/P | 108/55 | 05/11 2104 |
| Temp | 96.7 | 05/11 2104 |
| Pulse | 105 | 05/11 2104 |
| Resp | 24 | 05/11 2104 |
| FiO2 | 100 | 05/11 1934 |

**General appearance:** intubated, respiratory support (intubated), sedated
**Head/Eyes:** Traumatic, multilpe facial lacs, lac on right cheek requiring sutures
**ENT:** intubated, Left ear draining blood
**Neck:** no bruit/NL carotids
**Cardiovascular:** normal capillary refill, regular rate & rhythm, normal heart sounds, BP/pulses equal bilat.
**Respiratory:** clear to auscultation, no distress, no tenderness, aerating well, on oxygen, intubated
**Abdomen:** soft, non-tender, no guarding, no rebound, no distention
**Genitourinary:** Foley in place draining light red urine
**Extremities:** moves all, no edema, Multilpe abrasians b/l arms
**Musculoskeletal:** normal inspection
**Neuro/CNS:** intubated and sedated

## Results

**Findings/Data:**
Laboratory Tests:

| | 05/11 2229 | 05/11 2116 | 05/11 2116 | 05/11 2115 |
|---|---|---|---|---|
| Chemistry | | | | |
| Serum Osmolality (280 - 300 mOsm/kg) | | 303 H | | |
| Lactic Acid (0.5 - 2.2 mmol/L) | 3.2 H | | | |
| Creatine Kinase (39 - 308 Units/L) | | | 5628 H | |
| Serology | | | | |

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

| | 05/11 2035 | 05/11 1913 | 05/11 1913 |
|---|---|---|---|
| Blood Gas | | | |
| Specimen Type | Blood Arterial | | |
| Puncture Site | R RAD | | |
| Oxyhemoglobin (94 - 100 %) | 98.2 | | |
| ABG pH at Pt Temp (7.35 - 7.45) | 7.21*L | | |
| ABG pCO2 at Pt Temp (35 - 45 mmHg) | 27.5 L | | |
| ABG pO2 at Pt Temp (80 - 100 mmHg) | 337.4*H | | |
| ABG HCO3 (22 - 26 MEQ/L) | 10.8 L | | |
| ABG Total CO2 (24 - 27 mmol/L) | 11.6 L | | |
| ABG O2 Sat Calc/Meas (92 - 100 %) | 99.1 | | |
| ABG O2 Saturation (92.0 - 98.5 %) | 98.2 | | |
| ABG Base Excess (-2 - 2 Meq/L) | -15.5 L | | |
| ABG Hematocrit (42.0 - 52.0 %) | 38.0 L | | |
| ABG Hemoglobin (12.0 - 18.0 g/dL) | 12.8 | | |
| ABG Carboxyhemoglobin (0.0 - 1.5 % COHb) | 0.3 | | |
| ABG Methemoglobin (0.0 - 1.5 % MetHb) | 0.6 | | |
| Allen Test (POSITIVE) | POSITIVE | | |
| Deoxyhemoglobin (0 - 5 %) | 0.9 | | |
| O2 Delivery Device | Ventilator | | |
| Vent Mode | ASSIST CONTROL | | |
| Vent Rate (/MIN) | 15.0 | | |
| FiO2 (%) | 100 | | |
| Tidal Volume (ml) | 550 | | |
| PEEP (CMH2O) | 5 | | |
| Instrument | 30637 | | |
| Specimen Drawn By | bpa9572 | | |
| Operator ID | BPA9572 | | |
| Chemistry | | | |
| Creatine Kinase (39 - 308 Units/L) | | | 2537 H |
| CK-MB (CK-2) (0.0 - 3.6 ng/mL) | | 7.6 H | |
| Troponin I (ng/mL) | | < 0.017 | |

| | 05/11 1913 | 05/11 1913 |
|---|---|---|
| Chemistry | | |
| Sodium (136 - 145 mmol/L) | 145 | 145 |
| Potassium (3.5 - 5.2 mmol/L) | 5.0 | 5.0 |
| Chloride (95 - 110 mmol/L) | 100 | 101 |
| Carbon Dioxide (21 - 32 mmol/L) | 13 L | 15 L |
| BUN (7 - 18 mg/dl) | 15 | 14 |
| Creatinine (0.43 - 1.13 mg/dL) | 1.65 H | 1.67 H |
| Est GFR (African Amer) | 60 | 59 |

