# EXHIBIT 3

Cell Phone Video Filed Conventionally