| Patient | Unit # | Service/Location | Date | Status | Account # |
|---|---|---|---|---|---|
| DOCHER,TAVARES LEKEITH | J000435618 | INTENSIVE CARE UNIT | 05/11/14 | DIS IN | |

**PATIENT**    Alternate Address: N

Soc Sec No   DOB   Age   Sex MS   Race   Religion
                              M   U   B   NON   Not Employed
Address:                              Language:  ENGLISH       ..XX 00000
                              County: ST LUCIE COUNTY   Work Ph: 999-999-9999      Occp: N
Home Phone: 999-999-9999   Other Phone: 999-999-9999   Country: USA

**PATIENT EMPLOYER**
Not Employed

**GUARANTOR**
DOCHER,TAVARES LEKEITH   SS#:   Rel/Pt: SELF
Address:                     Home Ph: 999-999-9999
DOB                          Cty:  ST LUCIE COUNTY

**GUARANTOR EMPLOYER**
Not Employed
                                    Work:999-999-9999
                              .XX 00000                    Occp: N

**OTHER GUARANTOR**
                 SS#:                Rel/Pt:
Address:                     Home Ph:
DOB                          Cty:

**OTHER GUARANTOR EMPLOYER**
                                    Work:
                                    Occp:

**PERSON TO NOTIFY**
NONE,PER PT

**NEXT OF KIN**
NONE,PER PT

**TEMPORARY ADDRESS**

UNKNOWN OUT OF AREA,XX 00000
Home:999-999-9999   Work:999-999-9999
Rel to Patient: OTHER RELATIONSHIP

UNKNOWN OUT OF AREA,XX 00000
Home:999-999-9999  Work:999-959-9999
Rel to Patient: OTHER RELATIONSHIP      Comment:

Exp:

**INSURANCE #1   FC 09**
HUMANA MEDICAID          Ins # 1
HUMANA                   Policy #
PO BOX 14601             Insured  DOCHER,TAVARES L
LEXINGTON, KY 40512-4601  Rel to Pt  SELF
Phone 800-523-0023       Eff.      to
                         Group  NA - Not Employed

**AUTHORIZATION**
Auth Reqd-Y  Auth Date:
Type: APPIN      No: (                LOS 1
Auth Ph:                        By: NORMA/KNA8570
Rel Y Assign Y  Verf Reqd-Y  Verf Date: 20140511
Ver Ph: 800-745-4708           By: PP1

**INSURANCE #2**
                         Ins # 2
                         Policy #
                         Insured
                         Rel to Pt
                         Eff.      to     Rel   Assign
Phone                    Group

**AUTHORIZATION**
Auth Reqd-  Auth Date:
Type:        No:                LOS
Auth Ph:                   By:
Verf Reqd-  Verf Date:
Ver Ph:                    By:

**INSURANCE #3**
                         Ins # 3
                         Policy #
                         Insured
                         Rel to Pt
                         Eff.      to     Rel   Assign
Phone                    Group

**AUTHORIZATION**
Auth Reqd-  Auth Date:
Type:        No:                LOS
Auth Ph:                   By:
Verf Reqd-  Verf Date:
Ver Ph:                    By:

**OCCURRENCES**
Code Type            Date      Time
11   ONSET OF SYMPTOMS ILLNESS   05/11/14

Occr SpanCode:   From:        Thru:

Admission Comment:

**CONDITIONS**
Code Type

Adm Priority: EM
Senior Friend? N
Ins Card Copy: N
If No,reason: PCIC
                     Pt Valuables:

**ACCIDENT INFO**
Accident ?
Type:
Location of Accident:

Date:        Time:
Other persons involved:

Spec Prg:

**PHYSICIANS**
Attending Physician   Admitting Physician   Emergency Room Physician   Referring Physician
Watt MD,Jason         Watt MD,Jason         Morris DO,Jason J.         SELF RFFERRED
Prim Care Physician   Family Physician      Other Physician
NO PRIMARY OR FAMILY PHYSICIAN              SELF REFERRED

**ADMISSION/REGISTRATION   Initial Screen Date**
Date   Time  Source        Rm/Bed  Arrival   Principal Admitting Diagnosis/Reason for Visit   Admitted By
05/11/14  2309  NON HEALTHCARE FAC R  113/A  FIRE RESC  CARDIAC ARREST                        1RSUDP1138

St Lucie Medical Center                          Last Edit User: JNUR.R..
1800 SE Tiffany Avenue   Port St. Lucie, FL   34952
ER Registration Date/Time:   05/11/14 1920                Printed 05/13/14 2244

*EDF*

   Acct#      Unit#   

**EXHIBIT 9**

```
RUN DATE: 05/16/14                     St. Lucie Medical Center  ABS  *LIVE*                    PAGE 1
RUN TIME: 0321                              CODING SUMMARY
RUN USER: HPF.FEED


NAME: DOCHER,TAVARES LEKEITH                ACCT#:
                                           FORM:
    ADM DATE: 05/11/14  2309
ATTEND PHYS: Watt MD,Jason                  UNIT#:
   DIS DT/TM: 05/13/14  1717                SEX:        M
   DIS DISP: DISCH SHORT TERM HOSPITAL 02   AGE:
       LOS: :            2                  DOB:
    PT CLASS: IN.OTH                        FIN CLASS:  09
                                           ABS STATUS: FINAL


DIAGNOSES                                                                    POA INDICATOR
ADMIT    427.5     CARDIAC ARREST
PRINC    518.81    ACUTE RESPIRATORY FAILURE                                      Y
         349.82    TOXIC ENCEPHALOPATHY                                           Y
         780.01    COMA                                                           Y
         427.5     CARDIAC ARREST                                                 Y
         427.1     PAROX VENTRIC TACHYCARD                                        Y
         584.9     ACUTE RENAL FAILURE, UNSPECIFIED                               Y
         276.2     ACIDOSIS                                                       Y
         728.88    RHABDOMYOLYSIS                                                 Y
         780.39    OTHER CONVULSIONS                                              Y
         780.60    FEVER, UNSPECIFIED                                             Y
         790.4     ELEV TRANSAMINASE/LDH                                          Y
         276.8     HYPOPOTASSEMIA                                                 N
         305.20    CANNABIS ABUSE-UNSPEC                                          Y
         810.03    FX CLAVICL, ACROM END-CL                                       Y
         802.0     NASAL BONE FX-CLOSED                                           Y
         873.42    OPEN WOUND OF FOREHEAD                                         Y
         910.0     ABRASION HEAD                                                  Y
         912.0     ABRASION SHOULDER/ARM                                          Y
         913.0     ABRASION FOREARM                                               Y
         916.0     ABRASION HIP & LEG                                             Y
         E975      LEGAL INTERVENTION NEC                                         E
         E849.8    ACCIDENT IN PLACE NEC                                          E
         E030      UNSPECIFIED ACTIVITY                                           E
         E000.8    OTHER EXTERNAL CAUSE STATUS                                    E


REASON FOR VISIT DX


OPERATIONS
DATE     PROC CODE & NAME                        SURGEON          ANESTHESIOLOGIST
05/11/14 96.71    CONTINUOUS INVASIVE MECHANICAL  Morris DO,Jason
05/11/14 96.04    INSERT ENDOTRACHEAL TUBE        Morris DO,Jason
05/11/14 03.31    SPINAL TAP                      Morris DO,Jason
05/11/14 86.59    CLOSURE SKIN & SUBCUTANEOUS NE  Morris DO,Jason
05/12/14 38.93    VENOUS CATHETERIZATION NEC      Kozlov MD,David


CPTs:
DRG:    208  RESPIRATORY SYSTEM DIAGNOSIS W VENTILATOR SUPPORT <96 H

STATUS       $REIMB    MIN-LOS    STD-LOS    COST WT    GRP VERS    GRP FC
F           11867.68              5.1        2.2899     31          09
```

```
RUN DATE: 05/16/14                        St. Lucie Medical Center  ABS  *LIVE*                    PAGE 2
RUN TIME: 0321                                   CODING SUMMARY
RUN USER: HPF.FEED


NAME: DOCHER,TAVARES LEKEITH              ACCT#:
                                         FORM:
    ADM DATE: 05/11/14  2309
ATTEND PHYS: Watt MD,Jason               UNIT#:
  DIS DT/TM: 05/13/14  1717              SEX:      M
   DIS DISP: DISCH SHORT TERM HOSPITAL 02 AGE:
        LOS: :         2                 DOB:
   PT CLASS: IN.OTH                      FIN CLASS:  09
                                         ABS STATUS: FINAL


DRG STATUS DATE: 05/15/14                    ABS STATUS DATE: 05/15/14
CODER: 1RSDYA9757                           ABSTRACTOR: 1RSDYA9757



  **This form will be maintained as a permanent part of the medical record**
```

PRINTED BY: BVA8530

DATE    10/8/2014

EXHIBIT 9

```
ST LUCIE MEDICAL CENTER (COCXG)
EMERGENCY PROVIDER REPORT
REPORT #:          REPORT STATUS: Signed
DATE: 05/11/14 TIME: 1933

PATIENT: DOCHER,TAVARES LEKEITH        UNIT #:
ACCOUNT #:                             ROOM/BED: J.I03-A
AGE:       SEX: M                      PCP PHYS: NO PRIMARY OR FAMILY PHYSICIAN
SERVICE DT: 05/11/14                   AUTHOR: Hohler,Daniel          (RES)
REP SRV DT: 05/11/14            REP SRV TM: 1933
* ALL edits or amendments must be made on the electronic/computer document *
```

## Hohler,Daniel  (RES) 05/11/14 1933:
## HPI-Cardiac Arrest

### HPI
**Confirmed patient:** Yes
**Complaint:** cardiac arrest
**Timing - onset of arrest:** just prior to arrival
**Additional hpi notes:**
 ·year-old male in by ambulance with cardiac arrest.  Patient was allegedly combative with sheriff deputies.  Patient reportedly called EMS himself.  EMS came to the scene and state patient was in an agitated and combative state.  EMS gave Ativan 4 mg IM in the buttocks. Patient was placed on a stretcher, and EMS personnel realized he was not breathing.  EKG showed asystole and CPR was started.  An 18-gauge EJ was placed in the patient's neck and a king airway was placed.  Patient was given one amp of epi and bicarbonate and CPR was continued.  Patient's rhythm was then in V. tach he was shocked 120 J.  CPR continued. Patient then went into SVT and cardioverted at 100 J into sinus rhythm.  Patient has a laceration on his right temporal region, as well as several abrasions.  On arrival to the emergency department patient was in normal sinus rhythm.

### Review of Systems
**Unable to obtain due to:** medical condition

### History-Medical/Family/Social
**Home medications:**
**Reported Medications**
Unable to Obtain Home Medication History

**Allergies:**
**Coded Allergies:**
No Known Drug Allergies (. 05/11/14)

### Unable to Obtain History

PRINTED BY: BVA8530
DATE    . 10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                    Unit#:
Date: 05/11/14                                      Acct#:

**Unable to obtain due to:** medical condition

## Phys Exam-Cardiac Arrest
**Vital Signs**
First Documented:

|          | Result | Date | Time |
|----------|--------|------|------|
| Pulse Ox | 100    | 05/11| 1900 |
| B/P      | 123/58 | 05/11| 1900 |
| Temp     | 38.8   | 05/11| 1900 |
| Pulse    | 122    | 05/11| 1900 |
| Resp     | 26     | 05/11| 1900 |
| FiO2     | 100    | 05/11| 1934 |

Last Documented:

|          | Result | Date | Time |
|----------|--------|------|------|
| Pulse Ox | 100    | 05/11| 2300 |
| B/P      | 130/78 | 05/11| 2300 |
| Temp     | 35.6   | 05/11| 2300 |
| Pulse    | 80     | 05/11| 2300 |
| Resp     | 16     | 05/11| 2300 |
| FiO2     | 100    | 05/11| 1934 |

First Documented:

|          | Result | Date | Time |
|----------|--------|------|------|
| Pulse Ox | 94     | 05/11| 1932 |
| FiO2     | 100    | 05/11| 1934 |

Last Documented:

|          | Result | Date | Time |
|----------|--------|------|------|
| Pulse Ox | 94     | 05/11| 1934 |
| FiO2     | 100    | 05/11| 1934 |

**Initial VS reviewed:** yes
**General:** unresponsive, blood in hair, face. several abrasions on the cheeks, shoulder, arms, legs. King airway in place
**Head/Eyes:** PERRL, normal conjunctiva/sclera, NL eyelids/periorbital
**ENT:** blood from the nares. no septal hematoma.
**Neck:** patient placed in c-collar. no obvious deformities or step-off.
**Respiratory/Chest:** normal breath sounds (with airway), no wheezes, no rales, no rhonchi, no stridor
**Cardiovascular:** regular rate and rhythm, normal heart sounds
**Abdomen:** atraumatic, FAST exam negative

PRINTED BY: BVA8530
DATE       10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                    Unit#:
Date: 05/11/14                                      Acct#:

**Extremities:**
   **Assessment:** abrasions, no obvious bony deformity. compartments soft, pulses intact
distally, normal color, no swelling.
**Back:** atraumatic, normal inspection
**Skin:** several abrasions on extremities bilaterally.  Larger abrasions on left shoulder, left ear,
left cheek , laceration on the right temporal region. compartments soft in all extremities
**Neurologic:** unresponsive with king airway in place. normal rectal tone.

