UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

CASE NO.: 2:16cv14413

        Plaintiff(s),

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as Sheriff of St. Lucie County,
Florida, JOSE ROSARIO, individually, and
the ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

        Defendant(s).
_____/

## **DEFENDANTS' MOTION TO FILE EXHIBITS CONVENTIONALLY**

Defendants, JOSE ROSARIO and ST. LUCIE COUNTY FIRE DISTRICT, pursuant to this Court's Electronic Case Filing provisions, Section 3H(7), and Administrative Order 2016-70 file this Motion to File Exhibits Conventionally, and in support thereof would state as follows:

1. The Defendants Jose Rosario and St. Lucie County Fire District filed their Motions for Summary Judgment and respective Statements of Material Facts on October 6, 2017. [DE 98, DE 99, DE 100 & DE 101].

2. Two of the exhibits to each of the above referenced Motions and Statement of Facts consist of video clips contained on DVD, specifically, Exhibit 3, cell phone video of Shaun Mahoney. This exhibit is critical to the resolution of Defendants' Motions for Summary Judgment and they cannot be filed electronically.

WHEREFORE, Defendants respectfully request that their motion to file exhibits conventionally be granted.

### 7.1(a)(3) STATEMENT

Counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion has been advised that the parties do not object to the relief sought herein.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Clerk of Court using the CM/ECF on this 6th day of October, 2017, and furnished a copy to: **Adam Hecht, Esq.,** *(Counsel for Plaintiff)* ash@searcylaw.com, axs@searcylaw.com, mal@searcylaw.com, jcx@searcylaw.com, lewisteam@searcylaw.com, Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, FL 33409; **Summer M. Barranco, Esq.,** (*Counsel for Christopher Newman, Claylan Mangrum, Calvin Robinson, Wade Courtemanche, and Ken J. Mascara, as Sheriff of St. Lucie County, Florida)* summer@purdylaw.com; Melissa@purdylaw.com; Law Offices of Purdy, Jolly, Giuffreda & Barranco, P.A., 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, FL 33304.

/s/BENJAMIN W. NEWMAN
BENJAMIN W. NEWMAN, ESQUIRE
Florida Bar No.: 0011223
JULIE A. TYK, ESQUIRE
Florida Bar No.: 84493
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N. Orange Ave., Suite 1200
Orlando, FL 32801
Phone: (407) 203-7599
Fax:    (407) 648-1376
Ben.Newman@wilsonelser.com
Julie.Tyk@wilsonelser.com

Counsel for Defendants, JOSE ROSARIO, and ST. LUCIE COUNTY FIRE DISTRICT