UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

CASE NO.: 2:16cv14413

        Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

        Defendants.
_____/

## DEFENDANTS' MOTION TO FILE EXHIBITS CONVENTIONALLY

        The Defendants KEN J. MASCARA, in his official capacity as Sheriff of St. Lucie County, and DEPUTIES NEWMAN, MANGRUM, ROBINSON and COURTEMANCHE, in their individual capacities, pursuant to this Court's Electronic Case Filing provisions, Section 3H(7), file this Motion to File Exhibits Conventionally, and in support thereof would state as follows:

        1.     The Defendants Newman, Mangrum, Robinson, Courtemanche, and Sheriff Mascara filed their Motions for Summary Judgment and Statement of Material Facts on October 6, 2017. [DE 83-85; DE 87; DE 88].

        2.     One of the exhibits to each of the above referenced Motions and Statement of Facts consists of a video clip contained on DVD, specifically, Exhibit F, cell phone recording. This exhibit is critical to the resolution of Defendants' Motions for Summary Judgment and it cannot be filed

1

electronically.

WHEREFORE, Defendants respectfully request that their motion to file exhibits conventionally be granted.

## RULE 7.1 STATEMENT

Pursuant to Local Rule 7.1(a)(3)(A), undersigned counsel hereby certifies that he has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion by emailing the parties on Friday, October 6, 2017 but has been unable to do so. However, Co-defendant Fire District filed the identical Motion and indicated that the Plaintiff did not oppose the relief sought therein so undersigned counsel is reasonably confident the Plaintiff does not oppose the relief sought by this Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and furnished via email a copy to: **ADAM S. HECHT, ESQUIRE,** Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, FL 33409, ash@searcylaw.com, axs@searcylaw.com; mal@searcylaw.com; jcx@searcylaw.com, **HUGH L. KOERNER, ESQUIRE**, Hugh L. Koerner, P.A., Sheridan Executive Centre, 3475 Sheridan Street, Suite 208, Hollywood, FL 33021, hlklaw@hughkoerner.com, and **BENJAMIN W. NEWMAN, ESQUIRE,** Wilson Elser Moskowitz Edelman & Dicker, LLP, 111 N. Orange Ave., Suite 1200, Orlando, FL 32801, ben.newman@wilsonelser.com; julie.tyk@wilsonelser.com this 9th day of October, 2017.

           PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
           Attorneys for Defendants Newman, Mangrum, Robinson, Courtemanche and Sheriff
           2455 East Sunrise Boulevard, Suite 1216
           Fort Lauderdale, Florida 33304
           Telephone (954) 462-3200
           Telecopier (954) 462-3861
           Email: greg@purdylaw.com

           BY  *s/ Gregory J. Jolly*
               GREGORY J. JOLLY
               Fla. Bar No. 118287