UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

        Plaintiffs,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

        Defendants.
_____/

CASE NO.: 2:16cv14413

## NOTICE OF FILING SUMMARY OF MOTION IN LIMINE [DE 93]

The Defendants, SHERIFF, NEWMAN, MANGRUM, ROBINSON and COURTEMANCHE, through their undersigned attorneys, file this their Notice of Filing Summary of Motion in Limine [DE 93] pursuant to the Court's Order [DE 112] entered October 13, 2017 and in compliance with that Order would state as follows:

    1.    Defendants Sheriff, Newman, Mangrum, Robinson and Courtemanche's one page summary is attached as Exhibit 1 to this Notice pursuant to this Court's instruction.

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and furnished via email a copy to: **ADAM S. HECHT, ESQUIRE,** Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, FL 33409, ash@searcylaw.com, axs@searcylaw.com; mal@searcylaw.com; jcx@searcylaw.com, **HUGH L. KOERNER, ESQUIRE**, Hugh L. Koerner, P.A., Sheridan Executive Centre, 3475 Sheridan Street, Suite 208, Hollywood, FL 33021, hlklaw@hughkoerner.com, and **BENJAMIN W. NEWMAN, ESQUIRE,** Wilson Elser Moskowitz Edelman & Dicker, LLP, 111 N. Orange Ave., Suite 1200, Orlando, FL 32801, ben.newman@wilsonelser.com; julie.tyk@wilsonelser.com this **26th** day of October, 2017.

            PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
            Attorneys for Defendants Newman, Mangrum, Robinson, Courtemanche and Sheriff
            2455 East Sunrise Boulevard, Suite 1216
            Fort Lauderdale, Florida 33304
            Telephone (954) 462-3200
            Telecopier (954) 462-3861
            Email: summer@purdylaw.com
               melissa@purdylaw.com

            BY  *s/ Summer M. Barranco*
               SUMMER M. BARRANCO
               Fla. Bar No. 984663