# EXHIBIT B

**Teri Stockham, M.S.F.S., Ph.D.**
**Teri Stockham Ph.D., Inc.**
drteri@drteristockham.com
www.drteristockham.com
**954-566-3026**

| | |
|---|---|
| Florida Office | Colorado Office |
| 9218 Meridian Drive West | 36 El Paso Blvd |
| Parkland, FL 33076 | Manitou Springs, CO 80829 |

**Forensic Toxicologist**
**Summary of Qualifications**

- President, Teri Stockham, Ph.D., Inc., a forensic toxicology consulting firm, nineteen years
- Three degrees each focused in the specialty of forensic toxicology, ten years
- Laboratory training and experience, ten years
- Qualified in federal, civil, criminal and military courts

**PROFESSIONAL EXPERIENCE**

**Consultant, Forensic Toxicology, Teri Stockham Ph.D., Inc**. 1997-Present
    **Consultant, Staff Toxicologist, Kroll Laboratory Specialists** 2004-2005
    **Consultant, Staff Toxicologist, PharmChem Laboratories Inc.** 1998-2004

**Chief Toxicologist, Broward County Medical Examiner's Office** 1991-1997 Fort Lauderdale, FL

**Toxicologist, Office of Chief Medical Examiner** 1987-1991 New York City, NY

**Toxicologist, Office of Chief Medical Examiner** 1987 Richmond, VA

**EDUCATION**

**Doctor of Philosophy, Pharmacology and Toxicology** 1983-1987
Virginia Commonwealth University, Medical College of Virginia, Richmond, VA

**Master of Science in Forensic Science, Forensic Toxicology** 1981-1883
The George Washington University, Washington, DC

**Bachelor of Science, Chemistry** 1977-1981
Indiana State University, Terre Haute, IN *(Magna cum laude)*

**PROFESSIONAL AFFILIATIONS**

**Society of Forensic Toxicologists (SOFT)**
Full member 1991-Present

Associate member 1987

**American Academy of Forensic Sciences (AAFS)**
Fellow 1993-Present
Provisional member 1989

**The International Association of Forensic Toxicologists (TIAFT)**
Member 1999-Present

## CURRENT COMMITTEES/APPOINTMENTS

United Way of Broward County Commission on Substance Abuse, 2009 - Present

Drug-Facilitated Sexual Assault Committee, SOFT/AAFS, 2000 - Present

Courtesy Professor, Department of Chemistry, Florida International University (FIU), Miami, FL, 2000 - Present

## PUBLICATIONS

L. Marinetti and T. Stockham, "Drug-Facilitated Sexual Assault Cases Challenge Labs," Clinical & Forensic Toxicology News, 7 (December 2010)

T.L. Stockham and T.P. Rohrig, "The Use of "Z-drugs" to Facilitate Sexual Assault," For Sci Rev, 22(1):61-72 (Jan 2010)

A. Negrusz, C. Moore, T. Stockham, K. Poiser, J. Kern, R Palaparthy, N. Le, P. Janicak, N Levy, "Elimination of 7-Aminoflunitrazepam and Flunitrazepam in Urine After a Single Dose of Rohypnol," J For Sci, 45(5):1031-1040 (2000)

T.L. Stockham, "Ask Doctor Tox," Between the Lines, American Prosecutors Research Institute National Traffic Law Center, 1997-1998

T.L. Stockham, M. Stajic and M.P. McGee, "Fatal Thiamylal Intoxication: A Case Report," Journal of Analytical Toxicology, 15:155-156 (May/June 1991)

T.L. Stockham and R.V. Blanke, "Investigation of an Acetaldehyde-Hemoglobin Adduct in Alcoholics," Alcoholism: Clinical and Experimental Research, 12(6):748-754 (1988)

T.L. Stockham and R.V. Blanke, "An Ethanol-Related Hemoglobin Adduct in Chronic Alcoholics: Identification and Characterization,"(abstract) in Abstracts of the 39th Annual Meeting of the American Academy of Forensic Sciences, San Diego, CA, February 16-21, (1987)

T.L. Stockham and R.V. Blanke, "An Ethanol-Related Hemoglobin Adduct in Chronic Alcoholics: Identification and Characterization,"(abstract) in Virginia Journal of Science, 37(2):123 (1986)

T.L. Stockham and N.T. Lappas, "Detection of Opiates in Postmortem Tissues by Thin-layer Immunoassay," Journal of Analytical Toxicology, 9:194-196 (1985)

## LECTURES

2017: "The Shell Game of Addictive Drugs" 4th Annual Narcotics Conference, Broward Crime Commission, Ft. Lauderdale, FL

