UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

CASE NO.: 2:16-cv-14413

      Plaintiff(s),

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as Sheriff of St. Lucie County,
Florida, JOSE ROSARIO, individually, and
the ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

      Defendant(s).
_____/

**PLAINTIFF'S NOTICE OF FILING SUMMARY OF MOTION IN LIMINE**

Plaintiff, Tavares Docher, by and through Janice Docher-Nelley, his mother and legal guardian, by and through their undersigned attorneys, hereby files this Summary of Motion in Limine [DE 78] pursuant to this Honorable Court's Paperless Order [DE 112] entered on October 13, 2017, as follows:

**TITLE OF MOTION:**

Plaintiff's Motion in Limine and Incorporated Supporting Memorandum of Law [DE 78].

**SUMMARY/RELIEF SOUGHT:**

Plaintiff's motion seeks to exclude: 1) Plaintiff's prior criminal history, arrest, convictions, and status as a registered sex offender; 2) Any reference to Plaintiff, Tavares Docher, being under

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.: 2:16-cv-14413-RLR
NOTICE OF FILING SUMMARY OF MOTION IN LIMINE
Page 2

the influence of any drugs at the time of the incident, including but not limited to marijuana, Flakka, bath salts, cocaine or any other drugs; 3) Tavares Docher's prior history of drug use; 4) Tavares Docher suffering from sickle cell disease; 5) precluding Defense expert, Terri Stockham, and any and all experts referencing paragraph 5 and 6 of Dr. Stochkham's report as these paragraphs are based on hearsay and rank speculation. The paragraphs are as follows:

> 5. The drug testing performed by the hospital was minimal and would not have detected many other psychoactive drugs that may have been used by Mr. Docher. For example, at this time novel psychoactive stimulants was very prevalent in South Florida but would not have been detected by the tests at the hospital.
>
> 6. Mr. Docher's aunt stated Mr. Docher uses ethanol and cocaine and the hospital drug test detected THC. She described him as a "little boy in a man's body". According to her, he had been evaluated for mental illness after a previous arrest but no diagnoses was made. Drug use is contraindicated in persons with mental illness. Both cocaine and THC are known to precipitate and/or attenuate mental illnesses.

Plaintiff's motion also seeks to exclude 6) any reference to Tavares Docher having a history of mental illness.

**CONFERRAL WITH DEFENSE COUNSEL:**

1. Plaintiff's prior criminal history, arrest, convictions, and status as a registered sex offender;
    a. After conferral with all Defense counsel, it is Defense counsel's position that they will oppose the motion based on their belief that it is relevant to probable cause for the arrest, impeachment should a witness open the door to such arguments, and damages regarding loss wages and loss of earning capacity.

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:  2:16-cv-14413-RLR
NOTICE OF FILING SUMMARY OF MOTION IN LIMINE
Page 3

2. Precluding any reference to Plaintiff, Tavares Docher, being under the influence of any drugs at the time of the incident, including but not limited to marijuana, Flakka, bath salts, cocaine or any other drugs;
   a. After conferral with all Defense counsel, it is Defense counsel's position that they will oppose the motion based on their belief that it is relevant to their theory of the case that Tavares was under the influence of some illicit substance although no evidence in the toxicology report shows that he was under the influence of any substances at the time of the encounter and the Defense expert's own testimony that the presence of THC had no influence on Tavares Docher suffering a cardiopulmonary arrest.
3. Precluding any reference Plaintiff Tavares Docher's prior history of drug use;
   a. After conferral with all Defense counsel, it is Defense counsel's position that they will oppose the motion based on their belief that it should be used for impeachment purposes if a witness opens the door to such arguments, and damages regarding loss wages, loss of earning capacity, and life expectancy.
4. Precluding any reference to Tavares Docher suffering from sickle cell disease;
   a. After conferral with all Defense counsel, it is Defense counsel's position that they will oppose the motion as medical evidence may arise that he did have sickle cell disease which they contend would be relevant to causations and damages; however,

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:  2:16-cv-14413-RLR
NOTICE OF FILING SUMMARY OF MOTION IN LIMINE
Page 4

   Defense counsel concede that no record evidence exists either in any of the medical records or through expert testimony that Tavares Docher had the disease.

5. Precluding Defense expert, Terri Stockham, and any and all experts referencing paragraph 5 and 6 of Dr. Stochkham's report as these paragraphs are based on hearsay and rank speculation;

    a. After conferral with all Defense counsel, it is Defense counsel's position that they will oppose the motion as they believe there is sufficient evidence in the record to support those conclusions.

6. Precluding any reference to Tavares Docher having a history of mental illness.

    a. After conferral with all Defense counsel, it is Defense counsel's position that they will oppose the motion as they believe any history of mental illness supports their theory on causation and the ultimate injuries.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent via electronic filing using the CM/ECF system with the Clerk of the Court, which sends e-mail

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:  2:16-cv-14413-RLR
NOTICE OF FILING SUMMARY OF MOTION IN LIMINE
Page 5

notification of such filing to all CM/ECF participants in this case, on this 26th day of October, 2017.

/s/ DARRYL L. LEWIS
_____

DARRYL L. LEWIS
Florida Bar No.: 818021
Attorney E-Mail(s):  dll@searcylaw.com and axs@searcylaw.com
Primary E-Mail: _lewisteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9485
Attorney for Plaintiff(s)