CURRICULUM VITAE
**Brian G. McAlary, MD**

Email: bgmcalarymd@aol.com

| | |
|---|---|
| **UNDERGRADUATE EDUCATION** | Colby College<br>Waterville, Maine<br>Bachelor of Arts, Chemistry, 1963 |
| **MEDICAL SCHOOLS** | Dartmouth Medical School<br>Hanover, New Hampshire<br>Bachelor of Medical Science, 1965 |
| | Harvard Medical School<br>Boston, Massachusetts<br>Doctor of Medicine, 1967 |
| **INTERNSHIP: ROTATING** | Naval Regional Medical Center<br>Oakland, California 1967-1968 |
| **RESIDENCY: ANESTHESIOLOGY** | National Naval Medical Center<br>Bethesda, Maryland 1968-1971 |
| **MEDICAL LICENSES** | Maine: #013886: 1994<br>Virginia: #20873: 1970<br>Illinois: 036-105982: 2001 |

**PROFESSIONAL HONORS AND CERTIFICATIONS**

Fellow of The American Institute for Healthcare Quality, 2006
Diplomate, American Board of Quality Assurance Physicians, 1989, #18664
Fellow, American College of Anesthesiology, 1973 #5846
Diplomate, American Board of Anesthesiology, 1973 #6034
Diplomate, National Board of Medical Examiners, 1968 #93567

**AFFILIATIONS**

American Medical Association
American Society of Anesthesiologists
Anesthesia Patient Safety Foundation
International Society for Quality Assurance in Health Care
Society of Critical Care Medicine
International Anesthesia Research Society
American Society of Regional Anesthesia
American College of Physician Executives
Illinois Society of Anesthesiologists

Ex. A

Brian G. McAlary, MD
CV - Page 2

**PROFESSIONAL POSITIONS**

Assistant Professor, Department of Anesthesiology
Medical Director, SRNA Program
    Rush University Medical Center
    Chicago, IL  2001 - present

Acting Director, Perioperative Medicine
    Cary Medical Center
    Caribou, ME  1999 – 2001

Locum Tenens Clinical Practice
    1997 - 1998

Chairman & Medical Director, Department of Anesthesiology
    Saginaw General Hospital
    Saginaw, MI  1995 - 1997

Staff Anesthesiologist
    Surgicenter of Baltimore
    Baltimore, MD 1994-1995

Associate Medical Director, Department of Anesthesia
    R Adams Cowley Shock Trauma Center
    Baltimore, MD 1989 - 1994

Chairman, Department of Anesthesiology
    Mercer Medical Center
    Trenton, NJ  1986 - 1988

Chairman, Department of Anesthesiology
    Greater Laurel Beltsville Hospital
    Laurel, MD 1979 - 1986

Active Duty United States Navy 1968 – 1979
    Including Internship and Residency

Brian G. McAlary, MD
CV - Page 3

**ADDITIONAL PROFESSIONAL EXPERIENCE**

Affiliate Clinical Coordinator, CRNA Program
University of New England
Biddeford, ME 2000-2001

Educational Consultant, Institute for Post Graduate Education
Hastings, MI, 1987 - present

Adjunct Clinical Lecturer, School of Nurse Anesthesia
Southern Illinois University at Edwardsville, 1998 - present

Clinical Associate Professor, Department of Nurse Anesthesia
Virginia Commonwealth University, 1997 - 2001

Consultant, Quality Assessment

Visiting Lectureships

Clinical Consultant to Biomedical and Pharmaceutical Firms

Associate Clinical Professor, Department of Surgery
Michigan State University, 1996 - 1997

Assistant Professor
University of Maryland Medical School, 1989 - 1994

Associate Professor of Anesthesia
Uniformed Services University of Health Sciences, 1978 - 1979

Regional Director of Anesthesia, USN
Washington DC Region, 1977 - 1978

Consultant to Surgeon General, USN
Special Advisory Council, 1975 - 1979