## AFFIDAVIT

STATE OF Virginia            )
                             ) ss
COUNTY OF Culpeper           )

BEFORE ME, the undersigned authority, personally appeared, Brian G. McAlary. M.D. who being first duly sworn, deposes and says:

1. I am a licensed clinical physician who specializes in anesthesiology and its subspecialties including critical care medicine.

2. I have extensive education, training, and experience in the pharmokinetic properties of benzodiazepines, including lorazepam (Ativan), as such knowledge is necessary to the administration of such drugs to patients in emergency settings by anesthesiologists.

3. I have over five (5) years of experience working regularly with emergency medical personnel, including paramedics, in the emergency and trauma setting. Such experience includes the education and training in the proper use of benzodiazepines as a sedative.

4. I have had extensive interactions with paramedics before and after they have provided medical care to a patient whose respiratory system is compromised in order to resuscitate and open airways.

5. I have participated in reviewing and editing policies and procedures which were used in establishing pre-hospital care guidelines in the State of Maryland including emergency evaluation, monitoring, airway management, and the administration of sedative medications such as benzodiazepines.

FURTHER AFFIANT SAYETH NOT.

_____
Brian McAlary

Ex. C

Docher, Tavares vs. St. Lucie County Sheriff's Office
Affidavit
Case No.: 562016CA001430(OC)

The foregoing instrument was acknowledged before me this 12th day of October, 2017, by Brian G. McAlary who is (personally known to me) or who has produced _____ as identification and who did/did not take an oath.

_Kimberlee M Whitehead_
Notary Signature

Kimberlee M Whitehead
Notary name - print

NOTARY PUBLIC, ~~State of Florida~~ Commonwealth of VA
reg. # 7670849
(Serial number, if any)

[Notary seal: Kimberlee McAlary Whitehead, NOTARY PUBLIC, REG. #7670849, MY COMMISSION EXPIRES 10/31/2020, COMMONWEALTH OF VIRGINIA]

2