# MEDICATION GUIDE

# FOR

# ATIVAN

EX. B

Ativan® C-IV
(lorazepam)
Tablets
Rx only

---

## WARNING: RISKS FROM CONCOMITANT USE WITH OPIOIDS

Concomitant use of benzodiazepines and opioids may result in profound sedation, respiratory depression, coma, and death (see **WARNINGS; PRECAUTIONS, Clinically Significant Drug Interactions**).

* Reserve concomitant prescribing of these drugs for use in patients for whom alternative treatment options are inadequate.
* Limit dosages and durations to the minimum required.
* Follow patients for signs and symptoms of respiratory depression and sedation.

---

## DESCRIPTION

Ativan (lorazepam), an antianxiety agent, has the chemical formula, 7-chloro-5-(o-chlorophenyl)-1,3-dihydro-3-hydroxy-2H-1,4-benzodiazepin-2-one:



$$C_{13}H_{10}Cl_2N_2O_2 \qquad MW: 321.16$$

It is a nearly white powder almost insoluble in water. Each Ativan (lorazepam) tablet, to be taken orally, contains 0.5 mg, 1 mg, or 2 mg of lorazepam. The inactive ingredients present are lactose monohydrate, magnesium stearate, microcrystalline cellulose, and polacrilin potassium.

## CLINICAL PHARMACOLOGY

Studies in healthy volunteers show that in single high doses Ativan (lorazepam) has a tranquilizing action on the central nervous system with no appreciable effect on the respiratory or cardiovascular systems.

Ativan (lorazepam) is readily absorbed with an absolute bioavailability of 90 percent. Peak concentrations in plasma occur approximately 2 hours following administration. The peak plasma level of lorazepam from a 2 mg dose is approximately 20 ng/mL.

The mean half-life of unconjugated lorazepam in human plasma is about 12 hours and for its major metabolite, lorazepam glucuronide, about 18 hours. At clinically relevant concentrations, lorazepam is approximately 85% bound to plasma proteins. Ativan (lorazepam) is rapidly conjugated at its 3-hydroxy group into lorazepam glucuronide which is then excreted in the urine. Lorazepam glucuronide has no demonstrable CNS activity in animals.

The plasma levels of lorazepam are proportional to the dose given. There is no evidence of accumulation of lorazepam on administration up to six months.

Studies comparing young and elderly subjects have shown that advancing age does not have a significant effect on the pharmacokinetics of lorazepam. However, in one study involving single intravenous doses of 1.5 to 3 mg of Ativan Injection, mean total body clearance of lorazepam decreased by 20% in 15 elderly subjects of 60 to 84 years of age compared to that in 15 younger subjects of 19 to 38 years of age.

## INDICATIONS AND USAGE

Ativan (lorazepam) is indicated for the management of anxiety disorders or for the short-term relief of the symptoms of anxiety or anxiety associated with depressive symptoms. Anxiety or tension associated with the stress of everyday life usually does not require treatment with an anxiolytic.

The effectiveness of Ativan (lorazepam) in long-term use, that is, more than 4 months, has not been assessed by systematic clinical studies. The physician should periodically reassess the usefulness of the drug for the individual patient.

## CONTRAINDICATIONS

Ativan (lorazepam) is contraindicated in patients with
– hypersensitivity to benzodiazepines or to any components of the formulation.
– acute narrow-angle glaucoma.

## WARNINGS

Concomitant use of benzodiazepines, including Ativan, and opioids may result in profound sedation, respiratory depression, coma, and death. Because of these risks, reserve concomitant prescribing of these drugs for use in patients for whom alternative treatment options are inadequate.

Observational studies have demonstrated that concomitant use of opioid analgesics and benzodiazepines increases the risk of drug-related mortality compared to use of opioids alone. If a decision is made to prescribe Ativan concomitantly with opioids, prescribe the lowest effective dosages and minimum durations of concomitant use, and follow patients closely for signs and symptoms of respiratory depression and sedation. In patients already receiving an opioid analgesic, prescribe a lower initial dose of Ativan than indicated in the absence of an opioid and titrate based on clinical response. If an opioid is initiated in a patient already taking Ativan, prescribe a lower initial dose of the opioid and titrate based upon clinical response.

Advise both patients and caregivers about the risks of respiratory depression and sedation when Ativan is used with opioids. Advise patients not to drive or operate heavy machinery until the effects of concomitant use with the opioid have been determined (see **PRECAUTIONS, Clinically Significant Drug Interactions**).

Pre-existing depression may emerge or worsen during use of benzodiazepines including lorazepam. Ativan (lorazepam) is not recommended for use in patients with a primary depressive disorder or psychosis.

Use of benzodiazepines, including lorazepam, both used alone and in combination with other CNS depressants, may lead to potentially fatal respiratory depression. (See **PRECAUTIONS, Clinically Significant Drug Interactions**.)

Use of benzodiazepines, including lorazepam, may lead to physical and psychological dependence.

As with all patients on CNS-depressant drugs, patients receiving lorazepam should be warned not to operate dangerous machinery or motor vehicles and that their tolerance for alcohol and other CNS depressants will be diminished.

## Physical and Psychological Dependence

The use of benzodiazepines, including lorazepam, may lead to physical and psychological dependence. The risk of dependence increases with higher doses and longer term use and is further increased in patients with a history of alcoholism or drug abuse or in patients with significant personality disorders. The dependence potential is reduced when lorazepam is used at the appropriate dose for short-term treatment. Addiction-prone individuals (such as drug addicts or alcoholics) should be under careful surveillance when receiving lorazepam or other psychotropic agents.

In general, benzodiazepines should be prescribed for short periods only (e.g., 2 to 4 weeks). Extension of the treatment period should not take place without reevaluation of the need for continued therapy. Continuous long-term use of product is not recommended. Withdrawal symptoms (e.g., rebound insomnia) can appear following cessation of recommended doses after as little as one week of therapy. Abrupt discontinuation of product should be avoided and a gradual dosage-tapering schedule followed after extended therapy.

Abrupt termination of treatment may be accompanied by withdrawal symptoms. Symptoms reported following discontinuation of benzodiazepines include headache, anxiety, tension, depression, insomnia, restlessness, confusion, irritability, sweating, rebound phenomena, dysphoria, dizziness, derealization, depersonalization, hyperacusis, numbness/tingling of extremities, hypersensitivity to light, noise, and physical contact/perceptual changes, involuntary movements, nausea, vomiting, diarrhea, loss of appetite, hallucinations/delirium, convulsions/seizures, tremor, abdominal cramps, myalgia, agitation, palpitations, tachycardia, panic attacks, vertigo, hyperreflexia, short-term memory loss, and hyperthermia. Convulsions/seizures may be more common in patients with pre-existing seizure disorders or who are taking other drugs that lower the convulsive threshold such as antidepressants.

There is evidence that tolerance develops to the sedative effects of benzodiazepines.

Lorazepam may have abuse potential, especially in patients with a history of drug and/or alcohol abuse.

## PRECAUTIONS

In patients with depression, a possibility for suicide should be borne in mind; benzodiazepines should not be used in such patients without adequate antidepressant therapy.

Lorazepam should be used with caution in patients with compromised respiratory function (e.g., COPD, sleep apnea syndrome).

Elderly or debilitated patients may be more susceptible to the sedative effects of lorazepam. Therefore, these patients should be monitored frequently and have their dosage adjusted carefully according to patient response; the initial dosage should not exceed 2 mg.

Paradoxical reactions have been occasionally reported during benzodiazepine use. Such reactions may be more likely to occur in children and the elderly. Should these occur, use of the drug should be discontinued.

The usual precautions for treating patients with impaired renal or hepatic function should be observed. As with all benzodiazepines, the use of lorazepam may worsen hepatic encephalopathy; therefore, lorazepam should be used with caution in patients with severe hepatic insufficiency and/or encephalopathy. Dosage for patients with severe hepatic insufficiency should be adjusted carefully according to patient response; lower doses may be sufficient in such patients.

In patients where gastrointestinal or cardiovascular disorders coexist with anxiety, it should be noted that lorazepam has not been shown to be of significant benefit in treating the gastrointestinal or cardiovascular component.

Esophageal dilation occurred in rats treated with lorazepam for more than one year at 6 mg/kg/day. The no-effect dose was 1.25 mg/kg/day (approximately 6 times the maximum human therapeutic dose of 10 mg per day). The effect was reversible only when the treatment was withdrawn within two months of first observation of the phenomenon. The clinical significance of this is unknown. However, use of lorazepam for prolonged periods and in geriatric patients requires caution, and there should be frequent monitoring for symptoms of upper GI disease.

Safety and effectiveness of Ativan (lorazepam) in children of less than 12 years have not been established.

## Information for Patients

To assure the safe and effective use of Ativan (lorazepam), patients should be informed that, since benzodiazepines may produce psychological and physical dependence, it is advisable that they consult with their physician before either increasing the dose or abruptly discontinuing this drug.

## Essential Laboratory Tests

Some patients on Ativan (lorazepam) have developed leukopenia, and some have had elevations of LDH. As with other benzodiazepines, periodic blood counts and liver function tests are recommended for patients on long-term therapy.

## Clinically Significant Drug Interactions

The concomitant use of benzodiazepines and opioids increases the risk of respiratory depression because of actions at different receptor sites in the CNS that control respiration. Benzodiazepines interact at $GABA_A$ sites and opioids interact primarily at mu receptors. When benzodiazepines and opioids are combined, the potential for benzodiazepines to significantly worsen opioid-related respiratory depression

exists. Limit dosage and duration of concomitant use of benzodiazepines and opioids, and monitor patients closely for respiratory depression and sedation.

The benzodiazepines, including Ativan (lorazepam), produce increased CNS-depressant effects when administered with other CNS depressants such as alcohol, barbiturates, antipsychotics, sedative/hypnotics, anxiolytics, antidepressants, narcotic analgesics, sedative antihistamines, anticonvulsants, and anesthetics.

Concomitant use of clozapine and lorazepam may produce marked sedation, excessive salivation, hypotension, ataxia, delirium, and respiratory arrest.

Concurrent administration of lorazepam with valproate results in increased plasma concentrations and reduced clearance of lorazepam. Lorazepam dosage should be reduced to approximately 50% when coadministered with valproate.

Concurrent administration of lorazepam with probenecid may result in a more rapid onset or prolonged effect of lorazepam due to increased half-life and decreased total clearance. Lorazepam dosage needs to be reduced by approximately 50% when coadministered with probenecid.

The effects of probenecid and valproate on lorazepam may be due to inhibition of glucuronidation.

Administration of theophylline or aminophylline may reduce the sedative effects of benzodiazepines, including lorazepam.

**Carcinogenesis and Mutagenesis**

No evidence of carcinogenic potential emerged in rats during an 18-month study with Ativan (lorazepam). No studies regarding mutagenesis have been performed.

**Pregnancy**

Reproductive studies in animals were performed in mice, rats, and two strains of rabbits. Occasional anomalies (reduction of tarsals, tibia, metatarsals, malrotated limbs, gastroschisis, malformed skull, and microphthalmia) were seen in drug-treated rabbits without relationship to dosage. Although all of these anomalies were not present in the concurrent control group, they have been reported to occur randomly in historical controls. At doses of 40 mg/kg and higher, there was evidence of fetal resorption and increased fetal loss in rabbits which was not seen at lower doses.

The clinical significance of the above findings is not known. However, an increased risk of congenital malformations associated with the use of minor tranquilizers (chlordiazepoxide, diazepam, and meprobamate) during the first trimester of pregnancy has been suggested in several studies. Because the use of these drugs is rarely a matter of urgency, the use of lorazepam during this period should be avoided. The possibility that a woman of childbearing potential may be pregnant at the time of institution of therapy should be considered. Patients should be advised that if they become pregnant, they should communicate with their physician about the desirability of discontinuing the drug.

In humans, blood levels obtained from umbilical cord blood indicate placental transfer of lorazepam and lorazepam glucuronide. Infants of mothers who ingested benzodiazepines for several weeks or more preceding delivery have been reported to have withdrawal symptoms during the postnatal period.

Symptoms such as hypoactivity, hypotonia, hypothermia, respiratory depression, apnea, feeding problems, and impaired metabolic response to cold stress have been reported in neonates born of mothers who have received benzodiazepines during the late phase of pregnancy or at delivery.

**Nursing Mothers**

Lorazepam has been detected in human breast milk; therefore, it should not be administered to breast-feeding women, unless the expected benefit to the woman outweighs the potential risk to the infant.

Sedation and inability to suckle have occurred in neonates of lactating mothers taking benzodiazepines. Infants of lactating mothers should be observed for pharmacological effects (including sedation and irritability).

**Geriatric Use**

Clinical studies of Ativan generally were not adequate to determine whether subjects aged 65 and over respond differently than younger subjects; however, the incidence of sedation and unsteadiness was observed to increase with age (see **ADVERSE REACTIONS**).

Age does not appear to have a significant effect on lorazepam kinetics (see **CLINICAL PHARMACOLOGY**).

Clinical circumstances, some of which may be more common in the elderly, such as hepatic or renal impairment, should be considered. Greater sensitivity (e.g., sedation) of some older individuals cannot be ruled out. In general, dose selection for an elderly patient should be cautious, and lower doses may be sufficient in these patients (see **DOSAGE AND ADMINISTRATION**).

**ADVERSE REACTIONS**

Most adverse reactions to benzodiazepines, including CNS effects and respiratory depression, are dose dependent, with more severe effects occurring with high doses.

In a sample of about 3500 patients treated for anxiety, the most frequent adverse reaction to Ativan (lorazepam) was sedation (15.9%), followed by dizziness (6.9%), weakness (4.2%), and unsteadiness (3.4%). The incidence of sedation and unsteadiness increased with age.

Other adverse reactions to benzodiazepines, including lorazepam are fatigue, drowsiness, amnesia, memory impairment, confusion, disorientation, depression, unmasking of depression, disinhibition, euphoria, suicidal ideation/attempt, ataxia, asthenia, extrapyramidal symptoms, convulsions/seizures, tremor, vertigo, eye function/visual disturbance (including diplopia and blurred vision), dysarthria/slurred speech, change in libido, impotence, decreased orgasm; headache, coma; respiratory depression, apnea, worsening of sleep apnea, worsening of obstructive pulmonary disease; gastrointestinal symptoms including nausea, change in appetite, constipation, jaundice, increase in bilirubin, increase in liver transaminases, increase in alkaline phosphatase; hypersensitivity reactions, anaphylactoid reactions; dermatological symptoms, allergic skin reactions, alopecia; SIADH, hyponatremia; thrombocytopenia, agranulocytosis, pancytopenia; hypothermia; and autonomic manifestations.

Paradoxical reactions, including anxiety, excitation, agitation, hostility, aggression, rage, sleep disturbances/insomnia, sexual arousal, and hallucinations may occur. Small decreases in blood pressure and hypotension may occur but are usually not clinically significant, probably being related to the relief of anxiety produced by Ativan (lorazepam).

To report SUSPECTED ADVERSE REACTIONS, contact Valeant Pharmaceuticals North America LLC at 1-800-321-4576 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.

## OVERDOSAGE

In postmarketing experience, overdose with lorazepam has occurred predominantly in combination with alcohol and/or other drugs. Therefore, in the management of overdosage, it should be borne in mind that multiple agents may have been taken.

### Symptoms

Overdosage of benzodiazepines is usually manifested by varying degrees of central nervous system depression ranging from drowsiness to coma. In mild cases, symptoms include drowsiness, mental confusion, paradoxical reactions, dysarthria and lethargy. In more serious cases, and especially when other drugs or alcohol were ingested, symptoms may include ataxia, hypotonia, hypotension, cardiovascular depression, respiratory depression, hypnotic state, coma, and death.

### Management

General supportive and symptomatic measures are recommended; vital signs must be monitored and the patient closely observed. When there is a risk of aspiration, induction of emesis is not recommended. Gastric lavage may be indicated if performed soon after ingestion or in symptomatic patients. Administration of activated charcoal may also limit drug absorption. Hypotension, though unlikely, usually may be controlled with norepinephrine bitartrate injection. Lorazepam is poorly dialyzable. Lorazepam glucuronide, the inactive metabolite, may be highly dialyzable.

The benzodiazepine antagonist flumazenil may be used in hospitalized patients as an adjunct to, not as a substitute for, proper management of benzodiazepine overdose. **The prescriber should be aware of a risk of seizure in association with flumazenil treatment, particularly in long-term benzodiazepine users and in cyclic antidepressant overdose.** The complete flumazenil package insert including **Contraindications**, **Warnings**, and **Precautions** should be consulted prior to use.

## DOSAGE AND ADMINISTRATION

Ativan (lorazepam) is administered orally. For optimal results, dose, frequency of administration, and duration of therapy should be individualized according to patient response. To facilitate this, 0.5 mg, 1 mg, and 2 mg tablets are available.

The usual range is 2 to 6 mg/day given in divided doses, the largest dose being taken before bedtime, but the daily dosage may vary from 1 to 10 mg/day.

For anxiety, most patients require an initial dose of 2 to 3 mg/day given two times a day or three times a day.

For insomnia due to anxiety or transient situational stress, a single daily dose of 2 to 4 mg may be given, usually at bedtime.

For elderly or debilitated patients, an initial dosage of 1 to 2 mg/day in divided doses is recommended, to be adjusted as needed and tolerated.

The dosage of Ativan (lorazepam) should be increased gradually when needed to help avoid adverse effects. When higher dosage is indicated, the evening dose should be increased before the daytime doses.

## HOW SUPPLIED

Ativan® (lorazepam) Tablets are available in the following dosage strengths:

0.5 mg, white, five-sided (shield shape) tablet with a raised "A" on one side and "BPI" and "63" impressed on reverse side.   NDC 0187-0063-01 - Bottles of 100 tablets; NDC 0187-0063-50 – Bottles of 500 tablets; NDC 0187-0063-10 – Bottles of 1000 tablets.

1 mg, white, five-sided (shield shape) tablet with a raised "A" on one side and "BPI" and "64" impressed on scored reverse side. NDC 0187-0064-01 - Bottles of 100 tablets; NDC 0187-0064-50 – Bottles of 500 tablets; NDC 0187-0064-10 - Bottles of 1000 tablets.

2 mg, white, five-sided (rectangular pentagon) tablet with a raised "A" and impressed "2" on one side and "BPI" and "65" impressed on scored reverse side. NDC 0187-0065-01 - Bottles of 100 tablets; NDC 0187-0065-50 – Bottles of 500 tablets; NDC 0187-0065-10 – Bottles of 1000 tablets.

**BOTTLES:**
**Keep tightly closed.**
**Store at 25°C (77°F); excursions permitted to 15° to 30°C (59° to 86°F) [see USP Controlled Room Temperature].**
**Dispense in a tight container.**

**Manufactured by:**
MEDA Manufacturing GmbH
Cologne, Germany 51063

**For:**
Valeant Pharmaceuticals North America LLC
Bridgewater, NJ 08807 USA



Ativan is a trademark of Valeant Pharmaceuticals International, Inc. or its affiliates.

update p/n
Rev. 9/16

**MEDICATION GUIDE**
**ATIVAN (AT-ivan)**
**(lorazepam) Tablets, C-IV**

**What is the most important information I should know about ATIVAN?**
- **ATIVAN is a benzodiazepine medicine. Taking benzodiazepines with opioid medicines, alcohol, or other central nervous system depressants (including street drugs) can cause severe drowsiness, breathing problems (respiratory depression), coma and death.**
- **ATIVAN can make you sleepy or dizzy, and can slow your thinking and motor skills.**
  - Do not drive, operate heavy machinery, or do other dangerous activities until you know how ATIVAN affects you.
  - Do not drink alcohol or take other drugs that may make you sleepy or dizzy while taking ATIVAN without first talking to your healthcare provider. When taken with alcohol or drugs that cause sleepiness or dizziness, ATIVAN may make your sleepiness or dizziness much worse.
- Do not take more ATIVAN than prescribed.

**What is ATIVAN?**
- ATIVAN is a prescription medicine used:
  - to treat anxiety disorders
  - for the short-term relief of the symptoms of anxiety or anxiety that can happen with symptoms of depression
- **ATIVAN is a federal controlled substance (C-IV) because it can be abused or lead to dependence.** Keep ATIVAN in a safe place to prevent misuse and abuse. Selling or giving away ATIVAN may harm others, and is against the law. Tell your healthcare provider if you have abused or been dependent on alcohol, prescription medicines or street drugs.
- It is not known if ATIVAN is safe and effective in children less than 12 years of age.
- It is not known if ATIVAN is safe and effective for use for longer than 4 months.

**Do not take ATIVAN if you:**
- are allergic to lorazepam, other benzodiazepines, or any of the ingredients in ATIVAN. See the end of this Medication Guide for a complete list of ingredients in ATIVAN.

**Before you take ATIVAN, tell your healthcare provider about all of your medical conditions, including if you:**
- have or have had depression, mood problems, or suicidal thoughts or behavior
- have a history of drug or alcohol abuse or addiction
- have lung disease or breathing problems (such as COPD, sleep apnea syndrome)
- have liver or kidney problems
- have or have had seizures
- are pregnant or plan to become pregnant. ATIVAN may harm your unborn baby. You and your healthcare provider should decide if you should take ATIVAN while you are pregnant.
- are breastfeeding or plan to breastfeed. ATIVAN passes into your breast milk and may harm your baby. Talk to your healthcare provider about the best way to feed your baby if you take ATIVAN. You should not breastfeed while taking ATIVAN

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements.
Taking ATIVAN with certain other medicines can cause side effects or affect how well ATIVAN or the other medicines work. Do not start or stop other medicines without talking to your healthcare provider.

**How should I take ATIVAN?**
- Take ATIVAN exactly as your healthcare provider tells you to take it. Your healthcare provider will tell you how much ATIVAN to take and when to take it.
- If you take too much ATIVAN, call your healthcare provider or go to the nearest hospital emergency room right away.

**What should I avoid while taking ATIVAN?**
- ATIVAN can cause you to be drowsy. Do not drive a car or operate heavy machinery until you know how ATIVAN affects you.
- You should not drink alcohol while taking ATIVAN. Drinking alcohol can increase your chances of having serious side effects.

**What are the possible side effects of ATIVAN?**
**ATIVAN may cause serious side effects, including:**
- See "What is the most important information I should know about ATIVAN?"
- **Depression.** Pre-existing depression may emerge or worsen during use of benzodiazepines including ATIVAN.
- **Abuse and dependence.** Taking ATIVAN can cause physical and psychological dependence. Physical and psychological dependence is not the same as drug addiction. Your healthcare provider can tell you more about the differences between physical and psychological dependence and drug addiction.
- **Withdrawal symptoms.** You may have withdrawal symptoms if you stop taking ATIVAN suddenly. Withdrawal symptoms can be serious and include seizures. Mild withdrawal symptoms include a depressed mood and trouble sleeping. Talk to your healthcare provider about slowly stopping ATIVAN to avoid withdrawal symptoms.

**The most common side effects of ATIVAN include:**
- sedation
- weakness
- dizziness
- unsteadiness

These are not all the possible side effects of ATIVAN. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store ATIVAN?**
- Store ATIVAN in a tightly closed container at 77°F (25°C); excursions permitted to 59° to 86°F (15° to 30°C).
- **Keep ATIVAN and all medicines out of the reach of children.**

**General information about the safe and effective use of ATIVAN.**
Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use ATIVAN for a condition for which it was not prescribed. Do not give ATIVAN to other people, even if they have the same symptoms that you have. It may harm them. You can ask your pharmacist or healthcare provider for information about ATIVAN that is written for health professionals.

**What are the ingredients in ATIVAN?**
**Active ingredient:** lorazepam
**Inactive ingredients:** lactose monohydrate, magnesium stearate, microcrystalline cellulose, and polacrilin potassium
Manufactured by: MEDA Manufacturing GmbH, Cologne, Germany 51063 For: Valeant Pharmaceuticals North America LLC, Bridgewater, NJ 08807 USA. Ativan is a trademark of Valeant Pharmaceuticals International, Inc. or its affiliates. For more information, call 1-800-321-4576.

This Medication Guide has been approved by the U.S. Food and Drug Administration          Issued: 9/16

**2**

# Hypoxic and Anoxic

# Brain Injury

# After Cardiac Arrest

## Table of Contents:

1. Factors Predicting Functional and Cognitive Recovery Following Severe Traumatic, Anoxic, and Cerebrovascular Brain Damage, Nicola Smania, MD, Renato Avesani, MD; Laura Roncari, MD; Patrizia Ianes, OT; Paolo Giardi, PhD; Valentina Varalta, Psy; Maria Grazia Gambini, Psy; Antonio Fiaschi, MD; Marialuisa Gandolfi, PhD. J Head Trauma Rehabil, Vol. 28, No. 2, pp. 131-140.
2. Hypoxic-ischemic brain injury: Pathophysiology, neuropathology and mechanisms, Katharina M. Busl and David M. Greer. Neuro Rehabilitation 26 (2010) pp. 5-13.
3. Anoxic Versus Traumatic Brain Injury: Amount of Tissue Loss, Not Etiology, Alters Cognitive and Emotional Function, Ramona O. Hopkins, David F. Tate, and Erin D. Bigler. Neuropsychology 2005, Vol. 19, No. 2, pp. 233-242.
4. Anoxic-Ischemic Encephalopathy and Strokes Causing Impaired Consciousness, Miguel Bussiere, MD, PhD, G. Bryan Young, MD. Neurol Clin 29 (2011) pp 825-836.
5. Mechanisms of Brain Injury after Global Cerebal Ischemia, Izumi Harukuni, MD Anish Bhardwaj, MD. Neurol Clin 24 (2006) 1-21.
6. Prognostication after Cardiac Arrest and Hypothermia, A Prospective Study, Andrea O. Rossetti, MD; Mauro Oddo, MD; Giancarlo Logroscino, MD, PhD; and Peter W. Kaplan, MBBS, FRCP. American Neurological Association 2010; 67: 301-307.
7. Increased Arousal in a Patient with Anoxic Brain Injury After Administration of Zolpidem, Sara Cohen, MD, and Thao T. Duong, MD. American Journal of Phsyical Medicine and Rehab, March 2008, pp. 229-231.
8. Tissue oxygen tension and brain sensitivity to hypoxia, Maria Erecinska, Ian A. Silver. Respiration Physiology 128 (2001) pp. 263-276.

*J Head Trauma Rehabil*
Vol. 28, No. 2, pp. 131–140
Copyright © 2013 Wolters Kluwer Health | Lippincott Williams & Wilkins

# Factors Predicting Functional and Cognitive Recovery Following Severe Traumatic, Anoxic, and Cerebrovascular Brain Damage

*Nicola Smania, MD; Renato Avesani, MD; Laura Roncari, MD; Patrizia Ianes, OT; Paolo Girardi, PhD; Valentina Varalta, Psy; Maria Grazia Gambini, Psy; Antonio Fiaschi, MD; Marialuisa Gandolfi, PhD*

**Objectives:** To compare demographic data, clinical data, and rate of functional and cognitive recovery in patients with severe traumatic, cerebrovascular, or anoxic acquired brain injury (ABI) and to identify factors predicting discharge home. **Participants:** Three hundred twenty-nine patients with severe ABI (192 with traumatic, 104 with cerebrovascular, and 33 with anoxic brain injury). **Design:** Longitudinal prospective study of inpatients attending the intensive Rehabilitation Department of the "Sacro Cuore" Don Calabria Hospital (Negrar, Verona, Italy). **Main measures:** Etiology, sex, age, rehabilitation admission interval, rehabilitation length of stay, discharge destination, Glasgow Coma Scale, Disability Rating Scale (DRS), Glasgow Outcome Scale, Levels of Cognitive Functioning, and Functional Independence Measure. **Results:** Predominant etiology was traumatic; male gender was prevalent in all the etiologic groups; patients with traumatic brain injury were younger than the patients in the other groups and had shorter rehabilitation admission interval, greater functional and cognitive outcomes on all considered scales, and a higher frequency of returning home. Patients with anoxic brain injury achieved the lowest grade of functional and cognitive recovery. Age, etiology, and admission DRS score predicted return home. **Conclusions:** Patients with traumatic brain injury achieved greater functional and cognitive improvements than patients with cerebrovascular and anoxic ABI. Age, etiology, and admission DRS score can assist in predicting discharge destination. **Key words:** *Disability Rating Scale, discharge destination, outcome assessment, predictive factors, prognosis, rehabilitation*

A CQUIRED BRAIN INJURY (ABI) is an umbrella term encompassing both traumatic (ie, cerebral

*Author Affiliations: Department of Neurological, Neuropsychological, Morphological and Movement Sciences (Drs Smania, Roncari, Fiaschi, Varalta, and Gandolfi and Mss Ianes and Varalta), School of Specialization in Physical Medicine and Rehabilitation (Dr Roncari), and Department of Medicine and Public Health, Unit of Epidemiology and Medical Statistics (Dr Girardi), University of Verona; Neuromotor and Cognitive Rehabilitation Research Centre (CRRNC) (Drs Smania and Gandolfi and Mss Ianes and Varalta); Rehabilitation Department, Sacro Cuore Don Calabria, Negrar, Verona (Drs Avesani and Ms Gambini); and IRCCS Ospedale San Camillo Venezia-Lido, Venice (Dr Fiaschi), Italy.*

*A grant from the CariVerona Foundation (Mosaico), Verona, Italy, supported this study.*

*The authors declare no conflicts of interest.*

*Corresponding Author: Nicola Smania, MD, Department of Neurological, Neuropsychological, Morphological and Movement Sciences, U.S.O. Riabilitazione Neurologica, Azienda Ospedaliera Universitaria Integrata Verona "G.B. Rossi" University Hospital; Via L.A. Scuro, 10, 37134 Verona, Italy (nicola.smania@univr.it).*

DOI: 10.1097/HTR.0b013e31823c0127

concussion, brain contusions, diffuse axonal injury, etc) and nontraumatic (intracerebral brain lesions, aneurysms, vascular malformations, anoxia, tumors, and infections) etiologies.[1] The various etiologies may have different mechanisms and vary in the potential for neural and functional recovery.[2]

A severe ABI may lead to significant impairment of an individual's cognitive, physical, and/or psychosocial functioning and thus is a leading cause of lifelong disability.[1,2] Studies have shown that traumatic brain injury (TBI) is a main cause of severe ABI.[1–3] Among nontraumatic etiologies, main causes are cerebrovascular[2,3] and hypoxic injuries (brain anoxia)[3,4] due to cardiac arrest.[5–9]

The main criteria for a severe ABI are a state of coma [Glasgow Coma Scale (GCS) score ≤8], at least 6 hours of loss of consciousness, and at least 1 day of amnesia.[1,5,10] This definition is typically applied to patients with TBI and cannot be easily applied to patients with cerebrovascular and anoxic brain injury, as the duration of loss of consciousness and posttraumatic

131

Copyright © 2013 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

amnesia is difficult to ascertain in patients with these etiologies.[2] Therefore, in this investigation, as in previous studies,[6,11–15] we used the initial postinjury level of the GCS (within the first 24 hours) alone to classify the severity of ABI of the different etiologies.

Predicting outcome of cognitive and sensory-motor impairment, disability, and discharge destination in patients with severe ABI is important to a rehabilitation team because it could improve decision making about the allocation of resources, provide a basis for realistic goal-setting and consequent evaluation of program effectiveness, as well as allow the family to adjust its' expectations and plan for the future.[2,16] Establishing likely functional and discharge outcome in severe ABI is a complex task that must take into account many clinical variables. Studies have assessed functional outcomes and endeavored to identify possible prognostic factors in subjects who have suffered an ABI.

About functional outcomes, some studies focus on only 1 etiology such as stroke,[17–19] TBI,[20–26] or anoxic brain injury[9] whereas others have compared traumatic and nontraumatic brain injuries[2,3,12,27–29] or 2 etiologies such as traumatic and anoxic brain injury.[5–7,30–32]

As a whole, these studies have shown that patients who survive a TBI achieve greater functional and cognitive recovery than those with non-TBI[2,3,9,27–29,33] and that patients with anoxic brain injury have a similar rate of recovery compared with patients with TBI but have a worse outcome, as they tend to reach the upper limit of their potential more quickly than the former.[5,6,8,30–32]

However, many studies have not focused on severe ABI but instead included patients with a range of injury severity from mild to severe.[2,6,30–32] Some studies investigating functional outcomes, prognostic factors, and discharge destination have compared persons with TBI versus non-TBI.[2,12,34] In our view, a main limitation of these studies is that the patients with non-TBI have a mix of etiologies such as cerebrovascular disorders,[2,12] aneurysms,[34] subarachnoid hemorrhage,[12,34] neoplasms,[34] metastases,[34] anoxia,[12,34] inflammation of the brain (encephalitis, meningitis),[2,34] vasculitis,[2] and hydrocephalus.[2] However, some of these etiologies have not unique clinical courses. For example, patients with aneurysms and subarachnoid hemorrhage have potential for improvement whereas patients with neoplasms and metastases tend to progressively deteriorate. Therefore, comparing outcomes of patients with TBI with such a heterogeneous group of patients may lead to inaccurate conclusions. Moreover, studies involving adult patients with severe ABI cannot be compared with studies that include children and young adults.[27,29]

About the prognostic factors, the most commonly studied are age,[10,12,17,18,20,35,36] coma duration,[10,21] posttraumatic amnesia,[10,16] early rehabilitation,[22,36–38] and functional and cognitive levels at admission.[12,16–18,22,39–41] Unfortunately, the results are sometimes contradictory[42,43] and thus only partially clear and congruent conclusions can be drawn and applied to clinical practice in the management of patients with severe ABI of different etiologies.

The aim of this study was to compare patients with severe TBI with patients with severe cerebrovascular and anoxic brain injuries, based on the fact that these 3 etiology groups have a high incidence rate among patients with severe ABI and all have potential for functional recovery. In particular, we compared demographic and clinical data, functional and cognitive outcomes, and discharge destination in patients with severe traumatic, cerebrovascular, or anoxic ABI. In addition, we aimed to identify possible factors predicting discharge home.

## METHODS

### Participants

Between January 2004 and January 2008, a total of 404 patients consecutively admitted to the intensive Rehabilitation Unit of the "Sacro Cuore Don Calabria" Hospital (Negrar, Verona, Italy) were assessed for eligibility. Inclusion criteria were at least 18 years of age, severe ABI[1,5,10] following traumatic, cerebrovascular, or anoxic brain injury as determined by an initial postinjury GCS score (within the first 24 hours) of 8 or lower, and admission to the intensive inpatient Rehabilitation Unit. Excluded were patients with other neurologic (neoplastic, inflammatory) or psychiatric diseases. Nine patients were excluded because of neoplastic etiology, and 5 were excluded because of inflammatory brain damage, leaving 390 patients with moderate to severe ABI. Forty-two patients with TBI and 19 patients with cerebrovascular ABI were excluded because they had a moderate ABI (GCS score between 9 and 12).

Three hundred twenty-nine patients (233 men and 96 women) with severe ABI were recruited and divided into 3 groups (traumatic, cerebrovascular, and anoxic) according to their etiology.

Severe TBIs (58.36%) were caused by motor vehicle accidents, falls, and sport injuries, whereas most severe cerebrovascular ABIs (31.61%) resulted from hemorrhagic stroke (intracerebral or subarachnoid). These patients were initially admitted to the neurosurgery unit or the intensive care unit (ICU) before being admitted to the intensive inpatient Rehabilitation Unit. Causes of severe anoxic ABI (10.03%) were cardiac arrest, monoxide poisoning, or respiratory complications during surgery. The group with TBI contained the greatest percentage of males. Mean age was significantly lower for the group with TBI ($P < .001$). For details, see Table 1.

Copyright © 2013 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

During the rehabilitation stay, all patients received rehabilitation treatment by an interdisciplinary team involving an individualized cognitive and/or neuromotor program according to the patient's primary needs and rehabilitative goals.[2] Subjects received 3 hours of rehabilitation per day from Monday to Friday.[37,44] The study was approved by the Ethics Committee of the Department of Neurological, Neuropsychological, Morphological and Movement Sciences, University of Verona.

### Test procedures

#### Demographic and clinical data

Upon admission to the intensive inpatient Rehabilitation Unit, age, sex, brain damage etiology, GCS score (recorded within 24 hours from the onset of injury), and the number of days since injury (rehabilitation admission interval, RAI) were recorded for all patients. At admission and discharge, the presence of tracheostomy and/or percutaneus endoscopic gastrostomy (PEG) intervention was recorded for all patients. Furthermore, all patients were assessed with the Disability Rating Scale (DRS),[40,45–47] Glasgow Outcome Scale (GOS),[45,48] Levels of Cognitive Functioning (LCF),[40,49] and the Functional Independence Measure (FIM).[47,50] Mortality, discharge destination, and rehabilitation length of stay (RLOS) in days were recorded at discharge.

#### Outcome measures

##### Disability Rating Scale

The DRS is a reliable and validated scale that provides quantitative information regarding disability in patients with ABI and allows monitoring of the patients' progress from coma to community living.[40,45–47] It consists of 8 items that assess 4 categories (arousal and awareness; cognitive ability for self-care activities; physical dependence on others; and psychosocial adaptability).[2] The DRS is scored such that higher scores represent a higher level of disability (range: 0, no disability; 30, death).

##### Glasgow Outcome Scale

The GOS is a global rating of functional recovery in patients with ABI.[45,48] It consists of 5 categories (1 = death; 5 = good recovery).

##### Levels of Cognitive Functioning

The LCF is a valid and reliable categorical scale with 8 levels that is widely used to evaluate recovery of consciousness and communication and for monitoring patients' cognitive and behavioral improvements after brain injury (score ranges from 1 to 8; higher score = better performance).[40,49]

##### Functional Independence Measure

The FIM is a valid and reliable[47,50] scale that rates the patients' ability to perform independently in self-care, sphincter control, transfers, locomotion, communication, and social cognition. It consists of 18 items, each rated on a 7-point scale (score ranges from 18 to 126; higher score = higher level of functioning/increased independence).[23,47,50]

#### Discharge destination

Discharge destination, home versus other, was recorded at time of discharge. "Home" was considered return home to the patient's previous living situation or

#### TABLE 1  *Demographic and clinical characteristics of patients*

| Characteristics | Total | Traumatic | Cerebrovascular | Anoxic | P |
|---|---|---|---|---|---|
| Patients, mean (%) | 329 (100) | 192 (58.36) | 104 (31.61) | 33 (10.03) | |
| Age, mean (SD), y | | 39.36 (18.63) | 55.93 (16.56) | 50.55 (15.25) | <.001[a] |
| Sex, mean (%) | | | | | |
| Male | | 154 (80.21) | 57 (54.81) | 22 (66.67) | <.001[b] |
| Female | | 38 (19.79) | 47 (45.19) | 11 (33.33) | <.001[b] |
| Glasgow Coma Scale, mean (SD) | | 5.42 (1.82) | 5.23 (1.91) | 3.77 (1.39) | <.001[a] |
| RAI, mean (SD), d | | 40.57 (27.11) | 50.71 (15.37) | 58.21 (54.53) | <.001[a] |
| RLOS, mean (SD), d | | 68.08 (72.02) | 83.14 (59.98) | 78.00 (55.09) | .170[a] |
| Tracheostomy, mean (%) | | | | | |
| Admission | | 53 (27.60) | 35 (33.65) | 15 (45.45) | .102[b] |
| Discharge | | 7 (3.65) | 12 (11.54) | 13 (39.39) | <.001[b] |
| Percutaneus endoscopic gastrostomy, mean (%) | | | | | |
| Admission | | 16 (8.33) | 16 (15.38) | 13 (39.39) | <.001[b] |
| Discharge | | 27 (14.06) | 31 (29.81) | 17 (51.52) | <.001[b] |

Abbreviations: RAI, rehabilitation admission interval; RLOS, rehabilitation length of stay; y, years; d, days.
[a]ANOVA.
[b]$\chi^2$ test.

Copyright © 2013 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

that of an extended family, whereas "other" referred to deceased patient, other hospital, or other rehabilitation structure.

### Statistical analysis

The descriptive statistics included frequency tables with percentages and means and standard deviation calculations.

For categorical data (sex, presence of tracheostomy or PEG, and discharge status), the association between 2 variables was tested using a $\chi^2$ test.

ANOVA was used to evaluate the differences among the clinical data and functional measures in the 3 different etiologic groups.

Gain was calculated as the difference between the score at discharge and the score at admission in each measure (eg, difference between the admission DRS and the discharge DRS score). Efficiency was calculated as the amount of improvement in the score of each scale divided by the duration of rehabilitation stay (ie, gain scores divided by RLOS). They were calculated to evaluate mean total and daily recovery during rehabilitation for each scale.

Post hoc comparisons with Bonferroni correction[51] were performed to compare TBI group versus cerebrovascular group, TBI group versus anoxic group, and cerebrovascular versus anoxic group.

Further analyses aimed at investigating the value of the DRS in predicting the probability of a patient returning home were performed. We chose the DRS as the main predictor variable on the basis of the fact that the DRS score showed the highest correlation with the scores of other scales used in this study as demonstrated by Spearman's rank correlation and its associated nonparametric test.

A logistic regression analysis with logit link was used to determine whether etiology can predict patients' return home: for this purpose, the discharge destination was recorded as 1 or 0 depending on whether the "patient returns home" or "patient does not return home," respectively. In the logistic model, etiology was considered as the determinant; age, sex, GCS, RAI, RLOS, admission DRS, and tracheostomy at admission were considered confounders.

A tree regression model was estimated to calculate admission DRS cutoff score needed to identify those individuals with a greater probability of returning home at discharge from inpatient rehabilitation. For each node selection of the tree model, the relative probability of the patient's returning home was calculated. Statistical significance of the tests and parameter coefficients was set at $P < .05$. Data were analyzed using the statistical package R 2.9.1 with Windows operating system and X86 machine.

### RESULTS

#### Demographic and clinical characteristics

Initial severity of injury was significantly different across groups ($F = 9.25$, $P < .001$), with the patients with TBI having the highest GCS scores, followed by those with cerebrovascular and anoxic brain injury, respectively (see Tables 1 and 3).

RAI was significantly different among the groups ($F = 5.91$, $P < .001$). Post hoc comparisons showed that the patients with TBI had significantly shorter RAI than the cerebrovascular and anoxic groups whereas anoxic and cerebrovascular groups did not differ (see Table 3). The RLOS did not significantly differ among the groups. See Table 1 for details.

The frequency of tracheostomy at admission was not significantly different among the groups, but there was a significant difference at discharge, as well as a significantly different frequency of PEG at admission and discharge, with patients with anoxic brain damage showing the highest frequency in both cases.

#### Outcome scales

ANOVA revealed significant differences among the 3 groups on all outcome scales. Post hoc comparisons showed the patients in the TBI group to have a lower grade of disability as well as greater functional independence and cognitive status scores than the patients in the anoxic group at both admission and discharge. Compared with the cerebrovascular group, patients with TBI showed no significant differences with regard to admission DRS, GOS, and LCF scores, whereas at discharge, significant differences were recorded for DRS, GOS, and FIM scores. See Table 2 for the results of the ANOVA tests and see Table 3 for the results of the post hoc tests.

#### Gain and efficiency

Significantly different recovery was reflected in the gain and efficiency scores among the 3 groups for all scales. Post hoc comparisons identified significant differences in DRS, GOS, and FIM gain scores between the TBI and cerebrovascular groups and between the TBI and anoxic groups but no differences in gain between the cerebrovascular and anoxic groups. With regard to LCF gain, a significant difference was found only between those with TBI versus those with anoxic brain injury (Tables 2 and 3).

#### Discharge destination

Three patients with cerebrovascular injury died during inpatient rehabilitation. Within each etiology group, the main discharge destination was home; the comparison among groups revealed a significant difference

Copyright © 2013 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*Factors Predicting Functional and Cognitive Recovery Following Severe Brain Damage*     135

**TABLE 2** *Comparison of severity of injury characteristics and functional outcomes*

| Score | Traumatic | Cerebrovascular | Anoxic | P |
|---|---|---|---|---|
| **Disability Rating Scale** | | | | |
| Admission | 15.04 (6.58) | 15.99 (5.49) | 20.15 (5.18) | <.001[a] |
| Discharge | 9.57 (6.70) | 12.45 (6.85) | 17.48 (7.05) | <.001[a] |
| Gain | −5.47 (4.47) | −3.54 (4.73) | −2.67 (3.67) | <.001[b] |
| Efficiency | −0.17 (0.22) | −0.08 (0.17) | −0.08 (0.15) | <.001[b] |
| **Glasgow Outcome Scale** | | | | |
| Admission | 2.96 (0.61) | 2.93 (0.32) | 2.64 (0.55) | .005[a] |
| Discharge | 3.59 (0.84) | 3.21 (0.73) | 2.88 (0.86) | <.001[a] |
| Gain | 0.63 (0.71) | 0.30 (0.67) | 0.24 (0.56) | <.001[b] |
| Efficiency | 0.02 (0.06) | 0.01 (0.03) | 0.01 (0.04) | .013[b] |
| **Levels of Cognitive Functioning** | | | | |
| Admission | 4.89 (1.91) | 5.04 (1.77) | 3.39 (1.71) | <.001[a] |
| Discharge[c] | 6.19 (1.84) | 6.12 (1.70) | 4.00 (2.02) | <.001[a] |
| Gain[c] | 1.30 (1.22) | 0.98 (1.39) | 0.61 (0.86) | .005[b] |
| Efficiency[c] | 0.04 (0.05) | 0.02 (0.06) | 0.02 (0.04) | .015[b] |
| **Functional Independence Measure** | | | | |
| Admission | 41.96 (31.81) | 32.11 (18.43) | 24.88 (17.72) | <.001[a] |
| Discharge[c] | 74.64 (39.10) | 56.98 (35.46) | 37.36 (31.89) | <.001[a] |
| Gain[c] | 32.29 (29.42) | 24.04 (25.26) | 12.48 (20.32) | <.001[b] |
| Efficiency[c] | 1.22 (2.25) | 0.65 (1.13) | 0.51 (1.06) | .013[b] |

[a] ANOVA.
[b] *P* value of ANOVA adjusted for age and sex.
[c] Statistics performed on 328 patients (1 patient dropped out).

($P < .001$). Patients with TBI had a higher frequency of returning home than the other groups, whereas the lowest percentage corresponded with patients with anoxic ABI. The subjects who did not return home were transferred to other hospitals or other rehabilitation structures (see Table 4).

**TABLE 3** *Multiple pair-wise comparison among the 3 etiologies in each outcome measure*

| | Traumatic vs cerebrovascular | | Traumatic vs anoxic | | Cerebrovascular vs anoxic | |
|---|---|---|---|---|---|---|
| | t | P | t | P | t | P |
| Glasgow Coma Scale | −0.19 | 1.000 | −1.64 | .000 | 1.46 | .002 |
| Rehabilitation admission interval | 10.14 | .036 | 17.64 | .014 | −7.50 | .766 |
| **Disability Rating Scale** | | | | | | |
| Admission | 0.95 | .606 | 5.11 | .000 | −4.16 | .002 |
| Discharge | 2.88 | .002 | 7.92 | .000 | −5.03 | .001 |
| Gain | 1.93 | .001 | 2.80 | .003 | −0.87 | .994 |
| **Glasgow Outcome Scale** | | | | | | |
| Admission | −0.03 | 1.000 | −0.33 | .003 | 0.29 | .016 |
| Discharge | −0.38 | .000 | −0.71 | .000 | 0.33 | .121 |
| Gain | −0.32 | .000 | −0.38 | .009 | 0.05 | 1.000 |
| **Levels of Cognitive Functioning** | | | | | | |
| Admission | 0.15 | 1.000 | −1.50 | .000 | 1.64 | .000 |
| Discharge | −0.07 | 1.000 | −2.18 | .000 | 2.12 | .000 |
| Gain | −0.32 | .109 | −0.69 | .010 | 0.37 | .407 |
| **Functional Independence Measure** | | | | | | |
| Admission | −9.85 | .009 | −17.08 | .003 | 7.22 | .546 |
| Discharge | −17.65 | .000 | −37.27 | .000 | 19.61 | .028 |
| Gain | −8.25 | .043 | −19.80 | .000 | 11.55 | .108 |

www.headtraumarehab.com

Copyright © 2013 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

**TABLE 4** *Patients' discharge destination*

| Discharge destination | Traumatic | Cerebrovascular | Anoxic | P |
|---|---|---|---|---|
| **Home** | 163 (84.90) | 58 (55.77) | 15 (45.45) | <.001[a] |
| **Others** | | | | |
|    Deceased | 0 (0) | 3 (2.88) | 0 (0) | |
|    Hospital | 20 (10.42) | 18 (17.31) | 9 (27.27) | |
|    Rehabilitation structure | 9 (4.69) | 25 (24.04) | 9 (27.27) | |

Values are expressed as number (percentage).
[a]$\chi^2$ test; comparison performed between destination (home vs others) and type of injury.

### Correlation among the clinical scales

Among the scales, the DRS was chosen for the regression analysis and tree regression because it showed the highest significant correlation with all the others (Spearman $\rho$ DRS-GOS: $-0.754$; $\rho$ DRS-LCF: $-0.916$; $\rho$ DRS-FIM: $-0.895$; $P < .001$).

### Logistic model for returning home prevision and tree regression

In the model, the referential participant taken into consideration is a patient who is younger than 45 years, female, and has a traumatic etiology of injury. Etiology had a clinical influence on patients' return home [cerebrovascular vs TBI: odds ratio (OR) = 0.259, 95% confidence interval (CI) = 0.115–0.580; anoxic vs TBI: OR = 0.316, 95% CI = 0.110–0.911]. Age and DRS score at admission significantly influenced the probability of returning home at discharge. Sex, GCS score, RAI, RLOS, and the presence of tracheostomy at admission did not significantly influence the probability of discharge home (see Table 5).

The tree regression analysis identified the range of admission DRS scores correlating with the patient's probability of returning home. In particular, those with DRS scores lower than 19.5 were more likely to return home (86%) whereas those with DRS scores higher than 22.5 had a lower probability of home discharge (35%). For the patients with an admission DRS score between 19.5 and 22.5, the probability of returning home was 54%.

### DISCUSSION

In this study, we demonstrated significant group differences in demographic and clinical data, functional and cognitive outcomes, and discharge destination in patients with severe ABI due to TBI, cerebrovascular accident, or anoxia. In addition, we identified prognostic factors in discharge destination and, in particular, how

scores on the DRS at admission can predict the probability of return home.

It is worth noting that despite the extensive literature devoted to the outcome of persons with TBI versus non-TBI, only tentative conclusions useful for clinical practice can be drawn because of differences in group composition or because of the small number of patients examined.

A main drawback in previous studies is that they have compared patients with TBI to "blended" groups of patients with non-TBI,[2,34] where the latter have various brain injury etiologies and thus could have very different outcome and potential of recovery.[2,34] Thus, compared with the large amount of data specific to the outcome of TBI, it is difficult to find homogeneous patterns of outcome among the multifaceted aspects of the non-TBI subcategories.

Therefore, in this study, we choose 3 major etiologic categories based on their high incidence and congruent tendency toward functional recovery (although at different rates). Thus, we excluded categories that have frequent spontaneous worsening (eg, neoplasms or vasculitis) or infrequent occurrence (eg, encephalitis, hydrocephalus).

One main issue for discussion arising from our study concerns the difference in the severity of the clinical picture among the 3 etiologic groups. Our results suggest that patients with TBI and cerebrovascular injury are typically less severely affected than those with anoxia as indexed by the level of GCS within 24 hours after the injury and the levels of DRS, GOS, and LCF at admission; patients with TBI and cerebrovascular damage display a similar severity on all outcome measures except for the FIM.

Here, it is important to underline that our patients with cerebrovascular damage were all admitted from the neurosurgery or the ICU. Thus, most underwent surgical removal of intracerebral hemorrhage or subarachnoid hemorrhage and consequently they represent a select sample of patients with severe cerebrovascular disease. This explains why these patients had such low GCS

Copyright © 2013 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

*Factors Predicting Functional and Cognitive Recovery Following Severe Brain Damage*   137

**TABLE 5** *Results of a logistic regression model reported with odds ratio and 95% confidence interval*[a]

|  | Odds ratio | P | 95% Confidence interval |
|---|---|---|---|
| Cerebrovascular (vs traumatic injury) | 0.259 | .001[b] | 0.115–0.580 |
| Anoxic (vs traumatic injury) | 0.316 | .033[b] | 0.110–0.911 |
| Age (>45), y | 0.430 | .027[b] | 0.203–0.910 |
| Sex (male) | 0.652 | .263 | 0.308–1.379 |
| Glasgow Coma Scale | 1.041 | .688 | 0.855–1.267 |
| RAI, d | 1.000 | .956 | 0.990–1.010 |
| RLOS, d | 0.998 | .362 | 0.992–1.003 |
| Admission DRS | 0.875 | <.001[b] | 0.811–0.943 |
| Tracheostomy at admission | 0.537 | .112 | 0.249–1.156 |

Abbreviations: DRS, Disability Rating Scale; RAI, rehabilitation acute interval; RLOS, rehabilitation length of stay; Tracheostomy at admission, presence of tracheostomy at admission; y, years; d, days.
[a]Each odds ratio was adjusted for other variables in the final model that included the 9 variables listed in the table.
[b]$P < .05$.

scores when compared with the larger population of patients with stroke (ie, ischemic stroke).

With regard to disease severity, previous studies report conflicting results. The studies involving patients with TBI and anoxia report similar levels of GCS and FIM scores in these 2 groups.[6,30] This discrepancy with respect to our data may be explained by differences in selection criteria. Indeed, while our study included only patients with severe ABI, the other studies also included patients with a mild to moderate clinical condition.[6,30]

As to studies comparing patients with TBI versus patients with non-TBI, results across studies have been somewhat divergent. A recent study by Colantonio et al[34] on a very large sample of patients reported higher admission FIM scores in the TBI group, congruent with our findings. On the contrary, a study by Cullen et al[2] reported similar levels of FIM and DRS scores at admission in both (TBI and non-TBI) groups. In our view, this inconsistency may be mainly related to the multifarious composition of the non-TBI groups in the studies.

The length of the RAI in the different groups is an interesting subject of discussion. In our study, the TBI group had a shorter RAI than the other groups. On the other hand, the literature contains reports of similar RAI between patients with TBI and patients with anoxic brain injury[31,32] and between patients with TBI and non-TBI.[2] In our view, this discrepancy may be explained by differences in the organization of rehabilitation care in different countries. In a Canadian study, patients were admitted to the rehabilitation ward after a longer stay (RAI range, 72–84 days)[2] in the ICU than patients in an Italian study (RAI range, 50–62 days[3]; RAI range, 40–58 days in our study) or those in an Austrian study (RAI range, 27–55 days).[5] These different results could imply that patients in Canada are admitted to rehabilitation

units when they are rather medically stable and thus in a more favorable stage of their recovery. Furthermore, this could imply that the rehabilitation wards in Italy and Austria not only offer rehabilitation but can also provide some intensive care procedures.

Another issue deserving discussion deals with the rate of recovery during the rehabilitation stay. This study shows that patients with TBI have an overall greater recovery rate (gain) than the other groups. Moreover, although patients with cerebrovascular damage display greater average gain scores than patients with anoxia, these differences are not statistically significant. Previous large-scale studies comparing patients with TBI versus patients with non-TBI reported data congruent with our own.[2,34] However, studies that compared patients with TBI with those with anoxia report conflicting data. Indeed, as in our study, 2 studies reported that patients with TBI achieve greater gains than patients with anoxia.[31,32] On the other hand, Shah et al[6,30] reported that these groups have a similar daily recovery rate and that patients with anoxia tend to have a greater gain than those with TBI. The discrepancy found in the latter studies might be attributed to the small patient samples or to the different levels of severity of the patients (mild, moderate, and severe) included.

The main discharge destination at the end of rehabilitation was home. This occurred most often with TBI patients and least often for those with anoxia. This is in accordance with some studies,[6,9,17,31] but others reported an almost similar rate of return home for patients with TBI and anoxic brain injury.[5,30] Those who did not return home were instead transferred to other hospitals or other rehabilitation or hospital wards.

The logistic regression demonstrated that age, etiology, and DRS admission score most significantly influenced return home. Many previous studies have

www.headtraumarehab.com

Copyright © 2013 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

confirmed that age can predict outcome or discharge home.[7,28,39] One study, however, did not show a significant difference in discharge destination in younger and older individuals with TBI.[20]

The highest probability of returning home, seen in persons with TBI compared with those with cerebrovascular damage and anoxia, could have been due to the lower grade of disability and better cognitive status in these subjects at discharge. This fact, confirmed by the assessment scores, may be associated with an easier management of these patients at home. The lower age of subjects with TBI may be associated with an increased probability to return home because, most likely, these patients have young parents who are able to assist them with their activities of daily living.[20] Subjects with cerebrovascular damage (who in our sample more frequently returned home than subjects with anoxia) demonstrated a lower probability of return home than those with TBI etiology, as shown by logistic regression. This can be explained by the older age of subjects with cerebrovascular damage and by the consequently higher incidence of comorbidity, which increases the likelihood of admission to other destinations because they may be more difficult to manage at home.[3]

Among the various scales, the DRS was selected for the logistic regression because it demonstrated the highest correlation with the other scales used in the study. In particular, the correlation between DRS and LCF was almost optimal (0.89). Studies have provided data regarding the increased specificity and usefulness of this scale compared with others as well as its reduced incidence of ceiling and floor effects.[40,45,47] The increased sensitivity of this scale remains even 2 years after the acute event, and the ceiling effect is minimal even at 5 years after the acute event in subjects with TBI.[23] Studies have confirmed the prognostic value of the DRS score.[16,40,41,46]

To our knowledge, no previous studies have calculated the probability of return home on the basis of specific scores on clinical scales and features in individuals with severe ABI of traumatic, cerebrovascular, or anoxic etiology. The data obtained by the tree regression demonstrated that even patients with severe disability (DRS score <19.5 at admission) have a high probability of returning home (86%). To the contrary, patients in a vegetative state at admission to rehabilitation (DRS score >22.5 at admission) have a far lower

probability of returning home (35%) and therefore of a good outcome, independent of the evolution of their clinical picture.

Although discharge destination in patients with severe ABI depends on many variables, including socioeconomic and psychosocial factors, the identification of clinical factors capable of predicting the probability of returning home could be of relevance in the management of patients, as it could assist clinicians in creating appropriate goals, ensuring that both patients and families have realistic expectations about rehabilitation as they begin to plan for the future. In the first stages after admission, clinicians could plan the most suitable rehabilitative program for the patient and, if there is a high probability that the individual will return home, immediately start training the caregivers in necessary postdischarge skills and knowledge. On the contrary, if the probability of returning home is low, clinicians could immediately start considering alternate discharge destinations.

Limitations of the current study. include that no follow-up was performed; thus, we do not know whether patients remained home once discharged, and data on comorbidities were not collected.

## CONCLUSIONS

This study describes the different patterns of functional and cognitive recovery of patients with severe traumatic, cerebrovascular, or anoxic ABI during inpatient rehabilitation. Although all participants showed some degree of recovery between admission and discharge, those with TBI achieved a greater recovery and returned home more often than patients with cerebrovascular and anoxic brain injury.

Moreover, some demographic and clinical data, specifically age, etiology, and admission DRS score, may be considered as main factors predicting discharge destination. In particular, the admission DRS score was found to be a useful predictor of the probability of returning home in patients with all 3 etiologies of ABI.

Findings of this study could improve knowledge on recovery potential in patients suffering from the most frequent etiologies of severe ABI. Furthermore, they could help clinicians in the planning and organization of rehabilitative procedures from the very early phases of inpatient rehabilitation.

## REFERENCES

1. Teassel R, Bayona N, Marshall S, et al. A systematic review of rehabilitation of moderate to severe acquired brain injuries. *Brain Inj.* 2007;21(2):107–112.

2. Cullen NK, Park YG, Bayley MT. Functional recovery following traumatic vs non-traumatic brain injury: a case-controlled study. *Brain Inj.* 2008;22:1013–1020.

3. Zampolini M. Lo studio GISCAR sulle gravi cerebrolesioni acquisite. Aspetti metodologici e dati preliminari. *Ital J Rehabil Med MR.* 2003;17:15–27.

4. Sazbon L, Zagreba F, Ronen J, Solzi P, Costeff H. Course and outcome of patients in vegetative state of nontraumatic aetiology. *J Neurol Neurosurg Psychiatry.* 1993;56:407–409.

Copyright © 2013 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

5. Fertl E, Vass K, Sterz F, Gabriel H, Auff E. Neurological rehabilitation of severely disabled cardiac arrest survivors, part I: course of post-acute inpatient treatment. *Resuscitation.* 2000;47:231–239.

6. Shah MK, Al-Adawi S, Dorvlo ASS, Burke DT. Functional outcomes following anoxic brain injury: a comparison with traumatic brain injury. *Brain Inj.* 2004;18(2):111–117.

7. Grosswasser Z, Cohen M, Costeff H. Rehabilitation outcome after anoxic brain damage. *Arch Phys Med Rehabil.* 1989;70:186–188.

8. Schmidt JG, Drew-Cates J, Dombovy ML. Anoxic encephalopathy: outcome after inpatient rehabilitation. *NeuroRehabil Neural Repair.* 1997;11:189–195.

9. Burke DT, Shah MK, Dorvlo ASS, Al-Adawi S. Rehabilitation outcomes of cardiac and non-cardiac anoxic brain injury: a single institution experience. *Brain Inj.* 2005;19:675–680.

10. Boake C, Francisco GE, Ivanhoe CV, Kothari S. Brain injury rehabilitation. In: Braddom RL, ed. *Physical Medicine and Rehabilitation.* Philadelphia, PA: WB Saunders; 2000:1073–1116.

11. Cowen TD, Meythaler JM, DeVivo MJ, Ivie CS, Lebow J, Novack TA. Influence of early variables in traumatic brain injury on Functional Independence Measure scores and rehabilitation length of stay and charges. *Arch Phys Med Rehabil.* 1995;76(9):797–803.

12. Gray DS, Burnham R. Preliminary outcome analysis of a long-term rehabilitation program for severe acquired brain injury. *Arch Phys Med Rehabil.* 2000;81:1447–1456.

13. Hillen T, Dundas R, Lawrence E, Stewart JA, Rudd AJ, Wolfe CDA. Antithrombotic and antihypertensive management 3 months after ischemic stroke: a prospective study in an inner city population. *Stroke.* 2000;31:469–475.

14. Riachy M, Sfeir F, Sleilat G, et al. Prediction of the survival and functional ability of severe stroke patients after ICU therapeutic intervention. *BMC Neurol.* 2008;26:8–24.

15. Rosen DS, Macdonald RL. Subarachnoid hemorrhage grading scales a systematic review. *Neurocrit Care.* 2005;2:110–118.

16. Fleming JM, Thy BO, Maas F. Prognosis of rehabilitation outcome in head injury using Disability Rating Scale. *Arch Phys Med Rehabil.* 1994;75:156–163.

17. Sandstrom R, Mokler PJ, Hoppe KM. Discharge destination and motor function outcome in severe stroke as measured by the Functional Independence Measure/Function-Related Group Classification System. *Arch Phys Med Rehabil.* 1998;79:762–765.

18. Alexander MP. Stroke rehabilitation outcome: a potential use of predictive variables to establish levels of care. *Stroke.* 1994;25:128–134.

19. Paolucci S, Antonucci G, Grasso MG, et al. Functional outcome of ischemic and hemorrhagic stroke patients after inpatient rehabilitation. A matched comparison. *Stroke.* 2003;34:2861–2865.

20. Cifu DX, Kreutzer JS, Marwitz JH, Rosenthal M, Englander W, High W. Functional outcomes of older adults with traumatic brain injury: a prospective, multicenter analysis. *Arch Phys Med Rehabil.* 1996;77:883–888.

21. Dikmen SS, Machamer JE, Powell JM, Temkin NR. Outcome 3 to 5 years after moderate to severe traumatic brain injury. *Arch Phys Med Rehabil.* 2003;84:1449–1457.

22. Rappaport M, Herrero-Backe C, Rappaport ML, Winterfield KM. Head injury outcome up to ten years later. *Arch Phys Med Rehabil.* 1989;70:885–892.

23. Hammond FM, Grattan KD, Sasser H, Corrigan JD, Bushnik T, Zafonte RD. Long-term recovery course after traumatic brain injury: a comparison of the Functional Independence Measure and Disability Rating Scale. *J Head Trauma Rehabil.* 2001;3:318–328.

24. Lippert-Gruner M, Lefering R, Svestkova O. Functional outcome at 1 vs 2 years after severe traumatic brain injury. *Brain Inj.* 2007;21:1001–1005.

25. Kothari S, Flanagan SR, Kwasnica C, Brown AW, Elovic EP. Congenital and acquired brain injury, part 5: emerging concepts in prognostication, evaluation and treatment. *Arch Phys Med Rehabil.* 2008;89:S27–S31.

26. Tooth L, McKenna K, Strong J, Ottembacher K, Connel J, Clearly M. Rehabilitation outcomes for brain injured patients in Australia: functional status, length of stay and discharge destination. *Brain Inj.* 2001;15:613–631.

27. Fragala MA, Haley SM, Dumas HM, Rabin JP. Classifying mobility recovery in children and youth with brain injury during hospital-based rehabilitation. *Brain Inj.* 2002;16(2):149–160.

28. Formisano R, Bivona U, Penta F, et al. Early clinical predictive factors during coma recovery. *Acta Neurochir Suppl.* 2005;93:201–205.

29. Eilander HJ, Timmerman RBW, Scheirs JGM, Van Heugten CM, De Kort PLM, Prevo AJH. Children and young adults in a prolonged unconscious state after severe brain injury: long-term functional outcome as measured by the DRS and the GOSE after early intensive neurorehabilitation. *Brain Inj.* 2007;21:53–61.

30. Shah MK, Carayannopoulos AG, Burke DT, Al-Adawi S. A comparison of functional outcomes in hypoxia and traumatic brain injury: a pilot study. *J Neurol Sci.* 2007;260:95–99.

31. Cullen NK, Crescini C, Bayley MT. Rehabilitation outcomes after anoxic brain injury: a case-controlled comparison with traumatic brain injury. *Phys Med Rehabil.* 2009;1:1069–1076.

32. Cullen NK, Weisz K. Cognitive correlates with functional outcomes after anoxic brain injury: a case-controlled comparison with traumatic brain injury. *Brain Inj.* 2011;25:35–43.

33. Kwasnica C, Brown AW, Elovic EP, Kothari S, Flanagan SR. Congenital and acquired brain injury, part 3: spectrum of the acquired brain injury population. *Arch Phys Med Rehabil.* 2008;89:S15–S20.

34. Colantonio A, Gerber G, Bayley M, Deber R, Yin J, Kim H. Differential profiles for patients with traumatic and non-traumatic brain injury. *J Rehabil Med.* 2011;43:311–315.

35. Marshall LF, Gautille T, Klauber MR, et al. The outcome of severe closed head injury. *J Neurosurg.* 1991;75:S28–S36.

36. Malec JF, Basford JS. Postacute brain injury rehabilitation. *Arch Phys Med Rehabil.* 1996;77:198–207.

37. Flanagan SR, Kwasnica C, Brown AW, Elovic EP, Kothari S. Congenital and acquired brain injury, part 2: medical rehabilitation in acute and subacute settings. *Arch Phys Med Rehabil.* 2008;89:S9–S14.

38. Stucki G, Stier-Jarmer M, Grill E, Melvin J. Rationale and principles of early rehabilitation care after an acute injury or illness. *Disabil Rehabil.* 2005;27:353–359.

39. Oczkowski WJ, Barreca S. The Functional Independence Measure: its use to identify rehabilitation needs in stroke survivors. *Arch Phys Med Rehabil.* 1994;74:1291–1294.

40. Gouvier WD, Blanton PD, La Porte KK, Nepomuceno C. Reliability and validity of the Disability Rating Scale and the Levels of Cognitive Functioning Scale in monitoring recovery from severe head injury. *Arch Phys Med Rehabil.* 1987;68:94–97.

41. Eliasson MR, Topp BW. Predictive validity of Rappaport's Disability Rating Scale in subjects with acute brain dysfunction. *Phys Ther.* 1984;64:1357–1360.

42. Husson EC, Ribbers GM, Willemse-Van Son AHP, Verhagen AP, Stam HJ. Prognosis of six-month functioning after moderate to severe traumatic brain injury: a systematic review of prospective cohort studies. *J Rehabil Med.* 2010;42:425–436.

43. *Stroke Prevention and Educational Awareness Diffusion (SPREAD).* 6th ed. Milan, Italy: Stroke Prevention and Educational Awareness Diffusion; 2010. www.spread.it. Accessed July 1, 2010.

44. Taricco M, De Tanti A, Boldrini P, Gatta G. National Consensus Conference. The rehabilitation management of traumatic brain injury patients during the acute phase: criteria for referral and transfer

Copyright © 2013 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

from intensive care units to rehabilitative facilities (Modena June 20–21, 2000). *Eur Medicophys.* 2006;42:73–84.

45. Hall KM, Cope DN, Rappaport M. Glasgow Outcome Scale and Disability Rating Scale: comparative usefulness in following recovery in traumatic head injury. *Arch Phys Med Rehabil.* 1985;66:35–37.

46. Rappaport M, Hall KM, Hopkins K, Belleza T, Cope DN. Disability rating scale for severe head trauma: coma to community. *Arch Phys Med Rehabil.* 1982;63:118–123.

47. Hall KM, Mann N, High W, Wright J, Kreutzer JS, Wood D. Functional measures after traumatic brain injury: ceiling effects of FIM, FIM + FAM, DRS and CIQ. *J Head Trauma Rehabil.* 1996;11:27–39.

48. Jennet B, Snoek J, Bond MR. Disability after severe head injury: observation on the use of the Glasgow Outcome Scale. *J Neurol Neurosurg Psychiatry.* 1981;44:285–293.

49. Hagen C, Malkmus D, Durham P. Levels of Cognitive Functioning. In: *Rehabilitation of the Head Injured Adult. Comprehensive Physical Management.* 8th ed. Downey, CA: Professional Staff Association of Rancho Los Amigos Hospital Inc; 1979:87–88.

50. Ottenbacher KJ, Hsu Y, Granger CV, Fiedler RC. The reliability of the Functional Independence Measure: a quantitative review. *Arch Phys Med Rehabil.* 1996;77:1226–1232.

51. Benjamini Y, Hochberg Y. Controlling the false discovery rate: a practical and powerful approach to multiple testing. *J R Stat Soc Ser B.* 1995;57:289–300.

Copyright © 2013 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

NeuroRehabilitation 26 (2010) 5–13
DOI 10.3233/NRE-2010-0531
IOS Press

5

# Hypoxic-ischemic brain injury: Pathophysiology, neuropathology and mechanisms

Katharina M. Busl and David M. Greer*
*Department of Neurology, Massachusetts General Hospital, Harvard Medical School, Boston, MA, USA*

**Abstract.** Hypoxic-ischemic brain injury is a well known consequence of cardiac arrest. Variable injuries can occur with purely hypoxic or histotoxic insults such as asphyxiation and carbon monoxide poisoning. The injury may happen at the time of the insult, but there may also be continued damage after circulation and oxygenation are reestablished. The nature and extent of the damage appears to depend on the severity, time course and duration of the oxygen deprivation and lack of blood supply, as well as on the underlying mechanism. This review describes the pathophysiological and molecular basis of hypoxic ischemic brain injury, and differentiates between the mechanisms of injury by cardiac arrest, pure respiratory arrest, and arrest secondary to cytotoxicity (e.g. carbon monoxide poisoning).

## 1. Introduction

Due to its high metabolic demand, the brain is very susceptible to damage from deprivation of blood supply. Animal studies have shown that after onset of ischemia, the concentrations of brain glucose, glycogen, adenosine triphosphate (ATP) and phosphocreatine fall immediately and are nearly completely depleted within 10–12 minutes of ischemia [70]. Depending on the animal model and conditions, neuronal damage and irreparable brain damage have been demonstrated within several minutes after the onset of global ischemia [49, 66], while other models have shown longer (as long as one hour) tolerance of circulatory arrest, with subsequent functional recovery [32,35]. Damage can also occur in a delayed fashion [54]. Primary respiratory arrest often leads to brain dysfunction that tends to be transient, resulting in less severe and permanent damage than that caused by a primary ischemic insult. This is particularly true if the insult is purely hypoxic without circulatory arrest. Carbon monoxide poisoning can either result in a pattern of brain injury observed in isolated hypoxia, or, if the degree of toxicity leads to systemic hypotension, be comparable to an ischemic-anoxic injury.

The pathogenesis of brain injury is somewhat different in each of the etiologies, and the prognosis for neurological recovery depends on the underlying mechanism. Understanding these mechanisms help the clinician to understand the potential for recovery.

## 2. Pathophysiology of brain injury in cardiac arrest

The pathophysiology of ischemic brain injury has been explored with the help of different animal models. The starting point and the duration of the perfusion deficit can be defined accurately by induction of cardiac arrest or occlusion of the major arteries and ceasing the circulation to the brain. In humans, unless in situations of witnessed cardiac arrest, the exact downtime is rarely known, and reported periods of ischemia and anoxia are often vague. In general, the extent of tissue affected by ischemia, the severity of neurological findings and

*Address for correspondence: David M. Greer, ACC 739A, Massachusetts General Hospital, 55 Fruit Street, Boston, MA 02114, USA. Tel.: +1 617 726 8459; Fax: +1 617 726 5043; E-mail: dgreer @partners.org.

ISSN 1053-8135/10/$27.50 © 2010 – IOS Press and the authors. All rights reserved

6  *K.M. Busl and D.M. Greer / Hypoxic-Ischemic brain injury: Pathophysiology, neuropathology and mechanisms*

the rapidity of recovery are directly related to the length of the circulatory arrest. After 15 minutes of global ischemia with cardiac arrest, up to 95% of brain tissue is damaged [2].

Ischemic cell death is characterized by a delay between the insult and the manifestation of major cell damage. This delay varies and is dependent on the type and duration of the insult, the affected brain region and the cell type. Cell damage can appear in as little as a few hours, and as much as four days later. Based on the duration of the ischemia, the onset will be earlier or later, with longer durations leading to a shorter delay in manifestation [46]. After the onset of circulatory arrest, there is reflexive vascular dilatation if cerebrovascular autoregulation is appropriate. With ongoing arrest, stasis of the blood provokes a fall in viscosity which lowers resistance in low resistance regions (capillaries, veins) to buffer the pressure of adjacent higher resistance regions [20].

## 3. Biochemical changes

The microscopic mechanisms for tissue injury during the interruption of circulation are manifold. Early changes in global ischemia consist of anoxic depolarizations, which lead to changes in the intra- and extracellular electrolyte composition, and a fall in ATP. Anoxic depolarization is one of the main events observed in an anoxic-ischemic insult in vivo [71]. Between 60 and 180 seconds after the onset of global ischemia, a large negative direct-current shift occurs in both neuropil and cell body regions of the ischemic tissue. Due to impaired cell membrane function, extracellular sodium, chloride and calcium decrease, and potassium leaks into the extracellular space [71]. The abrupt fall in the extracellular calcium concentration at the time of anoxic depolarization and the calcium influx into the cell lead to an approximate 25% increase in total cell calcium [38]. The calcium entry likely takes place via NMDA receptors [25]. This increase in intracellular calcium activates calcium-dependent processes, such as the calpain system, which is involved in remodeling of cytoskeletal and membrane structures, signal transduction pathways, and apoptosis [26]. Calpain plays an important role in global ischemic damage [5], as calpain inhibitors appear to reduce cell death effectively [45]. The sodium-induced damage seems to be a combination of increasing cytosolic calcium, depleting ATP, and glutamate release. Drugs that block sodium fluxes and prevent increases in intracellular sodi-

um during anoxia or ischemia are protective in global ischemia [47].

High energy phosphates (i.e. ATP) drop to their lowest values within one to two minutes [39], and lactic acid and hydrogen ions ($H^+$) are released into the local environment. Acidosis abounds on a local level: the extracellular space begins to become acidic within 20 seconds of the ischemic or anoxic insult [67], and the intracellular pH follows and reaches a minimal value after two minutes [68]. A pH of 6.1 to 6.5 can be survivable for neurons for a period of ten to twelve minutes [36]. Greater and longer lasting acidosis further worsens cell function and edema. Hyperglycemia may worsen acidosis caused by increased amounts of lactic acid. Chronic hyperglycemia is associated with increased ischemic damage and mortality [36].

In addition, glutamate, an excitotoxic neurotransmitter, is released, and a number of destructive enzymes, including lipases, proteases and nucleases, are activated, which break down neuronal tissue. Free radical formation is also increased during the early period after global brain ischemia [55]. Furthermore, nitric oxide production is elevated, and peroxynitrite, the major mediator of nitric oxide toxicity, is produced after global ischemia [19]. By eliminating nitric oxide in neuronal nitric oxide synthase knock out mice, cell loss was reduced from 85% to 32% in the pyramidal cell layer in one animal study [51]. Table 1 summarizes the biochemical mechanisms leading to cell damage in a hypoxic-ischemic event.

## 4. Functional changes of the cell in hypoxic-ischemic insult

Mitochondrial damage occurs early after the intracellular calcium accumulation [62]. Transient mitochondrial swelling can be observed, along with disaggregation of polyribosomes, and abnormal Golgi complexes [54]. The mitochondrial dysfunction causes a further lack of ATP repletion, overproduction of free radicals, and increasing inability of the cell to buffer the calcium loads. The cytoskeleton is damaged and the cells cannot maintain their cell structure, which is an important factor in the process toward cell death. Protein synthesis is profoundly depressed by ischemia; this persists for variable periods of time, from one to 24 hours, depending on the model and the time to reperfusion [14,21]. Protein synthesis recovers completely or near completely over 12–48 hours in the regions in which cells are preserved enough to recover, but there

Table 1
Biochemical mechanisms in hypoxic-ischemic brain injury

| Mechanism | Immediate effect | Result |
|---|---|---|
| Anoxic depolarization | ↓ extracellular sodium | |
| | ↓ extracellular calcium | Activation of calcium-dependent |
| | ↑ intracellular calcium | processes (calpain system) |
| ATP depletion | Local acidosis | Generalized acidosis, cell damage, edema |
| Glutamate release | Excitotoxic activation of enzymes | Neuronal tissue breakdown |
| Free radical formation, Nitric oxide production | | Cell break down |

Table 2
Functional cell changes in hypoxic-ischemic injury

| Underlying functional problem | Result |
|---|---|
| Mitochondrial damage | Lack of energy repletion |
| Cytoskeletal damage | Inability to maintain cell structure |
| Glutamate receptor activation | Immediate early gene upregulation |
| | Heat shock protein production |

is no recovery to normal function in dying cells [69]. The increased amount of cytosolic calcium, as well as NMDA receptor activation are etiological factors in the inhibition of neuronal protein synthesis [61].

Excitotoxic activation of glutamate receptors plays a major role in the induction of heat shock proteins and in triggering the rapid transcription of a large number of immediate early genes within the first 30 minutes after the onset of global ischemia or hypoxia-ischemia [41]. There is a regional difference in the upregulation of proteins, as immediate early genes have been found to be induced in neurons and non-nerve cells in damaged regions in the setting of a moderate hypoxic-ischemic event, whereas in a severe event, they would be induced in non-damaged regions as well [8,17]. The Bcl-2 group of proteins was found to be selectively upregulated in nonvulnerable regions of the hippocampus [30], and appears to function as protective against free radical-mediated cell death [37]. Table 2 provides an overview over the functional aspects of cell damage after a hypoxic-ischemic insult.

## 5. Reperfusion after circulatory arrest

With the return of spontaneous circulation, there is return of oxygen and metabolite supply, and metabolic activity is resumed. Cell death does not occur as long as reperfusion is established within a certain period of time, the "revival period" [33]. However, the process of cell damage is not necessarily over once circulation is resumed. Despite the re-establishment of an adequate systemic circulation, the cerebral circulation may remain significantly impaired. After the return

of spontaneous circulation following a cardiac arrest, a rapidly occurring, short-lived period of hyperemia is soon replaced by a more protracted period of global and multifocal hypoperfusion (the "no-reflow phenomenon") [2]. During the post-ischemic hyperemia period, which lasts for about 15 minutes, blood flow is two to three times higher than normal levels [16]. The blood flow then becomes markedly reduced, to 30 to 50% of the normal flow in the period of hypoperfusion, which lasts between 6 and 24 hours [16,44]. The cause of such circulatory impairment after a limited time of ischemia seems to be a combination of a change in the state of blood in the cerebral vasculature. The viscosity of blood is directly related to the concentrations of plasma proteins and of the formed blood elements. Due to the shift of inorganic electrolytes and water from the plasma into the surrounding parenchyma during the ischemic insult, these concentrations are increased [2].

While vascular spasm has been reported to occur during asphyxia, it preferentially affects the larger size vessels [48]. Much of the impaired blood flow in the brain occurs on the microcirculatory level. Studies have shown that stasis of blood flow for 15 minutes results in failure of reflow on the microvascular level, which involves up to 50% or more of the total brain mass [23]. The capillary lumen is reduced by swelling of the surrounding cells and the endothelium [2], and capillary flow is impeded by red blood cell sludging and disseminated intravascular coagulation [23]. It may also be impaired by the increased adhesion of leukocytes to the vascular endothelium. The resulting mismatch between blood flow and oxygen requirements of the tissue may provoke secondary hypoxia [33]. It has also been noted that the blood brain barrier becomes several fold

8      *K.M. Busl and D.M. Greer / Hypoxic-Ischemic brain injury: Pathophysiology, neuropathology and mechanisms*

more permeable to normally poorly permeant small solutes (e.g. sucrose) 6 hours after global ischemia, but then returns to normal by 24 hours [58]; it is not clear whether the increased transport across the blood brain barrier contributes to further damage or serves as part of the repair mechanisms.

Once cerebral circulation is effectively reinstituted, another phase of injury, the so-called "reperfusion injury", may occur. Free radical formation and nitric oxide toxicity are more pronounced in the early reperfusion period [19,55], and further glutamate release as well as a renewed calcium shifts occur [10]. With blood inflow, there is an influx of polymorphonuclear leukocytes into the ischemic area. The polymorphonuclear cells promote peroxidative changes contributing to the reperfusion injury [9]. Furthermore, the reconstitution of blood flow can result in edema and microhemorrhages due to the dysfunctional and damaged capillaries, which increases brain swelling even further. Thus, even after resumption of systemic circulation, damaging processes may be ongoing.

## 6. Neuronal cell death

Pathological studies have brought evidence for different types of neuronal cell death after an ischemic insult [46]. Ischemic cell damage can culminate in primary necrotic cell death, if the revival time of brain is exceeded by the ischemic event; this is the most prevalent type [34]. The second important mechanism of cell death after hypoxic-ischemic insults is apoptosis. Another form of cell death in ischemia is free radical-induced damage and autophagocytosis [34]. The different types of cell damage can be seen at the same time in the same cell populations [18].

In necrotic cell death, visible change may be minimal in the initial hours following an ischemic event, consisting mostly of "cloudy swelling" of the nuclear region of neurons and loss of a basophilic appearance to the nucleus [1,49]. This change can be induced by NMDA agonists [57]. Calcium also has been found to be a major effector of necrotic cell death during ischemia [43]. After 8–12 hours, the classic "red neurons" begin to appear. These represent shrunken cells, with pyknotic nuclei containing course nuclear chromatin creating significant darkening and shrinkage of the nucleus [1,49]. The cytoplasm becomes progressively eosinophilic, visible on light microscopy as early as 30 minutes to 1 hour after an insult [15].

Table 3
Neuropathological features of cell death

| Mechanism of cell death | Features |
| --- | --- |
| Necrosis | Loss of basophilic nucleus |
| | Pyknotic, dark nuclei |
| | Eosinophilic cytoplasm |
| Apoptosis | Apoptotic bodies |
| | Nucleosomal segments |
| | Cytochrome c release |
| Autophagocytosis | Condensed cytoplasm |
| | Large vacuoles |
| | Clumped nucleus |

Apoptosis can be induced by a large number of different stimuli, such as nitric oxide production, free radical formation, reduced mitochondrial function, altered membrane potential and increased intracellular calcium. Many of these stimuli prevail during ischemia. Apoptosis in itself may further compromise the energy state of the ischemic tissue, both by consuming energy for the completion of the genomic program and by impairing the generation of ATP [34]. Morphologic features of apoptosis include formation of chromatin masses within the nucleus and subsequent formation of apoptotic bodies [3]. Biochemical changes such as breakdown of double stranded DNA into nucleosomal segments [7], activation of caspases, inhibition of proteases [52], and release of cytochrome c are strong criteria for apoptosis.

The extent of apoptosis as a mechanism of cell death after an ischemic insult is not entirely clear. Some studies have brought strong evidence for the contribution of apoptotic processes to cell death: caspase activity is increased [12], various apoptosis-promoting genes are up-regulated during the maturation of neuronal cell death [22], and TUNEL (terminal desoxynucleotidyltransferase-mediated dUTP-biotin nick end-labeling staining of DNA fragments) positive neurons showing condensed chromatin and apoptotic bodies are detected [9]. However, other studies found the final morphology not consistent with classic apoptosis, due to lack of spherical nuclear chromatin clumping and apoptotic bodies, and eosinophilic staining instead in most cells pointing towards necrotic cell death, and thus did not detect unequivocal signs of apoptosis [34]. Morphologic characteristics of autophagocytosis include condensation of the cytoplasm which contains many large vacuoles, and an irregularly clumped nucleus [13].

The different neuropathological features are summarized in Table 3.

## 7. Areas of brain damage

With ischemic and hypoxic insults, specific brain regions and distinct neuronal populations appear to be more commonly affected. A higher metabolic rate and demand of oxygen and nutrients of the neurons in those locations, or their location in vascular border zones (resulting in less tolerance of relative ischemia) makes these regions more vulnerable [11]. The knowledge of these typically affected brain regions is important, as the neurological symptoms and clinical syndromes in cardiac arrest survivors can often be explained by these specifically affected areas of brain injury.

The CA1 pyramidal neurons of the hippocampus have been found to be the most vulnerable and commonly damaged with prolonged ischemia, with resulting impairment in memory [54]. Gait disturbance from truncal ataxia can often be explained by cell injury to the Purkinje cells of the cerebellum. Apart from those cell populations, the pyramidal neurons in layers 3, 5 and 6 of the neocortex, the reticular neurons of the thalamus, and the medium-sized neurons of the striatum are preferentially affected [40,56,60]. There is a correlation between the length of circulatory arrest and the dissemination of the damage. The gradient of injury seems to diminish towards the medulla oblongata [49], and a precise topical relation between the neuronal stress response and neuronal damage after brief cardiac arrest has been shown in animal studies [9].

Even in short periods of ischemia, mechanisms of delayed neuronal death are triggered in the hippocampal CA1 neurons [65]. The vulnerability in that area also is greatest in magnitude and rapidity of neuronal loss [64]. While the neurons in the CA1 sector of the hippocampus, and also in the dorsolateral part of the striate nucleus, are often irreversibly damaged by short periods of ischemia, glial cells and vascular cells survive [60]. On a molecular level, the selective neuronal vulnerability following cerebral ischemia has been attributed to characteristic patterns of immediate early gene and heat shock protein expression [9]. The neurons in the vulnerable areas do not necessarily die during the brief period of ischemia, but rather within a few days of reperfusion [54]. Particularly for the CA1 sector neurons, delayed cell degeneration has been shown, which corresponds to a prolonged expression of heat shock proteins and early immediate genes [9].

In addition to these specific areas of vulnerability, the vascular border zone areas are the first to suffer a reduction in blood flow due to their distance from the main arterial supply. With more prolonged periods of ischemia, these arterial borderzone regions can be appreciated macroscopically as wedge-shaped lesions with its base at the pial surface and its apex towards the lateral ventricle [1]; this pattern can be observed on neuroimaging as well [31]. The three border zone areas are comprised of the anterior border zone between anterior (ACA) and middle cerebral artery (MCA), the posterior border zone between MCA and posterior cerebral artery, and the internal border zone between the superficial branches of the MCA and the deep branches of the MCA or ACA. Apart from lying in the internal border zone, the vasculature for the deeper cerebral white matter contains widespread linear arterioles with few anastomoses. This anatomy adds to the vulnerability of the central white matter to hypoxic ischemic injury [24].

## 8. Pathophysiology of brain injury in hypoxic arrest

After any event of resuscitation, encephalopathy is often referred to as "hypoxic-ischemic encephalopathy." However, a purely hypoxic event is not the same as a cardiovascular collapse. There are differences in pathophysiology and pattern of brain damage, degree of injury and prognosis. Pure hypoxic injury does not commonly lead to severe brain injury, even in the setting of prolonged and/or extreme hypoxia, as long as the systemic circulation is adequately preserved. Hypoxia seems to induce functional changes of the neuron, without necessarily causing cell death. Thus, patients may be poorly responsive and even comatose after a pure hypoxic event, but may have a much better chance for survival with good neurological recovery than those with cardiac arrest.

Hypoxic events are typically caused by airway obstruction (e.g. by swelling, as in epiglottitis or anaphylaxis), airway trauma, or intoxication (with drugs or toxins). Epidemiologically, these patients are on average younger, and there is less preexisting atherosclerotic vascular disease, which has implications on the cerebrovascular autoregulatory function [29]. Hypoxia causes elevation of the partial pressure of carbon dioxide and thus a decrease in pH. Cerebral autoregulation leads to cerebrovascular dilation, and the cerebral blood flow (CBF) increases. In the setting of a preserved systemic circulation, nutrient and glucose supply to the brain continues, and toxic metabolites are washed from the local environment – this is very different from circulatory arrest in which the nutritional supply ceases and

toxic metabolites accumulate. Anoxia is well known to cause glial cell swelling and thus overall brain swelling. The swelling of astrocytic processes is most striking in hypercapnic hypoxia with severe acidosis, and is located particularly around the capillaries. Hypercapnia alone causes less extensive damage, and hypoxia alone causes only mild astrocytic swelling [4].

There is no increased expression of heat shock proteins in pure hypoxia [6,53]. Hypoxia seems to affect neuronal processes on the level of the synapse. A selective GABA-ergic deficit has been described; this could account for the frequent occurrence of myoclonus and seizures after hypoxic insults. In histological studies of animals exposed to pure hypoxia without hypotension, there were no areas of brain necrosis, while there invariably was ischemic brain injury in combined hypoxic-ischemic insults. The neurophysiologic abnormality in the event of hypoxia, however, was manifested by EEG abnormalities of slowing and increased amplitude [50]. In a series of 3 patients with prolonged hypoxia ($pO_2 < 45$ mm Hg) without systemic hypotension for 1–8 days, who ultimately died of sudden cardiac arrest, autopsy did not show changes suggestive of ischemic damage [63]. In another series of 22 comatose patients after prolonged pure hypoxia ($pO_2 < 20$ mm Hg) without hypotension, 13 of the 22 patients experienced recovery to the premorbid state [28]. The time course for recovery from a purely hypoxic event is about two weeks, which parallels that for synaptic regeneration.

Another clinical manifestation that has been described for hypoxic brain damage is the so-called delayed post-anoxic encephalopathy (also known as delayed post-hypoxic leukoencephalopathy). The anoxic insult causing delayed postanoxic encephalopathy is usually prolonged and severe [56]. Tissue damage preferentially involves the subcortical and deep white matter [24]. Clinically, the patients are initially cognitively intact for an interval of two to ten days, and then become abruptly irritable, apathetic, and confused, and display poor motor control. Neuropathology reveals extensive cerebral hemispheric demyelination as the major abnormality, whereas there are no significant vascular abnormalities and no striking cerebral edema. The pathogenesis of delayed demyelination is not entirely clear. The distribution of cerebral edema occurring in anoxia is similar to the distribution of delayed demyelination. However, the edema is maximal by day 2–4, and the encephalopathy typically occurs later [56]. Cases of delayed hypoxic demyelination have been reported in which arylsulfatase A activity was reduced to as little as 50% of normal [27]. Other mechanisms which possibly

contribute include effects of a hypersensitivity reaction, vascular damage, and direct carbon monoxide toxicity (in cases of carbon monoxide-induced hypoxia) [56].

## 9. Pathophysiology of brain injury in carbon monoxide intoxication

Carbon monoxide (CO) blocks oxygen binding to hemoglobin, and carboxyhemoglobin is formed. The ensuing hypoxia leads to cerebral vasodilatation that is greater than that seen with pure hypoxic hypoxia. The hypoxic state also triggers release of nitric acid from platelets and endothelial cells, which leads to formation of the free radical peroxynitrate. This causes mitochondrial dysfunction with a marked decrease in cytochrome oxidase, capillary leakage and apoptotic cell death. With longer durations of exposure, oxidative stress becomes amplified by leukocyte sequestration and xanthine oxidase activity with subsequent lipid peroxidation [42]. In addition, reoxygenation leads to production of partially reduced oxygen species, which in turn provokes oxidization of essential proteins and nucleic acids, and thus can result in reperfusion injury [59].

In the heart, CO binds to intracellular myoglobin so that oxygen supply to the mitochondria is impaired. This may cause myocardial ischemia and thus lead to further brain injury through systemic hypotension. Because of their high metabolic rates, the heart and brain are the organs most susceptible to CO toxicity. The degree of injury directly correlates with the severity and duration of the CO exposure.

The neuropathology of CO toxicity in the acute stage shows petechial hemorrhages of the white matter, particularly the corpus callosum. Subsequently, there is multifocal necrosis. The brain areas affected are the ones with a high metabolic rate and oxygen demand, and include the basal ganglia, particularly the globus pallidus, substantia nigra (pars reticularis), and hippocampus. Laminar necrosis of the cortex and Purkinje cell loss is often seen in addition to the white matter damage [59]. Clinically, patients frequently present with Parkinsonism and cognitive dysfunction due to these preferentially affected areas. Table 4 provides an overview over mechanisms in pure hypoxia and carbon monoxide intoxication.

## 10. Conclusion

In survivors of cardiac arrest or hypoxic insults, neurological injury is a common problem. The mecha-

Table 4
Mechanisms of brain injury in hypoxia and carbon monoxide intoxication

| Mechanism | Immediate effect | Result |
|---|---|---|
| Hypoxia | Cerebrovascular dilatation | Brain edema |
| | Hypersensitivity reaction, vascular damage | Delayed postanoxic encephalopathy |
| | ↓ arylsulfatase A activity | |
| Carbon monoxide intoxication | Carboxyhemoglobin → pronounced vasodilatation | Brain edema Multifocal necrosis |
| | Nitric acid release | Apoptotic cell death |
| | Free radical formation | |
| | Myocardial ischemia | Systemic hypotension |

nisms of injury, as well as the prognosis, are not the same for different types of insult. Prolonged periods of hypoperfusion and ischemia are associated with worse outcomes, while isolated respiratory arrest with pure hypoxia often carries a better prognosis for recovery.

Neuronal injury can occur: 1) at the time of the initial event through local biochemical changes and functional compromise; 2) in the reperfusion period due the action of free radical generation and ongoing toxic damage: 3) due to impaired cerebral blood flow after the return of spontaneous circulation because of microcirculatory impairment; and 4) as delayed damage often in the setting of hypoxia in the form of demyelination. For the clinician assessing a patient after a hypoxic ischemic insult, knowing these processes will help to understand the overall clinical picture and provide some guidance in regard to prognosis in this situation which often is devastating and uncertain for families. In order to improve neurologic recovery and prevent poor outcome, potential therapeutic options are explored by multiple methods targeting the different levels of the process of neuronal damage and ischemic cell death.

References

[1]  J.H. Adams et al., The effects of systemic hypotension upon the human brain. Clinical and neuropathological observations in 11 cases, *Brain* 89(2) (1966), 235–268.

[2]  A. Ames, 3rd et al., Cerebral ischemia. II. The no-reflow phenomenon, *Am J Pathol* 52(2) (1968), 437–453.

[3]  M.J. Arends and A.H. Wyllie, Apoptosis: mechanisms and roles in pathology, *Int Rev Exp Pathol* 32 (1991), 223–254.

[4]  L. Bakay and J.C. Lee, The effect of acute hypoxia and hypercapnia on the ultrastructure of the central nervous system, *Brain* 91(4) (1968), 697–706.

[5]  R.T. Bartus et al., Time-related neuronal changes following middle cerebral artery occlusion: implications for therapeutic intervention and the role of calpain, *J Cereb Blood Flow Metab* 15(6) (1995), 969–979.

[6]  M. Bergeron, D.M. Ferriero and F.R. Sharp, Developmental expression of heme oxygenase-1 (HSP32) in rat brain: an immunocytochemical study, *Brain Res Dev Brain Res* 105(2) (1998), 181–194.

[7]  E. Bonfoco et al., Apoptosis and necrosis: two distinct events induced, respectively, by mild and intense insults with N-methyl-D-aspartate or nitric oxide/superoxide in cortical cell cultures, *Proc Natl Acad Sci USA* 92(16) (1995), 7162–7166.

[8]  B.W. Bottiger et al., Global cerebral ischemia due to cardiocirculatory arrest in mice causes neuronal degeneration and early induction of transcription factor genes in the hippocampus, *Brain Res Mol Brain Res* 65(2) (1999), 135–142.

[9]  B.W. Bottiger et al., Neuronal stress response and neuronal cell damage after cardiocirculatory arrest in rats, *J Cereb Blood Flow Metab* 18(10) (1998), 1077–1087.

[10]  L. Caplan, Reperfusion of ischemic brain: why and why not, in: *Thrombolytic Therapy in Acute Ischemic Stroke*, G.J. W.d.Z. Hacke and M. Hirschberg, eds, Springer: Berlin, 1991, pp. 36–45.

[11]  J. Cervos-Navarro and N.H. Diemer, Selective vulnerability in brain hypoxia, *Crit Rev Neurobiol* 6(3) (1991), 149–182.

[12]  Y. Cheng et al., Caspase inhibitor affords neuroprotection with delayed administration in a rat model of neonatal hypoxic-ischemic brain injury, *J Clin Invest* 101(9) (1998), 1992–1999.

[13]  P.G. Clarke, Developmental cell death: morphological diversity and multiple mechanisms, *Anat Embryol (Berl)* 181(3) (1990), 195–213.

[14]  H.K. Cooper et al., The effect of ischaemia and recirculation on protein synthesis in the rat brain, *J Neurochem* 28(5) (1977), 929–934.

[15]  B.J. Crain et al., Selective neuronal death after transient forebrain ischemia in the Mongolian gerbil: a silver impregnation study, *Neuroscience* 27(2) (1988), 387–402.

[16]  R.C. Crumrine and J.C. LaManna, Regional cerebral metabolites, blood flow, plasma volume, and mean transit time in total cerebral ischemia in the rat, *J Cereb Blood Flow Metab* 11(2) (1991), 272–282.

[17]  M. Dragunow et al., Immediate-early gene protein expression in neurons undergoing delayed death, but not necrosis, following hypoxic-ischaemic injury to the young rat brain, *Brain Res Mol Brain Res* 25(1–2) (1994), 19–33.

[18]  A.D. Edwards et al., Specific inhibition of apoptosis after cerebral hypoxia-ischemia by moderate post-insult hypothermia, *Biochem Biophys Res Commun* 217(3) (1995), 1193–1199.

[19]  M. Endoh, K. Maiese and J. Wagner, Expression of the inducible form of nitric oxide synthase by reactive astrocytes after transient global ischemia, *Brain Res* 651(1–2) (1994), 92–100.

[20]  E.G. Fischer and A. Ames, 3d, Studies on mechanisms of impairment of cerebral circulation following ischemia: effect of hemodilution and perfusion pressure, *Stroke* 3(5) (1972), 538–542.

12          *K.M. Busl and D.M. Greer / Hypoxic-Ischemic brain injury: Pathophysiology, neuropathology and mechanisms*

[21]  S. Furuta et al., Recovery of protein synthesis in tolerance-induced hippocampal CA1 neurons after transient forebrain ischemia, *Acta Neuropathol* 86(4) (1993), 329–336.

[22]  F. Gillardon et al., Expression of cell death-associated phospho-c-Jun and p53-activated gene 608 in hippocampal CA1 neurons following global ischemia, *Brain Res Mol Brain Res* 73(1–2) (1999), 138–143.

[23]  M.D. Ginsberg and R.E. Myers, The topography of impaired microvascular perfusion in the primate brain following total circulatory arrest, *Neurology* 22(10) (1972), 998–1011.

[24]  M.D. Ginsberg, E.T. Hedley-Whyte and E.P. Richardson, Jr., Hypoxic-ischemic leukoencephalopathy in man, *Arch Neurol* 33(1) (1976), 5–14.

[25]  M.P. Goldberg and D.W. Choi, Combined oxygen and glucose deprivation in cortical cell culture: calcium-dependent and calcium-independent mechanisms of neuronal injury, *J Neurosci* 13(8) (1993), 3510–3524.

[26]  D.E. Goll et al., The Calpain System, *Physiol Rev* 83(3) (2003), 731–801.

[27]  J.A. Gottfried et al., Delayed posthypoxic demyelination. Association with arylsulfatase A deficiency and lactic acidosis on proton MR spectroscopy, *Neurology* 49(5) (1997), 1400–1404.

[28]  F.D. Gray, Jr. and G.J. Horner, Survival following extreme hypoxemia, *Jama* 211(11) (1970), 1815–1817.

[29]  D.M. Greer, Mechanisms of injury in hypoxic-ischemic encephalopathy: implications to therapy, *Semin Neurol* 26(4) (2006), 373–379.

[30]  A. Hara et al., Immunohistochemical detection of Bax and Bcl-2 proteins in gerbil hippocampus following transient forebrain ischemia, *Brain Res* 711(1–2) (1996), 249–253.

[31]  J. Hendrikse et al., Cerebral border zones between distal end branches of intracranial arteries: MR imaging, *Radiology* 246(2) (2008), 572–580.

[32]  K.A. Hossmann and V. Zimmermann, Resuscitation of the monkey brain after 1 h complete ischemia. I. Physiological and morphological observations, *Brain Res* 81(1) (1974), 59–74.

[33]  K.A. Hossmann, Reperfusion of the brain after global ischemia: hemodynamic disturbances, *Shock* 8(2) (1997), 95–101. discussion 102–103.

[34]  K.A. Hossmann et al., Electron microscopic investigation of rat brain after brief cardiac arrest, *Acta Neuropathol* 101(2) (2001), 101–113.

[35]  K.A. Hossmann, R. Schmidt-Kastner and B. Grosse Ophoff, Recovery of integrative central nervous function after one hour global cerebro-circulatory arrest in normothermic cat, *J Neurol Sci* 77(2–3) (1987), 305–320.

[36]  J.M. Hoxworth et al., Cerebral metabolic profile, selective neuron loss, and survival of acute and chronic hyperglycemic rats following cardiac arrest and resuscitation, *Brain Res* 821(2) (1999), 467–479.

[37]  D.J. Kane et al., Expression of bcl-2 inhibits necrotic neural cell death, *J Neurosci Res* 40(2) (1995), 269–275.

[38]  I.S. Kass and P. Lipton, Calcium and long-term transmission damage following anoxia in dentate gyrus and CA1 regions of the rat hippocampal slice, *J Physiol* 378 (1986), 313–334.

[39]  K. Katsura et al., Coupling among energy failure, loss of ion homeostasis, and phospholipase A2 and C activation during ischemia, *J Neurochem* 61(5) (1993), 1677–1684.

[40]  K. Kawai et al., Global cerebral ischemia associated with cardiac arrest in the rat: I. Dynamics of early neuronal changes, *J Cereb Blood Flow Metab* 12(2) (1992), 238–249.

[41]  M. Kiessling et al., Differential transcription and translation of immediate early genes in the gerbil hippocampus after tran-

sient global ischemia. *J Cereb Blood Flow Metab* 13(6) (1993), 914–924.

[42]  R.C. Koehler and R.J. Traystman, Cerebrovascular effects of carbon monoxide, *Antioxid Redox Signal* 4(2) (2002), 279–290.

[43]  T. Kristian and B.K. Siesjo, Calcium-related damage in ischemia, *Life Sci* 59(5–6) (1996), 357–367.

[44]  J.C. LaManna, R.C. Crumrine and D.L. Jackson, No correlation between cerebral blood flow and neurologic recovery after reversible total cerebral ischemia in the dog, *Exp Neurol* 103(2) (1988), 234–247.

[45]  K.S. Lee et al., Inhibition of proteolysis protects hippocampal neurons from ischemia, *Proc Natl Acad Sci USA* 88(16) (1991), 7233–7237.

[46]  P. Lipton, Ischemic cell death in brain neurons, *Physiol Rev* 79(4) (1999), 1431–1568.

[47]  P.G. Lysko et al., Neuroprotective effects of tetrodotoxin as a Na+ channel modulator and glutamate release inhibitor in cultured rat cerebellar neurons and in gerbil global ischemia, *Stroke* 25(12) (1994), 2476–2482.

[48]  G.I. McHedlishvili et al., Reaction of different parts of the cerebral vascular system in asphyxia, *Exp Neurol* 18(2) (1967), 239–252.

[49]  J.R. Miller and R.E. Myers, Neuropathology of systemic circulatory arrest in adult monkeys, *Neurology* 22(9) (1972), 888–904.

[50]  O. Miyamoto and R.N. Auer, Hypoxia, hyperoxia, ischemia, and brain necrosis, *Neurology* 54(2) (2000), 362–371.

[51]  N. Panahian et al., Attenuated hippocampal damage after global cerebral ischemia in mice mutant in neuronal nitric oxide synthase, *Neuroscience* 72(2) (1996), 343–354.

[52]  T. Patel, G.J. Gores and S.H. Kaufmann, The role of proteases during apoptosis, *Faseb J* 10(5) (1996), 587–597.

[53]  P. Pearigen, R. Gwinn and R.P. Simon, The effects in vivo of hypoxia on brain injury, *Brain Res* 725(2) (1996), 184–191.

[54]  C.K. Petito et al., Delayed hippocampal damage in humans following cardiorespiratory arrest, *Neurology* 37(8) (1987), 1281–1286.

[55]  C.A. Piantadosi and J. Zhang, Mitochondrial generation of reactive oxygen species after brain ischemia in the rat, *Stroke* 27(2) (1996), 327–331; discussion 332.

[56]  F. Plum, J.B. Posner and R.F. Hain, Delayed neurological deterioration after anoxia, *Arch Intern Med* 110 (1962), 18–25.

[57]  C. Portera-Cailliau, D.L. Price and L.J. Martin, Non-NMDA and NMDA receptor-mediated excitotoxic neuronal deaths in adult brain are morphologically distinct: further evidence for an apoptosis-necrosis continuum, *J Comp Neurol* 378(1) (1997), 88–104.

[58]  E. Preston and D.O. Foster, Evidence for pore-like opening of the blood-brain barrier following forebrain ischemia in rats, *Brain Res* 761(1) (1997), 4–10.

[59]  L.D. Prockop and R.I. Chichkova, Carbon monoxide intoxication: an updated review, *J Neurol Sci* 262(1–2) (2007), 122–130.

[60]  W.A. Pulsinelli, J.B. Brierley and F. Plum, Temporal profile of neuronal damage in a model of transient forebrain ischemia, *Ann Neurol* 11(5) (1982), 491–498.

[61]  K.M. Raley-Susman and P. Lipton, In vitro ischemia and protein synthesis in the rat hippocampal slice: the role of calcium and NMDA receptor activation, *Brain Res* 515(1–2) (1990), 27–38.

[62]  V.J. Roempts, M. Haseldonckx and M. van den Ven, Morphology and ultrastructural calcium distribution in the rat hippocampus after severe transient ischemia, *Elsevier* (1984),

[63]  M. Rie and P.G. Bernad, Prolonged hypoxia in man without circulatory compromise fail to demonstrate cerebral pathology, *Neurology* 30(443) (1980), Q4Q5.

[64]  M. Sadowski et al., Pattern of neuronal loss in the rat hippocampus following experimental cardiac arrest-induced ischemia, *J Neurol Sci* 168(1) (1999), 13–20.

[65]  R. Schmidt-Kastner and T.F. Freund, Selective vulnerability of the hippocampus in brain ischemia, *Neuroscience* 40(3) (1991), 599–636.

[66]  B.K. Siesjo, Brain energy metabolism and catecholaminergic activity in hypoxia, hypercapnia and ischemia, *J Neural Transm Suppl* (14) (1978), 17–22.

[67]  M.L. Smith, R. von Hanwehr and B.K. Siesjo, Changes in extra- and intracellular pH in the brain during and following ischemia in hyperglycemic and in moderately hypoglycemic rats, *J Cereb Blood Flow Metab* 6(5) (1986), 574–583.

[68]  S. Sunagawa et al., Hydrogen ion compartmentation during and following cerebral ischemia evaluated by 31P NMR spectroscopy, *Brain Res* 641(2) (1994), 328–332.

[69]  R. Thilmann et al., Persistent inhibition of protein synthesis precedes delayed neuronal death in postischemic gerbil hippocampus, *Acta Neuropathol* 71(1–2) (1986), 88–93.

[70]  S.R.T. Wagner and W.L. Lanier, Metabolism of glucose, glycogen, and high-energy phosphates during complete cerebral ischemia. A comparison of normoglycemic, chronically hyperglycemic diabetic, and acutely hyperglycemic nondiabetic rats, *Anesthesiology* 81(6) (1994), 1516–1526.

[71]  Y. Xie et al., Ion channel involvement in anoxic depolarization induced by cardiac arrest in rat brain, *J Cereb Blood Flow Metab* 15(4) (1995), 587–594.

Neuropsychology
2005, Vol. 19, No. 2, 233–242

Copyright 2005 by the American Psychological Association
0894-4105/05/$12.00   DOI: 10.1037/0894-4105.19.2.233

# Anoxic Versus Traumatic Brain Injury: Amount of Tissue Loss, Not Etiology, Alters Cognitive and Emotional Function

Ramona O. Hopkins
Brigham Young University and LDS Hospital

David F. Tate
Brigham Young University and Brown University
School of Medicine

Erin D. Bigler
Brigham Young University and University of Utah

Research in neuropsychology suggests that the etiology of a neurologic injury determines the neuro-pathological and neuropsychological changes. This study compared neuropsychological outcome in subjects who had traumatic brain injury (TBI) with subjects who had anoxic brain injury (ABI), who were matched for age, gender, and ventricle-to-brain ratio. There were no group differences for morphologic or neuropsychological measures. Both groups exhibited impaired memory, attention, and executive function, as well as slowed mental processing speed. Intelligence correlated with whole brain volume, and measures of memory correlated with hippocampal atrophy. There was no unique contribution of hippocampal atrophy on neuropsychological outcome between the groups. In the absence of localized lesions, the amount of neural tissue loss, rather than etiology, may be the critical factor in neuropsychological outcome.

*Keywords:* anoxic brain injury (ABI), traumatic brain injury (TBI), brain imaging, cognitive function

With the emergence of neuropsychology in the midpart of the 20th century, one of the early and dominant theories of detecting altered brain function was organicity (Lezak, 1976; A. Smith, 1981). Derived from animal and human work, the assumption of organicity held that some disruption of brain function or presence of a structural abnormality would somehow uniformly affect behavior (Ackerly, 1964; Gross & Weiskrantz, 1964). Although not necessarily a proponent of the organicity theory, Lashley's (1950) research in the early to mid 20th century was central to this concept. Lashley's findings have been summarized by two principles: mass action and equipotentiality. Based primarily on rodent and primate work, the principle of *mass action* specifies that the disruption of cortical function is more dependent on the size of the lesion and less dependent on its location; that is, larger lesions have greater effects. The principle of *equipotentiality* specifies that following brain damage, recovery occurs because cortical function is not strongly localized. In other words, damage in one region of the cortex is just as likely to disrupt a given function as damage in any other region. Lashley found that many cortical areas were, in his own words, "equipotential for the maintenance and activation" (p. 491) of any given cortical function.

Ramona O. Hopkins, Psychology Department and Neuroscience Center, Brigham Young University, and Department of Medicine, Pulmonary and Critical Care Divisions, LDS Hospital, Salt Lake City, Utah; David F. Tate, Neuroscience Center, Brigham Young University, and Immunology Department, Miriam Hospital, Brown University School of Medicine; Erin D. Bigler, Psychology Department and Neuroscience Center, Brigham Young University, and Departments of Radiology and Psychiatry, University of Utah.

Correspondence concerning this article should be addressed to Ramona O. Hopkins, Psychology Department, 1122 Spence W. Kimball Tower, Brigham Young University, Provo, UT 84602. E-mail: mona_hopkins@byu.edu

Rarely do Lashley's (1950) theories play a central role in contemporary experimental studies in neuropsychology, although they clearly shaped early thought in the assessment of cortical function (see Luria, 1966). Obviously, neuropsychology researchers today have far more sophisticated techniques and methods for investigating the effects of brain lesions than those available to Lashley and others of his era (Clarke & Dewhurst, 1996; Finger, 1994). Furthermore, Lashley's principles, by themselves, do not have much utility as current or unifying concepts in understanding behavioral outcome when the brain is injured. Numerous studies have shown the many complexities and variables associated with the effects of acquired brain damage (Grafman, Salazar, Weingartner, Vance, & Amin, 1986; Irle, 1987). Nonetheless, at some level these issues remain important and unresolved because lesion type, size, and/or location do not fully predict neuropsychological outcome.

Another historical perspective in neuropsychology is that the etiology of a lesion will have differential effects on behavior (A. Smith, 1981). For example, the "key" approach to neuropsychological assessment was based on a complex set of decision rules that included the lesion etiology (i.e., static vs. expanding; Russell, Neuringer, & Goldstein, 1970; Swiercinsky & Warnock, 1977). From this perspective, neurobehavioral sequelae were determined by lesion etiology, followed by lesion location and size.

Finally, another concept, also refined during Lashley's (1950) era, was that of the "final common path" (Vick, 1949). As neuropathological studies improved, it became apparent that certain lesions could occur just about anywhere within a particular neural system (e.g., the motor system) and produce identical or similar deficits (e.g., paralysis). For example, various lesions along the corticospinal track result in hemiplegia regardless of the level of the lesion, as long as the majority of the fiber tracks at that level are affected. Thus, similar or even identical behavioral deficits

234                                                                              HOPKINS, TATE, AND BIGLER

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

result as long as the lesion occurs within the shared common pathways—the final common path.

Using quantitative neuroimaging methods integrated with neuropsychological testing, we assessed the influence of three potential causal relationships with regard to neuropsychological outcome by comparing two etiologically distinct disorders, traumatic brain injury (TBI) and anoxic brain injury (ABI). If etiology overrides either the focal or the generalized nature of damage, then two groups matched for the amount of generalized atrophy should result in very different patterns of neuropsychological impairment (i.e., etiology determines the effect, as would be suggested by the key approach). Conversely, if focal atrophy (i.e., cell loss in the hippocampus) is more important than etiology, then memory impairment should be similar for both groups (i.e., the final common path overrides etiology) or greatest in the group with the most hippocampal atrophy. Last, if generalized damage, measured by generalized atrophy, is the important factor in neuropsychological outcome, then the overall group performance on neuropsychological tests should be similar (i.e., the overall amount of damage determines outcome regardless of differences in etiology) and should override any focal effects that would be a subset of the overall damage.

Moderate-to-severe TBI is known to cause generalized cortical damage and focal hippocampal atrophy. Similarly, ABI, mostly through different mechanisms, also produces focal hippocampal and generalized cerebral atrophy. Accordingly, a comparison between subjects with TBI and those with ABI, matched for degree of generalized brain damage, provides an excellent paradigm to test these different theories of the effect of brain damage on neuropsychological outcome. By matching for the degree of cortical atrophy, the degree of hippocampal volume loss is not controlled and is free to vary, which allows the potential for differences in overall hippocampal volume between the TBI and ABI groups.

## Mechanisms of Brain Injury: TBI Versus ABI

Both moderate-to-severe TBI and ABI typically result in specific and global neuropathological changes and neuropsychological impairments due to a variety of mechanisms. The mechanisms of injury in TBI include a variety of biomechanical and biochemical abnormalities (Bandak, Eppinger, & Ommaya, 1996; Graham, Gennarelli, & McIntosh, 2002). For example, with high-velocity blunt trauma, a major mechanism of neuronal damage is diffuse axonal injury (Bain, Raghupathi, & Meaney, 2001; Gennarelli, 1986; Graham et al., 2002; Meythaler, Peduzzi, Eleftheriou, & Novack, 2001), and secondary axonal damage occurs from lipolysis, free radicals, and inflammatory mediators (Maxwell, Povlishock, & Graham, 1997). Axonal damage can cause significant changes in myelin integrity and in cerebral white matter, resulting in generalized volume loss (Hoffman, Verhey, Wilmink, Rozendaal, & Jolles, 2002; Medana & Esiri, 2003; Mittl et al., 1994). TBI-induced biochemical, excitotoxic damage (massive release of excitatory amino acids such as glutamate) and blood–brain barrier perturbations, along with hemorrhagic lesions, may result in neuronal damage or death (Hicks, Smith, Lowenstein, Saint-Marie, & McIntosh, 1993; Murphy & Horrocks, 1993). These TBI-induced

biochemical aberrations also lead to necrosis and apoptosis (Conti, Raghupathi, Trojanowski, & McIntosh, 1998; Hutchison et al., 2001).

Anoxic or hypoxic brain injuries occur from a variety of etiologies, including cardiac and respiratory arrest, near drowning, carbon monoxide (CO) poisoning, obstructive sleep apnea, ischemia, and acute respiratory distress syndrome. Mechanisms of neuronal injury in ABI include ischemia (Biagas, 1999), lactic acidosis (Ginsberg, Welsh, & Budd, 1980; Lutz & Nilsson, 1994), calcium influx and the resultant intracellular accumulation of calcium (Kass & Lipton, 1986; Schurr & Rigor, 1992), and excitotoxicity (Gilland, Puka-Sundvall, Hillered, & Hagberg, 1998; Siesjo, Bengtsson, Grampp, & Theander, 1989). Oxygen radicals that form following the reperfusion or reoxygenation damage the blood vessel endothelium (Floyd, 1990). Some mechanisms of neural damage are similar for TBI and ABI, such as ionic influx, free radical formation, and excitotoxicity as well as secondary damage from edema, whereas other mechanisms are distinctly dissimilar, such as axonal shearing, cerebral contusions, and cellular anoxia.

## Identification of Neuroanatomical Abnormalities With MRI

Both moderate-to-severe TBI and ABI often result in generalized pathologic changes, including gray and white matter atrophy with subsequent ventricular enlargement in addition to more specific structural atrophy (Kesner & Hopkins, 2001; Manns, Hopkins, Reed, Kitchener, & Squire, 2003; D. H. Smith et al., 1998). However, focal cell loss in the mesial temporal lobe, particularly in the hippocampus, is well documented following ABI (Kesner & Hopkins, 2001; Manns, Hopkins, Reed, et al., 2003; Manns, Hopkins, & Squire, 2003) and TBI (Bigler, Anderson, & Blatter, 2002; Graham et al., 2002).

### General Pathology

Nonspecific brain damage results in general volume reduction, which is manifested by reduced gyral volume, increased sulcal space, and passive increase in ventricular volume (i.e., hydrocephalus ex vacuo), as well as overall increase in whole brain cerebral spinal fluid (CSF). These changes can be readily documented with quantitative MRI analyses (Bigler, 2001). By taking the total volume of the ventricular system and dividing it by total brain volume, researchers can calculate a ventricle-to-brain ratio (VBR), which is an excellent indicator of generalized brain pathology (Bigler et al., 2004). Dilation of Ventricle III also reflects nonspecific volume loss because of its midline position in the brain (Groswasser et al., 2002). The neuropathologic changes following TBI and ABI are depicted in Figure 1.

### Focal Pathology

As already indicated, hippocampal atrophy has long been established as a consequence of both TBI and ABI, quantified by MRI-identified volume reduction (see Figure 1). Because of its distinct anatomy and location in the brain, hippocampal volume can be readily quantified (Bigler et al., 1997, 2002). Temporal horn dilation of the lateral ventricle volume is sensitive to temporal lobe

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.



*Figure 1.* Three-dimensional reconstruction of MRI scans of healthy control subjects, traumatic brain injury (TBI) subjects, and anoxic brain injury (ABI) subjects from sagittal and dorsal views. The ventricular system is shown in pink, and the hippocampus is shown in yellow. Note the significant ventricular enlargement and hippocampal atrophy for both the TBI and ABI subjects.

damage (Bigler, 2001), and the Ventricle IV volume is an indicator of pathology at the level of the hindbrain (Bigler, in press).

## Neuropsychological Outcome

Regardless of etiology, neuropsychological impairments following TBI and ABI are common. Neuropsychological impairments associated with TBI include impaired memory, cognitive decline, visuospatial deficits, and slowed mental processing speed (Parker, 1990). Neuropsychological impairments following anoxia are similar to those observed following TBI, including impaired memory (Kesner & Hopkins, 2001), executive dysfunction (Hopkins et al., 1995; Lezak, 1995), visuospatial deficits (Barat, Blanchard, & Carriet, 1989; Gale et al., 1999), and generalized cognitive decline (Bigler & Alfano, 1988; Parkin, Miller, & Vincent, 1987). In both disorders, the degree of neuropsychological impairment appears to parallel the degree of morphologic abnormalities as demonstrated by quantitative MRI analysis (Hopkins et al., 1995; S. C. Johnson, Bigler, Burr, & Blatter, 1994).

## Study Design and Hypotheses

If dramatic differences in neuropsychological outcome are due specifically to etiology, these differences should be obvious regardless of the sample size. Each TBI subject should be distinctly different from his or her ABI counterpart if etiology drives the neuropathological and neuropsychological outcomes. If the neuro-

psychological differences between TBI and ABI subjects equated for generalized tissue loss are not distinct, then the subtle clinical differences are just as likely explained by individual differences and not necessarily by etiology. With regard to defining differences, there are both quantitative (i.e., deviation in neuropsychological test scores) and qualitative (i.e., pattern of test scores) methods for comparing these two groups. Quantitatively, the analysis is straightforward. If the amount and regions damaged have a similar effect on the absolute neuropsychological test scores regardless of etiology, then no significant differences in scores will be observed between the two groups. Qualitatively, when graphically plotted, the pattern across all of the neuropsychological tests should be indistinguishable between TBI and ABI groups (Bigler, in press; Gale & Hopkins, 2004). With regard to a pattern analysis of neuropsychological findings, convention in traditional neuropsychological interpretation has typically required scores to differ a minimum of one standard deviation to signify clinically divergent scores (Spreen & Strauss, 1998). Furthermore, pattern analysis can be statistically examined with the use of profile analysis. If etiology does not distinguish neuropsychological impairment, then the pattern of deficits across multiple tests should be similar for the two groups.

Returning to Lashley's (1950) research, one sees that his typical study design was based on small sample sizes, but he intensively examined multiple behavioral, neuroanatomical, and neuropathological measures. In the current study, we follow a similar design,

governed in large part by practical limitations in identifying TBI and ABI subjects who had near-equal VBRs (within 0.5 standard deviations) without focal lesions, who were similar in age (within 5 years) and the same gender, and who had at least a 10th-grade education. Using these criteria, we reviewed two large databases (see Bigler et al., 2002; Weaver et al., 2002) consisting of several hundred TBI and ABI subjects who had quantitative MRI and neuropsychological testing performed. We were able to match just 10 TBI with 10 ABI subjects using the stringent criteria described. Nonetheless, carefully matched subjects can be compared using an extended case study design (Wilson, 1987), in which clinically significant differences can be identified if they exist. We controlled the degree of generalized cerebral damage by equating the two groups by VBR, as it was not possible to equate the groups by injury severity due to etiological differences. Neuropsychological performance was free to vary. Accordingly, if distinct differences were the result of etiology, then quantitative or qualitative patterns of neuropsychological performance should emerge, because there was no difference in the global structural damage on the basis of the inclusion criteria. As is common in neuropsychological interpretation, for the pattern analysis we set a greater than one standard deviation difference to signify presence of a differential effect. For the purposes of this study, differences less than one standard deviation were considered normal variability and not reflective of clinically unique differences.

## Method

### Subjects

Ten subjects who underwent a comprehensive neuropsychological battery and brain MRI after moderate-to-severe TBI were compared with 10 subjects who had moderate-to-severe ABI due to accidental CO poisoning. The TBI subjects were matched to ABI subjects for age, gender, and VBR. In matching, VBR had to be more than 1.5 standard deviations above the average VBR for control subjects from our normative database (Blatter et al., 1997) to ensure presence of generalized cerebral atrophy, yet within 0.5 standard deviations between the groups. Neither the TBI nor the ABI subjects had focal lesions on brain imaging. There were 6 men and 4 women in each group. The mean age for the TBI subjects was 37.7 years ($SD = \pm 8.6$, range = 26–55), and for the ABI subjects, 40.8 years ($SD = \pm 9.0$, range = 27–51). The mean educational level for the TBI group was 13.9 years ($SD = \pm 1.8$, range = 12–16), and for the ABI group, 15.9 years ($SD = \pm 3.2$, range = 10–19). The mean VBR for the TBI group was 3.8 ($SD = \pm 2.5$, range = 1.9–10.5), and for the ABI group, 3.9 ($SD = \pm 2.5$, range = 2.0–10.8). Normal VBR is approximately 1.5 ($SD = \pm 0.5$ (Blatter et al., 1995), so both groups had significant generalized cerebral atrophy. There were no significant differences between the groups for age ($p = .44$), education ($p = .15$), or VBR ($p = .96$). The mean time from injury to imaging and neuropsychological testing for the TBI group was 15 months ($SD = \pm 30$), and for the ABI group, 24.6 months ($SD = \pm 17.6$).

### MRI

Using standard clinical protocol, we acquired MR images at 1.5 Tesla with a quadrature head coil. Sagittal T1-weighted (500/11/2; TR/TE excitations) images were first acquired, followed by axial proton density and T2-weighted (3000/31; 90/1) spin echo images. Slice thickness was 5 mm with a 2-mm interslice space. Images were acquired on a 256 × 192 matrix with a 22-cm field of view for the axial images and a 24-cm field of view for the sagittal images. The coronal images were 3-mm-thick interleaved sections with a field of view of 22 cm on a 512 × 256 matrix.

We quantified proton density and T2-axial dual-echo images as described by Blatter et al. (1995) using the software ANALYZE (Robb, 1995). The original 16-bit images are converted to 8-bit images in the ANALYZE file format. A multistep volume analysis is then performed with several image processing tools available in ANALYZE. Regions of CSF, white matter, and gray matter are defined by the user and plotted in a two-dimensional feature space. Hippocampal volumes are measured in the coronal slices (Bigler et al., 1997).

We performed quantitative MRI analyses of brain structures on all patients using the methods described previously (Bigler et al., 1997; Blatter et al., 1995). Volumetric measures included the lateral ventricles, Ventricle III, Ventricle IV, temporal horns, total brain CSF, and right and left hippocampus. The VBR is based on total ventricular volume (lateral, Ventricle III, and Ventricle IV total volume) divided by total brain parenchymal volume and multiplied by 100, so that whole numbers can be reported. Intrarater and interrater reliability exceeded .9.

### Neuropsychological Assessment

Each subject was administered a battery of standardized neuropsychological tests, including the Wechsler Adult Intelligence Scale—Revised (WAIS–R; Wechsler, 1981); Wechsler Memory Scale—Revised (WMS–R; Wechsler, 1987); Rey Auditory Verbal Learning Test (RAVLT; Rey, 1964); Rey–Osterrieth Complex Figure (ROCF) test, Copy and Delayed Recall (Rey, 1941); Trail Making Test–Parts A and B (TMT-A and TMT-B; Reitan & Wolfson, 1985); Beck Depression Inventory (BDI; Beck, 1987); and Beck Anxiety Inventory (BAI; Beck & Steer, 1993). Tests were administered and scored according to standardized methods.

### Statistics

Descriptive statistics were calculated for demographic variables. Neuropsychological test results were analyzed with paired $t$ tests. The pattern of neuropsychological performance was examined with a profile analysis technique. This multivariate technique allows direct comparison of the overall neuropsychological profile for both groups. A profile analysis is essentially a repeated measures multivariate analysis of variance (MANOVA) designed to compare two or more groups on a series of test scores (R. A. Johnson & Wichern, 2002; Stevens, 1996). Because a profile analysis requires that scores be equally scaled, test scores were transformed to z scores ($M = 0, SD = 1$) on the basis of available normative data. When possible, the z scores took into account age, education, and gender.

A repeated measures MANOVA was carried out with the TBI and ABI groups as the between measures and the neuropsychological tests as the within measures. One computational requirement of a MANOVA is that the total sample size, minus the number of groups (in this case two), must be greater than the number of variables (neuropsychological scores). Because there were 20 total subjects and 18 neuropsychological tests, we computed two MANOVAs. The first MANOVA included 10 neuropsychological tests: WMS–R indexes (Verbal Memory, Visual Memory, General Memory, Attention/Concentration, and Delayed Memory), ROCF (Copy and Delayed Recall), and RAVLT (Trials 1, 5, and Delayed Recall). The second MANOVA included the remaining 8 tests: WAIS–R (Verbal IQ, Performance IQ, and Full Scale IQ); WAIS–R (Digit Symbol and Block Design); and the TMT (Parts A and B). Given that there was an approximately 2-year education difference between the groups (not significant), an analysis of covariance (ANCOVA) was performed with education as the covariate. Because the results of the multivariate analysis of covariance were not significant for any measure ($p = .22–.92$), only the MANOVA results are reported.

Because we found hippocampal atrophy in addition to generalized atrophy, we carried out a regression analysis with VBR and hippocampal volume and neuropsychological test scores. In addition, we performed an ANCOVA with total hippocampal volume as the covariate. Finally, we

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

used Pearson product–moment correlations to investigate the relationship between neuropsychological variables and each of the volumetric measures.

## Results

Performance on neuropsychological tests for the two groups is summarized in Table 1, and MRI morphometric comparisons are found in Figures 2, 3, and 4. As would be expected, because the TBI and ABI groups were matched on VBR, there were no significant differences between the TBI and ABI groups for any morphologic measure (see Figures 3 and 4). However, both the TBI and ABI groups were, in each comparison, significantly different from the control subjects. Quantitative MRI analysis revealed nonspecific neuropathological effects on measures of whole brain size, gray and white matter, ventricle size, and VBR, as well as hippocampal atrophy for both the TBI and ABI groups compared with our normative data (Blatter et al., 1995). There were no significant differences between the groups for BDI ($p = .13$) or BAI ($p = .15$) scores.

In the MANOVA for the neuropsychological tests, we found no significant differences between subjects in the TBI group, $F(10, 5) = 0.63$, $p = .74$, and those in the ABI group, $F(8, 7) = 1.36$, $p = .35$, on any neuropsychological measure (see Table 1 and Figure 5). Both groups were within the broad range of normal intellectual function but had impaired memory, attention, and



*Figure 2.* Total brain volume in cubic centimeters for the traumatic brain injury (TBI) group, the anoxic brain injury (ABI) group, and the healthy control group from our database. Both the TBI and ABI groups have decreased brain volumes compared with the healthy control group, but they did not differ from each other. Error bars denote standard deviations.

executive function, as well as slow mental processing speed. Although we equated the groups for global atrophy (i.e., VBR), it was important to determine whether VBR played a unique role with regard to neuropsychological outcome. Whether we examined the TBI and ABI groups together or separately, VBR accounted for 1% or less of the variance in regression analyses, which was due to matching the two groups for VBR. Regression analysis showed no association between VBR and any neuropsychological measure ($p = .13–.99$). Furthermore, we explored unique contributions of other morphometric measures because there were differences, albeit nonsignificant, in the degree of atrophy of other brain measures.

None of the analyses demonstrated any unique contribution of the various morphometric measures except hippocampal volume, for which regression analysis showed that the hippocampal atrophy was associated with lower Verbal IQ, $F(1, 16) = 8.1$, $p = .01$, $R^2 = .64$; Performance IQ, $F(1, 16) = 5.9$, $p = .03$, $R^2 = .59$; and Full Scale IQ, $F(1, 16) = 8.3$, $p = .01$, $R^2 = .68$. A further analysis of the potential role of the hippocampus was explored with an ANCOVA, which showed no difference between TBI and ABI groups on any neuropsychological measures ($p = .1–8$) when hippocampal volume was used as a covariate.

Given that there were no significant between-groups differences for any neuropsychological measure, we combined the groups for correlational analysis (see Table 2). Full Scale IQ correlated with CSF, hippocampal volume, and total brain volume. Performance IQ correlated with CSF, temporal horn volume, total brain volume, and VBR. Measures of attention (Digit Span and the Attention/Concentration indexes of the WMS–R) correlated with Ventricle IV. Performance on the ROCF and RAVLT correlated with hippocampal volumes (see Table 2).

## Discussion

The first question we addressed was the role of etiology in neuropsychological outcome. By individually matching TBI and ABI subjects by VBR, we ensured that the groups were equated for generalized cerebral atrophy. In both groups, the mean VBR exceeded the average VBR in healthy control subjects

### Table 1
*Neuropsychological Scores*

| Neuropsychological test and subtest | TBI group M ± SD | ABI group M ± SD | p |
|---|---|---|---|
| **WAIS–R** | | | |
| Full Scale IQ | 89.0 ± 16.9 | 100.6 ± 17.0 | .17 |
| Verbal IQ | 90.3 ± 15.6 | 99.2 ± 15.7 | .22 |
| Performance IQ | 92.2 ± 18.6 | 101.6 ± 18.4 | .30 |
| Digit Span | 8.5 ± 4.0 | 8.1 ± 2.6 | .82 |
| Digit Symbol | 6.3 ± 1.8 | 8.7 ± 3.1 | .07 |
| Block Design | 9.1 ± 2.1 | -9.7 ± 2.9 | .61 |
| **WMS–R** | | | |
| Verbal Memory | 90.8 ± 20.1 | 82.1 ± 23.9 | .41 |
| Visual Memory | 100.7 ± 23.2 | 99.7 ± 26.5 | .93 |
| General Memory | 92.3 ± 19.5 | 86.7 ± 24.1 | .58 |
| Attention/Concentration | 84.5 ± 19.8 | 84.5 ± 19.8 | .87 |
| Delayed Recall | 93.3 ± 21.9 | 82.0 ± 22.9 | .29 |
| **ROCF** | | | |
| Copy | 31.3 ± 4.0 | 31.5 ± 8.0 | .92 |
| Delayed Recall | 15.2 ± 7.7 | 15.5 ± 7.7 | .85 |
| **RAVLT** | | | |
| Trial 1 | 5.9 ± 2.6 | 5.2 ± 2.3 | .59 |
| Trial 5 | 11.0 ± 2.4 | 10.3 ± 3.9 | .68 |
| Delayed Recall | 9.2 ± 4.1 | 8.8 ± 3.2 | .84 |
| **Trail Making Test** | | | |
| Part A | 39.7 ± 11.4 | 36.1 ± 8.1 | .45 |
| Part B | 116.9 ± 39.9 | 98.4 ± 55.5 | .41 |
| Beck Depression Inventory | 18.5 ± 11.2 | 11.2 ± 5.8 | .13 |
| Beck Anxiety Inventory | 6.7 ± 5.4 | 12.7 ± 9.5 | .14 |

*Note.* Digit Span, Digit Symbol, and Block Design data are reported as scaled scores. TBI = traumatic brain injury; ABI = anoxic brain injury; WAIS–R = Wechsler Adult Intelligence Scale—Revised; WMS–R = Wechsler Memory Scale—Revised; ROCF = Rey-Osterrieth Complex Figure; RAVLT = Rey Auditory Verbal Learning Test.

cal Association or one of its allied publishers.
vidual user and is not to be disseminated broadly.

This document is copyrighted by the American Psy
This article is intended solely for the personal use of



*Figure 3.* A: Total ventricular (Total Vent.) volume and total volume of the lateral ventricles in cubic centimeters. B: Total volumes of Ventricle III and Ventricle IV in cubic centimeters. C: Ventricle-to-brain ratio (VBR). There is significant ventricular enlargement for all ventricular measures for both the traumatic brain injury (TBI) and anoxic brain injury (ABI) groups compared with the healthy control group. There were no significant differences between the TBI and ABI groups on any ventricular volume. Error bars denote standard deviations.

(Blatter et al., 1995) by more than four standard deviations. Such large VBRs are indicative of nonspecific neuropathological effects, despite the obvious difference in etiology.

After matching the two groups on the degree of diffuse structural brain atrophy, we found that neither the direct parametric comparison of neuropsychological tests nor the pattern analysis demonstrated significant differences between TBI and ABI groups (see Figure 5). Note that the Digit Symbol score approached significance ($p = .07$), and on the TMT-B, the mean TBI group scores were less than one standard deviation below the ABI group, but this difference was not significant ($p = .41$). Despite distinct differences in etiology, neuropsychological outcome was similar



*Figure 4.* Volumes in cubic centimeters for the hippocampus and temporal horns of the lateral ventricles for traumatic brain injury (TBI) and anoxic brain injury (ABI) groups compared with the healthy control group. There were no significant differences between the TBI and ABI groups; however, both groups had hippocampal atrophy and temporal horn enlargement. Error bars denote standard deviations. L Hippo = left hippocampus; R Hippo = right hippocampus; L Horn = left temporal horn; R Horn = right temporal horn.

regardless of whether the damage was produced by TBI or ABI. Thus, nonspecific damage as a consequence of TBI or ABI produced similar neuropsychological deficits, indicating less importance of etiology in neuropsychological outcome when generalized damage is present.

Because both ABI and TBI damage the hippocampus (Bigler et al., 1997; Kesner & Hopkins, 2001; Manns, Hopkins, & Squire, 2003) but via different mechanisms, we also assessed whether there was a unique influence on neuropsychological performance related to the degree of focal hippocampal atrophy. By individually matching the two groups for VBR, we ensured that they would be equated for generalized cerebral atrophy, as already mentioned. However, no similar matching or control was imposed on hippocampal volume; thus, hippocampal volume was free to vary. Nonetheless, in comparison with the control sample, hippocampal atrophy was significantly present in both the TBI and ABI groups but was more substantial in the TBI group. Despite the greater hippocampal atrophy in the TBI group, there was no significant difference in outcome on any measure of memory between the two groups. Figure 5 shows that the pattern of memory impairment was almost identical between the two groups. The observed memory impairments are similar to those observed in other studies following TBI (Deshpande, Millis, Reeder, Fuerst, & Ricker, 1996) and ABI (Kesner & Hopkins, 2001; Reynolds, Hopkins, & Bigler, 1999). Whether hippocampal atrophy occurred as a consequence of trauma or of anoxia did not appear to result in significant performance differences on tests of memory function.

Regression analysis was used to explore the potential unique role of hippocampal atrophy on neuropsychological outcome. Hippocampal atrophy was associated with lower intelligence scores. This may appear to support a more unique role of hippocampal atrophy, but hippocampal atrophy in TBI and ABI are not independent of total brain volume or parenchymal volume loss. In the uninjured brain, there is a positive correlation between and across all cerebral structures, in that hippocampal volume positively correlates with total brain volume (Bigler et al., 2002, 2003). In the



*Figure 5.* Neuropsychological measures as mean z scores for the traumatic brain injury (TBI) and anoxic brain injury (ABI) groups. There were no significant differences between the two groups on any neuropsychological measure using profile analysis (see also Table 1). However, Digit Symbol scores approached significance ($p = .07$), and the Trail Making Test–Part B had the largest difference between mean scores for the two groups, but this difference was not significant ($p = .41$). Both groups' z scores are almost one standard deviation below the mean for some measures. Error bars denote standard deviations. Verbal Mem = Verbal Memory; Visual Mem = Visual Memory; General Mem = General Memory; Attention/Con = Attention/Concentration; Delay Recall = Delayed Recall; Rey-O Copy = Rey–Osterrieth Complex Figure, Copy; Rey-O Delay = Rey–Osterrieth Complex Figure, Delayed; RAVL1, RAVL5, and RAVL6 = Rey Auditory Verbal Learning Test—Trials 1, 5, and 6, respectively; Dig Sym = Digit Symbol; Block Des = Block Design; Dig Span = Digit Span; FSIQ = Full Scale IQ; PIQ = Performance IQ; VIQ = Verbal IQ; Trails A = Trail Making Test–Part A; Trails B = Trail Making Test–Part B.

current study, total brain volume and hippocampal volume were significantly related ($r = ~.6$); thus, some of the hippocampal atrophy is associated with the generalized brain volume loss. A further contribution to hippocampal atrophy likely comes from damage to temporal lobe structures that input the hippocampus. There are diffuse projections throughout the brain that converge on the medial temporal lobe, particularly in the entorhinal cortex (Raz, Rodrigue, & Acker, 2003). These projections could affect tropic hippocampal input that, when damaged, results in downsteam transneuronal degeneration (Rosen et al., 2003). This undoubtedly occurs in both TBI and ABI because of the specific neuropathological effects of each of these injury types on medial temporal lobe structures. In the current study, temporal horn volume, which is influenced not only by hippocampal atrophy but also by temporal lobe volume loss (Bigler et al., 2002; Gale, Johnson, Bigler, & Blatter, 1994; Hicks et al., 1993; Tate & Bigler, 2000), was significantly dilated in both the ABI and TBI groups (more so but not significantly in the TBI group than in the ABI group). Clearly, in both the TBI and ABI groups in this study, some degree

of temporal lobe atrophy was present, but even though hippocampal atrophy and temporal lobe atrophy were differentially represented, the two groups did not differ on any memory measure. The regression findings relating hippocampal atrophy with intellectual performance likely related to the role that generalized atrophy plays in outcome rather than the unique contribution of hippocampal atrophy or medial temporal lobe changes.

There were no significant differences in the patients' self-reported emotional state as indicated by their BDI or BAI scores, which showed mild-to-moderate symptoms of depression and anxiety for both groups. However, the TBI subjects had a greater range of symptom endorsement for depression, whereas the ABI subjects exhibited the greater range of anxiety symptom endorsement. Changes in affect in both disorders have been linked to limbic involvement (Hay, Denson, van Hoof, & Blumenfeld, 2002; Helffenstein, 2000; Hopkins & Bigler, in press; Min, 1986). However, the BDI and BAI as self-report inventories have limitations with regard to clinical assessment of emotional state, reflecting the patients' symptoms, and should not be substituted for clinical

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Table 2
*Correlations of Neuropsychological Scores and Brain Volumetric Measures*

| Neuropsychological test and subtest | Brain measure | Correlation | $p$ |
|---|---|---|---|
| Full Scale IQ | CSF | −.63 | .005 |
|  | Right hippocampus | .54 | .022 |
|  | Left hippocampus | .50 | .035 |
|  | Total hippocampus | .55 | .018 |
|  | Subarachnoid CSF | −.53 | .025 |
|  | Total brain | .51 | .031 |
| Performance IQ | CSF | −.63 | .005 |
|  | Left temporal horn | −.47 | .049 |
|  | Right temporal horn | −.50 | .037 |
|  | Subarachnoid CSF | −.57 | .041 |
|  | Total brain | .60 | .008 |
|  | VBR | −.49 | .040 |
| Digit Span (WAIS–R) | Ventricle IV | −.53 | .025 |
|  | Left temporal horn | −.48 | .043 |
| Attention/Concentration (WMS–R) | Ventricle IV | −.49 | .038 |
| ROCF |  |  |  |
| Copy | Left hippocampus | .50 | .041 |
|  | Right hippocampus | .59 | .012 |
|  | Total hippocampus | .56 | .020 |
| Delayed Recall | Right hippocampus | .51 | .038 |
|  | Total hippocampus | .47 | .054 |
| RAVLT |  |  |  |
| Trial 5 | Left hippocampus | .74 | .001 |
|  | Right hippocampus | .68 | .004 |
|  | Total hippocampus | .73 | .001 |

*Note.* Because there were no significant differences for any neuropsychological outcome measure between the groups, the groups were combined for correlational analysis. CSF = cerebral spinal fluid; VBR = ventricle-to-brain ratio; WAIS–R = Wechsler Adult Intelligence Scale–Revised; WMS–R = Wechsler Memory Scale—Revised; ROCF = Rey-Osterrieth Complex Figure; RAVLT = Rey Auditory Verbal Learning Test.

diagnosis. The current findings also suggest that with an equal degree of generalized brain atrophy, TBI and ABI similarly alter emotional state.

A major strength of this study was that subjects with brain injury from different etiologies were matched for global cerebral tissue loss using the VBR (Bigler et al., 2004) and for age and education. Most researchers compare subjects with heterogeneous brain injuries within an etiology and find variable neurocognitive outcome. The results of this study indicate that it may be important to control for the morphologic changes within and between groups to evaluate neurocognitive outcome of a particular etiology or type of injury.

The major limitation of this study was the small sample size, as negative findings may simply be a reflection of insufficient power to detect genuine between-groups differences (Cohen, 1992; Ives, 2003). As a counter to small sample size and lack of power, careful and systematic matching on as many variables as possible provides one method for detecting differences in a dependent variable. In this case neuropsychological performance. Case study designs are always underpowered, yet they have yielded important insights into neuropsychological processes (Crawford, Garthwaite, Howell, & Venneri, 2003; Wilson, 1987). In some respects, this is an extended case study design in which the two patient groups were

as closely matched as possible not only on standard demographic variables (i.e., age, gender, and at least a 10th-grade education) but also on degree of generalized brain damage, using individual VBR scores. The matching of subjects using the VBR score is unique to this study and facilitates the equilibration of the two groups as closely as possible, except for the difference in etiology. With neuropsychological test performance as the dependent variable, performance outcome was free to vary between the two groups, and had there been substantial differences unique and attributable to either TBI or ABI, some indication should have been evident either in absolute differences in test scores or in the pattern of scores. However, such analyses did not yield significant differences. We also had a practical consideration in that out of several hundred cases of TBI and ABI in our database, we could match only 10 subjects on *all* of the matching variables. We fully acknowledge the limitations of this study due to sample size, but likewise we feel that we have addressed an important issue in neuropsychological research: that the type of injury to the brain may not be as important as the amount of brain volume loss in the absence of focal lesions, in which equal amounts of damage result in proportional neuropsychological deficits despite differences in etiology.

Our data suggest that the etiology of brain injury may not be as important as the extent of global and focal neural cell loss in determining neuropsychological outcome. Both the TBI and ABI groups had global as well as specific hippocampal atrophy that was related to neuropsychological impairments. There was no overall unique contribution of hippocampal atrophy on neuropsychological outcome between TBI or ABI groups, although hippocampal atrophy was related to overall level of intellectual function. We argue that this association was a by-product of the overall generalized atrophy induced by these distinctly different etiologies. The neuropsychological impairments were similar between these two etiologically distinct groups. The presence of generalized cerebral atrophy and hippocampal volume loss resulting in neuropsychological impairments appears to override the origin of the neuropathological changes. Thus, the amount of neural tissue loss, regardless of etiology, may be a critical factor in determining neuropsychological outcome.

## References

Ackerly, S. S. (1964). A case of paranatal bilateral frontal lobe defect observed for thirty years. In J. M. Warren & K. Akert (Eds.), *The frontal granular cortex and behavior* (pp. 192–218). New York: McGraw-Hill.

Bain, A. C., Raghupathi, R., & Meaney, D. F. (2001). Dynamic stretch correlates to both morphological abnormalities and electrophysiological impairment in a model of traumatic axonal injury. *Journal of Neurotrauma, 18,* 499–511.

Bandak, F. A., Eppinger, R. H., & Ommaya, A. K. (1996). *Traumatic brain injury: Bioscience and mechanics.* Larchmont. NY: Mary Ann Liebert.

Barat, M., Blanchard, J. Y., & Carriet, D. (1989). Les troubles neuropsychologiques des anoxies cerebrales prolongees. Influence sur le devenir functionnel. *Annales de Readaptation et de Medecine Physique, 32,* 657–668.

Beck, A. T. (1987). *Beck Depression Inventory.* San Antonio, TX: Psychological Corporation.

Beck. A. T., & Steer, R. A. (1993). *Beck Anxiety Inventory.* San Antonio. TX: Psychological Corporation.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Case 2:16-cv-14413-RLR  Document 125-2  Entered on FLSD Docket 10/26/2017  Page 42 of 436

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Biagas, K. (1999). Hypoxic–ischemic brain injury: Advancements in the understanding of mechanisms and potential avenues for therapy. *Current Opinion in Pediatrics, 11,* 223–228.

Bigler, E. D. (in press). Neuroimaging correlates of functional outcome. In N. Zasler, D. Katz, & R. Zafonte (Eds.), *Neurorehabilitation of traumatic brain injury.* New York: Demos.

Bigler, E. D. (2001). Quantitative magnetic resonance imaging in traumatic brain injury. *Journal of Head Trauma Rehabilitation, 16,* 1–21.

Bigler, E. D., & Alfano. M. (1988). Anoxic encephalopathy: Neuroradiological and neuropsychological findings. *Archives of Clinical Neuropsychology, 3,* 383–396.

Biglor, E. D., Anderson. C. V., & Blatter, D. D. (2002). Temporal lobe morphology in normal aging and traumatic brain injury. *American Journal of Neuroradiology, 23,* 255–266.

Bigler, E. D., Blatter, D. D., Anderson, C. V., Johnson, S. C., Gale, S. D., Hopkins, R. O., & Burnett, B. (1997). Hippocampal volume in normal aging and traumatic brain injury. *American Journal of Neuroradiology, 18,* 11–23.

Bigler, E. D., Neeley. E. S., Miller, M. J., Tate, D. F., Rice, S. A., Cleavinger, H. B., et al. (2004). Cerebral volume loss, cognitive deficit and neuropsychological performance: Comparative measures of brain atrophy: I, Dementia. *Journal of the International Neuropsychological Society, 10,* 442–452.

Bigler, E. D., Tate, D. F., Neeley, E. S., Wolfson, L. J., Miller, M. J., Rice. S. A., et al. (2003). Temporal lobe, autism, and macrocephaly. *American Journal of Neuroradiology, 24,* 2066–2076.

Blatter, D, D.. Bigler. E. D., Gale, S. D., Johnson, S. C.. Anderson, C. V., Burnett. B. M., et al. (1995). Quantitative volumetric analysis of brain MR: Normative database spanning five decades of life. *American Journal of Neuroradiology, 16,* 241–251.

Blatter, D. D.. Bigler, E. D., Gale. S. D., Johnson. S. C.. Anderson, C. V., Burnett. B. M., et al. (1997). MR-based brain and cerebrospinal fluid measurement after traumatic brain injury: Correlation with neuropsychological outcome. *American Journal of Neuroradiology, 18,* 1–10.

Clarke, E., & Dewhurst, K. (1996). *An illustrated history of brain function: Imaging the brain from antiquity to present* (2nd ed.). San Francisco: Norman.

Cohen, J. (1992). A power primer. *Psychological Bulletin. 112,* 155–159.

Conti, A. C., Raghupathi, R., Trojanowski, J. Q., & McIntosh, T. K. (1998). Experimental brain injury induces regionally distinct apoptosis during the acute and delayed post-traumatic period. *Journal of Neuroscience, 18,* 5663–5672.

Crawford, J. R., Garthwaite, P. H., Howell, D. C., & Venneri, A. (2003). Intra-individual measures of association in neuropsychology: Inferential methods for comparing a single case with a control or normative sample. *Journal of the International Neuropsychological Society, 9,* 989–1000.

Deshpande. S. A., Millis. S. R., Reeder, K. P., Fuerst, D., & Ricker, J. H. (1996). Verbal learning subtypes in traumatic brain injury: A replication. *Journal of Clinical and Experimental Neuropsychology. 18,* 836–842.

Finger. S. (1994). *Origins of neuroscience: A history of explorations into brain function.* New York: Oxford University Press.

Floyd. R. A. (1990). Role of oxygen free radicals in carcinogenesis and brain ischemia. *Journal of the Federation of American Societies for Experimental Biology, 4,* 2587–2597.

Gale, S. D., & Hopkins, R. O. (2004). Effects of hypoxia on the brain: Neuroimaging and neuropsychological findings following carbon monoxide poisoning and obstructive sleep apnea. *Journal of the International Neuropsychological Society, 10,* 60–71.

Gale, S.. Hopkins, R., Weaver. L., Bigler, E., Booth, E., & Blatter, D. (1999). MRI. quantitative MRI, SPECT. and neuropsychological findings following carbon monoxide poisoning. *Brain Injury, 13,* 229–243.

Gale, S. D., Johnson, S. C., Bigler, E. D., & Blatter, D. D. (1994). Traumatic brain injury and temporal horn enlargement correlates with tests of intelligence and memory. *Neuropsychiatry, Neuropsychology, and Behavioral Neurology. 7.* 160–165.

Gennarelli, T. A. (1986). Mechanisms and pathophysiology of cerebral concussion. *Journal of Head Trauma Rehabilitation. 1.* 23–29.

Gilland, E., Puka-Sundvall, M., Hillered. L., & Hagberg. H. (1998). Mitochondrial function and energy metabolism after hypoxic-ischemia in the immature rat brain: Involvement of NMDA receptors. *Journal of Cerebral Blood Flow and Metabolism, 18,* 297–304.

Ginsberg. M. D., Welsh. F. A., & Budd, W. W. (1980). Deleterious effect of glucose pretreatment on recovery from diffuse cerebral ischemia in the cat. I. Local cerebral blood flow and glucose utilization. *Stroke, 11,* 347–354.

Grafman. J., Salazar. A., Weingartner, H.. Vance. S.. & Amin, D. (1986). The relationship of brain-tissue loss volume and lesion location to cognitive deficit. *Journal of Neuroscience, 6,* 301–307.

Graham, D. I.. Gennarelli, T. A., & McIntosh, T. K. (2002). Trauma. In D. I. Graham & P. I. Lantos (Eds.), *Greenfield's neuropathology* (7th ed.. Vol. 2, pp. 823–882). London: Hodder Headline Group.

Gross, C. G.,.& Weiskrantz, L. (1964). Some changes in behavior produced by lateral frontal lesions in the macaque. In J. M. Warren & K. Akert (Eds.), *The frontal granular cortex and behavior* (pp. 74–101). New York: McGraw-Hill.

Groswasser, Z., Reider, G., II, Schwab, K., Ommaya, A. K.. Pridgen, A.. Brown, H. R.. et al. (2002). Quantitative imaging in late TBI. Pt. II: Cognition and work after closed and penetrating head injury: A report of the Vietnam head injury study. *Brain Injury, 16,* 681–690.

Hay, P. J., Denson, L. A., van Hoof, M.. & Blumenfeld, N. (2002). The neuropsychiatry of carbon monoxide poisoning in attempted suicide: A prospective controlled study. *Journal of Psychosomatic Research, 53.* 699–708.

Helffenstein, D. (2000). Neuropsychological evaluation of the carbon monoxide-poisoned patient. In D. G. Penney (Ed.), *Carbon monoxide toxicity* (pp. 439–462). Boca Raton, FL: CRC Press.

Hicks, R. R., Smith, D. H., Lowenstein, D. H., Saint-Marie. R., & McIntosh, T. K. (1993). Mild experimental brain injury in the rat induces cognitive deficits associated with regional neuronal loss in the hippocampus. *Journal of Neurotrauma, 10,* 405–414.

Hoffman, P. A. M.. Verhey, F. R. J., Wilmink, J. T., Rozendaal, N., & Jolles, J. (2002). Brain lesions in patients visiting a memory clinic with postconcussional sequelae after mild to moderate brain injury. *Journal of Neuropsychiatry and Clinical Neurosciences, 14.* 176–184.

Hopkins, R. O.. & Bigler, E. D. (in press). Hypoxic and anoxic conditions of the CNS. In J. E. Morgan & J. H. Ricker (Eds).. *Textbook of clinical neuropsychology.* Lisse, the Netherlands: Swets & Zeitlinger.

Hopkins, R. O., Gale, S. D., Johnson. S. C., Anderson, C. V., Bigler. E. D., Blatter, D. D., & Weaver, L. K. (1995). Severe anoxia with and without concomitant brain atrophy and neuropsychological impairments. *Journal of the International Neuropsychological Society, 1.* 501–509.

Hutchison, J. S., Derrane, R. E., Johnston, D. L., Gendron. N., Barnes, D., Fliss. H., et al. (2001). Neuronal apoptosis inhibitory protein expression after traumatic brain injury in the mouse. *Journal of Neurotrauma, 18,* 1333–1347.

Irle, E. (1987). Lesion size and recovery of function: Some new perspectives. *Brain Research, 434,* 307–320.

Ives. B. (2003). Effect size use in studies of learning disabilities. *Journal of Learning Disabilities, 36,* 490–504.

Johnson. R. A., & Wichern, D. W. (2002). *Applied multivariate statistical analysis* (5th ed.). Upper Saddle River, NJ: Prentice Hall.

Johnson, S. C., Bigler, E. D., Burr. R. B., & Blatter, D. D. (1994). White matter atrophy, ventricular dilation, and intellectual functioning following traumatic brain injury. *Neuropsychology, 8,* 307–315.

Kass, I. S., & Lipton. P. (1986). Calcium and long-term transmission damage following anoxia in dentate gyrus and CAl regions of the rat hippocampal slice. *Journal of Physiology, 378,* 313–334.

242                                                                   HOPKINS, TATE, AND BIGLER

Kesner, R. P., & Hopkins, R. O. (2001). Short-term memory for duration and distance in humans: Role of the hippocampus. *Neuropsychology, 15*, 58–68.

Lashley, K. (1950). *Society of Experimental Biology Symposium No. R: Physiological mechanisms in animal behavior* (pp. 478–505). New York: Cambridge University Press.

Lezak, M. D. (1976). *Neuropsychological assessment*. New York: Oxford University Press.

Lezak, M. D. (1995). *Neuropsychological assessment*. New York: Oxford University Press.

Luria, A. R. (1966). *Higher cortical function in man*. New York: Basic Books.

Lutz, P. L., & Nilsson. G. E. (1994). *The brain without oxygen: Causes of failure and mechanisms for survival*. Austin, TX: R. G. Landes.

Manns, J. R., Hopkins, R. O., Reed, J. M., Kitchener, E. G., & Squire, L. R. (2003). Recognition memory and the human hippocampus. *Neuron, 37*, 171–180.

Manns, J. R., Hopkins, R. O., & Squire, L. R. (2003). Semantic memory and the human hippocampus. *Neuron, 38*, 127–133.

Maxwell, W. L., Povlishock, J. T., & Graham, D. L. (1997). A mechanistic analysis of nondisruptive axonal injury: A review. *Journal of Neurotrauma, 14*, 419–440.

Medana, I. M., & Esiri, M. M. (2003). Axonal damage: A key predictor of outcome in human CNS diseases. *Brain. 126*, 515–530.

Meythaler. J. M., Peduzzi. J. D.. Eleftheriou. E., & Novack, T. A. (2001). Current concepts: Diffuse axonal injury-associated traumatic brain injury. *Archives of Physical Medicine and Rehabilitation, 82*, 1461–1471.

Min, S. K. (1986). A brain syndrome associated with delayed neuropsychiatric sequelae following acute carbon monoxide intoxication. *Acta Psychiatrica Scandinavica, 73*, 80–86.

Mitil, R. L., Grossman. R. I., Hiehle, J. F., Jr., Jurst, R. W., Kauder, D. R., Gennarelli,T. A., & Alburger, G. W. (1994). Prevalence of MR evidence of diffuse axonal injury in patients with mild head injury and normal head CT findings. *American Journal of Neuroradiology, 15*, 1583–1589.

Murphy, E. J., & Horrocks, L. A. (1993). A model for compression trauma: Pressure-induced injury in cell cultures. *Journal of Neurotrauma, 10*, 431–444.

Parker, R. S. (1990). *Traumatic brain injury and neuropsychological impairment: Sensorimotor, cognitive, emotional, and adaptive problems of children and adults*. New York: Springer-Verlag.

Parkin. A. J., Miller. J., & Vincent, R. (1987). Multiple neuropsychological deficits due to anoxic encephalopathy: A case study. *Cortex, 23*, 655–665.

Raz, N., Rodrigue, K. M., & Acker, J. D. (2003). Hypertension and the brain: Vulnerability of the prefrontal regions and executive functions. *Behavorial Neuroscience, 117*, 1169–1180.

Reitan, R. M., & Wolfson, D. (1985). *The Halstead–Reitan neuropsychological test battery*. Tucson. AZ: Neuropsychology Press.

Rey, A. (1941). L'examen psychologique dans les cas d'encephalopathie traumatique [Psychological examination of traumatic encephalopathy]. *Archives de Psychologie. 28*, 286–340.

Rey. A. (1964). *L'examen clinique en psychologie* [The clinical exam in psychology]. Paris: Press Universitaire de France.

Reynolds. C. R., Hopkins, R. O., & Bigler, E. D. (1999). Continuing decline of memory skills with significant recovery of intellectual func-

tion following severe carbon monoxide exposure: Clinical, psychometric, and neuroimaging findings. *Archives of Clinical Neuropsychology, 14*, 235–249.

Robb. R. (1995). *ANALYZE: Three-dimensional biomedical imaging*. New York: VCH.

Rosen, A. C., Prull, M. W., Gabrieli, J. D., Stoub, T., O'Hara, R., Friedman. L., et al. (2003). Differential associations between entorhinal and hippocampal volumes and memory performance in older adults. *Behavorial Neuroscience, 117*, 1150–1160.

Russell, E. W., Neuringer, C., & Goldstein, G. (1970). *Assessment of brain damage: A neuropsychological key approach*. New York: Wiley-Interscience.

Schurr, A., & Rigor, B. M. (1992). The mechanism of cerebral hypoxic–ischemic damage. *Hippocampus, 2*, 221–228.

Siesjo, B. K., Bengtsson, R., Grampp. W., & Theander, S. (1989). Calcium. excitotoxins, and neuronal death in the brain. *Annals of the New York Academy of Science, 568*, 234–252.

Smith, A. (1981). Principles underlying human brain functions in neuropsychological sequelae of different neuropathological processes. In S. B. Dilskov & T. J. Boll (Eds.), *Handbook of clinical neuropsychology* (pp. 175–226). New York: Wiley-Interscience.

Smith, D. H., Nakamura, M., McIntosh. T. K., Wang, J., Rodriguez, A., Chen, X. H., et al. (1998). Brain trauma induces massive hippocampal neuron death linked to a surge in beta-amyloid levels in mice. overexpressing mutant amyloid precursor protein. *American Journal of Pathology, 153*. 1005–1010.

Spreen, O., & Strauss. E. (1998). *A compendium of neuropsychological tests: Administration; norms; and commentary* (2nd ed.). Oxford, England: Oxford University Press.

Stevens, J. (1996). *Applied multivariate statistics for the social sciences* (3rd ed.). Mahwah. NJ: Erlbaum.

Swiercinsky, D. P., & Warnock, J. K. (1977). Comparison of the neuropsychological key and discriminant analysis approaches in predicting cerebral damage and localization. *Journal of Consulting and Clinical Psychology, 45*, 808–814.

Tate, D., & Bigler. E. D. (2000). Fornix and hippocampal atrophy in traumatic brain injury. *Learning and Memory, 7*, 442–446.

Vick, N. A. (1949). *Grinker's neurology*. Springfield, IL: Charles C. Thomas.

Weaver, L. K., Hopkins. R. O., Chan. K. J.. Churchill. S., Elliott. C. G., Clemmer, T. P., et al. (2002). Hyperbaric oxygen for acute carbon monoxide poisoning. *New England Journal of Medicine, 347*, 1057–1067.

Wechsler, D. (1981). *Wechsler Adult Intelligence Scale: Revised*. New York: Psychological Corporation.

Wechsler, D. (1987). *Wechsler Memory Scale—Revised manual*. San Antonio, TX: Psychological Corporation.

Wilson. B. (1987). Single-case experimental designs in neuropsychological rehabilitation. *Journal of Clinical and Experimental Neuropsychology, 9*, 527–544.

Received June 18, 2003
Revision received April 7, 2004
Accepted April 22, 2004 ■

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

# Anoxic-Ischemic Encephalopathy and Strokes Causing Impaired Consciousness

Miguel Bussière, MD, PhD[a],*, G. Bryan Young, MD, FRCP(C)[b]



In this article, the authors review coma due to global ischemia (cardiac arrest or severe hypotension) or focal ischemia or hemorrhage. Hypoxemia by itself rarely causes neuronal death unless the arterial partial pressure of oxygen decreases to less than 25 mm Hg[1]; however, lesser degrees of hypoxemia can contribute to damage in the presence of severe hypotension.

## ANOXIC-ISCHEMIC ENCEPHALOPATHY

Within 1 minute of cardiac arrest, phosphocreatine, a major source of high-energy phosphate, is depleted. The sodium-potassium membrane pump rapidly fails as a result of an inadequate supply of adenosine triphosphate, causing an influx of sodium into neurons and glia accompanied by potassium ion efflux. With energy failure in the mitochondria, lactate production increases, and without oxygen the excess electrons allow the formation of destructive superoxide free radicals.[2] Glutamate, released into the extracellular fluid caused by a failure of the glutamate buffering mechanism, binds to and activates N-methyl-D-aspartate receptors. The resultant influx of sodium and calcium ions adds to osmotic swelling (cytotoxic edema) and activates proteinases (calpains that break down elements of the cytoskeleton) and phospholipases,

The authors have nothing to disclose.
[a] Division of Neurology and Interventional Neuroradiology, Department of Medicine, University of Ottawa, The Ottawa Hospital, Civic Campus, C-2174, 1053 Carling Avenue, Ottawa, ON K1Y 4E9, Canada
[b] Division of Neurology, Department of Clinical Neurological Sciences, University of Western Ontario, London Health Sciences Centre, 339 Windermere Road, London, ON N6A 5A5, Canada
* Corresponding author.
E-mail address: mbussiere@toh.on.ca

Neurol Clin 29 (2011) 825–836
doi:10.1016/j.ncl.2011.07.001
neurologic.theclinics.com
0733-8619/11/$ – see front matter © 2011 Elsevier Inc. All rights reserved.

Downloaded from ClinicalKey.com at Florida Atlantic University - Florida state consortium February 21, 2017.
For personal use only. No other uses without permission. Copyright ©2017 Elsevier Inc. All rights reserved.

producing arachidonic acid and causing the release of cytochrome c. With reperfusion, that is, when the heart is restarted, there is increased free radical production, including peroxynitrate, which inactivates superoxide dismutase (a free radical scavenging enzyme) and damages complexes I and II of the mitochondrial respiratory chain, leading to further membrane damage.[2] Calcium influx into the mitochondria triggers additional phospholipase activation (digesting membrane phospholipids) and turns on apoptotic mechanisms. Incremental ischemic damage with reperfusion relates, at least in part, to eicosanoids (generated by arachidonic acid) that cause increased adhesion of white blood cells and platelets to capillary walls, contributing to the no-reflow phenomenon. Edema and microhemorrhages caused by leaky damaged blood vessels can further impair perfusion and worsen ischemia.

Coma occurs quickly with global ischemia because of widespread metabolic, neuronal, and glial failure, leading to loss of membrane potential and synaptic function. Sedating drugs and paralyzing agents used in patients treated with the hypothermic protocol can prolong the period of unresponsiveness, but the established neuroprotective benefit of hypothermia justifies their use.[3,4]

Advances have been made in the prognostic determination of patients with anoxic-ischemic encephalopathy. In 2006, the American Academy of Neurology published practice parameters for determining the neurologic prognosis of patients who had been resuscitated from cardiac arrest (Fig. 1).[5] However, the articles used in formulating these guidelines preceded the advent of the hypothermic protocol, which has



**Fig. 1.** The American Academy of Neurology practice parameters for determining the neurologic prognosis of patients resuscitated from cardiac arrest. FPR, false-positive rate; NSE, neuron-specific enolase; SSEP, somatosensory evoked potential. (*From* Wijdicks EF, Hijdra A, Young GB, et al. Practice parameter: prediction of outcome in comatose survivors after cardiopulmonary resuscitation (an evidence based review): report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2006;67:204; with permission.)

Downloaded from ClinicalKey.com at Florida Atlantic University - Florida state consortium February 21, 2017. For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

been shown to have a neuroprotective effect and is now a standard of care in most centers. Studies on patients with cardiac arrest treated with the hypothermic protocol are showing that some of the guidelines may not be valid. Rossetti and colleagues[6] and Al Thenayan and colleagues[7] both showed that the motor response is unreliable at 3 days and that 6 days or more may be necessary to use the motor response as a prognostic criterion for poor outcome.[7] Similarly, the presence of myoclonic status epilepticus may not be sufficient on its own to be reliably predictive.[6] It would seem that the absence of the pupillary and corneal reflexes and the N20 somatosensory evoked potential response remains valid at the timelines suggested by the American Academy of Neurology, but further clinical research is needed to refine the practice parameters for patients who have been treated with the hypothermic protocol.[6,7]

## ISCHEMIC AND HEMORRHAGIC STROKE

Strokes, either ischemic or hemorrhagic, typically cause acute onset of focal neurologic deficits such as hemiparesis, hemisensory or hemivisual loss, or aphasia.[8] Impairment of consciousness, at least acutely, is an uncommon symptom of stroke. However, consciousness may be affected by ischemia or hemorrhage if damage occurs to specific brain structures involved in alertness, with widespread hemispheric or bihemispheric damage, or as a result of secondary complications such as hemorrhagic transformation of an ischemic infarct, malignant edema, mass effect, or cerebrospinal fluid outflow obstruction causing raised intracranial pressure or as a result of seizures. Superimposed metabolic disturbances, infection, and adverse effects of medications may also contribute to impaired alertness in patients with stroke.

### Ischemic Stroke

Thromboemboli from large vessel atherosclerotic disease or of cardiac origin are responsible for up to half of ischemic strokes.[8–10] Small vessel or penetrating artery disease (lacunar) represents the third most common cause of ischemic stroke. Patients with penetrating artery disease typically present with classic clinical syndromes without impaired consciousness because of small infarcts in the deep regions of the brain or brainstem.[11,12] Approximately, 15% to 20% of strokes remain cryptogenic in origin despite extensive investigation.[9,10] Various uncommon causes account for the remainder of ischemic strokes (<5%), including hypoperfusion, arterial dissection, vasculitis, thrombophilias, and cortical vein or venous sinus thrombosis. The symptoms and severity of deficits caused by ischemic stroke vary depending on the site of arterial occlusion and the degree of collateral blood flow.

### Anterior circulation ischemia

**Anterior cerebral artery** Unilateral anterior cerebral artery (ACA) infarction typically causes contralateral leg weakness and sensory loss but does not impair consciousness. Bilateral ACA territory ischemia affecting the mesiofrontal structures (orbitofrontal cortex, anterior cingulate gyri, and anterior limbs of the internal capsule) may cause akinetic mutism, a state in which patients are awake but mute and make little voluntary movement but may fixate and track with their eyes.[12] Infarcts affecting the supplementary motor areas, even unilaterally, may produce abulia or profound lack of spontaneity.[12]

**Middle cerebral artery** Patients with extensive middle cerebral artery (MCA) territory infarction due to proximal MCA occlusion usually only have mild decreased responsiveness and alertness at onset. Aphasia due to dominant hemisphere involvement should not be confused with impaired alertness. Early impairment of the level of consciousness at or shortly after stroke onset, however, is a strong predictor of poor

Downloaded from ClinicalKey.com at Florida Atlantic University - Florida state consortium February 21, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

outcome.[13] Patients with extensive MCA territory infarction may develop malignant cerebral edema (see later).

**Anterior choroidal artery** Unilateral anterior choroidal artery infarcts may cause contralateral weakness and sensory loss and hemianopsia due to injury to the posterior limb of the internal capsule and lateral geniculate nucleus. Bilateral anterior choroidal infarction, although exceedingly uncommon, can cause akinetic mutism and bilateral hemiparesis or hemiplegia.[12]

**Internal carotid artery** Internal carotid artery (ICA) occlusion can result in extensive unilateral hemispheric infarction. The term total anterior circulation stroke has been used to describe complete infarction of both the ACA and MCA territories. These large strokes carry a poor prognosis with a high mortality rate (about 60%). Patients present with profound hemiplegia, hemisensory and visual loss, and global aphasia if the dominant hemisphere is involved, in addition to decreased alertness and responsiveness. Bilateral ICA occlusion, a very rare occurrence, can cause sudden coma with preservation of brainstem reflexes.[14]

### Posterior circulation ischemia

Many nuclei and ascending projections in the rostral brainstem and thalami play key roles in the maintenance and modulation of wakefulness, including the reticular formation, noradrenergic nuclei such as the locus coeruleus, serotonergic nuclei such as the dorsal raphe, as well as rostrally directed cholinergic, adrenergic, and serotonergic projections.[15–17] Perforating vessels arising from the basilar artery, proximal posterior cerebral arteries, and posterior communicating arteries supply blood to the brainstem and diencephalon. Occlusion of these vessels caused by cardioembolism, atheroembolism, or in situ atherothrombosis can disrupt these pathways and nuclei and cause alterations in the state of consciousness.

Bilateral thalamic infarction, especially if it involves the paramedian regions, can cause decreased levels of consciousness (**Fig. 2**).[18,19] Akinetic mutism, vertical gaze paresis, amnesia, and altered behavior or personality may also be a consequence of medial thalamic injury but may only become apparent when alertness improves.[18,19] The top of the basilar syndrome, most often caused by an embolus, is a manifestation of ischemic injury, usually bilateral, to the rostral midbrain and thalamus. Patients



**Fig. 2.** Axial diffusion-weighted magnetic resonance images of the brain showing bilateral rostral midbrain (A) and paramedian thalamic (B) infarctions.

Downloaded from ClinicalKey.com at Florida Atlantic University - Florida state consortium February 21, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

develop pupillary and eye movement abnormalities and a depressed level of consciousness and may or may not have visual field, motor, and sensory abnormalities.

Basilar artery occlusion carries a grave prognosis with a mortality rate as high as 90%.[20] Patients may present with abrupt loss of consciousness or with transient or progressive brainstem and cerebellar symptoms, such as vertigo, ataxia, dysarthria, diplopia, or visual field loss, often followed by an abrupt neurologic decline. Basilar occlusion occurs as a result of an embolus in the basilar artery from the heart or proximal vertebrobasilar system or thrombosis of an atherosclerotic and stenotic basilar artery.[20]

### Strokes in multiple arterial territories
Infarctions in multiple vascular territories are often accompanied by impairment in alertness. Strokes associated with cardiac surgery, as an example, are commonly multiple and occur because of embolism, hypoperfusion, or both.[21,22] Patients with watershed or borderzone infarcts tend to have longer periods of unconsciousness after cardiac surgery compared with patients with embolic infarcts.[21] In another study, widespread ischemic brain injury was documented on neuroimaging in several patients with postoperative coma, most frequently associated with cardiovascular surgery and/or the occurrence of intraoperative hypotension.[23]

### Malignant edema after ischemic stroke
Cerebral edema, mostly cytotoxic in nature, develops and progresses over the first 3 to 5 days after an ischemic stroke and generally begins to subside within 1 to 2 weeks. In approximately 1% to 10% of MCA territory strokes, malignant edema can develop with rapid and severe tissue swelling causing mass effect, raised intracranial pressure, and risk of lateral tentorial herniation **(Fig. 3)**.[24,25] Direct compression and distortion of the rostral brainstem and thalami lead to impairment in consciousness. Patients with malignant edema after large anterior circulation infarcts typically exhibit a progressive decline in the level of consciousness over the first 24 to 48 hours.[24,26] A mortality rate as high as 80% is associated with this condition. The most consistent factor associated with the development of malignant edema after a hemispheric stroke is the extent or size of the baseline infarction. Patients with anterior circulation infarcts involving less than 50% of the hemisphere are at an increased risk of developing malignant edema.[26]

Severe edema can also complicate 10% to 20% of cerebellar infarcts **(Fig. 4)**.[27,28] The posterior fossa is contained by the skull and tentorial dura and has a limited capacity to accommodate increases in volume. Thus, cerebellar tonsil herniation may be the consequence of unrecognized and untreated severe edema after a large



**Onset**                **24h**                **48h**

**Fig. 3.** Serial axial computed tomographic scan of the head demonstrating the development of malignant edema in the first 48 hours after a large right MCA infarct.

Downloaded from ClinicalKey.com at Florida Atlantic University - Florida state consortium February 21, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.



**Fig. 4.** Axial computed tomographic scan of the head showing brainstem and fourth
ventricle compressions due to severe edema developing after a large left cerebellar infarct.

cerebellar hemisphere infarct. Clinical symptoms at presentation include vertigo,
nausea and vomiting, dysarthria, and ataxia. Patients may become increasingly drowsy
over the first 2 to 3 days before abrupt respiratory and cardiovascular compromise or
arrest occurs.[29]

### *Venous sinus thrombosis*

Thrombosis of the deep cerebral veins can result in profound impairment of
consciousness. The internal cerebral veins drain blood from the thalami and rostral
midbrain into the vein of Galen and straight sinus.[30] Venous congestion due to throm-
bosis of the deep cerebral veins can cause severe edema in these structures leading
to venous infarction and hemorrhage (**Fig. 5**).[31]

## Hemorrhagic Stroke

Intracranial hemorrhage is the cause of about 20% of all strokes.[8–10] These sponta-
neous nontraumatic intracranial bleeds can be subclassified into intracerebral hemor-
rhage (ICH) or subarachnoid hemorrhage (SAH).

There are no clinical features at symptom onset that are of sufficient specificity to
reliably distinguish patients with hemorrhagic stroke and those with ischemic stroke.[32]
This is the primary reason why neuroimaging is required before consideration of
thrombolysis for ischemic stroke.[33] Coma at onset, however, increases the probability
of a hemorrhagic stroke.[32]

### *ICH*

Primary ICHs are caused by hypertension or amyloid angiopathy and account for 78%
to 88% of all ICHs.[34] Secondary ICHs can occur due to various causes, including coa-
gulopathy, vascular malformations, tumor, venous thrombosis, vasculitis, or reversible

Downloaded from ClinicalKey.com at Florida Atlantic University - Florida state consortium February 21, 2017.
For personal use only. No other uses without permission. Copyright ©2017 Elsevier Inc. All rights reserved.



**Fig. 5.** Axial fluid-attenuated inversion recovery magnetic resonance images of the brain in a patient with deep cerebral vein thrombosis demonstrating bilateral thalamic and rostral midbrain hyperintensity due to venous congestion.

cerebral vasoconstriction syndromes. Hypertensive bleeds occur most commonly in the basal ganglia, pons, thalamus, and cerebellum.[34] Large hemorrhages in the basal ganglia or thalamus may extend or decompress into the ventricular system. ICHs caused by amyloid angiopathy occur in a lobar distribution. These patients often have evidence of numerous previous microbleeds on magnetic resonance imaging (MRI) using gradient echo or susceptibility-weighted sequences.[35,36]

ICHs may impair consciousness by several mechanisms. ICH that occurs in the rostral brainstem may disrupt the ascending reticular activating system, as described previously (see section on Posterior Circulation Ischemia). Large supratentorial lobar hemorrhages may cause mass effect, raised intracranial pressure leading to herniation, and compression of the diencephalon and brainstem. Large ICHs centered in the thalamus or basal ganglia may extend into the ventricular system and thus impair cerebrospinal fluid outflow, and cause hydrocephalus and raise intracranial pressure. Large infratentorial bleeds, similarly, may exert mass effect, leading to obstruction of the ventricular system, hydrocephalus, and elevated intracranial pressure or pressure within the posterior fossa leading to upward, central, or downward cerebellar tonsil herniation. Sudden or progressive neurologic decline after ICH is often caused by hematoma enlargement.[34]

### SAH

SAH is the underlying cause of 5% of all strokes and up to 20% of hemorrhagic strokes. Rupture of an intracranial saccular aneurysm is the cause of nontraumatic SAH in up to 85% of cases.[37,38] Other causes include perimesencephalic bleeds, vascular malformations, mycotic aneurysms, arterial dissection, coagulopathy, venous thrombosis, vasculitis, and reversible cerebral vasoconstriction syndromes.

The classic clinical presentation of a patient with SAH is a very sudden severe headache associated with photophobia and neck stiffness. About 10% to 20% of patients with SAH, however, arrive at the hospital in a coma or with depressed level of consciousness.[39,40] Sudden severe pain may precipitate a vasovagal response in some patients, leading to syncope. In most patients, however, the abrupt loss of consciousness is believed to occur secondary to a sudden increase in intracranial pressure because of rapid expansion of the volume of the subarachnoid space or acute hydrocephalus. Patients with aneurysms arising from the MCA bifurcation may develop large clots in the Sylvian fissure and surrounding brain parenchyma, which may also exert mass effect. Hemorrhage from anterior communicating artery

Downloaded from ClinicalKey.com at Florida Atlantic University - Florida state consortium February 21, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

complex aneurysms or ICA terminus aneurysms may extend into the ventricular system and further obstruct cerebrospinal fluid outflow. Anterior communicating artery complex aneurysms may also rupture into and damage both frontal lobes causing an akinetic mute state. Rupture of basilar tip aneurysms may cause injury to structures critical to the maintenance of consciousness in the rostral brainstem or diencephalon (see section on Posterior Circulation Ischemia).

Vasospasm or narrowing of the lumen of intracranial arteries is detectable in up to 70% of patients with SAH on angiography within 3 to 12 days after an SAH. Up to half of these patients develop delayed cerebral ischemia as a consequence of severe vasospasm.[41] New focal deficits may develop that correlate with the progression of severe vasospasm in affected intracranial vessels. Frequently, however, confusion or somnolence is the only symptom of delayed cerebral ischemia.

### Poststroke Seizures and Coma

Seizures causing impaired consciousness are discussed in the article by Blumenfeld elsewhere in this issue. Strokes cause focal lesions and therefore may cause partial seizures. Impairment of consciousness occurs when seizures become secondarily generalized or less commonly with complex partial seizures that involve limbic structures. Various more isolated impairments, for example, speech or perception, can occur with seizures that spread into various brain regions.

The most sensitive method of detecting seizures in the acute phase (within the first 24 hours) of stroke is the use of continuous electroencephalographic (EEG) monitoring.[42] One continuous EEG study of 232 patients with stroke found seizures in 6.5%, mostly as focal status epilepticus or with periodic lateralized epileptiform discharges. Seizures following either ischemic or hemorrhagic stroke have been reported from 2% to 32%.[42] The variation relates to different case mixes, varied methods of detection, small series, and duration of follow-up. A follow-up questionnaire study of 372 patients with stroke in Thailand found an incidence of 15.6%, higher than most studies.[43] Most seizures occurred within 2 weeks of the stroke and were more likely if the stroke was hemorrhagic and involved the cerebral cortex. Imaging studies with MRI confirm that cerebral cortical involvement is a significant risk factor for the development of late seizures after ischemic stroke.[44]

### Diagnosis and Management of Strokes Causing Impaired Consciousness

Rapid and accurate diagnosis of stroke subtype, either ischemic or hemorrhagic, relies on parenchymal brain and vascular imaging. A noncontrast computed tomographic (CT) scan of the head and CT angiogram are the initial imaging studies of choice for patients clinically suspected of having a stroke in most centers.[45,46] Diffusion-weighted imaging is more sensitive to detect early ischemic infarct but MRI is not as readily accessible in most centers. Vascular imaging with a CT or magnetic resonance angiogram can demonstrate occluded vessels in the setting of an ischemic stroke, rule out secondary causes of ICH, or locate the presence of intracranial aneurysms in the setting of SAH.[39,40,45,46] CT angiography demonstrating contrast extravasation (spot sign) within an ICH identifies patients at high risk of hematoma enlargement and neurologic deterioration.[47] Perfusion imaging is a technique that shows promise in the near future to improve patient selection and extend the time window for thrombolysis for acute ischemic stroke[45,46] and in the early detection of ischemia due to vasospasm from aneurysm-related SAH.[48]

Patients who present with an ischemic stroke within 4.5 hours of onset are potential candidates for thrombolysis with intravenous recombinant tissue plasminogen activator.[49,50] Direct intra-arterial thrombolysis, mechanical clot disruption, thrombectomy,

Downloaded from ClinicalKey.com at Florida Atlantic University - Florida state consortium February 21, 2017.
For personal use only. No other uses without permission. Copyright ©2017 Elsevier Inc. All rights reserved.

or thromboaspiration[51] can be considered where available for select patients with large vessel occlusions to increase the chance of recanalization. The safety and efficacy of endovascular therapies for ischemic stroke are currently under investigation in large randomized studies.[52,53]

Close observation and management of patients with stroke in a stroke unit improves outcomes.[54] Further investigations are aimed at determining the cause of the stroke to prevent recurrent events. Patients with large cerebral or cerebellar hemisphere strokes are at risk of developing malignant edema, herniation, and death. Decompressive craniectomy can be lifesaving and result in acceptable outcomes in select patients.[24,25,29]

Management of patients with ICH remains primarily supportive.[55] Coagulation deficiencies or abnormalities should be corrected as appropriate. A modest reduction in blood pressure is recommended in the setting of severe hypertension while maintaining adequate cerebral perfusion. Although early administration of recombinant factor VIIa may limit hematoma expansion, no clear benefit was demonstrated in recent trials in an unselected population.[56] Surgical decompression is not routinely recommended but should be considered in patients with cerebellar ICH who are deteriorating or in patients with large superficial lobar clots.[55]

After ensuring hemodynamic and respiratory stability, the initial step in the management of patients with aneurysmal SAH is to prevent aneurysm rebleeding. The decision to treat a ruptured aneurysm by endovascular coiling or surgical clipping depends on many factors, including available local expertise, the location and morphology of the aneurysm, as well as patient comorbidities.[37,39,40] Further management is aimed at the prevention, detection, and treatment of potential complications of SAH such as hydrocephalus and cerebral vasospasm. Administration of nimodipine,[57] and possibly oral statins[58] and intravenous magnesium[59] may help reduce the risk of delayed cerebral ischemia and improve outcomes. Serial transcranial Doppler ultrasonography and noninvasive vascular imaging are used to screen for arterial narrowing due to vasospasm.[39,40] Patients with suspected delayed cerebral ischemia are treated with volume expansion and vasopressors.[37,39,40] Early intra-arterial administration of vasodilatory drugs such as milrinone or nicardipine or angioplasty of proximal arterial segments may be required to prevent stroke in patients who do not improve despite aggressive medical therapy.[37,39,40]

Treatment of seizures or status epilepticus in the acute phase of stroke should follow standard procedure. In choosing a drug for secondary prevention of poststroke seizures, the physician should consider the age of the patient, comedications (drug interactions), and affordability. A recent Cochrane review of the use of antiepileptic drugs found no randomized controlled trials comparing antiepileptic drugs with placebo for either primary or secondary prevention of seizures after stroke.[60] Three studies compared various drugs for their effectiveness in secondary prevention of seizures in older patients.[61–63] The studies were somewhat conflicting and 2 of the 3 included causes other than stroke. Although no conclusion can be reached, it seems that lamotrigine and levetiracetam are promising and deserve further study. Levetiracetam is supported by 1 observational study.[64] Treatment with tissue plasminogen activator is not in itself associated with an increased risk of acute phase seizures and can reduce the risk of poststroke seizures by ameliorating stroke severity.[65]

## REFERENCES

1. Miyamoto O, Auer RN. Hypoxia, hyperoxia, ischemia, and brain necrosis. Neurology 2000;25(54):362–71.

Downloaded from ClinicalKey.com at Florida Atlantic University - Florida state consortium February 21, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

2. Busl KM, Greer DM. Hypoxic-ischemic brain injury: pathophysiology, neuropathology and mechanisms. NeuroRehabilitation 2010;26:5–13.
3. The Hypothermia after Cardiac Arrest Study Group. Mild therapeutic hypothermia to improve neurologic outcome after cardiac arrest. N Engl J Med 2002;346: 549–56.
4. Bernard SA, Gray TW, Buist MD, et al. Treatment of comatose survivors of out-of-hospital cardiac arrest with induced hypothermia. N Engl J Med 2002;346: 557–63.
5. Wijdicks EF, Hijdra A, Young GB, et al. Practice parameter: prediction of outcome in comatose survivors after cardiopulmonary resuscitation (an evidence based review): report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2006;67:203–10.
6. Rossetti AO, Oddo M, Logroscino G, et al. Prognostication after hypothermia and cardiac arrest: a prospective study. Ann Neurol 2010;67:301–7.
7. Al Thenayan E, Savard M, Sharpe M, et al. Predictors of poor neurologic outcome after induced mild hypothermia following cardiac arrest. Neurology 2008;71: 1535–7.
8. Donnan GA, Fisher M, Macleod M, et al. Stroke. Lancet 2008;371:1612–23.
9. Grau AJ, Weimar C, Buggle F, et al. Risk factors, outcome, and treatment in subtypes of ischemic stroke: the German stroke data bank. Stroke 2001;32: 2559–66.
10. Foulkes MA, Wolf PA, Price TR, et al. The stroke data bank: design, methods, and baseline characteristics. Stroke 1988;19:547–54.
11. Arboix A, Marti-Vilalta JL. Lacunar stroke. Expert Rev Neurother 2009;9:179–96.
12. Kumral E, Topcuoglu MA, Onal MZ. Anterior circulation syndromes. Handb Clin Neurol 2008;93:485–536.
13. Cucchiara BL, Kasner SE, Wolk DA, et al. Early impairment in consciousness predicts mortality after hemispheric ischemic stroke. Crit Care Med 2004;32:241–5.
14. Kwon SU, Lee SH, Kim JS. Sudden coma from acute bilateral internal carotid artery territory infarction. Neurology 2002;58:1846–9.
15. Parvisi J, Damasio AR. Neuroanatomical correlates of brainstem coma. Brain 2003; 126:1524–36.
16. Parvisi J, Damasio AR. Consciousness and the brainstem. Cognition 2001;79: 135–9.
17. Plum F, Posner JB. The diagnosis of stupor and coma. 3rd edition. Philadelphia: F.A. Davis; 1980.
18. Carrera E, Bogousslavsky J. The thalamus and behavior: effects of anatomically distinct strokes. Neurology 2006;66:1817–23.
19. Schmahmann JD. Vascular syndromes of the thalamus. Stroke 2003;34:2264–78.
20. Baird TA, Muir KW, Bone I. Basilar artery occlusion. Neurocrit Care 2004;1:319–29.
21. Salazar JD, Wityk RJ, Grega MA, et al. Stroke after cardiac surgery: short- and long-term outcomes. Ann Thorac Surg 2001;72:1195–201.
22. McKhann GM, Grega MA, Borowicz LM Jr, et al. Stroke and encephalopathy after cardiac surgery: an update. Stroke 2006;37:562–71.
23. Gootjes EC, Wijdicks EF, McClelland RL. Postoperative stupor and coma. Mayo Clin Proc 2005;80:350–4.
24. Huttner HB, Schwab S. Malignant middle cerebral artery infarction: clinical characteristics, treatment strategies, and future perspectives. Lancet Neurol 2009;8: 949–58.
25. Vahedi K, Hofmeijer J, Juettler E, et al, DECIMAL, DESTINY, and HAMLET investigators. Early decompressive surgery in malignant infarction of the middle

Downloaded from ClinicalKey.com at Florida Atlantic University - Florida state consortium February 21, 2017.
For personal use only. No other uses without permission. Copyright ©2017 Elsevier Inc. All rights reserved.

cerebral artery: a pooled analysis of three randomised controlled trials. Lancet Neurol 2007;6:215–22.

26. Hofmeijer J, Algra A, Kappelle LJ, et al. Predictors of life-threatening brain edema in middle cerebral artery infarction. Cerebrovasc Dis 2008;25:176–84.

27. Koh MG, Phan TG, Atkinson JL, et al. Neuroimaging in deteriorating patients with cerebellar infarcts and mass effect. Stroke 2000;31:2062–7.

28. Hornig CR, Rust DS, Busse O, et al. Space-occupying cerebellar infarction. Clinical course and prognosis. Stroke 1994;25:372–4.

29. Sykora M, Diedler J, Jüttler E, et al. Intensive care management of acute stroke: surgical treatment. Int J Stroke 2010;5:170–7.

30. Leach JL, Fortuna RB, Jones BV, et al. Imaging of cerebral venous thrombosis: current techniques, spectrum of findings, and diagnostic pitfalls. Radiographics 2006;26(Suppl 1):S19–41.

31. Stam J. Thrombosis of the cerebral veins and sinuses. N Engl J Med 2005;352: 1791–8.

32. Runchey S, McGee S. Does this patient have a hemorrhagic stroke? Clinical findings distinguishing hemorrhagic stroke from ischemic stroke. JAMA 2010;303: 2280–6.

33. Adams HP Jr, del Zoppo G, Alberts MJ, et al. Guidelines for the early management of adults with ischemic stroke: a guideline from the American Heart Association/American Stroke Association Stroke Council, Clinical Cardiology Council, Cardiovascular Radiology and Intervention Council, and the Atherosclerotic Peripheral Vascular Disease and Quality of Care Outcomes in Research Interdisciplinary Working Groups: the American Academy of Neurology affirms the value of this guideline as an educational tool for neurologists. Stroke 2007;38: 1655–711.

34. Qureshi AI, Tuhrim S, Broderick JP, et al. Spontaneous intracerebral hemorrhage. N Engl J Med 2001;344:1450–60.

35. Greenberg SM, Vernooij MW, Cordonnier C, et al, Microbleed Study Group. Cerebral microbleeds: a guide to detection and interpretation. Lancet Neurol 2009;8: 165–74.

36. Cordonnier C. Brain microbleeds: more evidence, but still a clinical dilemma. Curr Opin Neurol 2011;24:69–74.

37. Brisman JL, Song JK, Newell DW. Cerebral aneurysms. N Engl J Med 2006;355: 928–39.

38. van Gijn J, Kerr RS, Rinkel GJ. Subarachnoid haemorrhage. Lancet 2007;369: 306–18.

39. Rabinstein AA, Lanzino G, Wijdicks EF. Multidisciplinary management and emerging therapeutic strategies in aneurysmal subarachnoid haemorrhage. Lancet Neurol 2010;9:504–19.

40. Diringer MN. Management of aneurysmal subarachnoid hemorrhage. Crit Care Med 2009;37:432–40.

41. Weyer GW, Nolan CP, Macdonald RL. Evidence-based cerebral vasospasm management. Neurosurg Focus 2006;21:E8.

42. Mecarelli O, Pro S, Randi F, et al. EEG patterns and epileptic seizures in acute phase stroke. Cerebrovasc Dis 2010;31:191–8.

43. Panitchote A, Tiamkao S. Prevalence of post-stroke seizures in Srinagarind Hospital. J Med Assoc Thai 2010;93:1037–42.

44. Chiang IH, Chang WN, Lin WC, et al. Risk factors for seizures after first-time ischemic stroke by magnetic resonance imaging. Acta Neurol Taiwan 2010;19: 26–32.

Downloaded from ClinicalKey.com at Florida Atlantic University - Florida state consortium February 21, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

45. Butcher K, Emery D. Acute stroke imaging I. Can J Neurol Sci 2010;37:4–16.
46. Butcher K, Emery D. Acute stroke imaging II. Can J Neurol Sci 2010;37:17–27.
47. Wada R, Aviv RI, Fox AJ, et al. CT angiography "spot sign" predicts hematoma expansion in acute intracerebral hemorrhage. Stroke 2007;38:1257–62.
48. Wintermark M, Sincic R, Sridhar D, et al. Cerebral perfusion CT: technique and clinical applications. J Neuroradiol 2008;35:253–60.
49. NINDS investigators. Tissue plasminogen activator for acute ischemic stroke. The National Institute of Neurological Disorders and Stroke rt-PA Stroke Study Group. N Engl J Med 1995;333:1581–7.
50. Hacke W, Kaste M, Bluhmki E, et al. Thrombolysis with alteplase 3 to 4.5 hours after acute ischemic stroke. N Engl J Med 2008;359:1317–29.
51. Nogueira RG, Yoo AJ, Buonanno FS, et al. Endovascular approaches to acute stroke, part 2: a comprehensive review of studies and trials. AJNR Am J Neuroradiol 2009;30:859–75.
52. Khatri P, Hill M, Palesch Y, et al. Methodology of the interventional management of stroke III trial. Int J Stroke 2008;3:130–7.
53. Kidwell CS. MR and recanalization of stroke clots using embolectomy. Available at: ClinicalTrials.gov. NCT00094588, Accessed February 22, 2011.
54. Stroke Unit Trialists' Collaboration. Organised inpatient (stroke unit) care for stroke. Cochrane Database Syst Rev 2007;4:CD000197.
55. Morgenstern LB, Hemphill JC 3rd, Anderson C, et al. Guidelines for the management of spontaneous intracerebral hemorrhage: a guideline for healthcare professionals from the American Heart Association/American Stroke Association. Stroke 2010;41:2108–29.
56. Mayer SA, Brun NC, Begtrup K, et al. Efficacy and safety of recombinant activated factor VII for acute intracerebral hemorrhage. N Engl J Med 2008;358: 2127–37.
57. Dorhout Mees SM, Rinkel GJ, Feigin VL, et al. Calcium antagonists for aneurysmal subarachnoid haemorrhage. Cochrane Database Syst Rev 2007;3:CD000277.
58. Sabri M, Macdonald RL. Statins: a potential therapeutic addition to treatment for aneurysmal subarachnoid hemorrhage? World Neurosurg 2010;73(6):646–53.
59. Westermaier T, Stetter C, Vince GH, et al. Prophylactic intravenous magnesium sulfate for treatment of aneurysmal subarachnoid hemorrhage: a randomized, placebo-controlled, clinical study. Crit Care Med 2010;38:1284–90.
60. Kwan J, Wood E. Antiepileptic drugs for the primary and secondary prevention of seizures after stroke. Cochrane Database Syst Rev 2010;1:CD005398.
61. Rowan AJ, Ramsay RE, Collins JF, et al. New onset geriatric epilepsy: a randomized study of gabapentin, lamotrigine and carbamazepine. Neurology 2005;64:1868–73.
62. Gilad R, Sadeh M, Rapoport A, et al. Monotherapy of lamotrigine versus carbamazepine in patients with poststroke seizure. Clin Neuropharmacol 2007;30:189–95.
63. Marson AG, Al-Kharusi AM, Alwaidh M, et al. The SANAD study of effectiveness of valproate, lamotrigine, or topiramate for generalized and unclassifiable epilepsy: an unblinded randomised controlled trial. Lancet 2007;369:1016–26.
64. Daniele O, Didato G, Fierro B, et al. Early post-stroke seizures treated with levetiracetam. J Neurol Sci 2005;238(Suppl 1):S112.
65. De Reuck J, Van Maele G. Acute ischemic stroke treatment and the occurrence of seizures. Clin Neurol Neurosurg 2010;112:328–31.

Downloaded from ClinicalKey.com at Florida Atlantic University - Florida state consortium February 21, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.



ELSEVIER
SAUNDERS

NEUROLOGIC
CLINICS

Neurol Clin 24 (2006) 1–21

# Mechanisms of Brain Injury
# after Global Cerebral Ischemia

## Izumi Harukuni, MD[a], Anish Bhardwaj, MD[b],*

[a]*Department of Anesthesiology and Critical Care Medicine,
Johns Hopkins University School of Medicine, Division of Cardiac Anesthesiology, Tower 711,
Johns Hopkins Hospital, 600 N. Wolfe Street, Baltimore, MD 21287, USA*
[b]*Departments of Neurology and Anesthesiology and Critical Care Medicine,
Johns Hopkins University School of Medicine, Neurosciences Critical Care Division,
Meyer 8-140, Johns Hopkins Hospital, 600 N. Wolfe Street, Baltimore, MD 21287, USA*

Global cerebral ischemia occurs commonly in patients who have a variety of clinical conditions including cardiac arrest (CA), shock, and asphyxia and in patients undergoing complex cardiac surgery [1–4]. In addition to injury to other organs from systemic hypoperfusion, neurologic sequelae from brain injury are varied and constitute a spectrum that includes coma, seizures, ischemic stroke, delirium, and neurocognitive impairment [5–7]. The commonest postulated mechanism for ischemic brain injury after CA (with subsequent resuscitation) is global cerebral ischemia from systemic hypoperfusion that can occur with or without pre-existing large-vessel occlusive disease. Embolism that arises from the heart, from aortic arch artheromas, or from extracorporeal circulation devices occurs more commonly in the perioperative period following complex cardiac surgery and less commonly during resuscitation following CA [7]. Irrespective of the etiology of cerebral ischemia, cellular and molecular processes trigger a cascade of events that culminate in a "final common pathway," resulting in ischemic neuronal injury. Identification of these injury mediators and pathways in a variety of experimental animal models of global cerebral ischemia has led to investigation of target-specific cytoprotective strategies that are critical to clinical brain injury outcome. Although the authors have previously published on this subject [8], this article expands on the translational significance of many of the potential neuroprotective strategies that have

This work is supported in part by the US Public Health Service National Institutes of Health grant NS046379.

* Corresponding author.

*E-mail address:* abhardwa@jhmi.edu (A. Bhardwaj).

0733-8619/06/$ - see front matter © 2006 Elsevier Inc. All rights reserved.
doi:10.1016/j.ncl.2005.10.004                    *neurologic.theclinics.com*

provided important insights into the mechanism or mechanisms of ischemic brain injury and might be of therapeutic benefit in the future.

## Global versus focal cerebral ischemia

Ischemia is defined as diminution of cerebral blood flow (CBF) to a critical threshold that propagates brain damage involving the entire brain or a selective region. Global cerebral ischemia entails diminution in CBF over the entire brain, encountered clinically as sequelae during extracorporeal circulation following CA from ventricular fibrillation or asystole that lasts 5 to 10 minutes. Global ischemia from CA results in a predictable pattern of histologic injury in which specific neuronal populations are affected (selective ischemic necrosis) [9–11] (discussed later). Although reperfusion restores CBF, it can lead to secondary brain injury from influx of neutrophils and to increases in reactive oxygen species (ROS), cerebral edema, and hemorrhage. Elevated levels of ROS may lead to damage of intracellular proteins and DNA by way of oxidation and by activating a number of pathways that lead to cell death. Unlike global cerebral ischemia, focal cerebral ischemia entails reduction in regional CBF in a specific vascular territory and is usually encountered clinically as an "ischemic stroke" due to thromboembolic or artherothrombotic vaso-occlusive disease. Normal CBF ranges from 50 to 75 mL/100 g of brain tissue per minute and can differ between the white and gray brain matter. Ischemic depolarization occurs when CBF decreases to levels of approximately 18 mL/100 g of brain tissue per minute, and neuronal cell death ensues if CBF is less than 10 mL/100 g of brain tissue per minute. In focal ischemia, the ischemic vascular bed comprises an area with severe CBF reduction that consists of an "ischemic core" and a more distal "ischemic penumbra" and includes regions that are marginally perfused and might be served by collateral vascular channels. Histopathologic outcome following focal ischemia largely depends on ischemic severity and duration [8–10]. Increasing durations of depolarizing ischemia are associated with a spectrum of histopathologic correlates—from reversible injury to irreversible cerebral infarction.

## Experimental models of global cerebral ischemia

Several animal models have been developed to simulate complete human global cerebral ischemia and have provided histologic evidence of and insight into mechanisms of brain injury. Rodent models (gerbil, mouse, and rat) provide the advantages of being inexpensive, of rendering consistent reproducibility of injury because they possess consistent cerebral vasculature, and of being homogeneous among strains, with transgenic counterparts allowing targeted mechanistic studies for delineating effects of specific gene deletion on ischemic brain injury. Monitoring of critical physiologic variables (pH, arterial blood pressure, arterial blood gases, core body and cranial

temperature, plasma glucose levels) during the peri-ischemic period, however, is suboptimal. Furthermore, assessment of functional neurologic outcomes with a comprehensive behavioral battery presents a challenge in small animal models. Because 50% of Mongolian gerbils possess an incomplete circle of Willis, bilateral carotid artery occlusion results in forebrain ischemia in these animals. The rat model of global cerebral ischemia includes (1) four-vessel occlusion (4-VO) by electrocoagulation of both vertebral arteries, with transient occlusion of both carotid arteries 24 hours later [12]; or (2) "two-vessel occlusion" by transient occlusion of both carotid arteries and accompanying reduction of arterial blood pressure to a level of 40 to 50 mm Hg by phlebotomy [13,14]. Both techniques yield high-grade ischemia of forebrain structures [15]. Larger animal models (rabbit, canine, feline, swine, nonhuman primates) allow for monitoring of critical physiologic variables during and following the ischemic insult and allow for a more accurate delineation of neurologic deficits following the insult; however, high cost and significant ethical concerns limit their use. The methods of brain injury in these larger-animal models include ventricular fibrillation [16], aortic occlusion [17], brachiocephalic or subclavian arterial occlusion in combination with hypotension, elevated intracranial pressure by neck-cuff insufflation, and intraventricular infusion [18]. In these animal models, specific neuronal populations in the brain, including CA1 pyramidal neurons of the hippocampus, medium-sized neurons of the striatum, and the Purkinje cells of the cerebellum [19], are susceptible to injury. The sensitivity of these neuronal populations is varied and dependent on duration and severity of ischemia, and a typical temporal profile is observed following CA. Neurons in the CA1 zone are the most sensitive to depolarizing ischemia (3–5 minutes), whereas the medium-sized neurons of the striatum are more resistant (15–20 minutes) [20]. Following successful resuscitation and cerebral recirculation, progression of irreversible neuronal injury also differs in these selective neuronal populations (eg, neuronal injury is observed within 3 hours of establishing recirculation in medium-sized neurons of the striatum but delayed up to 48–72 hours in CA1 hippocampal neurons, a phenomenon referred to as "delayed neuronal death") [20].

## Neuronal injury mechanisms: apoptosis versus necrosis

Over the past decade, research has demonstrated that consequences of cerebral ischemia result in two temporally distinct phases or processes of neuronal cell death, which in turn affect surrounding brain tissue. Each phase has characteristic defining morphologic and molecular features, and the distinction between the two processes is based on morphologic findings on electron microscopy [8,21]. Apoptosis or programmed cell death, a process associated with genomic fragmentation, is characterized by cell shrinkage, chromatin aggregation, and preservation of cell membrane integrity and mitochondria without inflammation and injury to surrounding tissue [21–25].

4                                    HARUKUNI & BHARDWAJ

Conversely, necrosis, a process that is not "regulated or programmed," is typically observed as a consequence of severe cerebral ischemia and characterized by disruption of cellular homeostasis from energy failure due to severe mitochondrial injury, which leads to cellular swelling, membrane lysis, inflammation, vascular damage, and edema formation. Although apoptosis and necrosis characteristically represent distinct modes of cellular injury, a large body of literature suggests that these processes represent a spectrum that coexists in a spatial distribution within injured tissue (neurons in the core being necrotics and neurons in the penumbra being apoptotic) and is temporally related to duration and severity of the ischemic insult. The accepted tenet is that the excitotoxic cascade triggered by exposure to excitatory amino acids (EAAs) plays a prominent role in neuronal necrosis. In vitro exposure to glutamate, however, results in apoptosis in neurons that survive the early necrotic phase and have partial recovery of mitochondrial function [26]. Therefore, maintenance of mitochondrial function is possibly the critical factor in determining the degree and progression of neuronal injury propagated by excitotoxicity [25]. A common pathway of stimuli leading to apoptosis has not yet been identified; however, a mitochondrial-dependent intrinsic pathway and a receptor-mediated extrinsic pathway are postulated [27,28]. In the intrinsic pathway, cerebral ischemia results in generation of a permeability transition pore in the inner mitochondrial membrane that leads to disruption of the outer mitochondrial membrane due to release of several proapoptotic factors (caspases, endonucleases, cytochrome c, and other proteases related to interleukin-1β converting enzyme) [21,27,28]. These events ultimately lead to DNA fragmentation. The "mitochondrial-independent" or extrinsic pathway of apoptosis involves several death receptor families such as Fas. Bypassing the inhibitory effects of Bcl2-related proteins, which control proteolytic systems, has also been postulated to play an important role in apoptotic cell death, whereas other family members, such as Bax, augment apoptosis. Another family of protein-cleaving enzymes, caspases, is expressed at significant levels during cerebral ischemia, and caspase inhibitors produce resistance to ischemic damage [29].

**Excitotoxic brain injury**

The concept of excitotoxicity, introduced by Olney in 1969 [30], was based on a set of observations that included neuronal injury with local application of glutamate and other acidic amino acids (aspartate, N-methyl-D-aspartate [NMDA], homocysteine, cysteine). Since this description was published, other excitotoxic mediators have been delineated, including catecholamines (dopamine, norepinephrine), nitric oxide (NO), and related species. Glutamate, the most abundant EAA in the brain, serves a variety of important functions (metabolic, neurotrophic, and neurotransmitter) and is compartmentalized in neurons [19,31]. The healthy adult brain has the ability to clear extracellular glutamate by rapid uptake; however, under conditions in which energy stores

are depleted, such as in hypoxia-ischemia, glutamate efflux into the extracellular compartment due to cellular depolarization [32], coupled with its impaired uptake, results in increases in intracellular $Ca^{2+}$. Interference with cysteine uptake (causing depletion of cellular glutathione stores responsible for protecting against oxidative stress) results in neuronal injury [30,33]. Excitotoxic injury is characterized by its maximal effects on neuronal dendrites and soma, with relative sparing of axons, glia, and ependymal and endothelial cells, possibly due to differences in synaptic input, density, distribution of membrane glutamate receptors, and intrinsic defense mechanisms. Glutamate activates three major families of ionophore-linked receptors (NMDA, $\alpha$-amino-3-hydroxy-5-methyl-4-isoxazolepropionic acid [AMPA], and kainate) and metabotropic receptors that activate second messenger systems [34]. Although glutamate release simultaneously stimulates NMDA and AMPA receptors, in vitro studies demonstrate that glutamate toxicity occurs in two distinct phases: (1) excitotoxicity is rapidly triggered by brief intense stimulation of NMDA receptors, which is critically dependent on the presence and influx of extracellular $Ca^{2+}$ through the NMDA-gated receptor channel complex; and (2) a slowly triggered process by the prolonged stimulation of AMPA/kainate receptors that have limited $Ca^{2+}$ channels [33]. Metabotropic glutamate receptors modify excitotoxic injury, rather than directly mediate the deleterious process.

The cascade of events responsible for glutamate excitotoxicity includes three distinct processes: (1) induction, whereby extracellular glutamate efflux is transduced by receptors on the neuronal membrane to cause intracellular $Ca^{2+}$ overload, which leads to lethal intracellular derangements; (2) amplification of the derangement, with an increase in intensity and involvement of other neurons; and (3) expression of cell death triggered by cytotoxic cascades [33]. Excess release of $Ca^{2+}$ and its intracellular influx is thought to be the primary trigger for a variety of complex, deleterious intracellular processes that result from activation of catabolic enzymes such as phospholipases (which lead to cell membrane breakdown, arachidonic acid, and free radical formation) and endonucleases (which lead to fragmentation of genomic DNA and energy failure due to mitochondrial dysfunction) (Fig. 1). Distinct neuronal populations are selectively vulnerable to excitotoxic injury, possibly from differences in excitatory synaptic inputs, density of glutamate receptors, or intrinsic defense mechanisms. Perhaps the most compelling evidence for the role of glutamate excitotoxicity following focal ischemia and hypoxic-ischemic brain injury from CA is the neuroprotection observed with antiexcitotoxic strategies including NMDA- or AMPA-receptor antagonists [35].

Acute efflux of dopamine and norepinephrine into the extracellular space following cerebral ischemia [36–39] possibly plays a role in the propagation of brain injury. Indirect evidence of the importance of their role in cerebral ischemia stems from amelioration of histopathologic injury following attenuation of ischemia-induced surges in extracellular dopamine pharmacologically

6                                                                 HARUKUNI & BHARDWAJ



Fig. 1. Schematic diagram representing events leading to ischemic brain injury.

with barbiturates, isoflurane, and etomidate [40,41]. Furthermore, several lines of evidence suggest that catecholamine release and metabolism might underlie the selective vulnerability of striatal neurons to an ischemic insult [42,43]. For example, depletion of catecholamine stores by $\alpha$-methyl-para-tyrosine exerts a strong protective effect on ischemic damage to nerve terminals [43], and reduction of striatal dopamine content by lesioning the nigrostriatal tract protects intrinsic striatal neurons from injury following global cerebral ischemia [44]. Although the precise mechanism of neuronal injury by dopamine is unclear, by-products of its metabolism, such as hydrogen peroxide, superoxide ion, and hydrogen radicals, have been implicated in this deleterious process [45].

NO, a free radical gas synthesized from the amino acid L-arginine by the enzyme NO synthase (NOS), is produced by a variety of sources (vascular endothelium, neurons, glia, macrophages, white blood cells) [46,47]. NO has several functions in the brain, including regulation of CBF, neurotransmission, and modification of inflammation [46,47]. At least three isoforms of NOS have been identified: the constitutively expressed neuronal and endothelial isoforms (encoded on chromosome 12 and 7) and the inducible isoform (encoded on chromosome 17) [48,49]. Neuronal NOS–containing neurons are widespread in the brain, including in the cerebral cortex, hippocampus, and striatum [47]. NO plays a dual role in ischemic neuropathol-

ogy—beneficial, in that it is a potent vasodilator, and cytotoxic, in that it
inhibits important enzyme systems such as complexes I and II of the mito-
chondrial transport chain (Fig. 2). Formation of the oxidant perioxynitrite
by combination of NO and superoxide anion is considered to be an impor-
tant trigger in cytotoxicity. Perioxynitrite generation leads to formation of
other ROS, hydroxyl free radicals, and nitrogen dioxide, resulting in ni-
trosylation of tyrosine residues in proteins. One way by which NO is
thought to kill neurons is energy-dependent activation of the DNA repair
enzyme poly(ADP-ribose) polymerase, leading to consumption of ATP,
nicotinamide, and cell death [50].

In cerebral ischemia, constitutive NO activity (endothelial and neuronal
isoforms) markedly increases as a consequence of NMDA, AMPA, and me-
tabotropic glutamate receptor stimulation [51,52] culminating in a rise in in-
tracellular $Ca^{2+}$, whereas more sustained levels of NO are expressed by the
microglia and other inflammatory cells ($Ca^{2+}$-independent inducible isoform)
24 hours following the ischemic event [8,48]. Consequently, administration of
NO donors and specific NOS inhibitors has yielded mixed results in experi-
mental models of cerebral ischemia. Such varied results are explained by non-
selectivity of NOS inhibitors and timing of such interventions in relation to
ischemia. For example, infusion of the NO precursor and substrate L-arginine
in the immediate period following experimental focal ischemia attenuates in-
farct volume by accentuating CBF by way of dilation of pial vessels [48,53]. In
line with this evidence, male mutant mice that lack the endothelial isoform of
NOS sustain larger ischemic injury than their wild-type counterparts follow-
ing focal ischemia [54]. Infarct volume and functional outcomes are improved
in wild-type mice following selective pharmacologic inhibition of neuronal
NOS and in mutant mice that do not express genes for the neuronal or induc-
ible isoforms [48,55]. Because vascular NO might favorably affect outcome and
the neuronal isoform might adversely affect outcome, selective pharmacologic



Fig. 2. Beneficial and deleterious effects of nitric oxide in cerebral ischemia. (Reproduced from
Bhardwaj et al. [8] and adapted from Dalkara and Moskowitz [49], with permission.)

inhibition of the neuronal and inducible isoforms of NOS might provide a viable therapeutic strategy in cerebral ischemia.

## Role of inflammation

Cerebral ischemia leads to inflammatory cell infiltrates from nonspecific immunologic reaction, migration of peripheral leukocytes into the brain, and activation of microglia [56]. Release of inflammatory cytokines (interleukin [IL]-1, tumor necrosis factor $\alpha$ [TNF-$\alpha$]) by ischemic neurons and glia leads to generation of adhesion molecules (selectins, integrins, intercellular adhesion molecule 1) in the cerebral vasculature, which results in breakdown of the blood-brain barrier (BBB), culminating in edema formation [57,58]. Enhanced secretion of cytokines and proteases such as metalloproteinases causes further disruption of the extracellular matrix and the BBB. Although IL-1 is detrimental to ischemic brain injury, roles for IL-6, a proinflammatory cytokine, and IL-10, an anti-inflammatory cytokine, are less clear. TNF-$\alpha$ appears to have a dual role in the ischemic brain, in that it is involved in ischemic tolerance [59] and plays a role in propagating ischemic brain injury [60,61].

## Glycemic control

A number of studies in animal models of traumatic brain injury [62], focal cerebral ischemia [63], and global cerebral ischemia [64] demonstrate that glycemic control is a critical factor in terms of outcome. Postulated mechanisms include accentuation of release of EAAs, attenuation of neuroinhibitory neurotransmitters [65], massive deposition of neutrophils [66], and early mitochondrial damage by way of activation of cytochrome c, caspase-9, and caspase-3 cleavage [67]. These mechanistic studies have led to clinical observations that poor glycemic control accentuates brain injury in ischemic stroke [68] and following cardiac surgery [69]. Glycemic control with insulin treatment has been demonstrated to improve neurologic outcome in critically ill patients [70] and in patients who undergo cardiac surgery [69]. Although insulin therapy has been shown to ameliorate damage in animal models of global cerebral ischemia [71], further clinical trials are warranted in the setting of aggressive glycemic control with insulin therapy in patients following CA.

## Role of temperature

Experimental studies using animal models of focal and global cerebral ischemia have provided evidence for the importance of brain temperature on functional and histopathologic outcome [72]. Following cerebral ischemia, intraischemic hyperthermia leads to incomplete normalization of high-energy phosphate metabolites and the conversion of selective neuronal necrosis to infarction, increased microvascular injury, and edema, resulting in increased mortality [72]. Spontaneous elevations in body temperature

have been reported following experimental global and focal ischemia and are thought to be a consequence of brain injury [73]. Mild (34°C) to moderate (30°C) induced systemic hypothermia markedly attenuates ischemic brain injury following experimental CA [74]. Mechanisms of hypothermia-induced ischemic brain protection may be multifactorial and include mitigation of pre- and postsynaptic excitotoxic processes (attenuation of biosynthesis, release and uptake of EAAs), diminished hydroxyl radical production, protection of lipoprotein membranes, attenuation of intracellular acidosis, and reduction of oxygen demand by the injured brain [2]. Recent clinical trials have demonstrated improved neurologic outcome and decreased mortality in patients subjected to mild-to-moderate therapeutic hypothermia [1,2]. Future clinical trials should incorporate other pharmacologic neuroprotective strategies in combination with hypothermia to further enhance outcomes.

**Ischemic tolerance and preconditioning**

The concept of ischemic tolerance, introduced 2 decades ago and based on observations in the myocardium [75], was extended to ischemic brain injury, whereby brief ischemic insults protected the brain from subsequent and more severe ischemia [76]. Further experiments in a variety of animal models of focal and global cerebral ischemia confirmed these observations [77,78]. In addition to sublethal ischemia, other conditions such as hyperthermia [79], hypothermia [80], hypoglycemia [81], and pharmacologic agents (eg, antibiotics, erythropoietin, acetylsalicylic acid, volatile anesthetics) [82–85] have been shown to induce ischemic tolerance. The early phase of ischemic tolerance (within 30 minutes following sublethal insult) is thought to be due to flow-metabolism–mediated events, whereas delayed tolerance (>24 hours) involves new gene induction and protein synthesis [86,87]. Molecules such as adenosine, hypoxia inducible factor $1\alpha$, TNF-$\alpha$, ROS, NO, and other receptor-linked events involving NMDA-receptor activation and downstream effects of intracellular calcium influx have been implicated in ischemic tolerance. Although the precise mechanisms of ischemic tolerance have not been elucidated completely, ischemic preconditioning provides a possible venue and therapeutic strategy in ameliorating brain injury in a few, select high-risk patients susceptible to ischemic brain injury.

**Experimental pharmacologic neuroprotection and its translational significance**

A comprehensive review of this topic is beyond the scope of this article; however, the interested reader is referred to a recent monograph by Weigl and colleagues [88]. Several pharmacologic agents have undergone investigation in animal models of global cerebral ischemia to directly or indirectly determine efficacy. Methods used to evaluate postischemic hyperemia or hypoperfusion include recovery of somatosensory-evoked potentials, recovery

of high-energy phosphates, functional neurologic recovery, and histologic injury [29,88]. The basis for the study of these agents is a logical extension of mechanistic studies in a variety of in vitro and in vivo systems of cerebral ischemia. In addition, results from neuroprotective studies with pharmacologic agents provide important insights into mechanisms because they entail disruption of a specific pathway or receptor blockade in the propagation of ischemic neuronal injury. Although many of these agents are still under investigation, data predominantly from studies using the focal ischemia paradigm underscore the future use of pharmacologic therapies following global cerebral ischemia.

### N-*methyl-D-aspartate–receptor antagonists*

Pre- and post-treatment with dextrorphan, an NMDA-receptor antagonist, improves histologic injury in the hippocampus and the cortex in a 4-VO rat model and attenuates the reduction in loss of activity of calcium-dependent protein kinases (protein kinase C and calcium-dependent protein kinase II) [89]. Although the NMDA-receptor antagonist dizocilpine (MK801) has been shown to provide significant histologic neuroprotection in animal models of global cerebral ischemia [90,91], its clinical use in ischemic stroke has been shown to produce significant undesirable side effects (delirium, psychosis, hallucinations, and so forth) [29].

### Calcium channel antagonists

Because $Ca^{2+}$ is the final common pathway in excitotoxic neuronal injury, nimodipine, a blocker of $Ca^{2+}$ influx, has been studied in the experimental paradigm of global cerebral ischemia. Subcutaneous administration of nimodipine failed to demonstrate any histologic or functional neurologic improvement in the 4-VO rat model of global cerebral ischemia [92,93]; however, in a rabbit model, intravenous treatment with nimodipine reduced time of EEG recovery and attenuated the decrement in extracellular $Ca^{2+}$ and disruption of the BBB. In this study, arterial blood pressure was maintained at 100 mm Hg following the ischemic insult, thereby offsetting the detrimental hypotensive effects of nimodipine. A prospective, randomized, double-blinded trial with nimodipine in patients who had out-of-hospital ventricular fibrillation failed to demonstrate any improvement in 1-year survival rate; however, it demonstrated some benefit in patients who had delayed resuscitation (>10 minutes) [94].

### γ-*Aminobutyric acid and γ-aminobutyric acid agonists*

The premise of using γ-aminobutyric acid (GABA) or its agonists as neuroprotectants is based on their inhibitory properties by way of opening of the $Cl^-$ channels [88]. Pretreatment with GABA attenuated histologic injury and improved neurobehavior in a gerbil model of global cerebral ischemia

[95]. Treatment following the insult failed to demonstrate any improvement in these parameters. Chlormethiazole, a GABA agonist with anticonvulsant, hypnotic, and sedative properties, failed to demonstrate any improvement in histologic injury or neurobehavior in a rat model of global cerebral ischemia [96]. Furthermore, local infusion of chlormethiazole by way of microdialysis did not alter ischemia-evoked release of dopamine, serotonin, or their metabolites in the ischemic striatum [96]. Intraperitoneal administration of $\gamma$-hydroxybutyrate improved histologic injury and neurobehavioral outcomes in a 4-VO rat model of global cerebral ischemia [97]. Tiagabine, a selective inhibitor of GABA reuptake, failed to demonstrate any improvement in histologic outcome in the gerbil model when given as a pretreatment [98].

## Anticonvulsants

The basis for the use of anticonvulsants in ischemic neuroprotection is their ability to stabilize neurons by way of hyperpolarization of the membrane potential by blocking voltage-gated $Na^+$ channels [88]. Treatment with phenytoin attenuates accumulation of $K^+$ in cerebrospinal fluid in animals subjected to circulatory arrest. Some studies of phenytoin treatment have demonstrated attenuation of brain edema, increased $Na^+/K^+$-ATPase activity, decreased intracellular $Na^+$ concentration, and attenuated accumulation of lactate and free fatty acids [99]. Lamotrigine attenuates ischemia-induced increases in extracellular glutamate levels and improves histologic outcomes in the gerbil and rat models of global cerebral ischemia [100].

## Magnesium

Magnesium sulfate has multimodal actions. It is an NMDA receptor, a calcium antagonist, and a vasodilator. In a rat model of global cerebral ischemia, pre- and post-treatment with bolus intravenous magnesium sulfate followed by a continuous intravenous infusion attenuated injury to CA1 hippocampal neurons [101]. Other investigators have reported that neuroprotection is demonstrated only when magnesium sulfate is administered in combination with mild hypothermia [102].

## Anesthetic agents

Barbiturates have long been known to exert neuroprotection by coupled decreases in cerebral metabolic rate of oxygen ($CMRO_2$) with CBF and by inhibiting agonist-induced cerebral vasoconstrictor responses, protein kinase C, ischemia-induced increases in free fatty acids, and EAA release [29]. In experimental global cerebral ischemia, however, results have been disappointing. Treatment with pentobarbital failed to improve survival in a dog model of global cerebral ischemia [103]. Clinical investigation with barbiturates has also proved to be disappointing, with lack of therapeutic benefit in the hypoxic-ischemic brain injury from CA and near-drowning [29]. Inhalational

anesthetics (halothane, isoflurane) have not been thoroughly investigated in the setting of global cerebral ischemia. The premise for their use is their ability to attenuate cerebral metabolic demand, enhance regional.CBF, attenuate ischemia-evoked EAA and catecholamine efflux, and attenuate calcium influxes [29].

### Cyclooxygenase inhibitors

Nimesulide, a cyclooxygenase-2 inhibitor, attenuated injury to the CA1 region of the hippocampus in a gerbil model when administered orally or intraperitoneally as a pre- or post-treatment (up to 24 hours) [104]. Further experimental studies in other animal models are needed to confirm these findings and bring these agents into the clinical paradigm.

### Immunosuppressants

Tacrolimus (FK506) and cyclosporine are immunophilin and calcineurin inhibitors that attenuate apoptotic cell death. Chronic administration of both agents (for 3 days) before the ischemic insult demonstrated neuroprotection in the CA1 region at 7 days of reperfusion in a rat model of global cerebral ischemia [105]. These agents also attenuated calcineurin activity in the CA1, CA3, and dentate gyrus regions of the hippocampus up to 24 hours following the ischemic insult. Pretreatment with cyclosporin and FK506 inhibits dephosphorylation of the proapoptotic protein Bad. The inability of cyclosporine to cross an intact BBB is a significant therapeutic concern. These agents require more rigorous testing with treatment in the postischemia paradigm across different species and animal models of global cerebral ischemia [88].

### Potential future of neuroprotective agents

### Hormonal sex steroids

Evidence is mounting that outcome from cerebral ischemia is quantitatively different in adult male and female animals, reflecting patterns of some forms of human cerebrovascular disease [8,106]. Accordingly, it has become increasingly apparent that biologic sex is an important factor in pathophysiology and outcome following cerebral ischemia [107]. For example, when both sexes are studied, ischemic outcome in transgenic mice can be overtly sex dependent, even when the gene of interest (eg, inducible or neuronal NO) is not linked to sexual development [108–111]. These data suggest that molecular mechanisms of cell injury may not be the same or have the same impact in the male and the female brain. Furthermore, most experimental studies underscore the importance of sex steroids (predominantly estrogen) to outcome from focal ischemia [107.112]; recent studies have reported significant neuroprotection in the global cerebral ischemia paradigm [113].

*Opioid-receptor agonists*

Experimental research over the last 3 decades has implicated the opioi-dergic receptors in the brain to play an important pathophysiologic role in cerebral ischemia [114,115]. Opiate receptors in the central nervous system have been divided into three subtypes: mu (μ), kappa (κ), and delta (δ). Although the μ- and δ-receptor subtypes have been shown to play a role predominantly in antinociception, several experimental studies have demonstrated neuroprotective effects of κ–opioid-receptor agonists in models of global [116] and focal ischemia [117,118]. Differential time course and alterations in opioid-receptor binding after focal cerebral ischemia in mice indicate that κ–opioid-receptor binding sites are preserved much longer (12–48 hours) than other subtypes [119], suggesting a potentially longer therapeutic window with κ–opioid-receptor agonists. In vitro studies suggest that κ–opioid-receptor agonists modulate the excitotoxic action of gluta-mate, possibly by the presynaptic inhibition of its release by decreasing the entry of $^{45}Ca^{2+}$ into rat cortical synaptosomes [120,121]. It has been demonstrated that the selective κ–opioid-receptor agonist BRL 52,537 attenuates in situ NO production at doses that provide ischemic neuropro-tection [122] that is receptor selective [123] but does not attenuate ischemia-evoked dopamine release in the ischemic striatum [124]. Furthermore, BRL 52537 provides significant ischemic neuroprotection when administered for up to 6 hours after the onset of focal cerebral ischemia [125], confirming a long therapeutic opportunity to afford ischemic neuroprotection with these compounds. It has recently been demonstrated that ischemic neuro-protection with BRL 52537 is sex specific; it confers neuroprotection only in male animals [126]. Thus, highly selective κ–opioid-receptor agonists might hold promise as neuroprotective agents in the future in the global ce-rebral ischemia paradigm.

*Sigma-receptor agonists*

Over the past 2 decades, nonopioid sigma (σ)-receptors have been consid-ered to serve an important physiologic function [127]. A number of "atypi-cal" antipsychotics are potent σ-receptor ligands—atypical, in that they are effective antipsychotic agents but have low propensity to induce extrapy-ramidal side effects [28]. Naturally occurring σ-receptor ligands include pro-gesterone and neuropeptide Y [128]. Purification, molecular cloning, and high levels of expression of $σ_1$-receptor binding sites in sterol-producing tissues have been demonstrated [129]. Subtyping of the σ-receptor into a $σ_1$-receptor and $σ_2$-receptor is based on important differences in regional dis-tribution, enantiomeric selectivity, molecular weights, and second messengers employed in signaling [130,131]. Until recently, specific $σ_1$-receptor ligands or antagonists have been lacking. During evaluation as antipsychotic agents, several drugs known to be σ-receptor ligands were demonstrated to alter NMDA-receptor function [132]; however, it now appears that the effect

might be directly mediated through activity at the σ-receptor. The authors have demonstrated that the potent $\sigma_1$-receptor ligand 4-phenyl-1-(4-phenyl-butyl) piperidine (PPBP) provides robust ischemic neuroprotection in animal models of cerebral is chemia [133–135]. Although the exact in vivo mechanisms of neuroprotection by $\sigma_1$-receptor ligands are not completely elucidated, several antiexcitotoxic mechanisms have been postulated, including inhibition of ischemia-induced presynaptic glutamate release, attenuation of postsynaptic glutamate-evoked $Ca^{2+}$ influx, modulation of neuronal responses to NMDA-receptor stimulation, inhibition of dopamine neurotransmission, and prevention of cortical-spreading depression [133–135]. Recently, it was demonstrated that PPBP provides ischemic neuroprotection in vivo by way of attenuation of ischemia-evoked NO production [134] but does not alter ischemia-evoked dopamine efflux in the ischemic striatum [135]. Based on these data, $\sigma_1$-receptor ligands hold promise for the future as neuroprotectants in the treatment of cerebral ischemia.

In addition to the above agents, a number of others that have been studied in the experimental paradigm of global cerebral ischemia hold promise for the future. These agents include anesthetics (etomidate, ketamine, propofol), sodium channel blockers (mexitine, lidocaine), α-receptor agonists (dexmedetomidine), and xanthine oxidase inhibitors (allopurinol). For a complete review of this subject, the reader is referred to the monograph by Weigl and colleagues [88].

## Summary

Cerebral ischemia results in a rapid depletion of energy stores that triggers a complex cascade of cellular events such as cellular depolarization and $Ca^{2+}$ influx, resulting in excitotoxic cell death. The critical determinant of severity of brain injury is the duration and severity of the ischemic insult and early restoration of CBF. Induced therapeutic hypothermia following CA is the only strategy that has demonstrated improvement in outcomes in prospective, randomized clinical trials. Although pharmacologic neuroprotection has been disappointing thus far in a variety of experimental animal models, further research efforts are directed at using some agents that demonstrate marginal or moderate efficacy in combination with hypothermia. Although the signal transduction pathways and intracellular molecular events during cerebral ischemia and reperfusion are complex, potential therapeutic neuroprotective strategies hold promise for the future.

## Acknowledgments

The authors thank Tzipora Sofare, MA, for her editorial assistance in preparing this manuscript.

## References

[1] Bernard SA, Gray TW, Buist MD, et al. Treatment of comatose survivors of out-of-hospital cardiac arrest with induced hypothermia. N Engl J Med 2002;346:557–63.

[2] The Hypothermia After Cardiac Arrest Study Group. Mild therapeutic hypothermia to improve the neurologic outcome after cardiac arrest. N Engl J Med 2002;346:549–56.

[3] Salazar JD, Wityk RJ, Grega MA, et al. Stroke after cardiac surgery: short- and long-term outcomes. Ann Thorac Surg 2001;72:1195–201.

[4] Nussmeier NA. A review of risk factors for adverse neurologic outcome after cardiac surgery. J Extra Corpor Technol 2002;34:4–10.

[5] Murkin JM. Etiology and incidence of brain dysfunction after cardiac surgery. J Cardiothorac Vasc Anesth 1999;13:12–37.

[6] Llinas R, Barbut D, Caplan LR. Neurologic complications of cardiac surgery. Prog Cardiovasc Dis 2000;43:101–12.

[7] Wityk RJ, Glodsborough MA, Hillis A, et al. Diffusion- and perfusion-weighted brain magnetic resonance imaging in patients with neurologic complications after cardiac surgery. Arch Neurol 2001;58:571–6.

[8] Bhardwaj A, Alkayed NJ, Kirsch JR, et al. Mechanisms of ischemic brain damage. Curr Cardiol Rep 2003;5:160–7.

[9] Pulsinelli WA. Selective neuronal vulnerability: morphological and molecular characteristics. Prog Brain Res 1995;63:29–37.

[10] Petito CK, Pulsinelli WA. Delayed neuronal recovery and neuronal death in rat hippocampus following severe cerebral ischemia: possible relationship to abnormalities in neuronal processes. J Cereb Blood Flow Metab 1984;4:194–205.

[11] Kaplan B, Brint S, Tanabe J, et al. Temporal thresholds for neocortical infarction in rats subjected to irreversible focal cerebral ischemia. Stroke 1991;22:1032–9.

[12] Pusinelli WA, Brierley JB, Plum F. Temporal profile of neuronal damage in a model of transient forebrain ischemia. Ann Neurol 1982;11:491–8.

[13] Kagstorm E, Smith M-L, Siesjo BK. Local cerebral blood flow in the recovery period following complete cerebral ischemia in the rat. J Cereb Blood Flow Metab 1983;3: 170–82.

[14] Pulsinelli WA, Duffy DE. Regional energy balance in rat brain after transient forebrain ischemia. J Neurochem 1983;40:1500–3.

[15] Ginsberg MD, Busto R. Rodent models of cerebral ischemia. Stroke 1989;20:1627–42.

[16] Todd MM, Dunlop BJ, Shapiro HM, et al. Ventricular fibrillation in the cat: a model for global cerebral ischemia. Stroke 1981;12:808–15.

[17] Koch KA, Jackson DL, Schmiedl M, et al. Total cerebral ischemia: effect of alterations in arterial $PCO_2$ on cerebral microcirculation. J Cereb Blood Flow Metab 1984;4:343–9.

[18] Nishijima MK, Koehler RC, Hurn PD, et al. Postischemic recovery rate of cerebral ATP, phosphocreatine, pH, and evoked potentials. Am J Physiol 1989;257:H1860–70.

[19] Fonnum F. Glutamate: a neurotransmitter in mammalian brain. J Neurochem 1984;42: 1–11.

[20] Koehler RC, Eleff SM, Traystman RJ. Global neuronal ischemia and reperfusion. In: Paradis NA, Halperin HR, Nowak RM, editors. Cardiac arrest: the science and practice of resuscitation medicine. Baltimore (MD): Williams and Wilkins; 1996. p. 113–45.

[21] Leist M, Nicotera P. Cell death: apoptosis versus necrosis. In: Welch KMA, Caplan LR, Reis DJ, et al, editors. Primer on cerebrovascular disease. Philadelphia: Academic Press; 1997. p. 101–4.

[22] Cohen JJ. Overview: mechanisms of apoptosis. Immunol Today 1993;14:126–30.

[23] Thompson CB. Apoptosis in the pathogenesis and treatment of disease. Science 1995;267: 1456–62.

[24] Dirnagl U, Iadecola C, Moskowitz MA. Pathobiology of ischaemic stroke: an integrated view. Trends Neurosci 1999;22:391–7.

[25] Vaux L, Haecker G, Strasser A. An evolutionary perspective on apoptosis. Cell 1994;76: 777–9.

[26] Ankarcrona M, Dypbukt JM, Bonfoco E, et al. Necrosis and apoptosis elicited by glutamate in cerebellar granule cells: a temporal sequence depending on mitochondrial function. Neuron 1995;15:961–73.

[27] Graham SH, Chen J. Programmed cell death in cerebral ischemia. J Cereb Blood Flow Metab 2001;21:99–109.

[28] Sugawara T, Fujimura M, Noshita N, et al. Neuronal death/survival signaling pathways in cerebral ischemia. NeuroRx 2004;1:17–25.

[29] Rossberg MI, Bhardwaj A, Hurn PD, et al. Principles of cerebroprotection. In: Murray MJ, Coursin DB, Pearl RG, et al, editors. Critical care medicine: perioperative management. Philadelphia: Lipincott Williams & Williams; 2002. p. 225–35.

[30] Olney JW. Brain lesion, obesity and other disturbances in mice treated with monosodium glutamate. Science 1969;164:719–21.

[31] Choi DW. Glutamate neurotoxicity and diseases of the nervous system. Neuron 1988;1: 623–34.

[32] Benveniste H, Drejer J, Schoushoe A, et al. Elevation of extracellular concentrations of glutamate and aspartate in rat hippocampus during transient cerebral ischemia monitored by intracerebral microdialysis. J Neurochem 1984;43:1369–74.

[33] Choi DW. Excitotoxic cell death. J Neurobiol 1992;23:1261–76.

[34] Sommer B, Seeburg PH. Glutamate receptor channels: novel properties and new clones. Trends Pharmacol Sci 1992;13:291–6.

[35] Choi DW. Methods of antagonizing glutamate neurotoxicity. Cerebrovasc Brain Metab Rev 1990;2:105–47.

[36] Bhardwaj A, Brannan T, Martinez-Tica J, et al. Ischemia in the dorsal hippocampus is associated with acute release of dopamine and norepinephrine. J Neural Transm 1990;80: 195–201.

[37] Bhardwaj A, Brannan T, Weinberger J. Pentobarbital inhibits extracellular release of dopamine in the ischemic striatum. J Neural Transm 1990;82:111–7.

[38] Slivka A, Brannan TS, Weinberger J, et al. Increase in extracellular dopamine in the striatum during cerebral ischemia: a study utilizing cerebral microdialysis. J Neurochem 1988; 50:1714–8.

[39] Globus MY-T, Busto R, Dietrich WD, et al. Intraischemic extracellular release of dopamine and glutamate is associated with striatal vulnerability to ischemia. Neurosci Lett 1988;91:36–40.

[40] Koorn R, Brannan TS, Martinez-Tica J, et al. Effect of etomidate on in vivo ischemia-induced dopamine release in the corpus striatum of the rat: a study using cerebral microdialysis. Anesth Analg 1994;78:73–9.

[41] Koorn R, Kahn RA, Martinez-Tica J, et al. Effect of isoflurane and halothane on in vivo ischemia-induced dopamine release in the corpus striatum of the rat: a study utilizing cerebral microdialysis. Anesthesiology 1993;79:827–35.

[42] Weinberger J, Cohen G, Nieves-Rosa J. Nerve terminal damage in cerebral ischemia: greater susceptibility of catecholamine nerve terminals relative to serotonin nerve terminals. Stroke 1983;14:986–9.

[43] Weinberger J, Nieves-Rosa J, Cohen G. Nerve terminal damage in cerebral ischemia: protective effect of alpha-methyl-para-tyrosine. Stroke 1985;16:864–70.

[44] Globus MY-T, Ginsberg MD, Dietrich WD, et al. Subsantia nigra lesion protects against ischemic damage in the striatum. Neurosci Lett 1987;80:251–6.

[45] Kahn RA, Weinberger J, Brannan T, et al. Nitric oxide modulates dopamine release during global temporary cerebral ischemia. Anesth Analg 1995;80:1116–21.

[46] Dawson TM, Dawson VL, Snyder SH. A novel neuronal messenger in brain: the free radical, nitric oxide. Ann Neurol 1992;32:297–311.

[47] Dawson TM, Dawson VL. Nitric oxide: actions and pathological roles. Neuroscientist 1995;1:7–18.

[48] Samdani AF, Dawson TM, Dawson VL. Nitric oxide synthase in models of focal ischemia. Stroke 1997;28:1283–8.

[49] Dalkara T, Moskowitz MA. The role of nitric oxide in cerebral ischemia. In: Welch KMA, Caplan LR, Reis DJ, et al, editors. Primer on cerebrovascular disease. Philadephia: Academic Press; 1997. p. 207–8.

[50] Goto S, Xue R, Sugo N, et al. Poly(ADP-ribose) polymerase impairs early and long-term experimental stroke recovery. Stroke 2002;33:1101–6.

[51] Bhardwaj A, Northington FJ, Ichord RN, et al. Characterization of ionotropic glutamate receptor-mediated nitric oxide production in vivo in rats. Stroke 1997;28:850–6.

[52] Bhardwaj A, Northington FJ, Martin LJ, et al. Characterization of metabotropic glutamate receptor-mediated nitric oxide production in vivo. J Cereb Blood Flow Metab 1997;17:153–60.

[53] Dalkara T, Morikawa H, Panahian N, Moskowitz MA. Blood flow-dependent functional recovery in a rat model of cerebral ischemia. Am J Physiol 1994;267:H678–83.

[54] Huang Z, Huang PL, Ma J, et al. Enlarged infarcts in endothelial nitric oxide synthase knockout mice are attenuated by nitro-L-arginine. J Cereb Blood Flow Metab 1996;16:981–7.

[55] Huang Z, Huang PL, Panahian N, et al. Effects of cerebral ischemia in mice deficient in neuronal nitric oxide synthase. Science 1994;265:1883–5.

[56] Zheng Z, Lee JE, Yenari MA. Stroke: molecular mechanisms and potential targets for treatment. Curr Mol Med 2003;3:361–72.

[57] Han HS, Yenari MA. Cellular targets of brain inflammation in stroke. Curr Opin Investig Drugs 2003;4:522–9.

[58] Danton GH, Dietrich WD. Inflammatory mechanisms after ischemia and stroke. J Neuropathol Exp Neurol 2003;62:127–36.

[59] Ginis I, Jaiswal R, Klimanis D, et al. TNF-alpha-induced tolerance to ischemic injury involves differential control of NF-kappaB transactivation: The role of NF-kappaB association with p300 adaptor. J Cereb Blood Flow Metab 2002;22:142–52.

[60] Gary DS, Bruce-Keller AJ, Kindy MS, et al. Ischemic and excitotoxic brain injury is enhanced in mice lacking the p55 tumor necrosis factor receptor. J Cereb Blood Flow Metab 1998;18:1283–7.

[61] Bruce AJ, Boling W, Kindy MS, et al. Altered neuronal and microglial responses to excitotoxic and ischemic brain injury in mice lacking TNF receptors. Nat Med 1996;2:788–94.

[62] Kinoshita K, Kraydieh S, Alonso O, et al. Effect of posttraumatic hyperglycemia on contusion volume and neutrophil accumulation after moderate fluid-percussion brain injury in rats. J Neurotrauma 2002;19:681–92.

[63] Chew W, Kucharczyk J, Moseley M, et al. Hyperglycemia augments ischemic brain injury: in vivo MR imaging/spectroscopic study with nicardipine in cats with occluded middle cerebral arteries. AJNR Am J Neuroradiol 1991;12:603–9.

[64] Conroy BP, Grafe MR, Jenkins LW, et al. Histopathologic consequences of hyperglycemic cerebral ischemia during hypothermic cardiopulmonary bypass in pigs. Ann Thorac Surg 2001;71:1325–34.

[65] Guyot LL, Diaz FG, O'Regan MH, et al. The effect of streptozotocin-induced diabetes on the release of excitotoxic and other amino acids from the ischemic rat cerebral cortex. Neurosurgery 2001;48:385–90.

[66] Lin B, Ginsberg MD, Busto R, et al. Hyperglycemia triggers massive neutrophil deposition in brain following transient ischemia in rats. Neurosci Lett 2000;278:1–4.

[67] Ding C, He Q, Li PA. activation of cell death pathway after a brief period of global ischemia in diabetic and non-diabetic animals. Exp Neurol 2004;188:421–9.

HARUKUNI & BHARDWAJ

[68] Baird TA, Parsons MW, Phanh T, et al. Persistent poststroke hyperglycemia is independently associated with infarct expansion and worse clinical outcome. Stroke 2003;34: 2208–14.

[69] Nuttall GA, Abel MD, Mullany CJ, et al. Intraoperative hyperglycemia and perioperative outcomes in cardiac surgery patients. Mayo Clin Proc 2005;80:862–6.

[70] Van den Berghe G, Schoonheydt K, Becx P, et al. Insulin therapy protects the central and peripheral nervous system of intensive care patients. Neurology 2005;64(26):1348–53.

[71] Auer RN. Non-pharmacologic (physiologic) neuroprotection in the treatment of brain ischemia. Ann N Y Acad Sci 2001;939:271–82.

[72] Busto R, Dietrich WD, Globus MY, et al. Small differences in intraischemic brain temperature critically determine the extent of ischemic neuronal injury. J Cereb Blood Flow Metab 1987;7:729–38.

[73] Zhao O, Memezawa H, Smith ML, et al. Hyperthermia complicates middle cerebral artery occlusion induced by an intraluminal filament. Brain Res 1994;649:253–9.

[74] Minamisawa H, Smith ML, Siesjo BK. The effect of mild hyperthermia and hypothermia on brain damage following 5, 10 and 15 min of forebrain ischemia. Ann Neurol 1990;28: 26–33.

[75] Murry CE, Jennings RB, Reimer KA. Preconditioning with ischemia: a delay of lethal cell injury in ischemic myocardium. Circulation 1986;74:1136.

[76] Kitagawa K, Matsumoto M, Tagaya M. "Ischemic tolerance" phenomenon found in the brain. Brain Res 1990;528:21–4.

[77] Liu Y, Kato H, Nakata N, et al. Protection of rat hippocampus against ischemic neuronal damage by pretreatment with sublethal ischemia. Brain Res 1992;586:121–4.

[78] Nishi S, Taki W, Uemura Y, et al. Ischemic tolerance due to the induction of HSP70 in a rat ischemic recirculation model. Brain Res 1993;615(2):281–8.

[79] Chopp M, Chen H, Ho KL, et al. Transient hyperthermia protects against subsequent forebrain ischemic cell damage in the rat. Neurology 1989;39:1396–8.

[80] Nishio S, Yunoki M, Chen ZF, et al. Ischemic tolerance in the rat neocortex following hypothermic preconditioning. J Neurosurg 2000;93:845–51.

[81] Bergstedt K, Hu BR, Wieloch T. Initiation of protein synthesis and heat-shock protein-72 expression in the rat brain following severe insulin-induced hypoglycemia. Acta Neuropathol (Berl) 1993;86:145–53.

[82] Huber R, Kasischke K, Ludolph AC, et al. Increase of cellular hypoxic tolerance by erythromycin and other antibiotics. Neuroreport 1999;10:1543–6.

[83] Riepe MW, Kasischke K, Raupach A. Acetylsalicylic acid increases tolerance against hypoxic and chemical hypoxia. Stroke 1997;28:2006–11.

[84] Dawson TM. Preconditioning-mediated neuroprotection through erythropoietin? Lancet 2002;359:96–7.

[85] Kapinya KJ, Lowl D, Futterer C, et al. Tolerance against ischemic neuronal injury can be induced by volatile anesthetics and is inducible NO synthase dependent. Stroke 2002;33: 1889–98.

[86] Stagliano NE, Perez-Pinzon MA, Moskowitz MA, et al. Focal ischemic preconditioning induces rapid tolerance to middle cerebral artery occlusion in mice. J Cereb Blood Flow Metab 1999;19:757–61.

[87] Barone FC, White RF, Spera PA, et al. Ischemic preconditioning and brain tolerance: temporal histological and functional outcomes, protein synthesis requirement, and interleukin-1 receptor antagonist and early gene expression. Stroke 1998;29:1937–50.

[88] Weigl M, Tenze G, Steinlechner B, et al. A systematic review of currently available pharmacological neuroprotective agents as a sole intervention before anticipated or induced cardiac arrest. Resuscitation 2005;65:21–39.

[89] Arnowski J, Waxham MN, Grotta JC. Neuronal protection and preservation of calcium/calmodulin-dependent protein kinase II and protein kinase C activity by dextrorphan treatment in global ischemia. J Cereb Blood Flow Metab 1993;13:550–7.

[90] Li MM, Payne RS, Reid KH, et al. Correlates of delayed neuronal damage and neuroprotection in a rat model of cardiac-arrest-induced cerebral ischemia. Brain Res 1999;826: 44–52.

[91] Dietrich WD, Lin B, Globus MY, et al. Effect of delayed MK-801 (dizocilpine) treatment with or without immediate postischemic hypothermia on chronic neuronal survival after global forebrain ischemia in rats. J Cereb Blood Flow Metab 1995;15:960–8.

[92] Calle PA, Paridaens K, De Ridder LI, et al. Failure of nimodipine to prevent brain damage in a global brain ischemia model in the rat. Resuscitation 1993;25:59–71.

[93] Lazarewicz JW, Pluta R, Puka M, et al. Diverse mechanisms of neuronal protection by nimodipine in experimental rabbit brain ischemia. Stroke 1990;21:108–10.

[94] Roine RO, Kaste M, Kinnunen A, et al. Nimodipine after resuscitation from out-of-hospital ventricular fibrillation. A placebo-controlled, double-blind, randomized trial. JAMA 1990;264:3171–7.

[95] Shuaib A, Murabit MA, Kanthan R, et al. The neuroprotective effects of gamma-vinyl GABA in transient global ischemia: a morphological study with early and delayed evaluations. Neurosci Lett 1996;204(2):1–4.

[96] Thaminy S, Reymann JM, Heresbach N, et al. Is chlormethiazole neuroprotective in experimental global cerebral ischemia? A microdialysis and behavioral study. Pharmacol Biochem Behav 1997;56:737–45.

[97] Vergoni AV, Ottani A, Botticelli AR, et al. Neuroprotective effect of gamma-hydroxybutyrate in transient global cerebral ischemia in the rat. Eur J Pharmacol 2000;397:75–84.

[98] Iqbal S, Baziany A, Gordon S, et al. Neuroprotective effect of tiagabine in transient forebrain global ischemia: an in vivo microdialysis, behavioral, and histological study. Brain Res 2002;946:162–70.

[99] Artru AA, Michenfelder JD. Anoxic cerebral potassium accumulation reduced by phenytoin: mechanism of cerebral protection? Anesth Analg 1981;60:41–5.

[100] Imaizumi S, Kurosawa K, Kinouchi H, et al. Effect of phenytoin on cortical $Na(+)-K(+)$-ATPase activity in global ischemic rat brain. J Neurotrauma 1995;12:231–4.

[101] Miles AN, Majda BT, Meloni BP, et al. Postischemic intravenous administration of magnesium sulfate inhibits hippocampal CA1 neuronal death after transient global ischemia in rats. Neurosurgery 2001;49:1443–50.

[102] Zhu H, Meloni BP, Bojarski C, et al. Post-ischemic modest hypothermia (35 degrees C) combined with intravenous magnesium is more effective at reducing CA1 neuronal death than either treatment used alone following global cerebral ischemia in rats. Exp Neurol 2005;193:361–8.

[103] Steen PA, Milde JH, Michenfelder JD. No barbiturate protection in a dog model of complete cerebral ischemia. Ann Neurol 1979;5:343–9.

[104] Candelario-Jalil E, Alvarez D, Gonzalez-Falcon A, et al. Neuroprotective efficacy of nimesulide against hippocampal neuronal damage following transient forebrain ischemia. Eur J Pahrmacol 2002;453:189–95.

[105] Uchino H, Minamikawa-Tachino R, Kristian T, et al. Differential neuroprotection by cyclosporine A and FK506 following ischemia corresponds with differing abilities to inhibit calcineurin and the mitochondrial permeability transition. Neurobiol Dis 2002;10: 219–33.

[106] McCullough LD, Hurn PD. Estrogen and ischemic neuroprotection: an integrated view. Trends Endocrinol Metab 2003;14:228–35.

[107] Hurn PD, Macrae IM. Estrogen as neuroprotectant in stroke. J Cereb Blood Flow Metab 2000;20:631–52.

[108] Loihl AK, Asensio V, Campbell IL, et al. Expression of nitric oxide synthase (NOS)-2 following permanent focal ischemia and the role of nitric oxide in infarct generation in male, female and NOS-2 gene deficient mice. Brain Res 1999;830:155–64.

[109] Sampei K, Mandir AS, Asano Y, et al. Stroke outcome in double mutant antioxidant transgenics. Stroke 2000;31:2685–91.

20                                         HARUKUNI & BHARDWAJ

[110] Kofler J, Otsuka T, Zhang Z, et al. Differential effect of PARP-2 deletion on brain injury after focal and global cerebral ischemia. J Cereb Blood Flow Metab 2005 [Epub ahead of print].

[111] McCullough LD, Zeng Z, Blizzard KK, et al. Ischemic nitric oxide and poly(ADP-ribose) polymerase-1 in cerebral ischemia: male toxicity, female protection. J Cereb Blood Flow Metab 2005;25:502–12.

[112] Garcia-Segura LM, Azcoitia I, DonCarlos LL. Neuroprotection by estradiol. Prog Neurobiol 2001;63:29–60.

[113] Noppens RR, Kofler J, Hurn PD, et al. Dose-dependent neuroprotection by 17beta-estradiol after cardiac arrest and cardiopulmonary resuscitation. Crit Care Med 2005; 33:1595–602.

[114] Fried RL, Nowak TS. Opioid peptide levels in gerbil brain after transient ischemia: lasting depletion of hippocampal dynorphin. Stroke 1987;18:765–70.

[115] Zabramski JM, Spetzler RF, Selman WR, et al. Nalaxone therapy during focal cerebral ischemia evaluation in a primate model. Stroke 1984;15:621–7.

[116] Tang AH. Protection from cerebral ischemia by U-50,488E, a specific kappa opioid analgesic agent. Life Sci 1985;37:1475–82.

[117] Mackay KB, Kusomoto K, Graham DI, et al. Effect of kappa-1 opioid agonist CI-977 on ischemic brain damage and cerebral blood flow after middle cerebral artery occlusion in the rat. Brain Res 1993;629:10–8.

[118] Baskin DS, Widmayer MA, Browning JL, et al. Evaluation of delayed treatment of focal cerebral ischemia with three selective $\kappa$-opioid agonists in cats. Stroke 1994;25:2047–54.

[119] Boutin H, Dauphin F, MacKenzie ET, et al. Differential time-course decreases in nonselective mu-, delta-, and kappa-opioid receptors after focal cerebral ischemia in mice. Stroke 1999;30:1271–7.

[120] Bradford HF, Crowder JM, White EJ. Inhibitory actions of opioid compounds on calcium fluxes and neurotransmitter release from mammalian cerebral cortical slices. Br J Pharmac 1986;88:87–93.

[121] Xiang J-Z, Adamson P, Brammer MJ, et al. The kappa-opiate agonist U50488H decreases the entry of $^{45}Ca$ into rat cortical synaptosomes by inhibiting N- but not L-type calcium channels. Neuropharmacol 1990;29:439–44.

[122] Goyagi T, Toung TJ, Kirsch JR, et al. Neuroprotective kappa-opioid receptor agonist BRL 52537 attenuates ischemia-evoked nitric oxide production in vivo in rats. Stroke 2003;34: 1533–8.

[123] Zhang Z, Chen TY, Kirsch JR, et al. Kappa-opioid receptor selectivity for ischemic neuroprotection with BRL 52537 in rats. Anesth Analg 2003;97:1776–83.

[124] Chen TY, Goyagi T, Toung TJ, et al. Prolonged opportunity for ischemic neuroprotection with selective kappa-opioid receptor agonist in rats. Stroke 2004;35:1180–5.

[125] Chen CH, Toung TJ, Hurn PD, et al. Ischemic neuroprotection with selective kappa-opioid receptor agonist is gender specific. Stroke 2005;36:1557–61.

[126] Zeynalov E, Nemoto M, Hurn PD, et al. Neuoprotective effect of selective kappa receptor agonist is gender specific and linked to reduced neuronal nitric oxide. J Cereb Blood Flow Metab 2005 July 27 [Epub ahead of print].

[127] Vu TH, Weissmann AD, London ED. Pharmacological characteristics and distribution of $\sigma$- and phencyclidine receptors in the animal kingdom. J Neurochem 1990;54:598–604.

[128] Su T-P, London ED, Jaffe JH. Steroid binding at sigma receptors suggests a link between endocrine, nervous, and immune systems. Science 1988;240:219–21.

[129] Hanner M, Moebius FF, Flandorfer A, et al. Purification, molecular cloning, and expression of the mammalian $sigma_1$-binding site. Proc Natl Acad Sci U S A 1996;93:8072–7.

[130] Su T-P. Delineating biochemical and functional properties of sigma receptors: emerging concepts. Crit Rev Neurobiol 1993;7:187–203.

[131] Leitner ML, Hohmann AG, Patrick SL, et al. Regional variation in the ratio of $\sigma_1$ to $\sigma_2$ binding in rat brain. Eur J Pharmacol 1994;259:65–9.

[132] Contreras PC, Gray NM, Ragan DM, et al. BMY-14802 protects against ischemia-induced neuronal damage in the gerbil. Life Sci 1992;51:1145–9.

[133] Harukuni I, Bhardwaj A, Shaivitz AB, et al. Sigma$_1$-receptor ligand 4-phenyl-1-(4-phenylbutyl)-piperidine affords neuroprotection from focal ischemia with prolonged reperfusion. Stroke 2000;31:976–82.

[134] Goyagi T, Goto S, Bhardwaj A, et al. Neuroprotective effect of σ$_1$-receptor ligand, 4-phenyl-1-(4-phenylbutyl) piperidine (PPBP) is linked to reduced neuronal nitric oxide production. Stroke 2001;32:1613–20.

[135] Goyagi T, Bhardwaj A, Koehler RC, et al. Potent sigma 1-receptor ligand 4-phenyl-1-(4-phenylbutyl) piperidine provides ischemic neuroprotection without altering dopamine accumulation in vivo in rats. Anesth Analg 2003;96:532–8.

———————————————— ORIGINAL ARTICLE ————————————————

# Prognostication after Cardiac Arrest and Hypothermia
## A Prospective Study

Andrea O. Rossetti, MD,[1] Mauro Oddo, MD,[2]
Giancarlo Logroscino, MD, PhD,[3] and Peter W. Kaplan, MBBS, FRCP[1,4]

**Objective:** Current American Academy of Neurology (AAN) guidelines for outcome prediction in comatose survivors of cardiac arrest (CA) have been validated before the therapeutic hypothermia era (TH). We undertook this study to verify the prognostic value of clinical and electrophysiological variables in the TH setting.
**Methods:** A total of 111 consecutive comatose survivors of CA treated with TH were prospectively studied over a 3-year period. Neurological examination, electroencephalography (EEG), and somatosensory evoked potentials (SSEP) were performed immediately after TH, at normothermia and off sedation. Neurological recovery was assessed at 3 to 6 months, using Cerebral Performance Categories (CPC).
**Results:** Three clinical variables, assessed within 72 hours after CA, showed higher false-positive mortality predictions as compared with the AAN guidelines: incomplete brainstem reflexes recovery (4% vs 0%), myoclonus (7% vs 0%), and absent motor response to pain (24% vs 0%). Furthermore, unreactive EEG background was incompatible with good long-term neurological recovery (CPC 1–2) and strongly associated with in-hospital mortality (adjusted odds ratio for death, 15.4; 95% confidence interval, 3.3–71.9). The presence of at least 2 independent predictors out of 4 (incomplete brainstem reflexes, myoclonus, unreactive EEG, and absent cortical SSEP) accurately predicted poor long-term neurological recovery (positive predictive value = 1.00); EEG reactivity significantly improved the prognostication.
**Interpretation:** Our data show that TH may modify outcome prediction after CA, implying that some clinical features should be interpreted with more caution in this setting as compared with the AAN guidelines. EEG background reactivity is useful in determining the prognosis after CA treated with TH.

ANN NEUROL 2010;67:301–307

Following resuscitation from cardiac arrest (CA), 40 to 60% of patients recover spontaneous circulation.[1] Prior to the use of therapeutic hypothermia (TH), most survivors sustained anoxic brain damage,[2,3] and only about 20% survived to discharge.[4] The global success rate for out-of-hospital CA has thus been <10%,[5] and those remaining comatose may suffer from severe cognitive impairment and long-term disability, placing great psychological and financial burdens on family and society.[6]

For many years, neurological examination and electrophysiological studies have guided physicians in predicting outcome of patients with coma after CA. However, clinical and electroencephalographic (EEG) prognostic markers were developed before the introduction of TH, as were recent guidelines of the American Academy of Neurology (AAN) for outcome prediction of comatose survivors of CA.[7] Randomized clinical trials have shown that TH improves survival and neurological recovery in comatose survivors of CA,[8,9] and has therefore been recommended as a standard of care.[10] Therefore, additional studies are needed to more precisely assess the prognostic value of each component of the AAN clinical and electrophysiological practice parameters, and determine whether they are still applicable in the setting of TH.[7,11] We therefore prospectively evaluated a large cohort of comatose adult patients successfully resuscitated from CA

Published online in Wiley InterScience (www.interscience.wiley.com). DOI: 10.1002/ana.21984

Received Nov 17, 2009, and in revised form Jan 9, 2010. Accepted for publication Jan 13, 2010.

Address correspondence to Dr Rossetti, Service de Neurologie, CHUV-BH07, CH-1011 Lausanne, Switzerland.
E-mail: andrea.rossetti@chuv.ch

From the [1]Department of Neurology and [2]Department of Intensive Care Medicine, University Hospital and Faculty of Biology and Medicine, Lausanne, Switzerland; [3]Department of Neurology, University of Bari, Bari, Italy; and [4]Department of Neurology, Johns Hopkins Bayview Medical Center, Baltimore, MD.

© 2010 American Neurological Association   301

and treated with TH, identified independent clinical and neurophysiological predictors for death and poor outcome, and compared the predictive performance of each parameter with that reported in the AAN guidelines.

## Patients and Methods

### Patients

This was a prospective observational study carried out in a 32-bed adult medical-surgical intensive care unit (ICU) at the Lausanne University Hospital. Full approval was given by our institutional ethics committee. Our population consisted of consecutive patients older than 16 years admitted for persistent coma following out-of-hospital CA (June 2006 to August 2009), treated with TH, and not brain dead within 48 hours.

### Induced Hypothermia

TH to 33 ± 1°C was started immediately on admission to the emergency room with ice packs and ice-cold infusions, and was maintained in the ICU for 24 hours using a surface cooling device (Arctic Sun Temperature Management System, Medivance, Louisville, CO). Sedation (midazolam, 0.1mg/kg/hr), analgesia (fentanyl, 1.5µg/kg/hr), and neuromuscular blockade (vecuronium, boluses of 0.1mg/kg, according to nerve stimulator monitoring) were administered intravenously during TH, and were stopped after passive rewarming to a central temperature of 35°C.

### General Patient Management

Out-of-hospital resuscitation was delivered by an emergency medical team including 1 trained physician, according to current American Heart Association guidelines.[10] Norepinephrine was used to maintain mean arterial blood pressure >70mmHg. Hemodynamic resuscitation was guided by a pulmonary-artery catheter, aiming to rapidly normalize arterial blood lactate and central venous oxygen saturation. Arterial blood glucose was maintained between 6 and 8mmol/l with the use of intravenous insulin infusion. All patients with acute ST segment myocardial infarction underwent primary angioplasty.

### Neurological Assessment

After passive rewarming (>35°C) and off sedation, all patients were examined by a neurologist at least twice between 36 and 72 hours after CA. Neurological examination included testing of principal brainstem reflexes (pupillary, oculocephalic, corneal) and motor reactivity to painful stimulation. At the same time, patients had at least 1 routine EEG study with auditory and noxious stimulation performed by a trained physician at bedside. EEG was recorded on a portable digital machine (Micromed, Mogliano Veneto, Italy; Viasys Neurocare, Madison, WI), using 21 (occasionally, 9 or 14) electrodes arranged in accordance to the international 10-20 system; limited montages were applied. EEGs were interpreted by a certified electroencephalographer at bedside and post hoc, using bipolar and referential montages, a filter setting of 0.5 and 70Hz, and a notch filter (50Hz). Patients with a clinical or an EEG pattern compatible with status epilepticus were treated with various antiepileptic drugs (AED) for at least 24 hours, and

then reassessed; details have been described previously.[12,15] Bilateral median nerve somatosensory evoked potentials (SSEP) recording was also performed in the majority of patients by a certified technologist and interpreted by a certified neurologist. The decision regarding termination of life support was taken according to the recently published AAN guidelines,[7] based on a consensus between ICU physicians and consultant neurologists after considering the best results of at least 2 different clinical examinations, EEG (background activity), and SSEP obtained at least 24 hours after weaning of sedation. Of note, EEG reactivity did not influence the decision. Due to the unavailability of routine neuron-specific enolase testing in our center, we did not include this parameter; brain imaging was not used, as this is not recommended in the AAN guidelines.[7]

### Data Collection, Variables Definition, and Outcome Assessment

Clinical and demographical data were collected prospectively using Utstein's style recommendations.[14] CA etiology was categorized into cardiac and noncardiac, and initial arrest rhythm was dichotomized as ventricular fibrillation (VF) and non-VF (including asystole and pulseless electrical activity). Duration of cardiac arrest was estimated by calculating the time from collapse to return of spontaneous circulation (ROSC) using the reports of emergency paramedics, and was then dichotomized as ≤25 or >25 min, according to our previous study.[15] The best clinical features of the various testings performed within 72 hours were retained. Brainstem reflexes were categorized as all present versus at least 1 absent, and motor response to pain as no movement or extensor posturing versus flexor posturing or better (corresponding, for the motor subscore of the Glasgow Coma Scale, to 1–2 vs 3 or more).[7] We considered myoclonus if this appeared within 24 hours after weaning of sedation; treatment consisted mostly in administration of AED and rarely propofol, as previously reported.[13] EEG reactivity was assessed as a clear, reproducible change in background frequency (and mostly amplitude) following auditory or noxious stimulation, regardless of the appearance of epileptiform transients (stimulus-induced rhythmic, periodic, or ictal discharges), and categorized as present or absent. Electrographic seizure induction by stimuli was not considered as positive reactivity. Occurrence of repetitive or rhythmic focal or generalized spikes, sharp waves, spike and waves, or rhythmic waves evolving in amplitude, frequency, or field was categorized as epileptiform, as discussed previously.[13] Although periodic epileptiform discharges (PEDs) and burst-suppression represent controversial patterns, we considered spontaneous burst-suppression with sharp bursts and PEDs as epileptiform, because these are strongly associated with myoclonus in postanoxic patients.[15,16] The N20 responses on SSEP were categorized as present or bilaterally absent (ie, no clear, reproducible negative deflection at 18–25 milliseconds followed by a positive wave on both sides). Survival was determined at hospital discharge. Neurological recovery, assessed by review of the subsequent hospital reports or (if not available) a semistructured telephone interview with the patient or the patient's relatives, was recorded as degree of neurological function at 3 to 6 months using Glasgow-Pittsburgh Cerebral Performance Categories

(CPC).[17,18] CPC 1 indicates full recovery; CPC 2 indicates moderate disability (able to work at least part-time, and independent for activities of daily living, with or without neurological manifestations such as hemiplegia, seizures, ataxia, dysarthria, dysphasia, or permanent memory or mental changes); and CPC 3 indicates severe disability (conscious, but fully dependent for daily support because of severely impaired cognitive function). Patients with CPC 4 are comatose or in a persistent vegetative state, and those with CPC 5 have died. Good neurological recovery was defined as CPC 1 and 2.

### Statistical Analysis

Univariate comparisons for outcome were performed with Fisher exact tests for categorical variables, and Mann–Whitney $U$ tests or $t$ tests for continuous variables, as needed. The following variables were analyzed: age, gender, CA etiology, initial cardiac arrest rhythm, time to ROSC, motor reaction, brainstem reflexes, presence of myoclonus, epileptiform EEG, EEG background reactivity, and N20 response on SSEP. False-positive rates (FPRs, corresponding to 1-specificity) of mortality were calculated for each significant predictor, using an exact binomial 95% confidence interval (CI). A stepwise multivariate logistic regression was used to identify independent mortality predictors among those found to have a $p < 0.05$ on univariate analysis. Goodness of fit of the final model was evaluated with the Hosmer–Lemeshow test. Solid predictors were then used to forecast functional outcome at 3 to 6 months. To evaluate the performance of this model, sensitivity, specificity, positive predictive value (PPV), negative predictive value (NPV), unweighted accuracy (using exact binomial 95% CI), and the area under the receiver operating characteristic (ROC) curve were calculated. Calculations were carried out with release 9 of the STATA software (StataCorp, College Station, TX). A $p$ value $<0.05$ was considered statistically significant.

### Results

We studied 111 consecutive comatose patients treated with TH immediately after CA. A total of 66 (59%) died before hospital discharge, nearly all in a short time (some hours) following intensive care withdrawal. Table 1 shows differences in clinical and electrophysiological variables, assessed within 72 hours after CA, according to survivorship; age,

TABLE 1: Frequency of Occurrence of Clinical and Electrophysiological Characteristics of Survivors and Nonsurvivors of CA at Hospital Discharge

| Characteristic | Survivors | Nonsurvivors | $p$ | Test |
|---|---|---|---|---|
| Patients, No. (%) | 45 (41) | 66 (59) | | |
| Age, mean yr ± SD (range) | 60.2 ± 14.9 (17–85) | 58.8 ± 14.7 (22–84) | 0.630 | $t$ |
| Female gender, No. (%) | 7/45 (16) | 15/66 (22) | 0.468 | Fisher |
| Noncardiac etiology, No. (%) | 3/45 (7) | 13/66 (20) | 0.166 | Fisher |
| Non-VF CA (asystole or PEA), No. (%) | 7/45 (16) | 38/66 (58) | <0.001 | Fisher |
| ROSC >25 minutes, No. (%) | 11/45 (24) | 43/66 (65) | <0.001 | Fisher |
| ≥1 brainstem reflexes absent,[a] No. (%) | 2/45 (4) | 45/66 (68) | <0.001 | Fisher |
| Motor response worse than flexion, No. (%) | 11/45 (24) | 58/66 (88) | <0.001 | Fisher |
| Early myoclonus, No. (%) | 2/45 (4) | 35/66 (53) | <0.001 | Fisher |
| Epileptiform activity on the first EEG, No. (%) | 4/45 (9) | 35/65 (54) | <0.001 | Fisher |
| Unreactive EEG background, No. (%) | 3/45 (8) | 53/65 (81) | <0.001 | Fisher |
| Bilaterally absent N20 on the SSEP, No. (%) | 0/44 (0) | 33/56 (59) | <0.001 | Fisher |
| Time to first EEG, median days, range (No. of subjects) | 2, 1–4 (45) | 2, 1–5 (65) | 0.319 | $U$ |
| Time to SSEP, median days, range (No. of subjects) | 2.5, 1–6 (44) | 2, 1–8 (56) | 0.341 | $U$ |

[a]Pupillary, oculocephalic, corneal.
CA = cardiac arrest; SD = standard deviation; VF = ventricular fibrillation; PEA = pulseless electrical activity; ROSC = return of spontaneous circulation; EEG = electroencephalography; SSEP = somatosensory evoked potentials.

ANNALS *of Neurology*

gender, and CA etiology did not differ between the 2 groups. In contrast, initial arrest rhythm (non-VF vs VF), longer CA duration (time to ROSC >25 minutes), failure to recover all brainstem reflexes, extensor or no motor response to pain, presence of myoclonus, epileptiform EEG, unreactive EEG background, and bilaterally absent N20 on SSEP were all significantly associated with death at hospital discharge. Of note, time from circulatory arrest to recording of first EEG and SSEP did not differ among the 2 groups.

The FPRs (1-specificity) regarding mortality prediction for the variables resulting in significant differences in univariate analysis are given in Table 2. Bilaterally absent N20 was the only variable that absolutely predicted death (ie, no patient with absent N20 survived), and was not retained for the multivariate logistic regression. The latter identified as independent mortality predictors 1 electrophysiological (unreactive EEG background, $p < 0.001$; odds ratio [OR], 15.4; 95% CI, 3.3–71.9), and 2 clinical variables (incomplete recovery of brainstem reflexes, $p = 0.001$, OR, 21.2; 95% CI, 3.7–120.4; and early myoclonus, $p = 0.021$; OR, 15.9; 95% CI, 1.5–166.8). This model showed an excellent goodness of fit (Lemeshow: $p = 0.80$).

**TABLE 2: Variables Predicting Death after Cerebral Anoxia**

| Variable | FPR |
| --- | --- |
| Non-VF CA (asystole or PEA) | 0.15 (0.06–0.29) |
| ROSC >25 minutes | 0.24 (0.13–0.40) |
| ≥1 brainstem reflexes absent[a] | 0.04 (0.01–0.15) |
| Motor response worse than flexion | 0.24 (0.13–0.40) |
| Early myoclonus | 0.03 (0.00–0.11) |
| Epileptiform activity on first EEG | 0.09 (0.02–0.21) |
| Unreactive EEG background | 0.07 (0.01–0.18) |
| Bilaterally absent N20 on SSEP | 0.00 (0.00–0.08) |

FPRs for death (with 95% confidence intervals) are given for each variable.
[a]Pupillary, oculocephalic, corneal.
FPR = false-positive rate (false positive/all positive); VF = ventricular fibrillation; CA = cardiac arrest; PEA = pulseless electrical activity; ROSC = return of spontaneous circulation; EEG = electroencephalography; SSEP = somatosensory evoked potentials.

**TABLE 3: Prognostic Value for In-Hospital Mortality (Presence of 2 or More Variables among Bilaterally Absent SSEP, Unreactive EEG Background, Early Myoclonus, and Incomplete Recovery of Brainstem Reflexes)**

| | |
| --- | --- |
| Sensitivity | 0.79 (95% CI, 0.67–0.88) |
| Specificity | 1.00 (95% CI, 0.92–1.00) |
| Positive predictive value | 1.00 (95% CI, 0.93–1.00) |
| Negative predictive value | 0.76 (95% CI, 0.63–0.86) |
| Unweighted accuracy | 0.90 |

SSEP = somatosensory evoked potentials; EEG = electroencephalographic; CI = confidence interval.

We tested the predictive value for mortality of the presence of at least 2 predictors among the 3 abovementioned independent variables and SSEP (conservatively supposed as present if they were not performed). Using a cutoff of 0 or 1 items versus 2 to 4, the score had a PPV of 1.0 (there was no false-positive prediction) and an unweighted accuracy of 0.90 for mortality (Table 3); the area under the ROC curve of 0.95 (95% CI, 0.91–0.99) further confirmed the robust prediction. We also recalculated the score omitting EEG reactivity. This decreased the unweighted accuracy to 0.82, owing to a lower sensitivity. The additive predictive role of the EEG reactivity was tested analyzing the difference between the ROC curves of the 2 models (0.95 vs 0.91, $p = 0.057$), and was very close to significance.

Variables distribution according to CPC at 3 to 6 months is given in Table 4; 2 patients were lost to follow-up after moving abroad. Absent EEG reactivity was incompatible with good neurological recovery. When applied to predict long-term neurological recovery, the score also showed excellent performance, with a PPV of 1.00 (again, no false-positive prediction), an unweighted accuracy of 0.81 (Table 5), and an area under the ROC curve of 0.86 (95% CI, 0.80–0.91) for poor functional outcome. Without EEG data, the calculation gave a lower unweighted accuracy of 0.75. The added value of EEG reactivity is illustrated in the comparison of the ROC curves (0.86 vs 0.81, $p = 0.001$).

## Discussion

The most important findings of this prospective study in comatose CA survivors after TH are that neurological examination alone, particularly motor response to painful stimuli, seems less reliable compared with those reported in the AAN practice parameters, and that EEG

**TABLE 4: Frequency of Occurrence of Clinical and Electrophysiological Characteristics in Patients with Good versus Poor Functional Outcome at 3 to 6 Months**

| Characteristic | CPC 1-2 (good outcome) | CPC 3-5 (bad outcome) | $p$ | Test |
|---|---|---|---|---|
| Patients | 25 (23%) | 84 (77%) | | |
| Age, mean yr ± SD (range) | 57.9 ± 16.8 (17–85) | 59.8 ± 14.3 (22–84) | 0.570 | t |
| Female gender, No. (%) | 4/25 (16) | 18/84 (21) | 0.777 | Fisher |
| Noncardiac etiology, No. (%) | 2/25 (8) | 13/84 (15) | 0.513 | Fisher |
| Non-VF CA (asystole or PEA), No. (%) | 4/25 (16) | 40/84 (48) | 0.005 | Fisher |
| ROSC >25 min, No. (%) | 6/25 (24) | 46/84 (55) | 0.011 | Fisher |
| ≥1 brainstem reflexes absent,[a] No. (%) | 2/25 (8) | 45/84 (54) | <0.001 | Fisher |
| Motor response worse than flexion, No. (%) | 4/25 (16) | 64/84 (76) | <0.001 | Fisher |
| Early myoclonus, No. (%) | 1/25 (4) | 35/84 (42) | <0.001 | Fisher |
| Epileptiform activity on the first EEG, No. (%) | 3/25 (12) | 36/83 (43) | 0.001 | Fisher |
| Unreactive EEG background, No. (%) | 0/25 (0) | 56/83 (67) | <0.001 | Fisher |
| Bilaterally absent N20 on SSEP, No. (%) | 0/24 (0) | 33/71 (46) | <0.001 | Fisher |

[a]Pupillary, oculocephalic, corneal.
CPC = Cerebral Performance Categories; SD = standard deviation; VF = ventricular fibrillation; CA = cardiac arrest; PEA = pulseless electrical activity; ROSC = return of spontaneous circulation; EEG = electroencephalography; SSEP = somatosensory evoked potentials.

background reactivity is strongly associated with outcome.

Although it is increasingly evident that CA outcome is improved by TH,[8–10,19,20] it is unclear whether TH alters, temporally displaces, or even does not affect the predictive value of neurological and electrophysiological evaluations.[11] Before the TH era, neurological examina-

**TABLE 5: Prognostic Value for Functional Recovery at 3 to 6 Months (Presence of 2 or More Variables among Bilaterally Absent SSEP, Unreactive EEG Background, Early Myoclonus, and Incomplete Recovery of Brainstem Reflexes)**

| | |
|---|---|
| Sensitivity | 0.62 (95% CI, 0.51–0.72) |
| Specificity | 1.00 (95% CI, 0.86–1.00) |
| Positive predictive value | 1.00 (95% CI, 0.93–1.00) |
| Negative predictive value | 0.44 (95% CI, 0.31–0.58) |
| Unweighted accuracy | 0.81 |

SSEP = somatosensory evoked potentials; EEG = electroencephalographic; CI = confidence interval.

tion highly predicted dismal outcome when used within 3 days after CA.[21] A recent retrospective analysis of adults with postanoxic coma and TH showed that absent brainstem reflexes and myoclonus predicted poor outcome within the first days, whereas motor reaction to pain was less reliable[22]; however, no electrophysiological parameters were analyzed. Our study disclosed some subtle but potentially important differences as compared with the AAN meta-analysis[7] in terms of FPRs. Of note, we assessed clinical features within 72 hours of CA, as recommended by the AAN guidelines. Although FPRs of cardiac arrest type and time to ROSC (15% and 24% vs 20–27%), bilaterally absent SSEP (0% in both), and unfavorable EEG features such as very low voltage activity, burst-suppression, or generalized epileptiform patterns (9% vs 3%) were all very similar, incomplete recovery of brainstem reflexes (4% vs 0%), myoclonus (3% vs 0%), and most strikingly, absent motor response to pain (24% vs 0%) had higher FPRs in our cohort; it is particularly concerning that our values differ from zero. Although these differences may partly arise from the 95% CI uncertainty, it appears plausible that they might also reflect the impact

of TH and the limited ability of neurological examination, particularly motor response, to predict neurological recovery after CA. This is in line with the aforementioned study, which described that some features might take up to 6 days to reappear.[22] Pending confirmatory assessments, our data suggest that AAN guidelines for neurological prognostication should be applied with greater caution in comatose survivors of CA treated with TH, to prevent potentially deleterious overpessimistic estimations of poor recovery and premature cessation of intensive care.

EEG has been described before the hypothermic era to reliably predict poor outcome at grades 4 or 5 on the Synek scale, or on similar modified postanoxic EEG outcome scales,[23–25] corresponding to very low voltage delta activity or flat background. A meta-analysis of clinical, EEG and SSEP variables showed similar robust prognostic value when performed at least 12 to 24 hours after ROSC, mostly by day 3.[26] Remarkably, EEG background reactivity to stimulations has received little attention.[7] A relatively high prevalence of epileptiform changes was found even during TH in recent pediatric (40% of patients)[27] and adult (50%, including spontaneous burst-suppression patterns and status epilepticus)[28] prospective series. Although status epilepticus has been previously described to confer almost universal poor outcome after CA,[29] we recently reported a good evolution in a small subset of patients in whom status epilepticus was treated.[13] These preliminary studies suggest that EEG may have important implications for both prognostication and therapy. Additional EEG studies in postanoxic coma and TH are therefore needed, but to our knowledge prospective investigations using multivariate analyses have not yet been performed in this setting. In our cohort, unreactive EEG background was a strong and previously unrecognized independent risk factor of mortality and poor long-term neurological recovery after CA and TH. This parallels our previous experience with postanoxic status epilepticus,[13] and probably reflects the activity of a relatively preserved cerebral cortex. It should nevertheless be emphasized that EEG, like other variables, should never be used alone (EEG background reactivity had an FPR of 7% for mortality in our study); prognostication after CA should always rely on a multimodal approach,[7] as confirmed by our prognostic model, in which 4 different variables were applied. Furthermore, EEG background reactivity significantly increased the ability to predict neurological recovery, suggesting that EEG may be used to optimize neurological prognostication in patients treated with TH.

The large number of subjects and the prospective nature of the study strengthen our findings. To the best of our knowledge, this is the largest multivariate analysis of outcome in comatose CA patients treated with TH, and the first that aimed to analyze long-term neurological recovery in this setting. The combination of 4 clinical and electrophysiological variables yielded a very high PPV for poor functional outcome. As previously mentioned, this is of paramount importance to avoid falsely poor predictions leading to unjustified withdrawal of intensive care.[7] A first limitation of the study is the single-center setting (which, conversely, adds homogeneity to the clinical procedures), implying the need for additional studies to assess generalizability. A second limitation is the performance in predicting a good recovery; the NPV was clearly lower than the PPV, implying that the combined variables only reliably forecast those patients who will die at discharge or perform poorly at 3 to 6 months. Thus, clinical and electrophysiological examinations should not be used to select with absolute certainty subjects who will eventually have a good outcome. In this particular context, to further improve prognostication in the subset of patients where outcome is uncertain after initial diagnostic workup, it might be valuable to apply additional investigations, such as mismatch negativity, serum neuron specific enolase, and neuroimaging.[7,26,30–32]

Third, and most importantly, because patients with a supposed poor prognosis were not given a chance to recover over weeks but only over some days, a self-fulfilling prophecy is probably inherent in some of our results. This source of confounding is extremely hard to overcome in observational studies in this context.[7,26] It results from the use of the same parameters, which will be subsequently analyzed for their predictive performance, to make decisions on intensive care support withdrawal. That is, a given variable will logically result as a very solid dismal outcome predictor if it was earlier considered as a strong argument for bad prognosis, influencing patient management. In our series, this applies to SSEP, brainstem reflexes, and (to some extent) myoclonus. However, because EEG background reactivity was not used in the decision-making process (which relied on AAN guidelines[7]), it is highly unlikely that this variable suffered from this bias. Conversely, as the self-fulfilling prophecy should maximize the specificity for mortality prediction, our higher FPRs for clinical variables appear somewhat strengthened. Moreover, time between CA and EEG and SSEP recordings did not differ between survivors and nonsurvivors, suggesting that unfavorable clinical factors did not trigger earlier investigations. An ideal study in this setting should include investigators interpreting clinical and electrophysiological results, and another independent team in charge of the patient blinded to the results for some weeks. Besides practical issues in terms of

Rossetti et al: CA and Prognosis

personnel and technical resources, such a design would likely add a tremendous emotional burden on patients' relatives and care professionals, and appears difficult to implement. A practical, more feasible compromise would be to attempt to mask 1 or 2 variables to be tested, allowing the use of the others for the clinical routine.

In conclusion, our results strongly suggest caution in the application of AAN guidelines in patients treated with hypothermia after CA, and show that EEG reactivity may significantly improve their outcome prognostication.

*We thank Drs M. Maeder-Inguar and S. Jukopila for their help in data collection.*

## References

1. Thel MC, O'Connor CM. Cardiopulmonary resuscitation: historical perspective to recent investigations. Am Heart J 1999;137:39–48.

2. Herlitz J, Andersson E, Bang A, et al. Experiences from treatment of out-of-hospital cardiac arrest during 17 years in Goteborg. Eur Heart J 2000;21:1251–1258.

3. Pusswald G, Fertl E, Faltl M, Auff E. Neurological rehabilitation of severely disabled cardiac arrest survivors. Part II. Life situation of patients and families after treatment. Resuscitation 2000;47:241–248.

4. Peberdy MA, Kaye W, Ornato JP, et al. Cardiopulmonary resuscitation of adults in the hospital: a report of 14720 cardiac arrests from the National Registry of Cardiopulmonary Resuscitation. Resuscitation 2003;58:297–308.

5. Callans DJ. Out-of-hospital cardiac arrest—the solution is shocking. N Engl J Med 2004;351:632–634.

6. Gray WA, Capone RJ, Most AS. Unsuccessful emergency medical resuscitation—are continued efforts in the emergency department justified? N Engl J Med 1991;325:1393–1398.

7. Wijdicks EF, Hijdra A, Young GB, et al. Practice parameter: prediction of outcome in comatose survivors after cardiopulmonary resuscitation (an evidence-based review): report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2006;67:203–210.

8. Mild therapeutic hypothermia to improve the neurologic outcome after cardiac arrest. N Engl J Med 2002;346:549–556.

9. Bernard SA, Gray TW, Buist MD, et al. Treatment of comatose survivors of out-of-hospital cardiac arrest with induced hypothermia. N Engl J Med 2002;346:557–563.

10. 2005 American Heart Association Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. Circulation 2005;112:IV1–IV203.

11. Young GB. Clinical practice. Neurologic prognosis after cardiac arrest. N Engl J Med 2009;361:605–611.

12. Rossetti AO, Logroscino G, Liaudet L, et al. Status epilepticus: an independent outcome predictor after cerebral anoxia. Neurology 2007;69:255–260.

13. Rossetti AO, Oddo M, Liaudet L, Kaplan PW. Predictors of awakening from postanoxic status epilepticus after therapeutic hypothermia. Neurology 2009;72:744–749.

14. Jacobs I, Nadkarni V, Bahr J, et al. Cardiac arrest and cardiopulmonary resuscitation outcome reports: update and simplification of the Utstein templates for resuscitation registries: a statement for healthcare professionals from a task force of the International Liaison Committee on Resuscitation (American Heart Association, European Resuscitation Council, Australian Resuscitation Council, New Zealand Resuscitation Council, Heart and Stroke Foundation of Canada, InterAmerican Heart Foundation, Resuscitation Councils of Southern Africa). Circulation 2004;110:3385–3397.

15. Oddo M, Ribordy V, Feihl F, et al. Early predictors of outcome in comatose survivors of ventricular fibrillation and non-ventricular fibrillation cardiac arrest treated with hypothermia: a prospective study. Crit Care Med 2008;36:2296–2301.

16. Thomke F, Marx JJ, Sauer O, et al. Observations on comatose survivors of cardiopulmonary resuscitation with generalized myoclonus. BMC Neurol 2005;5:14.

17. Booth CM, Boone RH, Tomlinson G, Detsky AS. Is this patient dead, vegetative, or severely neurologically impaired? Assessing outcome for comatose survivors of cardiac arrest. JAMA 2004;291:870–879.

18. Morrison LJ, Visentin LM, Kiss A, et al. Validation of a rule for termination of resuscitation in out-of-hospital cardiac arrest. N Engl J Med 2006;355:478–487.

19. Holzer M, Bernard SA, Hachimi-Idrissi S, et al. Hypothermia for neuroprotection after cardiac arrest: systematic review and individual patient data meta-analysis. Crit Care Med 2005;33:414–418.

20. Oddo M, Schaller MD, Feihl F, et al. From evidence to clinical practice: effective implementation of therapeutic hypothermia to improve patient outcome after cardiac arrest. Crit Care Med 2006;34:1865–1873.

21. Levy DE, Caronna JJ, Singer BH, et al. Predicting outcome from hypoxic-ischemic coma. JAMA 1985;253:1420–1426.

22. Al Thenayan E, Savard M, Sharpe M, et al. Predictors of poor neurologic outcome after induced mild hypothermia following cardiac arrest. Neurology 2008;71:1535–1537.

23. Bassetti C, Bomio F, Mathis J, Hess CW. Early prognosis in coma after cardiac arrest: a prospective clinical, electrophysiological, and biochemical study of 60 patients. J Neurol Neurosurg Psychiatry 1996;61:610–615.

24. Synek VM. Value of a revised EEG coma scale for prognosis after cerebral anoxia and diffuse head injury. Clin Electroencephalogr 1990;21:25–30.

25. Young GB, Jordan KG, Doig GS. An assessment of nonconvulsive seizures in the intensive care unit using continuous EEG monitoring: an investigation of variables associated with mortality. Neurology 1996;47:83–89.

26. Zandbergen EG, Hijdra A, Koelman JH, et al. Prediction of poor outcome within the first 3 days of postanoxic coma. Neurology 2006;66:62–68.

27. Abend NS, Topjian A, Ichord R, et al. Electroencephalographic monitoring during hypothermia after pediatric cardiac arrest. Neurology 2009;72:1931–1940.

28. Legriel S, Bruneel F, Sediri H, et al. Early EEG monitoring for detecting postanoxic status epilepticus during therapeutic hypothermia: a pilot study. Neurocrit Care 2009;11:338–344.

29. Wijdicks EF, Parisi JE, Sharbrough FW. Prognostic value of myoclonus status in comatose survivors of cardiac arrest. Ann Neurol 1994;35:239–243.

30. Claassen J, Jette N, Chum F, et al. Electrographic seizures and periodic discharges after intracerebral hemorrhage. Neurology 2007;69:1356–1365.

31. Wijman CA, Mlynash M, Caulfield AF, et al. Prognostic value of brain diffusion-weighted imaging after cardiac arrest. Ann Neurol 2009;65:394–402.

32. Fischer C, Luaute J, Nemoz C, et al. Improved prediction of awakening or nonawakening from severe anoxic coma using tree-based classification analysis. Crit Care Med 2006;34:1520–1524.

The author has requested enhancement of the downloaded file. All in-text references underlined in blue are linked to publications on ResearchGate.

**Authors:**

Sara I. Cohen, MD
Thao T. Duong, MD

**Affiliations:**

From the Division of Physical Medicine and Rehabilitation, Department of Orthopedic Surgery, Stanford University (SIC, TTD); and Department of Physical Medicine and Rehabilitation, Santa Clara Valley Medical Center, San Jose, California.

**Correspondence:**

All correspondence and requests for reprints should be addressed to Thao T. Duong, MD, Acting Chair, Department of Physical Medicine and Rehabilitation, Santa Clara Valley Medical Center, 751 S. Bascom Avenue, San Jose, CA 95128.

0894-9115/08/8703-0229/0
*American Journal of Physical Medicine & Rehabilitation*
Copyright © 2008 by Lippincott Williams & Wilkins

DOI: 10.1097/PHM.0b013e318161971b

*Brain Injury*

CASE REPORT

# Increased Arousal in a Patient with Anoxic Brain Injury After Administration of Zolpidem

## ABSTRACT

Cohen SI, Duong TT: Increased arousal in a patient with anoxic brain injury after administration of zolpidem. Am J Phys Med Rehabil 2008;87:229–231.

A 35-yr-old man sustained an anoxic brain injury resulting from cardiac arrest, with subsequent extreme lethargy and lack of response to stimuli. The patient's lethargy was unresponsive to trials of several medications in attempts to increase arousal. Administration of twice-daily zolpidem 8 mos after injury resulted in a dramatic increase in the level of alertness, including improved speech and gait. When the patient was not able to receive zolpidem for a brief period, the patient's lethargy returned, and he became bedbound until the medication was resumed.

**Key Words:** Anoxic Brain Injury, Diaschisis, GABA Agonist, Zolpidem

Zolpidem is an imidazopiridine drug that is typically used as a sedative–hypnotic agent. It acts as an agonist at the alpha subunit of the GABA (A) receptor, which has been implicated in the sedative, anticonvulsant, and anxiolytic properties of the medication.[1] Compared with benzodiazepines, which bind nonselectively to this receptor, zolpidem binds preferentially to the omega-1 subtype and has been shown to have weaker anxiolytic, myorelaxant, and anticonvulsant effects, with sedative effects predominating.[2] In recent years, there have been anecdotal reports and small case series demonstrating that administration of zolpidem to patients with various neurological impairments such as permanent vegetative state, brain injury, dementia, aphasia, spasticity, and ataxia has resulted in transient improvement in these deficits.[1,3–7] Although there have been case reports of increased arousal after traumatic brain injury, we are aware of only one report of a near-drowning patient who was aroused from a vegetative state after an anoxic insult to the brain.[1] We report a case of a patient with an anoxic brain injury after a cardiopulmonary arrest who showed improved behavior and arousal after the administration of zolpidem.

## CASE REPORT

A 35-yr-old man with a 2-yr history of cardiomyopathy from infectious pericarditis presented to the emergency department with worsening shortness of breath during the previous 3–4 wks. In addition to the cardiomyopathy, his past medical history was significant for a lung abscess 2 yrs prior and symptoms suggestive of undiagnosed obstructive sleep apnea. His premorbid functional

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

level was independent in all aspects of cognition, communication, mobility, and self-care. In the emergency department, the patient was hypoxic, very anxious, agitated, and combative, pulling out his intravenous lines. The patient subsequently went into asystole requiring cardiopulmonary resuscitation. Because of difficulties with intubation and a prolonged resuscitation, he sustained an anoxic brain injury. Six weeks after the cardiopulmonary arrest, his mental status improved, and he entered a comprehensive brain injury rehabilitation unit.

On admission, the patient was nonverbal, restless, agitated, and unable to follow simple commands. He responded to his name, but he was not able to cooperate with the neurological examination. Rehabilitation interventions were implemented to address impaired neuromuscular function, mobility, activities of daily living, swallowing, communication, cognition, and memory. He was very restless at night, requiring trials of various medications for sleep, including zolpidem, temazepam and chloral hydrate, and, subsequently, trazodone. He often attempted to pull at his tracheostomy and gastrostomy tubes, requiring one-to-one supervision by nursing staff. These agitated behaviors improved, and the patient started to follow some basic commands. However, he continued to be intermittently lethargic, and he exhibited severely delayed processing for even simple commands. He occasionally verbalized, though very inconsistently, and mostly to his mother. To improve his level of arousal, methylphenidate was administered in doses up to 10 mg twice a day, but he did not respond. Levodopa/carbidopa was also attempted, to address the patient's slow response time and shuffling gait; however, there was no improvement with this medication. The patient was placed on various antidepressants (escitalopram, sertraline, and fluoxetine) because of concerns of possible depression, but there were no beneficial effects. After 8 wks of rehabilitation, the patient continued to have inconsistent performance; consequently, he was discharged from the rehabilitation unit. However, he remained hospitalized because of difficulty with placement in a skilled nursing facility.

On the basis of a case report in the literature and the observation that early in the patient's rehabilitation admission he became more aroused and agitated when receiving zolpidem for sleep, 8 mos after the initial anoxic brain injury event he was given zolpidem during the daytime. He initially received a dose of 5 mg in the morning, and he was clearly more interactive with the staff, participating in activities such as tossing around a football. Increased arousal was observed to begin within an hour of the medication dose, and it lasted approximately 3 hrs. There was a further increase in response as the dose was increased to 10 mg in the morning and 5 mg at noon during a 3-wk period. On this medication, he displayed increased speech and greater social interaction with his mother and staff. He was able to walk with the assistance of nursing staff, and he was more willing to eat his meals. After this dramatic increase in cooperation, therapy activities were restarted, which included daily walking.

One month after the initiation of zolpidem, the patient had become sufficiently alert and needed a reduced level of care, so he was able to be discharged to his family's home. With maximal cues and prompting, he was oriented with the use of the environmental aids in his room and was able to verbalize social greetings. He tolerated a regular texture diet with thin liquids, and he performed upper-body dressing, hygiene, and grooming tasks with varying levels of assistance, from minimal assist to total assist, depending on his level of fatigue and cooperation, with maximal cues to initiate. He also was able to ambulate up to 300 feet on level surfaces with the his mother's assistance. When the patient was first discharged to home, he was unable to obtain zolpidem for a few days because of a delay in insurance approval. Per his mother's report, during this time, his lethargy returned, and he remained bedbound until the prescription was filled. Subsequently, the dose of zolpidem was increased to 10 mg in the morning and 10 mg in the early afternoon by his primary care physician. At 3 mos after discharge, the patient's family reported that he continued a pattern of arousal within an hour of the zolpidem dose, which lasted up to 6 hrs. He had been speaking more frequently and fluently, ate without coaxing, and was able to walk with family assistance, and occasionally unassisted with a walker.

## DISCUSSION

According to the pharmokinetics of zolpidem, the maximum plasma concentration is reached 1.6 hrs after a 10-mg dose, with a half-life of 2.4 hrs.[2] In our patient, the arousal observed after the medication coincided with the reported pharmacokinetics, with onset of arousal within an hour of the dose being given, and effects lasting 4–5 hrs. Other studies have noted a similar pattern, with onset at 30 mins, maximal effect at 1 hr, and return to vegetative state after 4 hrs.[1]

Although there have been no randomized controlled trials to date, anecdotal evidence has shown that there may be a causal relationship between the administration of zolpidem and neurological improvement in some patients. In a patient with a 3-yr history of severe aphasia with moderately preserved comprehension resulting from a stroke, her speech showed a drastic but transient improvement after administration of zolpidem.[3] A woman

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

with unspecified dementia from corticobasal atrophy was shown to have improved speech and ability to perform activities of daily living after a single dose of zolpidem.[4] A study of a family of five patients with spinocerebellar ataxia has shown improvement of ataxia, intention tremor, and titubation in four of the five family members.[5] There have even been improvements shown in rigidity and spasticity in a patient with anoxic brain damage after a cardiac arrest.[6]

A new case series by Clauss and Nel[1] published in 2006 examined three patients who were aroused from vegetative states—two from motor vehicle accidents, and one from a near-drowning—by the administration of zolpidem. Each of these patients had been in a vegetative state for at least 3 yrs. Improvements with zolpidem included Glasgow Coma Scores increasing from a range of 6–9 to a range of 10–15, and Rancho Los Amigos scores increasing from a range of I–II to a range of V–VII. All effects of the zolpidem were transient after administration; we noted a similar response in our patient during a brief period when he did not receive zolpidem, and his lethargy returned immediately. In all three patients, the medication was continued for 3–6 yrs, with no decrease in efficacy or long-term side effects.

The mechanism by which zolpidem may arouse patients from a vegetative state is poorly understood, although it has been thought to be related to reversal of the well-known diaschisis phenomenon. Study with technetium-99m-labeled exametazime has shown an increase in uptake in poorly perfused, dormant brain tissue after administration of zolpidem.[5] Because these effects have not been replicated with benzodiazepines, it seems that the neurological improvement may be attributable to the selective binding to omega-1 GABA receptors by zolpidem in the central nervous system.[7]

## CONCLUSION

This clinical case contributes to previous anecdotal reports documenting zoldipem's potential promise of beneficial effects in subjects with severe disorders of consciousness, although zoldipem's efficacy in this population needs to be further examined.

## REFERENCES

1. Clauss R, Nel W: Drug induced arousal from the permanent vegetative state. *NeuroRehabilitation* 2006;21:23–8
2. Holm KJ, Goa KL: Zolpidem: an update in its pharmacology, treatment efficacy and tolerability in the treatment of insomnia. *Drugs* 2000;59:865–89
3. Cohen L, Chaaban B, Habert M: Transient improvement of aphasia with zolpidem. *N Engl J Med* 2004;350:949–50
4. Jarry C, Fontenas J, Jonville-Bera A, Autret-Leca E: Beneficial effect of zolpidem for dementia. *Ann Pharmacother* 2002;36:1808
5. Clauss R, Sathekge M, Nel W: Transient improvement of spinocerebellar ataxia with zolpidem. *N Engl J Med* 2004; 351:511–2
6. Shadan FF, Poceta JS, Kline LE: Zolpidem for postanoxic spasticity. *South Med J* 2004;97:791–2
7. Clauss R, Nel W: Evidence for zolpidem efficacy in brain damage. *S Afr Fam Pract* 2005;47:49–50

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

The author has requested enhancement of the downloaded file. All in-text references underlined in blue are linked to publications on ResearchGate.



**ELSEVIER**

Respiration Physiology 128 (2001) 263–276



www.elsevier.com/locate/resphysiol

# Tissue oxygen tension and brain sensitivity to hypoxia

## Maria Erecińska *, Ian A. Silver

*Department of Anatomy, School of Veterinary Science, Bristol University, Southwell Street, Bristol BS2 8EJ, UK*

Accepted 14 February 2001

## Abstract

Mammalian brain is a highly oxidative organ and although it constitutes only a small fraction of total body weight it accounts for a disproportionately large percentage of bodily oxygen consumption (in humans about 2 and 20%, respectively). Yet, the partial pressure and concentration of oxygen in the brain are low and non-uniform. There is a large number of enzymes that use $O_2$ as a substrate, the most important of which is cytochrome $c$ oxidase, the key to mitochondrial ATP production. The affinity of cytochrome $c$ oxidase for oxygen is very high, which under normal conditions ensures undiminished activity of oxidative phosphorylation down to very low $P_{O_2}$. By contrast, many other relevant enzymes have $K_m$ values for oxygen within, or above, the ambient cerebral gas tension, thus making their operations very dependent on oxygen level in the physiological range. Among its multiple, versatile functions, oxygen partial pressure and concentration control production of reactive oxygen species, expression of genes and functions of ion channels. Limitation of oxygen supply to the brain below a 'critical' level reduces, and eventually blocks oxidative phosphorylation, drastically decreases cellular (ATP) and leads to a collapse of ion gradients. Neuronal activity ceases and if oxygen is not re-introduced quickly, cells die. The object of this review is to discuss briefly the central oxygen-dependent processes in mammalian brain and the short-term consequences of $O_2$ deprivation, but not the mechanisms of long-term adaptation to chronic hypoxia. Particular emphasis is placed on issues which have been the focus of recent attention and/or controversy. © 2001 Elsevier Science B.V. All rights reserved.

*Keywords:* Anoxia; Brain; Oxygen; Consumption; Reactive oxygen species

## 1. Introduction

It is not widely recognised that there are over 100 known enzymatic reactions which utilise oxygen as a substrate and that a majority of them are also present in mammalian tissues (Vanderkooi et al., 1991). The explosion in appearance on Earth of multicellular, complex organisms has been greatly facilitated by transition from a relatively inefficient anaerobic means of producing energy to the highly effective aerobic process of oxidative phosphorylation. The dependence of mammalian cells on a constant and abundant supply of ATP means a dependence on an adequate provision of oxygen. However, the gas itself and in particular some products of its metabolism, the reactive oxygen species (ROS), can be highly toxic. These facts make the ambient partial pressure of oxygen

* Corresponding author. Tel.: +44-117-928-8362; fax: +44-117-925-4794.
*E-mail address:* m.erecinska@bris.ac.uk (M. Erecińska).

0034-5687/01/$ - see front matter © 2001 Elsevier Science B.V. All rights reserved.
PII: S0034-5687(01)00306-1

and its concentration one of the key elements which control living processes on earth.

## 2. Oxygen in the brain

### 2.1. Oxygen partial pressure and concentration

The supply of oxygen to the brain depends on its vasculature. It has been deduced from anatomical studies (Mchedlishvili, 1986) that the vein plus venule to total vessel volume ratio is between 2:3 and 4:5, which means that only about 25% of the cerebral blood is in arterioles and capillaries, and the rest is post-cellular. Tissue oxygen concentration is determined by arterial $P_{O_2}$ and blood flow on the one hand and cellular oxygen consumption rate on the other, as well as by the properties of the respiratory pigments themselves. Arterial $P_{O_2}$ is 12.0–14.7 kPa (90–110 mmHg) at sea level while venous oxygen tension in the brain is 4.67–5.33 kPa (35–40 mmHg). Cerebral blood flow (CBF) and oxygen consumption ($CMR_{O_2}$) depend on the animal species, with larger values being characteristic of smaller animals (Siesjö, 1978). CBF in man is 0.45–0.60, in dog about 0.6, in cat 0.8–1.2 and in rat 0.8–1.1, all in ml/min per gram wet weight of tissue. There are considerable regional variations in blood flow in the brains of all mammals, including man. For example detailed studies in cats showed that the values ranged (all in ml/min per gram) from 0.21–0.23 in pontine and cortical white matters, and in optic nerve through 1.38 in sensory-motor cortex to 1.80 in the inferior colliculus. The reported whole brain oxygen consumption rates, in μmol/min per gram wet weight, are: man, 1.3–1.8; dog, 1.5–2.6; cat 1.8–4.0 and rat 3.4–4.6. Ranges represent results from different laboratories obtained either with the same or with different techniques.

Since the pioneering efforts with microelectrodes of Davies and Brink (1942) the oxygen tension in the brain has been measured repeatedly using a variety of techniques. Values obtained over the years in representative studies on different animals are listed in Table 1, along with the relevant methodology (to convert to μmol, kPa must be multiplied by a factor of 11.3 and Torr

by 1.5). Oxygen microelectrodes are invasive but can make multiple, high resolution, determinations in different regions and at various depths in the same animal. Mass spectrometry (Seylaz and Pinard, 1978) is also invasive and employs a relatively large tissue probe, so provides an 'average' rather than a highly localised measurement. Quenching of phosphorescence of porphyrin-based probes by oxygen (Vanderkooi et al., 1987) requires their introduction into the vascular system (Wilson et al., 1991) and gives a signal which reflects the oxygen tension in the blood vessels in relatively superficial layers of the brain (0.5–1 mm). It has good time-resolution and permits evaluation of rapid and transient changes. Electron paramagnetic resonance (EPR) oximetry involves implantation of reporter particles but can follow changes non-invasively in conscious animals (Liu et al., 1995).

Inspection of the results shown in Table 1 leads to the following conclusions. (1) There is a good agreement among the values for brain $P_{O_2}$ obtained with different methodologies; (2) there do not appear to be any major differences among various mammalian species; (3) oxygen tension is generally low and non-uniform, with large variations between closely adjacent areas; (4) $P_{O_2}$ is higher in regions rich in cell bodies and dendrites (grey matter of cortex) and lower in areas where fibres predominate (white matter of cortex, pons and fornix), in direct correlation with regional rates of blood flow; (5) oxygen levels are high against or near the pia-arachnoid and choroid plexus, and in cerebral ventricles. All these conclusions apply to adult animals.

As one would expect, tissue $P_{O_2}$ is not a static but a dynamic entity. In a small specific area/volume of brain it changes constantly and under physiological conditions fluctuates by $\approx 5\%$ around an apparent 'set point' (values of Cater et al., 1961 in Table 1 represent such 'set-points' determined in different regions). During electrical stimulation of the brain or pathological enhancements in CNS activity, such as occur in seizures, oxygen tension rises rather than falls despite increases in $O_2$ consumption rate (Siesjö, 1978; Erecińska and Silver, 1994) because of large concomitant augmentation in blood flow. Only when

*M. Erecińska, I.A. Silver / Respiration Physiology 128 (2001) 263–276*                           265

the latter fails to exceed 150–200% of control does the tissue $O_2$ pressure begin to decline. Smaller changes in activity, as during local stimulation of visual fields, have been reported to result primarily in enhanced non-oxidative consumption of glucose, i.e. increased glycolysis and lactate generation, and not in significant alterations in respiration (Fox et al., 1988). However, it should be remembered that: (i) glycolysis and oxidative phosphorylation are independently regulated; (ii) glycolysis is very sensitive to changes in regulatory parameters (e.g. nucleotide concentrations) and even small rises in glucose utilisation are clearly visible; (iii) concentration of pyruvate as such does not determine the rate of mitochondrial metabolism; (iv) complete oxidation of glucose through the respiratory chain generates 17 times more ATP than during the anaerobic breakdown of the carbohydrate; hence small increases in $O_2$ consumption can either be missed or considered as negligible. Indeed, small and rapid fluctuations in oxygen tension in specific areas, which resulted from local increases or decreases in cell activity, were initially recorded (Silver, 1978) with small, fast responding microoxygen electrodes. Consistent with these observations, more recent studies using optical methods have demonstrated that the first event after sensory stimulation in the human cortex is a fall in $P_{O_2}$ (i.e. rise in oxygen consumption) which is then rapidly followed by an increase

Table 1
Tissue $P_{O_2}$ values in brain in situ in animals respiring air

| Animal species (region) | Method of data expression | $P_{O_2}$ kPa (mmHg) | Reference |
|---|---|---|---|
| *Rat* | | | Cater et al. (1961) |
| Cortex (grey) | Range | 2.53–5.33 (19–40) | |
| Cortex (white) | Range | 0.80–2.13 (6–16) | |
| Hypothalamus | Range | 1.47–2.13 (11–16) | |
| Pons, fornix | Range | 0.13–0.40 (1–3) | |
| Hippocampus | | 2.67 (20.3) | |
| Hippocampus near pia | | 4.40 (33) | |
| Hypothalamus | Range | 1.47–2.13 (11–16) | |
| Midbrain | Range | 0.55–1.07 (4.1–8.0) | |
| Pia | | .8.0 (60) | |
| In third ventricle | | 4.93 (37) | |
| *Cat* | | | Nair et al. (1975) |
| Cortex | Histogram | 0–13.2 (0–99) | |
| | Mean ± S.D. | 5.16 ± 3.07 (38.7 ± 23) | |
| *Rabbit* | | | Smith et al. (1977) |
| Cortex | Histogram | 0–12 (0–90) | |
| | Mean ± S.D. | 3.27 ± 2.40 (24.5 ± 18) | |
| *Rabbit* | | | Seylaz and Pinard, (1978) |
| Caudate nucleus | Range | 0.84–3.47 (6.3–26) | |
| | Mean ± S.D. | 2.25 ± 0.77 (16.9 ± 5.76) | |
| *Piglet* | | | Wilson et al. (1991) |
| Cortex blood vessels | Range of means | 3.33–4.67 (25–35) | |
| *Rat*[a] | | | Liu et al. (1995) |
| Cortex | Mean ± S.D. | 4.54 ± 0.75 (34.1 ± 5.6) | |

Measurements in rat (all areas) and in cat and rabbit cortex were made with microelectrodes (Pt and/or Au), in rabbit caudate by mass spectrometry and in piglets by phosphorescence quenching; all were performed in anaesthetised animals.

[a] Values were obtained with EPR oximetry on unanaesthetised animals. In the latter model, figures for cortical $P_{O_2}$ in non-ventilated animals anaesthetised with isoflurane were 20–25% lower, with ketamine/xylazine, 35–40% lower and those with pentobarbital were about 50% lower.

*M. Erecińska, I.A. Silver / Respiration Physiology 128 (2001) 263–276*

in blood flow and tissue oxygen level (Vanzetta and Grinvald, 1999). Finally, simultaneous measurements of CBF and $CMR_{O_2}$ (Hoge et al., 1999) have shown that during graded physiological stimulation, functional changes in oxygen consumption and blood flow in human primary visual cortex are coupled through an invariant linear relationship that does not depend on stimulus type. Estimation of aerobic ATP yields from the observed increases in oxygen consumption and their comparison with the possible maximum anaerobic ATP contribution, have led the authors to postulate that elevated energy demands during activation are met largely through oxidative metabolism.

On a different 'scale' of events, oxygen concentration has been reported to be lower in the brains of anaesthetised than in conscious animals, the extent of decline being dependent on the type of anaesthetic used (Table 1; Liu et al., 1995). This behaviour is the opposite to what one might predict because anaesthetics reduce neuronal activity, which would be expected to raise ambient $P_{O_2}$, unless blood flow falls simultaneously and disproportionately. By contrast, consistent with expectations, brain oxygen decreases very rapidly with a reduction in its supply either through a decrease in tension of the inspired gas (hypoxaemia and consequent tissue hypoxia) or by a limitation of blood delivery (ischaemia and consequent tissue hypoxia/anoxia; Siesjö, 1978; Erecińska and Silver, 1994). In the immediate post-hypoxic or post-ischaemic period, reactive hyperaemia temporarily augments the tissue oxygen level to values which reach twice that in 'normal' brain, at a time when neuronal activity is severely depressed. In this situation blood flow determines tissue oxygen tension. Another source of variation in local and regional tissue oxygen pressure is the difference in the gas content between the blood leaving the lung at the beginning as opposed to the end of the inspiratory/expiratory cycle. This is only measurable in large animals with relatively slow respiration rate and 'long' circulation time, and is most obvious when the respired gas is rich in oxygen.

The conclusion that must be drawn is that a mean value of $P_{O_2}$ for the mammalian CNS has little meaning in terms of the microenvironment to which individual cells are exposed. Moreover, because 'average' or 'mean' values include those made in the immediate vicinity of blood vessels they seem likely to overestimate the oxygen pressure in which many cells exist. The fact of life is that there is great variability in local $O_2$ tension from one area of the brain to another which may be further exaggerated by sudden changes in neuronal activity or under pathological conditions.

## 2.2. Oxygen gradients

There are two types of possible oxygen gradients: extracellular i.e. between the blood vessels and cells, and intracellular i.e. within the cell itself. With respect to the first, gradients from capillary to cell have been identified with microelectrodes both on the surface of brain and within the tissue (Cater et al., 1961; Silver, 1965; Nair et al., 1975; Smith et al., 1977) by mapping the local oxygen tension on the cortex and other regions in steps of $1–2$ μm. These studies demonstrated that the $P_{O_2}$ around capillaries declines from the arterial to the venular end of the vessel as might be expected. They also showed that the oxygen gradient into the surrounding tissue was steepest in grey matter where capillaries may be separated by not more than two large cells, and shallowest in white matter. However, the absolute values of $P_{O_2}$ tended to be lowest in the latter where the intercapillary distances were greater and blood flow less.

Oxygen gradients cannot be measured inside mammalian cells by current electrode technology, but observations with intracellular, oxygen sensitive dyes such as pyrene butyric acid derivatives (Knopp and Longmuir, 1972; Vanderkooi et al., 1991) indicated that different parts of a cell may have different $O_2$ concentrations. Brain cells do not contain any reservoir of oxygen such as myoglobin while the rate of oxygen utilisation, in particular by neurones, is high. It is, therefore, possible that rapid consumption by the mitochondria creates around them a 'well' in which $[O_2]$ is lower than at other sites. The fact that the so-called 'critical' $P_{O_2}$ is higher than the $K_m$ of cytochrome $c$ oxidase for oxygen is consistent with this suggestion (see below).

M. Erecińska, I.A. Silver / Respiration Physiology 128 (2001) 263–276                267

### 2.3. Relationship between blood flow and oxygen

A very obvious feature of the local microenvironment of brain cells is that the latter exist in a tightly-coupled relationship to their blood supply (autoregulation) which minimises swings in tissue oxygen pressure. However, there are ways in which the microenvironment can be disturbed and re-established, and these produce waves of varying frequency of change in local $P_{O_2}$. The most obvious are the slow waves (minutes) of vascular autoregulation (Welch et al., 1997) which pass across large areas of brain, and the sudden but rapidly damped alterations which occur in response to major increases/decreases of systemic blood pressure. More localised effects are caused by sudden disturbances in metabolic activity, such as synchronous neuronal discharges. These have been recorded as a sequence of the following events (Silver, 1978). (1) Increase in cell firing rate; (2) rapid fall in $P_{O_2}$; (3) increase in blood flow in the arteriocapillary units around the active cells; (4) rapid rise in $P_{O_2}$ with overshoot above the resting level; and (5) slow return of $P_{O_2}$ towards 'normal' if the cells continued their activity or rapid fall with undershoot if they stopped firing suddenly. Stages 1–2 occurred over tens of msec, while stages 3–4 took 1–2 sec and 4–5 might last for seconds or minutes depending on the duration of the stimulus driving cell firing.

In pathological conditions such as oedema of the brain, where there is high intracranial pressure and reduced capillary perfusion together with increased intercapillary distances, oxygen delivery is compromised and severely hypoxic ($P_{O_2} < 0.1$ kPa) or anoxic areas develop. During reperfusion following ischaemia there is a reactive hyperaemia but not necessarily an even distribution of flow to, or through, all arteriocapillary units. Some units appear to have preferential perfusion pathways (Welch et al., 1997) through which blood flows quickly to the venules without unloading more than a small proportion of its oxygen, while other capillaries in the same unit may remain only sluggishly perfused and the cells around them continue to be hypoxic for minutes, or in severely damaged brain even hours, after the ischaemia is apparently reversed. Such a situation may be considered the microscopic equivalent of arteriovenous shunts and the 'vascular steal' phenomenon.

### 2.4. Affinities of various reactions for oxygen

The multiple oxidoreductases with $O_2$ as acceptor exhibit vastly different affinities for oxygen (Vanderkooi et al., 1991; Table 2). However, only one enzyme, cytochrome $c$ oxidase, has a $K_m$ (0.004–0.04 kPa or 0.05–0.5 μM; Longmuir, 1954; Degn and Wohlrab, 1971; Sugano et al., 1974) that is much smaller than the mean $P_{O_2}$ in brain and, therefore, is saturated with its substrate under most physiological conditions. By contrast, the majority of the other enzymes may be subject to limitation of their reaction rates at oxygen tensions that are commonly present in one part of the organ or another.

There are two enzymes which are of particular interest in the context of the present review. One is xanthine oxidase (Facchinetti et al., 1998) which is formed from xanthine dehydrogenase either by a limited proteolysis (an irreversible process which occurs during tissue hypoxia/ischaemia) or by an oxidation of the protein thiols (reversible). Both the oxidase and the dehydrogenase metabolise hypoxanthine but only the former produces superoxide anion, a free radical. The $K_m$ of xanthine oxidase for oxygen is, according to various authors, 50–240 μM or 4.42–21.2 kPa (Vanderkooi et al., 1991; Table 2). This means that under physiological conditions the enzyme is present mostly as a dehydrogenase and its activity as an oxidase should be low. However, during hypoxia/ischaemia xanthine dehydrogenase is converted to xanthine oxidase and the concentration of its substrate, hypoxanthine, increases because of enhanced breakdown of the adenine nucleotides. These events allow a marked stimulation in the production of superoxide anion, a very reactive oxygen species, during the post-hypoxic or post-ischaemic reperfusion period when oxygen tension rises substantially.

The second enzyme which has enjoyed enormous 'popularity' during the past decade is nitric oxide synthase (NOS) which generates a free radical, nitric oxide (NO•; Halliwell, 1992; Bolaños et

al., 1997; Facchinetti et al., 1998). Although the actions and functions of $NO^{\bullet}$ are beyond the scope of this review, its relation with oxygen is of great relevance. Production of $NO^{\bullet}$ from arginine by the synthase requires molecular oxygen and there are at least three forms of the enzyme: constitutive neuronal (NOS-1) and endothelial (NOS-3) forms and the inducible NOS-2. The $K_m$ of all three synthases for oxygen is very high and for NOS-1 in the presence of arginine has been determined to be between 23.0–35.4 kPa or 260 and 400 μM (Abu-Soud et al., 1996; Elayan et al., 2000) This means that under physiological $P_{O_2}$ in brain the rate of $NO^{\bullet}$ synthesis should be very slow; moreover, contrary to many reports in the literature there should be no enzymatic production of this free radical under completely anaerobic conditions. By contrast, during hyperaemia, the rate of synthesis could be markedly increased due to a rise in oxygen tension. It is worth mentioning that the vast majority of in vitro studies on the 'physiological' role of $NO^{\bullet}$ have been performed in the presence of a very 'unphysiological' oxygen concentration (95%).

## 2.5. Reactive oxygen species

There are several ROS that can be generated in the body organs, including brain: superoxide anion ($O_2{}^{-}$), hydrogen peroxide ($H_2O_2$), hydroxyl radicals ($OH^{\bullet}$, $OH^{-}$), $NO^{\bullet}$, peroxynitrite ($ONOO^{-}$) and others (Halliwell and Gutteridge, 1999). One of the major challenges for the future is the development of specific and sensitive methods to quantify these compounds in cells and tissues. In the view of the present authors, this technical deficiency is the most important cause of confusion in the literature and the origin of a large amount of conflicting data. A major source of ROS is leakage of electrons from the electron transport chains of mitochondria and endoplasmic reticulum as well as certain enzymes such as NOS ($NO^{\bullet}$), xanthine oxidase, cyclooxygenase, lipooxygenase, epoxygenase (all four produce superoxide anion), L-amino acid oxidase and monoamine oxidase (both generate $H_2O_2$; Halliwell, 1992; Facchinetti et al., 1998) The various ROS exhibit different degrees of toxicity against their targets which include lipids, proteins, nucleic acids and even carbohydrates. Lipid peroxidation and formation of peroxyl radicals and aldehydes, damages membranes, membrane-bound enzymes and receptors. Attacks on proteins may lead to their unfolding, fragmentation and polymerisation while damage to DNA can result in mutations or activation of certain enzymes. The extremely high level of interest conferred recently on ROS in neurobiology arises from a substantial body of information which suggests that they can be involved in post-hypoxic, post-ischaemic and post-traumatic brain damage, in the ageing process and in the pathogenesis of several neurodegenerative disorders, Parkinson's Disease, Huntington's Chorea and Alzheimer's Disease (Facchinetti et al., 1998).

The generation of superoxide anion by mitochondria involves the addition of a single electron, predominantly via the Q cycle, at site III of the respiratory chain (the cytochrome $bc_1$ complex), but also at sites I (NADH dehydrogenase) and II (succinate dehydrogenase). Under physiological conditions the rate of this leakage has been calculated to be between 1 and 4% of total electron flow but it rises as the concentration of oxygen is increased and/or when the respiratory chain becomes more reduced. Moreover, larger productions have been observed in specialised cells of a phagocytic character: monocytes, neutrophils, eosinophils, macrophages and cerebral microglia which use superoxide as part of their mechanism for killing microorganisms. Superoxide anion itself does not cross membranes easily and has limited reactivity; it inactivates only a few enzymes directly, e.g. creatine phosphokinase, aconitase and NADH dehydrogenase. Mitochondria themselves are equipped with mechanisms that eliminate superoxide: they contain glutathione peroxidase and the Mn-form of superoxide dismutase, which produces $H_2O_2$ and oxygen. Hydrogen peroxide permeates membranes easily but on its own is probably not very toxic. It is rapidly decomposed by catalase, a very active enzyme. However, in the presence of reduced iron ($Fe^{2+}$) hydrogen peroxide forms $OH$ and $OH^{-}$ (Fenton reaction); both are extremely reactive and damage even carbohydrates.

NO• produced by one of the NO-synthases (see above) is less neurotoxic than the product of its reaction with the superoxide anion, ONOO− (Dawson and Snyder, 1994; Bolaños et al., 1997). Moreover, NO• is a powerful vasodilator and a second messenger, which has both beneficial and harmful effects. Increase in blood flow delivers both oxygen and glucose to the brain and thus, helps to sustain brain function, while reaction with superoxide anion 'neutralises' a potentially more dangerous compound than either NO• or ONOO−. On the other hand, NO• and peroxynitrite damage proteins (e.g. nitrosylation of glyceraldehyde-3-phosphate dehydrogenase) and lipids (e.g. mitochondrial cardiolipin). Toxicity of NO• may depend on the cell 'redox state' and it appears that the molecule is more dangerous when cellular state is more oxidised.

Cell injury by any mechanism can potentially accelerate free radical reactions by release of iron into the surrounding environment. This metal, which is relatively abundant in the brain (about 60 $\mu$mol/g dry weight), serves as a catalyst in ROS formation; without it (and other metal ions) damage would be much less. Brain is also rich in lipids, particularly the unsaturated ones but is poor in catalase and has only moderate amounts of superoxide dismutase and glutathione peroxidase. Moreover, ascorbate is also abundant in the CNS and although it is an antioxidant, ascorbate/Fe and ascorbate/Cu can themselves generate free radicals.

One of the common pathologies, brain hypoxia/ischaemia and the accompanying cell damage, create very favourable conditions for the generation of free radicals in the immediate post-insult period (Traystman et al., 1991). Free iron is released from damaged cells and made more soluble by tissue acidosis, oxygen tension rises as a result of reactive hyperaemia, while the respiratory chain which is just beginning to recover from oxygen starvation, can still be in a relatively more reduced state, especially if the hyperaemia is only patchy. Xanthine dehydrogenase meanwhile has been converted to xanthine oxidase. The increased production of ROS causes peroxidation of lipids and induces leakiness of membranes, including the plasma membrane, with consequent release of some of the small molecular cell components. If glutamate finds its way to the extracellular space, it can activate glutamate receptors and initiate the excitotoxic cascade. Post-ischaemic damage to specific proteins such as glutamine synthase is well known. Finally, breaking the DNA strands activates poly(ADP-ribose) polymerase which can deplete NAD+ and eventually ATP, and thus, lead to a vicious circle of cellular ATP depletion (Dawson and Snyder, 1994).

## 2.6. Oxygen and gene expression

The effect of oxygen on gene expression is an uncharted area in the pathophysiology of mammalian brain although several post-traumatic situations (such as cerebral oedema, ischaemic penumbra, outcome of brain trauma) may create conditions where the oxygen tension remains lower than normal for a considerable length of time (days). It has been well established in other organs and organisms other than mammals (Bunn and Poyton, 1996; Semenza, 1998) that changes in oxygen tension are sensed by haem proteins and that hypoxia acts synergistically on protein expression and transcriptional activity. The genes whose expression is induced by low $P_{O_2}$ encode a number of proteins, which participate in diverse pathways. They include oxygen sensing proteins (erythropoietin), enzymes involved in neurotransmitter and messenger synthesis (tyrosine hydroxylase, NOS), proteins participating in angiogenesis (vascular endothelial-derived growth factor), glucose transporters (including Glut-3 present in brain), enzymes of glycolysis (aldolase A and C, phosphoglycerokinase 1, phosphofructokinase L, glyceraldehyde-3-phosphate dehydrogenase, LDH A), and a 'universal' transcription factor, hypoxia-inducible factor 1 (HIF-1) which plays a critical role in the hypoxic induction of several genes. One might conclude, therefore, that protracted alterations in oxygen availability could lead to long-term changes in the expression of genes encoding for various enzymes, hormones and growth factors. In this context, it is worth mentioning that it has been shown that mRNA for HIF1a increases in the ischaemic penumbra (Semenza, 1998).

Case 2:16-cv-14413-RLR   Document 125-2   Entered on FLSD Docket 10/26/2017   Page 94 of
436

## 3. Brain bioenergetics and oxygen

### 3.1. Bioenergetics under normoxic conditions

Brain contains several high energy phosphate compounds (Siesjö, 1978; Erecińska and Silver, 1989; Bachelard and Badar-Goffer, 1993; Erecińska and Silver, 1994): adenine and other nucleotides and creatine phosphate. The most important and immediate source of energy are the adenine nucleotides which are also present at much higher concentrations than either guanine or cytosine nucleotides. Creatine phosphate and the product of its reaction with ADP, creatine, are linked to the adenine nucleotides through a rapid equilibrium in the creatine phosphokinase reaction.

The concentration of ATP in normoxic brains of anaesthetised mammals is 2.3–3.1 μmol/g wet weight, that of ADP 0.24–0.56 μmol/g wet weight and of AMP 0.01–0.05 μmol/g wet weight. Creatine phosphate and creatine are present in approximately equal amounts of 4–7 μmol/g wet weight. The values given are ranges and were obtained using analytical techniques; there do not appear to be any major interspecies differences and the spread reflects interlaboratory variations. It can be calculated from the figures above, that the ratio of creatine phosphate to creatine is one, or slightly less, and that of [ATP] to [ADP] is between 8 and 20, with the majority of values clustered at about 10.

Several important issues regarding the numbers given above deserve comment because a quantitative analysis of brain bioenergetics, the calculation of the free energy for ATP hydrolysis ($\Delta G_{ATP}$), involves certain assumptions. (i) Brain is a heterogeneous organ with at least two different types of cells, neurones and glia. In vitro experiments on cultured cells have shown that all the high energy phosphate compounds including the creatine phosphate/creatine system are present in both types of cells at comparable concentrations (Silver and Erecińska, 1997). However, it is an open question whether a similar situation occurs in vivo. (ii) Creatine phosphate and creatine, whose levels are high, are unlikely to be bound to intracellular components. This is not true for the

adenine nucleotides, and in particular for ADP and AMP whose concentrations are low. Calculations from the near equilibrium in the creatine phosphokinase and adenylate kinase reactions and direct measurements with $^{31}$PNMR have indicated that *free* ADP is about 20 μM and free AMP is 0.2 μM. Accurate estimates of the extent of binding are important because the amount of free energy available in ATP hydrolysis is related to the free concentrations of both ATP and ADP. (iii) Most of the biosynthetic reactions of the cell take place in the cytosol hence the term of interest is the $\Delta G_{ATP}$ in this compartment. This means that any segregation of ATP, ADP or inorganic phosphate into various subcellular structures and/or gradients within either neuronal or glial cytosol introduce an error into the calculations based on total levels. All three reactants are undoubtedly present in mitochondria, endoplasmic reticulum and transmitter-containing vesicles but there is no method currently available to establish their true and accurate concentration within any of those compartments or within the cytosol itself. Neither it is possible to establish the existence, or lack, of intracytosolic gradients of these metabolites. Therefore, the $\Delta G_{ATP}$ calculated from the measured concentration of ATP (analytical or NMR, both give very similar values) and Pi (NMR) and the calculated concentration of ADP (or measured with NMR) is only an approximation of the real value. Using the figure for [ATP] of 3 mM, for [ADP] of 0.02 mM, for [inorganic phosphate] of 1.7 mM and the $\Delta G^0$ of 32 kJ/mol (7.7 kcal/mol), it can be calculated that under cellular conditions of 37 °C, pH 7.2 and free intracellular [$Mg^{2+}$] of 1 mM, $\Delta G_{ATP}$ is 62 kJ/mol or 14.7 kcal/mol. It should be remembered that adenine nucleotides can influence cellular metabolism in one of two ways: as the chemical energy released during ATP hydrolysis or as substrate for, or regulator of, various processes.

The physiological substrate for brains of adult mammals is glucose which is present in the tissue at a concentration of 2.0–2.5 mM (Silver and Erecińska, 1994). The reported rates of its utilisation range from 0.25 to 0.8 μmol/min per gram wet weight, the velocities being greater in smaller animals. Other substrates include lactate, ketone

bodies and amino acids. In the first stage, glucose is metabolised in the cytosol through glycolysis and the product of its breakdown, pyruvate, enters the mitochondrion where in the presence of oxygen it is completely oxidised to carbon dioxide and water. The rates of oxygen consumption vary from 1.3 to 5.4 µmol/min per gram wet weight, the larger values again being seen in smaller animals. Under normal conditions very little lactate is produced, 0.05–0.5 µmol/min per gram wet weight, and over 95% of the total ATP synthesis occurs through oxidative phosphorylation. Complete combustion of 1 mol of glucose yields 36–38 mol of ATP while breakdown to lactate, generates only 2 mol of ATP. An approximate estimate of total ATP synthesis, which assumes no losses, can be obtained by multiplying the rate of oxygen consumption by 6 and lactate production by 1. The figures quoted above refer to measurements carried out under anaesthesia and one would expect them to be higher in conscious animals. Moreover, they reflect activity of brain as a whole and do not take into account the possibility that neurones and glia, and even individual cells within each category, can exhibit different rates. Based on in vitro studies, it is often assumed that neurones have a higher oxidative capacity while astrocytes depend to a larger extent on glycolysis.

There are two molecules normally produced in brain, as well as in other organs, which can interfere with mitochondrial ATP production. They are nitric oxide and carbon monoxide (Dawson and Snyder, 1994) both of which compete with oxygen for binding to cytochrome *c* oxidase, the terminal enzyme of the mitochondrial respiratory chain. Although endogenous levels of these compounds are generally considered to be low, they could exert a certain degree of control over cellular energetics. Nitric oxide, in addition to inhibiting cytochrome *c* oxidase also damages glyceraldehyde-3-phosphate dehydrogenase, a glycolytic enzyme and aconitase, a member of the tricarboxylic acid cycle.

### 3.2. Bioenergetics under conditions of oxygen limitation

Adult mammalian brain is extremely sensitive



Fig. 1. Changes in energetic parameters in rat brain during the initial 120 sec of low-flow ischaemia. Results were taken from Folbergrová et al. (1990). All parameters were measured by analytical methods and are expressed in µmol/g wet weight of tissue. S.D. were omitted for the sake of clarity. Note different scales for creatine and lactate.

to hypoxia/ischaemia because its glycolytic capacity is low (Siesjö, 1978; Erecińska and Silver, 1989, 1994). The so-called 'critical oxygen tension', i.e. $P_{O_2}$ at which the first results of limitation in ATP generation begin to be seen, has been a matter of debate for a long time. Most studies report values of between 3.29 and 5.33 kPa (25 and 40 mmHg) for the 'critical' arterial oxygen pressure. Recent experiments which measured both the tissue oxygen tension and the high energy phosphate compounds simultaneously have suggested that the initial signs of failure, small falls in pH and in the [creatine phosphate]/[Pi], appear at a cortical $P_{O_2}$ of 0.91–1.17 kPa (6.8–8.8 Torr; Rolett et al., 2000). Below 0.8 kPa (6 Torr) a precipitous hydrolysis of creatine phosphate and a rise in creatine and Pi are accompanied by a

decline in ATP and increases in ADP and AMP (Folbergrová et al., 1990; Fig. 1). Glucose is broken down rapidly and lactate is generated. Hypoxia/ischaemia causes dramatic reductions in the ATP level and in the $\Delta G_{ATP}$ within a few minutes. This has pronounced consequences on cellular 'well-being'.

The affinities for ATP of a large number of enzymes which use it as a substrate are quite high, usually in the micromolar range. Hence, the concentration of the nucleotide has to fall to a very low level to limit reaction rates kinetically. However, certain proteins require ATP as a regulator and the affinities at such sites can be much lower. A notable example is the regulatory site on the $Na^+/K^+$ ATPase which has a $K_m$ of 0.4–0.7 mM; this makes the pump very susceptible to alterations in nucleotide concentration since at physiological [ATP] the enzyme is not completely saturated with its substrate.

To appreciate fully the consequences of ATP depletion one should bear in mind all other functions this molecule performs (Hilgemann, 1997). In addition to being an universal energy transducer, it serves as a substrate for covalent modification of proteins and lipids, as a precursor of cAMP and as an extra- and intracellular messenger. As an extracellular messenger, it acts on ionotropic $P_{2x}$ and metabotropic $P_{2y}$ receptors in the plasma membrane. As an intracellular messenger it regulates the function of channels (e.g. $K^+$, $Cl^-$ and $Ca^{2+}$) enzymes (e.g. sarcoplasmic reticulum $Ca^{2+}$ pump), transporters (e.g. glucose) and exchangers (e.g. $Na^+/H^+$) either directly, or indirectly, through phosphorylation reactions. Finally, ATP can produce changes in the organisation of cytoskeleton and thereby, influence vesicular transport and membrane trafficking. All of these entities can change when [ATP] falls.

## 4. Cerebral ions and oxygen

### 4.1. Ions under normoxic conditions

The main expenditure of ATP in mammalian brain is for generation and maintenance of ion gradients: 40–60% of total production at rest and more during increased activity (Hansen, 1985; Erecińska and Silver, 1989, 1994). To prevent the collapse of ionic disequilibria, hence to support vital neural functions, $Na^+$, $K^+$, $Ca^{2+}$ and $Cl^-$ have to be continuously moved 'uphill'. The key protein responsible for such activity is that which transports $Na^+$ and $K^+$ across the plasma membrane. This ATPase, also termed the $Na^+/K^+$ pump (Skou and Esmann, 1992; Møller et al., 1996), consumes the largest proportion of ATP. Other ion pumps (e.g. $Ca^{2+}$ and $Cl^-$) and mechanisms (e.g. $Na^+/Ca^{2+}$ exchange) either use less energy or depend, ultimately, on the activity of the $Na^+/K^+$ pump. It is important to remember that entry into brain cells of certain metabolites such as amino acid neurotransmitters GABA and glutamate occurs as a co-transport with $Na^+$ and other cations and thus, depends on the maintenance of their gradients (Erecińska, 1987; Attwell et al., 1993).

Table 2
Brain glucose levels, membrane potentials and intracellular ions in hippocampal CA1 neurons during 8 min, low flow ischaemia and 10 min recovery

| State | Glucose (mM) | m.p. (mV) | $Ca^{2+}$ (μM) | $H^+$ (pH) | $Na^+$ (mM) | $K^+$ (mM) | $Cl^-$ (mM) |
|---|---|---|---|---|---|---|---|
| Control | $2.4 \pm 0.1$ | $-67.0 \pm 7.4$ | $0.09 \pm 0.02$ | $7.33 \pm 0.04$ | $25.5 \pm 2.3$ | $83.6 \pm 3.9$ | $13.8 \pm 3.1$ |
| Ischaemia | $0.0 \pm 0.0$ | $-17.0 \pm 9.3$ | $30.2 \pm 11.3$ | $6.21 \pm 0.45$ | $72.3 \pm 9.6$ | $37.1 \pm 11.3$ | $55.2 \pm 23.5$ |
| Recovery | $3.5 \pm 0.9$ | $-41.3 \pm 18.0$ | $0.35 \pm 0.13$ | $6.94 \pm 0.22$ | $33.7 \pm 6.4$ | $76.8 \pm 8.2$ | $17.5 \pm 6.1$ |

All parameters were measured with microelectrodes; glucose with a substrate-specific and ions with ion-selective. Extracellular concentrations of ions listed were (in mM): $Na^+$, $133 \pm 2.2$; $K^+$, $3.37 \pm 0.05$; $Ca^{2+}$, $1.45 \pm 0.20$; $Cl^-$, $143 \pm 7.5$; and $H^+$ as pH, $7.34 \pm 0.02$. Results were taken from Silver and Erecińska, 1990, 1992, 1994 and those for $Na^+$ and $Cl^-$ are unpublished data of the same authors (means $\pm$ S.D. for 56–80 cells).

The concentrations of the key ions inside the hippocampal CA1 neurones and those in the extracellular environment are listed in Table 2. Using the values for control conditions one can calculate the free energy change required to move $3Na^+$ from inside to outside and $2K^+$ in the opposite direction, the known stoichiometry of the pump, against their respective concentration gradients (Erecińska and Silver, 1989). A complete cycle uses 1 ATP molecule and the overall reaction is electrogenic; hence, there is an electric term (membrane potential) which enters into the calculation. The computed value is about 35 kJ/mol (8.4 kcal/mol) which means that in the brain of an anaesthetised rat, under normoxic conditions where the $\Delta G_{ATP}$ is about 64 kJ/mol, the efficiency of the pump is 57%. The intracellular levels of sodium and potassium of neurones in other brain regions such as CA3 area of the hippocampus, cortex and thalamus (Silver and Erecińska, 1990, 1992) are not significantly different from those in CA1 cells and thus, would not influence in any significant manner the calculation above.

By contrast, in rat cerebral astrocytes, intracellular $K^+$ is 136 mM and $Na^+$ is 20 mM which yields the computed value for the $\Delta G_{Na,K}$ of about 42 kJ/mol (10 kcal/mol) and the overall efficiency for the pump of 67%. In spite of this difference, the calculations show that when oxygen delivery is undisturbed, there is enough free energy in ATP hydrolysis in both neurones and glia to fuel the pump.

## 4.2. Ions under low oxygen tensions

Our understanding of the relationships between energetics and ion movements has been greatly aided by establishing the sequence of early events which occur in neurones in vivo when oxygen falls to very low levels (Silver and Erecińska, 1990, 1992). The first phenomenon is an intracellular alkalinisation, followed by a small rise in $[Ca^{2+}]_i$, a hyperpolarisation by a few mV and an increase in extracellular $[K^+]$. The initial rise in pH is most likely caused by consumption of protons during hydrolysis of creatine phosphate (first 15–30 sec, Fig. 1). The latter reaction also raises [Pi] and

consequently, lowers the cytosolic $\Delta G_{ATP}$. Because the endoplasmic reticulum calcium pump is in near equilibrium with cytosolic ATP synthesis, a reduction in $\Delta G_{ATP}$ causes a release of calcium from this internal store and consequently leads to the rise in its concentration in the cytosol. The increase in $[Ca^{2+}]_i$ can activate the $K_{Ca}$ channels (Hille, 1992), cause hyperpolarisation and an increase in external $[K^+]$. A fall in ATP, which occurs somewhat later, could also raise potassium conductance by opening the ATP-dependent $K^+$ channels (Ashcroft and Gribble, 1998; Seino, 1999). Several in vitro studies have confirmed these findings and by judicious use of inhibitors strengthened their interpretation (Fujimura et al., 1997; Erdemli et al., 1998; Grøndahl et al., 1998; Müller and Somjen, 2000).

During the short period that follows these initial changes, ATP generation still exceeds the rate of its hydrolysis and there are no major ionic shifts. However, within the next 1–2 min of ischaemia, the $\Delta G_{ATP}$ declines to a level that is insufficient to support the $Na^+/K^+$ pump activity. The depolarisation which ensues opens voltage controlled ion channels (Hille, 1992) and $Na^+$, $K^+$, $Ca^{2+}$ and $Cl^-$ flow down their concentration gradients (Hansen, 1985; Haddad and Jiang, 1993; Erecińska and Silver, 1994). Release of neurotransmitters such as glutamate activates receptors linked to ion channels and further facilitates massive ionic movements. The outcome of this situation is a large gain in intracellular calcium, sodium, chloride and protons and a loss of potassium (Table 2, 8 min of ischaemic hypoxia). The most dramatic change is that in calcium whose concentration in individual neurones can increase by four orders of magnitude. The consequences of such large alterations in cytosolic $[Ca^{2+}]$ are well known: activation of lipases and proteases leads to membrane damage and release of free fatty acids and proteins, activation of endonucleases damages DNA, efflux of glutamate initiates the excitotoxic cascade, perturbation of cytoskeleton results in changes in cell shape and internal organisation while uptake by, and overload of, mitochondria decreases ATP synthesis and level and causes acidification (which also activates proteases). If oxygen is not re-introduced

within minutes to allow the reversal of these events and recovery, cells will die.

Brain regions and/or individual cells in the same region exhibit differential sensitivities towards the same level of oxygen deprivation and/or time of its duration: e.g. leakages of ions are large and quick, and involve a substantial number of neurones in the CA1 region of the hippocampus and certain cortical areas while they are smaller and slower in the CA3 region of the hippocampus or in the thalamus. The reasons for this different vulnerability are multiple and include factors, which both prevent and exacerbate the damage. In the former category, one can mention better blood supply and higher glycolytic activity, as well as a greater number of $K_{ATP}$ channels per cell. In the latter, perhaps, the most important is the overall density of ion channels and of ionotropic, 'calcium-conducting' glutamate receptors. However, the interactions are numerous and enormously complex and the final outcome in each individual cell will be a product of the defensive and protective mechanisms (Schmidt-Kastner and Freund, 1991).

### 4.3. Ion channels and oxygen tension

It has been known for a long time that there are animals such as turtles which are resistant to life under low oxygen tension (Hochachka et al., 1993). One of the mechanisms of this resistance is channel 'arrest', which reduces expenditure of energy for ion movements. During the past few years experimental evidence has accumulated that certain $K^+$ and $Ca^{2+}$ channels can be regulated directly by oxygen (López-Barneo, 1996; Haddad and Jiang, 1997) and not only through changes in ATP and their consequences (alterations in $Ca^{2+}$ or $H^+$, or via protein kinases). Some of these neural $K^+$ channels begin to decrease their activity when oxygen is depleted to 2.67 kPa (20 Torr) around a cell-free excised patch in an inside- or outside-out configuration, with a 50% reduction at 1.33 kPa (10 Torr); this is a $P_{O_2}$ frequently encountered in brain. The redox state of the channel itself, such as reduction or oxidation of the thiol groups of cysteine,

can also alter its activity. Gulbis et al. (1999) have shown that the β subunit of the rat Kvb2 channel is an oxidoreductase complete with a nicotinamide cofactor. Several features of the oxidoreductase active site have led these authors to suggest that it may react directly or indirectly with the $K^+$ channel's voltage sensor and thus, explain the sensitivity of this protein to hypoxia.

## 5. Conclusions and suggestions for the future

The general conclusion from this brief review is that oxygen pressure in mammalian CNS is maintained at a level which is sufficiently high to ensure undisturbed function of brain cells and sufficiently low to minimise generation of toxic oxygen species such as free radicals. Under physiological conditions, enhanced demand for $O_2$ is matched rapidly and adequately by increase in blood flow. However, the overall low tissue oxygen tension and the lack of storage/buffering systems such as myoglobin make brain very susceptible even to small disturbances in blood supply on the one hand and high levels of neuronal activity on the other. Because studies of oxygen-dependent reactions in whole brain are extremely difficult and very time-consuming, there is a large gap in our knowledge between processes in vivo, which normally occur under low ambient $P_{O_2}$, and those in vitro which are routinely studied at high oxygen pressures. The challenge for the future is to explore at the level of the intact organ, issues, which have been investigated extensively only in isolated cells. According to the present authors, the most interesting of those include: events that take place in glial cells under normoxic and hypoxic conditions, neuronal/glial interactions, compartmentation of metabolites, the existence of intra- and extracellular gradients and effects of oxygen on ion channels. There may also be lessons to be learned from control systems that are present in simpler organisms, such as the modulation in crustacea of neural networks by physiological levels of oxygen (Clemens et al., 2001).

## References

Abu-Soud, H.M., Rousseau, D.L., Stuehr, D.J., 1996. Nitric oxide binding to the heme of neuronal nitric-oxide synthase links its activity to changes in oxygen tension. J. Biol. Chem. 271, 32515–32518.

Ashcroft, F.M., Gribble, F.M., 1998. Correlating structure and function in ATP-sensitive K$^+$ channels. Trends Neurosci. 21, 288–294.

Attwell, D., Barbour, B., Szatkowski, M., 1993. Nonvesicular release of neurotransmitters. Neuron 11, 401–407.

Bachelard, H.D., Badar-Goffer, R., 1993. NMR spectroscopy in neurochemistry. J. Neurochem. 61, 412–429.

Bolaños, J.P., Almeida, A., Stewart, V., Peuchen, S.L., Land, J.M., Clark, J.B., Heales, S.J.R., 1997. Nitric oxide-mediated mitochondrial damage in brain: mechanisms and implications for neurodegenerative diseases. J. Neurochem. 68, 2227–2240.

Bunn, H.F., Poyton, R.O., 1996. Oxygen sensing and molecular adaptation to hypoxia. Phys. Rev. 76, 839–885.

Cater, D.B., Garatini, S., Marina, F., Silver, I.A., 1961. Changes of oxygen tension in brain and somatic tissues induced by vasodilator and vasoconstrictor substances. Proc. Roy Soc. Lond. B Biol. Sci. 155, 136–157.

Clemens, S., Simmers, J., Massabuau, J.-C., 2001. A new neuromodulatory-like role for oxygen in shaping the activity of neuronal networks in lobsters. Respir. Physiol., in press.

Davies, P.W., Brink, F., 1942. Microelectrodes for measuring local oxygen tension in animal tissues. Rev. Sci. Instrum. 13, 524–533.

Dawson, T.M., Snyder, S.H., 1994. Gases as biological messengers: nitric oxide and carbon monoxide. J. Neurosci. 14, 5147–5159.

Degn, H., Wohlrab, H., 1971. Measurement of steady-state values of respiration rate and oxidation levels of respiratory pigments at low oxygen tensions. Biochim. Biophys. Acta 245, 347–355.

Elayan, I.M., Axley, M.J., Prasad, P.V., Ahlers, S.T., Auker, C.R., 2000. Effect of hyperbaric oxygen treatment on nitric oxide and oxygen free radicals in rat brain. J. Neurophysiol. 83, 2022–2029.

Erdemli, G., Xu, Y.Z., Krnjevic, K., 1998. Potassium conductance causing hyperpolarization of CA1 hippocampal neurons during hypoxia. J. Neurophysiol. 80, 2378–2390.

Erecińska, M., 1987. The neurotransmitter amino acid transport systems. A fresh outlook on an old problem. Biochem. Pharmacol. 36, 3547–3555.

Erecińska, M., Silver, I.A., 1989. ATP and brain function. J. Cereb. Blood Flow Metab. 9, 2–19.

Erecińska, M., Silver, I.A., 1994. Ions and energy in mammalian brain. Prog. Neurobiol. 43, 37–71.

Facchinetti, F., Dawson, V.L., Dawson, T.M., 1998. Free radicals as mediators of neuronal injury. Cell. Mol. Neurosci. 18, 667–682.

Folbergrová, J., Minamisawa, H., Ekholm, A., Siesjö, B.K., 1990. Phosphorylase a and labile metabolites during anoxia: correlation to membrane fluxes of K$^+$ and Ca$^{2+}$. J. Neurochem. 55, 1690–1696.

Fox, P.T., Raichle, M.E., Mintun, M.A., Dence, C., 1988. Nonoxidative glucose consumption during focal physiologic neural activity. Science 241, 462–464.

Fujimura, N., Tanaka, E., Yamamoto, S., Shigemori, M., Hagashi, H., 1997. Contribution of ATP-sensitive potassium channels to hypoxic hyperpolarization in rat hippocampal CA1 neurons in vitro. J. Neurophysiol. 77, 378–385.

Grøndal, T.Ø., Hablitz, J.J., Langmoen, I.A., 1998. Depletion of intracellular Ca$^{2+}$ stores or lowering extracellular calcium alters intracellular Ca$^{2+}$ changes during cerebral energy deprivation. Brain Res. 796, 125–131.

Gulbis, J.M., Mann, S., MacKinnon, R., 1999. Structure of a voltage-dependent K$^+$ channel β subunits. Cell 97, 943–952.

Haddad, G.G., Jiang, C., 1993. O$_2$ deprivation in the central nervous system: on mechanisms of neuronal response, differential sensitivity and injury. Prog. Neurobiol. 40, 277–318.

Haddad, G.G., Jiang, C., 1997. O$_2$-sensing mechanisms in excitable cells: role of plasma membrane K$^+$ channels. Annu. Rev. Physiol. 59, 23–43.

Halliwell, B., 1992. Reactive oxygen species and the central nervous system. J. Neurochem. 59, 1609–1623.

Halliwell, B., Gutteridge, J.M.C., 1999. Free Radicals in Biology and Medicine. Oxford University Press, Oxford.

Hansen, A.J., 1985. Effect of anoxia on ion distribution in the brain. Physiol. Rev. 65, 101–148.

Hilgemann, D.W., 1997. Cytoplasmic ATP-dependent regulation of ion transporters and channels: mechanisms and messengers. Annu. Rev. Physiol. 59, 193–220.

Hille, B., 1992. Ionic Channels in Excitable Membranes. Sinauer Associations, Sunderland, MA.

Hochachka, P.W., Lutz, P.L., Sick, T., Rosenthal, M., van den Thillart, G., 1993. Surviving Hypoxia: Mechanisms of Control and Adaptation. CRC Press, Boca Raton, FL.

Hoge, R.D., Atkinson, J., Gill, B., Crelier, G.R., Marrett, S., Pike, G.B., 1999. Linear coupling between cerebral blood flow and oxygen consumption in activated human cortex. Proc. Natl. Acad. Sci. USA 96, 9403–9408.

Knopp, J.A., Longmuir, I.S., 1972. Intracellular measurement of oxygen by quenching of fluorescence of pyrene butyric acid. Biochim. Biophys. Acta 279, 393–397.

Liu, K.J., Hoopes, P.J., Jiang, J., Du, H., Ou, L.C., Dunn, J.F., Swartz, H.M., 1995. Assessment of cerebral P$_{O_2}$ by EPR oximetry in rodents: effects of anesthesia, ischemia and breathing gas. Brain Res. 685, 91–98.

Longmuir, I.S., 1954. Respiration rate of bacteria as a function of oxygen concentration. Biochem. J. 57, 81–87.

López-Barneo, J., 1996. Oxygen sensing by ion channels and the regulation of cellular functions. Trends Neurosci. 19, 435–440.

Mchedlishvili, G., 1986. Cerebral arterial behaviour providing constant cerebral blood flow, pressure and volume. In: Bevan, J.A. (Ed.), Arterial Behaviour and Blood Circulation in the Brain. Plenum Press, New York, pp. 42–95.

Møller, J.V., Juul, B., le Mair, M., 1996. Structural organization, ion transport, and transduction of P-type ATPases. Biochim. Biophys. Acta 1286, 1–51.

Müller, M., Somjen, G.G., 2000. Na$^+$ and K$^+$ concentrations, extra- and intracellular voltages, and the effect of TTX in hypoxic rat hippocampal slices. J. Neurophysiol. 83, 735–745.

Nair, P., Whalen, W.J., Buerk, D., 1975. P$_{O_2}$ of cat cerebral cortex: response to breathing N$_2$ and 100% O$_2$. Microvasc. Res. 9, 158–165.

Rolett, E.L., Azzawi, A., Liu, K.J., Yongbi, M.N., Swartz, H.M., Dunn, J.F., 2000. Critical oxygen tension in rat brain: a combined $^{31}$P-NMR and EPR oximetry study. Am. J. Physiol. 279, R9–R16.

Schmidt-Kastner, R., Freund, T.F., 1991. Selective vulnerability of the hippocampus in brain ischemia. Neuroscience 40, 599–636.

Seino, S., 1999. ATP-sensitive potassium channels: a model of heteromultimeric potassium channel/receptor assemblies. Annu. Rev. Physiol. 61, 337–362.

Semenza, G.L., 1998. Hypoxia-inducible factor 1 and the molecular physiology of oxygen homeostasis. J. Lab. Clin. Med. 131, 207–214.

Seylaz, J., Pinard, E., 1978. Continuous measurement of gas partial pressures in intracerebral tissue. J. Appl. Physiol. 44, 528–533.

Siesjö, B.K., 1978. Brain Energy Metabolism. Wiley, New York.

Silver, I.A., 1965. Some observations on the cerebral cortex with an ultramicro, membrane covered oxygen electrode. Med. Elec. Biol. Eng. 3, 377–387.

Silver, I.A., 1978. Cellular microenvironment in relation to local blood flow. In: Cerebral Vascular Smooth Muscle and its Control. CIBA Foundation Symposium, Vol. 56, Elsevier, pp. 49–67.

Silver, I.A., Erecińska, M., 1990. Intracellular and extracellular changes of [Ca$^{2+}$] in hypoxia and ischemia in rat brain in vivo. J. Gen. Physiol. 95, 837–866.

Silver, I.A., Erecińska, M., 1992. Ion homeostasis in rat brain in vivo: intra- and extracellular [Ca$^{2+}$] and [H$^+$] in the hippocampus during recovery from short-term, transient ischemia. J. Cereb. Blood Flow Metab. 12, 759–772.

Silver, I.A., Erecińska, M., 1994. Extracellular glucose concentration in mammalian brain: continuous monitoring of changes during increased neuronal activity and upon limitation of oxygen supply in normo-, hypo- and hyperglycemic animals. J. Neurosci. 14, 5068–5076.

Silver, I.A., Erecińska, M., 1997. Energetic demands of the Na$^+$/K$^+$ ATPase in mammalian astrocytes. Glia 20, 1–11.

Skou, J.C., Esmann, M., 1992. The Na, K-ATPase. J. Bioenerg. Biomemb. 24, 249–261.

Smith, R.H., Guilbeau, E.J., Renau, D.D., 1977. The oxygen tension field within a discrete volume of cerebral cortex. Microvasc. Res. 13, 233–240.

Sugano, T., Oshino, N., Chance, B., 1974. Mitochondrial function under hypoxic conditions. The steady states of cytochrome $c$ reduction and of energy metabolism. Biochim. Biophys. Acta 347, 340–358.

Traystman, R.J., Kirsch, J.R., Koehler, R.C., 1991. Oxygen radical mechanisms of brain injury following ischemia and reperfusion. J. Appl. Physiol. 71, 1185–1195.

Vanderkooi, J.M., Maniara, G., Green, T.J., Wilson, D.F., 1987. An optical method for measurement of dioxygen concentration based upon quenching of phosphorescence. J. Biol. Chem. 262, 5476–5482.

Vanderkooi, J.M., Erecińska, M., Silver, I.A., 1991. Oxygen in mammalian tissue: methods of measurement and affinities of various reactions. Am. J. Physiol. 260, C1131–C1150.

Vanzetta, I., Grinvald, A., 1999. Increased cortical oxidative metabolism due to sensory stimulation: implications for functional brain imaging. Science 286, 1555–1558.

Welch, K.M.A., Caplan, L.R., Reis, D.J., Siesjö, B.K., Weir, B. (Eds.), 1997. Primer on Cerebrovascular Diseases. Section I. Cerebral Blood Flow. Academic Press, San Diego, pp. 3–98.

Wilson, D.F., Pastuszko, A., DiGiacomo, J.E., Pawlowski, M., Schneiderman, R., Delivoria-Papadopoulos, M., 1991. Effect of hyperventilation on oxygenation of the brain cortex of newborn piglets. J. Appl. Physiol. 70, 2691–2696.

*3*

# MEDICAL ASPECTS

# OF THE

# PERSISTENT VEGETATIVE STATE

# MEDICAL ASPECTS OF THE PERSISTENT VEGETATIVE STATE

## (First of Two Parts)

### THE MULTI-SOCIETY TASK FORCE ON PVS[*]

**Abstract**   This consensus statement of the Multi-Society Task Force summarizes current knowledge of the medical aspects of the persistent vegetative state in adults and children.

The vegetative state is a clinical condition of complete unawareness of the self and the environment, accompanied by sleep–wake cycles, with either complete or partial preservation of hypothalamic and brain-stem autonomic functions. In addition, patients in a vegetative state show no evidence of sustained, reproducible, purposeful, or voluntary behavioral responses to visual, auditory, tactile, or noxious stimuli; show no evidence of language comprehension or expression; have bowel and bladder incontinence; and have variably preserved cranial-nerve and spinal reflexes. We define persistent vegetative state as a vegetative state present one month after acute traumatic or nontraumatic brain injury or lasting for at least one month in patients with degenerative or metabolic disorders or developmental malformations.

The clinical course and outcome of a persistent vegetative state depend on its cause. Three categories of disorder can cause such a state: acute traumatic and nontraumatic brain injuries, degenerative and metabolic brain disorders, and severe congenital malformations of the nervous system.

Recovery of consciousness from a posttraumatic persistent vegetative state is unlikely after 12 months in adults and children. Recovery from a nontraumatic persistent vegetative state after three months is exceedingly rare in both adults and children. Patients with degenerative or metabolic disorders or congenital malformations who remain in a persistent vegetative state for several months are unlikely to recover consciousness. The life span of adults and children in such a state is substantially reduced. For most such patients, life expectancy ranges from 2 to 5 years; survival beyond 10 years is unusual. (N Engl J Med 1994;330: 1499-508.)

THE term "persistent vegetative state" was coined by Jennett and Plum in 1972 to describe the condition of patients with severe brain damage in whom coma has progressed to a state of wakefulness without detectable awareness.[1] Such patients have sleep–wake cycles but no ascertainable cerebral cortical function. Jennett and Plum thought that patients in a persistent vegetative state could be distinguished clinically from those with other conditions associated with prolonged unconsciousness.

In 1983 the President's Commission for the Study of Ethical Problems in Medicine and Biomedical and Behavioral Research accepted the definition of persistent vegetative state proposed by Jennett and Plum and defined unconsciousness as the inability "to experience the environment." In the commission's

Address reprint requests to the Multi-Society Task Force on PVS, American Academy of Neurology, 2221 University Ave. S.E., Minneapolis, MN 55414.

This statement has been approved by the American Academy of Neurology, Child Neurology Society, American Neurological Association, American Association of Neurological Surgeons, and American Academy of Pediatrics. The results of the literature search, as well as correspondence and other documents generated by the task force, are available through the American Academy of Neurology in Minneapolis.

[*]The members of the task force are Stephen Ashwal, M.D., cochairman (Loma Linda University School of Medicine, Loma Linda, Calif.), Child Neurology Society; Ronald Cranford, M.D., cochairman (Hennepin County Medical Center, Minneapolis), American Academy of Neurology; James L. Bernat, M.D. (Dartmouth Medical School, Hanover, N.H.), American Academy of Neurology; Gastone Celesia, M.D. (Loyola University Stritch School of Medicine, Maywood, Ill.), American Neurological Association; David Coulter, M.D. (Boston University School of Medicine, Boston), Child Neurology Society; Howard Eisenberg, M.D. (Maryland Institute of Emergency Medical Services Systems, Baltimore), American Association of Neurological Surgeons; Edwin Myer, M.D. (Medical College of Virginia, Richmond), American Academy of Pediatrics; Fred Plum, M.D. (New York Hospital–Cornell University Medical College, New York), American Neurological Association; Marion Walker, M.D. (Primary Children's Hospital and Medical Center, Salt Lake City), American Academy of Pediatrics; Clark Watts, M.D. (University of Texas Health Sciences Center, San Antonio), American Association of Neurological Surgeons; and Teresa Rogstad, project administrator, American Academy of Neurology.

judgment, a persistent vegetative state is only one form of permanent unconsciousness.[2] The others include coma after a traumatic or nontraumatic injury, with death occurring before the recovery of sufficient brain-stem function to allow a stable vegetative state; the end stages of degenerative neurologic conditions, such as Alzheimer's or Creutzfeldt–Jakob disease; coma from untreatable mass lesions such as neoplasms or vascular masses; and anencephaly in infants.

Because of the diagnostic, prognostic, and therapeutic uncertainties concerning the persistent vegetative state, several professional medical organizations began a comprehensive examination of their standards of medical care for patients with this condition.[3-7] In 1989, the American Academy of Neurology published a position paper that defined persistent vegetative state, classified artificial nutrition and hydration as forms of medical treatment, and stated that patients or their surrogates could decide to terminate treatment and that there were no medical or ethical distinctions between withholding and withdrawing treatment.[8] A 1990 survey by the American Neurological Association found that 88 percent of responding members agreed with this document.[9] In a 1991 survey by the Child Neurology Society, 92 percent of respondents agreed with the position paper as it related to adults, but only 72 percent thought that it was applicable to infants and children.[10] In addition, 75 percent of the respondents to this survey indicated that they would not withdraw nutrition and hydration from children in a persistent vegetative state.

In 1990, the Council on Scientific Affairs and the Council on Ethical and Judicial Affairs of the American Medical Association issued a report that provided

Case 2:16-cv-14413-RLR   Document 125-2   Entered on FLSD Docket 10/26/2017   Page 104 of 436

clinical criteria for the diagnosis of a persistent vegetative state and discussed ethical and legal implications of decisions to withhold or withdraw life-prolonging medical treatment — matters that were receiving widespread attention at the time.[11-15] In 1991, the United Kingdom's Institute of Medical Ethics Working Party on the Ethics of Prolonging Life and Assisting Death published a position statement indicating that a diagnosis of persistent vegetative state could usually be made with confidence three months after the acute insult but that in young children, the extent of damage and period of recovery were less predictable.[16] More recently, the British Medical Association's Medical Ethics Committee and the American Neurological Association have published position papers that define criteria for the clinical diagnosis of a persistent vegetative state and address several of the ethical issues concerning the care of patients in such a state.[17,18]

Because of the acceptance of recent consensus statements concerning guidelines for determining brain death in children[19] and the medical aspects of anencephaly in infants,[20] the Multi-Society Task Force on PVS was established in 1991 and charged with the creation of this document. Two representatives were appointed from each of the five societies, and an advisory panel of consultants was selected from the related fields of medicine, ethics, and law. The document was approved by the executive committee of each society.

Data reviewed by members of the task force were obtained from several sources, including a comprehensive literature review of all Medline references to the terms "vegetative state" and "persistent vegetative state," a "request for information" published in medical journals supported by the five sponsoring societies, a review of stories in the popular media concerning unexpected recovery from prolonged coma, and data from the National Institute of Neurological Disorders and Stroke Traumatic Coma Data Bank.

This statement by the task force summarizes the medical facts about the persistent vegetative state; it does not address associated ethical, legal, or other issues. The statement is divided into two parts. The first defines persistent vegetative state and related terms and conditions and discusses the epidemiology, causes, and pathological features, as well as ancillary diagnostic studies. The second part addresses the prognosis for recovery and long-term survival of patients in a persistent vegetative state and discusses issues related to pain and suffering and treatment.

## DEFINITION AND CLINICAL ASPECTS

The vegetative state is a clinical condition of complete unawareness of the self and the environment, accompanied by sleep–wake cycles, with either complete or partial preservation of hypothalamic and brain-stem autonomic functions. The condition may be transient, marking a stage in the recovery from severe acute or chronic brain damage, or permanent,

as a consequence of the failure to recover from such injuries. The vegetative state can also occur as a result of the relentless progression of degenerative or metabolic neurologic diseases or from developmental malformations of the nervous system.

The vegetative state can be diagnosed according to the following criteria: (1) no evidence of awareness of self or environment and an inability to interact with others; (2) no evidence of sustained, reproducible, purposeful, or voluntary behavioral responses to visual, auditory, tactile, or noxious stimuli; (3) no evidence of language comprehension or expression; (4) intermittent wakefulness manifested by the presence of sleep–wake cycles; (5) sufficiently preserved hypothalamic and brain-stem autonomic functions to permit survival with medical and nursing care; (6) bowel and bladder incontinence; and (7) variably preserved cranial-nerve reflexes (pupillary, oculocephalic, corneal, vestibulo-ocular, and gag) and spinal reflexes.

The distinguishing feature of the vegetative state is an irregular but cyclic state of circadian sleeping and waking unaccompanied by any behaviorally detectable expression of self-awareness, specific recognition of external stimuli, or consistent evidence of attention or intention or learned responses. Patients in a vegetative state are usually not immobile. They may move the trunk or limbs in meaningless ways. They may occasionally smile, and a few may even shed tears; some utter grunts or, on rare occasions, moan or scream. Some patients have acquired, nonhabitual startle myoclonus. Such activities are inconsistent, nonpurposeful, and coordinated only when they are expressed as part of a subcortical, instinctively patterned, reflexive response to external stimulation. These motor activities may misleadingly suggest purposeful movements, yet these responses have been observed in patients in whom careful study has disclosed no evidence of psychological awareness or the capacity to engage in learned behavior.

As a result of the relative preservation of brain-stem functions, most patients in a vegetative state retain good to normal reflexive regulation of vision and eye movement. Some patients have unequal or irregular pupils or limited responses to vestibulo-ocular stimulation. A few patients may have signs of mild internuclear ophthalmoplegia or other oculomotor abnormalities related to the brain stem. Occasionally, one or both third nerves are paralyzed.

Sustained visual pursuit is lacking in most patients in a vegetative state. They do not fixate on a visual target, track moving objects with their eyes, or withdraw from threatening gestures. When patients undergo a transition from the vegetative state to a state of awareness, one of the first and most readily observable signs of this transition is the appearance of sustained visual pursuit. However, patients in a vegetative state often have inconsistent primitive auditory or visual orienting reflexes, characterized by a turning of the head and eyes toward peripheral

Vol. 330   No. 21          MEDICAL ASPECTS OF THE PERSISTENT VEGETATIVE STATE                                1501

sounds or movements. In rare cases, patients who have no other evidence of consciousness over a period of months to years have some degree of briefly sustained visual pursuit or fixation, which is believed to be mediated through brain-stem structures. Nevertheless, one should be extremely cautious in making a diagnosis of the vegetative state when there is any degree of sustained visual pursuit, consistent and reproducible visual fixation, or response to threatening gestures.

The capacity for survival in a persistent vegetative state requires preservation of hypothalamic and brain-stem autonomic functions. Most patients who survive for a long time maintain normal body temperature, the ability to breathe spontaneously, and a functioning cardiovascular system. The prognosis is worse if there are hypothalamic disturbances producing central fever, excess sweating, disturbances in salt and water metabolism, and refractory pulmonary problems. In most patients, the gag, cough, sucking, and swallowing reflexes are preserved. Except for a lack of coordination in chewing and swallowing, gastrointestinal function remains nearly normal. As the prolonged survival of some patients in a persistent vegetative state suggests, autonomic function is sufficient to maintain long-term internal regulation so long as external needs receive constant attention.

## RELATED TERMS AND CONDITIONS

### Unconsciousness, Coma, and the Vegetative State

The term "consciousness" was defined by William James in 1890 as awareness of the self and the environment. Consciousness has two dimensions: wakefulness and awareness. Normal consciousness requires arousal, an independent, autonomic–vegetative brain function subserved by ascending stimuli from the pontine tegmentum, posterior hypothalamus, and thalamus that activate wakefulness. Awareness is subserved by cerebral cortical neurons and their reciprocal projections to and from the major subcortical nuclei. Awareness requires wakefulness, but wakefulness can be present without awareness.

Unconsciousness implies global or total unawareness and is characteristic of both coma and the vegetative state. Patients in a coma are unconscious because they lack both wakefulness and awareness. Patients in a vegetative state are unconscious because, although they are wakeful, they lack awareness. In this report we use the terms awareness and consciousness interchangeably.

### Persistent as Compared with Permanent Vegetative States

As originally defined by Jennett and Plum in 1972, the term "persistent," when applied to the vegetative state, meant sustained over time; "permanent" meant irreversible.[1] Notwithstanding Jennett and Plum's precise use of language, confusion has arisen over the exact meaning of the term "persistent." The adjective "persistent" refers only to a condition of past and continuing disability with an uncertain future, whereas "permanent" implies irreversibility. Persistent vegetative state is a diagnosis; permanent vegetative state is a prognosis.

A wakeful unconscious state that lasts longer than a few weeks is referred to as a persistent vegetative state. We define such a state operationally as a vegetative state present one month after an acute traumatic or nontraumatic brain injury or a vegetative state of at least one month's duration in patients with degenerative or metabolic disorders or developmental malformations. A permanent vegetative state, on the other hand, means an irreversible state, which like all clinical diagnoses in medicine, is based on probabilities, not absolutes. A patient in a persistent vegetative state becomes permanently vegetative when the diagnosis of irreversibility can be established with a high degree of clinical certainty — that is, when the chance that the patient will regain consciousness is exceedingly small. We believe there are sufficient data on the prognosis for neurologic recovery to allow us to distinguish between persistent and permanent vegetative states. These data, in conjunction with other relevant factors in an individual patient, can be used by a physician to determine when the persistent vegetative state becomes permanent — that is, when a physician can tell the patient's family or surrogate with a high degree of medical certainty that there is no further hope for recovery of consciousness or that, if consciousness were recovered, the patient would be left severely disabled.

### Diagnostic Factors and the Limits of Certainty

By definition, patients in a persistent vegetative state are unaware of themselves or their environment. They are noncognitive, nonsentient, and incapable of conscious experience. There is, however, a biologic limitation to the certainty of this definition, since we can only infer the presence or absence of conscious experience in another person.[21] A false positive diagnosis of a persistent vegetative state could occur if it was concluded that a person lacked awareness when, in fact, he or she was aware. Such an error might occur if a patient in a locked-in state (i.e., conscious yet unable to communicate because of severe paralysis) was wrongly judged to be unaware. Thus, it is theoretically possible that a patient who appears to be in a persistent vegetative state retains awareness but shows no evidence of it. In the practice of neurology, this possibility is sufficiently rare that it does not interfere with a clinical diagnosis carefully established by experts.

Several individual signs of unconsciousness, as well as a small number of laboratory tests, are very closely correlated with the diagnosis of the condition of unconsciousness that characterizes a persistent vegetative state. At present, three lines of evidence based on careful clinical and laboratory studies support the conclusion that patients in a persistent vegetative state are unaware of themselves or their environment.[8,24] First, motor or eye movements and facial expressions

1502                           THE NEW ENGLAND JOURNAL OF MEDICINE                    May 26, 1994

in response to various stimuli occur in stereotyped patterns that indicate reflexive responses integrated at deep subcortical levels rather than learned voluntary acts. The presence of these responses is consistent with complete unawareness. Second, positron-emission tomographic studies of regional cerebral glucose metabolism show levels far lower than those in patients who are aware or in a locked-in state. These low metabolic rates are comparable to those reported during deep general anesthesia in normal subjects whom all would agree are unaware and insensate.[22] Finally, all available neuropathological examinations of the brains of patients with a clinical diagnosis of a persistent vegetative state show lesions so severe and diffuse that awareness would have been highly improbable, given our biologic understanding of how the anatomy and physiology of the brain contribute to consciousness.[23,24]

An accurate diagnosis is critical. Errors in diagnosis have occurred because of confusion about the terminology used to describe patients in this condition, the inexperience of the examiner, or an insufficient period of observation.[25] Physicians caring for such patients should be aware of these potential problems and be as precise and careful as possible when applying the suggested clinical criteria.[26]

### Related Conditions

Other conditions of severe neurologic disability or altered consciousness include coma, brain death, the locked-in syndrome, and dementia (Table 1).

Coma is deep, sustained pathologic unconsciousness that results from dysfunction of the ascending reticular activating system in either the brain stem or both cerebral hemispheres. The eyes remain closed,

and the patient cannot be aroused. To be clearly distinguished from syncope, concussion, or other states of transient unconsciousness, coma must persist for at least an hour.

Brain death is the permanent absence of all brain functions, including those of the brain stem. Brain-dead patients are irreversibly comatose and apneic and have lost all brain-stem reflexes and cranial-nerve functions. The standard clinical criteria for the diagnosis of brain death in adults, children, and newborn infants are outlined elsewhere.[14,19,27-30]

The locked-in syndrome refers to a state in which consciousness and cognition are retained but movement and communication are impossible because of severe paralysis of the voluntary motor system.[28,31] This condition may result from abnormalities in the descending corticospinal and corticobulbar pathways at or below the pons. In such cases, breathing is possible. The locked-in syndrome can also be associated with diseases of the peripheral motor nerves or paralysis produced by the administration of neuromuscular blocking agents. Patients with this syndrome can usually establish limited communication through eye-movement signals. Diagnosis of the locked-in syndrome is established by clinical examination. Brain imaging may show isolated ventral pontine infarction, and nerve-conduction studies may demonstrate severe peripheral neuropathy. Positron-emission tomographic scans have shown higher metabolic levels in the brains of patients in the locked-in state than in patients in a persistent vegetative state. Electroencephalograms, evoked responses, and single-photon-emission computed tomograms do not distinguish reliably between the locked-in and vegetative states.

Dementia is a condition of progressive, multidimen-

Table 1. Characteristics of the Persistent Vegetative State and Related Conditions.*

| CONDITION | SELF-AWARENESS | SLEEP-WAKE CYCLES | MOTOR FUNCTION | EXPERIENCE OF SUFFERING | RESPIRATORY FUNCTION | EEG ACTIVITY | CEREBRAL METABOLISM† | PROGNOSIS FOR NEUROLOGIC RECOVERY |
|---|---|---|---|---|---|---|---|---|
| Persistent vegetative state | Absent | Intact | No purposeful movement | No | Normal | Polymorphic delta or theta, sometimes slow alpha | Reduced by 50% or more | Depends on cause (acute traumatic or nontraumatic injury, degenerative or metabolic condition, or developmental malformation) |
| Coma | Absent | Absent | No purposeful movement | No | Depressed, variable | Polymorphic delta or theta | Reduced by 50% or more (depends on cause) | Usually recovery, persistent vegetative state, or death in 2 to 4 weeks |
| Brain death | Absent | Absent | None or only reflex spinal movements | No | Absent | Electrocerebral silence | Absent | No recovery |
| Locked-in syndrome | Present | Intact | Quadriplegia and pseudobulbar palsy; eye movement preserved | Yes | Normal | Normal or minimally abnormal | Minimally or moderately reduced | Recovery unlikely; persistent quadriplegia with prolonged survival possible |
| Akinetic mutism | Present | Intact | Paucity of movement | Yes | Normal | Nonspecific slowing | Unknown | Recovery very unlikely (depends on cause) |
| Dementia | Present but lost in late stages | Intact | Variable; limited with progression | Yes but lost in late stages | Normal | Nonspecific slowing | Variably reduced | Irreversible (ultimate outcome depends on cause) |

*This table provides a general overview of the persistent vegetative state and related neurologic conditions. Because of the overlap between clinical and laboratory findings, these characteristics will not apply to every patient. Neuroimaging studies (magnetic resonance imaging or computed tomography) may be useful in the clinical evaluation of patients but may not always be helpful in differentiating among these conditions. EEG denotes electroencephalographic.

†Determined by positron-emission or single-photon-emission computed tomography.

sional loss of cognitive functions in which arousal mechanisms are usually normal. Advanced dementia can progress until patients lose their self-awareness and all evidence of learned behavior. At this point, such patients are in a vegetative state.

Three other conditions deserve mention. Akinetic mutism is a rare syndrome characterized by pathologically slowed or nearly absent bodily movement and loss of speech.[28] Wakefulness and self-awareness may be preserved, but the level of mental function is reduced. The condition characteristically accompanies gradually developing or subacute bilateral damage to the paramedian mesencephalon, basal diencephalon, or inferior frontal lobes. Neocortical death is a term used by some authors to refer to a persistent vegetative state, but in addition to the characteristics of a persistent vegetative state, neocortical death is marked by an absence or substantial slowing of electrocortical activity on electroencephalography. Others equate neocortical death with the ostensible death of all neurons of the cerebral cortex. It is not clear, therefore, whether this term denotes a clinical syndrome or its electrical, pathologic, or anatomical features. Apallic syndrome is an archaic term for a condition that is now considered equivalent to a persistent vegetative state.[32] The terms "neocortical death" and "apallic state" have limited usefulness and should be abandoned, because they do not represent distinct clinical entities.

## EPIDEMIOLOGY

The prevalence of persistent vegetative state is not known because of the lack of accepted diagnostic criteria and the fact that, until recently, neither the *International Classification of Diseases, 9th Revision, Clinical Modification* (ICD-9-CM), nor most health agencies included persistent vegetative state as a codable diagnosis. According to estimates, however, in the United States there are 10,000 to 25,000 adults and 4,000 to 10,000 children in a persistent vegetative state.[6,10,11,15,16,33-47]

## CAUSES AND CLINICAL COURSE

The clinical course of a persistent vegetative state depends on the particular underlying disease process.

### Acute Traumatic and Nontraumatic Injuries

The most common acute causes of the vegetative state in adults and children are head trauma and hypoxic-ischemic encephalopathy (Table 2). The clinical course after the acute insult usually begins with coma (with eyes closed) for several days to weeks, during which time the acute illness stabilizes and the stunned but ultimately viable brain stem and lower diencephalon resume function.[43-45] By this time, most patients are able to breathe spontaneously and no longer require ventilatory assistance. After the interval of coma, spontaneous opening of the eyes, random eye movements, blinking, and limb movements occur, along with sleep–wake cycles. In a few patients,

**Table 2. Causes of the Persistent Vegetative State in Adults and Children.***

**Acute Injuries**

*Traumatic*
Motor vehicle accidents
Gunshot wound or other form of direct cerebral injury
Nonaccidental injury in children
Birth injury
*Nontraumatic*
Hypoxic-ischemic encephalopathy
    Cardiorespiratory arrest
    Perinatal asphyxia
    Pulmonary disease
    Prolonged hypotensive episode
    Near-drowning
    Suffocation or strangulation
Cerebrovascular injury
    Cerebral hemorrhage
    Cerebral infarction
    Subarachnoid hemorrhage
CNS infection
    Bacterial meningitis
    Viral meningoencephalitis
    Brain abscess
CNS tumor
CNS toxins or poisoning

**Degenerative and metabolic disorders**

*In adults*
Alzheimer's disease
Multi-infarct dementia
Pick's disease
Creutzfeldt–Jakob disease
Parkinson's disease
Huntington's disease
*In children*
Ganglioside storage disease
Adrenoleukodystrophy
Neuronal ceroid lipofuscinosis
Organic acidurias
Mitochondrial encephalopathy
Gray-matter degenerative disorders

**Developmental malformations**

Anencephaly
Hydranencephaly
Lissencephaly
Holoprosencephaly
Encephalocele
Schizencephaly
Congenital hydrocephalus
Severe microcephaly

*Includes only the most common disorders that have been reported to cause a persistent vegetative state in each of the three categories. CNS denotes central nervous system.

the vegetative state occurs immediately after the insult, without an initial period of coma.

A persistent vegetative state develops in approximately 1 to 14 percent of patients in prolonged traumatic coma and in 12 percent of those in prolonged nontraumatic coma.[46-51] Although numerous studies have examined a wide variety of clinical and laboratory variables, no well-established criteria applied during the period of coma can, with certainty, predict a vegetative outcome.[52-54] Some evidence suggests a direct correlation between a post-traumatic vegetative outcome and the presence of ventilatory dysfunction, decorticate posturing, and extraneural trauma soon after the insult.[55] Other variables that are correlated with a poor outcome include an advanced age, pupillary abnormalities, and a low score on a test of motor responses.[47] In patients with nontraumatic coma, im-

THE NEW ENGLAND JOURNAL OF MEDICINE

pairment of eye opening, the presence of abnormal oculocephalic or motor responses, and the inability to obey commands at two weeks are all correlated with a vegetative outcome.[56]

### Degenerative and Metabolic Disorders

Many degenerative and metabolic nervous system disorders in adults and children inevitably progress to an irreversible vegetative state. The early stages of such disorders are marked by progressive impairment of intellect, memory, language, motor skills, and social behavior, yet many patients retain some degree of awareness of themselves and their environment. In later stages, awareness disappears, marking the start of a vegetative state.

In patients with degenerative diseases, a persistent vegetative state usually evolves over a period of several months or years.[57] Those who remain in a vegetative state may die of a superimposed infectious illness. Those who survive such an illness remain in a vegetative state or go into a coma. Patients with degenerative diseases who have severe impairment but retain some degree of awareness may lapse briefly into a vegetative state from the effects of medication, infection, superimposed medical or surgical illnesses, seizure activity, or decreased fluid and nutritional intake.[57] The possibility of such a temporary metabolic or toxic encephalopathy must be eliminated before establishing that the patient is in a persistent vegetative state.[21]

### Developmental Malformations

Severe congenital malformations of the nervous system in infants and children may prevent the development of awareness or cognition. Among the malformations associated with the developmental vegetative state are anencephaly and hydranencephaly (Table 2). Diagnosis of the vegetative state in infants and children poses several problems related to the immaturity of the developing brain and the ongoing influences of development on the potential for reorganization of structure and function.[58]

On the basis of our understanding of development, the diagnosis of the vegetative state may be difficult to make in infants younger than three months, except in the case of infants with anencephaly. Newborns and young infants have a limited ability to show higher cognitive functions before this age.[59,60] Although they are capable of a variety of social responses, including visual and auditory orientation, cuddling, the ability to be consoled, and self-quieting behavior, these responses may be tenuous, inconsistent, and unsustained until three months of age.[61,62] The concept of the vegetative state cannot be applied to preterm infants because of developmental immaturity and, to a lesser extent, the lack of consistently recognizable sleep–wake cycles.[63,64]

Recognition of the vegetative state in infants and young children also depends on the ability to distinguish between voluntary and involuntary respons-

es.[65,66] Differentiation of voluntary from involuntary responses may be unreliable until approximately three months of age. Voluntary behavior that can be elicited includes a consistent and sustained response of turning to or following visual or auditory stimuli, a growing awareness of social stimuli, cuddling in response to interactions experienced as comforting, and a preference for a specific behavior when several choices are presented. Involuntary behavior includes blinking or wandering, nonpurposeful eye movements; nonspecific sounds and grimace-like expressions in reaction to noxious stimuli; and primitive reflexes, including grasp, postural, startle, and alerting responses.

Some newborn infants with severe developmental malformations, such as hydranencephaly, have a minimal cerebral cortex or none. Such infants usually remain in a developmental vegetative state. Because some brain tissue is developing, these infants may have a limited awareness of their environment and minimal purposeful motor activity within the first several months of life.[57,68] However, only limited improvement has been reported in such children. Those with less extensive malformations (such as certain types of holoprosencephaly or lissencephaly) may appear to be in a vegetative state as infants but eventually show some evidence of awareness and responsiveness. Such infants generally continue to have severe disabilities. There are few reports describing the clinical course of such patients, but some degree of consciousness may emerge.

## PATHOLOGIC FEATURES

The anatomical basis for a persistent vegetative state differs somewhat from case to case, for several reasons. The interval between brain injury and death affects the nature and severity of pathologic changes. Patients in a vegetative state who die early of medical complications are unlikely to undergo neuropathologic changes that would be sufficient to cause chronic unconsciousness in long-term survivors. Furthermore, in patients with chronic neurologic conditions, other complicating factors, such as severe atherosclerotic disease, may independently injure the brain. In such patients, it may be difficult to determine at autopsy exactly which neuropathologic changes accompanied the initial failure to recover consciousness.

Allowing for the above limitations, two major patterns have characterized most detailed reports on the neuropathology of a persistent vegetative state due to acute traumatic or nontraumatic brain injury. We are not aware of any systematic investigation of the neuropathologic characteristics of patients in whom a persistent vegetative state was due to degenerative, metabolic, or developmental disorders.

### Diffuse Laminar Cortical Necrosis

This pattern follows acute, global hypoxia and ischemia. The principal finding is extensive multifocal or diffuse laminar cortical necrosis with almost invari-

able involvement of the hippocampus. These abnormalities may be accompanied by scattered small areas of infarction or neuronal loss in the deep forebrain nuclei, hypothalamus, or brain stem.[23,69] Relatively selective thalamic necrosis may also follow acute global ischemia, although the specific anatomical boundaries for this uncommon pattern have not been well described[70] (and see the report, elsewhere in this issue of the *Journal*, on studies of the brain of Karen Ann Quinlan).[71]

### Diffuse Axonal Injury

This abnormality is usually due to a shearing injury after acute trauma. An extensive subcortical axonal injury virtually isolates the cortex from other parts of the brain.[41] Sometimes a diffuse axonal injury is accompanied by small primary brain-stem injuries, as well as secondary damage to the brain stem that results from transtentorial herniation soon after the injury.[72-74] In patients with an axonal injury complicated by acute circulatory or respiratory failure, diffuse laminar necrosis may also be present.

Only a few pathological reports on the persistent vegetative state describe severe abnormalities of the brain stem. Those that do mainly concern patients in whom severe paramedian mesencephalic damage developed secondary to acute downward or upward transtentorial herniation during the early stage of illness. Lesions confined to the brain stem seldom, if ever, cause long-term unconsciousness, although there has been a report of four patients with severe secondary brain-stem damage in whom coma persisted for as long as six weeks before death.[73] We have found no well-described autopsy studies of patients in a persistent vegetative state who had severe damage confined to the hypothalamus.

### ANCILLARY DIAGNOSTIC STUDIES

Neurodiagnostic tests alone can neither confirm the diagnosis of a vegetative state nor predict the potential for recovery of awareness.[53] However, when used in conjunction with a clinical evaluation, laboratory tests may provide useful supportive information.

### Electroencephalography

In most patients in a persistent vegetative state, electroencephalograms (EEGs) show diffuse generalized polymorphic delta or theta activity.[76,77] This pattern is usually not attenuated by sensory stimulation, except occasionally by noxious stimulation.[78,79] In most patients, the transition from wakefulness to sleep is accompanied by some desynchronization of the background activity.[80] In some patients, very-low-voltage EEG activity is all that can be detected. In others, persistent alpha activity is the most remarkable feature. In approximately 10 percent of patients in a vegetative state, the EEG is nearly normal late in the course of illness but without evidence of vision-induced alpha blocking.[77] There have been occasional reports of isoelectric EEGs in patients in a vegetative

state.[37,58,76,81,82] Most investigators have not reported this finding, however, nor has it been confirmed by reviews of the initial EEG records by other investigators. Typical epileptiform activity is unusual in patients in a persistent vegetative state, as is seizure activity.

The transition from coma to the vegetative state is not accompanied by notable changes in the EEG. However, clinical recovery from the vegetative state may be paralleled by diminished delta and theta activity and the reappearance of a reactive alpha rhythm.[76,78] This phenomenon is inconsistent and does not predict future recovery.[37,78]

Compressed spectral analysis of the EEG has been used to study patients with prolonged unconsciousness. Preliminary data suggest that patients with changeable or desynchronized spectrograms and abnormal evoked responses remain in a vegetative state.[83]

Infants and children have abnormalities on the EEG that are similar to those reported in adults, although in infants and children the EEG activity may be somewhat more discontinuous and of lower voltage.[66,84]

### Evoked-Response Studies

Evoked-response testing is useful statistically, but not always clinically, in trying to assess the risk of a vegetative outcome in patients who are in a coma as a result of an acute neurologic injury.[85] Somatosensory evoked responses are the most sensitive and reliable markers in both adults and children.[86-91] The bilateral absence of such responses one week after the insult is highly predictive of failure to regain consciousness (i.e., of death or survival in a vegetative state). Patients without somatosensory evoked responses, however, may recover at least minimal cognitive activity, especially if the coma is traumatic rather than anoxic.[92,93] In contrast, patients with normal somatosensory responses may enter a vegetative state and remain in it.[88] Prolongation of the central conduction time of an evoked response is a less reliable finding than the absence of a response in predicting a poor outcome.[78,94,95]

Other evoked potentials, such as the brain-stem auditory evoked response, are of limited value. Numerous studies have shown that the brain-stem auditory evoked response is preserved when the somatosensory evoked response is absent, and the outcome is either survival in a vegetative state or death.[78,88,87] Multimodal evoked-response testing may be used to determine the outcome, but whether the results are of greater predictive value than the somatosensory evoked response alone remains uncertain. The presence of $P_{300}$ evoked responses is not necessarily correlated with the outcome.[96]

### Neuroimaging

Computed tomographic or magnetic resonance imaging in patients in a persistent vegetative state often

1506    THE NEW ENGLAND JOURNAL OF MEDICINE    May 26, 1994

reveals diffuse or multifocal cerebral disease involving the gray and white matter. Although there are no established correlations between the results of neuroimaging studies and the development of the vegetative state or the potential for recovery, most patients who do not recover consciousness have abnormal scans.[49,57,57,97,98] When studied during the first several months after a traumatic or nontraumatic brain injury, patients in a persistent vegetative state are more likely to recover consciousness yet remain severely disabled if serial neuroimaging scans are normal than if they are abnormal. Serial scanning usually documents progressive brain atrophy, which reduces the likelihood of neurologic recovery.

### Cerebral Metabolic Studies

A substantial reduction in the cerebral metabolic rate has been reported in approximately 20 adults in a persistent vegetative state.[22,99-101] A 40 to 60 percent reduction in global cerebral oxidative metabolism was observed in six patients in a vegetative state after trauma or diffuse anoxia.[99] Positron-emission tomographic (PET) studies showed a 50 to 60 percent decrease in the glucose metabolic rate in the cerebral cortex, basal ganglia, and cerebellum in seven adults; no overlap in metabolic impairment was noted when these patients were compared with three patients who had the locked-in syndrome.[22] Using the same method, other investigators found a 50 percent reduction in cerebral glucose metabolism in patients in a vegetative state, as compared with a 25 percent reduction in metabolic activity in patients who had regained consciousness after anoxic cerebral injuries.[100] The parieto-occipital and mesiofrontal regions had the most consistent reduction in metabolic activity, whereas Levy et al. reported consistently low metabolic rates in all cortical areas.[22]

Although these studies demonstrate substantial reductions in the metabolism of glucose, there is not yet sufficient information to warrant the use of PET scanning to determine prognosis. Likewise, the lack of experience with cerebral metabolic studies in infants and children in a vegetative state precludes the use of such studies to assess prognosis in infants and children. Normal cerebral metabolic activity in this age group is substantially lower than that reported in adults.[102] Questions have been raised about the validity of cerebral metabolic studies to determine whether patients in a vegetative state are conscious or can experience pain and suffering. These questions remain unanswered and require further systematic investigation. Whether patients are conscious and have the potential to experience pain and suffering can best be assessed by careful and repeated neurologic examinations.

### Cerebral Blood Flow

Measurement of cerebral blood flow immediately after an acute neurologic injury does not predict a vegetative outcome in either adults or children.[84,103-105] Once a vegetative state exists, however, cerebral blood flow is likely to be reduced. An early study using xenon-133 in four patients in a vegetative state found that cerebral blood flow was 10 to 20 percent of normal.[105] PET studies in seven patients in a persistent vegetative state who were studied 3 weeks to 68 months after acute injury showed a 50 percent decrease in cerebral blood flow.[22] More recent radionuclide-imaging studies using HM-PAO–single-photon-emission computed tomography showed a global reduction in cerebral blood flow 2 to 12 months after a head injury, as well as 3 years later.[107] Some studies, however, have found normal cerebral blood flow in patients in a persistent vegetative state.[108]

We are indebted to the following people who served as consultants to the task force and reviewed this document: George Annas, J.D., Richard Beresford, M.D., Elizabeth M. Boggs, Ph.D., Reinder Braakman, M.D., Arthur Caplan, Ph.D., John J. Caronna, M.D., Allen Childs, M.D., Peggy C. Ferry, M.D., Norman Fost, M.D., M.P.H., John Freeman, M.D., Robert G. Grossman, M.D., Deborah G. Hirtz, M.D., Bryan Jennett, M.D., Howard H. Kaufman, M.D., Arthur F. Kohrman, M.D., Robert L. Kriel, M.D., Nicholas J. Lenn, M.D., David E. Levy, M.D., Thomas G. Luerssen, M.D., Joanne Lynn, M.D., Lawrence F. Marshall, M.D., Robert L. McLaurin, M.D., Michael P. McQuillen, M.D., Jan M. Minderhoud, M.D., Patricia A. Murphy, R.N., Allan H. Ropper, M.D., Jay Rosenberg, M.D., Leon Sazbon, M.D., Alan Shewmon, M.D., David A. Stumpf, M.D., Francois Tasseau, M.D., H. Rutherford Turnbull III, Kenneth A. Vatz, M.D., and Deborah Webb, R.N.

## REFERENCES

1. Jennett B, Plum F. Persistent vegetative state after brain damage: a syndrome in search of a name. Lancet 1972;1:734-7.
2. President's Commission for the Study of Ethical Problems in Medicine and Biomedical and Behavioral Research. Deciding to forego life-sustaining treatment: a report on the ethical, medical, and legal issues in treatment decisions. Washington, D.C.: Government Printing Office, 1983:171-92.
3. Campbell AGM. Children in a persistent vegetative state. BMJ 1984;289:1022-3.
4. Feinberg WM, Ferry PC. A fate worse than death: the persistent vegetative state in childhood. Am J Dis Child 1984;138:128-30.
5. Cranford RE. The persistent vegetative state: the medical reality (getting the facts straight). Hastings Cent Rep 1988;18:27-32.
6. Spudis EV. The persistent vegetative state — 1990. J Neurol Sci 1991;102:128-36.
7. Jennett B, Dyer C. Persistent vegetative state and the right to die: the United States and Britain. BMJ 1991;302:1256-8.
8. Position of the American Academy of Neurology on certain aspects of the care and management of the persistent vegetative state patient: adopted by the Executive Board, American Academy of Neurology, April 21, 1988, Cincinnati, Ohio. Neurology 1989;39:125-6.
9. Dzroff RB. The American Neurological Association survey results on PVS. Presented at the 115th annual meeting of the American Neurological Association, Atlanta, October 14–17, 1990.
10. Ashwal S, Bale JF Jr, Coulter DL, et al. The persistent vegetative state in children: report of the Child Neurology Society Ethics Committee. Ann Neurol 1992;32:570-6.
11. Council on Scientific Affairs and Council on Ethical and Judicial Affairs. Persistent vegetative state and the decision to withdraw or withhold life support. JAMA 1990;263:426-30.
12. Castor NL. The permanently unconscious patient, non-feeding and euthanasia. Am J Law Med 1989;15:381-437.
13. Banja JD. Ethical aspects of treatment for coma and the persistent vegetative state. Phys Med Rehabil 1990;4:579-92.
14. Bernat JL. Ethical issues in neurology. In: Joynt RJ, ed. Clinical neurology. Vol. 1. Philadelphia: J.B. Lippincott, 1991:2-57.
15. Tasseau F, Boucand MH, LeGall JR, Vespieren P. États végétatifs chroniques: répercussions humaines aspects médicaux juridiques et éthiques. Rennes, France: Editions École Nationale de La Santé Publique, 1991.

16. Institute of Medical Ethics Working Party on the Ethics of Prolonging Life and Assisting Death. Withdrawal of life-support from patients in a persistent vegetative state. Lancet 1991;337:96-8.

17. Dyer C. BMA examines the persistent vegetative state. BMJ 1992; 305:853-4.

18. ANA Committee on Ethical Affairs. Persistent vegetative state: report of the American Neurological Association Committee on Ethical Affairs. Ann Neurol 1993;33:386-90.

19. American Academy of Pediatrics Task Force on Brain Death in Children. Report of a special Task Force: guidelines for the determination of brain death in children. Pediatrics 1987;80:298-300.

20. The Medical Task Force on Anencephaly. The infant with anencephaly. N Engl J Med 1990;322:669-74.

21. Bernat JL. The boundaries of the persistent vegetative state. J Clin Ethics 1992;3:176-80.

22. Levy DE, Sidtis JJ, Rottenberg DA, et al. Differences in cerebral blood flow and glucose utilization in vegetative versus locked-in patients. Ann Neurol 1987;22:673-82.

23. Dougherty JH Jr, Rawlinson DG, Levy DE, Plum F. Hypoxic-ischemic brain injury and the vegetative state: clinical and neuropathologic correlation. Neurology 1981;31:991-7.

24. Graham DI, McLellan D, Adams JH, Doyle D, Kerr A, Murray LS. The neuropathology of the vegetative state and severe disability after nonmissile head injury. Acta Neurochir Suppl (Wien) 1983;32:65-7.

25. Childs NL, Mercer WN, Childs HW. Accuracy of diagnosis of persistent vegetative state. Neurology 1993;43:1465-7.

26. Celesia GG. Persistent vegetative state. Neurology 1993;43:1457-8.

27. Guidelines for the determination of death: report of the medical consultants on the diagnosis of death to the President's Commission for the Study of Ethical Problems in Medicine and Biomedical and Behavioral Research. JAMA 1981;246:2184-6.

28. Plum F, Posner JB. The diagnosis of stupor and coma. 3rd ed. Philadelphia: F.A. Davis, 1980.

29. Cranford RE. Neurologic syndromes and prolonged survival: when can artificial nutrition and hydration be forgone? Law Med Health Care 1991;19(1-2):13-22.

30. Ashwal S, Schneider S. Brain death in the newborn. Pediatrics 1989; 84:429-37.

31. Position statement: certain aspects of the care and management of profoundly and irreversibly paralyzed patients with retained consciousness and cognition: report of the Ethics and Humanities Subcommittee of the American Academy of Neurology. Neurology 1993;43:222-3.

32. Dalle OG, Gerstenbrand F, Lücking CF, Peters G, Peters UH. The apallic syndrome. Berlin, Germany: Springer-Verlag, 1977.

33. Minderhoud JM, Braakman R. Het vegeterende bestaan. Ned Tijdschr Geneeskd 1985;129:2385-8.

34. Hellema H. "Life termination" in The Netherlands. BMJ 1991;302:984-5.

35. Sazbon L, Costeff H, Groswasser Z. Epidemiological findings in traumatic post-comatose unawareness. Brain Inj 1992;6:359-62.

36. Brule JF, Danze F, Vallee D. État végétatif: problèmes thérapeutiques. Rev Fr Dommage Corpor 1988;14:191-5.

37. Higashi K, Sakata Y, Hatano M, et al. Epidemiological studies on patients with a persistent vegetative state. J Neurol Neurosurg Psychiatry 1977;40: 876-85.

38. Sato S, Imamura H, Ueki K, et al. Epidemiological survey of vegetative state patients in the Tohoku District, Japan — special reference to the follow-up study after one year. Neurol Med Chir (Tokyo) 1979;19:327-33. (In Japanese.)

39. Treach DD, Sims FH, Duthie EH, Goldstein MD, Laos PS. Clinical characteristics of patients in the persistent vegetative state. Arch Intern Med 1991;151:930-2.

40. Ashwal S, Eyman RK, Call TL. Life expectancy of children in a persistent vegetative state. Pediatr Neurol 1994;10:27-33.

41. Jennett B. Vegetative state: causes, management, ethical dilemmas. Curr Anaesth Crit Care 1991;2:57-61.

42. Higashi K, Hatano M, Abiko S, et al. Five-year follow-up study of patients with persistent vegetative state. J Neurol Neurosurg Psychiatry 1981; 44:552-4.

43. Levy DE, Knill-Jones RP, Plum F. The vegetative state and its prognosis following nontraumatic coma. Ann N Y Acad Sci 1978;315:293-306.

44. Gillies JD, Seshia SS. Vegetative state following coma in childhood: evolution and outcome. Dev Med Child Neurol 1980;22:642-8.

45. Bricolo A, Turazzi S, Feriotti G. Prolonged posttraumatic unconsciousness: therapeutic assets and liabilities. J Neurosurg 1980;52:625-34.

46. Levy DE, Bates D, Caronna JJ, et al. Prognosis in nontraumatic coma. Ann Intern Med 1981;94:293-301.

47. Braakman R, Jennett WB, Minderhoud JM. Prognosis of the posttraumatic vegetative state. Acta Neurochir (Wien) 1988;95:49-52.

48. Berrol S. Persistent vegetative state. Phys Med Rehabil 1990;4:559-67.

49. Levin HS, Saydjari C, Eisenberg HM, et al. Vegetative state after closed-head injury: a Traumatic Coma Data Bank Report. Arch Neurol 1991;48: 580-5.

50. Sazbon L, Groswasser Z. Outcome in 134 patients with prolonged posttraumatic unawareness: part 1: parameters determining late recovery of consciousness. J Neurosurg 1990;72:75-80.

51. Sazbon L, Zagreba F, Ronen J, Solzi P, Costeff H. Course and outcome of patients in vegetative state of nontraumatic aetiology. J Neurol Neurosurg Psychiatry 1993;56:407-9.

52. Bates D. Defining prognosis in medical coma. J Neurol Neurosurg Psychiatry 1991;54:569-71.

53. Shewmon DA, De Giorgio CM. Early prognosis in anoxic coma: reliability and rationale. Neurol Clin 1989;7:823-43.

54. Childs A. The PLEXUS parameters: results of the 'PLEXUS conference.' Brain Inj 1991;5:73-6.

55. Sazbon L, Fuchs C, Costeff H. Prognosis for recovery from prolonged posttraumatic unawareness: logistic analysis. J Neurol Neurosurg Psychiatry 1991;54:149-52.

56. Levy DE, Caronna JJ, Singer BH, Lapinski RH, Frydman H, Plum F. Predicting outcome from hypoxic-ischemic coma. JAMA 1985;253:1420-6.

57. Walshe TM, Leonard C. Persistent vegetative state: extension of the syndrome to include chronic disorders. Arch Neurol 1985;42:1045-7.

58. Ashwal S. The persistent vegetative state in children. In: Fukuyama Y, Suzuki Y, Kamoshita S, Casaer P, eds. Fetal and perinatal neurology. Basel, Switzerland: S. Karger, 1992:357-66.

59. Jones DG. Brain birth and personal identity. J Med Ethics 1989;15:173-8, 185.

60. Korein J. Ontogenesis of the fetal nervous system: the onset of brain life. Transplant Proc 1990;22:982-3.

61. Brazelton TB. Neonatal behavioral assessment scale. Clinics in developmental medicine no. 50. London: Spastics International Medical; 1973.

62. Knobloch H, Stevens F, Malone AF, eds. Gesell and Amatruda's manual of developmental diagnosis: the evaluation and management of normal and abnormal neuropsychologic development in infancy and childhood. 4th ed. Philadelphia: Harper & Row, 1980.

63. Smith SA. Sleep disorders in children. In: Swaiman KF, ed. Pediatric neurology: principles and practice. Vol. 1. St. Louis: C.V. Mosby, 1989: 149-56.

64. Electroencephalography and evoked response. In: Fenichel GM. Neonatal neurology. 3rd ed. New York: Churchill Livingstone, 1990:225-52.

65. Coulter DL. Is the vegetative state recognizable in infants? Med Ethics Physician 1990;5:13-7.

66. Idem. The vegetative state in infants: criteria and prognosis. Ann Neurol 1991;30:473. abstract.

67. Aylward GP, Lazzara A, Meyer J. Behavioral and neurological characteristics of a hydranencephalic infant. Dev Med Child Neurol 1978;20:211-7.

68. Shewmon DA, Holmes GL. Brainstem plasticity in congenitally, decerebrate children. Brain Dev 1990;12:664. abstract.

69. Ingvar DH, Brun A, Johansson L, Samuelsson SM. Survival after severe cerebral anoxia with destruction of the cerebral cortex: the apallic syndrome. Ann N Y Acad Sci 1978;315:184-214.

70. Relkin NR, Petito CK, Plum F. Coma and the vegetative state associated with thalamic injury after cardiac arrest. Ann Neurol 1990;28:221-2. abstract.

71. Kinney HC, Korein J, Panigrahy A, Dikkes P, Goode R. Neuropathological findings in the brain of Karen Ann Quinlan — the role of the thalamus in the persistent vegetative state. N Engl J Med 1994;330:1469-75.

72. Strich SJ. Diffuse degeneration of the cerebral white matter in severe dementia following head injury. J Neurol Neurosurg Psychiatry 1956;19: 163-85.

73. Idem. Shearing of nerve fibres as a cause of brain damage due to head injury: a pathological study of twenty cases. Lancet 1961;2:443-8.

74. Adams JH, Graham DI, Murray LS, Scott LO. Diffuse axonal injury due to nonmissile head injury in humans: an analysis of 45 cases. Ann Neurol 1982;12:557-63.

75. McClellan DR, Adams DI, Graham AE, et al. The structural basis of the vegetative state and prolonged coma after non-missile head injury. In: Papo I, Cohadon F, Massarotti M, eds. Le coma traumatique. Padova, Italy: Liviana Editrice, 1986:165-85.

76. Chatrian E. Coma and brain death. In: Daly DD, Pedley TA, eds. Current practice of clinical electroencephalography. 2nd ed. New York: Raven Press, 1990:465-8.

77. Danze F, Brule JF, Haddad K. Chronic vegetative state after severe head injury: clinical study, electrophysiological investigations and CT scan in 15 cases. Neurosurg Rev 1989;12;Suppl 1:477-99..

78. Hansotia PL. Persistent vegetative state: review and report of electrodiagnostic studies in eight cases. Arch Neurol 1985;42:1048-52.

79. Shuttleworth E. Recovery to social and economic independence from prolonged postanoxic vegetative state. Neurology 1983;33:372-4.

THE NEW ENGLAND JOURNAL OF MEDICINE

80. Oksenberg A, Cohen M, Sazbon L, Becker E. Sleep in prolonged coma-tose patients. In: Horne J, ed. Sleep '88. Stuttgart, Germany: Gustav Fischer Verlag, 1989:286-8.

81. Mizrahi EM, Pollack MA, Kellaway P. Neocortical death in infants: behavioral, neurologic, and electroencephalographic characteristics. Pediatr Neurol 1985;1:302-5.

82. Brierley JB, Graham DI, Adams JH, Simpson JA. Neocortical death after cardiac arrest: a clinical, neurophysiological, and neuropathological report of two cases. Lancet 1971;2:560-5.

83. Tsubokawa T, Yamamoto T, Katayama Y. Prediction of outcome of prolonged coma caused by brain damage. Brain Inj 1990;4:329-37.

84. Ashwal S, Schneider S, Thompson J. Xenon computed tomography measuring cerebral blood flow in the determination of brain death in children. Ann Neurol 1989;25:539-46.

85. Ahmed I. Use of somatosensory evoked responses in the prediction of outcome from coma. Clin Electroencephalogr 1988;19:78-86.

86. Frank LM, Furgiuele TL, Etheridge JE Jr. Prediction of chronic vegetative state in children using evoked potentials. Neurology 1985;35:931-4.

87. White LE, Frank LM, Furgiuele TL, Montes JE, Etheridge JE. Prognostic value of BAEP with near- and far-field SSEP in childhood coma. Neurology 1985;35:Suppl 1:199. abstract.

88. Brunko E, Zegers de Beyl D. Prognostic value of early cortical somatosensory evoked potentials after resuscitation from cardiac arrest. Electroencephalogr Clin Neurophysiol 1987;66:15-24.

89. Sonnet ML, Percot D, Bouffard Y, Floret D, Foumet A, Motin J. Les potentiels évoqués somesthésiques et auditifs précoces dans les comas anoxiques: intérêt dans le bilan lésionnel et valeur pronostique. Presse Med 1990;19:166-9.

90. Judson JA, Cant BR, Shaw NA. Early prediction of outcome from cerebral trauma by somatosensory evoked potentials. Crit Care Med 1990;18:363-8.

91. Houlden DA, Li C, Schwartz ML, Katic M. Median nerve somatosensory evoked potentials and the Glasgow Coma Scale as predictors of outcome in comatose patients with head injuries. Neurosurgery 1990;27:701-8.

92. Zegers de Beyl D, Brunko E. Prediction of chronic vegetative state with somatosensory evoked potentials. Neurology 1986;36:134.

93. Tsao CY, Ellingson RJ, Wright FS. Recovery of cognition from persistent vegetative state in a child with normal somatosensory evoked potentials. Clin Electroencephalogr 1991;22:141-3.

94. Home AL, Cant BR, Shaw NA. Central somatosensory conduction time in comatose patients. Ann Neurol 1979;5:379-84.

95. Lindsay K, Pasaoglu A, Hirst D, Allardyce G, Kennedy I, Teasdale G. Somatosensory and auditory brain stem conduction after head injury: a comparison with clinical features in prediction of outcome. Neurosurgery 1990;26:278-85.

96. Rappaport M, McCandles KL, Rand W, Kraft MC. Passive P300 response in traumatic brain injury patients. J Neuropsychiatry Clin Neurosci 1991;3:180-5.

97. Mutoh K, Nakagawa Y, Hojo H. CT appearance of children in a persistent vegetative state. Brain Dev 1987;9:605-9.

98. Coulter DL. Neurologic uncertainty in newborn intensive care. N Engl J Med 1987;316:840-4.

99. Shalit MN, Beller AJ, Feinsod M. Clinical equivalents of cerebral oxygen consumption in coma. Neurology 1972;22:155-60.

100. DeVolder AG, Goffinet AM, Bol A, Michel C, de Barsy T, Laterre C. Brain glucose metabolism in postanoxic syndrome: positron emission tomographic study. Arch Neurol 1990;47:197-204.

101. Momose T, Matsui T, Kosaka N, et al. Effect of cervical spinal cord stimulation (cSCS) on cerebral glucose metabolism and blood flow in a vegetative patient assessed by positron emission tomography (PET) and single photon emission computed tomography (SPECT). Radiat Med 1989;7:243-6.

102. Chugani HT, Phelps ME, Mazziotta JC. Positron emission tomography study of human brain functional development. Ann Neurol 1987;22:487-97.

103. Jaggi JL, Obrist WD, Gennarelli TA, Langfitt TW. Relationship of early cerebral blood flow and metabolism to outcome in acute head injury. J Neurosurg 1990;72:176-82.

104. Muizelaar JP, Marmarou A, DeSalles AAF, et al. Cerebral blood flow and metabolism in severely head-injured children: part 1: relationship with GCS score, outcome, ICP, and PVI. J Neurosurg 1989;71:63-71.

105. Ashwal S, Schneider S, Tomasi L, Thompson J. Prognostic implications of hyperglycemia and reduced cerebral blood flow in childhood near-drowning. Neurology 1990;40:820-3.

106. Ingvar DH. Cerebral blood flow and metabolism in complete apallic syndromes, in states of severe dementia, and in akinetic mutism. Acta Neurol Scand 1973;49:233-44.

107. Oder W, Goldenberg G, Podreka I, Deecke L. HM-PAO-SPECT in persistent vegetative state after head injury: prognostic indicator of the likelihood of recovery? Intensive Care Med 1991;17:149-53.

108. Agardh CD, Rosen I, Ryding E. Persistent vegetative state with high cerebral blood flow following profound hypoglycemia. Ann Neurol 1983;14:482-6.

# SPECIAL ARTICLE

## MEDICAL ASPECTS OF THE PERSISTENT VEGETATIVE STATE

### (Second of Two Parts)

THE MULTI-SOCIETY TASK FORCE ON PVS*

### PROGNOSIS FOR RECOVERY

There are two dimensions of recovery from a persistent vegetative state: recovery of consciousness and recovery of function. Recovery of consciousness can be verified by reliable evidence of awareness of self and the environment, consistent voluntary behavioral responses to visual and auditory stimuli, and interaction with others. Recovery of function is characterized by communication, the ability to learn and to perform adaptive tasks, mobility, self-care, and participation in recreational or vocational activities. Recovery of consciousness may occur without functional recovery, but functional recovery cannot occur without recovery of consciousness. In some instances, during the early stages of recovery of consciousness, external manifestations may not be immediately apparent. Repeated examinations over time are necessary to ensure the consistency and accuracy of signs of recovery.

The prognosis for cognitive and functional recovery depends on the cause of the underlying brain disease. The Glasgow Outcome Scale classifies outcome in five categories: good recovery, moderate disability, severe disability, persistent vegetative state, and death.[108] Patients with a good recovery have the capacity to resume normal occupational and social activities, although there may be minor physical or mental deficits or symptoms. Patients with moderate disability are independent and can resume almost all activities of daily living. They are disabled to the extent that they can no longer participate in a variety of social and work activities. Patients with severe disability are no longer capable of engaging in most previous personal, social, and work activities. Such patients have limited communication skills and abnormal behavioral and emotional responses. They are partially or totally dependent on assistance from others in performing the activities of daily living.

#### Acute Traumatic and Nontraumatic Injuries

Recovery of consciousness after 12 months is unlikely in adults and children who have had traumatic injuries. Recovery of consciousness after three months is rare in adults and children with nontraumatic injuries (Fig. 1 and Tables 3 and 4).

#### Traumatic Injuries in Adults

For patients in a vegetative state as a result of traumatic brain injury, the prognosis for recovery remains unfavorable. Recovery of consciousness and function was determined by reviewing data from previously described series of patients rather than individual case reports. Data were available on 434 patients in a vegetative state one month after a severe head injury (Fig. 1 and Table 3).[47,49,50,106,109,110] (and Tillet JA: personal communication). Recovery of consciousness varied with time. Three months after injury, 33 percent of the patients had recovered consciousness; 67 percent had died or remained in a vegetative state. Recovery had occurred in 46 percent of the patients at 6 months and in 52 percent at 12 months. Recovery after 12 months was reported in only 7 of the 434 patients.[47,49] One patient recovered consciousness 30 months after injury and remained severely disabled.[110] The Traumatic Coma Data Bank study reported that 6 of 93 adult patients in a vegetative state recovered consciousness one to three years after injury.[49] Four of these six patients had severe disability, and one had moderate disability; the status of the sixth patient could not be determined. Five of the six patients were under 30 years of age. There have been no other well-documented reports of recovery of consciousness in patients in a persistent vegetative state more than 12 months after a traumatic injury.

Good recovery of function is also unlikely. Among the 434 patients in a vegetative state, the outcome at one year, according to the Glasgow Outcome Scale, was as follows: 33 percent had died, 15 percent were in a persistent vegetative state, 28 percent had severe disability, 17 percent had moderate disability, and 7 percent had a good recovery. Of the 7 percent of patients who had a good recovery, over half showed signs of improvement within three months after injury, and almost all within six months after injury. For the entire group of 434 patients, the incidence of a good recovery beginning 6 to 12 months after injury was less than 0.5 percent. No patient had a recovery that began after 12 months. Among patients

Address reprint requests to the Multi-Society Task Force on PVS, American Academy of Neurology, 2221 University Ave. S.E., Minneapolis, MN 55414.

This statement has been approved by the American Academy of Neurology, Child Neurology Society, American Neurological Association, American Association of Neurological Surgeons, and American Academy of Pediatrics. This literature search, correspondence, and other documents generated by the task force are available through the American Academy of Neurology in Minneapolis.

*The members of the task force are Stephen Ashwal, M.D., cochairman (Loma Linda University School of Medicine, Loma Linda, Calif.), Child Neurology Society; Ronald Cranford, M.D., cochairman (Hennepin County Medical Center, Minneapolis), American Academy of Neurology; James L. Bernat, M.D. (Dartmouth Medical School, Hanover, N.H.), American Academy of Neurology; Gastone Celesia, M.D. (Loyola University Stritch School of Medicine, Maywood, Ill.), American Neurological Association; David Coulter, M.D. (Boston University School of Medicine, Boston), Child Neurology Society; Howard Eisenberg, M.D. (Maryland Institute of Emergency Medical Services Systems, Baltimore), American Association of Neurological Surgeons; Edwin Myer, M.D. (Medical College of Virginia, Richmond), American Academy of Pediatrics; Fred Plum, M.D. (New York Hospital–Cornell University Medical College, New York), American Neurological Association; Marion Walker, M.D. (Primary Children's Hospital and Medical Center, Salt Lake City), American Academy of Pediatrics; Clark Watts, M.D. (University of Texas Health Sciences Center, San Antonio), American Association of Neurological Surgeons; and Teresa Rogstad, project coordinator, American Academy of Neurology.

The New England Journal of Medicine
Downloaded from nejm.org on August 23, 2017. For personal use only. No other uses without permission.
Copyright © 1994 Massachusetts Medical Society. All rights reserved.



**Figure 1.** Outcome for Patients in a Persistent Vegetative State (PVS) after a Traumatic or Nontraumatic Injury.

Fifty-two percent of adults and 62 percent of children who are in a PVS one month after a traumatic injury recover consciousness within one year. The majority recover within the first six months; recovery after six months is unusual. In contrast, for patients in a PVS one month after a nontraumatic injury, recovery of consciousness is much less frequent (15 percent of adults and 13 percent of children) and is extremely unlikely after three months. Approximately 5 percent of patients in a PVS 1 month after injury were lost to follow-up at 12 months.

who recovered with moderate or severe disability, almost all showed signs of improvement within six months after injury. A later recovery was almost invariably associated with severe disability.

Age is an important factor affecting outcome. Among patients who have had traumatic injuries, those over the age of 40 years have a smaller chance of improvement than those who are younger; recovery without severe disability is rare, especially after three months.[47] Ventilatory dysfunction, lack of early motor reactivity, late-onset epilepsy, or the development of hydrocephalus may also indicate a poorer prognosis for recovery of awareness.[55,112]

*Nontraumatic Injuries in Adults*

Adults in a coma immediately after a nontraumatic injury have a poorer prognosis than those in a coma after a traumatic injury, with 85 percent or more dying within the first month after the insult or remaining in a vegetative state.[52,56] Later recovery of consciousness and function was determined by reviewing data from previously described series consisting of 169 patients who were in a vegetative state one month after a nontraumatic injury (Fig. 1 and Table 3).[37,42,43,51] Recovery of consciousness after a nontraumatic injury is unlikely. Of the 169 patients with such injuries, only 11 percent had recovered consciousness three months

after injury; 89 percent remained in a vegetative state or had died (Fig. 1 and Table 3). Six months after injury, only two additional patients had recovered consciousness. One year after injury, 15 percent of the 169 patients had recovered consciousness, 32 percent were in a persistent vegetative state, and 53 percent had died.

Recovery of function in the 15 percent of patients who regained consciousness was extremely poor. Only one patient had a good recovery. Two additional reports of individual patients with good functional recovery after nontraumatic injury have been published. In both patients, improvement began within two months after a hypoxic injury.[78,113] There have been reports of five other patients who began to recover from a vegetative state more than six months after a nontraumatic injury. Two had moderate disability, and three had severe disability (Table 5).

*Traumatic Injuries in Children*

Recovery of consciousness and function in children after a traumatic injury was determined by reviewing data on 106 patients in previously reported series (Fig. 1 and Table 3)[46,110,117-119] (and Tillet JA: personal communication). The prognosis for recovery of consciousness after a traumatic injury is slightly better in children than in adults (Fig. 1). Of the 106 children in a

The New England Journal of Medicine
Downloaded from nejm.org on August 23, 2017. For personal use only. No other uses without permission.
Copyright © 1994 Massachusetts Medical Society. All rights reserved.

vegetative state one month after a severe head injury, 24 percent had regained consciousness within three months. At one year, only 29 percent remained in a vegetative state, 9 percent had died, and 62 percent had recovered consciousness. None of the children recovered consciousness after 12 months.

Recovery of function was comparable to that in the adults. At one year, 35 percent of the children had severe disability, 16 percent had moderate disability, and 11 percent had made a good recovery. As in adults, if recovery of consciousness from the post-traumatic vegetative state began before six months, a higher functional grade of recovery was likely.[118] However, some children had a good recovery at six months or had only moderate disability at one year, whereas in adults recovery after six months was usually associated with severe disability.

### Nontraumatic Injuries in Children

The prognosis for recovery after nontraumatic injuries in children appears to be similar to the prognosis for adults. However, the available data are limited, since previously described series total only 45 patients (Fig. 1 and Table 3).[4,66,86] Recovery of consciousness in children, as in adults, was primarily observed within the first three months after injury. By that time,

Table 4. Probability of Recovery of Consciousness and Function at 12 Months in Adults and Children in a Persistent Vegetative State (PVS) Three or Six Months after Traumatic or Nontraumatic Injury.*

| OUTCOME | ADULTS | | CHILDREN | |
|---|---|---|---|---|
| | TRAUMATIC INJURY (N = 434) | NONTRAUMATIC INJURY (N = 169) | TRAUMATIC INJURY (N = 106) | NONTRAUMATIC INJURY (N = 45) |
| | *% of patients (99% confidence interval)* | | | |
| **Patients in PVS for 3 months†** | | | | |
| Death | 35 (27–43) | 46 (31–61) | 14 (1–27) | 3 (0–11) |
| PVS | 30 (22–38) | 47 (32–62) | 30 (13–47) | 94 (83–100) |
| Severe disability | 19 (12–26) | 6 (0–13) | 24 (8–40) | 3 (0–11) |
| Moderate disability or good recovery | 16 (10–22) | 1 (0–4) | 32 (15–49) | 0 |
| **Patients in PVS for 6 months‡** | | | | |
| Death | 32 (21–43) | 28 (12–44) | 14 (0–31) | 0 |
| PVS | 52 (40–64) | 72 (56–88) | 54 (30–78) | 97 (89–100) |
| Severe disability | 12 (4–20) | 0 | 21 (1–41) | 3 (0–11) |
| Moderate disability or good recovery | 4 (0–9) | 0 | 11 (0–26) | 0 |

*Conditional probabilities were determined from data in Table 3. The numbers of patients given in parentheses refer to the numbers of patients who were in a vegetative state one month after injury.
†A total of 218 adults with traumatic injuries, 77 adults with nontraumatic injuries, 50 children with traumatic injuries, and 31 children with nontraumatic injuries.
‡A total of 123 adults with traumatic injuries, 50 adults with nontraumatic injuries, 28 children with traumatic injuries, and 30 children with nontraumatic injuries.

Table 3. Incidence of Recovery of Consciousness and Function in Adults and Children in a Persistent Vegetative State (PVS) after Traumatic or Nontraumatic Brain Injury.*

| OUTCOME AND FUNCTIONAL RECOVERY† | 3 MONTHS | 6 MONTHS | 12 MONTHS |
|---|---|---|---|
| | *% of patients* | | |
| **Adults** | | | |
| Traumatic injury (n = 434) | | | |
| Death | 15 | 24 | 33 |
| PVS | 52 | 30 | 15 |
| Recovery of consciousness | 33 | 46 | 52 |
| Severe disability | | | 28 |
| Moderate disability | | | 17 |
| Good recovery | | | 7 |
| Nontraumatic injury (n = 169) | | | |
| Death | 24 | 40 | 53 |
| PVS | 65 | 45 | 32 |
| Recovery of consciousness | 11 | 15 | 15 |
| Severe disability | | | 11 |
| Moderate disability | | | 3 |
| Good recovery | | | 1 |
| **Children** | | | |
| Traumatic injury (n = 106) | | | |
| Death | 4 | 9 | 9 |
| PVS | 72 | 40 | 29 |
| Recovery of consciousness | 24 | 51 | 62 |
| Severe disability | | | 35 |
| Moderate disability | | | 16 |
| Good recovery | | | 11 |
| Nontraumatic injury (n = 45) | | | |
| Death | 20 | 22 | 22 |
| PVS | 69 | 67 | 65 |
| Recovery of consciousness | 11 | 11 | 13 |
| Severe disability | | | 7 |
| Moderate disability | | | 0 |
| Good recovery | | | 6 |

*Data were collected from series of patients in a PVS one month after injury and do not include individual case reports. Some patients who recovered consciousness died within 12 months after injury or were lost to follow-up. The data for nontraumatic injuries reflect all causes, not just postanoxic injury; for this category alone, the prognosis is poorer than that suggested by the data.
†Data on functional recovery are for patients who had recovered consciousness within 12 months after injury.

11 percent of the patients had regained consciousness; by one year, only an additional 2 percent had recovered consciousness. At one year, the majority of the children remained in a vegetative state (65 percent) or had died (22 percent). Apparent recovery of consciousness after one year has been reported in several children in a vegetative state after a hypoxic–ischemic injury.[119] However, these children recovered a level of function described as socially responsive, meaning that they smiled in response to the presence of other people but without other evidence of awareness. The prognosis for recovery from a vegetative state in young infants with birth injuries and perinatal asphyxia is more variable than in older infants and children.[3,4,58,66]

The prognosis for recovery of function in children with a nontraumatic injury is somewhat better than that for adults. Of the 13 percent of children who recovered consciousness, 6 percent had a good recovery, and the other 7 percent had severe disability; there were no reports of moderate disability.

### Degenerative and Metabolic Diseases

Patients in a vegetative state due to degenerative or metabolic diseases have no possibility of recovery. Some patients may temporarily lapse into a vegetative state when systemic illness causes a reversible depression of neurologic function. This possibility must be considered before determining that a patient's vegetative state is irreversible.

### Developmental Malformations

Infants and children with brain malformations severe enough to cause a developmental vegetative state are unlikely to become conscious; those who do are in

The New England Journal of Medicine
Downloaded from nejm.org on August 23, 2017. For personal use only. No other uses without permission.
Copyright © 1994 Massachusetts Medical Society. All rights reserved.

Table 5. Verified Reports of Five Patients with a Late Recovery from a Persistent Vegetative State (PVS).*

| REPORT | AGE (YR)/SEX OF PATIENT | CAUSE OF PVS | DURATION OF PVS (MO) | OUTCOME |
|---|---|---|---|---|
| Arts et al.[111] | 18/F | Trauma | 30 | Severe disability |
| Rosenberg et al.[115] | 43/M | Anoxia | 17 | Severe disability |
| Higashi et al.[42] | 61/F | Subarachnoid hemorrhage | 36 | Moderate disability |
| | 26/M | Anoxia | 8 | Moderate disability |
| Snyder et al.[116] | 36/M | Anoxia | 22 | Severe disability |

*These are published cases in which sufficient information was available to conclude that late recovery of awareness occurred. Late recovery from a PVS was defined as recovery of consciousness more than 12 months after a traumatic injury or more than 3 months after a nontraumatic injury. The exact duration of the vegetative state in the patients reported by Higashi et al. is uncertain. An additional patient reported by Tanhehco and Kaplan[114] was said to be in a PVS for six years; the clinical data were insufficient to include in this table.

most cases severely disabled. Anencephaly is the only malformation for which it is clear at birth that there is no possibility of recovery of consciousness. The complete absence of the cerebral cortex in anencephalic infants precludes consciousness.[20]

Other malformations diagnosed at birth may result in a vegetative state. If the patient remains in a vegetative state at three months of age, the prognosis for any improvement is quite poor.[16,68] Lack of evidence of consciousness in such infants by the age of six months almost completely precludes the potential for future improvement.

### Verified and Unverified Late Recovery

Few patients in a persistent vegetative state have undergone a verified recovery of consciousness more than 12 months after a traumatic injury or more than 3 months after a nontraumatic injury (Table 5). One patient recovered 30 months after a traumatic brain injury; four patients recovered 8 to 22 months after a hypoxic–ischemic or cerebrovascular injury. An additional six patients, described in the study by the Traumatic Coma Data Bank, were reported to have recovered consciousness beginning one to three years after injury. Further investigation of these six patients suggests that only half recovered awareness after one year; one was moderately disabled, and the others had severe disabilities.[4] Two recent studies in adults and children have also reported that a few patients with traumatic and nontraumatic injuries recovered consciousness after the expected intervals.[119,120] The task force knows of no other cases of verified late recovery.

Several reports in the popular media have described dramatic recovery from a persistent vegetative state. In most reports, recovery of consciousness and function occurred within the time frames noted above.[121] Unusual cases in the medical literature or popular media are poorly documented, the nature of the patients' neurologic condition is unclear, or the timing of the entry into the vegetative state is extremely atypical.[114,122] A tabular summary of these cases is available from the task force. Several of these reports have been investigated by members of the task force, and it appears likely that, although the patients were not directly examined, a late recovery of consciousness did occur. The total number of such patients is extremely

small, however, considering the estimated prevalence of the persistent vegetative state, and all were apparently left with severe disability.

### Probability of Recovery

On the basis of the data in the series noted above, we have estimated the probability of recovery of consciousness in adults and children who were in a vegetative state one month after an acute traumatic or nontraumatic injury (Table 4). The outcome probability at 12 months was determined in patients who remained in a vegetative state at 3 months and at 6 months. In addition, the probability of functional recovery was determined for two possible outcomes: good recovery or recovery with moderate disability, and recovery with severe disability. On the basis of these probabilities, a persistent vegetative state can be judged to be permanent 12 months after a traumatic injury in adults and children; recovery after this time is exceedingly rare and almost always involves a severe disability. In adults and children with nontraumatic injuries, a persistent vegetative state can be considered to be permanent after three months; recovery does occur, but it is rare and at best associated with moderate or severe disability.

### SURVIVAL

Despite the preservation of hypothalamic and brain-stem function, the severe neurologic injury necessary to produce the vegetative state in adults and children reduces the average life expectancy to approximately two to five years. Survival beyond 10 years is unusual. As shown in Figure 1 and Table 3, within one year after a traumatic injury, 33 percent of adults in a vegetative state had died, and 53 percent of those in a vegetative state after a nontraumatic injury had died. Among children with traumatic and nontraumatic injuries, 9 and 22 percent, respectively, had died within one year.

Overall, the available data (based on 251 patients in four large series) indicate that the mortality rate for adults in a persistent vegetative state after an acute brain injury is 82 percent at three years and 95 percent at five years[33,42,51,112] (tabular data are available from the task force). In a study of 110 patients, the mortality rate increased from 65 to 73 percent between 3 and 5 years, and 90 percent of the patients had died within 10 years; the average life expectancy of the 71 patients who died was 38.4 months.[42] Another study of 53 patients in a persistent vegetative state six months after an acute injury reported a mortality rate of 47 percent at three years, 76 percent at six years, and 78 percent at eight years.[33] The mean duration of survival was 4.4 years; five patients survived longer than 10 years.

Other investigators studying somewhat different populations of patients in a persistent vegetative state have reported similar estimates of survival. For example, in a study by Tresch and colleagues, the mean (±SD) survival of 51 patients in a persistent vegetative state in nursing homes was 3.3±0.5 years.[59] Among adults with degenerative diseases who enter a

The New England Journal of Medicine
Downloaded from nejm.org on August 23, 2017. For personal use only. No other uses without permission.
Copyright © 1994 Massachusetts Medical Society. All rights reserved.

vegetative state, survival ranges from 3.5 to 7 years.[57] In all these, a few patients lived for periods as long as 10 to 16 years.

Estimates of the survival of infants and children in a persistent vegetative state, based on the clinical experience of pediatric neurologists, were published recently.[10] These estimates range from $4.1 \pm 0.7$ years, for infants up to 2 months of age, to $7.4 \pm 1.8$ years, for children 7 to 18 years old. A large population-based study examining 847 children and adults considered to be in a persistent vegetative state reported approximately the same duration of survival among older children but a much shorter survival among children under the age of one year.[40] Rare cases of survival as long as 10 to 20 years were also noted in the survey of pediatric neurologists.[10]

A very small number of well-described patients in a persistent vegetative state have survived for more than 15 years (data available from the task force), including three patients who survived for more than 17, 37, and 41 years.[29,123,124] Considering the small total number of patients in a persistent vegetative state, the probability that an individual patient will have such a prolonged survival (i.e., over 15 years) is exceedingly low, probably less than 1 in 15,000 to 75,000 (calculations available from the task force).

The shortened life expectancy of patients in a persistent vegetative state is due to several factors. Reported causes of death (based on data from 143 patients) include infection, usually of the pulmonary or urinary tract (in 52 percent of patients); generalized systemic failure (in 30 percent); sudden death of unknown cause (in 9 percent); respiratory failure (in 6 percent); and other disease-related causes, such as recurrent strokes or tumors (in 3 percent).[23,37,112] Age is also an important factor; both young infants and children and the elderly have a shorter life expectancy than do young or middle-aged adults. Whether this is related to the cause of the vegetative state or to the risks of subsequent medical complications is unknown. In addition, there have been no formal studies of the effect of the level of care on the life expectancy of patients in a persistent vegetative state.

The costs of caring for patients in a persistent vegetative state are difficult to estimate. The cost of hospital care for the first three months is estimated to be $149,200.[125] The estimated cost of long-term care in a skilled nursing facility ranges from approximately $350 per day ($126,000 per year) to approximately $500 per day ($180,000 per year).[124] For children in a persistent vegetative state, the estimated annual cost of care at home is $129,000 ($\pm$$51,000) for the first year and $97,000 for subsequent years.[126] A rough approximation of the total annual costs in the United States for the care of adults and children in a persistent vegetative state is $1 billion to $7 billion.

## PAIN AND SUFFERING

The question has been raised whether patients in a persistent vegetative state can experience pain and suffering. These terms refer to the unpleasant experiences that occur in response to stimulation of peripheral nociceptive receptors and their peripheral and central afferent pathways or that may emanate endogenously from the depths of human self-perception.[127]

The term "nociceptive" refers only to the response to noxious stimuli, not to the experience of pain. Nociceptive responses, which can be elicited at every level of the nervous system, from the spinal cord to the thalamus, are behavioral responses governed by functional motor systems. Such responses consist of flexor spasms at the spinal level, flaccid lower extremities and extended upper extremities at the lower level of the brain stem, extensor spasms of all extremities at the upper level of the brain stem, and flexor responses in the upper extremities and extensor responses in the lower extremities at the thalamic level. None of these responses necessarily reflect the perception of pain. Nociceptive stimulation elicits well-known, unconscious postural responses, as well as other motor, autonomic, and endocrinologic reflexive responses. None of these, however, can evoke the experience of pain and suffering if the brain has lost its capacity for self-awareness. The perceptions of pain and suffering are conscious experiences: unconsciousness, by definition, precludes these experiences.

Four levels of neurologic responses to nociceptive stimuli, from unconscious responses to the experience of pain and suffering, can be recognized on the basis of current anatomical knowledge. First, monosynaptic reflex responses occur at the level of the spinal cord through synapses connecting incoming nociceptive impulses with motor responses programmed at that level. Second, simple nociception occurs at the level of the thalamus with the reception of nociceptive impulses. Third, subcortical nociceptive responses produce patterned behaviors, such as grimace-like or crying-like behavior similar to that accompanying conscious emotional responses. These responses, commonly seen in patients in a persistent vegetative state, are probably mediated at subcortical levels through synaptic connections between the thalamus and limbic system. Finally, conscious awareness of pain or the experience of suffering occurs at a cortical level through synapses connecting parietal cortical neurons with other areas of the cerebral cortex. Conscious (i.e., learned) responses to pain differ measurably from the reflexive decorticate or decerebrate postural responses that usually characterize a persistent vegetative state.

As noted in the first part of this article, extensive clinical experience, the results of positron-emission tomographic (PET) studies, and neuropathologic examination support the belief that patients in a persistent vegetative state are unaware and insensate and therefore lack the cerebral cortical capacity to be conscious of pain. Almost all such patients have some degree of motor activity and eye movement that would be capable of signaling conscious perception of pain or suffering if such existed. In rare cases, it may be difficult to distinguish a persistent vegetative state from a severe locked-in state. Under such unusual cir-

The New England Journal of Medicine
Downloaded from nejm.org on August 23, 2017. For personal use only. No other uses without permission.
Copyright © 1994 Massachusetts Medical Society. All rights reserved.

cumstances, a patient may not be able to express be-havioral responses to painful stimuli or the responses may be extremely difficult to detect; the absence of a response cannot be taken as proof of the absence of consciousness.[21,128]

Because the pain response is functional at all levels up to the cerebrum, but not necessarily the cortex, at birth, children of all ages are capable of responding to noxious stimuli.[129,130] Newborns may have the poten-tial to experience pain and suffering. Infants over sev-eral months of age are consciously aware and capable of suffering. Children in a vegetative state may react to noxious stimuli, but for the same reason as in adults, they cannot experience pain or suffering. Such children may have involuntary responses to noxious stimuli, including alerting behavior, grunting, or gri-mace-like or crying-like behavior. The elicitation of these responses is unlikely to be evidence of conscious awareness of pain or suffering unless they are consis-tent, sustained, and definitive in nature.

## Treatment

Therapy aimed at reversing the persistent vegeta-tive state has not been successful.[131,132] There have been occasional reports of a benefit from dopamine agonists or dextroamphetamine, but the benefit has been modest at best, and there have been no placebo-controlled or double-blind studies.[133] Direct electrical stimulation of the mesencephalic reticular formation, nonspecific thalamic nuclei, or dorsal columns has been attempted experimentally in patients in a vegeta-tive state, with claims of recovered consciousness in a few instances.[134-135] The quality of the recovered state was not described in detail, however, and these ap-proaches remain experimental. Reports of improve-ment with coma stimulation programs have been pub-lished, but there are no verified controlled studies reported in peer-reviewed journals.[132,137-142] Overall, there is no published evidence that coma sensory stim-ulation improves the clinical outcome in patients in a persistent vegetative state.

### Determining the Level of Treatment

When the diagnosis of a persistent vegetative state has been properly established, physicians have the re-sponsibility of discussing with the family or surrogate decision makers the probability that the patient will recover or remain in a vegetative state. Physicians should also work closely with the family to determine the appropriate level of medical treatment. There are four levels of treatment: high-technology "rescue" treatments, such as mechanical ventilation, dialysis, and cardiopulmonary resuscitation; medications and other commonly ordered treatments, including antibi-otics and supplemental oxygen; hydration and nutri-tion; and nursing or home care to maintain personal dignity and hygiene.[143]

When there is agreement on the appropriate level of treatment, the physicians should provide nurses, fam-ily members, or others caring for the patient with ex-plicit written instructions about which treatments can

be administered and which should be withheld. At all times, the patient's dignity and hygiene must be main-tained.

If the decision is to treat the patient aggressively, diligent medical treatment and nursing care are re-quired to prevent and treat the complications that are likely or inevitable in states of severe brain damage.[131] The survival of patients in a persistent vegetative state is, to some degree, related to the quality and intensity of the medical treatment and nursing care that they receive.

Preventive care is foremost. Daily exercises in a range of movements slow the formation of limb con-tractures, which otherwise become particularly se-vere in patients in a persistent vegetative state. Daily skin care and frequent repositioning of the patient prevent decubitus ulcers. A tracheostomy may be required to maintain airway patency and prevent aspiration pneumonia. Bladder and bowel care is de-sirable for hygienic reasons. Since pulmonary and uri-nary tract infections are common, appropriate moni-toring and, if necessary, treatment with antibiotics are required. Placement of nasogastric, gastrostomy, or jejunostomy feeding tubes is usually necessary to maintain adequate nutrition and hydration.

Several medical societies and interdisciplinary bod-ies have asserted that surrogate decision makers and patients acting through advance directives have the right to terminate all forms of life-sustaining medical treatment, including hydration and nutrition, in adult patients in a persistent vegetative state.[2,8,11,16-18,41] These organizations include the President's Commis-sion for the Study of Ethical Problems in Medicine and Biomedical and Behavioral Research (1983), the Hastings Center (1987), the American Academy of Neurology (1989), the American Medical Association (1990), and the United Kingdom Institute of Medical Ethics Working Party on the Ethics of Prolonging Life and Assisting Death (1991). Surrogates and families should be given appropriate psychosocial and reli-gious counseling as they face decisions about termina-tion of treatment. Specific clinical guidelines are avail-able for physicians terminating treatment in adult patients in a persistent vegetative state.[8,16,18,143] There are no well-accepted clinical guidelines for withdraw-ing nutrition and hydration from children in a persist-ent vegetative state or from adults in such a state who have never been competent. It should be emphasized that confirmation of a persistent vegetative state is not the only criterion that can or should be considered in decisions concerning life support in newborns, infants, children, or adults. Numerous judicial decisions over the past two decades have also addressed this issue, and the process of surrogate decision making may be limited or affected by the statutes of a particular state.[11,12,144-149]

Few data have been collected concerning the care given to patients in a persistent vegetative state and whether the care they receive affects the incidence of medical complications or their life expectancy. An epi-demiologic study of patients in a persistent vegetative

The New England Journal of Medicine
Downloaded from nejm.org on August 23, 2017. For personal use only. No other uses without permission.
Copyright © 1994 Massachusetts Medical Society. All rights reserved.

state living in nursing homes found that each received an average of 3.7 prescribed medications daily and had an average of 1.2 hospitalizations during their stay in the nursing home.[39] Less than half the patients had do-not-resuscitate orders written in their charts.

## Withdrawing Artificial Nutrition and Hydration

When artificial nutrition and hydration are withdrawn, patients in a persistent vegetative state usually die within 10 to 14 days.[150] The immediate cause of death is dehydration and electrolyte imbalance rather than malnutrition; patients in a persistent vegetative state cannot experience thirst or hunger.[151] Some patients die from intercurrent acute illnesses, such as pneumonia. Others may die from underlying cardiac or renal disease when medications are also discontinued.

Appropriate nursing care can prevent the most common signs of acute dehydration, such as dryness of the skin and mucous membranes of the mouth and eyes.[152] Facial swelling from prolonged administration of artificial nutrition and hydration decreases as the patient becomes progressively dehydrated; during the last few days of life, facial features may assume a more normal appearance. When dehydration leads to systemic hypotension, some patients in a vegetative state slip into a coma, whereas others continue to have periods of wakefulness and sleep–wake cycles until they die. Except for dryness of the skin and mucous membranes, it is not readily apparent to family or health care professionals that a patient in a vegetative state is dying of acute dehydration. Such patients also do not manifest the characteristic signs of malnutrition after depletion of nutrients over a prolonged period.

## FUTURE DIRECTIONS

Although investigators have learned much about the persistent vegetative state over the past two decades, several areas deserve additional study. In the area of epidemiology, improved data on the incidence, prevalence, and natural history of the persistent vegetative state would be available if health authorities recorded such a state in patients, in addition to its underlying cause. More careful clinical studies of individual patients could provide data to determine which clinical findings are critical for the diagnosis of a persistent vegetative state. Future PET studies should measure regional cerebral blood flow or glucose metabolism in response to visual, auditory, and somatosensory stimulation, to determine whether depressed cortical regions in patients in a persistent vegetative state can be activated by peripheral sensory stimuli. A confirmation of the absence of evoked activity on the PET scan would help defend the assertion that patients in a persistent vegetative state are completely unaware and insensate.[21] Single-photon-emission computed tomography (SPECT) may be used to study changes in blood flow. SPECT findings generally parallel PET findings, but SPECT units are less expensive and more widely available. Finally, studies

should include larger numbers of patients in a persistent vegetative state to establish clinical predictors of recovery of consciousness, other neurologic functions, and survival based on age, cause of the vegetative state, and other comorbid factors. Outcome studies should determine the degree of disability in patients with a late recovery of consciousness. Studies of children with developmental disorders causing a persistent vegetative state may show how they differ from patients in a vegetative state as a result of injuries or degenerative or metabolic disorders.

We are indebted to the following people, who served as consultants to the task force and reviewed this document: George Annas, J.D., Richard Beresford, M.D., Elizabeth M. Boggs, Ph.D., Reinder Braakman, M.D., Arthur Caplan, Ph.D., John J. Caronna, M.D., Allen Childs, M.D., Peggy C. Ferry, M.D., Norman Fost, M.D., M.P.H., John Freeman, M.D., Robert G. Grossman, M.D., Deborah G. Hirtz, M.D., Bryan Jennett, M.D., Howard H. Kaufman, M.D., Arthur F. Kohrman, M.D., Robert L. Kriel, M.D., Nicholas J. Lenn, M.D., David E. Levy, M.D., Thomas G. Luerssen, M.D., Joanne Lynn, M.D., Lawrence F. Marshall, M.D., Robert L. McLaurin, M.D., Michael P. McQuillen, M.D., Jan M. Minderhoud, M.D., Patricia A. Murphy, R.N., Allan H. Ropper, M.D., Jay Rosenberg, M.D., Leon Sazbon, M.D., Alan Shewmon, M.D., David A. Stumpf, M.D., François Tasseau, M.D., H. Rutherford Turnbull III, Kenneth A. Vatz, M.D., and Deborah Webb, R.N.

## REFERENCES

108. Jennett B, Bond M. Assessment of outcome after severe brain damage: a practical scale. Lancet 1975;1:480-4.
109. Alberico AM, Ward JD, Choi SC, Marmarou A, Young HF. Outcome after severe head injury: relationship to mass lesions, diffuse injury, and ICP course in pediatric and adult patients. J Neurosurg 1987;67:648-56.
110. Groswasser Z, Sazbon L. Outcome in 134 patients with prolonged posttraumatic unawareness: part 2: functional outcome of 72 patients recovering consciousness. J Neurosurg 1990;72:81-4.
111. Arts WFM, Van Dongen HR, Van Hof-Van Duin J, Lammens E. Unexpected improvement after prolonged posttraumatic vegetative state. J Neurol Neurosurg Psychiatry 1985;48:1300-3.
112. Sazbon L, Groswasser Z. Medical complications and mortality of patients in the postcomatose unawareness (PC-U) state. Acta Neurochir (Wien) 1991;112:110-2.
113. Falk RH. Physical and intellectual recovery following prolonged hypoxic coma. Postgrad Med J 1990;66:384-6.
114. Tanhehco J, Kaplan PE. Physical and surgical rehabilitation of patient after 6-year coma. Arch Phys Med Rehabil 1982;63:36-8.
115. Rosenberg GA, Johnson SF, Brenner RP. Recovery of cognition after prolonged vegetative state. Ann Neurol 1977;2:167-8.
116. Snyder BD, Cranford RE, Rubens AB, Bundlie S, Rockswold GE. Delayed recovery from postanoxic persistent vegetative state. Ann Neurol 1983;14:152. abstract.
117. Lange-Cosack H, Riebel U, Grumme T, Schlesener HJ. Possibilities and limitations of rehabilitation after traumatic apallic syndrome in children and adolescents. Neuropediatrics 1981;12:357-65.
118. Kriel RL, Krach LE, Sheehan M. Pediatric closed head injury: outcome following prolonged unconsciousness. Arch Phys Med Rehabil 1988;69:678-81.
119. Kriel RL, Krach LE, Jones-Saete C. Outcome of children with prolonged unconsciousness and vegetative states. Pediatr Neurol 1993;9:362-8.
120. Andrews K. Recovery of patients after four months or more in the persistent vegetative state. BMJ 1993;306:1597-600.
121. Cole HA, Jablow MM. One in a million. Boston: Little, Brown, 1990.
122. Steinbock B. Recovery from the persistent vegetative state? The case of Carrie Coons. Hastings Cent Rep 1989;19:14-5.
123. Sibbison JB. USA: right to live, or right to die? Lancet 1991;337:102-3.
124. Field RE, Romanus RJ. A decerebrate patient: eighteen years of care. Conn Med 1981;45:717-23.
125. Papazian LA. Guidelines for revenue: traumatic brain injury. Princeton, N.J.: American Re-Insurance Company, 1990.
126. Fields AI, Coble DH, Pollack MM, Cuerdon TT, Kaufman J. Outcomes of children in a persistent vegetative state. Crit Care Med 1993;21:1890-4.
127. Casey KL, ed. Pain and central nervous system disease: the central pain syndromes: the Bristol-Myers Squibb Symposium on Pain Research. New York: Raven Press, 1991.

The New England Journal of Medicine
Downloaded from nejm.org on August 23, 2017. For personal use only. No other uses without permission.
Copyright © 1994 Massachusetts Medical Society. All rights reserved.

128. McQuillen MP. Can people who are unconscious or in the "vegetative state" perceive pain? Issues Law Med 1991;6:373-83.

129. Anand KJS, Hickey PR. Pain and its effects in the human neonate and fetus. N Engl J Med 1987;317:1321-9.

130. The plasticity and complexity of the nociceptive system. In: McGrath PA. Pain in children: nature, assessment, and treatment. Vol. 2 of Comprehensive neurologic rehabilitation. New York: Guilford Press, 1990:88-110.

131. Whyte J, Glenn MB. Management of the patient in a persistent vegetative state: current status and needed research. In: Bach-y-Rita P, ed. Traumatic brain injury. New York: Demos Publications, 1989:13-29.

132. Wood RL. Critical analysis of the concept of sensory stimulation for patients in vegetative states. Brain Inj 1991;5:401-9.

133. Haig AJ, Ruess JM. Recovery from vegetative state of six months' duration associated with Sinemet (levodopa/carbidopa). Arch Phys Med Rehabil 1990;71:1081-3.

134. Tsubokawa T, Yamamoto T, Katayama Y, Hirayama T, Maejima S, Moriya T. Deep-brain stimulation in a persistent vegetative state: follow-up results and criteria for selection of candidates. Brain Inj 1990;4:315-27.

135. Kanno T, Kamel Y, Yokoyama T, Shoda M, Tanji H, Nomura M. Effects of dorsal column spinal cord stimulation (DCS) on reversibility of neuronal function — experience of treatment for vegetative states. PACE Pacing Clin Electrophysiol 1989;12:733-8.

136. Katayama Y, Tsubokawa T, Yamamoto T, Hirayama T, Miyazaki S, Koyama S. Characterization and modification of brain activity with deep brain stimulation in patients in a persistent vegetative state: pain-related late positive component of cerebral evoked potential. PACE Pacing Clin Electrophysiol 1991;14:116-21.

137. LeWinn EB, Dimancescu MD. Environmental deprivation and enrichment in coma. Lancet 1978;2:156-7.

138. DeYoung S, Grass RB. Coma recovery program. Rehabil Nurs 1987;12:121-4.

139. Wood RL, Winkowski TB, Miller JL, Tierney L, Goldman L. Evaluating sensory regulation as a method to improve awareness in patients with altered states of consciousness: a pilot study. Brain Inj 1992;6:411-8.

140. Andrews K. Managing the persistent vegetative state. BMJ 1992;305:486-7.

141. Doman G, Wilkinson R, Dimancescu MD, Pelligra R. The effect of intense multi-sensory stimulation on coma arousal and recovery. Neuropsychol Rehabil 1993;3:202-12.

142. Pierce JP, Lyle DM, Quine S, Evans NJ, Morris J, Fearnside MR. The effectiveness of coma arousal intervention. Brain Inj 1990;4:191-7.

143. Cranford RE. Termination of treatment in the persistent vegetative state. Semin Neurol 1984;4:36-44.

144. National Center for State Courts. Guidelines for state court decision making in the life-sustaining medical treatment cases. 2nd ed. rev. St. Paul, Minn.: West Publishing, 1993.

145. Hastings Center. Guidelines on the termination of life-sustaining treatment and care of the dying. Briarcliff Manor, N.Y.: Hastings Center, 1987.

146. Jennett B, Boyd KM. Managing the persistent vegetative state. BMJ 1992;305:886-7.

147. Jennett B. Letting vegetative patients die. BMJ 1992;305:1305-6.

148. Weiner JD. Legal issues regarding patients in coma or in persistent vegetative state. Phys Med Rehabil 1990;4:569-78.

149. Weir RF, Gostin L. Decisions to abate life-sustaining treatment for nonautonomous patients: ethical standards and legal liability for physicians after Cruzan. JAMA 1990;264:1846-53.

150. Alfonso I, Lanting WA, Duehan D, Cullen RF, Papazian O. Discontinuation of artificial hydration and nutrition in hopelessly vegetative children. Ann Neurol 1992;32:454-5. abstract.

151. Ahronheim JC, Gasner MR. The sloganism of starvation. Lancet 1990;335:278-9.

152. Printz LA. Is withholding hydration a valid comfort measure in the terminally ill? Geriatrics 1988;43:84-8.

The New England Journal of Medicine
Downloaded from nejm.org on August 23, 2017. For personal use only. No other uses without permission.
Copyright © 1994 Massachusetts Medical Society. All rights reserved.

**4**

# BRAIN
# INJURY
# MEDICINE

PRINCIPLES AND PRACTICE

It may be that the reduced life expectancy of relatively high-functioning persons with TBI in part reflects an increased rate of unnatural deaths associated with behavioral problems.

- APOE 4. It is also possible that the APOE 4 allele plays a role. As noted by Baguley et al. (15) in citing Teasdale et al. (83) and Friedman et al. (84), patients with the APOE 4 allele are more likely to suffer unfavorable outcome after severe traumatic brain injury. Recent research (85, 86) on this issue has found that the presence of the APOE 4 allele is associated with poorer memory performance and rehabilitation outcome after TBI. Research by Lieberman et al. (87), however, did not show a consistent influence of APOE genotype on outcome. We are not aware of any data on the independent effect of this allele on long-term survival.
- Quality of care is addressed separately in section 8.
- Other factors relevant to life expectancy in the general population are also relevant for persons with

TBI. These include pre-injury health status and history of smoking, alcohol and drug abuse, obesity, etc. Scientific literature on the effect of most of these factors is available.

- There are factors uncommon in the general population that can affect the mortality risk of persons with TBI. Examples are difficulties with chewing and swallowing, contractures, pressure sores (for persons with limited mobility), bowel and bladder dysfunction, frequency of infections, and psychological factors (attitude to the disability, depression, aggressive behavior, etc.). For many of these factors, published studies of the effect on mortality are not available.

## 6. NEW ESTIMATES OF LIFE EXPECTANCY IN TBI

Tables 17-2 and 17-3 show our most recent findings (49). These represent a refinement of the data presented in our







ELSEVIER

# Life Expectancy and Median Survival Time in the Permanent Vegetative State

David J. Strauss, PhD*, Robert M. Shavelle, PhD*†, and Stephen Ashwal, MD‡

The authors studied life expectancy and risk factors for mortality of persons in the vegetative state (VS). The study participants were 1,021 California patients in the VS during 1981-1996. Because of the large sample size, the authors were able to use multivariate methods to assess the effect of several risk factors on mortality. The authors found a strong secular trend in infant mortality, with rates in the mid-1990s being only one third of those in the early 1980s ($P < 0.01$). A smaller secular trend was observed for children aged 2-10 years and none for older patients. The mortality risk for older patients fell by approximately 8% for each year since the onset of the VS. The need for gastrostomy feeding was associated with a substantially higher risk, especially for infants and older patients ($P < 0.01$). Ventilator dependence also appeared to be a risk factor. On the basis of recent mortality rates, life expectancy in the VS is frequently higher than has generally been thought. For example, it is 10.5 additional years (± 2 years) for a 15-year-old patient who has been in the VS for 1 year, and 12.2 years for a 15-year-old patient who has been in the VS for 4 years. © 1999 by Elsevier Science Inc. All rights reserved.

Strauss DJ, Shavelle RM, Ashwal S. Life expectancy and median survival time in the permanent vegetative state. Pediatr Neurol 1999;21:626-631.

## Introduction

The vegetative state (VS) has been described as a condition of complete unawareness accompanied by sleep-wake cycles and at least partial preservation of hypothalamic and brainstem functions [1]. If present for 1 month or more, the condition has been described as a persistent VS. Recovery of consciousness from a post-traumatic VS is rare after 12 months and is rare after 3 months in the case of a nontraumatic VS [1]. Such persons are consid-

ered to be in a permanent VS. The prevalence of persons in the VS in the United States has been estimated at 4,000-10,000 children and 20,000-35,000 adults [1].

The duration of survival in the VS has been extensively studied [1-15]. The issue is important for planning the resources needed to care for a given individual and is a factor in assessing the national overall cost of care of persons in the VS. It is well known that life expectancy in the VS is substantially reduced; what is much less clear is by how much and how the result is affected by factors such as the patient's age and need for special assistance or care.

The Multi-Society Task Force on the Persistent Vegetative State [1] summarized the duration of survival time thus: "... life expectancy ranges from 2 to 5 years; survival beyond 10 years is unusual." However, this statement needs considerable qualification and is overly pessimistic in many cases:

1. The statement reflects a widespread confusion over the terms *median survival time* and *life expectancy*. The former is the time at which half of a cohort will have died; the latter is the arithmetic mean of the survival times [16]. In high-risk groups, such as patients in the VS, the life expectancy is considerably longer than the median survival time [16]. In the great majority of studies of persons with disabilities the measure reported is actually the median survival time rather than life expectancy (the mean). The life expectancy is more difficult to compute because it is based on a life table and requires mortality rates at all ages [17]; it may also be less useful clinically, because it is sensitive to a few individuals with exceptionally long survival times.
2. Many of the commonly cited studies are 10-20 years old, and do not reflect the technologic advances that have been made in the care of the VS patient [6,7,13, 15]. The authors will return to this point.
3. Virtually all the studies demonstrate a very high mortality rate during the first year after the onset of the VS

From the *Department of Statistics and †University of California Riverside Life Expectancy Project; University of California; Riverside; and ‡Department of Pediatrics; Loma Linda School of Medicine; Loma Linda, California

Communications should be addressed to:
Dr. Strauss; Department of Statistics; University of California; Riverside, CA 92521-0138.
Received March 5, 1999; accepted May 3, 1999

© 1999 by Elsevier Science Inc. All rights reserved.
PII S0887-8994(99)00051-X • 0887-8994/99/$20.00

[1,8,9], but the mortality rate falls appreciably for patients who survive this initial period. In consequence, a patient who has been in the VS for 1 year or more has a greater median survival time than one who has just entered the VS. It is the latter that has generally been reported.

4. The populations studied in some of the reports consist of persons who are elderly or in infancy. The life expectancy of such persons cannot be assumed to apply to adolescents or young adults.

5. It is possible that life support has been withdrawn from some persons in the VS [2]. Data are difficult to obtain, but in one study of patients who had a locked-in syndrome [1] for more than 1 year, 81% survived at least 5 additional years [4,5]. This information is noteworthy because although locked-in syndrome resembles the VS in some respects, withdrawal of support would presumably never be considered.

In a study of 849 patients in the VS, Ashwal et al. [3] considered the effect of age and other factors on duration of survival. They reported median survival times of less than 5 years for infants less than 2 years of age but almost 10 years for patients older than 18 years of age. The median survival times reportedly decrease for more elderly patients with severe traumatic brain injury [14,18]. There do not appear to be other published studies of the effect of risk factors on survival in the VS, perhaps because this requires larger samples than have generally been available. As a result the wide disparities in published reports with respect to the populations studied and the survival rates reported are not well understood.

The present study is based on a large group of persons in the VS, which permitted the authors to take into account several important risk factors simultaneously. Factors considered included etiology, the need for special equipment (gastrostomy and ventilator dependence), the time since the onset of the VS, and the secular trend (systematic change with respect to year of onset). The authors focused on the period beginning 1 year after onset of the VS. By this time the condition can be considered permanent in almost all patients. The authors' purposes were to determine what effect these four risk factors, singly or in combination, have on the duration of survival in the VS and to develop a procedure for estimating the median survival time and life expectancy for a patient with a given profile of risk factors.

## Methods

*Patients and Instrument.* The authors reviewed data collected from the Client Development Evaluation report (CDER) [19] from January 1981 to December 1996. A CDER is filled out approximately annually for all 194,168 persons with neurologic deficits or other developmental disabilities who have received medical care or other assistance from the State of California. The CDER includes 261 items, including demographic information, etiology, associated medical conditions, level of motor functioning, self-care, and cognitive functioning. Because of the high

cost of care for patients in the VS, it is believed that almost all such patients receive state assistance and are therefore included in the database. In addition, the database contains some cases in which the VS is a consequence of traumatic brain injury.

*Mortality Data.* Mortality information was obtained by matching annual computer tapes issued by the California Department of Health Services to the authors' CDER database. California law requires all deaths in the state to be reported to the department.

*Vegetative State.* The operational definition of the VS was the same as that used by Ashwal et al. [3] in their earlier study of the same population, namely that the patient's functioning is at the lowest level on 15 items of the CDER. The items included mobility (patient must be unable to lift head when lying on stomach, lack hand and arm use, and be unable to crawl, creep, or scoot); self-care (no self-care skills, fed entirely by others); and cognitive skill (no receptive or expressive language or communication). The reliability of these items has been investigated elsewhere and judged to be satisfactory [20–23].

*Statistical Analysis.* The authors began by identifying the starting and ending time of each patient's period of being in the VS. The starting date was the later of the date of the first VS CDER evaluation and 1 year after the time of onset of the VS. The ending date was the earliest date of the following: (1) December 31, 1996 (the end of the study period); (2) the date of death; (3) 15 months after the date of the last of the consecutive VS CDER evaluations if not followed by a non-VS CDER evaluation; and (4) the time of the last evaluation of being in the VS if this was followed by a non-VS evaluation. The purpose was to conservatively identify a period during which each patient could be considered to be in the VS.

The authors used the Pooled Repeated Observations approach to model the mortality rates in terms of risk factors [24–26]. In this method the units of analysis are the consecutive months each patient contributes between the starting and ending dates. The choice of months as the unit is arbitrary; any short interval would yield virtually identical results [27]. There were in all 25,960.9 months drawn from 1,021 patients, of whom 394 died during their time in the study, for an overall mortality rate of 182 deaths per 1,000 person-years. With each month, the authors associated the following risk factors: (1) a binary variable indicating whether the patient died or survived that month; (2) the patient's age that month; (3) the calendar year in which the month fell; (4) the time since the onset of the VS (because the onset of VS occurred at birth for many of the young children, the time since onset was highly correlated with age in that group; and, because current age was already factored into the model, the authors chose to work with the time since onset only for patients 10 years of age or older); (5) the patient's sex; (6) a binary variable for whether the patient was fed by gastrostomy tube that month; and (7) a similar variable for use of a ventilator.

Age, calendar year, and time since onset were all modeled both with linear and higher polynomial terms and with indicator variables for various intervals. To choose the most parsimonious model the authors used Wald and deviance statistics for nested models and the Akaike information criterion otherwise [28].

The authors also worked with a grouping of the etiology of the patient's condition; the categories were congenital abnormalities, traumatic injury, near drowning, and other/unspecified. The authors were, however, unable to find meaningful differences in survival between the groups, and the variable was excluded from further analysis.

In the primary analysis the authors used logistic regression [29] to analyze the effect of the risk factors on the mortality rates. The resulting mortality estimates are thus computed under the assumption that the patient remains in the VS throughout (i.e., that the patient is in a permanent VS). This approach is preferable to the more common cohort survival analysis, which would include patients who made some recovery.

Survival curves and life expectancies were computed by using the mortality rates from the logistic analysis to construct life tables [17]. Age-specific mortality rates for the tables were obtained using the logistic regression model for the first 15 years in the study and standard models for age-specific mortality thereafter [30]. Standard methods for

Table 1.   Risk factors by percentage and crude mortality rates*

| | Percentage | Mortality Rate per 1,000 Person-Years |
|---|---|---|
| Current age | | |
| < 24 mo | 14 | 452 |
| 2-5 yr | 22 | 202 |
| 5-10 yr | 21 | 131 |
| 10-20 yr | 19 | 126 |
| 20-30 yr | 13 | 93 |
| 30-50 yr | 10 | 55 |
| ≥ 50 yr | 2 | 277 |
| Time since injury (yr) | | |
| 1-3 | 46 | 256 |
| 3-6 | 28 | 135 |
| 6-9 | 13 | 109 |
| ≥ 9 | 12 | 66 |
| Sex | | |
| Male | 53 | 186 |
| Female | 47 | 172 |
| Special aids | | |
| Gastrostomy and ventilator | 2 | 283 |
| Gastrostomy, no ventilator | 54 | 217 |
| Neither | 44 | 128 |
| Calendar year† | | |
| 1981-1987 | 42 | 229 |
| 1988-1992 | 36 | 149 |
| 1993-1996 | 22 | 135 |

* Based on 25,961.9 person-months and 394 deaths.
† The current year, not the year of injury.

Table 2.   Logistic regression analysis* of the effect of risk factors on mortality rates

| Variable | Risk Ratio† | 95% Confidence Interval |
|---|---|---|
| Each year since onset of VS for persons ≥ 10 yr | 0.92‡ | 0.87, 0.99 |
| Age (yr) and feeding tube status§ | | |
| Age 0-2 | | |
| Tube fed | 3.57 | 1.64, 7.76 |
| Not tube fed | 1.46 | 0.66, 3.25 |
| Age 2-5 | | |
| Tube fed | 1.55 | 0.72, 3.05 |
| Not tube fed | 1.48 | 0.78, 3.09 |
| Age 5-10 | | |
| Tube fed | 1.17 | 0.59, 2.32 |
| Not tube fed | 0.76 | 0.34, 1.70 |
| Age 10-30 | | |
| Tube fed | 2.46 | 1.50, 4.04 |
| Not tube fed | 1 | — |
| Ventilator use | 1.66 | 0.95, 2.90 |
| Secular trend | | |
| Age < 2 yr‖ | | |
| 1981-1984 | 3.04 | 1.64, 5.65 |
| 1985-1992 | 1.75 | 0.95, 3.20 |
| 1993-1996 | 1 | |
| Age 2-10 yr¶ | | |
| 1981-1984 | 2.21 | 1.36, 3.59 |
| 1985-1992 | 1.16 | 0.75, 1.81 |
| 1993-1996 | 1 | |

* The "Pooled Repeated Measures" method [24]; unit of analysis is a person-month rather than a person. Thus the calendar years, ages, tube feeding status, etc. refer to the person-month in question, not to date of birth or onset.
† Mortality risk relative to the reference group.
‡ Indicates an 8% (1-0.92) reduction in risk for each year between the first and tenth years after onset of the VS.
§ Compared with the reference group, which consisted of persons 10-30 years of age who were not tube fed. The odds ratio for the latter is set at 1 by convention. The comparisons in this section of Table 2 apply to mortality in 1993-1996.
‖ Comparison of mortality rates for infants < 2 years of age across the study period, using the late period (1993-1996) as reference. Mortality rates in 1981-1984 were estimated to be 3.04 times higher than in 1993-1996, other factors being equal.
¶ Comparison of mortality rates for children 2-10 years of age across the study period.
Abbreviation:
VS = Vegetative state

computing confidence bounds on the survival functions and derived quantities are not available in this situation, but conservative confidence intervals (i.e., upper bounds for the confidence intervals) on the life expectancies were derived from the corresponding standard errors of the estimated hazard rates.

## Results

Table 1 presents the data on the 25,961 person-months (drawn from 1,021 patients in the VS) for age, calendar year, and other factors. Table 1 also provides the death rates per 1,000 person-years for each item. These mortality comparisons are crude, or univariate, in that no adjustment was made for the effect of other factors.

Table 1 reveals that 14% of the data were derived from infants younger than 2 years of age and that the mortality rate during this time was a high 452 deaths per 1,000 person-years. The bulk of the remaining data was derived from children and young adolescents, and the crude mortality rate declined steadily with age until after 50 years of age. A feeding tube was used during 56% of the study intervals, and the mortality rate for tube-fed patients was almost double that of patients who were fed orally. Ventilator dependence was uncommon (2%), but it too was associated with higher mortality.

Table 2 presents the results of the logistic regression analysis that estimated the effects of the risk factors simultaneously. The first variable was the time since the onset of the VS, beginning 1 year after onset. A simple

linear trend was the most parsimonious model. During the first 10 years after the onset of the VS, mortality declined by an estimated 8% (1-0.92) per year, other factors held constant ($P < 0.05$). Thus the chance of dying in the next year for a patient who has been in the VS for 7 years is only 60% (= $0.92^6$) of its value for a patient in the VS for 1 year. The linearly declining trend during the first 10 years was statistically significant ($P < 0.05$). There were insufficient data to permit inferences about the trend after the first 10 years.

Mortality risk depended both on age and on the need for tube feeding rather than oral feeding. The risks in Table 2 are relative to the reference group (persons 10-30 years of age who were not tube fed) for whom the relative risk was



*Figure 1. Survival curves (TSO: Time since onset). Also see Table 3 for median survival times and life expectancies.*

taken to be 1 by convention. Tube-fed infants younger than 2 years of age were subject to the highest mortality. Mortality was lower for children 2-10 years of age, and need for tube feeding made little difference in this group. The disparity was much greater for young adults, with a relative risk of 2.46 ($P < 0.05$). Results for patients older than 30 years of age are not given here because the data for that range of ages were rather sparse. Ventilator dependence also appeared to be a risk factor. Almost all ventilator-dependent patients were fed by gastrostomy tube; among such patients, ventilator dependence was associated with a 66% increase in risk ($P < 0.05$, one-tailed test).

Secular trends were related to the age of the patient. For infants younger than 2 years of age, mortality rates fell steadily throughout the study period: in the mid-1990s, rates were only one third of their values at the beginning of the study period (early 1980s). For children 2-10 years of age, a smaller decline occurred from the early 1980s, and the rates appeared to level off thereafter. There was no indication of a secular trend for patients 10 years of age or older.

The authors were unable to detect significant differences in survival associated with the following factors: sex, etiology, ethnicity (coded as white/nonwhite), type or frequency of seizures, type of residence (e.g., family home, group home, state institution), number of associated severe medical conditions (as indicated by Internation Classification of Diseases, 9th revision codes with "severe" impact on the CDER).

Figure 1 presents four illustrative survival curves derived from this analysis. The results have been applied to 1-year-old infants born in 1980 and in the mid-1990s and to 15-year-old patients who had been in the VS for 1 year

and for 4 years. It was not appropriate to stratify the analysis according to mode of feeding or ventilator dependence because many patients experienced a change in either or both of these factors during their time in the VS. The mortality rates were therefore derived from a reanalysis with these factors excluded. The graph illustrates the marked improvement in the survival of infants during the 1981-1996 study period.

Table 3 gives the median survival times and life expectancies for the survival curves of Figure 1. The estimated life expectancy doubled, from 3.6 to 7.2 years. Life expectancies for a 15-year-old patient were higher—10.5 years if the patient was in the VS for 1 year and 12 if for 4 years. As indicated the authors found no secular trend in survival for patients 10 years of age or older, so these results apply to both the 1980s and mid-1990s.

**Table 3.** Median survival times (years) and life expectancies (years) for data in Figure 1, with 95% confidence intervals

| | Median Survival Time (Estimated 95% CI) | Life Expectancy (Estimated 95% CI) |
|---|---|---|
| Age 1 | | |
| 1980 onset | 1 (0.7, 1.6) | 3.6 (2.5, 5.4) |
| 1993-1996 mortality rates | 4.2 (2.4, 8) | 7.2 (4.7, 10.6) |
| Age 15 | | |
| 1 yr after onset | 5.2 (3.7, 7.3) | 10.5 (7.2, 15.1) |
| 4 yr after onset | 7 (5.1, 10.2) | 12.2 (8.6, 17.2) |
| Abbreviation: | | |
| CI = Confidence interval | | |

## Discussion

The results of the present study reveal that the life expectancy of patients who have been in the VS for 1 year or more is greater than has generally been thought. Although life expectancies in the range of 2-5 years have been previously cited [1], the authors obtained life expectancies of 10-12 years for patients 15 years of age. The life expectancy will be still higher if the patient is fed orally. There are several reasons for the common underestimation of life expectancies in children and young adults in the VS:

1. The confusion of life expectancy with median survival time, the latter being a shorter duration for persons in the VS.
2. The reliance on studies performed at a time when mortality rates in the VS were higher.
3. The choice of the onset of the VS as the starting time, rather than the first year after onset as in the present study. It has been estimated that 33-53% of adults in the VS die within the first year [2], although children in the VS may have better short-term survival prospects [31].
4. The lower mortality rates in the VS for children and young adults vs infants that had not been well documented.
5. Possible inclusion of patients whose death was the result of a decision to withdraw life support.

The mortality rates observed in the present study, although lower than those reported elsewhere, are conservative: if anything, they overestimate the true mortality rates and thus lead to underestimates of life expectancy. The reasons are as follows:

1. The authors' approach assumes that no patient will recover from the VS after 1 year, although in practice a small number may do so. In this respect the authors' analysis is more conservative than that of Ashwal et al. [3], who monitored all individuals with two consecutive evaluations meeting the VS criteria. The authors found that among such patients, approximately one third of those who survived several additional years had improved and no longer met the criteria. It may be that many of the patients demonstrating improvement had been in a minimally conscious state (in which the person demonstrates minimal but definite behavioral evidence of self or environmental awareness [32]) rather than a VS. In the present analysis, but not in the previous study, a patient is in effect censored [28] at the time of an evaluation demonstrating improvement.
2. The authors excluded intervals between evaluations in which the patient improved from the VS to a higher level. If the patient had been in the VS for a portion of that time, that portion would not be counted in the denominator of the deaths/exposure ratio.
3. Any deaths as a result of withdrawal of support in the

authors' data would inflate mortality rates over their natural levels.

Because of the large sample size available for the present study, it was possible to assess the effect of a number of risk factors simultaneously. There was a clear reduction in the mortality risk when the time since the onset of the VS increased, other factors were held constant. This reduction is consistent with a healthy survivor effect.

Regarding age, mortality was greatest for infants younger than 2 years of age. For patients who could be fed orally, mortality declined with age thereafter, at least to 30 years of age. This pattern differs from those in some other reports. For example, in a large study of mortality after traumatic brain injury, mortality was elevated in children younger than 12 years of age but increased steadily thereafter [18]. Like most studies of mortality after traumatic brain injury, however, this was not specific to the VS and focused on short-term mortality rates. The decrease in risk for the orally fed patient as age increases may reflect an effect of etiology. The authors were unable to identify an association between etiology and risk. However, the etiology of the VS could not be determined for many patients, and the proportion of cases resulting from injury rather than congenital defects probably increases with age. Thus patients with injuries may tend to survive longer than those with congenital defects. Further investigation is needed.

A decline in infant mortality was clearly evident, with rates falling by approximately two thirds during the 16-year study period when other factors were held constant. This pattern was not observed for older patients in the VS and also contrasts with California studies of mortality in cerebral palsy [33,34] and traumatic brain injury [35], in which little or no secular trend was observed. The finding suggests an improvement in quality of care for infants in the VS, although it is not clear which aspects of care are responsible. It is unlikely to be related to the increased use of ventilators for patients in the VS because this practice was uncommon during the 1980s. It is the authors' impression, however, that heroic measures to sustain infants with severe neurologic deficits have become steadily more common in the past 20 years.

Patients with gastrostomies were subject to higher mortality than those fed orally, particularly for infants and older patients. Presumably, tube feeding is primarily a marker for increased risk of, or susceptibility to, recurrent aspiration, respiratory infections, gastroesophageal reflux, and other upper esophageal dysfunction rather than being a direct risk factor in its own right, although this has not been adequately investigated [27,36-39]. Similar remarks apply to the higher mortality of ventilator-dependent patients.

The VS differs importantly from the locked-in syndrome and the minimally conscious state. Most obviously, considerations of withdrawal of support do not arise in

such conditions. A favorable functional outcome has been demonstrated to be more likely in a minimally conscious state than in the VS [40]. The prognosis for survival in the two conditions has not been compared, and the authors hope to report on this shortly. The authors have insufficient data on persons in a locked-in syndrome to estimate their survival rates or life expectancy.

Finally, when the life expectancy of a patient in the VS is required, it is appropriate and feasible to take into account age, time since onset, and other factors. Furthermore, adjustment to current conditions and mortality rates is preferable to reliance on historic rates. The method developed here and illustrated in Figure 1 can be applied to a patient with any profile of risk factors.

Provision of data from the California Departments of Developmental Services and Health Services is gratefully acknowledged. The authors also thank James White for advice and help with the data.

## References

[1] Multi-Society Task force on the Persistent Vegetative State. Medical aspects of the persistent vegetative state, part I. N Engl J Med 1994;330:1499-508.

[2] Multi-Society Task force on the Persistent Vegetative State. Medical aspects of the persistent vegetative state, part II. N Engl J Med 1994;330:1572-9.

[3] Ashwal S, Eyman RK, Call TL. Life expectancy of children in a persistent vegetative state. Pediatr Neurol 1994;10:27-33.

[4] Haig AJ. The persistent vegetative state (letter). N Engl J Med 1994;331:1380.

[5] Katz RT, Haig AJ, Clark BB. Long-term survival, prognosis, and life-care planning for 29 patients with chronic locked-in syndrome. Arch Phys Med Rehabil 1992;73:403-8.

[6] Higashi K, Sakata Y, Hatano M, et al. Epidemiological studies on patients in persistent vegetative state. J Neurol Neurosurg Psychiatry 1977;40:876-85.

[7] Higashi K, Hatano M, Abiko S, et al. Five year follow-up study of patients with persistent vegetative state. J Neurol Neurosurg Psychiatry 1981;44:552-4.

[8] Sazbon L, Groswasser Z. Outcome in 134 patients with prolonged posttraumatic unawareness. I: Parameters determining late recovery of consciousness. J Neurosurg 1990;72:75-80.

[9] Sazbon L, Groswasser Z. Medical complications and mortality of patients in the postcomatose unawareness (PC-U) state. Acta Neurochir (Wien) 1991;112:110-2.

[10] Roberts AH. Severe accidental head injury: An assessment of long-term prognosis. London: Macmillan Press, 1979:140-51.

[11] Lewin W, Marshall TFD, Roberts AH. Long-term outcome after severe head injury. BMJ 1979;2:1533-8.

[12] Tresch DD, Sims FS, Duthie EH, Goldstein MD, Lane PS. Clinical characteristics of patients in the persistent vegetative state. Arch Intern Med 1991;151:930-2.

[13] Vollmer DG, Torner JC, Jane JA, et al. Age and outcome following traumatic coma: Why do older patients fare worse. J Neurosurg 1991;75:S37-49.

[14] Zafonte RD, Hammond FM, Peterson J. Predicting outcome in the slow to respond brain-injured patient: Acute and subacute parameters. NeuroRehabilitation 1996;6:19-32.

[15] Minderhoud JM, Braakman R. Het vegeterende bestaan. Ned Tijdschr Geneeskd 1985;129:2385-8.

[16] Eyman RK, Strauss DJ, Grossman HJ. Survival of children with severe developmental disability. In: Rosenbloom L, ed. Diagnosis and management of neurological disabilities in childhood. Bailliere's Clinical Pediatrics. London: Bailliere Tindall, 1996:543-56.

[17] Schoen R. Modeling multigroup populations. New York: Plenum Press, 1988:3-24.

[18] Luerssen TG, Klauber MR, Marshall IF. Outcome from head injury related to patient's age: A longitudinal prospective study of adults and pediatric head injury. J Neurosurg 1988;68:409-16.

[19] California Department of Developmental Services. Client development evaluation report. Sacramento: California Department of Developmental Services, 1978.

[20] Arias M, Ito E, Takagi N. Concurrent validity of the client development and evaluation report. In: Silverstein AB, Fluharty AL, eds. Pacific State Archives VIII. Pomona, California: University of California at Los Angeles, Developmental Disabilities Immersion Program, 1983: 28-33.

[21] Harris CW, Eyman RK, Mayeda T. An interrater reliability study of the Client Development Evaluation Report: Final report to the California Department of Developmental Disabilities. Pomona, CA: Retardation Research Center, Lanterman State Hospital, 1982.

[22] Widaman KF, Stacy AW, Borthwick SA. Multitrait-multimethod of evaluating adaptive and maladaptive behavior of mentally retarded people. Presented at the 109th Annual Meeting of the American Association on Mental Deficiency, Philadelphia, Pennsylvania, May 29, 1985.

[23] Widaman KF. Interrater reliability of adaptive behavior assessments: Item and factor levels. Presented at the 92nd Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada, August 1984.

[24] Cupples LA, D'Agostino RB, Anderson K, Kannel WB. Comparison of baseline and repeated measure covariate techniques in the Framingham heart study. Stat Med 1988;7:205-22.

[25] Strauss DJ, Kastner TA. Comparative mortality of people with developmental disability in institutions and in the community. Am J Ment Retard 1996;101:26-40.

[26] Strauss DJ, Kastner TA, Shavelle RM. Mortality in persons with developmental disabilities, 1985-94. Ment Retard 1998;30:368-91.

[27] Strauss DJ, Kastner TA, Ashwal S, White JF. Tubefeeding and mortality in children with severe disabilities and mental retardation. Pediatrics 1997;99:358-62.

[28] Collett D. Modelling survival data in medical research. London: Chapman & Hall, 1994:53-106.

[29] Hosmer D, Lemeshow S. Applied logistic regression. New York: Wiley, 1989.

[30] Strauss DJ, Shavelle RM. Life expectancies of persons with chronic disabilities. J Insurance Med 1998;30:96-108.

[31] Kriel RL, Krach LE, Saete-Jones C. Outcome of children with prolonged unconsciousness and vegetative states. Pediatr Neurol 1993; 9:362-8.

[32] Aspen Consensus Conference. Workgroup on the vegetative and minimally conscious states. Given at the Biomedical Institute, Aspen Colorado, March 19-23, 1996.

[33] Strauss DJ, Shavelle RM. Life expectancy of adults with cerebral palsy. Dev Med Child Neurol 1998;40:369-75.

[34] Strauss DJ, Shavelle RM, Anderson TW. Life expectancy of children with cerebral palsy. Pediatr Neurol 1998;18:143-9.

[35] Strauss DJ, Shavelle RM, Anderson TW. Long-term survival of children and adolescents after traumatic brain injury. Arch Phys Med Rehabil 1998;79:1095-100.

[36] Sulkes S. Life expectancy of profoundly handicapped people. N Engl J Med 1991;324:420.

[37] Kastner T. Association between gastrostomy and death: Cause or effect? Am J Ment Retard 1992;97:351-2.

[38] Smith CD, Otherson HB, Gogan NJ, Walker JD. Nissan fundoplication in children with profound neurological disability. Ann Surg 1992;215:654-9.

[39] Heine RG, Reddihough DS, Catto-Smith AG. Gastro-esophageal reflux and feeding problems after gastrostomy in children with severe neurological impairment. Dev Med Child Neurol 1995;37:320-9.

[40] Giacino JT, Kalmer K. The vegetative and minimally conscious states: A comparison of clinical features and functional outcome. J Head Trauma Rehabil 1997;12:36-51.

5

# ADVERSE EFFECTS

# ASSOCIATED

# WITH

# PHYSICAL RESTRAINT

# Review Paper

# Adverse Effects Associated With Physical Restraint

Wanda K Mohr, PhD, RN, FAAN[1], Theodore A Petti, MD, MPH[2], Brian D Mohr, MD[3]

**Objective:** Restraint use is not monitored in the US, and only institutions that choose to do so collect statistics. In 1999, investigative journalists reported lethal consequences proximal to restraint use, making it a life-and-death matter that demands attention from professionals. This paper reviews the literature concerning actual and potential causes of deaths proximal to the use of physical restraint.

**Method:** Searching the electronic databases Medline, Cinahl, and PsycINFO, we reviewed the areas of forensics and pathology, nursing, cardiology, immunology, psychology, neurosciences, psychiatry, emergency medicine, and sports medicine

**Conclusions:** Research is needed to provide clinicians with data on the risk factors and adverse effects associated with restraint use, as well as data on procedures that will lead to reduced use. Research is needed to determine what individual risk factors and combinations thereof contribute to injury and death.

Information on author affiliations appears at the end of the article.

(Can J Psychiatry 2003;48:330–337)

**Clinical Implications**

- Clinicians should obtain baseline cardiovascular evaluations of psychiatric patients to establish any preexisting cardiac conditions.
- Clinicians should consider risk factors when restraints are used.
- One-to-one observation should be the clinical standard while patients are in restraints.

**Limitations**

- The extent to which restraints can be classified as therapeutic interventions is questionable.
- The extant literature on restraints does not represent a basis upon which clinicians can continue to use restraints uncritically.
- The psychiatric literature has given little attention to the causes of death or injury resulting from physical restraint.

*Key Words: physical restraints, adverse effect, complications, seclusion, death*

As employed in psychiatric settings, physical restraint is a security measure designed to protect patients and staff. However, the extent to which restraints can be classified as therapeutic interventions is questionable: their efficacy as therapeutic measures has not been empirically demonstrated in outcome studies (1). Use of physical restraint cuts across all ages and types of health and human service settings. Reports of lethal consequences proximal to their use raise the issue to a life-and-death matter that demands attention from professionals.

Definitions of restraint range widely, from the concrete and objective definition of the Health Care Financing Administration (HCFA) to the looser definition of the Joint Commission on Accreditation of Health Care Organizations (JCAHO) (2). Broadly, "restraint" refers to physically restricting movement. Most commonly, it refers to confining the limbs on a specially designed bed (that is, "4-point" or "5-point" restraint), but it can also mean restraining patients from a chair, limiting arm or leg movement ("ambulatory restraint"), or restraining the whole body with a camisole or straight jacket. Physical holding and placing children in a papoose are also included in definitions of restraint. Despite their ubiquity in psychiatric settings, the prevalence and use of restraints are not monitored in the US, nor are they reported to any oversight agency. Only institutions that choose to do so collect statistics

330

on restraint use (3). Without such crucial data, the risks from the use of restraints cannot be evaluated empirically.

Legislation passed in 1999 requires US facilities to report deaths proximal to restraint use. Following this legislation, hospitals reported more than 2 deaths a month. The JCAHO also has a process whereby hospitals can report such sentinel events as death and injury, but this is voluntary (3).

Some reports suggest that 37.5% of child or adolescent inpatients may be secluded or restrained in some manner (4). In children, restraint usually occurs as "therapeutic holds"; a JCAHO sentinel events survey documents children dying during such holds (2). A 1999 US government report "found conclusively that children are especially targeted by facility staff for this unsafe practice (restraints), and are at greater risk of injury and death" (3).

The practice of restraint puts both patients and staff at risk for injury and death (2). Moreover, restraints can be traumatic even when they do not result in injury and death (1,5–7). The 1998 *Hartford Courant* investigation noted that, between 1988 and 1998, 142 reported deaths in mental health settings were connected to the use of physical restraint (8). Those who died were disproportionately young children. The *Courant* observed that deaths occurred in all 50 states and that the statistics represented only reported documented deaths. This newspaper exposé, as well as a *Sixty Minutes* documentary of conditions in some psychiatric facilities, prompted a Congressional investigation that confirmed the risks inherent in the use of mechanical restraints (3).

Zusman lists patient actions, improperly applied restraints, and restraint failure as causes of physical injury or death associated with restraint use (2). The types of physical injury or death he lists include dehydration, choking, circulatory and skin problems, loss of strength and mobility, incontinence, and injury from other patients (2). Even though empirical studies associated with restraint use are lacking, professional organizations have recently taken strong stands against restraint use. In this brief review and discussion, we bring together some diverse sources of literature concerning the demonstrated adverse effects related to restraint use in various settings. While acknowledging the dearth of empirical studies and published post mortem data, we also hypothesize about physiological mechanisms that may be implicated in restraint-related death. Finally, we offer observations on the socialization and education of professional caregivers on this subject.

## Restraints and Their Hypothesized Role in Death

With a sparse psychiatric literature, no consensus exists concerning the causes of death and injury associated with restraint use. Related studies are found in the forensic, geriatric, and emergency literatures. With a single exception, a review of the psychiatric literature yields scant discussion of the physiological mechanisms or the cascade of physiological responses associated with states of emotional hyperarousal that may compromise patients physically (9). In 1998, the JCAHO *Sentinel Event Alert* reviewed 20 restraint-related deaths (10). It found that 40% of deaths were caused by asphyxiation, while strangulation, cardiac arrest, or fire caused the remainder. Cardiac arrest resulting in death has many causes. The JCAHO report did not elaborate on the causes of cardiac arrest in the absence of preexisting cardiac conditions, and the etiology remains a subject of speculation. Death from asphyxiation was determined to be related to identifiable factors, such as putting excessive weight on the back of the patient in a prone position, placing a towel or sheet over the patient's head to protect against spitting or biting, or obstructing the airway when pulling the patient's arms across the neck area. These are maneuvers employed in "takedowns" by staff trained to restrain combative patients. The *Hartford Courant* listed the reported causes of restraint- or seclusion-related death as asphyxia, cardiac complications, drug overdoses or interactions, blunt trauma, strangulation or choking, fire or smoke inhalation, and aspiration (8).

## Restraint Asphyxia

Asphyxiation, the most common cause of restraint-related death, is termed "restraint asphyxia" in the forensic and emergency literature (11). Most reports concern adults who often, but not exclusively, have been in police custody. The deaths frequently involve the victims' use of alcohol or some illegal substance. Although psychiatric inpatients generally are not under the influence of such intoxicants, many are prescribed central nervous system depressants as well as other psychotropic medications.

To explain unexpected deaths of apparently healthy persons in restraint, Reay and others studied the physiological effects of positional restraints following exercise (12). Measuring arterial oxygen saturation and heart rates of 10 normal subjects, they found that 9 of the 10 experienced prolonged recovery from exercise under conditions of prone positional restraint. The underlying mechanism was unclear. Potential causal factors identified include restriction of thoracic respiratory movements, airway compromise, and the release of catecholamines during physical exertion. These adverse effects occurred in normal, healthy subjects. We believe that the effects may be even stronger in our compromised psychiatric population. Reay noted in his paper that autopsy findings to support a diagnosis of restraint asphyxia could be meager to nonexistent, with no typical pathological findings on autopsy (11).

Determination of restraint asphyxia must be made based on the historical events surrounding the physical struggle.

Positional asphyxia occurs when the body's position interferes with respiration. In the forensic literature, death from positional asphyxia was found to occur when individuals were placed in a position that did not allow adequate breathing, most often a prone position. This may involve a restrictive or confining position, a simple flexion of the head onto the chest, a partial or complete external airway obstruction, or neck compression. Persons who later died were unable to disengage themselves from the physical or mechanical restraint (13–15). Reay and others also reported fatal positional asphyxia occurring in individuals who were transported in a prone position by law enforcement personnel (13,14). In each case the final fatal event was hypoxia resulting from mechanical interference with respiration. When scholars reviewed 63 cases of asphyxia death following restraint use in individuals ranging in age from 26 weeks to 98 years, they found that restraints had been properly applied in 57 cases (16). This finding suggests that restraints pose an inherent danger to patients even when proper techniques are used. Although fatal positional asphyxia has been documented in adults, it has not been documented in children. However, it is probable that small size alone is a significant factor increasing children's susceptibility to death by this mechanism.

Reay and others also investigated deaths resulting from neck compressions. Neck holds are a commonly employed law enforcement technique used to subdue suspects resisting arrest or to control combative prisoners (17,18). Pressure applied in one such neck hold is intended to impede blood flow in the carotid arteries. Although there may be compensating collateral circulation, occlusion of carotid blood flow can produce carotid sinus stimulation resulting in bradycardia and potential cardiac arrest (17,18). In the second type of neck hold, the intent is to occlude the airway itself by forearm compression collapsing the trachea. As individuals try to free themselves, their struggle strengthens the force around their necks. They become further agitated when they cannot breathe, thus increasing demand for oxygen and intensifying the force even more. Death can result from cardiac arrest secondary to hypoxia. Although Reay's research has primarily involved deaths and injuries in law enforcement situations, it does have implications for psychiatric populations (for example, a patient at the Manhattan Psychiatric Center died proximal to a "takedown.") Cause of death was determined to be asphyxia by neck compression (19).

## Death by Aspiration

JCAHO posits that, while restraining patients in the prone position may predispose them to suffocation, restraining patients in a supine position may predispose them to

aspiration (9). Aspiration can occur when persons have decreased levels of consciousness, either as a result of their illness or secondary to medications. Supine positions, during which patients are rendered immobile in conjunction with decreased or altered levels of consciousness, interfere with their ability to protect their airway. Death occurs as a result of asphyxia, acute pulmonary edema, or pneumonitis (20). At present, both supine and prone positions are recommended by various aggression- management programs. However, no data are available that speak to the relative safety of one position over the other.

## Blunt Trauma to the Chest

Blunt trauma to the chest (BTC) has not appeared in the literature as a potential risk of the restraint process, although it was suggested as causing death in a recent legal case reviewed by the first author. In that case, a child sustained a blow to his chest during the restraint and died. There were no findings on autopsy. Commotio cordis, a cardiac arrhythmia secondary to myocardial concussion during the vulnerable phase of cardiac electrical repolarization (just prior to T-wave peak) resulting from BTC, has been reported to cause sudden death. Although rare, deaths have been reported, primarily in children, and are thought to be related to the child's thin chest wall. When sudden death is owing to BTC, no morphological changes are seen in the myocardium, and the diagnosis cannot be made by autopsy. Rather, the diagnosis must be based on circumstantial evidence, the temporal sequence of events, eyewitness accounts, and indication of BTC. Commotio cordis deaths have been reported most often in young athletes experiencing sudden BTC (for example, being hit by a baseball). A recent study, however, demonstrated that cases occurred across a diverse spectrum of events, including many in the broader context of life unrelated to sports (21,22).

## Catecholamine Rush

Massive release of adrenal catecholamines may occur in patients who are involved in escalating agitation, struggles with staff members, and "takedowns" to the ground or who are carried elsewhere and secured with restraints. This catecholamine outpouring may sensitize the heart and produce rhythm disturbances (23). Behavioural arousal and psychological stress have been shown to induce malignant cardiac rhythm disturbances (23–25).

Neural and psychological factors have been implicated as risk factors for ventricular arrhythmias and sudden death (24–26). Neural integration of body functions takes place through a complex system of feedback loops when information from within and without the organism is taken in and catalogued by the brain. These pathways play a major role in causing sudden death in persons who find themselves in perilous situations.

Moreover, the situations need not be perilous to precipitate cardiac arrhythmias (26). Lown and colleagues identified psychic stress as a mediating factor for advanced cardiac arrhythmias, and it has been suggested that emotional extremes are triggering mechanisms for sudden cardiac death (24–26).

Deaths associated with extreme physiological exertion differ somewhat. Emergency medicine physicians recently reported cases of profound metabolic acidosis in cardiac arrest associated with use of restraints. In a sample of patients who died—most, but not all of whom had been under the influence of cocaine—the recorded blood pH was 6.25. The common variable was extreme exertion from either fleeing or fighting vigorously while being subdued. The authors speculate that psychosis and delirium, including drug-induced delirium, alter pain sensation and may thus render patients capable of exertion far beyond their normal capacity, leading to maximal sympathetic discharge and catecholamine depletion (27). By provoking further struggle, physical restraint results in overwhelming acidosis. Acidosis of this magnitude should trigger physiologic compensatory mechanisms, but the prone restraint position may limit reflex compensation (27).

## Psychotropic Medications

The potential for adverse effects in the restraint process may be increased for patients receiving psychotropic or other medications as well as street drugs. Sudden deaths of psychiatric patients have been reported for many years (28) and attributed to a syndrome of excited delirium. Sudden death occurs with the onset of an abrupt change in clinical status (26). The association of psychotropic medications and cases of sudden death (29–34) is controversial (35). Treatment with phenothiazines is an overrepresented finding among psychiatric patients who die suddenly (36). In one study, the risk of sudden death for individuals receiving neuroleptics was 2.39 times greater than for nonusers (36).

Major cardiac effects, including sudden death (30), are documented for many commonly prescribed psychotropics (36–39). The prolonged QT interval syndrome has been associated with psychotropic medications for some time (40,41). Over 40 marketed drugs and an equivalent number of drugs under development have been found to block potassium channels, prolong the QT interval, and sometimes induce torsades de pointes, or polymorphic ventricular tachycardia, in which QRS complexes vary from beat to beat and heart rates vary from 150 to 250 beats per minute, creating a significant potential for lethal ventricular fibrillation and subsequent death (40,42). A relatively rare drug-induced event, its incidence can be as high as 2% to 3% with some medications (40,42).

Tricyclic antidepressants increase the QT interval and are associated with sudden deaths (43–45). Other psychotropic medications are known to prolong QT interval in patients without history or manifestation of cardiac disease (44,45). Many psychoactive agents with anticholinergic properties that are used in psychiatric settings are also potentially toxic. Children in particular are more susceptible to the adverse effects of anticholinergic drugs (46). These medications systemically attenuate normal body cooling mechanisms. In children and in the elderly experiencing extreme agitation while struggling with staff and against restriction, the ability to discharge or release the heat generated by this increased activity is weakened. Given sufficient other conditions, (for example, serum medication level, dehydration, and improper room ventilation), restraint may lead to serious and potentially life-threatening hyperpyrexia.

## Rhabdomyolosis

Most cases of rhabdomyolosis occur in otherwise healthy persons. The breakdown of muscle cells results from strenuous exertion, infections, intoxication, deficiency states, prolonged stasis, or trauma (47–49). Common precipitants of life-threatening rhabdomyolosis are physical exertion (exercise rhabdomyolosis [ER]) and alcohol abuse (49,50). Military and sports physicians report that many forms of exertion cause ER (50–56). Extreme exertion, hot weather, and being physically unfit or unaccustomed to climactic conditions are implicated as major risk factors. Rhabdomyolosis is also a critical feature of neuroleptic malignant syndrome (NMS) and is associated with neuroleptic and dopamine-related medications (57). Unexplained deaths associated with restraint use may be explained by ER. Rhabdomyolosis in a man suffering from an acute manic episode and medicated with lorazepam was attributed to excessive exertion and dehydration (58). Similar factors occurred in other deaths attributed to rhabdomyolosis. Hyponatremia, benzodiazepines, chlorpromazine use, and full-sheet restraint contribute to development of rhabdomyolosis (58,59). Since definitive evidence exists that rhabdomyolosis plays some part in reported deaths not resulting from positional asphyxia or neck compression, it represents a consideration in the care of severely ill psychiatric patients; most specifically, those who are experiencing acute delirium, intoxication, or both.

## Thrombosis

Fatal pulmonary embolism and thrombophlebitis have been reported in the literature as complications of severe catatonic states during which patients are immobile for long periods of time (60,61). This suggests that immobilization may be a risk factor for both injury and death (62). Recently, prolonged physical restraint has been reported to be the proximal cause of thrombosis, with a fatal outcome in 1 case (60).

## Psychological Effects

The scant literature concerning psychological and cognitive effects of physical restraint suggests that it may be perceived as punitive and aversive, with the potential for traumatic sequelae. Women having histories of childhood sexual abuse recalled the experience of being physically restrained as representing a reenactment of their original trauma. The restraint experienced years later was associated with traumatic emotional reactions, (for example, fear, rage, and anxiety) (7). Likewise, children and adolescents who had been restrained during psychiatric hospitalization reported nightmares, intrusive thoughts, and avoidance responses resulting from their restraint experiences, as well as marked startle responses associated with being held in benign and nonthreatening situations. They also reported painful memories and fearfulness at seeing or hearing others being restrained and a mistrust of mental health professionals (6). Five years later, they continued to experience intrusive thoughts, recurrent nightmares, avoidance behaviours, startle responses, and mistrust (63).

## Educational Recommendations

Several professional organizations, JCAHO, and HCFA have issued standards, practice parameters, and practice recommendations for managing aggressive behaviours and applying restraint. All have essentially the same elements and recommend similar approaches. They do not stress the need for ongoing professional oversight to preserve the investment that has been made in educating staff. However, such oversight is crucial, given the propensity for new learning in behavioural procedures to be abandoned shortly after training or consultation (64). Basic education of professional staff who order restraints is another missing element in position statements and recommendations. Few professional publications consider the proper approach to actually implementing restraint procedures in light of potential adverse effects associated with their use. Only Lion and Soloff provide a general description of the structure and process by which restraint should be conducted and include precautions regarding select high-risk factors (65). An examination of psychiatric texts, substance abuse and chemical dependency texts, and psychiatric mental health nursing texts shows that, although restraint is discussed as an intervention for violent behaviour, it is discussed in very general terms (66–78). No text specifically discusses the dangers inherent in restraint use or even alludes to potential injury, death, or trauma. This oversight by educators represents a failure to communicate the serious nature of restraint use and should be corrected. *Kaplan and Sadock's Comprehensive Textbook of Psychiatry* does discuss the legal implications of restraints and their use in the elderly (79). The silence of nursing texts on dangers and potential mortality is especially disquieting, since nursing personnel carry out restraint procedures and are responsible for monitoring restrained

individuals. Overall, textbooks should treat the subject of restraint in more detail, discuss the characteristics of individuals who are most at risk for injury or death, convey the associated adverse effects, and provide practical advice on how to recognize potentially dangerous situations.

## Research Recommendations

Authors writing about physical restraint and death generally agree that the causes of mortality are complex and multifactorial. Teasing out the variables or combination of variables responsible for death proximal to restraint is a daunting challenge that will test researchers' methodological creativity. Compared with the general population, rates of sudden death are reported to be higher among recipients of mental health services for several reasons, including general neglect of health and increased rates of damaging personal habits (for example, smoking, alcohol and other substance abuse, and poor diet) (80–82). The role of concomitant medication with cardiac effects, of preexisting conditions including excited delirium, and of intense agitated states that could potentially contribute to injury or death must be determined. Psychotropic medications have been identified historically as associated with lethal outcomes for patients. Position and immobilization of patients during restraint and factors associated with the environment itself, such as inadequate staffing ratios and lack of staff training, must be considered in trying to understand resultant injury and death. No research has yet been conducted to determine what factors, under what conditions, and in what combinations lead to injury and death. Research is urgently needed to address the following issues: 1) risk factors associated with death proximal to physical restraint of patients, 2) independent effects of these risk factors on death proximal to physical restraint, 3) interactive effects of these risk factors on death proximal to restraint, and 4) cumulative effects of these risk factors on death proximal to physical restraint.

## Recommendations for Practice

Apart from more thorough education and training, several practice precautions seem prudent. First, even though the association of psychotropic medications and sudden death is circumstantial, their documented cardiotoxicity warrants careful administration in emergency situations (36,42,83,84). Psychiatric units should be equipped to deal with potential cardiovascular emergencies, and clinicians should be competent to recognize potential cardiac problems and have current certification in cardiopulmonary resuscitation. Given the limitations placed by regulators on the use of physical restraints and the potential for expanded use of chemical restraint, clinicians must become aware of the risk for untoward and lethal effects of large dosages of psychoactive medications.

It may be difficult to obtain a baseline cardiovascular evaluation of patients who present in an excited and violent state in emergency rooms or inpatient units, but to establish any pre-existing cardiac conditions, an evaluation should be obtained as soon as they are calm. Patients routinely taking psychotropic medications and at risk for restrictive interventions may warrant periodic monitoring of their cardiovascular functioning, including the QT interval.

Since the agitated state itself may contribute to death when restraints are applied and patients continue to struggle against them, patients should never be left alone, particularly if they have been medicated. Documented risk factors, such as obesity and intoxication with drugs or alcohol, should be taken into account when restraints are applied; prone positions in which excess abdominal fat might compromise respiratory functioning should be avoided (85,87). Given the reports on ER, clinicians may also consider measuring temperatures, creatine phosphokinase (CPK), and electrolyte levels in restrained patients receiving psychotropic medications and experiencing prolonged mania.

Although all restrained patients should be carefully monitored, one-to-one monitoring should be the standard when such risk factors are present. Staff applying restraints must understand that struggling against restraint may not simply be oppositional. Because it may represent a natural response to the subjective feeling of being unable to breathe, correct assessment of these situations is critical. The third author has encountered several clinical situations in which staff members attributed a patient's struggles to belligerence, when they were in fact agitation caused by hypoxia. Typically, as patients' struggles intensify, staff increase the pressure of their hold until patients stop resisting. When a patient ceases struggling, staff or police assume that patients have calmed down or that they are "playing possum." Reports indicate that restrained individuals at that point have either been left alone or staff members have intensified holds for extended periods when struggling persisted. Too often, however, calm behaviour has indicated that restrained patients are in respiratory arrest or have died (86–88). Subsequent resuscitation has been ineffective. This underscores the need for careful application of restraint procedures and ongoing monitoring of patients by well-educated and well-trained personnel.

When implemented judiciously and carefully by well-trained staff under clearly defined circumstances, restraints employed in treating acutely violent or agitated patients, children, and adolescents can lead to improved patient care and outcome (2,89–91). Increased emphasis on preventing restrictive interventions through staff training and patient education is likely to reduce the incidence of adverse effects secondary to restraint use. Studies have demonstrated that espousing the strategies in the professional and JCAHO guidelines

successfully reduces or eliminates restraint use (92,93). Interventions include promoting self-management for some children and adults with poor self-control and providing protection from acutely aggressive patients within the milieu.

There is a dearth of studies to support the efficacy or necessity of restraining children and adolescents or to support setting the boundaries or criteria to define conditions for restraint across patient populations (89,94). There is no question that physical restraint is at times required for the safety of both patients and staff. All 3 authors have had to order or initiate restraint procedures when patients were clearly unresponsive to alternative measures. However, most staff injuries and many patient injuries in hospitals and residential centres actually occur during the process of seclusion or restraint (90). Reasonable standards for the appropriate employment of restraint, including specific inclusion and exclusion criteria, can be determined. This effort must be tempered, however, by the cautionary note that rigid guidelines should be avoided and clinical judgment should play a role (90). Clinicians may be faced with choosing the lesser evil when confronted, for example, with a patient on multiple medications experiencing acute psychosis or delirium and having additional risk factors such as obesity. Given the potential adverse effects of physical or mechanical restraint, studies in this area and guides for appropriate management of such situations are needed. Of greatest concern is the lack of information in clinical texts, which suggests that the dilemma is rarely considered in the education of psychiatrists and nurses. This leaves professionals to learn while practising, a situation that depends upon the vagaries of the institutions in which they practise.

## Conclusion

This article presents an overview of the hypothesized and established complications of physically restraining psychiatric patients. Despite ubiquitous use in psychiatric settings and wide media coverage and increasing pressure to regulate restraint use, the psychiatric literature has given little attention to the causes of death or injury sustained as a result of physical restraint. The extant literature on restraints does not represent a body of knowledge upon which clinicians can base continued uncritical use of this quasi-therapeutic and security measure. Research is needed to provide clinicians with data on both the risk factors and adverse effects associated with restraint use, as well as data on procedures that will reduce these coercive measures. Research is also needed to determine what individual and combined risk factors contribute to injury and death. Finally, research is needed to determine efficacious and effective alternative measures to restraint. There are many programs designed to train staff members in deescalation skills. These need to be subjected to empirical scrutiny so that

The Canadian Journal of Psychiatry—Review Paper

clinicians can have safe and effective measures to deal with violent clinical situations.

## References

1. Singh NN, Singh SD, Davis CM, Latham LL, Ayers JG. Reconsidering the use of seclusion and restraints in inpatient child and adult psychiatry. Journal of Child and Family Studies 1999;8:243–53.

2. Zusman J. Restraint and seclusion: improving practice and conquering the JCAHO standards. Marblehead (MA): Opus Communications; 1997.

3. US General Accounting Office. Mental health: improper restraint or seclusion use places people at risk. (GAO publication HEH-99-176). Washington (DC): USGAO; 1999.

4. Garrison WT, Ecker MA, Friedman MD, Davidoff MD, Haeberle K, Wagner M. Aggression and counteraggression during child psychiatric hospitalization. J Am Acad Child Adolesc Psychiatry 1990;29:242–50.

5. Norris M, Kennedy C. The view from within: how patients perceive the seclusion process. J Psychosoc Nurs Mental Health Serv 1992;23:555–63.

6. Mohr WK, Mahon MM, Noone MJ. A restraint on restraints: the need to reconsider restrictive interventions. Arch Psychiatr Nurs 1998;12:95–106.

7. Gallop R, McKay E, Guha M, Khan P. The experience of hospitalization and restraint of women who have a history of childhood sexual abuse. Health Care for Women International 1999;20:401–16.

8. Weiss EM. Deadly restraint: a nationwide pattern of death. Hartford Courant 1998. October 11–15.

9. Mann SC, Caroff SN, Bleier HR, Welz WKR, Kling MA, Hayashida M. Lethal catatonia. Am J Psychiatry 1986;143:1374–81.

10. Joint Commission on Accreditation of Healthcare Organizations. Preventing restraint deaths. Sentinel Event Alert 1998. November 18.

11. Reay DT. Death in custody. Clin Lab Med 1998;18:1–22.

12. Reay DT, Howard JD, Fligner CL, Ward RJ. Effects of positional restraint on oxygen saturation and heart rate following exercise. Am J Forensic Med Pathol 1988;9:16–8.

13. Howard JD, Reay DT. Positional asphyxia. Ann Emerg Med 1997;32:116–8.

14. Bell MD, Rao VJ, Wetli CV, Rodriguez RN. Positional asphyxia in adults: a series of 30 cases from the Dade and Broward County Florida Medical Examiner offices from 1982-1990. Am J Forensic Med Pathol 1992;13:101–7.

15. O'Halloran RL, Lewman V. Restraint asphyxiation in excited delirium. Am J Forensic Med Pathol 1994;15:266–72.

16. Rubin BS, Dube AH, Mitchell EK. Asphyxial deaths due to physical restraint: a case series. Arch Fam Med 1993;2:405–8.

17. Reay DT, Eisele JW. Death from law enforcement neck holds. Am J Med Pathol 1982;3:253–8.

18. Reay DT, Holloway GA. Changes in carotid blood flow produced by neck compression. Am J Forensic Med Pathol 1982;3:199–202.

19. New York State Commission on Quality of Care. Asphyxia by compression of neck. Report of Mental Hygiene Review Board in the matter of Pedro Montez: a patient at Manhattan Psychiatric Center. Albany (NY): NY State Commission on Quality of Care; 1982.

20. Plantadosi CA. Physical, chemical, and aspiration injuries of the lung. In: Bennett JC, Plum F, editors. Cecil textbook of medicine. 20th ed. Volume 1. Philadelphia (PA): WB Saunders; 1996. p 403–10.

21. Boglioli LR, Taff ML, Harleman G. Child homicide caused by commotio cordis. Pediatr Cardiol 1998;19:436–8.

22. Maron BJ, Gohman BA, Kyle SB, Estes NAM, Link MS. Clinical profile and spectrum of commotio cordis. JAMA 2002;287:1142–6.

23. Lown B, DeSilva RA, Lenson R. Role of psychologic stress and autonomic nervous system changes in provocation of ventricular premature complexes. Am J Cardiology 1977;41:979–85.

24. Engel G. Psychologic stress, vasodepressor vasovagal syncope and sudden death. Ann Intern Med 1978;89:403–12.

25. Kirby DA, Pinto JM, Hottinger S, Johnson DA, Lown B. Behavioral arousal enhances inducibility and rate of ventricular tachycardia. Am J Physiol 1991;261:1734–9.

26. Grossman P, Watkins LL, Wilhelm FH, Manolakis D, Lown B. Cardiac vagal control and dynamic responses to psychological stress among patients with coronary artery disease. Am J Cardiol 1996;78:1424–7.

27. Hick JL, Smith SW, Lynch MT. Metabolic acidosis in restraint-associated cardiac arrest: a case series. Acad Emerg Med 1999;6:239–43.

28. Farnham FR, Kennedy HG. Acute excited states and sudden death. BMJ 1997;315:1107–8.

29. Reinert RE, Hermann DG. Unexplained death during chlorpromazine therapy. Journal of Nervous and Mental Disorders 1960;131:434–42.

30. Peele R, Von Loetzen IS. Phenothiazine deaths: a critical review. Am J Psychiatry 1973;130:306–9.

31. Richardson HL, Graupner KI, Richardson ME. Intramyocardial lesions in patients dying suddenly and unexpectedly. JAMA 1966;195:114–20.

32. Leestma JE, Koenig KL. Sudden death and phenothiazines: a current controversy. Arch Gen Psychiatry 1968;18:137–48.

33. Young CP, Guillan RA. Sudden death syndrome: reports of 16 patients on high doses of phenothiazines. Journal of the Kansas Medical Society 1979;80:547–63.

34. Levinson DF, Simpson GM. Antipsychotic drug side effects. In: Hales RE, Frances AJ, editors. American Psychiatric Association annual review. Volume 6. Washington (DC): American Psychiatric Press; 1987. p 716–7.

35. APA Task Force. Sudden death in psychiatric patinea: the role of neuroleptic drugs. American Psychiatric Association report 27. Washington (DC): APA; 1988.

36. Mehtonen OP, Aranko K, Malkonen L, Vapaatalo H. A survey of sudden death associated with the use of antipsychotic or antidepressant drugs: 49 cases in Finland. Acta Psychiatr Scand 1991;84:58–64.

37. Fulop G, Phillips RA, Shapiro AK. ECG changes during haloperidol and pimozide treatment of Tourette's disorder. Am J Psychiatry 1987;144:673–5.

38. Jusic N, Lader M. Post-mortem antipsychotic drug concentrations and unexplained death. Br J Psychiatry 1994;165:787–91.

39. Pies R. Antipsychotics: the heart of the problem. Psychiatric Times 2001;August:26–8.

40. Schwartz PJ, Periti M, Malliani A. The long Q-T syndrome. Am Heart J 1975;89:378–84.

41. Glassman AH, Bigger JT. Antipsychotic drugs: prolonged QTc interval, torsades de pointes, and sudden death. Am J Psychiatry 2001;158;1774–82.

42. Bessette M, Jacobson S. Toursades de pointes. Emedicine Journal 2001;2 (August 29). Available: www.emedicine.com/EMERg/topic596.htm.

43. Marshall JB, Forker AD. Cardiovascular effects of tricyclic antidepressant drugs: Therapeutic usage, overdose, and management of complications. Am Heart J 1982;163:401–14.

44. Reilly JG, Ayis SA, Ferrier IN, Jones SJ, Thomas SHL. QTc-interval abnormalities and psychotrophic drug therapy in psychiatric patients. Lancet 2000;355:1048–52.

45. Hatta K, Takahashi T, Nakamura H, Yamashiro H, Yonezawa Y. Prolonged QT interval in acute psychotic patients. Psychiatry Res 2000;94:279–85.

46. Watemberg N M, Roth KS, Alehan FK, Epstein C. Central anticholinergic syndrome on therapeutic doses of cyproheptadine. Pediatrics 1999;103:158–60.

47. Knochel JP. Mechanisms of rhabdomyolysis. Curr Opin Rheumatol 1993;5:725–31.

48. Manchip SM, Hurel SJ. Rhabdomyolysis due to mania. Br J Psychiatry 1995;167:118–9.

49. Poels PJ, Gabreis FJ. Rhabdomyolosis: a review of the literature. Clin Neurol Neurosurg 1993;95:175–92.

50. Frucht M. Challenge, 110 deep knee bends: reward, rhabdomyolysis. New Engl J Med 1994;330:1620–1.

51. Aizawa H, Morita JK, Monami H, Sasaki N, Tobise K. Exertional rhabdomyolysis as a result of strenuous military training. J Neurol Sci 1995;132:239–40.

52. Bar-Sela S, Tur-Kaspa R, Eliakim M. Rhabdomyolysis and acute renal failure in a marathon runner in Israel. Israeli Journal of Medical Sciences 1979;15:464–6.

53. Gardner JW. Fatal rhabdomyolysis presenting as mild heat illness in military training. Mil Med 1994;159:160–3.

54. Senert R, Kohl L, Rainone T, Scalea T. Exercise induced rhabdomyolysis. Ann Emerg Med 1994;23:1301–6.

55. Derstappen T, Mathiss K, Losse B. Complications of an idiopathic rhabdomyolysis. Deutsche Medizinische Wochenschrift 1995;120:245–51.

56. Brown JA, Elliott MJ, Sray WA. Exercise induced upper extremity rhabdomyolysis and myoglobinuria in shipboard military personnel. Mil Med 1994;159:473–5.

57. Levenson JL. Neuroleptic malignant syndrome. Am J Psychiatry 1985;142:1137–45.

58. Fernandez-Real JM, Ricard-Engel W, Camafort-Babkowski M. Hyponatremia and benzodiazepines result in rhabdomyolysis. Ann Pharmacother 1994;28:1200–1.

59. Greenland P, Southwick WH. Hyperthermia associated with chlorpromazine and full-sheet restraint. Am J Psychiatry 1978:1234–5.

60. McCall WV, Mann SC, Shelp FE, Caroff SN. Fatal pulmonary embolism in the catatonic syndrome: two case reports and a literature review. J Clin Psychiatry 1995;56:21–5.

61. Sukov RJ Thrombophlebitis as a complication of severe catatonia. JAMA 1972;220:587–8.

62. Hem E, Steen O, Opjordsmoen S. Thrombosis associated with physical restraint. Acta Psychiatr Scand 2001;103:73–6.

63. Mohr WK, Pumariega AJ. Post restraint sequelae five years out: concerns and policy implications. Paper presented at the Annual American Psychiatric Association Meeting; May 9, 2001; New Orleans (LA).

64. Harchik AE, Sherman JA, Sheldon JB, Strouse MC. Ongoing consultation as a method of improving performance of staff members in a group home. J Appl Behav Anal 1992;25:599–610.

65. Lion JR, Soloff PH. Implementation of seclusion and restraint. In: Tardiff K, editor. The psychiatric uses of seclusion and restraint. Washington (DC): American Psychiatric Association Press; 1984. p 19–34.

66. Summergrad P, Sanders K, Weilburg JB, Glassman RS. Patient management. In: Nicholi Jr AM, editor. The Harvard guide to psychiatry. Cambridge (MA): The Beknap Press of Harvard U Press; 1999. p 567–81.

Adverse Effects Associated With Physical Restraint

67. Lowinson JH, Ruiz P, Millman RB, Langrod JG, editors. Substance abuse: a comprehensive textbook. 3rd ed. Baltimore (MD): Williams and Wilkins; 1997.

68. Andreasen NC, Black DW. Introductory textbook of psychiatry. 3rd ed. Washington (DC): American Psychiatric Association Press; 2001.

69. Gelder M, Gath D, Mayou R, Cowan P. Oxford textbook of psychiatry. 3rd ed. New York: Oxford University Press; 1996.

70. Varcarolis EM. Foundations of psychiatric mental health nursing. Philadelphia (PA): WB Saunders; 1998.

71. Townsend MC. Essentials of psychiatric mental health nursing. Philadelphia (PA): FA Davis; 1999.

72. Townsend MC. Psychiatric mental health nursing: concepts of care. Philadelphia (PA): FA Davis; 2000.

73. Frisch NC, Frisch LE. Psychiatric mental health nursing. Albany (NY): Delmar Publishing; 1998.

74. Fontaine KL, Fletcher JS. Mental health nursing. New York: Addison Wesley; 1999.

75. Burgess AW. Psychiatric nursing: promoting mental health. Stamford (CT): Appleton-Lange; 1997.

76. Glod CA. Contemporary psychiatric mental health nursing. Philadelphia (PA): FA Davis; 1998.

77. Johnson BS. Psychiatric mental health nursing: adaptation and growth. Philadelphia (PA): Lippincott, Williams, and Wilkins; 1997.

78. Stuart GW, Laraia MT. Principles and practice of psychiatric nursing. St Louis (MO): Mosby; 1998.

79. Sadock BJ, Sadock VA, editors. Kaplan and Sadock's comprehensive textbook of psychiatry. 7th ed. Philadelphia (PA): Lippincott, Williams, and Wilkins; 2000. p 3085–90; 3283.

80. Corten P, Ribourdouille M, Dramaix M. Premature death among outpatients at a community mental health center. Hosp Community Psychiatry 1991;42:1248–51.

81. Vieweg V, Levenson J. Medical disorders in the schizophrenic patient. Int J Psychiatry Med 1995;25:137–72.

82. Ruschena D, Mullen PE, Burgess P, Cordner SM, Barry-Walsch J, Drummer OH, Palmer S, Browne C, Wallace C. Sudden death in psychiatric patients. Br J Psychiatry 1998;172:331–6.

83. Kumar A. Sudden unexplained death in a psychiatric patient a case report: the role of phenothiazines and physical restraint. Med Sci Law 1997;37:170–4.

84. Pounder D. Acute excited states and sudden death. BMJ 1998;316:1171.

85. Morrison A, Sadler D. Death of a psychiatric patient during physical restraint. Excited delirium—a case report. Med Sci Law 2001;41(1):46–50.

86. O'Halloran RL, Frank JG. Asphyxial death during prone restraint revisited: a report of 21 cases. Am J Forensic Med Pathol 2000;21(1):39–52.

87. Siebert CF, Thogmartin JR. Restraint related fatalities in mental health facilities. Am J Forensic Med Pathol 2000;21:210–2.

88. Stratton SJ, Rogers C, Brickett K, Gruzinski G. Factors associated with sudden death of individuals requiring restraint for excited delirium. Am J Emerg Med 2001;19:187–91.

89. American Academy of Child and Adolescent Psychiatry. Practice parameter for the prevention and management of aggressive behavior in child and adolescent psychiatric institutions with special reference to seclusion and restraint. J Am Acad Child Adolesc Psychiatry. Available: http//www.aacap.org

90. Gutheil TG, Tardiff K. Indications and contraindications for seclusion and restraint. In: Tardiff K, editor. The psychiatric uses of seclusion and restraint. Washington (DC): American Psychiatric Association; 1984. p 11–7.

91. Troutman B, Myers K, Borchardt C, Kowalski R, Bubrick J. Case study: when restraints are the least restrictive alternative for managing aggression. J Am Acad Child Adolesc Psychiatry 1998;37:554–8.

92. Petti TA, Mohr WK, Somers J, Sims L. Perceptions of seclusion and restraint by patients and staff in an intermediate-term care facility. Journal of Child and Adolescent Psychiatric Nursing 2001;14:115–7.

93. Delaney KR. Developing a restraint-reduction program for child/adolescent inpatient treatment. Journal of Child and Adolescent Psychiatric Nursing 2001;14:128–40.

94. Mohr WK, Anderson JA. Faulty assumptions associated with the use of restraints with children. Journal of Child and Adolescent Psychiatric Nursing 2001;14:141–11.

Manuscript received July 2002, revised, and accepted December 2002.
[1]Associate Professor, Psychiatric Mental Health Nursing, Rutgers University, College of Nursing, Newark, New Jersey.
[2]Arthur B Richter Professor of Child Psychiatry, Indiana University School of Medicine, Indianapolis, Indiana.
[3]Cardiologist, Permian Cardiology Associates, Midland, Texas.
Address for correspondence: Dr WK Mohr, 10 Knapton Hill Rd, Mendham, NJ 07945
e-mail: mohr@nightingale.rutgers.edu

**Résumé : Effets indésirables associés à la contrainte physique**

**Objectif :** Le recours à la contrainte n'est pas surveillé aux É.-U., et seules les institutions qui la choisissent recueillent des statistiques. En 1999, des journalistes d'enquête ont rapporté des conséquences fatales attribuables à l'utilisation de contrainte, en faisant une question de vie ou de mort qui exige l'attention des professionnels. Cet article examine la documentation concernant les causes réelles et potentielles des décès attribuables à l'utilisation de contrainte physique.

**Méthode :** À l'aide des bases de données électroniques Medline, Cinahl et PsycINFO, nous avons recherché les domaines suivants : médecine légale et pathologie, sciences infirmières, cardiologie, immunologie, psychologie, neurosciences, psychiatrie, médecine d'urgence et médecine sportive.

**Conclusions :** Il faut d'autres recherches pour fournir aux cliniciens des données sur les facteurs de risque et les effets indésirables associés à l'utilisation de contrainte, de même que des données sur les procédures qui réduiront cet usage. Il faut aussi des recherches pour déterminer quels facteurs de risque individuels et quelles combinaisons de ceux-ci peuvent contribuer à des blessures et à des décès.

**6**

# INTERACTIONS

# BETWEEN

# ALCOHOL

# AND

# BENZODIAZEPINES

# Index

**Toxicological Interactions Between Alcohol and Benzodiazepines**
**Einosuke Tanaka, Department of Legal Medicine, Institute of**
**Community Medicine, University of Tsukuba, Tsukuba-shi, Ibaraki-kin,**
**Japan**

**Alcohol and GABA-Benzodiazepine Receptor Function**
**Maharaj K. Ticku**

**Risks, Management, and Monitoring of Combination Opioid,**
**Benzodiazepines, and/or Alcohol Use**
**Jeffrey A. Gudin, MD, Shanthi Mogali, MD, Jermaine D. Jones, PhD,**
**Sandra D. Comer, PhD**

Clinical Toxicology, 40(1), 69–75 (2002)

Downloaded by [CRAIG LICHTBLAU] at 08:32 11 October 2017

REVIEW

# Toxicological Interactions Between Alcohol and Benzodiazepines

Einosuke Tanaka*

*Department of Legal Medicine, Institute of Community Medicine, University of Tsukuba, Tsukuba-shi, Ibaraki-ken, Japan*

## ABSTRACT

*Background:* We review recent findings on the toxicological interactions between alcohol (ethanol) and benzodiazepines, and the combined use of benzodiazepines and alcohol in fatal poisoning. Acute ingestion of alcohol combined with benzodiazepines is responsible for several toxicological interactions that can have significant clinical implications. In general, metabolism of these drugs is delayed when combined with acute alcohol ingestion although some reports suggest otherwise. Alternately, the drugs metabolized during chronic alcohol ingestion have an increased clearance. The net effect may also be influenced by internal (e.g., disease, age) and external (e.g., environment, diet) factors. Fatal poisoning involving coadministration of alcohol and benzodiazepine, especially triazolam, continues to be a serious problem.

## INTRODUCTION

Poisoning due to alcohol and benzodiazepines, despite the broad therapeutic index of the latter, is still frequent (1–3). The unpredictable effect of alcohol on drug pharmacokinetics relates primarily to the variable pattern of alcohol use and abuse (2,4–13). General reviews of the combined use of alcohol and benzodiazepines (2,4–6,8–12) have been published, as well as reviews on the identification of the relevant P-450 cytochrome and their isoenzymes (14–17). This short review tabulates the current knowledge of the metabolic interactions between ethanol and benzodiazepines.

### Metabolism of Benzodiazepines

As shown in Table 1, the metabolism of benzodiazepines is catalyzed mainly by CYP3A4, by hydroxylation [triazolam (18), midazolam (18), diazepam (19), alprazolam (20)], demethylation [diazepam (21,22)], and by nitroreduction [clonazepam (23)]. The CYP3A4 isozyme is found in the liver and other tissues (e.g., gut

*Correspondence: Department of Legal Medicine, Institute of Community Medicine, University of Tsukuba, Tsukuba-shi, Ibaraki-ken 305-8575, Japan. Fax: 81/298 53-3057; E-mail: einosuke@md.tsukuba.ac.jp

Copyright © 2002 by Marcel Dekker, Inc.                    www.dekker.com

Downloaded by [CRAIG LICHTBLAU] at 08:32 11 October 2017

**Table 1**

*Classification of Benzodiazepines by Their Duration of Action*

| | Related Main CYP | Metabolism |
|---|---|---|
| **Short acting** | | |
| Alprazolam | CYP3A4 | Oxidation |
| Bromazepam | CYP3A4 | Oxidation |
| Brotizolam | CYP3A4 | Oxidation |
| Clotiazepam | ND | Oxidation |
| Etizolam | ND | Oxidation |
| Flutazolam | ND | Oxidation |
| Midazolam | CYP3A4 | Oxidation |
| Triazolam | CYP3A4 | Oxidation |
| Lorazepam | | Glucuronidation |
| Lormetazepam | | Glucuronidation |
| Oxazepam | | Glucuronidation |
| **Medium acting** | | |
| Flunitrazepam | ND | Reduction |
| Nimetazepam | ND | Reduction |
| Nitrazepam | CYP3A4, CYP2D6 | Reduction |
| **Long acting** | | |
| Chlordiazepoxide | CYP3A4 | Oxidation |
| Cloxazolam | ND | Oxidation |
| Diazepam | CYP2C19, CYP3A4 | Oxidation |
| Fludiazepam | ND | Oxidation |
| Flurazepam | ND | Oxidation |
| Flutoprazepam | ND | Oxidation |
| Haloxazolam | ND | Oxidation |
| Medazepam | ND | Oxidation |
| Mexazolam | ND | Oxidation |
| Prazepam | ND | Oxidation |

Short acting = $t_{1/2}$ (1–5 hours); medium acting = $t_{1/2}$ (6–20 hours); long acting = $t_{1/2}$ (>21 hours), ND: not determined.

**Table 2**

*Induction and Inhibition of Metabolism of Benzodiazepines*

| Drugs | Related CYP |
|---|---|
| **Induction** | |
| Phenytoin | CYP2C9, CYP3A4 |
| Phenobarbital | CYP2C9, CYP3A4 |
| Dexamethasone | CYP3A4 |
| Carbamazepine | CYP2C9, CYP3A4 |
| Rifampicine | CYP2C9, CYP3A4 |
| **Inhibition** | |
| Cimetidine | CYP3A4 |
| Ketoconazole | CYP3A4 |
| Itraconazole | CYP3A4 |
| Antimicrobials | CYP3A4 |
| Grapefruit juice | CYP3A4 |
| Fluoxetine | CYP3A4 |

CYP: cytochrome P-450.

and brain) (24) and is induced or inhibited by certain drugs (Table 2). Diazepam is also mainly catalyzed by CYP2C19 (19,25). Like CYP2D6, this cytochrome has been shown to exhibit genetic polymorphism. CYP2C19 displays a genetic polymorphism characterized by individual differences in *S*-mephenytoin hydroxylation (related drugs: diazepam, imipramine, omeprazole, and propranolol). Compared with Caucasian poor metabolizers (PMs) as rare as 2–6%, Oriental PMs are very common, as high as 20%. Although it is not possible to predict the PMs of Caucasians by genotype, it is possible to predict nearly 100% of the PMs among the Japanese using two defective alleles of *CYP2C19*2* (*m1*) and *CYP2C19*3* (*m2*) (26–29). In contrast, the 3-hydroxybenzodiazepines [lorazepam (30), oxazepam (31), and temazepam] are directly

conjugated and, thus, not metabolized by CYP3A4 or CYP2C19 (except temazepam to a minor extent). Several benzodiazepines are biotransformed to active metabolites that contribute to their pharmacological activity. For example, flurazepam has a plasma elimination half-life of 1–4 hour, but its pharmacologically active metabolite, 7-aminoflurazepam, has a half-life of 45–300 hour. The primary metabolite of diazepam, desmethyldiazepam, is also pharmacologically active, and its half-life exceeds that of diazepam. The metabolism of benzodiazepines is not catalyzed by CYP2E1 which participates in ethyl alcohol metabolism.

## Metabolism of Ethyl Alcohol

The liver is the major site of alcohol metabolism, and hepatic alcohol dehydrogenase (ADH) is the enzyme primarily responsible for this process. Long-term intake of large amounts of alcohol induces pathways of metabolism that are independent of ADH (32–34). Other enzymes, in particular the microsomal alcohol-oxidizing (MEOS) system, involving CYP2E1, are also involved at higher dose levels of alcohol, and these metabolize up to 10% of the ingested alcohol (33,35,36). Acute alcohol ingestion causes competitive inhibition of the enzymes involved in ethanol catabolism, including CYP2E1 (36). After chronic alcohol consumption, there is a 4- to 10-fold induction of CYP2E1. Ethanol metabolism by this enzyme results in the generation of acetaldehyde and oxygen radicals. The induction of

Downloaded by [CRAIG LICHTBLAU] at 08:32 11 October 2017

Toxicological Interactions Between Alcohol and Benzodiazepines

71

CYP2E1 may cause increased metabolism of xenobiotics to toxic metabolites by this enzyme (37).

### The Interaction of Acute Ethyl Alcohol Intake and Benzodiazepines

Although oxidation of benzodiazepines is considered to be a factor in many drug interactions, this does not apply to benzodiazepine conjugation. The inhibition of benzodiazepine metabolism by ethyl alcohol appears to derive from the inhibition of the formation of a benzodiazepine–enzyme complex with P450. Since both ADH and CYP2E1 are involved in ethanol metabolism at high ethanol concentrations, the metabolism of benzodiazepines becomes competitively inhibited following a significant alcohol intake. On the other hand, in the case of low-ethanol concentrations in alcohol in social drinkers, CYP2E1 is involved minimally in ethanol metabolism, and induction is not a factor. However, the mechanism governing the interaction involving both is complex (11).

The mechanisms of such drug–drug interactions are further confounded when multiple drugs are administered. When single (acute) doses of alcohol are taken with benzodiazepines, the effects have varied. Phase I metabolism, by *N*-demethylation and/or hydroxylation, is usually decreased while Phase II is unaffected (12).

Sellers and Busto (2) reviewed the interactions between alcohol and benzodiazepines published from 1973 to 1980. They observed that in most cases, benzodiazepine concentrations are elevated when a



**Figure 1.** The mechanism of interaction involving acute ethyl alcohol intake and benzodiazepines.

single dose of alcohol and a benzodiazepine are administrated in combination, and that the metabolism of both is delayed. However, the blood concentration of oxazepam is also reported to be unchanged by ethanol (38). This difference is associated with the isozymes involved in metabolism, as evidenced by the conjugation reaction that is the major pathway of lorazepam, lormetazepam, or oxazepam metabolism (Fig. 1).

As shown in Table 3, pharmacokinetic interactions between acute ethanol ingestion and single doses of benzodiazepines are complex. Clinically, the combination of high doses of ethanol and benzodiazepines synergistically depress respiration (40,42,45). There are also contradictory reports attributing the differences in

### Table 3

*Pharmacokinetic Interactions Between Acute Ethanol Ingestion and Single Doses of Benzodiazepines*

| Drug | Dose | Ethanol (Dose) | Benzodiazepine Metabolism (Pharmacokinetic Parameter) | Reference |
|---|---|---|---|---|
| Alprazolam | 0.5 mg, 2 mg (oral) | 0.8 g/kg | Unchanged (plasma concentration) | (39) |
| Brotizolam | 0.25 mg (oral) | 24 g | Decreased ($C_{max}$, $t_{1/2}$, and CL) | (40) |
| Diazepam | 5 mg (oral) | 48 g | Unchanged ($C_{max}$, $t_{max}$, $t_{1/2}$, and AUC) | (41) |
| Diazepam | 10 mg (oral) | 0.8 g/kg[a] | Unchanged (plasma concentration) | (39) |
| Diazepam | 10 mg (oral) | 0.8 g/kg | Decreased (plasma concentration) | (42) |
| Diazepam | 10 mg (oral) | Infusion[b] | Unchanged ($C_{max}$, $t_{max}$, and AUC) | (43) |
| Triazolam | 0.5 mg (oral) | 25 g | Unchanged ($C_{max}$, $t_{max}$, $t_{1/2}$, and CL) | (44) |
| Triazolam | 0.5 mg (oral) | Loading[c] | Increased (AUC) (mean 21%) | (45) |

$C_{max}$: peak serum/plasma concentration, $t_{max}$: time of peak concentration, $t_{1/2}$: half-life, CL: metabolic clearance, AUC: area under the drug concentration–time curve.
[a] After diazepam was administered, ethanol was consumed 3 hour later.
[b] Intravenous infusion of ethanol to give a steady target blood concentration of 0.5 g/L.
[c] Before 1 hour, ethanol was administered for 7.5 hour orally to maintain breath concentrations of 800–950 mg/L.
Modified from Tanaka and Misawa (3).

Downloaded by [CRAIG LICHTBLAU] at 08:32 11 October 2017

72                                                                                                              Tanaka

*Table 4*

*Concentrations of Blood Ethanol and Benzodiazepines in Fatal Poisonings*

| Case (References) | Age/Sex | Ethanol (mg/mL) | Benzodiazepines (ng/mL) |
|---|---|---|---|
| 1. O'Dowd et al. (58) | 58/F | 1.05 | Triazolam (300) |
| 2. Sunter et al. (49) | 59/F | 0.98 | Triazolam (20), temazepam (1000) |
| 3. Bal et al. (50) | 59/F | 2.07 | Triazolam (20), temazepam (825), diazepam (trace) |
| 4. Wodak and Pedersen (51) | — | 0.31 | Diazepam (60), nordiazepam (130) |
| 5. Joynt[a] (52) | 25/F | 1.60 | Triazolam (10) |
|  | 48 |  |  |
|  | —/M | 2.9 | Triazolam (10) |
|  | 44/M | 1.9 | Triazolam (20) |
|  | 55/M | 1.1 | Triazolam (29) |
|  | 43/M | 2.1 | Triazolam (40) |
|  | 46/F | 2.3 | Triazolam (40) |
|  | —/F | 3.0 | Triazolam (40) |
|  | 47/F | 2.0 | Triazolam (50) |
|  | 44/F | 1.0 | Triazolam (53) |
|  | 37/M | 0.1 | Triazolam (82) |
|  | 31/F | 2.8 | Triazolam (8) |
|  | 49/M | 1.0 | Triazolam (10) |
|  | 59/M | 0.8 | Triazolam (22) |
|  | 45/M | 0.5 | Triazolam (70) |
|  | 35/M | 2.3 | Triazolam (13), nordiazepam (25), diazepam (trace), others |
|  | 61/M | 2.5 | Triazolam (16), nordiazepam (1550), diazepam (40), others |
|  | 40/M | 2.1 | Triazolam (23), bromazepam (45) |
|  | 31/M | 1.2 | Triazolam (50), alprazolam (200), others |
|  | 59/M | 1.4 | Triazolam (59), others |
|  | 30/M | 0.19 | Triazolam (65), others |
|  | 58/F | 0.1 | Triazolam (70), flurazepam (trace), others |
|  | 51/M | 2.3 | Triazolam (trace), diazepam (470), nordiazepam (1060), alprazolam (trace) |
|  | —/M | 3.2 | Triazolam (5), diazepam (50), nordiazepam (120) |
|  | — | 3.0 | Triazolam (8), diazepam (23) |
|  | —/M | 2.3 | Triazolam (70), diazepam (550), nordiazepam (150) |
| Steentoft and Worm (53) | 39/M | 1.95 | Triazolam (70) |
|  | 36/M | 2.02 | Triazolam (220) |
|  | 45/F | 1.1 | Triazolam (40) |
| Drummer et al. (54) | 28/M | 2.3 | 7-Aminoflurazepam[b] (120), diazepam (60) |
|  | 36/M | 1.2 | Flurazepam (50), oxazepam (450), others |
|  | 70/F | 1.7 | 7-Aminoflurazepam[b] (170) |
|  | 45/F | 1.2 | 7-Aminoflurazepam[b] (180), others |
| Uemura and Komura (55) | 31/F | 2.3 | Triazolam (7) |
| Drummer and Ranson (56) | 56/F | 0.1 | Flurazepam (200), temazepam (300), others |
| Michaud et al. (57) | 30/F | 1.29 | Alprazolam (210), others |

[a] Only death due to drugs and death–drug related cases.
[b] Metabolite of flurazepam; parenthesis: blood level of benzodiazepines.
Therapeutic level (ng/mL): triazolam 2–20, temazepam 20–800, diazepam 125–250 (anxiolytic); 200–500 (anticonvulsive); 1000–1500 (antieclamptic), nordiazepam 200–800, bromazepam 80–200, alprazolam 5–20, flurazepam 5–10, oxazepam 200–2000 (55).

Downloaded by [CRAIG LICHTBLAU] at 08:32 11 October 2017

the metabolic interactions to multiple factors, such as differences in dosage and administration and the time taken to consume the alcohol (39,41,43,44).

## The Interaction of Chronic Alcohol Intake and Benzodiazepines

There are fewer reports involving the interaction between chronic alcohol intake and benzodiazepines in animals and human (46–48). Sellman et al. (46) reported that, after diazepam 10 mg intravenously, significantly lower concentrations of diazepam were found in 14 chronic alcoholic patients (all men, mean age 40 years) compared with 13 (four women and nine men, mean age 27 years) healthy controls. Compared with healthy controls there was a more rapid elimination of diazepam from the plasma of chronic alcoholics during their alcohol-free period. Similar results involving diazepam metabolism were found in studies of rats pretreated with ethanol 15% in drinking water for 3 weeks (46). It appears that following chronic administration of alcohol in humans, the CYP2E1 enzyme may be induced so that drugs metabolized by demethylation (diazepam) and hydroxylation exhibit an increased clearance (12).

## Fatal Poisoning Cases

It appears that fatal poisoning (suicidal and non-suicidal) occurs more often when ethanol and multiple benzodiazepines are taken than after the ingestion of ethanol and a single, specific benzodiazepine (49–57), but an excess total amount of benzodiazepines must also be considered in these cases. Table 4 summarizes the cases of fatal poisoning induced by concomitant intake of alcohol and benzodiazepines reported from 1988 to the present. Many of these reports involve triazolam poisoning, probably because triazolam has a lower therapeutic concentration (2–20 ng/mL) than other benzodiazepines.

## REFERENCES

1. National Research Institute of Police Science: *Annual Case Reports of Drug and Toxic Poisoning in Japan* (1990–2000), No. 33-42 (in Japanese).
2. Sellers, E.M.; Busto, U. Benzodiazepines and Ethanol: Assessment of the Effects and Consequences of Psychotropic Drug Interactions. J. Clin. Psychopharmacol. **1982**, *2*, 249–262.
3. Tanaka, E.; Misawa, S. Pharmacokinetic Interactions Between Acute Alcohol Ingestion and Single Doses of Benzodiazepines, and Tricyclic and Tetracyclic Antidepressants—An Update. J. Clin. Pharm. Ther. **1998**, *23*, 331–336.
4. Sellers, E.M.; Holloway, M.R. Drug Kinetics and Alcohol Ingestion. Clin. Pharmacokinet. **1978**, *3*, 440–452.
5. Linnoila, M.; Mattila, M.J.; Kitchell, B.S. Drug Interactions with Alcohol. Drugs **1979**, *18*, 299–311.
6. Mnhoberac, B.B.; Roberts, R.K.; Hoyumpa, A.M.; Scgenker, S. Mechanism(s) of Ethanol–Drug Interaction. Alcohol Clin. Exp. Res. **1984**, *8*, 583–593.
7. Weller, R.A.; Preskorn, S.H. Psychotropic Drugs and Alcohol: Pharmacokinetic and Pharmacodynamic Interactions. Psychosomatics **1984**, *25*, 301–303, 305, 306, 309).
8. Hoyumpa, A.M. Alcohol Interactions with Benzodiazepines and Cocaine. Adv. Alcohol Subst. Abuse **1984**, *3*, 21–31.
9. Lane, E.A.; Guthrie, S.; Linnoila, M. Effects of Ethanol on Drug and Metabolite Pharmacokinetics. Clin. Pharmacokinet. **1985**, *10*, 228–247.
10. Guthrie, S.K.; Lane, E.A. Reinterpretation of the Pharmacokinetic Mechanism of Oral Benzodiazepine Ethanol Interaction. Alcohol Clin. Exp. Res. **1986**, *10*, 686–690.
11. Mattila, M.J. Alcohol and Drug Interactions. Ann. Med. **1990**, *22*, 363–369.
12. Hollister, L.E. Interactions Between Alcohol and Benzodiazepines. Recent Dev. Alcohol **1990**, *8*, 233–239.
13. Fraser, A.G. Pharmacokinetic Interactions Between Alcohol and Other Drugs. Clin. Pharmacokinet. **1997**, *33*, 79–90.
14. Ereshefsky, L.; Riesenman, C.; Lam, Y.W.F. Antidepressant Drug Interactions and the Cytochrome P450 System. Clin. Pharmacokinet. **1995**, *29* (Suppl 1), 10–19.
15. Taylor, D.; Malcimlader, M. Cytochromes and Psychotropic Drug Interactions. Br. J. Psychiatry **1996**, *168*, 529–532.
16. Shen, W.W. The Metabolism of Psychoactive Drugs: A Review of Enzymatic Biotransformation and Inhibition. Biol. Psychiatry **1997**, *41*, 814–826.
17. Beltilsson, L.; Dahl, M.L.; Tybring, G. Pharmacogenetics of Antidepressants: Clinical Aspects. Acta Psychiatr. Scand. **1997**, *96* (Suppl 391), 14–21.
18. Kronbach, T.; Mathys, D.; Umeno, M.; Gonzalez, F.J.; Meyer, U.A. Oxidation of Midazolam and Triazolam by Human Liver Cytochrome P450IIIA4. Mol. Pharmacol. **1989**, *36*, 89–96.
19. Andersson, T.; Miners, J.O.; Veronese, M.E.; Birkett, D.J. Diazepam Metabolism by Human Liver Microsomes Is Mediated by Both *S*-Mephenytoin Hydroxylase and CYP3A Isoforms. Br. J. Clin. Pharmacol. **1994**, *38*, 131–137.

Downloaded by [CRAIG LICHTBLAU] at 08:32 11 October 2017

20. von Moltke, L.L.; Greenblatt, D.J.; Cotreau-Bibbo, M.M.; Harmatz, J.S.; Shader, R.I. Inhibitors of Alprazolam Metabolism In Vitro: Effect of Serotonin-Reuptake-Inhibitor Antidepressants, Ketoconazole and Quinidine. Br. J. Clin. Pharmacol. **1994**, *38*, 23–31.

21. Yasumori, T.; Nagata, K.; Yang, S.K.; Chen, L.S.; Murayama, N.; Yamazoe, Y.; Kato, R. Cytochrome P450 Mediated Metabolism of Diazepam in Human and Rat: Involvement of Human CYP2C in *N*-Demethylation in the Substrate Concentration-Dependent Manner. Pharmacogenetics **1993**, *3*, 291–301.

22. Ihara, N.; Kokufu, T.; Sugioka, N.; Ohta, T.; Nosaka, K. Inhibitory Effect of Diltiazem on Diazepam Metabolism in the Mouse Hepatic Microsomes. Biol. Pharm. Bull. **1993**, *16*, 331–333.

23. Seree, E.J.; Pisano, P.J.; Placidi, M.; Rahmani, R.; Barra, Y.A. Identification of the Human and Animal Hepatic Cytochromes P450 Involved in Clonazepam Metabolism. Fundam. Clin. Pharmacol. **1993**, *7*, 69–75.

24. Raunnio, H.; Pasanen, M.; Mäenpää, J.; Hokkola, J.; Pelkonen, O. Expression of Extrahepatic Cytochrome P450 in Humans. In *Advances in Drug Metabolism in Man*; Pacifici, G.M., Fracchia, G.N., Eds.; European Commission, Office for Official Publications of the European Communities: Luxembourg, 1995; 234–287.

25. Bertilsson, L.; Henthorn, T.K.; Sanz, E.; Tybring, G.; Sawe, J.; Villen, T. Importance of Genetic Factors in the Regulation of Diazepam Metabolism: Relationship to *S*-Mephenytoin, But Not Debrisoquin, Hydroxylation Phenotype. Clin. Pharmacol. Ther. **1989**, *45*, 348–355.

26. De Morais, S.M.; Wilkinson, G.R.; Blaisdell, J.; Meyer, U.A.; Nakamura, K.; Goldstein, J.A. Identification of a New Genetic Defect Responsible for the Polymorphism of (*S*)-Mephenytoin Metabolism in Japanese. Mol. Pharmacol. **1994**, *46*, 594–598.

27. Xiao, Z.S.; Goldstein, J.A.; Xie, H.G.; Blaisdell, J.; Wang, W.; Jiang, C.H.; Yan, F.X.; He, N.; Huang, S.L.; Xu, Z.H.; Zhou, H.H. Differences in the Incidence of the CYP2C19 Polymorphism Affecting the *S*-Mephenytoin Phenotype in Chinese Han and Bai Populations and Identification of a New Rare CYP2C19 Mutant Allele. J. Pharmacol. Exp. Ther. **1997**, *281*, 604–609.

28. Ferguson, R.J.; De Morais, S.M.; Benhamou, S.; Bouchardy, C.; Blaisdell, J.; Ibeanu, G.; Wilkinson, G.R.; Sarich, T.C.; Wright, J.M.; Dayer, P.; Goldstein, J.A. A New Genetic Defect in Human CYP2C19: Mutation of the Initiation Codon Is Responsible for Poor Metabolism of *S*-Mephenytoin. J. Pharmacol. Exp. Ther. **1998**, *284*, 356–361.

29. Mamiya, K.; Ieiri, I.; Shimamoto, J.; Yukawa, E.; Imai, J.; Ninomiya, H.; Yamada, H.; Otsubo, K.; Higuchi, S.; Tashiro, N. The Effects of Genetic Polymorphisms of CYP2C9 and CYP2C19 on Phenytoin Metabolism in Japanese Adult Patients with Epilepsy: Studies in

30. Hoyumpa, A.M.; Patwardhan, R.; Maples, M.; Desmond, P.V.; Johnson, R.F.; Sinclair, A.P.; Schenker, S. Effect of Short-Term Ethanol Administration on Lorazepam Clearance. Hepatology **1981**, *1*, 47–53.

31. Griffin, R.J.; Burka, L.T.; Demby, K.B. Oxidative Biotransformation of Oxazepam to Reactive and Non-reactive Products in Rat, Mouse and Human Microsomes. Hum. Exp. Toxicol. **1995**, *14*, 779–786.

32. Lieber, C.S. Mechanisms of Ethanol–Drug–Nutrition Interactions. J. Toxicol. Clin. Toxicol. **1994**, *32*, 631–681.

33. Lieber, C.S. Susceptibility to Alcohol-Related Liver Injury. Alcohol Suppl. **1994**, *2*, 315–326.

34. Kitson, K.E. Ethanol and Acetaldehyde Metabolism: Past, Present, and Future. Alcohol Clin. Exp. Res. **1996**, *20* (Suppl 8), 82A–92A.

35. Asai, H.; Imaoka, S. Microsomal Ethanol Oxidizing System Activity by Human Hepatic Cytochrome P450's. J. Pharmacol. Exp. Ther. **1996**, *277*, 1004–1009.

36. Song, B.J. Ethanol-Inducible Cytochrome P450 (CYP2E1): Biochemistry, Molecular Biology and Clinical Relevance: 1996 Update. Alcohol Clin. Exp. Res. **1996**, *20* (Suppl 8), 138A–146A.

37. Lieber, C.S. Ethanol Metabolism, Cirrhosis and Alcoholism. Clin. Chim. Acta **1997**, *257*, 59–84.

38. Sellers, E.M.; Giles, H.G.; Greenblatt, D.J.; Naranjo, C.A. Differential Effects on Benzodiazepine Disposition by Disulfiram and Ethanol. Arzneimttelforschung **1980**, *30*, 882–886.

39. Linnoila, M.; Stapleton, J.M.; Lister, R.; Moss, H.; Lane, E.; Granger, A.; Eckardt, M.J. Effects of Single Doses of Alprazolam and Diazepam, Alone and in Combination with Ethanol, on Psychomotor and Cognitive Performance and on Autonomic Nervous System Reactivity in Healthy Volunteers. Eur. J. Clin. Pharmacol. **1990**, *39*, 21–28.

40. Scavone, J.M.; Greenblatt, D.J.; Harmatz, J.S.; Shader, R.I. Kinetic and Dynamic Interaction of Brotizolam and Ethanol. Br. J. Clin. Pharmacol. **1986**, *21*, 197–204.

41. Divoll, M.; Greenblatt, D.J. Alcohol Does Not Enhance Diazepam Absorption. Pharmacology **1981**, *22*, 263–268.

42. Linnoila, M.; Stapleton, J.M.; Lister, R.; Moss, H.; Lane, E.; Granger, A.; Eckardt, M.J. Effects of Adinazolam and Diazepam, Alone and in Combination with Ethanol, on Psychomotor and Cognitive Performance and on Autonomic Nervous System Reactivity in Healthy Volunteers. Eur. J. Clin. Pharmacol. **1990**, *38*, 371–377.

43. Steveninck, A.L.V.; Gieschke, R.; Schoemaker, R.C.; Roncari, G.; Tuk, B.; Pieters, M.S.M.; Breimer, D.D.; Cohen, A.F. Pharmacokinetic and Pharmacodynamic Interactions of Bretazenil and Diazepam with Alcohol. Br. J. Clin. Pharmacol. **1996**, *41*, 565–573.

Downloaded by [CRAIG LICHTBLAU] at 08:32 11 October 2017

44. Ochs, H.R.; Greenblatt, D.J.; Arandt, R.M.; Hübbel, W.; Shader, R.I. Pharmacokinetic Noninteraction of Triazolam and Ethanol. J. Psychopharmacol. **1984**, *4*, 106–107.

45. Dorian, P.; Sellers, E.M.; Kaplan, H.L.; Hamilton, C.; Greenblatt, D.J.; Adernethy, D. Triazolam and Ethanol Interaction: Kinetic and Dynamic Consequences. Clin. Pharmacol. Ther. **1985**, *37*, 558–562.

46. Sellman, R.; Kanto, J.; Raijola, E.; Pekkarinen, A. Human and Animal Study on Elimination From Plasma and Metabolism of Diazepam After Chronic Alcohol Intake. Acta Pharmacol. Toxicol. (Copenh.) **1975**, *36*, 33–38.

47. Sellman, R.; Pekkarinen, A.; Kangas, L.; Raijola, E. Reduced Concentrations of Plasma Diazepam in Chronic Alcoholic Patients Following an Oral Administration of Diazepam. Acta Pharmacol. Toxicol. (Copenh.) **1975**, *36*, 25–32.

48. Pond, S.M.; Phillips, M.; Benowitz, N.L.; Galinsky, R.E.; Tong, T.G.; Becker, C.E. Diazepam Kinetics in Acute Alcohol Withdrawal. Clin. Pharmacol. Ther. **1979**, *25*, 832–836.

49. Sunter, J.P.; Bal, T.S.; Cowan, W.K. Three Cases of Fatal Triazolam Poisoning. Br. Med. J. **1988**, *297*, 719.

50. Bal, T.S.; Johnson, B.; Kilner, E.A.; Sunter, J.P.; Cowan, W.K. Three Deaths Involving Triazolam—Analytical Aspects. J. Forensic Sci. Soc. **1989**, *29*, 119–123.

51. Wodak, A.; Pedersen, C. A Death from Combined Alcohol and Benzodiazepine Poisoning in a Non-medical Detoxification Unit. Med. J. Aust. **1992**, *156*, 814.

52. Joynt, B.P. Triazolam Blood Concentrations in Forensic Cases in Canada. J. Anal. Toxicol. **1993**, *17*, 171–177.

53. Steentoft, A.; Worm, K. Cases of Fatal Triazolam Poisoning. J. Forensic Sci. Soc. **1993**, *33*, 45–48.

54. Drummer, O.H.; Syrjanen, M.L.; Cordner, S.M. Deaths Involving the Benzodiazepine Flunitrazepam. Am. J. Forensic Med. Pathol. **1993**, *14*, 238–243.

55. Uemura, K.; Komura, S. Death Caused by Triazolam and Ethanol Intoxication. Am. J. Forensic Med. Pathol. **1995**, *16*, 66–68.

56. Drummer, O.H.; Ranson, D.L. Sudden Death and Benzodiazepines. Am. J. Forensic Med. Pathol. **1996**, *17*, 336–342.

57. Michaud, K.; Augsburger, M.; Romain, N.; Giroud, C.; Mangin, P. Fatal Overdose of Tramadol and Alprazolam. Forensic Sci. Int. **1999**, *105*, 185–189.

58. O'Dowd, J.J.; Spragg, P.P.; Routledge, P.A. Fatal Triazolam Poisoning. Br. Med. J. **1988**, *297*, 1048.

Downloaded by [CRAIG LICHTBLAU] at 08:32 11 October 2017

Special Section: Alcohol and Brain

# Alcohol and GABA-Benzodiazepine Receptor Function

Maharaj K. Ticku

γ-Aminobutyric acid (GABA)$_A$ is a major inhibitory neurotransmitter in the mammalian CNS. GABA$_A$ergic synapse is also an important site of action for a variety of centrally acting drugs, including benzodiazepines and barbiturates. Several lines of electrophysiological, behavioral, and biochemical studies implicate GABA$_A$ergic synapse in the actions of alcohol. In electrophysiological studies, alcohol has been reported to enhance GABA-mediated responses in cortical neurons, spinal cord and substantia nigra, albeit, negative results have also been reported. In behavioral studies, GABAmimetics enhance alcohol's effects on motor coordination, while GABA antagonists have the opposite effect. In drug combination studies, subeffective doses of alcohol, in combination with subeffective doses of other GABAmimetics, potentiate each other's effect in several seizure models. In functional studies, alcohol has been reported to potentiate GABA receptor-mediated $^{36}$Cl-flux in microsacs, neurosynaptosomes, and cultured spinal cord neurons at pharmacologically relevant concentrations. The potentiating effect of alcohol is blocked by GABA antagonists and the inverse agonists of the benzodiazepine receptor site. Taken together, these studies indicate that some of the central effects of alcohol are mediated via facilitation of GABA$_A$ergic transmission.

Key words: alcohol; GABA receptor complex; chloride channels.

(Annals of Medicine 22: 241—6, 1990)

## Introduction

γ-Aminobutyric acid (GABA) is a major inhibitory neurotransmitter in the mammalian CNS. GABA receptor system has been implicated in many pathological states, and it is also an important site of action for a variety of centrally acting drugs, including benzodiazepines, barbiturates, and alcohol. Radioligand binding studies over the years have demonstrated that the GABA$_A$ receptor is an oligomeric protein complex with distinct binding sites for GABA agonists, benzodiazepines and beta carbolines, picrotoxin, and related cage-convulsants and barbiturates (Fig. 1). These binding sites bear an allosteric relationship to each other (1, 2).

From the University of Texas Health Science Center at San Antonio, Department of Pharmacology, San Antonio, Texas, U.S.A.

This study was supported by NIAAA Grant No. AA04090.
Address and reprint requests: Maharaj K. Ticku, Ph.D., Department of Pharmacology, The University of Texas Health Science Center at San Antonio, 7703 Floyd Curl Drive, San Antonio, Texas 78284-7764, U.S.A.

Recently, GABA$_A$ receptor has been cloned and is believed to consist of at least three distinct subunits: alpha (α), beta (β), and gamma (γ) (3, 4). The α-subunit can be photoaffinity labeled with [$^3$H]flunitrazepam, and the β-subunit with [$^3$H]muscimol. Furthermore, initial expression studies indicated that GABA responses could be generated by αβ combination; these responses were blocked by GABA antagonists and potentiated by barbiturates (3). However, more recent studies have shown that to demonstrate benzodiazepine potentiation, a gamma-subunit (γ$_2$) was essential (4). Thus, it appears that to generate functional GABA$_A$ responses which may resemble in vivo physiological responses, a combination of αβγ-subunits is required. The exact stoichiometry of the subunits (e.g., tetrameric or pentameric) to generate functional GABA$_A$ receptors is yet to be established.

Alcohol has a pharmacological profile very similar to drugs that facilitate GABA$_A$ergic transmission, e.g., benzodiazepines and barbiturates. Several lines of evidence, including behavioral, pharmacological and functional, implicate GABA$_A$ receptor system in some of the actions of alcohol. This review will summarize studies which support the role of GABA$_A$ receptor system in the actions of alcohol.

Downloaded by [CRAIG LICHTBLAU] at 08:32 11 October 2017

242                                    Ticku

## BZ/GABA RECEPTOR IONOPHORE COMPLEX



*SITES OF DRUG ACTION*

| GABA RECEPTORS | BZ RECEPTORS | PICROTOXIN SITE | BARBITURATE SITE | COUPLING MODULATOR(S) |
| --- | --- | --- | --- | --- |
| GABA | BZ Agonists | Picrotoxin | Barbiturates | Ethanol |
| Muscimol | BZ Antagonists | TBPS | (+)Etomidate | |
| Bicuculline | R015-4513 (?) | PTZ | Pyrazolopyridines | |
| R-5135 (?) | β -Carbolines (?) | R05-3663 | Cyclopyrazolones | |

**Figure 1.** Schematic representation of potential sites of drug action at the GABA$_A$ receptor complex.

### Radioligand Binding Studies

Studies utilizing radioligand binding assays to demonstrate a potential site of action for alcohol on GABA receptor complex has provided no direct linkage. *In vitro* studies have shown that alcohol does not alter the binding of [$^3$]GABA or [$^3$H]benzodiazepine agonists to membranes (5, 6). However, alcohol in intoxicating and lethal concentrations does inhibit the binding of [$^{35}$S]t-butylbicyclophosphorothionate (TBPS) to the picrotoxin site of the oligomeric complex *in vitro* (7, 8). This interaction of alcohol is allosteric since, like barbiturates, alcohol accelerates the dissociation of [$^{35}$S]TBPS (9). However, this inhibition occurs at concentrations (IC$_{50}$ ~ 500 mM) which do not correlate with behavioral or intoxicating effects of alcohol.

Likewise, chronic alcohol administration does not alter the binding of benzodiazepine agonists or TBPS, while contradictory results are reported regarding GABA receptor binding (5, 10). However, it may be pointed out that our recent studies indicate that chronic alcohol administration increased selectively the binding of inverse agonists of benzodiazepine receptor sites, drugs which also block alcohol's effects on GABA$_A$-ergic transmission (see below).

### Electrophysiological Studies

In electrophysiological experiments, ability of alcohol to enhance GABA-mediated responses has been report-ed in several preparations, albeit negative results have also been reported. Thus, alcohol facilitates GABA$_A$ responses in cortical neurons (11), frog spinal cord (12), cat spinal cord (13), substantia nigra (14), and dentate gyrus of the hippocampus (15). However, a lack of alcohol effect has been reported in cortical neurons (16), and consistently in hippocampus (17). The possibility that these differences may be related to the heterogeneity of GABA$_A$ receptor in different brain regions, based on recent cloning studies, cannot be ruled out.

### Behavioral Studies

Behavioral studies provide strong support for the involvement of GABA$_A$ receptor system in many of the actions of alcohol. Elevation of GABA levels in the CNS, or manipulation of GABA receptor activity, enhances alcohol-induced motor incoordination, whereas, GABA antagonist, bicuculline, decreases alcohol-induced motor incoordination (18—20). In drug combination studies, we have reported that subeffective doses of alcohol, in combination with subeffective doses of other drugs that facilitate GABA$_A$ergic transmission, potentiate each other's effect *in vivo* against seizures induced by electroshock or chemoconvulsants (21, 22). Recently, we have compared the anticonvulsant effect of alcohol against picrotoxin, N-methyl-D-aspartic acid (NMDA), and kainic acid (23). Alcohol was most effective against picrotoxin, and least effective against kainic acid (Table 1). Interestingly, Ro 15-4513 (ethyl-8-azido-5,6-dihydro-5-methyl-6-oxo-4H-

Downloaded by [CRAIG LICHTBLAU] at 08:32 11 October 2017

**Table 1.** Percent protection offered by various drugs against mortality following convulsions induced by picrotoxin, kainic acid, and NMDA in rats (modified from ref. 23).

| Treatment (mg/kg, ip) | Percent protection against mortality | | |
|---|---|---|---|
| | Picrotoxin (10 mg/kg, ip) | Kainic acid (10 µg, icv) | NMDA (35 µg, icv) |
| Ethanol (0.5 g/kg) | 0   (0/8) | 0   (0/5) | 0   (0/5) |
| Ethanol (2 g/kg) | 100  (9/9) | 56  (7/9) | 78  (7/9) |
| Ro 15-4513 (4) | | | |
| + ethanol (2 g/kg) | 33  (2/6) | 50  (3/6) | 80  (4/5) |
| MK801 (0.1) | 0   (0/5) | 0   (0/5) | 0   (0/5) |
| MK801 (0.25) | 50  (3/6) | 0   (0/5) | 86  (6/7) |
| MK801 (0.5) | 100  (6/6) | 0   (0/5) | 100  (5/5) |
| MK801 (0.1) | | | |
| + ethanol (0.5 g/kg) | 57  (4/7) | 0   (0/5) | 100  (5/5) |

imidazo-[1,5α], [1,4]benzodiazepine-3-carboxylate), an imidazo-benzodiazepine, reversed alcohol's anticonvulsant effect against picrotoxin but not NMDA, while NMDA antagonist, MK 801, provided protection against NMDA, picrotoxin, but not kainic acid. Furthermore, Ro 15-4513 did not exhibit a proconvulsant effect with NMDA or kainic acid. These results are intriguing, and suggest that alcohol's anticonvulsant effect may involve both facilitation of GABA$_A$ergic transmission and inhibition of NMDA receptor systems. Recent electrophysiological evidence also indicates that alcohol decreases NMDA responses (24).

GABA$_A$ergic system has also been implicated in some of the withdrawal symptoms observed during alcohol withdrawal. Thus, audiogenic seizures observed during alcohol withdrawal are suppressed by GABAmimetics (25—27).

## Alcohol and GABA Receptor Function

It is well known that activation of GABA$_A$ receptors leads to an opening of specific Cl$^-$-channels. The functional response to GABA can be studied either by electrophysiological techniques or by using biochemical assays using $^{36}$Cl-flux measurements. GABA$_A$-receptor mediated $^{36}$Cl-flux has been studied in microsacs (28), synaptoneurosomes (29), and cultured spinal cord neurons (5, 10, 30). Alcohol (20—50 mM) has been reported to potentiate the effect of GABA agonist, muscimol, and also to directly activate Cl$^-$-channels in vitro, using membrane vesicles. Alcohol has also been shown to enhance muscimol-induced $^{36}$Cl-flux in long sleep mice, but not in short sleep mice (28).

In our laboratory, mammalian cultured spinal cord neurons have been developed as a model system to study and characterize GABA synaptic pharmacology in vitro (31—33). These neurons have all the elements of GABA$_A$ergic synapse, including benzodiazepine binding sites which are coupled to GABA, barbiturate and picrotoxin sites, and GABA-gated Cl$^-$-channels. GABA-induced $^{36}$Cl-influx in these neurons is specific for GABA$_A$ agonists, blocked by bicuculline and picrotoxin, and facilitated by benzodiazepine agonists (31—33). GABA produces a concentration-dependent effect with half-maximal effect occuring at 10 µM, and maximal effect occuring at 50 µM. Alcohol (5—50 mM) potentiated the effect of submaximal concentrations of GABA (10 µM), and at concentration ≥ 50 mM, alcohol has a direct effect in the absence of GABA (Table 2; 30). Both the potentiating and direct effect of alcohol

**Table 2.** Effect of alcohol on basal and GABA-induced $^{36}$Cl-influx† in cultured spinal cord neurons.

| | Percent increase over basal (n = 4—6) |
|---|---|
| 1.  Ethanol | |
| 20 mM | 2 ± 2 |
| 50 mM | 34 ± 4* |
| 500 mM | 38 ± 3* |
| 2.  10$^{-5}$ M GABA | 40 ± 6 |
| 10$^{-5}$ M GABA + 20 mM Ethanol | 72 ± 7** |

† GABA-induced $^{36}$Cl-influx was measured, as described elsewhere (30). The results are mean ± SD of four to six experiments.
‡ $P < 0.001$, as compared to 20 mM ethanol;
** $P < 0.001$, as compared to 10$^{-5}$ M GABA.

**Table 3.** Effect of MgCl$_2$ on alcohol potentiation of GABA-induced $^{36}$Cl-influx* in spinal cord neurons.

| | $^{36}$Cl-influx (nmoles/mg protein) | Percent increase over basal |
|---|---|---|
| I.  Basal | 1.66 ± 0.21 | — |
| + 10$^{-5}$ M GABA | 2.43 ± 0.12 | 47 |
| + 10$^{-5}$ M GABA + 20 mM Ethanol | 2.85 ± 0.21 | 72 |
| + 10$^{-5}$ M GABA + 20 mM Ethanol + 10 mMgCl$_2$ | 2.75 ± 0.19 | 66 |
| II.  50 mM ethanol | 2.58 ± 0.24 | 55 |
| 50 mM ethanol + 10 mM MgCl$_2$ | 2.40 ± 0.06 | 45 |

* GABA-induced $^{36}$Cl-influx was measured, as described elsewhere (30). The results are mean ± SD of three coverslips.

3

Downloaded by [CRAIG LICHTBLAU] at 08:32 11 October 2017

were blocked by GABA antagonists and by inverse agonists of benzodiazepine receptor site like beta carbolines and Ro 15-4513. Furthermore, Ro 15-1788 (benzodiazepine antagonist) reversed the inhibitory effect of inverse agonists like Ro 15-4513, suggesting the involvement of the benzodiazepine site. In the same neurons, alcohol did not affect glycine induced $^{36}$Cl-influx. Table 3 shows that the potentiating or direct effect of alcohol on GABA induced $^{36}$Cl-influx are not altered when the synaptic activity was inhibited in the presence of MgCl$_2$ (10 mM). This indicates that the effect of alcohol does not appear to be due to other indirect synaptic events (e.g., due to release mechanism). These results suggest selectivity of action of alcohol on GABA-gated Cl-channels.

## Alcohol and Ro 15-4513

Further support to the notion that alcohol may act via GABA system is provided by studies with Ro 15-4513 and other inverse agonists which partially inhibit GABA-mediated responses. Ro 15-4513 is an azido analogue of the benzodiazepine antagonist, Ro 15-1788, which blocks both the behavioral and functional effects of alcohol which are related to GABAergic transmission (5). Ro 15-4513 has been reported to provide protection against mortality due to alcohol (5—15 g/kg, PO), without altering the pharmacokinetics of alcohol (34, 35). However, in another study Ro 15-4513 failed to provide protection against the lethal effects of ethanol (36). In the holeboard test, Ro 15-4513, and other inverse agonist FG-7142, reversed the reductions in the number of head dips caused by alcohol in mice (37). Ro 15-4513 has also been reported to block the anticonflict effect of alcohol (38). Ro 15-4513 does not appear to be unique in reversing alcohol's behavioral effects, since other inverse agonists can do the same (5, 37). The effects of Ro 15-4513 and other inverse agonist are reversed by Ro 15-1788, suggesting the involvement of the central benzodiazepine receptor site in these actions. Finally, it may be pointed out that GABA antagonists can also block the behavioral effects of alcohol, thus further suggesting an involvement of GABA$_A$ergic synapse in the actions of alcohol.

## Chronic Alcohol Treatment and Inverse Agonist Binding

Our recent studies have shown that chronic alcohol treatment increased the specific binding of [$^3$H]Ro 15-4513, but not that of [$^3$H]flunitrazepam or [$^3$H]Ro 15-1788 in rat cerebral cortex, cerebellum (39), and cultured spinal cord neurons (40). This increase in the specific binding was due to an increase in the B$_{max}$ value of Ro 15-4513, without any effect on the K$_D$ value. To determine if the effect of alcohol to increase the binding sites for Ro 15-4513 is unique and selective, we also investigated the effect on another inverse agonist, [$^3$H]β-CCM. Our studies indicate that chronic alcohol treatment increased the binding of inverse agonists (Ro 15-4513 and β-CCM), but not of agonists and antagonists. These results are of interest, and are

also consistent with our $^{36}$Cl-flux studies where inverse agonists but not antagonist (Ro 15-1788), block alcohol's effects on GABA-induced $^{36}$Cl-influx (30). The significance of an increase in the binding sites for the inverse agonists is not clear, but may have implications in alcohol tolerance and withdrawal (40). It may be noted that chronic benzodiazepine agonist treatment also increases the efficacy of inverse agonists (41). In behavioral studies, we have also observed that chronic alcohol increased the efficacy of inverse agonists (Ro 15-4513 > FG 7142) in rats (42). Thus, both Ro 15-4513 and FG 7142 potentiated the convulsant effect of pentylenetetrazol (PTZ) in ethanol-withdrawal and control rats (43). The proconvulsant effect of both these inverse agonists was blocked by Ro 15-1788. Furthermore, higher doses of Ro 15-4513 (5 mg/kg or 10 mg/kg) induced seizures in alcohol withdrawal rats, an effect which was blocked by diazepam and Ro 15-1788. These results suggest that the sensitivity to Ro 15-4513 is enhanced following chronic alcohol treatment and withdrawal (42). Based on these results, it could be speculated that chronic administration of drugs which facilitate GABAergic transmission (alcohol, benzodiazepine) may favor a conformation of benzodiazepine receptor site with increased inverse agonistic efficacy.

## Are GABA$_B$ Receptors Involved in Alcohol's Action?

It has recently been suggested that GABA$_B$ receptors may somehow modulate the interaction of alcohol with GABA$_A$ receptors (43). This was based in the observation that phaclofen, GABA$_B$ receptor antagonist, decreased the effects of alcohol on hypothermia, locomotor activity and motor incoordination (43). In our laboratory, we have taken several approaches to address this issue. We have recently developed an assay for measuring presynaptic GABA$_B$ responses in cultured spinal cord neurons (44). In this assay, baclofen inhibits voltage-cated Ca$^{2+}$-channels and thereby inhibits Ca$^{2+}$-activated $^{86}$Rb-efflux (44). This effect of baclofen was blocked by GABA$_B$ receptor antagonist, phaclofen, and by pretreatment of pertussis toxin, suggesting an involvement of (G$_i$, G$_o$)-proteins (44). Table 4 shows that alcohol does not affect Ca$^{2+}$-activated $^{86}$Rb-efflux, suggesting that alcohol does not interact with presynaptic GABA$_B$ receptors in spinal cord neurons. Table 5 shows the effect of GABA$_B$ antagonist,

**Table 4. Effect of alcohol on Ca$^{2+}$-activated K$^+$-channels in spinal cord neurons.**

|  | % $^{86}$Rb-Efflux (n = 3) |
|---|---|
| Basal (5 mM KCl, 1.8 mM Ca$^{2+}$) | 12.8 ± 1.4 |
| + 100 mM KCl | 27.2 ± 1.2* |
| + 100 mM KCl + 10 mM Ethanol | 25.9 ± 3.4 |
| + 100 mM KCl + 20 mM Ethanol | 24.2 ± 4.4 |
| + 100 mM KCl + 50 mM Ethanol | 24.9 ± 1.8 |

The experimental procedure is described elsewhere (44). In this assay, baclofen inhibits depolarization-induced (Ca$^{2+}$-activated) $^{86}$Rb-efflux in a phaclofen and pertussis toxin sensitive manner (44).
* $P < 0.001$, as compared to basal.

Case 2:16-cv-14413-RLR   Document 125-2   Entered on FLSD Docket 10/26/2017   Page 154 of 436

Table 5. Effect of phaclofen on alcohol potentiation of GABA-induced $^{36}$Cl-influx* in spinal cord neurons.

|  | $^{36}$Cl-Influx (nmoles/mg protein) | Percent increase over basal |
|---|---|---|
| Basal | 2.918 ± 0.16 | — |
| + 10$^{-5}$ M GABA | 4.432 ± 0.29 | 52 |
| + 20 mM ethanol | 2.907 ± 0.11 | NS |
| + 10$^{-5}$ M GABA + 20 mM ethanol | 5.270 ± 0.23 | 81 |
| + 10$^{-5}$ M GABA + 20 mM ethanol + 500 µM phaclofen | 5.340 ± 0.15 | 83 |
| + 50 mM ethanol | 4.080 ± 0.25 | 40 |
| + 50 mM ethanol + 500 µM phaclofen | 3.913 ± 0.27 | 34 |

* GABA-induced $^{36}$Cl-influx was measured, as described elsewhere (30). The results are mean ± SD of three coverslips.

Downloaded by [CRAIG LICHTBLAU] at 08:32 11 October 2017

phaclofen, on direct and potentiating effect of alcohol on GABA-induced $^{36}$Cl-influx. Phaclofen does not affect either the direct or the potentiating effect of alcohol on GABA-gated Cl$^-$-channels. Furthermore, pertussis toxin treatment also did not affect the alcohol's effects on GABA-gated Cl$^-$-channels (data not shown). Taken together, these results suggest that in cultured spinal cord neurons, GABA$_B$ receptors do not modulate the interaction between alcohol and GABA$_A$ receptor-gated Cl$^-$-channels.

## Acknowledgement

The author wishes to thank Mrs. Diana Reese for excellent secretarial assistance.

## References

1. Olsen RW, Venter JC eds. Benzodiazepine/GABA receptor and chloride channels: structural and functional properties. Receptor biochemistry and methodology. Vol. 5. New York: Alan R. Liss, 1986.
2. Ticku MK. Benzodiazepine-GABA receptor-ionophore complex. Curr Concepts 1983; 22: 1459—70.
3. Schofield PR, Darlison MG, Fujita N, et al. Sequence and functional expression of the GABA-A receptor shows a ligand-gated receptor superfamlily. Nature 1987; 328: 321—7.
4. Pritchett D, Sontheimer H, Shivers BD, et al. Importance of a novel GABA$_A$ receptor subunit for benzodiazepine pharmacology. Nature 1988; 338: 582—5.
5. Ticku MK, Kulkarni SK. Molecular interactions of ethanol with GABAergic systems and potential of Ro 15-4513 as an ethanol antagonist. Pharmacol Biochem Behav 1988; 30: 501—10.
6. Greenberg DA, Cooper EC, Gordon A, Diamond I. Ethanol and the γ-aminobutyric acid-benzodiazepine receptor complex. J Neurochem 1984; 42: 1082—8.
7. Thyagarajan R, Ticku MK. The effect of in vitro and in vivo ethanol administration on [³⁵S]t-butylbicyclophosphorothionate binding in C57 mice. Brain Res Bull 1985; 15: 343—5.
8. Liljequist S, Culp S, Tabakoff B. Effect of ethanol on the binding of [³⁵S]t-butylbicyclophosphorothionate to mouse brain membranes. Life Sci 1986; 38: 1931—9.
9. Maksay G, Ticku MK. GABA, depressants and chloride ions affect the rate of dissociation of [³⁵S]t-butylbicyclophosphorothionate binding. Life Sci 1985; 37: 2173-80.
10. Ticku MK. Ethanol and the benzodiazepine-GABA receptor-ionophore complex. Experientia 1989; 45: 413—8.
11. Nestoros JN. Ethanol specifically potentiates GABA-mediated neurotransmission in feline cerebral cortex. Science 1980; 209: 708—10.
12. Davidoff RS. Alcohol and presynaptic inhibition in an isolated spinal cord preparation. Arch Neurol 1981; 28: 60—3.
13. Banna NR. Potentiation of cutaneous inhibition by alcohol. Experientia 1969; 25: 619—20.
14. Mereu G, Gessa GL. Low doses of ethanol inhibit the firing of neurons in the substantia nigra, pars reticulata: a GABAergic effect? Brain Res 1985; 360: 325—30.
15. Henriksen SJ, Wiesner JB. Effect of acute ethanol on unit activity and population responses of the dentate gyrus of the hippocampus. Alcoholism: Clin Exp Res 1988; 12: 323.
16. Lake N, Yarbrough GG, Phillis JW. Effects of ethanol on cerebral cortical neurons: interactions with some putative transmitters. J Pharm Pharmacol 1973; 25: 582—4.
17. Siggins GR, Pittman QJ, French ED. Effects of ethanol on CA₁ and CA₃ pyramidal cells in the hippocampal slice preparation: an intracellular study. Brain Res 1987; 414: 22—34.
18. Häkkinen JM, Kulonen E. Ethanol intoxication and γ-aminobutyric acid. J Neurochem 1976; 27: 631—3.
19. Harris RA, Allan AM. Functional coupling of GABA receptors to chloride channels in brain membranes. Science 1985; 228: 1108—10.
20. Frye GD, Breese GR. GABAergic modulation of ethanol-induced motor impairment. J Pharmacol Exp Ther 1983; 226: 720—5.
21. Rastogi SK, Ticku MK. Anticonvulsant profile of drugs which facilitate GABAergic transmission on convulsions mediated by a GABAergic mechanism. Neuropharmacology 1986; 25: 175—85.
22. Rastogi SK, Ticku MK. Involvement of a GABAergic mechanism in the anticonvulsant effect of pentobarbital against maximal electroshockinduced seizures in rats. Pharmacol Biochem Behav 1985; 22: 141—6.
23. Kulkarni SK, Mehta AK, Ticku MK. Comparison of anticonvulsant effect of ethanol against NMDA-, kainic acid- and picrotoxin-induced convulsions in rats. Life Sci 1990; 46: 481—7.
24. Lovinger DM, White G, Weight FF. Ethanol inhibits NMDA-activated ion current in hippocampal neurons. Science 1989; 243: 1721—4.
25. Cooper BR, Virk K, Ferris RM, White HL. Antagonism of the ethanol susceptibility to audiogenic seizures during alcohol withdrawal in the rat by γ-aminobutyric acid (GABA) and GABAmimetic agents. J Pharmacol Exp Ther 1979; 209: 396—403.
26. Frye GD, McCown TJ, Breese GR. Differential sensitivity of ethanol withdrawal signs in the rat to GABAmimetics: blockade of audiogenic seizures but not forelimb tremors. J Pharmacol Exp Ther 1983; 226: 720—5.
27. Gonzalez LP, Hettinger MK. Intraingral muscimol suppresses ethanol withdrawal seizures. Brain Res 1984; 298: 163—6.
28. Allan AM, Harris RA. Gamma-aminobutyric acid and alcohol actions: neurochemical studies in long sleep and short sleep mice. Life Sci 1986; 39: 2005—15.
29. Suzdak PD, Schwartz RD, Skolnick P, Paul SM. Ethanol stimulates γ-aminobutyric acid receptor-mediated chloride transport in rat brain synaptoneurosomes. Proc Natl Acad Sci USA 1986; 83: 4071—5.
30. Mehta AK, Ticku MK. Ethanol potentiation of GABAergic

246                                                          Ticku

Downloaded by [CRAIG LICHTBLAU] at 08:32 11 October 2017

transmission in cultured spinal cord neurons involves γ-aminobutyric acid,-gated chloride channels. J Pharmacol Exp Ther 1988; 246: 558—64.

31. **Lehoullier PF, Ticku MK.** The pharmacological properties of GABA receptor-coupled chloride channels using $^{36}$Cl-influx in cultured spinal cord neurons. Brain Res 1989; 287: 205—14.

32. **Mehta AK, Ticku MK.** Characteristics of flunitrazepam binding to intact primary cultured spinal cord neurons and its modulation by GABAergic drugs. J Neurochem 1987; 49: 1491—7.

33. **Mehta AK, Ticku MK.** Benzodiazepine and beta-carboline interactions with GABA$_A$ receptor-gated chloride channels in mammalian cultured spinal cord neurons. J Pharmacol Exp Ther 1989; 249: 418—23.

34. **Fadda F, Mosca E, Colombo G, Gessa GL.** Protection against ethanol mortality in rats by imidazobenzodiazepine Ro 15-4513. Eur J Pharmacol 1987; 136: 265—76.

35. **Suzdak PD, Glowa JR, Crawley JN, Schwartz RD, Skolnick P, Paul SM.** A selective imidazobenzodiazepine antagonist of ethanol in the rat. Science 1986; 234: 1243—7.

36. **Nutt DJ, Lister RG, Rusche D, Bonetti EP, Reese RE, Rufener R.** Ro 15-4513 does not protect rats against the lethal effects of ethanol. Eur J Pharmacol 1988; 151: 127—9.

37. **Lister RG.** The benzodiazepine receptor inverse agonists FG 7142 and Ro 15-4513 both reverse some of the be-

havioral effects of ethanol in a holeboard test. Life Sci 1987; 41: 1481—9.

38. **Britton KT, Koob GF.** Ethanol antagonist Ro 15-4513 is not selective for ethanol. Alcohol: Clin Exp Res 1987; 11: 206.

39. **Mhatre M, Mehta AK, Ticku MK.** Chronic ethanol administration increases the binding of the benzodiazepine inverse agonist and alcohol antagonist [³H]Ro 15-4513 in rat brain. Eur J Pharmacol 1988; 153: 141—5.

40. **Mhatre M, Ticku MK.** Chronic ethanol treatment selectively increases the binding of inverse agonists for benzodiazepine binding sites in cultured spinal cord neurons. J Pharmacol Exp Ther 1989; 251: 164—8.

41. **Little HJ.** Chronic benzodiazepine treatment increases the effects of inverse agonists. In: Biggio G, Costa E, eds. Chloride channels and their modulation by neurotransmitters and drugs. Vol. 45. New York: Raven Press, 1988. 307—14.

42. **Mehta AK, Ticku MK.** Chronic ethanol treatment alters the behavioral effects of Ro 15-4513, a partially negative ligand for benzodiazepine binding sites. Brain Res 1989; 489: 93—100.

43. **Allan AM, Harris RA.** A new alcohol antagonist: phaclofen. Life Sci 1989; 45: 1771—9.

44. **Kamatchi GL, Ticku MK.** GABA$_B$ receptor activation inhibits Ca²⁺-activated $^{86}$Rb-efflux in cultured spinal cord neurons via G-protein mechanism. Brain Res 1990; 506: 181—6.

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

CLINICAL FOCUS: ADHD, PSYCHIATRIC DISORDERS, AND PAIN MANAGEMENT

# Risks, Management, and Monitoring of Combination Opioid, Benzodiazepines, and/or Alcohol Use

**DOI:** 10.3810/pgm.2013.07.2684

Jeffrey A. Gudin, MD[1,2]
Shanthi Mogali, MD[3]
Jermaine D. Jones, PhD[3]
Sandra D. Comer, PhD[3]

[1]Pain Management and Wellness Center, Englewood Hospital and Medical Center, Englewood, NJ; [2]Department of Anesthesiology, Mount Sinai School of Medicine, New York, NY; [3]Division on Substance Abuse, New York State Psychiatric Institute and Department of Psychiatry, College of Physicians and Surgeons of Columbia University, New York, NY

**Abstract:** The concurrent use of opioids, benzodiazepines (BZDs), and/or alcohol poses a formidable challenge for clinicians who manage chronic pain. While the escalating use of opioid analgesics for the treatment of chronic pain and the concomitant rise in opioid-related abuse and misuse are widely recognized trends, the contribution of combination use of BZDs, alcohol, and/ or other sedative agents to opioid-related morbidity and mortality is underappreciated, even when these agents are used appropriately. Patients with chronic pain who use opioid analgesics along with BZDs and/or alcohol are at higher risk for fatal/nonfatal overdose and have more aberrant behaviors. Few practice guidelines for BZD treatment are readily available, especially when they are combined clinically with opioid analgesics and other central nervous system–depressant agents. However, coadministration of these agents produces a defined increase in rates of adverse events, overdose, and death, warranting close monitoring and consideration when treating patients with pain. To improve patient outcomes, ongoing screening for aberrant behavior, monitoring of treatment compliance, documentation of medical necessity, and the adjustment of treatment to clinical changes are essential. In this article, we review the prevalence and pharmacologic consequences of BZDs and/or alcohol use among patients with pain on chronic opioid therapy, as well as the importance of urine drug testing, an indispensable tool for therapeutic drug monitoring, which helps to ensure the continued safety of patients. Regardless of risk or known aberrant drug-related behaviors, patients on chronic opioid therapy should periodically undergo urine drug testing to confirm adherence to the treatment plan.

**Keywords:** urine drug testing; opioid; benzodiazepine; alcohol; respiratory depression; chronic pain.

## Prevalence and Risk Factors
### Co-Abuse of Opioids, Benzodiazepines, and/or Alcohol: Consequences for General Health and Overdose Lethality

The escalating use of opioid analgesics to treat chronic pain and the concomitant rise in opioid-related abuse and misuse are widely recognized trends. In 2011, the US Institute of Medicine declared pain a public health challenge and identified a number of barriers to adequate pain care. These include regulatory, legal, educational, and cultural barriers that inhibit the medically appropriate use of opioid analgesics.[1] Also, in 2011, the US Food and Drug Administration introduced mandatory safety measures for opioid prescribing, such as Risk Evaluation and Mitigation Strategies.[2] Various organizations, including the American Pain Society, the American Academy of Pain Medicine, and the American Society of Interventional Pain Physicians, among others, have since developed clinical guidelines for responsible opioid prescribing.[3–7]

Correspondence: Jeffrey A. Gudin, MD
Pain Management and Wellness Center
Englewood Hospital and Medical Center
350 Engle Street
Englewood, NJ 07631, USA
Tel: 201-838-7246
Fax: 201-894-9046
E-mail: healthmd@optonline.net

Gudin et al

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

Perhaps somewhat underappreciated is the contribution of concurrent use of alcohol and other sedative agents to the mounting incidence of opioid-related morbidity and mortality, even when used appropriately. The literature suggests that benzodiazepine (BZD) users are more likely to receive prescription opioids than non-BZD users.[8,9] Although the World Health Organization described the rational use of BZDs in 1996,[10] few practice guidelines for BZD treatment are readily available, especially when BZDs are used clinically along with opioid analgesics and other central nervous system (CNS)–depressant agents.

Recent guidelines for opioid prescribing merely recommend considering concomitant BZD use when evaluating contraindications to opioid use in patients with chronic noncancer pain.[5] Canadian guidelines refer to BZD tapering when used in chronic noncancer pain populations who are elderly and may exhibit greater sensitivity to the respiratory effects of opioids.[11] Yet, the use of BZDs in combination with other substances can have severe, and even fatal, consequences.[12] Furthermore, the rates of BZD abuse are increasing. Substance abuse treatment admissions for BZD abuse nearly tripled from 22 400 in 1998 to 60 200 in 2008, with the concurrent abuse of opiates accounting for the majority of admissions, followed by alcohol (Figure 1).[12] In fact, treatment admissions due to co-abuse of BZDs and narcotic pain relievers increased by 569.7% from 2000 to 2010, while those related to all other substance abuse decreased by 9.6% in the same time period.[13]

Emergency department (ED) visits resulting from the misuse or abuse of prescription drugs in general increased by 76% between 2005 to 2010 (Figure 2).[14,15] Even when medications were taken as prescribed, adverse reactions (ie, side effects, drug–drug interactions, and drug–alcohol interactions) caused an 86% increase in ED visits during the same time period.[14] Specifically, accidental opioid-related fatalities increased by 4-fold from 1999 to 2009.[16] An analysis by investigators at the Centers for Disease Control and Prevention in Atlanta, GA, showed that 75.2% of deaths from pharmaceutical agents involved opioids, followed by BZDs (29.4%), antidepressants (17.6%), and antiepileptic and antiparkinsonism agents (7.8%), either alone or combined with other drugs. Of these overdose deaths, 74.3% (16 451) were unintentional, 17.1% (3780) were suicides, and 8.4% (1868) were of undetermined intent.[17]

The Utah Medical Examiner's office also investigated the rise in unexpected deaths from prescription drug overdose between October 2008 and 2009, and found similar results.[18] Among the 278 opioid-related overdose deaths, 86% did not involve any illicit drugs and 83% of decedents experienced chronic pain.[16] Oxycodone was the drug most frequently mentioned as a contributing cause of death, followed by methadone and hydrocodone. Calcaterra et al[16] found that prescription opioid–related deaths commonly involve additional substances, including alcohol, sedatives, and/or illicit drugs (as identified from death certificates). The most common cause of polysubstance overdose fatality was the combined use of opioids and BZDs.[16] Several studies[19-24] suggest that BZDs may play a role in as much as 80% of unintentional overdose deaths involving opioids, primarily due to respiratory depression.[8,25]

Respiration is controlled at medullary respiratory centers with input from peripheral chemoreceptors. Glutamate and gamma-aminobutyric acid (GABA) are the major excitatory and inhibitory neurotransmitters, respectively, mediating the control of respiration. Opioids produce inhibition both in the medulla and at peripheral chemoreceptors, while BZDs and alcohol facilitate inhibitory effects of GABA at the $GABA_A$ receptor. Alcohol also decreases the excitatory effect of glutamate at $N$-methyl-D-aspartate receptors. Therefore, while the respiratory-depressant effects of alcohol and BZDs are mild, the concurrent use of these drugs with opioids has the potential to increase and/or prolong the respiratory-depressant effects of opioids. In addition, tolerance to respiratory depression is incomplete, and may be slower than tolerance to euphoria and other effects. One often underappreciated consequence of this phenomenon may be a relatively high risk of overdose among experienced opioid users.[25]

Risk factors for respiratory depression due to opioids may include age > 55 years, preexisting chronic obstructive pulmonary disease, known or suspected sleep-disordered breathing problems, anatomic oral or airway abnormalities, and comorbidities (eg, advanced systemic disease, renal or hepatic impairment).[26]

## Pharmacologic Consequences of Combination Opioid and BZD Use

Benzodiazepines are reported to enhance the positive subjective effects of opioids (ie, euphoria) but it is unclear whether the reinforcing effects are additive or supra-additive (ie, synergistic). The reasons for combination use and misuse vary, but it appears likely that the motivation for clinicians may be different from that of patients. Clinicians may combine BZDs with opioids to take advantage of the anxiolytic and skeletal muscle–relaxant properties of BZDs. Patients may experience a pharmacodynamic interaction between the opioid and BZD that enhances the CNS effects

© Postgraduate Medicine, Volume 125, Issue 4, July 2013, ISSN – 0032-5481, e-ISSN – 1941-9260

ResearchSHARE®: www.research-share.com • Permissions: permissions@postgradmed.com • Reprints: reprints@postgradmed.com

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

Therapeutic Drug Monitoring Across the Continuum of Risk

**Figure 1.** Primary substance of abuse among treatment admissions reporting secondary benzodiazepine abuse: 2008.[13]



Benzodiazepines were reported as a drug of abuse by approximately 60 200 treatment admissions. The majority of patients indicated that they initiated benzodiazepine use after the abuse of another substance. The primary substance of abuse was opioids in the group aged 18 to 44 years, opioids as well as alcohol in the group aged ≥ 45 years, and marijuana in the group aged 12 to 17 years. Percentages may sum to < 100% because a small number of admissions did not report a primary substance of abuse.

and potential feelings of euphoria, especially if the drugs are misused or not taken as directed. Among patients on long-term opioid treatment, ≥ 25% said that they initiated BZD use out of curiosity, or to relax, relieve tension/anxiety, feel good, or get high.[27] Subjective ratings of *high, euphoria, good, like,* and *strong* increase with combination use of BZDs and opioids.[28–30] In a study of opioid-dependent patients with histories of BZD abuse, Preston et al[31] found that diazepam coadministered with methadone increased the positive subjective effects of opioids and induced greater constriction of the pupil than either drug alone. (Pupil constriction is an opioid effect; the level of decrease in pupil diameter is proportional to the sedative-hypnotic effect of the drug.[32])

Multiple BZDs, including diazepam, have significant abuse liability, producing increased positive subjective ratings and functional impairment when used along with opioids (Figure 3).[28–30]

Respiratory depression is the primary mechanism contributing to fatal opioid overdose, which, as discussed, may be exacerbated by concomitant BZD use.[25] Among patients undergoing various medical and surgical procedures, > 80 deaths have occurred after using midazolam, often combined with opioids.[33] Bailey et al[33] reported that coadministration of midazolam and fentanyl increased the incidence of hypoxemia and apnea among healthy study volunteers. In another study by Faroqui et al,[34] of the 64 patients who underwent

**Figure 2.** Number of ED visits involving misused or abused drugs according to major substance of abuse: 2004–2011.[15]



The Drug Abuse Warning Network collects demographic and visit-level information on ED visits resulting from substance misuse or abuse, adverse reactions to drugs taken as prescribed, accidental ingestion of drugs, drug-related suicide attempt, and other drug-related medical emergencies. Only those data for visits involving misused or abused drugs are shown. Curves represent data obtained for the major substance of abuse; however, multiple drugs may be involved in each visit. Data from illicit drugs have been omitted. Alcohol combined with other drugs is recorded for all ages and alcohol only for patients aged ≤ 20 years.
Abbreviation: ED, emergency department.

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

anesthesia and received both buprenorphine and diazepam, 11 experienced sudden respiratory depression requiring manual ventilation.

It is now well established that the cytochrome P450 (CYP) enzyme system plays an important role in the metabolism of a large number of medications in many therapeutic classes, including opioids.[35-37] Although some BZDs, such as oxazepam, lorazepam, and temazepam, are directly conjugated via glucuronyl transferase, others, such as alprazolam and diazepam, are first metabolized by the CYP isozyme 3A4 and/or 3A5.[36] Thus, when certain BZDs are coadministered with inhibitors of the CYP system, one would expect a decrease in BZD clearance associated with potentially increased somnolence and respiratory depression, especially when combined with opioids.[35,36]

## Pharmacologic Consequences of Combination Opioid and Alcohol Use

One of the major concerns when combining alcohol with opioid analgesics is the pharmacokinetic consequence of "dose dumping." Dose dumping is defined as the unintended, rapid release (over a short period of time) of the entire amount or a significant fraction of the drug contained in a modified-release dosage form. Alcohol is linked to dose-dumping effects across specific long-acting opioid (LAO) formulations, and significantly increases their dangers, as well as their abuse liability. In the most pronounced case, co-ingestion of the previously available analgesic Palladone™ (Purdue Pharma; hydromorphone hydrochloride extended-release capsules) with alcohol produced significantly higher plasma levels of hydromorphone (up to 16-fold greater), especially in the fasted state. This finding prompted its discontinuation and withdrawal from the market.[38] In vitro studies of another LAO, Avinza® (Pfizer Inc; morphine sulfate extended-release capsules), displayed accelerated release of morphine that was alcohol concentration dependent (Figure 4).[39] Box warnings for Avinza®, as well as other extended-release/long-acting opioids,[40] advise patients not to drink alcoholic beverages or use prescription or nonprescription medications containing alcohol during therapy, as it may result in the rapid release and absorption of a potentially fatal dose of opioid.

The mechanisms by which alcohol alters the pharmacokinetic properties of LAOs are poorly understood. Several studies have shown that concurrent use of alcohol increases the maximum plasma concentration ($C_{max}$) of certain opioids and decreases the time to $C_{max}$ ($t_{max}$), despite no evidence of dose dumping.[41-43] The clinical significance of the additive effects in $C_{max}$ and $t_{max}$ from combination

alcohol and opioid use has not been characterized directly. However, coadministration of ethanol and opioids may increase the related dangers as well as enhance positive subjective effects that contribute to abuse liability while adversely affecting physical function and cognition. These responses stress the importance of instructing patients not to consume alcoholic beverages or use prescription or nonprescription products containing alcohol while on LAO therapies.

Fatal poisonings involving prescription opioids are frequently associated with alcohol use and are likely due to combined CNS- and respiratory-depressant effects.[5,44,45] In a study by Ali et al,[46] opioids significantly decreased the ventilatory response to hypercapnia when administered along with ethanol. No pharmacokinetic interaction was observed for either drug. Increases in positive subjective effects (eg, "drug liking," "take again," "pleasant body sensations") have been reported by healthy volunteers administered a combination of oxycodone (10 mg) and ethanol (0.3 or 0.6 g/kg) compared with when they received either substance alone (Figure 5).[47] Psychomotor and cognitive performances were not affected by any of the active drug scenarios.

## Combination Use of Opioids, BZDs, and/or Alcohol Among Patients With Chronic Pain

Concurrent use of opioids, BZDs, and/or alcohol poses a formidable challenge for clinicians who manage patients with chronic pain. In recent reviews of outpatient pharmacy and clinical databases, patients with chronic pain who concurrently used opioid analgesics and BZDs had more pain-related and behavioral management problems, and were at higher risk for fatal/nonfatal overdose.[48,49] Among patients with noncancer pain, in particular, concomitant use of BZD was associated with more total months of prescribed opioid, higher mean daily doses, and a greater risk of a psychogenic chronic pain diagnosis and alcohol abuse/dependence.[48] Similarly, Bachs et al[50] found that users who were dispensed the highest doses of codeine (according to prescription records) were significantly more likely to use high doses of BZDs as well. In fact, BZD use was a stronger predictor of future prescription opioid use than musculoskeletal or chronic pain.[9] Furthermore, patients with chronic pain who were diagnosed with alcohol abuse/dependence independently exhibited a trend toward longer oxycodone/acetaminophen use (Figure 6), suggesting additional treatment challenges among that comorbid population as well.[48]

© Postgraduate Medicine, Volume 125, Issue 4, July 2013, ISSN – 0032-5481, e-ISSN – 1941-9260
ResearchSHARE®: www.research-share.com • Permissions: permissions@postgradmed.com • Reprints: reprints@postgradmed.com

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

**Figure 3.** Diazepam coadministered with buprenorphine increases subjective drug effects and impairs cognitive performance.



Diazepam (0 or 40 mg) was administered to patients maintained on buprenorphine therapy (n = 7) being treated with 100% of their normal buprenorphine dose (mean 11.1 ± 2.8 mg). A) Subjective drug effects were determined using visual analog scales of "strength of drug effect," "sedation," and "liking of drug effect" at 0, 0.5, 1, 1.5, 2, 3, 4, 5, and 6 hours after dosing. B) Functional impairment was determined by increases in visual reaction time, a measure of sensory-motor performance, and cancellation time, a measure of focused attention, as well as a decrease in coding skills using the DSST. Data are expressed as mean plus standard error of the mean. P values denote significant paired differences versus the diazepam 0 mg condition.
Reprinted from *Drug and Alcohol Dependence*, Volume 91, Edition 2–3, Lintzeris N, Mitchell TB, Bond AJ, Nestor L, Strang J. Pharmacodynamics of diazepam co-administered with methadone or buprenorphine under high dose conditions in opioid dependent patients. Pages 187–194, Copyright 2007, with permission from Elsevier.[56]
**Abbreviation:** DSST, Digit Symbol Substitution Test.

Despite adverse consequences, many patients continue to use an opioid concurrently with a BZD and/or alcohol. Approximately 40% of patients with pain who are on chronic opioid therapy are also prescribed BZDs.[49,51–53] In one study of patients with chronic pain, 5.8% reported using alcohol ≥ 10 times in the past 30 days, and 2.4% were intoxicated > 6 times.[54] Saunders et al[52] recently reported concurrent use of opioids and alcohol or sedatives in 12% and 32% of patients with chronic noncancer pain, respectively (Figure 7). Approximately 3% of patients used all 3. As with any drug use/misuse, patients commonly underreport their consumption. Objective screening measures that assess recent alcohol use have been inadequate in the clinical setting. With advances in toxicology and the recognition of screening biomarkers, such as ethyl glucuronide (EtG) and ethyl sulfate (EtS), a more accurate reflection of the true incidence of alcohol use along with pharmaceutically controlled substances is now possible.

## Opioid-Related Morbidity and Mortality: Associations With Abuse, Misuse, and Addiction

The risks for opioid-related morbidity and mortality are not limited to patients with pain who have aberrant drug-related behavior or comorbid substance use disorders (SUDs). Even when patients are adherent to treatment and medications are taken as prescribed, adverse reactions, including drug–drug and drug–alcohol interactions, can occur. In 2010 alone, there were > 2 million drug-related ED visits due to adverse reactions from medications taken as prescribed.[14] Patients undergoing chronic opioid therapy may underestimate the dangers of alcohol use and the quantities that they ingest. A recent study by the UK Department of Health found that moderate drinkers in England underestimate the amount of alcohol they drink by as much as 40%.[55] Whether patients will combine these 3 agents has little to do with preexisting SUDs. Figure 8 illustrates how rates of concurrent alcohol

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

Gudin et al

Figure 4. In vitro dissolution of Avinza® (Pfizer Inc; morphine sulfate extended-release capsules) increases in an alcohol concentration–dependent manner.[39]



Avinza® (30 mg) was dissolved in 900 mL of buffer solutions containing ethanol (0%, 4%, 20%, and 40%). The dissolution without ethanol shows a controlled rate of release over a 24-hour period, which is similar to that of 4% ethanol. Dissolution of Avinza® in 20% and 40% ethanol is accelerated, with 80% of drug released in < 1 hour.

and/or sedative use are surprisingly similar among patients with pain who are on chronic opioid therapy with or without an SUD.[52]

Given the comorbidity of chronic pain and psychiatric disorders, patients may be prescribed both opioid therapy and BZD treatment by different physicians. Patients receiving chronic opioid therapy may self-medicate with their BZDs because of inadequate control of chronic pain and/or the symptoms of impaired mood and anxiety. Although the majority of patients report initiating BZD use after the onset of pain, these agents provide little analgesic benefit for patients with most chronic pain conditions.[51] Simply screening patients for risk of aberrant drug-related behavior or SUDs may not be sufficient for identifying all patients who are at risk for combination use. Because distinguishing motives among patients abusing their medications may be difficult, clinicians must use risk-stratification tools as part of every patient's assessment. Management should be tailored based on whether patients are using their medications safely and appropriately or to address reasons for misuse.

## Clinical Management
### Assessing Risk for Co-Abuse and Opioid-Related Morbidity and Mortality
There is an urgent need to develop validated assessment tools to evaluate the initial and ongoing risk of concomitant opioid, BZD, and/or alcohol use.[8,52,56] Clinicians should conduct multidimensional assessments of patient medical

Figure 5. Oxycodone combined with ethanol increases several abuse liability–related subjective effects.[47]



During separate sessions, 14 healthy volunteers received placebo capsule with placebo beverage, placebo capsule with ethanol 0.3 g/kg beverage, oxycodone 10 mg with placebo beverage, and oxycodone 10 mg with ethanol 0.3 g/kg beverage. The ethanol 0.3 g/kg dose is roughly equivalent to 1.5 standard-sized drinks. Oxycodone (or placebo) was administered 45 minutes before the ethanol (or placebo) drinking period so that both would peak at approximately the same time. Participants were asked to complete assessment forms 24 hours following each session. Data are expressed as mean plus standard error of the mean. P values represent significant differences from placebo.
*P < 0.05.

© Postgraduate Medicine, Volume 125, Issue 4, July 2013, ISSN – 0032-5481, e-ISSN – 1941-9260
ResearchSHARE®: www.research-share.com • Permissions: permissions@postgradmed.com • Reprints: reprints@postgradmed.com

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

**Figure 6.** Alcohol abuse/dependence correlates with long-term opioid analgesic use.[49]



Outpatient pharmacy and clinical databases from the New England Veterans Integrated Service Network between January 1, 1998 and June 30, 2001 were analyzed for duration, dose, and dose changes of oxycodone/acetaminophen prescriptions. Diagnosis of alcohol abuse/dependence was defined by the *International Classification of Diseases, Ninth Revision, Clinical Modification* and determined from the medical records.

and psychiatric comorbidities, as well as consider patients' current medications and their respective effects on the risk of respiratory depression and other related morbidities. Psychiatrists, as well as primary care and pain management clinicians, should join forces to develop strategies for safe and effective opioid and BZD use, while employing methods to limit alcohol consumption.

Table 1 lists predictors of concurrent alcohol and sedative use identified in patients with pain who are on long-term opioid treatment.[52] Compared with opioid abusers, concurrent users of BZDs and opioids take higher doses of the drugs for longer periods of time, are more likely to abuse additional substances (eg, alcohol), and are more likely to have a psychiatric comorbidity.[57–60]

Screening instruments, such as the Cut Down, Annoyed, Guilty, Eye-Opener (CAGE)[61] or the Alcohol Use Disorders Identification Test–Consumption (AUDIT-C)[62] (Figure 9), among others, may help to structure assessment of risks related to alcohol. Although the utility of these tools is limited because they rely on patient self-report, the sensitivity and

specificity of the tests in detecting problematic alcohol use are generally ≥ 80%.[56] Even a single-item test asking "How many times in the past year have you had 5 [4 for women] or more drinks in a day?" is 82% sensitive and 79% specific for identifying unhealthy alcohol use.[63] Screening instruments to assess risks related to BZD use are not readily available. In the next section, we discuss more objective screening and monitoring tools for alcohol, opioid, and BZD use.

## Monitoring Treatment Adherence

Treatment adherence monitoring has been shown to increase compliance rates and reduce rates of drug abuse among patients with chronic pain.[64] Risk stratification, behavioral assessment, prescription monitoring programs (PMPs), and baseline and unscheduled drug testing are currently the best available tools for tracking treatment adherence.[65] Most guidelines also recommend an opioid treatment agreement, which may facilitate patient–provider communication, improve adherence rates, and reduce opioid misuse.[66] Educating patients about the consequences and dangers of

**Figure 7.** Concurrent use of alcohol and/or sedatives among patients with chronic noncancer pain on long-term opioid therapy.[53]



Telephone surveys and electronic health care data of 1848 patients prescribed long-term opioid therapy for chronic noncancer pain were assessed. Concurrent alcohol use was based on self-report of ≥ 2 drinks within 2 hours before or after taking opiates within the past 2 weeks. Concurrent sedative use was defined as receiving sedatives for ≥ 45 days of the 90 days preceding interview according to pharmacy data.

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

Gudin et al

**Figure 8.** Rates of concurrent alcohol and/or sedative use among patients with pain on chronic opioid therapy with and without an SUD.[51]



Telephone surveys and electronic health care data of 1848 patients prescribed long-term opioid therapy for chronic noncancer pain were assessed. Concurrent alcohol use was based on self-report of ≥ 2 drinks within 2 hours before or after taking opiates within the past 2 weeks. Concurrent sedative use was defined as receiving sedatives for ≥ 45 days of the 90 days preceding interview according to pharmacy data. Substance use disorders were classified by either a diagnosis of drug or alcohol abuse or dependence according to electronic data in the 3 years before the survey, patient self-report, or a score of ≥ 7 on the Alcohol Use Disorders Identification Test–Consumption. **Abbreviation:** SUD, substance abuse disorder.

combined alcohol and BZD use as part of the opioid treatment agreement may be particularly useful for encouraging patients to remain abstinent from these substances.

Prescription monitoring programs provide data on patterns of prescription use and reduce rates of prescription drug abuse and "doctor shopping."[5,67–69] Most states have PMPs in place and monitor controlled substances that are classified as schedule II–V, which include opioids and BZDs.[70] Clinicians are advised to use PMPs when monitoring patients for compliance.[5] While there is good evidence that PMPs provide data on patterns of prescription drug use, the programs do not report drugs obtained illegally (ie, from friends or other outside sources), nor do most yet allow for monitoring across states. As these programs have only recently become available in many states, there is limited evidence to date to indicate that PMPs reduce rates of ED visits and drug overdose.[6]

Urine drug testing (UDT) has been advocated by many state, policy, and society guidelines.[3–7] It is impossible to determine beforehand with any certainty who will become a problematic user of prescription medications. Patient demographics (excluding age) and prescribed opioid dose were found to be poor predictors of aberrant behavior.[71] Urine drug testing provides a more objective way to monitor treatment adherence and detect polysubstance use (Figure 10).[71] The

percentage of patients with pain who are treated with opioids and have aberrant UDT results is surprisingly high—in some studies > 50%—reinforcing the need to test and the drawback of relying on self-report alone.[65]

## Best Practices in Opioid, BZD, and Alcohol Testing

Urine drug testing and PMPs can inhibit prescription drug abuse or doctor shopping by identifying patients who are nonadherent or abusing prescription and/or illicit drugs.[6] When initiating and maintaining chronic opioid therapy, drug testing can be used to establish a baseline measure of risk or to monitor adherence.[5]

Regardless of risk or known aberrant drug-related behaviors, patients on chronic opioid therapy should periodically undergo UDT to confirm adherence to the treatment plan.[3] Implementing a universal and consistent UDT policy for all patients can help to "de-stigmatize" drug testing and maintain patient–provider relationships.[5] At the same time, comprehensive risk assessment must be individualized for each patient according to medical necessity, as risk is a dynamic phenomenon.[66] Practice guidelines[4,5,72] recommend stratifying patients into 1 of 3 risk categories—low, moderate, or high risk—for aberrant drug-related behavior. Therapeutic drug monitoring is reasonable

© Postgraduate Medicine, Volume 125, Issue 4, July 2013, ISSN – 0032-5481, e-ISSN – 1941-9260
ResearchSHARE®: www.research-share.com • Permissions: permissions@postgradmed.com • Reprints: reprints@postgradmed.com

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

**Table 1.** Predictors of Concurrent Alcohol and/or Sedative Use in Patients on Long-term Opioid Therapy for Pain[17,52]

| Predictors of Concurrent Alcohol Use | Predictors of Concurrent Sedative Use |
|---|---|
| • Male ($P = 0.0001$) | • Female ($P = 0.0001$) |
| • Taking opioids at doses < 120 mg morphine equivalents ($P = 0.006$) | • Younger age ($P = 0.0006$) |
| | • Depression ($P < 0.0001$) |
| • Lower average pain intensity ratings ($P = 0.045$) | • Anxiety or sleeping problem ($P \leq 0.011$) |
| • Alcohol use disorder[a] ($P = 0.0003$) | • Using opioid for > 1 pain condition ($P = 0.0005$) |
| • Risky drinking behavior[a] ($P < 0.0001$) | • Taking opioids at high doses[b] ($P < 0.0001$) |
| | • Any substance use disorder identification ($P = 0.002$) |

[a]Alcohol use disorder and risky drinking behavior were defined by the Alcohol Use Disorders Identification Test–Consumption.
[b]High opioid doses were defined as daily doses ≥ 120 mg.

and medically necessary for patients with chronic pain in whom there is a probability of nonadherence to the prescribed drug regimen, that is, a suspected history of substance abuse or dependence. Drug screening is also indicated for patients with unexplained delirium or coma, suspected drug overdose, or suspected drug misuse.[73]

Drugs or drug classes for which screening is to be performed must be indicated in a written order and should reflect only those likely to be present based on the patient's medical history or current clinical presentation.[73] In some instances, qualitative screening by point-of-care (POC) test methods may not be sufficient to identify all drugs indicated. Laboratory gas or liquid chromatography (GC or LC) followed by mass spectrometry (MS) testing is necessary for detecting drugs or drug classes that cannot be screened with POC devices. Point-of-care testing does not screen for or often does not detect alcohol, certain BZDs (eg, alprazolam, clonazepam, lorazepam), recently ingested medications, and low levels of illicit drugs (eg, marijuana, cocaine). Moreover, urine or saliva samples tested with POC methods should be sent to outside laboratories for confirmation when the result of the drug test is different from that suggested by the patient's medical history, clinical presentation, or own statement.[73]

### Opioid Testing

When screening for treatment compliance, clinicians should follow published guidelines on responsible opioid prescribing and drug testing practices.[3–7] There is limited guidance on how to tailor monitoring in patients who are at risk for opioid-related morbidity and mortality. An expert opinion statement presented at the 2012 American Academy of Pain Medicine

meeting suggested that all patients prescribed opioid therapy for > 3 months should be subjected to random UDT every 3 to 6 months, depending on their risk for abuse.[74]

Knowledge of opioid metabolism (Table 2)[75] and the detection window (Table 3)[76,77] is also important in selecting test methods and interpreting results. For example, depending on when the drug was last taken, the route of administration, and interpatient variability, a urine specimen can contain the parent drug (eg, oxycodone), an active metabolite (eg, oxymorphone), and/or an end metabolite (eg, noroxycodone) (Table 2). Furthermore, detection limits of POC test devices may be too high, particularly for opioid testing, and therefore may return false-negative results.[68]

Different cutoff concentrations, cross-reacting substances, and metabolism of opioids should be considered when ordering drug tests and interpreting results. Patients are not usually discharged from treatment based on a single POC or laboratory test result. The detection of morphine in urine and oral fluid can be explained by ≥ 4 different scenarios. Morphine can be present because of 1) morphine use, 2) codeine use, as a metabolite of codeine, 3) heroin (diacetylmorphine) use, as a metabolite of 6-monoacetylmorphine, and 4) ingestion of poppy seeds containing morphine (Table 2). A fifth postulated scenario is that a very small percentage of morphine may be present as a process impurity from the manufacture of other semisynthetic opiates. Communication with the laboratory's staff toxicologist can be essential to the interpretation and understanding of drug monitoring results.

### BZD Testing

Approximately 40% of patients with pain who are undergoing opioid therapy also take BZDs.[49,51–53] Recognizing the risks for adverse events when these agents are used in combination, patients on chronic opioid therapy should be screened for BZD use before and throughout the course of treatment. Clinicians should be especially attentive to patient populations who are more likely to concurrently use sedatives (Table 1). Testing is complicated by the many classes of BZDs available and their varying pharmacokinetic parameters. Benzodiazepines are divided into groups based on their metabolism and half-life (Figure 11, Table 3).[75] Clinicians should be familiar with the metabolism of the BZD in question and the sensitivity and specificity of the test for each class of BZDs for which they wish to screen. No individual immunoassay kit can recognize all BZDs at clinically relevant concentrations.[78] Point-of-care immunoassays are designed to detect a specific metabolite and may produce false-negative results if a non–cross-reacting BZD is present. Point-of-care

Gudin et al

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

**Figure 9.** Alcohol Use Disorders Identification Test–Consumption questions.[62]

|  | 0 | 1 | 2 | 3 | 4 | Points |
|---|---|---|---|---|---|---|
| How often did you have a drink containing alcohol in the past year? | Never | Monthly or less | 2 to 4 times a month | 2 to 3 times a week | ≥ 4 times a week | |
| How many drinks did you have on a typical day when you were drinking in the past year? | 0 to 2 | 3 or 4 | 5 or 6 | 7 to 9 | ≥ 10 | |
| How often did you have a ≥ 6 drinks (≥ 4 for women) on 1 occasion in the past year? | Never | Less than monthly | Monthly | Weekly | Daily or almost daily | |
| | | | | | Total points = | |

A score of ≥ 4 for men or ≥ 3 for women is considered positive and optimal for identifying hazardous drinking or active alcohol use disorders.

tests for BZDs are usually optimized to detect oxazepam and often yield false-negative results for BZDs of other classes, particularly lorazepam and clonazepam (Figure 11). This stresses the need to send the sample to a laboratory for more advanced qualitative or quantitative screening.

## Alcohol Testing

The National Institute of Alcohol Abuse and Alcoholism and the US Preventive Services Task Force recommend that adults be screened with a validated self-report tool for alcohol use annually in primary care settings.[56] Because alcohol can increase the risk of adverse reactions, patients should be assessed for alcohol use before initiating treatment and monitored on an ongoing basis.

Use of breathalyzer tests is an affordable option for objectively assessing recent alcohol use. Another method

of assessing alcohol use is via UDT. Alcohol in urine can be detected by assaying ethanol as well as alcohol metabolites, specifically EtG and EtS (Figure 12).[76,79] An advantage of EtG/EtS testing over traditional ethanol testing is its extended window of detection (Table 3), which better allows identification of recent alcohol use and relapse. Even after complete elimination of alcohol from the body, EtG and EtS are still detectable for up to 4 days.[77] Wurst et al[80] compared self-report, breath and urinary ethanol testing, and urinary EtG testing among 35 inpatients over a 12-month period. Of 146 urine samples examined, 14 were positive for EtG, but only 1 was positive for urinary and breath ethanol. In all positive EtG urine sample results, patients had admitted consumption of alcohol 12 to 60 hours before testing.

False-positive results for EtS may arise from direct ingestion of nonalcoholic beverages, whereas false-positive or

**Figure 10.** UDT results among patients with chronic pain (N = 470).[71]



**Drugs Detected**

Urine drug testing was performed using gas chromatography/mass spectrometry technology. Abnormal UDT results were defined as the absence of a prescribed opioid, the presence of an additional nonprescribed controlled substance, the detection of an illicit substance, or an adulterated urine sample.
**Abbreviation:** UDT, urine drug testing.

© Postgraduate Medicine, Volume 125, Issue 4, July 2013, ISSN – 0032-5481, e-ISSN – 1941-9260
ResearchSHARE®: www.research-share.com • Permissions: permissions@postgradmed.com • Reprints: reprints@postgradmed.com

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

**Table 2.** Metabolites of Opioids[75]

| Opioid | Metabolites |
|---|---|
| Buprenorphine | Norbuprenorphine |
|  | Norbuprenorphine-3-glucuronide |
|  | Buprenorphine-3-glucuronide |
| Codeine | Hydrocodone (minor) |
|  | Norcodeine |
|  | Morphine |
| Fentanyl | Norfentanyl |
| Heroin | Morphine |
|  | Codeine (contaminant) |
|  | 6-Monoacetylmorphine |
| Hydrocodone | Hydromorphone |
|  | Dihydrocodeine |
|  | Normorphine |
|  | Norhydrocodone |
|  | Hydrocodol |
|  | Hydromorphol |
| Hydromorphone | Dihydromorphine |
|  | Hydromorphone-3-glucuronide |
| Methadone | 2-Ethylidene-1,5-dimethyl-3,3-diphenylpyrrolidine |
|  | 2-Ethyl-5-methyl-3,3-diphenylpyrrolidine |
| Morphine | Hydromorphone (minor) |
|  | Morphine-3-glucuronide |
|  | Morphine-6-glucuronide |
|  | Normorphine |
| Oxycodone | Oxymorphone |
|  | Noroxycodone |
|  | Oxycodols and their respective oxide |
| Oxymorphone | Oxymorphone-3-glucuronide |
|  | Oxymorphol |
| Tapentadol | Tapentadol-O-glucuronide |
|  | Desmethyl tapentadol |
|  | Hydroxy tapentadol |
| Tramadol | O-Desmethyltramadol |
|  | Nortramadol |

**Table 3.** Windows of Detection for Alcohol, Benzodiazepines, and Opioids in Urine[76,77]

| Substance | Estimated Window of Detection |
|---|---|
| Alcohol | ≤ 24 h |
| Ethyl glucuronide | 3–4 d |
| Ethyl sulfate | 3–4 d |
| Benzodiazepines |  |
| Short acting (eg, triazolam) | ≤ 24 h |
| Intermediate acting (eg, alprazolam, clonazepam, lorazepam, temazepam) | 1–12.5 d |
| Long acting (eg, diazepam) | 5–24 d |
| Chronic abuse | ≤ 30 d after last dose |
| Opioids |  |
| Buprenorphine | Up to 4 d |
| Codeine | 1–2 d |
| Heroin (metabolite 6-monoacetylmorphine) | 1–3 d |
| Hydrocodone, hydromorphone | 1–2 d |
| Methadone | 3–11 d |
| Morphine | 1–2 d |
| Oxycodone, oxymorphone | 1–4 d |

false-negative results for EtG may occur because of in vitro production or degradation from bacterial contamination of the urine sample.[81–83] Therefore, to minimize false-positive or false-negative results, simultaneous testing of EtS and EtG is advised because samples positive for both EtS and EtG definitely represent alcohol consumption.[84] As with all drug testing procedures, querying patients for substance use before testing may determine necessity for the test and help with interpreting results.

### Interpreting Test Results

Drug test results should be interpreted with the patient history and risk factors taken into consideration. To best understand and minimize false-positive findings, a thorough history of any potentially cross-reacting substance use should be documented.[5,85] Tables for cross-reacting

substances are readily available in the literature. In addition, patients should be encouraged to avoid using substances that may interfere with drug testing. False-negative results may occur because of high cutoff concentrations or (rapid) metabolism of the parent drug.[68,85,86] Interpatient variability in metabolism, as well as protein binding, nutritional status, absorption, duration of drug use, dosage, genetic differences, drug interactions, age, body composition, and many other parameters can affect UDT results.[86] When questions arise and before taking any action, confirmatory testing must be performed.[68,85] As discussed, laboratory GC/MS or LC/MS methods remain the gold standard for drug testing.[85,86] Toxicologists at most laboratories are available to help explain unexpected results.

## Adjusting Treatment Based on Test Results

Treating individuals who are abusing BZDs, opioids, and/or alcohol presents a special challenge owing to additive risk and physical dependence. When concomitant use of BZDs and/or alcohol with opioid treatment is detected, a discussion with the patient to reinforce abstinence should be pursued. Brief interventions have been shown to improve treatment outcomes in patients with aberrant alcohol or drug use behaviors.[87,88] Increasing frequency of office visits combined with contingency prescribing is a useful strategy for helping patients cease misuse. An example of contingency prescribing may include requiring the patient to produce clean test results or a negative UDT result for the substance

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

Gudin et al

**Figure 11.** Benzodiazepine classes according to metabolism.



A) The majority of BZDs are metabolized to oxazepam. B) Nitrobenzodiazepines and C) triazolobenzodiazepines are metabolized to their corresponding amino or hydroxyl compounds without being converted to oxazepam. D) Other BZDs have unique metabolic pathways.
**Abbreviation:** BZD, benzodiazepines.
**Source:** Data on file. Alere Toxicology, Waltham, MA.

in question before receiving a new prescription.[5] Frequent clinic visits can increase the impact of brief interventions in reducing risky alcohol or drug use.[87,88] Communication with the patient's other health care providers may be required if the patient is obtaining prescriptions from multiple sources.

Therapy for opioid-using patients on BZDs should be restructured to incorporate the use of non-CNS depressants, including lower-toxicity antidepressants, atypical antipsychotics, or buspirone instead of BZDs.[24,89] Cognitive behavioral therapy is the mainstay in psychotherapeutic treatment if the patient has an underlying anxiety disorder.[90] Nonpharmacotherapeutic approaches to consider are imagery, distraction, relaxation, meditation, and desensitization for initial or adjunctive management of psychiatric disorders.[89,91] Should the clinical benefits of combination opioid and BZD use outweigh the risks, we recommend that both agents be used at the lowest possible effective doses. Patients and their caregivers should be educated with written documentations (informed consent) outlining the precautions and risks associated with combination use.

When prescribing controlled substances and employing therapeutic drug monitoring, meticulous documentation in the medical record is recommended. Clinicians should document test results, interventions, and any other changes in the patient's clinical presentation. Because few evidence-based studies are available, clinicians should adopt an N-of-1 trial when evaluating and mitigating risk and individualizing assessment of treatment adherence, patient function, and results from routine therapeutic drug monitoring and PMP data.

## Screening, Brief Intervention, Referral to Treatment

The American Society of Addiction Medicine consensus panel recommends assessing patients for an array of biopsychosocial needs beyond controlled substance use and addiction.[92] Patients should be treated and/or referred to programs that will help them meet their medical and psychiatric needs, as well as provide social assistance. The Screening, Brief Intervention, and Referral to Treatment (SBIRT) model (Figure 13) is designed to routinely assess and treat patients at risk for aberrant substance use.[93] Recently the SBIRT model was highlighted in a clinical practice feature on management of alcohol use.[56]

A comprehensive SBIRT model should be brief, include universal screening, target ≥ 1 specific behavior related to risky alcohol and/or drug use, and be comprehensive.[93] Screening should be accomplished within 10 minutes and can be repeated at various intervals as needed to determine

© Postgraduate Medicine, Volume 125, Issue 4, July 2013, ISSN – 0032-5481, e-ISSN – 1941-9260
ResearchSHARE®: www.research-share.com • Permissions: permissions@postgradmed.com • Reprints: reprints@postgradmed.com

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

**Figure 12.** Alcohol metabolism.[77]



changes in a patient's progress over time. The goals of brief intervention are to educate patients and increase their motivation to reduce risky behavior.[93] In patients with moderate to high risk of problematic behavior, brief treatment of 5 to 12 sessions lasting up to 60 minutes is indicated. If the patient meets diagnostic criteria for substance dependence or other mental illness as categorized by the *Diagnostic Statistical Manual of Mental Disorders, Fifth Edition* or does not cease problematic behaviors, he or she should be referred to specialty treatment.[93] While the SBIRT model has not been extensively studied in patients with chronic pain who are undergoing opioid therapy, screening and brief interventions may prove effective in educating and encouraging patients to remain abstinent from alcohol and BZD use, or at least motivate them to change.

## Summary

The use of opioids, BZDs, and/or alcohol occurs at high rates among patients with chronic pain despite the negative consequences on morbidity and mortality. There is a defined increase in rates of adverse events, overdose, and death when these agents are used in combination. Understanding comorbid psychiatric diagnoses and recognizing the prevalence of alcohol and/or BZD use among patients on long-term opioid therapy pose significant challenges to clinicians who manage patients with chronic pain. Clinicians, especially those in primary care and pain management, should consider routine toxicology testing. It is imperative for health care professionals to have objective evidence about the recent substance use of a patient. Urine drug testing and PMPs are 2 indispensable tools that can

**Figure 13.** Flow chart for the Screening, Brief Intervention, and Referral to Treatment process.[93]



Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

identify patients who are nonadherent to treatment, have filled multiple prescriptions at multiple pharmacies, and/or are abusing prescription drugs and/or illicit drugs. Whether UDTs and PMPs will affect overdose death rates remains to be seen. Ongoing screening for aberrant behavior, monitoring treatment compliance, documentation of medical necessity, and adjusting treatment to clinical changes are essential for improved patient outcomes. Many offices have adopted POC immunoassay testing for prescribed and illicit agents. Although POC tests offer rapid results, clinicians need to understand the limitations (ie, regarding sensitivity/specificity) of these tests and the clinical utility of laboratory confirmations with GC/MS or LC/MS. Recent advances in testing for alcohol use with biomarkers, such as EtG and EtS, have extended the detection window, allowing for improved/extended monitoring of alcohol use. Clinicians should routinely counsel patients about the dangers of combining opioids with BZDs and/or alcohol and discuss compliance testing as part of a safety monitoring program.

## Acknowledgments

This monograph was prepared with the support of Alere Toxicology. Writing and editorial assistance was provided by Bomina Yu, PhD.

## Conflict of Interest Statement

Jeffrey A. Gudin, MD, discloses that he is on the speakers bureau of Purdue Pharma, Covidien, Alere Toxicology, Salix Pharmaceuticals, and Johnson & Johnson. Jermaine D. Jones, PhD, discloses that he has received research grant/funding from Reckitt-Benckiser. Sandra D. Comer, PhD, discloses that she is a consultant to Pfizer Inc and Salix Pharmaceuticals, and has received research grant/funding from Reckitt-Benckiser. Shanthi Mogali, MD, discloses no conflict of interest.

## References

1. Institute of Medicine (IOM). *Relieving Pain in America: A Blueprint for Transforming Prevention, Care, Education, and Research.* Washington, DC: The National Academies Press; 2011.
2. US Food and Drug Administration (FDA). FDA acts to reduce harm from opioid drugs. 2011. http://www.fda.gov/ForConsumers/ConsumerUpdates/ucm251830.htm. Updated April 2013. Accessed April 29, 2013.
3. Chou R, Fanciullo GJ, Fine PG, et al; American Pain Society–American Academy of Pain Medicine Opioids Guideline Panel. Clinical guidelines for the use of chronic opioid therapy in chronic noncancer pain. *J Pain.* 2009;10(2):113–130.
4. The Management of Opioid Therapy for Chronic Pain Working Group. *VA/DOD Clinical Practice Guideline for Management of Opioid Therapy for Chronic Pain.* Washington, DC: Department of Veterans Affairs, Department of Defense; 2010.
5. Manchikanti L, Abdi S, Atluri S, et al; American Society of Interventional Pain Physicians. American Society of Interventional Pain Physicians (ASIPP) guidelines for responsible opioid prescribing in chronic non-cancer pain: Part 2—guidance. *Pain Physician.* 2012;15 (3 suppl):S67–S116.
6. Manchikanti L, Abdi S, Atluri S, et al; American Society of Interventional Pain Physicians. American Society of Interventional Pain Physicians (ASIPP) guidelines for responsible opioid prescribing in chronic non-cancer pain: Part I—evidence assessment. *Pain Physician.* 2012;15(3 suppl):S1–S65.
7. Utah Department of Health. *Utah Clinical Guidelines on Prescribing Opioids for Treatment of Pain.* Salt Lake City, UT: Utah Department of Health; 2009.
8. Webster LR. Considering the risks of benzodiazepines and opioids together. *Pain Med.* 2010;11(6):801–802.
9. Skurtveit S, Furu K, Bramness J, Selmer R, Tverdal A. Benzodiazepines predict use of opioids—a follow-up study of 17,074 men and women. *Pain Med.* 2010;11(6):805–814.
10. World Health Organization (WHO) Programme on Substance Abuse. *Rational Use of Benzodiazepines.* Geneva, Switzerland: WHO; 1996. www.who.int/iris/handle/10665/65947. Accessed April 30, 2013.
11. National Opioid Use Guideline Group (NOUGG). Canadian guideline for safe and effective use of opioids for chronic non-cancer pain. Part B: Recommendations for practice. Version 5.6. 2010. http://nationalpaincentre.mcmaster.ca/opioid/. Published April 30, 2010. Accessed April 30, 2013.
12. Substance Abuse and Mental Health Services Administration (SAMHSA). *The TEDS Report: Substance Abuse Treatment Admissions for Abuse of Benzodiazepines.* Rockville, MD: Center for Behavioral Health Statistics and Quality; 2011.
13. Substance Abuse and Mental Health Services Administration (SAMHSA). *The TEDS Report: Admissions Reporting Benzodiazepine and Narcotic Pain Reliever Abuse at Treatment Entry.* Rockville, MD: Center for Behavioral Health Statistics and Quality; 2012.
14. Substance Abuse and Mental Health Services Administration (SAMHSA). *Highlights of the 2010 Drug Abuse Warning Network (DAWN) Findings on Drug-Related Emergency Department Visits.* Rockville, MD: SAMHSA; 2012.
15. Substance Abuse and Mental Health Services Administration (SAMHSA). *Drug Abuse Warning Network, 2011: Selected Tables of National Estimates of Drug-Related Emergency Department Visits.* Rockville, MD: Center for Behavioral Health Statistics and Quality, SAMHSA; 2012.
16. Calcaterra S, Glanz J, Binswanger IA. National trends in pharmaceutical opioid related overdose deaths compared to other substance related overdose deaths: 1999–2009 [published online ahead of print January 4, 2013]. *Drug Alcohol Depend.*
17. Jones CM, Mack KA, Paulozzi LJ. Pharmaceutical overdose deaths, United States, 2010. *JAMA.* 2013;309(7):657–659.
18. Johnson E. *Utah Drug Overdose Mortality: Findings From Interview With Family and Friends of Utah Residents Aged 13 and Older Who Died of a Drug Overdose Between October 26, 2008 and October 25, 2009.* Salt Lake City, UT: Utah Department of Health; 2009.
19. Kintz P. Deaths involving buprenorphine: a compendium of French cases. *Forensic Sci Int.* 2001;121(1–2):65–69.
20. Pirnay S, Borron SW, Giudicelli CP, Tourneau J, Baud FJ, Ricordel I. A critical review of the causes of death among post-mortem toxicological investigations: analysis of 34 buprenorphine-associated and 35 methadone-associated deaths. *Addiction.* 2004;99(8):978–988.
21. Ernst E, Bartu A, Popescu A, Ileutt KF, Hansson R, Plumley N. Methadone-related deaths in Western Australia 1993–99. *Aust N Z J Public Health.* 2002;26(4):364–370.
22. Wolf BC, Lavezzi WA, Sullivan LM, Flannagan LM. Methadone-related deaths in Palm Beach County. *J Forensic Sci.* 2004;49(2):375–378.
23. Oliver P, Keen J. Concomitant drugs of misuse and drug using behaviours associated with fatal opiate-related poisonings in Sheffield, UK, 1997–2000. *Addiction.* 2003;98(2):191–197.

© Postgraduate Medicine, Volume 125, Issue 4, July 2013, ISSN – 0032-5481, e-ISSN – 1941-9260

ResearchSHARE®: www.research-share.com • Permissions: permissions@postgradmed.com • Reprints: reprints@postgradmed.com

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

24. Jones JD, Mogali S, Comer SD. Polydrug abuse: a review of opioid and benzodiazepine combination use. *Drug Alcohol Depend.* 2012; 125(1–2):8–18.

25. White JM, Irvine RJ. Mechanisms of fatal opioid overdose. *Addiction.* 1999;94(7):961–972.

26. Jarzyna D, Jungquist CR, Pasero C, et al. American Society for Pain Management Nursing guidelines on monitoring for opioid-induced sedation and respiratory depression. *Pain Manag Nurs.* 2011; 12(3):118–145.e10.

27. Chen KW, Berger CC, Forde DP, D'Adamo C, Weintraub E, Gandhi D. Benzodiazepine use and misuse among patients in a methadone program. *BMC Psychiatry.* 2011;11:90.

28. Farre M, Teran MT, Roset PN, Mas M, Torrens M, Cami J. Abuse liability of flunitrazepam among methadone-maintained patients. *Psychopharmacology (Berl).* 1998;140(4):486–495.

29. Spiga R, Huang DB, Meisch RA, Grabowski J. Human methadone self-administration: effects of diazepam pretreatment. *Exp Clin Psychopharmacol.* 2001;9(1):40–46.

30. Lintzeris N, Mitchell TB, Bond AJ, Nestor L, Strang J. Pharmacodynamics of diazepam co-administered with methadone or buprenorphine under high dose conditions in opioid dependent patients. *Drug Alcohol Depend.* 2007;91(2–3):187–194.

31. Preston KL, Griffiths RR, Stitzer ML, Bigelow GE, Liebson IA. Diazepam and methadone interactions in methadone maintenance. *Clin Pharmacol Ther.* 1984;36(4):534–541.

32. Hou RH, Scaife J, Freeman C, Langley RW, Szabadi E, Bradshaw CM. Relationship between sedation and pupillary function: comparison of diazepam and diphenhydramine. *Br J Clin Pharmacol.* 2006;61(6):752–760.

33. Bailey PL, Pace NL, Ashburn MA, Moll JW, East KA, Stanley TH. Frequent hypoxemia and apnea after sedation with midazolam and fentanyl. *Anesthesiology.* 1990;73(5):826–830.

34. Faroqui MH, Cole M, Curran J. Buprenorphine, benzodiazepines and respiratory depression. *Anaesthesia.* 1983;38(10):1002–1003.

35. Nemeroff CB, DeVane CL, Pollock BG. Newer antidepressants and the cytochrome P450 system. *Am J Psychiatry.* 1996;153(3):311–320.

36. Altamura AC, Moliterno D, Paletta S, Maffini M, Mauri MC, Bareggi S. Understanding the pharmacokinetics of anxiolytic drugs. *Expert Opin Drug Metab Toxicol.* 2013;9(4):423–440.

37. Smith HS. Opioid metabolism. *Mayo Clin Proc.* 2009;84(7):613–624.

38. US Food and Drug Administration (FDA). Safety information for Palladone (hydromorphone hydrochloride). 2005. http://www.fda.gov/Safety/MedWatch/SafetyInformation/SafetyAlertsforHumanMedicalProducts/ucm152047.htm. Updated June 19, 2009. Accessed March 18, 2013.

39. Fields E. History of Modified-Release Morphine and Opioid/Antagonist Combinations. 2008. http://www.fda.gov/ohrms/dockets/ac/08/slides/2008–4395s2–00-index.htm. Updated November 21, 2008. Accessed May 8, 2013.

40. Carson S, Thakurta S, Low A, Smith B, Chou R. *Drug Class Review: Long-Acting Opioid Analgesics. Final Update 6 Report.* Portland, OR: Oregon Health and Science University; 2011. http://www.ncbi.nlm.nih.gov/books/NBK62335/. Accessed June 27, 2013.

41. Fiske WD, Jobes J, Xiang Q, Chang SC, Benedek IH. The effects of ethanol on the bioavailability of oxymorphone extended-release tablets and oxymorphone crush-resistant extended-release tablets. *J Pain.* 2012;13(1):90–99.

42. Sathyan G, Sivakumar K, Thipphawong J. Pharmacokinetic profile of a 24-hour controlled-release OROS formulation of hydromorphone in the presence of alcohol. *Curr Med Res Opin.* 2008;24(1):297–305.

43. Johnson FK, Ciric S, Boudriau S, Kisicki J, Stauffer J. Effects of alcohol on the pharmacokinetics of morphine sulfate and naltrexone hydrochloride extended release capsules. *J Clin Pharmacol.* 2012;52(5):747–756.

44. Hakkinen M, Launiainen T, Vuori E, Ojanpera I. Comparison of fatal poisonings by prescription opioids. *Forensic Sci Int.* 2012;222(1–3):327–331.

45. Webster LR, Cochella S, Dasgupta N, et al. An analysis of the root causes for opioid-related overdose deaths in the United States. *Pain Med.* 2011;12(suppl 2):S26–S35.

46. Ali NA, Marshall RW, Allen EM, Graham DF, Richens A. Comparison of the effects of therapeutic doses of meptazinol and a dextropropoxyphene/paracetamol mixture alone and in combination with ethanol on ventilatory function and saccadic eye movements. *Br J Clin Pharmacol.* 1985;20(6):631–637.

47. Zacny JP, Gutierrez S. Subjective, psychomotor, and physiological effects of oxycodone alone and in combination with ethanol in healthy volunteers. *Psychopharmacology (Berl).* 2011;218(3):471–481.

48. Hermos JA, Young MM, Gagnon DR, Fiore LD. Characterizations of long-term oxycodone/acetaminophen prescriptions in veteran patients. *Arch Intern Med.* 2004;164(21):2361–2366.

49. Dunn KM, Saunders KW, Rutter CM, et al. Opioid prescriptions for chronic pain and overdose: a cohort study. *Ann Intern Med.* 2010;152(2):85–92.

50. Bachs LC, Bramness JG, Engeland A, Skurtveit S. Repeated dispensing of codeine is associated with high consumption of benzodiazepines. *Norsk Epidemiologi.* 2008;18(2):185–190.

51. King SA, Strain EJ. Benzodiazepine use by chronic pain patients. *Clin J Pain.* 1990;6(2):143–147.

52. Saunders KW, Von Korff M, Campbell CI, et al. Concurrent use of alcohol and sedatives among persons prescribed chronic opioid therapy: prevalence and risk factors. *J Pain.* 2012;13(3):266–275.

53. Fleming MF, Balousek SL, Klessig CL, Mundt MP, Brown DD. Substance use disorders in a primary care sample receiving daily opioid therapy. *J Pain.* 2007;8(7):573–582.

54. Saffier K, Colombo C, Brown D, Mundt MP, Fleming MF. Addiction Severity Index in a chronic pain sample receiving opioid therapy. *J Subst Abuse Treat.* 2007;33(3):303–311.

55. UK Department of Health. Drinkers can underestimate alcohol habits [press release]. 2013. https://www.gov.uk/government/news/drinkers-can-underestimate-alcohol-habits. Published February 7, 2013. Accessed April 27, 2013.

56. Friedmann PD. Clinical practice. Alcohol use in adults. *N Engl J Med.* 2013;368(4):365–373.

57. Meiler A, Mino A, Chatton A, Broers B. Benzodiazepine use in a methadone maintenance programme: patient characteristics and the physician's dilemma. *Schweiz Arch Neurol Psychiatr.* 2005;156: 310–317.

58. Rooney S, Kelly G, Bamford L, Sloan D, O'Connor JJ. Co-abuse of opiates and benzodiazepines. *Ir J Med Sci.* 1999;168(1):36–41.

59. Ross J, Darke S. The nature of benzodiazepine dependence among heroin users in Sydney, Australia. *Addiction.* 2000;95(12): 1785–1793.

60. Eiroa-Orosa FJ, Haasen C, Verthein U, Dilg C, Schafer I, Reimer J. Benzodiazepine use among patients in heroin-assisted vs. methadone maintenance treatment: findings of the German randomized controlled trial. *Drug Alcohol Depend.* 2010;112(3):226–233.

61. Dhalla S, Kopec JA. The CAGE questionnaire for alcohol misuse: a review of reliability and validity studies. *Clin Invest Med.* 2007;30(1): 33–41.

62. Bush K, Kivlahan DR, McDonell MB, Fihn SD, Bradley KA. The AUDIT alcohol consumption questions (AUDIT-C): an effective brief screening test for problem drinking. Ambulatory Care Quality Improvement Project (ACQUIP). Alcohol Use Disorders Identification Test. *Arch Intern Med.* 1998;158(16):1789–1795.

63. Smith PC, Schmidt SM, Allensworth-Davies D, Saitz R. Primary care validation of a single-question alcohol screening test. *J Gen Intern Med.* 2009;24(7):783–788.

64. Manchikanti L, Manchukonda R, Pampati V, et al. Does random urine drug testing reduce illicit drug use in chronic pain patients receiving opioids? *Pain Physician.* 2006;9(2):123–129.

65. Owen GT, Burton AW, Schade CM, Passik S. Urine drug testing: current recommendations and best practices. *Pain Physician.* 2012; 15(3 suppl):ES119–ES133.

66. Sehgal N, Manchikanti L, Smith HS. Prescription opioid abuse in chronic pain: a review of opioid abuse predictors and strategies to curb opioid abuse. *Pain Physician.* 2012;15(3 suppl):ES67–ES92.

Downloaded by [CRAIG LICHTBLAU] at 08:33 11 October 2017

Gudin et al

67. Fishman SM, Papazian JS, Gonzalez S, Riches PS, Gilson A. Regulating opioid prescribing through prescription monitoring programs: balancing drug diversion and treatment of pain. *Pain Med.* 2004;5(3):309–324.

68. Trescot AM, Helm S, Hansen H, et al. Opioids in the management of chronic non-cancer pain: an update of American Society of the Interventional Pain Physicians' (ASIPP) Guidelines. *Pain Physician.* 2008;11(2 suppl):S5–S62.

69. Wang J, Christo PJ. The influence of prescription monitoring programs on chronic pain management. *Pain Physician.* 2009;12(3):507–515.

70. Alliance of States with Prescription Monitoring Programs (ASPMP) Web site. http://www.pmpalliance.org/. Accessed March 27, 2013.

71. Michna E, Jamison RN, Pham LD, et al. Urine toxicology screening among chronic pain patients on opioid therapy: frequency and predictability of 24 abnormal findings. *Clin J Pain.* 2007;23(2):173–179.

72. Gourlay DL, Heit HA. Universal precautions revisited: managing the inherited pain patient. *Pain Med.* 2009;10(suppl 2):S115–S123.

73. Centers for Medicare and Medicaid Services (CMS). Medicare Coverage Database. CMS Web site. http://www.cms.gov/medicare-coverage-database. Accessed April 30, 2013.

74. Peppin JF, Passik SD, Couto JE, et al. Recommendations for urine drug monitoring as a component of opioid therapy in the treatment of chronic pain. *Pain Med.* 2012;13(7):886–896.

75. Christo PJ, Manchikanti L, Ruan X, et al. Urine drug testing in chronic pain. *Pain Physician.* 2011;14(2):123–143.

76. Substance Abuse and Mental Health Services Administration (SAMHSA). *Clinical Drug Testing in Primary Care.* Rockville, MD: SAMHSA; 2012. Technical Assistance Publication (TAP) 32. HHS publication (SMA) 12–4668.

77. Helander A, Bottcher M, Fehr C, Dahmen N, Beck O. Detection times for urinary ethyl glucuronide and ethyl sulfate in heavy drinkers during alcohol detoxification. *Alcohol Alcohol.* 2009;44(1):55–61.

78. Glover SJ, Allen KR. Measurement of benzodiazepines in urine by liquid chromatography-tandem mass spectrometry: confirmation of samples screened by immunoassay. *Ann Clin Biochem.* 2010;47(pt 2):111–117.

79. Walsham NE, Sherwood RA. Ethyl glucuronide. *Ann Clin Biochem.* 2012;49(pt 2):110–117.

80. Wurst FM, Vogel R, Jachau K, et al. Ethyl glucuronide discloses recent covert alcohol use not detected by standard testing in forensic psychiatric inpatients. *Alcohol Clin Exp Res.* 2003;27(3):471–476.

81. Hoiseth G, Yttredal B, Karinen R, Gjerde H, Christophersen A. Levels of ethyl glucuronide and ethyl sulfate in oral fluid, blood, and urine after use of mouthwash and ingestion of nonalcoholic wine. *J Anal Toxicol.* 2010;34(2):84–88.

82. Helander A, Olsson I, Dahl H. Postcollection synthesis of ethyl glucuronide by bacteria in urine may cause false identification of alcohol consumption. *Clin Chem.* 2007;53(10):1855–1857.

83. Schloegl H, Dresen S, Spaczynski K, Stoertzel M, Wurst FM, Weinmann W. Stability of ethyl glucuronide in urine, post-mortem tissue and blood samples. *Int J Legal Med.* 2006;120(2):83–88.

84. Kelly AT, Mozayani A. An overview of alcohol testing and interpretation in the 21st century. *J Pharm Pract.* 2012;25(1):30–36.

85. Moeller KE, Lee KC, Kissack JC. Urine drug screening: practical guide for clinicians. *Mayo Clin Proc.* 2008;83(1):66–76.

86. Katz N, Fanciullo GJ. Role of urine toxicology testing in the management of chronic opioid therapy. *Clin J Pain.* 2002;18(4 suppl):S76–S82.

87. Madras BK, Compton WM, Avula D, Stegbauer T, Stein JB, Clark HW. Screening, brief interventions, referral to treatment (SBIRT) for illicit drug and alcohol use at multiple healthcare sites: comparison at intake and 6 months later. *Drug Alcohol Depend.* 2009;99(1–3):280–295.

88. Jonas DE, Garbutt JC, Amick HR, et al. Behavioral counseling after screening for alcohol misuse in primary care: a systematic review and meta-analysis for the U.S. Preventive Services Task Force. *Ann Intern Med.* 2012;157(9):645–654.

89. Khong E, Sim MG, Hulse G. Benzodiazepine dependence. *Aust Fam Physician.* 2004;33(11):923–926.

90. Otte C. Cognitive behavioral therapy in anxiety disorders: current state of the evidence. *Dialogues Clin Neurosci.* 2011;13(4):413–421.

91. Cottraux J. Nonpharmacological treatments for anxiety disorders. *Dialogues Clin Neurosci.* 2002;4(3):305–319.

92. Kraus ML, Alford DP, Kotz MM, et al; American Society of Addiction Medicine. Statement of the American Society of Addiction Medicine Consensus Panel on the use of buprenorphine in office-based treatment of opioid addiction. *J Addict Med.* 2011;5(4):254–263.

93. Substance Abuse and Mental Health Services Administration (SAMHSA). Screening, Brief Intervention, and Referral to Treatment (SBIRT) in behavioral healthcare. 2011. http://www.samhsa.gov/prevention/sbirt/. Published April 1, 2011. Accessed April 30, 2013.

© Postgraduate Medicine, Volume 125, Issue 4, July 2013, ISSN – 0032-5481, e-ISSN – 1941-9260
ResearchSHARE®: www.research-share.com • Permissions: permissions@postgradmed.com • Reprints: reprints@postgradmed.com

**7**

# CLINICAL

# PHARMACOLOGY

# ELSEVIER / GOLD STANDARD

Oct 11 2017 09:31AM St.Mary`s Medical Center 8810923                     page 2

10/11/2017                              Clinical Pharmacology

# Lorazepam

## Adverse Reactions

- agitation
- agranulocytosis
- alopecia
- amnesia
- anaphylactoid reactions
- anxiety
- apnea
- asthenia
- ataxia
- blurred vision
- bradycardia
- cardiac arrest
- chills
- coagulopathy
- coma
- confusion
- constipation
- cystitis
- delirium
- depression
- diaphoresis
- diarrhea
- diplopia
- dizziness
- drowsiness
- dysarthria
- elevated hepatic enzymes
- erythema
- euphoria
- fatigue
- GI bleeding
- hallucinations
- headache
- hearing loss
- heart failure
- hostility
- hyperactivity
- hyperbilirubinemia
- hyperreflexia
- hypersalivation
- hypertension
- hyperventilation
- hyponatremia
- hypotension
- hypothermia
- hypoventilation
- hypoxia
- impotence (erectile dysfunction)
- infection
- injection site reaction
- insomnia
- irritability
- jaundice
- lactic acidosis
- libido decrease
- libido increase
- mania
- memory impairment
- metabolic acidosis
- muscle paralysis
- myoclonia
- nausea
- neuroleptic malignant syndrome
- nightmares
- orgasm dysfunction
- pancytopenia
- pericardial effusion
- physiological dependence
- pneumothorax
- psychological dependence
- psychosis
- pulmonary edema
- pulmonary hypertension
- rash (unspecified)
- respiratory arrest
- respiratory depression
- restlessness
- seizures
- SIADH
- sinus tachycardia
- suicidal ideation
- teratogenesis
- thrombocytopenia
- tolerance
- tremor
- urinary incontinence
- vertigo
- vomiting
- weakness
- withdrawal

10/11/2017                                                                Clinical Pharmacology

Tolerance (or tachyphylaxis) may develop to the sedative effects of benzodiazepines, including lorazepam. Tolerance to the anxiolytic effects of benzodiazepines has also been reported. If tolerance develops, clinicians should carefully assess the need for escalating doses. A temporary reduction in dosage may be beneficial in some cases to reverse the effects of tachyphylaxis.[41533]

Prolonged use of lorazepam can produce physiological dependence with or without psychological dependence. The risk of dependence increases with duration of treatment and in those with a history of alcohol or drug abuse. Dependence can occur following routine use of therapeutic doses for as few as 1—2 weeks, particularly during treatment with short-acting benzodiazepines. Extreme caution is advised when considering the use of lorazepam in patients with a known or suspected history of substance abuse.[41533]

Anterograde amnesia and memory impairment can occur after the administration of therapeutic doses of benzodiazepines, such as lorazepam. The risk for developing anterograde amnesia increases at higher doses and with concurrent ingestion of alcohol.[41533]

Occasionally, paradoxical CNS stimulation can occur, particularly in psychiatric patients, the elderly and children. Paradoxical excitation was observed in 10%—30% of children < 8 years who were treated with lorazepam injection for status epilepticus.[41537] Symptoms of paradoxical CNS stimulation include irritability, hostility, psychosis, aggression, rage, nightmares, talkativeness, excitement, hyperactivity, mania, tremulousness, sleep disturbances, insomnia, increased muscle spasticity, anxiety, restlessness, euphoria, and hyperreflexia. Lorazepam should be discontinued if any of the signs of paradoxical CNS excitement occur.[41533] CNS symptoms, such as restlessness, delirium, crying and sobbing occurred in approximately 1.3% of patients given parenteral lorazepam as a preanesthetic.[41537]

Most of the CNS-related adverse effects associated with lorazepam therapy are dose-dependent. The most frequent adverse effects in patients with anxiety treated with lorazepam included drowsiness (15.9%), dizziness (6.9%), weakness (4.2%), and unsteadiness (3.4%). The incidence of drowsiness and unsteadiness increased with increasing age. Other CNS events occurring after lorazepam therapy include confusion, disorientation, depression, unmasking of depression, disinhibition, suicidal ideation/attempt, ataxia, asthenia, extrapyramidal symptoms, tremor, vertigo, fatigue, and dysarthria.[41533] CNS adverse events occurring in clinical trials of parenteral lorazepam for the treatment of status epilepticus include somnolence/drowsiness (1.5%—3.5%), headache (0.1%—1.2%), coma (<= 1.2%), and stupor (0.1%—1.2%). Agitation, ataxia, brain edema, confusion, hallucinations, myoclonus, thinking abnormal, and tremor were also reported in 0.1%—1% of patients. Myoclonus has particularly been associated with lorazepam injection use in very low birth weight neonates. Confusion and depression occurred in approximately 1.3% of patients given parenteral lorazepam as a preanesthetic. Muscle paralysis has been reported during post-marketing use.[41537] Tolerance may develop to these effects. Tolerance may also develop to the sedative or anti-anxiety effects of benzodiazepines.

Gastrointestinal (GI) adverse effects occurring in < 1% of patients receiving parenteral lorazepam for status epilepticus included nausea, vomiting, elevated hepatic enzymes, and hypersalivation. Nausea, jaundice, hyperbilirubinemia, and increased hepatic enzymes have also been reported with oral lorazepam. Other events, such as GI bleeding, liver damage, and urinary incontinence have been reported in postmarketing reports of parenteral lorazepam; however, a casual relationship to the drug has not been established. [41537] Because lorazepam oral concentrate contains polyethylene glycol and propylene glycol, high doses may result in osmotic diarrhea. If drug-induced diarrhea occurs, discontinue the oral concentrate and substitute the dose with lorazepam tablets.[52985] Other reported adverse reactions to lorazepam therapy include blurred vision, diaphoresis, diplopia, change in libido (libido increase/libido decrease), orgasm dysfunction, impotence (erectile dysfunction), constipation, and change in appetite.[41533] Adult patients receiving parenteral lorazepam as a preanesthetic infrequently reported depressed hearing (hearing loss) during clinical trial.[41537]

Oct 11 2017 09:31AM StMary`s Medical Center 8810923                           page 4

10/11/2017                                        Clinical Pharmacology

Apnea, hypotension, and cardiac arrest have been reported following parenteral administration of benzodiazepines, such as lorazepam, to the elderly, to severely ill patients, or to patients with compromised respiratory function. Respiratory depression also has occurred in these patients during benzodiazepine therapy, occasionally resulting in death. Respiratory adverse events occurring in clinical trials of parenteral lorazepam for the treatment of status epilepticus included respiratory failure (1.5%—2.4%), apnea (> = 1%), hyperventilation (< 1%), hypoventilation (<= 1.2%), and respiratory disorder (0.1%—1.2%). These respiratory adverse events may also occur with oral lorazepam therapy (incidence unknown). Hypotension occurred in 1.5%—2.4% of patients receiving parenteral lorazepam for the treatment of status epilepticus in clinical trials. Hypertension and hypotension were reported in 0.1% of patients and airway obstruction was reported in 1.1% of patients receiving parenteral lorazepam as a preanesthetic. Small decreases in blood pressure or hypotension may also occur with oral lorazepam, but according to the manufacturer, these changes are usually not clinically significant. Cardiovascular and respiratory events such as arrhythmia, bradycardia, heart failure, heart block, pericardial effusion, sinus tachycardia, pulmonary edema, lung hemorrhage, pneumothorax, and pulmonary hypertension have been reported in post-marketing reports of parenteral lorazepam; however, a casual relationship to the drug has not been established. Hypoventilation, airway obstruction, and apnea can lead to hypoxia and/or cardiac arrest unless effective countermeasures are taken immediately. Cardiorespiratory reactions, such as respiratory arrest and cardiac arrest, are rare but have been fatal. Worsening of obstructive pulmonary disease has also been reported after lorazepam therapy.[41533] [41537]

Even after short-term use of lorazepam, there is evidence of physiological dependence and consequent adverse withdrawal symptoms. Abrupt withdrawal of benzodiazepine therapy has been reported to cause withdrawal symptoms including headaches, irritability, nervousness, and insomnia. Benzodiazepine withdrawal is more likely to occur following abrupt cessation of excessive or prolonged doses, but it can occur following the discontinuance of therapeutic doses that have been administered for as few as 1—2 weeks. Abdominal cramps, confusion, depression, perceptual disturbances, sweating, nausea/vomiting, paresthesias, photophobia, hyperacusis, tachycardia, anxiety, tension, restlessness, rebound phenomena, dysphoria, dizziness, derealization, depersonalization, numbness/tingling of extremities, hypersensitivity to light and noise, involuntary movements, diarrhea, loss of appetite, myalgia, agitation, palpitations, panic attacks, vertigo, hyperreflexia, short-term memory loss, hyperthermia and trembling also occur during benzodiazepine withdrawal, but these reactions are less frequent. Convulsions, hallucinations, delirium, and paranoia also can occur. Benzodiazepines should be withdrawn cautiously and gradually, using a very gradual dosage-tapering schedule.[41533]

Lorazepam is classified as FDA pregnancy risk category D (see Precautions). Many benzodiazepines have been associated with teratogenesis. Use of benzodiazepines during pregnancy, particularly in the first trimester, increases the risk of congenital malformations and decreases viability. Lorazepam injection should generally not be given to a pregnant women except in serious or life-threatening situations (e.g., status epilepticus).[41533] [41537]

Seizures occurred in < 1% of patients receiving parenteral lorazepam for the treatment of status epilepticus in clinical trials. Seizures and myoclonia/myoclonus have been reported after administration of parenteral lorazepam, especially in very low birth weight infants. Seizures have also been reported with oral lorazepam. Tonic clonic seizures have occurred after administration of parenteral lorazepam to patients with atypical petit mal status epilepticus but the incidence of this is thought to be rare.[41533] [41537]

Injection site reaction, including erythema and pain, has been reported after administration of parenteral lorazepam and ranges in frequency depending on the route of administration. After intramuscular injection, erythema occurred immediately in approximately 2% of patients and was still present after 24 hours in 0.8%. Erythema did not occur immediately in patients who received intravenous lorazepam but was present

Oct 11 2017 09:32AM St.Mary's Medical Center 8810923                    page 5

10/11/2017                                    Clinical Pharmacology

in 2.4% of patients at the 24-hour observation period. Pain and/or burning was greatest in the immediate period after intramuscular administration (17%) and was still present in a small percentage of patients (0.5%—1.4%) 24 hours after parenteral administration. Of those who received intravenous lorazepam, 1.6% experienced pain immediately after administration and 0.5% still complained of pain 24 hours later. In addition, intra-arterial injection may produce arteriospasm which may result is significant tissue ischemia. [41537]

Metabolic acidosis occurred in < 1% of patients receiving parenteral lorazepam in clinical trials for the treatment of status epilepticus. There also have been reports of propylene glycol toxicity (e.g. lactic acidosis, hyperosmolality, hypotension) and possible polyethylene toxicity (e.g. acute tubular necrosis) during the administration of lorazepam injection at higher than recommended doses.[41537] SIADH, hyponatremia, thrombocytopenia, coagulation disorder (coagulopathy), agranulocytosis, pulmonary hemorrhage, pulmonary edema, pancytopenia, and neuroleptic malignant syndrome have been reported during lorazepam therapy; however, the frequencies of these effects are unknown and causality to the drug is not established.[41533] [41537]

Infection, chills, and cystitis occurred in < 1% of patients in clinical trials receiving parenteral lorazepam therapy for the treatment of status epilepticus.[41537] Hypothermia and autonomic manifestations have been reported with unknown frequency during lorazepam therapy.[41533]

Hypersensitivity reactions, anaphylactoid reactions, dermatological symptoms, allergic skin reactions, and alopecia have been reported during lorazepam therapy. Skin rash (unspecified) has been reported with parenteral use in adult surgical patients.[41533] [41537]

Revision Date: 3/21/2013 4:50:00 PM

## References

**41533.** Ativan (lorazepam) tablets package insert. Bridgewater, NJ: Valeant Pharmaceuticals North American LLC; 2016 Sept.

**41537.** Ativan (lorazepam) injection package insert. Eatontown, NJ: West-Ward Pharmaceuticals; 2017 Apr.

**52985.** Marshall JD, Farrar HC, Kearns GL. Diarrhea associated with enteral benzodiazepine solutions. J Pediatr 1995;126:657-659.

Copyright © 2017 Elsevier / Gold Standard. All rights reserved.

**8**

# Curriculum Vitae

# Craig H. Lichtblau, M.D.

# CRAIG H. LICHTBLAU, M.D., P.A.

PHYSICAL MEDICINE AND REHABILITATION
BOARD CERTIFIED

PEDIATRIC • ADOLESCENT • ADULT • GERIATRIC

550 Northlake Boulevard
North Palm Beach, Florida 33408-5409
Phone: (561) 842-3694
Facsimile: (561) 842-3774

Outpatient Physical Medicine
Inpatient Rehabilitation
Medical Functional Capacity Exams
Nationwide Catastrophic Evaluations

# CURRICULUM VITAE

## Employment

## From September, 1989 to Present

### Private Practice Limited to Physical Medicine and Rehabilitation:

Disability Evaluations
Chronic Pain Management
Acute Inpatient Hospital Rehabilitation
In-hospital Rehabilitation Consultations
Medical Functional Capacity Assessments
Subacute I Transitional Living Rehabilitation
Outpatient Physical Medicine and Rehabilitation
Electromyography and Nerve Conduction Studies
Defining impairment, disability and cost for future medical care

### March 1990 to April 2006:
### Medical Director St. Mary's Hospital Inpatient Rehabilitation Unit

Trauma Consultations
Hospital Consultations
Pediatric Consultations
Inpatient Rehabilitation Unit Admissions
St. Mary's Medical Center / Trauma Center
West Palm Beach, Florida

**Craig H. Lichtblau, M.D.**                                                                 **Page 2**

<u>March 1990 to April 2006:</u>
<u>6,223 St. Mary's Hospital Inpatient Rehabilitation Unit Admissions</u>

<u>January 2007 to Present:</u>

Trauma Consultations Hospital
Consultations Pediatric Consultations Inpatient Rehabilitation Unit Admissions
St. Mary's Medical Center/Trauma Center
West Palm Beach, Florida

<u>April 5, 2010 to Present:</u>

Founding Medical Director For Life
St. Mary's Medical Center Inpatient Rehabilitation Unit

<u>May 28, 2014 to Present:</u>

Medical Director, Inpatient Pediatric Rehabilitation Unit,
St. Mary's Medical Center

Assistant Medical Director, Inpatient Adult Rehabilitation Unit,
St. Mary's Medical Center

<u>November 1, 2002 to Present:</u>
<u>Medical Director</u>

Physical Medicine and Rehabilitation
Florida Institute for Neurologic Rehabilitation
Wauchula, Florida
        34 pediatric beds, 1142 adult beds = 176 transitional living facility beds,
        specializing in neurological impairments (traumatic brain and spinal cord
        injury), pediatric ages 4-17, adult age 18 and above

**Craig H. Lichtblau, M.D.**                                                    **Page 3**

## Hospital Affiliations

St. Mary's Medical Center
901 45th Street
West Palm Beach, Florida 33407
Medical Staff: Admitting/Consulting Privileges

Good Samaritan Medical Center
1300 North Flagler Drive
West Palm Beach, Florida 33401
Medical Staff: Consulting Privileges

Palm Beach Gardens Medical Center
3360 Burns Road
Palm Beach Gardens, Florida 33410
Medical Staff: Admitting/Consulting Privileges

Jupiter Hospital
1210 South Old Dixie Highway
Jupiter, Florida 33458
Medical Staff: Consulting Privileges

Delray Medical Center 5360
Linton    Boulevard    Delray
Beach, Florida 33484
Medical Staff: Consulting Privileges

## Surgical Privileges

Jupiter Outpatient Surgery Center
2055 Military Trail
Jupiter, Florida 33458
June 25, 2012 to Present

St. Mary's Medical Center
901 45th Street
West Palm Beach, Florida  33407
September 22, 2014 to Present

**Craig H. Lichtblau, M.D.**                                             **Page 4**

### State of Florida - Children's Medical Services
### September 1989 to Present:

Department of Health and Rehabilitative Services
District Number 9 and 15 (Palm Beach, Martin, St. Lucie, Indian River and Okeechobee Counties)
Medical Consultant/Physical Medicine and Rehabilitation for Physical Medicine and Rehabilitation Clinic

> The primary focus of Children's Medical Services is to provide a family centered, coordinated, managed system of care for children with special health care needs and to provide essential preventative evaluative and early interventional services for children that are medically and financially eligible.

### Public Service: National
### September 1992 to Present:

National Institute on Disability and Rehabilitation Research
Office of Special Education and Rehabilitative Services
United States Department of Education
Washington, D.C. 20202

### Public Service: State of Florida

Certified Expert Medical Advisor
State of Florida
Agency of Health Care Administration
Workers' Compensation Medical Services Unit
1999 - Present

Special Expert Witness
State of Florida
Agency for Healthcare Administration
(April 1992 to 1996)

**Craig H. Lichtblau, M.D.**                                                   **Page 5**

State of Florida Department of Labor and Employment Security Division of Vocational Rehabilitation
Member Head Injury Facility Review Committee
(January 1991 to July 1994)

State of Florida Department of Labor and Employment Security Division of Vocational Rehabilitation
Pediatric Site Reviewer
Head and Spinal Cord Injury Program
(January 1991 to unknown)

State of Florida Department of Labor and Employment Security Division of Vocational Rehabilitation
Member Brain and Spinal Cord Injury Advisory Council Pediatric Committee
(May 1995 to1999)

## Public Service: Palm Beach County

Section Chief of Rehabilitation Medicine Intra Coastal Health Systems, Inc.
St. Mary's Medical Center, Good Samaritan Medical Center
July 1, 1996 - June 30, 1998

Physician Utilization Review (Peer Review) Committee
Palm Beach Gardens Medical Center
February 2007 — December 2010

Member of Medical Advisory Committee to the Health Care
District of Palm Beach County
Medical Consultant to Nursing Advisory Committee
Palm Beach Community College

Physician Volunteer Health Care Provider Program
District 9
Department of Health and Rehabilitation Services
State of Florida
Member of Review Committee of Medical Specialties for
The Palm Beach County Medical Society

**Craig H. Lichtblau, M.D.**                                                    **Page 6**

Board Member / Board of Directors
Friends of the 440 Scholarship Fund, Inc. Treasure Coast Division
December 4, 2006 - Present

Medical Director PGA Seniors Golf Championship 1994 - 1998

## Leadership Positions Held

2016 – 2018    Vice President, Florida Society of Physical Medicine and
               Rehabilitation

2014 – 2016    Present Member at Large, Florida Society of Physical Medicine
               and Rehabilitation

2005 - 2006    President, Southern Society of Physical Medicine
               and Rehabilitation

2004 - 2005    President-Elect, Southern Society of Physical
               Medicine and Rehabilitation

1995 - 1996    Treasurer, Florida Society of Physical Medicine and Rehabilitation

## Faculty Appointments

                 Clinical Assistant Professor
May 2007-        Department of Osteopathic Principle and Practice
April 2011       Division of Physical Medicine and Rehabilitation
                 Nova Southeastern University
                 College of Osteopathic Medicine


                 Clinical Assistant Professor
May 2011-        Department of Osteopathic Principle and Practice
April 2014       Division of Physical Medicine and Rehabilitation
                 Nova Southeastern University
                 College of Osteopathic Medicine


                 Clinical Assistant Professor
May 2014 -       Department of Osteopathic Principle and Practice
April 2017       Division of Physical Medicine and Rehabilitation
                 Nova Southeastern University
                 College of Osteopathic Medicine

Craig H. Lichtblau, M.D.                                          Page 7

## Awards

06/21/14        Outstanding Service Award for Extraordinary Sustained Service
                and Dedication to Excellence in Patient Care Within
                The Specialty of Physical Medicine and Rehabilitation
                in the State of Florida, presented by the Florida
                Society of Physical Medicine and Rehabilitation

01/14/13        Outstanding Service in Pediatric Rehabilitation, presented by
                the Florida Society of Physical Medicine and
                Rehabilitation

11/17/11        Appreciation for Many Years of Extraordinary Service
                and Dedication to the Specialty of Physical Medicine
                and Rehabilitation from the Florida and
                Southern Societies of Physical Medicine and
                Rehabilitation

7/15/07         Appreciation for Dedicated Years of Service and
                Commitment to Children's
                Medical Services, Florida
                Department of Health

## Licensure and Certification

April 2005      Passed Re-certification Examination

May 1991        Board Certified in Physical Medicine and Rehabilitation

April 1989      Florida Medical License Number 56279

Craig H. Lichtblau, M.D.                                    Page 8

## Publications

2015    Stature Lengthening Using the PRECICE Intramedullary
        Lengthening Nail
        Techniques in Orthopaedics, Volume 30, Number 3, 2015,
        Pages 167 through 182
        Dror Paley, MD, FRSCS, Kevin Debiparshad, MD, FRSCS,
        Halil Balci, MD, Walter Windisch, PhD, and
        Craig Lichtblau, MD

## Fellowship

10/2012 – Present        Limb Reconstruction Fellowship
                         Director: Dr. Dror Paley
                         The Paley Institute
                         St. Mary's Medical Center
                         West Palm Beach, Florida

## Education

1989    Residency: Physical Medicine and Rehabilitation
        The Jewish Hospital of St. Louis
        Washington University Medical Center
        St. Louis, Missouri

1986    Internship: Transitional
        The Jewish Hospital of St. Louis
        Washington University Medical
        Center St. Louis, Missouri

1985    Doctor of Medicine Degree
        American University of The
        Caribbean School of Medicine
        Plymouth, Montserrat British West Indies

1978    Bachelor of Science Degree-
        Biology Florida State University
        Tallahassee, Florida

**Craig H. Lichtblau, M.D.**                                   **Page 9**

## Professional Affiliations

Diplomat American Board of Physical Medicine & Rehabilitation
Rochester, Minnesota
American Academy of Disability Evaluating Physicians
2015 S. Arlington Heights Road
Arlington Heights, Illinois 60006
Fellow

American Academy of Physical Medicine and Rehabilitation
P.O. Box 94466
Chicago, Illinois 60690-4466
Fellow

American Congress of Rehabilitation Medicine
P. 0. Box 94463
Chicago, Illinois 60690-4463

American Association of Electrodiagnostic Medicine
21 Second Street, S.W., Suite 103
Rochester, Minnesota 55902
Associate Member

American Medical Association
515 North State
Chicago, Illinois 60610

Florida Society of Physical Medicine & Rehabilitation
P.O. Box 630246
Miami, Florida 33163
Member

Southern Society of Physical Medicine and Rehabilitation
800 Madison Avenue
Memphis, Tennessee 38163
Member 2001 — 2011

Florida Medical Association, Inc.
P.O. Box 2411
Jacksonville, Florida 32203
Member

Craig H. Lichtblau, M.D.                                      Page 10

## Professional Affiliations (Continued)

Palm Beach County Medical Society 3540
Forest Hill Boulevard
West Palm Beach, Florida 33406-5893

Brain Injury Association for State
of Florida
Member

## Presentations

August 30, 2017          Congenital Femoral Deficiencies -  Type 3A, 3B, 3C
                         Rotationplasties for Congenital Deficiency
                         Lisbon, Portugal

September 23, 2016  Rotationplasty:
                         Brown, Paley-Modified Brown, Paley
                         Association for Study and Application of the Method
                         of Ilizarov Bone Reconstruction
                         International Limb Lengthening Reconstruction Society
                         Brisbane, Australia

April 30, 2006           Life Expectancy of the Cerebral Palsy Patient
                         38th Annual Scientific Meeting
                         Southern Society of Physical Medicine and Rehabilitation
                         Miami, Florida

April 2, 2005            "Physiatric Multi-Disciplinary   Approach
                         To  Back Pain
                         Handicap, Impairment, Disability
                         What Does It Mean to Physicians"
                         Back Pain 2005: Diagnosis and
                         Treatment/Conference
                         Jupiter Medical Center Education Department

**Craig H. Lichtblau, M.D.**                                                      **Page 11**

<u>Presentations</u> **(Continued)**

| | |
|---|---|
| November<br>1990 | "Communicating With Physician Concerning<br>Neurologically Impaired Patients"<br>Presented to the School of Nursing Palm<br>Beach Junior College<br>Lake Worth, Florida |
| January<br>1988 | "Management of Neurological Bowel/Bladder"<br>Presented at Pediatric Orthopaedic Grand Rounds<br>Shriner's Hospital For Crippled Children, St. Louis, Missouri |
| September<br>1987 | "Cerebrovascular Accident - Diagnoses & Syndromes"<br>Presented at the Physical and Rehabilitation Grand Rounds<br>Washington University Medical Center<br>St. Louis, Missouri |

**<u>Continuing Medical Education</u>**

List Available Upon Request
1989 – Present

**PROFESSIONAL AND PERSONAL REFERENCES AVAILABLE UPON REQUEST**

Revised 09/05/17

## CONTINUING MEDICAL EDUCATION
## CRAIG H. LICHTBLAU, M.D.
## 1989-PRESENT

| | | |
|---|---|---|
| Dec. 15, 1989 | Clinical Social and Legal<br>Aspects of AIDS<br>University of Miami<br>School of Medicine<br>Miami, Florida | 3<br>Credit<br>Hours |
| Feb. 3, 1990 | Reflex Sympathetic Dystrophy<br>University of South Florida<br>College of Medicine<br>Tampa, Florida | 3<br>Credit<br>Hours |
| Feb. 23-24, 1990 | Practical Electrodiagnosis<br>University of Texas<br>Health Sciences Center<br>San Antonio, Texas | 12<br>Credit<br>Hours |
| Sept. 5-6, 1990 | Electrodiagnostic Medicine<br>American Association of<br>Electrodiagnostic Medicine<br>Chicago, Illinois | 12<br>Credit<br>Hours |
| Jan. 23-27, 1991 | Spinal Cord Injury<br>University of Miami<br>School of Medicine<br>Miami, Florida | 22<br>Credit<br>Hours |
| April 18-20, 1991 | Florida Society of Physical Medicine<br>and Rehabilitation<br>University of South Florida<br>College of Medicine<br>Tampa, Florida<br>Myofascial Pain Syndrome<br>Shoulder Hand Syndrome<br>Endocrine Aspects of Brain Injury<br>Hearing Loss In The Population<br>of Rehabilitation Centers<br>Moya Moya Disease<br>Impairment Rating for Industrial Injuries | 10<br>Credit<br>Hours |

**Craig H. Lichtblau, M.D.**                                              **Page 2**

| | | |
|---|---|---|
| July 19-21, 1991 | American Academy of Disability Evaluating Physicians Essential Concepts for the Physician Dallas, Texas | 15 Credit Hours |
| Aug. 10-11, 1991 | American Academy of Disability Evaluating Physicians Overview Course Salt Lake City, Utah | 10 Credit Hours |
| Sept. 3-6, 1991 | Principles and Practice of Rehabilitation Medicine Harvard Medical School Boston, Massachusetts | 29 Credit Hours |
| Sept. 24-28, 1991 | American Academy of Disability Evaluating Physicians Clinical Training Program Chicago, Illinois | 36 Credit Hours |
| April 23-25, 1992 | A Review of Geriatric Physical Medicine and Rehabilitation Emory University School of Medicine Atlanta, Georgia | 7 Credit Hours |
| Nov. 5-7, 1992 | American Academy of Disability Evaluating Physicians Sixth Annual Scientific Session Dallas, Texas | 14 Credit Hours |
| April 29-May 1, 1993 | Southern Society of Physical Medicine Rehabilitation, 25th Annual Meeting Medical University of South Carolina Charleston, South Carolina Advances and Diagnosis of Myofascial Pain, Designing a Therapeutic Program for Low Back Pain, Present Advances in the Management of Traumatic Brain Injury | 7.5 Credit Hours |

**Craig H. Lichtblau, M.D.**                                          **Page 3**

| | | |
|---|---|---|
| May 26-28, 1993 | Primary Care Orthopedics<br>Harvard Medical School<br>Boston, Massachusetts | 20<br>Credit<br>Hours |
| October 2, 1993 | Comprehensive Rehabilitation<br>of the Cancer Patient<br>Harvard Medical School<br>Boston, Massachusetts | 7<br>Credit<br>Hours |
| December 9-12, 1993 | Primary Care Neurology<br>Harvard Medical School<br>Boston, Massachusetts | 20<br>Credit<br>Hours |
| January 22-23, 1994 | American Academy of<br>Disability Evaluating Physicians<br>Overview Course<br>Orlando, Florida | 12<br>Credit<br>Hours |
| June 22-24, 1994 | Comprehensive Review<br>of Pain Management<br>Harvard Medical School<br>Boston, Massachusetts | 22<br>Credit<br>Hours |
| November 10-12, 1994 | American Academy of Disability<br>Evaluating Physicians<br>Eighth Annual Scientific Session<br>Orlando, Florida | 16<br>Credit<br>Hours |
| April 1-2, 1995 | American Academy of Disability<br>Evaluating Physicians<br>AMA Guides Meeting<br>Fourth Edition Only<br>Charleston, West Virginia | 10.5<br>Credit<br>Hours |
| April 27-29, 1995 | Southern Society of Physical<br>Medicine and Rehabilitation, 27th<br>Annual Conference University of<br>Tennessee, Knoxville<br>Advances in Rehabilitation Botulinum<br>Toxin Injections for Spasticity Update<br>on Pediatric Rehabilitation<br>Minor Head Injury and Workers'<br>Compensation Issues | 10<br>Credit<br>Hours |

**Craig H. Lichtblau, M.D.**                                              **Page 4**

|  |  |  |
|---|---|---|
|  | Prevention and Treatment of DVT and PE in the Rehabilitation Patient |  |
|  | A Preview of Practice Guidelines for Management of the Agitated Traumatic Brain Injured Patient. |  |
|  | Interpretation of MRI's in Back Injury and their Relation to Impairment Rating |  |
|  | Workers' Compensation Update: Returning Difficult Cases to Work - How to Prevent the Secondary Gain |  |
|  | New Approaches to Therapy |  |
|  |  |  |
|  | Respiratory Issues in Spinal Cord Injured Patients |  |
|  | Subacute Rehabilitation in the Age of Reform |  |
|  | Shoulder pain in Hemiplegia |  |
| June 10-11, 1995 | Chronic Pain Management Jefferson Medical College Thomas Jefferson University Atlanta, Georgia | 14 Credit Hours |
| January 19-21, 1996 | Electromyography and Nerve Conduction Studies The Mayo Clinic Scottsdale, Arizona | 16 Credit Hours |
| May 2-4, 1996 | Physiatric Procedures Medical University of South Carolina Southern Society of Physical Medicine and Rehabilitation Charleston, South Carolina | 8 Credit Hours |
| September 28-29, 1996 | Chronic Pain Grand Rounds Jefferson Medical College Thomas Jefferson University | 14 Credit Hours |
| November 7-9, 1996 | Tenth Annual Scientific Session American Academy of Disability Evaluating Physicians Tucson, Arizona | 11.5 Credit Hours |

**Craig H. Lichtblau, M.D.**                                                        **Page 5**

| | | |
|---|---|---|
| May 17-19, 1997 | Non-operative Management of Cervical and Lumbar Spine Disorders Stanford University School of Medicine Stanford, California | 12.5 Credit Hours |
| June 21-22, 1997 | Update in Disability Medicine American Academy of Disability Evaluating Physicians New York, New York | 10.5 Credit Hours |
| May 21-23, 1998 | State of the Art update on Physical Medicine and Rehabilitation Southern Society of Physical Medicine and Rehabilitation Louisiana State Medical Society New Orleans, Louisiana | 10.5 Credit Hours |
| October 10-11, 1998 | 13 Annual Clinical Symposium on Wound Care Duke University Medical Center Atlanta, Georgia | 7.5 Credit Hours |
| November 12-14, 1998 | American Academy of Disability Evaluating Physicians Twelfth Annual Scientific Session Miami, Florida | 15 Credit Hours |
| February 15-16, 1999 | Cognitive and Medical Treatment of Persons with Brain Injury Rehabilitation Institute of Chicago Miami, Florida | 12.75 Credit Hours |
| May 27-29, 1999 | Southern Society of Physical Medicine and Rehabilitation Advances in Physiatry Practice Mississippi Methodist Rehabilitation Center Biloxi, Mississippi | 7.75 Credit Hours |

**Craig H. Lichtblau, M.D.**                                    **Page 6**

| June 4-5, 1999 | Cancer Rehabilitation in the new Millennium Memorial Sloan-Kettering Cancer Center New York, New York | 14.45 Credit Hours |

June 4-5, 1999        Cancer Rehabilitation in the     14.45
new Millennium     Credit
Memorial Sloan-Kettering     Hours
Cancer Center
New York, New York

June 25-27, 1999     American Academy of Disability    22.0
Evaluating Physicians Advanced    Credit
Clinical Training Program    Hours
Chicago, Illinois

May 25-27, 2000    Southern Society of Physical    8.5
Medicine and Rehabilitation    Credit
32nd Annual Meeting    Hours
Millennium Physical Medicine
and Rehabilitation 2000
Tampa, Florida

November 9-11, 2000    American Academy of Disability    12.5
Evaluating Physicians    Credit
14th Annual Scientific Session    Hours
and Business Meeting
Miami, Florida

May 24-26, 2001    Southern Society of Physical    10
Medicine and Rehabilitation    Credit
33rd Annual Meeting    Hours
New Orleans, Louisiana
Diagnostic and Physiologic
Management of Lumbar Stenosis
The Role of Spinal Injections in
Treatment of Cervical and Lumbar
Pain

Current Management of Brachial Plexus
Injuries Common Shoulder Problems
How to Find Out if Your Patient is
Depressed and Needs Medication

June 17-19, 2001    Principles and Practice of Pain    25
Medicine    Credit
Harvard Medical School    Hours
Boston, Massachusetts

**Craig H. Lichtblau, M.D.**                                                    **Page 7**

| | | |
|---|---|---|
| February 21-23, 2002 | Current Clinical Issues in Primary Care<br>Harvard Medical School<br>Fort Lauderdale, FL | 3<br>Credit<br>Hours |
| May 2-3, 2002 | Annual Multidisciplinary Brain Injury Course:  Current Issues & Solutions Through Research & Clinical Practice<br>Northwestern University Medical School<br>Chicago, Illinois | 12.5<br>Credit<br>Hours |
| May 23-25, 2002 | Southern Society of Physical Medicine and Rehabilitation<br>Stroke Outcomes and the Team Approach<br>Pain Management of Spinal Stenosis<br>Current Concerns of Diffuse Axonal Injury<br>The Effect of Edema and Frontal vs. Non-frontal Focal Contusion on Recovery From Traumatic Brain Injury<br>Rheumatoid Arthritis<br>Medical Ethics<br>Clinical Trails in Management of Stroke Related Spasticity<br>Emory University School of Medicine<br>Atlanta, Georgia | 10<br>Credit<br>Hours |
| September 20, 2002 | American Academy of Disability Evaluating Physicians<br>Certificate Course Interpretation of Functional Ability<br>Chicago, Illinois | 7.5<br>Credit<br>Hours |
| November 6-9, 2002 | American Academy of Disability Evaluating Physicians 16th Annual Scientific Session and Business Meeting<br>Asheville, North Carolina | 26<br>Credit<br>Hours |

**Craig H. Lichtblau, M.D.** **Page 8**

| | | |
|---|---|---|
| March 14-15, 2003 | Cerebral Palsy Musculoskeletal Management Issues Over a Lifetime | 11 Credit Hours |
| | Prevalence, Types of Cerebral Palsy | |
| | Life Expectancy | |
| | Skeletal/Muscular Growth | |
| | Movement Disorders, Neuro Mechanisms and Peripheral Manifestations | |
| | Orthopedic Considerations | |
| | Motion Analysis | |
| | Strengthening and Selective Motor Control | |
| | Current Interventions for Spasticity | |
| | | |
| | Reduction Use of Phenol and Botulinum Toxin | |
| | Neurosurgical Management of Spasticity and Movement Disorders – Intrathecal Baclofen Pump and Deep Brain Stimulators | |
| | Selective Dorsal Rhizotomy for Management of Spasticity | |
| | Rehabilitation Following Intervention – Strengthening, Casting, Orthotics | |
| | Sustaining Function and Mobility | |
| | Gillete Children's Specialty Healthcare St. Paul, Minnesota | |
| | | |
| April 3-4, 2003 | Annual Multidisciplinary Stroke Course | 11.5 Credit Hours |
| | Stroke Rehabilitation 2003 | |
| | Research, Technology and the Human Touch | |
| | Northwestern University Medical School Chicago, Illinois | |
| | | |
| May 16-18, 2003 | Florida Academy of Pain Medicine | 17 Credit Hours |
| | 2003 Annual Conference | |
| | Intradiscal Annuloplasty Botulinum Toxin in the Treatment of Cervicothoracic Pain and Headache | |
| | Radiology for Non-Radiologists | |
| | Proper Use of Opioids | |
| | Recent Advances in Management of Headache the Symptom Magnifier | |

**Craig H. Lichtblau, M.D.**                                      **Page 9**

|  |  |  |
|---|---|---|
|  | Recent Advances in Surgical Treatment for Low Back Pain<br>Recent Advances in Spinal Cord Stimulators<br>Vertebral & Paravertebral Origin of Pain<br>Pseudo Sciatica<br>Imaging of Pain Management<br>Minimally Invasive Options to Disk Surgery<br>Percutaneous Vertebral plasty<br>Is There an Impairment Rating for Pain<br>Clearwater Beach, Florida |  |
| May 22-24, 2003 | Southern Society of Physical Medicine and Rehabilitation 35th Annual Meeting | 10 Credit Hours |
|  | New Medication Options for Multiple Sclerosis<br>Neuroanatomy of Pain<br>A Neurosurgeons Approach<br>Aging with Traumatic Brain Injury<br>Advances in Wound Care<br>Treatment Recommendations for Osteoporosis<br>Spine Injuries in American Football<br>Secondary Prevention of Stroke<br>Medical Acupuncture – A Clinical Approach<br>Mild Traumatic Brain Injury: Utility of Neuropsychological Evaluation in Identification and Treatment<br>Nashville, Tennessee |  |
| September 6, 2003 | Spine Review 2002<br>Comprehensive Management of Spinal Disorders<br>Cleveland Clinic<br>Weston, Florida | 8 Credit Hours |

**Craig H. Lichtblau, M.D.**                                             **Page 10**

| September 13-14, 2003 | Ninth Annual Brain Injury Symposium New Dimension Brain Injury Rehabilitation Baptist Hospital of Miami Miami, Florida | 12 Credit Hours |
| March 5-6, 2004 | Stroke Update 2004: Neuro-Recovery The University of Texas Medical School Houston, Texas | 13 Credit Hours |
| April 16-17, 2004 | Integrative Pain Medicine Department of Rehabilitation Medicine Columbia University Medical Center New York, New York | 14 Credit Hours |
| May 27-29, 2004 | Southern Society of Physical Medicine and Rehabilitation 36th Annual Meeting Gait Assessment & Gait Labs Advances in Rehabilitation of Acquired Brain Injury Research Advances in Facilitation of Neurology Following Spinal Cord Injury New Horizons in Neuroimaging The Physically Challenged Athlete Mechanisms of Action of Botulinum Toxin for Pain Relief The Role of the Psychologist in Medical Rehabilitation:  Differentiating Neurogenic, Affective, Psychogenic and Pain Related Impairments Advances in Interventional Pain Strategies for Low Back Pain Prolotherapy:  Potential Pitfalls and Miracle Cures Assessment of Non-Organility: Controversies, Caveats and Conundrums Richmond, Virginia | 10 Credit Hours |

**Craig H. Lichtblau, M.D.** **Page 11**

| | | |
|---|---|---|
| June 11–13, 2004 | The Florida Academy of Pain Medicine, The 2004 Annual Conference, Miami, Florida Use of the C-arm in Injection Therapy for Pain Management of the Lumbar Spine Botulinum Toxin and Pain Regenerative Injection Therapy X-rays, MRIs, and CTs for the Non-Radiologist Interventional Headache Management Traumatic Spinal Injuries Orofacial Pain Pain in the Elderly Proper Use of Opioids in the Pain Management Setting Biomechanics and Imaging and Pain Differential Diagnosis of Headache | 10.5 Credit Hours |
| October 22, 2004 | Pediatric Traumatic and Acquired Brain Injury: The Continuum of Care The Pediatric Neurotrauma Program Departments of Pediatrics Surgery and Neurosurgery University of Miami School of Medicine Miami, Florida | 6 Credit Hours |
| March 4-5, 2005 | Physical Medicine and Rehabilitation For Clinicians Pathophysiology of Chronic Pain Low Back Pain: Red Flags and Functional Restoration Neck Pain Myofascial Pain Syndrome: Recognition and Treatment Female Athlete Triad: Identification, Evaluation and Management Stroke Rehabilitation Traumatic Brain Injury:  What to | 12 Credit Hours |

**Craig H. Lichtblau, M.D.**                                    **Page 12**

Expect Functionally and Emotionally
Peripheral Nervous System:
Evaluations, Treatment and
Functional Restoration
Spinal Cord Injuries, Spasticity
Preventing Complications
Post Polio Sequelae/Weakness
Diagnosing Post Polio Syndromes
and Treatment of Weakness and
Fatigue
Geriatric Rehabilitation
Sports Medicine
Arthritis:  The Role of Pain
Management and Rehabilitation
in Evaluation, Restoration,
and Prevention of Declining
Function
Interventional Therapies
Cancer Rehabilitation: How
to Evaluate and Treat
Electromyography, Nerve
Conduction: Supporting Diagnosis
and Restoring Function
Orthosis/Prosthetics
Principals for Wound Healing
Mayo Clinic College of Medicine
Amelia Island, Florida

April 23-24, 2005          Southern Society of PM&R          11
                           Common Shoulder Problems          Credit
                           Spinal Impairment Ratings: AMA    Hours
                           Guides 5th Edition
                           Independent Medical Evaluations
                           The Legal Side of Pain
                           Neuropsychological Testing
                           Botulinum Toxin A
                           Laboratory Diagnosis of
                           Rheumatic Distress
                           New Orleans, Louisiana

**Craig H. Lichtblau, M.D.**                                    **Page 13**

| | | |
|---|---|---|
| September 22-24, 2005 | Brain Injury New Science Best Practices and Future Innovations Evaluating and Treating Persons With Frontal Lobe Injuries Medical Overview – Brain Anatomy And Neurological Function Structural and 3D Imaging of the Brain Identification and Assessment of Clinical Validity of Biomarkers of Severe TBI | 20.5 Credit Hours |
| | Community Rehabilitation and Long Term Support Traumatic Brain Injury and Psychiatric Disorders Brain Injury is Forever: A Hands on Approach Traumatic Brain Injury Induced Metabolic and Hormonal Abnormalities Advances in Pharmacology Neurological Examinations and Second Impact Long Term Implications of Brain Injury: Planning for a Lifetime Traumatic Carotid Vertebral Dissection: The Hidden Traumatic Brain Injury Vascular Disaster Geriatric Brain Injury Outcome State of the Art Concussion Modeling Depression After Traumatic Brain Injury, Symptom Rates, Differential Diagnosis and Treatment After Acute Rehabilitation: Long Term Psychiatric Issues North American Brain Injury Society, Amelia Island, Florida | |
| October 15-16, 2005 | Traumatic Brain Injury and Stroke: A Closer Look at Impairment and Recovery Neuropsychological and Psychosocial Consequences | 11 Credit Hours |

**Craig H. Lichtblau, M.D.**                                          **Page 14**

of Pediatric Traumatic Brain
Injury
Evaluation and Management
of Pediatric Head Trauma
ADHD – Neurobiology, Pathophysiology,
Diagnosis and Treatment
Impaired Self Awareness After
Moderately Severe to Severe
Traumatic Brain Injury
Biofeedback and Behavioral
Applications for Restoring
Function After Central Nervous
System Damage
Neuropharmacology of Post-
Traumatic Encephalopathy
Mild Traumatic Brain Injury:
Disability, Distress or Deception
Establishing a JCAHO-accredited
Stroke Center
A Whirlwind Tour of Stroke
Acute Stroke Imaging
Vascular Intervention in Acute
Stroke
Prognosis and Recovery After
Stroke
Dysphagia: An Update on
Swallowing Disorders
Eleventh Annual Brain Injury
Symposium
Miami, Florida

November 9-12, 2005          19th Annual Scientific Session          26.25
                             Carpal Tunnel Syndrome                  Credit
                             Understanding Medical Guidelines        Hours
                             Mental Health Impact on
                             Musculoskeletal Pain
                             Disability Issues, Evidence and
                             Outcomes
                             The History of Cumulative Trauma
                             Disorders, Repetitive Strain Injury
                             Management of the Painful Lower
                             Extremity
                             Musculoskeletal Pain: Basic Science

**Craig H. Lichtblau, M.D.**                                    **Page 15**

|  |  |  |
|---|---|---|
|  | Evidence Based Medicine – The Changes of Medical Guidelines Diagnostic Testing for Pulmonary Function Testing and Cardiology Management of the Painful Spine Management of the Painful Upper Extremity Successful Return to Work for Musculoskeletal Pain Pain Evaluation Neurological Disorders and Their Associated Impairment Impairment Assessment of the Spine American Academy of Disability Evaluating Physicians, Tucson, Arizona |  |
| April 7-8, 2006 | Integrating Pain Medicine 5th Annual Course The Neurobiology of Pain Current Pain Pharmacology Review of Invasive Procedures and Devices in Pain Medicine Interdisciplinary Approach to Pediatric Pain Medical Approaches to Pediatric Pain The Bioethics of Pain Psychological Evaluation of Pain Psychiatric Approach to Pain An Integrative Medicine Approach to Headache Implantable Devices for Pain Pain and Placebo Effect, a Neuroimaging Perspective Current Conventional Pain Medicine in the Cancer Setting Columbia University College of Physicians and Surgeons New York, New York | 15 Credit Hours |

**Craig H. Lichtblau, M.D.**                                    **Page 16**

| April 28-30, 2006 | 38th Annual Scientific Meeting | 10 |


April 28-30, 2006

38th Annual Scientific Meeting
Acute Stroke in Aging
Drugs, Documentation and the DEA
Current Concepts in Chemodenervation
with Botulinum Toxin A
The Neuromuscular Examination
Mild Traumatic Brain Injury and
Post-concussive Disorders
Current Update on Hepatitis C Virus
Integrative Medicine and Pain
Management
Life Expectancy for Cerebral
Palsy Patients
Southern Society of Physical Medicine
and Rehabilitation
Miami, Florida

10 Credit Hours

Jan. 29 – Feb. 2, 2007

Update in General Internal
Medicine for Sub-specialists
Hypertension
Ischemic Heart Disease
Common Infectious Disease Consults
Markers of the Distressed Heart
Approaches to Anemia
Inflammatory Diseases of the Colon
Managing Osteoporosis and
Reducing Fractures
Asthma and Chronic Obstructive
Lung Diseases
Thyroid Disease
Diabetes Management
Hepatitis
Lipid Management
Stroke
Basic Orthopedics: Shoulders,
Elbows, Wrists, Hands
Sleep Disorders
Health Promotion, Screening and
Disease Prevention
Common Dermatologic Problems
Cost Effective Radiology
Rheumatoid Arthritis: A Primer
For Differential Diagnosis and

35.5 Credit Hours

**Craig H. Lichtblau, M.D.**                                          **Page 17**

|  |  |  |
|---|---|---|
|  | New Treatment | |
|  | Peptic Ulcer Disease and Reflux | |
|  | Breast Cancer: High Risk Patients | |
|  | Common Eye Problems | |
|  | Prostatic Hyperplasia and Malignancy | |
|  | Management of Menopause | |
|  | The Neurologic Exam | |
|  | Cognitive Decline | |
|  | Back Pain | |
|  | Renal Medicine | |
|  | Anticoagulation | |
|  | HIV | |
|  | Anxiety | |
|  | Depression | |
|  | Obesity | |
|  | Update on Contraception | |
|  | Harvard Medical School, | |
|  | Boston Massachusetts | |
| May 11-13, 2007 | Southern Society of PM&R | 10 |
|  | 2007 Annual Scientific Meeting | Credit |
|  | Acupuncture and Pain Management | Hours |
|  | Chronic Pain Management | |
|  | A Focused Approach to Musculoskeletal | |
|  | MR Imaging | |
|  | Regenerative Injection Therapy/Theorem | |
|  | Regenerative Injections Therapy/Practicum | |
|  | Hyperbaric Oxygen and Healing | |
|  | Legal Issues Plaintiff/Defense | |
|  | Disclosing Medical Error: Empathetic | |
|  | Considerations | |
|  | Catastrophic Injuries: Dealing With Issues of | |
|  | Life Expectancy | |
| Sept. 8-9, 2007 | Thirteenth Annual Brain | 11 |
|  | Symposium Evolving Treatment | Credit |
|  | Paradigms for Stroke and | Hours |
|  | Brain Injury | |
|  | Traumatic Brain Injury: A Review | |
|  | of the Past and New Venues | |
|  | for the Future | |
|  | Conversion Hysteria, Dissociative Amnesia | |
|  | Epilepsy and Behavior Following Pediatric | |

**Craig H. Lichtblau, M.D.**                                    **Page 18**

Traumatic Brain Injury
Apprising Visual – Perceptual Deficits in Children
Current and Future Trends on Stroke Rehabilitation
Changing Their Mind and Changing Motor Function
New (And Not-So-New) Motor Therapies After Stroke, Part I, Part II
Brain Imaging: Stroke and Beyond
Baptist Hospital of Miami
Miami, Florida

Nov. 2-4, 2007                          Pediatric Brain and Spinal Cord          16.25
                                        Injury Conference                       Credit
                                        Neuroimaging:  Long Term Changes        Hours
                                        In Brain Regions after Traumatic Brain
                                        Injury in Children
                                        Development Aspects of Recovery after
                                        Traumatic Brain Injury in Infants
                                        Pediatric Low Response Brain
                                        Following Acquired Brain Injury
                                        Management of Pediatric Spasticity
                                        Non-Accidental Injury:  How Do You
                                        Tell Secondary Insults after Acute
                                        Brain Injury
                                        Age Dependent Mechanisms of TBI
                                        in Children
                                        Importance of Early Neurocognitive
                                        Assessment
                                        State of the Art Normal Tissue
                                        Transplantation for Spinal Cord
                                        Injury
                                        Neurosurgical Management of
                                        Pediatric Epilepsy
                                        Post-resection Changes in Cortical
                                        Gray Matter and Motor Recovery
                                        Cerebellar Affective Syndrome
                                        Advances in Neuroendoscopy to
                                        Treat Brain Tumors in Children
                                        Neuroimaging of Pediatric Traumatic
                                        Brain Injury with Neurobehavioral
                                        Outcomes

**Craig H. Lichtblau, M.D.**                                      **Page 19**

|  |  |  |
|---|---|---|
|  | The Recovery of Adolescents Following Traumatic Brain Injury Activity Based Restorative Therapies in Pediatric Spinal Cord Injury and Paralysis Seizures after Pediatric Traumatic Brain Injury Role of Psychopharmacology In Recovery Following Pediatric Traumatic Brain Injury Human Spinal Cord Injury: Changes to Skeletal Muscle and Possible Remedies Departments of Pediatrics, Surgery and Neurosurgery University of Miami School of Medicine, Miami, Florida |  |
| Nov. 9-10, 2007 | New York University Current Review of Pain Medicine Pain Management and Addiction, Real Risks Aberrant Drug Taking Behavior During Pain Management New Approaches to Opioid Dosing and Delivery Systems Based on Evidence Pain and Addiction Brain Imaging Pathophysiology of Pain Clinical Use of Imaging Techniques in The Pain Patient Pelvic Pain Minimally Invasive Intradiscal Procedures Surgery for Low Back Pain New Indications for Spinal Cord Stimulators X-ray, MRI Readings in Pain Patients Physical Therapy in Chronic Low Back Pain New York University Medical School New York, New York | 11 Credit Hours |

**Craig H. Lichtblau, M.D.**                                                    **Page 20**

| | | |
|---|---|---|
| Jan 18-20, 2008 | Twenty-First Annual Scientific Session | 15 |
| | Evidence and Disability | Credit |
| | Insights in Discography, MRIs and | Hours |
| | Low Back Pain | |
| | The Relation of Minor Trauma to Low Back Pain | |
| | Work is Good For Your Health | |
| | What Evidence Shows: Spinal Fusion in | |
| | Workman's Compensation | |
| | Does an Increase in Spine Surgery Reflect an | |
| | Increase in Disease | |
| | Rising Rate of Back Surgery and its Effect | |
| | on Disability | |
| | Pharmacological Abuse: Narcotics | |
| | The Washington State Opioid Guidelines | |
| | American Academy of Disability Evaluating | |
| | Physicians, San Antonio, Texas | |
| | | |
| Feb. 14-15, 2009 | Advances in Neurology and | 12.25 |
| | Neurosurgery | Credit |
| | Advances in Brain Tumor Biology | Hours |
| | Cancer Stem Cell and Vaccines, | |
| | Gene Therapy, Radiation Therapy, | |
| | Bio-chemotherapy | |
| | Evidence Based Medicine for Brain Tumors | |
| | Treatment of Acoustic Neuroma: Gamma | |
| | Knife vs. Shunt | |
| | Treatment of Intracranial Hypotension | |
| | Normal Pressure Hydrocephalus: Diagnosis | |
| | and Treatment | |
| | Rehabilitation of the Postoperative Spine | |
| | Patient | |
| | Surgical Referral Why and When | |
| | Non-Surgical Interventional Options | |
| | Evidence Based Outcomes in Spine Surgery | |
| | Potential Utilization of Stem Cells in Spinal | |
| | Cord Injury | |
| | Spine Pain Diagnosis and Management | |
| | Artificial Disc Replacement Motion Nucleus | |
| | Artificial Disc Replacement and other Motion | |
| | Preservation Devices vs. Fusion | |
| | Minimally Invasive vs. Old School Surgery | |
| | Intracranial Stenosis Management | |
| | Update in the Management of TIA's | |

**Craig H. Lichtblau, M.D.**                                    **Page 21**

|  |  |  |
|---|---|---|
|  | Update in Thrombotic Therapy in Acute Stroke | |
|  | Update in Intra-arterial Therapies for Acute Stroke | |
|  | Update in Management of Intracranial Hemorrhage | |
|  | Evidence Based Stroke: Rehabilitation | |
|  | Acute Stroke Imaging CT vs. MRI | |
|  | Neurovascular Dementia vs. Alzheimer's Disease | |
|  | Vertebral and Carotid Dissection: Treatment of Choice | |
|  | Massive Stroke – Medical Management vs Hemicraniectomy | |
|  | Department of Neurosurgery, Medicine, Neurology, and Physical Medicine and Rehabilitation | |
|  | Cedars-Sinai Medical Center | |
|  | Los Angeles, California | |
| March 7-8, 2009 | AMA Guides Sixth Edition Update Course | 12.5 Credit Hours |
|  | Sixth Edition and its Clarifications | |
|  | Chapters 1 and 2 | |
|  | Specific Florida Applications | |
|  | The Upper Extremity | |
|  | Pain | |
|  | Mental Disorders | |
|  | Central and Peripheral Nervous System | |
|  | The Spine and Pelvis | |
|  | The Lower Extremity | |
|  | The Cardiovascular System | |
|  | The Pulmonary System | |
|  | Case Examples | |
|  | American Academy of Disability Evaluating Physicians | |
|  | Orlando, Florida | |
| April 30-May 1, 2009 | Advances in the Management of Traumatic Brain Injury | 12.25 Credit Hours |
|  | Epidemiology of Traumatic Brain Injury | |
|  | Brain Oxygen Monitoring | |
|  | Mild Traumatic Brain Injury versus Posttraumatic Stress Disorder (PTSD) | |
|  | Implementing a Program for Intrathecal Baclofen Trials in an Inpatient | |

**Craig H. Lichtblau, M.D.**                                    **Page 22**

Rehabilitation Setting
Behavior Management of TBI Patients
Update on the Role of Neuropharmacology
In Improving Outcomes after Traumatic
Brain Injury
Complementary and Alternative Medicine
in Brain Injury
Rehabilitation Institute of Chicago
Chicago, Illinois

| | | |
|---|---|---|
| June 8-13, 2009 | Internal Medicine | 60 |
| | Comprehensive Review and | Credit |
| | Update | Hours |

Gastrointestinal Infections
Tick Borne Illnesses
Infections in the Immunocompromised
Host
Pneumonia
Update on HIV
Travel Medicine
Sexually Transmitted Diseases
TB and Mycobacterial disease
Rheumatoid Arthritis
Systemic Lupus
Gout and Pseudogout
Vasculitis
Health Care Reform
Sports Medicine
Viral Hepatitis
Therapy for Chronic Hepatitis
Colon Cancer
Irritable Bowel Syndrome
Disorders of the Pancreaticobiliary
System
Non-alcoholic Fatty Liver Disease
Management of Inflammatory
Bowel Disease
Update on Asthma
Sleep Apnea
Venous Thromboembolic Disease
Sepsis
Pulmonary Hypertension
Chronic Cough

**Craig H. Lichtblau, M.D.**                                      **Page 23**

Chronic Obstructive Pulmonary Disease
Adult Onset Diabetes
Hyper and Hypothyroidism
Thyroid Nodules
Anabolic Steroids
Pituitary Disorders
Recent Advances in Diabetes
Osteoporosis
Update on Vitamin D
Genetics
Hormone Replacement Therapy
and Menopause
Amenorrhea
Stem Cell Research
Coagulation I
Anemia: Diagnosis and Treatment
Coagulation II
Lung Cancer Diagnosis and Treatment
Melanoma
Risk Factors and Medical Management
of Breast Cancer
Surgical Management of Breast Cancer
Prostate Cancer
Obesity
Stroke
Dementia
Healthcare disparities
Coronary Artery Disease
Preventing Plaque Rupture and
Sudden Death
Medical Therapy for Stable Coronary
Artery Disease
Ventricular Arrhythmia
Ablation of PSVT, Atrial Flutter
and A-fib
Acute Coronary Syndrome
Reperfusion Therapy of Acute MI
Metabolic Syndrome
Hypertension Epidemiology and Treatment
Hyperlipidemia
Chronic Kidney Disease
Diabetes and the Kidney
Acute Renal Failure

Craig H. Lichtblau, M.D.                                          Page 24

Kidney Stones
Geriatric Medicine
Dermatology for the Internist
Psychopharmacology for the Internist
Ophthalmology for the Internist
Harvard Medical School
Cambridge, Massachusetts

July 10-12, 2009                The 2009 Annual Scientific            20.25
                                Meeting, Florida Academy of Pain     Credit
                                Medicine, Florida Society of Physical Hours
                                Medicine and Rehab, Southern
                                Society of Physical Medicine

                                Regenerative Injection Therapy
                                Craniofacial, Cervicocranial and
                                Cervicothoracic Pain
                                TMJ Pain and Dysfunction
                                Conservative Perspective
                                Surgical Perspective
                                Cervicocranial Syndrome, Neck
                                Pain, Cervicothoracic Pain
                                Interventional Perspective
                                Surgical Perspective
                                Cervical Disc Injury and
                                Regeneration in Whiplash
                                Physical Therapy Perspective
                                Cervical Intradiscal Injections
                                Posttraumatic Headaches
                                Cervical Whiplash, When the
                                Pain Persists
                                Risk Evaluation and Monitoring
                                System for Opioids
                                Palm Beach, Florida

**Craig H. Lichtblau, M.D.**                                                              **Page 25**

| Feb. 1-5, 2010 | Update in General Internal Medicine for Sub-specialists | 38 Credit Hours |
|---|---|---|

Diseases of the Colon:
IBS and IBD
Ischemic Heart Disease
Pulmonary Embolus and DVT
Markers of the Distressed Heart
The Neurological Exam
Management of Menopause
Common ID Consults
Asthma and Chronic Obstructive
Lung Diseases
Renal Medicine
Diabetes Management
Headache
Common Dermatologic Problems
Preoperative Evaluation
Stroke
Sleep Disorders
Managing Osteoporosis and
Reducing Fractures
Peptic Ulcer Disease and Reflux
Cognitive Decline
Lipid Management
Domestic Violence
Osteoarthritis and Inflammatory
Joint Disease
Obesity
Breast Cancer – High Risk
Patients
Common Eye Problems
Health Care Reform
2010 and Beyond
Health Promotion, Screening
and Disease Prevention
Prostate Cancer
Cost Effective Radiology
Atrial Fibrillation
Back Pain
Allergy
Basic Orthopedics: Shoulders,
Elbows, Wrists and Hands

**Craig H. Lichtblau, M.D.**                                    **Page 26**

|  |  |  |
|---|---|---|
| | Thyroid Disease | |
| | Hypertension | |
| | Approaches to Anemia | |
| | Approach to the Patient with | |
| | Psychiatric Conditions: The | |
| | Detection, Diagnosis and | |
| | Treatment of Depression | |
| | Harvard Medical School | |
| | Boston, Massachusetts | |
| July 16-18, 2010 | Florida Academy of Pain | 20 |
| | Medicine, Florida Society of | Credit |
| | Physical Medicine and | Hours |
| | Rehabilitation, Southern Society | |
| | of Physical Medicine and | |
| | Rehabilitation | |
| | Evaluation and Treatment Planning | |
| | of Chronic Neuropathic and | |
| | Neuromuscular pain | |
| | Pharmacology of Pain: Opioids | |
| | Pharmacology of Pain: Non-opioids | |
| | Pharmacology of Pain: Psychotropics | |
| | Abuse, Addiction and Diversion | |
| | Interventional Pain Techniques | |
| | and Treatments | |
| | Non-interventional, Non-invasive | |
| | Pain Techniques and Treatments | |
| | Documentation and Safe Practices | |
| | The Difficult Patient | |
| | The Neuroplastic Brain, Pain, and | |
| | Pleasure Neuromodulation | |
| | Peripheral Field and Peripheral | |
| | Nerve Stimulation | |
| | Acupuncture in Pain Medicine | |
| | Stem Cells in Pain Medicine | |
| | Medical Rehabilitation and | |
| | Interventional Care: Sacral/Coccyx | |
| | Injuries | |
| | Prolotherapy, Sclerotherapy, and | |
| | Platelet Rich Plasma in Pain Medicine | |
| | Intradiscal Injection of Platelet Rich | |
| | Plasma | |

Craig H. Lichtblau, M.D.                                    Page 27

|  |  |  |
|---|---|---|
|  | Florida Board of Medicine Pain Clinic Rules and Update Legislative Update from Florida Medical Association Use of Ultrasound in Pain Medicine Small Fiber Neuropathy Diagnosis and Management Options Palm Beach, Florida |  |
| November 12-13, 2010 | Symposium 2010: Focus on The Young Adult Stroke Survivor Update On Treatment of Acute Stroke Rehabilitation Management and Outcomes in Young Adults After Stroke Sexuality: Medical and Psychiatric Perspectives Update on Stem Cell Research In Stroke Therapeutic Use of Transcranial Magnetic Stimulation in Stroke Targeting Treatments to Mechanisms In Spacial Neglect Assessment of Communication Disorders After Stroke: Perspectives Of a Non-Speech Pathologist Hidden Cognitive Deficits and Executive Dysfunction: Strategies for Assessment and Intervention Clinical Applications and Adaptive Sports New York Presbyterian Hospital Department of Rehabilitation Medicine Cornell Medical College New York, New York | 12.25 Credit Hours |

**Craig H. Lichtblau, M.D.**                                        **Page 28**

| | | |
|---|---|---|
| January 6-8, 2011 | Eleventh Annual Advanced Clinical Skills | 20 Credit |
| | Twenty-Fourth Annual Scientific Session | Hours |
| | Red Flags Contemporary Pain Management AMA Sixth Edition: Lower Extremity, Spine, Upper Extremity, Diagnosis Based Impairments, Peripheral Nerve, Amputation, Range of Motion | |
| | The Treatment Trap | |
| | Tackling Musculoskeletal Problems:  Psychosocial Flags | |
| | Comparative Effectiveness Research | |
| | Excessive Treatment of Back Pain | |
| | Science in the Courtroom | |
| | The Normal and Non-Pain Related Nature of Spine Imaging Findings | |
| | Comparative Impact of AMA Guides Fourth/Fifth/Sixth Editions | |
| | Evaluation of Hand and Wrist | |
| | Evaluation of the Cervical Spine | |
| | A Disability Prevention Paradigm | |
| | Utilization of Guidelines | |
| | Barriers to Successfully Treating Claimants | |
| | American Academy of Disability Evaluating Physicians | |
| | San Antonio, Texas | |
| | | |
| August 18-21, 2011 | The 2001 Annual Scientific Meeting | 25 Credit |
| | Basics of Ultrasound Diagnoses | Hours |
| | Pain Medicine and Opioid Medicine | |
| | Musculoskeletal Radiology | |
| | Platelet Rich Plasma in Musculoskeletal Pain Treatments | |
| | State of the Art Testing in Neuropathy | |
| | Minimally Invasive Surgeries for Chronic Groin Pain | |
| | Musculoskeletal Ultrasound | |
| | Update on Neurotoxins | |
| | Implications of Older Workers | |

Craig H. Lichtblau, M.D.                                          Page 29

|  |  |
|---|---|
|  | Remaining in the Workforce<br>Sports Concussions:<br>Physiatric Assessment and Treatment<br>Multidisciplinary Rehabilitation Programs<br>to Treat Chronic Non-Malignant Pain<br>Syndromes – Evidence Basis<br>Board of Medicine Rules and Update<br>Retraining the Brain<br>Evidence Basis for Medial Branch<br>Neurotomy in Treatment of Axial Spinal Pain<br>Pathophysiology of Pain<br>Non-Opioids:<br>Acetaminophen, NSAIDS, AEs<br>Muscle Relaxers, Triptans, Topicals<br>Psychotropics:<br>Antidepressants, Anxiolytics, Hypnotics,<br>Neuroleptics<br>Opioids:<br>Controlled Substance Agreement<br>Cognitive Behavioral Therapies<br>Manual Therapies<br>Interventional Therapies<br>Addiction, Division, Regulatory Issues<br>Florida Academy of Pain Medicine<br>Florida Society of Physical Medicine<br>and Rehabilitation<br>Palm Beach, Florida |
| June 22-24, 2012 | The Florida Academy of Pain Medicine   19.5<br>The 2012 Annual Scientific Meeting      Credit<br>The Florida Society of Physical           Hours<br>Medicine and Rehabilitation<br>Basics of Pain Medicine:<br>Pathophysiology:  Opioids:  Pitfalls<br>Application of Biocellular Grafts in the<br>Treatment of Painful Degenerative<br>Joint Diseases.<br>Pearls in Electrodiagnosis of the Upper<br>Extremities<br>Redefining Prudent Opioid Prescribing<br>Pathophysiology of Pain:  Processes,<br>Plasticity, and Perception<br>Entrapment Neuropathies Ultrasound |

Craig H. Lichtblau, M.D.                                    Page 30

Diagnosis and Ultrasound Guided
Treatments
Correlations of Physical Exam MRI and
Ultrasound Findings in Chronic
Musculoskeletal Pain Cases
Update on Lumbar Intradiscal Plasma
Rich Protein Injections
Update on Medical Legal Issues Related
To Pain Practice and Prescriptions
Lake Buena Vista, Orlando, Florida

September 22-23, 2012          Interventional Pain Management      16.25
                              Techniques                          Credit
                              Cadaver Course                      Hours
                              Radiation Safety Lecture
                              Cervical Facet Blocks
                              Cervical Radiofrequency Lesioning
                              Vertebroplasty
                              Kyphoplasty
                              Intrathecal Pump Implantation
                              Spinal Cord Stimulation
                              Lumbar Facet Injections
                              Sacroiliac Joint Injection
                              Disk Ablation
                              Water Cooled Radiofrequency Technology
                              Celiac Plexus Sympathetic Blocks
                              Lumbar Sympathetic Blocks
                              Hypogastric Sympathetic Blocks
                              Ganglion Impar Blocks
                              Cervical Stellate Ganglion Blocks
                              Gasserian Ganglion Blocks
                              Mandibular Blocks
                              Maxillary Blocks
                              Ultrasound Guided Intercostal Blocks
                              Ultrasound Guided Brachial Plexus Blocks
                              Ultrasound Guided Stellate Ganglion Blocks
                              Hands-On Interventional Pain
                              Management
                              Techniques Cadaver Course Using
                              Fluoroscopic Guidance and Ultrasound
                              Advocate Illinois Masonic Medical Center
                              Chicago, Illinois

**Craig H. Lichtblau, M.D.**                                              **Page 31**

| | | |
|---|---|---|
| November 9-10, 2012 | 3rd Annual Breakthroughs in Neurologic Therapies:  Restoring Function to the Nervous System | 13 Credit Hours |
| | Alzheimer's Disease Biomarkers: Structural MRI and Cerebrospinal Fluid | |
| | Alzheimer's Disease Biomarkers: Functional MRI and Pet Imaging | |
| | Breaking News in Clinical Neurosciences | |
| | Advances in the Management of Spine Trauma | |
| | Neuroimaging Challenges | |
| | Stroke/Neurocritical Care | |
| | Psychogenic Movement Disorders | |
| | Neuromodulation in the Treatment of Depression | |
| | Movement Disorders/Neuropsychology | |
| | Recent Advances in Neurorehabilitation | |
| | Preliminary Results of Stem Cell Trials for Stroke and Spinal Cord Injury | |
| | Brain – Computer Interface Neurorehabilitation | |
| | Advances in the Management of Head Trauma | |
| | Recent Changes in Treatment of Multiple Sclerosis | |
| | The New Anticonvulsants | |
| | Breakthroughs in Neuro-oncology | |
| | Stanford School of Medicine | |
| | San Francisco, California | |
| | | |
| May 18, 2013 | Department of Rehabilitation Medicine Seventh Annual Research Day | 3.25 Credit Hours |
| | Degree of Radiographic Lumbar Zygapophysial Joint Arthritis at Initial Medial Branch Block or Zygapophysial Joint Injection | |
| | Transplantation of Embryonic Ventral Spinal Cord Neurons into the Peripheral Nerve Improves the Muscle Mass and Force of Muscles after Nerve Graft Reconstruction | |
| | Thermal Integrative Stimuli for | |

**Craig H. Lichtblau, M.D.**                                    **Page 32**

|  |  |  |
|---|---|---|
|  | Assessment of Neuropathic Pain After Spinal Cord Injury<br>Aging Muscles and Exercise<br>SCI Model Systems: Update and Current Projects<br>TBI Model System Update and Current Projects<br>The Role of Frontal & Occipital Nerve Blocks in the Management of Post-Concussion Headaches<br>Research on the Use of Pregabalin in Patients with Neuropathic Pain Due to Spinal Cord Injury<br>University of Miami<br>Miller School of Medicine<br>Miami, Florida |  |
| June 10 – 15, 2013 | Internal Medicine Comprehensive Review and Update, Harvard Medical School, Cambridge, Massachusetts<br>Risk Factors in Medical Management of Breast Cancer<br>Surgical Management of Breast Cancer<br>Coagulation I<br>Coagulation II<br>Anemia: Diagnosis and Treatment<br>Melanoma<br>Lung Cancer<br>Preoperative Clearance<br>Rheumatoid Arthritis<br>The Clinical Significance of the ANA<br>Systemic Lupus<br>Gout<br>Rheumatology Cases<br>Back Pain<br>Sports Medicine<br>Update on Vitamin D<br>HRT and Menopause<br>Adult Onset Diabetes<br>Recent Advances in Diabetes<br>Hypopituitary<br>Thyroid Nodules<br>Hyper and Hypothyroidism | 60 Credit Hours |

Osteoporosis
COPD
Chronic Cough
Update on Asthma
Interstitial Lung Disease
Sleep Apnea
Update in Critical Care
Hyperlipidemia
Gastrointestinal Infections
Soft Tissue Infections
Acute HIV
Curbside Infectious Disease Consults
Tick Borne Illnesses
Obesity
Infections in the Immunocompromised Host
Pneumonia
Tuberculosis and Mycobacterial Diseases
Immunizations and Travel Medicine
Sexually Transmitted Diseases
HIV/AIDS
Infectious Disease Cases
Neuro Examination
Update on Multiple Sclerosis
Stroke
Dementia
Case Studies in Elderly Patients
Prostate Cancer
Substance Abuse
Gastrointestinal Expertise
Therapy for Chronic Viral Hepatitis
Non-Alcoholic Fatty Liver Disease
Disorders of the Pancreatico-biliary System
Management of Inflammatory Bowel Disease
Irritable Bowel Syndrome:  A Practical Approach
to Treating Constipation and Diarrhea
Colon Cancer
Viral Hepatitis
Psychopharmacology
Evaluation of Patients with Coronary Artery
Disease
Atrial Fibrillation and Ventricular Arrhythmia

**Craig H. Lichtblau, M.D.**                                    **Page 34**

Nuances of Medical Therapy for Coronary Artery Disease
Venous Thromboembolic Disease
Thoracic Aorta Disease
Peripheral Arterial Disease
Supraventricular Tachycardia
Acute Coronary Syndrome
Reperfusion Therapy of Acute Myocardial Infarction
Questioning the Good in HDL Cholesterol
New Concepts in Heart Failure
Hypertension: Epidemiology and Treatment
Incorporating Cardiovascular Disease Risk
Estimation into Practice
Chronic Kidney Disease
Diabetes and the Kidney
Relation between Salt and Water
Renal Cases
Kidney Stones
Acute Renal Failure
Dermatology for the Internist
Ophthalmology for the Internist

January 13 – 16, 2014

Fellowship Course
CONGENITAL DEFICIENCIES
LIVE SURGERY TUTORIAL
Fibular Hemimelia and the Superankle Procedures
Congenital Femoral Deficiency Lengthening Surgery
Superankle Procedures:
Fibular Hemimelia: Paley Type 3C
Paley-Brown Rotationplasties for CFD: Paley Type 3
Superhip and Superknee Procedure
Congenital Femoral Deficiency, Paley Type 1b
Lengthening of Femur With MRS
Congenital Femoral Deficiency

**Craig H. Lichtblau, M.D.**                                            **Page 35**

Paley Type 1b S/P Superhip and
Superknee Procedure
Tibial Hemimelia and the Weber Patella
Arthroplasty
Weber Patellar Arthroplasty
Tibial Hemimelia, Paley Type 1c
The Superhip and Superknee
Procedures for CFD:  Paley Types
1 a & b
Superhip and Superknee Procedure:
Congenital Femoral Deficiency Paley
Type 1b
Superhip 2 and 3
Lengthening of Femur With PRECICE

April 11 – 12, 2014

Symposium 2014:                    12.5
Columbia Presbyterian Hospital   Credit
Weill Cornell Medical College     Hours
New York, New York
Stroke Rehabilitation -
New Insights on Motor and Cognitive
Recovery
Update  on  Management  of  Acute
Stroke
What Brain Imaging Has Taught Us
About Mechanisms of Stroke Recovery
Depression Post Stroke
Developments in Neuroscience of
Stroke Recovery
Use of Transcranial Magnetic
Stimulation to Treat Hemineglect
In Stroke
The Role of Task Oriented Practice in
Motor Recovery After Stroke
Approaches For Treatment of Cognitive
Disorders in Stroke
Central   Vestibular   Dysfunction   of
Vascular Origin

**Craig H. Lichtblau, M.D.**                                      **Page 36**

Overview of Neuroimaging (MRI, CT) in Stroke
Upper Extremity Technologies

| | | |
|---|---|---|
| October 17 – 18, 2014 | Neurologic Emergencies:<br>The First Hours<br>And It Is Just You<br>Harvard Medical School<br>Boston, Massachusetts<br>Diagnosis of the Comatose Patient<br>The Eyes Have It<br>(Diplopia/Anisocoria/Ptosis)<br>Post Arrest Temperature Management:<br>Optimizing Neurologic Outcome<br>Generalized Weakness<br>Central Nervous System Infections<br>Causes of Headache You Cannot Miss<br>Dizziness: A New Approach<br>Back Pain: Don't Miss Cord Compression<br>A Visual Approach to Neuroanatomy<br>History and Future Treatment of<br>Cerebral Aneurysm<br>Neuroimaging of Cerebral Vascular Disease<br>Hemorrhagic Stroke: Emergency<br>Management<br>TIA Workup<br>Ischemic Stroke<br>Partial Aspects of TPA Administration | 12.5<br>Credit<br>Hours |
| December 4 – 6, 2014 | Clinical, Assessments and Intervention<br>Updates In Neurorehabilitation<br>Harvard Medical School<br>Boston, Massachusetts<br>Structural and Functional Brain Imaging<br>Brain Stimulation and Pharmacological<br>Therapy in Disorders of Consciousness<br>Virtual Environments for Rehabilitation<br>Basic Principles of Non-Invasive Brain<br>Stimulation<br>Principles and Modeling of Transcranial<br>Direct Current Stimulation | 20.5<br>Credit<br>Hours |

**Craig H. Lichtblau, M.D.**                                                    **Page 37**

Normal Stimulations Modalities for
Cognitive Enhancement
Traumatic Brain Injury
Feedback
Stroke Rehabilitation and Robotics
EEG and Neurofeedback
Transcranial Magnetic Stimulation
EEG
Virtual Reality and Neurofeedback
LED Stimulation for Traumatic
 Brain Injury
Robotics in Spinal Cord Injury
Robotics in Brain Injury
Transcranial Direct Current
Stimulation

June 26 – 28, 2015                    The Florida Academy of Pain Medicine   20
                                      2015 Annual Scientific Meeting        Credit
                                      Orlando, Florida                      Hours
                                      MRI Compatible Implantable Devices
                                      Physical Medicine and Rehabilitation
                                      Managing Challenging Issues in the
                                      Workers Compensation Arena
                                      ICD 10 Implementation
                                      Pain Treatment with Regenerative
                                      Injection Therapy Principles & Practice
                                      Osteoporosis Diagnosis & Treatment
                                      Integrative Medicine
                                      The Physiologic Basis of Exercise for
                                       Strength – Part 1
                                      The Physiologic Basis of Exercise for
                                       Strength – Part 2
                                      Innovation in Spinal Cord Stimulation
                                      Laser & Light Therapies
                                      Issues Primary Care Physicians Are
                                      Facing in Pain Care
                                      Bioidentical Hormone Balancing in
                                      Chronic Pain
                                      Pain Treatment with Regenerative Injection
                                      Therapy Using Biologic Injectates

Craig H. Lichtblau, M.D.                                      Page 38

Legal Issues With Denying Patients
Medications
Medical Marijuana
Toxicology Testing:  An Objective Piece
of the Patient Care Puzzle
Intrathecal Therpaies & Selection Criteria
For Pain Patients
Novel Wave Forms & Future Technology
in Neuromodulation

January 14 – 16, 2016

American Academy Disability          22.5
Evaluating Physicians               Credit
Twenty-Ninth Annual Scientific       Hours
Session, Advanced Skills Course
Tucson, Arizona
Diagnosis, Causation, Analysis,
and Treatment of Shoulder Injuries
and Illnesses
Ability Not Disability
Disability Evaluation in Mental Health
Chronic Pain and Sleep Disorders
Update in Internal Medicine for
Non-Internists
Trauma, Work, and Resilience:
Return-to-Work as Crisis Intervention
Is Pathology Aging or Injury? Imaging
Bilateral Shoulders and Knees
Complex Regional Pain Syndrome –
Reality or Fiction?
Malingering and Deception, Are You
Missing Them?
Psychological Predictors of Delayed
Recovery:  What Do We Know and
What Can We Do?
Quotable Studies on Lumbar Imaging

Occupational Hearing Loss and
Impairment Rating
Extended Release/Long Acting Opioid
Risk Evaluation and Mitigation Strategy

May 27, 2016                Trauma Symposium
                            St. Mary's Medical Center          7
                            West Palm Beach, Florida        Credit
                            Endovascular Surgical Care In    Hours
                            The Trauma Patient
                            Traumatic Brain Injury Management
                            Emergency Care and Trauma
                            Telemedicine
                            Management of Complex Pelvic
                            Fractures
                            Popliteal Artery Injuries In Adolescents
                            Evolution of the Management of Cardiac
                            Injuries
                            Persistent Inflammatory Immune
                            Catabolic Syndrome

August 12 - 14, 2016        Florida Academy of Pain Medicine    20
                            Florida Society of Physical      Credit
                            Medicine and Rehabilitation       Hours
                            2016 Annual Scientific Meeting
                            Orlando, Florida
                            Florida Society of Physical Medicine
                            and Rehabilitation Workshop
                            Disability and Workers Compensation
                            Update on Subacute Rehabilitation
                            Update on Intrathecal Therapies
                            Treatment and Management of Spinal
                            Stenosis
                            Multimodal Approaches to Treatment
                            of Low Back Pain
                            The Etiology and Current Treatment of
                            Complex Regional Pain Syndrome
                            Implantable Devices and Pump Therapy
                            Advanced Stimulation Techniques
                            Epidural Lysis of Adhesions
                            Pump Therapy (Intrathecal Pumps)

**Craig H. Lichtblau, M.D.**                                                **Page 40**

|  |  |  |
|---|---|---|
|  | Full Endoscopic Spinal Surgery From Concept to Reality |  |
|  | Use of Biologic Injectates PRP, Stem Cells, Chorionic Membrane for Pain Treatment with Regenerative Injection Therapy |  |
|  | Regenerative Injection Therapies Principles and Practice |  |
|  | Use of Stem Cells in the Treatment of Discogenic Pain with Regenerative Injection Therapy |  |
|  | Opioid Crisis Symposium |  |
| September 20 – 24, 2016 | Deformity Planning Course Osseointegration Workshop 2nd Combined Association for Study and Application of the Method of Ilizarov Bone Reconstruction International Limb Lengthening Reconstruction Society Congress Brisbane, Australia |  |
| May 4 – 7, 2017 | Mid Year Meeting Scientific Seminar 2017 | 20.5 Credit Hours |
|  | Protecting Prescribing Practices Spasticity/Intrathecal Baclofen Pumps Central Sensitization Syndromes Detoxification of Opioids/ Benzodiazepines Medical Marijuana Medical Acupuncture Ketamine Therapy Spinal Cord Stimulation Indications Intraspinal Radiofrequency Ablation Functional Movement Update on Intrathecal Therapies Atypical Radiating Pain Into The Lower Extremities Spasticity/Botulinum Toxin Stroke Rehabilitation |  |

Craig H. Lichtblau, M.D.                                   **Page 41**

Amputee and Prosthetics
Lower Limb Peripheral Nerve Injuries
Myoelectric Prosthetics
Orthopedic Trauma Rehabilitation
Non-Surgical Management of
Low Back Pain
Improving Outcomes In Traumatic
Brain Injury
Hollywood Beach, Florida

May 19 – 20, 2017              Pediatric Symposium          9.5
                              The Adolescent Years         Credit
                              Gender Dysphoria and Identity Hours
                              Sexual Crimes Against Children
                              Gangs, Drugs and Violence
                              Advances in Minimally Invasive Surgery
                              Scoliosis – Advancement in Treatment
                              Management of Sinusitis
                              Psychological Issues in the Adolescent
                              Concussion in Adolescents
                              Abnormal Bleeding in the Adolescent
                              Sexually Transmitted Infections in
                              Adolescents
                              St. Mary's Medical Center
                              Palm Beach Gardens, Florida

**PROFESSIONAL AND PERSONAL REFERENCES AVAILABLE UPON REQUEST**

Revised 09/05/17

**9**



Cook v. Royal Caribbean Cruises, Ltd., Not Reported in F.Supp.2d (2012)

2012 WL 1885745
Only the Westlaw citation is currently available.
[Text of Order extracted from docket entry.]
United States District Court,
S.D. Florida.

Bonnie COOK
v.
ROYAL CARIBBEAN CRUISES, LTD.

No. 11cv20723.  |  May 7, 2012.

Named Expert: Dr. Craig Lichtblau, M.D.

**Attorneys and Law Firms**

Michael D. Eriksen, Eriksen Law Firm, West Palm Beach, FL, for Bonnie Cook.

David James Horr, Eduardo Jesus Hernandez, Nicholas Allen Applin, Horr Novak & Skipp, Miami, FL, for Royal Caribbean Cruises, Ltd.

**Opinion**

**Order**

JONATHAN GOODMAN, Judge.

*1 Endorsed, Paperless Order denying Defendant's Motion to Strike Opinions of Plaintiff's Rehabilitation Expert Craig Lichtblau, M.D. [68]

---

**End of Document**      © 2013 Thomson Reuters. No claim to original U.S. Government Works.

*10*

# TRIALS

# AND

# DEPOSITIONS

## JANUARY 2010 TO PRESENT

## BY

## CRAIG H. LICHTBLAU, M.D.

|      | TRIALS | DEPOS |
|------|--------|-------|
| **2010** | 50 | 178 |
| **2011** | 45 | 149 |
| **2012** | 31 | 123 |
| **2013** | 26 | 160 |
| **2014** | 36 | 159 |
| **2015** | 17 | 103 |
| **2016** | 25 | 125 |

# TRIAL

## FOR

# CRAIG H. LICHTBLAU, M.D.

| Date of Service | Case Name | Court Name / Jurisdiction | Case Number | Hired by |
|---|---|---|---|---|
| **2001-2009** | **COUNT 289** | | | |
| 1 1/12/2010 | John Kubilis and Connie Kubilis, His Wife, vs. Theresa McGlone, Joseph McGlone and John Doe | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL | 06-002550 | Michael Freedland, Esq. |
| 2 1/12/2010 | Rosario Medina, vs. Nicola Crosby | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2007-CA-014577 | Scott Murray, Esq. |
| 3 1/12/2010 | Bernistine Lee, vs. Gregorio Ramirez | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA017373 | Jodi Page, Esq. |
| 4 1/20/2010 | Jeffrey Jones, vs. Publix Super Markets, Inc., a Florida Corporation | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502007CA017979 | Carlos Bodden, Esq |
| 5 1/21/2010 | Harry Brockett and Karen Brockett, vs. State Farm Mutual Automobile Insurance Company and Joshua D. Summers | In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, FL | 562007CA004607 | Philip Deberard, Esq. |
| 6 1/25/2010 | Edmund Gonzalo and Maria Gonzalo, vs. Poogie Corporation, Soil Tech Distributors, Inc., and Fidel Acosta | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 03-19680CA06 | Alan E. Brady, Esq. |
| 7 2/9/2010 | Belkis Frometa and Renee Frometa, vs. Bersain Herrera, and ABC Transfer, Inc., a Florida Corporation | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502009CA002218 | Spencer Kuvin, Esq. |
| 8 2/9/2010 | Richard Brown, vs. Allstate Insurance Company | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502008CA020591 | Joe Johnson, Esq. |
| 9 2/10/2010 | Tonya McRae, as mother and natural guardian of Altavious Carter, a minor, vs. The School Board of Palm Beach County, FL | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502007CA009298 | David J. White, Esq. |
| 10 2/11/2010 | Mary A. Stark, vs. State Farm Mutual Automobile Insurance Company, a foreign profit corporation, Michael D. McClain, Michael A. Aguirre and Jeanne M. Aguirre | In the Circuit Court of the 19th Judicial Circuit in and for Okeechobee County, FL | 2008CA641 | Anthony Goodman, Esq. |

| | | | | |
|---|---|---|---|---|
| 11 | 2/22/2010 | Mary Lenhart, as Guardian and Conservator of Abby Chronister, an individual, vs. Michelle Isaacs, and individual, Christopher A. Basora, an individual | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 03-02011326 | Dan Cytryn, Esq. |
| 12 | 2/23/2010 | Patricia Perez, vs. Regency Centers Corporation | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA009 859 | Robert B.Baker, Esq. |
| 13 | 3/1/2010 | Ivon Toe, individually and as Next Friend of Richmond Wright and Pauleen Toe, minors; Achol Deng Mawien; Jai Sekou; Jailah Nayou; Josephine Cole; and Gaye Karlar, individually and as Heir of Assata Karlar and as Next Friend of Tarley, Ester, Nionbiao, Kuley, and Lovetta Karlar, minor children of Assata Karlar, vs. Cooper Tire and Rubber Company; Daimler Chrysler Corporation; Stew Hansen Dodge City; and Alfred Lang | In the Iowa District Court for Polk County | CL106914 | Wesley Ball, Esq. |
| 14 | 3/3/2010 | Bruce W. Huppert, III, vs. Antoinette Sherritt and Nicole A. Sherritt | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502007CA023 3546 | Dan Williams, Esq. |
| 15 | 3/15/2010 | Melanie Willis, vs. Gibson Truck & Equipment Company, Inc., John W. Gibson, and Valerie Powell Shores | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, Florida | 16-2007-CA-2009854 | Michael Moran, Esq. |
| 16 | 3/17/2010 | Mary Rogers, vs. Tarawatee Bhowani and Shandra Jairam | In the Circuit Court of the 9th Judicial Circuit in and for Osceola County, FL | CI-06-AN-2394 | Kenneth J. McKenna, Esq. |
| 17 | 3/31/2010 | Mary Elizabeth Lilly, vs. Ross Harry Sidney | In the Circuit Court of the 12th Judicial Circuit in and for Sarasota County, FL | 2009CA4880N C | Steven G. Lavely, Esq. |
| 18 | 4/5/2010 | Tawanna Carver, vs. HMS Host Corporation, Host Marriott Services Corporation Et Al, | District Court, Clark County, Nevada | 06A523146 | Craig Murphy, Esq. |
| 19 | 4/13/2010 | Carmen Hernandez and Clara Santos, vs. Jorel Lesage and Sun Country Citrus Hauling, Inc., A Florida Profit Corporation | In the Circuit Court of the 20th Judicial Circuit in and for Hendry County, FL | 08-1238-CA | Dante Weston, Esq. |
| 20 | 5/3/2010 | Jeffrey Michael Howard, vs. Basil Palmer and Groupware International, Inc. | In the Circuit Court of the 17th Circuit in and for Broward County, FL | 09-040644 | John Camillo, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 21 | 5/4/2010 | Victoria B. Little, vs. Mark D. Gonze, M.D., Et Al | In the Circuit Court for Harford County | 12-C-08-002605MM | James Cardea, Esq. |
| 22 | 5/5/2010 | Molli-Ann Reynolds, Paul Reynolds, and Karen Reynolds, vs. Jody R. Medeiros and Bryan Brumfield | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502008CA033884 | Gary Iscoe, Esq. |
| 23 | 5/11/2010 | Moise Leveille, vs. Beverly L. Storey | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502006CA000875 | Diego C. Asencio, Esq. |
| 24 | 5/12/2010 | Elston G. Hold and Shirley A. Hold, vs. SMC Trucking Corp. and Ulises Perez-Acosta | In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, FL | 562007CA004059 | Anthony Goodman, Esq. |
| 25 | 5/13/2010 | Danielle M. Miller, vs. Jeffrey K. Norris and Fidel Arceo | In the Circuit Court of the 10th Judicial Circuit in and for Highlands County, FL | GC07-700 | Gene Odom, Esq. |
| 26 | 5/19/2010 | Michael Suffoletta, vs. Jason Jacobs | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE06-20322(12) | Russell Adler, Esq |
| 27 | 5/19/2010 | Maria Ochoa, vs. Margarita Blythe | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA034076AJ | Mark Greenberg, Esq. |
| 28 | 6/7/2010 | July Castro and Servio Castro, her husband, vs. George Kalnay | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502009CA019394 | Mark Clarke, Esq. |
| 29 | 6/11/2010 | John C. Greene, Jr., Josie C. Greene and Cameron J. Greene, Minors, by and through their Parents and Natural Guardians, John C. Greene, Sr., and Amy Jo Greene, Individually, vs. Darian James Brown and Tammy Brown, individually, and Tammy Brown as Personal Representative of the Estate of Lawrence E. Brown, Deceased | In the Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida | 2008CA2990 | P.J. Scheiner, Esq. |
| 30 | 7/13/2010 | Kathryn Barry, vs. Carnival Corporation, a Panamanian corporation d/b/a "Carnival Cruise Line" and/or "Carnival" | United States District Court Southern District of Florida Miami Division | 05-22549-CIV | Michael Eriksen, Esq. |
| 31 | 7/14/2010 | James Hewitt and Kathleen Hewitt, his wife, vs. Archer Western Company, a foreign corporation doing business within the State of Florida | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2008CA40253 | Tracy Sharpe, Esq. |
| 32 | 8/17/2010 | Robert Lutsch, vs. Braxton Jones, Inc. A Florida corporation | In the Circuit of the 5th Judicial Circuit in and for Marion County, FL | 07-556-CAG | Jarrod King, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 33 | 8/18/2010 | Rosa Sabater, vs. Jennifer Marie Krueger and Progressive American Insurance Company | In the Circuit Court of the 19th Judicial Circuit in and for Saint Lucie County, FL | 562006CA000 833 | Harry Shevin, Esq. |
| 34 | 8/19/2010 | Therese Myslinski and Robert Myslinski, vs. Shorewalk Palms Condominium Association, Inc. f/k/a Shorewalk Condominium Association of Manatee, Inc., | In the Circuit Court of the 12th Judicial Circuit of the State of Florida, in and for Mantee County | 2007-CA-8653 | Steven Heintz, Esq. |
| 35 | 8/23/2010 | Scott E. Harbaugh and Linda Harbaugh, vs. Hubbard Construction Company, a Florida Corporation, and Douglas Clyde Williams, an individual | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2007-CA-005872 | Bernard Lebedeker, Esq. |
| 36 | 8/24/2010 | Angela Riley, vs. Palm Beach Gardens, et al., | In the Circuit Court of the 15th Judicial Circuit, in and for Palm beach County, FL | 502007CA014 988 | Philip O'Shaughnessy, Esq. |
| 37 | 10/11/2010 | Gilbert Cartier, vs. Lynn Harrop and Carl Christy, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 2022832 | Diego C. Asencio, Esq. |
| 38 | 10/18/2010 | Niven Forester Anderson, and Barbara Alexander-Anderson, his wife, vs. Gypsum Express Limited, Inc., a Foreign Corporation, Matthew Scott Moore, and Evet Ilene Anderson | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2008CA 028856 | Jack Hill, Esq. |
| 39 | 10/18/2010 | Carol Durocher and Michel Durocher, her husband, vs. Al Behrendt Enterprises, Inc. A Florida Corporation, d/b/a Dania Beach Marine Flea Market and Marine Power Holding, LLC, a foreign corporation | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-035257 | Alon Barzakay, Esq. |
| 40 | 10/19/2010 | Saron Senai, a minor, by and through her parents and next friends Hiwett Temelso and Hagos Senai, et, al. vs. Washington Hospital Center Corporation | In the Superior Court of the District of Columbia | 2009CA00214 4 | H. Briggs Bedigian, Esq. |
| 41 | 10/20/2010 | Surish M.Bisoon and Nadira Bissoon, vs. Richard C. Fuhrmann | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502009CA006 113MB AN | Joseph Bilotta, Esq. |
| 42 | 10/26/2010 | Nina Montileone, vs. Elayne Cueto and Wilbur Arroliga | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA019 388 | Lake H. Lytal, III, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 43 | 10/27/2010 | Juan Allen Walker, vs. Eagle Engineering & Land Development, Inc., a Florida corporation, David Humphrey, individually and as an employee/agent of Eagle Engineering & Land Development, Inc., | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 08-CA-3047 | Edward O'Hara, Esq. |
| 44 | 10/28/2010 | Manos Millien, vs. Wendy Whitney and David Seavey Whitney | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 9015488 | Scott Henratty, Esq. |
| 45 | 11/3/2010 | Janine Santiago, vs. Mier Abromovitz | In the Circuit Court of the 15th Judicial Court in and for Palm Beach County, FL | 2008-CA-035237 | Dewey Varner, Esq. |
| 46 | 11/4/2010 | Anthony J. Marotta and Lori Marotta, his wife, vs. Anderson Oliveira Porto and Allstate Insurance Company | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502008CA010299 | Darryl L. Lewis, Esq. |
| 47 | 11/10/2010 | Mikayla Glacken, minor, et al, vs. Jon C. Love, M.D., et al. | In the Circuit Court for Baltimore City, MD | 24-C-09-6213OT | Gary Wais, Esq. |
| 48 | 11/23/2010 | Maria Del Rosario Bustamante, Personal Representative of the Estates of Jesus Martinez and Jordy Martinez, Deceased, Juan Alexis Martinez, by and through his Parents and Natural Guardians, Maria Del Rosario Bustamante and Juan Luis Martinez and Maria Del Rosario and Juan Luis Martinez, individually, vs. George W. Butler, III, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 08-CA-004224 | Bruce Scheiner, Esq. |
| 49 | 12/7/2010 | George J. Coyle and Janice B. Coyle, spouse, vs. Francis J. Andre, individually, and State Farm Insurance Mutual Automobile Insurance Company, a foreign corporation Palm Beach Grading, Inc., a Florida corporation | In the Circuit Court of the 10th Judicial Circuit, in and for Highlands County, FL | GC06-745 | Timothy David, Esq. |
| 50 | 12/7/2010 | Jean M. Laurent and Sandy Laurent, vs. State Farm Mutual Automobile Insurance Company and Elisemene Alexis | In the Circuit Court of the 20th Judicial Circuit in and for Collier County, FL | 07-5373-CA | Bruce L. Scheiner, Esq. |
| 51 | 1/11/2011 | Mehrdad Eskandary, et al., vs. Reiter, Hill & Johnson, PLLC, et al., | In the Circuit Court for Montgomery County | 317916-V | Paul M. D'Amore, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 52 | 1/12/2011 | Felice P. Iacangelo and Cicily Iacangelo, as Guardian of the Person and Property of Karyn A. Kerris, vs. Georgetown University Hospital, t/a Georgetown University, and Vance E. Watson, M.D., | In the United States District Court for the District of Columbia | 1:05CV02086 | Anthony Newman, Esq. |
| 53 | 1/27/2011 | John R. Williams, a minor child, by and through Walter L. Hart, IV, his Guardian Ad Litem, John T. Williams and Victoria Wiliams, vs. Mala Freeman-Kwaku, MD; Sophia L. Paige, M.D., and Arboretum Obstetrics and Gynecology, PA, | In the General Court of Justice Superior Court Division State of North Carolina, Mecklburg County | 08CVS9914 | Charles Allen, Esq. |
| 54 | 2/1/2011 | Elliott Gould, vs. Hussein Farag, Individually and as the Guardian of Sara Farag, a Minor | 13th Judicial Circuit Court Hillsborough County, FL | 2009-CA-003963 | James W. Holliday, Esq. |
| 55 | 2/3/2011 | Christopher Capodanno and Jill Capodanno, vs. Premier Transportation & Warehousing, Inc., et al., | United States District Court Southern District of FL | 09-80534 | Neil Anthony, Esq. |
| 56 | 2/16/2011 | David Gressler, vs. Dominick Roman, Pasquale Digioia and Premier Contractors Group, Inc. d/b/a Four Seasons Landscape | In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, FL | 56 2010CA000431 | Mark Clark, Esq. |
| 57 | 2/17/2011 | Esther Bechara and Moises Bechara, her husband, vs. Landmark Towers, LLC | In the Circuit Court of the 17th Judicial Circuit, in and for Broward County, FL | 803900404 | Bruce Freedman, Esq. |
| 58 | 3/8/2011 | Charlotte Morris, vs., Staples The Office Superstore East, Inc., a Foreign Corporation | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502010CA016598 | Michael Stauder, Esq. |
| 59 | 3/8/2011 | Rosemarie R. Mayer, vs. Lindsay Christina Stroke and Sandra Lee Stroke, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502010CA013479 | Christopher M. Larmoyeux, Esq. |
| 60 | 3/10/2011 | Douglas Swan, vs. Bette Bornstein | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 02007CA009724 | Richard Schuler, Esq. |
| 61 | 3/15/2011 | Nicholas J. Savinon, vs. Zachariah Wesley Dorsett | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2007CF015960AMB | Tavis J. Souder, Esq. |
| 62 | 3/21/2011 | Rhonda Huckleby, as legal guardian for Kecia Huckleby, and Rhonda Huckleby, individually, vs. Mark Masters, John T. Lee, John T. Lee, Inc., a Georgia Corporation, and Chandler J. Crumbley, | In the Circuit Court, 4th Judicial Circuit, in and for Nassau County, FL | 2006-CA-118 | Robert Link, Esq. |

| 63 | 3/22/2011 | Robert J. Montanile, vs. Kristen C. Norley and Wausau Business Insurance Company, a Foreign Corporation | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA001589 | Robert E. Gordon, Esq. |
|----|-----------|------|------|------|------|
| 64 | 3/28/2011 | Carmen M. Rivera, vs. Willie L. Robinson and Mark McCann's Trucking, Inc., jointly and severally, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 05-CA-003773 | Douglas D. Mohney, Esq. |
| 65 | 4/6/2011 | Kathy Farlin, vs. Chad Paschall, M.D., and Medical Associates of Northwest Arkansas, P.A. d/b/a Fayetteville Diagnostic Clinic, LTD., | In the Circuit Court of Washington County, Arkansas | CV-2007-2817-2 | Paul Ford, Esq. |
| 66 | 4/7/2011 | David Bowdler, vs. State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 09-CA-003708 | Randall Spivey, Esq. |
| 67 | 4/15/2011 | Natasha Meeks, individually and as mother and natural guardian of Katlin M. Meeks, Kiley M. Meeks and Keira M. Meeks, her minor daughters, vs. Richard A. McCauley, M.D.; Eric J. Edelenbos, D.O.; Arjav A. Shah, M.D., North Florida Obstetrical & Gynecological Associates, P.A.; Dale E. Merrell, M.D.; and Borland-Groover Clinic, P.A., | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 16-2007-CA-006276 | Seth Pajicic, Esq. |
| 68 | 4/27/2011 | Roberta von der Luft, vs. David L. Giordano, | In the Circuit Court of the 19th Judicial Circuit in and for Martin County, FL | 08-360CA | David M. Gaspari, Esq. |
| 69 | 5/4/2011 | Shannon Bush, vs. Steven D. Muckey and Phyllis J. Filker, husband and wife, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-007831(08) | David Eltringham, Esq. |
| 70 | 5/10/2011 | Lakeesha Shipman, individually and as parent and natural guardian of her minor son, Braelyn K. Hines, vs. Ahmed G. Ksaibati, M.D.;Imphinet Contracting Services, Inc.; Veronica L. Ten-Kate, M.D.; Bay Area Primary Care Associates, Inc.; and Galencare, Inc. d/b/a Brandon Regional Hospital, | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL | 07-CA-001309 | Rosalyn Sia Baker-Barnes, Esq. |
| 71 | 5/18/2011 | David Swistak and Bobbie Swistak, vs., Anne Elizabeth Meads, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA017165MB | Lake H. Lytal, III, Esq. |
| 72 | 5/24/2011 | Patrick M. Taggart and Sharon Taggart, his wife, vs. Edna C. Reilly, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA017726AE | Scott Smith, Esq. |

| 73 | 6/3/2011 | Donna Marie Huber and Phillip Huber, her husband, vs. James W. Orr, Jr. M.D., 21st Century Oncology, LLC d/b/a Florida Gynecologic Oncology, P.A., | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL. | 09-CA-003537 | David Heffeman, Esq. |
|---|---|---|---|---|---|
| 74 | 6/13/2011 | Howard Cash, vs. Michael L. Riley, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502010CA001640 | Michael Brown, Esq. |
| 75 | 6/14/2011 | William C. Dear, vs. National Car Rental, Et Al, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 09-22312CA30 | Fred Mattlin, Esq. |
| 76 | 6/22/2011 | Carol Harriott, vs. Donald Ryan, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502007CA001309 | Carlos Bodden, Esq |
| 77 | 7/12/2011 | Frances A. Caliaro, vs. Kyle Irvin, a Minor by and through his parent and natural guardian, Frank E. Irvin, Frank E. Irvin, individually and State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 12th Judicial Circuit in and for Lee County, FL. | 08-CA-026281 | Bruce L. Scheiner, Esq. |
| 78 | 7/22/2011 | Ralph Egolf and Deborah Egolf, Husband and Wife, vs. Sarasota Orthopedic Associates, LLC., Harold Vogler, D.P.M., and Daniel Howard, D.P.M., | In the Circuit Court of the 12th Judicial Circuit in and for Sarasota County, FL | 2010CA00652NC | B.V. Dannheisser, III, Esq. |
| 79 | 7/27/2011 | Rhonda Becker, vs. Joseph Klapholz, as Administrator Ad Litem for the Estate of Richard Seiderman, deceased | In the Circuit Court of the 17th Judicial Circuit, in and for Broward County, FL | 9048728 | Steven S. Farbman, Esq. |
| 80 | 8/10/2011 | Thelma Higby, vs. Isle of Capri Casinos, Inc., | In the 17th Judicial Circuit Court in and for Broward County, FL | 10-44520 | James Gavigan, Esq. |
| 81 | 8/23/2011 | Angela Blevins, vs. Raymond Handling Consultants, LLC., | In the Circuit Court of the 10th Judicial Circuit in and for Polk County, FL | 2101-CA-4936 | E. Blake Paul, Esq. |
| 82 | 8/24/2011 | Aleta Horkott and Frank Horkott, her husband, vs. Palm Beach Mall, LLC; Simon Palm Beach, LLC; Simon Property Group, L.P.; Madison Marquette Retail Services LLC; Charles G. Taylor; Smarte Carte, Inc.; Madison Marquette Leasing Inc.; MBA Development Partners, LLC; IPC International Corporation; and Unicco Service Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA003736 | Steven J. Rothman, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 83 | 8/25/2011 | June McGruder, vs. Pembroke Lakes Mall LTD., a Florida Corporation, and Millard Mall Services, LLC., a Florida Corporation, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 10021317 | Dallas Robinson, Esq. |
| 84 | 8/30/2011 | Saron Senai, a minor, by and through her parents and next friends Hiwett Temelso and Hagos Senai, et, al. vs. Washington Hospital Center Corporation | In the Superior Court of the District of Columbia | 2009CA00214 4 | H. Briggs Bedigian, Esq. |
| 85 | 9/7/2011 | Morataya vs. USA | U.S. District Court of the Middle District of Florida Courthouse | 6:09-CV-1348-ORL-31GJK | Maria Tejedor, Esq. |
| 86 | 9/13/2011 | Veronica M. Brown, vs. ACL Leasing, LLC, a foreign Limited Liability Company and Ernest Hayes, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502010CA011 688 | Joseph C. Schulz, Esq. |
| 87 | 9/14/2011 | Dana W. Collins, vs. St. Vincent's Medical Center, INC., et al., | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 16-2008-CA-9616 | Seth Pajcic, Esq. |
| 88 | 9/14/2011 | Stella Abecassis, vs. Alvin M. Wander and Myra Wander | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA026 375 | Edward Kind, Esq. |
| 89 | 10/19/2011 | Lazaro Denis, vs. HNTB Holdings, LTD, Inc., a foreign Corporation and Marcelo Ortiz Daniel, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-60168CA15 | Scott Feder, Esq. |
| 90 | 10/20/2011 | State of Florida vs. Matthew I. Sperber "Criminal Defense Case" | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 10CT014337A MB | Jonathan Kaplan, Esq. |
| 91 | 10/25/2011 | Dianne A. Gaskin, vs. John A. Moore, | In the Circuit Court of the 10th Judicial Circuit in and for Polk County, FL | 2009-CA-000555 | Tri Thornhill, Esq. |
| 92 | 10/31/2011 | Dwight Downs vs. United States of America, | United States District Court Southern District of Florida | 06-20861 | Christopher Larmoyeux, Esq. |
| 93 | 11/3/2011 | Yahtavian Bellamy, vs. Festival Fun Parks, LLC d/b/a Boomers! | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 08-032734(08) | Bradley J. Edwards, Esq. |
| 94 | 12/7/2011 | Michelle Kay Cataldo, vs. Ashley Erin Mcatee-Forfar, Keith C. McAtee, and Allstate Property and Casualty Insurance Company, | In the Circuit Court of the 12th Judicial Circuit in and for Sarasota County, FL | 09-CA-6279-NC | Steve Marks, Esq. |
| 95 | 12/14/2011 | Anthony Hurge, Patricia Hurge, husband and wife, and Georgina Hurge, and unmarried natural dependent, vs. Consolidated Container Company, LP, a foreign limited partnership, and National Freight, Inc., a foreign corporation, | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 08-CA-5279(34) | Jack P. Hill, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 96 | 1/17/2012 | Thomas Fitzsimmons and Erica Fitzsimmons, vs. Pro Fitness Services, Inc., a Florida for profit corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA009 809 | Allen E. Rossin, Esq. |
| 97 | 2/8/2012 | Jiri Renotiere and Marie Renotierova, vs. Waldemar Baranowski, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 09-CA-005110 | Randall Spivey, Esq. |
| 98 | 2/16/2012 | Marie Tatman and Charles Tatman, her Husband, vs. Sally L. Jaffe, et, al., | In the Circuit Court of the 18th Judicial Circuit in and for Brevard County, FL | 05-2007-CA-012289 | Scott R. McMillen, Esq. |
| 99 | 2/23/2012 | Barbara Casten, vs. Holmes Regional Medical Center, a Florida corporation, and "Nurse-On-Call" Home Care, Inc., a Florida corporation, | In the Circuit Court of the 18th Judicial Circuit in and for Brevard County, FL | 05-2008-CA-033127 | Kenneth J. McKenna, Esq. |
| 100 | 2/28/2012 | Jo-Ann Murray, vs. Stephen Cohen, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA012 158XXXXMBA O | Donna DeMarchi, Esq. |
| 101 | 3/6/2012 | Fabio C. Noguera, vs. Julio Lasso Ceron, Highway Master Express, Inc., formally d/b/a The Panther Group, and Panther Logistics, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2011CA00355 9 | Mark T. Packo, Esq. |
| 102 | 3/12/2012 | In Re: The Marriage of: Arthur William Peterson, Jr., and Kirstin L. Peterson, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010DR004 591 | John T. Christiansen, Esq. |
| 103 | 3/14/2012 | Angela Joy Way, vs. Michael R. Huffman, | In the Circuit Court of the 12th Judicial Circuit in and for Lee County, FL | 11-CA-000148 | Joseph A. Linneham, M.D., |
| 104 | 3/29/2012 | Nancy Firpo, vs. Air and Sea Rent-A-Car, Inc. and April Kidwell, | In the Circuit Court of the 17th Judicial Circuit jin and for Broward County, FL | 9045140005 | Kevin Smith, Esq. |
| 105 | 5/3/2012 | Louis Deutsch, vs. Celebrity Cruises, Inc., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 06-09986CA20 | Steven Myers, Esq. |
| 106 | 5/9/2012 | Landon Salvani, vs. Charlton Talley and Liberty Mutual Insurance Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA007 708 | Eric G. Canter, Esq. |
| 107 | 5/18/2012 | Gilda Rubiano-Pagel, vs. Target Corporation, a foreign corporation, | United States District Court Southern District of FL | 11-80539 | Mark T. Packo, Esq. |
| 108 | 6/14/2012 | Michael Catinella and Eileen Catinella, his wife, vs. Meadowbrook Meat Company, Inc., | In the Circuit Court of the 10th Judicial Circuit of Florida, in and for Polk County, | 2010CA-007963-0000-00 | Leonel Plasencia, Esq. |
| 109 | 6/26/2012 | Gretchen Wilson, vs. Krishnaveni Kothalanka, Janikamma Kothalanka and USAA Casualty Insurance Company, a foreign Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50211CA0002 72 | Mark Packo, Esq. |
| 110 | 7/17/2012 | Katrina M. Biehl, vs. Janine M. Roan and State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 12th Judicial Circuit in and for Manatee County, FL | 2010CA00391 5 | Eric D. Bruce, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 111 | 7/18/2012 | Jaylan Norfleet, a Minor by and through his Parents and Next Friends, Shantiah Moore-Norfleet and Joel Norfleet, et al. vs. Harbor Hospital, Inc., et al., | In the Circuit Court for Baltimore City, MD | 24-C-11-001080 OT | Gary Wais, Esq. |
| 112 | 7/19/2012 | Stephanie Aquila, individually and as Parent, natural guardian and next friend of Mackenzie Aquila, a minor child, vs. Brisk Transportaion, L.P., Steven Melancon, John Vidourek, Kenneth Fahy, John Fahy, and Kathleen Fahy, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 06-16601 02 | Arvid Peterson, Esq. |
| 113 | 8/7/2012 | Albert Thomas, vs. Amanda I. Hartness, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA001428 | Jason Weisser, Esq. |
| 114 | 8/8/2012 | Roman Vonkomarnicki, III, vs. A & GI Concrete Pools, Inc., et al., | In the Circuit Court of the 19th Judicial Circuit in and for Indian Rvier County, FL | 09-CA01-11849 | Steven Mitchel, Esq. |
| 115 | 8/23/2012 | Manuel Olvera-Casas, vs. T. C. Crum Roofing and General Contractors, LLC., | In the Circuit Court for the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA037821 | Mariano Garcia, Esq. |
| 116 | 8/27/2012 | Jeffrey Foerderer, vs. Zoila Elizabeth Jorro, D.O.; Adventist Health System/Sunbelt, Inc. d/b/a Florida Hosital Centra Care; Leslie Andrew Prechtal, M.D.; Todd Frank Kuerbitz, P.A.; Florida Emergency Physicians Kang & Associates, M.D., P.A.; Adventist Helth System/Sunbelt, Inc. d/b/a Winter Park Memorial Hospital; Kurt Andrew Gasner, M.D.; Steven Anderson, P.A.; and Jewett Othopaedic Clinic, P.A. d/b/a Orthopaedic Convenient Care Center, | In the Circuit Court of the 9th Judicial Circuit, in and for Orange County, FL | 2009-CA-031790-O | Richard SchwamM, Esq. |
| 117 | 9/13/2012 | Amanda R. Ashford and Shawn T. Ashford, as parents and natural guardians of Jacob D. Ashford, a minor and Amanda R. Ashford, individually and Shawn T. Ashford, individually, vs. Amy W. Wrennick, M.D., North Florida Obstetrical & Gynecological Associates, P.A. and Memorial Healthcare Group, Inc., d/b/a Memorial Hospital Jacksonville, | In the Circuit Court 4th Judicial Circuit, in and for Duval County, FL | 62009-CA-003470 | Scott Costantino, Esq. |
| 118 | 9/20/2012 | Cynthia Medina, vs. Metropolitan Warehouse & Delivery, and Yadiel Hernandez, an Individual, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 11-16334(05) | Dallas Robinson, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 119 | 9/20/2012 | Roslyn Posner and Arthur Posner, her husband, vs. Linda R. Berger-Buvitt, as an individual, and The Polo Club of Boca Raton Property Owners Association, Inc., as a corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA020979 | Judd Rosen, Esq. |
| 120 | 9/24/2012 | Tatiana Abernathy, as legal guardian and mother of Dakota Abernathy, her child, and Tatiana Abernathy, Individually, vs. Choctaw Touchdown Club, Inc., Emerald Coast Entertainment, LLC, and Funtastic Factory, Inc.; Interstate Fire & Casualty Company; Felicia Wise; and Jack Jernigan, | In the Circuit Court of the 1st Judicial Circuit in and for Okaloosa County, FL | 2009-CA-004874 | F. Catfish Abbott, Esq. |
| 121 | 10/10/2012 | Frances Piazza, vs. Ralph Pezzulo and Patricia Marroquin, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA028679 | Scott B. Smith, Esq. |
| 122 | 10/11/2012 | Denise Nicholson, vs. Stonybrook Apartments, LLC., | In the Circuit Court of the 15th Judicial Circuit in and for Plam Beach County, FL | 502010CA028355 | Michael Brown, Esq. |
| 123 | 10/16/2012 | Dennis Fagan and Ramona Fagan, vs. NCH Healthcare System, Inc., AMN Healthcare, Inc., AMN Healthcare Services, Inc., and Jill E. Chudzinski, R.N., | In the Circuit Court of the 20th Judicial Circuit, in and for Collier County, FL | 09-8856-CA | Steven Rossman, Esq. |
| 124 | 10/29/2012 | Dalin Curtis, vs. Julie Aitken, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-022119(05) | Kevin B. Dennis, Esq. |
| 125 | 11/14/2012 | Rochelle Houston-Lewis, vs. Myra E. Statfeld, as Personal Representative of the Estate of Barry Statfeld, deceased | In the Circuit Court of the 15th Judicial Circuit in and for palm Beach County, FL | 502011CA018203 | Thomas Robes, Esq. |
| 126 | 12/12/2012 | Terry Lycan, vs. Ryan D. Hughes and Daniel J. Hughes, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA004890 | William Johnson, Esq. |
| 127 | 1/24/2013 | Damian Brown, vs. Ashley Porter and Federated Mutual Insurance Company, a Foreign Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA015330 | Carlos Bodden, Esq |
| 128 | 2/6/2013 | Marie Millsaps, vs. Kurt S. Kaltenbach, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA000543 | Ethan Wayne, Esq. |
| 129 | 2/21/2013 | Gloria Smith Grimes, vs. City of West Palm Beach, Vincent Morton and Douglas Bales, | United States District Court for the Southern District of Florida | 11-81201CV | James Cunha, Esq. |
| 130 | 2/28/2013 | Travis Raszkowski and Amanda Nowaczewski, individually and as Next Friend of Cameron Wyatt and Maekala Wyatt, vs. Consumers Energy Company, | In the Circuit Court for the County of Oakland, State of MI | 09-103148-NO | Rebecca Walsh, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 131 | 3/18/2013 | Harry Silnicki, individually, by and through his guardian and best friend Deborah Silnicki, and Deborah Silnicki, individually, vs. Werner Co; Florida Ladder Company; Keller Industries, Inc; Keller Industries of Alabama, Inc.; Keller Indistries of Arizona, Inc.; Keller Industries of Pennsylvania, Inc.; Keller Industries of Tennessee, Inc.; Keller Industries of Texas, Inc; Keller Ladders, Inc; Keller Ladder Company of Oregon, Inc; Keller Ladders Eastern Inc; Keller Ladders Western Inc; Home Depot USA, Inc; and KLI Global, Inc, and KLI, Inc., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 07-16409(26) | Scott Henratty, Esq. |
| 132 | 3/21/2013 | Laurie Suquet, a single woman, vs. Southern Waste Systems, LLC., and Rickie Lee Mann, Jr., individually, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502006CA009 364 | David Prather, Esq. |
| 133 | 4/11/2013 | Rafaell Anton Harris, et al., vs. Amnon David Rattray, Jr., et al., | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 2011-CA-009873 | Edward Blumberg, Esq. |
| 134 | 5/2/2013 | Carol Whyte and Shelly Ann Watson, as legal guardians of Dale Whyte, and Tina McGee, as mother and natural guardian of Christha Whyte and Toniann Whyte, minor children, vs. Andrew Byers, et. Al., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-007837 (14) | Bob Kelley, Esq. |
| 135 | 5/16/2013 | Don J. Richards, vs. Hunter I. Axelband, and Sandra Lea Dezelan, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 11-15832(12) | Russell Adler, Esq |
| 136 | 6/6/2013 | Reynaldo A. Lopez, as Guardian of Pedro O. Amieiro, an incapacitated ward, vs. Robinson Aviation (RVA), Inc., a foreign corporation, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE0800053 2 | Hyram M. Montero, Esq. |
| 137 | 6/10/2013 | Channary Hor, Individually, vs. The City of Seattle, a municipal corporation; and Omar Tammam, individually, | Superior Court of the State of Washington for King County | 10-2-34403-9SEA | Ben F. Barcus, Esq. |
| 138 | 7/31/2013 | Stephen L. Snellings, vs. Thomas D. Fitzgerald, | In the Circuit Court of the 10th Judicial Circuit in and for Polk County, FL | 2010CA-004629 | K.C. Bouchillon, Esq. |
| 139 | 8/13/2013 | Claire Dasilva, vs. Zoila Rosa Torres Villar and Jorge Abreu, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 12-00291CA(42) | Steven Farbman, Esq. |
| 140 | 8/14/2013 | Joshua Adams, vs. Angel Alonso and State Farm Fire and Casualty Company, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 11-13591-CA(02) | Yvette Trelles, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 141 | 8/28/2013 | Carl W. Rango, vs. Michael Carroll, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 11-CA-001008 | Bruce Scheiner, Esq. |
| 142 | 9/10/2013 | Bruno Vono, vs. Paul H. Angier, et al. | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 12-009273 | David Kleinberg, Esq. |
| 143 | 9/11/2013 | Melissa Sun, vs. Allstate Insurance Company | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Fl | 502010CAS02 6009 | William D. Zoeller, Esq. |
| 144 | 9/12/2013 | Amanda R. Ashford and Shawn T. Ashford, as parents and natural guardians of Jacob D. Ashford, a minor and Amanda R. Ashford, individually and Shawn T. Ashford, individually, vs. Amy W. Wrennick, M.D., North Florida Obstetrical & Gynecological Associates, P.A. and Memorial Healthcare Group, Inc., d/b/a Memorial Hospital Jacksonville, | In the Circuit Court 4th Judicial Circuit, in and for Duval County, FL | 62009CA0034 70 | Scott Constantino, Esq. |
| 145 | 9/13/2013 | Tim P.Gwinnell, vs. Northlake Villas Condominium Association, Inc., and Jupiter Management, LLC., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA006 686 | Tracy Sharpe, Esq. |
| 146 | 9/18/2013 | Olga Ramirez, vs. Korey Christopher Gil and Sara Salazar, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade, FL | 12-11668CA31 | Mike Snowden, Esq. |
| 147 | 9/19/2013 | Norma Gayle Smith and John J. Smith husband and wife, vs. Anthony T. Pizzo, M.D., and Bradenton Cardiology Center, P.A., | In the Circuit Court of the 12th Judicial Circuit in and for Manatee County, FL | 2010CA3897 | W. Wade Thompson, Esq. |
| 148 | 9/23/2013 | Tracey Parker, Individually, and Edward Parker, Individually, and Tracey Parker, as Parent and Natural Guardian of Martin Burrett, a minor; Christopher Burrett, a minor; and Johnathan Parker, a minor, vs. Continental Tire The Americas, LLC, a foreign limited liability company, and Wal-Mart Stores East, Inc., a foreign corporation, and Bill Shultz Chevrolet, a Florida corporation, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2009CA04404 8 | Hampton Keen, Esq. |

| | | | | |
|---|---|---|---|---|
| 149 | 10/3/2013 | Netsai Masomere and Christian Masomere, a minor, by and through his parent and next best friend, Netsai Masomere, vs. Manuel A. Penalver, M.D.; 21st Century Oncology, LLC, a Florida Limited Liability Company f/k/a 21st Century Oncology, Inc., and formerly d/b/a South Florida Gynecologic Oncology, LLC., a Florida Limited Liability Company formerly d/b/a South Florida Gynecologic Oncology; Radiation Therapy Services, Inc., a Florida Corporation; and Doctors Hospital, Inc., a Florida Corporation, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-38865CA24 | Scott Sandler, Esq. |
| 150 | 10/17/2013 | Darrin Whitaker, an individual, and Sarah Whitaker, his wife, vs. Nelli Amanda Wilford, an individual, and Stephen George Wilford, an individual, | In the Circuit Court, 8th Judicial Circuit in and for Baker County, FL | 02-2011-CA-0201 | Michael Moran, Esq. |
| 151 | 11/18/2013 | Court Hearing; Guardianship of Keith R. Gorski | 15th Judicial Circuit for Palm Beach County, FL  Probate Division: II | 502012GA000 412XXXXNB | Michael Connors, Esq. |
| 152 | 11/26/2013 | Kendall Zahringer vs. Robert Nitabach, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502012CA017 493 | Christopher Larmoyeux, Esq. |
| 153 | 1/17/2014 | Astley Simms, vs. Harry Kraft | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 12-31841 | Todd Rosen, Esq |
| 154 | 1/24/2014 | David Cappelletti, vs. TEO Enterprises, Inc. f/k/a CTD Machines, Inc. and Woodworking Machinery, Inc. d/b/a High Tech Industries, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA031 746XXXXMBA D | Hyram M. Montero, Esq. |
| 155 | 2/10/2014 | John Gelland and Jo-Ann Gelland, vs. Chrisina Bill | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2013CA00087 1 AI | Jeanmarie Whalen, Esq. |
| 156 | 2/12/2014 | Sharon Orlander and her husband, Harvey Orlander, vs. Dollar Tree Stores, Inc. a foreign profit corporation | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2013CA00101 9XXXXMBAH | Patrick Lawlor, Esq. |
| 157 | 2/17/2014 | Maria Miranda, vs. Rehabilitation Hospital of Southern New Mexico and Ernest Health, Inc. and Altaf Ahmed, M.D., | State of New Mexico, county of Dona Ana, 3rd Judicial District | CV-2009-1992 | Jerome O'Connel, Esq. |
| 158 | 2/24/2014 | Christianne Goncalves Carroll, former wife, and Steven Carroll, former husband, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009DR014 053XXXXSB | Steven Carroll |

| | | | | | |
|---|---|---|---|---|---|
| 159 | 2/25/2014 | Michael Collins, vs American Automobile Insurance Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50212CA0200 03XXXXMB | Marshall E. Rosenbach, Esq. |
| 160 | 3/4/2014 | Neil Kaufman, vs. Delroy Anthony Ebanks, and 21st Century Security Insurance Comp. | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA020 761XXXXMB | Benjamin Partlow, Esq. |
| 161 | 3/11/2014 | Tamara Marcus, vs. Dennis McNamara and BB&T-Burkey Risk Services d/b/a BB&T Insurance Services, Inc., | In the 15th Circuit Court of the Judicial Circuit in and for Palm Beach County, FL | 502012CA002 745MB(AN) | Scott Henratty, Esq. |
| 162 | 3/12/2014 | Roger C. Thompson, Jr., Shawnderia Thompson, his wife, Dreshaun Roger Thompson, a minor child, Roger C. Thompson, III, a minor child, and Rashad Jerome Thompson, a minor child, vs. First Transit, Inc., a foreign corporation, Vanessa J. Merriweather, an individual, and Herold J. Humphrey, an individual, | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 2011-CA-4740CV-F | David M. Dunlap, Esq. |
| 163 | 3/18/2014 | Kevin Zimmer, vs. Monica Ladd, and Stewart Agency, Inc., a Florida Corporation, d/b/a Earl Stewart Toyota of North Palm Beach | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2012CA02364 1 | David Spicer, Esq. |
| 164 | | Rafael Narvaez Torres and Guillermina Narvaez, his wife, vs. State Farm Mutual Automobile Insurance Company, a Florida Corporation and Michael Thomas Futterer, and individual, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA009 351 | Richard Rosenblum, Esq |
| 165 | 3/19/2014 | Nancy Sacks and Stanley Sacks, her husband, vs. Eagle Carpet Restoration, Inc., a Florida profit Corporation, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 12-18247(05) | Joseph Slama, Esq. |
| 166 | 3/25/2014 | Mildred Wright, vs. Publix Super Markets, Inc., | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, FL | 10-20937CA04 | Sagi Shaked, Esq. |
| 167 | 4/3/2014 | Alicia Shapira and Michael Shapira, her husband, vs. Holiday CVS, LLC, a Florida Limited Liability Corporation, d/b/a CVS Pharmacy, Inc., Sarwat Jawed and P.F. Changs China Bistro, Inc., a Foreign Profit Corporation | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 11-174103(12) | Todd McPharlin, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 168 | 4/17/2014 | Jackie Johns, vs. Allstate Insurance Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA001 608 | John F. Billera, Esq. |
| 169 | 5/7/2014 | James T. Gelsomino, vs. Ace American Insurance Company and Brown & Brown, Inc. | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 41157809 | Geoff Stahl, Esq. |
| 170 | 5/13/2014 | Doreen DeSantis, vs. Charles Huck and State Farm Mutual Automobile Insurance Company | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2011CA01264 5AN | Scott B. Smith, Esq. |
| 171 | 8/26/2014 | Antonio Reyes, vs. Kathleen Townley and Jerry Townley, jointly and severally, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA018 461 MBAH | John F. Billera, Esq. |
| 172 | 8/26/2014 | Sally Small, as guardian of Keanna Small, vs. Ford Motor Company, a Delaware Corporation and Breed Technologies, Inc., n/k/a Key Safety Systems, Inc., | United States District Court Southern District of Florida | 9:12-CV-80841-KAM | Willie Gary, Esq. |
| 173 | 9/16/2014 | Anthony J. Marotta and Lori Marotta, his wife, vs. Anderson Oliveira Porto and Allstate Insurance Company | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA010 299 | Darryl L. Lewis, Esq. |
| 174 | 10/9/2014 | Thomas Ratfield and his wife, Palma Ratfield, vs. Lawrence J. Colvin | In the Circuit Court of the 19th Judicial Circuit in and for Indian River County, FL | 2013CA00108 5 | Kevin Smith, Esq. |
| 175 | 10/21/2014 | Maryann Melnik, vs. Tenet Good Samaritan, Inc., a Florida Corporation d/b/a Good Samaritan Medical Center, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA017 987(AA) | Robert Gordon, Esq. |
| 176 | 10/23/2014 | Steven Ferguson vs. Floyd Embry, | In the Circuit Court of the 13th Judicial Circuit in and for St. Lucie County, FL | 562011CA002 624 | William Price, Esq. |
| 177 | 10/28/2014 | Jennifer Gabai, vs. Westgate Vacation Villas Owners Association, Inc., | In the Circuit Court of the 9th Judicial Circuit, in and for Osceola County, FL | 2013-CA-000749-ON | Debi Chalik, Esq. |
| 178 | 10/30/2014 | Wallace Mosley, a minor by and through his guardian, Jacqueline Weaver, vs. Earl Junious Lloyd, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-025532(19) | David Deehl, Esq. |
| 179 | 10/31/2014 | Bruno Vono, vs. Paul H. Angier and John K. Wolfe, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 12-009273(13) | David Kleinberg, Esq. |
| 180 | 12/3/2014 | Suzanne Hamilton Nutt, vs. Gaston Anesthesia Associates, P.A., Ronald L. Evans, M.D., Debra Jean Kneisly, CRNA, Caromont Health Services, Inc., Gaston Memorial Hospital, Inc., and Crystal Beard Wilson, R.N., | In the Superior Court Division, Gaston County, State of NC | 11CVS3863 | John Chilson, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 181 | 1/21/2015 | Tamela Lane, as temporary guardian of Ty-Amber Lane, an incapacitated person, vs. Keith Bedford, Brenda Brown, Lester O. Brown, Jr. Tywneshia Coleman, Jevon Coleman, Tanequia Coleman and Shaterrica Carr, Individually and as Heirs at Law of Leona Renee Brown-Bedford, Deceased, | In the District Court of Brazoria County, TX 239th Judicial District | 72383 | Jason Webster, Esq. |
| 182 | 2/5/2015 | Zoita D'Angelo, vs. Vijaya L. Iragavarapu and State Farm Mutual Automobile Insurance Company, and Illinois Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Bach County, FL | 502012CA020 972MBAF | Mark Packo, Esq. |
| 183 | 2/10/2015 | Joyann Levitt and Robert C. Furr, as Trustee of Lawrence Levitt, her husband, vs. Arbern Investors, IV, L.P., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA102 11MBAD | Spencer Kuvin, Esq. |
| 184 | 3/19/2015 | Thaddeus Thomas, a minor, by and through his next friend, Marlin Thomas, and Marlin Thomas and MA Sheryll Joy Thomas, individually, vs. Mercy Hospitals East Communities d/b/a Mercy Hospital - Washington, STLMC Womens Health - Washington and David B. Glover, D.O., | In the Circuit Court of Franklin County 20th Judicial Circuit, MO | 13AB-CC00063 | Brad Bradshaw, Esq. |
| 185 | 4/1/2015 | Charles Price, vs. Cheryl A. Pfeifer, | In the Circuit Court of Cedar County, MO | 12CD-CV00559 | Eric Belk, Esq. |
| 186 | 4/13/2015 | Omar Gallardo, M.D., and Michele D. Astarita-Gallardo, M.D., his wife, vs. Prestige Imports, Inc., d/b/a Prestige Audi, Prestige Motor Car Imports, Inc. d/b/a Prestige Audi, Miguel A. Decarli, individually, Jose L. Alvarez, individually, Autonation, Inc., d/b/a Maroone Kia, and Hollywood Kia, Inc., d/b/a Maroone Kia, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 09-43176CA02 | William R. Jones, III, Esq. |
| 187 | 6/16/2015 | Charles A. Johnson, et al. vs. Frederick Memorial Hospital, Inc., et al., | In the Circuit Court for Frederick County, MD | 10-C-13-2062 | William Bertram, Esq. |
| 188 | 6/17/2015 | David Nelson and Donna Nelson, husband and wife, vs. Kathleen Hofmeyer, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 8060362 | Lou Gavin, Esq. |

| 189 | 6/29/2015 | Conni Templin, vs. Ariane Marlin and Devin Alexander Langdon, vs. Conni Templin | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013CA01673 8AJ | Keith Chasin, Esq. |
|---|---|---|---|---|---|
| 190 | 7/16/2015 | Christopher M. Brown and Carol E. Camperlengo, vs. Dean Transportation, Inc.,Thomas F. McKenna, The City of Ft. Pierce and The Ft. Pierce Police Department, | In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, FL | 2013CA00331 7 | Joseph Bilotta, Esq. |
| 191 | 7/23/2015 | Cuevas, Richard, (Individually) vs. Certified Safety Specialists, | In the District Court of Harris County, TX 129th Judicial District | 201221574 | Anthony Buzbee, Esq. |
| 192 | 8/20/2015 | Maria M. Martinez and William Diaz JR., vs. Bryan Ebner, Inc. and Rainey Barney Adams, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 14-CA-00161 | Bruce Scheiner, Esq. |
| 193 | 8/25/2015 | Colin Hain, vs. Stephen Larson and Amanda Larson, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014-CA-010050 | William Johnson, Esq. |
| 194 | 9/10/2015 | Volvick Eugene, vs. Allied Roofing Industries, Inc., Alfredo Campos Franco, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 13-024282CA01 | Richard L. Rubino, Esq. |
| 195 | 10/21/2015 | Allison Judkins, vs. Chipolte Mexican Grill, Inc., | In the Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA015 527XXXXMB | Neil Anthony, Esq. |
| 196 | 10/23/2015 | David Zucker & Carrie Zucker, his wife, vs. Miguel R. Gonzalez, and Geico General Insurance Company, a foreign corporation, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 06-06697CA05 | Crane A. Johnstone, Esq. |
| 197 | 10/29/2015 | Brigitte Bestoso, vs. Nature's Keeper, Inc., a Florida corporation, and Jonathan White, | In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, FL | 562014CA000 683 | Cory Meltzer, Esq. |
| 198 | 10/30/2015 | Jean Ann Goodrich, as guardian of the person and property of Stephanie Jean Goodrich, vs. Thomas R. Nelson, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 11-006140(03) | Howard L. Pomerantz, Esq. |
| 199 | 1/12/2016 | Linda Sterrett, and Michael Sterrett, her husband, vs. State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 15th judicial Circuit in and for Palm Beach County, FL | 502011CA015 003XXXXMBA J | Gary Susser, Esq. |
| 200 | 1/13/2016 | Alexandria Roncho vs. State Farm Mutual Automobile Insurance Company | United States District Court, Jacksonville, FL | 3:14-cv-1238 | Catfish Abbott, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 201 | 1/27/2016 | Evett L. Simmons, Esquire, in her capacity as guardian of the property of Dontrell Stephens, and Dontrell Stephens, vs. Ric Bradshaw, in his capacity as Sheriff of Palm Beach County, Florida, and Deputy Sheriff Adam Lin, individually, | United States District Court Southern District of Florida | 14-80425-CIV-Seltzer | Jack Scarola, Esq. |
| 202 | 1/28/2016 | Christine Bright, vs. 21st Century Centennial Insurance Co., and NJM Insurance Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA008 490MB AN | Greg Huber, Esq. |
| 203 | 2/9/2016 | John A. Williams, JR., vs. Superior Auto & Truck, Inc., d/b/a Superior Towing, a Florida Corporation, and Kristopher Virostko, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014CA00428 2 | Linnes Finney, Esq. |
| 204 | 2/23/2016 | Frances Murphy and Mary Ann Murphy, his wife, vs. Randi Schwam as representative of Sheila M. Schwam, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | Cace 11-11756(02) | Kelly Hancock, Esq. |
| 205 | 2/24/2016 | Peter Gomes, vs. Brent Wolmer, | In the Circuit Court of the 15th Judicial Circu | 502014CA001 830XXXXMBA H | Phillip Houston, Esq. |
| 206 | 3/1/2016 | Commercial Bank & Trust Company, legal guardian of the estate of Albert P. Mjekiqi, a disabled minor, and Omer and Gabriela Mjekiqi, individually and as legal guardians of the person of Albert P. Mjekiqi, vs. Children's Anesthesiologists, P.C.; Heather D. Phillips, D.O.; Kari L. Clinton; Neurosurgical Associate, P.C.; Lewis W. Harris, M.D., and East Tennessee Children's Hospital Association, Inc., d/b/a East Tennessee Children's Hospital, | In the Circuit Court for Knox County, TN | 3-740-14 | Sidney Gilreath, Esq. |
| 207 | 3/2/2016 | Shelley Shroud, vs. Lloyd Davis, individually and d/b/a Lloyd Davis Trucking a/k/a Davis Trucking | In the District Court of Mcclain County State of Oklahoma | CJ-2011-00296 | Chris Hammons, Esq |

| | | | | | |
|---|---|---|---|---|---|
| 208 | 3/3/2016 | Heidi Fortson, vs TT of Indian River, Inc., d/b/a Mercedes Benz of Melbourne, a Florida corporation, and James C. Dorman, | In the Circuit Court of the 18th Judicial Circuit in and for Brevard County, FL | 05-2015-CA-014966 | Mark Roman, Esq. |
| 209 | 4/25/2016 | Michael F. Murman, guardian of Leah Apel, a minor, et al., vs. David M. Burkons, M.D., et. al. | In the Court of Common Pleas, Cuyahoga County, OH | 13CV818388 | Maria Tejedor, Esq. |
| 210 | 5/18/2016 | Dimas M. Chavez, et ux. Vs. Wal-Mart Stores, Inc., et al., | In the Circuit Court for Montgomery County, MD | 401761-V | Patrick Regan, Esq. |
| 211 | 5/24/2016 | Nora Dombrowski, vs. LM General Insurance Company | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2015-CA-010846 | Christopher Larmoyeux, Esq. |
| 212 | 5/25/2016 | Roberto Iglesias, and Carmen Iglesias, his wife, vs. Crane Worldwide Logistice LLC. A foreign limited liability company, and Juan DeDios, | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, FL | 15-9998-CA-22 | Keith Chasin, Esq. |
| 213 | 6/22/2016 | Yesmin Galarza, vs. Carnival Corporation, a Panama corporation d/b/a "Carnival Cruise Lines". | United States District Court Southern District of Florida | 1:15-cv-24380-Altonaga | Michael D. Eriksen, Esq. |
| 214 | 6/30/2016 | Joseph Leal and Dawn Leal, individually and as natural parents, next friends, and legal guardians of Al, a minor, vs. Christopher James Glenn, M.D., and Northeast OB/GYN Associates, LLP | In the 295th Judicial District Court of Harris County, TX | 2013-44705 | Robert Talaska, Esq. |
| 215 | 9/13/2016 | Helene Bronson, vs. Editha Condron | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015CA013301 | Daniel Williams, Esq. |
| 216 | 9/14/2016 | Lawrence Bouche, vs. Lazaro Rodriguez and Florida Superior Transport, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502014CA011971 | Bryan Crews, Esq. |
| 217 | 9/14/2016 | Sharon Sumnervs. Lantana Palm Beach, et al | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2010CA011199 | David Kleinberg, Esq. |
| 218 | 10/5/2016 | Ruth Arizpe, vs. Palm Tran, Inc. and Palm Beach County Board of County Commissioners, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015CA008353XXXXMBAH | Joe Johnson, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 219 | 10/11/2016 | Juli Kaye, as mother and natural guardian of Anthony Ortiz, minor, vs. Diane Kelly, M.D., and Melbourne Internal Medicine Associates, P.A., | In the Circuit Court of the 18th Judicial Circuit in and for Brevard County, FL | 2013-CA-025813 | John Dill, Esq. |
| 220 | 10/19/2016 | Joshua Mathews, vs. Jensens Liquor Store, Inc. a Florida for profit corporation, d/b/a pete's Bar; James Buttner; Jesse Daye; and John Whittingslow, | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 2013-CA-5112 | Robert Link, Esq. |
| 221 | 10/20/2016 | Michael Mangold, vs. Michael Shawn Connors, an individual and Napleton's North Palm Auto Park, Inc., an Illinois corporation d/b/a "Napleton Northlake Chrysler Dodge Jeep Ram" | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2015CA003212 | Michael Shiver, Esq. |
| 222 | 11/1/2016 | Ronald Rokoff and Erlene Rokoff, his wife, vs. Water Bagels 247, LLLP | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2015CA002485AL | Adam Hecht, Esq. |
| 223 | 11/16/2016 | James Douglas Nolan and Regina Lequerica, vs. Randolph Starks, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 11-36143CA32 | Robert Switkes, Esq. |
| 224 | 12/2/2016 | Barry Davis, vs. Dale A. Vannelli, Jr., individually, South Florida Bushog Service, Inc., a Florida corporation; and State Farm Mutual Automobile Insurance Company | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014CA010670 | Brian Denney, Esq. |
| 225 | 3/2/2017 | Alanna Leonard, vs. La Mar Condominium Association, Inc., a Florida Non-Profit Corporation, and Precise Paving, Inc, a Florida Profit Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502014CA004828 | Daniel Zuniga, Esq. |
| 226 | 3/15/2017 | Virginia R. Martinez, vs. Chanel, Inc., | In the Circuit Court of the 11th judicial Circuit in and for Miami-Dade County, FL | 14-18653CA09 | Anthony Soto, Esq. |
| 227 | 3/27/2017 | Jean Claude Theodore, vs. Susan Anne Butler | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE15010209(05) | Guy Icangelo, Jr. Esq. |
| 228 | 4/5/2017 | Steven Kaminik, vs. Benitho Occes and Werner Enterprises, Inc., | In the 17th Judicial Circuit Court in and for Broward County, FL | CACE 0903323 | Alan Brady, Esq |

| 229 | 4/6/2017 | Karen Siegel, vs. Christopher W. Anderson and Geico General Insurance Company | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2015CA009253AF | David Prather, Esq. |
|---|---|---|---|---|---|
| 230 | 6/15/2017 | Joyce Haley and Valjean Haley, individually and as husband and wife, vs. Bethesda Memorial Hospital, Inc., Paul F. Hyland, M.D., Paul F. Hyland, M.D., P.A., and Palm Coast Surgical Associates, P.A., Matthew J. D'Alessio, M.D., and Bethesda Medical Associates, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA018862 | Karen Terry, Esq. |
| 231 | 7/11/2017 | Bruce Henkle and Tracy Henkle, vs. Cumberland Farms, Inc., a foreign profit corporation, | United States District Court for the Southern District of Florida | 2:16-cv-14248 | Spencer Kuvin, Esq. |
| 232 | 8/24/2017 | Miguel Diaz and Esther Diaz, his wife, Marta Casuso, Mercedes Miro, Zoraida Oquendo, Maria Perez as personal representative of the estate of Clemente Perez and individually, Martha Tunez, Ceclia Borja and Jaime F. Borja, her husband, Maria Gladys Caamano and Gilbert Caamano, her husband, Luis Hernandez, Irma Hidalgo, Marta Machin, Daysy Pedraja, Migdalia Perez, and Elaine Espinosa, vs. Leon Medical Centers, Inc., a Florida corporation, vs. South Florida Eye Associates, P.A. and Dr. Jonathan Leon-Rosen, M.D., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 13-33658CA1015-011832CA10 | Alan Friedman, Esq. |
| 233 | 9/27/2017 | Michael Greco, vs. Dominic A. Santarelli, II and Dominic A. Santarelli, III, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 12001321CA02 | Kelly Hancock, Esq. |

# DEPOSITIONS

# FOR

# CRAIG H. LICHTBLAU, M.D.

| Date of Service | Case Name | Court Name / Jurisdiction | Case Number | Hired by |
|---|---|---|---|---|
| **2001-2009 DEPO COUNT=1228** | | | | |
| 1 1/4/2010 | Donna A. Telese-Genter, vs. Lord & Taylor and Macy's Dept. Store/Self Insured | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "PSL" | 02-032911RDM | Eric Lakind, Esq. |
| 2 1/4/2010 | Laurie Suquet, a single woman, vs. Southern Waste Systems, LLC., and Rickie Lee Mann, JR., individually | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502006CA009364 | David Prather, Esq. |
| 3 1/5/2010 | Marcia J. Hollingsworth, vs. Mandalay Resort Group d/b/a Four Seasons Resort, Las Vegas Four Seasons Hotels Limited; Bailly Showcase & Fixture Co., Inc., Does 1 through 10; and Roe Corporations 1 through qp, inclusive | District Court Clark County, Nevada | A549277 | Stephen Lewis, Esq. |
| 4 1/6/2010 | Rachel J. Henriques (Hartley), vs. GCL Construction, Inc., Ken B Construction, Inc., Jean-Luc Laroche, Allied Home Improvements, Inc. d/b/a Allied Kitchen & Bath and Ernesto and Melissa Vega | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 04 19968 | Russell Adler, Esq. |
| 5 1/7/2010 | Gloria Morales, vs. CVS Pharmacy | State of South Carolina Before the South Carolina Workers Compensation Commission | 912095 | J. Olin McDougall II, Esq. |
| 6 1/12/2010 | Theresa Renuart Paulino, and Eddie Paulino, vs. QHG of Springdale, Inc. d/b/a Northwest Medical Center, and Melanie Richard, R.N., and American Intraoperative Monitoring, LLC, individually | In the Circuit Court of Washington County, Arkansas | 08-3459-6 | Charles Allen, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 7 | 1/13/2010 | Gail Sheridan, vs. First Floridian Auto and Home Insurance Company, a Florida corporation, DTG Operations, Inc., a foreign corporation, and John A. Harbour, jointly and severally | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA020556 | Neal Lichtblau, Esq. |
| 8 | 1/18/2010 | Andrea Caperna, vs. Michaels Stores, Inc., a foreign corporation, d/b/a Michaels | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA025032 | Michael Motto, Esq. |
| 9 | 1/18/2010 | Patricia Perez, vs. Regency Centers Corporation | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA009859 | Robert Baker, Esq. |
| 10 | 1/19/2010 | Wilson Marrero, vs. Associations, Inc., and Zurich North America | State of Florida Division of Administrative Hearings Office of the Judges of Compensation Claims District Office | 09-021255-DAL | Daniel DeCiccio, Esq. |
| 11 | 1/26/2010 | Anthony Garcia and Mary Varela, vs. Estate of William Roney, Jr. | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2008CA28256 | Carlos Bodden, Esq. |
| 12 | 1/27/2010 | Joseph Hamilton and Adah Moorer, vs. Sunoco, Inc. (R&M) | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA35162 | Mark Hanson, Esq. |
| 13 | 1/29/2010 | Maria Nieto, vs. State Farm Mutual Automobile Insurance Company | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502009CA007271 | Yvette Trelles, Esq. |
| 14 | 2/8/2010 | Jill Washington & Weldon Genies Individually and as Parents and Next Friend of Christopher Genies, a minor, vs. Kaiser Foundation Health Plan of The Mid-Atlantic States, Inc., Midatlantic Permanente Medical Group, P.C., Teresita J. Ferrer Estoye, M.D., & Holy Cross Hospital | In the Circuit Court for Montgomery County, Maryland | 314314V | David Hayes, Esq. |
| 15 | 2/8/2010 | Lefty Rohweller, vs. John J. Kirlin, Inc. | State of Florida Division of the Judge of Compensation Claims District "WPB" | 04-027666TMB | Eric Lakind, Esq. |
| 16 | 2/8/2010 | Walford Brown, vs. Broward Sheriff's Office | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "FLD" | 08-008025KSP | Eric Lakind, Esq. |
| 17 | 2/9/2010 | Esteban Moreno, vs. Tile-It Inc. & Distribute-It Inc. "Video Statement" | In the Circuit Court of the 19th Judicial Circuit Court in and for Martin County, FL | 2009CA1479 | Gerald Lefebvre, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 18 | 2/9/2010 | Krystyna Serrano, vs. Paul Adams and Cleveland Clinic Florida Health System Nonprofit Corporation | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 9004413 | Milton Blout, Esq. |
| 19 | 2/11/2010 | Peter Musante, on behalf of John Graziano, as guardian of the property, vs. Terry Bollea, individually, Linda Bollea, individually, Nicholas Bollea, A minor and Daniel Jacobs, individually | In the Circuit Court of the 6th Judicial Circuit in and for Pinellas County, FL | 08004244-CI | Kimberly Kohn, Esq. |
| 20 | 2/11/2010 | Tawanna Carver, vs. Las Vegas Terminal Restaurants, Inc.; Does 1 through 10; Roe Entities 1 through 10, inclusive | District Court Clark County, Nevada | A523146 | Craig Murphy, Esq. |
| 21 | 2/12/2010 | Mary Elizabeth Lilly, vs. Ross Harry Sidney | In the Circuit Court of the 12th Judicial Circuit in and for Sarasota County, FL | 2009CA4880NC | Steven Lavely, Esq. |
| 22 | 2/15/2010 | Manos Milien, vs. Wendy Whitney and David Seavey Whitney | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE09015488 | Scott Henratty, Esq. |
| 23 | 2/16/2010 | Barbara Caten, vs. Holmes Regional Medical Center, a Florida corporation, and "Nurse-on-Call" Home Care, Inc., a Florida corporation | In the Circuit Court of the 18th Judicial Circuit in and for Brevard County, FL | 052008CA033127 | Douglas Martin, Esq. |
| 24 | 2/16/2010 | Maria Del Rosario Bustamante, Personal Representative of the Estates of Jesus Martinez and Jordy Martinez, Deceased, Juan Alexis Martinez, by and through his Parents and Natural guardians, Maria Del Rosario Bustamante and Juan Luis Martinez and Maria Del Rosario and Juan Luis Martinez, individually, vs. George W. Butler, III | In the Circuit Court of the 12th Judicial Circuit in and for Lee County, FL | 08CA004224 | Bruce Scheiner, Esq. |
| 25 | 2/24/2010 | MP Ives, LLC; RREEF America, LLC and RREEF Management Company, vs. D.N., a minor, by and through his father and next friend, Richard C. Niles, Jr. | In the Circuit Court of the 11th Judicial Circuit in and for Miami Dade County, FL | 0740697CA21 | Stephen L. Malove, Esq. |
| 26 | 2/24/2010 | Melanie Willis, vs. Gibson Truck & Equipment Co, Inc., John W. Gibson, and Valerie Powell Shores | In the Circuit Court of the 4th Judicial Circuit in and for Duval County, FL | 162007CA009854 | Michael Moran, Esq. |
| 27 | 3/3/2010 | Karen Robinson, Et Al, vs. John Wogan, M.D., Et Al | In the Circuit Court for Baltimore County | 03C08011439 | Philip C. Federico, Esq. |

| | | | | |
|---|---|---|---|---|
| 28 | 3/9/2010 | Andrea R. Caperna, vs. Michaels Stores, Inc., a foreign corporation, d/b/a Michaels | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA025 032 | Michael Motto, Esq. |
| 29 | 3/15/2010 | Miriam Zalez and Alejandro Zalez, her husband, vs. Wal-Mart Stores, Inc. | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502007CA012 455 | Daniel L. Kaufman, Esq. |
| 30 | 3/16/2010 | Richard Dantona, vs. Embarq Florida, Inc. and John Does 1-10, | In the Circuit Court of the 12th Judicial Circuit in and for Lee County, FL | 08-CA025967 | Douglas D. Mohney, Esq. |
| 31 | 3/17/2010 | Vassiliki Makrogianis and Casey Gaylord, vs. Target Corporation | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA036 777 | Dan Williams, Esq. |
| 32 | 3/18/2010 | Jeremy Dunlop, vs. Ryder Truck Rental, Inc., d/b/a Ryder Transportation Services, David Daniel Clarke. The Goldmaster Group Inc., Stephen Shebes, David Goldstein, Michael Masterman, and MRI Associates of America, LLC, formerly known as Landau Radiology, LLC | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502006CA001 338 | Dan Williams, Esq. |
| 33 | 3/18/2010 | Mark Allen Haley, vs. Robert Heath Trucking, Inc. and Elbert Loy Dehay | In the District Court 415th Judicial District | CV08-1788 | Michael Henry, Esq. |
| 34 | 3/22/2010 | Shari Ann Mills, vs. Vincent Miraglia, M.D.; Vincent Miraglia, M.D., PA, A Florida professional association; Michael Lustgarten, M.D., PA, a Florida profressional association; Tummalar Prasad, M.D.; Tummalar R. Prasad, M.D.,PA, a Florida professional association; Martin Memorial Hospital, Inc., a Florida not-for-profit corporation; University of Miami, a not-for-profit corporation; and Public Health Trust of Miami-Dade County, FLorida, d/b/a Jackson Memorial Hospital | In the Circuit Court of the 19th Judicial Circuit, In and for Martin County, FL | 00-521-CA | Scott Leeds, Esq. |
| 35 | 3/23/2010 | Bhupendra Patel and Alka Patel, his wife, vs. Geico General Insurance Company | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA009 594 | Sean J. Greene, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 36 | 3/24/2010 | Susan Revello, an individual, and Dorothy Revello, an individual, vs. Shawanda Rainey, an individual, and Jesse Perez, and individual | In the Circuit Court of the 18th Judicial Circuit in and for Seminole County, FL | 07-CA-1313-08-G | Brian Wilson, Esq. |
| 37 | 3/24/2010 | Damaris Gonzalez-Guerra, vs. Dermont Begley and Begley Construction, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2008CA023944MB | Rafael Roca, Esq. |
| 38 | 3/29/2010 | July Castro and Servio Castro, her husband, vs. George Kalnay | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach, FL | 502009CA019394 | Mark Clark, Esq. |
| 39 | 3/30/2010 | David Kiswani and Nora Ashdji-Kiswani, vs. Load X-Press, Inc. | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 08-10838CA | Allen Levine, Esq. |
| 40 | 3/30/2010 | Jeffrey Michael Howard, vs. Basil Palmer and Groupware International, Inc. | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-040644 | John Camillo, Esq. |
| 41 | 3/31/2010 | Maria Martinez, individually, and as parent and natural guardian of Joslyn Jimenez, a minor, vs. Steven Frank Kramer, M.D.; Irwin G. Glassman, M.D.; Glassman, Kramer & Scarff, P.C.; Valley Hospital Systems, LLC., d/b/a Valley Hospital Medical Center, Does 1 through 20, and Roe Corporations 1 through 20, inclusive | District Court Clark County, Nevada | A552696 | Jerry Wiese, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 42 | 4/1/2010 | Natasha Meeks, individually and as mother and natural guardian of Katlin M. Meeks, Kiley M. Meeks and Keira M. Meeks, her minor daughters, vs. Orange Park Medical Center, Inc; Rose Sharonn Jones, C.N.M.; Richard A. McCauley, M.D.; Eric J. Edelenbos, D.O.; Arjav A. Shah, M.D.; North Florida Obstetrical & Gynecological Associates, P.A.; James G. Nealis, M.D.; James G. Nealis, M.D., P.A.; Victor A. Maquera, M.D.; Jacksonville Neurological Clinic, P.A.; James Waters, as personal representative of the estate of R. Scott Findley, M.D., deceased; R.Scott Findley, M.D., P.A.; Dale E. Merrell, M.D.; and Borland-Groover Clinic, P.A. | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, Florida | 2007-CA-00676 | Seth A. Pajcic, Esq. |
| 43 | 4/1/2010 | Johansson Bond and Maylee Bond, his wife, vs. Ray Anthony International, LLC., and Mauricio S. Vidal | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA037452 | Freddy Rhoads, Esq. |
| 44 | 4/6/2010 | Molli-Ann Reynolds, vs. Jody R. Medeiros and Bryan Brumfield | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA033884 | Gary Iscoe, Esq. |
| 45 | 4/7/2010 | Scott E. Harbaugh and Linda E. Harbaugh, vs. Hubbard Construction Company and Douglas Clyde Williams | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2007 CA 005872 | Bernard Lebedecker, Esq. |
| 46 | 4/7/2010 | Carmen Hernandez and Clara Santos, vs. Jorel Lesage and Sun Country Citrus Hauling, Inc., a Florida Profit Corporation | In the Circuit Court of the 20th Judicial Circuit in and for Hendry County, FL | 08-1238CA | Dante Weston, Esq. |
| 47 | 4/8/2010 | Jeffrey S. Jackson, vs. Bonded Lightning Protection Services, Inc., a Florida corporation and Cole McFadden | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502007CA014562 | Michael Eriksen, Esq. |
| 48 | 4/8/2010 | Bernard Rubrecht and Caryn Rubrecht, vs. Cone Distributing, Inc. and Nicole Jean Radank | In the Circuit Court of the 5th Judicial Circuit, in and for Marion County, FL | 09-316-CA-G | Tim Prugh, Esq |

| | | | | | |
|---|---|---|---|---|---|
| 49 | 4/12/2010 | Shannon Haase and Dennis Haase, her husband, vs. Target Corporation, a Foreign corporation and Carroll's Personal Care Lawn Service, Inc., a Florida corporation and Tower Cleaning, Inc., d/b/a US Maintenance, Inc. a foreign corporation | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 08-12228 04 | Jeffrey Fox, Esq. |
| 50 | 4/15/2010 | Yahtavian Belamy, vs. Festival Fun Parks, L.L.C. d/b/a Boomers | In the Circuit Court in and for the 17th Judicial Circuit in and for Broward County, FL | 08-032734 | Bradley Edwards, Esq. |
| 51 | 4/19/2010 | George J. Coyle and Janice B. Coyle, spouse, vs. State Farm Mutual Automobile Insurance Company, a foreign corporation | In the Circuit Court in and for Highlands County, FL | GC06-745 | Timothy David, Esq. |
| 52 | 4/20/2010 | Paul Susie, Attorney-in -Fact for William Susie, Jr. vs. Samer Saiedy, M.D., et al | In the Circuit Court for Baltimore County, MD | 03-C-08-011557MM | Philip Federico, Esq. |
| 53 | 4/21/2010 | Niven Forester Anderson, and Betty Alexander-Anderson, his wife, vs. Gypsum Express Limited, Inc., a Foreign Corporation, Matthew Scott Moore, and Evet Ilene Anderson | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2008CA 028856 | Jack Hill, Esq. |
| 54 | 4/22/2010 | Lakeesha Shipman, individually and as parent and natural guardian of her minor son, Braelyn K. Hines, vs.Ahmed G. Ksaibati, M.D.; Imphinet Contracting Services, Inc.; and Galencare, Inc. d/b/a Brandon Regional Hospital | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL | 2007-CA-001309 | Rosalyn Sia Barnes, Esq. |
| 55 | 4/27/2010 | Madeline Van Sickle, a minor, by and through her next friend, Brian A. Tillema, vs. The Children's Mercy Hospital, Jennifer Johnson, M.D., Martha Duffin, D.O., Prinstine Lee, M.D., and Delise A. Filardi, M.D., | In the Circuit Court of Jackson County, Missouri at Kansas City | 0916-CV05557 | John McKay, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 56 | 4/27/2010 | Gloria Choza and Gustavo Choza, Sr, her husband, vs. Nissan North America, Inc., a foreign corporation, Nissan Motor Co., Ltd., a foreign corporation, Nissan Technical Center North America, Inc., a foreign corporation, and L.P. Evans Motors, Inc., d/b/a Maroone Nissan, a Florida corporation | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County FL | 08-60567CA13 | Stephen Rossman, Esq. |
| 57 | 5/5/2010 | Hattie Mae Jackson, vs. Allstate Insurance Ocmpany, Marble-Lite Corporation and Ramiro J. Miranda | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA014958 | Robert Reynolds, Esq. |
| 58 | 5/5/2010 | Kathryn Barry, vs. Carnival Corporation, a Panamanian corporation d/b/a "Carnival Cruise Line" and/or "Carnival" | United States District Court Southern District of Florida Miami Division | 05-22549-CIV | Michael Eriksen, Esq. |
| 59 | 5/10/2010 | Patricia Maria Botas, individually and as Personal Representative of the Estate of Alejandro Estua, Jr. Deceased, Patricia Maria Botas, as Parent and Legal Guardian of Gabriela Estua, a minor, and David Brandwein, as Personal Representative of the Estate of Alejandro Estua, vs. Michelin North America, Inc., a foreign Corporation, successor to Uniroyal Goodrich Tire Company, Inc., a Delaware corporation, f/k/a and successor to Uniroyal Goodrich Tire Company, a New York partnership, f/k/a and Successor to B.F. Goodrich Company and Uniroyal Tire Company, Inc., a foreign corporation, Michelin Americas Research & Development Corp. a Foreign corporation, General Motors Corporation, a Delaware corporation, and Abraham Chevrolet-Miami, Inc., a Delaware corporation, d/b/a Maroone Chevrolet of Miami | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 06-11013CA03 | Scott Murray, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 60 | 5/10/2010 | Doney Eden, et, al., vs. Terminal Investment Corporation a/k/a Tico Corporation, a Georgia corporation, and Teleflex Morse, a division of Teleflex Inc., a Pennsylvania corporation | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 07-12150-CA | David Deehl, Esq. |
| 61 | 5/11/2010 | Patrick M. Taggart and Sharon Taggart, his wife, vs. Edna C. Reilly | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA017 726 | Scott Smith, Esq. |
| 62 | 5/12/2010 | Roger Martinez, vs. Lake Park Auto Brokers, Inc. | Office of the Judge of Compensation Cliams | 07-015862SHP | Harvey Kaufman, Esq. |
| 63 | 5/12/2010 | John C. Greene, Jr., Josie C. Green and Cameron J. Greene, Minors, by and through their Parents and Natural Guardians, John C. Greene, Sr. and Amy Jo Greene, and John C. Greene, Sr. and Amy Jo Greene, Individually, vs. Darian James Brown and Tammy Brown individually and Tammy Brown as Personal Representative of the Estate of Lawrence E. Brown, Deceased | In the Circuit Court of the 4th Judicial Circuit in and for Duval County, FL | 2008CA2990 | Bruce Scheiner, Esq. |
| 64 | 5/17/2010 | James Hewitt and Kathleen Hewitt, his wife, vs. Archer Western Company, a foreign corporation doing business within the State of Florida | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2008CA40253 | Tracy Sharpe, Esq. |
| 65 | 5/18/2010 | Linda D. Hamilton and Darrell D. Ragston, as parents and next friends of Darian Ragston, a minor, vs. St. Luke's Community Health Services d/b/a St. Luke's Community Medical Center-The Woodlands n/k/a St. Luke's the Woodlands Hospital and Kelsey-Seybold Medical Group, P.A. d/b/a Kelsey-Seybold Clinic | In the District Court of Harris County, TX 133rd Judicial District | 2009-06022 | Robert Talaska, Esq. |
| 66 | 5/19/2010 | Brianna Kinney and Andrew DeWoody, Ind. and a/n/f of Alexa DeWoody, a minor vs. Michelle Hanes, M.D., and Memorial Hermann Hospital System d/ba Memorial Hermann The Woodlands Hospital | In the District Court of Harris County, TX 189th Judicial District | 2008-29777 | Robert Talaska, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 67 | 5/20/2010 | Francisco Peres, vs. The Related Companies, Limited Partnership, a Foreign Limited Partnership; One Parking Florida, Inc., a Foreign corporation; and IPC International Corporation, a Foreign corporation | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA003 852 | Carlos Jimenez, Esq. |
| 68 | 5/24/2010 | Gregory C. Sorrells and Linda Sorrells, vs. Alberto Montesino and Maria D. Delgado | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502004CA567 76 | Dante Weston, Esq. |
| 69 | 5/25/2010 | Donna Evans, vs. Daniel Schwab and Anita Schwab | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA020 219 | Neal Anthony, Esq. |
| 70 | 5/25/2010 | Ryan Tracy, vs. International Lifestyles, Inc., a Delaware corporation and VRL Operators, Ltd. | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502006CA005 719 | Michael Eriksen, Esq. |
| 71 | 6/1/2010 | Robert Vigil, vs. Shiraz, Inc. a Florida corporation d/b/a Hilton Palm Beach Airport Hotel, and John Dillion | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA017 728 | Todd Fronrath, Esq. |
| 72 | 6/7/2010 | Frank Gumina III, and Ellise Gumina, his wife, vs. Morgans Hotel Group Co., a Delaware Corporation, Morgans Hotel Group, LLC. A Delaware Limited Liability Company, Aquiles Rodriguez, Mario Alcantara, Luis Varga, Jhoan Durd and George Calhous | In the Circuit Court of the 11th Judicial Circuit in and for Miami Dade County, FL | 2009-42606CA13 | Ted Leopold, Esq. |
| 73 | 6/8/2010 | Joseph Oborne, vs. Leonard Joseph Kaczynski, Property and Casualty Insurance Company of Hartford, Eau Gallie Towing & Recovery, Inc. and Kirk Douglas Miller | In the Circuit Court of the 18th Judicial Circuit in and for Brevard County, State of FL | 05-2009-CA-045731 | Alfred Bell, Esq. |
| 74 | 6/9/2010 | Linda Gustas, individually, and Jeffrey Foster, as husband, vs. William R. McKay, M.D., Ricardo Matos, M.D., and Holy Cross Hospital Inc., d/b/a Holy Cross Hospital | State of Florida Division of Administrative Hearings | 10-0257MA | Paul M. Silva, M.D., J.D., Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 75 | 6/10/2010 | William Leaton, vs. Okaloosa Hospital, Inc, d/b/a Twin Cities Hospital, a Florida Corporation, Patricia Redding Pruitt, R.N., Patrick Conrad, M.D., Clark & Conrad Family Medicine, P.A., a Florida Corporation, SHG/Phyamerica Physician Services, Inc., a foreign Corporation, d/b/a Niceville Emergency Services LLC, a foreign limited liability entity, Louis Vagias, II, M.D., Walton County Emergency Medical Service; and South Walton Fire District | In the Circuit Court of the 1st Judicial Circuit, in and for Walton County, FL | 03CA000035 | William A. Norton, Esq. |
| 76 | 6/17/2010 | Jana Flaherty, vs. Jason Holeman | In the Circuit Court of the 5th Judicial Circuit in and for Citrus County, FL | 2008-CA-2209 | Robert Gregory King, Esq. |
| 77 | 6/17/2010 | Phillip Pingel, vs. Schindler Elevator Corporation, a Foreign Corporation | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2007CA00498 3 | Patrick W. Lawlor, Esq. |
| 78 | 6/21/2010 | Clyde T. Jones. Atlantic Asphalt & Equipment Co. of Florida, Inc. | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, FL | 08-24968CA11 | Bradley Edwards, Esq. |
| 79 | 6/21/2010 | Miguel Andres, vs. Central County Water Control District | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims West Palm Beach | 10-001228SHP | Richard J. Goldman, Esq. |
| 80 | 6/22/2010 | Patricia E. Stram, vs. Zurich American Insurance Company | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2009-CA+020015-0 | Kenneth McKenna, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 81 | 6/22/2010 | Morganne Smith, a Minor, By Her Next Friend and Mother, Ashleigh Haberman, vs. Spectrum Health Hospitals, a Michigan non-profit corporation, assumed name: Butterworth Hospital; Advantage Health, a Michigan nonprofit corporation, assume name: Advantage Health Physicians, P.C., a Michigan professional service corporation, assumed name; Advantage Health Physician Network; Russel D. Jelsema, M.D.; Paul C. Elsen, M.D.; and Diana L. Bitner, M.D.; Individually, Jointly and Severally, | State of Michigan, In the Circuit Court for the County of Kent | 08-13013-NH | Jesse M. Reiter, Esq. |
| 82 | 6/24/2010 | Altan J. Kaynatma by and through Martha Kaynatma, his natural Mother and Guardian, vs. Sumitomo Rubber Industries, Ltd., a Foreign Corporation, Port Consolidated, Inc., a Florida Corporation | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 08-38042CACE14 | Debi Chalik, Esq. |
| 83 | 6/28/2010 | Walter Scott Hall and Loreena Hall, his wife, vs. IPROC Palm Beach, LLC. | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2009CA004642 | Joseph Landy, Esq. |
| 84 | 6/28/2010 | Stephen Kirby and Meredith Kirby, individually and as parents and natural guardians of their minor and dependent child, Harper Kirby, vs. University of South Florida Board of Trustees | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL | 08-CA-27501 | John A. Shipley, Esq. |
| 85 | 6/29/2010 | Franklin Todd Marchant and Deana Marchant, indiviually and as parents and natural guardians of Tanner Marchant, a minor, vs. Daniel L. Thorton, M.D. | In the Circuit Court of the 19th Judicial Circuit, in and for Indian River County, FL | 20091203CA11 | John A. Shipley, Esq. |
| 86 | 6/30/2010 | For the Benefit of the Estate of Jonathan Emmanuel, Deceased; Rose May Fleurime, surviving Mother, and Danilo Emmanuel, surviving Father, vs. Ford Motor Company, and Koons Ford, LLC, d/b/a World Ford of Pembroke Pines | In the Circuit Court of the 17th Judicial Circuit, in and for Broward County, FL | 07-2239213 | Steven Rossman, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 87 | 7/1/2010 | John Jeffrey Fuller and Ivette Fuller, his wife, vs. Orlando Regional Healthcare Systems, Inc., d/b/a Orlando Regional Medical Center | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2006-CA-008505 | William Ruffier, Esq. |
| 88 | 7/7/2010 | Ronald J. Oddo, vs. Superior Electric of South Florida, Inc., a Florida for profit corporation, and Paul V. Perini | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA020477 | Scott Smith, Esq. |
| 89 | 7/7/2010 | Robert Spencer, vs. Daniel Schwab | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA020218 | Neil P. Anthony, Esq. |
| 90 | 7/8/2010 | Franklin Todd Marchant and Deana Marchant, indiviually and as parents and natural guardians of Tanner Marchant, a minor, vs. Daniel L. Thorton, M.D. | In the Circuit Court of the 19th Judicial Circuit in and for Indian River County, FL | 20091203CA11 | John A. Shipley, Esq. |
| 91 | 7/8/2010 | State of Florida, vs. Sataria Latrail Haliburton | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2008CF013045AMB | Kevin Anderson, Esq. |
| 92 | 7/12/2010 | Carol Durocher and Michel Durocher, her husband, vs. Al Behrendt Enterprises, Inc. A Florida corporation, d/b/a Dania Beach Marine Flea Market and Marine Power Holding, LLC, a foreign corporation | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-035257 | Alon Barzakay, Esq. |
| 93 | 7/13/2010 | James L. Delp and Debra T. Delp, his wife, vs. Paola Ortiz | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 2009-CA-007022 | Seth A. Pajcic, Esq. |
| 94 | 7/14/2010 | Amanda Howton, John Howton, vs. Medtronic, Inc., Stuart Ison, Peter Lotze, M.D. | In the District Court of Harris County, TX | 2009-47341 | H.C. Chang, Esq. |
| 95 | 7/15/2010 | Faye Campagna, vs. Susan Koger and Kim Koger | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA033005 | Diran V. Seropian, Esq. |
| 96 | 7/19/2010 | Eileen Robinson and Todd Robinson, her spouse, vs. Ford Motor Company and Florida Department of Transportation | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL | 05-CA-1729 | Gene Odom, Esq. |
| 97 | 7/20/2010 | Julie Van Orman and Walter Nicholls individually, and on behalf of, Madison Nicholls, a minor, vs. Cape Canaveral Hospital, Inc., d/b/a Cape Canaveral Hospital and Vanessa Dance, M.D., | In the 18th Judicial Circuit in and for Brevard County, FL | 05-20-09-CA-006637 | Maria Tejedor, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 98 | 7/22/2010 | Mark Anthony Queen, vs. Healthsouth Corporation, a foreign corporation doing business as Healthsouth Sports Medicine & Rehabilitation Center of Eau Gallie and Jennifer A. Seningen | In the Circuit Court in and for Brevard County, FL | 05-2004-CA-009954 | Robert J. Telfer, Jr. Esq. |
| 99 | 7/27/2010 | David Beall, vs. Big Time Restaurant Group Corp. and Grupo Kettal North America, Inc. | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA004783 | Thomas Robes, Esq. |
| 100 | 7/27/2010 | Deanne Schapell Gillett, individually and her husband, John Gillett, individually; and John Gillett, as natural father, legal guardian, and next friend of Ashley Kaye Gillett; Byron John Gillett; and Charlotte Rae Gillett, vs. Norman Moore, and Enterprise Leasing Company, a Florida corporation | In the Circuit Court of the 6th Judicial Circuit in and for Pinellas County, FL | 522002CA009195 | Wesley Straw, Esq. |
| 101 | 7/28/2010 | Clotilde Pecou, legal guardian and Mother of Tshaka Matthews, an incapacitated adult, vs. Dimensions Health Corporation d/b/a Prince George's Hospital, et al., | In the Circuit Court for Prince George's County, Maryland | CAL09-23614 | Karen E. Evans, Esq. |
| 102 | 7/28/2010 | Dennis Sullivan, vs.Standard Parking Corporation, a foreign for profit corporation,and Samuel Holmes | In the Circuit Court of the 5th Judicial Circuit, in and for St. Johns County, FL | CA-09-1742 | Curry G. Pajcic, Esq. |
| 103 | 7/29/2010 | Donna Modjeski and Mark Modjeski, her husband, vs. William J. Quartuccio, M.D., Florida Gulf-To-Bay Anesthesiology Associates, P.A., and Florida Orthopaedic Institute Surgery Center, LLC., | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL | 08-28045 | David Tirella, Esq. |
| 104 | 7/30/2010 | Angela Riley, vs. Palm Beach Gardens Towing Corp., a Florida Corporation, and Joseph A. Dittmyre | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502007CA14988 | Phillips Paul O'Shaughnessy, Esq. |
| 105 | 8/3/2010 | Addie Owens Sr. and Marcia Owens, his wife, vs. Michael G. Hill, M.D., Michael G. Hill, M.D., P.A., Brian Benson, PA-C, and Leesburg Regional Medical Center, Inc., | In the Circuit Court of the 5th Judicial Circuit, in and for Lake County, FL | 08CA4609 | Grant A. Kuvin, Esq. |

| 106 | 8/5/2010 | Ersie Puckett, vs. Appalachian Regional Healthcare Inc. d/b/a Williamson Arh Hospital | Commonwealth of Kentucky Pike Circuit Court | 09-CI-00585 | Gary Johnson, Esq. |
|-----|----------|---------------------------------------------------------------------------|-------------------------------------------|-------------|---------------------|
| 107 | 8/5/2010 | Christina Kegley, et al., (Isaiah Czerwinski), vs. Johns Hopkins Hospital, et, al | In the Circuit Court for Baltimore City | 24-C-09-005517 | Keith Forman, Esq. |
| 108 | 8/6/2010 | Tony Robinson and Kimberly Robinson, his wife, vs. L & W Supply Corporation d/b/a Seacoast Supply and Stephen Andrew Barsano | In the Circuit Court of the 15th Judicial Circuit in and for Indian River County, FL | 20071480CA1 0 | Lorenzo Williams, Esq. |
| 109 | 8/9/2010 | Lisen Allocca, vs. Raymond A. Norkus, Jr., and Sharon M. Norkus, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2009-CA-043544 | Alejandro Casas, Esq. |
| 110 | 8/9/2010 | Saron Senai, a minor, by and through her parents and next friends Hiwett Temelso and Hagos Senai, et, al. vs. Washington Hospital Center, Inc. | In the Superior Court of the District of Columbia | 2009CA00214 4 | H. Briggs Bedigian, Esq. |
| 111 | 8/10/2010 | William Fanning, vs. Samuel Kaplan, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502009CA043 386 | Daniel Britto, Esq. |
| 112 | 8/10/2010 | Mikayla Glacken, a minor, by and through her Parents and Next Friends, Wendy and Gary Glacken, et al, vs. Jon C. Love, M.D., | In the Circuit Court for Baltimore City, MD | 24-C-09-006213 | H. Briggs Bedigian, Esq. |
| 113 | 8/11/2010 | Kathy Farlin, vs. Chad Paschall, M.D., and Medical Associates of Northwest Arkansas, P.A., d/b/a Fayetteville Diagnostic Clinic, Ltd. | In the Circuit Court of Washington County, Arkansas | CV-2007-2817-2 | Paul Ford, Esq. |

| 114 | 8/12/2010 | Pacific Guardianship Services and Christopher E. Neil, as Guardian of Donald Goodin, individually; and Donald Goodin as Parent/Guardian of Joseph Goodin and Kassandra Goodin, individually-minor children, vs. Kone, Inc., a Washington corporation, and a subsidiary of Kone Corporation; Continental Properties, Inc., a Washington Corporation; 9th and Virginia, LLC, a Washington Corporation; D.B. Real Estate Global Opportunities Group, a subsidiary of Deutsche Asset Management and Deutsche Bank; "John Doe" Corporations 1-10; and "John Does" 1-10 | In the Superior Court of the State of Washington in and for the County of King | 07-2-15344-6 | Charles Allen, Esq. |
| 115 | 8/16/2010 | Giulia DaSilva, an infant by her Guardian Ad Litem Tatiane DaSilva, and Tatiane DaSilva and Reginaldo DaSilva, individually, vs. Hackensack University Medical Center, University of Medicine and Dentistry of New Jersey, Azer Alizade, M.D., Dr. Sauci, Dr. Waleed Abdel Ghani, MaryAnn Monaco, R.N. John Does, M.D. 1-5 and Jane Does, R.N. 1-5 (a class of fictitiously named defendants), and Doe Physician Group, PA or Doe Physician Group, PC or Doe Managed Care Company, et al. | Superior Court Hudson County, NJ | HUD-L-2350-08 | Michael Zerres, Esq. |
| 116 | 8/18/2010 | Todor Todorov, vs. Continental Group, Ltd | State of Florida Division of Administrative Hearings Office of the Judges of Compensation Claims District Fort Lauderdale | 07-036009GBH | William N.Hutchinson Jr. Esq. |
| 117 | 8/19/2010 | Roguelio Mercado, vs. Robert D. Longbottom | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2009CA039553 | Darryl Lewis, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 118 | 8/20/2010 | Cory Boisvert, vs. Gary S. Lesser | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 052008CA034489 | Julie A. Hager, Esq. |
| 119 | 8/23/2010 | Richard Conover, vs. The Sharper Image and Travelers Insurance Company | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims-District-WPB | 07-016335 | Louis P. Pfeffer, Esq. |
| 120 | 8/23/2010 | Anthony Hurge and Patricia Hurge, his wife, vs. Consolidated Container Company, LP a Foreign Limited Partnership and National Freight, Inc., a Foreign Corporation | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 08-CA-5279 | Jack Hill, Esq. |
| 121 | 8/24/2010 | Patricia Frehse, vs. Ahtna Technical Services, Inc. | United Stated District Court Southern District of Florida - Miami Division | 1:09-CV-23621 | Bradley J. Kaplan, Esq. |
| 122 | 8/25/2010 | Paul Bell, vs. Johnson Controls, Inc. and Underwriters Safety & Claims, Inc., | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims - WPB | 09-031239 | Jane Robin Wender, Esq. |
| 123 | 8/25/2010 | Ayn Patrick, vs. Allstate Insurance Company | In the Circuit of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA009117 | Linnes Finney, Jr., Esq. |
| 124 | 8/25/2010 | Antonio Acevedo, individually, and as next friend and natural guardian of Leyti Guadalupe Acevedo, vs. GGR, LLC and Danny Gilileo | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 07-08911-CA-04 | Ronald D. Rodman, Esq. |
| 125 | 8/25/2010 | Felicia Fagelson-Ciancio, vs. Belvedere Investment Associates, LLC, a Florida Limited Liability Company, and Servico Centre Associates, LTD. d/b/a Crowne Plaza West Palm, Beach Hotel | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2008CA038358 | Raymond Christian, Esq. |
| 126 | 8/26/2010 | Deanne Schapell Gillett, individually and her husband, John Gillett, individually; and John Gillett, as natural father, legal guardian, and next friend of Ashley Kaye Gillett; Byron John Gillett; and Charlotte Rae Gillett, vs. Norman Moore, and Enterprise Leasing Company, a Florida corporation | In the Circuit Court of the 6th Judicial Circuit in and for Pinellas County, FL | 522002CA009195 | Wesley Straw, Esq. |

| | | | | |
|---|---|---|---|---|
| 127 | 8/26/2010 | Bryanna Pearl Baker, vs. Stephanie Hedstrom, M.D.; San Miguel Hospital Corp, d/b/a Alta Vista Regional Hospital; et al. | 4th Judicial District Court County of San Miguel State of New Mexico | D-412-CV-2008-00049 | Gregory R. Kauffman, Esq |
| 128 | 8/27/2010 | Hattie Mae Jackson, vs. Allstate Insurance Company, Marble-Lite Corporation and Ramiro J. Miranda | In the Circuit Court 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA014958 | Robert Reynolds, Esq. |
| 129 | 8/30/2010 | James D. Gonsalves and Denise Gonsalves, husband and wife, vs. KB Home Florida, LLC, et, al., | In the Circuit Court of the 9th Judicial Circuit in and for Osceola County, FL | CI06-ON-001222 | Katherine E. McKinley, Esq. |
| 130 | 8/31/2010 | Natasha T. Lambert, individually, and as natural parent of Yanique Lambert and Yasmyn Lambert, vs. Inverrary Gardens Master Association, Inc., a Florida corporation, d/b/a, Inverrary Gardens, Ceebraid-Signal Management Group, Ltd., a Florida corporation, Ceebraid-Signal Corporation, a Florida corporation, CSC Inverrary Gardens, Ltd., a Florida corporation, Capitol Guard Corporation, a Florida corporation, Advanced Management Services, Inc., a Florida corporation, and Ceebraid-Signal Florida Management, a Florida limited partnership | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 04-09433 | Louis R. Battista, Esq. |
| 131 | 8/31/2010 | Shirley Dunkley and Yvonne Williams Dunkley, Individualy and on behalf of Kerin Dunkley, a minor, vs. Adventist Healthcare Systems/Sunbelt, Inc., d/b/a Florida Hospital Celebration, Celebration Obstetrics and Gynecology Associates, P.A., and Mark Crider, M.D., | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2009-CA-028344 | Maria Tejedor, Esq. |
| 132 | 9/23/2010 | Minnie Guider, vs. Intramed, Inc., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-68777 | Todd McPherlin, Esq. |
| 133 | 10/4/2010 | Sherri Dilorenzo, vs. John Rinker, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA016082AB | Shannon Perez, Esq. |
| 134 | 10/4/2010 | Brian Coffey and Wendy Coffey, his wife, vs. Gemaire Distributors, LLC | In the Circuit Court of the 12th Judicial Circuit in and for Sarasota County, FL | 2009CA20471NC | Kevin Smith, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 135 | 10/4/2010 | Karen Monsalve, vs. Hartford Fire Insurance Company and Montroe County Sheriff's Department, a governmental entity of the State of Florida | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-05999013 | Bryan W. Crews, Esq. |
| 136 | 10/5/2010 | Jacob Jones, vs. Florida Annual Conference of the United Methodist Church, Inc., a Florida corporation, Riverside Park United Methodist Church, Inc., a Florida Corporation, and Northeast District Florida Annual Conference, United Methodist Church, Inc., a Florida Corporation | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 2009-CA-018733-MA | David Dunlap, Esq. |
| 137 | 10/5/2010 | Elizabeth Grohman, et al., vs. St. Joseph Medical Center, Inc. | In the Circuit Court for Baltimore County, MD | 03-C-09-007636MM | H. Briggs Bedigian, Esq. |
| 138 | 10/6/2010 | Carmen M. Rivera, vs. Willie L. Robinson and Mark McCann's Trucking, Inc., jointly and severally | In the Circuit Court of the 12th Judicial Circuit in and for Lee County, FL | 05-CA-003773 | Douglas D. Mohney, Esq. |
| 139 | 10/6/2010 | Nora Bodner, vs. Walgreens | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "West Palm Beach" | 09-029439SHP | Lorri M. Kennedy, Esq. |
| 140 | 10/6/2010 | Mehrdad Eskandary, et, al. vs. Reiter, Hill & Johnson, PLLC, et al., | In the Circuit Court for Montgomery County, MD | 317916-V | Paul M. D'Amore, Esq. |
| 141 | 10/7/2010 | Alvin K. Heumann, vs. Johnson Controls, Inc. and Lindsay C. Drake, | In the superior Court of Fulton County State of Georgia | 09CV171172 | Lloyd Frischhertz, Esq. |
| 142 | 10/8/2010 | Marissa Stone, a minor, by and through her parents and natural guardians, Vance and Carol Stone, and Vance and Carol Stone, individually, vs.Walt Disney World Hospitality & Recreation Corporation | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2007-CA-1003-0 | Michael Davis, Esq. |
| 143 | 10/8/2010 | Victor Saul Leon, vs. Altec Roofing, Inc. | State of Florida Division of Administrative Hearings Office of the Judges of Compensation Claims Port Saint Lucie District Office | 06-015113 | Neal Ganon, Esq. |
| 144 | 10/11/2010 | Maria Argento, an individual, vs. Super King Buffet Miami, Inc., a Florida Corporation | The Circuit Court of the 11th Judicial Circuit, in and for Miami Dade County, FL | 08-81331CA05 | Dan Cytryn Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 145 | 10/12/2010 | Debbie Spooner, vs. Pompys Typesetting and Print | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "Fort Lauderdale" | 98-029221KSP | Jason G. Barnett, Esq. |
| 146 | 10/20/2010 | Alexis Dunston and Anthony Minter, Parents and Next Friends of Amir Dunston, Infant, et al, vs. Agnes L. Daliva, M.D., et al | In the Circuit Court for Cecil County, MD | 07-C-09-000377 | Philip C. Federico, Esq. |
| 147 | 10/21/2010 | Christi Michos, vs. Craig Byrum and Colin Byrum | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA019890 | Lake H. Lytal, Esq. |
| 148 | 10/21/2010 | Lucas Opper, vs. Rafael Ortiz Ramos and Cemex, Inc.,a Texas Corporation | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 07-CA-002628 | Joseph Viacava, Esq. |
| 149 | 10/21/2010 | Juan Allen Walker, vs. Eagle Engineering & Land Development, Inc., a Florida corporation, David Humphrey, individually and as an employee/agent of Eagle Engineering & Land Development, Inc., | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 08-CA-003047 | Edward O'Hara, Esq. |
| 150 | 10/23/2010 | Janine Santiago, vs. Mier Abramovitz | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2008-CA-035237-AO | Dewey Varner, Esq. |
| 151 | 10/25/2010 | Edward W. McCoy and Sandra McCoy, his wife. vs. Southern Baptist Hospital of Florida, Inc., d/b/a Baptist Medical Center South; James C. Lovett, Jr., M.D., Emergency Physicians, Inc., d/b/a Emergency Resources Group; Raymond F. Silbar, M.D., Baptist Primary Care, Inc., and Morteza G. Yavari, M.D., | In the Circuit Court for the 4th Judicial Circuit, ;in and for Duval County, FL | 16-2009-CA-08975 | Steve Pajcic, III, Esq. |
| 152 | 10/26/2010 | Orlando De La Cruz, vs. Republic Services of Florida, LP, d/b/a Sunburst Sanitation, a Florida Corporation and Andres Rull Conception, Jacinto Brito and Waste Collection | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA001493 | Ethan M. Wayne, Esq. |
| 153 | 10/26/2010 | Pablo Hernandez, Sr., Brittany Hernandez and Pablo and Brittany Hernandez, on Behalf of their Minor Child Pablo Hernandez, Jr., | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL | 07-13568 | Kimberly Kohn, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 154 | 10/272010 | Eddie Hoggins, vs. Bodax Foundations | State of Florida Division of Administrative Hearings Office of Judge of Compensation Claims | 05-024348SHP | William N.Hutchinson Jr. Esq. |
| 155 | 10/29/2010 | Gina Suarez and William Fernandez, her husband, vs. Panera, LLC., | United States District Court Southern District of Florida | 20854-AJ | Justin Leto, Esq. |
| 156 | 11/1/2010 | In the matter of Arbitration between Ishmel Richards, and Royal Caribbean Cruises, LTD., | International Centre for Dispute Resolution, New York, New York | 50170T0045808 | James M. Walker, Esq. |
| 157 | 11/1/2010 | Michael Rosbrough and Linda Rosbrough, vs. Dwight Thrasher and Barloworld Handling, LLC., a Foreign corporation, f/k/a | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA009122 | Trey Lytal, Esq. |
| 158 | 11/2/2010 | Avery M. Brinkley, vs. Vulcan Materials, Inc./Florida Rock Industries, | State of Florida Division of Administrative Hearings Office of the Judges of Compensation Claims Fort Myers District Office | 09-011802KAS | Stephanie A. Brunner, Esq. |
| 159 | 11/16/2010 | Roman Vonkomarnicki, III, vs. A&G Concrete Pools, Inc. and James E. Preece, | In the Circuit Court in and for Indian River County, FL | 3120-09-CA01-1849 | Steve Mitchell, Esq. |
| 160 | 11/17/2010 | Benito Chiara, Jr., vs. Aramark/Palm Beach County Convention Center | State of Florida Division of Administrative Hearings Office of Judge of Compensation Claims District - WPB | 10-001408TMB | Marcos Gonzalez, Esq. |
| 161 | 11/18/2010 | Felicia Fagelson-Ciancio, vs. Advanced Mgmt. Inc./Flood Zone Correction and Chubb Insurance (Carrier #1)/ Amtrust North American, Inc. (Carrier #2) | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District - WPB | 09-014362MAD | Louis P. Pfeffer, Esq. |
| 162 | 11/22/2010 | Frances A. Caliaro, vs. Kyle Irvin, a minor, by and through his parent and natural guardian, Frank E. Irvin, Frank E. Irvin, individually and State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 08-CA-026281 | Bruce Scheiner, Esq. |
| 163 | 11/29/2010 | Jason Ho, vs. Tri County Sweeping Services, Inc. and Noder Thomas, individually, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 06-10453CA22 | Bruce Scheiner, Esq. |
| 164 | 11/29/2010 | Jay Thomas Phipps, vs. Resolve Salvage, Inc. d/b/a Resolve Operating Services, a Florida corporation; and Resolve Opa, Inc. a Florida corporation, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 08-13973-13 | Stephen Malove, Esq. |

| | | | | |
|---|---|---|---|---|
| 165 | 12/8/2010 | Cheryl Risse, vs. Florida East Coast Railway, L.L.C., f/k/a Florida East Coast Railway Company, Nicholas Mayer, and John Gardiner; and J.F.Bishop, | In the Circuit Court of the 17th Judicial Circuit, in and for Broward County, FL | 822743 | Stephen L. Malove, Esq. |
| 166 | 12/8/2010 | Kecia Huckleby, John Huckleby, and Rhonda Huckleby, vs. Mark Masters, John T. Lee, John T. Lee, Inc., a Georgia Corporation, Chandler J. Crumbley, and the Florida Department of Transportation, an agency of the State of Florida, | In the Circuit Court for the 4th Judicial Circuit in and for Nassau County, FL | 06-CA-118 | Robert J. Link, Esq. |
| 167 | 12/9/2010 | Tracee D. Vogel, vs. David Hutchings, individually, and Target Corporation, a foreign corporation-for-profit, d/b/a Target, | In the Circuit Court of the 19th Judicial Circuit in and for Indian River County, FL | 312009CA012 549 | Jeffrey Rollins, Esq. |
| 168 | 12/14/2010 | Teresa DiLorenzo,, vs. Continental Florida Materials, Inc., a Florida corporation, and Willie Jackson, individually, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502009CA033 797 | Jeffrey Rollins, Esq. |
| 169 | 12/14/2010 | Jazminda Rodriguez Rivera, vs. Darren R. Peterson | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA000 176 | Preston Scheiner, Esq. |
| 170 | 12/15/2010 | Felicia Fagelson-Ciancio, vs. Advanced Mgmt. Inc./Flood Zone Correction and Amtrust North America, Inc. | State of Florida Division of Administrative Hearings Office of Judge of Compensation Claims - District - West Palm Beach | 09-014362 | Louis P. Pfeffer, Esq. |
| 171 | 12/16/2010 | Mark and Kimberly Campo, individually and as parents and natural guardians of Kayla Campo, Alexa Rodriguez and Kobe Rodriguez | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA012 305 | Lance Ivey, Esq. |
| 172 | 12/16/2010 | Gary Garoutte and Laurie Garoutte, his wife, vs. Tamara Jacobson, individually and as parent and natural guardian of Benjamin Jacobson and Community Asphalt | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502007CA018 366 | William McAfee, Esq. |
| 173 | 12/21/2010 | Ben Grauer, vs. Britt Baker and Mathew Baker, | In the Iowa District Court in and for Warren County | LA32414 | Gregory W. Landry, Esq. |
| 174 | 12/21/2010 | Melanie DeAngelis, vs. Coast to Coast Fire Protection, Inc.; and Damian Smith | 6th Judicial Circuit Court, Pasco County, FL | 51-2010CA-817-ES | James W. Holliday, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 175 | 12/22/2010 | Todd Alan Kocher, vs. DLC of Palm Beach Co. and Chartis | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims - West Palm Beach District Office | 10-013768 | Jane-Robin Wender, Esq. |
| 176 | 12/27/2010 | Neyssa Ortiz, vs. Concrete Products Transport Corporation, and Maximo Perez | In the Circuit Court for the 11th Judicial Circuit in and fro Miami-Dade County, FL | 05-4962-CA-22 | Bruce Scheiner, Esq. |
| 177 | 12/28/2010 | Kelly Burrs, et al., vs. Walgreen Co., | United States District Court Southern District of FL | 10-80436 | Shannon Mahoney, Esq. |
| 178 | 12/29/2010 | David Rintel and Cindy Rintel, Husband and Wife, vs. Underground Construction Management, Inc., Et Al., | In the Circuit Court of the 19th Judicial Circuit, In and for Martin County, FL | 06-440CA | Jeff D. Vastola, Esq. |
| 179 | 1/3/2011 | Mary Jane David, vs. James R. Knudsen, as Administrator of the Estate of John Legallo, Deceased; and James Carlton; and Sun Fresh Farms, Inc., | In the Circuit Court of the 20th Judicial Circuit in and for Charlotte County, FL | 10-1258-CA | James M. Scarmozzino, Esq. |
| 180 | 1/3/2011 | Rick Prinzing, vs. Matrix Employee Leasing/MDL Property/Alliance Steel and United Self Insured Services | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "WPB" | 09-024693TMB | Melinda R. Shabka, Esq. |
| 181 | 1/4/2011 | Laurie Suquet, a single woman, vs. Southern Waste Systems, LLC., and Rickie Lee Mann, Jr., individually | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502006CA009364 | David Prather, Esq. |
| 182 | 1/14/2011 | Kim Logan, as Legal Guardian for James O. Gumm, Jr., and Kentucky Cabinet for Health & Family Services, and University of Kentucky and Kentucky Medical Services Foundation, vs. Cooper Tire & Rubber Company | In the United States District Court for the Eastern District of Kentucky Central Division at Lexington | 5:10-CV-00003-KSF | Wesley Ball, Esq. |
| 183 | 1/14/2011 | Mahmoud A. Hamed; Aly Hamed and May Hamed, both individually and in their capacity as parents and guardians of Mahmoud Hamed, vs. Joel Schur | In the General Court of Justice Superior Court Division, Cumberland, North Carolina | 2010CVS113 | William O. Richardson, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 184 | 1/17/2011 | Jackson & Nelle C. Jackson, both Individually and in their capacity as Parents and Guardians of Joshua D. Jackson, vs. Cumberland County Board of Education also known as and/or operating as the Cumberland County School District and/or Cumberland County School System, and C. Daniel Wyke, Individually and in his | In the General Court of Justice Superior Court Division, State of North Carolina | 09 CVS 5306 | William Richardson, Esq. |
| 185 | 1/18/2011 | Frank Cornelius and Sharon Cornelius, his wife, vs. Coast Guard Exchange System | United States District Court Southern District of Florida | 09-CV-60567 | Joseph J. Rinaldi, Jr., Esq. |
| 186 | 1/19/2011 | Paula Russo and Kenneth Russo, vs. Leo Hoddenbach and Victoria Hoddenbach, individually, and d/b/a Victorian Shopping Plaza | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502008CA034482 | Spencer T.Kuvin, Esq. |
| 187 | 1/19/2011 | Yahtavian Belamy, vs. Festival Fun Parks, L.L.C. d/b/a Boomers | In the Circuit Court in and for the 17th Judicial Circuit in and for Broward County, FL | 08-032734(08) | Bradley Edwards, Esq. |
| 188 | 1/24/2011 | Brenda White, vs. James Weaver, M.D., and Monsour, Weaver, & Leb, P.A., | State of Florida Division of Administrative Hearings | 10-5923MA | David W. Spicer, Esq. |
| 189 | 1/25/2011 | Patricia Frederick and Roberto Faxas, her husband, vs. Howard M. Braver, M.D., Howard M. Braver, M.D., Inc.; Beth and Howard Braver, M.D., P.A.; Richard G. Cartledge, M.D., and South Florida Cardiothoracic and Vascular Surgery, P.L., | In the Circuit Court of the 17th Judicial Circuit, in and for Broward County, FL | 09-057561(14) | Eugene K. Pettis, Esq. |
| 190 | 1/25/2011 | William C. Dear, vs. National Car Rental; National Rental (US), Inc.; Vanguard Car Rental USA, Inc.; Vanguard Trademark Holdings USA LLC; and Leclair Valmir, | In The Circuit Court of the 11th Judicial Circuit, in and for Dade County, Florida | 09-22312CA30 | Fred W. Mattlin, Esq |
| 191 | 1/26/2011 | Efrain Pagan, vs. Obenour Roofing | State of Florida Division of Administrative Hearings Office of Judge of Compensation Claims | 03-047496SMS | Mario R. Arango, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 192 | 1/26/2011 | Elvin Becukic, by and through his next friend, Hata Dzananovic, vs. SSM Cardinal Glennon Children's Hospital d/b/a SSM Cardinal Glennon Medical Center | Missouri Circuit Court 22nd Judicial Circuit (St. Louis City) | 0822-CC07697 | Brad Bradshaw, Esq. |
| 193 | 1/28/2011 | Debora Byrd and Charles Byrd, her husband, vs. Rosario Zocco and Alba Zocco, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA004 240 | Todd Fronrath, Esq. |
| 194 | 1/28/2011 | Bruce Sampson and Donna Sampson, his wife, vs. Alan Holz, M.D., Radiology Associates of Hollywood, P.A., Alan Novick, M.D., Alan Novick, M.D., P.A., Scott D. Kazdan, D.O. and Scott D. Kazdan, D.O., P.A., Gurbachan Pal Singh Soni, Gurbachan Pal Singh Soni, M.D., P.A.; South Broward Hospital District, d/b/a Memorial Regional Hospital, Fahim A. Habib, University of Miami, d/b/a Miller School of Medicine | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 06-014491(26) | Milton Blout, Esq. |
| 195 | 1/31/2011 | Kim Payne and Theopsis Payne, Jr. vs. Dorsey Excavating, Inc., and Ted M. Leach, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 07-CA-018524 | Bruce Scheiner, Esq. |
| 196 | 2/1/2011 | Susan Ferris-Repp and Alex Repp, individually and as Husband and Wife, vs. GMRI, Inc, d/b/a Red Lobster, a Florida Corporation; Does IV-V and Roe Corporations I-V, inclusive, | District Court Clark County, Nevada | A574006 | Leah A. Martin, Esq. |
| 197 | 2/14/2011 | Eric Johnson, vs. Rood Landscape, Inc., A Florida Corporation, and Juan Zuniga | In the Circuit Court of the 19th Judicial Circuit of Florida, in and for Martin County, FL | 10-1295CA | Jeanmarie Whalen, Esq. |
| 198 | 2/15/2011 | Stephanie Aquilla, individually and as Parent, natural guardian and next friend of Mackenzie Aquila, a minor child, vs. Brisk Transportation, L.P., Steven Melancon, John Vidourek, Kenneth Fahy, John Fahy, and Kathleen Fahy, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 06-1660102 | Arvid Peterson, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 199 | 2/17/2011 | John O. Lightsey, Jr., vs. Crumbly Bros., Inc and Juan Callejas-Mejia | Circuit Court in and for Polk County, FL | 53-2101CA-004927 | R. Kent Lilly, Esq. |
| 200 | 2/17/2011 | Catherine Koch, vs. State Farm Mutual Automobile Insurance Co. | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA027896 | J. Freddy Rhoads, Esq. |
| 201 | 2/18/2011 | David Darrow, vs. Adventist Health Systems/Sunbelt, Inc., | In the Circuit Court of the 9th Judicial Circuit, in and for Orange County, FL | 48-2009-CA-004897 | Ward Caggiano, Esq. |
| 202 | 2/21/2011 | Connie English and John English, individually and on behalf of their minor children Stran English and Sterlin English, vs. Women's Specialists of New Mexico, Ltd.; Presbyterian Healthcare Services, a New Mexico corporation, d/b/a Presbyterian Hospital; Consuelo Carmona, M.D.; James Wurzel, M.D.; Elizabeth Garcia, M.D., and Alana Williams, M.D., | State of New Mexico County of Valencia 13th Judicial District Court | D1314CV-08-1234 | Kathleen Love, Esq. |
| 203 | 2/21/2011 | Virginia Carithers, vs. Thelma A. Norton, | In the Circuit Court for the 9th Judicial Circuit in and for Orange County, FL | 2010-CA-14019 | Robert Melton, Esq. |
| 204 | 2/21/2011 | Mary Skogebo, vs. Lorena A. Villa-Villacis and Julio C. Villaalvaro, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 09-CA-002328 | Kevin Smith, Esq. |
| 205 | 2/28/2011 | Nancy Firpo, vs. Air and Sea Rent-A-Car-Inc., and April Kidwell | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 904514005 | Kevin Smith, Esq. |
| 206 | 3/2/2011 | Anthony DeRosa, vs. Hollywood Medical Center, Inc.; Waddah Allaf, M.D.; et al., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 08-11184(02) | Scott McCullough, Esq. |
| 207 | 3/7/2011 | Debra A. Dimarzo, vs. CS Hospitality LLC. d/b/a Hilton Hotel of Deerfield Beach, Florida, a foreign corporation, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-028924(03) | J.D. Lewis, III, Esq. |
| 208 | 3/7/2011 | Connie English and John English, individually and on behalf of their minor children Stran English and Sterlin English, vs. Women's Specialists of New Mexico, Ltd.; Presbyterian Healthcare Services, a New Mexico corporation, d/b/a Presbyterian Hospital; Co; Consuelo Carmona, M.D.; James Wurzel, M.D.; Elizabeth Garcia, M.D., and Alana Williams, M.D., | State of New Mexico County of Valencia 13th Judicial District Court | D1314CV-08-1234 | Kathleen Love, Esq. |

| 209 | 3/9/2011 | Kim Logan, as Legal Guardian for James O. Gumm, Jr., and Kentucky Cabinet for Health & Family Services, and University of Kentucky and Kentucky Medical Services Foundation, vs. Cooper Tire & Rubber Company | In the United States District Court for the Eastern District of Kentucky Central Division at Lexington | 5:10-CV-00003-KSF | Wesley Ball, Esq. |
|---|---|---|---|---|---|
| 210 | 3/10/2011 | Dennis Murphy, as conservator for Maria Rivera, and Joe Rivera, vs. Sara Lee Corporation, a Maryland corporation, Sara Lee Bakery Group, Inc., a Delaware Corporation, Earthgrains Baking Companies, Inc., a Delaware corporation, Holsum Bakers, Inc., a New Mexico corporation and Jacqueline Gallegos, In her individual and employee capacity, | State of New Mexico County of Santa Fe 1st Judicial District Court | D101-CV-2009-02684 | Allegra Carpenter, Esq. |
| 211 | 3/14/2011 | Andrea McMillan, as attorney-in-fact pursuant to power of attorney on behalf of Christopher J. McMillan, vs. Michael T. Donohue; David L. Crusie; Superior Installation Network, Inc; and Ryder Truck Rental, Ltd., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2003CA005157AA | Darryl Lewis, Esq. |
| 212 | 3/15/2011 | Connie Noto, vs. Gerald Halpern | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA009823 | Brian Denney, Esq. |
| 213 | 3/22/2011 | Gloria Chatman, vs. State of Florida Department of Corrections and Division of Risk Management, | State of Florida Division of Administrative Hearings Office of the Judges of Compensation Claims, Ft Lauderdale District Office | 07-008991 | William Hutchinson, Esq. |
| 214 | 3/22/2011 | David Bowdler, vs. State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 09-CA-003708 | Randall Spivey, Esq. |
| 215 | 3/23/2011 | Anna Tatakis, vs. Wendy Mae Chambers | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 09-83847CA-01 | Stewart Greenberg, Esq. |
| 216 | 3/24/2011 | Charles T. Maddox, vs. Jill D. Manville and Compass Group USA, Inc., | In the Circuit Court of the 13th Judicial Circuit, in and for Hillsborough County, FL | 09-018307 | Dennis Hernandez, Esq. |
| 217 | 3/28/2011 | Sandra Angulo, vs. Scott MacMillan, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA020265 | Theodore Berman, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 218 | 3/29/2011 | Amanda R. Ashford and Swawn T. Ashford, as parents and natural guardians of Jacob D. Ashford, a minor and Amanda R. Ashford, individually and Shawn T. Ashford, individually, vs. Amy W. Wrennick, M.D., North Florida Obstetrical & Gynecological Associates, P.A., and Memorial Healthcare Group, Inc., d/b/a Memorial Hospital Jacksonville, | In the Circuit Court 4th Judicial Circuit, in and for Duval County, FL | 62009-CA-003470 | Scott Constantino, Esq. |
| 219 | 3/29/2011 | Miriam Garcia and Marco Garcia, Wife and Husband, vs. Dolgencorp, LLC d/b/a Dollar General Corporation, a foreign Corporation, | In the Circuit Court, 15th Judicial Circuit, in and for Palm Beach County, FL | 5022009CA04 2735 | James Hicks, Esq. |
| 220 | 3/30/2011 | Junie Eveillard, vs., The Northwestern Mutual Life Insurance Company, a foreign corporation, and Arbor Oaks LTD., a Florida limited partnership d/b/a Arbor Oaks at Boca Raton, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA012 177 | Maaz Quruishi, Esq. |
| 221 | 3/31/2011 | Carol Rasmussen and Richard Rasmussen, vs. Ron S. Huntington and Randall S. Huntington, Administrators for the Estate of George E. Huntington, | State of Vermont Superior Court, Orange County | 2301109Oecv | William Counos, Esq. |
| 222 | 4/1/2011 | Charles N. Hudson, an individual and Sandra Hudson, his wife, vs. Kelly's Logistics, Inc., a Florida foreign corporation, and Rafael A. Villanueva, an individual, | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2008-CA-026285-0 | Kim Michael Cullen, Esq. |
| 223 | 4/12/2011 | Amanda Mahnke, vs. Washington Metropolitan Area Transit Authority, | United States District Court for the District of Columbia | 1:1-cv-00021(EGS) | Patrick Regan, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 224 | 4/12/2011 | Robert Lee Cole, vs. Donald B. Geldart, M.D., Shailesh Joshi, M.D., Adventist Health System/Sunbelt, Inc, d/b/a Florida Hospital Heartland Division d/b/a Florida Hospital Heartland Medical Center d/b/a Florida Hospital Wauchula and Emcare Physician Providers, Inc., which may have been doing business as Emcare, Inc. and/or Emcare Physician Services, Inc., | In the Circuit Court of the 10th Judicial Circuit, in and for Highlands County, FL | 09001567GCS | Daniel Moody, Esq. |
| 225 | 4/19/2011 | Judy Harnett, Paul Hartnett, her husband, vs. Ethel Jacobs, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA003 206 | William Pincus, Esq. |
| 226 | 4/20/2011 | Angela Blevins, vs. Raymond Handling Consultants, LLC, a Florida for profit limited liability company, and Kimberly Donohue, individually, | In the Circuit Court of the 10th Judicial Circuit in and for Polk County, FL | 53-2010-CA-004936-0000 | Blake Paul, Esq. |
| 227 | 4/26/2011 | Brenda Hicks, vs. Walgreen Co., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 10-05805CA-02 | Gordon Lea, Esq. |
| 228 | 4/28/2011 | Donna Marie Huber and Phillip Huber, her husband, vs. James W. Orr, Jr., M.D., 21st Century Oncology, LLC d/b/a Florida Gynecologic Oncology, P.A., | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 09-CA-003537 | David R. Heffernan, Esq. |
| 229 | 5/2/2011 | Joan Beber and Robert Beber, individually and as husband and wife, vs. Charles E. Metzger, Jr., M.D., Metzger Comprehensive Care, LLC, a Florida Limited Liability Company, Florida Back Institute, Inc., a Florida Corporation, Nathaniel A. Lowen, M.D., Scott W. Howell, P.A.-C., and MDVIP, Inc., a Foreign Corporation | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 50-2009-CA-034380 | Karen Terry, Esq. |
| 230 | 5/5/2011 | Margaret Peasah and Seth Peasah, individually, and on behalf of Leticia Peasah, a minor, vs. Adventist Healthcare Systems/Sunbelt, Inc. d/b/a Florida Hospital Orlando and Lawrence A. Decker, D.O., | In the Circuit Court of the 9th Judicial Circuit in and for Orange Couny, FL | 2010-CA-001116-0 | Maria D. Tejedor, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 231 | 5/5/2011 | Gwendolyn Boyd, vs. City of North Miami and OptaComp | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "MIA" | 09-002587SMS | Yolando Hewling, Esq. |
| 232 | 5/19/2011 | Claudia I. Espinoza, a minor by and through her parents and natural guardians, Placido Espinoza and Claudia Espinoza and Placido Espinoza and Claudia Espinoza, individually, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 09-CA-003033 | Bruce Scheiner, Esq. |
| 233 | 5/23/2011 | Cyndie Sessa, individually, and as Parent and Natural Guardian of Chelsi Barnish, a minor, vs. Bieger International Gymnastics, Inc. | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 10-01028702 | Michael A. Weiss, Esq. |
| 234 | 5/25/2011 | Daniel Gattone, vs. Richard Weaver Maloney, M.D., Aesthetic Surgery Center, Inc., a Florida corporation d/b/a The Aesthetic Surgery Center and Face Spa and Doctors Outpatient Surgery Center, LLC, | In the Circuit Court of the 20th Judicial Circuit in and for Collier County, FL | 09-4510CA | Gregory Barnhart, Esq. |
| 235 | 6/1/2011 | Devin Burnside, a minor, by his next friend and mother, Donna Golida, and Donna Golida, individually, vs. Harper-Hutzel Hospital, a Michigan non-profit corporation, assumed names: Harper-Hutzel Hospital, DMC Hospital Partnership, Hutzel Women's Hospital; Frank D. Yelian, M.D.; Tina Jessica Gillett, M.D.; Terri Lynn Woodard, M.D.; Melisha Danelle Baldwin, M.D.; Dr. Kim; and Dr. Lewis; Individually, Jointly & Severally, | In the Circuit Court for the County of Wayne, State of Michigan | 10-005086NH | Jesse M. Reiter, Esq. |
| 236 | 6/2/2011 | Ingrid Deiser, vs. Brandon L. Starling; Barbara L. Starling; Erica M. Zwieg, Larry G. Zwieg, and Allstate Property and Casualty Insurance Co. | In the Circuit Court for the 9th Judicial Circuit in and for Orange County, FL | 2009-CA-001906-0 | William Johnson, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 237 | 6/6/2011 | Aleta Horkott and Frank Horkott, her husband, vs. Palm Beach Mall, LLC., Simon Property Group, Inc., Simon Property Group, LP., Madison Marquette Leasing, Inc., MBA Development Partners, LLC, Madison Marquette Retail Services, LLC, Unicco Service Company, Charles G. Taylor and Smarte Carte, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA003 736 | Steven Rothman, Esq. |
| 238 | 6/8/2011 | Cicily Miracle, Individually and on Behalf of, La'Corien Jernigan, a minor, vs. Orlando Health, Inc. d/b/a Winnie Palmer Hospital d/b/a Orlando Regional d/b/a Orlando Regional Healthcare System Medical Education OB/GYN, | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2010-CA-008476-0 | Maria Tejedor, Esq. |
| 239 | 6/8/2011 | Scott McGrath, by and through his mother and guardian, Rosa McGrath, vs. Kendall Healthcare Group LTD. d/b/a Kendall Regional Medical Center, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-48628CA30 | Ronald Rodman, Esq. |
| 240 | 6/9/2011 | Sarita Armstrong, vs. Midnight Sun Tours, Inc, Florida Profit Corporation | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502009CA011 416 | Brett M. Steinberg, Esq. |
| 241 | 6/9/2011 | Rhonda Becker, vs. Joseph Klapholz, as Administrator Ad Litem for the Estate of Richard Seiderman, deceased, | In the Circuit Court of the 17th Judicial Circuit, in and for Broward County, FL | 9048728 | Steven S. Farbman, Esq. |
| 242 | 6/13/2011 | Rigoberto L. Vasquez, vs, Custom Touch Painting, Inc., a Florida for Profit Corporation, and Oscar Robledo, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502009CA043 461 | Jose G. Rodriquez, Esq. |
| 243 | 6/15/2011 | Kathyrn O'Neill, vs. Neil William O'Neill | In the circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2009DRO1429 6 | John T. Christiansen, Esq. |
| 244 | 6/20/2011 | Scott Martin, vs. Sengthong Liamsavay, | In the Circuit Court of the 6th Judicial Circuit in and for Pinellas County, FL | 09-11758-CI-11 | Nadine Diaz, Esq. |

| 245 | 6/21/2011 | James Lowe and his wife, Wanetta Lowe, vs. David Saltzman, Shaynee Golin, Neil Tytler, Jr., Frankowitz, Saltzman & Tytler, D.O., P.A., d/b/a Sunrise Medical Group, Charles Lago, Charles Ternent and The Colon and Rectal Clinic of Fort Lauderdale, P.A., Edward Hirsch, Edward D. Hirsch, M.D., P.A., and Columbia Hospital Corporation of South Broward d/b/a Westside Regional Medical Center, | In the Circuit Court of the 17th Judicial Circuit, in and for Broward County, FL | 09-43592(04) | Milton Blout, Esq. |
|---|---|---|---|---|---|
| 246 | 6/23/2011 | Carmen Mejia and Raymundo Morataya, individually and on behalf of Jeovani Morataya, minor, vs. Adventist Healthcare System/Sunbelt, Inc., d/b/a Florida Hospital Rollins | In the Circuit Court of the 9th Judicial Circuit, in and for Orange County, FL | 09-2009-CA-6609-34 | Maria Tejedor, Esq. |
| 247 | 6/27/2011 | Jenna Cadieux, a Minor, by her Next Friend and Mother, Gina Cadieux, vs. Munson Medical Center, a Michigan non-profit corporation; Grand Traverse Women's Clinic, PLLC, a Michigan professional limited liability company, assumed name: Northern Michigan Women's Clinic, prior names: Grand Traverse Women's Clinic, P.C., Grand Traverse Womans' Clinic, PLLC,; Laura Jean Danz, M.D.; Susan B. Hubbell, RNC; Beverly Ann Gabor, RNC; individually, jointly and severally, | In the Circuit Court for the County of Grand Traverse, State of Michigan | 10-28134-NH | Jesse M. Reiter, Esq. |
| 248 | 6/28/2011 | James Stringer, vs. Florida Power & Light Company, vs. Fuellgraf Chimney & Tower, Inc., | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 50:2009CA032083 | Darryl Lewis, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 249 | 6/30/2011 | Jeffrey Foerderer, vs. Zoila Elizabeth Jorro, D.O., Adventist Health Systems/Sunbelt, Inc., d/b/a Florida Hospital Centra Care, Leslie Andrew Prechtal, M.D., Todd Frank Kuerbitz, P.A., Florida Emergency Physicians Kang & Associates, M.D., P.A.; Adventist Health System/Sunbelt, Inc.; d/b/a Winter Park Memorial Hospital; Kurt Andrew Gasner, M.D., Steven Anderson, P.A.; and Jewett Orthopaedic Clinic, P.A., d/b/a Orthopaedic Clinic, P.A., d/b/a Orthopaedic Convenient Care Center, | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2009-CA-031790-0 | Richard B. Schwamm, Esq. |
| 250 | 7/5/2011 | Brittnee Reynolds, vs. Simone Witkin, as Personal Representative of the Estate of Peter W. Saycheck, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 10-21852-MB | Kenneth J. Sobel, Esq. |
| 251 | 7/5/2011 | Omayra Perez, individually and o/b/o Kevin Perez, a minor, vs. Adventist Health Systems/Sunbelt. Inc., d/b/a Florida Hospital Orlando, Florida Hospital Cancer Institute, Florida Physicians Medical Group, Inc., Fouad Hajjar, M.D., Ben Venue Laboratories, Inc. d/b/a Bedford Laboratories and Cardinal Health, | In the Circuit Court of the 9th Judicial Circuit, in and for Orange County, FL | 07-CA-0013208-0 | Maria Tejedor, Esq. |
| 252 | 7/6/2011 | Kelli Woodfin, vs. Florida Health Sciences Center, Inc. d/b/a Tampa General Hospital, | State of Florida Division of Administrative Hearings | 10-10502MA | David Eaton, Esq. |
| 253 | 7/11/2011 | Lazaro Denis, vs. HNTB Holdings, Ltd, a foreign corporation, and Daniel Marcelo Ortiz, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-60168CA15 | Scott J. Feder, Esq. |
| 254 | 7/18/2011 | Thelma Higby, vs. Isle of Capri Casinos, Inc. | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 10-44520 Cace(04) | James Gavigan, Esq. |
| 255 | 7/20/2011 | Barbara J. McCauley, vs. James D. Morris | In the Circuit Court of the 5th Judicial Circuit in and for Marion County, FL | 2009CA000001-CA-B | David W. Spicer, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 256 | 7/20/2011 | Thomas Fitzsimmons and Erika Fitzsimmons, vs. Pro Fitness Services, Inc., a Florida for profit corporation, and The Yacht Club on the Intracoastal Condominium Association, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA009 809MBAA | Allen E. Rossin, Esq. |
| 257 | 7/21/2011 | Gregg M. Vassari and Carrie Vassari, his wife, vs. Isabella Lauria Osio and Fernando A. Lauria, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-29744CA22 | Jeffrey Fox, Esq. |
| 258 | 7/25/2011 | Patricia Lecompte and Donald Lecompte, vs. Boynton Beach Athletic Association, Inc., a/k/a East Boynton Beach Little League | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA015 849 | Thomas Robes, Esq. |
| 259 | 7/25/2011 | Michael Savinon, as Parent and Natural Guardian of Nicholas Savinon, a minor, and Michael Savinon and Lydia Savinon individually, vs. Kool Ray Air Conditioning, Inc. and Zachariah Dorsett, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA015 849 | Paul Adams, Esq. |
| 260 | 7/25/2011 | Mary E. Hughes, vs. Paula C. Jenkins, Gerald B. Jenkins, and State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 12th Judicial Circuit in and for Manatee County, FL | 2009-CA-6754 | Eric D. Bruce, Esq. |
| 261 | 7/26/2011 | Shawn Cole, vs. Rapids Water Park, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA010 708 | Samuel Coffey, Esq. |
| 262 | 7/26/2011 | Damaris Gonzalez-Guerra, vs. Dermont Begley and Begley Construction, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2008CA02394 4MB | Rafael Roca, Esq. |
| 263 | 7/28/2011 | Dana W. Collins, vs., St. Vincent's Medical Center, Inc.; Dale D. Tucker, M.D.; Kenneth M. Van Osdol, PA-C; Emergency Medical Specialists of Jacksonville, a Florida general partnership; Jaynell M. Smith-Cameron, D.P.M., Inc., d/b/a Jacksonville Foot Health Center, a Florida corporation | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 16-2008-CA-009616 | Seth A. Pajcic, Esq. |
| 264 | 7/28/2011 | Ingrid Deiser, vs. Brandon L. Starling; Barbara L. Starling; Erica M. Zweig; Larry G. Zweig, and Allstate Property and Casualty Insurance Company | In the Circuit Court of the 9th Judicial Circuit of Florida, in and for Orange County, | 09-CA-1906-34 | William E. Johnson, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 265 | 8/9/2011 | Robert Trabulsi, vs. Fedex Ground Package System, Inc., a Pennsylvania Corporation; R.L. Marinos Corp., a Florida Coporation, Iris C. Lorenzo, individually; and Junior Gazquez, individually, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA024 906 | Gregory Barnhart, Esq. |
| 266 | 8/9/2011 | Marco Rivera, vs. Michael Jones, | In the Circuit Court of the 9th Judicial Circuit, in and for Osceola County, FL | 2009CA01280 7 | Julio C. Martinez, Jr. Esq. |
| 267 | 8/9/2011 | Lisa Benvenuto, vs. 21st Century North American Insurance Company, etc, and Christina Gomez, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502010CA023 552 | Allen Seaman, Esq. |
| 268 | 8/11/2011 | Charles Mix and Joyce Mix, vs. Michael Scaffe and Michigan Trucking, LLC., | United States District Court Middle District of Florida, Fort Myers Division | 2:10cv625FtM 29DNF | Scott Smith, Esq. |
| 269 | 8/12/2011 | Bruce W. Sissler and Iris J. Sissler, vs. Nationwide General Insurance Company, Gregory Dziga and Brandon J. Shaw. | In the Circuit Court 7th Judicial Circuit, in and for Volusia County, FL | 200830819CI DI | Bruce Scheiner, Esq. |
| 270 | 8/17/2011 | Marcia Morrison and David Guereschi as Parents and Natural Guardians of Devaughna Morrison-Guereschi, a minor, vs. Jungle Golf of Fort Myers, Inc. and Chris Frizzell, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 09-CA-005756 | Randall Spivey, Esq. |
| 271 | 8/17/2011 | Luke Braaksma, vs. Nancy A. Pratt and B/W General Contractors, Inc., | In the Circuit Court of the 12th Judicial Circuit in and for Manatee County, FL | 2010CA00829 3 | Melton H. Little, Esq. |
| 272 | 8/22/2011 | Dwight Downs vs. United States of America, | United States District Court Southern District of Florida | 06-20861 | Christopher Larmoyeux, Esq. |
| 273 | 9/1/2011 | Marcos Rivera, vs. Michael Jones, | In the Circuit Court of the 9th Judicial Circuit, in and for Osceola County, FL | 2009-012807 | Julio C. Martinez, Jr. Esq. |
| 274 | 9/1/2011 | Cindy Charcas, as mother and next friend of Joshua Rodriguez, vs. Alfredo Rodriguez, M.D., and FT. Lauderdale Perinatal Associates, P.A., d/b/a Sunlife Peinatal Associates of Hialeah, | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, FL | 05-19031CA08 | Alan Goldfarb, Esq. |
| 275 | 9/2/2011 | Trevor Pessoa, vs. Allstate Insurance Company | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA022 711 | Jonathan T. Levy, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 276 | 9/6/2011 | Scott Rogers, vs. Pulte Homes, Inc., | State of Florida Division of Administrative Hearings Office of Judge of Compensation Claims West Palm Beach District | 08-004582SHP | Richard J. Goldman, Esq. |
| 277 | 9/7/2011 | Andres Anzalotta and Martha Estrada, his wife, vs. Kendall Healthcare Group, LTD., a Florida corporation d/b/a Kendall Regional Medical Center, Sheridan Healthcorp, Inc., a Florida corporation, Le Jeune Orthopedic Associates, Drs. Sanchez-Medina & Beauperthuy-Rojas, P.A., a Florida corporation, Gilbert Beauperthuy-Rojas, D.O., Michael Letter, P.A., Pedro Aguas, M.D., and Dario Iriarte, M.D., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 09-31966CA24 | Gary Friedman Esq. |
| 278 | 9/7/2011 | Johnny Edgard Yanez and Catherine Yanez, vs. Keith Nicholson & Sons, LTD., Ritchie Lee Fisher, Dependable Auto Transport, LLC, and Charlton John Zang, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA001841 | Jeffrey C. Fox, Esq. |
| 279 | 9/8/2011 | Eddie Hoggins, vs. Royal Palm Estate Builders, INC., | In the Circuit Court for the 15th Judicial Circuit, in and for Palm Beach County, FL | 502009CA014488 | William N. Hutchinson Jr. Esq. |
| 280 | 9/8/2011 | Kristy K. Kirkland as the parent, natural guardian and next friend of Kingsley Morrow, a minor under the age of eighteen (18), vs. McLeod Regional Medical Center of the Pee Dee, Inc. d/b/a McLeod Regional Medical Center, Elizabeth K. Brown, R.N., Linda M. Rawls, R.N., Advanced Women's Care, P.A., and Mark A. Hucks, M.D., | State of South Carolina, In the Court of Common Pleas County of Florence | 09-CP-21-2873 | S. Randall Hood, Esq. |
| 281 | 9/8/2011 | Faith Housen, vs. Big League Properties, LLC., a Florida limited liability company, Big League Management, LLC., a Florida limited liability company, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 2011-02690-CA-01 | Samuel Coffey, Esq. |
| 282 | 9/9/2011 | Maylin Torres, vs. John Tamsberg and Florida Power & Light Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2011-CA001554 | Nadine Diaz, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 283 | 9/12/2011 | Patricia Lecompte and Donald Lecompte, vs. Boynton Beach Athletic Association, Inc., a/k/a East Boynton Beach Little League | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA015 849 | John F. Romano, Esq. |
| 284 | 9/13/2011 | Dianne A. Gaskin, vs. John A. Moore, | In the Circuit Court of the 10th Judicial Circuit in and for Polk County, State of Florida Civil Division | 2009-CA-000555 | Robert Gordon Thornhill, III, Esq. |
| 285 | 10/6/2011 | Kristen Terga, vs. Hibbett Sporting Goods, Inc., a foreign corporation, | In the Circuit Court of the 10th Judicial Circuit in and for Highlands County, FL | 10-309GCS | Dante Weston, Esq. |
| 286 | 10/10/2011 | Whisly Tido, vs. Dorothy Fisher, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 11003438(03) | Eric Canter, Esq. |
| 287 | 10/11/2011 | Shelly Beswick and Chris Beswick, individually and as parents and natural guardians of Kacie Beswick, their minor daughter, vs. Northwest Medical Center, Inc., d/b/a Northwest Medical Center, a foreign corporation; Debra Allen, R.N., Lynette O'Toole, R.N.; Fern Taisenchoy-Bent, M.D. and Fern Taisenchoy-Bend, M.D., P.A., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 07-020592-03 | Sia Baker-Barnes, Esq. |
| 288 | 10/13/2011 | Ralph Jordan and Cynthia Jordan, his wife, vs. Morris Taylor and Hart Transportation, Inc., a Florida Corporation | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 2010-CA-008710 | Seth A. Pajcic, Esq. |
| 289 | 10/13/2011 | James V. Guffey, Jr. and Carol R. Guffey, vs. Allstate Property and Casualty Insurance Company, Family Diskount Food Store, Inc., and Hanna I. Salameh, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 08-CA-018677 | Bruce Scheiner, Esq. |
| 290 | 10/17/2011 | Robbin Williams, vs. Andrea Blume, | In the Circuit Court of the 19th Judicial Circuit Lake County, IL | 10L717 | Nathan Polum, Esq. |
| 291 | 10/18/2011 | In the Matter of the Complaint of Osage Marine Services, Inc., for Exoneration from, or Limitation of Liability, | In the United States District Court for the Eastern District of Missouri Eastern Division | 4:10-cv-01674-DJS | Michael E. Pierce, Esq. |
| 292 | 10/20/2011 | Virginia Shapp, vs. Jeffrey Harris Jurasek, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA027 94 | Diego C. Asencio, Esq. |
| 293 | 10/20/2011 | Pamela Sacks, vs. Costco Wholesale Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2009CA5968 | Gary Russo, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 294 | 10/25/2011 | Taleya Woods, a Minor, by her Next Friend and Mother, Stephanie Wilson, and Stephanie Wilson, Individually, vs., Michigan Department of Community Health, vs., Harper-Hutzel Hospital, a Michigan non-profit corporation, assumed name: Hutzel Women's Hospital; Detroit Receiving Hospital and University Health Center, a Michigan non-profit corporation; University Physician Group, a Michigan non-profit corporation, assumed names: University Women's Care, Inc., Wayne State University Physician Group; University OBGYN, Inc., Mordechai Hallak, M.D.; and Deborah Wagner, CNM, Individually, Jointly, and Severally, | State of Michigan, In the Circuit Court for the County of Wayne, | 09-018617NH | Jesse M. Reiter, Esq. |
| 295 | 10/26/2011 | Daphne A. Foster, vs. Southeast Linen Associates, Inc. f/k/a Southeast Linen Associates, LLC, a Georgia Corporation, doing business in Florida and Bradley Neece, individually, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA029 917MBAJ | Jeannete C. Lewis, Esq |
| 296 | 11/2/2011 | James Simmons, individually, and Mary Jane Simmons, his wife, vs. Malasky Ridolfo Realty, Inc., a Florida corporation, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502010CA030 275 | Richard A. Ryles, Esq. |
| 297 | 11/3/2011 | Braelyn Laye, et al., vs. The Johns Hopkins Hospital, et al., | In the Circuit Court for Baltimore City | 24-C-10-008686 | Keith Forman, Esq. |
| 298 | 11/3/2011 | Joan E. Amoruso and Nobel Adili, her husband, vs. Pete's Mobile Services of the Treasure Coast, Inc., | In the County Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502009CA031 824 | Jack P. Hill, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 299 | 11/7/2011 | Vanina Familia and Jason Familia, Individually and as natural parents and guardians of Abigail Familia, a minor, vs. Christopher Johnson, M.D., Florida EM-I Medical Services, P.A., Emcare, Inc. f/k/a Emcare of Florida, Inc., Munroe Regional Health System, Inc. d/b/a Munroe Regional Medical Center, University of Florida Board of Trustees, Shands Teaching Hospital and Clinics, Inc. d/b/a Shands AGH, | In the Circuit Court of the 5th Judicial Circuit in and for Marion County, FL | 2009-CA-001821 | Stephen J. Knox, Esq. |
| 300 | 11/7/2011 | Tenesia Lyles-Robinson, and Avery C. Robinson, individually, and as parents and natural guardians of their minor daughter, Avianna Y. Robinson, vs. Southern Baptist Hospital | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 16-2010-CA-008585 | C. Wayne Alford, Esq. |
| 301 | 11/8/2011 | Greg Murphy, vs. Black & Decker, Corporation, d/b/a Dewalt Tools, a foreign corporation, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2008CA13886 AH | John B. Patterson, Esq. |
| 302 | 11/8/2011 | Jin Kwon, vs. Nicholas J. Armijo, individually, and The Converse Professional Group. A Nevada Corporation; DOES I through XV; and ROE Corporations I through XV, inclusive, | District Court Clark County, Nevada | A573636 | Stephen Lewis, Esq. |
| 303 | 11/9/2011 | A.G., a minor by her Mother Next Friend, Traci Grier, et.al., vs. Mid-Atlantic Permanente Medical Group, P.C., et. al., | In the Superior Court for the District of Columbia, Civil Division | 2010CA00509 6M | H. Briggs Bedigian, Esq. |
| 304 | 11/10/2011 | Carlos Tang Sing, vs. Holiday Inn Palm Beach Airport and The Tower Group Company, | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims, West Palm Beach District | 11-009860MAD | Harvey Kaufman, Esq. |
| 305 | 11/14/2011 | Arlene Justiniano, individually, and as Natural Parent and Legal Guardian of Pedro Pablo Moreno, a minor child, vs. Variety Children's Hospital d/b/a Miami Children's Hospital, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 11-16258CA11 | William M. Chapman, Esq. |

| | | | | |
|---|---|---|---|---|
| 306 | 11/14/2011 | David Clark and his wife, Antoinette Clark, vs. Lawrence Heard and Winn-Dixie Stores, Inc., | In the Circuit Court of the 10th Judicial Circuit in and for Polk County, FL | 532008-CA-0004770000-00 | Lisha H. Bowen, Esq. |
| 307 | 11/15/2011 | Stephen Nacht and Judith Nacht, his wife, vs. Gerardo Zloczover, M.D., and Gerardo Zloczover, M.D., P.A., | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502011CA000261 | Stuart Cohen, Esq. |
| 308 | 11/16/2011 | Ian Henderson, vs. El-Ad Residences at Miramar Condominium Association, Inc., a Florida non profit corporation and Miami Management, Inc., a Florida Corporation, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-4776902 | Richard Bolton, Esq. |
| 309 | 11/16/2011 | Anthony Hurge and Patricia Hurge, his wife, vs. Consolidated Container Company, LP a Foreign Limited Partnership and National Freight, Inc., a Foreign Corporation | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 08-CA-5279 | Jack Hill, Esq. |
| 310 | 11/21/2011 | Joseph H. Lee, vs., Marc J. Scharphorn, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 10014039 | Steven Mitchel, Esq. |
| 311 | 11/21/2011 | Blanca Elizabeth Cornejo, vs. Veolia ES Solid Waste Southeast, Inc., a Florida Corporation d/b/a Veolia Environmental Services; and Timothy Dale Reinhard, Individually, | In the Circuit of the 9th Judicial Circuit in and for Orange County, FL | 2010-CA-014656-O | Mark Carrigan, Esq. |
| 312 | 11/28/2011 | Margaret Butler Golden, by and through her legal guardian, Alison A. Carpenter and Robert Lewis Golden, husband, vs. West Florida Pain Management, P.A., Gerald E. Trimble, M.D., Michael Woods, M.D., Jeffrey I. Marder, M.D., Robert Lynn Swymer, CRNA, Bayfront Anesthesia Services, P.A. and Bayfront Same Day Surgery, | In the Circuit Court of the 6th Judicial Circuit in and for Pinellas County, FL | 10-17850-CI-19 | Carlos R. Diez-Arguelles, Esq. |
| 313 | 11/28/2011 | Michael Rogers, Jr., vs. Travelers Property Casualty Company of America, a foreign corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA016279 | James H. Hicks, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 314 | 11/30/2011 | Adam Cortez, Individually and as Next Friend of Angela Cortez, vs. James Weller, Jr., M.D., Alere Women's & Children's Health, LLC., | In the District Court of Harris County, TX | 2010-09334 | Jack E. McGehee, Esq. |
| 315 | 12/1/2011 | Otis Maltay, vs. Celebrity Cruises, Inc., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-33673-CA-01 | John Billera, Esq. |
| 316 | 12/8/2011 | John Allen Carwile, vs. Great Eastern Resort Corp., Great Eastern Resort Management, Inc., and The Resorts Compaines, Inc., | In the Circuit Court of Charlottesville, VA | CL2010-104 | Patrick M. Regan, Esq. |
| 317 | 12/12/2011 | Anna Ousley Heileman by and through her next friend, Sherri Heileman and Sherri Heileman and Steven Heileman, Individually, vs. Washington University and St. Louis Children's Hospital, | In the Circuit Court of the City of St. Louis, MO | 1022-CC01915 | Bradley L. Bradshaw, M.D., J.D., LLC., |
| 318 | 12/13/2011 | Tracie V. Abraham, individually and as Personal Representative of the Estate of Jeffrey A. Abraham, Sr., Deceased, vs. Benjamin Concepcion, | In the State Court of Chatham County, GA | STCV1000720CO | Stephen J. Pajcic, III, Esq. |
| 319 | 12/16/2011 | Chris Martin and Kelly Martin, vs. XTO Energy, Inc., Loma Rentals, L.L.C., ARC Pressure Data, Inc. and Wesley Ruddick, | In the District Court of Tarrant County, TX | 348-242872-10 | John S. Jose, Esq. |
| 320 | 12/19/2011 | James Johnson and Jennifer Johnson, vs. Winthrop House Condominium Association, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2011-CA-001889 | Michael D. Eriksen, Esq. |
| 321 | 12/20/2011 | Raul Molina, vs. Edmead Vedel Levar and Wincor-Nixdorf, Inc., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 103808005 | Ian Kleinman, Esq. |
| 322 | 12/20/2011 | William M. Martin, vs. Tromble and Company East, Inc., YUM! Brands, Inc., Taco Bell Corp., and Mclane Foodservice, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502007CA023780 | Paul E Mitchell, Esq. |
| 323 | 12/21/2011 | Trinity James Pollard, vs. Rita S. Delvaux and Conrad W. Delvaux, | In the Circuit Court of the 4th Judicial Circuit in and for Duval County, FL | 16-2010-CA-014133 | Curtis Pajcic, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 324 | 12/22/2011 | Thomas Flannery, vs. Kalfas Brothers, Inc., a Florida corporation, d/b/a The Silver Slipper Rhodes Holding Company, LLC, a George Limited Liability Company, and North Monroe Capital, Inc., a Georgia Corporation, | In the Circuit Court of the 2nd Judicial Circuit in and for Leon County, FL | 09-CA-2400 | David W.Moye, Esq. |
| 325 | 12/28/2011 | Carmen Mejia and Raymundo Morataya, individually and on behalf of Jeovani Morataya, minor, vs. Adventist Healthcare System/Sunbelt, Inc., d/b/a Florida Hospital Rollins, | In the Circuit Court of the 9th Judicial Circuit, in and for Orange County, FL | 09-2009-CA-6609-34 | Maria Tejedor, Esq. |
| 326 | 12/29/2011 | Louis Deutsch, vs. Celebrity Cruises, Inc., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 06-09986CA20 | Steven H. Meyer, Esq. |
| 327 | 12/29/2011 | Nancy Sinton & Lester Sinton, vs. Creative Hairdressers, Inc., d/b/a Hair Cuttery and Ratner Companies, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 200-CA-025538(AG) | Diran V. Seropian, Esq. |
| 328 | 1/3/2012 | Jose Gordillo, vs. Westway Towing of Palm Beach, Inc., a Florida Corporation; and Jose Lanausse, an individual, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA029676 | Dallas A. Robinson, Esq. |
| 329 | 1/3/2012 | Hector Cruz-Santana, vs. Avis, | State of Florida Division of Administrative Hearings Office of the Clerk of Judge of Compensation Claims | 10-006698AMK | Joaquin Jiron, Esq. |
| 330 | 1/5/2012 | Mildred Wright, vs. Publix Super Markets, Inc., | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, FL | 10-20937CA04 | Sagi Shaked, Esq. |
| 331 | 1/5/2012 | Guadalupe Hernandez, and Marlene Jeronimo, his wife, vs. Altec Environmental Products, LLC, and Altec Industries, Inc., and Asplundh Tree Expert Co., | In the United States District Court Southern District of Florida | 9:10-CV-80532 | Mark Giuliani, Esq. |
| 332 | 1/9/2012 | Tara Giggey, individually and on behalf of James Davis, a minor, vs. Adventist Health System/Sunbelt, Inc., d/b/a Memorial Hospital-West Volusia, Inc. d/b/a Florida Hospital Deland; Brooks & Gelman, M.D., P.A. and Jeffrey B. Brooks, M.D., | In the Circuit Court of the 7th Judicial Circuit, in and for Volusia County, FL | 201013993CIDL | Maria Tejedor, Esq. |

| 333 | 1/9/2012 | Hope Fangman, minor, et al. vs. Harbor Hospital, Inc., et al. | In the Circuit Court for Baltimore City, MD | 24-C-11-001084OT | H. Briggs Bedigian, Esq. |
| 334 | 1/17/2012 | Marco H. Santos, vs. Gerald L. Stein and Muriel Stein, husband and wife, Jenny's Flowers, Inc.; Robert Michael Myers; and Joseph Smith, | In the Circuit Court in the 17th Judicial Circuit in and for Broward County, FL | CA-CE-0804830925 | Angelo Marino, Esq. |
| 335 | 1/18/2012 | Fabio C. Noguera, vs. Julio Lasso Ceron, Highway Master Express, Inc., formally d/b/a The Panther Group, and Classy Equipment Corporation, f/k/a Panther Logistics, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011Ca003559 | Mark Packo, Esq. |
| 336 | 1/18/2012 | Ferne R. Byer, vs. Yiquan Chen and Li Y. Shih, | In the Superior Court of the State of Delaware | N10C04162FS | Jeffrey Gentilotti, Esq. |
| 337 | 1/23/2012 | Maxine Desimone and Philip Desimone, vs. Island Plaza Center, LLC and Dazzel, Inc., | In the Circuit Court of the 20th Judicial Circuit in and for Collier County, FL | 10-3355-CA | Randall Spivey, Esq. |
| 338 | 1/23/2012 | Summit Consultig, Inc. as Administrator of Florida Retail Federation Self Insurers Fund, vs. TIG Insurance Company, F/K/A Transamerica Insurance Company, | In the Circuit Court of the 10th Judicial Court in and for Polk County, FL | 53-2009CA-8120 | George A. Helm, III, Esq. |
| 339 | 1/24/2012 | Michael Catinella and his wife Eileen Catinella, vs. Meadowbrook Meat Company, Inc., a foreign corporation, | In the Circuit Court of the 10th Judicial Circuit in and for polk County, FL | 2010CA-007963 | Leonel R. Plasencia, Esq. |
| 340 | 1/24/2012 | Regena Purdy, vs. Spencer Botkin and CVS Pharmacy, Inc., a foreign corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA002105 | Mark Packo, Esq. |
| 341 | 1/25/2012 | Dexter Ennis, individually and on his behalf of his incapacitated wife, Violet Ennis and her minor children, Destiny Williams and Dasia Ennis, vs. Simion Tsinker, M.D., Mohamed S. Behairy, M.D., Joel Frankel, M.D.; Pulmonary Associates, P.A.; and Plantation General Hospital Limited Partnership d/b/a Plantation General Hospital, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-061422 | Mark Glassman, Esq. |
| 342 | 1/26/2012 | Vivian Reiff, vs. Risa Harris | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA026198 | Keith Chasin, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 343 | 2/2/2012 | Dennis Fagan and Ramona Fagan, vs. NCH Healthcare System, Inc., AMN Healthcare, Inc., AMN Healthcare Services, Inc., Peter James Norton, M.D., Peter James Norton, M.D., P.L., Jill E. Chudzinski, Naples Surgical Associates, P.A. and Kevin Powell, M.D., | In the Circuit Court of the 20th Judicial Circuit in and for Collier County, FL | 09-08856CA | Stephen F. Rossman, Esq. |
| 344 | 2/6/2012 | Barbara A. Baker, vs. C.T. Earle Corporation and Wilhelm Mohr, | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL | 08-CA-014594 | Thomas E. Buser, Esq. |
| 345 | 2/7/2012 | Jose A. Incer, and Leyla Incer Rocha, individually, and as parents, natural guardians and next friends of Jose Alejandro Incer, a minor, vs. Juan C. Perez | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-50810CA01 | Russell Dohan, Esq. |
| 346 | 2/13/2012 | Roger Dale Travis and Glenda Travis, Individually and as Husband and Wife, vs. American Honda Motor Co., Inc., a foreign corporation, and Proctor Motor Company, Inc., a Florida Corporation, | In the Circuit Court of the 2nd Judicial Circuit in and for Leon County, FL | 2010CA2935 | Halley B. Lewis, III, Esq. |
| 347 | 2/16/2012 | Amin Yousef and Khwala Yousef, H/W, vs. General Dynamics Corporation, General Dynamics-Ordinance and Tactical Systems, Inc, David Edmunds, Hertz, Inc., John Doe Incorporated 1-10, and John Doe Drivers 1-10, | Superior Court of New Jersey, Bergen County | BER-L-6874-07 | Michael Maggiano, Esq. |
| 348 | 2/20/2012 | Landon Salvani, vs. Charlon Talley and Liberty Mutual Insurance Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA007 708MBAD | Eric Canter, Esq. |
| 349 | 2/21/2012 | Alba Bautista, individually and on behalf of Joshua Hernandez, a minor, vs. Orlando Health, Inc. d/b/a Arnold Palmer Hospital, | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2010-CA-010981-0 | Maria D. Tejedor, Esq. |
| 350 | 2/22/2012 | Brian Fitzpatrick and Lai Fong Fitzpatrick, his wife, vs. Kelly M. Meredith, D.C., and Florida Spine and Disc Center, Inc., | In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, FL | 562011CA000 898 | Christopher Larmoyeux, Esq. |
| 351 | 2/22/2012 | James Marshall vs. Waste Management Inc. of Florida, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach, FL | 50-2010-CA-025441-MB | David Lores, Esq |

| | | | | | |
|---|---|---|---|---|---|
| 352 | 2/23/2012 | Nathalie Grasland and Yannick Grasland, a/k/a Nick Grasland, individually and as husband and wife, vs. William Michael Fent, Dennis Wiley Watkins, Jr., Joseph T. Bonomo, Gregory A. Lee and State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 20th Judicial Court and for Charlotte County, FL | 07-3959-CA | Brian O. Sutter, Esq. |
| 353 | 2/23/2012 | Robert McGuigan, PH.D., vs. Atlanta Brain and Spine Care, P.C. and Regis W. Haid, Jr., M.D., | In the superior Court of Fulton County State of Georgia | 2009CV178210 | Alexander Repasky, Esq. |
| 354 | 2/27/2012 | Nestor Fernandez, vs. The Estate of Arturo Gatti and Amanda Rodrigues, as sole liquidator of the estate of Arturo Gatti, | United States District Court for the Southern District of FL | 0:10-cv-62269-JJO | Adam J. Langino, Esq. |
| 355 | 2/28/2012 | Thomas Blanton, vs. Jacqueline Jones and Omni Home Health Services, LLC., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA027957 | Daniel Norton, Esq. |
| 356 | 2/29/2012 | Walter Neal Fisher, vs. Greater New York Mutual Insurance Company, the Personal Representative of the Estate of Michael Walter McInerney, deceased, and State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 12th Judicial Circuit in and for Lee County, FL | 04-CA-629 | Michael M.Noone, Esq. |
| 357 | 3/1/2012 | Dayna Rosario and Roberto Rosario, Individually and on behalf of Isaac Rosario, a minor, vs. Orlando Health, Inc. d/b/a Arnold Palmer Hospital, Douglas E. Hardy, M.D., Pediatrix Medical Group of Florida, Inc., Pediatrix Medical Group, Inc. and Children's Surgical Associates, P.A., | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2009-CA-20176 | Maria Tejedor, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 358 | 3/5/2012 | Steven Browne and Amy Browne, his wife, on behalf of themselves and on behalf of the Daughter, Scarlett Browne, a minor, vs. Yasmeen Mazhar Islam, M.D., individually; Yasmeen Mazhar Islam, M.D., P.A., d/b/a Charlotte OB/GYN; Port Charlotte HMA, Inc. d/b/a Peace River Regional Medical Center; and Camille Robertson, R.N., individually; and Ami Tucker, R.N., individually, | In the Circuit Court of the 20th Judicial Circuit in and for Charlotte County, FL | 07-3339-CA | David G. Eaton, Esq. |
| 359 | 3/8/2012 | Colleen B. Mountain and Charles T. Mountain, her husband, vs. Geico General Insurance Company, a foreign corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA022 649MBAF | Stuart E. Goldenberg, Esq. |
| 360 | 3/12/2012 | John Socolovitch, vs. James Peter Gallo, Jr., and Christopher Patrick Walsh, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 10-45362(18) | Bradley Ross, Esq. |
| 361 | 3/13/2012 | Dalin Curtis, vs. Julie Aitken, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09022119-05 | Kevin B. Dennis, Esq. |
| 362 | 3/13/2012 | Jorge Negron and Esperanza Valerio, his wife, vs. Peter Beier, owner, and Daniel Eric Beier, driver, | In the Circuit Court of the 19th Judicial Circuit in and for Martin County, FL | 11000267CA | Dallas Robinson, Esq. |
| 363 | 3/19/2012 | Jorge Aniceto Castillo and Ana Maria Castillo, his wife, vs. DTG Operations, Inc., an Oklahoma Corporation; and John Hamilton Savage, an individual, | In the Circuit Court of the 20th Judicial Circuit in and for Collier County, FL | 10-4506-CA-01-CAP | Dallas Robinson, Esq. |
| 364 | 3/20/2012 | Stephanie Sarandy, vs. Waste Services, Inc. and Warren M. Davies, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 08-CA-023613 | Randall L. Spivey, Esq. |
| 365 | 3/22/2012 | Damian Brown, vs. Ashley Porter and Federated Mutual Insurance Company, a foreign corporation, | In the Circuit Court of the 15th Judicial Circuit in and for alm Beach County, FL | 502010CA015 330AG | Carlos A.Bodden, Esq |
| 366 | 3/22/2012 | Agustin Caldera, vs. Palm Tran/Preferred Government Claims Solutions and Palm Beach Co./Preferred Gov't Claims Solutions, | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims | 09-006480MAD | Yolando Hewling, Esq. |

| | | | | |
|---|---|---|---|---|
| 367 | 3/28/2012 | Maria V. Gammad, an individual, and Gary Gammad, an individual, vs. ATP Agri-Services, Inc., a Florida corporation, and Collis D. Moore, an individual, | In the Circuit Court of the 12th Judicial Circuit, in and for Desoto, FL | 14-2010-CA-000085 | Dennis Hernandez, Esq. |
| 368 | 3/29/2012 | Bonnie Cook, vs. Royal Caribbean Cruises, LTD., a Liberian Corporation | United States District Court, Southern District of Florida, Miami Division | 11-20723-CV-Goodman | Michael D. Eriksen, Esq. |
| 369 | 4/2/2012 | Jaylan Norfleet, a Minor, by and through his parents and next friends, Shantiah Moore-Norfleet and Joel Norfleet, et al. vs. Harbor Hospital, Inc., et al. | In the Circuit Court for Baltimore City, MD | 24-C-11-001080OT | Keith Forman, Esq. |
| 370 | 4/2/2012 | Jonathan Kinsley, vs. Carpenter Electric, Inc. | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims, West Palm Beach District | 05-029455SHP | Alison J. Schefer, Esq. |
| 371 | 4/3/2012 | Virginia Castronovo and Joseph Castronovo, her husband, vs. Cynthia Doris Mehlman, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 08-003734 (05) | Kelly Hancock, Esq. |
| 372 | 4/4/2012 | Baltazar Ortiz, et, al., vs. Meadwestvaco Corporation, et al, | Parish of Beauregard | 2009-0278 | Alton C. Todd, Esq. |
| 373 | 4/5/2012 | Darrell Fenimore and Erin Fenimore, vs. Americal Management Services Central, LLC, et al., | United States District Court for the Western District of Louisiana | 09-cv-0437 | Norman Gordon, Esq. |
| 374 | 4/9/2012 | Raphael McKoy and Annette McKoy, individually and as parents and court-appointed guardians of Shontell M. McKoy, an incapacitated person, vs. Columbia Hospital Corporation of South Broward, a Florida corporation, d/b/a Westside Regional Medical Center, Christopher Elique, RT, Samantha Diosto, RN, et al., | In the Circuit Court of the 17th Judicial Circuit, in and for Broward County, FL | CACE1004590012 | Christian D. Searcy, Esq. |
| 375 | 4/10/2012 | Reynaldo A. Lopez, as Guardian of Pedro O. Amieiro, an incapacitated ward, vs. Robinson Aviation (RVA), Inc., a foreign corporation, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE08000532 | Hyram M. Montero, Esq. |
| 376 | 4/10/2012 | Linda Saintil, vs. Wal-Mart Stores East, L.P., | In the Circuit Court of the 15th Judicial Circuit in and for palm Beach County, FL | 502010CA028633 | William Zoeller, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 377 | 4/11/2012 | David Gutierrez, vs. Beverly Belzer and IDS Property Casualty Insurance Company, a foreign corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2011 CA 002776 AG | Mark Packo, Esq. |
| 378 | 4/16/2012 | Jennifer Darlene Bunch and Robert Bunch, husband, vs. Jeffrey Landman, M.D. and Virtual Radiology, P.C., | In the Circuit Court for the State of Tennessee 20th Judicial District, Davidson County | 06C-2495 | Barry E. Weathers, Esq. |
| 379 | 4/17/2012 | Teresa Parker, vs. Edward Rackley, | Supreme Court of the State of New York, County of New York | 113775/2009 | Gerald T. McCarthy, Esq. |
| 380 | 4/24/2012 | Victor Womack, vs. Walgreen Co., | State of Florida Department of Administrative Hearings Office of the Judge of Compensation Claims, | 10-002898MAD | Philip G. Thompson, Esq. |
| 381 | 4/26/2012 | Manuel Olvera-Casas, vs. T. C. Crum Roofing and General Contractors, LLC., | In the Circuit Court for the 15th Judicial Circuit, in and for Palm Beach County, FL | 502009CA037821 | Mariano Garcia, Esq. |
| 382 | 4/30/2012 | Ibrahin Florin, individually, and Edith Pino, his wife, vs.Timothy Eugene Alexander, individually, and R. E. Motes, Inc., a Florida corporation, Deangelo Brothers, Inc., a foreign corporation, DBI Services, LLC, and DBI Services Corporation, State of Florida, Department of Highway Safety & Motor Vehicles, Division of Highway Patrol, and Ric L. Bradshaw, as Sheriff of Palm Beach County and the Palm Beach County Sheriff's Office, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502007CA009459MB AE | Steven E. Calamusa, Esq. |
| 383 | 4/30/2012 | Juan Jose Garcia; and Ana Garcia, vs.Raymond Martyniak, | In the Circuit Court of the 20th Judicial Circuit in and for Collier County, FL | 10-07020-CA | Dallas A. Robinson, Esq. |
| 384 | 5/1/2012 | Edner Louis, vs. Boca West Country Club and Amerisure Insurance Co., | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "WPB" | 11-019877MAD | Yolando Hewling, Esq. |
| 385 | 5/1/2012 | Jessie Walker, vs. The Coca-Cola Co., Food Div., | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims Port St. Lucie District | 02-049036RDM | Michael J. Celeste, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 386 | 5/8/2012 | Sydney E. Barta, a Minor by and through her Parent and Next Friend, Laura J. Barta, vs. Cable News Network Worldwide (CNN), et al., | In the Circuit Court of Arlington County, VA. | CL-11-1516 | Patrick M. Regan, Esq. |
| 387 | 5/10/2012 | Carrie White, individually and as Guardians ad Litem of Travon Ford, a minor child under the age of fourteen, vs. Palmetto Health Alliance, d/b/a Palmetto Richland Memorial Hospital, Jennifer Altass Greene, M.D., April Harrell Morciglio, M.D., Ashley Robinson, R.N., USC Specialty Clinics and Rachell Hall, M.D., | In the Court of Common Pleas, State of South Carolina, County of Richland, | 2009-CP-40-1269 | William McKinnon, Esq. |
| 388 | 5/15/2012 | S. George, vs. Trim Masters of Ocala, Inc., vs. Thomasville Furniture Industries, Inc., a foreign corporation, | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL. | 06-CA-4698 | Carlos R. Diez-Arguelles, Esq. |
| 389 | 5/23/2012 | Stephen L. Snellings, vs. Thomas D. Fitzgerald, | In the Circuit Court for the 10th Judicial Circuit in and for Polk County, FL | 2010-CA-04629 | K.C. Bouchillon, Esq. |
| 390 | 5/29/2012 | Anne Ladewig, et al., vs. National Geographic Society, et al., | Superior Court of the District of Columbia Civil Division | 2011CA00388 7B | Pat Regan, Esq. |
| 391 | 5/30/2012 | Amili'yan Goodwin, a Minor, by her Next Friend and Mother, April Manning, and April Manning, Individually, vs. Harper-Hutzel Hospital, a Michigan non-profit corporation, assumed name: Hutzel Women's Hospital; Legacy DMC, a Michigan non-profit corporation, assumed names: Legacy DMC, The Dtroit Medical Center, Detroit Medical Center, DMC Hospital Partnership; Lori Christine Billis-Gergics, M.D.; Shalom Mazaki-Tovi, M.D.; and Sawsan Wadi Shukri, M.D.; Individually, Jointly and Severally, | State of Michigan in the Circuit Court for the County of Wayne | 10-010273NH | Jesse M. Reiter, Esq. |
| 392 | 6/4/2012 | Andrew J. Harbison, vs. Off Lease Only, Inc., and Juliet L. Bisson, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA005 807 | Mathew E. Haynes, Esq. |

F    50

| | | | | | |
|---|---|---|---|---|---|
| 393 | 6/6/2012 | Inez Garcia, Individualy, and as Parent and Natural Guardian of Brittney Pacheco, a minor, Yosue Garcia, a minor, and Jaykob Garcia, a minor, and Jose Lopez, individually, vs. Rivergold, Inc., a Florida corporation, and Dan Pressley, | In the Circuit Court of the 19th Judicial Circuit of Florida, in and for Martin County, FL | 11-1256CA | Jeanmarie Whalen, Esq. |
| 394 | 6/11/2012 | Kenneth J. Green, Nicole Ammons, as Personal Representative of the Estate of William Y. Green, Deceased, Katherine Youngblood, as Personal Representative for the Estate of Jean M. Hodgins, vs. Goodyear Dunlop Tires North America, LTD., a foreign corporation; Goodyear Tire & Rubber Company, a foreign corporation; and Excel Fleet Service, Inc., a Florida corporation, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502010CA003001 | Mark W. Clark, Esq. |
| 395 | 6/14/2012 | Fiona Brown and Stanley Brown, Individually and on behalf of Destiny Brown, a minor, vs. Lakeland Regional Medical Center, Inc., d/b/a Lakeland Regional Medical Center; Lakeland OB/GYN, P.A. d/b/a Central Florida Women's Care; John W. Caravello, M.D.,; Joan Sarratt Bardo, ARNP; Pamela Barany ARNP; Patricia Richey, ARNP; and Sheri Small, ARNP, | In the Circuit Court of the 10th Judicial Circuit in and for Polk County, FL | 2011C0003060000WH | Maria D. Tejedor, Esq. |
| 396 | 6/18/2012 | Kenneth R. Parker, vs. Delray Medical Center, Inc., Donald C. Miller, M.D., Inphynet Contracting Services, Inc., Trudell A. Doctor, M.D., David Neuman, M.D., and Personal Physician Care, P.A., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA012482 | Christopher Larmoyeux, Esq. |
| 397 | 6/26/2012 | Kevin Christofaro and Elizabeth Christofaro, his wife, vs. Florida Detroit Diesel-Allison, Inc. and Felix J. Maldonado, | In the Circuit Court of the 18th Judicial Circuit, in and for Seminole County, FL | 10-CA-7438-08-W | Michael K. Bailey, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 398 | 6/26/2012 | Pamela Suplicki, vs. Kevin Palmer, M.D., West Coast Surgical Associates, P.A. and Hernando HMA, Inc., d/b/a Spring Hill Regional Hospital; Paul Velt, M.D.; and Suncoast Imaging Partners, P.A., | In the Circuit Court of the 5th Judicial Circuit in and for Hernando County, FL | CA2007-2662 | Scott P. Distasio, Esq. |
| 399 | 6/28/2012 | Linda S. Perkins, vs. Chris A. Moller, Wheels LT and Harmon, Inc., | In the Circuit Court of the 13th Judicial Circuit, in and for Hillsborough County, FL | 08-021870 | Steven E. Heintz, Esq. |
| 400 | 6/28/2012 | Kelly Porche and Michael Porche, her husband, vs. Costco Wholesale Corporation; Excel Refrigeration, Inc.; Brian Robert Gerson; Allstate Property and Casualty Insurance Company; and Jackie Costello Johns, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502005CA002 1571 | Robert Reynolds, Esq. |
| 401 | 7/2/2012 | Vikram J. Seepersaud, vs. Hennelly Tire & Auto, Inc. d/b/a The Tire Choice and Total Car Care, | In the Circuit Court in and for St. Lucie County, FL | 562011CA001 643 | Paul P. McMahon, Esq. |
| 402 | 7/2/2012 | Mark Ziegler, vs. Mathew T. Danforth, Justina M. Williams, State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 20th Judicial Circuit in and for Collier County, FL | 11-126CA | Randall Spivey, Esq. |
| 403 | 7/5/2012 | Doris Hayes, individually, and Felton Hayes, her husband, vs. Cornelius Williams, individually, and Cleveland Williams, Jr., individually, and d/b/a Cleve Jr. & Son's Trucking, | In the Circuit Court of the 5th Judicial Circuit in and for Marion County, FL | 42-2010-CA-000822-A | David W. Spicer, Esq. |
| 404 | 7/9/2012 | Stacy Hart and Michael Hart, Individually, and on behalf of Michael Hart, Jr., a Minor,vs. Adventist Healthcare Systems/Sunbelt, Inc., d/b/a Florida Hospital Waterman and Steven Eugene Pillow, M.D., P.A., d/b/a Lake Obstetrics & Gynecology, | In the Circuit Court for the 5th Judicial Circuit, in and for Lake County, FL | 2010-CA-001787 | Maria D. Tejedor, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 405 | 7/9/2012 | Jeffrey Foerderer, vs. Zoila Elizabeth Jorro, D.O., Adventist Health Systems/Sunbelt, Inc., d/b/a Florida Hospital Centra Care, Leslie Andrew Prechtal, M.D., Todd Frank Kuerbitz, P.A., Florida Emergency Physicians Kang & Associates, M.D., P.A.; Adventist Health Systems/Sunbelt, Inc. d/b/a Winter Park Memorial Hospital; Kurt Andrew Gasner, M.D.; Steven Anderson, P.A.; and Jewett Orthopaedic Clinic, P.A. d/b/a Orthopaedic Convenient Care Center, | In the Circuit Court of the 9th Judicial Circuit, in and for Orange County, FL | 2009-CA-031790-0 | Richard B. Schwamm, Esq. |
| 406 | 7/10/2012 | Tracey Parker, individually, and Edward Parker, individually, and Tracey Parker, as Parent and Natural Guardian of Martin Burrett, a minor; Christopher Burrett, a minor; and Jonathan Parker, a minor, vs. Continental Tire The Americas, LLC., a foreign limited liability company, and Wal-Mart Stores East, Inc., a foreign corporation, and Bill Shultz Chevrolet, a Florida corporation, | In and for the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2009CA044048 | Donald F. Fountain, Jr., Esq. |
| 407 | 7/11/2012 | Russell Williams, Sr., et al., vs. Continental Tire the Americas, LLC, et al., vs. Valvoline Instant Oil Change Franchising, Inc., et al., | In the Circuit Court for Baltimore City, MD | 24-C-10-005762 | David W. Spicer, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 408 | 7/16/2012 | Florin Moise, individually, vs. Eric Gernux, individually; Nevada Yellow Cab Corporation, a Nevada Corporation; Does I-X, and Roe Corporations I-X, inclusive, | District Court of the State of Nevada, Clark County, NV | A-10-612033-C | Paul Powell, Esq. |
| 409 | 7/16/2012 | Gerald Johnson, vs. Scott Devon, Terri Devon, husband and wife, and Gwendolyn Reich, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 50-2008-CA-041281 | Diran V. Seropian, Esq. |
| 410 | 7/16/2012 | individually and as Next Friends of Federico Bonilla, Jr.; Jorge Tenorio; Lesbia Delgado; Daniel Bonilla; and Sebastian Bonilla, vs. GFI Capital Resources Group, Inc.; GFI Management Services, Inc.; GFI Texas Mangement Services, LP; GFI Texas Management Services GP, LLC; Windswept Realty GP, LLC; QBS Realty, | In the District Court, 190th Judicial District, Harris County, TX | 2010-83268 | Andrew E. Lemanski, Esq. |
| 411 | 7/20/2012 | Florida Institute of Neurologic Rehabilitation, Inc., (Gene Fowler) vs. Department of Financial Services, Division of Workers' Compensation, and Zenith Insurance Company | State of Florida Division of Administrative Hearings | Nov-20 | Daniel DeCiccio, Esq. |
| 412 | 7/23/2012 | Arlene Diamond and Robert Diamond, her husband, vs. 3000 Island Boulevard Condominium Association, Inc., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-48721 CA 15 | David Kleinberg, Esq. |
| 413 | 8/16/2012 | Travis Raszkowski and Amanda Nowaczewski, individually and as Next Friend of Cameron Wyatt and Maekala Wyatt, | In the Circuit Court for the County of Oakland, State of Michigan | 09-103148-NO | Rebecca S. Walsh, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 414 | 8/23/2012 | Tatiana Abernathy, as natural guardian and mother of Dakota Abernathy, her minor child, and Tatiana Abernathy, Individually, vs. Choctaw Touchdown Club, Inc., Emerald Coast Entertainment, L.L.C., and Funtastic Factory, Inc. and Interstate Fire & Casualty Company, | In the Circuit Court of the 1st Judicial Circuit in and for Okaloosa County, FL | 2009-CA-4874 | F.Catfish Abbott, Esq. |
| 415 | 8/29/2012 | Nancy P. Larson, and Harvey Larson, vs. Lester E. Cox Medical Centers and Brainlab, Inc. and John Pacyniak, | In the Circuit Court of Greene County, MO | 1031-CV03459 | Brad Bradshaw, Esq. |
| 416 | 8/30/2012 | Alexis, as an individual, and Edwin Franklin, as an individual, vs. Lewis Tree Service, Inc., a Foreign Profit Corporation, authorized to do and doing business in the State of Florida, and Osmani Zayas, as an | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-55497CA08 | Judd G. Rosen, Esq. |
| 417 | 8/30/2012 | Gary Gunn, individually and as guardian of Kathy Gunn, his wife, an incapacitated person, vs. Pirelli Tire LLC, a foreign limited liability company; Pirelli North America Inc., a foreign corporation; Francisco's Custom Body Shop Inc., a Florida corporation d/b/a Francisco's Cycle Center; Lemans Corporation, a foreign corporation, d/b/a, Parts Unlimited; Pirelli Pneus Ltda (ex-Pirelli Pneus, S.A.), foreign limited liability company; | In the Circuit Court of the 10th Judicial Circuit in and for Polk County, FL | 53-2008CA-004858-0000-00 | Kevin Ashley, Esq. |
| 418 | 9/4/2012 | Chika Okpala, et al., vs. Holy Cross Hospital of Silver Spring, Inc., et al. | In the Circuit Court for Montgomery County, MD | 357079-V | Catherine Bertram, Esq. |
| 419 | 9/5/2012 | Denise Nicholson, vs. Stonybrook Apartments, LLC., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA028355 | Michael Brown, Esq. |
| 420 | 9/11/2012 | Calgry D. Smith, Delois Smith, vs. Southcrest Hospital, Carla Jones, D.O., Southcrest Anesthesia Group, LLC, Billy Don Crow Jr., and Robison Medical Resource Group, | In the District Court in and for Tulsa County State of Oklahoma | CJ-2010-4892 | Jack E. McGehee, Esq. |

55

| | | | | | |
|---|---|---|---|---|---|
| 421 | 9/17/2012 | Wallace Mosley, a minor by and through his guardian, Jacqueline Weaver, vs. Earl Junious Lloyd, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-025532(26) | David L. Deehl, Esq. |
| 422 | 9/18/2012 | Karen Brinkmann and Michael Brinkmann, individualy, and as husband and wife, vs. Layne Sours, Victory Layne Express and Cargill Meat Logistics Solutions, Inc., | United States District Court Southern District FL | 0:11-cv-61355-KMW | Kelly Hancock, Esq. |
| 423 | 9/27/2012 | Terri Lycan, vs. Ryan D. Hughes and Daniel J. Hughes | In the Circuit Court of the 15th Judicial Circuit , in and for Palm Beach County, FL | 502012CA004 890 | William Johnson, Esq. |
| 424 | 10/2/2012 | Rochelle Houston-Lewis, vs. Myra E. Statfeld, as Personal Representative of the Estate of Baryr Statfeld, deceased | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA018 203 | Thomas Robes, Esq. |
| 425 | 10/3/2012 | Terry D. Schroeder and Marlene Schroeder, vs. Shepard Transport, Inc., Sunland Distribution of Florida, Inc., WAW Transport, L.L.C., and Arthur Renaldo Simpson, | In the Circuit Court of the 10th Judicial Circuit in and for Polk County, FL | 2011-CA-005043-0000 | R. Kent Lilly, Esq. |
| 426 | 10/16/2012 | Olit Gerardo Romero, vs. Dov Israel, Alu Israel, Prestige Home Development, JCR Construction Services, Inc., SAZ Construction Group, Inc., American Truss, PL Construction, and Ray Anthony International, LLC., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-00929625 | Jamie Finizio, Esq. |
| 427 | 10/17/2012 | Mary Robison and Steven Robison, vs. Embarq Florida, Inc., | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 11-CA-001924 | Randall L. Spivey, Esq. |
| 428 | 10/18/2012 | Lowell A. Turgeon, vs. Meadowbrook Meat Company, Inc., and Gregory Burke, | In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, FL | 562012CA001 325 | Ian Kleinman, Esq. |
| 429 | 10/22/2012 | Bryan Narlock, vs. Enterprise Leasing Company of Florida, LLC, a foreign limited liability company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA016 311 | James D.Wilkerson, Jr. |
| 430 | 10/22/2012 | Martha Lundgren, Midwest Radiator, Inc., vs. Nationwide Mutual Insurance Company, et al., | In the Circuit Court of Clay County, MO | 11CY-CV10628 | John McKay, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 431 | 10/24/2012 | Colette O'Neill, f/k/a Colette Spears, vs. City of Riviera Beach, a Florida Municipal Corporation, Lieutenant Reno Wells, individually and as Lieutenant for the City of Riviera Beach; and Sergeant Joshua Lewis, individually and as Sergeant for the City of Riviera Beach, | United States District Court | 9:12CV80200 | C. Edward Mgee, Jr. Esq. |
| 432 | 10/24/2012 | Andrew Calsmer, vs. Ernesto Linares Alfonso and Prieto Brother's Corporation, | In the Circuit Court for the 15th Judicial Circuit, in and for Palm Beach County, FL | 502011CA011 755 | Trey Lytal, Esq. |
| 433 | 10/29/2012 | Jason Everitte, vs. Mack Truckls, Inc., | In the United States District Court, District of South Carolina, Spartanburg Division | 7:11-CV-3186-TMC | Gary W. Poliakoff, Esq. |
| 434 | 11/1/2012 | Angel Acosta, individually and Maria T. Acosta, his wife, vs. Tenet Healthsystem North Shore, Inc., a Florida corporation d/b/a North Shore Medial Center and Rehan Naqui, M.D., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-44640-CA-25 | Jose Menendez, Esq. |
| 435 | 11/1/2012 | Raymond J. Barrett and Valerie L. Barrett, vs. Travelers Commercial Insurance Company, John Tyler Stewart and Christine Marie Berczik, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 11-CA-003380 | Bruce Scheiner, Esq. |
| 436 | 11/5/2012 | John A. Metz, vs. United States of America, | United States District Court Southern District of Florida | 12-80084-CV-DMM | Casey Shomo, Esq. |
| 437 | 11/6/2012 | Suzanne Hamilton Nutt, vs. Gaston Anesthesia Associates, P.A, Ronald L. Evans, M.D., Matthew T. Matthew, M.D., Debra Jean Kneisly, C.R.N.A, Caromont Health Services, Inc., Gaston Memorial Hospital, Inc., and Crystal Beard Wilson, R.N., | In the General Court of Justice Superior Court Division, NC, Gaston County | 11CVS3863 | Clifford Britt, Esq. |
| 438 | 11/12/2012 | Megan Woody and Rickey Bosley, Individually and as Parents and Next Friends of Daniel Bosley, a Minor, vs. CHCA Bayshore, L.P. d/b/a East Houston Regional Medical Center, | In the District Court of Harris County, TX | 2011-35755 | Robert J. Talaska, Esq. |

57

| | | | | | |
|---|---|---|---|---|---|
| 439 | 11/14/2012 | Steven Braveman, individually, vs. Bellagio, LLC. A Nevada limited liability company, DOES I-V, Inclusive, and ROE corporations I-V, Inclusive, | District Court, Clark County, NV | A-11-633174-C | Adam D. Smith, Esq. |
| 440 | 11/15/2012 | Jerry Allen Holder and Vickey M. Holder, individually and as husband and wife, vs. Raynold Nerlien, Marie Nerlien, Tate Transport Corporation, a Florida profit Corporation, and Class A. Trucking, Inc., a Florida Profit Corporation | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 09-CA-00213 | Randall Spivey, Esq. |
| 441 | 11/15/2012 | Elaine B. Haluza and Paul Haluza, vs. Premier Hotel Corporation d/b/a The Cabot Lodge, MMI Hotel and Dining Systems, and Pool Brothers, Inc., | In the Circuit Court of the 8th Judicial Circuit in and for Alachua County, FL | 2011-CA-4578 | Randall Spivey, Esq. |
| 442 | 11/19/2012 | Barbara Morello, vs. Baptist Health South Florida, Inc. d/b/a Baptist Health South Florida; Baptist Hospital of Miami Inc.; Baptist Health South Florida Foundation, Inc.; Baptist Health South Florida Foundation, Inc. d/b/a Kendall Baptist Hospital Foundation; Baptist Health South Florida Foundation, Inc. d/b/a Baptist Hospital Foundation; Jeffrey Marchant, M.D.; Critical Care of South Florida, L.L.C.; and Pulmonary Physicians of South Florida, L.L.C., | State of Florida Division of Administrative Hearings, Circuit Civil Division, | 12-0890MA | Bonnie Navin, Esq. |
| 443 | 11/20/2012 | Silvia P. Fernandez, Sophia Fernandez, Florencia Fernandez, minors, by and through her parent and next best friend, and Silvia P. Fernandez, vs. Suffolk Construction Company, Inc., a Foreign corporation and Prodesa International Regatta LLC, a Florida Corporation | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 08-24169CA11 | Scott M. Sandler, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 444 | 11/26/2012 | Julia Del Valle and Edgar Alexander Nunez, individually and on behalf of Santana Nunez, a minor, vs. Morton Plant Hospital Association, Inc. d/b/a Morton Plant Hospital; A Place for Women, P.A.; Carmen Rose Damiani, D.O.; Deborah Lynne Cuadra, M.D.; and Delia Delgado-Bonet, M.D., | In the Circuit Court of the 6th Judicial Circuit in and for Pinellas County, FL | 10-017488-CI-21 | Maria Tejedor, Esq. |
| 445 | 11/26/2012 | Sharon and Joseph Sumner, vs. Lantana Palm Beach Retail, LLC f/k/a Woolbright Lantana SQ LLC, a foreign limited liability company, WGM Quality Painting, Inc., a Florida Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2010CA011199 | David Kleinberg, Esq. |
| 446 | 11/27/2012 | Carol Whyte and Shelly Ann Watson, as legal guardians of Dale Whyte, and Tina McGee, as mother and natural guardian of Christha Whyte and Toniann Whyte, minor children, vs. Andrew Byers, et. al., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-007837(14) | Bonnie Navin, Esq. |
| 447 | 12/4/2012 | Channary Hor, individually, vs. The City of Seattle, a Washington Municipal Corporation, and Omar Tammam, | In the Superior Court of the State of Washington for King County, | 102344039SEA | Ben Barcus, Esq. |
| 448 | 12/5/2012 | and Natural Guardian of Joseph J. Ragali, and Joshua S. Ragali, a minor, vs. Circle K Stores Inc., Shell Oil Company, Shell Oil Products Company, LLC, Motiva | In the Circuit Court of the 16th Judicial Circuit in and for Monroe County, FL | 201-CA417M | Karen Terry, Esq. |
| 449 | 12/20/2012 | Tyler J. Garner, vs. Alfredo O. Berquist, | In the Circuit Court of the 18th Judicial Circuit, in and for Seminole County, FL | 11-CA-3911-08-L | Edmund A. Normand, Esq. |
| 450 | 12/27/2012 | Maya Odle and Chet Odle as next friends, parents and natural guardians of Liam Odle, a minor and Individually, vs. Altria Client Services, Inc. and Chris R. Studebaker, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 10-38282CACE21 | Robert W. Kelley, Esq. |
| 451 | 1/2/2013 | Oscar Jibaja and Milena Dos Santos, vs. Allstate Fire and Casualty Insurance Company and Allison Bain, | In the Circuit Court of the 15th Circuit in and for Palm Beach County, FL | 502012CA10858AH | David J. Glatthorn, Esq. |

| 452 | 1/3/2013 | Richard R. Osborn and Elizabeth A. Osborn, vs. Tim Swilley, Inc., f/k/a Del Swilley, Inc. a Florida corporation, and Cano, Inc., a Florida Corporation, and Herbert Cano, Individually, | In the Circuit Court of the 15th Circuit in and for Palm Beach County, FL | 502011CA018882 | Dean T. Xenick, Esq. |
|---|---|---|---|---|---|
| 453 | 1/7/2013 | Roger C. Thompson, Jr., Shawnderia Thompson, his wife, Dreshaun Roger Thompson, a minor child, Roger C. Thompson, III, a minor child and Rashad Jerome Thompson, a minor child, | In the Circuit Court 4th Judicial Circuit in and for Duval County, FL | lb2011CA04740 | David Dunlap, Esq. |
| 454 | 1/9/2013 | Jennifer Micha and Charles W. Langstaff, II, her husband, vs. PGA Mexx, LLC d/b/a Cabo Flats, a Florida Limited Liability Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2011-CA-009375 | Scott B. Smith, Esq. |
| 455 | 1/15/2013 | James T. Gelsomino, vs. Ace American Insurance Company and Brown & Brown, Inc., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 41157809 | Jeffrey M. Liggio, Esq. |
| 456 | 1/17/2013 | Gladys Pinzas, vs. Wal-Mart Stores, Inc. a foreign for profit corporation authorized to do and doing business in the State of Florida, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA016881 | Judd G. Rosen, Esq. |
| 457 | 1/17/2013 | Stephen Simpson, vs. C. Calvin Warriner, III, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2012CA9991 | William E. Johnson, Esq. |
| 458 | 1/21/2013 | Camella Altavilla and Salvatore Altavilla, vs. The Breakers Palm Beach, Inc., a Florida corporation | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach, FL | 502012CA000738 | Lake K. Lytal, III, Esq. |
| 459 | 1/22/2013 | Johna K. Chrisochos, vs. Damien L. Beal and Office of the Commissioner of Baseball, | In the Circuit Court of the 6th Judicial Circuit in and for Pinellas County, FL | 09-22797CI-15 | Dennis Hernandez, Esq. |
| 460 | 1/23/2013 | Susan Isen and David Isen, her husband, vs. Walt Disney Parks and Resorts U.S., Inc. d/b/a Disney's Hollywood Studios Theme park, | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2011-CA-001946-O | Samuel Coffey, Esq. |
| 461 | 1/23/2013 | Teresa Kerrn, Individually, vs. Franc Pibernik, Jr., individually, and Florida West Coast, Inc. d/b/a Culligan, a Florida corporation, | In the Circuit Court for the 13th Judicial Circuit in and for Hillsborough County, FL | 10-CA-022243 | Paul S. Reed, Esq. |

60

| 462 | 1/30/2013 | Christine Laban, vs. Her Auto Sales, Inc., a Florida Corporation and Debra Brown, | In the Circuit Court of the 5th Judicial Circuit in and for Marion County, FL | 10-5127-CA-G | Jarrod King, Esq. |
|---|---|---|---|---|---|
| 463 | 1/31/2013 | Denise Reece and Richard Reece, individually and as natural parents and guardians of Amanda Reece, a minor, vs. Amy Kelley, M.D., Memorial Hospital West Volusia, Inc. d/b/a Florida Hospital Deland, Wayne Barry, M.D., Emergency Medicine Professionals, P.A., Southwest Volusia Healthcare Corporation d/b/a Florida Hospital Fish Memorial, Concepion S. Anayas, M.D.; B. Pamela Perry, RN; Sherene Roach ARNP, and Community Medical Center of West Volusia, P.A., | In the Circuit Court of the 7th Judicial Circuit in and for Volusia County, FL | 2010 13531-CIDL | Stephen Knox, Esq. |
| 464 | 2/5/2013 | Rafaell Anton Harris and Angela Harris, in her capacity as Wife and Guardian of Rafaell Anton Harris, vs. Amon David Rattray, Jr., and Triple P Distributing Co., Inc. d/b/a North Florida Sales, | In the Circuit Court of the 4th Judicial Circuit, in and for Duval County, FL | 2011-CA-009873 | Edward R. Blumberg, Esq. |
| 465 | 2/5/2013 | Vinson Peterson, vs. Bauer Foundation and Amerisure-Florida | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims West Palm Beach District | 12-016950 | Harvey Kaufman, Esq. |
| 466 | 2/6/2013 | Scott Martin, vs. Sengthong Liamsavay, | In the Circuit Court of the 6th Judicial Circuit in and for Pinellas County, FL | 09-11758-CI-11 | Nadine Diaz, Esq. |
| 467 | 2/7/2013 | Westcott and Michael Santorsa, vs. Gary Wasserman, M.D., Robert Cervenka, M.D., Jennifer Donofrio, M.D., Heidi Meinz, M.D., Manchester Obstetrical Associates, P.A., | The State of New Hampshire, Superior Court, | 10-C-148 | Giles Manley, Esq. |
| 468 | 2/11/2013 | Carolina Marcin, vs. Albertson's | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims, District "PSL" | 11-005919-RDM | Yolando Hewling, Esq. |
| 469 | 2/11/2013 | Maxine Jacques, vs. Belz Partners, LP, d/b/a The Peabody Hotel, a foreign corporation, and Barbara Bowden, | In the Circuit Court of the 9th Judicial Circuit, in and for Orange County, FL | 2011-CA-017149-0 | Lance Ivey, Esq. |

| | | | | |
|---|---|---|---|---|
| 470 | 2/12/2013 | Eric Sajid and Paula Sajid, individually and as parents and natural guardians of Jacob Sajid, a minor, vs. Jay Paul Colella, M.D., Radiology Physicians of Indian River County, LLC, a Florida Corporation, Felix Bigay, M.D., Partners in Women's Health, LLC a/k/a Indian River Medical Center Partners in Women's Health, a Florida Corporation, and Indian River Memorial Hospital a/k/a Indian River Medical Center, a Florida Corporation, | In the Circuit Court of the 19th Judicial Circuit in and for Indian River County, FL | 31-2010-CA-075530 | Joseph M. Taraska, Esq. |
| 471 | 2/12/2013 | Creighton B. Perry, vs. Reserve and the Park at Riverbridge, UDR Okeeheelee, LLC., | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2011CA019057 | Joseph Cichowski, Esq. |
| 472 | 2/13/2013 | RN'G Construction, Inc., vs. Timothy and Evonne Whalen, et. al., | In the Circuit Court for Baltimore City, MD | 24-C-12-000160CN | Greg Hopper, Esq. |
| 473 | 2/14/2013 | Netsai Masomere and Christian Masomere, a minor, by and through his parent and next best friend, Netsai Masomere, vs. Manuel A. Penalver, M.D.; 21st Century Oncology, LLC, a Florida Limited Liability Company f/k/a 21st Century Oncology, Inc., and formerly d/b/a South Florida Gynecologic Oncology, LLC., a Florida Limited Liability Company formerly d/b/a South Florida Gynecologic Oncology; Radiation Therapy Services, Inc., a Florida Corporation; and Doctors Hospital, Inc., a Florida Corporation, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-38865CA24 | Scott Sandler, Esq. |
| 474 | 2/18/2013 | Kristopher Blake, vs. Borgess Medical Center, a Michigan nonprofit corporation, assumed name: Kalamazoo Orthopaedic Clinic; Kalamazoo Orthopaedic Clinic; and Christopher W. Uggen, M.D.; Jointly and Severally, | In the Circuit Court for the County of Kalamazoo, MI | 12-0046-NH | Rebecca S. Walsh, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 475 | 2/19/2013 | Jon C. Schwartz, an individual, vs. Charles O. Pruitt, an individual; MG Dyess, Inc. is a Mississippi Coporation; Does I through X and Roe Corporations through X, inclusive, | United States District Court, District of Arizona | 3:11-cv-08208-FJM | Stephen K. Lewis, Esq. |
| 476 | 2/21/2013 | Andrew Sorrentino, vs. Bethesda Memorial Hospital, Inc. Sherard Houston, M.D., and Sterling Emergency Services of Florida, P.A., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502008CA030 777 | David Kleinberg, Esq. |
| 477 | 2/25/2013 | Alfredo Perez, vs. Cintas Corporate Services, Inc., and Kerry L. Dennard, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502011CA018 763 | Alfred Bell, Esq. |
| 478 | 2/26/2013 | Winna Wilson, vs. East Texas Medical Center, Robert G. Creath, M.D., | In the District Court of Smith County, TX 7th Judicial District | 12-0404-A | Jack E. McGehee, Esq. |
| 479 | 3/4/2013 | Alexandra Zafiris and Thomas Zafiris, vs. Robert Rollins and Beacon Group, Inc., a Florida corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2011-CA008105 | Carlos A. Bodden, Esq. |
| 480 | 3/7/2013 | Michael Harmon, vs. Palm Beach Institute, a Florida corporation, Florida Atlantic University Board of Trustees, Brad Henderson, Jr., individually, and Theodore Moody, individually, and Omega Pacific, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2009CA03240 2AB | Daniel F. Dickenson, Esq |
| 481 | 3/11/2013 | Cheryl A. Cooper, vs. Ntibayazi Dieudonne and Werner Enterprises, Inc., a foreign for-profit corporation, | United States District Court Middle District of Florida Tampa Division | 8:11cv00321 | Riccardo D. Arcaro, Esq. |
| 482 | 3/12/2013 | John Clark, and Gloria Clark, his wife, vs. Columbia Hospital (Palm Beaches) Limited Partnership, d/b/a Columbia Hospital; Roy C. Musoff, M.D.; Sheridan Emergency Physician Services, Inc.; Romuald Altine, D.O.; Boca Medical Specialists; Inc.; Louis Butera, D.O.; and Palm Beach Neurology, P.A., | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502012CA010 293 | Stephen Cain, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 483 | 3/13/2013 | Maria Del Consuelo Alcocer Mejorado, individually and as parent and next friend of Ximena Alcocer, a minor, vs. Memorial Hermann Hospital System d/b/a Memorial Hermann Southwest Hospital, | In the District Court of Harris County, TX 333rd Judicial District | 2011-67528 | Robert J. Talaska, Esq. |
| 484 | 3/18/2013 | Kristinna Potter, now known as Kristinna Sanchez, and Jose Sanchez, individually, and on behalf of their natural daughter, Natalie Sanchez, a minor, vs. William B. Acevedo, M.D.; William B. Acevedo, M.D., P.A.; Hernando HMA, Inc. d/b/a Spring Hill Regional Hospital; Health Management Associates, Inc. of Delaware; John Doe 1 and John Doe 2, | In the Circuit Court of the 5th Judicial Circuit in and for Hernando County, FL | H-0027-CA-2010-003530 | Anthony Britt, Esq. |
| 485 | 3/19/2013 | Reginald B. Tillman, vs. United States of America, Department of Veterans Affair, | In the United States District Court for the Northern District of Florida Gainesville Division | 12CV081-MP/GRJ | Joseph M. Taraska, Esq. |
| 486 | 3/21/2013 | Arlene Bliss, vs. Jeffrey Paulsen and Kimberly Paulsen, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 11-CA-000981 | Randall L. Spivey, Esq. |
| 487 | 3/25/2013 | Gunilla Lindquist and Anders Lindquist, vs. Mirasol Club, Inc., a Florida Corporation, Hope Malin and Stanley Merjan, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA012021 | Gregory Barnhart, Esq. |
| 488 | 3/27/2013 | Gladys Mercurio and William Mercurio, her husband, vs. Justin P. Mellette, Pete's Mobile Service of Jupiter, Inc., a Florida Profit Corporation, and Allstate Insurance Company, a Foreign Profit Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA007808 | Steven G. Calamusa, Esq. |
| 489 | 3/28/2013 | Heather Ezzolo, individually and as natural guardian of her minor children, Alazandra Richardson and James Richardson, Jr., vs. TRW Vehicle Safety Systems, Inc., and Cooper Tire and Rubber Company, | In the Circuit Court for the 15th Judicial Circuit in and for Palm Beach County, FL | 2009CA043878AF | April A. Strahan, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 490 | 4/8/2013 | Lisa Seigford, vs. The Broadview Condominium Association, Inc. a Florida non-profit corporation and Bristol Management Services, Inc., a Florida corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2012CA00367 9 | Matthew Schwenke, Esq. |
| 491 | 4/9/2013 | Blanca Elizabeth Cornejo, as mother, parent and natural guardian of Jimmy Edgar Garcia-Cornejo, a minor, vs. Veolia Es Solid Waste Southeast, Inc., a Florida Corporation d/b/a Veolia Environmental Services, Timothy Dale Reinhard, individually, Robert Riege, individually, and Kenneth A. Arms, individually, | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2012-CA-010415-0 | Mark Carrigan, Esq. |
| 492 | 4/10/2013 | Susan K. Wilkins, vs. Fedex Ground Package System, Inc., MVP Delivery, Inc. and David Norman Wright, | In the Circuit Court of the 12th Judicial Circuit in and for Manatee County, FL | 11-CA-8675 | Eric Bruce, Esq. |
| 493 | 4/16/2013 | Gary Phillips, vs. Mercury Insurance Company of Florida | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA016 305 | Marshall Rosenbach, Esq. |
| 494 | 4/17/2013 | Don J. Richards, vs. Hunter I. Axelband and Sandra Lea Dezelan, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 1115832 | Russell Adler, Esq. |
| 495 | 4/22/2013 | Thomas Kinslow, vs. Cardinal Roofing and Siding Florida, Inc., | In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, FL | 562007CA000 832 | Jeffrey Liggio, Esq. |
| 496 | 4/23/2013 | Elyse Fetcko, vs. Universal Floor Covering, Inc., Gruppo Ceramiche Ricchetti, S.P.A.; Ceramiche Cerdisa; Industrie Ceramiche Cisa-Cerdisa, S.P.A.; AMDG Enterprises, Inc. d/b/a General Ceramic Tile; Ondulati Maranello, S.P.A.; Leonardi & C., S.P.A.; Leonardi & Co. U.S.A., Inc.; Marine Air Services Forwarding, Inc.; Angelica Dutra and Daniel Dutra, | In the Circuit Court of the 17th Judicial Circuit, in and for Broward County, FL | 09-031932 | Howard Pomerantz, Esq. |
| 497 | 4/24/2013 | Annette M. Kirby, vs. Christopher J. McCrea and Bright House Networks, LLC., | In the Circuit Court of the 12th Judicial Circuit in and for Manatee County, FL | 11-CA-04223 | Eric Bruce, Esq. |

| 498 | 4/29/2013 | Michael Meyer, vs. Carnival Corporation, a Panama corporation, d/b/a Carnival Cruise Lines; Cox & Company, LTD, a St. Lucia entity; Sailaway Tours, a St. Lucia entity, and Seaspray Cruises, LTD., a St. Lucia entity, | United States District Court Southern District of Florida Miami Division | 1:12-cv-20321-WJZ | Michael Eriksen, Esq. |
|---|---|---|---|---|---|
| 499 | 5/1/2013 | Tracey Parker, Individually, and Edward Parker, Individually, vs. Continental Tire the Americas, LLC., a foreign limited liability company, and Wal-Mart Stores East, Inc., a foreign corporation, and Bill Shultz Chevrolet, a Florida corporation, | In and for the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2009CA044048 | Don Fountain, Esq. |
| 500 | 5/6/2013 | Teresa West, individually and as mother and natural Guardian of Mayson McKenzie West, a minor, vs. Brian Bennett, individually, Merrily Bennett, individually, Logan Bennett, a minor, by and Through her parents and natural guardians, Brian Bennett and Merrily Bennett, Hales Place Plantation, LLC and Hales Place Plantation Club, Inc., | In the Circuit Court, 2nd Judicial Circuit, in and for Leon County, FL | 2010-CA-003883 | Jim Messer, Esq. |
| 501 | 5/6/2013 | Regina O'Neill, vs. Allstate Insurance Company, | In the Circuit Court for the 6th Judicial Circuit in and for Pinellas County, FL | 11-11653-CI-19 | Dennis Hernandez, Esq. |
| 502 | 5/7/2013 | Jerome Gordon, vs. Carvart Glass, Inc., | Before the Worker's Compensation Board State of New York | G0308949 | Angiuli, Katkin & Gentile |
| 503 | 5/7/2013 | Elizabeth Burch, vs. Satilla CBS/Coffee CBS | State of Georgia State Board of Worker's Compensation | 2001-010392 | William N. Hutchinson, Jr., Esq. |
| 504 | 5/8/2013 | Fernando Salvato and Mireille Salvato, his wife, vs. Superior Landscaping and Lawn Service, Inc., The City of Miami Beach, and Florida Department of Transportation, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-46450CA23 | Brian R. Denney, Esq. |
| 505 | 5/8/2013 | William Crossey and Sheri Crossey, Individually and as husband and wife, vs. Kiara M. Laughran, individually, and Ranger Construction, Inc., | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2012CA007587 | Brian R. Denney, Esq. |
| 506 | 5/9/2013 | Stuart Musslewhite, vs. Baltimore Orioles Limited Partnership, | In the Circuit Court of the 12th Judicial Circuit in and for Sarasota County, FL | 2011CA00515 3NC | Patrick Quinlan, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 507 | 5/9/2013 | Dewey Lee Smith, vs. City of West Palm Beach and Corvel Enterprises Comp/Tampa, | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "WPB" | 11-001641TMB | Yolando Hewling, Esq. |
| 508 | 5/13/2013 | Wanda Chesnut, vs. Cargill Incorporated and Sedgwick CMS, Inc./formerly Specialty Risk Services, | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "PSL" | 12-006492RDM | Yolando Hewling, Esq. |
| 509 | 5/13/2013 | Thomas Turner, vs. United Self Insured Services, | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "WPB" | 12-024427TMB | Nancy L. Cavey, Esq. |
| 510 | 5/15/2013 | Tarvis Atkins, vs. South Central Florida Express, a domestic Florida corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2012-CA-004115 | Don Fountain, Esq. |
| 511 | 5/15/2013 | Michelle Boyland, vs. Jacqueline Hibbert, | In the Circuit Court of the 19th Judicial Circuit in and for Martin County, FL | 11-611CA | Matthew D. Weissing, Esq. |
| 512 | 5/16/2013 | John S. Razook, vs. Marilyn Grattan, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA022598 | Joseph C. Schulz, Esq. |
| 513 | 5/17/2013 | Lisa Seigford, vs. The Broadview Condominium Association, Inc. a Florida Non-Profit Corporation and Bristol Management Services, Inc., a Florida Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2012-CA-003679 | Karen Terry, Esq. |
| 514 | 5/21/2013 | Luz Tangarife Montoya, vs. Dylan Sorrentino and Maria Hernandez, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 11-40564CA01 (05) | Bradley J. Kaplan, Esq. |
| 515 | 5/21/2013 | Melrita Pazin and Dean Pazin, her husband, vs. Kilowatt Electric Company, A Florida Company and Blake Linde, Individually, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 11-030020(08) | Peter Somera, Esq. |
| 516 | 5/23/2013 | Michael Taylor, vs. West Boca Medical Center, Inc., The Center for Back Pain Management, Inc., and Fernando Rennella, M.D., Boca Trauma and Rehab, Inc., Bruce M. Fischer, D.C., P.A., and Bruce M. Fischer, D.C., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA010290 | Patrick Quinlan, Esq. |
| 517 | 5/23/2013 | William Collado and Deidre Collado, His Wife, vs. David H. Gregory and Robert H. Gregory, | In the Circuit Court of the 12th Judicial Circuit in and for Manatee County, FL | 412011CA008052 | Robert Gordon, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 518 | 5/28/2013 | Steven Hale and Holly Hale, vs. Sun Recycling, LLC., a Florida limited liability company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA001036 | David Knight, Esq. |
| 519 | 5/28/2013 | John S. Razook, Jr., vs. Marilyn M. Grattan and Allstate Property and Casualty Insurance Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA022598 | Joseph C. Schulz, Esq. |
| 520 | 5/28/2013 | Marianne Sorn and James Sorn, vs. Midwest Orthopaedics Consultants, S.C., an Illinois Corporation, Unknown Employees, Agents and/or Servants of Midwest Orthopaedics Consultants, S.C. individually and as employees, agents and/or servants of Midwest Orthopaedics Consultants, S.C. | In the Court of Cook County, Illinois County Department, Law Division | 10L013400 | Greg Olmstead, Esq. |
| 521 | 5/30/2013 | Ethel Fields, vs. East Coast Migrant Head Start Project, Inc. and Liberty Mutual Ins. Co., | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "WPB" | 04-026692MAD | Marc E. Golden, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 522 | 5/30/2013 | Nathan Balduc, a Minor by His Next Friend and mother, Dalecia Dunbar, vs. Legacy HHH, a Michigan non-profit corporation, Assumed names: Harper-Hutzel Hospital, Hutzel Womem's Hospital; University Women's Care, Inc., a Michigan non-profit corporation; University Physician Group, a Michigan non-profit corporation, assumed name: University Women's Care, Inc.; Legacy DMC, a Michigan non-profit corporation, assumed names: The Detroit Medical Center, Detroit Medical Center; Legacy DRH-UHC, a Michigan non-profit corporation, formerly known as Detroit Receiving Hospital and University Health Center, assumed name: DMC Hospital Partnership; David Chester Kmak, M.D.; Sean Cyle Blackwell, M.D., Theodore Benjamin Jones, M.D.; Judette Marie Louis, M.D.; and Monique Dayna Gillman, M.D., individually, jointly and severally, | State of Michigan, In the Circuit Court for the County of Wayne, | 12-002534-NH | Jesse M. Reiter, Esq. |
| 523 | 6/3/2013 | William K. Peacock, vs. Stephen T. Butler, | In the Circuit Court of the Judicial Circuit in and for Palm Beach County, FL | 502012CA007 004 | Jack P. Hill, Esq. |
| 524 | 6/3/2013 | David R. Riley, vs. Deborah Merritt and Artistic Pools of FLA., Inc., Allstate Property and Casualty Ins. Company, and Allstate Indemnity Company, | In the Circuit Court of the 6th Judicial Circuit in and for Pinellas County, FL | 09-008691-CI-19 | Joseph H. Graves, Esq. |
| 525 | 6/4/2013 | Joseph Karam, vs. Sysco Southeast Florida, LLC f/k/a Sysco Food Services of Southeast Florida LLC and Frederick L. Nugent, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 11-CA-005489 | David Gaspari, Esq. |
| 527 | 6/4/2013 | Jason Clark, vs. Double Eagle Distributing and Emmanuel Kuwornu, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502012CA012 060 | Lake H. Lytal, III, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 528 | 6/5/2013 | Regina O'Neill, vs. Allstate Insurance Company, | In the Circuit Court of the 6th Judicial Circuit in and for Pinellas County, FL | 11-11653-CI-19 | Dennis Hernandez, Esq. |
| 529 | 6/5/2013 | Melinda Gonzalez and Mauro Gonzalez, vs. Wal-Mart Stores East, L.P., | In the County Court of the 20th Judicial Circuit in and for Lee County, FL | 11-CA-003517 | Randall L. Spivey, Esq. |
| 530 | 6/5/2013 | Timothy Leysock and Christina Leysock, his wife, vs. Travelers Property Casualty Company of America, a Foreign Profit Corporation, and John Doe, Unknown Driver, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA010 192 | Craig Goldenfarb, Esq. |
| 531 | 6/18/2013 | Omar Gallardo, M.D., and Michele D. Astarita-Gallardo, M.D., his wife, vs. Prestige Imports, Inc., d/b/a Prestige Audi, Prestige Motor Car Imports, Inc. d/b/a Prestige Audi, Miguel A. Decarli, individually, Jose L. Alvarez, individually, Autonation, Inc., d/b/a Maroone KIA, and Hollywood KIA, Inc., d/b/a Maroone KIA, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade Count, FL | 09-43176CA02 | William R. Jones, III, Esq. |
| 532 | 6/19/2013 | Elso Lucero Hernandez Gleaton, Gary Gleaton, her husband, and John Andrew Gleaton, her son and a minor, vs. Ford Motor Company, a foreign Corporation, Fowler Hodges, Inc. and Southern Owners Insurance Company, a foreign Corporation, | In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, FL | 56-2011-CA-000619 | Scott Smith, Esq. |
| 533 | 6/20/2013 | Silverio Tovar, vs. Guillermo Valenzuela, individually, and Treeworld Wholesale, Inc., a Florida corporation, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 09-30580CA10 | Andrew J. Weinstein, Esq. |
| 534 | 6/20/2013 | Joseph Corallo, vs. Palermo Mangement, Inc. d/b/a A&G Management Services, a Florida corporation, ST. Andrews at the Polo Club Condominium Association, Inc, a Florida corporation, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502011CA015 631 | Marshall Rosenbach, Esq. |
| 535 | 6/21/2013 | Thomas M. Stern, as Guardian of the Estate of Armani Wakefall, a Minor, vs. Michael Ira Cinoman, M.D., | In the General Court of Justice, Durham County, NC | 11CVS01697 | William Simpson, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 536 | 6/22/2013 | David Stricsek, vs. Largo Medical Center, Inc. d/b/a Largo Medical Center, a Florida Corporation, Jeremy J. Eversvik, CRNA, Florida Gulf to Bay Anesthesia Associates, P.A., Judy Sexton, R.N., Ray Absher and Spinecare Associates, LLC d/b/a Florida Spine Institute, | In the Circuit Court of the 6th Judicial Circuit in and for Pinellas County, FL | 12-001329CI | Michael J. Trentalange, Esq. |
| 537 | 6/24/2013 | Diana Kurtz and Eric Kurtz, vs. Jonathan K. Glazer, M.D.; Michelle Colmenares, CRT; Vero Radiology Associates, Inc.; Radiology Physicians of Indian River County, LC; and Sebastian Radiology Associates, Inc., | In the Circuit Court of the 19th Judicial Circuit in and for Indian River County, FL | 31-2012-CA-000758 | Kevin Smith, Esq. |
| 538 | 6/24/2013 | Miranda Garcia Favela, a minor, who sues by and through her mother and next friend, Lourdes Favela, vs. Warren W. Scott, M.D., Steven Coulter, M.D., and Isbell Medical group, P.C., et al., | In the Circuit Court of Dekalb County, AL | CV-10-900011 | Robert J. Talaska, Esq. |
| 539 | 6/25/2013 | Hilda Lopez and Jorge Zuluaga, individually and on behalf of, Daniel Zuluaga, a minor, vs. Ricardo K. Larrain, M.D., P.A.; Ricardo Larrain, M.D.; Adventist Healthcare System/Sunbelt, Inc. d/b/a Florida Hospital Deland, | In the Circuit Court of the 7th Judicial Circuit, in and for Volusia County, FL | 201111804CIDL | Maria D. Tejedor, Esq. |
| 540 | 6/26/2013 | David R. Riley, vs. Deborah Merritt and Artistic Pools of FLA., Inc., Allstate Property and Casualty Ins. Company, and Allstate Indemnity Company, | In the Circuit Court 6th Judicial Circuit in and for Pinellas County, FL | 09008691-CI-19 | Joseph Graves, Esq. |
| 541 | 6/26/2013 | Donald Jones and Salena Jones, vs. Rush University Medical Center; Rush System for Health; Rush Medical College; Rush University Medical Group; and Rush-Presbyterian-St Luke's Medical Center; and Midwest Orthopaedics at Rush, LLC, | In the Circuit Court of Cook County, Illinois | 10l014555 | Mark R. McKenna, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 542 | 6/27/2013 | Gregory Chinn, and Melissa P. Chinn, his wife,vs. Michelle Henderson, M.D., and Health First Physicians, Inc., a Florida Corporation licensed to do business in the State of Florida, | In the Circuit Court of the 18th Judicial Circuit in and for Brevard County, FL | 05-2012CA072686 | David W. Spicer, Esq. |
| 543 | 6/27/2013 | Timothy Leysock and Christina Leysock, his wife, vs. Travelers Property Casualty Company of America, a Foreign Profit Corporation, and John Doe, Unknown Driver, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2012-CA-010192AH | Craig Goldenfarb, Esq. |
| 544 | 7/30/2013 | Michela Campione, vs. Deborah A. Clausius, | In the Circuit Court of Cook County, Illinois | 11L012574 | Conrad Szewczyk, Esq. |
| 545 | 8/5/2013 | Michael W. Yasky, vs. Mary Gertrude Dowling, | In the Circuit Court of the 19th Judicial Circuit in and for Indian River County, FL | 312012CA000528 | Linda Elise Capobianco, Esq. |
| 546 | 8/7/2013 | Freddie James, Vera Adams, as Personal Representative of the Estate of Roderick James, deceased minor; Angela Finney, as mother and Natural Guardian to Fredquanda James, a minor; Jerome Dawkins, as Personal Representative of the Estate of Shakia Peterson, deceased and as father and Natural Guardian of Lakia Dawkins, Jr.,a minor, Jerome Dawkins, Jr., Caprice Dawkins, a minor, Jamekia Dawkins, a minor and Martavius Dawkins, a minor, vs. Continental Tire the Americas, LLC f/k/a Continental Tires of North America, Inc., Ford Motor Company, Batista Auto Sales, Inc. and The Pep Boys- Manny, Moe and Jack, Inc. d/b/a Pep Boys, | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL | 10-022136 DIV K | Kyle W. Farrar,Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 547 | 8/8/2013 | Chelsey Roberts, Individually, and as Mother and Next Friend of Tristian McGuire, a minor, vs. Crandall M. Chambers, M.D., Crandall M. Chambers, M.D., LLC Columbus Regional Healthcare System, Inc, The Medical Center, Inc. and John Does 1-5, Jane Does 1-5; ABC Corporation; XYZ Entity, | In the Superior Court of Muscogee County, State of Georgia | SU12CV321-07 | Mary H. Watters, Esq. |
| 548 | 8/9/2013 | David Kauthen and Viola Kauthen, vs. Depuy Orthopaedics, Inc.; and Mark Debiase, Incorporated and/or Mark Debiase, Incorporated d/b/a Joint Venture; and Scott Allen Leedy, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA004158 | C.Calvin Warriner, Esq. |
| 549 | 8/9/2013 | Darrin Whitaker, an Individual, and Sarah Whitaker, his wife, vs. Nelli Amanda Wilford, an Individual, and Stephen George Wilford, an individual, | In the Circuit Court, 4th Judicial Circuit in and for Baker County, FL | 11000201CA | Michael P. Moran, Esq. |
| 550 | 8/13/2013 | Eduard Perez-Mossetty, Vanessa Miranda-Cotto, and the conjugal partnership or community property constituted between them, vs. American Tugs, Incorporated, American Tugs and Barges, Incorporated, and The American Boat Company, LLC, | In the Circuit Court of the 3rd Judicial Circuit Madison County, IL | 10-L-001204 | Margaret Battersby, Esq. |
| 551 | 8/14/2013 | Mary Lenhart, as Guardian and Conservator of Abby Chronister, an individual, vs. Christopher A. Basora, an individual, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 03-020113(26) | Dan Cytryn Esq. |
| 552 | 8/14/2013 | Carl W. Rango, vs. Michael Carroll, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 11-CA-001008 | Bruce Scheiner, Esq. |
| 553 | 8/15/2013 | Patricia Wade, Guardian and Conservator for Gloria Bush, vs. Universal Health Services, Inc., d/b/a Aiken Regional Medical Centers, Inc, d/b/a Aiken Regional Medical Center, Grace Rigor, Hospital Employee Does 2-3 | In the Court of Common Pleas for the 2nd Judicial Circuit County of Aiken, SC | 11-CP-02-2487 | Chad A. McGowan, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 554 | 8/20/2013 | Young S. Kwon, vs. Ferguson Enterprises, Inc., a foreign profit coporation, and Holly A. Blane, | In the Circuit Court of the 1st Judicial Circuit in and for Okaloosa County, FL | 2010-CA-1594 | F. Catfish Abbott, Esq. |
| 555 | 8/26/2013 | Wales Martindale, vs. Town of Davie | State of Florida Division of Administrative Hearings Office of the Judges of Compensation Claims FT Lauderdale | 12-028647WRH | Adam Levinson, Esq |
| 556 | 8/27/2013 | Cindy L. Soles and Dwayne B. Soles, Her Husband, vs. Terry Bishop and Cintas Corporation NO. 2, Inc., a Foreign Profit Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County,FL | 502012CA002 026 | Robert E. Gordon,Esq. |
| 557 | 8/28/2013 | Olga I. Ramirez, vs. Korey Christopher Gil and Sara Salazar, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 12-11668CA31 | Mike Snowden, Esq. |
| 558 | 8/30/2013 | Yulexi Exposito, Individually and on behalf of Stephanie Gonzalez, a minor, vs. Public Health Trust of Miami Dade County d/b/a Jackson Memorial Hospital, University of Miami School of Medicine, Victor Hugo Gonzalez-Quintero, M.D., Lesley Caroline McLeod, M.D., Nathalie Dauphin McKenzie, M.D., Marion Frederic Colas-Lacombe, M.D., and Jerry M. Gilles, M.D., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-36684CA25 | Maria D. Tejedor, Esq. |
| 559 | 9/3/2013 | David Kauthen and Viola Kauthen, vs. Depuy Orthopaedics, Inc.; and Mark Debiase, Incorporated and/or Mark Debiase, Incorporated d/b/a Joint Venture; and Scott Allen Leedy, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA004 158 | C. Calvin Warriner, Esq. |
| 560 | 9/4/2013 | Aldy Torres and Abdel Torres, her husband, vs. Publix Super Markets, Inc., Florida corporation, | In the Circuit Court of the 11th Judicial Circuit in and for Dade County, FL | 11-5994CA23 | Darren Odesnik, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 561 | 9/5/2013 | Heavyn Jamison, a Minor, By Her Next Friend and Mother, Candice Copeland, Providence Hospital and Medical Centers,Inc., a Michigan non-profit corporation, assumed name: Providence Hospital and Medical Centers; Harold Hinton Thomas Physicians for Women's Health, PLLC, a Michigan professional limited liability company, prior name: Harold Hinton Physicians for Women's Health, PLLC; Southfield OB/GYN Associates, PLLC, a Michigan professional limited liability company, formerly known as: Harold Hinton Thomas Physicians for Women's Health,PLLC, and Harold Hinton Physicians for Women's Health, PLLC; Michele Thomas, M.D., PLLC, a Michigan professional limited liability company; Lester J. Voutsos, M.D.; and Ricardo A. Rodriguez, M.D.; Individually and Severally, | In the Circuit Court for the County of Oakland, State of Michigan | 11-123786NH | Jesse M. Reiter, Esq. |
| 562 | 9/9/2013 | Christine DeMariz, and Carmen Machicado vs. Avis Budget Group, Inc., | United Stated District Court for the District of Columbia | 1:11-cv-00662-EGS | Patrick Regan,Esq. |
| 563 | 9/10/2013 | Charles Grab, vs. Bassam Albedawi, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County,FL | 502011CA017347 | Scott B. Smith, Esq. |
| 564 | 9/10/2013 | Lynn Schacher, vs. West Boca Medical Center, Inc. a Florida for profit corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA016750 | Chad C. Hastings, Esq. |
| 565 | 9/12/2013 | Norma Gayle Smith and John J. Smith, husband and wife, vs. Anthony T. Pizzo, M.D., and Bradenton Cardiology Center, P.A., | In the Circuit Court of the 12th Judicial Circuit in and for Manatee County, FL | 2010CA003897 | W. Wade Thompson, Esq. |
| 566 | 9/16/2013 | Patricia A. Fridolph, vs. Mobile Imaging of St. Lucie County, Inc., and Eric M. Crawford, R.T., | In the Circuit Court of the 19th Judicial Circuitin and for ST. Lucie County, FL | 562013CA000159 | Christopher Larmoyeux, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 567 | 9/17/2013 | Marie Schnall, vs. Sean Scully, M.D., and The University of Miami, | State of Florida Division of Administrative Hearings | 12-4029MA | Mark Weinstein, Esq. |
| 568 | 9/18/2013 | Matthew Jackson and Christine Jackson, husband and wife, vs. Jordon Harpold, Richard Hoover and Sherry Hoover, | In the Circuit Court of the 18th Judicial Circuit in and for Brevard County, FL | 05-2012CA-044253 | Kenneth McKenna, Esq. |
| 569 | 9/19/2013 | Paul Evans, vs. Central Florida Regional Hospital, Inc.; East Coast Hospital Inpatient Specialists, P.L.C.; Syed Khurshid, MD.; Rafael Allende, MD.; Paul Thompson, MD.; James E. Ferrell, PA-C.; and Cardiovascular Surgeons, P.A., | In the Circuit Court of the 9th Judicial Circuit, in and for Orange County, FL | 2012CA01167 60 | Chad Moore, Esq. |
| 570 | 9/23/2013 | Daniel Cristo, vs. Mastec North American, Inc., and Todd Werner Yeber, | In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, FL | 562011CA001 350 | Debra S. Nolan, Esq. |
| 571 | 9/24/2013 | Joseph Corallo, vs. Palermo Management, Inc. d/b/a A&G Management Services, a Florida corporation, St. Andrews at the Polo Club Condominium Association, Inc, a Florida corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA015 631 | Marshall Rosenbach, Esq. |
| 572 | 9/25/2013 | Paul Joseph, vs. Andrew Psyk, M.D., | In the District Court of Fort Bend County, TX | 11-DCCV-188962 | H.C. Chang, Esq. |
| 573 | 9/30/2013 | Angel Alderete, individually and as parent and next friend of Melhim N. Phipps, a minor, and Jacob Alderete, a minor, Raymond Alderete, individually and as parent and next friend of Alyssa Alderete, a minor, vs. Mark Erasmus, M.D., Mary Elizabeth Trujillo, C.N.P., Presbyterian Healthcare Services, Presbyterian Medical Group, Jane Doe 1-4, and John Doe 1-4 | Second Judicial District Court, County of Bernalillo, State of New Mexico | D-202-CV-2012-10872 | Felicia C. Weingartner, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 574 | 10/1/2013 | Patricia Shull and Brian Shull, vs. Monica Reid, M.D., and Andrew Elimian, M.D. and Andrew Wagner, M.D., and Eric Knudtson, M.D., and OU Physicians and OU Medical Center and University of Oklahoma and Oklahoma Health Sciences Center and State of Oklahoma, | In the District Court of Oklahoma County, State of OK | CJ20095320 | Hal Kleinman, Esq. |
| 575 | 10/1/2013 | Jamie Simmons, individually and as natural parent of Jazmine Simmons, a minor, vs. 3342 Social Club Corp. d/b/a Cheetah Gentlemen's Club; 3342 Shawnee Property LLC and Parking Professionals of the Palm Beaches, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA020 107AB | Samuel J.Pace, Jr., Esq. |
| 576 | 10/1/2013 | Barry M.Katz, vs. Jean B. Souverain, | In the Circuit ourt of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA010 759AN | Jeffrey Fox, Esq. |
| 577 | 10/2/2013 | Pilar Vassallo and Walter Gallardo, individually and as parents and natural guardians of Gianinna Gallardo, a minor, vs. Rene Cavazos, individually; Daniel Gonzalez, individually; and Lee County School Board, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 09-CA-000887 | John A. Shipley, Esq. |
| 578 | 10/3/2013 | Ena Aguirre, vs. Wausau Business Insurance Company | United States District Court, Southern District of Florida, Palm Beach Division | 12-81412-CIV | Dallas A. Robinson, Esq. |
| 579 | 10/7/2013 | Teresa West, individually and as mother and natural Guardian of Mayson McKenzie West, a minor, vs. Brian Bennett, individually, Merrily Bennett, individually, Logan Bennett, a minor, by and Through her parents and natural guardians, Brian Bennett and Merrily Bennett, Hales Place Plantation, LLC and Hales Place Plantation Club, Inc., | In the Circuit Court, 2nd Judicial Circuit, in and for Leon County, FL | 2010-CA-003883 | James Messer, Esq. |
| 580 | 10/7/2013 | Tommy R. Smith and Tammery Smith, vs. Jampro Demolition, Inc., FBBC Construction, Inc., and Diamond General Contracting, Incorporated, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA027 343 | Christian D. Searcy, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 581 | 10/7/2013 | Luz Tangarife Montoya, vs. Dylan Sorrentino and Maria Hernandez, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 11-40564CA01 (05) | Bradley J. Kaplan, Esq. |
| 582 | 10/9/2013 | Deborah Donahue, vs. Palm Beach Gardens Community Hospital d/b/a Palm Beach Gardens Medical Center, and Hospital Housekeeping Systems, Ltd., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA012 999 | Mark Hanson, Esq. |
| 583 | 10/9/2013 | Vita Bartolotta, vs. Murray Schwartz, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502013CA004 191 | Christopher Larmoyeux, Esq. |
| 584 | 10/14/2013 | Jacqueline Lothamer, a Minor, by her next friend and mother, Amy Lothamer, vs. Sparrow Health System, a Michigan non-profit corporation, Edward W. Sparrow Hospital Association, a Michigan non-profit coporation, assumed names: SMG Midwest OB/GYN, Sparrow Medical Group Midwest OB/GYN, SMG Lansing OB/GYN, Sparrow Medical Group Lansing OB/GYN, Lansing OB/GYN Associates, EW Sparrow Hospital, Edward W. Sparrow Hospital, Sparrow Hospital, Sparrow Hospital, OB-GYN Associates, Lansing OB/GYN Associates, Sparrow Lansing OB/GYN Associates, and Angela A. Griffin, M.D., individually, jointly and severally, | In the Circuit Court for the County of Ingham, MI | 12-155-NH | Jesse M. Reiter, Esq. |
| 585 | 10/14/2013 | Wayne Veader and Deborah Veader, vs. Diane D. Howells, as Personal Representative of the Estate of Michael A. D'onofrio and the Estate of Nella G. D'onofrio, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 10-CA-004668 | Paul G. Finizio, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 586 | 10/21/2013 | Julie McPhillips, Guardian of Sofia McPhillips, a minor, vs. Patricia Chiamas, M.D., Children's Memorial Medical Group, LLC., Phillip R. Williams, M.D., Northwest Suburban Anesthesiologists, LTD., and Northwest Community Hospital, a not-for-profit corporation; | In the Circuit Court of Cook County, Illinois | 08L10520 | Susan Schwartz, M.D., |
| 587 | 10/22/2013 | Doreen Desantis, vs. Charles Huck and State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County,FL | 502011CA012 645 | Scott B. Smith, Esq. |
| 588 | 10/22/2013 | Cagdas Dogan and Katherine Le, his wife, vs. Fabian Zambrano, owner; and Joel Herles, driver | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 1143819CA21 | Darren Odesnik, Esq. |
| 589 | 10/22/2013 | James McEvoy, vs. Jiu-Jitsu Self-Defense Systems, Inc., a Florida corporation, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 12-19727CA42 | Eugene K. Pettis, Esq. |
| 590 | 10/23/2013 | Maria F. Leon Nucci, and Henry Leon, her husband, vs. Target Corporation, American Cleaning Contracting, Inc., First Choice Building Maintenance, Inc., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 10-045572(21) | Jeffrey Fox, Esq. |
| 591 | 10/24/2013 | Patricia Figareau and Frantz Paul, Individually, and on behalf of Lakayla Paul, a minor, vs. Winter Haven Hospital, Inc.,d/b/a Winter Haven Hospital & Regency Medical Center; Bond & Steele Clinic P.A. d/b/a The Bond Clinic; Vincent Gatto, M.D.,and Eva J. Salamon, M.D., | In the Circuit Court of the 10th Judicial Circuit in and for Polk County,FL | 53-2011CA-006192-0000-LK | Maria D. Tejedor, Esq. |
| 592 | 10/28/2013 | Diana Kurtz and Eric Kurtz, vs. Jonathan K. Glazer, M.D.; Michelle Colmenares, CRT; Vero Radiology Associates, Inc.; Radiology Physicians of Indian River County, LC; and Sebastian Radiology Associates, Inc., | In the Circuit Court of the 19th Judicial Circuit in and for Indian River County, FL | 31-2012-CA-000758 | Kevin Smith,Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 593 | 10/29/2013 | Bettina Pasquantonio, Nicholas Pasquantonio, and Nova Rose Pasquantonio, by her father and next friend Nicholas Pasquantonio, vs. Karen J. Poley, M.D., Anjan K. Chaudhury, M.D., and Christine A. Penso, M.D., and Steward Health Care System LLC., | Superior Court Department, Commonwealth of Massachusetts, | 2010-03775-E | Frederic N. Halstrom, Esq. |
| 594 | 10/30/2013 | William Norman and Melanie Norman, vs. Farida Agha, individually, Mohammed A. Agha and Farida Agha d/b/a Courtesy Court Motel and Amerigas Propane, LP., | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 12-CA-000744 | Randall Spivey, Esq. |
| 595 | 10/30/2013 | Kristina Donaldson, as next friend to Daniel K. Donaldson, Jr., a minor, Kristina Donaldson, individually, and Donald K. Donaldson, Sr., individually, vs. Advantage Health Physicians, PC d/b/a Advantage Health Physician Network d/b/a Wege Family Medicine, Trinity Health-Michigan d/b/a St. Mary's Health Care d/b/a Wege Health & Learning Center, Advantage Health/St. Mary's Medical Group d/b/a Advantage Health Physician Network, d/b/a Wege Family Medicine, Advantage Health, Grand Rapids Medical Education Patners, Maha Ayashi, M.D., Anita Avery, M.D., Tazim Dowlut-McElroy, M.D., Barbara Elizabeth Stanford, M.D., Paul J. Gillard, M.D., Lorraine Ann Garland-Torrez, M.D., Elizabeth Mlynarczak, M.D., Amy Rester, R.N., Julie Perski, R.N., and Kelly Wilcox, R.N., | In the Circuit Court for the County of Kent, MI | 11-09181-NH | Stephen Offutt, Esq. |
| 596 | 10/31/2013 | Sharon Orlander and her husband, Harvey Orlander, vs. Dollar Tree Stores, Inc., a foreign profit corporation, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2013CA001019 | Patrick Lawlor, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 597 | 10/31/2013 | Nancy Sacks and Stanley Sacks, vs. Eagle Carpet Restoration Inc., | In the Circuit Court of the 17th Judicial Circuit of the State of Florida, in and for Broward County Civil Division | 121824705 | Joseph Slama, Esq, |
| 598 | 11/4/2013 | Darren Price, a minor, by his next friend and mother, Miriah Gilliam-Perkins, vs. Sinai Hospital of Greater Detroit, a Michigan non-profit corporation, assumed name: Sinai Grace Hospital; The Detroit Medical Center, a Michigan non-profit corporation, assumed names: The Detroit Medical Center, Detroit Medical Center; DMC Primary Care Services II, a Michigan non-profit corporation, assumed name: Northwest Women's Care; Althea D. Hughes, R.N.; Lanetta Andrea Coleman, M.D.; Bobbie Marie Brooks, M.D.; and Andrea Anne Rowe, M.D., individually, jointly and severally, | In the Circuit Court for the County of Wayne, State of Michigan | 10-011478NH | Jesse M. Reiter, Esq. |
| 599 | 11/11/2013 | Deanna Renee Branch, vs. Florida Rock & Tank Lines, Inc., a Florida for profit Corporation, and Trawn James Gooch, | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 16-2012-CA-008554 | Yvette Trelles, Esq. |
| 600 | 11/12/2013 | Rebecca Nichols, vs. Allstate Insurance Company, | In the Circuit Court in and for Hillsborough County, FL | 07-CA-017284 | Wesley T. Straw, Esq. |
| 601 | 11/13/2013 | Kerrie Evans and Joe Evans, vs. Livingston HealthCare, d/b/a Park Clinic; Peggy Scanson, CNP; Bozeman OB/GYN-Billings Clinic; William Peters, M.D.; Bozeman Deaconess Health Services, d/b/a Bozeman Deaconess Hospital; and Shodair Children's Hospital-Department of Medical Genetics, | Montana 18th Judicial District Court, Gallatin County, | DV-11-990B | E. Casey Magan, Esq. |
| 602 | 11/14/2013 | Betty L. Mason Arnold (Claude Newsome), et al, vs. National Casualty Company, et al., | United States District Court Western District of Louisiana Shreveport Division | 5:11 CV9 | Norman R. Gordon, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 603 | 11/20/2013 | Alicia Shapira and Michael Shapira, her husband, vs. Holiday CVS, LLC, a Florida Limited Liability Corporation, d/b/a CVS Pharmacy, Inc., Sarwat Jawed and P.F. Changs China Bistro, Inc., a Foreign Profit Corporation | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 11-174103(12) | Todd McPharlin, Esq. |
| 604 | 11/21/2013 | Patricia Gioscia, vs. Lainie Alilin and Allstate Fire and Casualty Insurance Company, | In the Circuit Court of the 10th Judicial Circuit in and for Polk County, FL | 2012CA00441 6 | Joshua K. Brown, Esq. |
| 605 | 11/22/2013 | Joanna Vanderbeek, vs. Richard Ainsworth and American Honda Motor Company, Inc., a foreign corporation, | In the Circuit Court of the 20th Judicial Circuit, in and for Lee County, FL | 11-CA-000907 | Randall L. Spivey, Esq. |
| 606 | 11/25/2013 | Maya Odle, et al., vs. Chris R. Studebaker, et al., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 10-38282CACE21 | Bonnie Navin, Esq. |
| 607 | 12/5/2013 | Miozotis Hevia, and Beyonce Lazo, a minor, vs. Hugo Ferrara, M.D., New Life OB/GYN, LLC, a Florida limited liability company; Alfredo I. Rodriguez-Martirena, M.D., Siguanea, LLC, a Florida limited liability compay; and Lifemark Hospitals of Florida, Inc., a Florida corporation d/b/a Palmetto General Hospital, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 12-36440CA21 | Debi F. Chalik, Esq. |
| 608 | 12/9/2013 | Melicent Y. Sanders, vs. GEC Trucking, Inc., Lorenza Toller, Hubbard Construction Company, and Kelly D. Raulerson, | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 16-2011-CA-003621 | Curry Gary Pajcic, Esq. |
| 609 | 12/12/2013 | Andrea Parsons, vs. North Strand OB-GYN, PC, a/k/a Ziff & McCauley, PC, and Breton C. Juberg, MD, individually, | In the Court of Common Pleas 15th Judicial Circuit, County of Horry, SC | 2012-CP-26-06797 | William E. Applegate, IV., Esq. |
| 610 | 12/19/2013 | Javier Perez, individually, and Erin Melley, individually, vs. Stephane Nadal, an individual, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 12-50002CA05 | Judd G. Rosen, Esq. |
| 611 | 12/30/2013 | Janine Santiago, vs. Mier Abramovitz | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2008-CA-035237-AO | Dewey Varner, Esq. |

F.    82

| 612 | 1/2/2014 | Kimberly Meacham, vs. Royal Caribbean Cruises, LTD., a Liberian corporation d/b/a Royal Caribbean International, | United States District Court Southern District of FL | 13-20096-CIV-KING | Michael Eriksen, Esq. |
|---|---|---|---|---|---|
| 613 | 1/3/2014 | Patricia Kaplan, and Briana Smalley, a minor, by and through her parent, Patricia Kaplan, vs. Herbert Charquero-Pereira, Julia Marie Charquero and Esurance Insurance Company, | In the Circuit Court of the 17th Judicial Circuit, in and for Broward County, FL | 09-008867(04) | Walter Campbell, Esq. |
| 614 | 1/6/2014 | Gina Anderson, vs. The Johns Hopkins Hospital, et al. | In the Circuit Court for Baltimore City | 24-C-12-006512MM | Patrick Regan, Esq. |
| 615 | 1/6/2014 | Sydney Madhere, a minor, by and Through her parents and next friends, Dadnick Madhere and Wix Madhere; Dadnick Madhere, Individually; and Wix Madhere, Individually, vs. Shameem Siddiqui, M.D.; Children's Health of Ocala, P.A.; Noel R. Braseth, M.D.; Emcare, Inc., d/b/a Magnolia Emergency Physicians; Munroe Regional Health System, Inc., d/b/a Munroe Regional Medical Center, Inc.; Raymund Woo, M.D.; Florida Hospital Medical Group, Inc., d/b/a Florida Center for Pediatric Orthopedics; Shands Teaching Hospital and Clinics, Inc.; and the University of Florida Board of Trustees, | In the Circuit Court of the 9th Judicial Circuit, in and for Orange County, FL | 12-CA-6489-O | Stephen Malove, Esq. |
| 616 | 1/7/2014 | Crystal Luchini, Personal Representative of the Estate of Maria Miranda, deceased, vs. Rehabilitation Hospital of Southern New Mexico and Ernest Health, Inc. and Altaf Ahmed, M.D., | State of New Mexico County of Dona Ana 3rd Judicial District Court | CV-2009-1992 | Jerome O'Connell, Esq. |
| 617 | 1/8/2014 | Melissa Barnes, vs. AMC Downtown Disney 24/Travelers, Employer/Carrier | State of Florida Division of Administrative Hearings Offoce of the Judge of Compensation Claims, Orlando District | 017142TWS & 13-017145TWS | Adam Ross Littman, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 618 | 1/8/2014 | Rakiyah S. Phenix, a minor, by and through her Next Friend Umekia Carter, vs. ST. Louis Children's Hospital, | In the Circuit Court of City of ST. Louis State of Missouri | 1122-CC00005 | Brad Bradshaw, Esq. |
| 619 | 1/20/2014 | Mildred Pedersen, vs. Stephanie Hackley, a Florida resident, Avis Budget Car Rental, LLC, a foreign profit corporation, and PV Holdong Corp., a foreign profit corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA019976MBAF | Mark Clark, Esq. |
| 620 | 1/21/2014 | Betty Lukashow and Frank Lukashow, vs. Auto Truck Transport USA, Inc., | In the United States District Court Eastern District of Missouri | 4:09-CV-02074 CDP | Stephen R. Schultz, Esq. |
| 621 | 1/22/2014 | Ladesha Hooks, as Mother and next friend of Amya Hooks, a minor, vs. Judy R. Kent, as Executor of the Estate of William F. Kent, M.D., Ogeechee OB-GYN, P.C., East Georgia Regional Medical Center, LLC, and Health Management Associates, Inc., | In the Superior Court of Bulloch County, State of Georgia | 1B12CV597P | Edward Graham, Esq. |
| 622 | 1/23/2014 | Adyn Cox, through his next best friends and natural parents, Adrienne Cox and Jeremiah Cox, and Adrienne Cox and Jeremiah Cox, individually, vs. Lee Memorial Health System d/b/a Healthpark Medical Center, Caangay & Sultan Neonatology Associates, P.A. d/b/a Associates in Neonatology, P.A., Shahid Sultan, M.D., Mohamed M. Faisal, M.D., and Ivan F. Abril, M.D., | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 12-CA-002155 | Randy Rosenblum, Esq |
| 623 | 1/27/2014 | Zuriel Dearmin, a Minor, by his next friend and mother, Angela Wilkerson, vs. Oakwood Healthcare, Inc. a Michigan non-profit corporation, assumed name: Oakwood Hospital and Medical Center; William D. Clark, M.D., and Jerald Purifoy, M.D.; Individually, Jointly and Severally, | In the Circuit Court for the County of Wayne, State of Michigan | 12-009130NH | Jesse M. Reiter, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 624 | 1/28/2014 | Carol Ann Schembri, vs. Royal Manor Mobile Home Estates, Inc., a Florida corporation and Professional Pool & Patio, Inc., a Florida corporation d/b/a Concrete Designs, FL | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA006 805MBAF | Timothy J. Murphy, Esq. |
| 625 | 1/30/2014 | Tarick Loutfi, as guardian ad litem of Matriannia Hightower, and Mariam Lee, and Bernard Hightower, individually and as parents and as next best friends of Matriannia Hightower, minor child, vs. Illinois Mentor, Inc., an Illinois Corporation, et al., | In the Circuit Court of Cook County, Illinois County Department, Law Division | 09L010602 | Jay Paul Deratany, Esq. |
| 626 | 2/3/2014 | Wayne Garibaldi, vs. Greenway at the Gardens, LLC., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA017 022 | Chad Hastings, Esq. |
| 627 | 2/4/2014 | Azante Williams, vs. Providence Hospital, and Providence Hospital, vs. Children's National Medical Center, | In the United States District Court for the District of Columbia | 11-CV-01229(EGS) | Steven Vinick, Esq. |
| 628 | 2/5/2014 | Michael Collins, vs. American Automobile Insurance Company, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502012CA020 003 | Marshall Rosenbach, Esq. |
| 629 | 2/5/2014 | Roger C. Thompson, Jr., Shawnderia Thompson, his wife, Dreshaun Roger Thompson, a minor child, Roger C. Thompson, III, a minor child and Rashad Jerome Thompson, a minor child, vs. First Transit, Inc., a foreign Corporation and Vanessa J. Merriweather, an individual, and Herold Humphrey, an individual, | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 162011CA004 740 | David M. Dunlap, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 630 | 2/6/2014 | Jacqueline Delgado, Rene Delgado, Daniel Delgado and Chelsey Delgado, vs. Fuel Barons, Inc., The TJX Companies d/b/a Marshalls, Home Goods and T.J. Maxx, Napa Home & Garden, Inc., Birdbrain, Inc., Plastic Bottle Corporation a/k/a Container Design Corporation, Ashland, Inc., and Essential Ingredients, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA011245 | Gregory Barnhart, Esq. |
| 631 | 2/10/2014 | Christina T. Venzara, vs. Wiliam T. Falconio | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA029179AB | Joseph R. Fields, Esq. |
| 632 | 2/10/2014 | Dawn Marie Staley, vs. Yonnit Esther Baisburd | In the Circuit Court of the 11th Judicial Circuit in and for Miami, FL | 12-297-CA (42) | Kelly D. Hancock, Esq. |
| 633 | 2/12/2014 | Michael Collins, vs. American Automobile Insurance Company, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 502012CA020003XXXXMB | Marshall Rosenbach, Esq. |
| 634 | 2/13/2014 | Samuel C. Perry, individually, Amy Marie Perry, individually, Samuel C. Perry and Amy Marie Perry, as Parents and Natural Guardians of Salvatore Perry, a minor, and Angelina Perry, a minor, and Donnie Dueben and Amy Marie Perry as Parents and Natural Guardians of Shane Dueben, a minor, vs. Cooper Tire & Rubber Company, a foreign corporation, TBC Retail Group, Inc., a Florida corporation, and General Motors LLC, a foreign corporation | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA013039 | Scott B. Smith, Esq. |
| 635 | 2/14/2014 | Richard Cuevas, individually and on behalf of the estate of Nicolas Oscar Cuevas and Daniel Reyes Cuevas, incapacitated; Nicholas Cuevas; Maria Cuevas; Guadalupe Torres; Blanca Rodriguez and | In the District Court, 129th Judicial District, Harris County, TX | 2012-21574 | Anthony Buzbee, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 636 | 2/20/2014 | Sandra Whitney, and Harvey Whitney, as wife and husband, vs. State Farm Mutual Automobile Insurance Company, a foreign corporation, | In the Circuit Court of the 12th Judicial Circuit in and for Manatee County, FL | 2011-CA-05206 | William Price III, Esq. |
| 637 | 2/20/2014 | Andrea Barton, vs. Rene D. Alvarado, | In the Circuit Court for the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2010CA000812XXXXMB | Lance Ivey, Esq. |
| 638 | 2/26/2014 | Adela Fernandez, vs. Judy Brooks, Glenn Brooks and Hartford Fire Insurance Company, a foreign Corporation and St. Paul Fire & Marine Insurance Company, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 09-046595(14) | Andrew J. Rader, Esq. |
| 639 | 2/27/2014 | Robin Jones, vs. Homosassa Riverside Resort LLC, | In the County Court of the 5th Judicial Circuit in and for Citrus County, FL | 2013-CA-000459-A | Joshua T. Frick, Esq |
| 640 | 3/3/2014 | Joseph Hayes, vs. DCM/Solera Erectors, | State of New York Worker's Compensation Board | 651797 | Joseph A. Romano, Esq. |
| 641 | 3/17/2014 | Tisa McCann and Mike McCann, individually and on behalf of John McCann, a minor, vs. Holmes Regional Medical Center, Inc. d/b/a Holmes Regional Medical Center, | In the Circuit Court of the 18th Judicial Circuit in and for Brevard County, FL | 05-2010-CA-063603 | Maria D. Tejedor, Esq. |
| 642 | 3/18/2014 | Michael McDaniel, vs. Brevard County Board of County Commissioners / Preferred Governmental Claims Solutions, | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims Sebastian District | 13-002227DSR | Adam Ross Littman, Esq. |
| 643 | 3/19/2014 | Emily R. Leander, vs. Ercilio E. Alvarado Montes, Jose R. Corpeno, Expedition, Inc. and Progressive American Insurance Company, | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2012-CA-021834 | Ethan F. Kominsky, Esq. |
| 644 | 3/21/2014 | Christine Wintermute, vs. Fairfield Medical Center, et al., | In the Court of Common Pleas, Fairfield County, OH | 12-CV-1061 | Kenneth S. Blumenthal, Esq. |
| 645 | 3/24/2014 | Susan K. Wilkins, vs. Fedex Ground Package System, Inc., MVP Delivery, Inc. and David Norman Wright, | In the Circuit Court of the 12th Judicial Circuit in and for Manatee County, FL | 11-CA-8675 | Eric Bruce, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 646 | 3/25/2014 | William Marc Battista, vs. Brass Ring Pub of RPB, LLC., | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2012CA009497 | Alan Goldfarb, Esq. |
| 647 | 3/26/2014 | Robert Crawford and Kathleen Crawford, his wife, vs. Leesburg Regional Medical Center, Inc., Shakti Narain, M.D., and Shakti Narain, M.D., P.A., | In the Circuit Court of the 5th Judicial Circuit, in and for Lake County, FL | 2012CA002938 | Stephen J. Knox, Esq. |
| 648 | 3/26/2014 | Omer Covic, vs. Mike Berk and Auslander Corp. d/b/a Auscor Transportation Services | In the United States District Court for the Western District of Tennessee - Memphis Division | 2:11CV02571 | David McLaughlin, Esq. |
| 649 | 3/31/2014 | Tamela Lane, as Temporary Guardian of Ty-Amber Lane, an Incapacitated Person, vs. Keith Bedford, Brenda Brown, Lester O. Brown, Jr., Tywneshia Coleman, Jevon Coleman, Tanequia Coleman and Shaterrica Carr, individually and as Heirs at Law of Leona Renee Brown-Bedford, Deceased Intervenors, vs. BNSF Railway Company; and Matthew T. Maxwell | In the District Court of Brazoria County, TX, 239th Judicial District | 72383 | Jason Webster, Esq. |
| 650 | 4/2/2014 | Kevin Whitney, vs. Aaron Ensley | In the Circuit Court of the 4th Judicial Circuit in and for Duval County, FL | 2013-CA-001372-MA | Michael Pajcic, Esq. |
| 651 | 4/8/2014 | Michael McDaniel, vs. Brevard County Board of County Commissioners / Preferred Governmental Claims Solutions, | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims Sebastian District | 13-002227DSR | Adam Ross Littman, Esq. |
| 652 | 4/8/2014 | David S. Wieder and Catherine H. Wieder, Individually and as Husband and Wife, vs. Shelborne Property Associates, LLC d/b/a The Shelborne Beach Resort, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 13-012568CA06 | Brian R. Denney, Esq. |
| 653 | 4/16/2014 | Patricia Smith, as Personal Representative of the Estate of Penny Ann Jennings, a/k/a Penny Luna, Deceased, vs. Advanced Faces, LLC, a Florida Limited Liability Company and Christopher T. Johnson, D.M.D., | In the Circuit Court of the 5th Judicial Circuit, in and for Lake County, FL | 2012CA003161 | David A. Kleinberg, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 654 | 4/17/2014 | Hilda Gira, vs. Norma Wolfe and John Wolfe, individually and jointly, | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL | 10-CA-024346 | Christopher N. Ligori, Esq. |
| 655 | 5/5/2014 | Harriet Smith, vs. Am Trust North America of Florida | State of Florida Division of Administrative Hearings Office of the Judges of Compensation Claims | 13-019611SHP | Neal L. Ganon, Esq. |
| 656 | 5/10/2014 | Monty Digby and Melissa Digby, individually and as next friends and natural parents of Jacob Digby, a minor child and Ethan Digby, vs. Grace Clinic of Lubbock and David Nicholas Wilson, M.D., | In the 72nd Judicial District Court of Lubbock County, TX | 2013-507, 389 | Alexander B. Klein, III, Esq. |
| 657 | 5/13/2014 | Lakeisha Watson, vs. Harper-Hutzel Hospital, an assumed name of VHS Harper-Hutzel Hospital, Inc., a foreign for profit corporation; Steven J. Kin, D.O.; Center for | In the Circuit Court for the County of Wayne, State of Michigan | 12-016128NH | Rebecca S. Walsh, Esq. |
| 658 | 5/29/2014 | Mitchell Colligan and Dorothy Colligan, his wife, vs. Owners Insurance Company, a Florida licensed insurance company, and Jefferson M. Leyva Osorio, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 13-009234 | Jack P. Hill, Esq. |
| 659 | 6/2/2014 | Liliana Paradiso, vs. Betty J. Springer and Government Employees Insurance Company, | In the Circuit Court of the 20th Judicial Circuit in and for Collier County, FL | 12-CA-02866 | Randall Spivey, Esq. |
| 660 | 6/5/2014 | Karol Ramos and Javier Ramos, vs. Judith R. Seiden, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502013CA014 253 | Stuart Weissman, Esq. |
| 661 | 6/11/2014 | Alba Nazario-Bautista and Martin Ayala, individually, and on behalf of Rafael Ayala, a minor, vs. Winter Haven Hospital, Inc, d/b/a Winter Haven Hospital & Regency Medical Center, Bond & Steele Clinic, P.A., d/b/a The Bond Clinic, Vincent Gatto, M.D. Eva Salamon, M.D., Meghan Garland, CNM, and Susan Westman, CNM, | In the Circuit Court of the 10th Judicial Circuit in and for Pok County, FL | 2011-CA-004972 | Maria D. Tejedor, Esq. |

| 662 | 6/17/2014 | Artez Sykes, a minor by his Next Friend and Mother, Kelly Fields, vs. Legacy HHH, a Michigan non-profit corporation, assumed names: Harper-Hutzel Hospital, Hutzel | In the Circuit Court for the County of Wayne, MI | 12-015632-NH | Jesse M. Reiter, Esq. |
| 663 | 6/24/2014 | Kathleen Versaci and Albert Versaci, her husband, vs. The Estate of Charles N. Kelber | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE1301464.5(09) | Peter J. Somera, Jr., Esq. |
| 664 | 6/25/2014 | Eugene Bodden and Denise Howard, vs. Ronan Quigley | United States District Court Southern District of FL Miami Division | #1:13-cv-21834-JLK | Dallas A. Robinson, Esq. |
| 665 | 7/7/2014 | Adam Ward, vs. Circle K. Stores Inc. and Robert Larkins, | In the Circuit Court of the 19th Judicial Circuit in and for Martin County, FL | 13-941-CA | Michael D. Eriksen, Esq. |
| 666 | 7/8/2014 | Escobar, Ricardo Galofre, Michael Henry, Nelson Jimenez, Sharifa Milligan, | In the Circuit Court of the 2nd Judicial Circuit in and for Leon County, FL | 2011CA2977 | Joe Taraska Esq. |
| 667 | 7/9/2014 | Dr. Steven Brown, vs. Geico Casualty Company, | In the Circuit Court in and for Broward County, FL | 11032746 | John F. Billera, Esq. |
| 668 | 7/10/2014 | Robert Colosimo and Eleanor Colosimo, vs. Jack Zeltzer, M.D., and Palm Beach Surgical Associates, LLC., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502013CA013928 | Kevin Smith, Esq. |
| 669 | 7/14/2014 | John David Lane, administrator of the estate of Wanda Lane, deceased, vs. Kindred Nursing Centers Limited | Commonwealth of Kentucky, Mercer Circuit Court | 09-CI-00116 | Gary Johnson, Esq. |
| 670 | 7/15/2014 | David Medina and Maya Medina, his wife and Eidan Medina, a minor, by and through his parents and natural guardians, David Medina and Maya Medina, vs. Michael Goldman and Gen-X Construction, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50:2009-CA-043131 | Mark D. Press, Esq. |
| 671 | 7/16/2014 | Steven Ferguson, vs. Floyd Embry, | In the Circuit Court of the 13th Judicial Circuit in and for St. Lucie County, FL | 562011CA002624 | William Price III, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 672 | 7/23/2014 | Pamela Jean Campell, as Guardian ad Litem for Andy Gamez, Jr., and Lindsey Petty, Guardian ad Litem for Brody Wayne Gamez, vs. Marnell Corrao Associates, Inc., a Nevada corporation; Bombard Electric, LLC, a Nevada limited liability company; Butler/Ashworth Architects, LTD., LLC, a Nevada limited liability company; F.R., Inc. d/b/a Bombard Electric, a Nevada corporation; Hansen Mechanical Contractors, Inc., a Nevada corporation; J.B.A. Consulting Engineers, Inc., a Nevada corporation; Keenan, Hopkins, Suder and Stowell Contractors, Inc., a Nevada corporation; The Herrick Corporation, a California corporation; Vegas Steel, Inc., a Nevada corporation; Wynn Design and Development, LLC, a Nevada limited liability company; DOES I through XV, and ROE Corporations X through XXV, inclusive, | Distirct Court, Clark County, NV | A-12-654553-C | Stephen Lewis, Esq. |
| 673 | 7/31/2014 | Darius B. Fagin, individually and as Parent and Natural Guardian of his minor children, Darius Fagin, Jr. and Jared Fagin, vs. Galencare, Inc., d/b/a Brandon Regional | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborogh County, FL | 1114043 | Fritz Gray, Esq. |
| 674 | 8/6/2014 | Sonia Rodriguez and Israel Rodriguez, individually and as the parents and natural guardians of Elvin Rodriguez, a minor, vs. Shands Teaching Hospital & Clinics, Inc. d/b/a Shands Hospital; and University of Florida Board of Trustees, | In the Circuit Court of the 8th Judicial Circuit, in and for Alachua County, FL | 10-CA-45233 | Maria Tejedor, Esq. |
| 675 | 8/11/2014 | Nancy P. Durante, vs. Adventist Health System/Sunbelt, Inc., d/b/a Florida Hospital Orlando; Robert P. Winter, M.D.; and Florida Vascular Consultants, P.A., | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2012-CA-015604-O | Stephen Knox, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 676 | 8/12/2014 | Evelyn Taylor and Robert Taylor her husband, vs. Jyothi Krishnamurthy, M.D., LTC Hospitalists, Inc.; Gregory Deitsch, M.D., Pedro Juan, M.D., Jennifer Pina, A.R.N.P.; Northeast Florida Hospitalist, Inc.; Steven Morris, M.D.; Steven Morris, M.D., P.A.; Harvey Pflanzer, D.O.; Harvey Pflanzer, D.O.; P.A.; Joseph Kleinman, M.D.; Boca Radiology Group, P.A.; John Motta, M.D.; BSASPB, P.A.; and Boca Regional Hospital, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502014CA005 289AH | Bonnie Navin, Esq. |
| 677 | 8/14/2014 | Carolina Perez, vs. Republic Services of Florida, a Foreign limited partnership authorized to do business in Florida, and Richard White, an individual, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 13-CA-013817 | Judd G. Rosen, Esq. |
| 678 | 8/19/2014 | Nora Carmichael, as Mother and Next Friend of John Doe Minor Child, vs. Threvia West, | United States District Court for the District of Columbia | 1:12-CV-1969(BAH) | Andrew Greenwald, Esq. |
| 679 | 8/20/2014 | Patricia Shull and Brian Shull, vs. Monica Reid, M.D., and OU Medical Center, | In the District Court of Oklahoma County, State of OK | CJ-2009-5320 | Giles H. Manley, Esq. |
| 680 | 8/20/2014 | Karla A. Gonzalez, vs. Steve Tato, et al., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 11-33346CA05 | Sagi Shaked, Esq. |
| 681 | 8/21/2014 | Ryan Kirt, Erin Kirt, Individually, and on behalf of their minor children, A.K. and C.K., vs. Bozeman Deaconess Health Services, d/b/a Bozeman Deaconess Hospital, Stacy H. Shomento, M.D., Fanee L. Freeman, M.D., OB-GYN Associates, Inc. d/b/a Bozeman OB/GYN Billings Clinic, and Fictitious Defendants, John and Jane Does, 1-10, | Montana 18th Judicial District Court, Gallatin County, | DV-10-209C | Jack McGehee, Esq. |
| 682 | 8/25/2014 | Nicholaus Vollman, individually, vs. Middlesex Corporation, and Gregroy Pyle, individually, | In the Circuit Court of the 9th Judicial Circuit, in and for Orange County, FL | 2013-CA-000977-0 | Milette Webber, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 683 | 8/26/2014 | Jorge Vargas and Amarylis Vargas, vs. Serge Yves Germain, Bridgestone Retail Operations, LLC, and Ford Motor Company, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 12-31451CA25 | Bradley Kaplan, Esq. |
| 684 | 8/27/2014 | Salvatore J. Talluto and Sandra Talluto, vs. Allstate Insurance Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013CA00889 1AF | Brian R. Denney, Esq. |
| 685 | 8/27/2014 | Commercial Bank & Trust Company, legal guardian of the estate of Albert P. Mjekiqi, a disabled minor, and Omer and Gabriela Mjekiqi, individually and as legal guardians of the person of Albert P. Mjekiqi, vs. East Tennessee Children's Hospital; Lewis W. Harris, M.D.; Neurosurgical Associates, P.C.; Children's Anesthesiologists, P.C.; Heather D. Phillips, M.D., Robin H. Corum, Kari L. Clinton, and Mary E. Croft, | In the Circuit Court for Knox County, TN | 3-511-12 | Sidney Gilreath, Esq. |
| 686 | 8/28/2014 | 1) Manuella Ortiz, as surviving spouse, of Juan Gutierrez Perez; 2) Carlos Morales; and 3) Rolando Morales, vs. 4) Cooper Tire & Rubber Company, | In the United States District Court Western District of OK | CIV-13-32-D | Kyle W. Farrar, Esq. |
| 687 | 9/2/2014 | Jawanda Dove, vs. Harry Black, M.D., and Florida Healthcare Plan, Inc., | In the Circuit Court, 7th Judicial Circuit in and for Volusa County, FL | 2012-33280-CICI | Michael S. Smith, Esq. |
| 688 | 9/3/2014 | Mike Berk, Counter-Plaintiff, vs. Omer Covic, Counter-Defendant. Consolidated with Ewelina Grabowska, Plaintiff, vs. Omer Covic, Defendant. | In the United States District Court for the Western District of Tennessee Western Division | 11-2571-STA-dkv | David A. McLaughlin, Esq. |
| 689 | 9/4/2014 | Michael Wiley, M.D., and Yvonne Wiley, vs. Craig Wolff, M.D., and Laser Spine Institute, LLC d/b/a Laser Spine Institute, | In the Circuit Court of the 13th Judicial Circuit of the State of Florida in and for Hillsborough County, General Civil Division | 12-CA-011383 | Henry E. Valenzuela, Esq. |
| 690 | 9/4/2014 | Ronaele Leanore Kendrix, vs. Mario Salazar and Sergio Salazar, | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, FL | 10-556554CA42 | Yvette M. Trelles, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 691 | 9/9/2014 | Natalie Klopfer, vs. Jose Manuel Esparza, an individual and Blount-Sanford Construction Company, a Georgia Corporation | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL | 13-CA-013522 | Paul Rebein, Esq. |
| 692 | 9/10/2014 | Roy Smith, vs. J.F. Clement & Associate, Inc., et al., | In the Circuit Court of Cook County, IL | 2013L003812 | Susan E. Loggans, Esq. |
| 693 | 9/15/2014 | Javen Carlton, by his next friend and mother, Rachael Draper, and Rachel Draper, individually, vs. Dr. Mitchell Dombrowski, St. John Hospital and Medical Center, a Michigan corporation, St. John Health and/or St. John Hospital and Medical Center d/b/a St. John OB/GYN Faculty Practice Clinic, jointly and severally | In the Circuit Court for the County of Wayne, State of Michigan | 13-011544-NH | Ardiana Culaj, Esq. |
| 694 | 9/18/2014 | Jennifer Gabiai, vs. Westgate Vacation Villas Owners Association, Inc., | In the Circuit Court of the 9th Judicial Circuit, in and for Osceola County, FL | 2013-CA-00749-ON | Debi Chalik, Esq. |
| 695 | 9/18/2014 | Toni Bradley-Lisle, a minor, by her next friend and mother, Crystal Potter, vs. Legacy SHGD, a Michigan non-profit corporation, assumed names: Sinai-Grace Hospital Detroit Medical Center; Legacy DMC, a The Detroit Medical Center, Detroit Medical Center, DMC Hospital Partnership; DMC Health Care Centers, Inc., a Michigan profit corporation; Ronald E. Cheek, M.D.; Cristina Laker Alfieri, M.D.; and Roderick Gordon Cairgle, M.D.; individually, jointly & severally, | In the Circuit Court for the County of Wayne, MI | 12-016037-NH | Rebecca S. Walsh, Esq. |
| 696 | 9/22/2014 | Sharon M. Sickles, vs. Kenneth Zeske, and Margery Zeske, | In the Circuit Court of the 20th Judicial Court in and for Lee County, FL | 2012-CA-000881 | Preston Scheiner, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 697 | 9/23/2014 | Lyonel Rigaud and Beata Riguad, his wife, vs. TooJay's Downtown Gardens, LLC, and Industrial-Commercial Structures, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013CA018193 | Robert Gordon, Esq. |
| 698 | 10/2/2014 | Carlos Lorenzo vs. Publix Supermarket | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "Palm Beach" | 14-000059TMB | Michael Celeste, Esq. |
| 699 | 10/7/2014 | Charles D. Price, vs. Cheryl Ann Pfeifer | In the Circuit Court of Cedar County, MO | 12CD-CV00559 | Eric M. Belk, Esq. |
| 700 | 10/8/2014 | Michelle Fearon, vs. Sal's Towing, Inc. and Frank Warren, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 12017347 | Joseph Schultz, Esq. |
| 701 | 10/14/2014 | Michael Reynolds, vs. Chari Campbell | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014CA003688 | Michael S. Smith, Esq. |
| 702 | 10/20/2014 | Thaddeus Thomas, a minor, by and through his next friend, Marlin Thomas, and Marlin Thomas and Ma Sheryll Joy Thomas, individually, vs. Mercy Hospitals East Communities d/b/a Mercy Hospital - Washington and David B. Glover, D.O., | In the Circuit Court of Franklin County 20th Judicial Circuit State of MO | 13AB-CC00063 | Brad Bradshaw, Esq. |
| 703 | 10/20/2014 | Monica Merino-Lopez and Alexander O. Lopez, her husband, vs. Milton Anken | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACA11017044 | Thomas Buser, Esq. |
| 704 | 10/21/2014 | Gerard Materiale, vs. Jennifer Woodward and Paul Woodward, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE13015946(14) | Hyram M. Montero, Esq. |
| 705 | 10/21/2014 | Savita Baboolal, vs. The Wet Seal Retail Inc. and Marisa Abelto, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 13-019902CACE(04) | Lake H. Lytal, III, Esq. |
| 706 | 10/22/2014 | Betty Jarrell, individually and as guardian of John Jarrell, an incapacitated, vs. Adventist Health System/Sunbelt, Inc., d/b/a Florida Hospital, d/b/a Celebration Health, | In the Circuit Court of the 9th Judicial Circuit, in and for Osceola County, FL | 2011-CA-4623-MP | David Kleinberg, Esq. |
| 707 | 10/28/2014 | LeeAnn Holderbaum, vs. Carnival Corporation, a Panama corporation, d/b/a "Carnival Cruise Lines", | United States District Court Southern District of Florida Miami Division | 13-24216-CIV | Michael Eriksen, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 708 | 10/29/2014 | Pamela Balke and Harry Balke, vs. Ann J. Galioto and William T. Galioto, | In the Circuit Court for the 20th Judicial Circuit in and for Lee County, FL | 13-CA-3321 | Randall Spivey, Esq. |
| 709 | 10/29/2014 | Jeffrey Hottel, vs. Fountains Association, Inc., a Florida Corporation, and Florida Department of Transportation, | In the Circuit Court, 7th Judicial Circuit, in and for St. John's County, FL | CA11-0849 | Joel Kelley, Esq. |
| 710 | 11/3/2014 | William Dickens, vs. DHR Mechanical Services-Orlando, Inc./Summit Claims Center, | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims Port St. Lucie District | 12-026949RDM | Adam Ross Littman, Esq. |
| 711 | 11/4/2014 | William Marc Battista, vs. Brass Ring Pub of RPB, LLC., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2012CA00949 7 | Alan Goldfarb, Esq. |
| 712 | 11/4/2014 | Jesse Herrera, as parent and natural guardian of Mariah Herrera, a minor, vs. John L. Dickey and Joandy Romay, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502013CA013 411 | Glenn Cameron, Esq. |
| 713 | 11/5/2014 | Melody Tracey-Lee and Lambert Lee, her husband, vs. Amerigas Propane, LP, a foreign limited partnership, and Howard Odest, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 12-3310118 | Peter Itzler, Esq. |
| 714 | 11/5/2014 | Gerard Materiale, vs. Jennifer Woodward and Paul Woodward, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | Cace1301594 6(14) | Hyram M. Montero, Esq. |
| 715 | 11/6/2014 | Salvatore Sollecito, vs. The Fresh Market, Inc., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE1302653 8 | Robert Critton, Esq. |
| 716 | 11/6/2014 | Cheri Somers, vs. Lowe's Companies, Inc. and Sedgwick CMS - Lake Mary | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "WPB" | 14-011458TMB | Alan M. Aronson, Esq. |
| 717 | 11/7/2014 | Penelope Connor and Barry Edward Connor, vs. Boat Owners Association of the United States, d/b/a Boat US; Towboat One, Inc. d/b/a Towboat U.S.; and Captain Greg Morrison, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA007 469 | Stuart Goldenberg, Esq. |
| 718 | 11/10/2014 | Edith Chidi, individually and as next friend of Chidera Chidi, a minor, vs. Dimensions Health Corporation, et al., d/b/a Prince George's Hospital Center, et al., | In the Circuit Court for Prince George's County, Maryland | CAL 13-27186 | Andrew E. Greenwald, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 719 | 11/12/2014 | Freda Bryant, proposed guardian of the person and property of Sherrie Marie Bryant, an incapacitated person, vs. Florida Power & Light Company, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 12-2894421 | Joseph Slama, Esq, |
| 720 | 11/13/2014 | Dean Wesley, vs. Sopher Investments, Inc. and The Hartford, | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims | 13-019350DAL | Marc E. Golden, Esq. |
| 721 | 11/13/2014 | Joyce Haley and Valjean Haley, individually and as husband and wife, vs. Bethesda Memorial hospital, Inc., Paul F. Hyland, M.D., Paul F. Hyland, M.D., P.A., and Palm Coast Surgical Associates, P.A., Matthew J. D'Alessio, M.D., and Bethesda Medical Associates, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA018862XXXXMBAB | Karen Terry, Esq. |
| 722 | 11/14/2014 | Brigitte Bestoso, vs. Nature's Keeper, Inc., a Florida Corporation and Jonathan White, | In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, FL | 562014CA000683 | Corey Meltzer, Esq. |
| 723 | 11/14/2014 | Thaddeus Thomas, a minor, by and through his next friend, Marlin Thomas, and Marlin Thomas and Ma Sheryll Joy Thomas, individually, vs. Mercy Hospitals East Communities d/b/a Mercy Hospital - Washington, STLMC Womens Health - Washington and David B. Glover, D.O., | In the Circuit Court of Franklin County 20th Judicial Circuit State of MO | 13AB-CC00063 | Brad Bradshaw, Esq. |
| 724 | 11/17/2014 | Michelle R. Harris, Esq., as guardian of the property of Sonia Davis-Clemons, vs. Providence Hospital, Inc., et al., | In the Superior Court of the District of Columbia | 2013CA003424M | Andrew E. Greenwald, Esq. |
| 725 | 11/17/2014 | Robet Horn and Teresa Horn, vs. Gargiulo, Inc. Silvestre Barco, and Marco Garza, | In the Circuit Court of the 20th Judicial Circuit in and for Collier County, FL | 11-2013-CA-0022090001X X | Bruce Scheiner, Esq. |
| 726 | 11/20/2014 | Volvick Eugene, vs. Allied Roofing Industries, Inc., Alfredo Campos Franco, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 13-024282CA01 | Richard L. Rubino, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 727 | 12/9/2014 | Daniel Bass, vs. Sims Crane equipment Co., a Florida for profit corporation, and Sims Crane Service, LLC, and Troy E. Simmons, | In the Circuit Court of the 20th Judicial Circuit in and for Charlotte County, FL | 2011-1857-CA | Randall Spivey, Esq. |
| 728 | 12/9/2014 | Jose Peraza, vs. Adrian Roberto Rossiello and All American trailer Manufacturers, Inc., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 13005047 | Charles E. Cartwright, Esq. |
| 729 | 12/11/2014 | Autumn Sauceda, Individually, and as parent and next friend of Gabriella Castellanos, a minor vs. Michael Jones, M.D., | In the District Court 40th Judicial District Ellis County, TX | 86820 | Robert J. Talaska, Esq. |
| 730 | 12/15/2014 | Allison Judkins, vs. Chipolte Mexican Grill, Inc., | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2012-CA-015527 | Neil Anthony, Esq. |
| 731 | 12/15/2014 | Gwen Dexter, and Robert Dexter, her husband, vs. Donn O. Fuller, M.D., Deiorio, Beaulieu and Fuller, M.D., P.A., a Florida Limited Liability Company and Cape Coral Ambulatory Surgery Center, LLC d/b/a Cape Coral Surgery Center, a Florida limited liability company, | In the Circuit of the 20th Judicial Circuit, in and for Lee County, FL | 12-CA-003031 | David Kleinberg, Esq. |
| 732 | 12/16/2014 | Herbert Snipper and Annette Snipper, vs. Federal Insurance Company, a foreign Corporation, Patricia J. Braxton, Alan N. Braxton, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013CA016599 | Gary Friedman Esq. |
| 733 | 1/12/2015 | John Banister, Jr., and Lynn Banister, vs. Stuart Hyundai, LLC d/b/a Wallace Hyundai, a Florida Corp., Elizabeth Argraves, Seminole Golf Club, Inc., a Florida Corp., and Campbell Property Management and Real Estate, Inc., a Florida Corp., Florida Department of Transportation, and Transfield Services Infrastructure, a/k/a Transfield Services, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013CA007462 | Lake H. Lytal, III, Esq. |

| 734 | 1/14/2015 | Clayton Hyatt, vs. Antonio Arias and Countrywide Home Loans, Inc., a New York Corporation, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 13-10398CA25 | Ronald Rodman, Esq. |
|-----|-----------|---|---|---|---|
| 735 | 1/14/2015 | Ananthaiah B. Hebar and Usha Hebar, vs. Medical Staffing Network Healthcare, LLC a foreign limited liability company; Sandra Morse, RN; Jessica James, RN; Palm Beach Gardens Community Hospital, Inc., a Florida corporation, d/b/a palm Beach Gardens Medical Center; Baqir Syed, M.D.; Htwe Sein, M.D.; and Plam Beach Cardiology Center, Inc. a Florida corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013CA009422 | Kevin Smith, Esq. |
| 736 | 1/15/2015 | Elva Azucena Castro and Jose Santos Castro, as Co-Personal Representative of the Estate of Rhina M. Castro Lara, Benigno Rodriguez, Individually, Gloria Rodriguez, Individually, and Felicita Lara, Individually, vs. Airgas Carbonic, Inc., a foreign corporation, Dale E. Dickey, DeAngelo Brothers, Inc., a foreign corporation, Robert Hurt, Michael Weis, Kenneth Beck, Thomas Gardner, Perry Brock, Randy Moore, State of Florida, Department of Motor Vehicles, Division of Highway Patrol, and Ric L. Bradshaw, as Sheriff of Palm Beach County and the Palm Beach County Sheriff's Office, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502006CA006448XXXXMBAE | Steven Calamusa, Esq. |
| 737 | 1/15/2015 | Elaine Lilley and Robert Lilley, vs. Gary S. Shapiro, M.D., Illinois Bone and Joint Institute, LLC. Evanston Hospital, Evanston Northwestern Healthcare Corporation, and Northshore University Health System, | In the Circuit Court of Cook County, Il | 09L9980 | Mark R. McKenna, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 738 | 1/19/2015 | Ruby Lacroix, individually and as next friend of her minor child, Dylan Douyard, vs. Cooper Tire & Rubber Company, a Delaware Corporation, The Pep Boys-Manny, Moe & Jack, Inc., a Pennsylvania Corporation and Jude Henry, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013CA00052 4XXXXMB | Richard D. Schuler, Esq. |
| 739 | 1/22/2015 | Tony Williams, vs. Exposition Management Services LLC and IFAE, LLC and ACS/Ascendant Claims Services, | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims, West Palm Beach District | 14-004438TMB | Adam Werner, Esq. |
| 740 | 1/22/2015 | Marcia H. Trantas, as durable power of attorney for Phylis B. harrison, vs. New Bern Transport Corporation, a foreign corporation; Pepsico, Inc., a foreign corporation; and Lisa M. Timm as personal representative of the estate of Jessica Marie Timm, deceased, | In the 15th Judicial Circuit in and for Palm Beach County, FL | 502013CA008 230 | Christian D. Searcy, Esq. |
| 741 | 1/26/2015 | Behnaz Moradnejad and John Xereas, as parents and next friends of Peter Xereas, a minor, vs. Lucy Webb Hayes National Training School for Deaconesses and Missionaries Conducting Sibley Memorial Hospital, et al. | In the Superior Court of the District of Columbia | 2013CA00528 0M | Andrew E. Greenwald, Esq. |
| 742 | 1/27/2015 | Alan McPherson, vs. Integon National Insurance Company | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013CA01295 6AN | Philip Valente, Esq. |
| 743 | 1/28/2015 | Thomas Valent, vs. Equity Residential Management, Inc., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 11-03512CACE 14 | Adam Hurtig, Esq. |
| 744 | 1/29/2015 | Catherine Rivers, vs. Lundy Stables, and CNA Insurandce Companies, | State of Florida Division of Administrative Hearings, Office of The Judges of Compensation Claims | 87-001296TMB | David C. Wiitala, Esq. |
| 745 | 2/2/2015 | Leslie Thompson, vs. Liberty Mutual Insurance Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014-CA-004825-AF | David Prather, Esq. |

| 746 | 2/5/2015 | Francis Murphy and Mary Ann Murphy, his wife, vs. Sheila M. Schwam and State Farm Mutual Automobile Insurance Co., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 11-1175602 | Kelly D. Hancock, Esq. |
|-----|----------|----|----|----|----|
| 747 | 2/5/2015 | James Spencer and Marcia Spencer, his wife, vs. AJP Crestliner, LLC., and Zibgniew Bozcek, | United States District Court Southern District of FL | 9:14-CIV-80603-HUNT | Jean Marie Whalen, Esq. |
| 748 | 2/6/2015 | Ashton Haywood, a minor, by and through his parents and natural guardians, Ashley Williamceau and Jamal Haywood, and Ashley Williamceau and Jamal Haywood, individually, vs Tracy Burton, M.D.; Bethesda Memorial Hospital, Inc., a Florida Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2012CA00749 4XXXXMBAI | Darryl L. Lewis, Esq. |
| 749 | 2/9/2015 | Sylfane Charles, as natural parent and guardian of Isaiah Fileus, a minor, vs. HHC Atlantic, LLC, d/b/a Seagate Hotel & Spa; MV Sharper Finish, Inc. and Commercial Laundry Equipment Company, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502013CA015 051XXXXMBA D | Adam Hecht, Esq. |
| 750 | 2/10/2015 | Joseph A. Johnson, vs. Ava L. Barrett, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 11-CA-003186 | Albert Lechner, Esq. |
| 751 | 2/12/2015 | Laura merrifield, vs. Jonathan Matthew Nazario and American Family Mutual Insurance Co. | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 13-CA-003373 | Randall L. Spivey, Esq. |
| 752 | 2/12/2015 | Eric Murphy vs. Superior Roadway Services, LLC/CNA Claim Plus, | State of Florida Division of Administrative Hearings, Office of The Judge of Compensation Claims Orlando Distirct | 14-023467WJC | Adam Ross Littman, Esq. |
| 753 | 2/16/2015 | Witny Michel, vs. Susan B. Weil, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE1400369 3(21) | Kelly D. Hancock, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 754 | 2/17/2015 | Ashley Burton and Arthur Bass, individually and on behalf of Brenna Kincaid, a minor, vs. Adventist Health System/Sunbelt, Inc. d/b/a Florida Hospital Celebration, Florida Hospital Orlando and Loch Haven OB/GYN Group, Celebration Obstetrics & Gynecology, P.A., Michael Cacciatore, M.D., Mark Crider, M.D., D. Ashley Hill, M.D., Brandy Kim, M.D., David Marcantel, M.D., Florida Physicians Medical Group, Inc. a/k/a Florida Hospital Medical Group, Inc., Carlos Alana, M.d., Winslade Bowen, M.D., and Mary Lee Kraus, | In the Circuit Court of the 9th Judicial Circuit, in and for Orange County, FL | 2011-CA-014421-0 | Maria Tejedor, Esq. |
| 755 | 2/18/2015 | Leroy Johnson, vs. City of West Palm Beach, | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims, District "Palm Beach" | 13-022616TMB | Michael Celeste, Esq. |
| 756 | 2/26/2015 | William Benjamin Goldman, a minor by and through his parents and natural guardians, Darron Goldman, and Susanne Goldman, vs. Babe Ruth League, Inc., a Foreign Non Profit Corporation, Et al., | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2013CA016431(AF) | Steven Calamusa, Esq. |
| 757 | 3/2/2015 | Jeffrey Murillo, vs. Mainland Construction Company and Jose E. Vazquez, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 12-28131 (CA27) | Judd G. Rosen, Esq. |
| 758 | 3/3/2015 | James Jinar, vs. Emanuel Vicari, and Enterprise Leasing Company of Flofida, LLC., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE-13-024818 | Scott T. Kimmel, Esq. |
| 759 | 3/4/2015 | Catharina Vogten and Arnold Vogten, vs. Jo Ann Evans and Travelers Home and Marine Insurance Company, | In the Circuit Court of the 20th Judicial Circuit in and for Charlotte County, FL | 13-002423-CA | Randall L. Spivey, Esq. |

| 760 | 3/4/2015 | Brigitte Bestoso, vs. Nature's Keeper, Inc., a Florida Corporation and Jonathan White, | In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, FL | 562014CA000 683 | Brandon Labiner, Esq. |
|---|---|---|---|---|---|
| 761 | 3/10/2015 | Marissa Sanchez, vs. Americlean Building Maintenance | State of Florida Division of Administrative Hearings office of the Judge of Compensation Claims District Fort Lauderdale | 12-016333GBH | Jane-Robin Wender, Esq. |
| 762 | 3/11/2015 | Charles Johnson, et al., vs. Frederick Memorial Hospital, Inc., et al., | In the Circuit Court for Frederick County, MD | 10-C-13-002062 | Catherine Bertram, Esq. |
| 763 | 3/11/2015 | Elvia Azucena Castro and Jose Santos Castro, as Co-Personal Representative of the Estate of Rhina M. Castro Lara, Benigno Rodriguez, individually, Gloria Rodriguez, individually, and Felicita Lazra, individually, vs. Airgas Carbonic, Inc., a foreign corporation, Dale E. Dickey, DeAngelo Brothers, Inc., a foreign corporation, Robert Hurt, Michael Weis, Kenneth Beck, Thomas Gardner, perry Brock, Randy Moore, State of Florida, Department of Motor Vehicles, Division of Highway Patrol, and Ric L. Bradshaw, as Sheriff of Palm beach County and the Palm Beach County Sheriff's Office, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502006CA006 448XXXXMBA E | Steven G. Calamusa, Esq. |
| 764 | 3/12/2015 | Conner Lee Zwierski, minor by and through his next friend Ginger Brown, vs. Christine M. Black, et al., | In the Circuit Court of St. Francois County, 24th Judicial Circuit, MO | 11SF-CC00131 | Stephen F. Meyerkord, Esq |

| | | | | | |
|---|---|---|---|---|---|
| 765 | 3/17/2015 | Juliet Makow and Michael Makow, individually and as natural parents, next friends, and legal guardians of Colton Makow, a minor, vs. Methodist Health Centers d/b/a Methodist Willowbrook Hospital, Stacy L. Norton, M.D., Northwest Women's Center, P.A., and Baylor College of Medicine, | In the District Court of the 190th Judicial District, Harris County, TX | 2013-20629 | Robert J. Talaska, Esq. |
| 766 | 3/23/2015 | Ann J. Herrera, as conservator of adult ward Lisa Nicolle Muse, and Gloria Fay Muse, as guardian of Lisa Muse, vs. City of Garden City, Georgia, a Duly Constituted Municipal Corporation, City of Savannah, Georgia, a Duly Constituted Municipal Corporation, Chatham County, Georgia and Congregation Agudath Achim, Inc., | In the State Court of Chatham County, GA | STCV1201029 | Jarome E. Gautreax, Esq. |
| 767 | 3/23/2015 | Juan Esteban Otalvaro, vs. Sari Sack Terrusa, as personal representative of the Estate of James John Terrusa, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502013CA015868AO | Robert Gordon, Esq. |
| 768 | 3/25/2015 | Luis Hernandez, vs. Inn on North Bay, LTD., a Florida Limited Partnership d/b/a Shuckers Bar and Grill, 1819, Inc., a Florida corporation and Charles Grentner, individually, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 13-21337(CA)(21) | Judd G. Rosen, Esq. |
| 769 | 3/25/2015 | Thomas Hahn, vs. United Parcel Service, Inc., a foreign corporation and Stuart E. Deehan, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014CA002779XXXX(AD) | Michael Brevda, Esq. |

Pt    04

| | | | | | |
|---|---|---|---|---|---|
| 770 | 3/26/2015 | Jaqueline Alley, vs. Homestead Hospital, Inc. a/k/a South Dade Medical Group d/b/a Homestead Hospital; Baptist Health South Florida, Inc.; Baptist Health South Florida Foundation, Inc.; Baptist Health Enterprises, Inc.; Danet Pico, M.D.; South Dade Medical Group, LLP; Enrique Fraga, M.D.; Rick Fraga, M.D., P.A. a/k/a Cardio-Thoracic Partners of Miami, P.A., | State of Florida Division of Administrative Hearings | 14-3551MA | Scott Henratty, Esq. |
| 771 | 3/30/2015 | Leo Stumbaugh, Jr., and Patricia Stumbaugh, his wife, vs. Drawdy Brothers Construction, II, Inc., Drawdy Concrete Construction, LLC., and Jorge Rivera De Santiago, | In the Circuit Court of the 19th Judicial Circuit in and for ST. Lucie County, FL | 56-2014-CA-0355 | Alfred J. Bell, Esq. |
| 772 | 4/2/2015 | Dale Smith, Jr., vs. Palm Beach County Sheriff's Office and USIS | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims, West Palm Beach District | 14-005195SHP | Harvey Kaufman, Esq. |
| 773 | 4/6/2015 | Belinda Jackson, vs. Lauderdale Marketplace Investments, LLC., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 13-009376CA05 | Jason P. Macri, Esq. |
| 774 | 4/6/2015 | Charles A. Johnson, et al., vs. Frederick Memorial Hospital, Inc., et al., | In the Circuit Court for Frederick County, MD | 10-C-13-2062 | Catherine Bertram, Esq. |
| 775 | 4/8/2015 | Charles M.Parson, vs. United States Of America; Orange Park Medical Center Inc.; Bryce Tiller, M.D.; and Jacksonville Emergency Consultants, P.A. d/b/a Titan Emergency Group, | In the United States District Court Northern District of Florida Gainesville Division | 1:14-CV-00017-MW-GRJ | Joseph M. Taraska, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 776 | 4/9/2015 | James Bridgeman, a minor, by his next friend and mother, Wyonia Bridgeman, Legacy HHH, a Michigan non-profit corporation, assumed names: Harper-Hutzel Hospital, Hutzel Women's Hospital, Harper Hospital, Harper University Hospital, DMC Hospital Partnership; Legacy DRH-UHC, a Michigan non-profit corporation, assumed name: DMC Hospital Partnership; Legacy DMC, Detroit Medical Center, the Detroit Medical Center; University Physician Group, a Michigan non-profit corporation, assumed names: Wayne State University Physician Group, WSUPG, University OBGYN, Inc., University Women's Care, Inc., University Physician Group; Legacy SHGD, a Michigan non-profit corporation, assumed names: Sinai Hospital, Sinai-Grace Hospital, Detroit Medical Center, DMC Hospital Partnership; and Theodore B. Jones, M.D.; Individually, Jointly, and Severally, | State of Michigan in the Circuit Court for the County of Wayne | 13-011282NH | Rebecca S. Walsh, Esq. |
| 777 | 4/9/2015 | Gloria Ayala, vs. Wal-Mart Stores, Inc., a foreign profit corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA008 852 | Jeffrey D. Kirby, Esq. |
| 778 | 4/20/2015 | Susan Isen and David Isen, her husband, vs. Walt Disney Parks and Resorts U.S., Inc. d/b/a Disney's Hollywood Studios Theme park, | In the Circuit Court of the 17th Judicial Circuit in and for Orange County, FL | 2011CA1946 (35) | Samuel A. Coffey, Esq. |
| 779 | 4/22/2015 | Ramon Ernesto Ortega, vs. Hector Enrique Lopez, an individual and Osceola Farms CO., a Florida corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2013CA01206 2XXXXMB AO | Mark Luttier, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 780 | 4/22/2015 | William T. Dennett and Mary Dennett, Husband and Wife, vs. Treasure Island, LLC dba Treasure Island; Treasure Island, LLC dba Gilley's Saloon; Burt Wodskow, LLC dba mechanicalbulls.com; Custom Mechanicalbulls.com LLC; David Dean Elison; Does 1 through 20; Doe Employees 1 through 20; Roe Corporations 1 through 20, | District Court, Clark County, NV | A-13-678847-C | Tracy A. Eglet, Esq. |
| 781 | 4/28/2015 | Martin Arellano vs. The Home Depot USA, Inc., | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2013CA017899 | William Zoeller, Esq. |
| 782 | 4/28/2015 | Brian Fitzpatrick and Lai Fong Fitzpatrick, his wife, vs. Kelly M. Meredith, D.C., | In the Circuit Court of the 19th Judicial Circuit, in and for ST. Lucie County, FL | 562011CA000898 | Christopher M. Larmoyeux, Esq. |
| 783 | 4/29/2015 | William Haase and Martha Haase, vs. Palm Beach Gardens Medical Center, | State of Florida Division of Administrative Hearings | 14-005645MA | Christopler M. Larmoyeux, Esq. |
| 784 | 5/5/2015 | Joseph A. Johnson, vs. Ava L. Barrett, | In the Circuit Court, 20th Judicial Circuit in and for Lee County, FL | 11-CA-003186 | Albert Lechner, Esq. |
| 785 | 5/27/2015 | Simon S. Thomas, Individually, vs. Sun Terrace at the Oaks Homeowners Association, Inc., | In the Circuit Court for the 15th Judicial Circuit in and for Palm Beach County, FL | 13-CA-11915-AE | Steven Calamusa, Esq. |
| 786 | 5/28/2015 | William Naylor and Michelle Naylor, vs. Charles T. Kelly and CT Fire Protection, Inc., | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 13-CA-003291 | Randall L. Spivey, Esq. |
| 787 | 6/1/2015 | Ollie Myrick, individually and as Legal Guardian of Christine Myrick, vs. Kindred Hospitals East, LLC d/b/a Kindred Hospital - Bay Area - St. Petersburg | Arbitration of Claim Pursuant to Florida Rules of Civil Procedures | | Kevin Gallagher, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 788 | 6/2/2015 | Shelley Shroud, vs. Lloyd Davis, individually and d/b/a Lloyd Davis Trucking a/k/a Davis Trucking | In the District Court of Mcclain County State of Oklahoma | CJ-2011-00296 | Chris Hammons, Esq |
| 789 | 6/3/2015 | Charles Blane Kohr , vs. Fresnius Care and CNA Claims Plus | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims | 10-021715-RDM | Michael H. Stauder, Sr. Esq. |
| 790 | 6/4/2015 | Belinda Jackson, vs. Lauderdale Marketplace Investments, LLC., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE-13-009376 | Jason P. Macri, Esq. |
| 791 | 6/17/2015 | Michael Taylor, vs. West Boca Medical Center, Inc., The Center for Back Pain Management, Inc., and Fernando Rennella, M.D., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502011CA010290XXXXMBAA | Patrick Quinlan, Esq. |
| 792 | 6/24/2015 | Conner Lee Zwierski, minor by and through his next friend Ginger Brown, vs. Christine M. Black, et al., | In the Circuit Court of St. Francois County, 24th Judicial Circuit, MO | 11SF-CC00131 | Stephen F. Meyerkord, Esq |
| 793 | 7/1/2015 | John DiFloria and Deborah DiFloria, vs. WHC, Incorporated, and Kenneth R. Short, | In the Circuit Ciiurt of the 15th Judicial Cicuit in and for Palm Beach County, FL | 2014CA005879MB AJ | Brian Guralnick, Esq. |
| 794 | 7/2/2015 | Gary M. Bartlett, et al., vs. Tyco Electronics Subsea Communication, LLC. Et al., | In the Circuit Court for Baltimore City, MD | 24-C-14-003515 | Brian Beckcom, Esq. |
| 795 | 7/6/2015 | Christopher M. Brown and Carol E. Camperlengo, vs. Dean Transportation, Inc., Thomas F. McKenna, The City of FT. Pierce and The FT. Pierce Police Department, | In the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, FL | 56-2-13CA003317 (AN) | Joseph Bilotta, Esq. |
| 796 | 7/6/2015 | William O'Malley, vs. Ranger Construction Indstries, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502010CA003492 MB AJ | Steve Browning, Esq. |
| 797 | 7/7/2015 | Jose Ramirez, vs. Twin Transfer Corporation; Jose Delvalle Chavez; Cordette Matheny and Greatwdise Dedicated Transport III, LLC., d/b/a Greatwide Dedicated Transport, | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, FL | 11-35767CA24 | Joel Roth, Esq. |

| 798 | 7/9/2015 | Tamilou M. Russo, vs. GGSK 1, Inc. d/b/a I-95 Shell, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502014CA011 932XXXXMB | Debra Meltzer, Esq. |
|---|---|---|---|---|---|
| 799 | 7/16/2015 | John Grady Wiggins, vs. JME AG Enterprises, LLC and Norberta Luna Garcia, | In the Circuit Court of the 19th Judicial Circuit in and for Indian River County, FL | 2015-CA-000018 | John Shipley, Esq |
| 800 | 7/21/2015 | Eric Peterson, vs. Steven S. Hoher, Simplexgrinnell LP, Allstate Fire and Casualty Insurance Co., and Universal Underwriters Insurance Co. | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014CA00977 6XXXXMB | Joseph Johnson, Esq. |
| 801 | 7/28/2015 | Donna Harris,  Sheldon Harris, her husband, vs. 500 n. Congress Ave. LLC. d/b/a Palm Bay Villas, and Preston Contractors, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013CA01786 7 | Johnathan Levy, Esq. |
| 802 | 7/30/2015 | Sara Plona, vs. Trinity Health-Michigan, d/b/a St. Joseph Mercy Oakland, University Physician Group, Sandra Narayanan, M.D., and Heather A. McLaughlin, R.T., | In the Circuit Court for the County of Oakland, State of Michigan | 13-136814NH | Judith Susskind, Esq. |
| 803 | 8/3/2015 | Barry Davis, vs. Dale A. Vannelli, JR., individually; South Florida Bushog Service, Inc., a Florida corporation; and State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014CA01067 0 | Brian Denney, Esq. |
| 804 | 8/4/2015 | Julie Stern, and Gary Stern, as husband of Julie Stern, vs. Dollar Rent a Car, Inc., a Foreign Profit Corporation; Nancy Murray; and USAA Casualty Insurance Company, a Foreign Profit Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502014CA010 872 | Trevor Gordon, Esq. |
| 805 | 8/10/2015 | Ayesha Blackmore, individually and as next friend of Kingston Chamwada, a minor, vs. J. Allen Management Company, Inc. and J. Allen Management Co., Inc., | In the 172nd Judicial District Court of Jefferson County, TX | E0195502 | Byron Alfred, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 806 | 8/11/2015 | Maria M. Martinez, and William Diaz, JR, vs. Bryan Ebner, Inc. and Rainey Barney Adams, | In the Circuit Court of the 20th Judicial Circuit in and fro Lee County, FL | 14-CA-000161 | Bruce Scheiner, Esq. |
| 807 | 8/13/2015 | Francisco Ackerman, individually, vs. Broward Motosports of Palm Beach, LLC, a Florida corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014-CA-013361 (AA) | Darryl Lewis, Esq. |
| 808 | 8/18/2015 | Leann Holderbaum, vs. Carnival Corporation, a Panama corporation, d/b/a "Carnival Cruise Lines", | United States District Court Southern District of Florida Miami Division | 13-24216-CIV | Mike Eriksen, Esq. |
| 809 | 8/24/2015 | Juanita Jackson, as natural parent and guardian of Kerri Rice, a minor, vs. West Boca Medical Center, and Michele Denise Brannick, R.N., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2012CA023205 | Darryl Lewis, Esq. |
| 810 | 8/31/2015 | Carole Valente, vs. Phillip W. Tally, M.D.; Neuro/Spinal Associates, P.A., a Florida professional service corporation; Joseph D. Smith, C.R.N.A.; JD Smith Anesthesia, Inc., a Florida corporation; Alan K. Gilman, M.D.; Alan K. Gilman, M.D., P.A., a Florida professional service corporation; Lakewood Ranch Anesthesia, P.L., a Florida professional limited liability company; Manatee Memorial Hospital, L.P., a Foreign limited partnership; and Wellington Regional Medical Center, Inc., a Florida corporation, | In the Circuit Court of the 12th Judicial Circuit, in and for Manatee County, FL | 2013CA00065 | Scott McMillen, Esq. |
| 811 | 9/1/2015 | Lawrence Bouche, vs. Lazaro Rodriguez and Florida Superior Transport, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502014CA011971 | Bryan Crews, Esq. |
| 812 | 9/3/2015 | Alexandria Ronco, vs. State Farm Mutual Automobile Insurance Company, | In the United States District Court for the Middle District of Florida, Jacksonville Division | 3:14-cv-1238-J-JRK | F. Catfish Abbott, Esq. |

Pag    .0

| 813 | 9/8/2015 | Calvin Knight, vs. Choice Environmental Services of Broward, Inc., n/k/a Progressive Waste Solutions of FL, Inc., a Florida corporation and Vincent Roy Farquharson, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 14-0162225(05) | Julie A. Hager, Esq. |
| 814 | 9/15/2015 | Edward F. Rost, et al, vs. United States of America, | United Stated District Court Northern District of Florida, Tallahassee Division | 4:14cv00474-RH/CAS | Scott Noecker, Esq |
| 815 | 9/16/2015 | Michael Greco, vs. Dominic A. Santarelli, II and Dominic A. Santarelli, III, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 12001321CA02 | Kelly Hancock, Esq. |
| 816 | 9/17/2015 | Jana Lewis, a minor by her conservator, Elizabeth Luckenbach, vs. Oakwood Healthcare, Inc., a Michigan non-profit corporation, assumed names: Oakwood Hospital and Medical Center, Oakwood Healthcare Center-Southgate; Kerry Eva Shea, D.O., and Fadel Shammout, M.D., individually, jointly & severally, | In the Circuit Court for the County of Wayne, State of Michigan | 14-004431-NH | Jesse Reiter, Esq. |
| 817 | 9/21/2015 | Westco Insurance Co., and Amtrust North America, Inc., vs. Elliott Alexander and Rhoda Alexander, | In the State Court of Gwinnett County, State of Georgia | 14-C-00322-S4 | Tom Slater, esq. |
| 818 | 9/28/2015 | Dasie Greenland, vs. Palm Beach County School District, | State of Florida Division of Administrative Hearings Office of Judges of Compensation Claims West Palm Beach District Office | 03-011576SHP | Andrew A. Reich, Esq. |
| 819 | 9/28/2015 | James McClure and Sandra McClure, vs. Donna L. Burnett and State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 19th Judicial Circuit in and for Indian River County, FL | 05-2013-CA-001717 | Christopher Muckerman, Esq. |

Pag   1

| | | | | | |
|---|---|---|---|---|---|
| 820 | 9/30/2015 | Joseph Leal and Dawn Leal Individually and as natural parents, next friends, and legal guardians of Ayden Leal, a minor, vs. Christopher James Glenn, M.D., and Northeast OB/GYN Associates, L.L.P. | In the 295th Judicial District Court of Harris County, TX | 2013-44705 | Robert Talaska, Esq. |
| 821 | 10/1/2015 | Julie Stern and Gary Stern, vs. Dollar Rent a Car, Inc., a foreign profit corporation, Nancy Murray, and USAA Casualty Insurance Company, a foreign profit corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 14-CA-010872 | Adam Doner, Esq. |
| 822 | 10/5/2015 | Suresh Rajamanickam, vs. Textron, Inc., a foreign corporation, d/b/a E-Z-Go and Old Palm Golf Club, Inc., a Florida corporation, Palm Beach Golf Carts, Inc., a Florida corporation, and Advantage Golf Cars, Inc., a Florida corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013-CA-013906 | Scott Smith, Esq. |
| 823 | 10/13/2015 | Vanessa Serna, Byron Serna, and Sebastian Serna, vs. Columbia Hospital Corporation of South Broward d/b/a Westside Regional Medical Center, HCA, Inc., Carson James Shearer, M.D., Noah Prisca Hoskins, M.D., and Florida IPS Medical Services, P.A., | State of Florida Division of Administrative Hearings | 15-0186MA | Paul Silva, Esq. |
| 824 | 10/15/2015 | Dawn Listorti, individually, and as Plenary Guardian of Joseph Listori, vs. Roberto A. Rubio, M.D., Divya Pingle, M.D., Memorial Hospital Flagler, Inc., d/b/a Florida Hospital Flagler, Florida Hospital Flagler, Inc.d/b/a Florida Hospital Flagler Inpatient Partners, Florida Hospital Flagler, Inc. d/b/a Healthcare Partners, | In the Circuit Court for the 7th Judicial Circuit in and for Flagler County, FL | 2015-CA-000095 | Hector More, Esq. |

| 825 | 10/21/2015 | Felix P. Valdes and Mabel I. Valdes, as the natural parents and guardians of Felix Valdes Jr., and individually, vs. Variety Children's Hospital d/b/a Miami Children's Hospital West Kendall Outpatient Center and Miami Children's Hospital, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 12-039570CA32 | Mary Margaret Schneider, Esq. |
| 826 | 10/26/2015 | Sabrina Molina and Pedro Molina individually and as parents and natural guardians of J.R. Molina, a minor, vs. Charmaine E. Bennett, R. N., Elena Maryamchik, CNM, Premier Associates for the Healthcare of Women, LLC, a Florida limited liability company and Bethesda Hospital, Inc., a Florida corporation d/b/a Bethesda Hospital East, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502014CA011988MBAA | Robert Bergin, Esq. |
| 827 | 10/27/2015 | Elizabeth Sewell, as legal guardian of Crystal Sewell, by and on behalf of Crystal Sewell, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 10-38782CA13 | Zane Berg, Esq. |
| 828 | 11/2/2015 | Damaris Negron and Carlos Marte, individually and on behalf of Carilis Victoria Marte, a minor, vs. Draeger Medical, Inc. and Adventist Health System/Sunbelt, Inc. d/b/a Florida Hospital Orlando, | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2011-CA-004206-O | Maria Tejedor, Esq. |
| 829 | 11/3/2015 | Virginia R. Martinez, vs Chanel, Inc., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 2014-CA-01865301 | Anthony Soto, Esq. |
| 830 | 11/4/2015 | Marlene Altemar, vs. Lifespace Communities, Inc. d/b/a Abbey Delray and Sentry Claims Service, | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims West Palm District Office | 14-002568TMB | Robert Rampil, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 831 | 11/5/2015 | Stephen Charron, vs. Eduardo Borja; Brian Black; William ("Will") Riveras; Medcor, Inc.; Target Corporation; Fastcare, LLC; Charles A. Lascano, M.D.; Abel Ramos, D.O.; South Broward Hospital District d/b/a Memorial Regional Hospital; Inphynet South Broward, Inc.; and Marc D. Shapiro, D.O., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 12-31986(07) | Stephen Malove, Esq. |
| 832 | 11/16/2015 | Philip Ruffolo, vs. Macy's Florida Stores, LLC, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013-CA-011847 | Tracy Sharpe, Esq. |
| 833 | 11/17/2015 | Argent Trust Company, conservator for Brendan Nave, vs. Walgreen Co. d/b/a Walgreens, and Joe A. Lovering, Pharmacist, and John Doe, a pharmacist employed by Walgreen Co., | In the Circuit Court for Carter County, Elizabethton, TN | 12059 | Charles Allen, Esq. |
| 834. | 11/19/2015 | Barry Davis, vs. Dale A. Vannelli, JR., individually; South Florida Bushog Service, Inc., a Florida corporation; and State Farm Mutual Automobile Insurance Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014CA010670 | Brian Denney, Esq. |
| 835 | 11/30/2015 | Dennis O'Rourke, vs. Loggerhead Jupiter, LTD. Through its General Partner, Loggerhead Jupiter, INC., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015CA000145(AF) | Stuart Kaplan, Esq. |

| 836 | 11/30/2015 | Deovion Branner, a minor, by her next friend and mother, Stephanie Vance, vs. Trinity-Health Michigan, Michigan non-profit corporation, assumed names: ST. Joseph Mercy Hospital, Pontiac; ST. Joseph Mercy Oakland; Henry Ford Health System, a Michigan non-profit corporation; Farhat Osman, P.C., a Michigan professional service corporation, assumed named: Rochester Hills Pediatrics, Farhat A. Osman, M.D., Leonard B. Pollack, M.D.; Robin Lee O'Dell, D.O.; and Sandra K. Reyes, R.N., individually, jointly and severally, | In the Circuit Court for the County of Oakland, MI | 2014-142517-NH | Rebecca S. Walsh, Esq. |
|---|---|---|---|---|---|
| 837 | 12/1/2015 | Elizabeth Way and Stuart M. Way, vs. George T. Besong, M.D.; George T. Besong, M.D. OBGYN, LLC d/b/a Women's Health Resource Center; and Southwest Volusia Healthcare Corporation d/b/a Florida Hospital Fish Memorial, and C. R. Bard, INC., | In the Circuit Court of the 7th Judicial Circuit in and for Volusia County, FL | 2011-10945-CIDL | Donna Taylor Kolis, Esq. |
| 838 | 12/2/2015 | N.O., a minor, by Christine Orwig, her mother and next friend and Christine Orwig, individually, vs. About Women OB/GYN, P.C. and Marc Alembik, M.D., | In the United States District Court for the Eastern District of VA, Alexandria Division | 1:15-CV-868-TSE-JFA | Catherine Bertram, Esq. |
| 839 | 12/7/2015 | Scott A. Chadwell and Toni A. Chadwell, individually and as parents and natural guardians of Hayden B. Chadwell, a minor, vs. Southern Baptist Hospital of Florida, Inc. d/b/a Wolfson Children's Hospital; and the Nemours Children's Clinic-Jacksonville, | In the Circuit Court of the 4th Judicial Circuit in and for Duval County, FL | 2013-CA-004418 | Seth Pajcic, Esq. |
| 840 | 12/8/2015 | Ronald Gehrig, vs 419 Express LLC and Kenneth Jelks, Jr., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502014CA000608 | Michael Eriksen, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 841 | 12/9/2015 | Richard Dudek and Amanda Archer, his wife, vs. ABB, Inc., a Delaware corporation and Miami-Dade County, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 09-07866CA21 | David Deehl, Esq. |
| 842 | 12/10/2015 | Joshua Lay, a minor, by and through his next friend and mother, Rachel Lay, and Rachel Lay and Jon Lay, individually, Mercy Hospitals East Communities f/d/b/a ST. John's Mercy Medical Center and Mercy Clinic East Communities f/k/a Mercy Medical Group, | In the Circuit Court of ST. Louis County, MO | 12SL-CC00150 | Neil Chanter, esq |
| 843 | 12/15/2015 | Walter Clay Malin, JR., vs. Laura Bass-Malin | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2014DR00348 0XXXXNBFJ | Jonathan Root, Esq. |
| 844 | 12/16/2015 | William Hoskins and Kim Hoskins, vs Walter William Thomas, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 14-CA-000803 | Randall Spivey, Esq. |
| 845 | 12/17/2015 | Caroline Cline, individually and on behalf of Michael Andersen Cline and William Evan Jones, natural children, vs. Anis Akrawi, M.D., and HCA Health Services of Florida, Inc. d/b/a ST. Lucie Medical Center, and Martin Memorial Physician Corporation, Inc., d/b/a Martin Nephrology and Internal Medicine, | In the Circuit Court of the 19th Judicial Circuit in and for ST. Lucie County, FL | 56-2014-CA-000854(ME) | Michael Smith, Esq. |
| 846 | 12/17/2015 | Scott Wesley Frank, vs. Niagra Industries, Inc. and Rheem Sales Company, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 15-002998(03) | Joseph Slama, Esq, |
| 847 | 1/6/2016 | Scott A. Chadwell and Toni A. Chadwell, individually and as parents and natural guardians of Hayden B. Chadwell, a minor, vs. Southern Baptist Hospital of Florida, Inc. d/b/a Wolfson Children's Hospital; and the Nemours Children's Clinic-Jacksonville, | In the Circuit Court of the 4th Judicial Circuit in and for Duval County, FL | 2013-CA-004418 | Seth Pajcic, Esq. |

| 848 | 1/6/2016 | Randi Hanover and Jay Hanover, her husband, vs. Marsha Segal, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502014CA006 534AD | Robert Gordon, Esq. |
|-----|----------|------------------|------------------|------------|------------|
| 849 | 1/7/2016 | Elizabeth Way and Stuart M. Way, vs. George T. Besong, M.D.; George T. Besong, M.D. OBGYN, LLC d/b/a Women's Health Resource Center; and Southwest Volusia Healthcare Corporation d/b/a Florida Hospital Fish Memorial, and C. R. Bard, INC., | In the Circuit Court of the 7th Judicial Circuit in and for Volusia County, FL | 2011-10945-CIDL | Donna Taylor Kolis, Esq. |
| 850 | 1/11/2016 | Michael P. Miller, vs. Wal-Mart Stores East, LP, Advanced Power Technologies, LLC, MDT Personnel, LLC and Kyle Hughes, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2012CA01939 4XXXXMB AG | Sam Guelli, Esq |
| 851 | 1/11/2016 | Martin Arellano vs. The Home Depot USA, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013CA01789 9 | Anthony Merendino, Esq. |
| 852 | 1/12/2016 | Heidi Fortson, vs TT of Indian River, Inc., d/b/a Mercedes Benz of Melbourne, a Florida corporation, and James C. Dorman, | In the Circuit Court of the 18th Judicial Circuit in and for Brevard County, FL | 05-2015-CA-014966 | Mark Roman, Esq. |
| 853 | 1/12/2016 | Rebekah L. Lamas, vs. Classic Chevrolet, LTD. And James W. Redwine, | In the 253rd Judicial District Court of Liberty County, TX | CV1306893 | James Amaro, Esq. |
| 854 | 1/19/2016 | Heidi Fortson, vs TT of Indian River, Inc., d/b/a Mercedes Benz of Melbourne, a Florida corporation, and James C. Dorman, | In the Circuit Court of the 18th Judicial Circuit in and for Brevard County, FL | 05-2015-CA-014966 | Mark Roman, Esq. |
| 855 | 1/20/2016 | Achile Michaud, vs. Florida Power and Light, James H. Joines, Patricia A. Joines, and Asplundh Tree Expert Co., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502012CA010 088XXXXMB | Ronald Simon, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 856 | 1/25/2016 | Todd Copeland, Esq., on behalf of and as trustee for Kyonda Hackshaw and guardian ad litem for Kyonie Corey Ferguson, a minor, and Jarrel Lamar Sledge, a minor, vs. Adventist Health Systems/Sunbelt, Inc. d/b/a Florida Hospital Orlando, Florida Hospital Medical Group, Inc., Birdie M. Varnedore, M.D., Edgardo M. Rodriguez, M.D., Florida Emergency Physicians, Kang & Associates, M.D., P.A., Frank Hellinger, M.D., DOnald Behrmann, M.D., Orlando Neurosurgery, P.A., Adventist Health System/Sunbelt, Inc., d/b/a Florida Hospital Orlando d/b/a Loch Haven OB/GYN, Mark Samuel Crider, M.D., Scott Allen Boone, M.D., Melanie Jacobs Reis, CNM, ARNP, Christopher Arthur Roy Walker, M.D., and Advanced Women's Urology and Gynecology, PLLC., | In the Circuit Court of the 9th Judicial Circuit, in and for Orange County, FL | 2012-CA-017372-O | Maria Tejedor, Esq. |
| 857 | 1/26/2016 | Catalina Jara, vs. Heartland of Boca Raton FL, LLC., | In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, FL | 2014CA008629 | Joseph Abdallah, Esq. |
| 858 | 1/27/2016 | Patricia Cochrane and Andrew Cochrane, vs. Ayesha Waheed, M.D., Virtual Radiologic Professionals, LLC, Virtual Radiologic Corporation of Minnesota, Anuradha Satyavolu, M.D., Pradeep Singh, M.D., Freddie Rodriguez, M.D., Inpatient Specialists SWFL, LLC, Bradley W. Trope, M.D., Associates in Digestive Health, LLC, Florida Radiology Consultants, P.A., and Lee Memorial Health System, | In the Circuit Court of the 20th Judicial Circuit in and for Lee County, FL | 14-CA-03522 | Craig Stevens, Esq. |

| 859 | 1/28/2016 | Brittney Coleman, individually and as the natural parent of J.D., a minor; and Gerald Davis, individually and as the natural parent of J.D., a minor, vs. The United States of America, | In the United States District Court for the Middle District of Georgia Albany Division | 1:14-CV-168 (WLS) | Robert Sporhrer, Esq. |
|---|---|---|---|---|---|
| 860 | 2/1/2016 | Commercial Bank & Trust Company, legal guardian of the estate of Albert P. Mjekiqi, a disabled minor, and Omer and Gabriela Mjekiqi, individually and as legal guardians of the person of Albert P. Mjekiqi, vs. Children's Anesthesiologists, P.C.; Heather D. Phillips, D.O.; Kari L. Clinton; Neurosurgical Associate, P.C.; Lewis W. Harris, M.D., and East Tennessee Children's Hospital Association, Inc., d/b/a East Tennessee Children's Hospital, | In the Circuit Court for Knox County, TN | 3-740-14 | Sidney Gilreath, Esq. |
| 861 | 2/8/2016 | Robert Benner, vs. NCL (Bahamas) LTD., a Bermuda Company d/b/a Norwegian Cruise Line, | United States District Court Southern District of Florida Miami Division | 15-20585-CIV-LENARD/GOODMAN | Michael Eriksen, Esq. |
| 862 | 2/9/2016 | Debra Richter, vs. Carnival Corporation d/b/a Carnival Cruise Lines | United States District Court for the Southern Distict of Florida | 15-cv-22189-Lenard | Michael Eriksen, Esq. |
| 863 | 2/10/2016 | Raquel Straughter, individually and on behalf of Ta'Najia Williams, a minor, vs. Florida Health Sciences Center, Inc. d/b/a Tampa General Hospital University of South Florida Board of Trustees, Rebecca Marie Todd, M.D., Kiran P. Rao, M.D., Maria Del Pilar Cekan, M.D., Victoria Belogolovkin, M.D., Catherine Lynch, M.D., Valerie Whiteman, M.D., Stephen Kohl, M.D., Karen S. McDonald, ARNP, and Lorraine Sullivan-Thompson, ARNP, | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL | 14-CA-6980 | Maria Tejedor, Esq. |

| 864 | 2/16/2016 | Martin Arellano vs. The Home Depot USA, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013CA01789 9 | William Zoeller, Esq. |
|---|---|---|---|---|---|
| 865 | 2/17/2016 | Keith Faulkner and Kaitlyn Faulkner as plenary guardians of the person and property of Anastasia Fauulkner, vs. J.W. Cheatham, LLC., Palm Beach County, Florida and Dainiel J. Casey, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015-CA-001635 | Todd Falzone, Esq. |
| 866 | 2/18/2016 | Anthony Wilbur and Catherine Wilbur, vs. Orlando Health, Inc. d/b/a Orlando Regional Medical Center; Jewett Orthopedic Clinic, LLC; Philip Meinhardt, M.D.; Wolverine Anesthesia Consultants, M.D., P.A.; Rafael Montalvo, M.D.; Yong Oh, M.D.; Precision Surgical Services, LLC; Russell Aquino; and Matthew C. Stokes, CRNA, | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2013-CA-002849-O | Jack Cook, Esq. |
| 867 | 2/22/2016 | Terry Von Reine, individually, and Terry Von Reine, as parent and natural guardian of Kevin James Taylor, a minor child, vs. Pier 1 Imports (U.S.), Inc. | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502013CA005 637XXXMBAN | Spencer Siegel, Esq. |
| 868 | 2/22/2016 | Tramayne Hayford, individually, and as the natural mother of Hailey Hayford, vs. Lorenza Simmons, M.D., and Wendell O. Hackney, M.D., and Gregory A. Smith, M.D., P.C., | In the State Court of Fulton County, GA | 14EV001500 | Robert Talaska, Esq. |
| 869 | 2/24/2016 | William Benjamin Goldman, a minor by and through his parents and natural guardians, Darron Goldman, and Susanne Goldman, vs. Babe Ruth League, Inc., a Foreign Non Profit Corporation,Jupiter Tequesta Athletic Association, Inc., a non profit corporation; and Adam Sadow, individually, | In the Circuit Court of the 15th Judicial Ciruit in and for Palm Beach County, FL | 2013CA01643 1(AF) | Steven Calamusa, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 870 | 3/4/2016 | Dimas M. Chavez, et ux. Vs. Wal-Mart Stores, Inc., et al., | In the Circuit Court for Montgomery County, MD | 401761-V | Patrick Regan, Esq. |
| 871 | 3/7/2016 | Monica Trickey, vs. Key West HMA, LLC d/b/a Lower Keys Medical Center, Emcare, Inc., Hospitalist Alliance, LLC f/k/a Hospital Alliance, LLC., Zivko Gajic, M.D., Kostiya Peki, M.D., Mehmet Atilla, M.D., and Selina Czerwinski Clow, ARNP, | In the Circuit Court of the 16th Judicial Circuit in and for Monroe County, FL | 13-CA-113-K | Gary Alan Friedman, Esq. |
| 872 | 3/7/2016 | Elizabeth K. Newsholme, individually and as Attorney-in-fact pursuant to power of attorney on behalf of Brian Newsholme, individually and Kevin Newsholme, individually, vs. Palms West Hospital limited partnership d/b/a Palms West Hospital, a foreign corporation, HCA, Inc., f/k/a HCA-The Healthcare Company, a foreign corporation, HCA Holdings, Inc., a foreign corporation, Hematology Oncology Associates of The Palm Beaches, P.A., a Florida corporation, Humberto J. Caldera, M.D., Jessica Portu, ARNP, Florida United Radiology, L.C., a Florida corporation, Madai Ortiz-Santiago, M.D., Medical Specialits of the Palm Beaches, Inc., a Florida corporation, Denzil Seedial, M.D., Intensive Care Consortium, Inc., a Florida corporation, Belayet Hossain, M.D., West Palm Beach Physician Group, Inc., a Florida corporation, Saima Mufti, M.D., Constantino Regaldo, M.D., Constantino L. Regaldo, M.D., P.A., Eduardo Sequeira, M.D., Glenroy Wong, M.D., Linda K. Neyman, R.N., Christine M. Coslett, R.N., Elizabeth M. Bratten, LPN, Palm Beach Neurosurgery LLC, a Florida corporation, Steven Dutcher, D.O., and Ronel Bolink, ARNP, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015CA003 415XXXXMB | Christian D. Searcy, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 873 | 3/8/2016 | George Figueroa, vs. Luis Mendez Trucking, Inc., Luis Mendez, Jaime Michael Haxton and Chapman Partnership, Inc., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 14-002046CA01 (13) | Dallas A. Robinson, Esq. |
| 874 | 3/8/2016 | Marlene Altemar, vs. Lifespace Communities,and Sentry Claims Service, | State of Florida Division of Administrative Hearing Office of the Judge of Compensation Claims West Palm Beach District Office | 14-002568TMB | Robert Rampil, Esq. |
| 875 | 3/10/2016 | Lori Sims, vs. Sears Roebuck & Co. | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "FLD" | 14-026560GBH | Alan Aronson, Esq. |
| 876 | 3/16/2016 | Ron Campbell, as legal guardian of Jermaine Campbell, ward, and Latonga Hamilton, as an individual, as his wife and as mother of Briana Campbell, Daja Campbell and Javaras Campbell, vs. Robert M. Sinn, as an individual, Endgame Investments, LLC, a Florida limited liability company, authorized to do and doing business in the State of Florida, | In the Circuit Court , 11th Judicial Circuit in and for Miami-Dade County, FL | 12-37258CA02 | Judd G. Rosen, Esq. |
| 877 | 3/17/2016 | Stephanie Thompson, vs. The City of Fort Lauderdale, | In the Circuit Court of the 17th Judicial Circuit, in and for Broward County, FL | CACE 14-000895(21) | Alana Weatherstone, Esq. |
| 878 | 3/21/2016 | Donald and Mary Trichel, individually and as next friends of Nicholas Trichel, vs. Union Pacific Railroad Company and Jeremy Ray Hampton, | In the District Court of 125th Judicial District, Harris County, TX | 2014-23177 | Vuk Vujasinovic, Esq. |
| 879 | 3/23/2016 | Juli Kaye, as mother and natural guardian of Anthony Ortiz, minor, vs. Diane Kelly, M.D., and Melbourne Internal Medicine Associates, P.A., | In the Circuit Court of the 18th Judicial Circuit in and for Brevard County, FL | 2013-CA-025813 | John Dill, Esq. |

| | | | | |
|---|---|---|---|---|
| 880 | 3/28/2016 | Robert J. "Bo" Summers, Jr., vs. Carnival Corporation, a foreign corporation, and Nisanth KK, R.N., | United States District Cort, Southern District of Florida | 13-23932-CIV | Gary Alan Friedman, Esq. |
| 881 | 3/31/2016 | John A. Mazmanian, incapacitated, by and through his guardian and natural mother, Maral Rabbit; and Maral Rabbit, individually, vs. Gerald A. Succi, individually; Post Hast Pharmacy, Inc.; a florida corporation; and Lato Drug Company, Inc., a flroida corporation, d/b/a Post Haste Pharmacy, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE1500827 9 | Joseph Slama, Esq. |
| 882 | 4/5/2016 | Tracey D. Gunter, vs. TCB Tallahassee Woodlake, LLC d/b/a Cypress Pointe Apartments, Engineered Cooling Services, Inc., Capreit Residential Management, LLC, Red Stone Tallahassee, LLC and Red Stone Partners II, LLC, | In the Circuit Court of the 2nd Judicial Circuit in and for Leon County, FL | 2013CA2081 | Brett Hastings, Esq. |
| 883 | 4/5/2016 | Graciela Garcia, vs. Eldorado Furniture Corporation, a florida corporation; Stainless Steemer Professional Carpet Cleaner & Restoration Corp, a florida corporation; CJS Construction Group Inc., a florida corporation, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 14-001605CA06 | Joseph Abdallah, Esq. |
| 884 | 4/7/2016 | Kenny Carvalho, vs. Davis Hanssen Enterprise, Inc., and Summit/Bridgefield Employers Insurance Company, | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims | 08-005779TWS | Basil Valdivia, Esq. |
| 885 | 4/12/2016 | Dale Smith, an individual, vs. Santex Corp., a Florida profit corporation, and Raul Martinez, as an individual, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013-016643CA | Jocelyn Santana, Esq. |

| 886 | 4/20/2016 | Otis Williams, individually and as legal guardian of Rosetta Williams, vs. Total Renal Care, Inc., d/b/a Davita South Florida Dialysis and/or South Florida Dialysis and Sandra Fearon, R.N., | In the Circuit Court of the 17th Judicial Circuit, in and for Broward County, FL | CACE15011621 | Peter Spillis, Esq. |
| 887 | 4/21/2016 | Ana Mena, vs. Reliance Petroleum Company, LTD, a Florida Limited Partnership, Two Brothers Invvestments of Palm Beach, Inc., a Florida Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014-CA-012439(AB) | Ethan Wayne, Esq. |
| 888 | 4/26/2016 | Luis Soto, vs. Timothy M. Anderson, M.D., and MD Now Medical Centers, Inc., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502013CA018687XXXXMB | Roderick Coleman, Esq. |
| 889 | 4/26/2016 | Dollie M. Eaton, vs. Daryl K. Mace, JR., Greentree Transportation Company, James A. Davis, Transport Investments, Inc., Comdata Merger, LLC, and Comdata, Inc., | In the Circuit Court of Butler County, MO | 13BT-CV01515 | Eric M. Belk, Esq. |
| 890 | 4/27/2016 | Emmanuel Makris, vs. Pennsylvania Life Insurance Company, | In the Circuit Court of the 6th Judicial Circuit in and for Pinellas County, FL | 522011CA012067XXCICI | Terence Perenich, Esq. |
| 891 | 4/28/2016 | Tracey D. Gunter, vs. TCB Tallahassee Woodlake, LLC d/b/a Cypress Pointe Apartments, Engineered Cooling Services, Inc., Capreit Residential Management, LLC, Red Stone Tallahassee, LLC and Red Stone Partners II, LLC, | In the Circuit Court of the 2nd Judicial Circuit in and for Leon County, FL | 2013CA2081 | Brett Hastings, Esq. |
| 892 | 5/4/2016 | George Figueroa, vs. Jaime Michael Haxton and Chapman Partnership, Inc., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 14-002046CA01 (13) | Dallas Robinson, Esq. |
| 893 | 5/5/2016 | Cheryl Parham and Craig Parham, her husband, vs. American Alternative Insurance Corporation, | In the Circuit Court of the 19th Judicial Circuit in and for Indian River County, FL | 312015CA000168 | Erin Grall, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 894 | 5/5/2016 | Carol Mascali, Roger Mascali, Maria Bunker and Leonard Bunker, vs. Casey Kurz and Michael Kurz, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014CA14730 XXXXMBAO | Steven Calamusa, Esq. |
| 895 | 5/9/2016 | Wilma Rivera and her husband, Angel Rivera, vs. Publix Super Markets, Inc., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 2014-030222CA (32) | J.P. Gonzalez-Sirgo, Esq. |
| 896 | 5/9/2016 | Connie Drake, vs. Win Myint Aung, M.D,. And University of Miami d/b/a University of Miami Miller School of Medicine, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 15-006880CA04 | Bradley Kaplan, Esq. |
| 897 | 5/10/2016 | Roy Adams and Janice Adams, individually and as husband and wife, vs. Joanne Buck, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 15-15283(25) | Todd McPharlin, Esq. |
| 898 | 5/11/2016 | Roberto Iglesias, and Carment Iglesias, his wife, vs. Crane Worldwide Logistics, LLC, a foreign limited liability company, and Juan De Dios Colinos, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dada County, FL | 2015-009998CA (22) | Keith Chasin, Esq. |
| 899 | 5/16/2016 | David Altizer and Dallas Altizer, vs. CPC Logistics, Inc., Penske Truck Leasing Company, L.P. and John A. Lunderman | In the Circuit of the 6th Judicial Circuit in and for Pinellas County, FL | 14-8189-CI | Todd Stern, Esq. |
| 900 | 5/16/2016 | Takiyah Charles, vs. Choice Environmental Services of Broward, Inc., a Florida corporation, and Wast Services of Florida, Inc., a foreign corporation, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 13-013687 | Ariel Furst, Esq. |
| 901 | 5/19/2016 | Dolores Rouse, as power of attorney for Christine Rouse, and Dolores Rouse, individually, John M. Rouse, and Michael Rouse, vs. Center for Comprehensive Services, Inc. (b/b/a Neurorestorative Avalon Park),National Mentor, LLC(d/b/a The Mentor Network), Charles W. Hewett, III, Jaliesa Johnson, Estelle Lulley, Alex Cruz, Andranette Williams, and Peter Neill, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2015-CA008311AD | Scott Smith, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 902 | 5/23/2016 | Miguel Diaz and Esther Diaz, his wife, Marta Casuso, Mercedes Miro, Zoraida Oquendo, Maria Perez as personal representative of the estate of Clemente Perez and individually, Martha Tunez, Ceclia Borja and Jaime F. Borja, her husband, Maria Gladys Caamano and Gilbert Caamano, her husband, Luis Hernandez, Irma Hidalgo, Marta Machin, Daysy Pedraja, Migdalia Perez, and Elaine Espinosa, vs. Leon Medical Centers, Inc., a Florida corporation, vs. South Florida Eye Associates, P.A. and Dr. Jonathan Leon-Rosen, M.D., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 13-33658CA10 15-011832CA10 | Alan Friedman, Esq. |
| 903 | 5/24/2016 | Michael E. Pinilla, as guardian ad litem for Erik V-P, a minor under the age of 14, and as assignee of parent's claim for medical expenses, vs. United States of America | In the United States District Court for the District of South Carolina Columbia Division | 3:15cv01077JFA | Edward Graham, Esq. |
| 904 | 5/24/2015 | Hugh Quigley and Mary Shawn Sutton Quigley, vs. Palm Beach Yacht Club Associates, Inc., a Florida corporation | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502013CA0009372 | Daniel Williams, Esq. |
| 905 | 5/25/2016 | Serandy Goff and Everett Goff, vs. Evans Delivery Company, Inc. and Jehmar Laron Smalls, | In the Court of Common Pleas The 5th Judicial Circuit State of South Carolina County of Richland | 2015-CP-40-0916 | Hugh McAngus, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 906 | 5/26/2016 | George Cocker III, a minor by his next friend and mother, Kenia Morris-Coker, vs. Providence Hospital and Medical Centers, Inc., a Michigan nonprofit corporation, assumed name; Providence Hospital and Medical Centers; Southfield OB/GYN Associates PLLC, a Michigan professional limited liability company, formerly known as Harold Hinton Physicians for Women's Health, PLLC and Harold Hinton Thomas Physicians for Women's Health, PLLC; Northland Anesthesia Associates, P.C., a Michigan professional service corporation; Nitasha Garg, M.D., Patrice L. Harold, M.D., and Ian D. McClaren, M.D., individually, jointly and severally, | In the Circuit Court for the County of Oakland, State of Michigan | 14-143274-NH | Jesse M. Reiter, Esq. |
| 907 | 6/1/2016 | Ruth Arizpe vs. Palm Beach County Board of County Commissioners, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015CA008353 | Joseph Johnson, Esq. |
| 908 | 6/7/2016 | Adrian Norwood, vs. Morrison Textile Machinery Co. | In the Circuit Court of Cook County, IL | 11L2172 | Timothy J. Ashe, Esq. |
| 909 | 6/9/2016 | Ronald Rokoff and Erlene Rokoff, his wife, vs. Water Bagels 247, LLLP, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2015CA002485AL | Adam Hecht, Esq. |
| 910 | 6/15/2016 | John Sirianni, vs. Brita Nowak and Bratcat Express Corporation, a Florida Corporation | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade, County, FL | 14-017277CA01 | Kelly Hancock, Esq. |
| 911 | 6/20/2016 | Destiny Wierzba, a minor, by and through her guardian and next friend, Tina Wierzba; and Tina Wierzba, individually, vs. Ford Motor Company; Keystone Automotive Industries, Inc.; All-Ways Towing & Storage, Inc.; Stafflink Outsourcing, Inc.; Eric J. Herr; Auto Meter Products, Inc.; Gauge Works, LLC., and Gregory Day d/b/a Gauge Works, LLC., | In the Circuit Court for the 17th Judicial Circuit in and for Broward County, FL | 11-011936(26) | Stephen Malove, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 912 | 6/28/2016 | Christopher p. Todd, vs. Stanley R. Goldberg, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015CA003 589XXXXMB | Jorge Maxion, Esq. |
| 913 | 7/7/2016 | Reagan Newlin, a minor, by her parents and natural guardians, Melissa Newlin and Joseph Newlin, et al., vs. Miami Valley Hospital, et al., | In the Common Pleas Court of Montgomery County, OH | 2014CV02321 | Jill Gustafson, Esq. |
| 914 | 7/11/2016 | Marylee Ramazio, individually, Mike Ramazio, individually, Marylee Ramazio and Mike Ramazio, as natural parents of Olivia Ramazio, a minor and Marylee Ramazio and Mike Ramazio, as natural parents of Michael Ramazio, a minor, vs. Ricardo Fuenmayor, individually, and State Farm Mutual Automobile Insurance Company, a foriegn corporation | In the Circuit Court of the 11th Judicial Court in and for Miami-Dade County, FL | 13-032170-CA-34 | Peter Somera, Esq. |
| 915 | 7/13/2016 | Jeffrey M. Hall and Tracy H. Hall, vs. Preston Cycles, LLC d/b/a Thunder Tower Harley-Davidson | In the Court of Common Pleas County of Richland, SC | 2015-CP-40-0637 | William Walker, Esq. |
| 916 | 7/18/2016 | Arieonna Council, a minor, by her next friend and mother, Angela Hudson, and Michigan Department of Health and Human Services, vs. Legacy SHGD, a Michigan non-prifit corporation, assumed names: Sinai-Grace Hospital, Detroit Medical Center, and The Detroit Medical Center and The Detroit Medical Center; DMC Health Care Centers, Inc., a Michigan nonprofit corporation; B.F.G. Family Practice, P.C., a Michigan Professional Service Corporation; Theodore Graham, M.D.; Jacques E. Samson, M.D.; Kimberly D. Wallace, M.D.; Natalia Camacho, M.D.; Kelly Gallagher, PA-C; Bethany Waterstreet, R.N.; Individually, Jointly and Severally, | In the Circuit Court for the County of Wayne, MI | 15-000404-NH | Jesse Reiter, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 917 | 7/20/2016 | Thomas F. Maher, Jr. and Eleanor Maher, his wife, vs. Baptist Medical Center of the Beaches, Inc., d/b/a Baptist Medical Center-Beaches; Jay A. Homburger, M.D.; Heidi L. Dixon, CRNA, ARNP; Jacksonville Anesthesia Corporation, Inc.; Stephen J. Lancaster, M.D.; Jacksonville Orthopaedic Institute, Inc., a/k/a Jacksonville Orthopaedic Institute, P.A.; John M. Tierney, PA-C; Kevin D. Crismond, D.O.; and Jacksonville Hospitalists, P.A.; | In the 4th Judicial Circuit Court in and for Duval County, FL | 16-2011-CA-009434 | Christopher Speed, Esq. |
| 918 | 7/21/2016 | Teresa D. Mercado vs. Dian E. Hoock, Kevin Hoock, and Laura Hook, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015CA006 434 | Jorge Maxion, Esq. |
| 919 | 7/28/2016 | Layla Ekarintaragun, a minor, by and through her parents and natural guardians, Dana Ekarintaragun and Litichai Ekarintaragun, and Dana Ekarintaragun and Litichai ekarintaragun, individually, vs. Martin Memorial Medial Center, Inc., d/b/a Martin medical Center, a Florida Corporation; Treasure Coast OB/GYN Associates, P.A., d/b/a Women's Health Specialists; Frank Dickens, M.D.; Laura Mcurdy, M.D.; Barbara Jo McCarthy, CNM, | In the Circuit Court of the 19th Judicial Circuit in and for Martin County, FL | 14-1308CA | Peter Somera, Esq. |
| 920 | 8/1/2016 | Michael T. Smith, vs. Sharon W. Sirine | In the Circuit Court for Orange County, FL | 2014-CA-012530- | Matt Morgan, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 921 | 8/3/2016 | Patrissia Rolle, vs. Ranger Construction Industries, Inc., a Florida corporation for profit; Wantman Group, Inc., a Florida corporation for profit; Allied Trucking of Florida, Inc., a Florida corporation, Allied Trucking of Palm Beach, L.C., a Florida Limited Liability Company, Double B Line Corp., a Florida Corporation for profit, and Juan C. Calero, individually, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE-15-015801 | Rick Freedman, Esq. |
| 922 | 8/3/2016 | Eva L. Markham, by and through her son, Sherman Markham, as Power of Attorney, and her daughter, Susan Biamonte, as Power of Attorney, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2015CA011586 | Casey Shomo, Esq. |
| 923 | 8/9/2016 | Susan Tufford Stein and Walter A. Stein, her husband, vs. Lord, Ford & Worth, LLC d/b/a Anushka Spa & Salon, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2014-CA-013365 | Jack Scarola, Esq. |
| 924 | 8/15/2016 | Kimberly Garces, vs. Tenet Healthsystem Medical, Inc, a foreign for profit corp., Sunrise Medical Group I, LLLC; a foreign corp. d/b/a Sunrise Medical Group; Alvaro Padilla, M.D., Ramesh Gopalaswamy, M.D., Dr. Ramesh Gopalaswamy, P.A., a Florida for profit corporation, Lee R. Duffner, M.D., and Eye Surgery Associates, LLC, a Florida limited liability company, Peter A. Livingston, M.D., and Radiology Associates of Hollywood, P.A., a Florida Corporation; Dhiraj Patel, M.D., and Karia & Patel Stirling Health Center, P.A., a Florida Corporation defendants. | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 14011974CA (04) | Gary Alan Friedman, Esq. |
| 925 | 8/16/2016 | Nora Dombroski, vs. LM General Insurance Company | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015CA000822AO | Christopher Larmoyeux, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 926 | 8/17/2016 | Darius B. Fagin, individually and as Parent and Natural Guardian of his minor children, Darius Fagin, Jr. and Jared Fagin, vs. Eric R. Stadler, M.D., Bay Area Hospitalist, P.A.; Pravinchandra Zala, M.D.; Pravinchandra Zala, M.D., P.A.; Jose R. Prieto, M.D., & Jose R. Prieto, M.D., P.A. | In the Circuit Court of the 13th Judicial Circuit of the State of Florida in and for Hillsborough County, Civil Division | 11-14043 | Fritz Gray, Esq. |
| 927 | 8/22/2016 | Luz Miranda, as Limited Guardian of the person of Martin Gutierrez, Jr., an Alleged Incapacitated Adult, and as parent and natural guardian of Laylann Gutierrez and Angelina Alayah Gutierrez, vs. Maya Palm Condominium Association, Inc., a Florida Corporation, James Batsmasian and Marta Batmasian, d/b/a Investments Limited, a Florida Power & Light Company, a Florida Corporation, Alligator Landscaping, Inc., a Florida corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2011CA14360 MB AN | Jack Hill, Esq. |
| 928 | 8/24/2016 | Juliana Araujo, vs. Winn-Dixie Stores, Inc. | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 13-034758-CA(30) | Joseph Abdallah, Esq. |
| 929 | 8/25/2016 | Ronnie King, vs. FPL | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District West Palm Beach | 15-024741MAD | Michael Celeste, Esq. |
| 930 | 8/29/2016 | Trenia Reynolds and Bruce Reynolds, vs. Werner Enterprises, Inc., and Theresa Martin | United States District Court Southern District of Mississippi Northern Division | 3:15-cv-00764-HTW-LRA | Matt Newman, Esq. |
| 931 | 8/30/2016 | Byron L. Harris, JR., vs. City of boynton Beach, Michael Brown, Matthew Medeiros, Stephen Maiorino, Ronald Ryan, Justin Harris, Cory Herny, Alfred Martinez, and Other unknown Officers, | United States District Court Southern District of Florida | 9:16-CV-80148-Rosenberg | Linnes Finney, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 932 | 8/31/2016 | Carol Connell and William Connell, her husband, vs. 900 & 5500 Broken Sound Associates, LLC., a Delaware limited liability company doing business in Florida; Mainstreet Real Estate Services, INC., a Florida corporation; and CB Constructors, INC., a Florida corporation d/b/a Current Builders Constructors, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE-15-002484 | Jeannete Lewis, Esq. |
| 933 | 8/31/2016 | Paolo Stanchi, vs. 3 Fathoms, INC., a Florida non-profit corporation; and University of Miami, a Florida non-profit corporation, | In the Circuit Court of the 7th Judicial Circuit in and fo ST. Johns County, FL | 12-CA-2451 | Michael Eriksen, Esq. |
| 934 | 9/7/2016 | Nora Rivera Santos Finales, vs. El Bodegon Grocery, Inc., a Florida for profit corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2016-CA-000674 | Guy Icangelo, Esq. |
| 935 | 9/7/2016 | Lina Leon Barrero, vs. Anthony C. Gusmano, in his individual capacity, Southern Waste Systems, LLC, a Florida for-profit corporation, and Karmita Gusmano, in her individual capacity and as mother and Natural Guardian of Anthony C. Gusmano, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2015CA00826 9AA | Guy Icangelo, Esq. |
| 936 | 9/8/2016 | Binyamin Mamane, vs. Randle Eastern Ambulance Services, Inc., a Florida for-profit Corporation, d/b/a American Medical Response Ambulance Service, Inc., and Anthony J. Ursillo, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE-15-009141 | Sagi Shaked, Esq. |
| 937 | 9/8/2016 | SNL, a minor, by and through her parent and next friend, Quiana Ingram and Quiana Ingram, individually, vs. United States of America through Jessie Trice Community Health Center, Inc., an HHS Health Center, | United States District Court Southern District of Florida | 15-24402-Civ-Martinez | Nancy Lavista, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 938 | 9/12/2016 | Ramona Anderson vs. Palm Beach County Sheriff's Office and USIS | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims | 12-029145TMB | Jane-Robin Wender, Esq. |
| 939 | 9/14/2016 | Aaron Ford, Individually, and Aaron Ford and Michelle Ford, as Guardians and Natural Parents of Zoe Ford and Rys Ford, vs. Martin Memorial Medical Center, Inc. d/b/a Martin Memorial Hospital South, Lana A. Elder, M.D., J. H. Gatewood Emergency Services, P.A., and Emcare, Inc., | In the Circuit Court of the 19th Judicial Circuit in and for Martin County, FL | 43-2014-CA-000502-AX-MX | Matthew K. Schwencke, Esq. |
| 940 | 9/28/2016 | Marcus Chance Johnson, a minor, by next friends and parents, Dessie L. Johnson and Raymond Johnson and Dessie L. Johnson and Raymond Johnson, Individually vs. St. Mary's Medical Center, Inc. | In the Circuit Court for Knox County, TN | 2-533-05 | Robert Talaska, Esq. |
| 941 | 10/3/2016 | James A. Sullivan, vs. Chris Nocco, in his Official Capacity as Sheriff of Pasco County, Florida, and Bryan K. Sikes, individually, | United States District Court Middle District of Florida Tampa Division | 8:15-cv-57-T-33AEP | Linnes Finney, Esq. |
| 942 | 10/3/2016 | Elliott Celidor, a minor, by and through his mother Fedelyn Celidor and his father, Maxo Celidor, and Fedelyn Celidor and Maxo Celidor as mother and father respectively of Elliot Celidor, vs. Bethesda Memorial Hospital, Inc. n/k/a Bethesda hospital, Inc., Joel Borgella, M.D., Florida OB/GYN Group, PLLC, Kathleen Philbin, ARNP, Select Women's Healthcare, LLC and Premier Associates for the Healthcare of Women, LLC. | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014CA008951DIV. AL | Darla Keen, Esq. |
| 943 | 10/4/2016 | Rodolfo Armenta, vs. Coastal Automotive and CCMSI, | State of Florida Division of Administrative Hearings office of the Judge of Compensation Claims, District Melbourne | 11-021542DSR | Jane-Robin Wender, Esq. |

| | | | | |
|---|---|---|---|---|
| 944 | 10/4/2016 | Cimone Teague, vs. Georgine Lamvu, M.D., Florida Physicians Medical Group, Inc. d/b/a Advanced Minimally Invasive Surgery and Gynecology Specialists and Adventist Health System/Sunbelt, Inc., | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2013-CA-9358-O | Maria Tejedor, Esq. |
| 945 | 10/5/2016 | Anne Leslie, vs. Howard Sachs, M.D., et al | In the Circuit Court for Howard County, MD | 13-C-15-105756MM | Greg Hopper, Esq. |
| 946 | 10/13/2016 | Darrell Slone, vs. Palm Beach County Sheriff's Office and USIS | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims District "WPB" | 12-014795SHP | Alan Aronson, Esq. |
| 947 | 10/13/2016 | Perry M. Wood, et al., vs. Bank of America Corporation, et al., | In the Circuit Court for Montgomery County, MD | 400584V | Patrick Regan, Esq. |
| 948 | 10/13/2016 | Michael Mangold, vs. Michael Shawn Connors, an individual, and Napleton's North Palm Auto Park, Inc., and Illinois Corporation, d/b/a "Napleton Northlake Chrysler Dodge Jeep Ram," | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2015CA003212 | Michael Shiver, Esq. |
| 949 | 10/17/2016 | Cheryl Landin, vs. Amanda Brodhage, individually; Kevin Hole, individually; and Progressive American Insurance Company, a foreign profit corporation | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015CA009375 | Todd Fronrath, Esq. |
| 950 | 10/17/2016 | Johanna O'Neill, vs. The First Liberty Insurance Corporation | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013-CA-004444-MB-AG | Richard Keaney, Esq. |
| 951 | 10/18/2016 | West Palm Beach Resources, Inc., as assignee of Norma Tarafa, vs. State Farm Mutual Automobile Insurance Company | In the County Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015SC002021XXXXSB | John Billera, Esq. |
| 952 | 10/20/2016 | Deanne Toussaint and Rory Toussaint, her husband, vs. Waste Management, Inc. of Florida, a Florida for profit corporation, and Recaldo Lorenzo Mears, | In the Circuit Court of the 19th Judicial Circuit, In and for Martin County, FL | 2015-CA-000539 | Scott Smith, Esq. |
| 953 | 10/24/2016 | Caridad Garcia, vs. G6 Hospitality, LLC, A Foreign Limited Liability Company, D/B/A Motel 6 | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 2016-CACE-3802 | Peter Itzler, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 954 | 10/25/2016 | Andrea Mirabal, a single woman, vs. Christopher John Petricone, JR., and Lotspeich Company, Inc., a Florida Corporation | In the Circuit Court of the Judicial Circuit in and for Miami-Dade County, FL | 2016-008484CA01 | Joseph Slama, Esq. |
| 955 | 10/26/2016 | Mark Vechiola, vs. Howard W. Poznanski | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE15013093(03) | Neil Anthony, Esq. |
| 956 | 10/26/2016 | Wendy Barnhill, vs. Damian E. Caraballo, IV., M.D., Jeremy Kirtz, M.D., Tampa Bay Emergency Physicians, P.L., University Community Hospital, Inc., b/d/a Florida Hospital Tampa, Timothy M. Holt, D.O., Emergency Medical Associates of Tampa Bay, LLC, and ST. Joseph's Hospital, Inc. d/b/a ST. Joseph's Hospital, | In the Circuit Court of the 13th Judicial Circuit of the State of Florida in and for Hillsborough County General Civil Division | 15-CA-001714 | Henry E. Valenzuela, Esq. |
| 957 | 10/27/2016 | Xiomara Martinez Arroyo, individually and as natural parent and guardian of Ramon Aponte, a minor, and Ramon Luis Aponte, individually, vs. The Nemours Foundationd/b/a Nemours Childrens Hospital, Orlando, | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2015-CA-4791-O | Stephen Knox, Esq. |
| 958 | 11/3/2016 | Dasie Greenland, vs. Palm Beach County School District, | State of Florida Division of Administrative Hearings Office of Judges of Compensation Claims West Palm Beach District Office | 03-011576SHP | Andrew A. Reich, Esq. |
| 959 | 11/15/2016 | Remeka Harper individually and on behalf of Jairia Hearn, a minor, vs. Public Health Trust of Miami-Dade County d/b/a Jackson Memorial Hospital; Jonathan Bratter, D.O.; University of Miami d/b/a Miller School of Medicine; Samir Beydoun, M.D., Elvire Jacques, M.D., Albert Triana, M.D., Makbib Diro, M.D., and Lennox Jeffers, M.D., | In the Circuit Court in and for the 11th Judicial Circuit in and for Miami-Dade County, FL | 14-12405CA13 | Maria Tejedor, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 960 | 11/16/2016 | Cynthia Dennison, Gary Dennison, her husband, Joshua James Tomlinson, and Jonathan Lee Tomlinson, her children, vs. Baptist Health Systems, Inc., Southern Baptist hospital of Florida, Inc., Lyerly Baptist, Inc., The Lyerly Group, P.A., and Paulo Monteiro, M.D., | In the Circuit Court, 4th Judicial Circuit in and for Duval County, FL | 2010-CA-005857 | Kenneth Carusello, Esq. |
| 961 | 11/23/2016 | James Chivers, vs. Leo Bly, JR., and Fastrac Electric Corp., a Florida Profit Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502016CA003411 | Paul Adams, Esq. |
| 962 | 11/28/2016 | Jean claude Theodore, vs. Susan Anne Butler, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE15010209(05) | Guy Icangelo, Esq. |
| 963 | 11/28/2016 | Fernanda Aguilar, vs. Headway Condominium Association, Inc., a Florida Non-Profit Corporation, JN Thompson ENT., Inc. d/b/a PME f/k/a J.A. Thompson Enterprises, Inc., a Florida Profit Corporation, Savitar, Inc. d/b/a Savitar Realty Advisors, a Florida Profit Corporation, and Emerald Landscape Maintenance, Inc., a Florida Profit Corporation, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 15-005887CACE(18) | Peter Itzler, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 964 | 11/30/2016 | Madison Ben, a minor, by her next friend and mother Amber Moss, vs. Legacy HHH, a Michigan nonprofit Corporation, assumed names: Harper Hospital, Hutzel Women's Hospital, Harper University Hospital, DMC Hospital Partnership, Harper-Hutzel Hospital; Legacy DMC, a Michigan nonprofit corporation, assumed names: Legacy DMC, Detroit Medical Center,The Detroit Medical Center; University Physician Group, a Michigan Nonprofit corporation, assumed names: Wayne State University Physician Group, WSUPG, University OBGYN, Inc., University Women's Care, Inc., University Physician Group; Helard Gunther Ballon-Hennings, M.D.; Natalia Camacho, M.D.; Giancarlo Mari, M.D.; David C. Kmak, M.D.; Bonnie Lehman, CNM; Susan S. Greenlee, CNM; Jennifer L. Kelley, CNM; Individually, Jointly and Severally, | In the Circuit Court for the County of Wayne, State of Michigan | 15-005973-NH | Jennifer Secorski, Esq. |
| 965 | 12/6/2016 | Sherman Armstrong, vs. Magnolia Marine Transport, | In the Circuit Court, 3rd Judicial District, Madison County, IL | 15-L-00813 | Brian Beckcom, Esq. |
| 966 | 12/7/2016 | Steven Kaminik, vs. Benitho Occes and Werner Enterprises, Inc., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE 09033323 | Alan E. Brady, Esq. |
| 967 | 12/8/2016 | James U. Clarke, vs. James W. Sanderson and Elizabeth Sanderson, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502016CA002 827 | Bill Williams, Esq. |
| 968 | 12/12/2016 | Ines Diaz Velez, vs. United Parcel Services, Inc. and Michael A. Hill | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2015CA00911 5MB AD | Sam Guelli, Esq. |
| 969 | 12/14/2016 | Susana Elena Felipa, vs. James W. Sanderson, Elizabeth Sanderson and Geico General Insurance Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502016CA002 829 | William Williams, Esq. |

| 970 | 12/15/2016 | Elizabeth M. Rosquete and Robert Rosquete, vs. University of Miami, a Florida Non-profit Corporation and Global Spectrum, L.P., a Foreign Limited Partnership, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade, FL | 2013-18459CA31 | Katherine Hughes, Esq. |
|---|---|---|---|---|---|
| 971 | 12/19/2016 | Barbara Sorensen and Chris Sorensen, individually and as husband and wife, vs. Port Charlotte HMAS, LLC d/b/a Peace River Regional Medical Center; Thomas F. Brill, O.D.; Center for Sight, P.L.; Laser and Surgical Services at Center for Sight, L.L.C.; Joseph A. Hegleh, M.D.; Florida Eye and Laser Institute, L.L.C.; Leslie Tar, M.D.; Allergy & Arthritis Treatment Centers, LLC; George Koppuzha, M.D.; and Charlotte Internal Medicine Associates, P.A., | In the Circuit Court of the 20th Judicial Circuit in and for Charlotte County, FL | 13-001161-CA | Karen Terry, Esq. |
| 972 | 12/22/2016 | Shannon Cheney, vs. Stephen Willson, an individual; Walgreen Co., an Illinois Corporation; Maxwell Corporation of America, Inc., a New Jersey Corporation; Falcon Safety Products, Inc., a New Jersey Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502013CA007140 | William Cornwell, Esq. |
| 973 | 1/11/2017 | Daniel Falzini, vs. Sally Kaplan, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502016CA002882 | Ted Foreman, Esq. |
| 974 | 1/16/2017 | Cynthia Dennison, Gary Dennison, her husband, Joshua James Tomlinson, and Jonathan Lee Tomlinson, her children, vs. Baptist Health Systems, Inc., Southern Baptist hospital of Florida, Inc., Lyerly Baptist, Inc., The Lyerly Group, P.A., and Paulo Monteiro, M.D., | In the Circuit Court, 4th Judicial Circuit, in and for Duval County, FL | 16-2010-CA-005857 | Kenneth Carusello, Esq. |

| 975 | 1/19/2017 | Elliott Celidor, a minor, by and through his mother Fedelyn Celidor and his father, Maxo Celidor, and Fedelyn Celidor and Maxo Celidor as mother and father respectively of Elliot Celidor, vs. Bethesda Memorial Hospital, Inc. n/k/a Bethesda hospital, Inc., Joel Borgella, M.D., Florida OB/GYN Group, PLLC, Kathleen Philbin, ARNP, Select Women's Healthcare, LLC and Premier Associates for the Healthcare of Women, LLC, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2014CA00895 1DIV. AL | Darla Keen, Esq. |
| 976 | 1/24/2017 | Alvin McFall and Cindy McFall, his wife, vs. Job Site Services, Inc. and Andrew A. Milam, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 14-1977-CA-B | Greg King, Esq. |
| 977 | 2/6/2017 | Christopher T. Peacock, Amber Peacock, and Christopher Ryan Peacock, a minor, vs. Southern Wine & Spirits of America, LLC, Southern Wine & Spirits of America, Inc.; Robert C. Williams, and individual, Navistar, Inc., a foreign corporation, Eaton Corporation, a foreign corporation, Firstlease, Inc., a foreign corporation, Rechtien International Trucks, Inc., a foreign corporation, KW Wrecker Services, Inc., a Florida corporation, James J. Eagle, d/b/a Florida Fleet Services, and James J. Eagle, d/b/a Florida Fleet Service, Sun State International Trucks, LLC and Sun State International Trucks of Central Florida, LLC, | In the Circuit Court of the 19th Judicial Circuit in and for ST. Lucie County, FL | 56-2008-CA-006375 | Todd Romano, Esq. |

| 978 | 2/13/2017 | Pamala Zora, an individual, and Russell Zora, individually, and as next friend of Pamala Zora, vs. Patrick Han, M.D., John Smithson, M.D., Ronald Woosley, M.D., Jon Jimison, P.A., St. John Medical Center, Inc., St. John Neuroscience Institute, Jonathan Schnitker, m.D., Bryan Smith, M.D., Tulsa Radiology Associates, Inc., | In the District Court in and for Wagoner County, OK | CJ-2015-01858 | Philip Valente, Esq. |
|---|---|---|---|---|---|
| 979 | 2/14/2017 | Sandra Carey, vs. YMP Real Estate Management, LLC and YMP Palo Verde, LLC, | In the Circuit Court of the 15th judicial Circuit, in and for Palm Beach County, FL | 502016CA005366 | Ansley Ellmyer, Esq |
| 980 | 2/16/2017 | Rebecca Ronaghi, individually, vs. Rose Marie Lyon, individually, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE-15-015299 | Peter Somera, Esq. |
| 981 | 2/27/2017 | Patria Oquendo, individually, and Patria Oquendo and Walter Martinez, as parents and natural guardians of Genesis Martinez, a minor, vs. Discount Auto Parts, LLC. d/b/a Advanced Auto Parts and Rodolphus Maurice Boyd, Jr., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013-CA-009571AN | Chase Nugent, Esq. |
| 982 | 2/27/2017 | Aaron Goldstein, vs. Safeco Insurance Company of Illinois, a Corporation, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015CA010827XXXXMBAD | Gregg Wexler, Esq |
| 983 | 2/28/2017 | LiL' Raaven Foster, an Incompetent and Incapacitated person, through her Co-guardians and next friends, Willie and Mabell Foster, vs. The Health Care Authority for Baptist Health, an Affiliate of UAB Health System, dba Baptist Medical Center South, Sara Eaton, RN; Kim Lambert, RN; Robby Gautney, RN; James Faulkner; RN; Premier Anesthesia of Montgomery, PC; Hollie N. Gray, CRNA aka Hollie N. Sanders, CRNA; and Laura M. Lewis-Lockett, MD, | In the Circuit Court of Montgomery County, AL | CV16900164 | Julia Cochrun, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 984 | 3/1/2017 | Giovanni Pillonato, a minor, by and through his parents and next best friends, Betsy pinto and Dustin Pillonato and Betsy Pinto and Dustin Pillonato, individually, vs. Wellington Regional Medical Center, Incorporated; Julie Pass, M.D.; and, OB/GYN Specialists of the Palm Beaches, P.A., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2013CA01564 3 | Daria Keen, Esq. |
| 985 | 3/2/2017 | Thomas Roberts and Diane Roberts, vs. Alexandria Transportation, Inc., Alexandre Solomakha, Alex Express, LLC, C.H. Robinson Worldwide, C.H. Robinson Company Inc., C.H. Robinson Company, C. H. Robinson International, Inc., C.H. Robinson Project Logistics, Inc., C. H. Robinson Transportation Company, Inc., Statewide Tire Distributors, Inc. and Edwards-Kamadulski, LLC., | United States District Court in the Southern District of Illinois East St. Louis Division | 14cv1063 | Joshua Myers, Esq. |
| 986 | 3/9/2017 | Jaime Campbell, individually and as mother and next friend of Kiera Campbell, a minor, vs. Sarah Bush Lincoln Health Center, an Illinois not for profit corporation; Allison M. Allen, R.N., and Michael Benson, D.O., | In the Circuit Court for the 5th Judicial Circuit of Illinois Coles County, Charleston, IL | 08-L-50 | Spiros, Esq. |
| 987 | 3/14/2017 | Joel Gomez, vs. Chadwell Supply Inc. and Jean Max Morisseau, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 16-002718(03) | Todd McPharin, Esq. |
| 988 | 3/15/2017 | Edward W. Dascher and Erika J. Dascher, vs. Manatee Bay Apartments Corp., and Olen Residential Realty Corporation | In the Circuit Court of the 15th Judicial Circuit in and for palm Beach County, FL | 502014CA004 096 | Neil Anthony, Esq. |

| 989 | 3/22/2017 | J. Kevin Kenny, Jr., as Attorney-fact pursuant to Power of Attorney on behalf of Martha Kenny, vs. Federal Insurance Company, a foreign corporation, and Flora Williams, | In the Circuit Court of the 15th Judicial Circuit in and for palm Beach County, FL | 50-2016-CA-011355 | Donald J. Ward, Esq. |
|---|---|---|---|---|---|
| 990 | 3/30/2017 | Irene Rodrigues, as natural parent of, andon behalf of, Elijah Theard, a minor, vs. Lakeland Regional Medical Center, Inc.; Billy L. Duke, M.D.; Brenda Harris-Watson, M.D.; Manuel Fiesta, M.D.; OB Hospitalist Group, LLC; Intralign FL LLC d/b/a United Surgical Assistants; and James A. Tully d/b/a United Surgical Assistants, | In the Circuit Court of the 10th Judicial Circuit in and for Polk County, FL | 2014-CA-004475 | Maria Tejedor, Esq. |
| 991 | 4/3/2017 | David S. Jones, and incapacitated person, by and through his guardian Kerry L. Jones, and Kerry L. Jones, individually, aand as natural parent and guardian of Caroline Jones, Matthew Jones and Ashley Jones, minor children of David S. Jones, vs. Scott Christopher Riccio, Roth Bros. of Florida, Inc., a Florida profit corporation, Eastgroup Properties, L.p., a foreign limited partnership, and Eastgroup Properties, Inc., a foreign profit corporation, | In the Circuit Court of the 13th Judicial Circit in and for Hillsborough County, FL | 2015-CA-006143 | Riccardo Arcaro, Esq |

| | | | | | |
|---|---|---|---|---|---|
| 992 | 4/4/2017 | Rodney Veal, III, a minor, by his next friend and mother, Caris Veal, vs. Providence Hospital and Medical Centers, Inc., a Michigan non-profit corporation, assumed names: ST. John Providence Park Hospital, Providence Park Hospital, Providence Hospital and Medical Centers, Providence Hospital and Medical Centers-Providence Park, Providence Medical Center, Providence Health Center, Providence Health Care, Providence Health Services, Providence Health Network, Providence Health System, Providence Park; Providence Medical Group, P.C., a Michigan professional service corporation; Rima K. Dajani, M.D.., Betty Yu Go, M.D.; Shahid Nisar Khan, M.D.; individually, jointly and severally, | In the Circuit Court for the County of Oakland, MI | 2015-150070-NH | Rebecca Walsh, Esq. |
| 993 | 4/5/2017 | Robert Corsaro, vs. Progressive American Insurance Company, an Ohio Corporation, | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE14-000799 | William McAffee, Esq. |
| 994 | 4/6/2017 | Paige S. Brennan, vs. Old Dominion Freight Line, Inc, and Eric C. Davis, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 15-CA-012716 | Jorge Maxion, Esq. |
| 995 | 4/11/2017 | Joseph Smith, vs. Power Generation, Inc., Jessie Paul McDonald, and The Standard Fire Ins. Co., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502016CA002353 | James D. Wilkerson, Esq. |
| 996 | 4/12/2017 | Evelyn Hylton, a minor by and through her legal guardian Dorothy Strong, individually, vs. Variety Children's Hospital, d/b/a Miami Children's Hospital; Omar Sanchez-Villanueva, M.D.; Andrea Ontaneda, M.D.; Sunil Saharan, M.D. f/k/a Kumar, M.D.; Francesca Blanchard, R.N.; Nancy Trevino, R.N.; Phillip Cisneroz, R.N., | In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, FL | 14-008396CA-11 | Christopher Speed, Esq. |

| 997 | 4/12/2017 | Patrick St-Onge, vs. NCL (Bahamas) LTD. | United States District Court Southern District of FL | 16-CV-20886 | Eric Ansel, Esq. |
|---|---|---|---|---|---|
| 998 | 4/13/2017 | Riccy Maradiaga and Carlos G. Sordia-Martinez, individually and on behalf of Jean Carlos Sordia-Maradiaga, minor, vs. Lakeland Regional Medical Center, Inc.; United Surgical Assistants, Inc.; Manuel M. Fiesta, M.D.; Wendy Johnson, R.N.; Debra Walker, R.N.C.; and Melissa Khan, R.N., | In the Circuit Court of the 10th Judicial Circuit in and for Polk County, FL | 2010-CA-6451-0000-WH | Maria Tejedor, Esq. |
| 999 | 4/17/2017 | Vernal Khorran, vs. Harbor Freight Tools USA, Inc., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade, FL | 14-10561CA24 | Marc Bebergal, Esq. |
| 1000 | 4/18/2017 | Dawn L. Hutchinson and Robert Gregory, JR., vs. Depositors Insurance Company and Allied Property & Casualty Insurance Company, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502016CA011924 | William Johnson, Esq. |
| 1001 | 4/19/2017 | Reinhart Anderson and Shelly Anderson, his wife, vs. Sigma Purchasing Group Association d/b/a Sebastian Sharks Youth Football & Cheerleading Association, Inc., a Florida Non-Profit Corporation, and American Sports Official, Inc., a Florida Profit Corporation, | In the Circuit Court of the 19th Judicial Circuit in and for Indian River County, FL | 31-2015-CA-000459 | Jeffrey Kirby, Esq. |
| 1002 | 4/19/2017 | Bruce Henkle and Tracy Henkle, as husband and wife, vs. Cumberland Farms, Inc., a Foreign Profit Corporation, Aventura Construction Corp, a Foreign Profit Corporation, Core States Group d/b/a Cores States, Inc/Core States Construction Services, Inc., a Foreign Profit Corporation, Allevato Architects, Inc., a Foreign Profit Corporation, | United State District Court Southern District of Florida Fort Pierce Division | 2:16-CV-14248-DMM | James Graver, Esq. |
| 1003 | 4/20/2017 | Patrick St-Onge, vs. NCL (Bahamas) LTD. | United States District Court Southern District of FL | 1:16-cv-20886-AOR | Eric Ansel, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 1004 | 4/24/2017 | Zeelena callender, as parent and natural guardian of minor, Jacob Hibbert, Yasmin Hibbert and Takara Gelin, vs. Irwin Mendelson and Mildred Mendelson, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015CA013671 | Scott Smith, Esq. |
| 1005 | 4/26/2017 | Sheri Shubert and Michel Shubert, individually and as parents and next friends of Rachel Shubert, a minor, vs. CHCA Clear Lake, L.P., CHCA Clear Lake, L.P. d/b/a Clear Lake Regional Medical Center, Clear Lake Regional Medical Center, Inc.Clear Lake Regional Medical Center, Inc., d/b/a Clear Lake Regional Medical Center, Clear Lake Regional Medical Center; Erwin Korman, M.D.; and Bay Area Obstetrics & Gynecology, P.A., | In the District Court of Harris County, TX, 189th Judicial District | 2013-09219 | Mark Mueller, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 1004 | 4/24/2017 | Zeelena callender, as parent and natural guardian of minor, Jacob Hibbert, Yasmin Hibbert and Takara Gelin, vs. Irwin Mendelson and Mildred Mendelson, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015CA013671 | Scott Smith, Esq. |
| 1005 | 4/26/2017 | Sheri Shubert and Michel Shubert, individually and as parents and next friends of Rachel Shubert, a minor, vs. CHCA Clear Lake, L.P., CHCA Clear Lake, L.P. d/b/a Clear Lake Regional Medical Center, Clear Lake Regional Medical Center, Inc.Clear Lake Regional Medical Center, Inc., d/b/a Clear Lake Regional Medical Center, Clear Lake Regional Medical Center; Erwin Korman, M.D.; and Bay Area Obstetrics & Gynecology, P.A., | In the District Court of Harris County, TX, 189th Judicial District | 2013-09219 | Mark Mueller, Esq. |
| 1006 | 5/1/2017 | Douglas Stalley, as guardian of the property of Benjamin Hintz, plaintiff, Emily Boozer, as subrogee of Douglas Stalley, as guardian of the property of Benjamin Edward Hintz, Allstate Insurance Company and Allstate Indemnity Company, as subrogee of Emily Boozer and Otto Boozer, Intervenor-Plaintiffs, vs. Basil Theodotou and Basil Theodotou, M.D., P.A., David Packey, M.D., and Neurology Clinic, P.A., and Holmes Regional Medical Center, | In the 18th Judicial Circuit in and for Brevard County, FL | 05-2012-CA-020556 | Hendrick Viterwyl, Esq. |
| 1007 | 5/8/2017 | Evan Morris Johnson, by and through his parent and natural and legal guardian, Debbie Johnson, vs. Carnival Corporation a Foreign Corporation, | United States District Court Southern District of Florida Miami Division | 16-23157-cv-JEM | John Billera, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 1008 | 5/9/2017 | James Rutledge and Darlene Rutledge, individually, and as husband and wife, vs. State Farm Mutual Automobile Insurance Company, Central Florida Injury Southwest, Inc., Mindy Gillenwater, and Probus Online, Inc., | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2012-CA-011871-O | Andrew Rariden, Esq. |
| 1009 | 5/10/2017 | Robert Michael Steinbach, vs. Publix Super Markets, Inc., A Florida for profit Corporation, and Jeffrey Deutschman, individually, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 13CA003282MB | Michael Stauder, Esq. |
| 1010 | 5/11/2017 | Shayna Matthews, vs. Designer Logistics Support, LLC. | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 2016CA000273MB(AH) | Scott Keller, Esq. |
| 1011 | 5/16/2017 | Ruby Lacroix, vs. Sandalwood Nursing Center, Inc., | In the Circuit Court of the 7th Judicial Circuit in and for Volusia County, FL | 2016CA30004 CICI32 | Richard Schuler, Esq. |
| 1012 | 5/17/2017 | Evelyn Hylton, a minor by and through her legal guardian Dorothy Strong, individually, vs. Variety Children's Hospital, d/b/a Miami Children's Hospital; Omar Sanchez-Villanueva, M.D.; Andrea Ontaneda, M.D.; Sunil Saharan, M.D. f/k/a Kumar, M.D.; Francesca Blanchard, R.N., Nancy Trevino, R.N.; and Phillip Cisneroz, R.N., | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 14-008396CA-11 | Christopher Speed, Esq. |
| 1013 | 5/22/2017 | Maria Perez-Sanchez, vs. Jose Levalle. | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | 15-012996(05) | Joseph Addallah, Esq. |
| 1014 | 5/22/2017 | Angela Simons, vs. Ditzfeld Transfer, Inc. and Steven Bucklinger, | In the Circuit Court of Greene County, MO | 1631-CC01014 | Brad Bradshaw, Esq. |
| 1015 | 5/24/2017 | Guillermo F. Alfonso and Margarita Alfonso, vs. Surgcenter of Palm Beach Gardens | State of Florida Division of Administrative Hearings | 17-0789MA | Kevin Smith, Esq. |
| 1016 | 5/30/2017 | Kevin McDonnell, vs. Royal Caribbean Cruises LTD., a foreign corporation | United States District Court Southern District of Florida Miami Division | 1:16-cv-22044-RNS | John Billera, Esq. |
| 1017 | 5/31/2017 | Jeffrey Ellis, vs. Jonathan D. Toppel, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2015CA003074 | Andrea Robinson, Esq. |

| | | | | | |
|------|-----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------|----------------------------------|------------------------|
| 1018 | 6/12/2017 | Robert Campbell and Patricia Campbell, his wife, vs. Julianna Wolff and Flamingo Plumbing & Backflow Services, LLC. | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502015CA009 157 | Jeff Kirby, Esq. |
| 1019 | 6/13/2017 | Clifford S. Allenby, vs. Satu Marine Limited, a foreign corporation, Richard Newhauser, individually, and Susan Newhauser, individually, | In the Court of the 17th Judicial Circuit in and for Broward County, FL | CACE-14- 016009(21) | Todd McPharlin, Esq. |
| 1020 | 6/13/2017 | Lynn McCullough and William McCullough, vs. Royal Caribbean Cruises, LTD., Rain Forest Adventures, Rain Forest Adventures ST. Lucia, Rain Forest Sky Rides d/b/a Elite Shore Excursions, Elite Shore Excursions, Elite Shore Excursions Foundation, Rain Forest Sky Rides, LTD. Rain Forest Sky Rides ST. Lucia, LTD,, and Canopy Enterprises, Inc., | United States District Court Southern District of Florida Miami Division | 1:16-cv-20194- GAYLES | Patrick Quinlan, Esq. |
| 1021 | 6/14/2017 | Donna Padula, vs. Carnival Corporation, a Panama corporation d/b/a "Carnival Cruise Line" | United States District Court Southern District of Florida Miami Division | 16-CV-23862- Lenard/Goodm an | Michael Eriksen, Esq. |
| 1022 | 6/14/2017 | Robert Benedict, vs. Hankook Tire Company Limited, Hankook Tire America Corporation, and Leete Tire and Auto Center, Inc., | In the United States District Court for the Eastern District of Virginia Richmond Division | 3:17CV109 | Jay Halpern, Esq. |
| 1023 | 6/21/2017 | Linda Szorosy, vs. Watkins Associates Industries | State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims West Palm Beach | 05- 037420TMB | Harvey Kaufman, Esq. |
| 1024 | 6/26/2017 | Yvonne Gardner, vs. Target Corporation | United States District Court Southern District of Florida | 9:16-cv-80743- WJZ | Peter A. Dyson, Esq. |
| 1025 | 6/28/2017 | Latricia Mitchell and Jerald Mitchell, individually and on behalf of J.M., a minor, vs. South Broward Hospital District d/b/a Memorial Hospital West, Sheryl Facey, M.D., Sheryl Facey, M.D., P.A., | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, FL | CACE 14- 005044(26) | Maria Tejedor, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 1026 | 6/29/2017 | Jonathan Lavezzi, vs. Geoffrey M. Rechenberg, M.D. Mark E. Tanchel, M.D., Hackensack University Medical Center, Renuka N. Mapitigama, M.D., Dorothy Castro, M.D., Geri Descafano, R. N., "John Doe', M.D.-1 (Anesthesiologist during 4/20/2011 ERCP Surgery), "John Doe", M.D., -2 (Attending M.D. during the immediate post-operative period following 4/20/2011 ERCP) Hackensack Digestive Disease Associates, Hackensack Anesthesiology Associates, P.A., John Doe, M.D., 3-10 Jane Doe, M.D., 1-5, John Doe, RN 1-5, Jane Doe, RN 1-5, Jane Doe, 1-10 and ABC-XYZ Corporation 1-10 | Superior Court of New Jersey, Bergen County | BER-L-2003-13 | Barry Palkin, Esq |
| 1027 | 7/5/2017 | Michael Armanda, vs. Roadsafe Traffic, L.P., a Delaware Limited Partnership, Roadsafe Traffic Systems, Inc., a Delaware corporation, and Steven Hoe, | In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL | 16-CA-001743 | John McLaughlin, Esq. |
| 1028 | 7/11/2017 | Alba Rentas Rojas, individually, and as natural parent and guardian of Johanna Lugo, a minor, vs. The Chamberlain Group, Inc., a foreign corporation, | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2013-CA-5877-O | Bryan Crews, Esq. |
| 1029 | 7/13/2017 | Hector Jorge Moreno, vs. Mount Sinai Medical Center of Florida, Inc., | State of Florida Division of Administrative Hearings | 17-0700MA | Jose Raposo, Esq. |
| 1030 | 7/19/2017 | George Collins and Joan Ann Collins, his wife, vs. Kamalakar Rao, M.D., and Florida Heart Center, P.A., | In the Circuit Court of the 19th Judicial Circuit of Florida, in and for ST. Lucie County, FL | 562017CA000631 | Nancy Lavista, Esq. |
| 1031 | 7/24/2017 | Nicholas Ponder and Karl Hilburn, vs. Eland Energy, Inc., Sundown Energy, LP, Norriseal-Wellmark, Inc., Dusty Dittmar, and Oblaen Resources, LLC. | In the 298th Judicial District Court of Dallas County, TX | DC-15-14659 | Curtis Bickers, Esq. |
| 1032 | 7/25/2017 | Michael T. Smith, vs. Sharon W. Sirine | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2014-CA-012530-O | Matthew Morgan, Esq. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1033 | 8/16/2017 | Zoraida Oquendo, vs. Leon Medical Centers, Inc., a Florida corporation, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 13-33658CA10 15-011832CA10 | Gary Friedman Esq. | |
| 1034 | 8/17/2017 | Alexander E. Miller, vs. Margaret L. McNeel and Peggy McNeel and Erris, Inc. d/b/a Fiddler's Green, | In the Circuit Court of the 9th Judicial Circuit in and for Orange County, FL | 2016-CA-003643-O | Matt Morgan, Esq. | |
| 1035 | 8/21/2017 | Richard Tracy, vs. Edward Sentz and Tammy Williams, | In the Circuit Court of the 5th Judicial Circuit in and for Marion County, FL | 2015-863-CA-B | Greg King, Esq. | |
| 1036 | 8/24/2017 | Halley Cunnea and Victoria Cunnea, individually, and as parents and natural guardians of Tallia Cunnea, a minor, vs. Jupiter EFL Imaging Center, LLC d/b/a Jupiter Open Imaging, Sandrine West, Radiology Physician Solutions of Florida, LLC, Donald Cary Blake, M.D., | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 50-2016-CA-004121XXXX MCAG | Peter Somera, Esq. | |
| 1037 | 9/5/2017 | Phyllis Browning and Robert Browning, vs. Eric S. Csortan, M.D.; Brevard Physicians Associates, PLLC; Keyurkumar, P. Dalsaniya, M.D. Amanda L. Cheshire, M.D.; Lori K. Bourne, P.A.; Health First Medical Group, LLC; Chris M. Vincente, M.D.; and Holmes Regional Medical Center, Inc. d/b/a Holmes Regional Medical Center, | In the Circuit Court of the 18th Judicial Circuit in and for Brevard County, FL | 05-2016-CA-014486 | Sam Yaffa, Esq. | |
| 1038 | 9/6/2017 | Matthew Wallick, vs. Red Coach, Inc. and Kenneth Pruitt, | In the Circuit Court of the 8th Judicial Circuit in anf Alachua County, FL | 2016CA000272 | Jarrod King, Esq. | |
| 1039 | 9/18/2017 | Nicole Kinsey and SB, a minor, by her next friend, Fernando Bernal, vs. Sandoz Inc. and Meijer, Inc. | In the Circuit Court of the County of Wayne, MI | 15-005390-NO | Alan Wittenberg, Esq. | |
| 1040 | 9/19/2017 | Guillermo F. Alfonso and Margarita Alfonso, vs. Surgcenter of Palm Beach Gardens | State of Florida Division of Administrative Hearings | 17-0789MA | Kevin Smith, Esq. | |

| | | | | | |
|---|---|---|---|---|---|
| 1041 | 9/25/2017 | Allotta J. Smith, JR., vs. The Carlisle Group, Inc., a/k/a Carlisle Property Management, and Jubilee Courtyards Associates, LTD. | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 2015-025329-CA01 | Brett Yonon, Esq |
| 1042 | 9/26/2017 | Charles Lederer and Heidi Lederer, his wife, vs. Navistar, Inc. and Marshall Simpson, | In the Circuit Court of the 20th Judicial Circuit, in and for Hendry County, FL | 16-CA-153 | Allan Parvey, Esq. |
| 1043 | 9/26/2017 | Favian Nava, vs. Eastern Metal Supply, Inc., a Florida corporation, Vernon Ervin, individually, and Carolyn Henry, individually, | In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL | 502016CA009175XXXXMB(AE) | Joseph Slama, Esq. |
| 1044 | 9/26/2017 | Jonathan Moreno, a minor child by and through his natural parent, Vinciata Machado, and Vinciata Machado, individually, vs. North American midway Entertainment-All-Star Amusement, Inc., a foreign profit corporation, | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | 2016-018238CA11 | Francisco Albites, esq. |
| 1045 | 9/27/2017 | Ethan Zimmerman, vs. Fort Myer Construction Corporation, et al., | In the Superior Court for the District of Columbia, Civil Division | 2016CA003760V | Salvatore Zambri, Esq. |

*11*

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

NATHAN BALDUC, a Minor
By His Next Friend and Mother,
DALECIA DUNBAR,

                    Plaintiff,

v

LEGACY HHH, a Michigan non-profit
corporation, et al,

                    Defendants.

_____/

Case No. 12-002534-NH

Hon. Maria Oxholm

12-002534-NH
**Hearing: 11/22/13 @8:45 a.m.**
FILED IN MY OFFICE
WAYNE COUNTY CLERK
10/31/2013 12:09:02 PM
CATHY M. GARRETT

REITER & WALSH, PC
JESSE M. REITER (P40602)
REBECCA S. WALSH (P45331)
Attorneys for Plaintiff
122 Concord Road
Bloomfield Hills MI  48304
(248) 593-5100

KITCH DRUTCHAS WAGNER
VALITUTTI & SHERBROOK
CHARLES W. FISHER (P30213)
MICHAEL J. ST. JOHN (P60150)
Attorneys for all Defendants
One Woodward Avenue, Ste 2400
Detroit, MI 48226-5485
(313) 965-6953

**DEFENDANTS' MOTION IN LIMINE TO PRECLUDE TESTIMONY OF
PLAINTIFF'S EXPERTS REGARDING PLAINTIFF-MINOR'S LIFE EXPECTANCY
BASED ON LACK OF SCIENTIFIC RELIABILITY, OR IN THE ALTERNATIVE,
FOR A *DAUBERT* HEARING, BRIEF IN SUPPORT, EXHIBITS, NOTICE OF
HEARING, AND CERTIFICATE OF SERVICE**

I certify that I have complied with all provisions of
LCR 2.119(B) on motion practice.

_/s/ Matthew A. Brooks_
MATTHEW A. BROOKS (P68855)

NOW COME defendants, by and through their attorneys, KITCH DRUTCHAS

WAGNER VALITUTTI & SHERBROOK, and in support of their motion in limine to

preclude testimony of plaintiff's experts regarding plaintiff-minor's life expectancy

based on lack of scientific reliability, or in the alternative, for a *Daubert* hearing, state

as follows:



1.    This action arises out of plaintiff's allegations of medical malpractice against the defendants for the alleged failure to properly manage Dalecia Dunbar's high-risk pregnancy with plaintiff-minor Nathan Balduc and/or for the alleged failure to timely order a cesarean section on May 14, 2006, which plaintiff alleges caused plaintiff-minor's neurological deficiencies.

2.    Plaintiff's physical medicine and rehabilitation expert, Dr. Craig Lichtblau, asserted at his deposition that plaintiff-minor's life expectancy is between the age of 45 and 65.

3.    Plaintiff's economic expert, Dr. Nitin Paranjpe, asserted at his deposition that plaintiff-minor's life expectancy is 76.5 years of age.

4.    Before expert testimony is admissible, the party offering the testimony, here the plaintiff, must demonstrate to the Court as a preliminary matter that the opinion is both (a) reliable and based on scientific knowledge pursuant to MRE 702 and *Craig v Oakwood Hospital*, 471 Mich 67 (2004); *Gilbert v DaimlerChrysler Corp*, 470 Mich 749 (2004), and (b) "reliable" upon consideration of the seven factors specified by MCL 600.2955.

5.    There is no reliable, scientific support for Dr. Lichtblau's or Dr. Paranjpe's assertion that plaintiff-minor's life expectancy is 45 years or more.

6.    Not only can Dr. Lichtblau and Dr. Paranjpe offer no scientifically reliable literature or studies to support their assertions as to plaintiff-minor's life expectancy, but the literature that does exist does not support Dr. Lichtblau's or Dr. Paranjpe's opinion that plaintiff-minor will live to 45 years of age or more, where plaintiff-minor is a spastic quadriparetic who cannot walk or stand and will likely never

2

walk, has no head control, cannot sit up independently, and cannot roll over, and is fed with a GJ-tube.

7.    Therefore, because Dr. Lichtblau and Dr. Paranjpe cannot demonstrate that their opinions are reliable and based on adequate scientific knowledge, Dr. Lichtblau's and Dr. Paranjpe's testimony regarding plaintiff-minor's life expectancy should be precluded at trial.

8.    Alternatively, if this Court requires additional testimony or evidence to make a determination as to the reliability of plaintiff's experts' life expectancy opinions, this Court should conduct a *Daubert* hearing pursuant to MRE 702; *Craig, supra*; and *Gilbert, supra.*

WHEREFORE, defendants respectfully request that this Honorable Court grant their motion in limine and preclude plaintiffs' experts' testimony that plaintiff-minor has a life expectancy of 45 years or greater.  Alternatively, defendants request that this Court conduct a *Daubert* hearing pursuant to MRE 702 *Craig, supra*, and *Gilbert, supra* to determine the admissibility of such testimony.

Respectfully submitted,

KITCH DRUTCHAS WAGNER
VALITUTTI & SHERBROOK

By: /s/ Matthew A. Brooks
    CHARLES W. FISHER (P30213)
    MICHAEL J. ST. JOHN (P60150)
    MATTHEW A. BROOKS (P68855)
    Attorneys for Defendants
    One Woodward Avenue, Suite 2400
    Detroit, MI 48226-5485
    (313) 965-6953
    matthew.brooks@kitch.com

Dated:  October 31, 2013



3

## FACTS

### Background

This action arises out of plaintiff's allegations of medical malpractice against the defendants for the alleged failure to properly manage Dalecia Dunbar's high-risk pregnancy with plaintiff-minor Nathan Balduc and/or for the alleged failure to timely order a cesarean section on May 14, 2006, which plaintiff alleges caused plaintiff-minor's neurological deficiencies (complaint).

At their depositions, two of plaintiff's experts offered opinions regarding plaintiff-minor's life expectancy.

### Deposition Testimony Of Dr. Craig Lichtblau

Plaintiff's expert Dr. Craig Lichtblau specializes in physical medicine and rehabilitation (Lichtblau dep, p 4, exhibit A).  During his deposition, Dr. Lichtblau testified regarding plaintiff-minor's condition (*Id.*, pp 29-33).  Dr. Lichtblau testified that plaintiff-minor is a spastic quadriparetic who cannot walk or stand and will likely never walk (*Id.*, p 29).  Dr. Lichtblau testified that plaintiff-minor has no head control, cannot sit up independently, and cannot roll over (*Id.*, p 30).  Dr. Lichtblau testified that plaintiff-minor is fed with a GJ-tube, which is a tube that is inserted into the stomach, and that plaintiff-minor will never be able to be fed orally because he will never have a safe swallowing mechanism (*Id.*, pp 31-32).  Finally, Dr. Luchtblau testified that he believes that more likely than not, plaintiff-minor will remain in his current condition for the rest of his life (*Id.*, p 33).

However, Dr. Lichtblau testified that plaintiff-minor has a life expectancy between 45 and 65 years of age (*Id.*, p 44).  Dr. Lichtblau testified that his estimated



4

life expectancy for plaintiff-minor is based on his own study that he did in 2003 and 2005 of 22 centers around the country with patients with cerebral palsy (*Id.*, p 47).   Dr. Lichtblau testified that based on his study, patients with conditions similar to plaintiff-minor were living into their sixties, seventies, and even eighties (*Id.*).   Dr. Lichtblau testified that if the life care plan that he created for plaintiff-minor is followed, plaintiff-minor has a life expectancy between 45-65 years or more (*Id.*, pp 78-80).   Dr. Lichtblau also testified that his life care plan for plaintiff-minor was created specifically for the courtroom (*Id.*, pp 80-81).   Dr. Lichtblau admitted that he has never authored any published studies regarding life expectancy (*Id.*, p 78).   Further, Dr. Lichtblau conceded that his life expectancy estimate for plaintiff-minor is not supported by the relevant medical literature (*Id.*, p 87).

### Deposition Testimony Of Dr. Nitin Paranjpe

Plaintiff's expert Dr. Nitin Paranjpe is an economist and a statistician (Paranjpe dep, p 8, exhibit B).   During his deposition, Dr. Paranjpe offered his opinions regarding plaintiff-minor's lost earning capacity and the future costs of care required by plaintiff-minor (*Id.*, p 5).   In calculating the cost of care for plaintiff-minor, Dr. Paranjpe calculated costs through the age of 76.5 for plaintiff-minor (Dr. Paranjpe's preliminary calculation of costs of care, exhibit B).   In calculating plaintiff-minor's lost earning capacity, Dr. Paranjpe calculated earning capacity through the age of 67 for plaintiff-minor (Dr. Paranjpe's preliminary calculation of loss in earnings capacity, exhibit B).   However, Dr. Paranjpe admitted during his deposition that he has never done any research regarding how cerebral palsy, or any disability, affects one's life expectancy (Paranjpe dep, p 37).

5

## ARGUMENT

**THIS COURT SHOULD EXCLUDE ANY ASSERTIONS BY PLAINTIFFS' EXPERTS AT TRIAL THAT PLAINTIFF-MINOR'S LIFE EXPECTANCY IS 45 YEARS OR MORE, FOR LACK OF SCIENTIFIC RELIABILITY UNDER MRE 702 AND MCL 600.2955.**

This Court should exclude any assertions by plaintiffs' experts at trial that plaintiff-minor's life expectancy is 45 years or more, for lack of scientific reliability under MRE 702 and MCL 600.2955.

**A.     To Be Admissible, An Expert's Opinion Must Be Shown By Its Proponent To Be Both (1) Based On Recognized, Reliable Scientific Knowledge And Studies Reported In The Literature, And (2) Supported By The Underlying Clinical Facts In Evidence..**

Expert testimony is not admissible unless it is first shown by its proponent, here plaintiffs, and determined by the trial court judge, that the expert is qualified and that the proffered opinion of that expert is scientifically reliable. MRE 702; *Craig v Oakwood Hospital*, 471 Mich 67 (2004); *Gilbert v Daimler Chrysler Corp*, 470 Mich 749 (2004); *Tobin v Providence Hospital*, 244 Mich App 626 (2001), MRE 104. Pursuant to MRE 702, a trial court judge must act as a "gatekeeper" who must exclude unreliable expert testimony and determine whether scientific testimony is based upon proven expert theories and methodologies. See *Craig, supra*; *People v Young*, 418 Mich 1, 24 (1983). In the words of the Court of Appeals, the burden of proof is on the party offering the expert testimony to prove general reliability and acceptance:

KITCH DRUTCHAS
WAGNER VALITUTTI &
SHERBROOK
ATTORNEYS & COUNSELORS AT LAW
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MI 48226-5485
(313) 965-7900

6

As the previously recited line of unanimous precedent unequivocally demonstrates, the party offering novel scientific evidence has the burden of demonstrating general scientific acceptance for reliability among impartial and disinterested experts before the evidence may be admitted. *People v Young* at 21, n 7.

Adopting the approach of the federal courts in *Daubert v Merrell Dow Pharmaceuticals, Inc*, 509 US 579 (1993) and FRE 702, the Supreme Court has amended MRE 702 effective January 1, 2004, to emphasize the requirement of reliability, and the gatekeeping responsibilities of the trial court, before permitting admission of expert testimony:

> If the court determines that scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training or education, may testify thereto in the form of an opinion or otherwise <u>if (1) the testimony is based on sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness had applied the principles and methods reliably to the facts of the case.</u> [MRE 702 (emphasis added)].

The purpose of the amendment is explained in the Committee Comment as follows:

> The July 22, 2003, amendment of MRE 702, effective January 1, 2004, conforms the Michigan rule to Rule 702 of the Federal Rules of Evidence, except that the Michigan rule retains the words "the court determines that" after the word "If" at the outset of the rule. The new language requires trial judges to act as gatekeepers who must exclude unreliable expert testimony. See *Kumho Tire Co v Carmichael*, 526 US 137 (1999); *Daubert v Merrell Dow Pharms*, 509 US 579 (1993). The retained words emphasize the centrality of the court's gatekeeping role in excluding unproven expert theories and methodologies from jury consideration.

The Supreme Court in *Gilbert v Daimler Chrysler Corp*, 470 Mich 749 (2004) reiterated that the proponent of evidence bears the burden of establishing relevance



7

and admissibility, as mandated by MRE 702, irrespective of whether the proffered evidence is "novel." *Gilbert*, at 781, n 52. Therefore, it is not defendant's burden here to show the evidence to be <u>unreliable</u>; rather it is plaintiffs' burden to meet the requirements of MRE 702 and demonstrate that plaintiffs' expert testimony is <u>reliable</u>, <u>before</u> the testimony is admitted at trial.

In *Gilbert*, *supra*, the Supreme Court clarified that MRE 702 requires the trial court to ensure that each aspect of an expert's proffered testimony--including the data underlying the expert's theories and the methodology by which the expert draws conclusions from that data--is reliable. *Gilbert*, at 779. While the exercise of this gatekeeper role is within a court's discretion, "a trial judge may neither 'abandon' this obligation nor 'perform the function inadequately.'" *Id.*, at 780. The Court held that the "reference in MRE 702 to 'scientific' evidence 'implies a grounding in methods and procedures of science,' and the rule's reference to 'knowledge' 'connotes more than subjective belief or unsupported speculation.'" *Id.*, at 781. The Court held that MRE 104 requires the trial court to address these preconditions before admitting expert testimony. *Id.*

In *Gilbert*, the Supreme Court directed the trial court to consider these principles in evaluating the admissibility of the testimony of plaintiff's expert, a social worker, who purported to testify that the sexual harassment plaintiff encountered produced a permanent change in her brain chemistry that led to an increase in substance abuse. The Court noted that the medical "prognosis" of a social worker who has no training in medicine and lacks any demonstrated ability to interpret medical records meaningfully is of little assistance to the trier of fact.

8

In *Craig v Oakwood Hospital*, 471 Mich 67 (2004), issued a week after *Gilbert*, the Court expanded on these principles in the context of a physician's expert testimony regarding causation in a medical malpractice action. The Court first held that the trial court had erred in concluding that it had no obligation to review the proposed expert testimony unless the defendant, as opponent of the evidence, introduced evidence that the expert testimony was "novel." The Court in *Craig* explained that the trial court must discharge its gatekeeping rule as to <u>all</u> expert testimony, "novel" or not, when the issue is raised by the party opposing instruction of the evidence. *Craig*, at 82.

The mandate of MRE 702 has been codified in greater detail by the Michigan Legislature in MCL 600.2955. MCL 600.2955 expressly requires this Court to determine whether the expert's opinion, and its basis, have been subjected to scientific testing and application and peer review publication before that opinion is admissible. MCL 600.2955(1) provides that scientific opinion testimony is not admissible unless the trial court first examines the opinion and its basis and considers "all" of seven specific factors set forth in the statute:

> In an action for the death of a person or for injury to a person or property, a scientific opinion rendered by an otherwise qualified expert <u>is not admissible unless the court determines that the opinion is reliable and will assist the trier of fact. In making that determination, the Court shall examine the opinion and the basis for the opinion, which basis includes the facts, techniques, methodology, and reasoning relied on by the expert, and shall consider all of the following factors</u>:
>
> (a) Whether the opinion and its basis have been subjected to <u>scientific testing and replication</u>.
>
> (b) Whether the opinion and its basis have been subjected to <u>peer review publication</u>.



9

(c)  The existence and maintenance of generally accepted standards governing the application and interpretation of a methodology or technique and whether the opinion and its basis are consistent with those standards.

(d)  The known or potential error rate of the opinion and its basis.

(e)  The degree to which the opinion and its basis are generally accepted within the relevant expert community.  As such in this subdivision, "relevant expert community" means individuals who are knowledgeable in the field of study and are gainfully employed applying that knowledge on the free market.

(f)  Whether the basis for the opinion is reliable and whether experts in the field would rely on the same basis to reach the type of opinion being proffered.

(g)  Whether the opinion or methodology is relied upon by experts outside of the context of litigation.  [emphasis added].

The Supreme Court recently held that the admissibility of expert testimony must be considered under all factors listed in MCL 600.2955(1).  *Clerc v Chippewa County War Memorial Hospital*, 477 Mich 1067 (2007).  Further, in *Edry v Adelman*, 486 Mich 634 (2010), the Supreme Court held that a trial court did not abuse its discretion in holding an expert's opinion inadmissible for a similar lack of supporting studies or literature.  The Court reasoned:

Plaintiff failed to provide any support for Dr. Singer's opinion that would demonstrate that it has some basis in fact, that it is the result of reliable principles or methods, or that Dr. Singer applied his methods to the facts of the case in a reliable manner, as required by MRE 702.  While peer-reviewed, published literature is not always a necessary or sufficient method of meeting the requirements of MRE 702, in this case the lack of supporting literature, combined with the lack of any other form of support for Dr. Singer's opinion, renders his opinion unreliable and inadmissible under MRE 702.  [*Edry v Adelman, supra* at 641].

As further noted by the Court in *Edry*, "Under MRE 702, it is generally not sufficient to simply point to an expert's experience and background to argue that the

10

expert's opinion is reliable and, therefore, admissible." *Id.* at 642.

Relying on *Edry*, in an order, the Supreme Court reversed the judgment of the Court of Appeals and remanded a case back to the trial court because the opinion of plaintiff's experts lacked both supporting literature and any other form of support rendering their opinions unreliable and inadmissible under MRE 702. *Tondreau v Hans*, unpublished order of the Supreme Court, issued September 25, 2013 (Docket No. 147024) (attached as exhibit D).

For the reasons set forth below, defendants submit that the opinions set forth by plaintiff's experts Dr. Paranjpe and Dr. Lichtblau regarding plaintiff-minor's life expectancy are not scientifically reliable and should be precluded at trial.

**B.** **Plaintiff's Experts' Theory That Plaintiff-Minor's Life Expectancy Is 45 Years Of Age Or Greater, Should Be Precluded Where The Experts Are Not Qualified And/Or Their Theory Is Lacking A Reliable, Scientific Basis.**

Plaintiff's expert's theory that plaintiff-minor's life expectancy is 45 years of age or greater, should be stricken, where the experts are not qualified and/or their theory is lacking a reliable, scientific basis.

MRE 702 and MCL 600.2955 expressly require the trial court to determine whether expert opinions, and their basis, have been subjected to scientific testing and application and peer review publication, as well as whether the expert is qualified to offer such opinions, before those opinions are admissible.

**1.** **Dr. Paranjpe is not qualified to offer testimony regarding plaintiff-minor's life expectancy and his testimony regarding a life expectancy of 76.5 years for plaintiff-minor lacks scientific reliability.**

11

Dr. Paranjpe used a life expectancy of 76.5 years for plaintiff-minor and also calculated plaintiff-minor's alleged lost wages through the age of 67 (Dr. Paranjpe's preliminary calculation of costs of care; Dr. Paranjpe's preliminary calculation of loss in earnings capacity, exhibit B). However, Dr. Paranjpe admitted during his deposition that he has never done any research regarding how cerebral palsy, or any disability, affects one's life expectancy (Paranjpe dep, p 37). Therefore, Dr. Paranjpe's life expectancy of 76.5 years for plaintiff-minor lacks scientific reliability where Dr. Paranjpe cannot even explain how plaintiff-minor's condition affects his life expectancy. Moreover, as an economist, Dr. Paranjpe is not qualified under MRE 702 to offer testimony regarding the life expectancy for a person with cerebral palsy. Dr. Paranjpe should be precluded from offering any testimony regarding plaintiff-minor's life expectancy or from using 76.5 years as plaintiff-minor's life expectancy. *Craig, supra*; MRE 702; and MCL 600.2955.

> **2.    Dr. Lichtblau's life expectancy of 45 to 65 years for plaintiff-minor lacks scientific reliability.**

Dr. Lichtblau testified that if the life care plan that he created for plaintiff-minor is followed, plaintiff-minor has a life expectancy between 45-65 years or more (Lichtblau dep, pp 78-80). Dr. Lichtblau testified that his estimated life expectancy for plaintiff-minor is based on his own study that he did in 2003 and 2005 of 22 centers around the country with patients with cerebral palsy (*Id.*, p 47). Dr. Lichtblau testified that plaintiff-minor has no head control, cannot sit up independently, and cannot roll over (*Id.*, p 30). Dr. Lichtblau testified that plaintiff-minor is fed with a GJ-tube, which is a tube that is inserted into the stomach, and that plaintiff-minor will never be able to

12

be fed orally because he will never have a safe swallowing mechanism (*Id.*, pp 31-32). Finally, Dr. Luchtblau testified that he believes that more likely than not, plaintiff-minor will remain in his current condition for the rest of his life (*Id.*, p 33). Dr. Lichtblau testified that based on his study, patients with conditions similar to plaintiff-minor were living into their sixties, seventies, and even eighties (*Id.*).

Dr. Lichtblau's theory should be precluded where there is no reliable scientific basis for his theory. In D. Strauss et al., "Life Expectancy of Children with Cerebral Palsy," *Pediatric Neurology*, 18: 143-149 (1998) (all medical literature attached as Exhibit C), Drs. Daivd Strauss and Robert Shevelle, proposed their own life expectancy table for children suffering from cerebral palsy. In this study, the authors concluded that a patient similar to plaintiff-minor (represented in the study by those "unable to lift head when lying on stomachs") only has a 50% chance of surviving an additional sixteen years. *Id.* at p. 146. Even children with improved mobility (represented as those "able to lift their heads but not their chests when lying on their stomachs") had only a 75% chance of surviving an additional 14 years. *Id.* at p 147. Additional data compiled by Dr. Strauss and his colleagues revealed most importantly that if "it is known that the child is quadriplegic, lacks hand use, and has severe CP and mental retardation, however, the new survival curve indicates a median survival time of only 11.8 years." *Id.* at p. 147 (emphasis added).

Dr. Herbert Grossman has conducted his own study on life expectancy, which concluded that persons ages 1-15 years of age with mental retardation, who were immobile and had to be fed by others and who could not roll over, generally survived 10-12 more years. Grossman, et al., "Survival of Profoundly Disabled People With

13

Severe Mental Retardation," *American Journal of Diseases of Children*, 147: 329-336 (1993).

Dr. Grossman's more conservative life expectancy estimation stems from his difference of opinion with Dr. Strauss' use of the cerebral palsy diagnoses in the Client Development Evaluation Report (CDER) database to determine life expectancy in his study. The CDER is a compilation of information submitted by individuals receiving services from the California Department of Developmental Services, and the validity of this database has not been disputed, as other studies addressing this issue have confirmed the reliability of the information it contains. Grossman, et al., 1993, p. 330.

In a later article by Grossman and his colleagues, the authors believe that the database used by Strauss was not reliable because the data is not collected by physicians (the information comes from forms filled out by various individuals including nurses and social workers), and because these items were never examined for accuracy, the etiology information (cerebral palsy diagnosis, etc.) is not reliable. Grossman, et al., "Historical Perspective on Mortality and Placement," *Mental Retardation*, 237-239, p. 238 (June,1999). Therefore, Dr. Grossman instead utilized other CDER items that have been shown to be reliable, such as the adaptive behavior items. *Id.* at p. 237.

Additionally, according to Dr. Grossman, Dr. Strauss' approach overstated survival estimates in children who are profoundly neurologically damaged because his method of grouping individuals permits those in a condition, such as plaintiff-minor here, to be evaluated along with persons <u>recovering</u> from neurological injury

14

(caused by accidents, etc.).  Grossman, et al., 1999, p. 238.  Grossman discounted studies utilizing data for persons whose condition improved over time because persons such as plaintiff-minor do not improve over time, and thus, it is improper to include in this cohort persons who are no longer considered neurologically devastated. *Id.* at p. 238.  For these reasons, Strauss' study may be overly optimistic with regard to life expectancy for severely disabled children, such as plaintiff-minor.

In his article, Dr. Audris Plioplys concluded that a child suffering from cerebral palsy who is immobile, not self-feeding, and over one year of age had an 87% survival rate over ten years. *Survival Rates Among Children With Severe Neurologic Disabilities*, Seminars in Pediatric Neurology, Vol 10, No 2 (June 2003).  However, the relevant medical literature indicates that Dr. Plioplys' study is based on a faulty and inappropriate statistical methodology and that his conclusions are contradicted by scientific literature (D. Strauss, et al., Comments on Plioplys Article, Seminars in Pediatric Neurology).  The error in Dr. Plioplys' methodology stems from the fact that Dr. Plioplys discounted the mortality of patients under one year of age when calculating the mortality for patients over one year of age. (*Id.*).  Dr. Plioplys' began the study with a sample of 100 children starting at year 0 (*Id.*).  Before the end of the first year, 90 deaths occurred; however, during the second year, there were only five deaths (*Id.*).  As such, Dr. Plioplys arrived at a mortality figure of a mere 5% because he based it on the second year where only five children died (*Id.*).  As such, the figures produced by Dr. Plioplys incorrectly give a mortality rate of 5%, rather than 50% (*Id.*).

During his deposition, Dr. Lichtblau testified that he found Dr. Plioplys' article to be more accurate than either Dr. Strauss' or Dr. Grossman's because Dr. Plioplys examined each patient used in his study (Lichtblau dep, p 46). However, Dr. Lichtblau testified that he does not find the articles by Drs. Grossman, Strauss, and Plioplys to be generally reliable, but instead only relied on the strengths of the articles by Grossman, Strauss, and Plioplys, which he considered to be that the life expectancy rates for children with cerebral palsy is increasing and that as a child with cerebral palsy ages, his life expectancy increases (*Id.*, 51). Dr. Lichtblau did not address the weakness of Plioplys' study indicated by Dr. Strauss (Lichtblau dep).

Further, Dr. Lichtblau admitted that even Dr. Plioplys' studies would not support a life expectancy of 45 years of age or greater for plaintiff-minor (Id., p 87). In fact, Dr. Lichtblau admitted that his theories regarding life expectancy for children with cerebral palsy have not been published (*Id.*, pp 77-78). Finally, Dr. Lichtblau testified that his life care plan, which would allow plaintiff-minor a life expectancy of 45-65 years, was created for use in the courtroom (*Id.*, pp 80-81).

Dr. Lichtblau's theory is not reliable based on MCL 600.2955. Dr. Lichtblau admitted that his theory has not been published and also admitted that his life expectancy for plaintiff-minor was greater than even the more generous life expectancy used by Dr. Plioplys, who has been discredited by Dr. Strauss as explained above. Further, Dr. Lichtblau admitted that his life care plan, which would allow plaintiff-minor to have a life expectancy of 45-65 years, was created for use in the courtroom and he did not offer any confirmation that this opinion or methodology is relied upon by experts outside of the context of litigation.



16

Therefore, Dr. Lichtblau's opinion that plaintiff-minor has a life expectancy of 45-65 years, despite plaintiff-minor's severe brain damage and medical condition, is not scientifically reliable pursuant to MRE 702 and MCL 600.2955, and should be stricken. *Edry, supra; Tondreau, supra.*

WHEREFORE, defendants respectfully request that this Honorable Court grant their motion in limine and preclude plaintiffs' experts from testifying that plaintiff-minor has a life expectancy of 45 years or greater. Alternatively, defendants request that this Court conduct a *Daubert* hearing pursuant to MRE 702 *Craig, supra*, and *Gilbert, supra* to determine the admissibility of such testimony.

<div align="right">

Respectfully submitted,

KITCH DRUTCHAS WAGNER
VALITUTTI & SHERBROOK

By: /s/ Matthew A. Brooks
    CHARLES W. FISHER (P30213)
    MICHAEL J. ST. JOHN (P60105)
    MATTHEW A. BROOKS (P68855)
    Attorneys for Defendants
    One Woodward Avenue, 24th Floor
    Detroit, MI 48226
    (313) 965-7936
    matthew.brooks@kitch.com

</div>

Dated: October 31, 2013



KITCH DRUTCHAS
WAGNER VALITUTTI &
SHERBROOK
Attorneys Counselors at Law
One Woodward Avenue,
Suite 2400
Detroit, MI 48226-5485
(313) 965-7900

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

NATHAN BALDUC, a Minor
By His Next Friend and Mother,
DALECIA DUNBAR,

                    Plaintiff,

v

LEGACY HHH, a Michigan non-profit
corporation, et al,

                    Defendants.

                    Case No. 12-002534-NH

                    Hon. Maria Oxholm

_____/

## NOTICE OF HEARING

**ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the attached **DEFENDANTS' MOTION IN LIMINE TO PRECLUDE EVIDENCE OR ARGUMENT BY PLAINTIFF'S EXPERTS REGARDING PLAINTIFF-MINOR'S LIFE EXPECTANCY BASED ON LACK OF SCIENTIFIC RELIABILITY, OR IN THE ALTERNATIVE, FOR A *DAUBERT* HEARING** will be brought on for hearing on **Friday, November 22, 2013, at 8:45 a.m.** or as soon thereafter as counsel may be heard before the Honorable Maria Oxholm, in her courtroom in the Wayne County Circuit Court, Detroit, MI 48226.

                    Respectfully submitted,

                    KITCH DRUTCHAS WAGNER
                    VALITUTTI & SHERBROOK

                  By: /s/ Matthew A. Brooks
                    CHARLES W. FISHER (P30213)
                    MICHAEL J. ST. JOHN (P60105)
                    MATTHEW A. BROOKS (P68855)
                    Attorneys for Defendants
                    One Woodward Avenue, 24th Floor
                    Detroit, MI 48226
                    (313) 965-7936
                    matthew.brooks@kitch.com

Dated:  October 31, 2013

18

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

NATHAN BALDUC, a Minor
By His Next Friend and Mother,
DALECIA DUNBAR,

             Case No. 12-002534-NH

       Plaintiff,

             Hon. Maria Oxholm

v

LEGACY HHH, a Michigan non-profit
corporation, et al,
       Defendants.
               /
_____/

## CERTIFICATE OF SERVICE

   I hereby certify that on October 31, 2013, **DEFENDANTS' MOTION IN LIMINE TO PRECLUDE EVIDENCE OR ARGUMENT BY PLAINTIFF'S EXPERTS REGARDING PLAINTIFF-MINOR'S LIFE EXPECTANCY BASED ON LACK OF SCIENTIFIC RELIABILITY, OR IN THE ALTERNATIVE, FOR A *DAUBERT* HEARING, BRIEF IN SUPPORT, EXHIBITS, NOTICE OF HEARING AND CERTIFICATE OF SERVICE** was filed electronically through of the Court's CM/ECF system which will send notification of same to the attorneys of record:

REITER & WALSH, PC
JESSE M. REITER (P40602)
REBECCA S. WALSH (P45331)
Attorneys for Plaintiff
122 Concord Road
Bloomfield Hills MI 48304
(248) 593-5100

               KITCH DRUTCHAS WAGNER
               VALITUTTI & SHERBROOK

       By:   /s/ Matthew A. Brooks_____
               CHARLES W. FISHER (P30213)
               MICHAEL J. ST. JOHN (P60105)
               MATTHEW A. BROOKS (P68855)
               Attorneys for Defendants
               One Woodward Avenue, 24th Floor
               Detroit, MI 48226
               (313) 965-7936
               matthew.brooks@kitch.com

KITCH DRUTCHAS
WAGNER VALITUTTI &
SHERBROOK
ATTORNEYS & COUNSELORS AT
LAW
ONE WOODWARD AVENUE
24TH FLOOR
DETROIT, MI 48226-5485
(313) 965-7900

DET02:1792122.1

12-002534-NH

FILED IN MY OFFICE
WAYNE COUNTY CLERK
10/31/2013 12:09:02 PM
CATHY M. GARRETT

# EXHIBIT A

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

12-002534-NH
FILED IN MY OFFICE
WAYNE COUNTY CLERK
12/3/2013
CATHY M. GARRETT
/s/ Stacy Stallworth

NATHAN BALDUC, a Minor,
By His Next Friend and Mother,
DALECIA DUNBAR

       Plaintiff,

vs.

Case No. 12- 002534 NH

LEGACY HHH, a Michigan non-profit corporation,
assumed names: HARPER-HUTZEL HOSPITAL,
HUTZEL WOMEN'S HOSPITAL;
UNIVERSITY WOMEN'S CARE, INC., a Michigan non-
profit corporation;
UNIVERSITY PHYSICIAN GROUP, a Michigan non-
profit corporation, assumed name: UNIVERSITY
WOMEN'S CARE, INC.;
LEGACY DMC, a Michigan non-profit corporation,
assumed names: THE DETROIT MEDICAL CENTER,
DETROIT MEDICAL CENTER;
LEGACY DRH-UHC, a Michigan non-profit corporation,
formerly known as DETROIT RECEIVING HOSPITAL
AND UNIVERSITY HEALTH CENTER, assumed name:
DMC HOSPITAL PARTNERSHIP;
DAVID CHESTER KMAK, M.D.;
SEAN CYLE BLACKWELL, M.D.;
THEODORE BENJAMIN JONES, M.D.;
JUDETTE MARIE LOUIS, M.D.; and
MONIQUE DAYNA GILLMAN, M.D.;
INDIVIDUALLY, JOINTLY & SEVERALLY

Hon. Maria L. Oxholm

       Defendants.

REITER & WALSH, P.C.
PROFESSIONAL CORPORATION
122 Concord, Bloomfield Hills, MI 48304
Office: (248) 593-5100
Facsimile: (248) 593-5108

| | |
|---|---|
| JESSE M. REITER (P40692) | CHARLES W. FISHER (P30213) |
| REBECCA S. WALSH (45331) | MICHAEL J. ST. JOHN (P60150) |
| EMILY G. THOMAS (P76638) | Attorneys for Defendants |
| Attorneys for Plaintiff | Kitch Drutchas Wagner Valitutti & |
| Reiter & Walsh, P.C. | Sherbrook |
| 122 Concord Road | One Woodward Avenue, Suite 2400 |
| Bloomfield Hills, MI 48304 | Detroit, MI 48226-5485 |
| (248) 593-5100 | (313) 965-6953 |

MARK GRANZOTTO (P31492)
Attorney for Plaintiff
Mark Granzotto, P.C.
225 South Troy St., Suite 120
Royal Oak, MI 48067
(248)546-4649

## ORDER REGARDING DEFENDANTS' MOTION IN LIMINE TO PRECLUDE TESTIMONY OF PLAINTIFF'S EXPERTS REGARDING PLAINTIFF-MINOR'S LIFE EXPECTANCY BASED ON LACK OF SCIENTIFIC RELIABILITY, OR IN THE ALTERNATIVE, FOR A DAUBERT HEARING

At a session of said Court, held in the County of

Wayne, State of Michigan, on 12/3/2013 _____

PRESENT: Maria L. Oxholm _____

Circuit Court Judge

Upon Motion of Defendants, oral arguments having been heard, and the

Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendants' motion is denied for reasons stated

on the record.

/s/ Maria L. Oxholm _____

JUDGE MARIA OXHOLM

REITER & WALSH, P.C.
PROFESSIONAL CORPORATION
121 Concord, Bloomfield Hills, MI 48304
Office:   (248) 593-5100
Facsimile:   (248) 593-5108

*12*

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION
CASE NO: O9-43176 CA2

OMAR GALLARDO, ET AL

Plaintiff(s),

vs.

PRESTIGE IMPORTS, INC.
ET AL

Defendant(s),

ORDER
GRANTING/DENYING
PLAINTIFF'S/DEFENDANT'S *NUEL*
*MT TO EXCLUDE CRAIG
LICHBLAU M.D.*

THIS CAUSE having come on to be heard on ___3/4/15 @ 8:30am___
on Plaintiff's/Defendant's Motion *TO DAUBERT MOTION TO EXCLUDE CRAIG*
*LICHBLAU M.D.*
and the Court having heard arguments of counsel, and being otherwise advised in the premises, it is hereupon

ORDERED AND ADJUDGED that said Motion be, and the same is hereby
*DENIED.*

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this ___4th___

day of ___MARCH___, ___2015___

CIRCUIT COURT JUDGE

Copies furnished to: Counsel of Record

117_01-554  3/11

MONICA GORDO
CIRCUIT COURT JUDGE