# CRAIG H. LICHTBLAU, M.D., P.A.

PHYSICAL MEDICINE AND REHABILITATION
BOARD CERTIFIED

PEDIATRIC • ADOLESCENT • ADULT • GERIATRIC

550 Northlake Boulevard
North Palm Beach, Florida 33408-5409
Phone: (561) 842-3694
Facsimile: (561) 842-3774

Outpatient Physical Medicine
Inpatient Rehabilitation
Medical Functional Capacity Exams
Nationwide Catastrophic Evaluations

# CURRICULUM VITAE

## Employment

## From September, 1989 to Present

### Private Practice Limited to Physical Medicine and Rehabilitation:

Disability Evaluations
Chronic Pain Management
Acute Inpatient Hospital Rehabilitation
In-hospital Rehabilitation Consultations
Medical Functional Capacity Assessments
Subacute I Transitional Living Rehabilitation
Outpatient Physical Medicine and Rehabilitation
Electromyography and Nerve Conduction Studies
Defining impairment, disability and cost for future medical care

### March 1990 to April 2006:
### Medical Director St. Mary's Hospital Inpatient Rehabilitation Unit

Trauma Consultations
Hospital Consultations
Pediatric Consultations
Inpatient Rehabilitation Unit Admissions
St. Mary's Medical Center / Trauma Center
West Palm Beach, Florida

Craig H. Lichtblau, M.D.                                    Page 2

**March 1990 to April 2006:**
**6,223 St. Mary's Hospital Inpatient Rehabilitation Unit Admissions**

**January 2007 to Present:**

Trauma Consultations Hospital
Consultations Pediatric Consultations Inpatient Rehabilitation Unit Admissions
St. Mary's Medical Center/Trauma Center
West Palm Beach, Florida

**April 5, 2010 to Present:**

Founding Medical Director For Life
St. Mary's Medical Center Inpatient Rehabilitation Unit

**May 28, 2014 to Present:**

Medical Director, Inpatient Pediatric Rehabilitation Unit,
St. Mary's Medical Center

Assistant Medical Director, Inpatient Adult Rehabilitation Unit,
St. Mary's Medical Center

**November 1, 2002 to Present:**
**Medical Director**

Physical Medicine and Rehabilitation
Florida Institute for Neurologic Rehabilitation
Wauchula, Florida
        34 pediatric beds, 1142 adult beds = 176 transitional living facility beds,
        specializing in neurological impairments (traumatic brain and spinal cord
        injury), pediatric ages 4-17, adult age 18 and above

Craig H. Lichtblau, M.D.                                                    Page 3

## Hospital Affiliations

St. Mary's Medical Center
901 45th Street
West Palm Beach, Florida 33407
Medical Staff: Admitting/Consulting Privileges

Good Samaritan Medical Center
1300 North Flagler Drive
West Palm Beach, Florida 33401
Medical Staff: Consulting Privileges

Palm Beach Gardens Medical Center
3360 Burns Road
Palm Beach Gardens, Florida 33410
Medical Staff: Admitting/Consulting Privileges

Jupiter Hospital
1210 South Old Dixie Highway
Jupiter, Florida 33458
Medical Staff: Consulting Privileges

Delray Medical Center 5360
Linton   Boulevard   Delray
Beach, Florida 33484
Medical Staff: Consulting Privileges

## Surgical Privileges

Jupiter Outpatient Surgery Center
2055 Military Trail
Jupiter, Florida 33458
June 25, 2012 to Present

St. Mary's Medical Center
901 45th Street
West Palm Beach, Florida  33407
September 22, 2014 to Present

**Craig H. Lichtblau, M.D.**                                                                  **Page 4**

## State of Florida - Children's Medical Services
## September 1989 to Present:

Department of Health and Rehabilitative Services
District Number 9 and 15 (Palm Beach, Martin, St. Lucie, Indian River
and Okeechobee Counties)
Medical Consultant/Physical Medicine and Rehabilitation for Physical
Medicine and Rehabilitation Clinic

> The primary focus of Children's Medical Services is to
> provide a family centered, coordinated, managed system of
> care for children with special health care needs and to
> provide essential preventative evaluative and early
> interventional services for children that are medically and
> financially eligible.

## Public Service: National
## September 1992 to Present:

National Institute on Disability and Rehabilitation Research
Office of Special Education and Rehabilitative Services
United States Department of Education
Washington, D.C. 20202

## Public Service: State of Florida

Certified Expert Medical Advisor
State of Florida
Agency of Health Care Administration
Workers' Compensation Medical Services Unit
1999 - Present

Special Expert Witness
State of Florida
Agency for Healthcare Administration
(April 1992 to 1996)

Craig H. Lichtblau, M.D.                                          Page 5

State of Florida Department of Labor and Employment Security Division of Vocational Rehabilitation
Member Head Injury Facility Review Committee
(January 1991 to July 1994)

State of Florida Department of Labor and Employment Security Division of Vocational Rehabilitation
Pediatric Site Reviewer
Head and Spinal Cord Injury Program
(January 1991 to unknown)

State of Florida Department of Labor and Employment Security Division of Vocational Rehabilitation
Member Brain and Spinal Cord Injury Advisory Council Pediatric Committee
(May 1995 to1999)

## Public Service: Palm Beach County

Section Chief of Rehabilitation Medicine Intra Coastal Health Systems, Inc.
St. Mary's Medical Center, Good Samaritan Medical Center
July 1, 1996 - June 30, 1998

Physician Utilization Review (Peer Review) Committee
Palm Beach Gardens Medical Center
February 2007 — December 2010

Member of Medical Advisory Committee to the Health Care
District of Palm Beach County
Medical Consultant to Nursing Advisory Committee
Palm Beach Community College

Physician Volunteer Health Care Provider Program
District 9
Department of Health and Rehabilitation Services
State of Florida
Member of Review Committee of Medical Specialties for
The Palm Beach County Medical Society

**Craig H. Lichtblau, M.D.**                                                       **Page 6**

Board Member / Board of Directors
Friends of the 440 Scholarship Fund, Inc. Treasure Coast Division
December 4, 2006 - Present

Medical Director PGA Seniors Golf Championship 1994 - 1998

## Leadership Positions Held

2014 - 2016   Present Member at Large, Florida Society of Physical
              Medicine and Rehabilitation

2005 - 2006   President Southern Society of Physical Medicine
              and Rehabilitation

2004 - 2005   President-Elect Southern Society of Physical
              Medicine and Rehabilitation

1995 - 1996   Treasurer Florida Society of Physical Medicine and Rehabilitation

## Faculty Appointments

May 2007-     Clinical Assistant Professor
April 2011    Department of Osteopathic Principle and Practice
              Division of Physical Medicine and Rehabilitation
              Nova Southeastern University
              College of Osteopathic Medicine

May 2011-     Clinical Assistant Professor
April 2014    Department of Osteopathic Principle and Practice
              Division of Physical Medicine and Rehabilitation
              Nova Southeastern University
              College of Osteopathic Medicine

Craig H. Lichtblau, M.D.                                                    Page 7

**Awards**

06/21/14          Outstanding Service Award for Extraordinary Sustained Service
                  and Dedication to Excellence in Patient Care Within
                  The Specialty of Physical Medicine and Rehabilitation
                  in the State of Florida, presented by the Florida
                  Society of Physical Medicine and Rehabilitation

01/14/13          Outstanding Service in Pediatric Rehabilitation, presented by
                  the Florida Society of Physical Medicine and
                  Rehabilitation

11/17/11          Appreciation for Many Years of Extraordinary Service
                  and Dedication to the Specialty of Physical Medicine
                  and Rehabilitation from the Florida and
                  Southern Societies of Physical Medicine and
                  Rehabilitation

7/15/07           Appreciation for Dedicated Years of Service and
                  Commitment to Children's
                  Medical Services, Florida
                  Department of Health

**Licensure and Certification**

April 2005        Passed Re-certification Examination

May 1991          Board Certified in Physical Medicine and Rehabilitation

April 1989        Florida Medical License Number 56279

**Craig H. Lichtblau, M.D.**                                              **Page 8**

## Fellowship

10/2012 - Present    Limb Reconstruction Fellowship
Director: Dr. Dror Paley
The Paley Institute
St. Mary's Medical Center
West Palm Beach, Florida

