**SUMMARY OF MOTION IN LIMINE TO EXCLUDE UNPLEAD NEGLIGENT ALLEGATIONS [DE 89]**

Defendants, JOSE ROSARIO and ST. LUCIE COUNTY FIRE DISTRICT respectfully move for an Order prohibiting Plaintiff's counsel or any of Plaintiff's witnesses from commenting on or testifying about alleged acts of negligence not alleged in Counts XIX and XX of the Second Amended Complaint. Defendants seek to specifically exclude Dr. Sterba's opinions that Rosario acted negligently by failing to obtain Tavares Docher's blood pressure and pulse oximetry; failing to administer high-flow oxygen by non-breather facemask; failing to contact Medical Control prior to using Ativan; failing to monitor patient while administering Ativan and after; failing to aspirate the needle prior to administering Ativan; failing to administer Ativan slowly (2mg per minute); failing to use physical restraints; using police hard restraints which are prohibited by EMS; failing to recognize the patient had head trauma and/or metabolic disturbance of acidosis which Ativan could cause an adverse effect; failing to assess Tavares Docher for respirator depression prior to administering Ativan; failing to assess if Tavares Docher was stable prior to administering Ativan, failing to apply cardiac monitoring (ECG) prior to administering Ativan and violating EMS training and policies. The theories of negligence raised in Counts XIX and XX of the Second Amended Complaint are rooted in Florida law, thus Florida law should control. Under Florida law, it is axiomatic that a party may not be held liable on an issue that was neither pleaded nor tried by consent. *Robbins v. Newhall*, 692 So. 2d 947, 950 (Fla. 3rd DCA 1997). Counsel for the parties held a conference call pursuant to the Court's Order [DE 121] on October 24, 2017. Plaintiff's counsel objects to the Motion [DE 89] as counsel believes that these additional theories of unplead negligence are subsumed in the allegations found in Counts XIX and XX of the Second Amended Complaint. Counsel for Defendants, Christopher Newman, Claylan Mangrum, Calvin Robinson, Wade Courtemanche and Ken Mascara have no objection to the Motion.