## SUMMARY OF MOTION IN LIMINE TO LIMIT THE ADMISSIBILITY OF MEDICAL BILLS PAID BY MEDICAID [DE 90]

Defendants, JOSE ROSARIO and ST. LUCIE COUNTY FIRE DISTRICT respectfully move for an Order prohibiting the parties and all counsel and witnesses from mentioning, referring to, or attempting to convey to the jury in any manner, either directly of indirectly, the original amount of Plaintiff's medical bills paid by Medicaid and/or Medicare. The amount claimed for healthcare expenses should be limited to the amount paid, not the amount billed. Plaintiff has received the benefit of substantial Medicare/Medicaid write-offs and/or adjustments. Because Plaintiff is only obligated to pay the discounted medical bills, and not the full amount of those bills, the discounted amount of Tavares Docher's medical bills represents his actual loss and is the proper measure of his damages. Counsel for the parties held a conference call pursuant to the Court's Order [DE 121] on October 24, 2017. Plaintiff's counsel objects to the Motion [DE 90] as counsel believes that case law supports the position that any Medicare/Medicaid write-offs/adjustments can be applied post-trial as a set-off against damages awarded. Counsel for Defendants, Christopher Newman, Claylan Mangrum, Calvin Robinson, Wade Courtemanche and Ken Mascara have no objection to the Motion.