**SUMMARY OF MOTION IN LIMINE TO EXCLUDE GUIDELINES NOT IN EFFECT AT THE TIME OF THE ALLEGED INCIDENT [DE 91]**

Defendants, JOSE ROSARIO and ST. LUCIE COUNTY FIRE DISTRICT respectfully move for an Order prohibiting Plaintiff's counsel or any of Plaintiff's witnesses/experts from commenting on or testifying about guidelines, policies and procedures that would not have been in effect at the time of the alleged incident. Defendants seek to exclude any evidence about guidelines, policies and procedures that would not have been in effect at the time of the alleged incident because such evidence is irrelevant and it would confuse the jury. Furthermore, the probative value of any prior or subsequent guidelines is substantially outweighed by the danger of unfair prejudice to the Defendants. Counsel for the parties held a conference call pursuant to the Court's Order [DE 121] on October 24, 2017. Plaintiff's counsel agrees to the Motion [DE 91] to eth extent that counsel will not intro evidence or testimony regarding guidelines, policies and procedures that would not have been in effect at the time of the alleged incident. However, Plaintiff's counsel objects to the Motion [DE 91] to the extent that it seeks to limit counsel's ability to introduce prior guidelines, policies and procedures for impeachment. Counsel for Defendants, Christopher Newman, Claylan Mangrum, Calvin Robinson, Wade Courtemanche and Ken Mascara have no objection to the Motion.