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

| Test | | |
|---|---|---|
| Est GFR (Non-Af Amer) | 50 | 49 |
| Glucose (70 - 110 mg/dL) | 127 H | 130 H |
| Calcium (8.8 - 10.5 mg/dl) | 8.9 | 8.9 |
| Total Bilirubin (0.2 - 1.0 mg/dL) | | 0.9 |
| AST (15 - 37 Units/L) | | 345 H |
| ALT (10 - 60 Units/L) | | 175 H |
| Total Alk Phosphatase (50 - 136 Units/L) | | 105 |
| Total Protein (5.5 - 8.7 g/dL) | | 7.5 |
| Albumin (3.4 - 5.0 g/dL) | | 3.5 |
| Coagulation | | |
| PT (SECONDS) | | 11.3 |
| INR | | 1.0 |
| PTT (SECONDS) | | 41.7 |
| Hematology | | |
| WBC (3.6 - 11.0 10^3/uL) | | 6.5 |
| RBC (4.50 - 5.90 10^6/uL) | | 4.12 L |
| Hgb (12.0 - 16.0 g/dL) | | 12.2 |
| Hct (40.0 - 52.0 %) | | 39.9 L |
| MCV (81.0 - 97.0 fl) | | 96.6 |
| MCH (26.0 - 34.0 pg) | | 29.6 |
| MCHC (31.0 - 37.0 g/dL) | | 30.7 L |
| RDW (11.5 - 15.0 %) | | 16.4 H |
| Plt Count (150 - 400 10^3/uL) | | 166 |
| MPV (7.4 - 10.4 fL) | | 8.6 |
| Neutrophils # (1.6 - 8.2 K/mcl) | | 3.8 |
| Segmented Neutrophils (36.0 - 66.0 %) | | 58.8 |
| Lymphocytes (23.0 - 43.0 %) | | 29.5 |
| Lymphocytes # (1.1 - 4.7 K/mcl) | | 1.9 |
| Monocytes (0.0 - 10.0 %) | | 11.0 H |
| Monocytes # (0.0 - 1.1 K/mcl) | | 0.7 |
| Eosinophils (0.0 - 5.0 %) | | 0.1 |
| Eosinophils # (0.0 - 0.5 K/mcl) | | 0.0 |
| Basophils (0.0 - 1.0 %) | | 0.6 |
| Basophils # (0.0 - 0.4 K/mcl) | | 0.0 |
| Toxicology | | |
| Salicylates (2.8 - 20.0 mg/dL) | | 3.5 |
| Acetaminophen (10.0 - 30.0 mcg/ml) | | < 2.0 L |
| Plasma/Serum Alcohol (None Detected mg/dL) | | 38.0 |

| | 05/11 1908 | 05/11 1025 |
|---|---|---|
| Other Body Source | | |
| CSF Glucose (46 - 80 mg/dL) | | 84 H |
| CSF Total Protein (15 - 45 mg/dL) | | 31 |

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

| Toxicology | | |
|---|---|---|
| Urine Opiates Screen (Negative) | None Detected | |
| Ur Barbiturates, Qual (Negative) | None Detected | |
| Ur Phencyclidine Scrn (Negative) | None Detected | |
| Ur Amphetamine Screen (Negative) | None Detected | |
| MDMA (Ecstasy) Screen (Negative) | None Detected | |
| U Benzodiazepines Scrn (Negative) | None Detected | |
| U Cocaine Metab Screen (NEGATIVE) | None Detected | |
| U Cannabinoids Screen (Negative) | Presumptive Positive * | |
| Urines | | |
| Urine Color (YELLOW) | YELLOW | |
| Urine Appearance (CLEAR) | CLEAR | |
| Urine pH (4.6 - 8.0) | | 6.0 |
| Ur Specific Gravity (1.001 - 1.035) | >=1.030 | |
| Urine Protein (<15 mg/dL) | | 100 * |
| Urine Ketones (NEGATIVE mg/dL) | | 15 * |
| Urine Blood (NEGATIVE) | MODERATE * | |
| Urine Nitrite (NEGATIVE) | NEGATIVE | |
| Urine Bilirubin (NEGATIVE) | NEGATIVE | |
| Urine Urobilinogen (0.0 - 1.0 EU/dL) | | 0.2 |
| Ur Leukocyte Esterase (NEGATAIVE) | NEGATIVE | |
| Urine RBC (NONE SEEN rbc/hpf) | | 10-20 |
| Urine WBC (NONE SEEN wbc/hpf) | | 30-50 |
| Ur Epithelial Cells (epi/hpf) | NONE SEEN | |
| Amorphous Sediment (NEGATIVE) | | 1+ |
| Urine Sperm (NEGATIVE) | PRESENT | |
| Urine Glucose (NEGATIVE mg/dL) | NEGATIVE | |

**Results:** labs reviewed, vital signs stable, current med profile rev'd

## Diagnosis, Assessment & Plan

**Assessment/Plan:**

year old male with unknown medical hx brought in by EMS after sustaining cardiac arrest in field after altercation with police.

Respiratory Failure
-Admit to ICU
-Vent Management per Pulm

Metabolic Acidosis
-Bicarb Drip

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9

-Negative Calcium Oxalate Crystals in Urine per ED physician
-Fomepozil given in ED
-Monitor

Cardiac Arrest in Field
-Trend CE's
-Cardiac Consult

AMS - probably anoxic brain injury vs toxic metabolic encephalopathy
-CT Head Negative
-Wean off vent
-UDS Positive for THC

Elevated CK - Rhabdomyolysis
-Trend CK
-IV Fluids

AKI - Cr 1.65
-Trend Cr
-IV Fluids

Fever 101.6 in ED
-Blood Cxrs drawn
-Spinal Tap done by ED

Transaminitis
-AST to ALT ratio 2:1
-Had elevated ETOH level upon admission
-RUQ U/S Pending
-Trend LFTs

B/L Depressed Nasal Bone Fxrs
-Monitor

Probably R Clavicular Fx found on Chest CT
-R Shoulder Plain Films Pending

DVT
-SCD's

**Watt,Jason 05/18/14 0514:**

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

## Diagnosis, Assessment & Plan

**Additional comments:**

I have personally interviewed and examined the patient. All charts, labs, and imaging studies were reviewed. I agree with the Resident's findings, exam, and plan.

Electronically Signed by Johal,Karanjodh (INTERN) on 05/11/14 at 2332
Electronically Signed by Jason Watt MD on 05/18/14 at 0517

RPT #: 0511-0470
***END OF REPORT***

PRINTED BY: BVA8530
DATE 10/8/2014

EXHIBIT 9