## Procedures
**Intubation**
   **Time:** 1915
   **Completed by:** ED physician
   **Position:** c-spine immobilized
   **Blade:** mac
   **ET Tube size:** 7.5
   **Tube:** cuffed
   **Route:** oral
   **Induction agent:** etomidate
   **Neuromuscular agent:** succinylcholine
   **Complications:** none
   **ET confirmation:** ET $CO_2$ device, CXR, rising O2 saturation, breath sounds equal, direct
visualization
   **Tube secured:** device
**Laceration Management**
   **)( Location of wound:**
Right temporal
   **)( Wound length (cm):** 3.000
   **Wound prep:** normal saline
   **Irrigation:** yes, copious
   **Explored for foreign body:** Yes
   **Foreign body:** none found
   **Wound margins:** approximated
   **Repair - Skin:** 5-0, prolene
   **Number of sutures/staples:** 5
   **Closure layers:** 1
   **Suture technique:** simple
   **Complications:** no
**Lumbar Puncture**
   **Position:** right lateral
   **Sedation:** patient intubated and sedated
   **Preparation:** betadine
   **LP needle gauge:** 22
   **Inserted needle at:** L3 L4

PRINTED BY: BVA8530
DATE      10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH          Unit#:
Date: 05/11/14                            Acct#:

**Dressing applied:** Yes
**Complications:** no

## Results/Interpretations
**Results:**
Laboratory Tests

**05/11/14 1913:**



| 145 | 100 | 15 | 127 H |
|-----|-----|-----|------|
| 5.0 | 13 L | 1.65 H | |

**05/11/14 1913:**



| 145 | 101 | 14 | 130 H |
|-----|-----|-----|------|
| 5.0 | 15 L | 1.67 H | |

**Laboratory Tests:**

| | 05/11 2229 | 05/11 2229 | 05/11 2229 | 05/11 2225 | 05/11 2225 |
|---|---|---|---|---|---|
| Chemistry | | | | | |
| Lactic Acid (0.5 - 2.2 mmol/L) | | 3.2 H | | | |
| Phosphorus (2.5 - 4.9 mg/dL) | 4.6 | | | | |
| Magnesium (1.8 - 2.4 mg/dL) | 2.6 H | | | | |
| Creatine Kinase (39 - 308 Units/L) Other Body Source | | | 9671 H | | |
| CSF Appearance (CLEAR) | | | | CLEAR | CLEAR |
| CSF Color (COLORLESS) | | | | COLORLESS | COLORLESS |
| CSF WBC (/CMM) | | | | 1 | 0 |
| CSF RBC (ml) | | | | 160 | 696 |
| CSF Tube # (b) | | | | #4 | #1 |
| CSF Glucose (46 - 80 mg/dL) | | | | | 84 H |
| CSF Total Protein (15 - 45 mg/dL) | | | | | 31 |

| | 05/11 2116 | 05/11 2116 | 05/11 2115 |
|---|---|---|---|
| Chemistry | | | |
| Serum Osmolality (280 - 300 mOsm/kg) | 303 H | | |
| Creatine Kinase (39 - 308 Units/L) | | 5628 H | |

PRINTED BY: BVA8530
DATE       10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                          Unit#:
Date: 05/11/14                                           Acct#:

|                                          |                  | 05/11 2035 | 05/11 1913 | 05/11 1913 |
|------------------------------------------|------------------|------------|------------|------------|
| **Blood Gas**                            |                  |            |            |            |
| Specimen Type                            | Blood Arterial   |            |            |            |
| Puncture Site                            | R RAD            |            |            |            |
| Oxyhemoglobin (94 - 100 %)               |                  | 98.2       |            |            |
| ABG pH at Pt Temp (7.35 - 7.45)          |                  | 7.21*L     |            |            |
| ABG pCO2 at Pt Temp (35 - 45 mmHg)       |                  | 27.5 L     |            |            |
| ABG pO2 at Pt Temp (80 - 100 mmHg)       |                  | 337.4*H    |            |            |
| ABG HCO3 (22 - 26 MEQ/L)                 |                  | 10.8 L     |            |            |
| ABG Total CO2 (24 - 27 mmol/L)           |                  | 11.6 L     |            |            |
| ABG O2 Sat Calc/Meas (92 - 100 %)        |                  | 99.1       |            |            |
| ABG O2 Saturation (92.0 - 98.5 %)        |                  | 98.2       |            |            |
| ABG Base Excess (-2 - 2 Meq/L)           |                  | -15.5 L    |            |            |
| ABG Hematocrit (42.0 - 52.0 %)           |                  | 38.0 L     |            |            |
| ABG Hemoglobin (12.0 - 18.0 g/dL)        |                  | 12.8       |            |            |
| ABG Carboxyhemoglobin (0.0 - 1.5 % COHb) |                  | 0.3        |            |            |
| ABG Methemoglobin (0.0 - 1.5 % MetHb)    |                  | 0.6        |            |            |
| Allen Test (POSITIVE)                    | POSITIVE         |            |            |            |
| Deoxyhemoglobin (0 - 5 %)                |                  | 0.9        |            |            |
| O2 Delivery Device                       | Ventilator       |            |            |            |
| Vent Mode                                | ASSIST CONTROL   |            |            |            |
| Vent Rate (/MIN)                         |                  | 15.0       |            |            |
| FiO2 (%)                                 |                  | 100        |            |            |
| Tidal Volume (ml)                        |                  | 550        |            |            |
| PEEP (CMH2O)                             |                  | 5          |            |            |
| Instrument                               |                  | 30637      |            |            |
| Specimen Drawn By                        | bpa9572          |            |            |            |
| Operator ID                              | BPA9572          |            |            |            |
| **Chemistry**                            |                  |            |            |            |
| Creatine Kinase (39 - 308 Units/L)       |                  |            |            | 2537 H     |
| CK-MB (CK-2) (0.0 - 3.6 ng/mL)           |                  |            | 7.6 H      |            |
| Troponin I (ng/mL)                       |                  |            | < 0.017    |            |

|                                   | 05/11 1913 | 05/11 1913 |
|-----------------------------------|------------|------------|
| **Chemistry**                     |            |            |
| Sodium (136 - 145 mmol/L)         | 145        | 145        |
| Potassium (3.5 - 5.2 mmol/L)      | 5.0        | 5.0        |
| Chloride (95 - 110 mmol/L)        | 100        | 101        |
| Carbon Dioxide (21 - 32 mmol/L)   | 13 L       | 15 L       |

PRINTED BY: BVA8530
DATE       10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH
Date: 05/11/14

Unit#:
Acct#:

| | | |
|---|---|---|
| BUN (7 - 18 mg/dl) | 15 | 14 |
| Creatinine (0.43 - 1.13 mg/dL) | 1.65 H | 1.67 H |
| Est GFR (African Amer) | 60 | 59 |
| Est GFR (Non-Af Amer) | 50 | 49 |
| Glucose (70 - 110 mg/dL) | 127 H | 130 H |
| Calcium (8.8 - 10.5 mg/dl) | 8.9 | 8.9 |
| Total Bilirubin (0.2 - 1.0 mg/dL) | | 0.9 |
| AST (15 - 37 Units/L) | | 345 H |
| ALT (10 - 60 Units/L) | | 175 H |
| Total Alk Phosphatase (50 - 136 Units/L) | | 105 |
| Total Protein (5.5 - 8.7 g/dL) | | 7.5 |
| Albumin (3.4 - 5.0 g/dL) | | 3.5 |
| Coagulation | | |
| PT (SECONDS) | | 11.3 |
| INR | | 1.0 |
| PTT (SECONDS) | | 41.7 |
| Hematology | | |
| WBC (3.6 - 11.0 10^3/uL) | | 6.5 |
| RBC (4.50 - 5.90 10^6/uL) | | 4.12 L |
| Hgb (12.0 - 16.0 g/dL) | | 12.2 |
| Hct (40.0 - 52.0 %) | | 39.9 L |
| MCV (81.0 - 97.0 fl) | | 96.6 |
| MCH (26.0 - 34.0 pg) | | 29.6 |
| MCHC (31.0 - 37.0 g/dL) | | 30.7 L |
| RDW (11.5 - 15.0 %) | | 16.4 H |
| Plt Count (150 - 400 10^3/uL) | | 166 |
| MPV (7.4 - 10.4 fL) | | 8.6 |
| Neutrophils # (1.6 - 8.2 K/mcl) | | 3.8 |
| Segmented Neutrophils (36.0 - 66.0 %) | | 58.8 |
| Lymphocytes (23.0 - 43.0 %) | | 29.5 |
| Lymphocytes # (1.1 - 4.7 K/mcl) | | 1.9 |
| Monocytes (0.0 - 10.0 %) | | 11.0 H |
| Monocytes # (0.0 - 1.1 K/mcl) | | 0.7 |
| Eosinophils (0.0 - 5.0 %) | | 0.1 |
| Eosinophils # (0.0 - 0.5 K/mcl) | | 0.0 |
| Basophils (0.0 - 1.0 %) | | 0.6 |
| Basophils # (0.0 - 0.4 K/mcl) | | 0.0 |
| Toxicology | | |
| Salicylates (2.8 - 20.0 mg/dL) | | 3.5 |
| Acetaminophen (10.0 - 30.0 mcg/ml) | | < 2.0 L |
| Plasma/Serum Alcohol (None Detected mg/dL) | | 38.0 |

| | |
|---|---|
| | 05/11 |
| | 1908 |

PRINTED BY: BVA8530
DATE     10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                    Unit#:
Date: 05/11/14                                      Acct#:

| Toxicology | |
|---|---|
| Urine Opiates Screen (Negative) | None Detected |
| Ur Barbiturates, Qual (Negative) | None Detected |
| Ur Phencyclidine Scrn (Negative) | None Detected |
| Ur Amphetamine Screen (Negative) | None Detected |
| MDMA (Ecstasy) Screen (Negative) | None Detected |
| U Benzodiazepines Scrn (Negative) | None Detected |
| U Cocaine Metab Screen (NEGATIVE) | None Detected |
| U Cannabinoids Screen (Negative) | Presumptive Positive * |

| Urines | | |
|---|---|---|
| Urine Color (YELLOW) | YELLOW | |
| Urine Appearance (CLEAR) | CLEAR | |
| Urine pH (4.6 - 8.0) | | 6.0 |
| Ur Specific Gravity (1.001 - 1.035) | > =1.030 | |
| Urine Protein (<15 mg/dL) | | 100 * |
| Urine Ketones (NEGATIVE mg/dL) | | 15 * |
| Urine Blood (NEGATIVE) | MODERATE * | |
| Urine Nitrite (NEGATIVE) | NEGATIVE | |
| Urine Bilirubin (NEGATIVE) | NEGATIVE | |
| Urine Urobilinogen (0.0 - 1.0 EU/dL) | | 0.2 |
| Ur Leukocyte Esterase (NEGATAIVE) | NEGATIVE | |
| Urine RBC (NONE SEEN rbc/hpf) | | 10-20 |
| Urine WBC (NONE SEEN wbc/hpf) | | 30-50 |
| Ur Epithelial Cells (epi/hpf) | NONE SEEN | |
| Amorphous Sediment (NEGATIVE) | | 1+ |
| Urine Sperm (NEGATIVE) | PRESENT | |
| Urine Glucose (NEGATIVE mg/dL) | NEGATIVE | |

Microbiology:

| Date/Time Source | Procedure - Status Growth |
|---|---|
| 05/11 2225 Cerebrospi | Gram Stain - RES |
| 05/11 2225 Cerebrospi | CSF Culture - RES |
| 05/11 2043 Blood | Blood Culture - RECD |
| 05/11 1928 Blood | Blood Culture - CAN  Cancelled: This order has been added to the XTRABC accession# B10302 |
| 05/11 1913 Blood | Blood Culture - RECD |
| 05/11 1908 URINE | Urine Culture - RECD |

PRINTED BY: BVA8530
DATE      10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH                    Unit#:
Date: 05/11/14                                      Acct#:

Recent Impressions:
**RADIOLOGY - CHEST 1 VIEW PORTABLE 05/11 1900**
\*\*\* Report Impression - Status: SIGNED  Entered: 05/11/2014 1922

IMPRESSION:

No acute infiltrate or edema.

SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD
**RADIOLOGY - CHEST 1 VIEW PORTABLE 05/11 1929**
\*\*\* Report Impression - Status: SIGNED  Entered: 05/11/2014 1942

Impression:

ETT can be advanced 3 cm for better positioning

SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD
**COMPUTERIZED TOMOGRAPHY - CT ABDOMEN AND PELVIS W CONT 05/11 1950**
\*\*\* Report Impression - Status: SIGNED  Entered: 05/11/2014 2112

IMPRESSION:

Negative CT of the abdomen and pelvis with contrast.

Bilateral contusions in the subcutaneous tissues of the gluteal
region right more than left.

SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD
**COMPUTERIZED TOMOGRAPHY - CT CHEST W CONTRAST 05/11 1950**
\*\*\* Report Impression - Status: SIGNED  Entered: 05/11/2014 2105

IMPRESSION:

PRINTED BY: BVA8530
DATE       10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                    Unit#
Date: 05/11/14                                     Acct#


Negative contrast enhanced CT of the chest.  There is possibly a
fracture of the right clavicle or right shoulder area. Consider
plain films.


SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD
**COMPUTERIZED TOMOGRAPHY - CT CERVICAL SPINE WO CONT 05/11 1950**
*** Report Impression - Status: SIGNED  Entered: 05/11/2014 2102

IMPRESSION:

No acute fracture or subluxation.


SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD
**COMPUTERIZED TOMOGRAPHY - CT FACIAL BONES WO CONT 05/11 1950**
*** Report Impression - Status: SIGNED  Entered: 05/11/2014 2056

Impression:

Extensive soft tissue swelling of the entire face

Bilateral depressed nasal bone fractures..


SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD
**COMPUTERIZED TOMOGRAPHY - CT BRAIN WO CONTRAST 05/11 1950**
*** Report Impression - Status: SIGNED  Entered: 05/11/2014 2053

IMPRESSION:

Negative Brain CT without contrast. Extensive soft tissue swelling
over the face.

PRINTED BY: BVA8530
DATE        10/8/2014


**EXHIBIT 9**

Patient: DOCHER, TAVARES LEKEITH
Date: 05/11/14

Unit#
Acct#

SHCR NSH OFFICE
Impression By: PHY.RAZAL - ALI RAZA, MD

**Lab result interpretations:** Labs reviewed

## MDM-Cardiac Arrest

### ED Course
**Medication(s) Ordered:**
Medication(s) Ordered:

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Chlorhexidine Gluconate | 1 EACH | ASDIR TOPICAL | 05/11 2315 06/10 2316 | CKD | |
| Sodium Bicarbonate | 50 ML | .Q10H | 05/11 2315 | CKD | |
| Dextrose/Sodium Chloride | 950 ML | IV | 06/10 2316 | | |
| Mupirocin | 1 APPLIC | BID NASAL | 05/11 2309 05/16 0901 | AC | |
| Enoxaparin Sodium | 40 MG | BEDTIME SUBQ | 05/11 2306 06/11 2101 | AC | |
| Famotidine | 20 MG | Q12HR IV | 05/11 2305 06/11 0901 | AC | |
| Dextrose/Sodium Chloride | 1,000 ML | .Q8H IV | 05/11 2300 06/10 2301 | UNV | |
| Sodium Chloride | 1,000 ML | BOLUS ONE IV | 05/11 2215 05/11 2314 | DC | 05/11 2234 |
| Sodium Bicarbonate | 50 ML | X1ED ONE IV | 05/11 2200 05/11 2201 | DC | 05/11 2221 |
| Sodium Bicarbonate | 0 | .STK-MED ONE IV | 05/11 2151 | DC | |
| Fomepizole | 0.9525 GM | ONCE ONE | 05/11 2145 | DC | 05/11 2210 |
| Sodium Chloride | 100 ML | IV | 05/11 2214 | | |
| Dexamethasone Sodium Phosphate | 0 | .STK-MED ONE IV | 05/11 2103 | DC | |
| Acyclovir Sodium | 600 MG | X1ED ONE | 05/11 2100 | DC | 05/11 2234 |
| Dextrose | 100 ML | IV | 05/11 2159 | | |
| Ceftriaxone Sodium | 2 GM | X1ED ONE | 05/11 2100 | DC | 05/11 2111 |
| Dextrose | 100 ML | IV | 05/11 2159 | | |

PRINTED BY: BVA8530
DATE      10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                    Unit#:
Date: 05/11/14                                     Acct#:

| Dexamethasone Sodium Phosphate | 12 MG | X1ED ONE IV | 05/11 2100 DC 05/11 2129 | 05/11 2118 |
|---|---|---|---|---|
| Sodium Chloride | 25 ML | | | |
| Vancomycin HCl | 1 GM | X1ED ONE | 05/11 2100 DC | 05/11 |
| Dextrose | 250 ML | IV | 05/11 2229 | 2119 |
| Sodium Chloride | 100 ML | ASDIR PRN IV | 05/11 2015 DC 05/11 2359 | |
| Diphth(Reduced)/Ac Pertus/Tetanus | 0.5 ML | X1ED ONE IM | 05/11 2000 DC 05/11 2001 | 05/11 2110 |
| Lorazepam | 2 MG | X1ED ONE IV | 05/11 2000 DC 05/11 2001 | 05/11 2031 |
| Vecuronium Bromide | 10 MG | X1ED ONE IV | 05/11 2000 DC 05/11 2001 | 05/11 2207 |
| Propofol | 500 MG | X1ED ONE IV | 05/11 1945 DC 05/11 1946 | 05/11 2042 |
| Sodium Chloride | 1,000 ML | BOLUS ONE IV | 05/11 1930 DC 05/11 2029 | 05/11 2123 |
| Sodium Chloride | 1,000 ML | BOLUS ONE IV | 05/11 1930 DC 05/11 2029 | 05/11 1930 |
| Sodium Chloride | 2,000 ML | .STK-MED ONE IV | 05/11 1908 DC | 05/11 2047 |
| Sodium Chloride | 3 ML | ASDIR PRN IV | 05/11 0600 DC 05/11 2359 | |
| Sodium Chloride | 10 ML | ASDIR PRN IV | 05/11 0600 DC 05/11 2359 | 05/11 2018 |
| Sodium Chloride | 50 ML | ASDIR PRN IV | 05/11 0600 DC 05/11 2359 | |
| Iopamidol | 100 ML | ASDIR PRN IV | 05/11 0000 DC 05/11 2359 | 05/11 2018 |