2015: "Designer Drugs: Dangers, Detection, Defenses", American Academy of Psychiatry and the Law Annual Meeting, Ft. Lauderdale, FL

2014: "Drug-Facilitated Sexual Assault", TCAP Training Marine Corps, Camp Lejeune, NC

2013: "Ethanol Facilitated Sexual Assault", Workshop #4, Society of Forensic Toxicologists Annual Meeting, Orlando, FL

2012: "Contemporary Issues in Drunk Driving & Driving Under the Effects of Drugs", Workshop #7, Society of Forensic Toxicologists Annual Meeting, Boston, MA

2007: "Drug-Facilitated Sexual Assault: Challenges and Solutions for Attorneys and Law Enforcement", Wyoming County Prosecutors Association Annual Meeting, Cody, WY

2007:  Multidisciplinary Symposium, "Ethics in the Forensic Sciences – When is the Line Crossed?" American Academy of Forensic Sciences, San Antonio, TX

2007: "Finding the Needle in the Haystack: Improving the Toxicological Investigation of Drug-Facilitated Sexual Assault and Other Crimes, Hallucinogens", American Academy of Forensic Sciences, San Antonio, TX

2006:  Pediatric Case Study, American Academy of Forensic Sciences, Seattle, WA

2005:  Stimulants Workshop, National Center for Forensic Science, University of Central Florida, Orlando, FL

2003:  Evidence Collection in Drug-Facilitated Sexual Assault, Louisiana District Attorneys Association Fall Seminar, New Orleans, LA

2003:  The Toxicology of Drug-Facilitated Sexual Assault, Operation Club Drug, Baton Rouge, LA.

2002:  From the Patient to the Courtroom:  Victim Assessment and Special Topics in Sexual Assault Cases "Let Me Buy You a Drink.  The Toxicology of Drug-Facilitated Sexual Assault", University of Florida, William R. Maples Center for Forensic Medicine, Gainesville, FL

2002:  Tox TV Symposium, American Academy of Forensic Sciences, Atlanta GA

2001:  Current Topics in Forensic Toxicology, "Drug-Facilitated Sexual Assault", UCLA Summer Seminar, Los Angeles, CA

1999:  Multidisciplinary Symposium on the Uses of Forensic Science, "Forensic Toxicology", American Academy of Forensic Sciences, Orlando, FL

1999:  Young Forensic Scientists Forum, American Academy of Forensic Sciences, Orlando, FL

1998: "Forensic Expert Witness Court Testimony. An Expert Witness' Perspective – "Don't Ask, Don't Tell", American Academy of Forensic Sciences, San Francisco, CA

1998: "The X-pert Files: Case Studies of a Forensic Toxicologist", Broward County Trial Lawyers Association, Ft. Lauderdale, FL

1998: "Interrelationship between Chemistry and Forensic Toxicology", Florida International University, Miami, FL

1998, 1999, 2000, 2002: "Principles of Forensic Toxicology",
    Florida International University, Miami, FL,
    Shephard Broad Law School, NOVA/Southeastern University, Ft. Lauderdale, FL

1997: **"**Toxic Chemicals", Florida International University, Miami, FL

1997, 1998, 1999: "Blood Alcohol Concentration: Pharmacology & Toxicology Issues",
    Broward County Public Defender's Office, Ft. Lauderdale, FL
    American Association of Legal Nurse Consultants, Miami Chapter, Miami, FL
    Shephard Broad Law School, NOVA/Southeastern University, Ft. Lauderdale, FL

1995, 1997, 1998, 1999: "The Role of the Toxicologist in Death Investigation"
    Stranahan High School, Ft. Lauderdale, FLI
    International Criminal Justice Exchange, Sarasota, FL
    Shephard Broad Law School, NOVA/Southeastern University, Ft. Lauderdale, FL

1995, 1996: DUI /Vehicular Homicide Course, Prosecuting Attorney's Council of Georgia, Forsyth, GA

1994, 1996: Vehicular Homicide Course, Florida Prosecuting Attorneys Association, Orlando, FL

1994, 1996, 1997: "The Effects of Drugs",
    Dare Program, Ft. Lauderdale, FL
    State Farm Insurance Company, Ft. Lauderdale, FL; Miami, FL; Delray Beach, FL

1994, 1997: "Principles of Toxicology", Florida International University, Miami, FL

1992, 1993: "Medical vs. Legal Blood Draws", Florida Prosecuting Attorneys Association, Ft. Lauderdale, FL

1990: "Forensic Toxicology", University of New Haven, New Haven, CT
    John Jay College of Criminal Justice, New York City, NY