## Education

1989   Residency: Physical Medicine and Rehabilitation
The Jewish Hospital of St. Louis
Washington University Medical Center
St. Louis, Missouri

1986   Internship: Transitional
The Jewish Hospital of St. Louis
Washington University Medical
Center St. Louis, Missouri

1985   Doctor of Medicine Degree
American University of The
Caribbean School of Medicine
Plymouth, Montserrat British West Indies

1978   Bachelor of Science Degree-
Biology Florida State University
Tallahassee, Florida

**Craig H. Lichtblau, M.D.**                                    **Page 9**

## Professional Affiliations

Diplomat American Board of Physical Medicine & Rehabilitation
Rochester, Minnesota
American Academy of Disability Evaluating Physicians
2015 S. Arlington Heights Road
Arlington Heights, Illinois 60006
Fellow

American Academy of Physical Medicine and Rehabilitation
P.O. Box 94466
Chicago, Illinois 60690-4466
Fellow

American Congress of Rehabilitation Medicine
P. 0. Box 94463
Chicago, Illinois 60690-4463

American Association of Electrodiagnostic Medicine
21 Second Street, S.W., Suite 103
Rochester, Minnesota 55902
Associate Member

American Medical Association
515 North State
Chicago, Illinois 60610

Florida Society of Physical Medicine & Rehabilitation
P.O. Box 630246
Miami, Florida 33163
Secretary - Treasurer

Southern Society of Physical Medicine and Rehabilitation
800 Madison Avenue
Memphis, Tennessee 38163
Member 2001 — 2011

Florida Medical Association, Inc.
P.O. Box 2411
Jacksonville, Florida 32203
Member

**Craig H. Lichtblau, M.D.**                                    **Page 10**

Palm Beach County Medical Society
3540 Forest Hill Boulevard
West Palm Beach, Florida 33406-5893

Brain Injury Association for
State of Florida
Member

## Presentations

April 30, 2006   Life Expectancy of the Cerebral Palsy Patient
38th Annual Scientific Meeting
Southern Society of Physical Medicine and Rehabilitation
Miami, Florida

April 2, 2005   "Physiatric Multi-Disciplinary
Approach To  Back Pain
Handicap, Impairment, Disability
What Does It Mean to Physicians"
Back Pain 2005: Diagnosis and
Treatment/Conference
Jupiter Medical Center Education Department

November   "Communicating With Physician Concerning
1990           Neurologically Impaired Patients"
Presented to the School of Nursing
Palm Beach Junior College
Lake Worth, Florida

January     "Management of Neurological Bowel/Bladder"
1988         Presented at Pediatric Orthopaedic Grand Rounds
Shriner's Hospital For Crippled Children, St. Louis, Missouri

September   "Cerebrovascular Accident - Diagnoses & Syndromes"
1987         Presented at the Physical and Rehabilitation Grand Rounds
Washington University Medical Center
St. Louis, Missouri

Craig H. Lichtblau, M.D.                                    Page 11

## Continuing Medical Education

List Available Upon Request
1989 — Present

**PROFESSIONAL AND PERSONAL REFERENCES AVAILABLE UPON REQUEST**

Revised 09/29/14

# CONTINUING MEDICAL EDUCATION
# CRAIG H. LICHTBLAU, M.D.
# 1989-PRESENT

| | | |
|---|---|---|
| Dec. 15, 1989 | Clinical Social and Legal Aspects of AIDS University of Miami School of Medicine Miami, Florida | 3 Credit Hours |
| Feb. 3, 1990 | Reflex Sympathetic Dystrophy University of South Florida College of Medicine Tampa, Florida | 3 Credit Hours |
| Feb. 23-24, 1990 | Practical Electrodiagnosis University of Texas Health Sciences Center San Antonio, Texas | 12 Credit Hours |
| Sept. 5-6, 1990 | Electrodiagnostic Medicine American Association of Electrodiagnostic Medicine Chicago, Illinois | 12 Credit Hours |
| Jan. 23-27, 1991 | Spinal Cord Injury University of Miami School of Medicine Miami, Florida | 22 Credit Hours |
| April 18-20, 1991 | Florida Society of Physical Medicine and Rehabilitation University of South Florida College of Medicine Tampa, Florida Myofascial Pain Syndrome Shoulder Hand Syndrome Endocrine Aspects of Brain Injury Hearing Loss In The Population of Rehabilitation Centers Moya Moya Disease Impairment Rating for Industrial Injuries | 10 Credit Hours |

**Craig H. Lichtblau, M.D.**                                                    Page 2

| | | |
|---|---|---|
| July 19-21, 1991 | American Academy of Disability Evaluating Physicians Essential Concepts for the Physician Dallas, Texas | 15 Credit Hours |
| Aug. 10-11, 1991 | American Academy of Disability Evaluating Physicians Overview Course Salt Lake City, Utah | 10 Credit Hours |
| Sept. 3-6, 1991 | Principles and Practice of Rehabilitation Medicine Harvard Medical School Boston, Massachusetts | 29 Credit Hours |
| Sept. 24-28, 1991 | American Academy of Disability Evaluating Physicians Clinical Training Program Chicago, Illinois | 36 Credit Hours |
| April 23-25, 1992 | A Review of Geriatric Physical Medicine and Rehabilitation Emory University School of Medicine Atlanta, Georgia | 7 Credit Hours |
| Nov. 5-7, 1992 | American Academy of Disability Evaluating Physicians Sixth Annual Scientific Session Dallas, Texas | 14 Credit Hours |
| April 29-May 1, 1993 | Southern Society of Physical Medicine Rehabilitation, 25th Annual Meeting Medical University of South Carolina Charleston, South Carolina Advances and Diagnosis of Myofascial Pain, Designing a Therapeutic Program for Low Back Pain, Present Advances in the Management of Traumatic Brain Injury | 7.5 Credit Hours |

**Craig H. Lichtblau, M.D.**                                                     **Page 3**

| | | |
|---|---|---|
| May 26-28, 1993 | Primary Care Orthopedics<br>Harvard Medical School<br>Boston, Massachusetts | 20<br>Credit<br>Hours |
| October 2, 1993 | Comprehensive Rehabilitation<br>of the Cancer Patient<br>Harvard Medical School<br>Boston, Massachusetts | 7<br>Credit<br>Hours |
| December 9-12, 1993 | Primary Care Neurology<br>Harvard Medical School<br>Boston, Massachusetts | 20<br>Credit<br>Hours |
| January 22-23, 1994 | American Academy of<br>Disability Evaluating Physicians<br>Overview Course<br>Orlando, Florida | 12<br>Credit<br>Hours |
| June 22-24, 1994 | Comprehensive Review<br>of Pain Management<br>Harvard Medical School<br>Boston, Massachusetts | 22<br>Credit<br>Hours |
| November 10-12, 1994 | American Academy of Disability<br>Evaluating Physicians<br>Eighth Annual Scientific Session<br>Orlando, Florida | 16<br>Credit<br>Hours |
| April 1-2, 1995 | American Academy of Disability<br>Evaluating Physicians<br>AMA Guides Meeting<br>Fourth Edition Only<br>Charleston, West Virginia | 10.5<br>Credit<br>Hours |
| April 27-29, 1995 | Southern Society of Physical<br>Medicine and Rehabilitation, 27th<br>Annual Conference University of<br>Tennessee, Knoxville<br>Advances in Rehabilitation Botulinum<br>Toxin Injections for Spasticity Update<br>on Pediatric Rehabilitation<br>Minor Head Injury and Workers'<br>Compensation Issues | 10<br>Credit<br>Hours |

**Craig H. Lichtblau, M.D.**                                                          **Page 4**

Prevention and Treatment of DVT and PE in the Rehabilitation Patient

A Preview of Practice Guidelines for Management of the Agitated Traumatic Brain Injured Patient.