)( **Re-Evaluation/Progress 1**
   **Time:** 1947
   **Re-eval. status** re-examined
   **Additional notes:**
Patient's blood pressure is 144 systolic. A FAST exam was performed at bedside and was negative. The King airway was removed and 7.5 cuffed ET tube was placed with RSI. Patient was then placed on a vent. He was sedated with propofol, and taken to CT scan.
)( **Re-Evaluation/Progress 2**
   **Time:** 2105
   **Re-eval. status** re-examined
   **Eval following treatment:** intubated and sedated
   **Additional notes:**
Patient's CK was elevated. 4 L of fluid have been ordered. Urine drug screen showed

PRINTED BY: BVA8530
DATE        10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                      Unit#:
Date: 05/11/14                                        Acct#:

marijuana.                          were ordered for change in mental status and sepsis with
unknown origin. Patient had an anion gap acidosis. Ethylene glycol and methanol levels
were ordered. CT brain was negative, CT C-spine was negative, and CT facial bones showed
bilateral depressed nasal fractures. ABG showed a pH of 7.2
)( **Re-Evaluation/Progress 3**
   **Time:** 2205
   **Re-eval. status** re-examined
   **Eval following treatment:** intubated and sedated
   **Additional notes:**
Dexamethasone, Rocephin, vancomycin, acyclovir were ordered prophylactically in case of
meningitis. LP was performed at bedside, fluid was clear. Patient's laceration was sutured
on his right temporal forehead region.
)( **Re-Evaluation/Progress 4**
   **Time:** 2245
   **Re-eval. status** re-examined
   **Eval following treatment:** intubated and sedated
   **Additional notes:**
Patient's second CK level was 5628. Bicarbonate and more fluids were ordered. Dr. Watt
was called and agrees to admit the patient.
**Consultation:**
   **Referral/Consultant name:**
Watt MD,Jason
   **Consultant called:** Primary Care Physician
   **Requested call time:** 2245
   **Requested call date:** 05/11/14
   **Call returned:** call returned
   **Call returned time:** 2245
   **Call returned date:** 05/11/14
   **Consultant:** will see patient
   **Admit accepts:** Yes

## Pertinent Findings
**Presentation:** acute

## Considerations
**Severity:** serious condition
**Diagnosis appears:** serious

## Disposition-Cardiac Arrest
**Clinical Impression:**
**Primary Impression:** Cardiac arrest
**Secondary Impressions:** Abrasions of multiple sites, Clavicle fracture, Increased anion gap
metabolic acidosis, Laceration of face, Rhabdomyolysis

PRINTED BY: BVA8530
DATE        10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH          Unit#:
Date: 05/11/14                            Acct#:

**)( Disposition:**
  **Admitted:** Yes
**Disposition time:** 2245
**Disposition date:** 05/11/14
**Vital signs:**
First Documented:

|          | Result | Date Time  |
|----------|--------|------------|
| Pulse Ox | 100    | 05/11 1900 |
| B/P      | 123/58 | 05/11 1900 |
| Temp     | 38.8   | 05/11 1900 |
| Pulse    | 122    | 05/11 1900 |
| Resp     | 26     | 05/11 1900 |
| FiO2     | 100    | 05/11 1934 |

Last Documented:

|          | Result | Date Time  |
|----------|--------|------------|
| Pulse Ox | 100    | 05/11 2300 |
| B/P      | 130/78 | 05/11 2300 |
| Temp     | 35.6   | 05/11 2300 |
| Pulse    | 80     | 05/11 2300 |
| Resp     | 16     | 05/11 2300 |
| FiO2     | 100    | 05/11 1934 |

**)( All prior VS reviewed:** Yes
**Condition:** Critical

## Critical Care
**Critical Care Time excluding separately reportable procedures:** 105-134 minutes
**Critical Care Time includes:** Patient management by me, Time spent at bedside, Reviewing test results, Reviewing imaging, Documentation in record

## MORRIS,JASON J. 05/12/14 0014:
### Phys Exam-Cardiac Arrest
**Vital Signs**

### Results/Interpretations
**Results:**

### MDM-Cardiac Arrest

PRINTED BY: BVA8530
DATE      10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                    Unit#:
Date: 05/11/14                                      Acct#:


**ED Course**
**Medication(s) Ordered:**


**Disposition-Cardiac Arrest**
**Vital signs:**

**Supervising Physician Note:**
i agree with history as above
pt has no septal hematoma with fxr
has all soft compartments w/out evidence physical for compartment syndrome
given struggle possible cause for rhabo
i was in room for entire er care
i was in room for all procedures
pt needed vecuronium for LP as was moving
otherwise all procedures in 1 attempt w/out complications
pt has acidosis gapped of unknown origin
we covered the patient for encephalitis/meningitis given change in ms and fever in ed
also possible
?toxidrome vs ingestion vs sepsis
differential is quite long and considered for this patient
rhabdo with generous hydration/bicarb
clavicle fxr on xray
patient now stable for icu admit and for medicine to con't w/u and treatment for differential
dr watt accepts and assumes care

I have personally interviewed and examined the patient. All charts, labs, and imaging studies
were reviewed. I agree with the Resident's findings, exam, and plan.


Electronically Signed by  Hohler,Daniel        (RES) on 05/12/14 at 0012
Electronically Signed by Jason J. Morris DO on 05/12/14 at 0019


RPT #: 0511-0442
***END OF REPORT***

                          Page 14 of 14




PRINTED BY: BVA8530
DATE      10/8/2014


**EXHIBIT 9**



RUN DATE: 05/13/14
RUN TIME: 0509
RUN USER: HPF.FEED

St.Lucie Medical Center  EDM  *LIVE*
ED PATIENT REPORT

PAGE 1

Patient: DOCHER,TAVARES LEKEITH                                          Age/Sex:  M                    Acct No:
EDM Provider: Morris DO,Jason J., ACT                                                                  Unit No:

**GENERAL DATA**

ED Physician: Morris DO,Jason J., ACT
Practitioner: HOHLER,DANIEL
Nurse:

Stated Complaint: CARDIAC ARREST
Chief Complaint: Cardiac Related
Status Event History:
    05/11/14  1900 Reception
              1951 Triaged
              2251 Admit Patient
              2309 ADMIT
    05/12/14  0025 Room Placement
              0655 ADMIT
              1135 Off Tracker

MODE OF ARRIVAL

FIRE RESCUE

Arrival Date/Time: 05/11/14 - 1900
Triage Date/Time: 05/11/14 - 1900
Date of Birth:

Priority: 1

**ALLERGIES**

Allergy/Adverse Reaction
No Known Drug Allergies

Type/Category  Severity Date   Ver
Allergy/Drug   Unknown 05/11/14 Y

**ASSESSMENTS**

Rapid Initial Assessment

Occurred                                         Recorded
Date    Time User                                Date   Time User
05/11/14 1900 AURIEMMA,KIMBERLY X, RN            05/11/14 1951 AURIEMMA,KIMBERLY X, RN

First Point of Contact: Yes
Enter/Edit Allergies? Yes
Arrived By: FR
EMS Arrival Service St Lucie County FD
Subjective Assessment:
PT ARRIVED VIA EMS.  PT WAS COMBATIVE ON SCENE WITH SLC
SHERIFF DEPUTIES.  WHEN EMS ARRIVED, PT WAS STILL COMBATIVE.
EMS GAVE 4MG ATIVAN IM.  SHORTLY AFTER PT STOPPED BREATHING
AND CM SHOWED ASYTOLE.  PT INTUBATED WITH KING AIRWAY AND
CPR STARTED.  IV PLACED #18 LEFT NECK.  1 AMP EPI GIVEN,
CPR CONT 1 MP BICARB GIVEN IVP.  CM SHOWED V-TACH AT 12CJ
CPR CONT, THEN CM SHOWED SVT AND PT WAS CARDIOVERTED AT 100J
THEN CM SR SHOWED SR
Objective Assessment:
ACLS PROTOCALL WAS BEING FOLLOWED ON ARRIVAL.  DR MORRIS
AT BEDSIDE WHEN PT ARRIVED.  MULTIPLE ABRASIONS AND SOME
LACERATIONS NOTED TO VARIOUS AREAS OF HIS BODY
See next page
Neuro WDP? No
Cardiovascular WDP? No
Respiratory WDP? No
Pain scale: Wong-Baker (Faces)
Intensity: 0
OB/GYN History:  (if noted below)

See next page
Smoking status for patients 13 years old or older: Unknown,if ever smoked
Onset of Symptoms Date: 05/11/14
Onset of Symptoms Time: 1900
See next page
Flowsheet: Yes
Chief Complaint: Cardiac Related
Priority: RESUSCITATION
ESP? N
Facility ESP status:
ESP Enabled
Last page
Is Patient Present? Y
Able to perform TB & Contagious Respiratory Infection Point of Entry Screen Y
Is patient currently experiencing any of following in last 7 days:
Fever greater than 100.4? N
(37.8 C)
Cough? N
(not related to
allergy or COPD)
Sore Throat? N
Night sweats? N
Unexplained weight loss? N
Fatigue? N
Body Aches? N
Rash? N
Nasal Congestion (not related to allergies or sinus infections)? N
Pt reports prior history of TB or positive TB skin test? N
Close contact with a person who has TB? N
Close contact with any person having an Influenza-like Illness? N
Travel outside the US in the past 2 weeks? N
TB Point of Entry Screen: NEGATIVE
Contagious Respiratory Infection Point of Entry Screen- NEGATIVE
** FLACC Pain Assessment - Less than Age 3 or Sleeping **
Score of 4 or More, Consider Intervention
** Neonatal / Infant Pain Scale (NIPS) **
Temp: 101.8
Temp Source: Rectal
Pulse: 122
Pulse Source: Monitor
Pulse Location: Apical
Resp: 26
Resp Source: Observed
BP: 123/58
B/P Source: Arm, Left
B/P Position: Supine
MAP (mmHg): 79
SpO2%: 100
Height - Feet: 5
Inches: 9
Cm: 175.26
Weight - Lbs: 140
Kg: 63.503
BMI: 20.7
: Normal
===SEVERE SEPSIS SCREENING===
Temperature: Y
Heart Rate: Y

PRINTED BY: B/TATE
DATE        10/8/2012

```
RUN DATE: 05/13/14                          St.Lucie Medical Center  EDM *LIVE*                                    PAGE 2
RUN TIME: 0509                                    ED PATIENT REPORT
RUN USER: HPF.FEED
```

| Patient: DOCHER,TAVARES LEKEITH | Age/Sex:   M | Acct No: |
| EDM Provider: Morris DO,Jason J., ACT | | Unit No: |

Respirations: Y
WBC/Bands: N
:
No Results past 24 hrs
:
No Results past 24 hrs
 If Y to 2 or more of above, proceed to next section: 3
 ===INFECTION===
 Suspected/Documented Infection: NO
 Antibiotic Therapy (Not Prophylaxis): NO
 If Y to 1 of the above, proceed to next section: 0
 ===NEW ORGAN DYSFUNCTION within past 48 hours===

PAIN ASSESSMENT

Occurred                          Recorded
Date    Time User                Date    Time User
05/11/14 1900 AURIEMMA,KIMBERLY X, RN    05/11/14 1959 AURIEMMA,KIMBERLY X, RN

 Acceptable pain level: 0
 Assessment Type: Ongoing Monitoring
 Pain scale: Wong-Baker (Faces)
 Intensity: 0
 See next page
 See next page
 Last page

Detail Assessment

Occurred                          Recorded
Date    Time User                Date    Time User
05/11/14 1951 AURIEMMA,KIMBERLY X, RN    05/11/14 1953 AURIEMMA,KIMBERLY X, RN

 Suicide screening: No
 Evidence of physical and/or psychological abuse: No
 Do you currently think your safety is being threatened by anyone you know: No
 See next page
 Previous Medical History: UNKNOWN
 List Previous Surgeries:
UNKNOWN
 Enter/Edit home med reconciliation: Y
 Medications and Treatments Prior to Arrival: ACLS Drugs, Cardiac Monitor, IV
 Last Tetanus Shot: Unknown
 See next page
 Nutritional Assessment WDP? Yes
 Functional Assessment WDP? Yes
 Living arrangements: Lives alone
 See next page
 Tobacco history: Yes
 Describe tobacco use:
UNKNOWN
 Alcohol history: Yes
 Describe alcohol use:
UNKNOWN
 Drug use history: Yes
 Describe drug use history:
UNKNOWN
 See next page

Are there cultural,religious,language,developmental or behavioral factors
 to consider in planning care: No
 Is there anything we can do or avoid doing to prevent you feeling
 uncomfortable during this hospitalization: No
 Any barriers to learning identified: No
 Readiness to learn: Unable to assess
 Preferred method of learning: Discussion
 See next page
 OB/GYN History:  (if noted below)
 See next page
 Do you feel a sense of hopelessness or helplessness that affects the care
 See next page
 BMI: 20.7
 : Normal
 See next page
 See next page
 ED plan of care
 Chief Complaint: Cardiac Related
 Expected outcome of chief complaint: Stabilized/Maintained
 Last page
 See next page
 In the past few days have you been having
 I want to ask you if your child attempted suicide
 See next page
 In the past week have you been having
 See next page
 See next page
 Last page

Dysphagia Screening

Occurred                          Recorded
Date    Time User                Date    Time User
05/11/14 1953 AURIEMMA,KIMBERLY X, RN    05/11/14 1953 AURIEMMA,KIMBERLY X, RN

 * Patient FAILS Screening if ANY answer is NO! *
 SECTION A - Level of Alertness/Responsiveness
 1- Is pt able to remain alert/awake for 20 minutes? No
 (open mouth, stick out tongue, smile)
 SECTION B - Water Test
 Part 1 - Give pt (1) teaspoon of water & observe for the following:
 (place hand on Adam's apple and feel for the swallow)
 Part 2 - Give pt (3) sips of water by cup & observe for the following:
 Dysphagia Screening Status: FAIL

Family Health History

Occurred                          Recorded
Date    Time User                Date    Time User
05/11/14 1959 AURIEMMA,KIMBERLY X, RN    05/11/14 1959 AURIEMMA,KIMBERLY X, RN

Cardiac Related

Occurred                          Recorded
Date    Time User                Date    Time User
05/11/14 2000 TURCOTT,PAULINE, RN    05/11/14 2237 TURCOTT,PAULINE, RN

PRINTED BY:  B. TRUJILLO
DATE     10/8/2014

EXHIBIT 9

```
RUN DATE: 05/13/14                          St.Lucie Medical Center  EDM *LIVE*                          PAGE 3
RUN TIME: 0509                                  ED PATIENT REPORT
RUN USER: HPF.FEED
```

```
Patient: DOCHER,TAVARES LEKEITH                     Age/Sex:   M                      Acct No:.
EDM Provider: Morris DO,Jason J., ACT                                                 Unit No:.
```