Interpretation of MRI's in Back Injury and their Relation to Impairment Rating

Workers' Compensation Update: Returning Difficult Cases to Work - How to Prevent the Secondary Gain

New Approaches to Therapy

Respiratory Issues in Spinal Cord Injured Patients

Subacute Rehabilitation in the Age of Reform

Shoulder pain in Hemiplegia

| | | |
|---|---|---|
| June 10-11, 1995 | Chronic Pain Management<br>Jefferson Medical College<br>Thomas Jefferson University<br>Atlanta, Georgia | 14<br>Credit<br>Hours |
| January 19-21, 1996 | Electromyography and Nerve<br>Conduction Studies<br>The Mayo Clinic<br>Scottsdale, Arizona | 16<br>Credit<br>Hours |
| May 2-4, 1996 | Physiatric Procedures<br>Medical University of<br>South Carolina<br>Southern Society of<br>Physical Medicine and Rehabilitation<br>Charleston, South Carolina | 8<br>Credit<br>Hours |
| September 28-29, 1996 | Chronic Pain Grand Rounds<br>Jefferson Medical College<br>Thomas Jefferson University | 14<br>Credit<br>Hours |
| November 7-9, 1996 | Tenth Annual Scientific Session<br>American Academy of Disability<br>Evaluating Physicians<br>Tucson, Arizona | 11.5<br>Credit<br>Hours |

**Craig H. Lichtblau, M.D.**                                                          **Page 5**

| | | |
|---|---|---|
| May 17-19, 1997 | Non-operative Management of Cervical and Lumbar Spine Disorders Stanford University School of Medicine Stanford, California | 12.5 Credit Hours |
| June 21-22, 1997 | Update in Disability Medicine American Academy of Disability Evaluating Physicians New York, New York | 10.5 Credit Hours |
| May 21-23, 1998 | State of the Art update on Physical Medicine and Rehabilitation Southern Society of Physical Medicine and Rehabilitation Louisiana State Medical Society New Orleans, Louisiana | 10.5 Credit Hours |
| October 10-11, 1998 | 13 Annual Clinical Symposium on Wound Care Duke University Medical Center Atlanta, Georgia | 7.5 Credit Hours |
| November 12-14, 1998 | American Academy of Disability Evaluating Physicians Twelfth Annual Scientific Session Miami, Florida | 15 Credit Hours |
| February 15-16, 1999 | Cognitive and Medical Treatment of Persons with Brain Injury Rehabilitation Institute of Chicago Miami, Florida | 12.75 Credit Hours |
| May 27-29, 1999 | Southern Society of Physical Medicine and Rehabilitation Advances in Physiatry Practice Mississippi Methodist Rehabilitation Center Biloxi, Mississippi | 7.75 Credit Hours |

**Craig H. Lichtblau, M.D.**                                                    **Page 6**

| June 4-5, 1999 | Cancer Rehabilitation in the new Millennium Memorial Sloan-Kettering Cancer Center New York, New York | 14.45 Credit Hours |
| --- | --- | --- |
| June 25-27, 1999 | American Academy of Disability Evaluating Physicians Advanced Clinical Training Program Chicago, Illinois | 22.0 Credit Hours |
| May 25-27, 2000 | Southern Society of Physical Medicine and Rehabilitation 32nd Annual Meeting Millennium Physical Medicine and Rehabilitation 2000 Tampa, Florida | 8.5 Credit Hours |
| November 9-11, 2000 | American Academy of Disability Evaluating Physicians 14th Annual Scientific Session and Business Meeting Miami, Florida | 12.5 Credit Hours |
| May 24-26, 2001 | Southern Society of Physical Medicine and Rehabilitation 33rd Annual Meeting New Orleans, Louisiana Diagnostic and Physiologic Management of Lumbar Stenosis The Role of Spinal Injections in Treatment of Cervical and Lumbar Pain

Current Management of Brachial Plexus Injuries Common Shoulder Problems How to Find Out if Your Patient is Depressed and Needs Medication | 10 Credit Hours |
| June 17-19, 2001 | Principles and Practice of Pain Medicine Harvard Medical School Boston, Massachusetts | 25 Credit Hours |

**Craig H. Lichtblau, M.D.**                                    Page 7

| | | |
|---|---|---|
| February 21-23, 2002 | Current Clinical Issues in Primary Care<br>Harvard Medical School<br>Fort Lauderdale, FL | 3 Credit Hours |
| May 2-3, 2002 | Annual Multidisciplinary Brain Injury Course:  Current Issues & Solutions Through Research & Clinical Practice<br>Northwestern University Medical School<br>Chicago, Illinois | 12.5 Credit Hours |
| May 23-25, 2002 | Southern Society of Physical Medicine and Rehabilitation<br>Stroke Outcomes and the Team Approach<br>Pain Management of Spinal Stenosis<br>Current Concerns of Diffuse Axonal Injury<br>The Effect of Edema and Frontal vs. Non-frontal Focal Contusion on Recovery From Traumatic Brain Injury<br>Rheumatoid Arthritis<br>Medical Ethics<br>Clinical Trails in Management of Stroke Related Spasticity<br>Emory University School of Medicine<br>Atlanta, Georgia | 10 Credit Hours |
| September 20, 2002 | American Academy of Disability Evaluating Physicians<br>Certificate Course Interpretation of Functional Ability<br>Chicago, Illinois | 7.5 Credit Hours |
| November 6-9, 2002 | American Academy of Disability Evaluating Physicians 16th Annual Scientific Session and Business Meeting<br>Asheville, North Carolina | 26 Credit Hours |

**Craig H. Lichtblau, M.D.**                                                    **Page 8**

| March 14-15, 2003 | Cerebral Palsy Musculoskeletal Management Issues Over a Lifetime Prevalence, Types of Cerebral Palsy Life Expectancy Skeletal/Muscular Growth Movement Disorders, Neuro Mechanisms and Peripheral Manifestations Orthopedic Considerations Motion Analysis Strengthening and Selective Motor Control Current Interventions for Spasticity | 11 Credit Hours |
|---|---|---|
| | Reduction Use of Phenol and Botulinum Toxin Neurosurgical Management of Spasticity and Movement Disorders – Intrathecal Baclofen Pump and Deep Brain Stimulators Selective Dorsal Rhizotomy for Management of Spasticity Rehabilitation Following Intervention – Strengthening, Casting, Orthotics Sustaining Function and Mobility Gillete Children's Specialty Healthcare St. Paul, Minnesota | |
| April 3-4, 2003 | Annual Multidisciplinary Stroke Course Stroke Rehabilitation 2003 Research, Technology and the Human Touch Northwestern University Medical School Chicago, Illinois | 11.5 Credit Hours |
| May 16-18, 2003 | Florida Academy of Pain Medicine 2003 Annual Conference | 17 Credit Hours |
| | Intradiscal Annuloplasty Botulinum Toxin in the Treatment of Cervicothoracic Pain and Headache Radiology for Non-Radiologists Proper Use of Opioids Recent Advances in Management of Headache the Symptom Magnifier | |

**Craig H. Lichtblau, M.D.**                                         **Page 9**

|  |  |  |
|---|---|---|
|  | Recent Advances in Surgical Treatment for Low Back Pain Recent Advances in Spinal Cord Stimulators Vertebral & Paravertebral Origin of Pain Pseudo Sciatica Imaging of Pain Management Minimally Invasive Options to Disk Surgery Percutaneous Vertebral plasty Is There an Impairment Rating for Pain Clearwater Beach, Florida |  |
| May 22-24, 2003 | Southern Society of Physical Medicine and Rehabilitation 35th Annual Meeting | 10 Credit Hours |
|  | New Medication Options for Multiple Sclerosis Neuroanatomy of Pain A Neurosurgeons Approach Aging with Traumatic Brain Injury Advances in Wound Care Treatment Recommendations for Osteoporosis Spine Injuries in American Football Secondary Prevention of Stroke Medical Acupuncture – A Clinical Approach Mild Traumatic Brain Injury: Utility of Neuropsychological Evaluation in Identification and Treatment Nashville, Tennessee |  |
| September 6, 2003 | Spine Review 2002 Comprehensive Management of Spinal Disorders Cleveland Clinic Weston, Florida | 8 Credit Hours |