Presenting Signs & Symptoms: Arrhythmia
Initial Onset of Signs & Symptoms: Less Than 1 Hour Ago
Symptoms Constant or Intermittent: Constant
See next page
Aspirin in Previous 8 Hours? No
Nitroglycerin in Previous Hour: No
Previous Episodes of Similar Symptoms: Unknown
Cardiac Risk Factors: Other Drug Abuse(Identify)
See next page
Patient on Cardiac Monitor? Yes
Cardiac Rhythm: Sinus Tachycardia
Heart Sounds: Normal
Breath Sounds Clear & Equal Bilaterally All Lobes: Yes
See next page
On Oxygen? Yes
SpO2% Before Oxygen Applied: 95
O2 delivered per: Ventilator
O2 liters/minute: 15
SpO2% After Oxygen Applied: 100
Oxygen Comment:
PT HAD KING AIRWAY. CHANGED TO
ETT
Edema: Yes
Edema Location: Periorbital
Degree of Edema: 1+ Pitting (< 1/2")
See next page
Does patient have a pacemaker? None
Does Patient Have an Internal Defibrilator? No
Additional Findings:
PT'S EARS ARE EDEMATOUS
Last page

Cardiac Related                                    ** EDIT **

Occurred                        Recorded
Date     Time User             Date     Time User
05/11/14 2000 TURCOTT,PAULINE, RN    05/12/14 0104 TURCOTT,PAULINE, RN

Cardiac Risk Factors:[] MARIJAUNA
Additional Findings:
[PT'S EARS ARE EDEMATOUS] PT'S EARS ARE EDEMATOUS.
[] FACE EDEMA

Physical Findings

Occurred                        Recorded
Date     Time User             Date     Time User
05/11/14 2000 TURCOTT,PAULINE, RN    05/11/14 2238 TURCOTT,PAULINE, RN

Neurological Assessment WDP: No
Musculoskeletal Assessment WDP: Yes
Documented via Chief Complaint: Yes
Eye Assessment WDP: No
Gastrointestinal Assessment WDP: Yes
Documented via Chief Complaint: Yes
ENT Assessment WDP: No
Genitourinary Assessment WDP: Yes
Documented via Chief Complaint: Yes

Respiratory Assessment WDP: No
Integumentary Assessment WDP: No
Documented via Chief Complaint: Yes
Documented via Chief Complaint: Yes
Cardiovascular Assessment WDP: No
Psychosocial Assessment WDP: Yes
Documented via Chief Complaint: Yes
Circulatory Assessment WDP: Yes
See next page
Last page
See next page
See next page
See next page
See next page
******** EAR ********
****** NOSE ********
****** THROAT ********
See next page
See next page
See next page

Cardiac Related Reassessment

Occurred                        Recorded
Date     Time User             Date     Time User
05/11/14 2300 TURCOTT,PAULINE, RN    05/12/14 0103 TURCOTT,PAULINE, RN

Patient Condition Assessment: No Change
Ongoing Signs & Symptoms: None
See next page
Patient on Cardiac Monitor? Yes
Cardiac Rhythm: Normal Sinus Rhythm
Heart Sounds: Normal
Breath Sounds Clear & Equal Bilaterally All Lobes: Yes
See next page
On Oxygen? Yes
O2 delivered per: Ventilator
O2 liters/minute: 15
SpO2 Continuous Monitoring: Yes
SpO2% After Oxygen Applied: 100
Edema: Yes
Edema Location: Periorbital
Degree of Edema: 1+ Pitting (< 1/2")
See next page
Does patient have a pacemaker? None
Does Patient Have an Internal Defibrilator? No
Additional Findings:
FACIAL SWELLING INCREASED.
Last page

Pain Reassessment

Occurred                        Recorded
Date     Time User             Date     Time User
05/11/14 2359 TURCOTT,PAULINE, RN    05/11/14 2359 TURCOTT,PAULINE, RN

Acceptable pain level: 0
Assessment Type: Ongoing Monitoring

PRINTED BY:  B./A.
DATE       10/8/2017

EXHIBIT 9

```
RUN DATE: 05/13/14                          St.Lucie Medical Center  EDM  *LIVE*                                    PAGE 4
RUN TIME: 0509                                      ED PATIENT REPORT
RUN USER: HPF.FEED
```

```
Patient: DOCHER,TAVARES LEKEITH                                    Age/Sex:  M                          Acct No: .
EDM Provider: Morris DO,Jason J., ACT                                                                   Unit No: .
```

Pain scale: Wong-Baker (Faces)                          | 1:12
Intensity: 0                                             | Delay Reasons: Waiting for Bed Assignment
See next page                                            | For lookup by name, enter N\name then press <Lookup>
See next page                                            | Patient Left
Last page                                                | See next page
                                                         | See next page
Discharge/Transfer/Admit/LPT                             |

Occurred                    Recorded                                    **TREATMENTS**
Date    Time User           Date    Time User            | IV Start/Reassess
05/12/14 0021 TURCOTT,PAULINE, RN   06/12/14 0440 TURCOTT,PAULINE, RN  |

Patient Disposition: Admission                           | Occurred                    Recorded
Disposition Category: Was Admitted & Treated             | Date    Time User           Date    Time User
ED plan of care                                          | 05/11/14 1900 AURIEMMA,KIMBERLY X, RN  06/11/14 2004 AURIEMMA,KIMBERLY X, RN
Chief Complaint: Cardiac Related                         |
Expected outcome of chief complaint: Stabilized/Maintained | Document initial CVG/PICC information: No
Actual outcome of chief complaint: Deteriorated         | IV and/or CVC/PICC Action: Peripheral IV Device
Question below will only be answered if patient is LPMSE. | Pt/Family Education Done: No
See next page                                            | Peripheral IV 1: Saline Lock
Temp: 96.2                                               | Start Date: 05/11/14
Pulse: 88                                                | Dressing Date: 05/11/14
Resp: 17                                                 | Site: LEFT NECK
BP: 123/70                                               | Gauge: 18
SpO2%: 100                                               | Observation: New Start, See Comment
Level of Consciousness: Unresponsive                     | Action: New Start, See Comment
MEaS Score: 4                                            | Attempts: 1
I have verified that unless otherwise noted, the following | Peripheral IV 2: Saline Lock
interventions have been performed                        | Start Date: 05/11/14
as documented.  If a specific intervention is not presented | Dressing Date: 05/11/14
herein, I have verified that the                         | Site: Right Forearm
Standards of Care & Practice for this hospital and the   | Gauge: 18
East Florida Division have been met.                     | Observation: PATENT
Signature: TURCOTT,PAULINE -                             | Action: New Start
View SOP: N                                              | Attempts: 1
Last page                                                | Peripheral IV 3: Saline Lock
Time handoff given : 0010                                | Start Date: 05/11/14
Handoff given to :                                       | Dressing Date: 05/11/14
GIMALYN                                                  | Site: Left Forearm
Time patient transported to room : 0021                  | Gauge: 18
Transported via : Stretcher                              | Observation: PATENT
Transported with the following: RN transport, Oxygen, Monitor, ACLS box, IV Pump, Tech, | Action: New Start
Respiratory Therapy, Ambu bag                            | Attempts: 1
Arrival Date: 05/11/14                                   | Comments:
Arrival Time: 1900                                       | EMS STARTED
Triage Date: 05/11/14                                    |
Triage Time: 1900                                        | ED Flowsheet-Detail
Triage Level: ESI1/Resuscitation                         |
Placed in Bed Date: 05/11/14                             | Occurred                    Recorded
Placed in Bed Time: 1902                                 | Date    Time User           Date    Time User
MD/DO/PA/NP Initiates Contact/Greets Patient Date: 05/11/14 | 05/11/14 1915 TURCOTT,PAULINE, RN  06/12/14 0339 TURCOTT,PAULINE, RN
MD/DO/PA/NP Initiates Contact/Greets Patient Time: 1903  |
MD/DO/PA/NP Makes Decision to Disposition Date: 05/11/14 | Pulse: 120
MD/DO/PA/NP Makes Decision to Disposition Time: 2309     | Resp: 16
Date Patient Physically Leaves ED: 05/12/14              | BP: 131/49
ESP2 N                                                   | MAP (mmHg): 76
Time Patient Physically Leaves ED: 0021                  | SpO2%: 100
Elapsed Time from Disposition to Depart:                 | See next page

PRINTED BY: BVTASHO
DATE       10/8/2012
```

EXHIBIT 9

```
RUN DATE: 05/13/14                          St.Lucie Medical Center  EDM *LIVE*                                PAGE 5
RUN TIME: 0509                                   ED PATIENT REPORT
RUN USER: HPF.FEED
```

```
Patient: DOOHER,TAVARES LEKEITH                              Age/Sex:  M                    Acct No:
EDM Provider: Morris DO,Jason J., ACT                                                       Unit No:
```

On Oxygen? Yes
BMI: 23.6
: Normal
See next page
Orthostatic Vital Signs:  (if noted below)
See next page
Evaluate Glasgow Coma Scale: Yes
Glasgow Coma Scale:
Eye Opening: 1
Best Verbal Response: 1
Best Motor Response: 1
GCS Total: 3
See next page
===SEVERE SEPSIS SCREENING===
Temperature: N
Heart Rate: Y
Respirations: N
WBC/Bands: N
:
05/11/14 6.5 1913

No Results past 24 hrs
If Y to 2 or more of above, proceed to next section: 1
===INFECTION===
See next page
===NEW ORGAN DYSFUNCTION within past 48 hours===
Last page

ED Flowsheet-Detail

Occurred                          Recorded
Date    Time User                 Date    Time User
05/11/14 1930 TURCOTT,PAULINE, RN 05/12/14 0339 TURCOTT,PAULINE, RN

Pulse: 110
Resp: 16
BP: 123/58
MAP (mmHg): 79
See next page
SpO2%: 94
BMI: 23.6
: Normal
See next page
Orthostatic Vital Signs:  (if noted below)
See next page
Glasgow Coma Scale:
See next page
===SEVERE SEPSIS SCREENING===
Temperature: N
Heart Rate: Y
Respirations: N
WBC/Bands: N
:
05/11/14 6.5 1913
:
No Results past 24 hrs
If Y to 2 or more of above, proceed to next section: 1
===INFECTION===

See next page
===NEW ORGAN DYSFUNCTION within past 48 hours===
Last page

RT: Ventilator Support

Occurred                          Recorded
Date    Time User                 Date    Time User
05/11/14 1932 O'CONNOR,JERRAD A   05/11/14 1934 O'CONNOR,JERRAD A

Vent/Procedures: Intubate/New Airway
Patient Parameters: Y
Modalities Completed: Ventilator Installed
Sign off SOP: N
*** Airway Management/Intubate ***
Patient placed on ventilator: At facility
Date patient placed on ventilator: 05/11/14
Vent type: Invasive
Time patient placed on ventilator: 1933
Ventilator #:
6
** Airway Check **
Airway type: ET Tube
Size: 7.5
Type: Cuffed, Subglottic
Placement (cm):
23
Cuff Pressure (on H2O):
ML
Location: Oral
Airway Patent: Y
Placement Verification: Bilat BS confirmed, CXR ordered, ETCO2 confirmed
*** Ventilator Parameters ***
*** Patient Parameters ***
Patient Position: High Fowler's
Total Respirations: 17
Pulse: 93
Sport Tidal Volume: 562
SpO2%: 94
Mean Airway Pressure: 10
PIP: 23
BS - Right Lung: Clear/diminished
BS - Left Lung: Clear/diminished
** PAIN ASSESSMENT **
Is patient indicating pain?: N
Patient's acceptable
*** Treatment Provided ***
Medication            Dose           Route
*** Suctioned ***
*** Weaning Parameters ***
*** Extubation ***
*** RT STANDARDS OF PRACTICE ATTESTATION ***
I have verified that unless otherwise noted, the following
interventions have been performed
as documented.  If a specific intervention is not presented
herein, I have verified that the
Standards of Care & Practice for this hospital and the
West Florida Division have been met.

PRINTED BY:  B
DATE      10/8/2017

EXHIBIT 9

```
RUN DATE: 05/13/14                          St.Lucie Medical Center  EDM  *LIVE*                                           PAGE 6
RUN TIME: 0509                                      ED PATIENT REPORT
RUN USER: HPF.FEED
```

| Patient: DOCHER,TAVARES LEKEITH | Age/Sex: , AM | Acct No: |
| EDM Provider: Morris DO,Jason J., ACT | | Unit No: |

RT: Ventilator Support

```
Occurred                            Recorded
Date     Time User                  Date     Time User
05/11/14 1934 O'CONNOR,JERRAD A     05/11/14 1935 O'CONNOR,JERRAD A

Vent/Procedures: Vent check/parameters
Patient Parameters: Y
Modalities Completed: Ventilator Installed
Sign off SOP: N
*** Airway Management/Intubate ***
Vent type: Invasive
** Airway Check **
*** Ventilator Parameters ***
Vent Mode: Assist Control (AC)
Vt: 550
Exp Press/PEEP:
5
FIO2: 100
Rate: 15
Delivery of Gas: Air/Oxygen
Humidity: HME
*** Patient Parameters ***
Patient Position: High Fowler's
Total Respirations: 17
Pulse: 93
Spont Tidal Volume: 562
SpO2%: 94
Mean Airway Pressure: 10
PIP: 21
BS - Right Lung: Clear/diminished
BS - Left Lung: Clear/diminished
** PAIN ASSESSMENT **
Is patient indicating pain?: N
Patient's acceptable
*** Treatment Provided ***
Medication          Dose          Route
*** Suctioned ***
*** Weaning Parameters ***
*** Extubation ***
*** RT STANDARDS OF PRACTICE ATTESTATION ***
I have verified that unless otherwise noted, the following
interventions have been performed
as documented.  If a specific intervention is not presented
herein, I have verified that the
Standards of Care & Practice for this hospital and the
East Florida Division have been met.