**Craig H. Lichtblau, M.D.**                                          **Page 10**

| | | |
|---|---|---|
| September 13-14, 2003 | Ninth Annual Brain Injury Symposium New Dimension Brain Injury Rehabilitation Baptist Hospital of Miami Miami, Florida | 12 Credit Hours |
| March 5-6, 2004 | Stroke Update 2004: Neuro-Recovery The University of Texas Medical School Houston, Texas | 13 Credit Hours |
| April 16-17, 2004 | Integrative Pain Medicine Department of Rehabilitation Medicine Columbia University Medical Center New York, New York | 14 Credit Hours |
| May 27-29, 2004 | Southern Society of Physical Medicine and Rehabilitation 36th Annual Meeting Gait Assessment & Gait Labs Advances in Rehabilitation of Acquired Brain Injury Research Advances in Facilitation of Neurology Following Spinal Cord Injury New Horizons in Neuroimaging The Physically Challenged Athlete Mechanisms of Action of Botulinum Toxin for Pain Relief The Role of the Psychologist in Medical Rehabilitation: Differentiating Neurogenic, Affective, Psychogenic and Pain Related Impairments Advances in Interventional Pain Strategies for Low Back Pain Prolotherapy: Potential Pitfalls and Miracle Cures Assessment of Non-Organility: Controversies, Caveats and Conundrums Richmond, Virginia | 10 Credit Hours |

**Craig H. Lichtblau, M.D.**                                          Page 11

| | | |
|---|---|---|
| June 11–13, 2004 | The Florida Academy of Pain Medicine, The 2004 Annual Conference, Miami, Florida | 10.5 Credit Hours |
| | Use of the C-arm in Injection Therapy for Pain Management of the Lumbar Spine | |
| | Botulinum Toxin and Pain Regenerative Injection Therapy | |
| | X-rays, MRIs, and CTs for the Non-Radiologist | |
| | Interventional Headache Management | |
| | Traumatic Spinal Injuries | |
| | Orofacial Pain | |
| | Pain in the Elderly | |
| | Proper Use of Opioids in the Pain Management Setting | |
| | Biomechanics and Imaging and Pain | |
| | Differential Diagnosis of Headache | |
| October 22, 2004 | Pediatric Traumatic and Acquired Brain Injury: The Continuum of Care | 6 Credit Hours |
| | The Pediatric Neurotrauma Program Departments of Pediatrics Surgery and Neurosurgery | |
| | University of Miami School of Medicine Miami, Florida | |
| March 4-5, 2005 | Physical Medicine and Rehabilitation For Clinicians | 12 Credit Hours |
| | Pathophysiology of Chronic Pain | |
| | Low Back Pain: Red Flags and Functional Restoration | |
| | Neck Pain | |
| | Myofascial Pain Syndrome: Recognition and Treatment | |
| | Female Athlete Triad: Identification, Evaluation and Management | |
| | Stroke Rehabilitation | |
| | Traumatic Brain Injury:  What to | |

Craig H. Lichtblau, M.D.                                                      **Page 12**

Expect Functionally and Emotionally
Peripheral Nervous System:
Evaluations, Treatment and
Functional Restoration
Spinal Cord Injuries, Spasticity
Preventing Complications
Post Polio Sequelae/Weakness
Diagnosing Post Polio Syndromes
and Treatment of Weakness and
Fatigue
Geriatric Rehabilitation
Sports Medicine
Arthritis: The Role of Pain
Management and Rehabilitation
in Evaluation, Restoration,
and Prevention of Declining
Function
Interventional Therapies
Cancer Rehabilitation: How
to Evaluate and Treat
Electromyography, Nerve
Conduction: Supporting Diagnosis
and Restoring Function
Orthosis/Prosthetics
Principals for Wound Healing
Mayo Clinic College of Medicine
Amelia Island, Florida

April 23-24, 2005        Southern Society of PM&R              11
                         Common Shoulder Problems           Credit
                         Spinal Impairment Ratings: AMA      Hours
                         Guides 5th Edition
                         Independent Medical Evaluations
                         The Legal Side of Pain
                         Neuropsychological Testing
                         Botulinum Toxin A
                         Laboratory Diagnosis of
                         Rheumatic Distress
                         New Orleans, Louisiana

**Craig H. Lichtblau, M.D.**                                    **Page 13**

| | | |
|---|---|---|
| September 22-24, 2005 | Brain Injury New Science Best Practices and Future Innovations Evaluating and Treating Persons With Frontal Lobe Injuries Medical Overview – Brain Anatomy And Neurological Function Structural and 3D Imaging of the Brain Identification and Assessment of Clinical Validity of Biomarkers of Severe TBI | 20.5 Credit Hours |
| | Community Rehabilitation and Long Term Support Traumatic Brain Injury and Psychiatric Disorders Brain Injury is Forever: A Hands on Approach Traumatic Brain Injury Induced Metabolic and Hormonal Abnormalities Advances in Pharmacology Neurological Examinations and Second Impact Long Term Implications of Brain Injury: Planning for a Lifetime Traumatic Carotid Vertebral Dissection: The Hidden Traumatic Brain Injury Vascular Disaster Geriatric Brain Injury Outcome State of the Art Concussion Modeling Depression After Traumatic Brain Injury, Symptom Rates, Differential Diagnosis and Treatment After Acute Rehabilitation: Long Term Psychiatric Issues North American Brain Injury Society, Amelia Island, Florida | |
| October 15-16, 2005 | Traumatic Brain Injury and Stroke: A Closer Look at Impairment and Recovery Neuropsychological and Psychosocial Consequences | 11 Credit Hours |

**Craig H. Lichtblau, M.D.**                                                **Page 14**

of Pediatric Traumatic Brain
Injury
Evaluation and Management
of Pediatric Head Trauma
ADHD – Neurobiology, Pathophysiology,
Diagnosis and Treatment
Impaired Self Awareness After
Moderately Severe to Severe
Traumatic Brain Injury
Biofeedback and Behavioral
Applications for Restoring
Function After Central Nervous
System Damage
Neuropharmacology of Post-
Traumatic Encephalopathy
Mild Traumatic Brain Injury:
Disability, Distress or Deception
Establishing a JCAHO-accredited
Stroke Center
A Whirlwind Tour of Stroke
Acute Stroke Imaging
Vascular Intervention in Acute
Stroke
Prognosis and Recovery After
Stroke
Dysphagia: An Update on
Swallowing Disorders
Eleventh Annual Brain Injury
Symposium
Miami, Florida

November 9-12, 2005          19th Annual Scientific Session          26.25
                            Carpal Tunnel Syndrome               Credit
                            Understanding Medical Guidelines     Hours
                            Mental Health Impact on
                            Musculoskeletal Pain
                            Disability Issues, Evidence and
                            Outcomes
                            The History of Cumulative Trauma
                            Disorders, Repetitive Strain Injury
                            Management of the Painful Lower
                            Extremity
                            Musculoskeletal Pain: Basic Science

**Craig H. Lichtblau, M.D.**                                                    **Page 15**

|  |  |  |
|---|---|---|
|  | Evidence Based Medicine – The Changes of Medical Guidelines Diagnostic Testing for Pulmonary Function Testing and Cardiology Management of the Painful Spine Management of the Painful Upper Extremity Successful Return to Work for Musculoskeletal Pain Pain Evaluation Neurological Disorders and Their Associated Impairment Impairment Assessment of the Spine American Academy of Disability Evaluating Physicians, Tucson, Arizona |  |
| April 7-8, 2006 | Integrating Pain Medicine 5th Annual Course The Neurobiology of Pain Current Pain Pharmacology Review of Invasive Procedures and Devices in Pain Medicine Interdisciplinary Approach to Pediatric Pain Medical Approaches to Pediatric Pain The Bioethics of Pain Psychological Evaluation of Pain Psychiatric Approach to Pain An Integrative Medicine Approach to Headache Implantable Devices for Pain Pain and Placebo Effect, a Neuroimaging Perspective Current Conventional Pain Medicine in the Cancer Setting Columbia University College of Physicians and Surgeons New York, New York | 15 Credit Hours |