ED Flowsheet-Detail

Occurred                            Recorded
Date     Time User                  Date     Time User
05/11/14 2034 TURCOTT,PAULINE, RN   05/11/14 2038 TURCOTT,PAULINE, RN

Pulse: 109
Pulse Source: Monitor
Resp: 24
BP: 105/57
```

```
B/P Source: Arm, Left
B/P Position: Sitting
MAP (mmHg): 73
See next page
SpO2%: 100
Airway adjunct: Ventilator
On Oxygen? Yes
O2 Liters / Minute: 15
BMI: 20.7
: Normal
See next page
Orthostatic Vital Signs:  (if noted below)
See next page
Evaluate Glasgow Coma Scale: Yes
Glasgow Coma Scale:
Eye Opening: 1
Best Motor Response: 2
Best Verbal Response: 1
GCS Total: 4
See next page
===SEVERE SEPSIS SCREENING===
Temperature: Y
Heart Rate: Y
Respirations: Y
WBC/Bands: N
:
05/11/14 6.5 1913
:
No Results past 24 hrs
If Y to 2 or more of above, proceed to next section: 3
===INFECTION===
Suspected/Documented Infection: NO
Antibiotic Therapy (Not Prophylaxis): NO
If Y to 1 of the above, proceed to next section: 0
See next page
===NEW ORGAN DYSFUNCTION within past 48 hours===
Last page

Dashboard queries

Occurred                            Recorded
Date     Time User                  Date     Time User
05/11/14 2038 TURCOTT,PAULINE, RN   05/11/14 2038 TURCOTT,PAULINE, RN

Arrival Date: 05/11/14
Arrival Time: 1900
Triage Date: 05/11/14
Triage Time: 1900
Triage Level: ESI1/Resuscitation
Placed in Bed Date: 05/11/14
Placed in Bed Time: 1902
MD/DO/PA/NP Initiates Contact/Greets Patient Date: 05/11/14
MD/DO/PA/NP Initiates Contact/Greets Patient Time: 1903
ESP? N
For lookup by name, enter N\name then press <Lookup>
```

```
PRINTED BY:  BVERCELLOTTI queries              ** EDIT **
DATE         10/8/2014
```

EXHIBIT 9

```
RUN DATE: 05/13/14                          St.Lucie Medical Center  EDM  *LIVE*                                    PAGE 7
RUN TIME: 0509                                      ED PATIENT REPORT
RUN USER: HPF.FEED
```

```
Patient: DOCHER,TAWARES LEKEITH                              Age/Sex: 7/M                            Acct No:
EDM Provider: Morris DO,Jason J., ACT                                                                Unit No:
```

| | |
|---|---|
| Occurred                        Recorded | Antibiotic Therapy (Not Prophylaxis): NO |
| Date    Time User               Date    Time User | If Y to 1 of the above, proceed to next section: 0 |
| 05/11/14 2038 TURCOTT,PAULINE, RN   05/12/14 0438 TURCOTT,PAULINE, RN | See next page |
| | ===NEW ORGAN DYSFUNCTION within past 48 hours=== |
| MD/DO/PA/NP Makes Decision to Disposition Date: ☐ 05/11/14 | Last page |
| MD/DO/PA/NP Makes Decision to Disposition Time: ☐ 2309 | |
| Date Patient Physically Leaves ED: ☐ 05/12/14 | ED Flowsheet-Detail |
| Time Patient Physically Leaves ED: ☐ 0021 | |
| Elapsed Time from Disposition to Depart: | Occurred                        Recorded |
| ☐ 1:12 | Date    Time User               Date    Time User |
| Delay Reasons: ☐ Waiting for Bed Assignment | 05/11/14 2130 TURCOTT,PAULINE, RN   05/12/14 0341 TURCOTT,PAULINE, RN |
| | |
| Cardiac Monitor | Pulse: 104 |
| | Resp: 20 |
| Occurred                        Recorded | BP: 112/64 |
| Date    Time User               Date    Time User | MAP (mmHg): 80 |
| 05/11/14 2100 TURCOTT,PAULINE, RN   05/11/14 2359 TURCOTT,PAULINE, RN | See next page |
| | SpO2%: 100 |
| Time patient placed on cardiac monitor: On arrival | BMI: 23.6 |
| Cardiac Rhythm: Sinus Tachycardia | : Normal |
| Last page | See next page |
| | Orthostatic Vital Signs:  (if noted below) |
| ED Flowsheet-Detail | See next page |
| | Glasgow Coma Scale: |
| Occurred                        Recorded | See next page |
| Date    Time User               Date    Time User | ===SEVERE SEPSIS SCREENING=== |
| 05/11/14 2104 TURCOTT,PAULINE, RN   05/11/14 2107 TURCOTT,PAULINE, RN | Temperature: N |
| | Heart Rate: Y |
| Temp: 96.7 | Respirations: Y |
| Temp Source: Rectal | WBC/Bands: N |
| Pulse: 105 | : |
| Resp: 24 | 05/11/14 6.5 1913 |
| BP: 108/55 | : |
| MAP (mmHg): 72 | No Results past 24 hrs |
| See next page | If Y to 2 or more of above, proceed to next section: 2 |
| SpO2%: 100 | ===INFECTION=== |
| Airway adjunct: Ventilator | Suspected/Documented Infection: NO |
| On Oxygen? Yes | Antibiotic Therapy (Not Prophylaxis): NO |
| O2 Liters / Minute: 15 | If Y to 1 of the above, proceed to next section: 0 |
| BMI: 20.7 | See next page |
| : Normal | ===NEW ORGAN DYSFUNCTION within past 48 hours=== |
| See next page | Last page |
| Orthostatic Vital Signs:  (if noted below) | |
| See next page | ED Flowsheet-Detail |
| Glasgow Coma Scale: | |
| See next page | Occurred                        Recorded |
| ===SEVERE SEPSIS SCREENING=== | Date    Time User               Date    Time User |
| Temperature: Y | 05/11/14 2200 TURCOTT,PAULINE, RN   05/12/14 0354 TURCOTT,PAULINE, RN |
| Heart Rate: Y | |
| Respirations: Y | Pulse: 99 |
| WBC/Bands: N | Resp: 18 |
| : | BP: 125/70 |
| 05/11/14 6.5 1913 | MAP (mmHg): 88 |
| : | See next page |
| No Results past 24 hrs | SpO2%: 99 |
| If Y to 2 or more of above, proceed to next section: 3 | Airway adjunct: Ventilator |
| ===INFECTION=== | |
| Suspected/Documented Infection: NO | |

```
                                              PRINTED BY: B/TABIS 2316
                                              DATE       10/8/20 Legal
```

EXHIBIT 9

RUN DATE: 05/13/14
RUN TIME: 0509
RUN USER: HPF.FEED

St.Lucie Medical Center  EDM  *LIVE*
ED PATIENT REPORT

PAGE 8

Patient: DOCHER,TAVARES LEKEITH
EDM Provider: Morris DO,Jason J., ACT

Age/Sex:   M

Acct No:
Unit No:

See next page
Orthostatic Vital Signs:  (if noted below)
See next page
Glasgow Coma Scale:
See next page
===SEVERE SEPSIS SCREENING===
Temperature: N
Heart Rate: Y
Respirations: N
WBC/Bands: N
:  :
05/11/14 6.5 1913
:  :
No Results past 24 hrs
  If Y to 2 or more of above, proceed to next section: 1
  ===INFECTION===
See next page
  ===NEW ORGAN DYSFUNCTION within past 48 hours===
  Last page

Sepsis Implementation Bundle

Occurred                              Recorded
Date    Time User                    Date    Time User
05/11/14 2230 TURCOTT,PAULINE, RN    05/12/14 0639 TURCOTT,PAULINE, RN

  Date Physician Notified of Positive Sepsis Screen: 05/11/14
  Time Physician Notified of Positive Sepsis Screen: 2230
  Sepsis Bundles Implemented: Y
  Date Sepsis Bundles Implemented: 05/11/14
  Time Sepsis Bundles Implemented: 2230
  Severe Sepsis Comment:
lactic acid 3.2. blood cultures done. pt received 3
different antibiotics. pt received 5000 cc of normal saline.
2 #18 iv lines.

ED Flowsheet-Detail

Occurred                              Recorded
Date    Time User                    Date    Time User
05/11/14 2300 TURCOTT,PAULINE, RN    05/11/14 2324 TURCOTT,PAULINE, RN

  Temp: 96.0
  Temp Source: Rectal
  Pulse: 80
  Resp: 16
  BP: 130/78
  MAP (mmHg): 95
See next page
  SpO2%: 100
  Airway adjunct: Ventilator
  BMI: 20.7
  : Normal
See next page
  Orthostatic Vital Signs:  (if noted below)
See next page
  Evaluate Glasgow Coma Scale: Yes
  Glasgow Coma Scale:

Eye Opening: 1
Best Verbal Response: 1
Best Motor Response: 2
GCS Total: 4
See next page
===SEVERE SEPSIS SCREENING===
Temperature: N
Heart Rate: Y
Respirations: Y
WBC/Bands: N
:  :
05/11/14 6.5 1913
:  :
No Results past 24 hrs
  If Y to 2 or more of above, proceed to next section: 3
  ===INFECTION===
  Suspected/Documented Infection: NO
  Antibiotic Therapy (Not Prophylaxis): NO
  If Y to 1 of the above, proceed to next section: 0
See next page
  ===NEW ORGAN DYSFUNCTION within past 48 hours===
  Last page

Cardiac Monitor

Occurred                              Recorded
Date    Time User                    Date    Time User
05/11/14 2300 TURCOTT,PAULINE, RN    05/12/14 0439 TURCOTT,PAULINE, RN

  Time patient placed on cardiac monitor: See monitor strip
  Cardiac Rhythm: Normal Sinus Rhythm
  Last page

INTAKE AND OUTPUT

Occurred                              Recorded
Date    Time User                    Date    Time User
05/11/14 2325 TURCOTT,PAULINE, RN    05/11/14 2325 TURCOTT,PAULINE, RN

  ~~~ INTAKE (in mL's) ~~~
  ~~~ OUTPUT (in mL's) ~~~
  ~~~ Diet Intake ~~~
  Primary IV's: 5000
  ~~~ IV Type ~~~
  ~~~ IV Intake ~~~
  ~~~ BLOOD PRODUCTS ~~~
  ~~~ Output Tubes And Drains ~~~

ED Flowsheet-Detail

Occurred                              Recorded
Date    Time User                    Date    Time User
05/11/14 2330 TURCOTT,PAULINE, RN    05/12/14 0355 TURCOTT,PAULINE, RN

  Pulse: 82
  Resp: 17
  BP (mmHg): 92

PRINTED BY: BV/ABF5784772
DATE        10/8/2017

EXHIBIT 9

```
RUN DATE: 05/13/14                          St.Lucie Medical Center  EDM  *LIVE*                              PAGE 9
RUN TIME: 0509                                        ED PATIENT REPORT
RUN USER: HPF.FEED
```

| Patient: DOCHER,TAVARES LEKEITH | Age/Sex: /M | Acct No: |
| EDM Provider: Morris DO,Jason J., ACT | | Unit No: |

```
See next page                              | Last page
SpO2%: 100                                 |
Airway adjunct: Ventilator                 | Dashboard queries
BMI: 23.6                                   |
: Normal                                   | Occurred                           Recorded
See next page                              | Date    Time User                  Date    Time User
Orthostatic Vital Signs:  (if noted below) | 05/12/14 1134 ARMSTRONG,REBECCA, RN  05/12/14 1134 ARMSTRONG,REBECCA, RN
See next page                              |
Glasgow Coma Scale:                        |  Arrival Date: 05/11/14
See next page                              |  Arrival Time: 1900
===SEVERE SEPSIS SCREENING===              |  Triage Date: 05/11/14
Temperature: N                             |  Triage Time: 1900
Heart Rate: N                              |  Triage Level: ESI1/Resuscitation
Respirations: N                            |  Placed in Bed Date: 05/11/14
WBC/Bands: N                               |  Placed in Bed Time: 1902
:                                          |  MD/DO/PA/NP Initiates Contact/Greets Patient Date: 05/11/14
05/11/14 6.5 1913                          |  MD/DO/PA/NP Initiates Contact/Greets Patient Time: 1903
:                                          |  MD/DO/PA/NP Makes Decision to Disposition Date: 05/11/14
No Results past 24 hrs                     |  MD/DO/PA/NP Makes Decision to Disposition Time: 2245
If Y to 2 or more of above, proceed to next section: 0 | Date Patient Physically Leaves ED: 05/12/14
---INFECTION---                            |  Time Patient Physically Leaves ED: 0021
See next page                              |  Elapsed Time from Disposition to Depart:
===NEW ORGAN DYSFUNCTION within past 48 hours=== | 1:12
Last page                                  |  Delay Reasons: Waiting for Bed Assignment
                                           | ESP? N
ED Flowsheet-Detail                        | For lookup by name, enter N\name then press <Lookup>
                                           |
Occurred                Recorded           |====================EMERGENCY NOTES====================
Date    Time User       Date    Time User  |
05/12/14 0000 TURCOTT,PAULINE, RN  05/12/14 0356 TURCOTT,PAULINE, RN | Occurred                           Recorded
                                           | Date    Time User                  Date    Time User
 Pulse: 84                                 | 05/11/14 1900 TURCOTT,PAULINE, RN   05/11/14 2158 TURCOTT,PAULINE, RN
 Resp: 16                                  | PT ARRIVED VIA EMS. ACLS PROTOCOL BEING FOLLOWED. PT UNRESPONSIVE. NO RESPONSE
 BP: 122/70                                | TO NOXIOUS STIMULI. PUPILS 4MM AND NON RESPONSIVE.
 MAP (mmHg): 87                            |
See next page                              | Occurred                           Recorded
SpO2%: 100                                 | Date    Time User                  Date    Time User
Airway adjunct: Ventilator                 | 05/11/14 1905 TURCOTT,PAULINE, RN   05/11/14 2250 TURCOTT,PAULINE, RN
BMI: 23.6                                   | PLACED ON CM. ST. 100-120. PLACED ON LIFEPACK. PT HAS KING AIRWAY IN PLACE.
: Normal                                   | BEING BAGGED. O2SAT 100%. DR.MORRIS AND DR.HOELER AT BEDSIDE. B/P 131/49. LUNGS
See next page                              | CLEAR. C-COLLAR PLACED ON PT.
Orthostatic Vital Signs:  (if noted below) |
See next page                              | Occurred                           Recorded
Glasgow Coma Scale:                        | Date    Time User                  Date    Time User
See next page                              | 05/11/14 1910 TURCOTT,PAULINE, RN   05/11/14 2311 TURCOTT,PAULINE, RN
===SEVERE SEPSIS SCREENING===              | 3 SHERRIFFS FROM ST LUCIE COUNTY AT PT'S BEDSIDE.
Temperature: N                             |
Heart Rate: N                              | Occurred                           Recorded
Respirations: N                            | Date    Time User                  Date    Time User
WBC/Bands: N                               | 05/11/14 1910 TURCOTT,PAULINE, RN   05/11/14 2321 TURCOTT,PAULINE, RN
:                                          | PT'S CLOTHING REMOVED AND GIVEN TO DONNA CARMICHAEL (1030-CRIME SCENE
05/11/14 6.5 1913                          | TECHNICIAN). PT'S CLOTHES CONSISTED OF A GREEN SHIRT,BLUE AND WHITE STRIPED
:                                          | BOXER SHORTS AND BLACK SHORTS. PT ALSO HAD A NECKLACE THAT WAS IN THE
No Results past 24 hrs                     | BELONGINGS AND GIVEN TO DONNA CARMICHAEL. SEVERAL PICTURES WERE TAKEN BY DONNA
If Y to 2 or more of above, proceed to next section: 0 | CARMICHAEL.
---INFECTION---                            |
See next page              PRINTED BY: BVAGGAS650      Recorded
===NEW ORGAN DYSFUNCTION within past 48 hours=== DATE  10/8/2014  Time User
```

EXHIBIT 9

```
RUN DATE: 05/13/14                              St.Lucie Medical Center  EDM  *LIVE*                                    PAGE 1
RUN TIME: 0509                                         ED PATIENT REPORT
RUN USER: HPF.FEED
```

| Patient: DOCHER,TAVARES LEKEITH | Age/Sex:  ,M | Acct No: |
| EDM Provider: Morris DO,Jason J., ACT | | Unit No: |