**Craig H. Lichtblau, M.D.**                                        **Page 16**

| April 28-30, 2006 | 38th Annual Scientific Meeting | 10 |
| | Acute Stroke in Aging | Credit |
| | Drugs, Documentation and the DEA | Hours |
| | Current Concepts in Chemodenervation | |
| | with Botulinum Toxin A | |
| | The Neuromuscular Examination | |
| | Mild Traumatic Brain Injury and | |
| | Post-concussive Disorders | |
| | Current Update on Hepatitis C Virus | |
| | Integrative Medicine and Pain | |
| | Management | |
| | Life Expectancy for Cerebral | |
| | Palsy Patients | |
| | Southern Society of Physical Medicine | |
| | and Rehabilitation | |
| | Miami, Florida | |
| Jan. 29 – Feb. 2, 2007 | Update in General Internal | 35.5 |
| | Medicine for Sub-specialists | Credit |
| | Hypertension | Hours |
| | Ischemic Heart Disease | |
| | Common Infectious Disease Consults | |
| | Markers of the Distressed Heart | |
| | Approaches to Anemia | |
| | Inflammatory Diseases of the Colon | |
| | Managing Osteoporosis and | |
| | Reducing Fractures | |
| | Asthma and Chronic Obstructive | |
| | Lung Diseases | |
| | Thyroid Disease | |
| | Diabetes Management | |
| | Hepatitis | |
| | Lipid Management | |
| | Stroke | |
| | Basic Orthopedics: Shoulders, | |
| | Elbows, Wrists, Hands | |
| | Sleep Disorders | |
| | Health Promotion, Screening and | |
| | Disease Prevention | |
| | Common Dermatologic Problems | |
| | Cost Effective Radiology | |
| | Rheumatoid Arthritis: A Primer | |
| | For Differential Diagnosis and | |

**Craig H. Lichtblau, M.D.**                                    **Page 17**

|  |  |  |
|---|---|---|
| | New Treatment | |
| | Peptic Ulcer Disease and Reflux | |
| | Breast Cancer: High Risk Patients | |
| | Common Eye Problems | |
| | Prostatic Hyperplasia and Malignancy | |
| | Management of Menopause | |
| | The Neurologic Exam | |
| | Cognitive Decline | |
| | Back Pain | |
| | Renal Medicine | |
| | Anticoagulation | |
| | HIV | |
| | Anxiety | |
| | Depression | |
| | Obesity | |
| | Update on Contraception | |
| | Harvard Medical School, | |
| | Boston Massachusetts | |
| May 11-13, 2007 | Southern Society of PM&R | 10 |
| | 2007 Annual Scientific Meeting | Credit |
| | Acupuncture and Pain Management | Hours |
| | Chronic Pain Management | |
| | A Focused Approach to Musculoskeletal | |
| | MR Imaging | |
| | Regenerative Injection Therapy/Theorem | |
| | Regenerative Injections Therapy/Practicum | |
| | Hyperbaric Oxygen and Healing | |
| | Legal Issues Plaintiff/Defense | |
| | Disclosing Medical Error: Empathetic | |
| | Considerations | |
| | Catastrophic Injuries: Dealing With Issues of | |
| | Life Expectancy | |
| Sept. 8-9, 2007 | Thirteenth Annual Brain | 11 |
| | Symposium Evolving Treatment | Credit |
| | Paradigms for Stroke and | Hours |
| | Brain Injury | |
| | Traumatic Brain Injury: A Review | |
| | of the Past and New Venues | |
| | for the Future | |
| | Conversion Hysteria, Dissociative Amnesia | |
| | Epilepsy and Behavior Following Pediatric | |

**Craig H. Lichtblau, M.D.**                                      **Page 18**

|  |  |  |
|---|---|---|
|  | Traumatic Brain Injury<br>Apprising Visual – Perceptual Deficits in<br>Children<br>Current and Future Trends on Stroke<br>Rehabilitation<br>Changing Their Mind and Changing Motor<br>Function<br>New (And Not-So-New) Motor Therapies<br>After Stroke, Part I, Part II<br>Brain Imaging: Stroke and Beyond<br>Baptist Hospital of Miami<br>Miami, Florida |  |
| Nov. 2-4, 2007 | Pediatric Brain and Spinal Cord<br>Injury Conference<br>Neuroimaging: Long Term Changes<br>In Brain Regions after Traumatic Brain<br>Injury in Children<br>Development Aspects of Recovery after<br>Traumatic Brain Injury in Infants<br>Pediatric Low Response Brain<br>Following Acquired Brain Injury<br>Management of Pediatric Spasticity<br>Non-Accidental Injury:  How Do You<br>Tell Secondary Insults after Acute<br>Brain Injury<br>Age Dependent Mechanisms of TBI<br>in Children<br>Importance of Early Neurocognitive<br>Assessment<br>State of the Art Normal Tissue<br>Transplantation for Spinal Cord<br>Injury<br>Neurosurgical Management of<br>Pediatric Epilepsy<br>Post-resection Changes in Cortical<br>Gray Matter and Motor Recovery<br>Cerebellar Affective Syndrome<br>Advances in Neuroendoscopy to<br>Treat Brain Tumors in Children<br>Neuroimaging of Pediatric Traumatic<br>Brain Injury with Neurobehavioral<br>Outcomes | 16.25<br>Credit<br>Hours |

Craig H. Lichtblau, M.D.                                                                     Page 19

|  |  |  |
|---|---|---|
|  | The Recovery of Adolescents Following Traumatic Brain Injury Activity Based Restorative Therapies in Pediatric Spinal Cord Injury and Paralysis Seizures after Pediatric Traumatic Brain Injury Role of Psychopharmacology In Recovery Following Pediatric Traumatic Brain Injury Human Spinal Cord Injury: Changes to Skeletal Muscle and Possible Remedies Departments of Pediatrics, Surgery and Neurosurgery University of Miami School of Medicine, Miami, Florida |  |
| Nov. 9-10, 2007 | New York University Current Review of Pain Medicine Pain Management and Addiction, Real Risks Aberrant Drug Taking Behavior During Pain Management New Approaches to Opioid Dosing and Delivery Systems Based on Evidence Pain and Addiction Brain Imaging Pathophysiology of Pain Clinical Use of Imaging Techniques in The Pain Patient Pelvic Pain Minimally Invasive Intradiscal Procedures Surgery for Low Back Pain New Indications for Spinal Cord Stimulators X-ray, MRI Readings in Pain Patients Physical Therapy in Chronic Low Back Pain New York University Medical School New York, New York | 11 Credit Hours |

**Craig H. Lichtblau, M.D.**                                    **Page 20**

| Jan 18-20, 2008 | Twenty-First Annual Scientific Session | 15 |
|---|---|---|
| | Evidence and Disability | Credit |
| | Insights in Discography, MRIs and | Hours |
| | Low Back Pain | |
| | The Relation of Minor Trauma to Low Back Pain | |
| | Work is Good For Your Health | |
| | What Evidence Shows: Spinal Fusion in | |
| | Workman's Compensation | |
| | Does an Increase in Spine Surgery Reflect an | |
| | Increase in Disease | |
| | Rising Rate of Back Surgery and its Effect | |
| | on Disability | |
| | Pharmacological Abuse: Narcotics | |
| | The Washington State Opioid Guidelines | |
| | American Academy of Disability Evaluating | |
| | Physicians, San Antonio, Texas | |

| Feb. 14-15, 2009 | Advances in Neurology and | 12.25 |
|---|---|---|
| | Neurosurgery | Credit |
| | Advances in Brain Tumor Biology | Hours |
| | Cancer Stem Cell and Vaccines, | |
| | Gene Therapy, Radiation Therapy, | |
| | Bio-chemotherapy | |
| | Evidence Based Medicine for Brain Tumors | |
| | Treatment of Acoustic Neuroma: Gamma | |
| | Knife vs. Shunt | |
| | Treatment of Intracranial Hypotension | |
| | Normal Pressure Hydrocephalus: Diagnosis | |
| | and Treatment | |
| | Rehabilitation of the Postoperative Spine | |
| | Patient | |
| | Surgical Referral Why and When | |
| | Non-Surgical Interventional Options | |
| | Evidence Based Outcomes in Spine Surgery | |
| | Potential Utilization of Stem Cells in Spinal | |
| | Cord Injury | |
| | Spine Pain Diagnosis and Management | |
| | Artificial Disc Replacement Motion Nucleus | |
| | Artificial Disc Replacement and other Motion | |
| | Preservation Devices vs. Fusion | |
| | Minimally Invasive vs. Old School Surgery | |
| | Intracranial Stenosis Management | |
| | Update in the Management of TIA's | |