05/11/14 1915 TURCOTT,PAULINE, RN       05/11/14 2255 TURCOTT,PAULINE, RN
PT HAS NUMEROUS ABRASIONS. RT FOOT ABRASION THAT IS 3CM BY 1 CM. BLEEDING
CONTROLLED. LT SHOULDER ABRASION THAT IS 6CM BY 4CM. SMALL AMOUNT OF BLEEDING.
DRSG ON. RT TEMPORAL LACERATION THAT IS 2 CM AND BLEEDING PROFUSELY. DRSG
APPLIED. LT INNER EAR WITH 2 ABRASIONS THAT ARE 1MM A PIECE. BLEEDING
MODERATELY. RT KNEE WITH 2 ABRASIONS THAT 1MM A PIECE. BLEEDING CONTROLLED. LT
CHEEK WITH AN ABRASION THAT IS 4CM BY 1CM. BLEEDING PROFUSELY. PRESSURE
APPLIED. LT KNEE ABRASION THAT IS 2CM BY 1 CM. BLEEDING CONTROLLED. PT HAS OLD
AND NEW BLOOD IN FACIAL HAIR ON LOWER CHIN AREA. DR.MORRIS CHECKED PT'S TEETH
AND ALL WERE INTACT. PT HAS OLD DRIED BLOOD IN BOTH NARES.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 1920 TURCOTT,PAULINE, RN       05/11/14 2311 TURCOTT,PAULINE, RN
  PT REMAINS UNRESPONSIVE.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 1921 TURCOTT,PAULINE, RN       05/12/14 0325 TURCOTT,PAULINE, RN
  FOLEY PLACED. URINE CLEAR YELLOW.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 1930 TURCOTT,PAULINE, RN       05/11/14 2321 TURCOTT,PAULINE, RN
  DETECTIVE PATE (416) AND DEPUTY FAVALE (221) WERE STATIONED OUTSIDE PT'S ROOM.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 1932 TURCOTT,PAULINE, RN       05/11/14 2310 TURCOTT,PAULINE, RN
  DR.MORRIS AND DR.KOHLER INTO CHANGE KING AIRWAY TO AN ETT AT 1923. PT RECEIVED
  ETOMIDATE 20MG IV AND SUCCINYLCHOLINE 120MG TO PREPARE FOR ETT. RTT IN THE
  ROOM. KING AIRWAY WAS REMOVED AT 1925 AND DR.KOHLER ATTEMPTED TO PLACE AN ETT.
  TUBE WAS IN THE STOMACH AND HAD TO BE REMOVED. DR.MORRIS INTUBATED THE PT WITH
  #7.5 ETT AT 1930. C-SPINE PROTECTED DURING INTUBATION. RTT PLACED THE PT ON THE
  VENTILATOR. A/C 15,VT 550,100% FIO2 AND 5 PEEP.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 1950 TURCOTT,PAULINE, RN       05/11/14 2322 TURCOTT,PAULINE, RN
  PT CONTINUES TO HAVE LARGE AMOUNT OF BLEEDING FROM RT TEMPORAL LAC AND FROM
  ABRASIONS TO INNER EAR AND LT SHOULDER. REDRESSED.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 1955 TURCOTT,PAULINE, RN       05/11/14 2323 TURCOTT,PAULINE, RN
  TO RADIOLOGY FOR CT OF HEAD,CT CERVICAL SPINE,CT OF ABDOMEN AND CT CHEST. PT
  TRANSFERRED WITH RTT,RN AND TECH FROM ER.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 2015 TURCOTT,PAULINE, RN       05/12/14 0329 TURCOTT,PAULINE, RN
  BACK TO ROOM. REMAINS UNRESPONSIVE. PT CONTINUES TO BLEED FROM RT TEMP LAC AND
  FROM LT EAR ABRASIONS.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 2018 O'CONNOR,JERRAD A         05/11/14 2019 O'CONNOR,JERRAD A
  ett advanced to 24 @lip from 23.

placement now is:  7.5 @24
jerrad a o'connor

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 2031 TURCOTT,PAULINE, RN       05/12/14 0317 TURCOTT,PAULINE, RN
  BREATHING OVER THE VENTILATOR. MOVING RT ARM SPONTANEOUSLY. BITING ON ETT.
  ATIVAN 2MG IV GIVEN.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 2042 TURCOTT,PAULINE, RN       05/12/14 0323 TURCOTT,PAULINE, RN
  CONTINUES TO BE RESTLESS. MOVING BOTH ARMS SPONTANEOUSLY BUT DOES NOT FOLLOW
  ANY COMMANDS. DOES NOT OPEN EYES. BITING ON THE TUBE. DIPRIVAN STARTED AT
  5MCG/KG/MIN.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 2045 TURCOTT,PAULINE, RN       05/12/14 0325 TURCOTT,PAULINE, RN
  RTT DECREASED FIO2 TO 60% URINE IN FOLEY HAS BECOME ROSE TINGED. DR.MORRIS
  AWARE.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 2100 TURCOTT,PAULINE, RN       05/12/14 0343 TURCOTT,PAULINE, RN
  TEMP NOW 96.7. BLEEDING CONTINUES FROM LAC AND ABRASIONS. DR.MORRIS AWARE.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 2130 TURCOTT,PAULINE, RN       05/12/14 0348 TURCOTT,PAULINE, RN
  PT NOTED TO HAVE SOME POSTURING OF UPPER ARMS. DOES NOT FOLLOW ANY COMMANDS.
  DOES NOT OPEN EYES. PUPILS 4MM AND NON REACTIVE.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 2140 TURCOTT,PAULINE, RN       05/12/14 0351 TURCOTT,PAULINE, RN
  PT NEEDS AN LP. DIPRIVAN INCREASED TO 10MCG/KG/MIN IN PREPARATION FOR LP.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 2145 TURCOTT,PAULINE, RN       05/12/14 0349 TURCOTT,PAULINE, RN
  DR.MORRIS AND DR.KOHLER AT BEDSIDE TO DO A LP. PT HAVING SOME MOVEMENTS.
  VECURONIUM 10MG IV GIVEN.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 2200 TURCOTT,PAULINE, RN       05/12/14 0350 TURCOTT,PAULINE, RN
  LUMBAR PUNCTURE PERFORMED BY DR.KOHLER AND DR.MORRIS. CSF SENT TO LAB.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 2210 TURCOTT,PAULINE, RN       05/12/14 0400 TURCOTT,PAULINE, RN
  ANTIZOL IV GIVEN.

Occurred                                Recorded
Date    Time User                       Date    Time User
05/11/14 2221 TURCOTT,PAULINE, RN       05/12/14 0357 TURCOTT,PAULINE, RN
  ABG DONE. DR.MORRIS AWARE OF RESULTS. NA BICAR X1 DOSE GIVEN.

PRINTED BY: BVTABSUYLVJ                              DATE    10/8/2015

EXHIBIT 9

```
RUN DATE: 05/13/14                    St.Lucie Medical Center  EDM  *LIVE*                        PAGE 11
RUN TIME: 0509                           ED PATIENT REPORT
RUN USER: HPF.FEED
```

| Patient: DOCHER,TAVARES LEKEITH | Age/Sex: /M | Acct No: |
| EDM Provider: Morris DO,Jason J., ACT | | Unit No: |

**Occurred** / **Recorded** section (left column):

Occurred  Date  Time User
05/11/14 2230 TURCOTT,PAULINE, RN
Recorded  Date  Time User
05/12/14 0403 TURCOTT,PAULINE, RN
PT CONTINUES TO BLEED PROFUSELY FROM RT TEMP LAC AND FROM LT EAR ABRASIONS. DR. MOHLER INTO SEE THE PT. 5 STAPLES PLACED TO RT TEMP LAC.

Occurred  Date  Time User
05/11/14 2330 TURCOTT,PAULINE, RN
Recorded  Date  Time User
05/12/14 0427 TURCOTT,PAULINE, RN
RESTING. CONTINUES TO POSTURE. DOES NOT RESPOND TO NOXIOUS STIMULI. DOES NOT OPEN EYES. PUPILS NON RESPONSIVE. HEMATURIA NOTED. BLEEDING FROM LAC AND ABRASIONS ARE SLOWING. PT NOTED TO HAVE BRUISE ON LT HIP. DR.MORRIS AWARE.

Occurred  Date  Time User
05/12/14 0000 TURCOTT,PAULINE, RN
Recorded  Date  Time User
05/12/14 0437 TURCOTT,PAULINE, RN
2 NEW ST.LUCIE SHERIFFS ARRIVED TO REPLACE THE 2 SHERIFFS SITTING WITH THE PT.

Occurred  Date  Time User
05/12/14 0010 TURCOTT,PAULINE, RN
Recorded  Date  Time User
05/12/14 0437 TURCOTT,PAULINE, RN
REPORT TO GIWALYN IN ICU.

Occurred  Date  Time User
05/12/14 0021 TURCOTT,PAULINE, RN
Recorded  Date  Time User
05/12/14 0438 TURCOTT,PAULINE, RN
TRANSPORTED TO ICU VIA STRETCHER. ACCOMPANIED BY 2 NURSES AND RTT. PT ALSO ACCOMPANIED BY 2 ST.LUCIE SHERIFFS. FURTHER REPORT TO GIWALYN.

**DEPARTURE INFORMATION**

Primary Impression:
  Cardiac arrest
Secondary Impressions:
  Increased anion gap metabolic acidosis
  Rhabdomyolysis
  Laceration of face
  Abrasions of multiple sites
  Clavicle fracture
Disposition: STILL A PATIENT 30      Departure Date/Time: -
Comment:
Condition:

Referrals:

Pt Instructions:

Departure Forms:

Medications

Medication
        Sch Date-Time  Ordered Dose  Admin Dose
        Doc Date-Time  Given - Reason          Site        User
        Override Comment
SODIUM CHLORIDE 0.9% 2,000 ML (SODIUM CHLORIDE 0.9% IV SOLN. 2,000 ML) IV/LATE-BID/ONE
        05/11/14-1908          2,000 MLS

**Right column — Medication:**

Medication
        Sch Date-Time  Ordered Dose  Admin Dose
        Override Comment
        05/11/14-2047  Y                              RFA      TURCOTT,PAULINE    , RN

SODIUM CHLORIDE 0.9% 1,000 ML (SODIUM CHLORIDE 0.9% IV SOLN. 1,000 ML) IV/BOLUS/ONE
        05/11/14-1930          1,000 MLS
        05/11/14-2123  Y                              RFA      TURCOTT,PAULINE    , RN

SODIUM CHLORIDE 0.9% 1,000 ML (SODIUM CHLORIDE 0.9% IV SOLN. 1,000 ML) IV/BOLUS/ONE
        05/11/14-1930          1,000 MLS
        05/11/14-1930  Y                              RFA      TURCOTT,PAULINE    , RN

PROPOFOL 500 MG/50 ML VIAL (PROPOFOL 50 ML VIAL) IV/X1ED/ONE
        05/11/14-1945  500 MG        500 MG
        05/11/14-2042  Y                              LFA      TURCOTT,PAULINE    , RN
        Riker: 5-Agitated                  Current IV Rate: 5mcg

DIPH,PERTUSS(ACELL),TET VAC/PF 0.5 ML DISP.SYR (ADACEL SYRINGE) IM/X1ED/ONE
        05/11/14-2000  0.5 ML        0.5 ML
        05/11/14-2110  Y                              RD       TURCOTT,PAULINE    , RN

LORAZEPAM 2 MG/ML VIAL (ATIVAN INJ) IV/X1ED/ONE
        05/11/14-2000  2 MG          2 MG
        05/11/14-2031  Y                              RFA      TURCOTT,PAULINE    , RN
        Riker: 5-Agitated

VECURONIUM BROMIDE 10 MG/10 ML VIAL (VECURONIUM BROMIDE) IV/X1ED/ONE
        05/11/14-2000  10 MG         10 MG
        05/11/14-2207  Y       GIVEN IN ED            RFA      TURCOTT,PAULINE    , RN
        PULLED FROM RSI BOX

IOPAMIDOL 61% 100 ML VIAL (ISOVUE-300) IV/ASDIR/PRN RADIOLOGY
                              100 ML        100 ML
        05/11/14-2018  Y                              LAC      NESBETH,CLAIRE E

SODIUM CHLORIDE 0.9% 10 ML VIAL (SODIUM CHLORIDE) IV/ASDIR/PRN FLUSH
                              10 ML         10 ML
        05/11/14-2018  Y                              LAC      NESBETH,CLAIRE E

DEXAMETHASONE SOD PHOSPHATE 12 MG in SODIUM CHLORIDE 0.9% 25 ML (DECADRON INJ 12 MG in SODIU
        05/11/14-2100          28 MLS
        05/11/14-2118  Y                              RFA      TURCOTT,PAULINE    , RN

ROCEPHIN VIAL/ADVANTAGE 2 GM in DEXTROSE 5%-WATER 100 ML (ROCEPHIN 2 GM ADVANTAGE 2 GM in
        05/11/14-2100          100 MLS
        05/11/14-2111  Y                              RFA      TURCOTT,PAULINE    , RN
        ED NURSES AND DIRECT ADMITS ONLY: Blood Culture Drawn? Y
        **FOR IRO SCREEN** IVPB's: 100    ED PT? Y  STOP TIME: 2130.

VANCOMYCIN ADVANTAGE VIAL 1 GM in DEXTROSE 5%-WATER 250 ML (VANCOMYCIN HCL 1 GM in DEXTROSE
        05/11/14-2100          260 MLS
        05/11/14-2219  Y                              RF       TURCOTT,PAULINE    , RN
        Vancomycin intake: 2/5

ACYCLOVIR SODIUM 600 MG in DEXTROSE 5%-WATER 100 ML (ZOVIRAX 600 MG in DEXTROSE 5%-WATER IV
        05/11/14-2100          100 MLS
        05/11/14-2234  Y                              RFA      TURCOTT,PAULINE    , RN

FRINTED BY: BVA8530
DATE      10/8/2014

**EXHIBIT 9**

```
RUN DATE: 05/13/14                          St.Lucie Medical Center  EDM  *LIVE*                              PAGE 12
RUN TIME: 0509                                     ED PATIENT REPORT
RUN USER: HPF.FEED
```

| Patient: DOCHER,TAVARES LEKEITH | Age/Sex: /M | Acct No: |
|---|---|---|
| EDM Provider: Morris DO,Jason J., ACT | | Unit No: |

**Medication**

Sch Date-Time  Ordered Dose  Admin Dose
Override Comment

◇ IV INTAKE ◇  IVPB's: 100   ED PT? Y  STOP TIME: 0000

DEXAMETHASONE SOD PHOSPHATE 4 MG/ML VIAL (DECADRON INJ) IV/.STK-MED/ONE
05/11/14-2103  None        MG
05/11/14-2221  N     NOT GVN: SEE CO       TURCOTT,PAULINE   , RN
   DUPLICATE

FOMEPIZOLE 0.9825 GM in SODIUM CHLORIDE 0.9% 100 ML (ANTIZOL 0.9825 GM in SODIUM CHLORIDE 0.
05/11/14-2145        100.95 MLS
05/11/14-2210  Y           RFA        TURCOTT,PAULINE   , RN

SODIUM BICARBONATE 8.4% 50 ML SYR (SODIUM BICARB 8.4% ABBOJECT) IV/.STK-MED/ONE
05/11/14-2151  None        ML
05/11/14-2233  N     NOT GVN: SEE CO Epidural  TURCOTT,PAULINE   , RN
   DUPLICATE

SODIUM BICARBONATE 8.4% 50 ML SYR (SODIUM BICARB 8.4% ABBOJECT) IV/XLED/ONE
05/11/14-2200  50 ML      50 ML
05/11/14-2211  Y           RFA        TURCOTT,PAULINE   , RN

SODIUM CHLORIDE 0.9% 1,000 ML (SODIUM CHLORIDE 0.9% IV SOLN. 1,000 ML) IV/BOLUS/ONE
05/11/14-2215        1,000 MLS
05/11/14-2234  Y           RFA        TURCOTT,PAULINE   , RN