**Craig H. Lichtblau, M.D.**                                                **Page 21**

|  |  |  |
|---|---|---|
|  | Update in Thrombotic Therapy in Acute Stroke | |
|  | Update in Intra-arterial Therapies for Acute Stroke | |
|  | Update in Management of Intracranial Hemorrhage | |
|  | Evidence Based Stroke: Rehabilitation | |
|  | Acute Stroke Imaging CT vs. MRI | |
|  | Neurovascular Dementia vs. Alzheimer's Disease | |
|  | Vertebral and Carotid Dissection: Treatment of Choice | |
|  | Massive Stroke – Medical Management vs Hemicraniectomy | |
|  | Department of Neurosurgery, Medicine, Neurology, and Physical Medicine and Rehabilitation | |
|  | Cedars-Sinai Medical Center | |
|  | Los Angeles, California | |
| March 7-8, 2009 | AMA Guides Sixth Edition Update Course | 12.5 Credit Hours |
|  | Sixth Edition and its Clarifications | |
|  | Chapters 1 and 2 | |
|  | Specific Florida Applications | |
|  | The Upper Extremity | |
|  | Pain | |
|  | Mental Disorders | |
|  | Central and Peripheral Nervous System | |
|  | The Spine and Pelvis | |
|  | The Lower Extremity | |
|  | The Cardiovascular System | |
|  | The Pulmonary System | |
|  | Case Examples | |
|  | American Academy of Disability Evaluating Physicians | |
|  | Orlando, Florida | |
| April 30-May 1, 2009 | Advances in the Management of Traumatic Brain Injury | 12.25 Credit Hours |
|  | Epidemiology of Traumatic Brain Injury | |
|  | Brain Oxygen Monitoring | |
|  | Mild Traumatic Brain Injury versus Posttraumatic Stress Disorder (PTSD) | |
|  | Implementing a Program for Intrathecal Baclofen Trials in an Inpatient | |

**Craig H. Lichtblau, M.D.**                                      **Page 22**

|  |  |  |
|---|---|---|
| | Rehabilitation Setting | |
| | Behavior Management of TBI Patients | |
| | Update on the Role of Neuropharmacology | |
| | In Improving Outcomes after Traumatic | |
| | Brain Injury | |
| | Complementary and Alternative Medicine | |
| | in Brain Injury | |
| | Rehabilitation Institute of Chicago | |
| | Chicago, Illinois | |
| June 8-13, 2009 | Internal Medicine | 60 |
| | Comprehensive Review and | Credit |
| | Update | Hours |
| | Gastrointestinal Infections | |
| | Tick Borne Illnesses | |
| | Infections in the Immunocompromised | |
| | Host | |
| | Pneumonia | |
| | Update on HIV | |
| | Travel Medicine | |
| | Sexually Transmitted Diseases | |
| | TB and Mycobacterial disease | |
| | Rheumatoid Arthritis | |
| | Systemic Lupus | |
| | Gout and Pseudogout | |
| | Vasculitis | |
| | Health Care Reform | |
| | Sports Medicine | |
| | Viral Hepatitis | |
| | Therapy for Chronic Hepatitis | |
| | Colon Cancer | |
| | Irritable Bowel Syndrome | |
| | Disorders of the Pancreaticobiliary | |
| | System | |
| | Non-alcoholic Fatty Liver Disease | |
| | Management of Inflammatory | |
| | Bowel Disease | |
| | Update on Asthma | |
| | Sleep Apnea | |
| | Venous Thromboembolic Disease | |
| | Sepsis | |
| | Pulmonary Hypertension | |
| | Chronic Cough | |

**Craig H. Lichtblau, M.D.**                                      **Page 23**

Chronic Obstructive Pulmonary Disease
Adult Onset Diabetes
Hyper and Hypothyroidism
Thyroid Nodules
Anabolic Steroids
Pituitary Disorders
Recent Advances in Diabetes
Osteoporosis
Update on Vitamin D
Genetics
Hormone Replacement Therapy
and Menopause
Amenorrhea
Stem Cell Research
Coagulation I
Anemia: Diagnosis and Treatment
Coagulation II
Lung Cancer Diagnosis and Treatment
Melanoma
Risk Factors and Medical Management
of Breast Cancer
Surgical Management of Breast Cancer
Prostate Cancer
Obesity
Stroke
Dementia
Healthcare disparities
Coronary Artery Disease
Preventing Plaque Rupture and
Sudden Death
Medical Therapy for Stable Coronary
Artery Disease
Ventricular Arrhythmia
Ablation of PSVT, Atrial Flutter
and A-fib
Acute Coronary Syndrome
Reperfusion Therapy of Acute MI
Metabolic Syndrome
Hypertension Epidemiology and Treatment
Hyperlipidemia
Chronic Kidney Disease
Diabetes and the Kidney
Acute Renal Failure

**Craig H. Lichtblau, M.D.**                                                      **Page 24**

|  |  |  |
|---|---|---|
|  | Kidney Stones<br>Geriatric Medicine<br>Dermatology for the Internist<br>Psychopharmacology for the Internist<br>Ophthalmology for the Internist<br>Harvard Medical School<br>Cambridge, Massachusetts |  |
| July 10-12, 2009 | The 2009 Annual Scientific<br>Meeting, Florida Academy of Pain<br>Medicine, Florida Society of Physical<br>Medicine and Rehab, Southern<br>Society of Physical Medicine | 20.25<br>Credit<br>Hours |
|  | Regenerative Injection Therapy<br>Craniofacial, Cervicocranial and<br>Cervicothoracic Pain<br>TMJ Pain and Dysfunction<br>Conservative Perspective<br>Surgical Perspective<br>Cervicocranial Syndrome, Neck<br>Pain, Cervicothoracic Pain<br>Interventional Perspective<br>Surgical Perspective<br>Cervical Disc Injury and<br>Regeneration in Whiplash<br>Physical Therapy Perspective<br>Cervical Intradiscal Injections<br>Posttraumatic Headaches<br>Cervical Whiplash, When the<br>Pain Persists<br>Risk Evaluation and Monitoring<br>System for Opioids<br>Palm Beach, Florida |  |

**Craig H. Lichtblau, M.D.**                                           **Page 25**

| Feb. 1-5, 2010 | Update in General Internal Medicine for Sub-specialists | 38 Credit Hours |
|---|---|---|

Diseases of the Colon:
IBS and IBD
Ischemic Heart Disease
Pulmonary Embolus and DVT
Markers of the Distressed Heart
The Neurological Exam
Management of Menopause
Common ID Consults
Asthma and Chronic Obstructive
Lung Diseases
Renal Medicine
Diabetes Management
Headache
Common Dermatologic Problems
Preoperative Evaluation
Stroke
Sleep Disorders
Managing Osteoporosis and
Reducing Fractures
Peptic Ulcer Disease and Reflux
Cognitive Decline
Lipid Management
Domestic Violence
Osteoarthritis and Inflammatory
Joint Disease
Obesity
Breast Cancer – High Risk
Patients
Common Eye Problems
Health Care Reform
2010 and Beyond
Health Promotion, Screening
and Disease Prevention
Prostate Cancer
Cost Effective Radiology
Atrial Fibrillation
Back Pain
Allergy
Basic Orthopedics: Shoulders,
Elbows, Wrists and Hands