WITHIN DEFINED PARAMETERS

~~ ASSESSMENT PARAMETERS ~~

These are the definitions of Within Defined Parameters by Body System

**NEUROLOGICAL**
- Alert & Oriented X 4
- Pupils equal
- Speech clear and appropriate for age
- Moves all extremities
- No paralysis
- Steady gait
- Ambulates independently

**RESPIRATORY**
- No respiratory distress
- No cough
- No O2 or assistive devices
- No nasal flaring or pursed lip
   breathing
- Respirations even & unlabored
- Skin pink & warm to touch

**CIRCULATORY**
- Oral mucosa pink and moist
- Skin color appropriate to ethnic color
- Denies sensory complaints
- No edema noted

**EENT**
- Eyes - Clear, no tearing or redness
- Ears - No complaint of hearing difficulty,
   loss of hearing, or change in
   hearing, pain free, no drainage
- Nasal - Breathes freely through both nares
- Throat - No hoarseness or stated soreness,
   no cough

**CARDIAC**
- No stated calf tenderness
- No history of pacemaker or implanted
   defibrillator
- Denies current cardiac complaint
- Skin pink & warm to touch - no cyanosis,
   mottling, diaphoresis or flushing of skin

**MUSCULOSKELETAL**
- Moves all extremities
- Ambulates independently

**GASTROINTESTINAL**
- Denies GI complaints

**INTEGUMENTARY**
- Skin warm, dry & intact
- No complaints of lesions, rash, wounds,
   bruises, petechiae or abrasions

These are the definitions of Within Defined Parameters for the Nutritional and Functional
Screenings:

**NUTRITIONAL**
- No swallowing/chewing impairments
- No nasea and/or vomiting and/or
   diarrhea for 3 or more days
- No reported unintentional weight loss
   > 10 lbs in last 3 months
- No reported decrease in intake > 50%
   of usual in last two weeks

**GENITO-URINARY**
- Denies GU complaints

**PSYCHOSOCIAL**
- With regards to cultural influences:
   mood/affect is appropriate
- Patient demonstrates effective coping
   skills/patterns for situation

**FUNCTIONAL**
- No unexplained alteration in
   movement/mobility in last four weeks
- No recent limitation performance of ADLs
- No recent alteration in ADLs that require
   assistance

This is the definition for the evidence of Physical and/or Psychological Abuse question:

ABUSE HISTORY TO INCLUDE, BUT NOT LIMITED TO:
PT DOES NOT REPORT/NO EVIDENCE OF ANY OF THE FOLLOWING: abuse/neglect, Hx. of abuse/neglect,
withdrawn/fearful behavior, Unexplained or suspicious bruises/wounds, Patient/Caregiver
story changes, Defensive about injuries, Undernourished despite good appetite,
Recurrent/Suspicious injuries, Fear of return to previous arrangements, Injuries do not
match event history.

*** PATIENT SAFETY PARAMETERS ***
** Allergy and Patient Identification Bands in Place and Validated
** If in a Bed, Side Rails Up and Bed in Low Position with Wheels Locked
** If in a wheelchair, Wheels Locked
** Call Light Function Explained and Within Reach
** Standard Precautions Observed

VITAL SIGNS

| DATE | TIME | TEMP | PULSE | RESP | BP | SPO2% |
|---|---|---|---|---|---|---|
| 05/11/14 | 1900 | 101.8 | 122 | 26 | 123/58 | 100 |
| 05/11/14 | 1915 | | 120 | 16 | 131/49 | 100 |
| 05/11/14 | 1930 | | 110 | 16 | 123/58 | 94 |
| 05/11/14 | 1932 | | | | | 94 |
| 05/11/14 | 1934 | | | | | 94 |
| 05/11/14 | 2034 | | 109 | 24 | 105/57 | 100 |
| 05/11/14 | 2104 | 96.7 | 105 | 24 | 108/55 | 100 |
| 05/11/14 | 2130 | | 104 | 20 | 112/64 | 100 |
| 05/11/14 | 2200 | | 99 | 18 | 125/70 | 99 |
| 05/11/14 | 2300 | 96.0 | 80 | 16 | 130/78 | 100 |
| 05/11/14 | 2330 | | 82 | 17 | 134/72 | 100 |
| 05/12/14 | 0000 | | 84 | 16 | 122/70 | 100 |
| 05/12/14 | 0021 | 96.2 | 88 | 17 | 123/70 | 100 |

EDM ORDER SUMMARY

| | | | Ordering Provider | E-Signed | Status Src |
|---|---|---|---|---|---|
| 05/11 4904  CHEST 1 VIEW PORTABLE | Order | | Morris DO,Jason J. | Y 05/11 2317 CMP EPOM | |

PRINTED BY: BVZGA56410    Order

DATE      10/8...

**EXHIBIT 9**



```
RUN DATE: 05/13/14                          St.Lucie Medical Center  EDM  *LIVE*                              PAGE 13
RUN TIME: 0509                                   ED PATIENT REPORT
RUN USER: HPF.FEED

Patient: DOCKER,TAVARES LEKEITH                              Age/Sex: /M                              Acct No :
EDM Provider: Morris DO,Jason J., ACT                                                                 Unit No :

                Other Provider: BAKER,GREGORY           Y 05/11 1904    05/11 2335  SODIUM CHLORIDE 0.9% IV SOLN. 1000  Morris DO,Jason J.    Y 05/11 2335 CMP EPON
05/11 1906  EKG                          Cardriche MD,Dennis A  Y 05/11 1906 CNC EPON q
05/11 1906  CBCK W/DIFFERENTIAL          Cardriche MD,Dennis A  Y 05/11 1906 CMP EPON q                    NO GREET TIME
05/11 1906  COMP METABOLIC PANEL         Cardriche MD,Dennis A  Y 05/11 1906 CMP EPON q
05/11 1906  UR DRUG SCREEN               Cardriche MD,Dennis A  Y 05/11 1906 IPR EPON q   MD GREET  DATE        TIME
05/11 1906  ALCOHOL (ETHANOL) BLOOD      Cardriche MD,Dennis A  Y 05/11 1906 CMP EPON q             05/11/14    1903
05/11 1906  URINALYSIS REFLEX            Cardriche MD,Dennis A  Y 05/11 1906 IPR EPON q
05/11 1906  SALICYLATE (ASPIRIN)         Cardriche MD,Dennis A  Y 05/11 1906 CMP EPON q
05/11 1906  ACETAMINOPHEN (TYLENOL)      Cardriche MD,Dennis A  Y 05/11 1906 CMP EPON q
05/11 1906  CHEST 1 VIEW PORTABLE        Cardriche MD,Dennis A  Y 05/11 1906 CNC EPON q
05/11 1907  CT BRAIN WO CONTRAST         Cardriche MD,Dennis A  Y 05/11 1907 CMP EPON q
05/11 1907  CT FACIAL BONES WO CONT      Cardriche MD,Dennis A  Y 05/11 1907 CMP EPON q
05/11 1907  CT CERVICAL SPINE WO CONT    Cardriche MD,Dennis A  Y 05/11 1907 CMP EPON q
05/11 1908  CT CHEST W CONTRAST          Cardriche MD,Dennis A  Y 05/11 1908 CMP EPON q
05/11 1908  CT ABDOMEN AND PELVIS W CONT Cardriche MD,Dennis A  Y 05/11 1908 CMP EPON q
05/11 1908  PROTHROMBIN TIME             Cardriche MD,Dennis A  Y 05/11 1908 CMP EPON q
05/11 1908  PTT ACTIVATED                Cardriche MD,Dennis A  Y 05/11 1908 CMP EPON q
05/11 1908  TYPE AND SCREEN              Cardriche MD,Dennis A  Y 05/11 1908 CNC EPON q
05/11 1928  CHEST 1 VIEW PORTABLE        Morris DO,Jason J.     Y 05/11 1928 CMP EPON q
05/11 1928  SODIUM CHLORIDE 0.9% IV SOLN. 1000  Morris DO,Jason J.  Y 05/11 1928 CMP EPON q
05/11 1928  SODIUM CHLORIDE 0.9% IV SOLN. 1000  Morris DO,Jason J.  Y 05/11 1928 CMP EPON q
05/11 1928  CREATINE KINASE (CK)         Morris DO,Jason J.     Y 05/11 1928 CMP EPON q
05/11 1928  CULTURE BLOOD                Morris DO,Jason J.     Y 05/11 1928 IPR EPON q
05/11 1932  RT: Ventilator Order         Morris DO,Jason J.     Y 05/11 2317 TRN VERBAL-
05/11 1932  RT: ABG Perform              Morris DO,Jason J.     Y 05/11 2317 TRN VERBAL-
05/11 1939  PROPOFOL 50 ML VIAL 500 MG/50 ML Do Morris DO,Jason J. Y 05/11 2317 CMP EPON q
                Other Provider: Hohler,Daniel            Y 05/11 1939
05/11 1950  ADACEL SYRINGE 0.5 ML Dose: 0.5 ML  Morris DO,Jason J.  Y 05/11 1950 CMP EPON q
05/11 1954  ATIVAN INJ 2 MG/ML Dose: 2 MG IV X1 Morris DO,Jason J.  Y 05/11 1954 CMP EPON q
05/11 1954  VECURONIUM BROMIDE 10 MG/10 ML Dose Morris DO,Jason J.  Y 05/11 1954 CMP EPON q
05/11 1956  CHMB                         Morris DO,Jason J.     Y 05/11 1956 CMP EPON q
05/11 1956  TROPONIN I                   Morris DO,Jason J.     Y 05/11 1956 CMP EPON q
05/11 2049  ALCOHOL METHYL BLOOD         Morris DO,Jason J.     Y 05/11 2049 IPR EPON q
05/11 2049  ETHYLENE GLYCOL              Morris DO,Jason J.     Y 05/11 2049 IPR EPON q
05/11 2052  BASIC METABOLIC PANEL        Morris DO,Jason J.     Y 05/11 2052 CMP EPON q
05/11 2055  OSMOLALITY SERUM             Morris DO,Jason J.     Y 05/11 2055 CMP EPON q
05/11 2058  RT: Ventilator Order         Morris DO,Jason J.     Y 05/11 2317 TRN VERBAL-
05/11 2058  DECADRON INJ 4 MG/ML  IV X1ED  Morris DO,Jason J.   Y 05/11 2317 CMP EPON q
                Other Provider: Hohler,Daniel            Y 05/11 2058
05/11 2058  ROCEPHIN 2 GM ADVANTAGE 2 GM/VIAL  Morris DO,Jason J.  Y 05/11 2317 CMP EPON q
                Other Provider: Hohler,Daniel            Y 05/11 2058
05/11 2058  VANCOMYCIN HCL 1 GM/10 ML  IV X1ED  Morris DO,Jason J.  Y 05/11 2317 CMP EPON q
                Other Provider: Hohler,Daniel            Y 05/11 2058
05/11 2058  ZOVIRAX 500 MG/VIAL  IV X1ED  Morris DO,Jason J.   Y 05/11 2317 CMP EPON q
                Other Provider: Hohler,Daniel            Y 05/11 2058
05/11 2105                               Morris DO,Jason J.     Y 05/11 2105 CNC EPON q
05/11 2105                               Morris DO,Jason J.     Y 05/11 2105 CMP EPON q
05/11 2105                               Morris DO,Jason J.     Y 05/11 2105 CMP EPON q
05/11 2135  ANTIZOL 1 GM/ML  IV ONCE     Morris DO,Jason J.     Y 05/11 2135 CMP EPON q
05/11 2159  CREATINE KINASE (CK)         Morris DO,Jason J.     Y 05/11 2317 CMP TELEPHO
05/11 2159  SODIUM BICARB 8.4% ABBOJECT 50 ML D Morris DO,Jason J. Y 05/11 2317 CMP TELEPHO
05/11 2203  LACTIC ACID                  Morris DO,Jason J.     Y 05/11 2203 CMP EPON q
05/11 2206  CREATINE KINASE (CK)         Morris DO,Jason J.     Y 05/11 2206 CMP EPON q
05/11 2206  SODIUM CHLORIDE 0.9% IV SOLN. 1000  Morris DO,Jason J.  Y 05/11 2206 CMP EPON q
05/11 2225  CSF CELL CT                  Morris DO,Jason J.     Y 05/11 2225 CMP EPON q
05/11 2225  CSF TOTAL PROTEIN            Morris DO,Jason J.     Y 05/11 2225 CMP EPON q
05/11 2225  CSF GLUCOSE                  Morris DO,Jason J.     IPR EPON q
05/11 2225  CULTURE CSF                  Morris DO,Jason J.     IPR EPON q
```

EXHIBIT 9

```
ST LUCIE MEDICAL CENTER (COCXG)
History & Physical - Adult
REPORT #: 0511-0470  REPORT STATUS: Signed
DATE: 05/11/14 TIME: 2252

PATIENT: DOCHER,TAVARES LEKEITH          UNIT #: ↲
ACCOUNT #:                                ROOM/BED: J.I13-A
AGE:          SEX: M                      ATTEND: Watt MD,Jason
ADM DT: 05/11/14                          AUTHOR: Johal,Karanjodh    (INTERN)
REP SRV DT: 05/11/14            REP SRV TM: 2252
* ALL edits or amendments must be made on the electronic/computer document *
```

## JOHAL,KARANJODH (INT 05/11/14 2252:
### History of Present Illness
**Chief complaint:**
AMS/Cardiac Arrest
**PCP:**
PCP: NO PRIMARY OR FAMILY PHYSICIAN

**HPI:**
   year old male with unknown pmhx presents to the ED with cardiac arrest witnessed in field. Patient allegedly called 911 prior to cardiac events, hung up, policed arrived on scene. Police stated patient was awake yet acting bizarre with agitation and combativeness. Police and patient had supposed altercation. EMS arrived on scene gave patient Ativan 4mg in buttocks. Patient then went into Asystole with immediate initiation of CPR. Patient given EPI and went into Vtack. EMS shocked patient at 120 J. Patient then found to be in SVT and patient shocked again at 100J into NSR. Patient then brought to ED.

No family present. Unable to obtained medical hx 2/2 to patient being intubated and sedated.

ED physicians report that foley was draining yellow clear urine but now urine is Reddish/brown color.