**Craig H. Lichtblau, M.D.**                                      **Page 26**

|  |  |  |
|---|---|---|
|  | Thyroid Disease<br>Hypertension<br>Approaches to Anemia<br>Approach to the Patient with<br>Psychiatric Conditions: The<br>Detection, Diagnosis and<br>Treatment of Depression<br>Harvard Medical School<br>Boston, Massachusetts |  |
| July 16-18, 2010 | Florida Academy of Pain<br>Medicine, Florida Society of<br>Physical Medicine and<br>Rehabilitation, Southern Society<br>of Physical Medicine and<br>Rehabilitation<br>Evaluation and Treatment Planning<br>of Chronic Neuropathic and<br>Neuromuscular pain<br>Pharmacology of Pain: Opioids<br>Pharmacology of Pain: Non-opioids<br>Pharmacology of Pain: Psychotropics<br>Abuse, Addiction and Diversion<br>Interventional Pain Techniques<br>and Treatments<br>Non-interventional, Non-invasive<br>Pain Techniques and Treatments<br>Documentation and Safe Practices<br>The Difficult Patient<br>The Neuroplastic Brain, Pain, and<br>Pleasure Neuromodulation<br>Peripheral Field and Peripheral<br>Nerve Stimulation<br>Acupuncture in Pain Medicine<br>Stem Cells in Pain Medicine<br>Medical Rehabilitation and<br>Interventional Care: Sacral/Coccyx<br>Injuries<br>Prolotherapy, Sclerotherapy, and<br>Platelet Rich Plasma in Pain Medicine<br>Intradiscal Injection of Platelet Rich<br>Plasma | 20<br>Credit<br>Hours |

**Craig H. Lichtblau, M.D.**                                                    **Page 27**

|  |  |  |
|---|---|---|
|  | Florida Board of Medicine Pain Clinic Rules and Update Legislative Update from Florida Medical Association Use of Ultrasound in Pain Medicine Small Fiber Neuropathy Diagnosis and Management Options Palm Beach, Florida |  |
| November 12-13, 2010 | Symposium 2010: Focus on The Young Adult Stroke Survivor Update On Treatment of Acute Stroke Rehabilitation Management and Outcomes in Young Adults After Stroke Sexuality: Medical and Psychiatric Perspectives Update on Stem Cell Research In Stroke Therapeutic Use of Transcranial Magnetic Stimulation in Stroke Targeting Treatments to Mechanisms In Spacial Neglect Assessment of Communication Disorders After Stroke: Perspectives Of a Non-Speech Pathologist Hidden Cognitive Deficits and Executive Dysfunction: Strategies for Assessment and Intervention Clinical Applications and Adaptive Sports New York Presbyterian Hospital Department of Rehabilitation Medicine Cornell Medical College New York, New York | 12.25 Credit Hours |

Craig H. Lichtblau, M.D.                                         Page 28

January 6-8, 2011                    Eleventh Annual Advanced              20
                                     Clinical Skills                      Credit
                                     Twenty-Fourth Annual Scientific       Hours
                                     Session
                                     Red Flags Contemporary Pain
                                     Management AMA Sixth Edition:
                                     Lower Extremity, Spine, Upper
                                     Extremity, Diagnosis Based
                                     Impairments, Peripheral Nerve,
                                     Amputation, Range of Motion
                                     The Treatment Trap
                                     Tackling Musculoskeletal
                                     Problems: Psychosocial Flags
                                     Comparative Effectiveness Research
                                     Excessive Treatment of Back Pain
                                     Science in the Courtroom
                                     The Normal and Non-Pain Related
                                     Nature of Spine Imaging Findings
                                     Comparative Impact of AMA Guides
                                     Fourth/Fifth/Sixth Editions
                                     Evaluation of Hand and Wrist
                                     Evaluation of the Cervical Spine
                                     A Disability Prevention Paradigm
                                     Utilization of Guidelines
                                     Barriers to Successfully Treating Claimants
                                     American Academy of Disability
                                     Evaluating Physicians
                                     San Antonio, Texas

August 18-21, 2011                   The 2001 Annual Scientific            25
                                     Meeting                              Credit
                                     Basics of Ultrasound Diagnoses        Hours
                                     Pain Medicine and Opioid Medicine
                                     Musculoskeletal Radiology
                                     Platelet Rich Plasma in Musculoskeletal
                                     Pain Treatments
                                     State of the Art Testing in Neuropathy
                                     Minimally Invasive Surgeries for Chronic
                                     Groin Pain
                                     Musculoskeletal Ultrasound
                                     Update on Neurotoxins
                                     Implications of Older Workers

Craig H. Lichtblau, M.D.                                           Page 29

Remaining in the Workforce
Sports Concussions:
Physiatric Assessment and Treatment
Multidisciplinary Rehabilitation Programs
to Treat Chronic Non-Malignant Pain
Syndromes – Evidence Basis
Board of Medicine Rules and Update
Retraining the Brain
Evidence Basis for Medial Branch
Neurotomy in Treatment of Axial Spinal Pain
Pathophysiology of Pain
Non-Opioids:
Acetaminophen, NSAIDS, AEs
Muscle Relaxers, Triptans, Topicals
Psychotropics:
Antidepressants, Anxiolytics, Hypnotics,
Neuroleptics
Opioids:
Controlled Substance Agreement
Cognitive Behavioral Therapies
Manual Therapies
Interventional Therapies
Addiction, Division, Regulatory Issues
Florida Academy of Pain Medicine
Florida Society of Physical Medicine
and Rehabilitation
Palm Beach, Florida

June 22-24, 2012          The Florida Academy of Pain Medicine   19.5
                         The 2012 Annual Scientific Meeting       Credit
                         The Florida Society of Physical          Hours
                         Medicine and Rehabilitation
                         Basics of Pain Medicine:
                         Pathophysiology: Opioids: Pitfalls
                         Application of Biocellular Grafts in the
                         Treatment of Painful Degenerative
                         Joint Diseases.
                         Pearls in Electrodiagnosis of the Upper
                         Extremities
                         Redefining Prudent Opioid Prescribing
                         Pathophysiology of Pain: Processes,
                         Plasticity, and Perception
                         Entrapment Neuropathies Ultrasound

**Craig H. Lichtblau, M.D.**                                                              **Page 30**

|  |  |  |
|--|--|--|
|  | Diagnosis and Ultrasound Guided Treatments | |
|  | Correlations of Physical Exam MRI and Ultrasound Findings in Chronic Musculoskeletal Pain Cases | |
|  | Update on Lumbar Intradiscal Plasma Rich Protein Injections | |
|  | Update on Medical Legal Issues Related To Pain Practice and Prescriptions | |
|  | Lake Buena Vista, Orlando, Florida | |
| September 22-23, 2012 | Interventional Pain Management Techniques | 16.25 Credit Hours |
|  | Cadaver Course | |
|  | Radiation Safety Lecture | |
|  | Cervical Facet Blocks | |
|  | Cervical Radiofrequency Lesioning | |
|  | Vertebroplasty | |
|  | Kyphoplasty | |
|  | Intrathecal Pump Implantation | |
|  | Spinal Cord Stimulation | |
|  | Lumbar Facet Injections | |
|  | Sacroiliac Joint Injection | |
|  | Disk Ablation | |
|  | Water Cooled Radiofrequency Technology | |
|  | Celiac Plexus Sympathetic Blocks | |
|  | Lumbar Sympathetic Blocks | |
|  | Hypogastric Sympathetic Blocks | |
|  | Ganglion Impar Blocks | |
|  | Cervical Stellate Ganglion Blocks | |
|  | Gasserian Ganglion Blocks | |
|  | Mandibular Blocks | |
|  | Maxillary Blocks | |
|  | Ultrasound Guided Intercostal Blocks | |
|  | Ultrasound Guided Brachial Plexus Blocks | |
|  | Ultrasound Guided Stellate Ganglion Blocks | |
|  | Hands-On Interventional Pain Management | |
|  | Techniques Cadaver Course Using Fluoroscopic Guidance and Ultrasound | |
|  | Advocate Illinois Masonic Medical Center Chicago, Illinois | |