Unknown if patient was on illegal drugs, ETOH, or sick prior to coming in.
**Informant/Historian:**
ED Chart and EMS Record ·

### History
**Past Family History:**
Relation not specified for:
 Family history: Unknown

**Medications:**
Home Medications:

| Medication | Dose/Rte/Freq | Days | Qty | Entered | Last Reviewed |
|---|---|---|---|---|---|
| | | | | | |

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                     Unit#:
Date: 05/11/14                                      Acct#:

| Unable to Obtain Home Medication History | | | | |
|---|---|---|---|---|

Current Hospital Medications:
### Anti-Infective Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Acyclovir Sodium | 600 MG | X1ED ONE | 05/11 2100 | DC | 05/11 |
| Dextrose | 100 ML | IV | 05/11 2159 | | 2234 |
| Ceftriaxone Sodium | 2 GM | X1ED ONE | 05/11 2100 | DC | 05/11 |
| Dextrose | 100 ML | IV | 05/11 2159 | | 2111 |
| Vancomycin HCl | 1 GM | X1ED ONE | 05/11 2100 | DC | 05/11 |
| Dextrose | 250 ML | IV | 05/11 2229 | | 2119 |

### Autonomic Drugs

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Vecuronium Bromide | 10 MG | X1ED ONE IV | 05/11 2000 05/11 2001 | DC | 05/11 2207 |

### Central Nervous System Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Lorazepam | 2 MG | X1ED ONE IV | 05/11 2000 05/11 2001 | DC | 05/11 2031 |
| Propofol | 500 MG | X1ED ONE IV | 05/11 1945 05/11 1946 | DC | 05/11 2042 |

### Diagnostic Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Iopamidol | 100 ML | ASDIR PRN IV | 05/11 0000 05/11 2359 | AC | 05/11 2018 |

### Electrolytic, Caloric, And Wat

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Sodium Chloride | 1,000 ML | BOLUS ONE IV | 05/11 2215 05/11 2314 | AC | 05/11 2234 |
| Sodium Bicarbonate | 50 ML | X1ED ONE IV | 05/11 2200 05/11 2201 | DC | 05/11 2221 |
| Sodium Bicarbonate | 0 | .STK-MED ONE IV | 05/11 2151 | DC | |
| Sodium Chloride | 100 ML | ASDIR PRN | 05/11 2015 | AC | |

PRINTED BY: BVA8530
DATE        10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                    Unit#:
Date: 05/11/14                                       Acct#:

| Sodium Chloride | 1,000 ML | IV<br>BOLUS ONE<br>IV | 05/11 2359<br>05/11 1930  DC<br>05/11 2029 | | 05/11<br>2123 |
| Sodium Chloride | 1,000 ML | BOLUS ONE<br>IV | 05/11 1930  DC<br>05/11 2029 | | 05/11<br>1930 |
| Sodium Chloride | 2,000 ML | .STK-MED ONE<br>IV | 05/11 1908  DC | | 05/11<br>2047 |
| Sodium Chloride | 3 ML | ASDIR PRN<br>IV | 05/11 0600  AC<br>05/11 2359 | | |
| Sodium Chloride | 10 ML | ASDIR PRN<br>IV | 05/11 0600  AC<br>05/11 2359 | | 05/11<br>2018 |
| Sodium Chloride | 50 ML | ASDIR PRN<br>IV | 05/11 0600  AC<br>05/11 2359 | | |

### Eye, Ear, Nose And Throat (Een

| Medication | Dose | Sig/Sch<br>Route | Start time<br>Stop Time | Status | Last<br>Admin |
|---|---|---|---|---|---|
| Dexamethasone Sodium<br>Phosphate | 0 | .STK-MED ONE<br>IV | 05/11 2103 | DC | |
| Dexamethasone Sodium<br>Phosphate | 12 MG | X1ED ONE<br>IV | 05/11 2100<br>05/11 2129 | DC | 05/11<br>2118 |
| Sodium Chloride | 25 ML | | | | |

### Miscellaneous Therapeutic Agen

| Medication | Dose | Sig/Sch<br>Route | Start time<br>Stop Time | Status | Last<br>Admin |
|---|---|---|---|---|---|
| Fomepizole | 0.9525 GM | ONCE ONE | 05/11 2145 | DC | 05/11 |
| Sodium Chloride | 100 ML | IV | 05/11 2214 | | 2210 |

### Serums, Toxoids, And Vaccines

| Medication | Dose | Sig/Sch<br>Route | Start time<br>Stop Time | Status | Last<br>Admin |
|---|---|---|---|---|---|
| Diphth(Reduced)/Ac<br>Pertus/Tetanus | 0.5 ML | X1ED ONE<br>IM | 05/11 2000<br>05/11 2001 | DC | 05/11<br>2110 |

**Allergies:**
**Coded Allergies:**
No Known Drug Allergies (. 05/11/14)

## Unable to Obtain History
**Unable to obtain due to:** Patient intubated and sedated

Page 3 of 9

PRINTED BY: BVA8530
DATE     10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                        Unit#:
Date: 05/11/14                                          Acct#:

## Review of Systems
**Unable to obtain due to:**
Patient Intubated and Sedated

## Physical Exam
VS/I&O
Last Documented:

|          | Result | Date  | Time |
|----------|--------|-------|------|
| Pulse Ox | 100    | 05/11 | 2104 |
| B/P      | 108/55 | 05/11 | 2104 |
| Temp     | 96.7   | 05/11 | 2104 |
| Pulse    | 105    | 05/11 | 2104 |
| Resp     | 24     | 05/11 | 2104 |
| FiO2     | 100    | 05/11 | 1934 |

**General appearance:** intubated, respiratory support (intubated), sedated
**Head/Eyes:** Traumatic, multilpe facial lacs, lac on right cheek requiring sutures
**ENT:** intubated, Left ear draining blood
**Neck:** no bruit/NL carotids
**Cardiovascular:** normal capillary refill, regular rate & rhythm, normal heart sounds, BP/pulses equal bilat.
**Respiratory:** clear to auscultation, no distress, no tenderness, aerating well, on oxygen, intubated
**Abdomen:** soft, non-tender, no guarding, no rebound, no distention
**Genitourinary:** Foley in place draining light red urine
**Extremities:** moves all, no edema, Multilpe abrasians b/l arms
**Musculoskeletal:** normal inspection
**Neuro/CNS:** intubated and sedated

## Results
**Findings/Data:**
Laboratory Tests:

|                                              | 05/11 2229 | 05/11 2116 | 05/11 2116 | 05/11 2115 |
|----------------------------------------------|------------|------------|------------|------------|
| Chemistry                                    |            |            |            |            |
| Serum Osmolality (280 - 300 mOsm/kg)         |            | 303 H      |            |            |
| Lactic Acid (0.5 - 2.2 mmol/L)               | 3.2 H      |            |            |            |
| Creatine Kinase (39 - 308 Units/L)           |            |            | 5628 H     |            |
| Serology                                     |            |            |            |            |

PRINTED BY: BVA8530
DATE      10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                          Unit#:
Date: 05/11/14                                           Acct#:

|  | | 05/11 2035 | 05/11 1913 | 05/11 1913 |
|---|---|---|---|---|
| **Blood Gas** | | | | |
| Specimen Type | Blood Arterial | | | |
| Puncture Site | R RAD | | | |
| Oxyhemoglobin (94 - 100 %) | | 98.2 | | |
| ABG pH at Pt Temp (7.35 - 7.45) | | 7.21*L | | |
| ABG pCO2 at Pt Temp (35 - 45 mmHg) | | 27.5 L | | |
| ABG pO2 at Pt Temp (80 - 100 mmHg) | | 337.4*H | | |
| ABG HCO3 (22 - 26 MEQ/L) | | 10.8 L | | |
| ABG Total CO2 (24 - 27 mmol/L) | | 11.6 L | | |
| ABG O2 Sat Calc/Meas (92 - 100 %) | | 99.1 | | |
| ABG O2 Saturation (92.0 - 98.5 %) | | 98.2 | | |
| ABG Base Excess (-2 - 2 Meq/L) | | -15.5 L | | |
| ABG Hematocrit (42.0 - 52.0 %) | | 38.0 L | | |
| ABG Hemoglobin (12.0 - 18.0 g/dL) | | 12.8 | | |
| ABG Carboxyhemoglobin (0.0 - 1.5 % COHb) | | 0.3 | | |
| ABG Methemoglobin (0.0 - 1.5 % MetHb) | | 0.6 | | |
| Allen Test (POSITIVE) | POSITIVE | | | |
| Deoxyhemoglobin (0 - 5 %) | | 0.9 | | |
| O2 Delivery Device | Ventilator | | | |
| Vent Mode | ASSIST CONTROL | | | |
| Vent Rate (/MIN) | | 15.0 | | |
| FiO2 (%) | | 100 | | |
| Tidal Volume (ml) | | 550 | | |
| PEEP (CMH2O) | | 5 | | |
| Instrument | | 30637 | | |
| Specimen Drawn By | bpa9572 | | | |
| Operator ID | BPA9572 | | | |
| **Chemistry** | | | | |
| Creatine Kinase (39 - 308 Units/L) | | | | 2537 H |
| CK-MB (CK-2) (0.0 - 3.6 ng/mL) | | | 7.6 H | |
| Troponin I (ng/mL) | | | < 0.017 | |

|  | 05/11 1913 | 05/11 1913 |
|---|---|---|
| **Chemistry** | | |
| Sodium (136 - 145 mmol/L) | 145 | 145 |
| Potassium (3.5 - 5.2 mmol/L) | 5.0 | 5.0 |
| Chloride (95 - 110 mmol/L) | 100 | 101 |
| Carbon Dioxide (21 - 32 mmol/L) | 13 L | 15 L |
| BUN (7 - 18 mg/dl) | 15 | 14 |
| Creatinine (0.43 - 1.13 mg/dL) | 1.65 H | 1.67 H |
| Est GFR (African Amer) | 60 | 59 |

Page 5 of 9

PRINTED BY: BVA8530
DATE      10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH       Unit#:
Date: 05/11/14       Acct#:

| | | |
|---|---|---|
| Est GFR (Non-Af Amer) | 50 | 49 |
| Glucose (70 - 110 mg/dL) | 127 H | 130 H |
| Calcium (8.8 - 10.5 mg/dl) | 8.9 | 8.9 |
| Total Bilirubin (0.2 - 1.0 mg/dL) | | 0.9 |
| AST (15 - 37 Units/L) | | 345 H |
| ALT (10 - 60 Units/L) | | 175 H |
| Total Alk Phosphatase (50 - 136 Units/L) | | 105 |
| Total Protein (5.5 - 8.7 g/dL) | | 7.5 |
| Albumin (3.4 - 5.0 g/dL) | | 3.5 |
| Coagulation | | |
| PT (SECONDS) | | 11.3 |
| INR | | 1.0 |
| PTT (SECONDS) | | 41.7 |
| Hematology | | |
| WBC (3.6 - 11.0 10^3/uL) | | 6.5 |
| RBC (4.50 - 5.90 10^6/uL) | | 4.12 L |
| Hgb (12.0 - 16.0 g/dL) | | 12.2 |
| Hct (40.0 - 52.0 %) | | 39.9 L |
| MCV (81.0 - 97.0 fl) | | 96.6 |
| MCH (26.0 - 34.0 pg) | | 29.6 |
| MCHC (31.0 - 37.0 g/dL) | | 30.7 L |
| RDW (11.5 - 15.0 %) | | 16.4 H |
| Plt Count (150 - 400 10^3/uL) | | 166 |
| MPV (7.4 - 10.4 fL) | | 8.6 |
| Neutrophils # (1.6 - 8.2 K/mcl) | | 3.8 |
| Segmented Neutrophils (36.0 - 66.0 %) | | 58.8 |
| Lymphocytes (23.0 - 43.0 %) | | 29.5 |
| Lymphocytes # (1.1 - 4.7 K/mcl) | | 1.9 |
| Monocytes (0.0 - 10.0 %) | | 11.0 H |
| Monocytes # (0.0 - 1.1 K/mcl) | | 0.7 |
| Eosinophils (0.0 - 5.0 %) | | 0.1 |
| Eosinophils # (0.0 - 0.5 K/mcl) | | 0.0 |
| Basophils (0.0 - 1.0 %) | | 0.6 |
| Basophils # (0.0 - 0.4 K/mcl) | | 0.0 |
| Toxicology | | |
| Salicylates (2.8 - 20.0 mg/dL) | | 3.5 |
| Acetaminophen (10.0 - 30.0 mcg/ml) | | < 2.0 L |
| Plasma/Serum Alcohol (None Detected mg/dL) | | 38.0 |

| | 05/11 | 05/11 |
|---|---|---|
| | 1908 | 1025 |
| Other Body Source | | |
| CSF Glucose (46 - 80 mg/dL) | | 84 H |
| CSF Total Protein (15 - 45 mg/dL) | | 31 |

PRINTED BY: BVA8530
DATE       10/8/2014

EXHIBIT 9

Patient: DOCHER,TAVARES LEKEITH          Unit#:
Date: 05/11/14                            Acct#:

| Toxicology | |
| --- | --- |
| Urine Opiates Screen (Negative) | None Detected |
| Ur Barbiturates, Qual (Negative) | None Detected |
| Ur Phencyclidine Scrn (Negative) | None Detected |
| Ur Amphetamine Screen (Negative) | None Detected |
| MDMA (Ecstasy) Screen (Negative) | None Detected |
| U Benzodiazepines Scrn (Negative) | None Detected |
| U Cocaine Metab Screen (NEGATIVE) | None Detected |
| U Cannabinoids Screen (Negative) | Presumptive Positive * |
| Urines | |
| Urine Color (YELLOW) | YELLOW |
| Urine Appearance (CLEAR) | CLEAR |
| Urine pH (4.6 - 8.0) | 6.0 |
| Ur Specific Gravity (1.001 - 1.035) | > = 1.030 |
| Urine Protein (<15 mg/dL) | 100 * |
| Urine Ketones (NEGATIVE mg/dL) | 15 * |
| Urine Blood (NEGATIVE) | MODERATE * |
| Urine Nitrite (NEGATIVE) | NEGATIVE |
| Urine Bilirubin (NEGATIVE) | NEGATIVE |
| Urine Urobilinogen (0.0 - 1.0 EU/dL) | 0.2 |
| Ur Leukocyte Esterase (NEGATAIVE) | NEGATIVE |
| Urine RBC (NONE SEEN rbc/hpf) | 10-20 |
| Urine WBC (NONE SEEN wbc/hpf) | 30-50 |
| Ur Epithelial Cells (epi/hpf) | NONE SEEN |
| Amorphous Sediment (NEGATIVE) | 1 + |
| Urine Sperm (NEGATIVE) | PRESENT |
| Urine Glucose (NEGATIVE mg/dL) | NEGATIVE |

**Results:** labs reviewed, vital signs stable, current med profile rev'd

## Diagnosis, Assessment & Plan
**Assessment/Plan:**
   year old male with unknown medical hx brought in by EMS after sustaining cardiac arrest in field after altercation with police.


Respiratory Failure
-Admit to ICU
-Vent Management per Pulm

Metabolic Acidosis
-Bicarb Drip

PRINTED BY: BVA8530
DATE        10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                    Unit#:i
Date: 05/11/14                                     Acct#:i

-Negative Calcium Oxalate Crystals in Urine per ED physician
-Fomepozil given in ED
-Monitor

Cardiac Arrest in Field
-Trend CE's
-Cardiac Consult

AMS - probably anoxic brain injury vs toxic metabolic encephalopathy
-CT Head Negative
-Wean off vent
-UDS Positive for THC

Elevated CK - Rhabdomyolysis
-Trend CK
-IV Fluids

AKI - Cr 1.65
-Trend Cr
-IV Fluids

Fever 101.6 in ED
-Blood Cxrs drawn
-Spinal Tap done by ED

Transaminitis
-AST to ALT ratio 2:1
-Had elevated ETOH level upon admission
-RUQ U/S Pending
-Trend LFTs

B/L Depressed Nasal Bone Fxrs
-Monitor

Probably R Clavicular Fx found on Chest CT
-R Shoulder Plain Films Pending

DVT
-SCD's

**Watt,Jason 05/18/14 0514:**

PRINTED BY: BVA8530
DATE       10/8/2014

**EXHIBIT 9**

Patient: DOCHER,TAVARES LEKEITH                    Unit#:
Date: 05/11/14                                      Acct#:

## Diagnosis, Assessment & Plan
**Additional comments:**
I have personally interviewed and examined the patient. All charts, labs, and imaging studies
were reviewed. I agree with the Resident's findings, exam, and plan.


Electronically Signed by Johal,Karanjodh     (INTERN) on 05/11/14 at 2332
Electronically Signed by Jason Watt MD on 05/18/14 at 0517


RPT #: 0511-0470
***END OF REPORT***

                    Page 9 of 9


PRINTED BY: BVA8530
DATE      10/8/2014

**EXHIBIT 9**