Craig H. Lichtblau, M.D.                                    Page 31


| November 9-10, 2012 | 3rd Annual Breakthroughs in Neurologic Therapies: Restoring Function to the Nervous System<br>Alzheimer's Disease Biomarkers: Structural MRI and Cerebrospinal Fluid<br>Alzheimer's Disease Biomarkers: Functional MRI and Pet Imaging<br>Breaking News in Clinical Neurosciences<br>Advances in the Management of Spine Trauma<br>Neuroimaging Challenges<br>Stroke/Neurocritical Care<br>Psychogenic Movement Disorders<br>Neuromodulation in the Treatment of Depression<br>Movement Disorders/Neuropsychology<br>Recent Advances in Neurorehabilitation<br>Preliminary Results of Stem Cell Trials for Stroke and Spinal Cord Injury<br>Brain – Computer Interface<br>Neurorehabilitation<br>Advances in the Management of Head Trauma<br>Recent Changes in Treatment of Multiple Sclerosis<br>The New Anticonvulsants<br>Breakthroughs in Neuro-oncology<br>Stanford School of Medicine<br>San Francisco, California | 13 Credit Hours |
| May 18, 2013 | Department of Rehabilitation Medicine<br>Seventh Annual Research Day<br>Degree of Radiographic Lumbar Zygapophysial Joint Arthritis at Initial Medial Branch Block or Zygapophysial Joint Injection<br>Transplantation of Embryonic Ventral Spinal Cord Neurons into the Peripheral Nerve Improves the Muscle Mass and Force of Muscles after Nerve Graft Reconstruction<br>Thermal Integrative Stimuli for | 3.25 Credit Hours |

**Craig H. Lichtblau, M.D.**                                    **Page 32**

|  |  |  |
|---|---|---|
| | Assessment of Neuropathic Pain After Spinal Cord Injury | |
| | Aging Muscles and Exercise | |
| | SCI Model Systems: Update and Current Projects | |
| | TBI Model System Update and Current Projects | |
| | The Role of Frontal & Occipital Nerve Blocks in the Management of Post-Concussion Headaches | |
| | Research on the Use of Pregabalin in Patients with Neuropathic Pain Due to Spinal Cord Injury | |
| | University of Miami | |
| | Miller School of Medicine | |
| | Miami, Florida | |
| June 10 – 15, 2013 | Internal Medicine Comprehensive Review and Update, Harvard Medical School, Cambridge, Massachusetts | 60 Credit Hours |
| | Risk Factors in Medical Management of Breast Cancer | |
| | Surgical Management of Breast Cancer | |
| | Coagulation I | |
| | Coagulation II | |
| | Anemia: Diagnosis and Treatment | |
| | Melanoma | |
| | Lung Cancer | |
| | Preoperative Clearance | |
| | Rheumatoid Arthritis | |
| | The Clinical Significance of the ANA | |
| | Systemic Lupus | |
| | Gout | |
| | Rheumatology Cases | |
| | Back Pain | |
| | Sports Medicine | |
| | Update on Vitamin D | |
| | HRT and Menopause | |
| | Adult Onset Diabetes | |
| | Recent Advances in Diabetes | |
| | Hypopituitary | |
| | Thyroid Nodules | |
| | Hyper and Hypothyroidism | |

Craig H. Lichtblau, M.D.                                        Page 33

Osteoporosis
COPD
Chronic Cough
Update on Asthma
Interstitial Lung Disease
Sleep Apnea
Update in Critical Care
Hyperlipidemia
Gastrointestinal Infections
Soft Tissue Infections
Acute HIV
Curbside Infectious Disease Consults
Tick Borne Illnesses
Obesity
Infections in the Immunocompromised Host
Pneumonia
Tuberculosis and Mycobacterial Diseases
Immunizations and Travel Medicine
Sexually Transmitted Diseases
HIV/AIDS
Infectious Disease Cases
Neuro Examination
Update on Multiple Sclerosis
Stroke
Dementia
Case Studies in Elderly Patients
Prostate Cancer
Substance Abuse
Gastrointestinal Expertise
Therapy for Chronic Viral Hepatitis
Non-Alcoholic Fatty Liver Disease
Disorders of the Pancreatico-biliary System
Management of Inflammatory Bowel Disease
Irritable Bowel Syndrome: A Practical Approach
to Treating Constipation and Diarrhea
Colon Cancer
Viral Hepatitis
Psychopharmacology
Evaluation of Patients with Coronary Artery
Disease
Atrial Fibrillation and Ventricular Arrhythmia

Craig H. Lichtblau, M.D.                                                    Page 34

Nuances of Medical Therapy for
Coronary Artery Disease
Venous Thromboembolic Disease
Thoracic Aorta Disease
Peripheral Arterial Disease
Supraventricular Tachycardia
Acute Coronary Syndrome
Reperfusion Therapy of Acute
Myocardial Infarction
Questioning the Good in HDL
Cholesterol
New Concepts in Heart Failure
Hypertension: Epidemiology and
Treatment
Incorporating Cardiovascular Disease
Risk
Estimation into Practice
Chronic Kidney Disease
Diabetes and the Kidney
Relation between Salt and Water
Renal Cases
Kidney Stones
Acute Renal Failure
Dermatology for the Internist
Ophthalmology for the Internist

January 13 – 16, 2014                Fellowship Course
                                     CONGENITAL DEFICIENCIES
                                     LIVE SURGERY TUTORIAL
                                     Fibular Hemimelia and the Superankle
                                     Procedures
                                     Congenital Femoral Deficiency
                                     Lengthening Surgery
                                     Superankle Procedures:
                                     Fibular Hemimelia: Paley Type 3C
                                     Paley-Brown Rotationplasties for CFD:
                                     Paley Type 3
                                     Superhip and Superknee Procedure
                                     Congenital Femoral Deficiency,
                                     Paley Type 1b
                                     Lengthening of Femur With MRS
                                     Congenital Femoral Deficiency

Craig H. Lichtblau, M.D.                                          Page 35

|  |  |  |
|---|---|---|
|  | Paley Type 1b S/P Superhip and Superknee Procedure | |
|  | Tibial Hemimelia and the Weber Patella Arthroplasty | |
|  | Weber Patellar Arthroplasty | |
|  | Tibial Hemimelia, Paley Type 1c | |
|  | The Superhip and Superknee Procedures for CFD: Paley Types 1 a & b | |
|  | Superhip and Superknee Procedure: Congenital Femoral Deficiency Paley Type 1b | |
|  | Superhip 2 and 3 | |
|  | Lengthening of Femur With PRECICE | |
| April 11 – 12, 2014 | Symposium 2014: | 12.5 Credit Hours |
|  | Columbia Presbyterian Hospital | |
|  | Weill Cornell Medical College | |
|  | New York, New York | |
|  | Stroke Rehabilitation - | |
|  | New Insights on Motor and Cognitive Recovery | |
|  | Update on Management of Acute Stroke | |
|  | What Brain Imaging Has Taught Us About Mechanisms of Stroke Recovery | |
|  | Depression Post Stroke | |
|  | Developments in Neuroscience of Stroke Recovery | |
|  | Use of Transcranial Magnetic Stimulation to Treat Hemineglect In Stroke | |
|  | The Role of Task Oriented Practice in Motor Recovery After Stroke | |
|  | Approaches For Treatment of Cognitive Disorders in Stroke | |
|  | Central Vestibular Dysfunction of Vascular Origin | |

Craig H. Lichtblau, M.D.                                    Page 36


                                    Overview of Neuroimaging (MRI, CT)
                                    in Stroke
                                    Upper Extremity Technologies


October 17 – 18, 2014               Neurologic Emergencies:        12.5
                                    The First Hours                Credit
                                    And It Is Just You             Hours
                                    Harvard Medical School
                                    Boston, Massachusetts
                                    Diagnosis of the Comatose Patient
                                    The Eyes Have It
                                    (Diplopia/Anisocoria/Ptosis)
                                    Post Arrest Temperature Management:
                                    Optimizing Neurologic Outcome
                                    Generalized Weakness
                                    Central Nervous System Infections
                                    Causes of Headache You Cannot Miss
                                    Dizziness: A New Approach
                                    Back Pain: Don't Miss Cord Compression
                                    A Visual Approach to Neuroanatomy
                                    History and Future Treatment of
                                    Cerebral Aneurysm
                                    Neuroimaging of Cerebral Vascular Disease
                                    Hemorrhagic Stroke: Emergency
                                    Management
                                    TIA Workup
                                    Ischemic Stroke
                                    Partial Aspects of TPA Administration


**PROFESSIONAL AND PERSONAL REFERENCES AVAILABLE UPON REQUEST**


                                                    **Revised 10/20/14**