VIDEO TELECONFERENCE DEPOSITION
JOHN A. STERBA, MD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------
TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

Plaintiff,

- vs -    Case No.
2:16cv14413
CHRISTOPHER NEWMAN, individually;
CLAYTON MAGRUM, individually;
CALVIN ROBINSON, individually;
WADE COURTEMANCHE, individually;
KEN J. MASCARA, as Sheriff of
St. Lucie County, Florida;
JOSE ROSARIO, individually; and the
ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,
Defendants.
----------------------------------------

Video teleconference deposition of JOHN
A. STERBA, MD, present at JACK W. HUNT &
ASSOCIATES, INC., 1120 Liberty Building, Buffalo,
New York, taken pursuant to Federal Rules of Civil
Procedure connected with PURDY, JOLLY, GIUFFREDA &
BARRANCO, PA, 2455 East Sunrise Boulevard, Suite
1216, Fort Lauderdale, Florida, on July 19, 2017,
commencing at 10:07 a.m., before NANCY C. BROICH,
Notary Public.

JACK W. HUNT & ASSOCIATES, INC.

---

**Page 2**

1  APPEARANCES:   SEARCY, DENNEY, SCAROLA,
BARNHART & SHIPLEY, PA,
2  By ADAM S. HECHT, ESQ.,
2139 Palm Lakes Boulevard,
3  West Palm Beach, Florida 33409,
(561) 686-6300,
4  ash@searcylaw.com,
Appearing for the Plaintiff,
5  (in Buffalo).
6  PURDY, JOLLY,
GIUFFREDA & BARRANCO, PA,
7  By SUMMER M. BARRANCO, ESQ.,
2455 East Sunrise Boulevard,
8  Suite 1216,
Fort Lauderdale, Florida,
9  (954) 462-3200,
summer@purdlaw.com,
10  Appearing for the Defendants,
Christopher Newman, Clayton Magrum,
11  Calvin Robinson, Wade Courtemanche,
Ken Mascara,
12  (in Fort Lauderdale).
13  WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP,
14  By JULIE A. TYK, ESQ.,
111 North Orange Avenue, Suite 1200,
15  Orlando, Florida  32801,
(407) 203-7592,
16  julie.tyk@wilsonelser.com,
Appearing for the Defendants,
17  St. Lucie County Fire District,
an independent special district,
18  Jose Rosario,
(in Buffalo).
19
20
21
22
23

---

**Page 3**

1      (STIPULATIONS:  Waive filing of the
2  transcript, waive Oath of the Referee,
3  reserve all objections until trial, with
4  exception of objections as to form.)
5
6      MR. HECHT:  Is this being videotaped at all?
7      MS. BARRANCO:  Not that I'm aware of.  I
8  didn't set this up.
9      MR. HECHT:  We are not videoing it on our
10  end.  I just wanted to make you weren't on your
11  end.  It's a little warm in here so he is going to
12  take off his jacket and tie.  I just wanted to make
13  sure it's not being filmed.
14      MS. BARRANCO:  No problem.
15
16  J O H N  A.  S T E R B A, MD, Saved By Grace
17  Ministry, Incorporated, 226 Center Road, East
18  Aurora, New York  14052-2233, after being duly
19  called and sworn, testified as follows:
20
21      EXAMINATION BY MS. TYKE:
22
23      Q.  Hi, Dr. Sterba.  My name is Julie Tyke

---

**Page 4**

1  and I represent St. Lucie County Fire District and
2  Jose Rosario in this matter.  Have you had your
3  deposition taken before?
4      A.  Yes, ma'am.
5      Q.  I will skip all the ground rules since
6  you already know the process and go right into
7  questioning, if that is okay with you?
8      A.  Yes, ma'am.
9      Q.  Dr. Sterba, you listed your business
10  address as Saved by Grace Ministry.  I saw on your
11  CV that was attached to your report that you also
12  list house physician, house calls?
13      A.  And that CV is 2012.  I brought you an
14  updated CV according to Schedule A.
15      Q.  I was going to ask you if you had an
16  updated one.
17      A.  This is everything that you required
18  for Schedule A, that is your copy, and I have the
19  same.
20      Q.  Just give me a minute.  And you were
21  kind enough to bring with you an updated CV that is
22  dated June 21st, 2017, is this the most up-to-date
23  CV that you have?

Sterba, MD - Tyke - 7/19/17

5

1    A.  Yes, ma'am.
2    Q.  I will attach that as an Exhibit to
3  this deposition.  First, what I will do is attach a
4  copy of the notice for taking deposition -- hold
5  on.  I will attach a copy of that as Exhibit 2 and
6  then his current curriculum vitae as Exhibit 1.
7    The following were marked for Identification:
8    EXH. 1    Curriculum Vitae
9    EXH. 2    Notice of Taking Deposition
10  BY MS. TYKE:
11    Q.  And going back to my question, it lists
12  on your CV and website physicianhousecalls.org, is
13  that a separate business entity?
14    A.  No.  That is just the website.
15    Q.  That's what I was trying to figure out.
16  The entity that you are employed with is that Saved
17  by Grace Ministries, Inc.?
18    A.  Yes.
19    Q.  And the website for Saved by Grace
20  Ministries, Inc. is physicianhousecalls?
21    A.  .org.
22    Q.  Okay.  I did see a .com one for
23  physicianhousecalls there is actually a .com?

6

1    A.  That is not us.
2    Q.  And how long have you worked with Saved
3  by Grace Ministries, Inc.?
4    A.  December 11th, 1998.
5    Q.  What is it that Saved by Grace
6  Ministries, Inc. does?  What kind of corporation is
7  it?
8    A.  It is a health -- I should say medical
9  and research corporation.  And it is Saved by Grace
10  Ministry, singular, which is ministry.  It is a
11  nonprofit public charity.  And you will find our
12  corporation purposes somewhere on our website or I
13  have a copy somewhere.  We conduct medical research
14  and I also practice emergency medicine.
15    Q.  What type of research does the business
16  conduct?
17    A.  The original research was sports
18  therapy.  The physiological benefit of various
19  adaptive sports to benefit children that are
20  disabled.  And that is based on my second NIH
21  postdoctoral fellowship in medical rehabilitation.
22  The research right now focuses on emergency
23  physician house calls, and as a trademark using the

7

1  community based federally registered and trademark
2  portable Er, with a little r in a circle, and that
3  is our current research.  And you will find that
4  research summarized on our website under the tab
5  research and publications.
6    Q.  Is Saved by Grace Ministry associated
7  with any religious organization?
8    A.  No.  It's a nonprofit public charity,
9  humanitarian medical and research corporation.
10    Q.  Can you describe for me the emergency
11  medicine portion of the business?
12    A.  Yes.  I'm a board certified physician
13  for children and adults in emergency medicine,
14  American Board of Emergency Medicine.  And also,
15  likewise for children and adults through the
16  American Board of Urgent Care Medicine.  So I
17  provide emergency physician house calls using the
18  using the community based portable ER Monday
19  through Friday, 9:00 a.m. to 8:00 p.m. in the
20  greater East Aurora area, which would include
21  Orchard Park, your hometown, all the way out to
22  Strykersville, North Java, Elma, Marilla and down
23  to Holland and the Village of East Aurora and the

8

1  Town of Aurora, that is 313 square miles of service
2  area, that is the practice of emergency medicine
3  that is credentialed by National Government
4  Services, that is the administrator for Medicare
5  Part B, Medicaid and all insurances for the
6  practice of emergency medicine.
7    Q.  Do you employ any other physicians
8  besides yourself?
9    A.  No.
10    Q.  Do you employ any physician extenders?
11    A.  No.
12    Q.  Do you take all types of emergency
13  calls?
14    A.  Yes.  Being that every single call that
15  comes through -- like the one I just received a
16  little bit ago on my cell phone, every single
17  request for an emergency physician house call is
18  triaged only by me.
19    Q.  Is there a certain level of triage that
20  you will accept and other ones would have to be
21  deferred to a hospital?
22    A.  Yes.  Unreasonable requests would go to
23  the hospital.

2  (Pages 5 to 8)

Sterba, MD - Tyke - 7/19/17

9

1    Q.   What would be considered unreasonable
2  request?
3    A.   Plastic surgery of the droopy eyelids
4  was about a week ago.  People are unaware that I am
5  a physician that does house calls, even though it's
6  greatly accelerating across the United States.  So
7  many calls that come through are for general
8  information.  All emergencies are treated by me
9  except for obvious life threatening surgical or
10  medical emergencies.
11    Q.   Can you explain to us what categories
12  of life threatening medical emergencies would fall
13  into that category?
14    A.   A family calling requesting for me to
15  come to the house for someone who would be having
16  crushing chest pain, nausea, sweating, diaphoresis,
17  they would be instructed to immediately call 911.
18  And whatever information I would receive quickly
19  via triage would be called directly in through my
20  private lines that I have to all ERs in the area,
21  and I would give full report for whatever I
22  learned.  That doesn't happen that often.
23    Q.   Are you able to do any type of labs or

10

1  diagnostic studies?
2    A.   Yes.  We've received considerable
3  funding for a portable blood chemistry lab, and
4  that is also included in our research, which shows
5  that the time from ordering a lab until the time
6  that the printed lab result is explained is always
7  under 14 minutes on average.  And that was done in
8  two studies, the wound care study and then the
9  study on sick patients that require point of care
10  labs using a portable blood chemistry laboratory.
11  I'm also New York State Department of Health
12  clinical laboratory director?
13    Q.   Are you able to do diagnostic studies
14  such as MRI or CT scan?
15    A.   Portable MRI, no, there is no such
16  thing.  Well, there is one but that goes from
17  hospital to hospital.  Portable CAT scan, no.  They
18  are referred to a facility that would do a CAT
19  scan.  I have done it directly skipping the ER
20  working directly with say a neurosurgeon.  Because
21  I'm an emergency physician with actually an ER, so
22  my evaluation nine out of ten times the patient
23  never has to go to the ER for either surgical wound

11

1  care or being sick requiring labs.  We are keeping
2  90 percent at home.
3    Q.   Are there any type of labs that you are
4  unable to do in your portable lab?
5    A.   The portable lab is only blood
6  chemistries.  There are a few others that are done
7  as well.  However, I have a full array of all
8  vacutainers and I do phlebotomy.  And then I just
9  personally deliver whatever labs would be necessary
10  stat labs to 24-hour services right here.  And
11  those lab results are called by my cell phone or
12  directly to my office.
13    Q.   Going back earlier in some of the
14  patients that you would not be able to treat, you
15  were describing somebody who might be suffering
16  from a cardiac arrest or an MI, is that accurate?
17    A.   Yes.
18    Q.   Would you be able to treat somebody who
19  had a stroke?
20    A.   Yes.
21    Q.   You would be able to handle?
22    A.   If it wasn't clear I would see them
23  right away.  Our response time is quite quick.  We

12

1  are in a semi-rural area.  If it was an obvious
2  stroke they would be referred to the closest most
3  appropriate hospital.  I wouldn't delay any time
4  for an obvious stroke.  If there was some concern
5  of just general weakness and it turned out to be a
6  stroke in evolution, then I would expedite by
7  ambulance to the appropriate stroke facility.
8    Q.   Do you have credentials at any of the
9  local hospitals?
10    A.   To do what?
11    Q.   To go in once you've triaged somebody,
12  if you know that they need to go to the hospital
13  are you able to then go to the hospital and follow
14  that patient?
15    A.   Emergency physicians do not admit and
16  they also do not treat patients on the floor.  We
17  are not hospitalists.  As an emergency physician I
18  would not have any credentials at hospitals to act
19  as the patient's primary care physician.  My role
20  is as a medical and surgical acute care specialist
21  of emergency medicine only.
22    Q.   Do you have any credentials at any
23  local hospitals?  Do you practice at any local

Sterba, MD - Tyke - 7/19/17

13

1  hospitals?
2      A.  You mean in other ERs?
3      Q.  Yes.
4      A.  No.  Being that I have my own ER it is
5  not medically necessary for me to work in somebody
6  else's emergency room.
7      Q.  When was the last time that you
8  actually worked at a hospital emergency room?
9      A.  2008 Dominican Republic, a total of
10 4,300 patients were treated by me over a period of
11 years overseas in emergency rooms.
12     Q.  And when was the last time that you
13 worked in an emergency room at a hospital in the
14 United States?
15     A.  2002.  And the last time I worked with
16 an ER was this past week.
17     Q.  And can you describe that for me?
18     A.  At the patient's home using the
19 portable ER it does constitute using an ER, it is
20 portable.  And this is better explained on our
21 website.  I'm happy to send the first article,
22 doctor reinvents house calls, advanced wound care
23 at home.

14

1      The portable ER was invented by me back in
2  1989 out of necessity, national security.  I
3  deployed to the North Pole region through Thule Air
4  Base.  And was up there for two months as the sole
5  emergency physician.  I had to develop rather
6  quickly in a two-week period of time the portable
7  ER.  This is the military portable ER.  The
8  practice of emergency medicine, including the US
9  standards of care were done using that military
10 portable ER, which was then retooled as a medical
11 missionary portable ER used during and recovering
12 from diasters in Sierra Leone, which would have
13 been their civil war.  Honduras after the
14 hurricane, and I don't remember what hurricane it
15 was.  And then the Dominican Republic with the
16 Haitian refugee crisis.  So the portable ER is used
17 to practice emergency medicine including for me now
18 full-time.
19     Q.  And you talked earlier about triage,
20 are there different levels of triage?
21     A.  No.  I triage everything.
22     Q.  I mean, like is there a number of signs
23 and different levels of triage?

15

1      A.  No.  I just triage everything.  I don't
2  use a numbering system.  I professionally do it as
3  an emergency physician.  No nurse, no EMS triage
4  system.
5      Q.  Can you give me the benefit of your
6  educational background starting with undergraduate
7  studies?
8      A.  Sure.  In your packet you have a blue
9  sheet of paper.  We should start with the most
10 interesting one for this case.
11     Q.  This packet that you just handed to me.
12     A.  See that blue one.  I forgot your name.
13     MR. HECHT:  Summer.
14     THE WITNESS:  Summer is your first name?
15     MS. BARRANCO:  Yes.
16     THE WITNESS:  Thanks.  Indian River
17 Community College 1973 EMT course that was done in
18 1973, and I became certified, completing the EMT
19 training course registry 5025 under Philip Wayne
20 Bobbit, and that expired three years later in
21 August of 1976, so that was after my first year of
22 college.  I became then nationally registered as an
23 EMT working in the states of Wisconsin, Illinois,

16

1  Florida to begin with.  And I actually did
2  part-time volunteer work just during the summer of
3  1973 with Indian River Volunteer Ambulance Squad.
4  And I did look at the video that said I worked
5  there eight years, that was a mistake on their part
6  that I couldn't correct, that was just part of the
7  EMT training.
8      The first case that I had was an overdose of
9  Benzodiazepine and alcohol, which I vividly
10 remember.  My professional work for eight years was
11 in Wisconsin, Illinois and New York State to get me
12 through college and graduate school working
13 full-time.
14     So I completed my bachelor's, a bachelor's
15 of arts in 1976 at Lawrence University and I went
16 directly into Ph.D. in physiology with an expressed
17 interest in asphyxiation and cold water near
18 drowning, which is also known as environmental
19 physiology or cardiovascular pulmonary physiology
20 or diving physiology, and that was awarded with
21 distinction in 1981.
22     Thereafter I began -- concurrent with
23 medical school at Loyola in Chicago, my first --

4 (Pages 13 to 16)

Sterba, MD - Tyke - 7/19/17

17

1  National Institutes of Health post-doctoral
2  fellowship in cardiology and cardiovascular
3  physiology research on the neuro regulation of the
4  heart beat, if you will -- it is a little more
5  detailed than that, in the department of physiology
6  at Loyola Stritch School of medicine, and that was
7  1981 to 1982.  My MD was completed in 1985 along
8  with specialty training as a missionary physician
9  with overseas training and experience in emergency
10 medicine and primary care, and that would have been
11 June 8th of 1985.
12        Thereafter I began PGY-1, and that was
13 internship, and this was a US Navy scholarship
14 commitment.  So my internship was in family
15 practice, also we were co-trained as emergency
16 physicians working the ER every third night from
17 1985 to 1986.  I was also involved in helicopter
18 medical evacuation and establishment of standards.
19        1986 for six months undersea medical officer
20 training and I worked as an emergency physician at
21 Naval Undersea Medical Undersea Institute subbase
22 New London in Groton, Connecticut, and also down in
23 Florida.  And that training as an undersea medical

18

1  officer involves areas of emergency medicine
2  related to diving.  It's called diving medicine and
3  submarines, so submarine medicine, and then
4  radiation health medicine, nuclear biological
5  chemical warfare, and people exposed to radiation
6  occupationally.
7        And thereafter you have to stop your
8  residency training and go active duty, which I did
9  for four years, paying back my scholarship
10 commitment.  And that active duty time was the Navy
11 experimental diving unit Panama City, Florida where
12 I was healthcare medical officer but I was also an
13 emergency physician locally during that time.
14        Research medical officer, and my main area
15 of interest as a cardiopulmonary physiologist with
16 research in asphyxiation and suffocation and cold
17 water near drowning was on the physiology of deep
18 diving, including diving to extreme depths.  I was
19 responsible as the research medical officer
20 physiologically monitoring divers that were
21 partially asphyxiated because they were at extreme
22 depth trying to conduct work with diving helmets
23 that we were evaluating.  I monitored them very

19

1  similar to how patients are monitored in the
2  operating room or now in the emergency department.
3        I was released from active duty and from
4  1990 to 1993 I completed my emergency medicine
5  residency training Dayton, Ohio.  And I also had a
6  license to practice medicine from Florida, which I
7  got an Ohio license, and without letting the
8  residency know I moonlighted extensively during all
9  three years of my residency with the experience
10 that I had.
11        That takes me to '93 and my Ph.D. post-doc
12 number 2 was right around '98.  I would have to
13 look at my CV.  That was on the physiological
14 response on gross motor function of various sports
15 used as therapy, which is a high interest area here
16 in Western New York.  Horseback riding, the
17 swimming, aquatic therapy that is, and even
18 downhill skiing.  So I got a second post-doc to
19 study all that concurrent with working in the ER.
20        BY MS. TYKE:
21        Q.  Thank you.  You mentioned and pulled
22 out your certificate from Indian River Community
23 College as an emergency medical technician, an EMT?

20

1        A.  Yes.
2        Q.  Were you also trained as a paramedic?
3        A.  No.  In the areas that I worked I was
4  always the EMT assigned to a paramedic.  So it was
5  a basic with a level 3 or level 4 EMT or paramedic.
6        Q.  You mentioned that you practiced being
7  an EMT in Florida, Wisconsin, Illinois and
8  Washington State?
9        A.  New York State.
10       Q.  New York State?
11       A.  Not Washington State.  Washington State
12 I worked 91 hours a week on my internship.  I
13 trained EMTs and paramedics during that time.  I
14 had no time to breathe, so I didn't work on any
15 ambulance while I interned.
16       Q.  Were any of your EMT licenses in any of
17 those states still active?
18       A.  No.  That was ions ago.
19       Q.  And when was the last time that you
20 actually practiced in the field as an EMT?
21       A.  Probably right up until the point of
22 graduating from my Ph.D., which would have been
23 '81.  However, I have extensively been in the

5 (Pages 17 to 20)

Sterba, MD - Tyke - 7/19/17

21

1  field, including lately, working alongside
2  paramedics that are even being called to the house
3  where I was conducting an emergency physician house
4  call acting as medical director or occasionally
5  stopping for an accident or ski patrol work years
6  ago. That is working as a physician alongside
7  basic EMT level 1, 2 and paramedic level 3, 4.
8     Q.  What I was trying to find out was just
9  as an EMT, the last time that you would have
10  practiced in the field, sounds like 1981, is that
11  accurate?
12     A.  Correct.
13     Q.  And you mentioned sometimes stopping
14  for somebody who was involved in a motor vehicle
15  accident, are you able to -- in your portable
16  emergency medical to treat somebody who was
17  involved and sustained traumatic injuries in a car
18  accident?
19     A.  Yes.
20     Q.  Would you -- depending on the level of
21  injuries, need to refer that person over to a local
22  hospital?
23     A.  Either by air or ground ambulance, yes.

22

1  I don't transport. The portable ER means portable,
2  hand carried.
3     Q.  I understand.
4     A.  But there is confusion. Mobile ER
5  means you are going to treat somebody in a vehicle.
6  Nobody is ever treated in a Suburban or Malibu or
7  Grand Caravan, these are just personally owned
8  cars.
9     Q.  Do you hold a board certification in
10  cardiology?
11     A.  No. My postdoctoral fellowship is in
12  cardiovascular physiology and also cardiology
13  research, but I'm not a cardiologist. I'm an
14  advanced cardiac life support instructor and
15  medical director but I'm not a cardiologist. I'm a
16  cardiovascular physiologist, Ph.D.
17     Q.  Did you work as an EMT in Florida at
18  any time?
19     A.  This was only volunteer work with the
20  Indian River volunteer ambulance squad that is
21  still there, as I understand, transporting
22  non-emergency patients. These were actual runs
23  back then with basic EMTs and it was unpaid

23

1  volunteer work as part of my training.
2     Q.  And how long did you do that?
3     A.  The summer of '73, that's when I went
4  back to college in Wisconsin.
5     Q.  During the time that you were an EMT,
6  so before you obtained your medical degree, did you
7  ever use chemical restraint on any individual that
8  you were treating in the field?
9     A.  No.
10     Q.  The same question, during the time that
11  you practiced as an EMT only, so prior to obtaining
12  your medical degree did you use physical restraint
13  on any individual that you were treating in the
14  field?
15     A.  Frequently. The paramedic would use
16  chemical restraint. And I would be right there
17  monitoring the patient's vital signs, blood
18  pressure, et cetera, before and after a patient
19  would receive whatever.
20     Q.  And do you know what medication was
21  administered when the paramedic gave chemical
22  restraint?
23     A.  I'm not sure what was used back then.

24

1     Q.  And the reason why you couldn't
2  administer the chemical restraint was because you
3  were not a paramedic; is that accurate?
4     A.  No. I only assisted the paramedic.
5     Q.  Can you describe the difference between
6  an EMT and a paramedic?
7     A.  More training, more clinical
8  experience.
9     Q.  Is there aspects of the job that a
10  paramedic can do versus what an EMT can do?
11     A.  Yes. Intubation, ACLS skills, putting
12  it simply.
13     Q.  Any medications that a paramedic can
14  administer versus an EMT?
15     A.  EMTs now are trained to give epi, but
16  back then no. We didn't have the autoinjector back
17  then I don't think. The medications are delivered
18  by the paramedic with the assistance of another
19  paramedic or just one paramedic and an EMT, the way
20  we ran in those states, as a team effort.
21     Q.  Is there a difference between the level
22  of care that a paramedic or EMT is able to provide
23  a patient in the field versus what can be done at

6 (Pages 21 to 24)

Sterba, MD - Tyke - 7/19/17

25

1    the emergency department?
2        A.  By a physician?
3        Q.  Yes.
4        A.  I'm licensed in medicine and surgery
5    and they are not.  So the level of care is much
6    different.
7        Q.  Are there also things in an emergency
8    department that you are able to do that somebody in
9    the field, like an EMT and paramedic, is unable to
10   do, such as obtain labs on a patient or to get
11   diagnostic studies done such as CTs and MRIs?
12       A.  Sure.  Paramedics back then and now can
13   draw labs and then bring them in to expedite the
14   labs.
15       Q.  But they are not able to do them in the
16   ambulance?
17       A.  No.  There is no portable lab, other
18   than glucometers, finger stick blood sugars that
19   diabetics have.  We would frequently use those.  No
20   blood chemistry labs, CBC.
21       Q.  Those are not things that EMTs and
22   paramedics can do?
23       A.  No.  They draw the labs and then we

26

1    expedite running them off to the lab in the ER.
2        Q.  Are you a member of the National
3    Association of Emergency Medical Technicians?
4        A.  No.
5        Q.  Are you a member of the National
6    Association of State EMS Officials?
7        A.  No.
8        Q.  Are you a member of the National
9    Association of EMS Physicians?
10       A.  No.
11       Q.  Have you authored any articles, peer
12   review journal articles, books, textbooks regarding
13   emergency medical services?
14       A.  I have to check my CV.
15       Q.  Here's your current one.
16       A.  Nothing that is related to the case,
17   but the list of publications that I'm referring to
18   right now goes from page 23 to 30.
19       Q.  And I didn't see anything, I didn't
20   know if anything popped into your head that you
21   believe was related?
22       A.  The articles and textbook chapters are
23   EMS related, being that --

27

1        Q.  Related to this particular matter?
2        A.  No.  It was related to the care that is
3    offered not only in the field like in hyperthermia,
4    field treatment of hyperthermia, which I authored,
5    and conducted human research both at Panama City
6    and at the North Pole region.
7        Q.  There is not an issue of hyperthermia
8    in this case, is that accurate?
9        A.  Hyperthermia and resuscitation from
10   hyperthermia.
11       Q.  Is that an issue in this case?
12       A.  No.  But as many of the articles are
13   emergency medical services as well as emergency
14   medicine related.
15       Q.  But are they related to any issue that
16   is in this particular case?
17       A.  No.  However, I did establish the safe
18   exposure limit for hypercapnia in divers that are
19   in a simulated asphyxiation situation with diving
20   helmets at extreme depths, but none of that could
21   be measured in this case.  I can clinically assess        .
22   right here on the DVD asphyxiation and suffocation
23   with impaired ventilation would have brought on

28

1    hypoxia as well as hypercapnia, and that is very
2    evident just watching the video, but no levels were
3    measured.
4        Q.  How do you measure those levels?
5        A.  You measure them by end tidal $CO_2$,
6    which we did by mask spectometry, that is now
7    infrared, we did it by infrared as well as mask
8    spec, which is done now in the OR, in the ER and in
9    the ICU.  And on some ambulances it is measured
10   right now on certain defibrillators.
11       Q.  Do you know if that was the case in
12   this matter?
13       A.  It was not measured in this case.
14       Q.  Do you know if they had the ability to
15   measure that?
16       A.  I thought I read that they did not have
17   the ability to measure end tidal $CO_2$, so it doesn't
18   pertain to this case.  My background as a
19   physiologist is to explain what was happening, the
20   function of the human body under the stresses of
21   asphyxiation both physically and chemically.
22   Asphyxiation meaning impaired ventilation.  You
23   can't move air in and out, $CO_2$ builds up and oxygen

7 (Pages 25 to 28)

Sterba, MD - Tyke - 7/19/17

---

29

1  falls by either physical means or chemical means.
2      Q.  So just going back specifically to my
3  question, do you have any specific articles that
4  relate to any issue in this matter?
5      A.  No.
6      Q.  Have you conducted any research in
7  emergency medical services that specifically relate
8  to any issue in this case?
9      A.  Yes.
10     Q.  And what is that?
11     A.  I called the bookstore of my old ala
12  mater, Indian River State College as it is called
13  right now, and I asked what textbook are you using,
14  are you still using Emergency Care and they said
15  yes.  What I did is I pulled the textbooks.
16     Q.  Is this research that you are currently
17  conducting yourself?
18     A.  Not human medical research, no.
19     Q.  That was not my question.
20     A.  Not literature review?
21     Q.  No.
22     A.  Beg your pardon.
23     Q.  That's okay.  Any research that you

---

30

1  personally have been involved in?
2      A.  Relating to the effects of --
3      Q.  That deals with emergency medical
4  services that deal with any issue in this case?
5      A.  No.
6      Q.  Have you taught any emergency medical
7  services class --
8      A.  Yes.
9      Q.  Can I finish my question.
10     A.  Okay.
11     Q.  Thank you.  Have you taught any
12  emergency medical services class that relate to any
13  issue in this case?
14     A.  I may have.  I used to teach EMTs back
15  in residency about all topics, as far as restraint,
16  violent patients and such.  I covered all the
17  topics.
18     Q.  And when did you begin that teaching?
19     A.  Residency '90 to '93.  Everything would
20  be covered.  I don't have any details.  That's part
21  of your residency training is to oversee paramedic
22  ambulance services, that is on my CV.  And now
23  occasionally we will have a paramedic in my ACLS

---

31

1  classes.  We talk about the drugs, including
2  sedating drugs and contraindications.  I teach
3  paramedics on the hazards of using Ativan, for
4  instance.
5      Q.  And when was the last time that you
6  gave any type of teaching or seminar or lecture to
7  paramedics regarding the use of Ativan?
8      A.  We talk about all of the drugs.  And
9  the last time a paramedic was in my class was
10  probably last year.
11     Q.  And do you still have that course
12  material or lecture material?
13     A.  It's the ACLS manual.  It's their
14  student workbook as well as the small handbook.
15     Q.  Did you prepare any type of PowerPoint
16  or slides or handouts for that class?
17     A.  It's at the bedside with a mannequin.
18  No, nothing is prepared like that.  We cover all
19  the drugs and they can look it up.
20     Q.  When was the last emergency medical
21  service conference that you attended?  .
22     A.  EMS conference not as an emergency
23  physician, I don't remember.  Refreshers back to

---

32

1  recertify my EMT between '73 and '81 at Erie County
2  Community College North Campus probably 80 or so,
3  1980.
4      Q.  I guess it is safe to assume that you
5  didn't recently attend the Clinicon 2017 Emergency
6  Medicine Learning and Resource Center conference
7  that just occurred?
8      A.  No.  However, as a fellow of the
9  American College of Emergency Physician and an avid
10  reader of anals of emergency medicine, I do review
11  the current literature on a regular basis including
12  EMS.  I'm so involved with the EMS now at the
13  bedside with my patients every time an ambulance is
14  called.  I review the literature continuously.  I
15  don't have to attend an EMT conference for that.
16     Q.  So as to what they were teaching as far
17  as chemical restraint, you were unaware at the
18  Clinicon conference?
19     A.  I'm not aware of the Clinicon
20  conference for EMTs and paramedics.  I'm aware of
21  the United States standard of care for paramedics
22  in the use of chemical restraints.
23     Q.  Have you worked with any EMS agency,

---

8 (Pages 29 to 32)

Sterba, MD - Tyke - 7/19/17

33

1  emergency medical services agency in writing or
2  developing their policies, procedures and
3  protocols?
4      A.  I may have.  I forgot that I was
5  medical advisor, not director, but advisor with
6  CareFlight, which was the air ambulance service out
7  of Miami Valley level 1 trauma center, Miami Valley
8  Hospital.
9      Q.  Where is that?
10     A.  It's in Dayton, Ohio, even though it
11 says Miami.  I was an advisor under the medical
12 director, and I remember writing up some policies
13 and I don't remember what policies they were.
14     Q.  What year was that?
15     A.  During my residency of '90 to '93.  And
16 they would have been signed off by the director.
17     Q.  Do you know if any of those policies
18 dealt with chemical sedation?
19     A.  I don't remember.
20     Q.  Do you know if those policies are still
21 in effect?
22     A.  No, I don't.  In addition I established
23 the corpsman training program.  Corpsman is like a

34

1  paramedic but it is a military person in the Navy.
2  I established the corpsman training program from
3  '87 to '90 down in Panama City, Florida as a health
4  care medical officer and emergency physician.  And
5  we talked about all drugs.  And as far as policies,
6  I don't recall anything specifically.  And as far
7  as them being in effect now, I don't know.
8      Q.  Do you know if they dealt with chemical
9  sedation?
10     A.  Yes.
11     Q.  Do you remember what that encompassed?
12     A.  No.  Whatever drugs were currently used
13 back at that time.
14     Q.  Do you know what that was?
15     A.  No.
16     Q.  Has it changed over the years?
17     A.  These are independent duty technicians
18 or IDTs that would be working with special warfare
19 or seal teams or on special deployment with diving
20 operations.  So they had to do everything.  In
21 addition, I was also BENS watch medical officer and
22 I talked directly via satellite with independent
23 duty technicians in the field, including combat and

35

1  orders were given confidentially for the use of
2  just about all drugs you can imagine.
3      Q.  Again, I just want to focus on the
4  questions that I'm asking.
5      A.  '87 to '90.
6      Q.  Sure.  And I just want to focus on the
7  question, I think we can go off on a lot of things.
8  I'm just asking about policies and procedures that
9  you would have developed specifically for emergency
10 medical providers?
11     A.  That would have included my work in the
12 Navy with corpsman, corpsman in the field and
13 corpsman on subs.  And also during my residency
14 from '90 to '93 local paramedics and EMTs, and
15 that's about it.
16     Q.  So it looks like early '90s was about
17 the last time that you would be involved in any
18 type of policies and procedures?
19     A.  Written policies and procedures,
20 correct.  Now I teach the current standard of
21 practice at the bedside.  And that would be the
22 American Heart Association standards of care for
23 paramedics.

36

1      Q.  Where do you teach that at?
2      A.  Here in Buffalo, ACLS.
3      Q.  Any particular organization that you
4  provide that through?
5      A.  Kaleida Health.
6      Q.  Do you have your course materials?
7      A.  No.  It's a standard ACLS.  Course
8  materials are provided, and we use the handbook and
9  go over all the drugs.
10     Q.  And what do you teach your EMTs and
11 paramedics regarding the use of Ativan?
12     A.  I don't teach EMTs the use of Ativan.
13 It would be inappropriate.  Whatever paramedics
14 attend the ACLS class, the proper use of Ativan and
15 its precautions and contraindications.
16     Q.  What are those?
17     A.  What?
18     Q.  The proper use and contraindications?
19     A.  It's listed in all of the handouts that
20 have been disseminated to me, hypotension,
21 respiratory depression, shock, coingestion of drugs
22 and things like that that are mentioned in the
23 enclosures that people sent me.

9 (Pages 33 to 36)

Sterba, MD - Tyke - 7/19/17

37

1      Q.  But what I'm asking is what you teach?
2  You said you teach a class of ACLS.
3      A.  We talk about the cardiopulmonary
4  complications of using Benzodiazepines.
5      Q.  And what do you teach the paramedics
6  that are contraindications in your class?
7      A.  I just mentioned it to physicians,
8  nurses and occasionally a paramedic that
9  cardiovascular and pulmonary risks of using
10  Benzodiazepine, hypotension, respiratory --
11      Q.  I understand the risks.  What I'm
12  saying is what are the contraindications?
13      A.  Those that are listed in the papers.
14  We can go over those right now.
15      Q.  I'm just asking you about your class
16  specifically, not what is in your report or your
17  papers.  Pretend that I'm in your class.  And so
18  what do you instruct the people who take your ACLS
19  class as to the contraindications to using Ativan?
20      A.  Hypotension, respiratory depression,
21  head trauma, metabolic disturbances including
22  hypoxia, which can lead to lactic acidosis making
23  the heart very unstable, shock would be the key

38

1  ones to watch out for if you are using a
2  Benzodiazepine like Ativan or Lorazepam.
3      Q.  When we are talking about
4  contraindications and the lists that you just gave,
5  are these absolute contraindications?
6      A.  They are list only as
7  contraindications, not absolute relative.  We just
8  talked about contraindications not whether someone
9  is allergic or something.  Hypersensitivity means
10  don't take it, you might be allergic to it.  That
11  is for every drug listed.  We're talking about the
12  serious cardiovascular pulmonary effects of the
13  cardiac and respiratory depression, cardiac arrest.
14      Q.  And are these side effects of Ativan
15  that you are talking about?
16      A.  And death.  Yes.  These are side
17  effects so that if somebody does have a problem
18  with head trauma or metabolic acidosis you don't
19  give the drug.  It's a contraindication.
20      Q.  An absolute contraindication?
21      A.  A contraindication, that's how it is
22  listed.
23      Q.  Do you consider it an absolute

39

1  contraindication?
2      A.  I don't think I would break it down to
3  absolute and relative like we do with a tissue
4  plasminogen activator like in stroke, but we talk
5  about in general terms contraindications, meaning
6  do not give it.
7      Q.  Would that be an absolute then?
8      MR. HECHT:  Form.
9      THE WITNESS:  It can be.  But again, you
10  have asked that three times now.  We speak to
11  paramedics and nurses primarily as
12  contraindications for these drugs.  Do not give it,
13  it carries a risk of dying.
14      MS. TYKE:  And what do you base that
15  instruction as to those specific being
16  contraindications, do not give?
17      MR. HECHT:  Form.
18      THE WITNESS:  The United States standard of
19  care.
20  BY MS. TYKE:
21      Q.  And where is that?
22      A.  I'm just about ready to answer your
23  question.

40

1      Q.  Sure.
2      A.  The United States standard of care
3  based on my education, continuous reading of the
4  current literature, my medical practice and the
5  American Heart Association's recommendations that
6  are published.
7      Q.  And can you give me a citation for the
8  American Heart Association?
9      A.  Yes.  Go to the
10  americanheartassociation.org or whatever and get
11  yourself a student manual and the handbook, and you
12  will be able to read up on it.  I didn't bring
13  those today.
14      Q.  Did you rely on that in forming your
15  opinion in this matter?
16      A.  No.  I just teach it regularly.  So are
17  you going to ask me if it's authoritative?  It is
18  not.
19      Q.  Okay.  What literature are you
20  discussing, you said broadly literature?
21      A.  Literature that I read.  I read
22  extensively as a MD/pH.D.  I'm online almost all
23  the time.  And journals, a lot of journals.

Sterba, MD - Tyke - 7/19/17

41

1   Q.   Have you read the actual insert for
2   Ativan?
3   A.   Yes.  Years ago.  I used to carry
4   Ativan.  It's refrigerated.  I had to have a
5   special small refrigerator for it.
6   Q.   Have you recently read the insert for
7   Ativan?
8   A.   Not recently.
9   Q.   Do you know what it lists as
10  contraindications?
11  A.   No, I would have to review it.
12  Q.   And what specific articles, journals,
13  peer review, whatever that you are reading that
14  says that head trauma and metabolic acidosis is a
15  contraindication, do not use Ativan with?
16  MR. HECHT:  Form.
17  THE WITNESS:  Well, they are included in
18  Jeffrey Lindsey, he is a Ph.D., Dr.  Jeffrey
19  Lindsey's report.  I looked at the enclosures and I
20  actually got copies of those enclosures to take a
21  look at.  The contraindications that were missing,
22  at one point it only listed if you are allergic
23  don't take it, but also other ones that go into

42

1   head trauma, metabolic disturbance, respiratory
2   depression and things like that.  Collectively it
3   fits my background, education, experience and
4   continued review of the literature and ongoing
5   medical teaching, which occasionally includes a
6   paramedic, of what to watch out for and when not to
7   give it.  And both conditions of head trauma and
8   metabolic acidosis existed for Mr. Docher.
9   BY MS. TYKE:
10  Q.   And again, I know that you talked about
11  the American Heart Association and their discussion
12  of head trauma and metabolic acidosis being --
13  A.   No.  I didn't say that the American
14  Heart Association discusses head trauma.  It was
15  collectively that it is often mentioned that head
16  traumatic and metabolic acidosis to are two
17  contraindications to give the drug.
18  Q.   And really what I'm trying to narrow
19  this down as you keep just broadly mentioning that
20  you've seen this in literature and things that
21  you've read and how you keep up with the standards.
22  What I'm asking is specifically where have you seen
23  that?

43

1   A.   Are you familiar with Lindsey's report?
2   Q.   Besides Lindsey --
3   A.   Well, I'm going to refer to Lindsey's
4   report right now rather than skip over it.  This is
5   what your question was and I'm going to take a
6   moment right now to actually bring out where it
7   states that.  Just one second and I will answer
8   your question.  And other references that he
9   mentioned I actually looked them all up.  In
10  chapter 12, drugs and chemical classes, that is
11  page 24 in your document.  This is Lindsey's
12  report.  Contraindications, hypersensitivity, that
13  is if you are allergic to the drug, substance
14  abuse, which Docher probably had.
15  Q.   Are you assuming that?
16  A.   No, that is what the cops said -- that
17  is what the Sheriff's office said that he may be on
18  some unknown drugs, and it is also stated in the
19  medical record by Rosario, besides the alcohol he
20  may be on some other drugs due to his behavior.  So
21  substance abuse, coma.  Coma has a GCS, Glasgow
22  coma scale of 3, which he had prior to EMS
23  arriving.  He was asphyxiated into unconsciousness,

44

1   he was unresponsive and put into the recovery
2   position by Mangrum, who is a former EMT with Life
3   Line Ambulance years before.  He had shock, he was
4   unconscious with abnormal respiratory.  The former
5   EMT Mangrum basically said his respirations were
6   shallow after he was asphyxiated or suffocated by
7   the two maneuvers that were done.  Severe
8   hypotension, no blood pressure was ever taken
9   before the 4 milligram IM injection of Ativan was
10  given.  So was his blood pressure low, we won't
11  know.  Could it have been low, more likely than not
12  it was low.  He was unconscious.
13  CNS depression.  Could he have had CNS
14  depression, he was unconscious after being
15  physically restrained with a 330 to 335 pound
16  Officer Mangrum stepping own his chest between the
17  shoulder blades, which is in the police report by
18  -- I can't pronounce the officer's name that did
19  the investigation, but I can get you right to the
20  page.  And pulling up on the arms, very similar to
21  strappado or corda, which is a form of torture.  To
22  make it clear, I do not think that Mangrum tortured
23  Docher.  I think it was very painful in this

Sterba, MD - Tyke - 7/19/17

---

45

1  unapproved improvised method of pulling the arms up
2  to 90 degrees and handcuffed behind his back, and
3  that is also called reverse hanging, that I was
4  familiar with prior to this case.  And with him
5  being 330 to 335 pounds placing his left foot after
6  he yells the F bomb.  And I have it right here.  He
7  puts his foot there and you don't see him leaning
8  on his right foot and just gently putting his foot
9  down to prevent the chest from coming off the
10  ground.  He had pressure.  To what degree, I don't
11  know.  It is hard to say, probably half his weight.
12  All right.  So we've got those.
13      What else is there.  COPD, sleep apnea and
14  acute close angle glaucoma.  So what do we have
15  here substance abuse, coma, shock, likely severe
16  hypotension and CNS depression.  Contraindications,
17  what can happen if you give it --
18      Q.  Doctor, just so we are clear about the
19  question that I had asked.  It specifically had to
20  do with head trauma and metabolic acidosis.
21      A.  I would find that as well.
22      Q.  I appreciate you going through
23  everything single one of the contraindications on

---

46

1  that particular page.
2      A.  That is correct.  You wanted to find
3  out where it is listed as head trauma and I will
4  find that for you.  If you have your report go to
5  page 18, agitated or violent patient behavioral
6  emergencies.  And let me find page 17, I'm a little
7  out of order right now.  One second.  And let's
8  see, looking at the bottom it says -- page 43 but I
9  list it as page 18 because that was the enclosure
10  for Lindsey's report, exclusion criteria, patient
11  exhibiting agitated or violent behavior due to
12  medical conditions including but not limited to
13  head trauma, metabolic disorders, examples,
14  hypoglycemia or hypoxia.  Head trauma and hypoxia
15  both existed and those are contraindications for
16  the use of Ativan.
17      Q.  We will come back to that.  Besides
18  that specific reference are there any references
19  outside of Dr. Lindsey's report that you recall?
20      A.  And so that exclusion criteria on page
21  43 which I listed as page 18 refers also to
22  chemical restraints, which is my page 19 of his
23  report, and chemical restraints, paragraph 3,

---

47

1  Benzodiazepines, it talks about Lorazepam.  Your
2  question again.
3      Q.  I said besides the material that is
4  attached to Dr. Lindsey's report are there any
5  other articles, research, medication inserts that
6  you've read during your career that indicate that
7  head trauma and metabolic acidosis is a
8  contraindication to the use of Ativan?
9      MR. HECHT:  Form.
10      THE WITNESS:  Yes.  Because with head trauma
11  and lactic acidosis --
12      BY MS. TYKE:
13      Q.  It was just a yes or no.  And then my
14  next question is can you tell me what those
15  articles are?
16      A.  No.  It is based on my experience,
17  education and training and board certification that
18  in head trauma patients the use of a Benzodiazepine
19  in head trauma can bring on immediate respiratory
20  depression and respiratory arrest and cardiac
21  arrest as can be with lactic acidosis from
22  hypoxemia, from asphyxiation, suffocation or airway
23  obstruction with no protected airway in place.

---

48

1      Q.  Can you tell the materials that you
2  have reviewed in this matter?
3      A.  Sure.  The information that I reviewed
4  in this matter besides my confidential report,
5  which lists everything, exhibits and references on
6  my page 15, you can take a look at all of that.  I
7  can go over in detail what was presented to me.
8  Pictures of Tavares Docher, some handwritten notes.
9  I don't know who wrote them.  CAD records request
10  form, Miranda information from St. Lucie County,
11  intro to law enforcement operations, core schedule
12  it looks like, training roster and St. Lucie County
13  Sheriff's office CBS employee statement forms by
14  witnesses, use of force incident report, incident
15  investigation report, including by Investigator
16  Blatchford, David T., that is the name I couldn't
17  pronounce.  We are on his page 5 he talks about
18  Mangrum's foot between the shoulder blades.  St.
19  Lucie Medical Center emergency provider report,
20  emergency probe, EMS run sheet, that is the
21  paramedic report, news article, man remains in coma
22  a month after arrest.  Some handwritten notes,
23  photographic wound documentation, transition

---

12 (Pages 45 to 48)

Sterba, MD - Tyke - 7/19/17

49

1  discharge plan, Social Security information. And I
2  ran out of dividers. Copy of St. Lucie County Fire
3  District emergency medical guidelines for Ativan
4  use. And it's in that that the contraindications
5  are less than complete listing only allergic
6  reaction, that is a history of hypersensitivity.
7  It left off all of the key contraindications.
8  Another article about Florida deputy seizing the
9  phone.
10        Depositions would be paramedic Jose Rosario.
11 And if I'm referring to people just by their last
12 name it is just to move things along and it is not
13 out of any disrespect. Sheriff deputy officer Clay
14 Mangrum, former EMT, and I will just respectfully
15 refer to him as Mangrum, officer or deputy Wade
16 Courtemanche, Deputy Christopher Eric Newman,
17 deputy trainee Calvin Robinson, Captain Ryan
18 Gonzalez. Exhibit 4, which is when I believe
19 Gonzalez was deposed, and that's the one that
20 includes his emergency guidelines medication test
21 back in '07, January something of '07, where he
22 actually correctly wrote down a contraindication of
23 the use of Lorazepam as hypotension, which the

50

1  reason that is important is he never measured the
2  blood pressure before he gave the Ativan. The
3  deposition of Samantha Galuski, CVS employee
4  Hardile Bagdas, Mark Wayne Brown.
5        Q.  And those look like medical records?
6        A.  Yes. It looks like rehab information,
7  emergency medical guidelines, and I have two copies
8  of that. EMS run sheets from Miami, which
9  demonstrate that he did have an underlying
10 psychiatric condition of depression, anxiety and
11 some unspecified psychiatric disorder with
12 delusions, so it was a preexisting medical
13 condition.
14        Q.  And we will talk about your report
15 and --
16        A.  And that covers it. These were not
17 provided to me but I had them. And those are the
18 EMT textbooks.
19        Q.  And I think we were provided with what
20 you referenced in those textbooks. Were you also
21 provided -- you list in your report the St. Lucie
22 Medical Center emergency provider report?
23        A.  Yes. That is the ER chart. I

51

1  mentioned that.
2        Q.  Were you provided the entire chart from
3  St. Lucie Medical Center? It doesn't look like you
4  did.
5        A.  I will tell you what I got. I have
6  pages 1 through 14 of 14, that's it.
7        Q.  So the entire chart probably is close
8  to 1,000 pages you have not seen?
9        MR. HECHT:  Form.
10       THE WITNESS:  No. So labs might be
11 excluded, but that's all I had.
12       BY MS. TYKE:
13       Q.  You handed me this morning a report
14 that you prepared in this matter; is that correct?
15       A.  Yes.
16       Q.  Does this report contain all of your
17 opinions in this matter?
18       A.  Probably not.
19       Q.  Have you let counsel know that you have
20 additional opinions?
21       A.  No. I put in it in the report that if
22 any additional forensic information is presented to
23 me because at the time of the report I couldn't

52

1  verify if the handcuffs were behind his back.
2  Since other information showed up, depositions, it
3  now is confirmed that not only were his handcuffs
4  behind his back. When he ran, anywhere between 5
5  and 20 feet, it can be 5 to 8, 6 to 8, 10 and even
6  15 to 20 feet, he ran a certain distance of say
7  roughly 10 feet. He was taken to the ground by
8  three deputies totaling about 700 pounds, including
9  Newman, who is 205 pounds, directly on his back
10 with his hands behind his back sustaining head
11 trauma. When you break your nose in multiple
12 pieces on both sides and you have bruises all about
13 the face that is considered head traumatic. And
14 I'm a former advanced cardiac life support
15 instructor through the American College of
16 Surgeons, it is not correct to say it is not head
17 trauma, it is just to his face. The face is part
18 of the head and you have blunt force head trauma to
19 this patient with an unprotected fall. He can't
20 break his fall that is, and 205 pounds are on his
21 back, so that is a very significant force applied
22 to his head.
23       Q.  So what additional opinions are not

13  (Pages 49 to 52)

Sterba, MD - Tyke - 7/19/17

53

1  contained in this report?
2      A. That his hands were cuffed behind him
3  the whole duration.
4      Q. Isn't that really just your
5  understanding of the facts versus an opinion?
6      A. No. If it's my opinion that since he
7  couldn't protect his fall, all the force was
8  applied to his head on the fall with a significant
9  blunt force head traumatic. It is confirmed now.
10  It's not just facial traumatic as Lindsey tried to
11  point out. This is significant head trauma. This
12  is a contraindication to the use of Ativan.
13      Q. Any other opinion not contained in this
14  report?
15      A. Unless more information becomes
16  available the report stands as it is and I don't
17  have any new opinions.
18      Q. Okay. And will you be providing an
19  amendment to your report to include that?
20      A. No. I will just mention that we now
21  have it confirmed that the hands were cuffed behind
22  the back.
23      Q. What I'm going to do is attach this

54

1  report as Exhibit 3 and you are aware that?
2      The following was marked for identification:
3      EXH. 3    Report of Dr. Sterba
4  BY MS. TYKE:
5      Q. And you are aware that this case is in
6  Federal Court?
7      A. I don't know what that means.
8      Q. That expert reports are required under
9  the rules, so will you be providing an amendment to
10  your report that contains your new opinion and the
11  basis for that opinion?
12      MR. HECHT: Form.
13      THE WITNESS: No. It is not necessary.
14  Everybody knows that he was cuffed behind his back.
15  It is not necessary.
16      MS. TYKE: Adam, do you know if you are
17  going to be providing us with an additional report?
18      MR. HECHT: If we do we will let you know.
19      THE WITNESS: I don't need to.
20      MR. HECHT: The fact that the officers had
21  Mr. Docher handcuffed behind his back is something
22  that he is telling you right now and you can
23  certainly ask him about it. And if we do file an

55

1  amended report, we will provide that to you.
2      BY MS. TYKE:
3      Q. Are there other materials that you are
4  requesting or that you have asked for before you
5  can finalize your opinions?
6      A. I did ask for other information that
7  was not provided.
8      Q. And what information did you ask for
9  that has not been provided?
10      A. Complete drug list of what was onboard
11  the ambulance, whether or not there was a
12  refrigerator to refrigerate the Ativan. There were
13  a few more things that I asked for that didn't show
14  up. They will probably show up eventually and if I
15  have additional opinions I will put an addendum to
16  my report of 5/22/17.
17      Q. Do you remember any other information
18  that you've requested?
19      A. No. Drug list, whether or not Ativan
20  was refrigerated. It's minor.
21      Q. Okay. Did anyone assist you in
22  preparing your report?
23      A. No.

56

1      Q. Are you being compensated for your
2  expert opinions in this case?
3      A. I don't request any money. Benjamin --
4  what was the last name?
5      Q. Newman?
6      A. Newman. I received a check for $2,000,
7  but I asked for it to be donated directly to the
8  public charity Saved by Grace Ministry. I'm not
9  getting paid. I use all money that comes in,
10  whether it is insurance money or co-pay as a tax
11  deductible donation. Today a thank you note of the
12  tax deductible donation from his law firm is on its
13  way to him. So I'm not compensated.
14      Q. Has any other fees been paid in this
15  matter for your work?
16      A. No. It has all been donated to Saved
17  by Grace Ministry.
18      Q. That's what I'm asking. How much do
19  you charge for your time?
20      A. It's in the report because you
21  requested that. I think it's on the last page.
22  It's $350 an hour not including any clerical work
23  and I use a stopwatch. You have a worksheet.

14  (Pages 53 to 56)

Sterba, MD - Tyke - 7/19/17

57

1    Q.   I saw that.
2       A.   And that's 70 some hours over the past
3    three years.  I think I tallied it up for you last
4    night.  It's over three years.
5       Q.   Is this the worksheet?
6       A.   Yes.  Go to the last page, please.  Is
7    it 75.4 or something.
8       Q.   The last page of mine --
9       A.   72.5 hours Saved by Grace Ministry.
10   And this stuff hasn't been paid yet but it is in
11   process.  So the bulk of it has not been paid but
12   it will be paid to Saved by Grace Ministry.
13      Q.   And we will attach this as Exhibit 4,
14   this is a worksheet of the time that you spent on
15   this matter.
16      The following was marked for Identification:
17      EXH. 4      Worksheet
18   BY MS. TYKE:
19      Q.   While I'm here we will look through.
20   You handed me -- and I'm sorry, I guess you kind of
21   explained it to me.  This.Wikipedia page for --
22   what is it?
23      A.   Prior to this case based on my training

58

1    and experience as a civilian and military emergency
2    physician including special operations various
3    forms of torture were well known to me and their
4    physiological effects.  Some of which I'm not
5    allowed to discuss because I have been debriefed by
6    the Department of the Navy.  What I can discuss --
7    and I mentioned it to the attorneys, I can bring
8    out pictures of arms behind the back called reverse
9    hanging, and that's what I have here.  And it is a
10   form of torture, torture being defined as sadistic
11   pain induction while trying to retrieve
12   information, both of which were not in place in
13   this case.  This first one dated back to 1633 in
14   France.  If the person had been cuffed, if you
15   will, and then suspended by a rope with the arms
16   behind the back called reverse hanging or strappado
17   or corda as I mentioned here.  They often died
18   within an hour due to asphyxiation.  You can't
19   breathe.  In a way it's like a reverse crucifixion.
20   That technique is in play today overseas and has
21   been on the news.  I will not discuss how and why I
22   know this.
23      The other one is a reverse hanging post that

59

1    is either at Dachau or Auschwitz.  And that was
2    done for torture.  And if you take a look at the
3    next page at Dachau you see an actual picture of
4    two people alive and one person dead on the ground.
5    You don't die from the shoulders dislocating and
6    the pain.  You die from asphyxiation.
7       The next picture shows a demonstration of
8    how it is done including today.  And the next
9    picture is a recreation that it has been most
10   recently done in China.  This is a demonstration of
11   asphyxiation or suffocation, which is an impairment
12   of ventilation mechanically preventing the exchange
13   of $CO_2$ and oxygen.  In other words, the chest can
14   not rise and fall, you cannot breathe.  And that is
15   part of what was happening to Docher on the ground
16   with his arms being pulled up but also with the 330
17   to 335 pound Deputy Newman stepping between the
18   shoulder blades pushing the chest into the ground.
19   And right now --
20      MR. HECHT:  I think you said 135 pounds.
21      THE WITNESS:  I meant 330 to 335 pound
22   Deputy Mangrum stepping in between the shoulder
23   blades as the sheriff's office investigator

60

1    documented on that page 5.
2       MS. TYKE:  I will attach this as Exhibit 5
3    to your deposition.
4       The following was marked for Identification:
5       EXH. 5      Wikipedia Pages
6    BY MS. TYKE:
7       Q.   Looking in these photographs it looks
8    like the majority -- all of the photographs show
9    individuals who are in an upright position with
10   their arms outstretched behind their back and are
11   lifted above the ground, is that an accurate
12   description?
13      A.   That is half of what was done to
14   Docher.
15      Q.   I'm just asking about the photos.
16      A.   This is true.  They are being lifted
17   off the ground.  And so was Docher, but there was
18   also a foot pressing his chest back into the ground
19   with pressure applied.  This describes half of what
20   was happening to Docher, that's why Docher lost
21   consciousness from asphyxiation and suffocation so
22   quickly.  But it gives a good illustration as to
23   how forms of torture have been done and are

15  (Pages 57 to 60)

Sterba, MD - Tyke - 7/19/17

61

1 currently being done worldwide.
2      Q.   Did you rely on this in any way in
3 forming any of your opinions?
4      A.   Not the pictures.  My knowledge
5 preceded this case on forms of torture.  And I'm
6 not at liberty to discuss who had it done to them.
7      Q.   I wasn't going to ask.
8      A.   Okay.
9      MR. HECHT:  Let's take a recess.
10     (A recess was then taken.)
11     BY MS. TYKE:
12     Q.   Doctor, before break we were talking
13 about the fees that you charge in this matter.  You
14 stated that on your report on page 18 you list that
15 your fees are $350 an hour for review, a flat fee
16 of $2,000 for deposition.  It lists here that your
17 fees for trial are 2,000 per day, plus $1,000 per
18 day for travel outside of trial days, is that
19 accurate?
20     A.   Yes, ma'am.
21     Q.   Do.you also charge for your travel
22 expenses?
23     A.   I would submit a trip report like I

62

1 would for a scientific trip for the military for
2 full reimbursement, modest lodging, coach.
3      Q.   You mentioned as you were going through
4 your notebook that you have notes, did you provide
5 me with a copy of your notes?
6      A.   I don't have any notes.
7      Q.   One of the tabs you stated was various
8 notes?
9      A.   What is that now?
10     Q.   When you were going through your
11 notebook.
12     A.   These are keywords.  I don't use --
13 like on a deposition where you have keywords at the
14 end, I find that hard to use.  What I do is I put
15 down like restraint protocol, I will write that off
16 on the side so I know how to get to it quickly.
17     Q.   And I guess I got confused because I
18 thought one of the tabs you said were some
19 handwritten notes?
20     A.   I don't have any interpretive notes or
21 opinions or anything on these things.  These are
22 just to help me quickly get to sections.
23     Q.   No.  I know about those documents.  I'm

63

1 talking about under the tabs.
2      A.   Yes.  I see what you mean.  I don't
3 know whose notes they are.  They are pretty hard to
4 read.  I can go to those if you want.
5      Q.   But none of those are your personal
6 handwritten notes in this matters?
7      A.   No.  And I don't think I read them that
8 carefully.
9      Q.   That's what I'm trying to figure out,
10 if you have any personal hand notes or timelines in
11 this matter?
12     A.   No.
13     Q.   When did you start doing expert legal
14 reviews?
15     A.   I did 41 military cases active duty on
16 determining the causes of death of the
17 physiological factors while on active duty, '86 to
18 '90.  And, of course, that is no charge, that is
19 just part of my job.  I was selected as the subject
20 matter expert on diving medicine.  I was involved
21 in a lot of accident investigations, that's when I
22 started.
23     Q.   So about '86?

64

1      A.   '86.  And from 1977 through 1981 I did
2 not forensically look at cases, but I did
3 investigate all cold water drowning cases as part
4 of my Ph.D. thesis on cold water near drowning and
5 the diving response.
6      Q.   When did you begin to do expert legal
7 reviews for private law firms?
8      A.   Being that I was the Navy experts on
9 diving medicine, in 1994 I was contacted by Mr.
10 William Norton, and he asked for me to forensically
11 evaluate why a student scuba diver died off of West
12 Palm Beach.  I determined the cause of death was
13 drowning being that his tank was never turned on.
14 And he asked me how much I charge.  And I said
15 there is no charge.  But he insisted, so I charged
16 him.  Since that point on I did charge but I can't
17 tell you the number of years that have gone by
18 where I didn't personally charge.  I just ask for
19 donations to the public charity.  100 percent of
20 that money is spent caring for those of greater
21 need.
22     Q.   So we can just go back to the question
23 that I asked.  Is it accurate that you started

Sterba, MD - Tyke - 7/19/17

65

1   reviewing cases for private firms or attorneys
2   around 1994?
3       A.  Yes.  That includes DOJ and JAG.  They
4   were military and there were also criminal cases
5   involved.  And I am involved in those now.  Nothing
6   active, but trying to determine how and why people
7   die from torture, from asphyxiation and things
8   related to my research.
9       Q.  Currently how many active cases are you
10  reviewing as an expert?
11      A.  Maybe three.  This one and two others
12  in South Carolina.
13      Q.  I know this one is on behalf of the
14  plaintiff.  The two that are in South Carolina are
15  they for the plaintiff or the defense?
16      A.  The plaintiff.  The contact I have with
17  defense attorneys I do the forensic evaluation and
18  almost always find fault with a provider or a
19  problem or that the patient was going to naturally
20  die anyway.  And I render those opinions over the
21  phone or in written reports.  And I've only
22  testified once on behalf of another physician on
23  his defense.  My work is one-third defense,

66

1   two-thirds plaintiff and occasional criminal.
2       Q.  Now, when you say your work, are you
3   including cases in which you are not giving
4   testimony?
5       A.  Yes.  That would be a lot of the
6   defense work, they want me to carefully go over
7   everything and explain what happened and why.
8       Q.  Now, if we broke that down into
9   testimony in the last four years, what percentage
10  do you testify for plaintiffs versus defense?
11      A.  100 percent plaintiff.  I have not been
12  asked to testify against the defendants by the
13  defense.
14      Q.  You mean on behalf of the defendant?
15      A.  I don't know the terms, but the
16  defense attorneys asked me to evaluate the cases
17  where I found that there was fault and I explained
18  everything.  Of course, I was not asked to testify
19  to hurt their client.
20      Q.  Do you review cases for the defense for
21  anybody in Florida?
22      A.  Yes.
23      Q.  Anybody that you regularly have contact

67

1   with?
2       A.  No.  Long firm names, Italian names on
3   the west coast, but I don't remember their names.
4   I'm sorry.  I don't keep a list of anything.  It is
5   not that frequent.
6       Q.  To your knowledge has any of your
7   opinions ever been disqualified or limited by any
8   court?
9       A.  None.  No fees have ever been rejected
10  by any judge either.
11      Q.  Have you ever worked with the law firm
12  of Searcy, Denney before?
13      A.  Yes.
14      Q.  Do you know how many times?
15      A.  No.
16      Q.  Do you have an estimate as to how many
17  cases you have reviewed for them?
18      A.  I don't.
19      Q.  Do you remember working with them in
20  the matter of Wax versus Tenant Health Systems?
21      A.  I remember the name Wax but I don't
22  remember the case.
23      Q.  Do you remember a case called Olszewski

68

1   versus Orlando Regional Health Care?
2       A.  Yes, but I don't remember the details.
3       Q.  Any other matters besides those and
4   this Docher matter that you recall working with
5   Searcy, Denney on?
6       A.  Yes, but I don't remember the names or
7   whatever the conditions were.  They don't have any
8   bearings on this case.  This is very unique.
9       Q.  That was going to be my next question,
10  have you been an expert in any case with similar
11  factual situation as this one?
12      A.  No.
13      Q.  I want to go through your report.  If
14  you turn to the page 1, the very top says the
15  complete statement of all opinions the witness will
16  express and the basis and the reasons for them and
17  the facts and the data considered by the witness in
18  forming them.  We learned today this report does
19  not contain all of your opinions, is that accurate?
20      A.  It does.  It contains all of my
21  opinions as of the date of this report.  If further
22  information becomes available as I put that in the
23  report then I reserve the right to make further

17 (Pages 65 to 68)

Sterba, MD - Tyke - 7/19/17

69

1  opinions.
2       Q.  My question was I thought today you've
3  given me an additional opinion that is not
4  contained in this report?
5       A.  Have I?
6       MR. HECHT:  I can't answer.
7       THE WITNESS:  All I said was that I thought
8  the hands were cuffed behind the back.  And in the
9  depositions they confirmed the hands were cuffed
10  behind the back.  I put it in the report as of the
11  date of this report I can't confirm if the hands
12  were cuffed behind the back.  If the information
13  becomes available, but it doesn't change anything.
14  BY MS. TYKE:
15       Q.  Okay.  We will go through the report.
16       A.  Okay.
17       Q.  It starts off it looks like a forensic
18  summary and your opinions?
19       A.  Right.
20       Q.  And there is a few questions that I
21  have as we go through this report.  The very first
22  paragraph you state Sheriff's office, SO officers
23  and eyewitness observed Mr. Docher to be agitated

70

1  and delusional.  When you state agitated and
2  delusional, can you specifically tell me what they
3  stated was his actions that led you to that
4  conclusion?
5       A.  References 1 and 2, and St. Lucie
6  statement forms.
7       Q.  I know what you are referencing.  What
8  I'm asking you is can you tell me specifically what
9  you read in those that led you to the conclusion
10  that he was agitated and delusional?
11       A.  They concluded that.
12       Q.  Have you concluded that?
13       A.  Yes.
14       Q.  What in their statements led you to
15  that conclusion?
16       A.  He was confused, he was nervous,
17  agitated and he believed something that wasn't
18  true.  But at CVS he had no evidence of what is
19  called excited delirium or super human strength or
20  anything to indicate drug overdose of any
21  sympathomimetic drug or cocaine or methamphetamine
22  type drug.  He was very polite, he was worried, he
23  wanted 911 called, he was scared.  I think his

71

1  number one emotion was that he was very fearful and
2  his delusion was bizarre, but he did not really
3  pose any serious threat to anybody at that point.
4  He asked for 911 to be called.  And he politely
5  said when the police show up I will be outside
6  smoking.  And that is before all of this started.
7  He was scared and he believed something that wasn't
8  true.
9       Q.  But we are also talking about the
10  Sheriff's officers, you reference them?
11       A.  Yes.  Their reports.
12       Q.  And that would have been with the
13  interaction with the Sheriff's officers, is that
14  accurate?
15       A.  And also interviewing the eyewitnesses.
16       Q.  You just talked about inside the CVS.
17  Now going outside the CVS you mentioned excited
18  delirium, do you believe at any time Mr. Docher was
19  suffering from excited delirium?
20       A.  Excited delirium is not a medical
21  diagnosis.  It is a term that is used by police and
22  EMS.  It's not found in the American Medical
23  Association international classification of disease

72

1  addition 9 called ICD-9 back in 2014 or even now,
2  ICD-10.  As an emergency physician I have to find
3  out why somebody would be confused or delirious and
4  why they would be agitated.  So your question, do I
5  think he had excited delirium, no.  He did not have
6  any evidence of what is called excited delirium
7  prior to the police showing up.
8       Q.  Once the police showed up did he have
9  any signs or symptoms of excited delirium?
10       A.  From reading the testimony of the
11  deputies that were there who interviewed him, he
12  was compliant.  He put the screwdriver down, which
13  was for his own personal protection.  He was
14  cooperative.  His arms were rather animated and he
15  was rather verbose, which was his personality
16  according to his mother's deposition or testimony
17  or videotape I should say.  During that period of
18  time there was no evidence of what is called
19  excited delirium.  Was he delirious, exceptionally
20  confused, agitated and violent, no.  There was
21  nothing like that there.
22       Q.  Once he was placed in the vehicle and
23  he fled was there any signs or symptoms of excited

Sterba, MD - Tyke - 7/19/17

73

1   delirium?
2       MR. HECHT: Form.
3       THE WITNESS: I think at that point he was
4   scared that he was going to die. He was fearful of
5   spec 14 6, that's special warfare SEAL team 6,
6   which he thought, and he saw a visual hallucination
7   that they were overhead in a black ops helicopter
8   attached to a local Sheriff's office and hiding
9   behind the brushes. He was fearful of his life and
10  fearful that the Arabs were going to kill him and a
11  family member. His primary emotion or mood at that
12  point or affect at that point was that he was
13  fearful.
14      Q. Do you believe at that point he was
15  showing signs or symptoms of excited delirium?
16      A. No, he was not. He actually
17  voluntarily put his hands behind his back. He was
18  cuffed. He was put into the squad car with 700
19  pounds of deputies. The three of them right there.
20  And he shot out, much to their embarrassment most
21  likely, and almost made it to the busy street. I
22  can't remember the street name. And it took
23  between 5 and 20 feet before they tackled him.

74

1       Q. Do you remember in any of the witness
2   statements that they described prior to him fleeing
3   from the vehicle that he attempted to bite the
4   officers?
5       A. I thought the biting was done after he
6   was put into the squad car.
7       Q. That's what I just said.
8       A. Yes. That all came about with his
9   paranoia accelerating. I can't tell you what was
10  in Tavares Docher's mind at that point, whether he
11  confused the police officers with Arabs or SEAL
12  team 6 or whatever. He was crying out. And I have
13  it right here on the DVD, please don't let them
14  kill me. I don't know if he was calling out to the
15  people witnessing this or to the deputies that were
16  restraining him. Nobody will know that.
17      Q. During the time that he was interacting
18  with the officers after he fled and he was on the
19  ground, do you believe that he was experiencing or
20  exhibiting any signs or symptoms of excited
21  delirium?
22      A. Yes.
23      Q. At that time you believe that he was?

75

1       A. He was resisting arrest, he was
2   fearful, he thought he was being killed. And was
3   he excited, yes. Was he delirious, yes. Was he
4   delusional, yes. I don't use the term excited
5   delirium, that is a police officer/EMS term.
6   Either way he was doing everything he could to get
7   away.
8       Q. Can you define for me what excited
9   delirium is?
10      A. Not really being that it is not a
11  medical diagnosis. What I can define for you is
12  that he was delusional, he was not agitated at the
13  beginning. And prior to actually being cuffed --
14  even though he was a Backer act at that time
15  according to the testimony, he was cuffed and being
16  put into the squad car. He did not show any
17  aggression, any agitation, he didn't fight, he was
18  agreeable. He laid down his screwdriver. He laid
19  it down actually and picked it up again at CVS. He
20  was exhibiting the same cooperative behavior of a
21  very scared individual. But excited delirium at
22  that point, no.
23      Q. When do you believe that he started to

76

1   show signs of aggression?
2       A. When he was fighting to get away from
3   the police -- I should say the Sheriff's office,
4   but if I say the police the same thing.
5       Q. Would that include the time that he was
6   in the vehicle and attempted to bite some of the
7   officers before exiting the vehicle?
8       A. I don't know when the bites occurred.
9       Q. Do you recall there being witness
10  statements that he attempted to bite officers while
11  he was still in the vehicle?
12      A. I don't remember. I would have to look
13  that over again before the trial as to when he
14  started biting and spitting and kicking. He did
15  try to knee one of the officers on the way out of
16  the vehicle, but his hands were behind his back,
17  that would be a hard one to do. He is a wiry 150
18  skinny man, if you will. Spitting and trying to
19  bite that was all happening. He did make his way
20  into the vehicle without any trouble, but running
21  out of the vehicle is when it all began, it seems
22  to me.
23      Q. The next line in your report you

19 (Pages 73 to 76)

Sterba, MD - Tyke - 7/19/17

77

1   discussed the smell of alcohol and that he had
2   reported drinking a Natty Ice, which is Natural Ice
3   beer. You describe it as having a high alcohol
4   content. Can you describe for me high alcohol
5   content?
6       A.  American watered down beer was 3 and a
7   half percent. Ales can get up to 7 and 8 percent.
8   I had to look up Natty beer because I never had
9   one. 5.9 percent alcohol to me is a high alcohol
10  content beer.
11      Q.  Are you comparing it to other alcohol
12  based drinks such as wine or hard liquors?
13      A.  No. Beer at our local store would have
14  right around 4 to 5 percent alcohol. 5.9 is
15  higher.
16      Q.  I just wanted to clarify when you said
17  high alcohol content if you were comparing it to
18  other alcoholic type of beverages?
19      A.  No. I'm comparing it to other beers.
20  It is hard to go above that without turning into an
21  ale.
22      Q.  Do you know how many Natty Ice Docher
23  consumed?

78

1       A.  He said he consumed more than one in
2   his testimony -- not testimony, but what was
3   mentioned that he had -- actually his comments made
4   to the deputies stated that he had -- I don't know
5   if it was a couple or a few. So I don't know how
6   many he had. His blood alcohol level was only .038
7   roughly .04. I don't know how many he had.
8       Q.  And can you quantify the .038 into how
9   many beers it would take to get to that level?
10      A.  No. And it is the timing, too.
11      Q.  Do you know when he consumed these
12  Natty Ice?
13      A.  No. He said he had more than one, but
14  they smelled the alcohol on his breath. Can you
15  smell alcohol on the breath of somebody who is
16  blowing a .04, yes. It doesn't mean he is legally
17  intoxicated to drive but he might be impaired. I
18  don't know.
19      Q.  Was there anything to indicate that he
20  was impaired?
21      A.  He had an altered mental status being
22  delusional and I don't know if that contributed to
23  it.

79

1       Q.  There was a place in your report that
2   mentioned that you thought that he had consumed
3   hard liquor?
4       A.  That was mentioned, yeah, by one
5   report.
6       Q.  Do you remember what type of hard
7   liquor that would be?
8       A.  The word hard liquor was only used.
9       Q.  Do you know when he would have consumed
10  that?
11      A.  No. It was a comment made.
12      Q.  You have no idea as to how much he
13  would have consumed?
14      A.  I didn't see anything in the record.
15      Q.  You mentioned his blood alcohol level
16  of .038 percent that was drawn over at the St.
17  Lucie County Medical Center, is that accurate?
18      A.  Yes.
19      Q.  And you would agree with me that is
20  below the Florida State legal limit of .08 percent?
21      A.  For what?
22      Q.  For blood alcohol level for drunk
23  driving?

80

1       A.  Yes. But you can still be impaired.
2   Family members that don't drink at .04 might be
3   somewhat impaired. It looks like he might have
4   been drinking on a regular basis. He had alcohol
5   on board in the past, so I really make any comments
6   other than two people documented, and it was passed
7   on to Rosario, that is Jose Rosario, paramedic. I
8   will just refer to him respectfully as Rosario. As
9   the smell of alcohol was on his breath by two of
10  the deputies.
11      Q.  And that goes to another question I was
12  going to ask, are you aware of Mr. Docher's history
13  with alcohol use?
14      A.  Yes. It was mentioned in some of the
15  EMS run sheets from Miami.
16      Q.  Have you seen any of the medical
17  records from Broward Imperial Hospital where he was
18  treated for alcohol intoxication?
19      A.  No.
20      Q.  And do you know as to what his
21  impairment level given his history with drinking a
22  .03 would have on him?
23      A.  No.

20  (Pages 77 to 80)

Sterba, MD - Tyke - 7/19/17

81

1   Q.  It was also mentioned in your report
2   about suspected drug abuse?
3       A.  That was brought up by the deputies
4   mentioned to Rosario documented in Rosario's EMS
5   run sheet that alcohol and unknown drugs would be
6   involved being that he was so strong and
7   delusional.
8       Q.  Have you seen the lab reports from St.
9   Lucie County Medical Center that has the toxicology
10  screen for various drugs?
11      A.  Yes.  And the only thing that I found
12  in the records that I received was THC, marijuana.
13      Q.  A trace?
14      A.  A trace, but I don't know if there were
15  any other drugs that were mentioned.  Again, my
16  records are limited.
17      Q.  I have here the labs.  And, Doctor,
18  what I have handed to you is a copy of the drug
19  screen report for Tavares Docher from St. Lucie
20  County Medical Center which previously has not been
21  disclosed to you.  Do you see the various drugs
22  that he was screened for?
23      A.  Coke, amphetamines, barbs, benzos, none

82

1   detected.  That is a qualitative measurement.  He
2   had Ativan given, that's strange.  Unless it's
3   looking at a metabolite and there was not enough
4   time to measure the byproduct of Ativan breakdown,
5   if you will.  Opiates, PCP and ecstasy, that is all
6   they checked.  And I thought I had something from
7   the ER.  The only thing I do remember is THC.
8       Q.  And you have not seen this before?
9       A.  No.
10      Q.  And so he would have been screened
11  negative for those various drugs that you just read
12  out?
13      A.  Yes.  It is not a comprehensive screen,
14  but that is what they tested for a few years back.
15      Q.  Do you have any other information, any
16  facts that would support that he was on any type of
17  illegal drugs?
18      A.  No.  When you look at his behavior at
19  CVS, it seemed he was afraid, mildly delusional and
20  seeking help and worried.  I don't see any
21  toxidromes, that is a constellation of signs and
22  symptoms that would point to any particular drug
23  that would overwhelm his ability to reason or act.

83

1   He was just scared and confused and delusional.
2       Q.  Do you have any opinion as to whether
3   he was on any illicit drugs at the time of the
4   incident on May 11, 2014?
5       A.  No, I don't.  I don't see any evidence
6   in the chart or his behavior I should say prior to
7   the incident with the deputies that he was on
8   anything.  That would have been quite significant.
9   And I do have something on page 7 of 14 that is
10  very similar to your printout here of urine tox
11  screen, urine drug screen.  So what you have is
12  similar to what was in the ER chart.  Eight drugs.
13  And all it is is a qualitative presume positive.
14  What you have is a quantitative whatever it was.
15      Q.  Presumptive positive.
16      A.  Okay.  It's the same thing.
17      Q.  And that is for the THC?
18      A.  Yes.
19      Q.  Which is marijuana?
20      A.  Right.  Even though I raised the
21  question of being on any other dangerous alcohol
22  like methanol or antifreeze, there was no osmolar
23  gap to indicate another alcohol in his system that

84

1   was affecting the measurement of the number of
2   particles in his blood stream osmolarity or
3   osmolality.  He didn't have any of that and no
4   crystals were seen on his urine testing.  All we
5   have is alcohol and a little bit of THC.
6       Q.  And as far as when he either consumed
7   or inhaled or however he did the THC, we don't
8   know?
9       A.  No, we don't.
10      Q.  As you were writing out your summary of
11  the facts in this case, this is your understanding
12  of all of the facts that you've learned through the
13  materials that you've read?
14      A.  Yes.
15      Q.  And the last paragraph on paragraph 1
16  you talk about when he's handcuffed by the
17  officers, when he escapes, when he thrust his knee
18  into one of the officers, when they are hanging
19  onto him 8 to 10 feet before forcibly being taken
20  to the ground with the handcuffs behind his back,
21  unable to protect his head from subsequent blunt
22  force trauma.  It sounds to me when you discussed
23  earlier you reviewed the officers' deposition, what

Sterba, MD - Tyke - 7/19/17

85

1   you were talking about that it confirmed what was
2   in your report, is that accurate?
3       A.  Yes.
4       Q.  So it is just an additional source of
5   information for that part of your report, is that
6   accurate?
7       A.  Sure.
8       Q.  And when you talk about subsequent
9   blunt force trauma, what are you talking about?
10      A.  Where are you at?
11      Q.  Page 1 of your report, the last
12  paragraph, unable to protect his head from
13  subsequent blunt force trauma.
14      A.  With being cuffed behind his back and
15  tackled with a 205 pound Deputy Newman on his back,
16  he had blunt force trauma to his head when he got
17  taken down to the asphalt.
18      Q.  Can you describe for me the specific
19  trauma that he sustained to his head?
20      A.  Bilateral nasal fractures and
21  contusions about the face that are listed on the
22  next page documented by the emergency physician,
23  head laceration to the right side of his head, head

86

1   bilateral depressed fractures of the facial nasal
2   bone, extensive soft tissue swelling over the face.
3       Q.  Is it your opinion that --
4       A.  That came from the medical record.
5       Q.  Sure -- - the bilateral nasal fractures
6   occurred when he was taken to the ground?
7       A.  I can't tell you when it happened. I
8   can't tell you when it happened. But it happened,
9   I believe, as a result of falling, having somebody
10  on him. And he did have strikes to the head, but
11  there is nothing in the chart to show that he had
12  strikes to his nose. More likely than not with
13  medical certainty it was the result of a face plant
14  with his hands handcuffed behind his back being
15  tackled to the asphalt with a deputy on his back.
16      Q.  Is there a description of the
17  laceration to the right side of his head?
18      A.  Yes, in the ER chart.
19      Q.  And what is that description in the ER
20  chart?
21      A.  However long it was it was sutured. I
22  can look it up. It's there.
23      Q.  Was there any evidence of internal head

87

1   trauma?
2       A.  This is blunt force head traumatic, but
3   the CT was negative for any intracranial
4   hemorrhage.
5       Q.  And just in layman's terms that means
6   there was no evidence on CT of any internal bleed
7   in the brain?
8       A.  No brain bleed.
9       Q.  Was there any evidence on the CT scan
10  of any skull fracture?
11      A.  None. Facial fractures, yes, but not
12  skull.
13      Q.  According to your review of the
14  materials in this case was Tavares Docher acting
15  agitated prior to the fall that occurred when him
16  and the officers kind of all came down together
17  after he escaped from the vehicle?
18      A.  Did you ask was he agitated before the
19  fall?
20      Q.  Yes.
21      A.  He was fearful, somewhat agitated, yes,
22  he was waiving his arms about with rather pressured
23  speech talking a lot about the visual

88

1   hallucinations that he was seeing, so there was
2   agitation.
3       Q.  Was there also aggression exhibited by
4   Mr. Docher --
5       A.  No.
6       MR. HECHT:  Let her finish.
7       BY MS. TYKE:
8       Q.  Can I finish my question.
9       A.  I'm sorry, yeah.
10      Q.  Let me back up. Sorry. Was there any
11  aggression exhibited by Tavares Docher prior to the
12  fall with the law enforcement officers after he
13  escaped from the vehicle?
14      A.  Yes. He tried to knee one and maybe
15  bite or something when he ran through the three
16  deputies.
17      Q.  How would you describe the laceration
18  that he sustained on the right side of his head?
19      A.  Page 3 of 14 laceration management of
20  wound, I would basically just read what the
21  emergency physician described it as, a right
22  temporal 3.0 centimeter laceration without foreign
23  body. It required 5-0 Prolene sutures, a simple

22  (Pages 85 to 88)

Sterba, MD - Tyke - 7/19/17

89

1    suture, simple repair, that's all I can say.
2        Q.   You have no other information other
3    than what is contained in the emergency physician's
4    report?
5        A.   No.
6        Q.   As your report goes on it talks about
7    Mr. Docher resisting arrest, spitting, kicking and
8    trying to bite the officers?
9        A.   Yes.
10       Q.   So if you turn to page 2, your first
11   full paragraph discusses further physical restraint
12   upon Mr. Docher by the SO officers including
13   strikes to his face, head, chest and major muscles
14   of his right and left gluteal or buttocks and lower
15   back muscles, and that is based upon your review of
16   the materials, did the review of the deposition of
17   the officers add any additional information?
18       A.   Let's see.  References 2 through 4,
19   handwritten notes.  Not depos but the handwritten
20   notes, and the use of force incident report, and
21   the incident investigation report.  That is why I
22   mentioned it as such.
23       Q.   And it looks like here you list 1

90

1    through 8, which is the documentation from the
2    emergency department of the various injuries that
3    he came in with, is that accurate?
4        A.   Yes.
5        Q.   And as to when he sustained all of
6    these various injuries during his interaction with
7    law enforcement up until the time that he was taken
8    to the emergency room, do you have any opinion as
9    to the timing of these?
10       A.   No.
11       Q.   The last one, number 8, can you explain
12   for me what that is?
13       A.   Yes.  The skeletal muscles have a very
14   sticky protein and when there is damage to the
15   skeletal muscles you can release this protein into
16   the blood stream, and that is what that means.
17       Q.   And when we are talking about skeletal
18   muscles, can you me what those are?
19       A.   Buttocks, lower back, the bruising over
20   major muscles groups and the video actually showed
21   that, the strikes.
22       Q.   When this muscle protein is released
23   into the circulation, does that cause anything or

91

1    affect anything with Mr. Docher?
2        A.   Yes.  It can cause kidney damage.
3        Q.   Was there any evidence of kidney
4    damage?
5        A.   Indirectly, that's why he was put on
6    special IV fluids and it showed up in his urine.
7        Q.   If we turn to page 3 of your report we
8    already talked about the blood alcohol level.  You
9    talked about -- in your second paragraph, because
10   of the cardiopulmonary arrest that the emergency --
11   does ED mean emergency doctor?
12       A.   No.  Emergency department.
13       Q.   Emergency department was unable to
14   determine a complete medical history?
15       A.   Right.
16       Q.   In your review of the materials in this
17   case do you have any evidence that Mr. Docher was
18   taking or was prescribed antipsychotic medication
19   prior to May 11th, 2014?
20       A.   I do not.
21       Q.   Do you have any evidence that in this
22   case or facts that support that he was taking
23   prescription medications?

92

1        A.   No.  Unknown.
2        Q.   And the same question for illicit
3    medications?
4        A.   The same.  Unknown.
5        Q.   And you also talk about do you believe
6    that Mr. Docher was an alcoholic?
7        A.   I don't know.
8        Q.   Do you believe that he had a history of
9    alcohol dependence?
10       A.   I don't know.
11       Q.   Have you seen anything that would
12   support that he was suffering from alcohol
13   withdrawal?
14       A.   No.
15       Q.   Or that he was suffering from delirium
16   tremors or DTs?
17       A.   No.  Or Wernicke's encephalopathy or
18   malnutrition, those are all consideration for an
19   emergency room physician for an unconscious
20   patient.
21       Q.   Did this affect in any way the ability
22   of the emergency room physician to be able to
23   provide care and treatment to Mr. Docher?

23 (Pages 89 to 92)

Sterba, MD - Tyke - 7/19/17

93

1      A.  No.  I don't have any negative comments
2  about the care rendered in the ER.  If I say ER, I
3  just mean ED.
4      Q.  I was trying to determine if the lack
5  of being able to obtain this information affected
6  the emergency department ability to treat or if you
7  have any comments about their treatment?
8      A.  I don't.
9      Q.  On page 4 you talk about the various --
10  your understanding of the facts prior to the
11  arrival of the emergency medical services EMS for
12  St. Lucie County Fire District from arriving.  And
13  then you say shortly before EMS arrived at an
14  unknown time, and were you able to later through
15  the run report determine what time they actually
16  arrived on scene?
17      A.  Yes.
18      Q.  Mr. Docher suddenly lost consciousness
19  as witnessed by the SO officers?
20      A.  Yes.  Specifically the former EMT
21  Deputy Mangrum who placed him unconsciously in the
22  recovery position and checked his pulse.  Although
23  nothing was ever mentioned as to what his pulse

94

1  was, rapid or weak or bounding.  And respirations,
2  other than it was shallow, which is very abnormal
3  for someone who was nearly asphyxiated to death.
4      Q.  When you say shallow breathing, can you
5  describe that for me?
6      A.  Abnormally inadequate exchange of air.
7      Q.  Would that mean that somebody -- well,
8  let's go.  What is the normal respiratory rate for
9  an adult male?
10      A.  It varies, but it can be like maybe 16
11  to 18 or so, but you have to also look as to not
12  just the rate but the depth.  And normal breathing
13  in and out versus heavy breathing versus
14  hyperventilation versus inadequate ventilation
15  breathing or inadequate shallow breathing.
16      Q.  How would that be observed?
17      A.  For having not been able to speak but
18  one to two word sentences, gasping saying I can't
19  brrr, and he didn't have enough air in his lungs to
20  say the word breath.  It is right here and I can
21  actually pull that up.
22      Q.  We will get to that in a minute.  I'm
23  asking generally how would one be able to observe

95

1  that?
2      A.  I observed it before he lost
3  consciousness with --
4      Q.  I'm just talking generally, not about
5  Mr. Docher, just generally how would one observe
6  somebody who is exhibiting shallow breathing?
7      A.  Where it looks like he is not breathing
8  very well.
9      Q.  Would that be gasping?
10      A.  Gasping would be struggling to breathe,
11  having a shortness of breath or dyspnea.  Shallow
12  breathing would be inadequate ventilation.
13      Q.  Would someone with inadequate
14  ventilation have a higher or lower respiratory
15  rate?
16      A.  Both.  You can have shallow slow
17  respirations or shallow fast respirations.  We
18  don't know the rate.
19      Q.  Would shallow breathing affect
20  somebody's 02 level?
21      A.  It could.
22      Q.  How would that be affected?
23      A.  If the breathing was inadequate -- and

96

1  it was inadequate for him because he couldn't
2  breathe with a deputy stepping on his chest and
3  pulling his arms up in reverse hanging, you can see
4  that on the video that he was panting with very
5  shallow respirations only able to say okay, all
6  right. I can't brrr.  And he actually ran out of
7  air before he said the word breathe at 37 to
8  38 seconds into that video.
9      Q.  Do you know the time that the video was
10  taken?
11      A.  The time of day?
12      Q.  Yes.
13      A.  No.
14      Q.  Do you know when in the course of the
15  interaction with the law enforcement officers that
16  the video was taken?
17      A.  Roughly, but not accurately.
18      Q.  When do you understand it to be?
19      A.  EMS was dispatched, we can look up at
20  the timeline, but I don't have the exact minutes as
21  to when these things happened.
22      Q.  How do you know that EMS was already
23  dispatched when that video was taken?

24  (Pages 93 to 96)

Sterba, MD - Tyke - 7/19/17

97

1    A.  I don't.  We're trying to get you
2 medical help, I'm assuming that EMS had been
3 dispatched.  I would have to go back over the
4 timeline for the trial to find out when.  I don't
5 have any timeline of the cell phone video to match
6 it accurately.
7    Q.  You don't know one way or the other if
8 EMS had been dispatched at that point?
9    A.  At the minute 37 to 38 second mark I
10 don't know.
11    Q.  And do you know when in relation to
12 when EMS actually did arrive that that video was
13 taken?
14    A.  No.
15    Q.  And you mentioned in your report how
16 long he lost consciousness, you don't know the
17 duration of time?
18    A.  I don't.  One other thing I did
19 request, it comes to mind, as far as setting up a
20 timeline, was there any CVS video taken of the
21 parking lot.
22    Q.  And you have not seen that?
23    A.  Is there one of the parking lot?

98

1    Q.  Yes.
2    A.  There is.  How come I have not seen it
3 as the forensic examiner?
4    Q.  I don't know.
5    A.  Oh, okay.  So I reserve the right to
6 amend my report and come up with more opinions once
7 that video with the timeline on it is presented to
8 me so I can put together how long he was
9 unconscious and how much time elapsed before EMS
10 showed up.
11    Q.  Did you review -- you did receive as
12 part of your review the incident investigation
13 report, did you not read the paragraph that goes
14 into detail as to the contents of the CVS parking
15 lot video?
16    A.  Yes, but I haven't seen the video.
17    Q.  Did you see the timeline where it goes
18 minute by minute as to what the video actually
19 shows?
20    A.  No.
21    Q.  It is in the report and materials that
22 you have been provided?
23    A.  I would like to see that again.  Let me

99

1 make sure.  Do you have it there so I can find it
2 in mine?
3    Q.  You list it as number 2 of your
4 exhibits.
5    A.  The timeline for the video from CVS.
6    Q.  So the video itself is something that
7 you have asked for and you have not been provided
8 in this case?
9    MR. HECHT:  Form.
10    BY MS. TYKE:
11    Q.  Doctor.
12    A.  I'm thinking.  You mentioned this as
13 one of my references on page 15, what number?
14    Q.  Number 2.
15    A.  St. Lucie County Sheriff's office
16 incident investigation report.  Okay.  I know where
17 that is.  It says I then reviewed the CVS in store
18 video Docher seen entering at 17:57.  I don't have
19 that other than the case supplemental report by
20 Blatchford.
21    Q.  So you don't actually have the video?        .
22    A.  No.  At 18:20 Docher in handcuffs, Docher
23 18:22 the deputies appear back in camera, Docher

100

1 appears on the ground, struggling to control
2 Docher.  18:21, a minute earlier, Sean Mahoney and
3 Docher are on camera at the register purchasing
4 drinks.  This is a different view.  This is
5 outside, inside.  I read all of this.
6    Q.  So you have read this?
7    A.  Yes.
8    Q.  But you have actually not seen the
9 video?
10    A.  I would like to.  I asked for it but I
11 haven't seen it.
12    Q.  You talk about -- again, going to page
13 4 of your report, the various interactions that he
14 has with law enforcement prior to EMS arriving, and
15 we talked about the loss of consciousness.  You
16 state then that Docher's condition in the field at
17 this point was critical and unstable?
18    A.  Absolutely.
19    Q.  Can you describe for me what you mean
20 by critical and unstable?
21    A.  He's in shock, he's unresponsive, his
22 Glasgow coma scale would be 3, that is as low as
23 you can go.  He has just sustained a loss of

25  (Pages 97 to 100)

Sterba, MD - Tyke - 7/19/17

101

1    consciousness as a result of physical restraint by
2    improvised non-approved torturous method, even
3    though it was not torture, it was very painful,
4    with a foot stepping on his back and his arms
5    pulled to 90 degrees restricting his ventilation,
6    which by definition when you restrict the exchange
7    of $CO_2$ and oxygen is asphyxiation, and a synonym
8    for that is suffocation, resulting in a loss of
9    consciousness.
10       He actually -- right at the video that you
11   don't want me to play, but at seconds 37 and 38
12   after Deputy Mangrum says the F bomb word and he
13   says okay.  Docher says okay or something, I can't
14   brrr.  And he is not able to actually say the word
15   breathe because he has no air left to actually
16   speak at that point.  So that is suffocation or
17   asphyxiation followed by a loss of consciousness,
18   which would be shock.  We don't know the blood
19   pressure.  You don't have to have a measurement of
20   blood pressure to say someone is in shock if
21   they're unconscious having been asphyxiation.  You
22   don't have to be dead from asphyxiation to say that
23   somebody was being asphyxiated either.

102

1       Q.   Can you tell me what, if any, injury he
2    sustained because of the asphyxiation?
3       A.   Hypercapnia, hypoxia, not traumatic,
4    but in this case restricted ventilation with rise
5    in $CO_2$ probably into the narcotic range and you do
6    not lose consciousness as a result of elevated
7    carbon monoxide.  It just makes you very, very
8    sick.  The narcotic effect makes you very dizzy,
9    confused, agitated.  All of that I have observed in
10   my own human experimentation.  And hypoxia as a
11   result of not being able to get enough oxygen into
12   his blood stream, that results in a build-up of
13   lactic acid, metabolic or in this case respiratory
14   acidosis from restricted ventilation.  So what
15   injury, asphyxiation is an injury.  It's induced.
16      Q.   And what is respiratory acidosis?
17      A.   When you can't exchange $CO_2$ and oxygen
18   due to at impairment of ventilation exchange of $CO_2$
19   and oxygen, your $CO_2$ will rise and your oxygen will
20   drop.
21      Q.   What is the treatment for somebody who
22   has respiratory acidosis?
23      A.   Breathe.

103

1       Q.   And you describe in your report as
2    metabolic acidosis, is it the same thing?
3       A.   No.  The metabolic acidosis is a result
4    of a 16 minute period of time from injection until
5    they got him back into normal sinus rhythm, that is
6    NSR.  There is a 16 minute period of time after the
7    injection until normal sinus rhythm and a good
8    blood pressure was found by the paramedics after
9    the successful resuscitation of getting back a
10   pulse and a blood pressure.  That resulted in a
11   rapid build-up in acid, and that is determined by
12   lab testing in the emergency department.
13      Q.   And what is the treatment for metabolic
14   acidosis?
15      A.   If the patient is ventilated bicarb
16   fluids but also having appropriate ventilator
17   settings to eliminate any excess $CO_2$.
18      Q.   And just so I --
19      A.   And fluids.
20      Q.   Please correct me if I'm
21   misunderstanding your opinion, do you believe that
22   he was -- that he had metabolic acidosis prior to
23   the injection or that he had metabolic acidosis as

104

1    a result of the time between the injection and when
2    he was returned to sinus rhythm?
3       A.   The cause of his acidosis metabolically
4    was restricted ventilation.  We don't have any
5    evidence of a blood gas in the field naturally.
6       Q.   Right.
7       A.   As far as a metabolic disturbance it
8    would be classified as respiratory acidosis as the
9    metabolic disturbance that you see as a
10   contraindication in the use of Ativan.  When they
11   talk about a metabolic disturbance they refer to
12   hypoglycemia or low blood sugar or hypoxia, which
13   is a low oxygen level in your inhaled breath or in
14   your blood stream.  Actually in the blood stream
15   it's hypoxemia.  And so he had that, that was his
16   metabolic disturbance, but the medical term for it
17   would be respiratory acidosis as the metabolic
18   disturbance.  I am not splitting hairs.  This is
19   what I teach.
20      Q.   No.  I appreciate the clarification.
21      A.   And then in the ER with such a long
22   period of time without a pulse your body continues
23   to pour out much more lactic acid and other acids.

26 (Pages 101 to 104)

Sterba, MD - Tyke - 7/19/17

105

1 Therefore, you have a metabolic acidosis on top of
2 the preceding respiratory acidosis. That is why
3 his pH was so low.
4     Q.  Would that also be something that you
5 would see in somebody who had suffered a cardiac
6 arrest?
7     A.  Yes.
8     Q.  Going back to describing that Docher's
9 condition was critical and unstable, would you
10 consider his condition when emergency medical
11 services arrived as a medical emergency?
12     A.  Yes.
13     Q.  And then you go over the five ongoing
14 problems that he was suffering from, number one,
15 was alcohol ingestion of hard liquor and then
16 Natural Ice, amounts and timing unknown?
17     A.  Right.
18     Q.  When you talk about that he was -- has
19 a problem with alcohol ingestion, can you describe
20 for me what, if any, affects he was having from the
21 alcohol?
22     A.  No.
23     Q.  Why do you describe that as a problem?

106

1     A.  As mentioned before the combination of
2 alcohol and a Benzodiazepine can bring on
3 respiratory depression and respiratory arrest. So
4 the use of Ativan with alcohol ingestion is risky
5 although we do use Ativan with acute alcohol
6 intoxication. We have to be very weary that the
7 person can have further respiratory depression.
8 And that is actually found in the EMT books, so
9 that is part of Rosario's training. Ativan has
10 been used with alcohol intoxication. It's risky.
11 And in the emergency department setting and
12 sometime in the EMS setting it can be used. But
13 when you combine it with shock, coma. Not
14 respiratory depression, respiratory arrest almost
15 with maybe some degree of recovery with him having
16 shallow respiratory, you have a number of
17 contraindications and risks when you combine it.
18 Being that there is some degree of alcohol onboard
19 that is considered a risk.
20     Q.  But it is not an absolute
21 contraindication to using Ativan?
22     A.  No. It is a risk.
23     Q.  You talk about suspected drug abuse of

107

1 unknown drugs, but you would agree with me that
2 there is no facts that support that he was on any
3 type of illicit drug at the time?
4     A.  The testing was only eight drugs in the
5 urine tox screen, which is not very comprehensive.
6 He may have had other drugs bring on psychotic
7 behavior or he might have been psychotic from
8 schizophrenia that's not treated.
9     Q.  You have no facts or basis to say that
10 he was on any illicit drugs?
11     A.  That's why I said suspected drug abuse
12 of an unknown drug or drugs which was mentioned by
13 the police which may have resulted in his
14 delusional state and worsening the agitation and
15 fighting. It's a factor for anybody that comes
16 into the ER.
17     Q.  So it's a factor to consider but it's
18 not one that we have any facts to support that he
19 was on any illicit drugs, right?
20     A.  Right.
21     Q.  And are these five ongoing problems,
22 are these considerations or are they actual
23 problems that he was suffering from?

108

1     A.  It would be on the differential, the
2 possibilities, some of which cannot be proven.
3     Q.  Because there is nothing to support the
4 illicit drugs?
5     A.  That doesn't mean that it wasn't there.
6     Q.  You have nothing in the facts to
7 support that he was on illicit drugs?
8     A.  The drug testing was incomplete.
9     Q.  That's not my question. Do you have
10 any facts that you can show me in this matter that
11 he was on any illicit drugs?
12     A.  No. Just the suspected co-ingestion
13 which is also brought up in the EMT training that
14 you have to consider other drugs as well as alcohol
15 intoxication.
16     Q.  Delusions and paranoia and fear of
17 being killed is another ongoing problem that you
18 describe?
19     A.  Yes.
20     Q.  Blunt force head trauma with bleeding
21 and sudden loss of consciousness?
22     A.  Yes.
23     Q.  Any other problems that he had when EMS

27 (Pages 105 to 108)

Sterba, MD - Tyke - 7/19/17

109

1    arrived?
2         A.  I didn't bring it out, but his altered
3    mental status is still present.  He was suddenly
4    combative and not following directions.  If you
5    can't get an accurate Glasgow coma scale, I feel it
6    was reduced, even though it wasn't accurately
7    measured as far as the response to the eyes, the
8    verbal response and the motor response was very
9    impaired.
10        Q.  Let's talk about when Jose Rosario
11   arrives at the scene.  What is your understanding
12   as to the information that he was actually provided
13   by law enforcement as to what had been going on
14   with Mr. Docher?
15        A.  Alcohol, drugs were a consideration,
16   resisting arrest and that he had fallen.
17        Q.  In regards to the resisting arrest,
18   what is your understanding as to what law
19   enforcement told him as to the various tactics that
20   were used with Mr. Docher?
21        A.  I'm not sure what you asked.
22        Q.  Sure.  What I'm trying to find out is
23   do you believe that Jose Rosario -- on page 4 you

110

1    go over the different types of trauma that he
2    sustained due to blunt force, such as to his head,
3    to his chest, to his collarbone, shoulders,
4    buttocks, to his face, do you have any information
5    that law enforcement informed either Mr. Sinclair
6    or Mr. Rosario as to what areas of the body that
7    they used force on Mr. Docher?
8         A.  No, nothing there.  They never split
9    out what was caused by his fall versus what they
10   caused themselves.
11        Q.  Do you have any information that they
12   disclosed to Mr. Rosario -- other than what he
13   observed with the facial injuries, any other
14   injuries that he might have sustained in other
15   parts of his body?
16        A.  I'm not sure what you are asking
17   because in the chart it does talk about head injury
18   not just facial.  The word head is mentioned, so we
19   have head trauma, fall.
20        Q.  What I'm trying to find out is did you
21   see anywhere in any of the depositions, the notes
22   that there was information provided to Mr. Rosario
23   that he could have had a fractured collarbone,

111

1    shoulder contusion, abrasions to other extremities,
2    severe skeletal muscle damage to his lower back or
3    buttocks or anything like that?
4         A.  No.
5         Q.  Was there any information provided to
6    Mr. Rosario that Mr. Docher's arms, as you
7    described them, were being held behind his back at
8    a 90 degree angle while they were handcuffed while
9    a law enforcement officer stepped on his back?
10        A.  There is no information that that was
11   presented to Rosario.
12        Q.  Any information that it was presented
13   to Mr. Sinclair?
14        A.  Not that I saw.  He didn't know about
15   this unapproved improvised tactic by Mangrum.  And
16   it wasn't the officers, it was Mangrum.
17        Q.  He is an officer?
18        A.  It wasn't the other officers.  You said
19   officers that did this.  No, it was just Mangrum.
20        Q.  I see what you're saying.  And was
21   there any discussion with Mr. Rosario regarding the
22   loss of consciousness observed by Mangrum?
23        A.  Let me just quickly look at the EMS

112

1    documentation that I have here.
2         Q.  Sure?
3         A.  Whether or not Rosario knew that he was
4    -- well, when he got there he was not responding,
5    so.
6         Q.  Is your understanding that as soon as
7    Mr. Rosario arrived on scene that he immediately
8    made contact with the patient?
9         A.  Yes.  No.  The answer to your question
10   as far as the preceding loss of consciousness it is
11   not mentioned in the EMS record.
12        Q.  Do you remember in the various
13   statements and in Rosario's deposition that he
14   describes when they first arrived upon the scene
15   they witnessed Mr. Docher struggling with law
16   enforcement officers?
17        A.  Yes.  And that is also in the EMS
18   record.  The SO officers were subduing him and
19   seemingly controlling him.  He was controlled --
20        Q.  Seemingly?
21        A.  Yeah.  It wasn't an out of control
22   situation with the 150 pound person getting away
23   with it with three officers.  He was controlled.

Sterba, MD - Tyke - 7/19/17

113

1    Q.  And in the EMS report, is it correct
2  that Mr. Rosario did observe a laceration to the
3  head but described that it was not bleeding at the
4  time?
5    A.  Um-hmm, with minimal to no bleeding.
6  MR. HECHT:  Was that a yes?
7  THE WITNESS:  Yes.
8  BY MS. TYKE:
9    Q.  So as far as the information that Jose
10  Rosario knew at the time, and what is your
11  understanding as to his understanding of Mr.
12  Docher's condition other than the suspected drug
13  use and smell of alcohol and observed laceration to
14  his head?
15    A.  That he was on the ground, officers
16  subduing and controlling him, that he was very
17  combative and would not stay on the LSB long spine
18  board with CID, cervical immobilization device.
19  But we also see from the testimony that when he
20  came around and he could not be subdued or reasoned
21  with or whatever that he kicked Rosario in the leg.
22  At one place I read that Rosario actually fell down
23  on his butt, and in another place said that he

114

1  almost fell down.  It looks like he got taken by
2  surprise, which has happened to me over eight years
3  of ambulance work.  So that is my assessment.
4    Q.  And then your report goes into the
5  initial assessment done by Mr. Rosario, it talks
6  about that the patient's airway was patent, which
7  means open?
8    A.  Patent, the airway is open.
9    Q.  And open means what?
10    A.  Not obstructed.
11    Q.  And it says respirations were rapid,
12  abnormal?
13    A.  Yes.
14    Q.  Radio pulse at rest was rapid,
15  abnormal?
16    A.  Yes.
17    Q.  Skin was moist, which is abnormal?
18    A.  Right.
19    Q.  And breathing quality was fast, 20 to
20  30 breaths per minute?
21    A.  Right.
22    Q.  Is there a difference between where you
23  say respirations were rapid and breathing quality

115

1  was fast?  And I'm looking at page 5 of your
2  report.
3    A.  I'm there now.  Breathing quality was
4  fast.
5    Q.  Right.  And what I'm trying to decipher
6  is the difference between where you say the
7  respirations were rapid abnormal and you say
8  breathing quality was fast 20 to 30 breaths per
9  minute?
10    A.  The rate was rapid, which is abnormal,
11  and the breathing quality was fast, the
12  respirations were rapid abnormal meaning that there
13  is no number to it, but then the breathing quality
14  was fast at 20 to 30 beats per minute.
15    Q.  Breaths.
16    A.  Breaths.  How about a little break.
17  (A recess was then taken.)
18  BY MS. TYKE:
19    Q.  I guess my question is, just from a lay
20  person, what is the difference between when we
21  describe respirations and breathing quality?
22    A.  Respirations can be described both
23  ways.  The quality of breathing, shallow,

116

1  inadequate, gasping, as you mentioned before.  And
2  we don't have a lot of that in the chart.  We have
3  the respiratory rate of 20 to 30, that is
4  abnormally fast.  That's all I can say.
5    Q.  And we talked about the difference that
6  respirations, the pulse, the skin moisture all
7  being abnormal, what is the normal range for
8  respirations, I think you said between 18 --
9    A.  Maybe 12 to 18.
10    Q.  For pulse what is the normal?
11    A.  Anything above 100 is called
12  tachycardia.
13    Q.  Skin moisture, does that mean sweat?
14    A.  Yes.
15    Q.  The fact that he has rapid respirations
16  and his pulse is elevated and then he has sweat or
17  moisture on his skin, would that be something that
18  would be an unusual finding for somebody who has
19  been in a struggle?
20    A.  Yes.
21    Q.  So the fact that he had -- so if you
22  are in a struggle you normally don't have elevated
23  respiration?

29  (Pages 113 to 116)

Sterba, MD - Tyke - 7/19/17

117

1      A.  Prior to the struggle he probably
2  didn't have any of these, even though we don't have
3  documentation.  After the struggle he is breathing
4  too fast, his heart rate is too fast, his skin is
5  moist and it should be dry.  We still don't know
6  the number one contraindication for the use of
7  Ativan, which is hypotension.
8      Q.  Wait, wait.
9      A.  We don't have a blood pressure and we
10 don't have a pulse ox, so the vitals are incomplete
11 at this point.
12     Q.  Just going back so that I understand.
13 You would find it to be unusual that somebody who
14 has just been through a struggle and is currently
15 struggling with law enforcement, for their
16 respirations to be elevated?
17     A.  If they're physiologically abnormal but
18 expected if somebody is struggling against
19 resistance.
20     Q.  And the fact that he has an elevated
21 pulse and that he has been in a struggle and is
22 currently in a struggle, is that something that you
23 would find to be unusual?

118

1      A.  No.
2      Q.  The same with the fact that he has skin
3  moisture, sweating, the fact that he was involved
4  in a struggle and currently in a struggle, is that
5  an unusual finding?
6      A.  No, it is not.
7      Q.  Now, you talked about the fact that we
8  don't have a pulse ox and that we don't have a
9  blood pressure, how do you, as an emergency
10 physician, go about obtaining those in a patient
11 who is currently in the midst of a struggle?
12     A.  You can assess the pulse to find out if
13 it's weak and thready, in other words, the blood
14 pressure might be very, very low or if you can't
15 even feel it at the wrist, which would mean it's
16 far too low.  If you can't get a blood pressure
17 cuff on somebody -- it is never described here.  It
18 is just the heart rate of 110.  And let me back up
19 to the EMS run sheet here.
20     Q.  Sure.
21     A.  He really didn't assess any of this at
22 18:36 on page 1 of 6 for the emergency probe,
23 carotid pulse, radial pulse, brachial pulse,

119

1  femoral pulse not assessed times four.
2      Q.  And, Dr. Sterba, do you recall reading
3  in his deposition where he stated upon initially
4  arriving at the 18:36 that he was not able to get
5  to Mr. Docher at the time because law enforcement
6  was still in the midst of their struggle with him
7  and he was not able to get to the patient?
8      A.  He did say that.
9      Q.  So that would make it difficult if you
10 are not able to get to a patient to be able to take
11 their vitals?
12     A.  It can make it difficult.  That's why
13 we teach EMTs and paramedics try to get a radial
14 pulse, if they have a pulse, if something is
15 abnormal there.  He did get 110 somehow.  But it's
16 required to determine whether or not somebody is
17 stable before you make a determination to give
18 Ativan.  He did not have stability at all.  He was
19 unstable and in critical condition.
20     Q.  Are you talking about hemodynamic
21 stability?
22     A.  Hemodynamic stability looking at blood
23 pressure, looking at the quality of the pulse and

120

1  the capillary refill, which is prolonged because we
2  do have a capillary refill greater than 2 seconds
3  about four minutes later.  So things are all
4  abnormal but incomplete.
5      Q.  Do you have any opinion as to if his
6  blood pressure was taken at 18:38 what that blood
7  pressure would be?
8      A.  No.  I can't say with medical certainty
9  that it was normal or abnormal.  It was just
10 missed.  And for Rosario to know that low blood
11 pressure is a contraindication, and that is what he
12 put on his test, and that is what you see
13 throughout all of these protocols.  He needed to
14 measure the blood pressure.
15     Q.  We talked about your time as an EMT
16 with chemical sedation, your time as an emergency
17 room physician have you ever had to administer
18 chemical sedation?
19     A.  Yes.
20     Q.  And is chemical sedation something that
21 is recognized for patients who are combative?
22     A.  Yes.
23     Q.  Is Ativan one of the drugs -- and we

30  (Pages 117 to 120)

Sterba, MD - Tyke - 7/19/17

121

1  are just talking generally right now, just
2  generally is Ativan one of the drugs that is
3  recognized as an appropriate medication given the
4  situation to use for chemical sedation in a patient
5  who is combative?
6        A.  It can be.  It is not used as much as
7  other drugs, 5-HT2 serotonin receptor blockers,
8  like Ziprasidone known as Geodon or Haldol which
9  acts in a slightly different way.  These
10  anti-psychotic tranquilizing type of drugs are
11  probably often used than a drug that has serious
12  side effects for somebody who is on alcohol with
13  head trauma, had a metabolic disturbance of
14  respiratory acidosis from hypoxia.  We do not use
15  Ativan in a situation like this.  And, in fact, his
16  protocol mandates that he talks to someone like me
17  as medical control.  And being 8 minutes and
18  25 seconds out I would have said to him do you have
19  the patient on oxygen with four points?  No.  Do
20  that, expedite transport and do not give Ativan.
21        Q.  When you said his protocol required him
22  to call medical control, can you show me that?
23        A.  I can.  It will take some time.  It

122

1  states when you have a situation like this it is
2  advised to contact medical control.  Do you want me
3  to look that up for you?
4        Q.  I do.
5        A.  In the Lindsey report, my page 15, his
6  page 1 of 3 of the patient restraint and emergency
7  medical services approved by the NAEMSP board of
8  directors.  And we are talking about page 2 of 3
9  and my page 16, direct medical oversight of EMS
10  provider, interventions may be necessary for
11  combative patients who refuse treatment or orders
12  to restrain a patient before, immediately after
13  restraint or for orders for chemical restraint
14  before or after medication is administered, and
15  that should have been done.
16        Q.  Where are you specifically looking?
17        A.  It's this one.
18        Q.  And what page?
19        A.  It is page 2.
20        Q.  Direct medical oversight?
21        A.  Yeah.
22        Q.  And it says may, it does not say shall,
23  is that correct?

123

1        A.  No.  May.  And in this case I feel it
2  was medically necessary.  And had he called and
3  spoken to someone like me Ativan, which was clearly
4  contraindicated for both reasons and for other
5  reason that we have talked about would have been
6  denied.
7        Q.  But you do agree with me that this
8  protocol is not conclusive that he must or shall
9  call medical --
10        A.  We talked about it.  It is a strong
11  recommendation.
12        Q.  And then this is a general guideline
13  that is put out by NAEMSP board of directors, is
14  that accurate?
15        A.  Yes.
16        Q.  It is dated December 20, 2016, which is
17  after the incident in this matter?
18        A.  It is true.  I noticed that, too.  But
19  having been medical director for EMS in the past --
20        Q.  And when was that?
21        A.  1992 or 1993.  When you have combative
22  patients with contraindications to a Benzodiazepine
23  with alcohol onboard and possibly another drug.

124

1  And in this case a coma situation, even though it
2  is more a layman's term, a loss of consciousness,
3  hypoxemia most likely from restricted ventilation,
4  shock, head trauma, all of these things with being
5  8 minutes and 25 seconds away, I would have asked
6  so are the cops failing to restrain this patient.
7  No.  He is seemingly under control.  Have physical
8  restraints been applied by you?  No.  He just has
9  the police metal handcuffs behind his back.  Put
10  him in soft restraints and keep him cuffed if you
11  want, bring a cop, put him on high flow oxygen and
12  expedite transport to the ER.  And do not give
13  Ativan, is that clear.  And I have done that
14  before, I have given those types of orders.  That
15  would have prevented all of this.
16        Q.  And you would agree that these are not
17  protocols or policies and procedures that are
18  disseminated by St. Lucie County Fire District,
19  correct?
20        A.  No.  They were just included by the
21  technical college adult instructor, Jeff Lindsey.
22        Q.  Because you said Rosario violated his
23  protocols, meaning St. Lucie County Fire District?

31 (Pages 121 to 124)

Sterba, MD - Tyke - 7/19/17

125

1    A.   He violated the US standard of care for
2    EMS in this case.  And I determined that.
3        Q.   You determined that?
4        A.   I just did.
5        Q.   You mentioned just a moment ago that he
6    had restricted ventilation, what are you talking
7    about, what time period?
8        A.   37 seconds to 38 seconds into the DVD,
9    and we don't have an accurate timeline, maybe a few
10   minutes prior to EMS arriving, he is not able to
11   breathe adequately.
12       Q.   Do you know if Jose Rosario was aware
13   or had reviewed this video at the time of the
14   incident?
15       A.   Most likely he did not review it.
16       Q.   As far as him being aware that at some
17   point in time prior to his arrival Tavares Docher
18   suffered from restricted ventilation, you have no
19   facts to support that, that Jose Rosario knew that?
20       A.   No.
21       Q.   You talk about in your report -- again,
22   on page 6 that no EMS emergency treatment had been
23   started such as administration of high flow oxygen

126

1    by non-rebreather facemask or by any other method
2    for this trauma patient with a head injury.  As he
3    is being combative and is kicking Mr. Rosario to
4    him falling, how is it that you would expect Mr.
5    Rosario to administer high flow oxygen to the
6    patient?
7        A.   If he refuses the mask and he refuses
8    nasal cannula -- you have to understand even in
9    their protocols they state you must evaluate
10   whether or not somebody is agitated and combative
11   because of hypoxemia or low oxygen in the blood.
12   You still have to give the oxygen.  How is that
13   done, by blow-by.  At least you pass it as close as
14   you can to have as high of a concentration as
15   possible to try to treat the hypoxia that would be
16   going on -- that may be going on.
17       Q.   That may be going on?
18       A.   Right.
19       Q.   And you just try to administer that
20   even though the patient is struggling and fighting?
21       A.   Yes.  Either by having it close to the
22   face and blow it past the face or nasal cannula.
23   Let's try this and maybe you like this better.  And

127

1    you try to talk a patient down.  In this case is it
2    possible, it is really hard to say.
3        Q.   And again, you talk about the second
4    measured respiratory rate, 28 breaths per minute,
5    abnormally high and no oxygen was applied?
6        A.   Yes.  And you can take the facemask and
7    have it right below the chin.
8        Q.   And you described that Mr. Docher was
9    very combative at that time?
10       A.   Yes.  It's hard.  I did it for eight
11   years.
12       Q.   And it's your understanding that he was
13   required under policies and procedures by St. Lucie
14   County Fire District to provide the high flow
15   oxygen by non-rebreather facemask prior to doing
16   anything else?
17       A.   For patients that are trauma patients
18   with bleeding and the issues that he had an attempt
19   should be made to deliver oxygen, and an attempt
20   should be made to measure the oxygen level.  None
21   of that was done.  That falls below the US standard
22   of practice for EMS.
23       Q.   In a situation where you were unable to

128

1    do that assessment but you still have a combative
2    patient, and you need to get that combative patient
3    to the hospital, is it your testimony that you are
4    not then to go forward with any type of physical or
5    chemical restraint of that patient to get them to
6    the hospital?
7        A.   Absolutely not.  He never went ahead
8    with any EMS approved -- I'm not done.  He never
9    went ahead with any EMS approved physical
10   restraint.  He is on his back on the ground with
11   handcuffs behind his back, which may have been
12   somewhat painful.  He comes around and he kicks the
13   paramedic.  At that point high flow oxygen, getting
14   soft restraints applied to the legs so that nobody
15   else gets kicked.  You have three deputies there
16   that could have pressed above his knees, getting
17   the four points started on both ankles, keeping him
18   cuffed, moving the arms over to one side to put
19   soft restraints on one wrist and either leaving him
20   like that or preferably unlocking the handcuffs and
21   bringing the other hand around and reapplying
22   either the handcuffs with all four point restraints
23   applied with the police officer present.  That is

32 (Pages 125 to 128)

Sterba, MD - Tyke - 7/19/17

129

1   what was needed.  And that was completely skipped
2   over.  And once those restraints are applied and he
3   is not moving around on the gurney that much, you
4   can try to apply oxygen and maybe even get a pulse
5   ox on the finger.  I've done it.  And it needed to
6   be done.  It's against the US standard of practice
7   to launch straight into the wrong drug and the
8   wrong dose and cause this problem.
9        Q.   And we're located in Florida, you keep
10   saying the United States standard of practice.
11       A.   Right.  And I was a Florida licensed
12   physician responsible for EMS providers.
13       Q.   And when was that?
14       A.   As I mentioned I worked in the ER in
15   Florida, and that was '86 to '90 working in the ER
16   but also setup the corpsman training program.  And
17   also, over satellite communication ordered a lot of
18   this to independent duty technicians.  Those are
19   specialized corpsman that work with the teams.
20       Q.   And you believe that had Rosario
21   applied physical restraints he would have been able
22   to apply those to Mr. Docher despite his
23   combativeness?

130

1        A.   Yes.  The protocol -- as I pointed out,
2   is you use law enforcement agents to help you apply
3   the four point restraints.  It should have been
4   done and it was skipped over.  He just went and
5   gave a contraindicated drug at too high of a level.
6   Rosario caused the cardiopulmonary arrest and the
7   brain damage, and that is with medical certainty.
8        Q.   Where is it specifically that it says
9   you must do physical restraints prior to using
10   chemical restraints?
11       A.   You talk the patient down, physical
12   restraint and then chemical restraints in that
13   order is mentioned in a few places.  And I can
14   point them out to you.  If you take a look at
15   patient restraint in EMS page 1 of 3, my page 15.
16   Restraint protocols must address the restraint
17   techniques that will be used.  Verbal deescalation,
18   physical or chemical.  When each will be used, who
19   can apply them and when direct medical oversight
20   must be involved.  These are recommendations.
21       Q.   There is no indication --
22       A.   You're asking when physical restraint
23   must be used before?

131

1        Q.   Yes.
2        A.   I did read it.  I will find that in a
3   second.  It is on page 2 of 3 of that document
4   where it says at the bottom law enforcement
5   officers should be involved in all cases when a
6   patient poses a threat to EMS personnel and others.
7        Q.   You agree with me that law enforcement
8   officers were there during the time that Jose
9   Rosario was with Mr. Docher, correct?
10       A.   Yes, but they were never incorporated
11   into getting EMS approved soft restraints placed.
12       Q.   And in your review of the deposition of
13   the law enforcement officers were you aware that it
14   was protocol and procedure for them to keep the
15   hard handcuffs on him at the time since he was
16   under arrest?
17       A.   That is fine, but that doesn't exclude
18   the use of soft EMS approved restraints.
19       Q.   And you would agree with me that the
20   hard handcuffs that were placed on Mr. Docher were
21   placed by the law enforcement officers and not by
22   Mr. Rosario?
23       A.   That's correct.  But you can't use

132

1   their handcuffs as your restraint, it is strictly
2   prohibited according to protocol.
3        Q.   Have you seen in various documents that
4   are even approved by NAEMSP and their board of
5   directors in which if the law enforcement agency
6   requires for a person to be in handcuffs that is
7   something that is acceptable?
8        MR. HECHT:  Form.
9        THE WITNESS:  Yes.  If the police officer
10   accompanies.  And sometimes soft restraints are
11   still needed, but somebody can be under arrest and
12   not needing four point soft restraints that are EMS
13   approved, and that happens.  Not in this case.  It
14   doesn't apply to this case.  In this case EMS
15   approved soft restraints, four point restraints
16   were clinically indicated and is the US standard of
17   practice for EMS.  They were skipped.  And going
18   directly to chemical restraints is against the US
19   standard of care.
20       BY MS. TYKE:
21       Q.   And if you could find that for me?
22       A.   It is against the US standard of care.
23       Q.   Again, if you can find that for me?

33 (Pages 129 to 132)

Sterba, MD - Tyke - 7/19/17

133

1     A.   No.  It is against the US standard of
2   care.  I just mentioned that.
3     Q.   I do need what documentation or support
4   or training that you are relying on in that?
5     A.   Sure.  My EMT training at Indian River
6   Community College, eight years field experience
7   working full time, EMS medical director, emergency
8   medical residency training and EMS director under
9   supervision during the residency and afterwards
10  that four point restraints are always applied
11  before going straight to chemical restraint.
12    Q.   Would you be surprised at national
13  conferences currently being held regarding
14  emergency medical services that that is not what is
15  being trained and taught?
16    MR. HECHT:  Form.
17    THE WITNESS:  I can't answer that because I
18  was not at that conference.
19    MS. TYKE:  Would you be surprised if that is
20  what is being trained and taught through NAEMSP?
21    MR. HECHT:  Form.
22    THE WITNESS:  Again, your question.
23    MS. TYKE:  That there is no set physical

134

1   restraint prior to chemical restraint?
2     MR. HECHT:  Form.
3     THE WITNESS:  Requirement?
4     BY MS. TYKE:
5     Q.   Right.
6     A.   It is what is taught and what is the
7   national standard or policy for EMS not to go
8   directly to chemical restraint you should try
9   physical restraint first.
10    Q.   I'm just asking you where that is?
11    A.   From my education and training and
12  reading.
13    Q.   And what books, training books, you
14  have a bunch over there?
15    A.   I can't cite any of the references that
16  we have here.  It is from my experience and also
17  training.
18    Q.   From your experience?
19    A.   Yes.
20    Q.   You can't point to any actual training
21  books or educational books or policies or
22  procedures?
23    A.   I'm referring to Emergency Medical

135

1   Guidelines 4th education, Plaintiff's Exhibit 1,
2   Jose Rosario, page E-28.  It talks about the
3   standards when restraints are necessary.  And they
4   were necessary.  They were skipped, so that is a
5   breach of the standard of care.  Practitioners must
6   determine the most appropriate and least
7   restrictive device, not drug, device, to allow the
8   patient to maintain as much dignity as possible.
9     Q.   What page is that?
10    A.   This is E-28.
11    Q.   What is the title of that?
12    A.   The previous page E-27 under restraints
13  and this is the Emergency Medical Guidelines,
14  participating agencies, everybody in Florida, the
15  St. Lucie County Fire District, who you represent,
16  they signed off on it.
17    Q.   Dr. Sterba, you are aware based on the
18  deposition of the EMS providers in this case and on
19  the corporate representative that that policy and
20  procedure manual was not in place at the time of
21  this incident, correct?
22    A.   It is dated '06.
23    Q.   Correct.  But you realize that there

136

1   were updated versions and that that actual policy
2   and procedure manual was not the one in place at
3   the time of this incident?
4     A.   I was unaware of that.
5     Q.   Were you provided with the deposition
6   transcript of the corporate representative for St.
7   Lucie County, Brian Gonzalez?
8     A.   Yes.
9     Q.   So you were aware in his testimony that
10  he testified that that policy and procedure manual
11  that you were citing in 2006 no longer applied to
12  the situation in this case, correct?
13    A.   He said so.  I'm saying as an EMS
14  expert witness on this case it does apply because
15  it talks about the national standard that I'm aware
16  of and that is --
17    Q.   And do national standards change over
18  time?
19    A.   They can.  There is absolutely no
20  national standard that states if you can't talk
21  somebody down give them an contraindicated
22  Benzodiazepine with many contraindications.  You
23  must try restraints, soft EMS approved restraints.

34  (Pages 133 to 136)

Sterba, MD - Tyke - 7/19/17

137

1  And you cannot use hard handcuffs by the police as
2  a substitute, it is strictly prohibited.  It is
3  expressly prohibited as mentioned in the documents
4  that were in the Jeff Lindsey report.
5  Q.  Dr. Sterba, going back to the patient
6  restraint emergency medical services approved by
7  the NAEMSP board of directors December 20th, 2016
8  which you relied on numerous times in your
9  deposition and your report, you would agree with me
10  that the last paragraph talks about if a law
11  enforcement restraint intervention must be
12  continued during patient care and transport, but is
13  otherwise not sanction for use by an EMS provider,
14  a law enforcement should either accompany the
15  patient and EMS provider during transport to
16  definitive care or the law enforcement based
17  restraint intervention should when appropriate be
18  discontinued in favor or appropriate sanctions EMS.
19  It is an either/or, they are allowed to continue it
20  if it is required by law enforcement.  In this
21. situation a law enforcement official, Deputy
22  Robinson, did go with them in transport to St.
23  Lucie County Medical Center; is that correct?

138

1  A.  It is correct.  I found the paragraph
2  on the question that you asked for before.  It's
3  page E-28.  It is again a policy that was in effect
4  prior to this case and it is the bottom left-hand
5  paragraph.  Although physical restraints generally
6  are the first method employed when restraints are
7  necessary.  And in this case it was medically
8  necessary and clinically indicated.  And I will
9  continue, pharmacological restraints may be used as
10  an alternative or adjunct to physical restraints.
11  It does not state that you can skip physical
12  restraints.  It is mandatory.  It is skipped.  It
13  is below the US standard of practice.  It is
14  inexcusable.  And going directly to chemical
15  restraints at the wrong dose for the wrong drug
16  that was contraindicated caused cardiopulmonary
17  arrest and brain damage.
18  Q.  And the handcuffs being placed on him
19  with his hands behind the back, you would agree
20  that was also done by law enforcement officers?
21  A.  Yes.  Left in place without soft
22  restraints is against the US standard of practice?
23  Q.  Even though we just read one of the

139

1  policies and procedures that you rely on that says
2  that you can leave them on?
3  A.  That is a different situation.  If
4  somebody --
5  Q.  Sir, I'm just asking generally if that
6  was something that we just read.
7  A.  We just read it.  But understand this,
8  if somebody is arrested and there is no need for
9  other physical restraint, that is fine.  It was
10  medically necessary for four point EMS approved
11  restraints to be placed.  The cuff taken off, the
12  hand moved around and recuffed would be fine if a
13  policeman accompanied the patient to the hospital.
14  But skipping over four point restraints, which
15  would have solved the situation, and not needing
16  any Ativan, especially at this dose, would have
17  been sufficient for this patient.  It was
18  completely avoidable.  It was with reckless
19  disregard that approved four point soft restraints
20  were not applied.  It was with reckless disregard
21  that Rosario went ahead and gave him with no
22  adequate monitoring before or after the Ativan of 4
23  milligrams 4 times the dose injection that resulted

140

1  in an onset of action in one minute as documented
2  in the records right now, that this calmed the
3  patient down a minute later.  Approximately two
4  minutes later he went into arrest because of what
5  Rosario did.
6  Q.  How do you define reckless disregard?
7  A.  He knew or should have known what he
8  did could cause harm or kill a patient.
9  Q.  Isn't that true of all medical
10  treatment?
11  A.  No.
12  Q.  Most medical treatment?
13  A.  I can't say most medical treatment.
14  But if you know that doing something could cause
15  harm or kill a patient, you should have known or
16  you knew it would be reckless disregard for the
17  life and wellbeing of the patient to go ahead and
18  do that.
19  Q.  Can the administration of anesthetic
20  potentially cause harm or kill a patient during
21  surgery?
22  A.  Anesthetic, do you mean general
23  anesthesia?

35  (Pages 137 to 140)

Sterba, MD - Tyke - 7/19/17

141

1    Q.  Yes.
2    A.  Yes.
3    Q.  So would it be reckless disregard for
4  any anesthesiologist to apply general anesthetic to
5  a patient because of the potential?
6    A.  No.  Unless the anesthesiologist knew
7  or should have known that the patient was deathly
8  allergic by a hypersensitivity reaction or that
9  medication -- like in this case, was
10  contraindicated for one or many reasons -- and I've
11  listed five reasons that this medication was
12  contraindicated, then the anesthesiologist would
13  have been acting with reckless disregard to risk
14  the life and wellbeing of his patient on the
15  operating table.  We have to come back to the
16  totality of this case.  Rosario knew -- he tested
17  on it and got a 99 percent on his exam, he knew
18  that hypotension was a contraindication.  He never
19  measured the blood pressure or attempted to even
20  get close to it with checking the pulses,
21  peripheral or central pulses, before skipping over
22  the required step of physical restraints and going
23  straight to the wrong drug at the wrong dose which

142

1  caused the brain damage.
2    Q.  Do you know if blood pressures would
3  have shown that Mr. Docher was hypotensive at the
4  time?
5    A.  No, I don't.  It should have been
6  checked.
7    Q.  Why is it that Mr. Rosario should have
8  known that he was hypotensive?
9    A.  Why should he have known what?
10    Q.  You said there were contraindications
11  that Rosario knew?
12    A.  In his test --
13    Q.  Wait, wait.
14    A.  -- that hypotension is a
15  contraindication to Ativan.
16    Q.  Dr. Sterba, I'm really trying to
17  shortcut this, so if we can answer my questions.
18  What five things were the contraindications that
19  you believe Rosario knew at the time that underlie
20  your opinion that he administered the Ativan with
21  reckless disregard?
22    MR. HECHT:  Form.
23    THE WITNESS:  Either knew or should have

143

1  known comes from the expert, the enclosure, chapter
2  12, drugs and chemical classes, my page 24 at the
3  bottom, and we are talking about table 24-24,
4  Lorazepam contraindications, substance abuse was
5  suspected.  He knew that because the police said he
6  may be on drugs.  Coma, there was a loss of
7  consciousness prior to.  We don't have it in the
8  record that he didn't know or he knew, but it
9  should have been passed on.  Shock, he had lost
10  consciousness and he had an abnormal respiratory
11  rate.  Severe hypotension, could that have
12  happened.  We can't say for certainty because he
13  never even attempted to measure pulses or even a
14  blood pressure or even put a blood pressure cuff on
15  the arm, pump it up and let the pressure drop until
16  he could feel the pulse called BP systolic by
17  palpation.  CNS depression, of course he had CNS
18  depression.  So we have possible substance abuse,
19  coma, shock.  We don't know for sure about severe
20  hypotension, but most likely he did have that when
21  he was unconscious with asphyxiation.  CNS
22  depression.  We have enough of those that he knew
23  or should have known and that the police knew or

144

1  should have known.
2    Q.  Just going over that last.  The coma,
3  do you have any evidence that shows that Rosario
4  knew that he had a coma?
5    A.  That he was unconscious, unresponsive?
6    Q.  Right.
7    A.  No.
8    Q.  Do you have any facts to support that
9  Rosario knew that he had lost consciousness?
10    A.  No, but the police knew that.
11    Q.  CNS depression --
12    A.  Reckless disregard talks about --
13  you're asking for evidence where no evidence
14  exists.  You have to hear what I have to say about
15  reckless disregard.  Knew or should have known.  He
16  had the responsibility to say what happened to this
17  guy when you were arresting him, was there any
18  problem.  Did he lose consciousness?  Yeah, he lost
19  consciousness.  Well, what were you doing?  I had
20  my foot on his chest and I pulled his arms up and
21  he passed out.  Oh, my God, how were the
22  respirations after that.  Well, they were very
23  shallow.  He should have known and he should have

36 (Pages 141 to 144)

Sterba, MD - Tyke - 7/19/17

145

1  asked what happened during all of this arrest.
2  Because the police officers knew, Mangrum knew.
3  And it is the responsibility of EMS always to get
4  as much history as possible especially from law
5  enforcement officers.  It doesn't matter that there
6  is nothing in the record, if there is no evidence.
7  You always have to work very, very closely with law
8  enforcement officers, not only in the application
9  of EMS approved restraints but whatever happened to
10  the patient, especially if the patient was
11  asphyxiated into unconsciousness.  So should he
12  have known, yes.  Is it his fault for not asking,
13  yes.
14      Q.  Do you know the substance of all the
15  questions that he asked law enforcement?
16      A.  No.  There is very little in the
17  record, but having done this line of work and
18  supervised and taught paramedics in the past, you
19  have to get as much information as possible.  What
20  happened in the minutes, was this guy out.  Yeah,
21  he was out.  You have to find out.
22      Q.  You don't know the substance of any of
23  those conversations?

146

1      A.  No.
2      Q.  Or what was asked or not asked?
3      A.  No.  The EMS record would discuss that
4  if he had asked the question.  It is a pertinent
5  positive.  Did Docher lose consciousness while you
6  were restraining him?  Oh, yes, he did.  For how
7  long?  Oh, blank minutes.  And what happened?  I
8  put him in recovery position.  When did he start
9  coming around, being combative again?  Just now
10  when you pulled up.  He failed to act, he failed to
11  ask.  He should have known.  It was with reckless
12  disregard that his care was not only incomplete, it
13  was dangerous, reckless.  He caused the
14  cardiopulmonary arrest that was compounded by what
15  the law enforcement officers did and it led to
16  brain damage.  Both are at fault and both caused
17  the brain damage.
18      Q.  Both what?
19      A.  The law enforcement officers and
20  Rosario, both are responsible, and acted with
21  reckless disregard and caused the cardiopulmonary
22  arrest and the subsequent brain damage.
23      Q.  And, Dr. Sterba, earlier you said

147

1  unequivocally that the only cause was Jose Rosario,
2  are you now changing your opinion that law
3  enforcement and Jose Rosario combined are the cause
4  of the cardiac arrest?
5      MR. HECHT:  Form.
6      THE WITNESS:  Rosario did cause it, but I
7  never excluded the police officers or the deputies.
8  It's a contributing factor.  If somebody is
9  asphyxiated or suffocated and there is a loss of
10  consciousness with shock, is that a cause of
11  subsequent cardiac arrest, of course, it is.
12      BY MS. TYKE:
13      Q.  You say on page 9 that -- in the first
14  full paragraph, he was an combative agitated
15  patient with toxication from alcohol, a CNS
16  depressant.  Again, what evidence do you have that
17  he was intoxicated by alcohol?
18      A.  Two noses by two law enforcement
19  officers mentioned to the paramedic who documented
20  it that the smell of alcohol was noted.  And it is
21  mentioned in their deposition as well.
22      Q.  I don't think we are talking about
23  whether he consumed alcohol.  You specifically say

148

1  that he was intoxicated?
2      A.  That's what they thought.  That's what
3  they arrested him for disorderly conduct -- no,
4  disorderly intoxication.
5      Q.  I'm asking you, as a medical provider
6  looking at the records, what factual basis do you
7  have?  I understand that people might have personal
8  opinions.
9      A.  Smelling is not an opinion.  It is a
10  sense.  Two officers smelled the alcohol --
11      Q.  Doctor, can I finish my question.
12      A.  Yeah.
13      Q.  Okay.  What evidence do you have that
14  Docher was actually intoxicated by alcohol?  And I
15  understand smelling alcohol can indicate that
16  somebody consumed it, but if I have one sip of wine
17  and someone talks to me and they smell alcohol,
18  that does not mean I'm intoxicated?
19      MR. HECHT:  Form.
20      THE WITNESS:  In this case we have altered
21  mental status with the smell of alcohol.  It was
22  their impression that he was intoxicated and
23  disorderly as a result of alcohol, plus other

37  (Pages 145 to 148)

Sterba, MD - Tyke - 7/19/17

149

1  drugs.  It's a judgment call based on the sensation
2  of smelling alcohol.  What factual evidence, they
3  can smell -- and not everyone can smell it, Rosario
4  didn't smell it.  It doesn't matter because the
5  level was only .04.
6      Q.   That is what I was trying to figure out
7  in your report what you were basing that on?
8      A.   Behavior and the smell of alcohol.
9      Q.   So the objective interpretation of the
10 factual witnesses and law enforcement officers?
11     A.   The objective sensation of the smell of
12 alcohol with the direct observation of erratic
13 delusional behavior, agitation as well.
14     Q.   Is it your opinion that his actions,
15 his delusions, hallucinations and agitation were
16 caused by alcohol?
17     A.   Partially, yes.
18     Q.   And what else?
19     A.   Schizophrenia, other drugs, we are not
20 sure at that point.  We are dealing at this point
21 in time with delusional state and acute psychotic
22 reaction.  Are there other drugs causing this, is
23 it just alcohol, how much alcohol was onboard, hard

150

1  liquor, multiple Nattys, we don't know at this
2  point.
3      Q.   I am now talking about retrospectively?
4      A.   Looking at the whole case?
5      Q.   Yes.
6      A.   A .04 alcohol is not enough to explain
7  away all his behavior.  Underlying psychiatric
8  condition that we see in this who box of this EMS
9  medical records from Miami, which everyone is
10 saying he is a psychiatrically impaired patient,
11 depression, anxiety and some other underlying
12 psychiatric problems.  Is he an untreated
13 schizophrenic, are there possibly other drugs that
14 are causing a psychotic reaction, we will never
15 know.  Those are contributing factors.  And it is
16 on the list, these issues are on the list of a
17 differential diagnosis as to why he was behaving
18 when his life was about to be lost.
19     Q.   Can you render any within a reasonable
20 degree of medical probability as to what was the
21 specific cause of his actions on the day of May
22 11th, 2014?
23     A.   No.  I don't think anybody will.  And

151

1  in the short eight comments things we would have
2  tested back in 2014 of opioids, PCP and all of that
3  is a very short list.  I do not believe that he had
4  any of the other common drugs that people think
5  about with extreme violence or extreme energy or
6  extreme strength.
7      Q.   Are you talking about flakka or bath
8  salts?
9      A.   There are many, many synthetic -- I
10 will call it just synthetic methamphetamines, if
11 you will.  There is a certain drug class for that.
12 No, he didn't exhibit any of the signs and symptoms
13 of either a bath salt or flakka or there are many
14 other street names for these things at CVS.  He
15 didn't exhibit anything when he came out and
16 surrendered the screwdriver.  He was just very
17 scared and he was delusional.
18     Q.   You mentioned in your report about Mr.
19 Docher yelling that he was being killed, is it your
20 understanding that he was continuing to yell that
21 when Mr. Rosario showed up?
22     A.   I don't know.  I just know it from the
23 tape, that is prior to Rosario showing up.

152

1      Q.   On page 9 of your report in the first
2  full paragraph, the last sentence, it says more
3  likely than not Mr. Docher at this point in time --
4  talking about when EMS arrived, was suffering from
5  a metabolic disturbance of acidosis due to a
6  buildup of lactic acid in his body, medically all
7  lactic acidosis, prior to EMS arrival and prior to
8  his eventual cardiopulmonary arrest?
9      A.   Yes.
10     Q.   Going back earlier in your deposition
11 testimony, I thought that you had testified that he
12 was suffering from respiratory acidosis?
13     A.   Correct.
14     Q.   That the metabolic acidosis was not
15 until after the injection?
16     A.   That's true.  Are these metabolic
17 disturbances both lung and cardiac arrest, yes.  A
18 metabolic disturbance does not mean metabolic
19 acidosis alone.  A metabolic disturbance, if we
20 wrap duct tape around your chest right now and you
21 found it very, very difficult to breathe, and you
22 became panicky with an elevated $CO_2$ level and your
23 oxygen level would drop.  What do you have?  You

38  (Pages 149 to 152)

Sterba, MD - Tyke - 7/19/17

153

1  have a metabolic disturbance of lactic acidosis.
2  What is the cause?  You just can't breathe.  You
3  are asphyxiated and now your heart stops, and
4  lactic acid really starts to build up in your body
5  because your heart is not even pumping, maybe for
6  even as long as a 16 minute period of time, that is
7  a metabolic problem.  He is being ventilated.  You
8  try to get rid of the respiratory acidosis by
9  blowing off more carbon dioxide, yes.  But when he
10  shows up at the hospital, his CO2 level is very,
11  very low, but the pH is extremely low, which means
12  he has an abundance of acid in his body and they're
13  breathing for him adequately.  What does he have at
14  the hospital, he has metabolic acidosis.  What did
15  he have with Mangrum's foot on his back pulling up
16  on the arms, asphyxiation, suffocation causing
17  hypoxia with a metabolic disturbance of respiratory
18  acidosis.  In other words, the cause is
19  respiratory.  He is not in a coma from diabetes.
20  He can't breathe.  He is asphyxiated, so that's
21  respiratory.  What happens later, he goes into
22  cardiac arrest.
23      Q.   When you talk about lactic acidosis

154

1  though, are you saying lactic acidosis is the same
2  thing as respiratory acidosis?
3      A.   Lactic acidosis can develop when you
4  can't breathe.
5      Q.   So you in your report say he was more
6  likely than not specifically suffering from lactic
7  acidosis, there is no mention of respiratory
8  acidosis?
9      A.   No.  That is a medical term.  The cause
10  of the metabolic disturbance of a buildup of lactic
11  acidosis from asphyxiation is called respiratory
12  acidosis, the cause is breathing, respiratory.
13  Now, metabolic acidosis, the heart stopped.
14      Q.   In this case we don't have any blood
15  test or arterial blood gas that was done prior to
16  the cardiac arrest?
17      A.   No.
18      Q.   And what is your basis that he was
19  suffering from metabolic acidosis, lactic acidosis
20  or respiratory acidosis prior to, just the video?
21      MR. HECHT:  Form.
22      THE WITNESS:  No.  You can see that his
23  respirations are so fast and so shallow that he

155

1  can't even talk, and he tells you that I can't
2  brrr.  He has no air in his lungs to say a
3  three-word sentence.  Okay, all right, I can't
4  brrr.
5      BY MS. TYKE:
6      Q.   So is everybody who is unable to
7  breathe suffering from respiratory acidosis?
8      A.   No.  But if you stepped on somebody's
9  chest and you pulled their arms up behind them.
10  And you can take a look at that picture from France
11  from 1633, that is how he died.
12      Q.   So other than the video what other
13  basis do you have that he was suffering from lactic
14  acidosis, respiratory acidosis or any type of
15  metabolic acidosis prior to his cardiac arrest?
16      A.   Observing his breathing pattern on the
17  ground.
18      Q.   Is that how you, as a medical doctor,
19  would determine whether somebody who came into the
20  emergency room or you came to their house if they
21  were suffering from acidosis?
22      A.   It would be an actual blood test that I
23  could do at somebody's house.  If I'm observing

156

1  that they are breathing very fast, too shallow,
2  inadequate ventilation, and I put a pulse ox on the
3  finger and show that their oxygen level was very
4  low, you can assume that the CO2 level would be
5  very high.
6      Q.   Was there a pulse ox that was done in
7  this case --
8      A.   No.
9      Q.   -- that shows on the EMS report?
10      A.   Later on, yes, after they did their
11  resuscitation, but not on the initial evaluation
12  before they gave the 4 milligrams of Ativan.
13      Q.   Do you have an opinion as to what that
14  pulse ox would show at the time within a reasonable
15  degree of medical probability what that pulse ox
16  would be?
17      A.   No, I don't.  Do you mean upon arrival?
18      Q.   Right.
19      A.   No, I don't.  I don't have any
20  information on it other than what the investigators
21  wrote down.  And the deputy stated that he was
22  breathing shallow.  After being asphyxiated,
23  breathing shallow would the pulse ox be low at that

39 (Pages 153 to 156)

Sterba, MD - Tyke - 7/19/17

157

1 point with medical certainty, absolutely.  He would
2 have been hypoxic, unconscious with abnormal
3 shallow breathing.  At that point, yes.
4      Q.  At what point?
5      A.  After he was asphyxiated on the ground,
6 put in recovery position by the former EMT, Deputy
7 Mangrum, with his respirations being very shallow
8 -- which is the only thing we have from his
9 deposition, with the pulse ox at that point -- and
10 some police officers actually have like a pulse ox,
11 not very many, but had the paramedic tossed on a
12 pulse ox with him unconscious laying on his side,
13 would it have been low, absolutely with medical
14 certainty.
15      Q.  But that was before Rosario?
16      A.  Before EMS showed up.  Had it been
17 measured, would it have shown hypoxia, absolutely.
18 And the metabolic disturbance would have been
19 there.
20      Q.  And when you say that absolutely, you
21 are talking about the time period of when Deputy
22 Mangrum describes Docher as losing consciousness
23 and him having to put him in recovery stage, is

158

1 that accurate?
2      A.  Yes.  With an EMT assessment that
3 checked his pulse.  But no one came around and said
4 what was the pulse check, former EMS Mangrum?  Was
5 it rapid, was it very thready and weak, and in
6 other words, almost shocky like.  And you said
7 respirations were shallow.  Do you mean shallow and
8 slow or shallow and fast, what was the degree of
9 his ventilation at that point.  You can ask him all
10 of those questions, he will give you the answer.
11      Q.  Generally when you have a patient who
12 has shallow low breathing --
13      A.  Not shallow --
14      Q.  Wait, wait.
15      A.  Go ahead.  Sorry.
16      Q.  You were talking earlier about Deputy
17 Mangrum's description of Docher having shallow and
18 slow breathing?
19      A.  No.  Shallow only.
20      Q.  Shallow only.  Okay.  Do you pay --
21 generally I'm not talking about Docher.  I'm
22 generally talking now.  Patients who have shallow
23 breathing, do they always have respiratory

159

1 acidosis?
2      A.  No.  When you talk about shallow
3 breathing, it sounds like inadequate breathing,
4 which can be fast and inadequate or slow and
5 inadequate.  Now, would you expect somebody who was
6 just asphyxiated who is lying on his side breathing
7 to have inadequate shallow breathing, absolutely
8 not.  This guy is in shock.  This is dangerous.
9 And I put him in unstable critical condition caused
10 by Mangrum prior to EMS arrival.
11      Q.  In page 9, again, going to the last
12 paragraph, according to training, EMS policies and
13 procedures Rosario in this risk situation was
14 required to first contact medical control before
15 using CNS depressant, sedatives, hypnotics,
16 Lorazepam, Ativan.  And you cite 8 and 9 in your
17 support for that, can you show me where in your
18 reference number 8 it states that?
19      A.  Well, the only reason 8 is mentioned is
20 that -- and it is mentioned in the book, you don't
21 have to contact medical control.  It is an EMT
22 book.  That the combination of alcohol and
23 Benzodiazepine is very dangerous to bring on

160

1 respiratory depression, that's why it is mentioned.
2      Q.  And then --
3      A.  And in a dangerous situation you always
4 contact medical control.
5      Q.  And again, where are you getting that
6 from?
7      A.  You have a copy of it.  I made a
8 photocopy of it for you.  It talks about alcohol
9 and Benzodiazepine causing --
10      Q.  No, no.  Where in a dangerous situation
11 does it say you always contact medical control?
12      A.  In reference 8 it does not state that.
13      Q.  In reference 9 does it state that?
14      A.  Yes.  We already talked about that.  It
15 says may contact.  It doesn't say you have to
16 contact, but I'm saying that they should have.
17      Q.  Do you agree that what you cite does
18 not say shall, it says may, do you agree with that?
19      A.  It says -- does it say may?
20      Q.  I'm asking you.
21      A.  I think it said may.  Let's see.  I
22 can't put my hands on it.  I do agree it says
23 advised that you may contact.  It doesn't say must.

40 (Pages 157 to 160)

Sterba, MD - Tyke - 7/19/17

161

1    So if you don't, you better explain yourself.
2         Q.   Policies and procedures or protocols or
3    however you want to call them that give a range in
4    which paramedics or EMTs can administer treatments,
5    would you agree with me that those are also known
6    as standing orders?
7         A.   Yes.
8         Q.   And with standing orders, as an
9    emergency room physician and in your time as a
10   physician in your career, do you expect whether it
11   is a nurse or a paramedic or a physician extender
12   to call you every time that they are going to
13   administer some type of treatment within parameters
14   of your standing order?
15        A.   No.  The section that I was trying to
16   find is actually page 2 of 3 on the patient
17   restraint on EMS.  It wasn't in the other one.  And
18   it says, toward the bottom -- third from the
19   bottom, direct medical oversight of EMS provider
20   interventions may be necessary.  You wouldn't say
21   must be necessary.  If it's necessary that means
22   that you should.  May be necessary for combative
23   patients who refuse treatment, for orders to

162

1    restrain a patient before or immediately after
2    restraint, for orders for chemical restraint before
3    or after medication.  Was it necessary, yes.
4         Q.   And what --
5         A.   Not maybe done at the discretion.  It
6    may be necessary.  Was it necessary, it was
7    necessary.  It was medically necessary and
8    clinically indicated for Rosario to contact medical
9    control.
10        Q.   And specifically can you identify what
11   made it medically necessary for him to contact
12   medical control?
13        A.   The risks and the contraindications and
14   also violating protocol by skipping over physical
15   restraints, and not using four point restraints,
16   not apply oxygen.  Basically not doing anything
17   according to his training that we've already talked
18   about.  We are beating this to death.  He didn't
19   use oxygen, he didn't check the blood pressure, he
20   didn't check the pulses.  He went right ahead to a
21   dangerous level of chemical restraint without using
22   four points.  Four points by themselves would have
23   been adequate.

163

1         Q.   Dr. Sterba, I understand what you are
2    saying as far as what he didn't do.  What I'm
3    asking is in this situation what would have
4    triggered in the mind of a paramedic for them to
5    say, hey, I have a situation where I should call
6    medical control?
7         MR. HECHT:  Form.
8         THE WITNESS:  I don't think that trigger
9    happened.  You are asking me what is in Rosario's
10   mind.
11        BY MS. TYKE:
12        Q.   No, no, no.
13        A.   I'm going to finish my thought here.
14        Q.   I'm saying generally.
15        A.   I'm thinking in general nothing was in
16   Rosario's mind to actually contact medical control
17   and say I have a dangerous situation here, a loss
18   of consciousness.  He is not acting normal.  We
19   might have alcohol and drugs.  They restrained him
20   to the point of a loss of consciousness.  Can I go
21   ahead with 4 milligrams of Ativan with no
22   restraints and no oxygen, and I don't know what the
23   blood pressure is, and I don't even know what the

164

1    pulse ox is.  What do you think an emergency
2    physician would say, no.  Transport with oxygen and
3    monitor closely.
4         Q.   And, Dr. Sterba, just going back to my
5    question.  I was not asking about Rosario
6    specifically.  I said generally what in that
7    situation, in the mind of a general paramedic,
8    somebody -- not Rosario, I'm just talking about if
9    we are just talking about the situation where you
10   believe what would have triggered in their mind to
11   contact medical control in that situation?
12        A.   That it was necessary.
13        Q.   And I'm asking you what specifically
14   made it necessary?
15        A.   That the patient had previously lost
16   consciousness, therefore, coma and shock.  That the
17   patient had restricted ventilation, which if they
18   would have talked it over they would have realized
19   this is a situation, this is what we did.  The
20   paramedic had an obligation to ask the police what
21   did you guys do to him for him to lose
22   consciousness.  Well, I stepped on his chest and
23   pulled his arms up.  Oh, boy, is there anything

41 (Pages 161 to 164)

Sterba, MD - Tyke - 7/19/17

165

1   onboard.  Yeah, we think drugs and alcohol are
2   onboard.  Would it be necessary for a general
3   paramedic, absolutely.  Is Rosario a general
4   paramedic, no.  He acted with reckless disregard
5   and caused the problem along with Mangrum.
6        Q.   Do you think your responsibility as an
7   expert is to determine whether Rosario acted with
8   reckless disregard?
9        MR. HECHT:  Form.
10       THE WITNESS:  Absolutely.
11       BY MS. TYKE:
12       Q.   In going to page 10 of your report you
13  talk about in the second full paragraph starting
14  with established EMS training, 8, and EMS protocols
15  9 through 11, repeatedly warned basic EMT there
16  should be great caution when evaluating a patient
17  that is intoxicated with alcohol with the sedative
18  medication such as Lorazepam or Ativan?
19       A.   Right.
20       Q.   Can we agree just to continually call
21  it Ativan at this point?
22       A.   Sure.
23       Q.   Do any of those citations 8, 9 or 11

166

1   specifically talk about or state that because a
2   patient consumed alcohol that it is a
3   contraindication to the use of Ativan?
4        A.   They do not.  We have to look at this
5   case in the totality of what was going on.  We have
6   not only alcohol in an unknown amount.  We have
7   other drugs likely involved according to the
8   deputies and EMS, excited delirium, therefore,
9   metabolic disturbance of lactic acidosis.  My
10  observation on the video of asphyxiation or
11  suffocation with hypoxia being more likely than
12  not.  The alcohol alone, not in this case.  You
13  have to look at the whole picture.  Ativan is
14  dangerous and caused a problem.
15       Q.   And let's talk a little bit about
16  Ativan.  What pharmacokinetic basis do you have to
17  suggest the conditions that Tavares Docher was
18  suffering from in combination with the Ativan led
19  to the cardiorespiratory arrest?
20       A.   When you give a very potent
21  Benzodiazepine, which is a known respiratory
22  depressant, but it's also known as a medication
23  that can drop your blood pressure, it can cause

167

1   hypotension.  If you combine that medication with
2   what we know existed at the time in totality, coma,
3   shock, likely hypotension, likely hypoxemia before
4   EMS arrived, you have a very dangerous situation
5   for the Ativan being given to act quickly and
6   powerfully to stop breathing, and actually drop the
7   blood pressure so bad and so fast.  And if you say,
8   well, the onset of action is very long.  No, the
9   onset of action is what it was.  It was observed
10  that within one minute the patient was calm and
11  able to be loaded onto the gurney.  The onset of
12  action for Docher was one minute.  And in the
13  medical literature or the enclosures that
14  accompanied these reports, as I mentioned right
15  here, the onset of action of Ativan can be as
16  quickly as one minute.
17       Q.   I did read those.  And going through
18  what you cited, and do you agree with me that the
19  faster times had to do with when they were
20  interjected intravenously?
21       A.   No.  It can be IM.  You can have a 1 to
22  5 minute IM.
23       Q.   Can you show me where that is?

168

1        A.   Yeah.  And it actually says IM IV.  And
2   I've read the onset of action --
3        Q.   Again, if you can show me.  I did read
4   those over last night and did not find it.
5        A.   Section 3, pharmacology, it is page
6   564, and let's see what document that is.  It's
7   going to be another enclosure to Lindsey's report,
8   my page 28, section 3, pharmacology, page 564.
9   This is where they are talking about giving a 2
10  milligrams per minute, which was another violation.
11  It is with reckless disregard that he gave 4
12  milligrams instantly rather than over 2 minutes.
13  Does that increase the onset of action, yes.  For
14  him being in an unstable critical condition does
15  that increase the onset of action, yes.  What is
16  the duration of action onset 1 to 5 minutes, there
17  it is.  Now, is that IV or IM, it doesn't say.  But
18  the onset of action has a lot to do with the
19  totality of the patient, are they on the brink, is
20  there a lot of acidosis going on right now, have
21  they just sustained a loss of consciousness maybe
22  with asphyxiation.  If you give Ativan -- that's
23  why they say don't give it.  If you give Ativan in

42  (Pages 165 to 168)

Sterba, MD - Tyke - 7/19/17

169

1  a situation like that could it kick in hard and
2  fast and cause cardiac arrest, yeah, that's why
3  we're telling you not to give it.
4      Q.  What is the difference between onset of
5  action and peak effect?
6      A.  The onset of action is when it first
7  starts to take hold.  We know from the record that
8  after 1 minute he became calm, calm enough to be
9  transferred onto the gurney.  When was the
10  injection given, 18:40, so roughly 18:41.
11      Q.  And really my question -- I'm trying to
12  get --
13      A.  Onset of action --
14      Q.  Doctor --
15      A.  I'm not done answering your question.
16  Onset of action is when it first begins to work.
17  Peak effect is the maximum effect.  We are talking
18  about onset of action which can kill a patient in
19  this situation.
20      Q.  And you talked about earlier coma,
21  shock, hypotension, and what was the 4th thing that
22  you said was in combination with the Ativan that
23  led to the cardiopulmonary arrest, you said four

170

1  things?
2      A.  Substance abuse.
3      Q.  No, no.  You only mentioned four
4  earlier.
5      A.  Substance abuse, coma, shock, severe
6  hypotension and CNS depression.  There are five
7  suspected at the time that Ativan was given.  You
8  have to go with what he likely had.  You have five.
9      Q.  Wait, wait.
10      A.  So substance abuse includes alcohol.
11  We have got drugs and alcohol as one, substance
12  abuse, coma, he's out --
13      Q.  Let's back up again.  And we have gone
14  over this, suspected drug use, coma, shock,
15  hypotension and CNS depression --
16      A.  You've got this?
17      Q.  Yeah.  I'm just asking you your list.
18  So that's though the pharmacokinetics --
19      A.  Pharmacokinetics just talks about how
20  quickly it kicks in and how long it lasts.
21  Kinetics is movement.
22      Q.  What is the biological basis that all
23  of those things in combination with the Ativan led

171

1  to the cardiopulmonary arrest?
2      A.  You become hypersensitive to
3  respiratory depression and cardiovascular collapse
4  in those situations.  Medically and physiologically
5  speaking you give Ativan without a protected airway
6  in a situation like that, could you like your
7  breathing might slow down.  No, your breathing can
8  stop.  Can your blood pressure drop so severe and
9  so fast that your heart stops, yes.  What happened,
10  we don't have a good timeline.  All of a sudden
11  he's dead.  He just died, that is the testimony
12  that we heard.  In 3 minutes time, do I really
13  think in three minutes time the breathing stopped
14  and the heart stopped at the same time, absolutely
15  not.  I'm an expert on breath holding and
16  asphyxiation.  I think the Ativan kicked in right
17  away.  Onset of action 1 minute in this patient.
18  His breathing went way down, his blood pressure
19  fell and all of a sudden we see that he is
20  flatlined.  He should had a lot of cardiac
21  irregularities prior to going asystolic.  And all .
22  of that was missed because he was never monitored.
23  He was never pre-screened.  We didn't have vitals

172

1  before or after the Ativan was given.  He just got
2  put on a gurney and put in the ambulance, and, oh,
3  by the way, he just died.
4      Q.  Have you seen any published reports,
5  studies, anything that would indicate that the use
6  of Ativan in this type of patient, like Tavares
7  Docher, would lead one to cardiopulmonary arrest?
8      A.  No.  Just the precautions are quite
9  similar to my training.
10      Q.  That is your answer.
11      A.  I don't have an article in mind for you
12  guys to pin down.  There is no authoritative
13  treatise or textbook or article.
14      Q.  So no article or study or research or
15  peer review?
16      A.  What we would say in emergency medicine
17  and EMS is a no brainer.  That is why it is in the
18  EMT textbook that Rosario used at Indian River
19  State College, that the combination of alcohol and
20  Benzodiazepine can be fatal.
21      Q.  But was the alcohol in Tavares Docher
22  system in combination with the Ativan the reason
23  that he went into cardiopulmonary arrest?

43 (Pages 169 to 172)

Sterba, MD - Tyke - 7/19/17

173

1    A.  One reason.  The other reasons were
2  that he had just been asphyxiated.
3    Q.  Have you seen the studies where it
4  shows the use of Ativan is recognized and approved
5  for patients who have consumed alcohol?
6    A.  I've done in, yes, in the ER.  It is
7  safe under those highly monitored conditions, but
8  not with all of the other risk factors that are
9  there.  Not for a patient that has just been
10  asphyxiated.
11    Q.  So that the alcohol standing alone was
12  not the reason why --
13    A.  I see what you mean.  Did the level of
14  .04 cause his arrest, no.  It contributed to it
15  because he has a toxin in his blood stream.  Could
16  he have other drugs that have contributed, yes.
17  Were they tested, no.  You have just eight simple
18  drugs.
19    Q.  You would be assuming that he was on
20  another drug?
21    A.  I didn't assume that.  The two police
22  officers did.
23    Q.  Doctor, for what you just stated you

174

1  would have to assume that he was on another drug?
2    A.  Yes.  Either that or he has limited
3  psychoses from untreated schizophrenia.
4    Q.  We have no evidence in this case, no
5  facts to support that he was on any other illicit
6  drug --
7    A.  THC.
8    Q.  -- other than the presumption of facts,
9  witnesses?
10    A.  And THC.
11    Q.  Did the THC play any part in his
12  cardiopulmonary arrest?
13    A.  No.  Unless it was laced with something
14  that they didn't test for, which would be common.
15    Q.  Would that be an assumption on your
16  part?
17    A.  It always is.  I'm trained in
18  toxicology, so yes.
19    Q.  Do you have any facts that it was
20  laced?
21    A.  No.  Assumption is based on a
22  differential of what I think this guy might have.
23    Q.  But we are dealing with facts and we

175

1  are looking retrospectively, and I want to know
2  factually what we can say --
3    A.  You're dealing with facts.  I'm the
4  physician that --
5    Q.  Dr. Sterba, can you let me finish my
6  question and this would go a lot faster.
7    A.  It's not going very fast.
8    Q.  I know.  Because you keep interrupting
9  me.
10    A.  No.  I've answered the same thing three
11  times.  You can go ahead.
12    Q.  I have asked you do you have any
13  factual support in this case to point to that the
14  marijuana that he either smoked or consumed in some
15  form or fashion was laced with any illicit drugs?
16    A.  No.  Just my clinical experience that
17  it sometimes is and it has to be considered.  All
18  drugs used were not tested in this case so we will
19  never know.
20    Q.  You cite quite a few times to these
21  emergency care in transport of the sick and injured
22  from, I think, 2006 and 2002, is that accurate?
23    A.  Yes.

176

1    Q.  Did you read, I guess -- what would
2  this be called, this second part of the page where
3  you copied.
4    MR. HECHT:  The copyright page.
5    BY MS. TYKE:
6    Q.  Yes.  The copyright page.
7    A.  Right.
8    Q.  Did you read where it says this
9  textbook is intended solely as a guide to the
10  appropriate procedures to be employed when
11  rendering emergency care to the sick and injured is
12  not intended as a statement of the standard of
13  care?
14    A.  That's true.  The disclaimer is always
15  there.  I'm here to tell you what the standard of
16  care is.
17    Q.  I just wanted to know if you had read
18  that in that book.
19    A.  I did.  And that is not an
20  authoritative text, but it is what he studied for
21  his EMT at the time.
22    Q.  Do you consider any textbook
23  authoritative in the realm of emergency medical

44  (Pages 173 to 176)

Sterba, MD - Tyke - 7/19/17

177

1  services?
2     A.  No.
3     Q.  You mentioned in your report or
4  suggested that the injection given by Jose Rosario
5  might have been given intravenously?
6     A.  It is possible because it happened so
7  quickly.
8     Q.  Can you say within a reasonable degree
9  of medical probability that it was given
10  intravenously?
11     A.  No, I cannot.  It was suggested by one
12  of the other experts.
13     Q.  You also talk about in your report with
14  how Mr. Rosario gave the injection.  You read over
15  Mr. Rosario's deposition, correct?
16     A.  Yes.
17     Q.  Did you see anywhere where he was asked
18  specific questions regarding where specifically on
19  the body the injection was given, how specifically
20  he gave the injection, whether he did aspirate
21  before the injection or not, did you see those
22  questions in the deposition?
23     MR. HECHT:  Form.

178

1     THE WITNESS:  I didn't remember seeing
2  someone asked him whether he aspirated.  Was it
3  asked?
4  BY MS. TYKE:
5     Q.  No.
6     A.  I didn't think so.  That kind of thing
7  should be brought up.  Now, if he said, oh,
8  certainly that is my standard, I aspirated.  Well,
9  how can he get such a rapid onset of action.  By
10  being that critically unstable it can happen within
11  a minute.  Especially when you give way over what
12  you are supposed to.
13     Q.  I think we talked about to be done
14  slowly 2 milligrams per minute, do you base that on
15  the attachment to Mr. Lindsey's report, is that
16  accurate?
17     A.  No.
18     Q.  That's you are citing.
19     A.  That is what I cited.  I'm not going to
20  be citing everything.  I do know that Ativan has to
21  be given slowly to avoid these complications.  And
22  in this case 4 milligrams should have been
23  delivered over a 2 minute period of time -- no, let

179

1  me backup.  It should never have been given in the
2  first place.  So I'm not going to get trapped into
3  saying, oh, if you give it over 2 minutes
4  everything would have been fine.  It should never
5  have been given.  When you are giving Ativan IV or
6  IM, it has to be given slowly, no faster than 2
7  milligrams per minute.  And I have used the drug
8  recently, I give it slowly and I'm monitoring the
9  patient very carefully.
10     Q.  If you could turn to what you have
11  marked as page 27, Mr. Lindsey's report.
12     A.  Dr. Lindsey.
13     Q.  Yes, Dr. Lindsey.  Sorry.
14     A.  Yes.
15     Q.  And we talked about dosage and
16  administration?
17     A.  Yes.
18     Q.  And it says adult 2 to 4 milligrams
19  slow?
20     A.  Yes.  At 2 milligrams per minute.
21     Q.  Can you explain to me how it is that
22  you can give between 2 to 4 milligrams slow IM at 2
23  milligrams per minute to be repeated in 15 to

180

1  20 minutes, does that mean that the 4 milligrams
2  would be given over a 4 minute time period?
3     MR. HECHT:  Form.
4     THE WITNESS:  No.  4 milligrams would have
5  been given over 2 minutes.  2 to 4 milligrams slow
6  IV IM at 2 milligrams per minute.  So how many
7  minutes is for 4 milligrams.
8     Q.  I said for 2 minutes.
9     A.  How do you do that slowly IM?
10     Q.  Yes?
11     A.  It's very hard.
12     Q.  That is what I was going to ask you.
13  In a combative patient how would you administer
14  that?
15     A.  In this patient --
16     Q.  No, in general.
17     A.  A patient in the emergency department I
18  would have given it IV slowly, recheck slowly,
19  recheck or IO.  I do both, intraosseous as well as
20  IV.  As far as a slow IM push it's impracticable.
21  It can be done.  Maybe a small amount, recheck the
22  patient, a small amount recheck the patient.
23     Q.  Is it your opinion in this case that

45 (Pages 177 to 180)

Sterba, MD - Tyke - 7/19/17

181

1  any amount of Ativan, 1 milligram of Ativan would
2  have led to Tavares Docher into cardiopulmonary
3  arrest?
4        A.  I don't know.  I can say with medical
5  certainty that 4 milligrams put him over the edge.
6  I can't say with medical certainty what 1 milligram
7  would have done.  It's very dangerous and
8  contraindicated and I would not have recommended
9  it.  I can tell you with medical certainty what
10  would happened.  When you have a contraindicated
11  drug for five reasons in this case, you don't have
12  to guess, I wonder what would have happened.  You
13  just don't give it.
14        Q.  The asystolic that you talked about
15  when they put monitors on Taveras Docher, can you
16  explain to me what that is?
17        A.  Flatline.  When you stop breathing --
18  this is all part of my research and my teaching and
19  such, your heart slows down almost like you're
20  holding your breath.  You stop breathing.  And then
21  you have irregularities in the beats and maybe
22  extra beats.  And it finally decompensates down to
23  more dangerous rhythms.  And finally, no electrical

182

1  activity in the heart at all, flatline.  That is a
2  very dangerous situation.  And if you do get the
3  heart rate back -- I should say the heartbeat with
4  a blood pressure by using epinephrine, it is often
5  at the expense of the brain.
6        Q.  In your practice as an emergency room
7  physician have you seen patients who presented in
8  an asystolic rhythm?
9        A.  Yes.
10        Q.  Have all of those patients been given
11  Ativan before they presented?
12        A.  I don't remember.
13        Q.  If all of them had been?
14        A.  You want me to tell you?
15        Q.  When you see somebody who has an
16  asystolic or flatline, is it always preceded by
17  them being injected with Ativan?
18        A.  No.
19        Q.  Cardiac arrest is one of the largest
20  causes of death in the United States, correct?
21        A.  Yes.
22        Q.  And sudden cardiac death is also one of
23  the largest causes of death in the United States?

183

1        A.  Right.
2        Q.  And you have seen through your career
3  patients who have presented in cardiac arrest?
4        A.  Yes.  Docher does not fit this picture.
5  He is a 29 year old healthy guy that was
6  asphyxiated and overdosed by the paramedic.
7        Q.  Dr. Sterba, I wasn't asking
8  specifically about Mr. Docher, just general
9  statements about cardiac arrest.
10        A.  But not in this age group.
11        Q.  Have you ever seen an individual in
12  Tavares Docher's age group who have suffered from
13  cardiac arrest?
14        A.  Rarely, yes.
15        Q.  And do you know what the underlying
16  cause of their cardiac arrest was?
17        A.  Yes.
18        Q.  What was that?
19        A.  I don't remember.
20        Q.  Was it always associated with Ativan?
21        A.  I don't remember.
22        Q.  Do you remember any situation in which
23  somebody was 29 years old and came in with cardiac

184

1  arrest after receiving Ativan in any of your
2  career?
3        A.  With everything being normal, Ativan
4  asystole, no.
5        Q.  Any time in your career that you have
6  ever seen somebody come in cardiac arrest or
7  asystole after being given Ativan with any number
8  of issues that they could have had?
9        A.  I don't remember.
10        Q.  You say on the last page that Jose
11  Rosario caused chemical asphyxiation and
12  cardiopulmonary arrest and subsequent instability?
13        A.  Yes.
14        Q.  And the chemical asphyxiation is from
15  the Ativan?
16        A.  Yes.
17        Q.  Which caused him to go into
18  cardiopulmonary arrest?
19        A.  Yes.
20        Q.  Do you think he was suffering from any
21  type of cardiac issue prior to him injecting him
22  with Ativan?
23        A.  Yes.

46  (Pages 181 to 184)

Sterba, MD - Tyke - 7/19/17

185

1    Q.   What do you think he was suffering
2    from?
3    A.   Hypotension as a result from
4    asphyxiation by Mangrum.
5    Q.   Do you think he was suffering from any
6    type of cardiac arrest prior to the Ativan
7    injection?
8    A.   No.  He had just passed out.
9    Q.   If an EKG monitor was hooked up to Mr.
10   Docher prior to the Ativan injection, can you tell
11   me with any degree of medical certainty as to what
12   that would have shown?
13   A.   No.
14   Q.   We talked about the policies and
15   procedures that are in effect for St. Lucie County
16   Fire District, what specifically do you find fault
17   with those policies and procedures?
18   A.   It was mentioned by one of the EMS
19   people that the only contraindication is
20   hypersensitivity.  That is not true at all.  All
21   drugs carry a risk of an allergic reaction, that is
22   not the severe contraindication or severe risk.  As
23   we have gone over many times he had five severe

186

1    risks and not hypersensitivity.  He wasn't allergic
2    to it.  So to say that is the only reason that you
3    can't give Ativan is hypersensitivity is ignorant
4    and dangerous.
5    Q.   Have you ever been involved in
6    developing any of the medical inserts that come
7    with medications?
8    A.   No.
9    Q.   Do you know if those need to be FDA
10   approved?
11   A.   I don't know.  Good question.
12   Q.   Do you know if those need to list out
13   all the contraindications for that specific
14   medication?
15   A.   They often do.
16   Q.   You have not reviewed the current
17   medical insert for Ativan?
18   A.   No.  I will before trial.
19   Q.   Other than hypersensitivity do you know
20   if it lists any other contraindications?
21   A.   For the package insert for Lorazepam I
22   didn't review it.
23   Q.   Would it surprise you if that is the

187

1    only contraindication that it lists?
2    A.   Yes.  I think that contraindications
3    and risks, there might be risks mentioned, which to
4    me I might interpret as contraindications.
5    Q.   Are there differences between risks and
6    contraindications?
7    A.   In my case in the emergency department
8    if there are risks, I would determine this drug is
9    contraindicated.  The risk is too high.  As far as
10   FDA approved contraindications, I really don't have
11   any comment on the FDA approved package insert.
12   Q.   What is your definition of a
13   contraindication?
14   A.   If you give it, they could die or have
15   a severe reaction, do not give it.
16   Q.   And what is your definition of a risk?
17   A.   Side effects can be either mild, severe
18   or could lead to death.
19   Q.   Are there any types of medications that
20   you use in your career as an emergency physician
21   . that carry the risk of death, but given the
22   situation that the benefit would outweigh that risk
23   such that you would give that medication?

188

1    A.   Yes.  The risk benefit ratio for Docher
2    for Ativan was an enormous risk.  And the benefit,
3    there was no need to give the drug if four point
4    restraints had been used and blow-by oxygen, 8
5    minutes from the hospital -- actually 8 minutes and
6    25 seconds.
7    Q.   What is the causes or recognized causes
8    of asystolic?
9    A.   Asystole?
10   Q.   Yes.
11   A.   Hypotension, hypovolemia, hypokalemia,
12   other electrolyte disturbances.  Hypothermia,
13   tension pneumothorax, cardiac tamponade, tablets
14   and toxins.  There are quite a few things to
15   consider when someone is in asystole that are
16   correctible.
17   Q.   And what is the treatment for somebody
18   who would be found in asystole?
19   A.   Try to find the cause and go ahead and
20   give Epinephrine, effective CPR, advance airway, no
21   shock.  You don't shock asystole.
22   Q.   Was Docher given Epinephrine?
23   A.   Yes.  There is nothing wrong with their

47 (Pages 185 to 188)

Sterba, MD - Tyke - 7/19/17

189

1    resuscitation.
2       Q.  Dr. Sterba, when you were reviewing
3    this matter did you consider anything else as the
4    cause of Tavares Docher's cardiopulmonary arrest?
5       A.  Yes.  I considered were there any
6    possible drugs that would have brought this on.
7    And my answer was no, being that his behavior was
8    mildly delusional, afraid, cooperative to the point
9    of resisting arrest, and then everything fell apart
10   after that.  He does not fit any pattern or
11   toxidrome to indicate that he was suffering from an
12   overdose of any illegal or prescription medication.
13      Q.  Anything else that you considered?
14      A.  No.
15      Q.  Have we now covered all of your
16   opinions as they relate to Jose Rosario?
17      A.  Yes.
18      Q.  As far as the policy and procedure with
19   St. Lucie County Fire District how did it cause or
20   contribute to Tavares Docher's injuries in this
21   matter?
22      MR. HECHT:  Form.
23      THE WITNESS:  Reading the contraindications

190

1    listing only hypersensitivity it completely left
2    off all of the risky factors of this drug, the
3    contraindications that we talked about already, the
4    five.  And for the instructors not to know any
5    better would tell me that the paramedics don't know
6    any better.  And from what I learned, that Rosario
7    has given Ativan 50 to 200 times, and over half of
8    those times 25 to 100 he went straight to the 4
9    milligrams and not the 1 milligram with
10   reassessment increments.  I'm not sure he
11   understands what increments mean.  He might not
12   have fully understood that.  So looking through the
13   enclosures and policies and procedures for this
14   risky medication I don't think the policies were
15   written clearly.  I don't think they were taught
16   adequately.  And I think the paramedics were not
17   only misinformed, they were undereducated and
18   ignorant to the dangerous life threatening effects
19   of Ativan used when it should never be used.  In
20   addition, it is not emphasized enough that if there
21   are any of these problems you must contact medical
22   control so that somebody like myself who has
23   experience can weigh out what should be done or

191

1    what should not be done.
2       BY MS. TYKE:
3       Q.  And just so we talked a lot about the
4    risks that were mentioned and we referred a lot to
5    that one document that was attached to Dr.
6    Lindsey's report and talked about coma, CNS
7    depression and talked about illicit drug use, was
8    there anywhere where it mentioned alcohol?
9       A.  Substance abuse is part of that.  When
10   it mentions it in the books, too, and in EMT and
11   paramedic training, substance abuse also includes
12   alcohol.  One other factor that we talked about
13   much earlier that shows up in these documents that
14   we talked about is head traumatic.  Head trauma
15   poses a severe risk for the use of Ativan because
16   it sensitizes the patient to respiratory depression
17   and cardiovascular collapse.  So we have six things
18   going right now.
19      Q.  So you believe that the policy and
20   procedure should have indicated that those six
21   things were contraindications to using Ativan?
22      A.  Contraindications or risks.  And it all
23   has to be brought out and explained much better so

192

1    that this problem doesn't happen again.  And if
2    Rosario has given 4 milligrams straight up 25 to
3    100 times, then all of his EMS run sheets should be
4    reviewed by a competent emergency physician to find
5    out if he indeed caused any problems for anybody
6    else.
7       Q.  As an emergency physician have you ever
8    during your career administered 4 milligrams of
9    Ativan to a patient?
10      A.  2 milligrams, repeat, 2 milligrams.  4
11   milligrams all at once, never.
12      Q.  Is 4 milligrams in and of itself a
13   dangerous dose?
14      A.  No.  If it is given at the right time
15   according to how the patient presents.  Like if
16   somebody, for instance, status epilepticus, meaning
17   epileptic seizures that just won't quit, I may have
18   to give even over 4 milligrams with the airway
19   protected.
20      Q.  So just to be clear, we are not talking
21   about this case at all, just generally, 4
22   milligrams of Ativan in the right situation would
23   not be an excessive dose of that particular

48  (Pages 189 to 192)

Sterba, MD - Tyke - 7/19/17

193

1  medication?
2       A.  You would have to qualify that.  4
3  milligrams all at once IV push is dangerous,
4  always.
5       Q.  Always?
6       A.  You push 4 milligrams on just about
7  anybody and you can have a very dangerous
8  situation.  It has to be given slow.
9       Q.  4 milligrams intramuscular.  Is that
10 always dangerous?
11      A.  No.  But you are asking a loaded
12 question.  Is 4 milligrams dangerous, if it is
13 given improperly it can be.  If it is given slowly
14 with careful physiological monitoring before and
15 after say 1 or 2 milligrams at a time at a rate no
16 faster than 2 milligrams per minute.  It is safe to
17 give up to 4 milligrams and even over that under
18 medical direction.
19      Q.  Do you know what the package insert
20 says regarding dosage?
21      A.  No.  I haven't read it.          .
22      Q.  Have you asked for the package insert?
23      A.  No.

194

1       Q.  Have you tried to obtain the package
2  insert so that you could read up on Ativan?
3       A.  No.
4       Q.  Is there any reason?
5       A.  I'm experienced on using it.  I didn't
6  have to read it.
7       MR. HECHT:  Time out.
8       (A recess was then taken.)
9  BY MS. TYKE:
10      Q.  Dr. Sterba, we have gone over now the
11 policies and procedures for St. Lucie County Fire
12 District, have we covered all of your opinions as
13 it relates to the policy and procedure for St.
14 Lucie County Fire District in this matter?
15      A.  Yes.
16      MS. TYKE:  That's all the questions I have
17 right now.
18      MR. HECHT:  Off the record.
19      (Discussion off the record.)
20      MR. HECHT:  Back on the record.  Per
21 agreement with all counsel since I need to catch a
22 flight back to Florida we are going to agree to
23 suspend the deposition at this point.  And Ms.

195

1  Barranco obviously has not asked her line of
2  questioning yet, and then certainly there may be
3  some followup with Ms. Tyke and myself.  So what we
4  will do is all counsel will agree to a mutually
5  convenient time, of course, with the Doctor, and we
6  will continue the deposition either over the
7  telephone or over video conference prior to
8  discovery cutoffs in this case.  Does everyone
9  agree with that?
10      MS. TYKE:  Yes.
11      MS. BARRANCO:  Yes.
12      COURT REPORTER:  Who is ordering
13 transcripts?
14      MS. TYKE:  I can order.
15      MS. BARRANCO:  I am ordering.
16      MR. HECHT:  I'm ordering and he will read.
17      (Deposition adjourned at 2:50 p.m.)
18              *  *  *
19
20
21
22
23

196

1       I hereby CERTIFY that I have read the
2  foregoing 195 pages, and that they are a true and
3  accurate transcript of the testimony given by me in
4  the above entitled action on July 19, 2017.
5
6
7       ----------------------
8              JOHN A. STERBA, MD
9  Sworn to before me this
10
11 -------- day of ---------, 2017.
12
13 -------------------------
14 NOTARY PUBLIC.
15
16
17
18
19
20
21
22
23

49 (Pages 193 to 196)

197

1    STATE OF NEW YORK )
2                ss:
3    COUNTY OF ERIE   )
4
5        I DO HEREBY CERTIFY as a Notary Public in and
6    for the State of New York, that I did attend and
7    report the foregoing deposition, which was taken
8    down by me in a verbatim manner by means of machine
9    shorthand.  Further, that the deposition was then
10   reduced to writing in my presence and under my
11   direction.  That the deposition was taken to be
12   used in the foregoing entitled action.  That the
13   said deponent, before examination, was duly sworn
14   to testify to the truth, the whole truth and
15   nothing but the truth, relative to said action.
16
17
18            NANCY C. BROICH,
                Notary Public.
19
20
21
22                    .
23

198

1            INDEX TO EXHIBITS
2    Exhibit        Description          Page
3    EXH. 1      Curriculum Vitae          5
4    EXH. 2      Notice of Taking Deposition    5
5    EXH. 3      Report of Dr. Sterba       54
6    EXH. 4      Worksheet              57
7    EXH. 5      Wikipedia Pages          60
8
9
10   * Exhibits returned to Ms. Tyk.
11
12
13
14
15
16
17
18
19
20
21
22
23

199

1            INDEX TO WITNESSES
2    Witness        Examination        Page
3
     JOHN A. STERBA, MD   BY MS. TYKE:        3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

50  (Pages 197 to 199)

1

**A**

ability 28:14,17
   82:23 92:21
   93:6
able 9:23 10:13
   11:14,18,21
   12:13 21:15
   24:22 25:8,15
   40:12 92:22
   93:5,14 94:17
   94:23 96:5
   101:14 102:11
   119:4,7,10,10
   125:10 129:21
   167:11
abnormal 44:4
   94:2 114:12,15
   114:17 115:7
   115:10,12
   116:7 117:17
   119:15 120:4,9
   143:10 157:2
abnormally 94:6
   116:4 127:5
abrasions 111:1
absolute 38:5,7
   38:20,23 39:3
   39:7 106:20
absolutely
   100:18 128:7
   136:19 157:1
   157:13,17,20
   159:7 165:3,10
   171:14
abundance
   153:12
abuse 43:14,21
   45:15 81:2
   106:23 107:11
   143:4,18 170:2
   170:5,10,12
   191:9,11
accelerating 9:6
   74:9
accept 8:20
acceptable
   132:7

accident 21:5,15
   21:18 63:21
accompanied
   139:13 167:14
accompanies
   132:10
accompany
   137:14
accurate 11:16
   21:11 24:3
   27:8 60:11
   61:19 64:23
   68:19 71:14
   79:17 85:2,6
   90:3 109:5
   123:14 125:9
   158:1 175:22
   178:16 196:3
accurately 96:17
   97:6 109:6
acid 102:13
   103:11 104:23
   152:6 153:4,12
acidosis 37:22
   38:18 41:14
   42:8,12,16
   45:20 47:7,11
   47:21 102:14
   102:16,22
   103:2,3,14,22
   103:23 104:3,8
   104:17 105:1,2
   121:14 152:5,7
   152:12,14,19
   153:1,8,14,18
   153:23 154:1,2
   154:3,7,8,11
   154:12,13,19
   154:19,20
   155:7,14,14,15
   155:21 159:1
   166:9 168:20
acids 104:23
acls 24:11 30:23
   31:13 36:2,7
   36:14 37:2,18
act 12:18 75:14
   82:23 146:10

167:5
acted 146:20
   165:4,7
acting 21:4
   87:14 141:13
   163:18
action 140:1
   167:8,9,12,15
   168:2,13,15,16
   168:18 169:5,6
   169:13,16,18
   171:17 178:9
   196:4 197:12
   197:15
actions 70:3
   149:14 150:21
activator 39:4
active 18:8,10
   19:3 20:17
   63:15,17 65:6
   65:9
activity 182:1
acts 121:9
actual 22:22
   41:1 59:3
   107:22 134:20
   136:1 155:22
acute 12:20
   45:14 106:5
   149:21
adam 2:2 54:16
adaptive 6:19
add 89:17
addendum
   55:15
addition 33:22
   34:21 72:1
   190:20
additional 51:20
   51:22 52:23
   54:17 55:15
   69:3 85:4
   89:17
address 4:10
   130:16
adequate 139:22
   162:23
adequately

125:11 153:13
   190:16
adjourned
   195:17
adjunct 138:10
administer 24:2
   24:14 120:17
   126:5,19 161:4
   161:13 180:13
administered
   23:21 122:14
   142:20 192:8
administration
   125:23 140:19
   179:16
administrator
   8:4
admit 12:15
adult 94:9
   124:21 179:18
adults 7:13,15
advance 188:20
advanced 13:22
   22:14 52:14
advised 122:2
   160:23
advisor 33:5,5
   33:11
affect 73:12 91:1
   92:21 95:19
afraid 82:19
   189:8
age 183:10,12
agencies 135:14
agency 32:23
   33:1 132:5
agents 130:2
aggression
   75:17 76:1
   88:3,11
agitated 46:5,11
   69:23 70:1,10
   70:17 72:4,20
   75:12 87:15,18
   87:21 102:9
   126:10 147:14
agitation 75:17
   88:2 107:14

149:13,15
ago 8:16 9:4
   20:18 21:6
   41:3 125:5
agree 79:19
   107:1 123:7
   124:16 131:7
   131:19 137:9
   138:19 160:17
   160:18,22
   161:5 165:20
   167:18 194:22
   195:4,9
agreeable 75:18
agreement
   194:21
ahead 128:7,9
   139:21 140:17
   158:15 162:20
   163:21 175:11
   188:19
air 14:3 21:23
   28:23 33:6
   94:6,19 96:7
   101:15 155:2
airway 47:22,23
   114:6,8 171:5
   188:20 192:18
ala 29:11
alcohol 16:9
   43:19 77:1,3,4
   77:9,9,11,14
   77:17 78:6,14
   78:15 79:15,22
   80:4,9,13,18
   81:5 83:21,23
   84:5 91:8 92:9
   92:12 105:15
   105:19,21
   106:2,4,5,10
   106:18 108:14
   109:15 113:13
   121:12 123:23
   147:15,17,20
   147:23 148:10
   148:14,15,17
   148:21,23
   149:2,8,12,16

149:23,23
150:6 159:22
160:8 163:19
165:1,17 166:2
166:6,12
170:10,11
172:19,21
173:5,11 191:8
191:12
**alcoholic** 77:18
92:6
**ale** 77:21
**ales** 77:7
**alive** 59:4
**allergic** 38:9,10
41:22 43:13
49:5 141:8
185:21 186:1
**allow** 135:7
**allowed** 58:5
137:19
**alongside** 21:1,6
**altered** 78:21
109:2 148:20
**alternative**
138:10
**ambulance** 12:7
16:3 20:15
21:23 22:20
25:16 30:22
32:13 33:6
44:3 55:11
114:3 172:2
**ambulances**
28:9
**amend** 98:6
**amended** 55:1
**amendment**
53:19 54:9
**american** 7:14
7:16 32:9
35:22 40:5,8
42:11,13 52:15
71:22 77:6
**americanhear...**
40:10
**amount** 166:6
180:21,22

181:1
**amounts** 105:16
**amphetamines**
81:23
**anals** 32:10
**anesthesia**
140:23
**anesthesiologist**
141:4,6,12
**anesthetic**
140:19,22
141:4
**angle** 45:14
111:8
**animated** 72:14
**ankles** 128:17
**answer** 39:22
43:7 69:6
112:9 133:17
142:17 158:10
172:10 189:7
**answered**
175:10
**answering**
169:15
**antifreeze** 83:22
**antipsychotic**
91:18 121:10
**anxiety** 50:10
150:11
**anybody** 66:21
66:23 71:3
107:15 150:23
192:5 193:7
**anyway** 65:20
**apart** 189:9
**apnea** 45:13
**appear** 99:23
**appearances** 2:1
**appearing** 2:4
2:10,16
**appears** 100:1
**application**
145:8
**applied** 52:21
53:8 60:19
124:8 127:5
128:14,23

129:2,21
133:10 136:11
139:20
**apply** 129:4,22
130:2,19
132:14 136:14
141:4 162:16
**appreciate**
45:22 104:20
**appropriate**
12:3,7 103:16
121:3 135:6
137:17,18
176:10
**approved** 122:7
128:8,9 131:11
131:18 132:4
132:13,15
136:23 137:6
139:10,19
145:9 173:4
186:10 187:10
187:11
**approximately**
140:3
**aquatic** 19:17
**arabs** 73:10
74:11
**area** 7:20 8:2
9:20 12:1
18:14 19:15
**areas** 18:1 20:3
110:6
**arm** 143:15
**arms** 44:20 45:1
58:8,15 59:16
60:10 72:14
87:22 96:3
101:4 111:6
128:18 144:20
153:16 155:9
164:23
**array** 11:7
**arrest** 11:16
38:13 47:20,21
48:22 75:1
89:7 91:10
105:6 106:3,14

109:16,17
130:6 131:16
132:11 138:17
140:4 145:1
146:14,22
147:4,11 152:8
152:17 153:22
154:16 155:15
166:19 169:2
169:23 171:1
172:7,23
173:14 174:12
181:3 182:19
183:3,9,13,16
184:1,6,12,18
185:6 189:4,9
**arrested** 139:8
148:3
**arresting** 144:17
**arrival** 93:11
125:17 152:7
156:17 159:10
**arrive** 97:12
**arrived** 93:13,16
105:11 109:1
112:7,14 152:4
167:4
**arrives** 109:11
**arriving** 43:23
93:12 100:14
119:4 125:10
**arterial** 154:15
**article** 13:21
48:21 49:8
172:11,13,14
**articles** 26:11,12
26:22 27:12
29:3 41:12
47:5,15
**arts** 16:15
**ash** 2:4
**asked** 29:13
39:10 45:19
55:4,13 56:7
64:10,14,23
66:12,16,18
71:4 99:7
100:10 109:21

124:5 138:2
145:1,15 146:2
146:2,4 175:12
177:17 178:2,3
193:22 195:1
**asking** 35:4,8
37:1,15 42:22
56:18 60:15
70:8 94:23
110:16 130:22
134:10 139:5
144:13 145:12
148:5 160:20
163:3,9 164:5
164:13 170:17
183:7 193:11
**aspects** 24:9
**asphalt** 85:17
86:15
**asphyxiated**
18:21 43:23
44:6 94:3
101:23 145:11
147:9 153:3,20
156:22 157:5
159:6 173:2,10
183:6
**asphyxiation**
16:17 18:16
27:19,22 28:21
28:22 47:22
58:18 59:6,11
60:21 65:7
101:7,17,21,22
102:2,15
143:21 153:16
154:11 166:10
168:22 171:16
184:11,14
185:4
**aspirate** 177:20
**aspirated** 178:2
178:8
**assess** 27:21
118:12,21
**assessed** 119:1
**assessment**
114:3,5 128:1

158:2
assigned 20:4
assist 55:21
assistance 24:18
assisted 24:4
associated 7:6
  183:20
associates 1:17
  1:24
association 26:3
  26:6,9 35:22
  40:8 42:11,14
  71:23
associations
  40:5
assume 32:4
  156:4 173:21
  174:1
assuming 43:15
  97:2 173:19
assumption
  174:15,21
asystole 184:4,7
  188:9,15,18,21
asystolic 171:21
  181:14 182:8
  182:16 188:8
ativan 31:3,7
  36:11,12,14
  37:19 38:2,14
  41:2,4,7,15
  44:9 46:16
  47:8 49:3 50:2
  53:12 55:12,19
  82:2,4 104:10
  106:4,5,9,21
  117:7 119:18
  120:23 121:2
  121:15,20
  123:3 124:13
  139:16,22
  142:15,20
  156:12 159:16
  163:21 165:18
  165:21 166:3
  166:13,16,18
  167:5,15
  168:22,23

169:22 170:7
170:23 171:5
171:16 172:1,6
172:22 173:4
178:20 179:5
181:1,1 182:11
182:17 183:20
184:1,3,7,15
184:22 185:6
185:10 186:3
186:17 188:2
190:7,19
191:15,21
192:9,22 194:2
attach 5:2,3,5
  53:23 57:13
  60:2
attached 4:11
  47:4 73:8
  191:5
attachment
  178:15
attempt 127:18
  127:19
attempted 74:3
  76:6,10 141:19
  143:13
attend 32:5,15
  36:14 197:6
attended 31:21
attorneys 58:7
  65:1,17 66:16
august 15:21
aurora 3:18
  7:20,23 8:1
auschwitz 59:1
authored 26:11
  27:4
authoritative
  40:17 172:12
  176:20,23
autoinjector
  24:16
available 53:16
  68:22 69:13
avenue 2:14
average 10:7
avid 32:9

avoid 178:21
avoidable
  139:18
awarded 16:20
aware 3:7 32:19
  32:20 54:1,5
  80:12 125:12
  125:16 131:13
  135:17 136:9
  136:15

B

b 3:16 8:5
bachelors 16:14
  16:14
back 5:11 11:13
  14:1 18:9
  22:23 23:4,23
  24:16,16 25:12
  29:2 30:14
  31:23 34:13
  45:2 46:17
  49:21 52:1,4,9
  52:10,21 53:22
  54:14,21 58:8
  58:13,16 60:10
  60:18 64:22
  69:8,10,12
  72:1 73:17
  76:16 82:14
  84:20 85:14,15
  86:14,15 88:10
  89:15 90:19
  97:3 99:23
  101:4 103:5,9
  105:8 111:2,7
  111:9 117:12
  118:18 124:9
  128:10,11
  137:5 138:19
  141:15 151:2
  152:10 153:15
  164:4 170:13
  182:3 194:20
  194:22
backer 75:14
background
  15:6 28:18

42:3
backup 179:1
bad 167:7
bagdas 50:4
barbs 81:23
barnhart 2:1
barranco 1:20
  2:6,7 3:7,14
  15:15 195:1,11
  195:15
base 14:4 39:14
  178:14
based 6:20 7:1
  7:18 40:3
  47:16 57:23
  77:12 89:15
  135:17 137:16
  149:1 174:21
basic 20:5 21:7
  22:23 165:15
basically 44:5
  88:20 162:16
basing 149:7
basis 32:11
  54:11 68:16
  80:4 107:9
  148:6 154:18
  155:13 166:16
  170:22
bath 151:7,13
beach 2:3 64:12
bearings 68:8
beat 17:4
beating 162:18
beats 115:14
  181:21,22
bedside 31:17
  32:13 35:21
beer 77:3,6,8,10
  77:13
beers 77:19 78:9
beg 29:22
began 16:22
  17:12 76:21
beginning 75:13
begins 169:16
behalf 65:13,22
  66:14

behaving 150:17
behavior 43:20
  46:11 75:20
  82:18 83:6
  107:7 149:8,13
  150:7 189:7
behavioral 46:5
believe 26:21
  49:18 71:18
  73:14 74:19,23
  75:23 86:9
  92:5,8 103:21
  109:23 129:20
  142:19 151:3
  164:10 191:19
believed 70:17
  71:7
benefit 6:18,19
  15:5 187:22
  188:1,2
benjamin 56:3
bens 34:21
benzodiazepine
  16:9 37:10
  38:2 47:18
  106:2 123:22
  136:22 159:23
  160:9 166:21
  172:20
benzodiazepin...
  37:4 47:1
benzos 81:23
better 13:20
  126:23 161:1
  190:5,6 191:23
beverages 77:18
bicarb 103:15
bilateral 85:20
  86:1,5
biological 18:4
  170:22
bit 8:16 84:5
  166:15
bite 74:3 76:6,10
  76:19 88:15
  89:8
bites 76:8
biting 74:5

4

76:14
**bizarre** 71:2
**black** 73:7
**blades** 44:17
48:18 59:18,23
**blank** 146:7
**blatchford**
48:16 99:20
**bleed** 87:6,8
**bleeding** 108:20
113:3,5 127:18
**blockers** 121:7
**blood** 10:3,10
11:5 23:17
25:18,20 44:8
44:10 50:2
78:6 79:15,22
84:2 90:16
91:8 101:18,20
102:12 103:8
103:10 104:5
104:12,14,14
117:9 118:9,13
118:16 119:22
120:6,6,10,14
126:11 141:19
142:2 143:14
143:14 154:14
154:15 155:22
162:19 163:23
166:23 167:7
171:8,18
173:15 182:4
**blow** 126:22
**blowby** 126:13
188:4
**blowing** 78:16
153:9
**blue** 15:8,12
**blunt** 52:18 53:9
84:21 85:9,13
85:16 87:2
108:20 110:2
**board** 7:12,14
7:16 22:9
47:17 80:5
113:18 122:7
123:13 132:4

137:7
**bobbit** 15:20
**body** 28:20
88:23 104:22
110:6,15 152:6
153:4,12
177:19
**bomb** 45:6
101:12
**bone** 86:2
**book** 159:20,22
176:18
**books** 26:12
106:8 134:13
134:13,21,21
191:10
**bookstore** 29:11
**bottom** 46:8
131:4 138:4
143:3 161:18
161:19
**boulevard** 1:20
2:2,7
**bounding** 94:1
**box** 150:8
**boy** 164:23
**bp** 143:16
**brachial** 118:23
**brain** 87:7,8
130:7 138:17
142:1 146:16
146:17,22
182:5
**brainer** 172:17
**breach** 135:5
**break** 39:2
52:11,20 61:12
115:16
**breakdown** 82:4
**breath** 78:14,15
80:9 94:20
95:11 104:13
171:15 181:20
**breathe** 20:14
58:19 59:14
95:10 96:2,7
101:15 102:23
125:11 152:21

153:2,20 154:4
155:7
**breathing** 94:4
94:12,13,15,15
95:6,7,12,19
95:23 114:19
114:23 115:3,8
115:11,13,21
115:23 117:3
153:13 154:12
155:16 156:1
156:22,23
157:3 158:12
158:18,23
159:3,3,6,7
167:6 171:7,7
171:13,18
181:17,20
**breaths** 114:20
115:8,15,16
127:4
**brian** 136:7
**bring** 4:21 25:13
40:12 43:6
47:19 58:7
106:2 107:6
109:2 124:11
159:23
**bringing** 128:21
**brink** 168:19
**broadly** 40:20
42:19
**broich** 1:22
197:18
**broke** 66:8
**brought** 4:13
27:23 81:3
108:13 178:7
189:6 191:23
**broward** 80:17
**brown** 50:4
**brrr** 94:19 96:6
101:14 155:2,4
**bruises** 52:12
**bruising** 90:19
**brushes** 73:9
**buffalo** 1:17 2:5
2:18 36:2

**build** 153:4
**building** 1:17
**builds** 28:23
**buildup** 102:12
103:11 152:6
154:10
**bulk** 57:11
**bunch** 134:14
**business** 4:9
5:13 6:15 7:11
**busy** 73:21
**butt** 113:23
**buttocks** 89:14
90:19 110:4
111:3
**byproduct** 82:4

**C**
**c** 1:22 197:18
**cad** 48:9
**call** 8:14,17 9:17
21:4 121:22
123:9 149:1
151:10 161:3
161:12 163:5
165:20
**called** 3:19 9:19
11:11 18:2
21:2 29:11,12
32:14 45:3
58:8,16 67:23
70:19,23 71:4
72:1,6,18
116:11 123:2
143:16 154:11
176:2
**calling** 9:14
74:14
**calls** 4:12 6:23
7:17 8:13 9:5,7
13:22
**calm** 167:10
169:8,8
**calmed** 140:2
**calvin** 1:10 2:11
49:17
**camera** 99:23
100:3

**campus** 32:2
**cannula** 126:8
126:22
**cant** 28:23 44:18
52:19 58:18
64:16 69:6,11
73:22 74:9
86:7,8 94:18
96:6 101:13
102:17 109:5
118:14,16
120:8 131:23
133:17 134:15
134:20 136:20
140:13 143:12
153:2,20 154:4
155:1,1,3
160:22 181:6
186:3
**capillary** 120:1
120:2
**captain** 49:17
**car** 21:17 73:18
74:6 75:16
**caravan** 22:7
**carbon** 102:7
153:9
**cardiac** 11:16
22:14 38:13,13
47:20 52:14
105:5 147:4,11
152:17 153:22
154:16 155:15
169:2 171:20
182:19,22
183:3,9,13,16
183:23 184:6
184:21 185:6
188:13
**cardiologist**
22:13,15
**cardiology** 17:2
22:10,12
**cardiopulmon...**
18:15 37:3
91:10 130:6
138:16 146:14
146:21 152:8

169:23 171:1
172:7,23
174:12 181:2
184:12,18
189:4
cardiorespirat...
166:19
cardiovascular
16:19 17:2
22:12,16 37:9
38:12 171:3
191:17
care 7:16 10:8,9
11:1 12:19,20
13:22 14:9
17:10 24:22
25:5 27:2
29:14 32:21
34:4 35:22
39:19 40:2
68:1 92:23
93:2 125:1
132:19,22
133:2 135:5
137:12,16
146:12 175:21
176:11,13,16
career 47:6
161:10 183:2
184:2,5 187:20
192:8
careflight 33:6
careful 193:14
carefully 63:8
66:6 179:9
caring 64:20
carolina 65:12
65:14
carotid 118:23
carried 22:2
carries 39:13
carry 41:3
185:21 187:21
cars 22:8
case 1:7 15:10
16:8 26:16
27:8,11,16,21
28:11,13,18

29:8 30:4,13
45:4 54:5 56:2
57:23 58:13
61:5 67:22,23
68:8,10 84:11
87:14 91:17,22
99:8,19 102:4
102:13 123:1
124:1 125:2
127:1 132:13
132:14,14
135:18 136:12
136:14 138:4,7
141:9,16
148:20 150:4
154:14 156:7
166:5,12 174:4
175:13,18
178:22 180:23
181:11 187:7
192:21 195:8
cases 63:15 64:2
64:3 65:1,4,9
66:3,16,20
67:17 131:5
cat 10:17,18
catch 194:21
categories 9:11
category 9:13
cause 64:12
90:23 91:2
104:3 129:8
140:8,14,20
147:1,3,6,10
150:21 153:2
153:18 154:9
154:12 166:23
169:2 173:14
183:16 188:19
189:4,19
caused 110:9,10
130:6 138:16
142:1 146:13
146:16,21
149:16 159:9
165:5 166:14
184:11,17
192:5

causes 63:16
182:20,23
188:7,7
causing 149:22
150:14 153:16
160:9
caution 165:16
cbc 25:20
cbs 48:13
cell 8:16 11:11
97:5
center 3:17 32:6
33:7 48:19
50:22 51:3
79:17 81:9,20
137:23
centimeter
88:22
central 141:21
certain 8:19
28:10 52:6
151:11
certainly 54:23
178:8 195:2
certainty 86:13
120:8 130:7
143:12 157:1
157:14 181:5,6
181:9 185:11
certificate 19:22
certification
22:9 47:17
certified 7:12
15:18
certify 196:1
197:5
cervical 113:18
cetera 23:18
change 69:13
136:17
changed 34:16
changing 147:2
chapter 43:10
143:1
chapters 26:22
charge 56:19
61:13,21 63:18
64:14,15,16,18

charged 64:15
charity 6:11 7:8
56:8 64:19
chart 50:23 51:2
51:7 83:6,12
86:11,18,20
110:17 116:2
check 26:14
56:6 158:4
162:19,20
checked 82:6
93:22 142:6
158:3
checking 141:20
chemical 18:5
23:7,16,21
24:2 29:1
32:17,22 33:18
34:8 43:10
46:22,23
120:16,18,20
121:4 122:13
128:5 130:10
130:12,18
132:18 133:11
134:1,8 138:14
143:2 162:2,21
184:11,14
chemically
28:21
chemistries 11:6
chemistry 10:3
10:10 25:20
chest 9:16 44:16
45:9 59:13,18
60:18 89:13
96:2 110:3
144:20 152:20
155:9 164:22
chicago 16:23
children 6:19
7:13,15
chin 127:7
china 59:10
christopher 1:9
2:10 49:16
cid 113:18
circle 7:2

circulation
90:23
citation 40:7
citations 165:23
cite 134:15
159:16 160:17
175:20
cited 167:18
178:19
citing 136:11
178:18,20
city 18:11 27:5
34:3
civil 1:18 14:13
civilian 58:1
clarification
104:20
clarify 77:16
class 30:7,12
31:9,16 36:14
37:2,6,15,17
37:19 151:11
classes 31:1
43:10 143:2
classification
71:23
classified 104:8
clay 49:13
clayton 1:9 2:10
clear 11:22
44:22 45:18
124:13 192:20
clearly 123:3
190:15
clerical 56:22
client 66:19
clinical 10:12
24:7 175:16
clinically 27:21
132:16 138:8
162:8
clinicon 32:5,18
32:19
close 45:14 51:7
126:13,21
141:20
closely 145:7
164:3

closest 12:2
cns 44:13,13
    45:16 143:17
    143:17,21
    144:11 147:15
    159:15 170:6
    170:15 191:6
co2 28:5,17,23
    59:13 101:7
    102:5,17,18,19
    103:17 152:22
    153:10 156:4
coach 62:2
coast 67:3
cocaine 70:21
coingestion
    36:21 108:12
coke 81:23
cold 16:17 18:16
    64:3,4
collapse 171:3
    191:17
collarbone
    110:3,23
collectively 42:2
    42:15
college 15:17,22
    16:12 19:23
    23:4 29:12
    32:2,9 52:15
    124:21 133:6
    172:19
com 2:4,9,16
    5:22,23
coma 43:21,21
    43:22 45:15
    48:21 100:22
    106:13 109:5
    124:1 143:6,19
    144:2,4 153:19
    164:16 167:2
    169:20 170:5
    170:12,14
    191:6
combat 34:23
combative 109:4
    113:17 120:21
    121:5 122:11

123:21 126:3
126:10 127:9
128:1,2 146:9
147:14 161:22
180:13
combativeness
    129:23
combination
    106:1 159:22
    166:18 169:22
    170:23 172:19
    172:22
combine 106:13
    106:17 167:1
combined 147:3
come 9:7,15
    46:17 98:2,6
    141:15 184:6
    186:6
comes 8:15 56:9
    97:19 107:15
    128:12 143:1
coming 45:9
    146:9
commencing
    1:22
comment 79:11
    187:11
comments 78:3
    80:5 93:1,7
    151:1
commitment
    17:14 18:10
common 151:4
    174:14
communication
    129:17
community 7:1
    7:18 15:17
    19:22 32:2
    133:6
comparing
    77:11,17,19
compensated
    56:1,13
competent 192:4
complete 49:5
    55:10 68:15

91:14
completed 16:14
    17:7 19:4
completely
    129:1 139:18
    190:1
completing
    15:18
compliant 72:12
complications
    37:4 178:21
compounded
    146:14
comprehensive
    82:13 107:5
concentration
    126:14
concern 12:4
concluded 70:11
    70:12
conclusion 70:4
    70:9,15
conclusive 123:8
concurrent
    16:22 19:19
condition 50:10
    50:13 100:16
    105:9,10
    113:12 119:19
    150:8 159:9
    168:14
conditions 42:7
    46:12 68:7
    166:17 173:7
conduct 6:13,16
    18:22 148:3
conducted 27:5
    29:6
conducting 21:3
    29:17
conference
    31:21,22 32:6
    32:15,18,20
    133:18 195:7
conferences
    133:13
confidential
    48:4

confidentially
    35:1
confirm 69:11
confirmed 52:3
    53:9,21 69:9
    85:1
confused 62:17
    70:16 72:3,20
    74:11 83:1
    102:9
confusion 22:4
connected 1:19
connecticut
    17:22
consciousness
    60:21 93:18
    95:3 97:16
    100:15 101:1,9
    101:17 102:6
    108:21 111:22
    112:10 124:2
    143:7,10 144:9
    144:18,19
    146:5 147:10
    157:22 163:18
    163:20 164:16
    164:22 168:21
consider 38:23
    105:10 107:17
    108:14 176:22
    188:15 189:3
considerable
    10:2
consideration
    92:18 109:15
considerations
    107:22
considered 9:1
    52:13 68:17
    106:19 175:17
    189:5,13
constellation
    82:21
constitute 13:19
consumed 77:23
    78:1,11 79:2,9
    79:13 84:6
    147:23 148:16

166:2 173:5
    175:14
contact 65:16
    66:23 112:8
    122:2 159:14
    159:21 160:4
    160:11,15,16
    160:23 162:8
    162:11 163:16
    164:11 190:21
contacted 64:9
contain 51:16
    68:19
contained 53:1
    53:13 69:4
    89:3
contains 54:10
    68:20
content 77:4,5
    77:10,17
contents 98:14
continually
    165:20
continue 137:19
    138:9 195:6
continued 42:4
    137:12
continues
    104:22
continuing
    151:20
continuous 40:3
continuously
    32:14
contraindicated
    123:4 130:5
    136:21 138:16
    141:10,12
    181:8,10 187:9
contraindicati...
    38:19,20,21
    39:1 41:15
    47:8 49:22
    53:12 104:10
    106:21 117:6
    120:11 141:18
    142:15 166:3
    185:19,22

187:1,13
contraindicati...
31:2 36:15,18
37:6,12,19
38:4,5,7,8 39:5
39:12,16 41:10
41:21 42:17
43:12 45:16,23
46:15 49:4,7
106:17 123:22
136:22 142:10
142:18 143:4
162:13 186:13
186:20 187:2,4
187:6,10
189:23 190:3
191:21,22
contribute
189:20
contributed
78:22 173:14
173:16
contributing
147:8 150:15
control 100:1
112:21 121:17
121:22 122:2
124:7 159:14
159:21 160:4
160:11 162:9
162:12 163:6
163:16 164:11
190:22
controlled
112:19,23
controlling
112:19 113:16
contusion 111:1
contusions
85:21
convenient
195:5
conversations
145:23
cooperative
72:14 75:20
189:8
cop 124:11

copay 56:10
copd 45:13
copied 176:3
copies 41:20
50:7
cops 43:16 124:6
copy 4:18 5:4,5
6:13 49:2 62:5
81:18 160:7
copyright 176:4
176:6
corda 44:21
58:17
core 48:11
corporate
135:19 136:6
corporation 6:6
6:9,12 7:9
corpsman 33:23
33:23 34:2
35:12,12,13
129:16,19
correct 16:6
21:12 35:20
46:2 51:14
52:16 103:20
113:1 122:23
124:19 131:9
131:23 135:21
135:23 136:12
137:23 138:1
152:13 177:15
182:20
correctible
188:16
correctly 49:22
cotrained 17:15
couldnt 16:6
24:1 48:16
51:23 53:7
96:1
counsel 51:19
194:21 195:4
county 1:11,12
2:17 4:1 32:1
48:10,12 49:2
79:17 81:9,20
93:12 99:15

124:18,23
127:14 135:15
136:7 137:23
185:15 189:19
194:11,14
197:3
couple 78:5
course 15:17,19
31:11 36:6,7
63:18 66:18
96:14 143:17
147:11 195:5
court 1:3 54:6
67:8 195:12
courtemanche
1:10 2:11
49:16
cover 31:18
covered 30:16
30:20 189:15
194:12
covers 50:16
cpr 188:20
credentialed 8:3
credentials 12:8
12:18,22
criminal 65:4
66:1
crisis 14:16
criteria 46:10,20
critical 100:17
100:20 105:9
119:19 159:9
168:14
critically 178:10
crucifixion
58:19
crushing 9:16
crying 74:12
crystals 84:4
ct 10:14 87:3,6,9
cts 25:11
cuff 118:17
139:11 143:14
cuffed 53:2,21
54:14 58:14
69:8,9,12
73:18 75:13,15

85:14 124:10
128:18
current 5:6 7:3
26:15 32:11
35:20 40:4
186:16
currently 29:16
34:12 61:1
65:9 117:14,22
118:4,11
133:13
curriculum 5:6
5:8 198:3
cutoffs 195:8
cv 4:11,13,14,21
4:23 5:12
19:13 26:14
30:22
cvs 50:3 70:18
71:16,17 75:19
82:19 97:20
98:14 99:5,17
151:14

D

d 16:16 19:11
20:22 22:16
40:22 41:18
64:4
dachau 59:1,3
damage 90:14
91:2,4 111:2
130:7 138:17
142:1 146:16
146:17,22
dangerous 83:21
146:13 159:8
159:23 160:3
160:10 162:21
163:17 166:14
167:4 181:7,23
182:2 186:4
190:18 192:13
193:3,7,10,12
data 68:17
date 68:21 69:11
dated 4:22 58:13
123:16 135:22

david 48:16
day 61:17,18
96:11 150:21
196:11
days 61:18
dayton 19:5
33:10
dead 59:4
101:22 171:11
deal 30:4
dealing 149:20
174:23 175:3
deals 30:3
dealt 33:18 34:8
death 38:16
63:16 64:12
94:3 162:18
182:20,22,23
187:18,21
deathly 141:7
debriefed 58:5
december 6:4
123:16 137:7
decipher 115:5
decompensates
181:22
deductible 56:11
56:12
deep 18:17
deescalation
130:17
defendant 66:14
defendants 1:14
2:10,16 66:12
defense 65:15,17
65:23,23 66:6
66:10,13,16,20
deferred 8:21
defibrillators
28:10
define 75:8,11
140:6
defined 58:10
definition 101:6
187:12,16
definitive
137:16
degree 23:6,12

45:10 106:15
106:18 111:8
150:20 156:15
158:8 177:8
185:11
degrees 45:2
101:5
delay 12:3
delirious 72:3
72:19 75:3
delirium 70:19
71:18,19,20
72:5,6,9,19
73:1,15 74:21
75:5,9,21
92:15 166:8
deliver 11:9
127:19
delivered 24:17
178:23
delusion 71:2
delusional 70:1
70:2,10 75:4
75:12 78:22
81:7 82:19
83:1 107:14
149:13,21
151:17 189:8
delusions 50:12
108:16 149:15
demonstrate
50:9
demonstration
59:7,10
denied 123:6
denney 2:1
67:12 68:5
department
10:11 17:5
19:2 25:1,8
58:6 90:2
91:12,13 93:6
103:12 106:11
180:17 187:7
dependence
92:9
depending
21:20

deployed 14:3
deployment
34:19
deponent 197:13
depos 89:19
deposed 49:19
deposition 1:1
1:15 4:3 5:3,4
5:9 50:3 60:3
61:16 62:13
72:16 84:23
89:16 112:13
119:3 131:12
135:18 136:5
137:9 147:21
152:10 157:9
177:15,22
194:23 195:6
195:17 197:7,9
197:11 198:4
depositions
49:10 52:2
69:9 110:21
depressant
147:16 159:15
166:22
depressed 86:1
depression
36:21 37:20
38:13 42:2
44:13,14 45:16
47:20 50:10
106:3,7,14
143:17,18,22
144:11 150:11
160:1 170:6,15
171:3 191:7,16
depth 18:22
94:12
depths 18:18
27:20
deputies 52:8
72:11 73:19
74:15 78:4
80:10 81:3
83:7 88:16
99:23 128:15
147:7 166:8

deputy 49:8,13
49:15,16,17
59:17,22 85:15
86:15 93:21
96:2 101:12
137:21 156:21
157:6,21
158:16
describe 7:10
13:17 24:5
77:3,4 85:18
88:17 94:5
100:19 103:1
105:19,23
108:18 115:21
described 74:2
88:21 111:7
113:3 115:22
118:17 127:8
describes 60:19
112:14 157:22
describing 11:15
105:8
description
60:12 86:16,19
158:17 198:2
despite 129:22
detail 48:7 98:14
detailed 17:5
details 30:20
68:2
detected 82:1
determination
119:17
determine 65:6
91:14 93:4,15
119:16 135:6
155:19 165:7
187:8
determined
64:12 103:11
125:2,3
determining
63:16
develop 14:5
154:3
developed 35:9
developing 33:2

186:6
device 113:18
135:7,7
diabetes 153:19
diabetics 25:19
diagnosis 71:21
75:11 150:17
diagnostic 10:1
10:13 25:11
diaphoresis 9:16
diasters 14:12
dicker 2:13
didnt 3:8 20:14
24:16 26:19,19
32:5 40:12
42:13 55:13
64:18 75:17
79:14 84:3
94:19 109:2
111:14 117:2
118:21 143:8
149:4 151:12
151:15 162:18
162:19,20
163:2 171:23
173:21 174:14
178:1,6 186:22
194:5
die 59:5,6 65:7
65:20 73:4
187:14
died 58:17 64:11
155:11 171:11
172:3
difference 24:5
24:21 114:22
115:6,20 116:5
169:4
differences
187:5
different 14:20
14:23 25:6
100:4 110:1
121:9 139:3
differential
108:1 150:17
174:22
difficult 119:9

119:12 152:21
dignity 135:8
dioxide 153:9
direct 122:9,20
130:19 149:12
161:19
direction 193:18
197:11
directions 109:4
directly 9:19
10:19,20 11:12
16:16 34:22
52:9 56:7
132:18 134:8
138:14
director 10:12
21:4 22:15
33:5,12,16
123:19 133:7,8
directors 122:8
123:13 132:5
137:7
disabled 6:20
discharge 49:1
disclaimer
176:14
disclosed 81:21
110:12
discontinued
137:18
discovery 195:8
discretion 162:5
discuss 58:5,6
58:21 61:6
146:3
discussed 77:1
84:22
discusses 42:14
89:11
discussing 40:20
discussion 42:11
111:21 194:19
disease 71:23
dislocating 59:5
disorder 50:11
disorderly 148:3
148:4,23
disorders 46:13

9

**dispatched**
96:19,23 97:3
97:8
**disqualified**
67:7
**disregard**
139:19,20
140:6,16 141:3
141:13 142:21
144:12,15
146:12,21
165:4,8 168:11
**disrespect** 49:13
**disseminated**
36:20 124:18
**distance** 52:6
**distinction**
16:21
**district** 1:3,3,12
1:13 2:17,17
4:1 49:3 93:12
124:18,23
127:14 135:15
185:16 189:19
194:12,14
**disturbance**
42:1 104:7,9
104:11,16,18
121:13 152:5
152:18,19
153:1,17
154:10 157:18
166:9
**disturbances**
37:21 152:17
188:12
**diver** 64:11
**divers** 18:20
27:18
**dividers** 49:2
**diving** 16:20
18:2,2,11,18
18:18,22 27:19
34:19 63:20
64:5,9
**dizzy** 102:8
**docher** 1:4 42:8
43:14 44:23

48:8 54:21
59:15 60:14,17
60:20,20 68:4
69:23 71:18
77:22 81:19
87:14 88:4,11
89:7,12 91:1
91:17 92:6,23
93:18 95:5
99:18,22,23
100:2,3 101:13
109:14,20
110:7 112:15
119:5 125:17
127:8 129:22
131:9,20 142:3
146:5 148:14
151:19 152:3
157:22 158:17
158:21 166:17
167:12 172:7
172:21 181:2
181:15 183:4,8
185:10 188:1
188:22
**docherneeley**
1:5
**dochers** 74:10
80:12 100:16
105:8 111:6
113:12 183:12
189:4,20
**doctor** 13:22
45:18 61:12
81:17 91:11
99:11 148:11
155:18 169:14
173:23 195:5
**document** 43:11
131:3 168:6
191:5
**documentation**
48:23 90:1
112:1 117:3
133:3
**documented**
60:1 80:6 81:4
85:22 140:1

147:19
**documents**
62:23 132:3
137:3 191:13
**doesnt** 9:22
28:17 51:3
69:13 78:16
108:5 131:17
132:14 145:5
149:4 160:15
160:23 168:17
192:1
**doing** 63:13 75:6
127:15 140:14
144:19 162:16
**doj** 65:3
**dominican** 13:9
14:15
**donated** 56:7,16
**donation** 56:11
56:12
**donations** 64:19
**dont** 14:14 15:1
22:1 24:17
30:20 31:23
32:15 33:13,19
33:22 34:6,7
36:12 38:10,18
39:2 41:23
45:7,10 48:9
53:16 54:7,19
56:3 59:5 62:6
62:12,20 63:2
63:7 66:15
67:3,4,18,21
68:2,6,7 74:13
74:14 75:4
76:8,12 78:4,5
78:7,18,22
80:2 81:14
82:20 83:5,5
84:7,9 92:7,10
93:1,8 95:18
96:20 97:1,4,7
97:10,16,18
98:4 99:18,21
101:11,18,19
101:22 104:4

116:2,22 117:2
117:5,9,10
118:8,8 125:9
142:5 143:7,19
145:22 147:22
150:1,23
151:22 154:14
156:17,19,19
159:20 161:1
163:8,22,23
168:23 171:10
172:11 181:4
181:11,13
182:12 183:19
183:21 184:9
186:11 187:10
188:21 190:5
190:14,15
**dosage** 179:15
193:20
**dose** 129:8
138:15 139:16
139:23 141:23
192:13,23
**downhill** 19:18
**dr** 3:23 4:9
41:18 46:19
47:4 54:3
119:2 135:17
137:5 142:16
146:23 163:1
164:4 175:5
179:12,13
183:7 189:2
191:5 194:10
198:5
**draw** 25:13,23
**drawn** 79:16
**drink** 80:2
**drinking** 77:2
80:4,21
**drinks** 77:12
100:4
**drive** 78:17
**driving** 79:23
**droopy** 9:3
**drop** 102:20
143:15 152:23

166:23 167:6
171:8
**drowning** 16:18
18:17 64:3,4
64:13
**drug** 38:11,19
42:17 43:13
55:10,19 70:20
70:21,22 81:2
81:18 82:22
83:11 106:23
107:3,11,12
108:8 113:12
121:11 123:23
129:7 130:5
135:7 138:15
141:23 151:11
170:14 173:20
174:1,6 179:7
181:11 187:8
188:3 190:2
191:7
**drugs** 31:1,2,8
31:19 34:5,12
35:2 36:9,21
39:12 43:10,18
43:20 81:5,10
81:15,21 82:11
82:17 83:3,12
107:1,4,6,10
107:12,19
108:4,7,11,14
109:15 120:23
121:2,7,10
143:2,6 149:1
149:19,22
150:13 151:4
163:19 165:1
166:7 170:11
173:16,18
175:15,18
185:21 189:6
**drunk** 79:22
**dry** 117:5
**dts** 92:16
**duct** 152:20
**due** 43:20 46:11
58:18 102:18

110:2 152:5
**duly** 3:18 197:13
**duration** 53:3
  97:17 168:16
**duty** 18:8,10
  19:3 34:17,23
  63:15,17
  129:18
**dvd** 27:22 74:13
  125:8
**dying** 39:13
**dyspnea** 95:11

**E**
**e** 3:16
**e27** 135:12
**e28** 135:2,10
  138:3
**earlier** 11:13
  14:19 84:23
  100:2 146:23
  152:10 158:16
  169:20 170:4
  191:13
**early** 35:16
**east** 1:20 2:7
  3:17 7:20,23
**ecstasy** 82:5
**ed** 91:11 93:3
**edelman** 2:13
**edge** 181:5
**education** 40:3
  42:3 47:17
  134:11 135:1
**educational** 15:6
  134:21
**effect** 33:21 34:7
  102:8 138:3
  169:5,17,17
  185:15
**effective** 188:20
**effects** 30:2
  38:12,14,17
  58:4 121:12
  187:17 190:18
**effort** 24:20
**eight** 16:5,10
  83:12 107:4

114:2 127:10
  133:6 151:1
  173:17
**either** 10:23
  21:23 29:1
  59:1 67:10
  75:6 84:6
  101:23 110:5
  126:21 128:19
  128:22 137:14
  137:19 142:23
  151:13 174:2
  175:14 187:17
  195:6
**ekg** 185:9
**elapsed** 98:9
**electrical** 181:23
**electrolyte**
  188:12
**elevated** 102:6
  116:16,22
  117:16,20
  152:22
**eliminate** 103:17
**elma** 7:22
**elser** 2:13
**elses** 13:6
**embarrassment**
  73:20
**emergencies** 9:8
  9:10,12 46:6
**emergency** 6:14
  6:22 7:10,13
  7:14,17 8:2,6
  8:12,17 10:21
  12:15,17,21
  13:6,8,11,13
  14:5,8,17 15:3
  17:9,15,20
  18:1,13 19:2,4
  19:23 21:3,16
  25:1,7 26:3,13
  27:13,13 29:7
  29:14 30:3,6
  30:12 31:20,22
  32:5,9,10 33:1
  34:4 35:9
  48:19,20 49:3

49:20 50:7,22
  58:1 72:2
  85:22 88:21
  89:3 90:2,8
  91:10,11,12,13
  92:19,22 93:6
  93:11 103:12
  105:10,11
  106:11 118:9
  118:22 120:16
  122:6 125:22
  133:7,14
  134:23 135:13
  137:6 155:20
  161:9 164:1
  172:16 175:21
  176:11,23
  180:17 182:6
  187:7,20 192:4
  192:7
**emotion** 71:1
  73:11
**emphasized**
  190:20
**employ** 8:7,10
**employed** 5:16
  138:6 176:10
**employee** 48:13
  50:3
**ems** 15:3 26:6,9
  26:23 31:22
  32:12,12,23
  43:22 48:20
  50:8 71:22
  75:5 80:15
  81:4 93:11,13
  96:19,22 97:2
  97:8,12 98:9
  100:14 106:12
  108:23 111:23
  112:11,17
  113:1 118:19
  122:9 123:19
  125:2,10,22
  127:22 128:8,9
  129:12 130:15
  131:6,11,18
  132:12,14,17

133:7,8 134:7
  135:18 136:13
  136:23 137:13
  137:15,18
  139:10 145:3,9
  146:3 150:8
  152:4,7 156:9
  157:16 158:4
  159:10,12
  161:17,19
  165:14,14
  166:8 167:4
  172:17 185:18
  192:3
**emt** 15:17,18,23
  16:7 19:23
  20:4,5,7,16,20
  21:7,9 22:17
  23:5,11 24:6
  24:10,14,19,22
  25:9 32:1,15
  44:2,5 49:14
  50:18 93:20
  106:8 108:13
  120:15 133:5
  157:6 158:2
  159:21 165:15
  172:18 176:21
  191:10
**emts** 20:13
  22:23 24:15
  25:21 30:14
  32:20 35:14
  36:10,12
  119:13 161:4
**encephalopathy**
  92:17
**enclosure** 46:9
  143:1 168:7
**enclosures** 36:23
  41:19,20
  167:13 190:13
**encompassed**
  34:11
**energy** 151:5
**enforcement**
  48:11 88:12
  90:7 96:15

100:14 109:13
  109:19 110:5
  111:9 112:16
  117:15 119:5
  130:2 131:4,7
  131:13,21
  132:5 137:11
  137:14,16,20
  137:21 138:20
  145:5,8,15
  146:15,19
  147:3,18
  149:10
**enormous** 188:2
**entering** 99:18
**entire** 51:2,7
**entitled** 196:4
  197:12
**entity** 5:13,16
**environmental**
  16:18
**epi** 24:15
**epileptic** 192:17
**epilepticus**
  192:16
**epinephrine**
  182:4 188:20
  188:22
**er** 7:2,18 10:19
  10:21,23 13:4
  13:16,19,19
  14:1,7,7,10,11
  14:16 17:16
  19:19 22:1,4
  26:1 28:8
  50:23 82:7
  83:12 86:18,19
  93:2,2 104:21
  107:16 124:12
  129:14,15
  173:6
**eric** 49:16
**erie** 32:1 197:3
**erratic** 149:12
**ers** 9:20 13:2
**escaped** 87:17
  88:13
**escapes** 84:17

**especially** 139:16 145:4 145:10 178:11
**esq** 2:2,7,14
**establish** 27:17
**established** 33:22 34:2 165:14
**establishment** 17:18
**estimate** 67:16
**et** 23:18
**evacuation** 17:18
**evaluate** 64:11 66:16 126:9
**evaluating** 18:23 165:16
**evaluation** 10:22 65:17 156:11
**eventual** 152:8
**eventually** 55:14
**everybody** 54:14 135:14 155:6
**evidence** 70:18 72:6,18 83:5 86:23 87:6,9 91:3,17,21 104:5 144:3,13 144:13 145:6 147:16 148:13 149:2 174:4
**evident** 28:2
**evolution** 12:6
**exact** 96:20
**exam** 141:17
**examination** 3:21 197:13 199:2
**examiner** 98:3
**examples** 46:13
**exception** 3:4
**exceptionally** 72:19
**excess** 103:17
**excessive** 192:23
**exchange** 59:12 94:6 101:6

102:17,18
**excited** 70:19 71:17,19,20 72:5,6,9,19,23 73:15 74:20 75:3,4,8,21 166:8
**exclude** 131:17
**excluded** 51:11 147:7
**exclusion** 46:10 46:20
**exh** 5:8,9 54:3 57:17 60:5 198:3,4,5,6,7
**exhibit** 5:2,5,6 49:18 54:1 57:13 60:2 135:1 151:12 151:15 198:2
**exhibited** 88:3 88:11
**exhibiting** 46:11 74:20 75:20 95:6
**exhibits** 48:5 99:4 198:1,10
**existed** 42:8 46:15 167:2
**exists** 144:14
**exiting** 76:7
**expect** 126:4 159:5 161:10
**expected** 117:18
**expedite** 12:6 25:13 26:1 121:20 124:12
**expense** 182:5
**expenses** 61:22
**experience** 17:9 19:9 24:8 42:3 47:16 58:1 133:6 134:16 134:18 175:16 190:23
**experienced** 194:5
**experiencing**

74:19
**experimental** 18:11
**experimentati...** 102:10
**expert** 54:8 56:2 63:13,20 64:6 65:10 68:10 136:14 143:1 165:7 171:15
**experts** 64:8 177:12
**expired** 15:20
**explain** 9:11 28:19 66:7 90:11 150:6 161:1 179:21 181:16
**explained** 10:6 13:20 57:21 66:17 191:23
**exposed** 18:5
**exposure** 27:18
**express** 68:16
**expressed** 16:16
**expressly** 137:3
**extender** 161:11
**extenders** 8:10
**extensive** 86:2
**extensively** 19:8 20:23 40:22
**extra** 181:22
**extreme** 18:18 18:21 27:20 151:5,5,6
**extremely** 153:11
**extremities** 111:1
**eyelids** 9:3
**eyes** 109:7
**eyewitness** 69:23
**eyewitnesses** 71:15

**F**

**f** 45:6 101:12

**face** 52:13,17,17 85:21 86:2,13 89:13 110:4 126:22,22
**facemask** 126:1 127:6,15
**facial** 53:10 86:1 87:11 110:13 110:18
**facility** 10:18 12:7
**fact** 54:20 116:15,21 117:20 118:2,3 118:7 121:15
**factor** 107:15,17 147:8 191:12
**factors** 63:17 150:15 173:8 190:2
**facts** 53:5 68:17 82:16 84:11,12 91:22 93:10 107:2,9,18 108:6,10 125:19 144:8 174:5,8,19,23 175:3
**factual** 68:11 148:6 149:2,10 175:13
**factually** 175:2
**failed** 146:10,10
**failing** 124:6
**fall** 9:12 52:19 52:20 53:7,8 59:14 87:15,19 88:12 110:9,19
**fallen** 109:16
**falling** 86:9 126:4
**falls** 29:1 127:21
**familiar** 43:1 45:4
**family** 9:14 17:14 73:11 80:2
**far** 30:15 32:16

34:5,6 84:6 97:19 104:7 109:7 112:10 113:9 118:16 125:16 163:2 180:20 187:9 189:18
**fashion** 175:15
**fast** 95:17 114:19 115:1,4 115:8,11,14 116:4 117:4,4 154:23 156:1 158:8 159:4 167:7 169:2 171:9 175:7
**faster** 107:14 175:6 179:6 193:16
**fatal** 172:20
**fault** 65:18 66:17 145:12 146:16 185:16
**favor** 137:18
**fda** 186:9 187:10 187:11
**fear** 108:16
**fearful** 71:1 73:4 73:9,10,13 75:2 87:21
**federal** 1:18 54:6
**federally** 7:1
**fee** 61:15
**feel** 109:5 118:15 123:1 143:16
**fees** 56:14 61:13 61:15,17 67:9
**feet** 52:5,6,7 73:23 84:19
**fell** 113:22 114:1 171:19 189:9
**fellow** 32:8
**fellowship** 6:21 17:2 22:11
**femoral** 119:1
**field** 20:20 21:1

21:10 23:8,14
24:23 25:9
27:3,4 34:23
35:12 100:16
104:5 133:6
**fight** 75:17
**fighting** 76:2
107:15 126:20
**figure** 5:15 63:9
149:6
**file** 54:23
**filing** 3:1
**filmed** 3:13
**finalize** 55:5
**finally** 181:22
181:23
**find** 6:11 7:3
21:8 45:21
46:2,4,6 62:14
65:18 72:2
97:4 99:1
109:22 110:20
117:13,23
118:12 131:2
132:21,23
145:21 161:16
168:4 185:16
188:19 192:4
**finding** 116:18
118:5
**fine** 131:17
139:9,12 179:4
**finger** 25:18
129:5 156:3
**finish** 30:9 88:6
88:8 148:11
163:13 175:5
**fire** 1:12 2:17
4:1 49:2 93:12
124:18,23
127:14 135:15
185:16 189:19
194:11,14
**firm** 56:12 67:2
67:11
**firms** 64:7 65:1
**first** 5:3 13:21
15:14,21 16:8

16:23 58:13
69:21 89:10
112:14 134:9
138:6 147:13
152:1 159:14
169:6,16 179:2
**fit** 183:4 189:10
**fits** 42:3
**five** 105:13
107:21 141:11
142:18 170:6,8
181:11 185:23
190:4
**flakka** 151:7,13
**flat** 61:15
**flatline** 181:17
182:1,16
**flatlined** 171:20
**fled** 72:23 74:18
**fleeing** 74:2
**flight** 194:22
**floor** 12:16
**florida** 1:11,21
2:3,8,15 16:1
17:23 18:11
19:6 20:7
22:17 34:3
49:8 66:21
79:20 129:9,11
129:15 135:14
194:22
**flow** 124:11
125:23 126:5
127:14 128:13
**fluids** 91:6
103:16,19
**focus** 35:3,6
**focuses** 6:22
**follow** 12:13
**followed** 101:17
**following** 5:7
54:2 57:16
60:4 109:4
**follows** 3:19
**followup** 195:3
**foot** 45:5,7,8,8
48:18 60:18
101:4 144:20

153:15
**force** 48:14
52:18,21 53:7
53:9 84:22
85:9,13,16
87:2 89:20
108:20 110:2,7
**forcibly** 84:19
**foregoing** 196:2
197:7,12
**foreign** 88:22
**forensic** 51:22
65:17 69:17
98:3
**forensically** 64:2
64:10
**forgot** 15:12
33:4
**form** 3:4 39:8,17
41:16 44:21
47:9 48:10
51:9 54:12
58:10 73:2
99:9 132:8
133:16,21
134:2 142:22
147:5 148:19
154:21 163:7
165:9 175:15
177:23 180:3
189:22
**former** 44:2,4
49:14 52:14
93:20 157:6
158:4
**forming** 40:14
61:3 68:18
**forms** 48:13
58:3 60:23
61:5 70:6
**fort** 1:21 2:8,12
**forward** 128:4
**found** 66:17
71:22 81:11
103:8 106:8
138:1 152:21
188:18
**four** 18:9 66:9

119:1 120:3
121:19 128:17
128:22 130:3
132:12,15
133:10 139:10
139:14,19
162:15,22,22
169:23 170:3
188:3
**fracture** 87:10
**fractured**
110:23
**fractures** 85:20
86:1,5 87:11
**france** 58:14
155:10
**frequent** 67:5
**frequently** 23:15
25:19
**friday** 7:19
**full** 9:21 11:7
62:2 89:11
133:7 147:14
152:2 165:13
**fulltime** 14:18
16:13
**fully** 190:12
**function** 19:14
28:20
**funding** 10:3
**further** 68:21,23
89:11 106:7
197:9

**G**

**galuski** 50:3
**gap** 83:23
**gas** 104:5 154:15
**gasping** 94:18
95:9,10 116:1
**gcs** 43:21
**general** 9:7 12:5
39:5 123:12
140:22 141:4
163:15 164:7
165:2,3 180:16
183:8
**generally** 94:23

95:4,5 121:1,2
138:5 139:5
158:11,21,22
163:14 164:6
192:21
**gently** 45:8
**geodon** 121:8
**getting** 56:9
103:9 112:22
128:13,16
131:11 160:5
**giuffreda** 1:19
2:6
**give** 4:20 9:21
15:5 24:15
38:19 39:6,12
39:16 40:7
42:7,17 45:17
119:17 121:20
124:12 126:12
136:21 158:10
161:3 166:20
168:22,23,23
169:3 171:5
178:11 179:3,8
179:22 181:13
186:3 187:14
187:15,23
188:3,20
192:18 193:17
**given** 35:1 44:10
69:3 80:21
82:2 121:3
124:14 167:5
169:10 170:7
172:1 177:4,5
177:9,19
178:21 179:1,5
179:6 180:2,5
180:18 182:10
184:7 187:21
188:22 190:7
192:2,14 193:8
193:13,13
196:3
**gives** 60:22
**giving** 66:3
168:9 179:5

glasgow 43:21
 100:22 109:5
glaucoma 45:14
glucometers
 25:18
gluteal 89:14
go 4:6 8:22
 10:23 12:11,12
 12:13 18:8
 35:7 36:9
 37:14 40:9
 41:23 46:4
 48:7 57:6 63:4
 64:22 66:6
 68:13 69:15,21
 77:20 94:8
 97:3 100:23
 105:13 110:1
 118:10 128:4
 134:7 137:22
 140:17 158:15
 163:20 170:8
 175:6,11
 184:17 188:19
god 144:21
goes 10:16 26:18
 80:11 89:6
 98:13,17 114:4
 153:21
going 3:11 4:15
 5:11 11:13
 22:5 29:2
 40:17 43:3,5
 45:22 53:23
 54:17 61:7
 62:3,10 65:19
 68:9 71:17
 73:4,10 80:12
 100:12 105:8
 109:13 117:12
 126:16,16,17
 132:17 133:11
 137:5 138:14
 141:22 144:2
 152:10 159:11
 161:12 163:13
 164:4 165:12
 166:5 167:17

168:7,20
 171:21 175:7
 178:19 179:2
 180:12 191:18
 194:22
gonzalez 49:18
 49:19 136:7
good 60:22
 103:7 171:10
 186:11
government 8:3
grace 3:16 4:10
 5:17,19 6:3,5,9
 7:6 56:8,17
 57:9,12
graduate 16:12
graduating
 20:22
grand 22:7
great 165:16
greater 7:20
 64:20 120:2
greatly 9:6
gross 19:14
groton 17:22
ground 4:5
 21:23 45:10
 52:7 59:4,15
 59:18 60:11,17
 60:18 74:19
 84:20 86:6
 100:1 113:15
 128:10 155:17
 157:5
group 183:10,12
groups 90:20
guardian 1:5
guess 32:4 57:20
 62:17 115:19
 176:1 181:12
guide 176:9
guideline 123:12
guidelines 49:3
 49:20 50:7
 135:1,13
gurney 129:3
 167:11 169:9
 172:2

guy 144:17
 145:20 159:8
 174:22 183:5
guys 164:21
 172:12

H

h 3:16
hairs 104:18
haitian 14:16
haldol 121:8
half 45:11 60:13
 60:19 77:7
 190:7
hallucination
 73:6
hallucinations
 88:1 149:15
hand 22:2 63:10
 128:21 139:12
handbook 31:14
 36:8 40:11
handcuffed 45:2
 54:21 84:16
 86:14 111:8
handcuffs 52:1
 52:3 84:20
 99:22 124:9
 128:11,20,22
 131:15,20
 132:1,6 137:1
 138:18
handed 15:11
 51:13 57:20
 81:18
handle 11:21
handouts 31:16
 36:19
hands 52:10
 53:2,21 69:8,9
 69:11 73:17
 76:16 86:14
 138:19 160:22
handwritten
 48:8,22 62:19
 63:6 89:19,19
hanging 45:3
 58:9,16,23

84:18 96:3
happen 9:22
 45:17 178:10
 192:1
happened 66:7
 86:7,8,8 96:21
 114:2 143:12
 144:16 145:1,9
 145:20 146:7
 163:9 171:9
 177:6 181:10
 181:12
happening
 28:19 59:15
 60:20 76:19
happens 132:13
 153:21
happy 13:21
hard 45:11
 62:14 63:3
 76:17 77:12,20
 79:3,6,8
 105:15 127:2
 127:10 131:15
 131:20 137:1
 149:23 169:1
 180:11
hardile 50:4
harm 140:8,15
 140:20
hasnt 57:10
havent 98:16
 100:11 193:21
hazards 31:3
head 26:20
 37:21 38:18
 41:14 42:1,7
 42:12,14,15
 45:20 46:3,13
 46:14 47:7,10
 47:18,19 52:10
 52:13,16,18,18
 52:22 53:8,9
 53:11 84:21
 85:12,16,19,23
 85:23,23 86:10
 86:17,23 87:2
 88:18 89:13

108:20 110:2
 110:17,18,19
 113:3,14
 121:13 124:4
 126:2 191:14
 191:14
health 6:8 10:11
 17:1 18:4 34:3
 36:5 67:20
 68:1
healthcare
 18:12
healthy 183:5
hear 144:14
heard 171:12
heart 17:4 35:22
 37:23 40:5,8
 42:11,14 117:4
 118:18 153:3,5
 154:13 171:9
 171:14 181:19
 182:1,3
heartbeat 182:3
heavy 94:13
hecht 2:2 3:6,9
 15:13 39:8,17
 41:16 47:9
 51:9 54:12,18
 54:20 59:20
 61:9 69:6 73:2
 88:6 99:9
 113:6 132:8
 133:16,21
 134:2 142:22
 147:5 148:19
 154:21 163:7
 165:9 176:4
 177:23 180:3
 189:22 194:7
 194:18,20
 195:16
held 111:7
 133:13
helicopter 17:17
 73:7
helmets 18:22
 27:20
help 62:22 82:20

97:2 130:2
**hemodynamic**
119:20,22
**hemorrhage**
87:4
**heres** 26:15
**hes** 84:16 100:21
100:21 170:12
171:11
**hey** 163:5
**hi** 3:23
**hiding** 73:8
**high** 19:15 77:3
77:4,9,17
124:11 125:23
126:5,14 127:5
127:14 128:13
130:5 156:5
187:9
**higher** 77:15
95:14
**highly** 173:7
**history** 49:6
80:12,21 91:14
92:8 145:4
**hold** 5:4 22:9
169:7
**holding** 171:15
181:20
**holland** 7:23
**home** 11:2 13:18
13:23
**hometown** 7:21
**honduras** 14:13
**hooked** 185:9
**horseback** 19:16
**hospital** 8:21,23
10:17,17 12:3
12:12,13 13:8
13:13 21:22
33:8 80:17
128:3,6 139:13
153:10,14
188:5
**hospitalists**
12:17
**hospitals** 12:9
12:18,23 13:1

**hour** 56:22
58:18 61:15
**hours** 20:12
57:2,9
**house** 4:12,12
6:23 7:17 8:17
9:5,15 13:22
21:2,3 155:20
155:23
**human** 27:5
28:20 29:18
70:19 102:10
**humanitarian**
7:9
**hunt** 1:16,24
**hurricane** 14:14
14:14
**hurt** 66:19
**hypercapnia**
27:18 28:1
102:3
**hypersensitive**
171:2
**hypersensitivity**
38:9 43:12
49:6 141:8
185:20 186:1,3
186:19 190:1
**hyperthermia**
27:3,4,7,9,10
**hyperventilati...**
94:14
**hypnotics**
159:15
**hypoglycemia**
46:14 104:12
**hypokalemia**
188:11
**hypotension**
36:20 37:10,20
44:8 45:16
49:23 117:7
141:18 142:14
143:11,20
167:1,3 169:21
170:6,15 185:3
188:11
**hypotensive**

142:3,8
**hypothermia**
188:12
**hypovolemia**
188:11
**hypoxemia**
47:22 104:15
124:3 126:11
167:3
**hypoxia** 28:1
37:22 46:14,14
102:3,10
104:12 121:14
126:15 153:17
157:17 166:11
**hypoxic** 157:2

**I**
**icd10** 72:2
**icd9** 72:1
**ice** 77:2,2,22
78:12 105:16
**icu** 28:9
**idea** 79:12
**identification**
5:7 54:2 57:16
60:4
**identify** 162:10
**idts** 34:18
**ignorant** 186:3
190:18
**illegal** 82:17
189:12
**illicit** 83:3 92:2
107:3,10,19
108:4,7,11
174:5 175:15
191:7
**illinois** 15:23
16:11 20:7
**illustration**
60:22
**im** 3:7 7:12
10:11,21 13:21
22:13,13,15,15
23:23 25:4
26:17 32:12,19
32:20 35:4,8

37:1,11,15,17
39:22 40:22
42:18,22 43:3
43:5 44:9 46:6
49:11 52:14
53:23 56:8,13
56:18 57:19,20
58:4 60:15
61:5 62:23
63:9 67:4 70:8
77:19 88:9
94:22 95:4
97:2 99:12
103:20 109:21
109:22 110:16
110:20 115:1,3
115:5 128:8
134:10,23
136:13,15
139:5 142:16
148:5,18
155:23 158:21
158:21 160:16
160:20 163:2
163:13,14,15
164:8,13
167:21,22
168:1,17
169:11,15
170:17 171:15
174:17 175:3
176:15 178:19
179:2,6,8,22
180:6,9,20
190:10 194:5
195:16
**imagine** 35:2
**immediate**
47:19
**immediately**
9:17 112:7
122:12 162:1
**immobilization**
113:18
**impaired** 27:23
28:22 78:17,20
80:1,3 109:9
150:10

**impairment**
59:11 80:21
102:18
**imperial** 80:17
**important** 50:1
**impracticable**
180:20
**impression**
148:22
**improperly**
193:13
**improvised** 45:1
101:2 111:15
**inadequate** 94:6
94:14,15 95:12
95:13,23 96:1
116:1 156:2
159:3,4,5,7
**inappropriate**
36:13
**incident** 48:14
48:14 83:4,7
89:20,21 98:12
99:16 123:17
125:14 135:21
136:3
**include** 7:20
53:19 76:5
**included** 10:4
35:11 41:17
124:20
**includes** 42:5
49:20 65:3
170:10 191:11
**including** 14:8
14:17 18:18
21:1 31:1
32:11 34:23
37:21 46:12
48:15 52:8
56:22 58:2
59:8 66:3
89:12
**incomplete**
108:8 117:10
120:4 146:12
**incorporated**
3:17 131:10

**increase** 168:13 168:15
**increments** 190:10,11
**independent** 1:13 2:17 34:17,22 129:18
**index** 198:1 199:1
**indian** 15:16 16:3 19:22 22:20 29:12 133:5 172:18
**indicate** 47:6 70:20 78:19 83:23 148:15 172:5 189:11
**indicated** 132:16 138:8 162:8 191:20
**indication** 130:21
**indirectly** 91:5
**individual** 23:7 23:13 75:21 183:11
**individually** 1:9 1:9,10,10,12
**individuals** 60:9
**induced** 102:15
**induction** 58:11
**inexcusable** 138:14
**information** 9:8 9:18 48:3,10 49:1 50:6 51:22 52:2 53:15 55:6,8 55:17 58:12 68:22 69:12 82:15 85:5 89:2,17 93:5 109:12 110:4 110:11,22 111:5,10,12 113:9 145:19 156:20

**informed** 110:5
**infrared** 28:7,7
**ingestion** 105:15 105:19 106:4
**inhaled** 84:7 104:13
**initial** 114:5 156:11
**initially** 119:3
**injected** 182:17
**injecting** 184:21
**injection** 44:9 103:4,7,23 104:1 139:23 152:15 169:10 177:4,14,19,20 177:21 185:7 185:10
**injured** 175:21 176:11
**injuries** 21:17 21:21 90:2,6 110:13,14 189:20
**injury** 102:1,15 102:15 110:17 126:2
**insert** 41:1,6 186:17,21 187:11 193:19 193:22 194:2
**inserts** 47:5 186:6
**inside** 71:16 100:5
**insisted** 64:15
**instability** 184:12
**instance** 31:4 192:16
**instantly** 168:12
**institute** 17:21
**institutes** 17:1
**instruct** 37:18
**instructed** 9:17
**instruction** 39:15
**instructor** 22:14

52:15 124:21
**instructors** 190:4
**insurance** 56:10
**insurances** 8:5
**intended** 176:9 176:12
**interacting** 74:17
**interaction** 71:13 90:6 96:15
**interactions** 100:13
**interest** 16:17 18:15 19:15
**interesting** 15:10
**interjected** 167:20
**internal** 86:23 87:6
**international** 71:23
**interned** 20:15
**internship** 17:13 17:14 20:12
**interpret** 187:4
**interpretation** 149:9
**interpretive** 62:20
**interrupting** 175:8
**intervention** 137:11,17
**interventions** 122:10 161:20
**interviewed** 72:11
**interviewing** 71:15
**intoxicated** 78:17 147:17 148:1,14,18,22 165:17
**intoxication** 80:18 106:6,10

108:15 148:4
**intracranial** 87:3
**intramuscular** 193:9
**intraosseous** 180:19
**intravenously** 167:20 177:5 177:10
**intro** 48:11
**intubation** 24:11
**invented** 14:1
**investigate** 64:3
**investigation** 44:19 48:15 89:21 98:12 99:16
**investigations** 63:21
**investigator** 48:15 59:23
**investigators** 156:20
**involved** 17:17 21:14,17 30:1 32:12 35:17 63:20 65:5,5 81:6 118:3 130:20 131:5 166:7 186:5
**involves** 18:1
**io** 180:19
**ions** 20:18
**irregularities** 171:21 181:21
**isnt** 53:4 140:9
**issue** 27:7,11,15 29:4,8 30:4,13 184:21
**issues** 127:18 150:16 184:8
**italian** 67:2
**iv** 91:6 168:1,17 179:5 180:6,18 180:20 193:3
**ive** 65:21 129:5

141:10 168:2 173:6 175:10

**J**

**j** 1:11 3:16
**jack** 1:16,24
**jacket** 3:12
**jag** 65:3
**janice** 1:5
**january** 49:21
**java** 7:22
**jeff** 124:21 137:4
**jeffrey** 41:18,18
**job** 24:9 63:19
**john** 1:1,15 196:7 199:3
**jolly** 1:19 2:6
**jose** 1:12 2:18 4:2 49:10 80:7 109:10,23 113:9 125:12 125:19 131:8 135:2 147:1,3 177:4 184:10 189:16
**journal** 26:12
**journals** 40:23 40:23 41:12
**judge** 67:10
**judgment** 149:1
**julie** 2:14,16 3:23
**july** 1:21 196:4
**june** 4:22 17:11

**K**

**kaleida** 36:5
**keep** 42:19,21 67:4 124:10 129:9 131:14 175:8
**keeping** 11:1 128:17
**ken** 1:11 2:11
**key** 37:23 49:7
**keywords** 62:12 62:13

**kick** 169:1
**kicked** 113:21
 128:15 171:16
**kicking** 76:14
 89:7 126:3
**kicks** 128:12
 170:20
**kidney** 91:2,3
**kill** 73:10 74:14
 140:8,15,20
 169:18
**killed** 75:2
 108:17 151:19
**kind** 4:21 6:6
 57:20 87:16
 178:6
**kinetics** 170:21
**knee** 76:15
 84:17 88:14
**knees** 128:16
**knew** 112:3
 113:10 125:19
 140:7,16 141:6
 141:16,17
 142:11,19,23
 143:5,8,22,23
 144:4,9,10,15
 145:2,2
**know** 4:6 12:12
 19:8 23:20
 26:20 28:11,14
 33:17,20 34:7
 34:8,14 41:9
 42:10 44:11
 45:11 48:9
 51:19 54:7,16
 54:18 58:22
 62:16,23 63:3
 65:13 66:15
 67:14 70:7
 74:14,16 76:8
 77:22 78:4,5,7
 78:11,18,22
 79:9 80:20
 81:14 84:8
 92:7,10 95:18
 96:9,14,22
 97:7,10,11,16

98:4 99:16
101:18 111:14
117:5 120:10
125:12 140:14
142:2 143:8,19
145:14,22
150:1,15
151:22,22
163:22,23
167:2 169:7
175:1,8,19
176:17 178:20
181:4 183:15
186:9,11,12,19
190:4,5 193:19
**knowledge** 61:4
 67:6
**known** 16:18
 58:3 121:8
 140:7,15 141:7
 142:8,9 143:1
 143:23 144:1
 144:15,23
 145:12 146:11
 161:5 166:21
 166:22
**knows** 54:14

**L**

**lab** 10:3,5,6 11:4
 11:5,11 25:17
 26:1 81:8
 103:12
**laboratory**
 10:10,12
**labs** 9:23 10:10
 11:1,3,9,10
 25:10,13,14,20
 25:23 51:10
 81:17
**laced** 174:13,20
 175:15
**laceration** 85:23
 86:17 88:17,19
 88:22 113:2,13
**lack** 93:4
**lactic** 37:22
 47:11,21

102:13 104:23
152:6,7 153:1
153:4,23 154:1
154:3,6,10,19
155:13 166:9
**laid** 75:18,18
**lakes** 2:2
**largest** 182:19
 182:23
**lasts** 170:20
**lately** 21:1
**lauderdale** 1:21
 2:8,12
**launch** 129:7
**law** 48:11 56:12
 64:7 67:11
 88:12 90:7
 96:15 100:14
 109:13,18
 110:5 111:9
 112:15 117:15
 119:5 130:2
 131:4,7,13,21
 132:5 137:10
 137:14,16,20
 137:21 138:20
 145:4,7,15
 146:15,19
 147:2,18
 149:10
**lawrence** 16:15
**lay** 115:19
**laying** 157:12
**laymans** 87:5
 124:2
**lead** 37:22 172:7
 187:18
**leaning** 45:7
**learned** 9:22
 68:18 84:12
 190:6
**learning** 32:6
**leave** 139:2
**leaving** 128:19
**lecture** 31:6,12
**led** 70:3,9,14
 146:15 166:18
 169:23 170:23

181:2
**left** 45:5 49:7
 89:14 101:15
 138:21 190:1
**lefthand** 138:4
**leg** 113:21
**legal** 1:5 63:13
 64:6 79:20
**legally** 78:16
**legs** 128:14
**leone** 14:12
**letting** 19:7
**level** 8:19 20:5,5
 21:7,7,20
 24:21 25:5
 33:7 78:6,9
 79:15,22 80:21
 91:8 95:20
 104:13 127:20
 130:5 149:5
 152:22,23
 153:10 156:3,4
 162:21 173:13
**levels** 14:20,23
 28:2,4
**liberty** 1:17 61:6
**license** 19:6,7
**licensed** 25:4
 129:11
**licenses** 20:16
**life** 9:9,12 22:14
 44:2 52:14
 73:9 140:17
 141:14 150:18
 190:18
**lifted** 60:11,16
**likewise** 7:15
**limit** 27:18
 79:20
**limited** 46:12
 67:7 81:16
 174:2
**lindsey** 41:18
 43:2 53:10
 122:5 124:21
 137:4 179:12
 179:13
**lindseys** 41:19

43:1,3,11
46:10,19 47:4
168:7 178:15
179:11 191:6
**line** 44:3 76:23
 145:17 195:1
**lines** 9:20
**liquor** 79:3,7,8
 105:15 150:1
**liquors** 77:12
**list** 4:12 26:17
 38:6 46:9
 50:21 55:10,19
 61:14 67:4
 89:23 99:3
 150:16,16
 151:3 170:17
 186:12
**listed** 4:9 36:19
 37:13 38:11,22
 41:22 46:3,21
 85:21 141:11
**listing** 49:5
 190:1
**lists** 5:11 38:4
 41:9 48:5
 61:16 186:20
 187:1
**literature** 29:20
 32:11,14 40:4
 40:19,20,21
 42:4,20 167:13
**little** 3:11 7:2
 8:16 17:4 46:6
 84:5 115:16
 145:16 166:15
**llp** 2:13
**loaded** 167:11
 193:11
**local** 12:9,23,23
 21:21 35:14
 73:8 77:13
**locally** 18:13
**located** 129:9
**lodging** 62:2
**london** 17:22
**long** 6:2 23:2
 67:2 86:21

97:16 98:8
104:21 113:17
146:7 153:6
167:8 170:20
**longer** 136:11
**look** 16:4 19:13
31:19 41:21
48:6 50:5 51:3
57:19 59:2
64:2 76:12
77:8 82:18
86:22 94:11
96:19 111:23
122:3 130:14
155:10 166:4
166:13
**looked** 41:19
43:9
**looking** 46:8
60:7 82:3
115:1 119:22
119:23 122:16
148:6 150:4
175:1 190:12
**looks** 35:16
48:12 50:6
60:7 69:17
80:3 89:23
95:7 114:1
**lorazepam** 38:2
47:1 49:23
143:4 159:16
165:18 186:21
**lose** 102:6
144:18 146:5
164:21
**losing** 157:22
**loss** 100:15,23
101:8,17
108:21 111:22
112:10 124:2
143:6 147:9
163:17,20
168:21
**lost** 60:20 93:18
95:2 97:16
143:9 144:9,18
150:18 164:15

**lot** 35:7 40:23
63:21 66:5
87:23 97:21,23
98:15 116:2
129:17 168:18
168:20 171:20
175:6 191:3,4
**low** 44:10,11,12
100:22 104:12
104:13 105:3
118:14,16
120:10 126:11
153:11,11
156:4,23
157:13 158:12
**lower** 89:14
90:19 95:14
111:2
**loyola** 16:23
17:6
**lsb** 113:17
**lucie** 1:11,12
2:17 4:1 48:10
48:12,19 49:2
50:21 51:3
70:5 79:17
81:9,19 93:12
99:15 124:18
124:23 127:13
135:15 136:7
137:23 185:15
189:19 194:11
194:14
**lung** 152:17
**lungs** 94:19
155:2
**lying** 159:6

**M**

**m** 1:22 2:7 7:19
7:19 195:17
**maam** 4:4,8 5:1
61:20
**machine** 197:8
**magrum** 1:9
2:10
**mahoney** 100:2
**main** 18:14

**maintain** 135:8
**major** 89:13
90:20
**majority** 60:8
**making** 37:22
**male** 94:9
**malibu** 22:6
**malnutrition**
92:18
**man** 48:21 76:18
**management**
88:19
**mandates**
121:16
**mandatory**
138:12
**maneuvers** 44:7
**mangrum** 44:2,5
44:16,22 49:14
49:15 59:22
93:21 101:12
111:15,16,19
111:22 145:2
157:7,22 158:4
159:10 165:5
185:4
**mangrums**
48:18 153:15
158:17
**mannequin**
31:17
**manner** 197:8
**manual** 31:13
40:11 135:20
136:2,10
**marijuana**
81:12 83:19
175:14
**marilla** 7:22
**mark** 50:4 97:9
**marked** 5:7 54:2
57:16 60:4
179:11
**mascara** 1:11
2:11
**mask** 28:6,7
126:7
**match** 97:5

**mater** 29:12
**material** 31:12
31:12 47:3
**materials** 36:6,8
48:1 55:3
84:13 87:14
89:16 91:16
98:21
**matter** 4:2 27:1
28:12 29:4
40:15 48:2,4
51:14,17 56:15
57:15 61:13
63:11,20 67:20
68:4 108:10
123:17 145:5
149:4 189:3,21
194:14
**matters** 63:6
68:3
**maximum**
169:17
**md** 1:1,16 3:16
17:7 40:22
196:7 199:3
**mean** 13:2 14:22
63:2 66:14
78:16 91:11
93:3 94:7
100:19 108:5
116:13 118:15
140:22 148:18
152:18 156:17
158:7 173:13
180:1 190:11
**meaning** 28:22
39:5 115:12
124:23 192:16
**means** 22:1,5
29:1,1 38:9
54:7 87:5
90:16 114:7,9
153:11 161:21
197:8
**meant** 59:21
**measure** 28:4,5
28:15,17 82:4
120:14 127:20

143:13
**measured** 27:21
28:3,9,13 50:1
109:7 127:4
141:19 157:17
**measurement**
82:1 84:1
101:19
**mechanically**
59:12
**medicaid** 8:5
**medical** 6:8,13
6:21 7:9 9:10
9:12 12:20
14:10 16:23
17:18,19,21,23
18:12,14,19
19:23 21:4,16
22:15 23:6,12
26:3,13 27:13
29:7,18 30:3,6
30:12 31:20
33:1,5,11 34:4
34:21 35:10
40:4 42:5
43:19 46:12
48:19 49:3
50:5,7,12,22
51:3 71:20,22
75:11 79:17
80:16 81:9,20
86:4,13 91:14
93:11 97:2
104:16 105:10
105:11 120:8
121:17,22
122:2,7,9,20
123:9,19 130:7
130:19 133:7,8
133:14 134:23
135:13 137:6
137:23 140:9
140:12,13
148:5 150:9,20
154:9 155:18
156:15 157:1
157:13 159:14
159:21 160:4

160:11 161:19
162:8,12 163:6
163:16 164:11
167:13 176:23
177:9 181:4,6
181:9 185:11
186:6,17
190:21 193:18
**medically** 13:5
123:2 138:7
139:10 152:6
162:7,11 171:4
**medicare** 8:4
**medication**
23:20 47:5
49:20 91:18
121:3 122:14
141:9,11 162:3
165:18 166:22
167:1 186:14
187:23 189:12
190:14 193:1
**medications**
24:13,17 91:23
92:3 186:7
187:19
**medicine** 6:14
7:11,13,14,16
8:2,6 12:21
14:8,17 17:6
17:10 18:1,2,3
18:4 19:4,6
25:4 27:14
32:6,10 63:20
64:9 172:16
**member** 26:2,5
26:8 73:11
**members** 80:2
**mental** 78:21
109:3 148:21
**mention** 53:20
154:7
**mentioned**
19:21 20:6
21:13 36:22
37:7 42:15
43:9 51:1 58:7
58:17 62:3

71:17 78:3
79:2,4,15
80:14 81:1,4
81:15 89:22
93:23 97:15
99:12 106:1
107:12 110:18
112:11 116:1
125:5 129:14
130:13 133:2
137:3 147:19
147:21 151:18
159:19,20
160:1 167:14
170:3 177:3
185:18 187:3
191:4,8
**mentioning**
42:19
**mentions** 191:10
**metabolic** 37:21
38:18 41:14
42:1,8,12,16
45:20 46:13
47:7 102:13
103:2,3,13,22
103:23 104:7,9
104:11,16,17
105:1 121:13
152:5,14,16,18
152:18,19
153:1,7,14,17
154:10,13,19
155:15 157:18
166:9
**metabolically**
104:3
**metabolite** 82:3
**metal** 124:9
**methampheta...**
70:21
**methampheta...**
151:10
**methanol** 83:22
**method** 45:1
101:2 126:1
138:6
**mi** 11:16

**miami** 33:7,7,11
50:8 80:15
150:9
**midst** 118:11
119:6
**mild** 187:17
**mildly** 82:19
189:8
**miles** 8:1
**military** 14:7,9
34:1 58:1 62:1
63:15 65:4
**milligram** 44:9
181:1,6 190:9
**milligrams**
139:23 156:12
163:21 168:10
168:12 178:14
178:22 179:7
179:18,20,22
179:23 180:1,4
180:5,6,7
181:5 190:9
192:2,8,10,10
192:11,12,18
192:22 193:3,6
193:9,12,15,16
193:17
**mind** 74:10
97:19 163:4,10
163:16 164:7
164:10 172:11
**mine** 57:8 99:2
**minimal** 113:5
**ministries** 5:17
5:20 6:3,6
**ministry** 3:17
4:10 6:10,10
7:6 56:8,17
57:9,12
**minor** 55:20
**minute** 4:20
94:22 97:9
98:18,18 100:2
103:4,6 114:20
115:9,14 127:4
140:1,3 153:6
167:10,12,16

167:22 168:10
169:8 171:17
178:11,14,23
179:7,20,23
180:2,6 193:16
**minutes** 10:7
96:20 120:3
121:17 124:5
125:10 140:4
145:20 146:7
168:12,16
171:12,13
179:3 180:1,5
180:7,8 188:5
188:5
**miranda** 48:10
**misinformed**
190:17
**missed** 120:10
171:22
**missing** 41:21
**missionary**
14:11 17:8
**mistake** 16:5
**misunderstan...**
103:21
**mobile** 22:4
**modest** 62:2
**moist** 114:17
117:5
**moisture** 116:6
116:13,17
118:3
**moment** 43:6
125:5
**monday** 7:18
**money** 56:3,9,10
64:20
**monitor** 164:3
185:9
**monitored** 18:23
19:1 171:22
173:7
**monitoring**
18:20 23:17
139:22 179:8
193:14
**monitors** 181:15

**monoxide** 102:7
**month** 48:22
**months** 14:4
17:19
**mood** 73:11
**moonlighted**
19:8
**morning** 51:13
**moskowitz** 2:13
**mother** 1:5
**mothers** 72:16
**motor** 19:14
21:14 109:8
**move** 28:23
49:12
**moved** 139:12
**movement**
170:21
**moving** 128:18
129:3
**mri** 10:14,15
**mris** 25:11
**multiple** 52:11
150:1
**muscle** 90:22
111:2
**muscles** 89:13
89:15 90:13,15
90:18,20
**mutually** 195:4

**N**

**n** 3:16
**naemsp** 122:7
123:13 132:4
133:20 137:7
**name** 3:23 15:12
15:14 44:18
48:16 49:12
56:4 67:21
73:22
**names** 67:2,2,3
68:6 151:14
**nancy** 1:22
197:18
**narcotic** 102:5,8
**narrow** 42:18
**nasal** 85:20 86:1

86:5 126:8,22
**national** 8:3
  14:2 17:1 26:2
  26:5,8 133:12
  134:7 136:15
  136:17,20
**nationally** 15:22
**natty** 77:2,8,22
  78:12
**nattys** 150:1
**natural** 77:2
  105:16
**naturally** 65:19
  104:5
**nausea** 9:16
**naval** 17:21
**navy** 17:13
  18:10 34:1
  35:12 58:6
  64:8
**near** 16:17
  18:17 64:4
**nearly** 94:3
**necessary** 11:9
  13:5 54:13,15
  122:10 123:2
  135:3,4 138:7
  138:8 139:10
  161:20,21,21
  161:22 162:3,6
  162:6,7,7,11
  164:12,14
  165:2
**necessity** 14:2
**need** 12:12
  21:21 54:19
  64:21 128:2
  133:3 139:8
  186:9,12 188:3
  194:21
**needed** 120:13
  129:1,5 132:11
**needing** 132:12
  139:15
**negative** 82:11
  87:3 93:1
**nervous** 70:16
**neuro** 17:3

**neurosurgeon**
  10:20
**never** 10:23 50:1
  64:13 77:8
  110:8 118:17
  128:7,8 131:10
  141:18 143:13
  147:7 150:14
  171:22,23
  175:19 179:1,4
  190:19 192:11
**new** 1:3,18 3:18
  10:11 16:11
  17:22 19:16
  20:9,10 53:17
  54:10 197:1,6
**newman** 1:9
  2:10 49:16
  52:9 56:5,6
  59:17 85:15
**news** 48:21
  58:21
**night** 17:16 57:4
  168:4
**nih** 6:20
**nine** 10:22
**nonapproved**
  101:2
**nonemergency**
  22:22
**nonprofit** 6:11
  7:8
**nonrebreather**
  126:1 127:15
**normal** 94:8,12
  103:5,7 116:7
  116:10 120:9
  163:18 184:3
**normally** 116:22
**north** 2:14 7:22
  14:3 27:6 32:2
**norton** 64:10
**nose** 52:11 86:12
**noses** 147:18
**notary** 1:23
  196:14 197:5
  197:18
**note** 56:11

**notebook** 62:4
  62:11
**noted** 147:20
**notes** 48:8,22
  62:4,5,6,8,19
  62:20 63:3,6
  63:10 89:19,20
  110:21
**notice** 5:4,9
  198:4
**noticed** 123:18
**nsr** 103:6
**nuclear** 18:4
**number** 14:22
  19:12 64:17
  71:1 84:1
  90:11 99:3,13
  99:14 105:14
  106:16 115:13
  117:6 159:18
  184:7
**numbering** 15:2
**numerous** 137:8
**nurse** 15:3
  161:11
**nurses** 37:8
  39:11

## O

**o** 3:16
**oath** 3:2
**objections** 3:3,4
**objective** 149:9
  149:11
**obligation**
  164:20
**observation**
  149:12 166:10
**observe** 94:23
  95:5 113:2
**observed** 69:23
  94:16 95:2
  102:9 110:13
  111:22 113:13
  167:9
**observing**
  155:16,23
**obstructed**

114:10
**obstruction**
  47:23
**obtain** 25:10
  93:5 194:1
**obtained** 23:6
**obtaining** 23:11
  118:10
**obvious** 9:9 12:1
  12:4
**obviously** 195:1
**occasional** 66:1
**occasionally**
  21:4 30:23
  37:8 42:5
**occupationally**
  18:6
**occurred** 32:7
  76:8 86:6
  87:15
**offered** 27:3
**office** 11:12
  43:17 48:13
  59:23 69:22
  73:8 76:3
  99:15
**officer** 17:19
  18:1,12,14,19
  34:4,21 44:16
  49:13,15 75:5
  111:9,17
  128:23 132:9
**officers** 44:18
  54:20 69:22
  71:10,13 74:4
  74:11,18 76:7
  76:10,15 84:17
  84:18,23 87:16
  88:12 89:8,12
  89:17 93:19
  96:15 111:16
  111:18,19
  112:16,18,23
  113:15 131:5,8
  131:13,21
  138:20 145:2,5
  145:8 146:15
  146:19 147:7

147:19 148:10
  149:10 157:10
  173:22
**official** 137:21
**officials** 26:6
**oh** 98:5 144:21
  146:6,7 164:23
  172:2 178:7
  179:3
**ohio** 19:5,7
  33:10
**okay** 4:7 5:22
  29:23 30:10
  40:19 53:18
  55:21 61:8
  69:15,16 83:16
  96:5 98:5
  99:16 101:13
  101:13 148:13
  155:3 158:20
**old** 29:11 183:5
  183:23
**olszewski** 67:23
**onboard** 55:10
  106:18 123:23
  149:23 165:1,2
**once** 12:11
  65:22 72:8,22
  98:6 129:2
  192:11 193:3
**ones** 8:20 38:1
  41:23
**onethird** 65:23
**ongoing** 42:4
  105:13 107:21
  108:17
**online** 40:22
**onset** 140:1
  167:8,9,11,15
  168:2,13,15,16
  168:18 169:4,6
  169:13,16,18
  171:17 178:9
**open** 114:7,8,9
**operating** 19:2
  141:15
**operations**
  34:20 48:11

58:2
opiates 82:5
opinion 40:15
  53:5,6,13
  54:10,11 69:3
  83:2 86:3 90:8
  103:21 120:5
  142:20 147:2
  148:9 149:14
  156:13 180:23
opinions 51:17
  51:20 52:23
  53:17 55:5,15
  56:2 61:3
  62:21 65:20
  67:7 68:15,19
  68:21 69:1,18
  98:6 148:8
  189:16 194:12
opioids 151:2
ops 73:7
orange 2:14
orchard 7:21
order 46:7
  130:13 161:14
  195:14
ordered 129:17
ordering 10:5
  195:12,15,16
orders 35:1
  122:11,13
  124:14 161:6,8
  161:23 162:2
org 5:12,21
  40:10
organization 7:7
  36:3
original 6:17
orlando 2:15
  68:1
osmolality 84:3
osmolar 83:22
osmolarity 84:2
outside 46:19
  61:18 71:5,17
  100:5
outstretched
  60:10

outweigh 187:22
overdose 16:8
  70:20 189:12
overdosed 183:6
overhead 73:7
overseas 13:11
  17:9 58:20
oversee 30:21
oversight 122:9
  122:20 130:19
  161:19
overwhelm
  82:23
owned 22:7
ox 117:10 118:8
  129:5 156:2,6
  156:14,15,23
  157:9,10,12
  164:1
oxygen 28:23
  59:13 101:7
  102:11,17,19
  102:19 104:13
  121:19 124:11
  125:23 126:5
  126:11,12
  127:5,15,19,20
  128:13 129:4
  152:23 156:3
  162:16,19
  163:22 164:2
  188:4

_____
P
p 7:19 195:17
pa 1:20 2:1,6
package 186:21
  187:11 193:19
  193:22 194:1
packet 15:8,11
page 26:18
  43:11 44:20
  46:1,5,6,8,9,20
  46:21,22 48:6
  48:17 56:21
  57:6,8,21 59:3
  60:1 61:14
  68:14 83:9

85:11,22 88:19
89:10 91:7
93:9 99:13
100:12 109:23
115:1 118:22
122:5,6,8,9,18
122:19 125:22
130:15,15
131:3 135:2,9
135:12 138:3
143:2 147:13
152:1 159:11
161:16 165:12
168:5,8,8
176:2,4,6
179:11 184:10
198:2 199:2
pages 51:6,8
  60:5 196:2
  198:7
paid 56:9,14
  57:10,11,12
pain 9:16 58:11
  59:6
painful 44:23
  101:3 128:12
palm 2:2,3 64:12
palpation
  143:17
panama 18:11
  27:5 34:3
panicky 152:22
panting 96:4
paper 15:9
papers 37:13,17
paragraph
  46:23 69:22
  84:15,15 85:12
  89:11 91:9
  98:13 137:10
  138:1,5 147:14
  152:2 159:12
  165:13
paramedic 20:2
  20:4,5 21:7
  23:15,21 24:3
  24:4,6,10,13
  24:18,19,19,22

25:9 30:21,23
31:9 34:1 37:8
42:6 48:21
49:10 80:7
128:13 147:19
157:11 161:11
163:4 164:7,20
165:3,4 183:6
191:11
paramedics
  20:13 21:2
  25:12,22 31:3
  31:7 32:20,21
  35:14,23 36:11
  36:13 37:5
  39:11 103:8
  119:13 145:18
  161:4 190:5,16
parameters
  161:13
paranoia 74:9
  108:16
pardon 29:22
park 7:21
parking 97:21
  97:23 98:14
part 8:5 16:5,6
  23:1 30:20
  52:17 59:15
  63:19 64:3
  85:5 98:12
  106:9 174:11
  174:16 176:2
  181:18 191:9
partially 18:21
  149:17
participating
  135:14
particles 84:2
particular 27:1
  27:16 36:3
  46:1 82:22
  192:23
parts 110:15
parttime 16:2
pass 126:13
passed 80:6
  143:9 144:21

185:8
patent 114:6,8
patient 10:22
  12:14 23:18
  24:23 25:10
  46:5,10 52:19
  65:19 92:20
  103:15 112:8
  118:10 119:7
  119:10 121:4
  121:19 122:6
  122:12 124:6
  127:1 128:2,2
  128:5 130:11
  130:15 131:6
  135:8 137:5,12
  137:15 139:13
  139:17 140:3,8
  140:15,17,20
  141:5,7,14
  145:10,10
  147:15 150:10
  158:11 161:16
  162:1 164:15
  164:17 165:16
  166:2 167:10
  168:19 169:18
  171:17 172:6
  173:9 179:9
  180:13,15,17
  180:22,22
  191:16 192:9
  192:15
patients 10:9
  11:14 12:16,19
  13:10,18 19:1
  22:22 23:17
  30:16 32:13
  47:18 114:6
  120:21 122:11
  123:22 127:17
  127:17 158:22
  161:23 173:5
  182:7,10 183:3
patrol 21:5
pattern 155:16
  189:10

pay 158:20
paying 18:9
pcp 82:5 151:2
peak 169:5,17
peer 26:11 41:13
  172:15
people 9:4 18:5
  36:23 37:18
  49:11 59:4
  65:6 74:15
  80:6 148:7
  151:4 185:19
percent 11:2
  64:19 66:11
  77:7,7,9,14
  79:16,20
  141:17
percentage 66:9
period 13:10
  14:6 72:17
  103:4,6 104:22
  125:7 153:6
  157:21 178:23
  180:2
peripheral
  141:21
person 21:21
  34:1 58:14
  59:4 106:7
  112:22 115:20
  132:6
personal 63:5,10
  72:13 148:7
personality
  72:15
personally 11:9
  22:7 30:1
  64:18
personnel 131:6
pertain 28:18
pertinent 146:4
pgy1 17:12
ph 16:16 19:11
  20:22 22:16
  40:22 41:18
  64:4 105:3
  153:11
pharmacokine...

166:16
pharmacokine...
  170:18,19
pharmacologi...
  138:9
pharmacology
  168:5,8
philip 15:19
phlebotomy
  11:8
phone 8:16
  11:11 49:9
  65:21 97:5
photocopy 160:8
photographic
  48:23
photographs
  60:7,8
photos 60:15
physical 23:12
  29:1 89:11
  101:1 124:7
  128:4,9 129:21
  130:9,11,18,22
  133:23 134:9
  138:5,10,11
  139:9 141:22
  162:14
physically 28:21
  44:15
physician 4:12
  6:23 7:12,17
  8:10,17 9:5
  10:21 12:17,19
  14:5 15:3 17:8
  17:20 18:13
  21:3,6 25:2
  31:23 32:9
  34:4 58:2
  65:22 72:2
  85:22 88:21
  92:19,22
  118:10 120:17
  129:12 161:9
  161:10,11
  164:2 175:4
  182:7 187:20
  192:4,7

physicianhous...
  5:12,20,23
physicians 8:7
  12:15 17:16
  26:9 37:7 89:3
physiological
  6:18 19:13
  58:4 63:17
  193:14
physiologically
  18:20 117:17
  171:4
physiologist
  18:15 22:16
  28:19
physiology
  16:16,19,19,20
  17:3,5 18:17
  22:12
picked 75:19
picture 59:3,7,9
  155:10 166:13
  183:4
pictures 48:8
  58:8 61:4
pieces 52:12
pin 172:12
place 47:23
  58:12 79:1
  113:22,23
  135:20 136:2
  138:21 179:2
placed 72:22
  93:21 131:11
  131:20,21
  138:18 139:11
places 130:13
placing 45:5
plaintiff 1:6 2:4
  65:14,15,16
  66:1,11
plaintiffs 66:10
  135:1
plan 49:1
plant 86:13
plasminogen
  39:4
plastic 9:3

play 58:20
  101:11 174:11
please 57:6
  74:13 103:20
plus 61:17
  148:23
pneumothorax
  188:13
point 10:9 20:21
  41:22 53:11
  64:16 71:3
  73:3,12,12,14
  74:10 75:22
  82:22 97:8
  100:17 101:16
  117:11 125:17
  128:13,22
  130:3,14
  132:12,15
  133:10 134:20
  139:10,14,19
  149:20,20
  150:2 152:3
  157:1,3,4,9
  158:9 162:15
  163:20 165:21
  175:13 188:3
  189:8 194:23
pointed 130:1
points 121:19
  128:17 162:22
  162:22
pole 14:3 27:6
police 44:17
  71:5,21 72:7,8
  74:11 75:5
  76:3,4 107:13
  124:9 128:23
  132:9 137:1
  143:5,23
  144:10 145:2
  147:7 157:10
  164:20 173:21
policeman
  139:13
policies 33:2,12
  33:13,17,20
  34:5 35:8,18

35:19 124:17
  127:13 134:21
  139:1 159:12
  161:2 185:14
  185:17 190:13
  190:14 194:11
policy 134:7
  135:19 136:1
  136:10 138:3
  189:18 191:19
  194:13
polite 70:22
politely 71:4
popped 26:20
portable 7:2,18
  10:3,10,15,17
  11:4,5 13:19
  13:20 14:1,6,7
  14:10,11,16
  21:15 22:1,1
  25:17
portion 7:11
pose 71:3
poses 131:6
  191:15
position 44:2
  60:9 93:22
  146:8 157:6
positive 83:13
  83:15 146:5
possibilities
  108:2
possible 126:15
  127:2 135:8
  143:18 145:4
  145:19 177:6
  189:6
possibly 123:23
  150:13
post 58:23
postdoc 19:11
  19:18
postdoctoral
  6:21 17:1
  22:11
potent 166:20
potential 141:5
potentially

140:20
**pound** 44:15
59:17,21 85:15
112:22
**pounds** 45:5
52:8,9,20
59:20 73:19
**pour** 104:23
**powerfully**
167:6
**powerpoint**
31:15
**practice** 6:14
8:2,6 12:23
14:8,17 17:15
19:6 35:21
40:4 127:22
129:6,10
132:17 138:13
138:22 182:6
**practiced** 20:6
20:20 21:10
23:11
**practitioners**
135:5
**precautions**
36:15 172:8
**preceded** 61:5
182:16
**preceding** 105:2
112:10
**preexisting**
50:12
**preferably**
128:20
**prepare** 31:15
**prepared** 31:18
51:14
**preparing** 55:22
**prescreened**
171:23
**prescribed**
91:18
**prescription**
91:23 189:12
**presence** 197:10
**present** 1:16
109:3 128:23

**presented** 48:7
51:22 98:7
111:11,12
182:7,11 183:3
**presents** 192:15
**pressed** 128:16
**pressing** 60:18
**pressure** 23:18
44:8,10 45:10
50:2 60:19
101:19,20
103:8,10 117:9
118:9,14,16
119:23 120:6,7
120:11,14
141:19 143:14
143:14,15
162:19 163:23
166:23 167:7
171:8,18 182:4
**pressured** 87:22
**pressures** 142:2
**presume** 83:13
**presumption**
174:8
**presumptive**
83:15
**pretend** 37:17
**pretty** 63:3
**prevent** 45:9
**prevented**
124:15
**preventing**
59:12
**previous** 135:12
**previously** 81:20
164:15
**primarily** 39:11
**primary** 12:19
17:10 73:11
**printed** 10:6
**printout** 83:10
**prior** 23:11
43:22 45:4
57:23 72:7
74:2 75:13
83:6 87:15
88:11 91:19

93:10 100:14
103:22 117:1
125:10,17
127:15 130:9
134:1 138:4
143:7 151:23
152:7,7 154:15
154:20 155:15
159:10 171:21
184:21 185:6
185:10 195:7
**private** 9:20
64:7 65:1
**probability**
150:20 156:15
177:9
**probably** 20:21
31:10 32:2
43:14 45:11
51:7,18 55:14
102:5 117:1
121:11
**probe** 48:20
118:22
**problem** 3:14
38:17 65:19
105:19,23
108:17 129:8
144:18 153:7
165:5 166:14
192:1
**problems**
105:14 107:21
107:23 108:23
150:12 190:21
192:5
**procedure** 1:19
131:14 135:20
136:2,10
189:18 191:20
194:13
**procedures** 33:2
35:8,18,19
124:17 127:13
134:22 139:1
159:13 161:2
176:10 185:15
185:17 190:13

194:11
**process** 4:6
57:11
**professional**
16:10
**professionally**
15:2
**program** 33:23
34:2 129:16
**prohibited**
132:2 137:2,3
**prolene** 88:23
**prolonged** 120:1
**pronounce**
44:18 48:17
**proper** 36:14,18
**protect** 53:7
84:21 85:12
**protected** 47:23
171:5 192:19
**protection** 72:13
**protein** 90:14,15
90:22
**protocol** 62:15
121:16,21
123:8 130:1
131:14 132:2
162:14
**protocols** 33:3
120:13 124:17
124:23 126:9
130:16 161:2
165:14
**proven** 108:2
**provide** 7:17
24:22 36:4
55:1 62:4
92:23 127:14
**provided** 36:8
50:17,19,21
51:2 55:7,9
98:22 99:7
109:12 110:22
111:5 136:5
**provider** 48:19
50:22 65:18
122:10 137:13
137:15 148:5

161:19
**providers** 35:10
129:12 135:18
**providing** 53:18
54:9,17
**psychiatric**
50:10,11 150:7
150:12
**psychiatrically**
150:10
**psychoses** 174:3
**psychotic** 107:6
107:7 149:21
150:14
**public** 1:23 6:11
7:8 56:8 64:19
196:14 197:5
197:18
**publications** 7:5
26:17
**published** 40:6
172:4
**pull** 94:21
**pulled** 19:21
29:15 59:16
101:5 144:20
146:10 155:9
164:23
**pulling** 44:20
45:1 96:3
153:15
**pulmonary**
16:19 37:9
38:12
**pulse** 93:22,23
103:10 104:22
114:14 116:6
116:10,16
117:10,21
118:8,12,23,23
118:23 119:1
119:14,14,23
129:4 143:16
156:2,6,14,15
156:23 157:9
157:10,12
158:3,4 164:1
**pulses** 141:20,21

pump 143:15
pumping 153:5
purchasing 100:3
purdlaw 2:9
purdy 1:19 2:6
purposes 6:12
pursuant 1:18
push 180:20 193:3,6
pushing 59:18
put 44:1 51:21 55:15 62:14 68:22 69:10 72:12 73:17,18 74:6 75:16 91:5 98:8 120:12 123:13 124:9,11 128:18 143:14 146:8 156:2 157:6,23 159:9 160:22 172:2,2 181:5,15
puts 45:7
putting 24:11 45:8

**Q**

qualify 193:2
qualitative 82:1 83:13
quality 114:19 114:23 115:3,8 115:11,13,21 115:23 119:23
quantify 78:8
quantitative 83:14
question 5:11 23:10 29:3,19 30:9 35:7 39:23 43:5,8 45:19 47:2,14 64:22 68:9 69:2 72:4 80:11 83:21 88:8 92:2

108:9 112:9 115:19 133:22 138:2 146:4 148:11 164:5 169:11,15 175:6 186:11 193:12
questioning 4:7 195:2
questions 35:4 69:20 142:17 145:15 158:10 177:18,22 194:16
quick 11:23
quickly 9:18 14:6 60:22 62:16,22 111:23 167:5 167:16 170:20 177:7
quit 192:17
quite 11:23 83:8 172:8 175:20 188:14

**R**

r 3:16 7:2
radial 118:23 119:13
radiation 18:4,5
radio 114:14
raised 83:20
ran 24:20 49:2 52:4,6 88:15 96:6
range 102:5 116:7 161:3
rapid 94:1 103:11 114:11 114:14,23 115:7,10,12 116:15 158:5 178:9
rarely 183:14
rate 94:8,12 95:15,18 115:10 116:3

117:4 118:18 127:4 143:11 182:3 193:15
ratio 188:1
reaction 49:6 141:8 149:22 150:14 185:21 187:15
read 28:16 40:12,21,21 41:1,6 42:21 47:6 63:4,7 70:9 82:11 84:13 88:20 98:13 100:5,6 113:22 131:2 138:23 139:6,7 167:17 168:2,3 176:1,8,17 177:14 193:21 194:2,6 195:16 196:1
reader 32:10
reading 40:3 41:13 72:16 119:2 134:12 189:23
ready 39:22
realize 135:23
realized 164:18
really 42:18 53:4 71:2 75:10 80:5 118:21 127:2 142:16 153:4 169:11 171:12 187:10
realm 176:23
reapplying 128:21
reason 24:1 50:1 82:23 123:5 159:19 172:22 173:1,12 186:2 194:4
reasonable 150:19 156:14 177:8

reasoned 113:20
reasons 68:16 123:4 141:10 141:11 173:1 181:11
reassessment 190:10
recall 34:6 46:19 68:4 76:9 119:2
receive 9:18 23:19 98:11
received 8:15 10:2 56:6 81:12
receiving 184:1
receptor 121:7
recertify 32:1
recess 61:9,10 115:17 194:8
recheck 180:18 180:19,21,22
reckless 139:18 139:20 140:6 140:16 141:3 141:13 142:21 144:12,15 146:11,13,21 165:4,8 168:11
recognized 120:21 121:3 173:4 188:7
recommendati... 123:11
recommendati... 40:5 130:20
recommended 181:8
record 43:19 79:14 86:4 112:11,18 143:8 145:6,17 146:3 169:7 194:18,19,20
records 48:9 50:5 80:17 81:12,16 140:2 148:6 150:9

recovering 14:11
recovery 44:1 93:22 106:15 146:8 157:6,23
recreation 59:9
recuffed 139:12
reduced 109:6 197:10
refer 21:21 43:3 49:15 80:8 104:11
referee 3:2
reference 46:18 71:10 159:18 160:12,13
referenced 50:20
references 43:8 46:18 48:5 70:5 89:18 99:13 134:15
referencing 70:7
referred 10:18 12:2 191:4
referring 26:17 49:11 134:23
refers 46:21
refill 120:1,2
refreshers 31:23
refrigerate 55:12
refrigerated 41:4 55:20
refrigerator 41:5 55:12
refugee 14:16
refuse 122:11 161:23
refuses 126:7,7
regarding 26:12 31:7 36:11 111:21 133:13 177:18 193:20
regards 109:17
region 14:3 27:6
regional 68:1
register 100:3

24

**registered** 7:1
  15:22
**registry** 15:19
**regular** 32:11
  80:4
**regularly** 40:16
  66:23
**regulation** 17:3
**rehab** 50:6
**rehabilitation**
  6:21
**reimbursement**
  62:2
**reinvents** 13:22
**rejected** 67:9
**relate** 29:4,7
  30:12 189:16
**related** 18:2
  26:16,21,23
  27:1,2,14,15
  65:8
**relates** 194:13
**relating** 30:2
**relation** 97:11
**relative** 38:7
  39:3 197:15
**release** 90:15
**released** 19:3
  90:22
**relied** 137:8
**religious** 7:7
**rely** 40:14 61:2
  139:1
**relying** 133:4
**remains** 48:21
**remember** 14:14
  16:10 31:23
  33:12,13,19
  34:11 55:17
  67:3,19,21,22
  67:23 68:2,6
  73:22 74:1
  76:12 79:6
  82:7 112:12
  178:1 182:12
  183:19,21,22
  184:9
**render** 65:20

150:19
**rendered** 93:2
**rendering**
  176:11
**repair** 89:1
**repeat** 192:10
**repeated** 179:23
**repeatedly**
  165:15
**report** 4:11 9:21
  37:16 41:19
  43:1,4,12
  44:17 46:4,10
  46:19,23 47:4
  48:4,14,15,19
  48:21 50:14,21
  50:22 51:13,16
  51:21,23 53:1
  53:14,16,19
  54:1,3,10,17
  55:1,16,22
  56:20 61:14,23
  68:13,18,21,23
  69:4,10,11,15
  69:21 76:23
  79:1,5 81:1,19
  85:2,5,11 89:4
  89:6,20,21
  91:7 93:15
  97:15 98:6,13
  98:21 99:16,19
  100:13 103:1
  113:1 114:4
  115:2 122:5
  125:21 137:4,9
  149:7 151:18
  152:1 154:5
  156:9 165:12
  168:7 177:3,13
  178:15 179:11
  191:6 197:7
  198:5
**reported** 77:2
**reporter** 195:12
**reports** 54:8
  65:21 71:11
  81:8 167:14
  172:4

**represent** 4:1
  135:15
**representative**
  135:19 136:6
**republic** 13:9
  14:15
**request** 8:17 9:2
  48:9 56:3
  97:19
**requested** 55:18
  56:21
**requesting** 9:14
  55:4
**requests** 8:22
**require** 10:9
**required** 4:17
  54:8 88:23
  119:16 121:21
  127:13 137:20
  141:22 159:14
**requirement**
  134:3
**requires** 132:6
**requiring** 11:1
**research** 6:9,13
  6:15,17,22 7:3
  7:4,5,9 10:4
  17:3 18:14,16
  18:19 22:13
  27:5 29:6,16
  29:18,23 47:5
  65:8 172:14
  181:18
**reserve** 3:3
  68:23 98:5
**residency** 18:8
  19:5,8,9 30:15
  30:19,21 33:15
  35:13 133:8,9
**resistance**
  117:19
**resisting** 75:1
  89:7 109:16,17
  189:9
**resource** 32:6
**respectfully**
  49:14 80:8
**respiration**

116:23
**respirations**
  44:5 94:1
  95:17,17 96:5
  114:11,23
  115:7,12,21,22
  116:6,8,15
  117:16 144:22
  154:23 157:7
  158:7
**respiratory**
  36:21 37:10,20
  38:13 42:1
  44:4 47:19,20
  94:8 95:14
  102:13,16,22
  104:8,17 105:2
  106:3,3,7,14
  106:14,16
  116:3 121:14
  127:4 143:10
  152:12 153:8
  153:17,19,21
  154:2,7,11,12
  154:20 155:7
  155:14 158:23
  160:1 166:21
  171:3 191:16
**responding**
  112:4
**response** 11:23
  19:14 64:5
  109:7,8,8
**responsibility**
  144:16 145:3
  165:6
**responsible**
  18:19 129:12
  146:20
**rest** 114:14
**restrain** 122:12
  124:6 162:1
**restrained** 44:15
  163:19
**restraining**
  74:16 146:6
**restraint** 23:7
  23:12,16,22

24:2 30:15
  32:17 62:15
  89:11 101:1
  122:6,13,13
  128:5,10
  130:12,15,16
  130:16,22
  132:1 133:11
  134:1,1,8,9
  137:6,11,17
  139:9 161:17
  162:2,2,21
**restraints** 32:22
  46:22,23 124:8
  124:10 128:14
  128:19,22
  129:2,21 130:3
  130:9,10,12
  131:11,18
  132:10,12,15
  132:15,18
  133:10 135:3
  135:12 136:23
  136:23 138:5,6
  138:9,10,12,15
  138:22 139:11
  139:14,19
  141:22 145:9
  162:15,15
  163:22 188:4
**restrict** 101:6
**restricted** 102:4
  102:14 104:4
  124:3 125:6,18
  164:17
**restricting** 101:5
**restrictive** 135:7
**result** 10:6 86:9
  86:13 101:1
  102:6,11 103:3
  104:1 148:23
  185:3
**resulted** 103:10
  107:13 139:23
**resulting** 101:8
**results** 11:11
  102:12
**resuscitation**

27:9 103:9 156:11 189:1
**retooled** 14:10
**retrieve** 58:11
**retrospectively** 150:3 175:1
**returned** 104:2 198:10
**reverse** 45:3 58:8,16,19,23 96:3
**review** 26:12 29:20 32:10,14 41:11,13 42:4 61:15 66:20 87:13 89:15,16 91:16 98:11,12 125:15 131:12 172:15 186:22
**reviewed** 48:2,3 67:17 84:23 99:17 125:13 186:16 192:4
**reviewing** 65:1 65:10 189:2
**reviews** 63:14 64:7
**rhythm** 103:5,7 104:2 182:8
**rhythms** 181:23
**rid** 153:8
**riding** 19:16
**right** 4:6 6:22 11:10,23 19:12 20:21 23:16 26:18 27:22 28:10 29:13 37:14 43:4,6 44:19 45:6,8 45:12 46:7 54:22 59:19 68:23 69:19 73:19 74:13 77:14 83:20 85:23 86:17 88:18,21 89:14 91:15 94:20 96:6 98:5

101:10 104:6 105:17 107:19 107:20 114:18 114:21 115:5 121:1 126:18 127:7 129:11 134:5 140:2 144:6 152:20 155:3 156:18 162:20 165:19 167:14 168:20 171:16 176:7 183:1 191:18 192:14,22 194:17
**rise** 59:14 102:4 102:19
**risk** 39:13 106:19,22 141:13 159:13 173:8 185:21 185:22 187:9 187:16,21,22 188:1,2 191:15
**risks** 37:9,11 106:17 162:13 186:1 187:3,3 187:5,8 191:4 191:22
**risky** 106:4,10 190:2,14
**river** 15:16 16:3 19:22 22:20 29:12 133:5 172:18
**road** 3:17
**robinson** 1:10 2:11 49:17 137:22
**role** 12:19
**room** 13:6,8,13 19:2 90:8 92:19,22 120:17 155:20 161:9 182:6
**rooms** 13:11
**rope** 58:15
**rosario** 1:12

2:18 4:2 43:19 49:10 80:7,7,8 81:4 109:10,23 110:6,12,22 111:6,11,21 112:3,7 113:2 113:10,21,22 114:5 120:10 124:22 125:12 125:19 126:3,5 129:20 130:6 131:9,22 135:2 139:21 140:5 141:16 142:7 142:11,19 144:3,9 146:20 147:1,3,6 149:3 151:21 151:23 157:15 159:13 162:8 164:5,8 165:3 165:7 172:18 177:4,14 184:11 189:16 190:6 192:2
**rosarios** 81:4 106:9 112:13 163:9,16 177:15
**roster** 48:12
**roughly** 52:7 78:7 96:17 169:10
**rules** 1:18 4:5 54:9
**run** 48:20 50:8 80:15 81:5 93:15 118:19 192:3
**running** 26:1 76:20
**runs** 22:22
**ryan** 49:17

---
**S**
**s** 2:2 3:16
**sadistic** 58:10
**safe** 27:17 32:4

173:7 193:16
**salt** 151:13
**salts** 151:8
**samantha** 50:3
**sanction** 137:13
**sanctions** 137:18
**satellite** 34:22 129:17
**saved** 3:16 4:10 5:16,19 6:2,5,9 7:6 56:8,16 57:9,12
**saw** 4:10 57:1 73:6 111:14
**saying** 37:12 94:18 111:20 129:10 136:13 150:10 154:1 160:16 163:2 163:14 179:3
**says** 33:11 41:14 46:8 68:14 99:17 101:12 101:13,13 114:11 122:22 130:8 131:4 139:1 152:2 160:15,18,19 160:22 161:18 168:1 176:8 179:18 193:20
**scale** 43:22 100:22 109:5
**scan** 10:14,17,19 87:9
**scared** 70:23 71:7 73:4 75:21 83:1 151:17
**scarola** 2:1
**scene** 93:16 109:11 112:7 112:14
**schedule** 4:14,18 48:11
**schizophrenia** 107:8 149:19 174:3

**schizophrenic** 150:13
**scholarship** 17:13 18:9
**school** 16:12,23 17:6
**scientific** 62:1
**screen** 81:10,19 82:13 83:11,11 107:5
**screened** 81:22 82:10
**screwdriver** 72:12 75:18 151:16
**scuba** 64:11
**seal** 34:19 73:5 74:11
**sean** 100:2
**searcy** 2:1 67:12 68:5
**searcylaw** 2:4
**second** 6:20 19:18 43:7 46:7 91:9 97:9 127:3 131:3 165:13 176:2
**seconds** 96:8 101:11 120:2 121:18 124:5 125:8,8 188:6
**section** 161:15 168:5,8
**sections** 62:22
**security** 14:2 49:1
**sedating** 31:2
**sedation** 33:18 34:9 120:16,18 120:20 121:4
**sedative** 165:17
**sedatives** 159:15
**see** 5:22 11:22 15:12 26:19 45:7 46:8 59:3 63:2 79:14 81:21 82:20 83:5 89:18

96:3 98:17,23
104:9 105:5
110:21 111:20
113:19 120:12
150:8 154:22
160:21 168:6
171:19 173:13
177:17,21
182:15
seeing 88:1
178:1
seeking 82:20
seemingly
112:19,20
124:7
seen 42:20,22
51:8 80:16
81:8 82:8 84:4
92:11 97:22
98:2,16 99:18
100:8,11 132:3
172:4 173:3
182:7 183:2,11
184:6
seizing 49:8
seizures 192:17
selected 63:19
seminar 31:6
semirural 12:1
send 13:21
sensation 149:1
149:11
sense 148:10
sensitizes 191:16
sent 36:23
sentence 152:2
155:3
sentences 94:18
separate 5:13
serious 38:12
71:3 121:11
serotonin 121:7
service 8:1
31:21 33:6
services 8:4
11:10 26:13
27:13 29:7
30:4,7,12,22

33:1 93:11
105:11 122:7
133:14 137:6
177:1
set 3:8 133:23
setting 97:19
106:11,12
settings 103:17
setup 129:16
severe 44:7
45:15 111:2
143:11,19
170:5 171:8
185:22,22,23
187:15,17
191:15
shallow 44:6
94:2,4,15 95:6
95:11,16,17,19
96:5 106:16
115:23 144:23
154:23 156:1
156:22,23
157:3,7 158:7
158:7,8,12,13
158:17,19,20
158:22 159:2,7
sheet 15:9 48:20
81:5 118:19
sheets 50:8
80:15 192:3
sheriff 1:11
49:13
sheriffs 43:17
48:13 59:23
69:22 71:10,13
73:8 76:3
99:15
shipley 2:1
shock 36:21
37:23 44:3
45:15 100:21
101:18,20
106:13 124:4
143:9,19
147:10 159:8
164:16 167:3
169:21 170:5

170:14 188:21
188:21
shocky 158:6
short 151:1,3
shortcut 142:17
shorthand 197:9
shortly 93:13
shortness 95:11
shot 73:20
shoulder 44:17
48:18 59:18,22
111:1
shoulders 59:5
110:3
show 55:13,14
60:8 71:5
75:16 76:1
86:11 108:10
121:22 156:3
156:14 159:17
167:23 168:3
showed 52:2
72:8 90:20
91:6 98:10
151:21 157:16
showing 72:7
73:15 151:23
shown 142:3
157:17 185:12
shows 10:4 59:7
98:19 144:3
153:10 156:9
173:4 191:13
sick 10:9 11:1
102:8 175:21
176:11
side 38:14,16
62:16 85:23
86:17 88:18
121:12 128:18
157:12 159:6
187:17
sides 52:12
sierra 14:12
signed 33:16
135:16
significant
52:21 53:8,11

83:8
signs 14:22
23:17 72:9,23
73:15 74:20
76:1 82:21
151:12
similar 19:1
44:20 68:10
83:10,12 172:9
simple 88:23
89:1 173:17
simply 24:12
simulated 27:19
sinclair 110:5
111:13
single 8:14,16
45:23
singular 6:10
sinus 103:5,7
104:2
sip 148:16
sir 139:5
situation 27:19
68:11 112:22
121:4,15 122:1
124:1 127:23
136:12 137:21
139:3,15
159:13 160:3
160:10 163:3,5
163:17 164:7,9
164:11,19
167:4 169:1,19
171:6 182:2
183:22 187:22
192:22 193:8
situations 171:4
six 17:19 191:17
191:20
skeletal 90:13
90:15,17 111:2
ski 21:5
skiing 19:18
skills 24:11
skin 114:17
116:6,13,17
117:4 118:2
skinny 76:18

skip 4:5 43:4
138:11
skipped 129:1
130:4 132:17
135:4 138:12
skipping 10:19
139:14 141:21
162:14
skull 87:10,12
sleep 45:13
slides 31:16
slightly 121:9
slow 95:16 158:8
158:18 159:4
171:7 179:19
179:22 180:5
180:20 193:8
slowly 178:14,21
179:6,8 180:9
180:18,18
193:13
slows 181:19
small 31:14 41:5
180:21,22
smell 77:1 78:15
80:9 113:13
147:20 148:17
148:21 149:3,3
149:4,8,11
smelled 78:14
148:10
smelling 148:9
148:15 149:2
smoked 175:14
smoking 71:6
social 49:1
soft 86:2 124:10
128:14,19
131:11,18
132:10,12,15
136:23 138:21
139:19
sole 14:4
solely 176:9
solved 139:15
somebody 11:15
11:18 12:11
13:5 21:14,16

22:5 25:8
38:17 72:3
78:15 86:9
94:7 95:6
101:23 102:21
105:5 116:18
117:13,18
118:17 119:16
121:12 126:10
132:11 136:21
139:4,8 147:8
148:16 155:19
159:5 164:8
182:15 183:23
184:6 188:17
190:22 192:16
**somebodys**
95:20 155:8,23
**somewhat** 80:3
87:21 128:12
**soon** 112:6
**sorry** 57:20 67:4
88:9,10 158:15
179:13
**sounds** 21:10
84:22 159:3
**source** 85:4
**south** 65:12,14
**southern** 1:3
**speak** 39:10
94:17 101:16
**speaking** 171:5
**spec** 28:8 73:5
**special** 1:13 2:17
34:18,19 41:5
58:2 73:5 91:6
**specialist** 12:20
**specialized**
129:19
**specialty** 17:8
**specific** 29:3
39:15 41:12
46:18 85:18
150:21 177:18
186:13
**specifically** 29:2
29:7 34:6 35:9
37:16 42:22

45:19 70:2,8
93:20 122:16
130:8 147:23
154:6 162:10
164:6,13 166:1
177:18,19
183:8 185:16
**spectometry**
28:6
**speech** 87:23
**spent** 57:14
64:20
**spine** 113:17
**spitting** 76:14
76:18 89:7
**split** 110:8
**splitting** 104:18
**spoken** 123:3
**sports** 6:17,19
19:14
**squad** 16:3
22:20 73:18
74:6 75:16
**square** 8:1
**ss** 197:2
**st** 1:11,12 2:17
4:1 48:10,12
48:18 49:2
50:21 51:3
70:5 79:16
81:8,19 93:12
99:15 124:18
124:23 127:13
135:15 136:6
137:22 185:15
189:19 194:11
194:13
**stability** 119:18
119:21,22
**stable** 119:17
**stage** 157:23
**standard** 32:21
35:20 36:7
39:18 40:2
125:1 127:21
129:6,10
132:16,19,22
133:1 134:7

135:5 136:15
136:20 138:13
138:22 176:12
176:15 178:8
**standards** 14:9
17:18 35:22
42:21 135:3
136:17
**standing** 161:6,8
161:14 173:11
**stands** 53:16
**start** 15:9 63:13
146:8
**started** 63:22
64:23 71:6
75:23 76:14
125:23 128:17
**starting** 15:6
165:13
**starts** 69:17
153:4 169:7
**stat** 11:10
**state** 10:11
16:11 20:8,9
20:10,11,11
26:6 29:12
69:22 70:1
79:20 100:16
107:14 126:9
138:11 149:21
160:12,13
166:1 172:19
197:1,6
**stated** 43:18
61:14 62:7
70:3 78:4
119:3 156:21
173:23
**statement** 48:13
68:15 70:6
176:12
**statements**
70:14 74:2
76:10 112:13
183:9
**states** 1:3 9:6
13:14 15:23
20:17 24:20

32:21 39:18
40:2 43:7
122:1 129:10
136:20 159:18
182:20,23
**status** 78:21
109:3 148:21
192:16
**stay** 113:17
**step** 141:22
**stepped** 111:9
155:8 164:22
**stepping** 44:16
59:17,22 96:2
101:4
**sterba** 1:1,16
3:23 4:9 54:3
119:2 135:17
137:5 142:16
146:23 163:1
164:4 175:5
183:7 189:2
194:10 196:7
198:5 199:3
**stick** 25:18
**sticky** 90:14
**stipulations** 3:1
**stop** 18:7 167:6
171:8 181:17
181:20
**stopped** 154:13
171:13,14
**stopping** 21:5,13
**stops** 153:3
171:9
**stopwatch** 56:23
**store** 77:13
99:17
**straight** 129:7
133:11 141:23
190:8 192:2
**strange** 82:2
**strappado** 44:21
58:16
**stream** 84:2
90:16 102:12
104:14,14
173:15

**street** 73:21,22
151:14
**strength** 70:19
151:6
**stresses** 28:20
**strictly** 132:1
137:2
**strikes** 86:10,12
89:13 90:21
**stritch** 17:6
**stroke** 11:19
12:2,4,6,7 39:4
**strong** 81:6
123:10
**struggle** 116:19
116:22 117:1,3
117:14,21,22
118:4,4,11
119:6
**struggling** 95:10
100:1 112:15
117:15,18
126:20
**strykersville**
7:22
**student** 31:14
40:11 64:11
**studied** 176:20
**studies** 10:1,8,13
15:7 25:11
172:5 173:3
**study** 10:8,9
19:19 172:14
**stuff** 57:10
**subbase** 17:21
**subdued** 113:20
**subduing**
112:18 113:16
**subject** 63:19
**submarine** 18:3
**submarines** 18:3
**submit** 61:23
**subs** 35:13
**subsequent**
84:21 85:8,13
146:22 147:11
184:12
**substance** 43:13

43:21 45:15
143:4,18
145:14,22
170:2,5,10,11
191:9,11
substitute 137:2
suburban 22:6
successful 103:9
sudden 108:21
171:10,19
182:22
suddenly 93:18
109:3
suffered 105:5
125:18 183:12
suffering 11:15
71:19 92:12,15
105:14 107:23
152:4,12 154:6
154:19 155:7
155:13,21
166:18 184:20
185:1,5 189:11
sufficient
139:17
suffocated 44:6
147:9
suffocation
18:16 27:22
47:22 59:11
60:21 101:8,16
153:16 166:11
sugar 104:12
sugars 25:18
suggest 166:17
suggested 177:4
177:11
suite 1:20 2:8,14
summarized 7:4
summary 69:18
84:10
summer 2:7,9
15:13,14 16:2
23:3
sunrise 1:20 2:7
super 70:19
supervised
145:18

supervision
133:9
supplemental
99:19
support 22:14
52:14 82:16
91:22 92:12
107:2,18 108:3
108:7 125:19
133:3 144:8
159:17 174:5
175:13
supposed
178:12
sure 3:13 15:8
23:23 25:12
35:6 40:1 48:3
85:7 86:5 99:1
109:21,22
110:16 112:2
118:20 133:5
143:19 149:20
165:22 190:10
surgeons 52:16
surgery 9:3 25:4
140:21
surgical 9:9
10:23 12:20
surprise 114:2
186:23
surprised
133:12,19
surrendered
151:16
suspected 81:2
106:23 107:11
108:12 113:12
143:5 170:7,14
suspend 194:23
suspended
58:15
sustained 21:17
85:19 88:18
90:5 100:23
102:2 110:2,14
168:21
sustaining 52:10
suture 89:1

sutured 86:21
sutures 88:23
sweat 116:13,16
sweating 9:16
118:3
swelling 86:2
swimming 19:17
sworn 3:19
196:9 197:13
sympathomim...
70:21
symptoms 72:9
72:23 73:15
74:20 82:22
151:12
synonym 101:7
synthetic 151:9
151:10
system 15:2,4
83:23 172:22
systems 67:20
systolic 143:16

─────────────
T
t 3:16 48:16
tab 7:4
table 141:15
143:3
tablets 188:13
tabs 62:7,18
63:1
tachycardia
116:12
tackled 73:23
85:15 86:15
tactic 111:15
tactics 109:19
take 3:12 8:12
37:18 38:10
41:20,23 43:5
48:6 59:2 61:9
78:9 119:10
121:23 127:6
130:14 155:10
169:7
taken 1:18 4:3
44:8 52:7
61:10 84:19

85:17 86:6
90:7 96:10,16
96:23 97:13,20
114:1 115:17
120:6 139:11
194:8 197:7,11
takes 19:11
talk 31:1,8 37:3
39:4 50:14
84:16 85:8
92:5 93:9
100:12 104:11
105:18 106:23
109:10 110:17
125:21 127:1,3
130:11 136:20
153:23 155:1
159:2 165:13
166:1,15
177:13
talked 14:19
34:5,22 38:8
42:10 71:16
91:8,9 100:15
116:5 118:7
120:15 123:5
123:10 160:14
162:17 164:18
169:20 178:13
179:15 181:14
185:14 190:3
191:3,6,7,12
191:14
talking 38:3,11
38:15 61:12
63:1 71:9 85:1
85:9 87:23
90:17 95:4
119:20 121:1
122:8 125:6
143:3 147:22
150:3 151:7
152:4 157:21
158:16,21,22
164:8,9 168:9
169:17 192:20
talks 47:1 48:17
89:6 114:5

121:16 135:2
136:15 137:10
144:12 148:17
160:8 170:19
tallied 57:3
tamponade
188:13
tank 64:13
tape 151:23
152:20
taught 30:6,11
133:15,20
134:6 145:18
190:15
tavares 1:4 48:8
74:10 81:19
87:14 88:11
125:17 166:17
172:6,21 181:2
183:12 189:4
189:20
taveras 181:15
tax 56:10,12
teach 30:14 31:2
35:20 36:1,10
36:12 37:1,2,5
40:16 104:19
119:13
teaching 30:18
31:6 32:16
42:5 181:18
team 24:20 73:5
74:12
teams 34:19
129:19
technical 124:21
technician 19:23
technicians 26:3
34:17,23
129:18
technique 58:20
techniques
130:17
teleconference
1:1,15
telephone 195:7
tell 47:14 48:1
51:5 64:17

70:2,8 74:9
86:7,8 102:1
176:15 181:9
182:14 185:10
190:5
telling 54:22
169:3
tells 155:1
temporal 88:22
ten 10:22
tenant 67:20
tension 188:13
term 71:21 75:4
75:5 104:16
124:2 154:9
terms 39:5 66:15
87:5
test 49:20
120:12 142:12
154:15 155:22
174:14
tested 82:14
141:16 151:2
173:17 175:18
testified 3:19
65:22 136:10
152:11
testify 66:10,12
66:18 197:14
testimony 66:4,9
72:10,16 75:15
78:2,2 113:19
128:3 136:9
152:11 171:11
196:3
testing 84:4
103:12 107:4
108:8
text 176:20
textbook 26:22
29:13 172:13
172:18 176:9
176:22
textbooks 26:12
29:15 50:18,20
thank 19:21
30:11 56:11
thanks 15:16

thats 5:15 23:3
29:23 30:20
35:15 38:21
49:19 51:6,11
56:18 57:2
58:9 60:20
63:9,21 73:5
74:7 82:2 89:1
91:5 107:8,11
108:9 116:4
119:12 131:23
148:2,2 152:16
153:20 160:1
168:22 169:2
170:18 176:14
178:18 194:16
thc 81:12 82:7
83:17 84:5,7
174:7,10,11
therapy 6:18
19:15,17
thesis 64:4
theyre 101:21
117:17 153:12
thing 10:16 76:4
81:11 82:7
83:16 97:18
103:2 154:2
157:8 169:21
175:10 178:6
things 25:7,21
35:7 36:22
42:2,20 49:12
55:13 62:21
65:7 96:21
120:3 124:4
142:18 151:1
151:14 170:1
170:23 188:14
191:17,21
think 24:17 35:7
39:2 44:22,23
50:19 56:21
57:3 59:20
63:7 70:23
72:5 73:3
116:8 147:22
150:23 151:4

160:21 163:8
164:1 165:1,6
171:13,16
174:22 175:22
178:6,13
184:20 185:1,5
187:2 190:14
190:15,16
thinking 99:12
163:15
third 17:16
161:18
thought 28:16
62:18 69:2,7
73:6 74:5 75:2
79:2 82:6
148:2 152:11
163:13
thready 118:13
158:5
threat 71:3
131:6
threatening 9:9
9:12 190:18
three 15:20 19:9
39:10 52:8
57:3,4 65:11
73:19 88:15
112:23 128:15
171:13 175:10
threeword 155:3
thrust 84:17
thule 14:3
tidal 28:5,17
tie 3:12
time 10:5,5
11:23 12:3
13:7,12,15
14:6 18:10,13
20:13,14,19
21:9 22:18
23:5,10 31:5,9
32:13 34:13
35:17 40:23
51:23 56:19
57:14 71:18
72:18 74:17,23
75:14 76:5

82:4 83:3 90:7
93:14,15 96:9
96:11 97:17
98:9 103:4,6
104:1,22 107:3
113:4,10 119:5
120:15,16
121:23 125:7
125:13,17
127:9 131:8,15
133:7 135:20
136:3,18 142:4
142:19 149:21
152:3 153:6
156:14 157:21
161:9,12 167:2
170:7 171:12
171:13,14
176:21 178:23
180:2 184:5
192:14 193:15
194:7 195:5
timeline 96:20
97:4,5,20 98:7
98:17 99:5
125:9 171:10
timelines 63:10
times 10:22
39:10 67:14
119:1 137:8
139:23 167:19
175:11,20
185:23 190:7,8
192:3
timing 78:10
90:9 105:16
tissue 39:3 86:2
title 135:11
today 40:13
56:11 58:20
59:8 68:18
69:2
told 109:19
top 68:14 105:1
topics 30:15,17
torture 44:21
58:3,10,10
59:2 60:23

61:5 65:7
101:3
tortured 44:22
torturous 101:2
tossed 157:11
total 13:9
totaling 52:8
totality 141:16
166:5 167:2
168:19
town 8:1
tox 83:10 107:5
toxication
147:15
toxicology 81:9
174:18
toxidrome
189:11
toxidromes
82:21
toxin 173:15
toxins 188:14
trace 81:13,14
trademark 6:23
7:1
trained 20:2,13
24:15 133:15
133:20 174:17
trainee 49:17
training 15:19
16:7 17:8,9,20
17:23 18:8
19:5 23:1 24:7
30:21 33:23
34:2 47:17
48:12 57:23
106:9 108:13
129:16 133:4,5
133:8 134:11
134:13,17,20
159:12 162:17
165:14 172:9
191:11
tranquilizing
121:10
transcript 3:2
136:6 196:3
transcripts

195:13
**transferred**
169:9
**transition** 48:23
**transport** 22:1
121:20 124:12
137:12,15,22
164:2 175:21
**transporting**
22:21
**trapped** 179:2
**trauma** 33:7
37:21 38:18
41:14 42:1,7
42:12,14 45:20
46:3,13,14
47:7,10,18,19
52:11,17,18
53:11 84:22
85:9,13,16,19
87:1 108:20
110:1,19
121:13 124:4
126:2 127:17
191:14
**traumatic** 21:17
42:16 52:13
53:9,10 87:2
102:3 191:14
**travel** 61:18,21
**treat** 11:14,18
12:16 21:16
22:5 93:6
126:15
**treated** 9:8
13:10 22:6
80:18 107:8
**treating** 23:8,13
**treatise** 172:13
**treatment** 27:4
92:23 93:7
102:21 103:13
122:11 125:22
140:10,12,13
161:13,23
188:17
**treatments**
161:4

**tremors** 92:16
**triage** 8:19 9:19
14:19,20,21,23
15:1,3
**triaged** 8:18
12:11
**trial** 3:3 61:17
61:18 76:13
97:4 186:18
**tried** 53:10
88:14 194:1
**trigger** 163:8
**triggered** 163:4
164:10
**trip** 61:23 62:1
**trouble** 76:20
**true** 60:16 70:18
71:8 123:18
140:9 152:16
176:14 185:20
196:2
**truth** 197:14,14
197:15
**try** 76:15 119:13
126:15,19,23
127:1 129:4
134:8 136:23
153:8 188:19
**trying** 5:15
18:22 21:8
42:18 58:11
63:9 65:6
76:18 89:8
93:4 97:1
109:22 110:20
115:5 142:16
149:6 161:15
169:11
**turn** 68:14 89:10
91:7 179:10
**turned** 12:5
64:13
**turning** 77:20
**two** 10:8 14:4
42:16 44:7
50:7 59:4
65:11,14 80:6
80:9 94:18

140:3 147:18
147:18 148:10
173:21
**twothirds** 66:1
**twoweek** 14:6
**tyk** 2:14,16
198:10
**tyke** 3:21,23
5:10 19:20
39:14,20 42:9
47:12 51:12
54:4,16 55:2
57:18 60:2,6
61:11 69:14
88:7 99:10
113:8 115:18
132:20 133:19
133:23 134:4
147:12 155:5
163:11 165:11
176:5 178:4
191:2 194:9,16
195:3,10,14
199:3
**type** 6:15 9:23
11:3 31:6,15
35:18 70:22
77:18 79:6
82:16 107:3
121:10 128:4
155:14 161:13
172:6 184:21
185:6
**types** 8:12 110:1
124:14 187:19

**U**

**umhmm** 113:5
**unable** 11:4 25:9
84:21 85:12
91:13 127:23
155:6
**unapproved**
45:1 111:15
**unaware** 9:4
32:17 136:4
**unconscious**
44:4,12,14

92:19 98:9
101:21 143:21
144:5 157:2,12
**unconsciously**
93:21
**unconsciousn...**
43:23 145:11
**undereducated**
190:17
**undergraduate**
15:6
**underlie** 142:19
**underlying** 50:9
150:7,11
183:15
**undersea** 17:19
17:21,21,23
**understand** 22:3
22:21 37:11
96:18 117:12
126:8 139:7
148:7,15 163:1
**understanding**
53:5 84:11
93:10 109:11
109:18 112:6
113:11,11
127:12 151:20
**understands**
190:11
**understood**
190:12
**unequivocally**
147:1
**unique** 68:8
**unit** 18:11
**united** 1:3 9:6
13:14 32:21
39:18 40:2
129:10 182:20
182:23
**university** 16:15
**unknown** 43:18
81:5 92:1,4
93:14 105:16
107:1,12 166:6
**unlocking**
128:20

**unpaid** 22:23
**unprotected**
52:19
**unreasonable**
8:22 9:1
**unresponsive**
44:1 100:21
144:5
**unspecified**
50:11
**unstable** 37:23
100:17,20
105:9 119:19
159:9 168:14
178:10
**untreated**
150:12 174:3
**unusual** 116:18
117:13,23
118:5
**updated** 4:14,16
4:21 136:1
**upright** 60:9
**uptodate** 4:22
**urgent** 7:16
**urine** 83:10,11
84:4 91:6
107:5
**use** 15:2 23:7,12
23:15 25:19
31:7 32:22
35:1 36:8,11
36:12,14,18
41:15 46:16
47:8,18 48:14
49:4,23 53:12
56:9,23 62:12
62:14 75:4
80:13 89:20
104:10 106:4,5
113:13 117:6
121:4,14 130:2
131:18,23
137:1,13
162:19 166:3
170:14 172:5
173:4 187:20
191:7,15

**V**

**vacutainers** 11:8
**valley** 33:7,7
**varies** 94:10
**various** 6:18
  19:14 58:2
  62:7 81:10,21
  82:11 90:2,6
  93:9 100:13
  109:19 112:12
  132:3
**vehicle** 21:14
  22:5 72:22
  74:3 76:6,7,11
  76:16,20,21
  87:17 88:13
**ventilated**
  103:15 153:7
**ventilation**
  27:23 28:22
  59:12 94:14
  95:12,14 101:5
  102:4,14,18
  104:4 124:3
  125:6,18 156:2
  158:9 164:17
**ventilator**
  103:16
**verbal** 109:8
  130:17
**verbatim** 197:8
**verbose** 72:15
**verify** 52:1
**versions** 136:1
**versus** 24:10,14
  24:23 53:5
  66:10 67:20
  68:1 94:13,13
  94:14 110:9
**video** 1:1,15
  16:4 28:2
  90:20 96:4,8,9
  96:16,23 97:5
  97:12,20 98:7
  98:15,16,18
  99:5,6,18,21
  100:9 101:10

  125:13 154:20
  155:12 166:10
  195:7
**videoing** 3:9
**videotape** 72:17
**videotaped** 3:6
**view** 100:4
**village** 7:23
**violated** 124:22
  125:1
**violating** 162:14
**violation** 168:10
**violence** 151:5
**violent** 30:16
  46:5,11 72:20
**visual** 73:6
  87:23
**vitae** 5:6,8 198:3
**vital** 23:17
**vitals** 117:10
  119:11 171:23
**vividly** 16:9
**voluntarily**
  73:17
**volunteer** 16:2,3
  22:19,20 23:1
**vs** 1:7

**W**

**w** 1:16,24
**wade** 1:10 2:11
  49:15
**wait** 117:8,8
  142:13,13
  158:14,14
  170:9,9
**waive** 3:1,2
**waiving** 87:22
**want** 35:3,6 63:4
  66:6 68:13
  101:11 122:2
  124:11 161:3
  175:1 182:14
**wanted** 3:10,12
  46:2 70:23
  77:16 176:17
**war** 14:13
**warfare** 18:5

**34**:18 73:5
**warm** 3:11
**warned** 165:15
**washington** 20:8
  20:11,11
**wasnt** 11:22
  61:7 70:17
  71:7 108:5
  109:6 111:16
  111:18 112:21
  161:17 183:7
  186:1
**watch** 34:21
  38:1 42:6
**watching** 28:2
**water** 16:17
  18:17 64:3,4
**watered** 77:6
**wax** 67:20,21
**way** 7:21 24:19
  56:13 58:19
  61:2 75:6
  76:15,19 92:21
  97:7 121:9
  171:18 172:3
  178:11
**wayne** 15:19
  50:4
**ways** 115:23
**weak** 94:1
  118:13 158:5
**weakness** 12:5
**weary** 106:6
**website** 5:12,14
  5:19 6:12 7:4
  13:21
**week** 9:4 13:16
  20:12
**weigh** 190:23
**weight** 45:11
**wellbeing**
  140:17 141:14
**went** 16:15 23:3
  128:7,9 130:4
  139:21 140:4
  162:20 171:18
  172:23 190:8
**wernickes** 92:17

**west** 2:3 64:11
  67:3
**western** 19:16
**weve** 10:2 45:12
  162:17
**wikipedia** 57:21
  60:5 198:7
**william** 64:10
**wilson** 2:13
**wilsonelser** 2:16
**wine** 77:12
  148:16
**wiry** 76:17
**wisconsin** 15:23
  16:11 20:7
  23:4
**withdrawal**
  92:13
**witness** 15:14,16
  39:9,18 41:17
  47:10 51:10
  54:13,19 59:21
  68:15,17 69:7
  73:3 74:1 76:9
  113:7 132:9
  133:17,22
  134:3 136:14
  142:23 147:6
  148:20 154:22
  163:8 165:10
  178:1 180:4
  189:23 199:2
**witnessed** 93:19
  112:15
**witnesses** 48:14
  149:10 174:9
  199:1
**witnessing**
  74:15
**wonder** 181:12
**wont** 44:10
  192:17
**word** 79:8 94:18
  94:20 96:7
  101:12,14
  110:18
**words** 59:13
  118:13 153:18

  158:6
**work** 13:5 16:2
  16:10 18:22
  20:14 21:5
  22:17,19 23:1
  35:11 56:15,22
  65:23 66:2,6
  114:3 129:19
  145:7,17
  169:16
**workbook** 31:14
**worked** 6:2 13:8
  13:13,16 16:4
  17:20 20:3,12
  32:23 67:11
  129:14
**working** 10:20
  15:23 16:12
  17:16 19:19
  21:1,6 34:18
  67:19 68:4
  129:15 133:7
**worksheet** 56:23
  57:5,14,17
  198:6
**worldwide** 61:1
**worried** 70:22
  82:20
**worsening**
  107:14
**wouldnt** 12:3
  161:20
**wound** 10:8,23
  13:22 48:23
  88:20
**wrap** 152:20
**wrist** 118:15
  128:19
**write** 62:15
**writing** 33:1,12
  84:10 197:10
**written** 35:19
  65:21 190:15
**wrong** 129:7,8
  138:15,15
  141:23,23
  188:23
**wrote** 48:9

49:22 156:21

**X**

**Y**

**yeah** 79:4 88:9
124:21 122:21
144:18 145:20
148:12 165:1
168:1 169:2
170:17
**year** 15:21 31:10
33:14 183:5
**years** 13:11
15:20 16:5,10
18:9 19:9 21:5
34:16 41:3
44:3 57:3,4
64:17 66:9
82:14 114:2
127:11 133:6
183:23
**yell** 151:20
**yelling** 151:19
**yells** 45:6
**york** 1:3,18 3:18
10:11 16:11
19:16 20:9,10
197:1,6
**youre** 111:20
130:22 144:13
175:3 181:19
**youve** 12:11
42:20,21 47:6
55:18 69:2
84:12,13
170:16

**Z**

**ziprasidone**
121:8

**0**

**0** 88:22
**00** 7:19,19
**000** 51:8 56:6
61:16,17,17
**02** 95:20

**03** 80:22
**038** 78:6,8 79:16
**04** 78:7,16 80:2
149:5 150:6
173:14
**06** 135:22
**07** 1:22 49:21,21
**08** 79:20

**1**

**1** 5:6,8 21:7 33:7
51:6,8 61:17
68:14 70:5
84:15 85:11
89:23 118:22
122:6 130:15
135:1 167:21
168:16 169:8
171:17 181:1,6
190:9 193:15
198:3
**10** 1:22 52:5,7
84:19 165:12
**100** 64:19 66:11
116:11 190:8
192:3
**11** 83:4 165:15
165:23
**110** 118:18
119:15
**111** 2:14
**1120** 1:17
**11th** 6:4 91:19
150:22
**12** 43:10 116:9
143:2
**1200** 2:14
**1216** 1:21 2:8
**135** 59:20
**14** 10:7 51:6,6
73:5 83:9
88:19
**140522233** 3:18
**15** 48:6 52:6
99:13 122:5
130:15 179:23
**150** 76:17
112:22

**16** 94:10 103:4,6
122:9 153:6
**1633** 58:13
155:11
**16cv14413** 1:8
**17** 46:6 55:16
99:18
**18** 46:5,9,21
61:14 94:11
99:22,23 100:2
116:8,9 118:22
119:4 120:6
169:10,10
**19** 1:21 46:22
196:4
**195** 196:2
**1973** 15:17,18
16:3
**1976** 15:21
16:15
**1977** 64:1
**1980** 32:3
**1981** 16:21 17:7
21:10 64:1
**1982** 17:7
**1985** 17:7,11,17
**1986** 17:17,19
**1989** 14:2
**1990** 19:4
**1992** 123:21
**1993** 19:4
123:21
**1994** 64:9 65:2
**1998** 6:4

**2**

**2** 1:8 5:5,9 19:12
21:7 56:6
61:16,17 70:5
89:10,18 99:3
99:14 120:2
122:8,19 131:3
161:16 168:9
168:12 178:14
178:23 179:3,6
179:18,20,22
179:22 180:5,5
180:6,8 192:10

192:10 193:15
193:16 195:17
198:4
**20** 52:5,6 73:23
99:22 114:19
115:8,14 116:3
123:16 180:1
**200** 190:7
**2002** 13:15
175:22
**2006** 136:11
175:22
**2008** 13:9
**2012** 4:13
**2014** 72:1 83:4
91:19 150:22
151:2
**2016** 123:16
137:7
**2017** 1:21 4:22
32:5 196:4,11
**2037592** 2:15
**205** 52:9,20
85:15
**20th** 137:7
**21** 100:2
**2139** 2:2
**21st** 4:22
**22** 55:16 99:23
**226** 3:17
**23** 26:18
**24** 43:11 143:2
**2424** 143:3
**2455** 1:20 2:7
**24hour** 11:10
**25** 121:18 124:5
188:6 190:8
192:2
**27** 179:11
**28** 127:4 168:8
**29** 183:5,23

**3**

**3** 20:5 21:7
43:22 46:23
54:1,3 77:6
88:19,22 91:7
100:22 122:6,8

**130:15 131:3**
161:16 168:5,8
171:12 198:5
199:3
**30** 26:18 114:20
115:8,14 116:3
**300** 13:10
**313** 8:1
**32801** 2:15
**330** 44:15 45:5
59:16,21
**33409** 2:3
**335** 44:15 45:5
59:17,21
**350** 56:22 61:15
**36** 118:22 119:4
**37** 96:7 97:9
101:11 125:8
**38** 96:8 97:9
101:11 120:6
125:8

**4**

**4** 13:10 20:5
21:7 44:9
49:18 57:7,13
57:17 77:14
89:18 93:9
100:13 109:23
139:22,23
156:12 163:21
168:11 178:22
179:18,22
180:1,2,4,5,7
181:5 190:8
192:2,8,10,12
192:18,21
193:2,6,9,12
193:17 198:6
**40** 169:10
**407** 2:15
**41** 63:15 169:10
**43** 46:8,21
**4623200** 2:9
**4th** 135:1 169:21

**5**

**5** 48:17 52:4,5

55:16 57:9
60:1,2,5 73:23
77:9,14,14
115:1 167:22
168:16 198:3,4
198:7
**50** 88:23 190:7
195:17
**5025** 15:19
**54** 198:5
**561** 2:3
**564** 168:6,8
**57** 99:18 198:6
**5ht2** 121:7

**6**
**6** 52:5 73:5,5
74:12 118:22
125:22
**60** 198:7
**6866300** 2:3

**7**
**7** 77:7 83:9
**70** 57:2
**700** 52:8 73:18
**72** 57:9
**73** 23:3 32:1
**75** 57:7

**8**
**8** 7:19 52:5,5
77:7 84:19
90:1,11 121:17
124:5 159:16
159:18,19
160:12 165:14
165:23 188:4,5
**80** 32:2
**81** 20:23 32:1
**86** 63:17,23 64:1
129:15
**87** 34:3 35:5
**8th** 17:11

**9**
**9** 7:19 72:1 77:9
77:14 147:13

152:1 159:11
159:16 160:13
165:15,23
**90** 11:2 30:19
33:15 34:3
35:5,14 45:2
63:18 101:5
111:8 129:15
**90s** 35:16
**91** 20:12
**911** 9:17 70:23
71:4
**93** 19:11 30:19
33:15 35:14
**954** 2:9
**98** 19:12
**99** 141:17

Pg. 1 8 6

CASE NAME: _Tavares Docher (Janice Docher-Neeley) vs. Christopher Newman, et. al., and St. Lucie County Fire District_

DEPONENT: _John A. Sterba, M.D., Ph.D, FACEP, FACFEI_   DATE TAKEN _July 19, 2017_

STATE OF        )
                           ) SS:
COUNTY OF    )

I wish to make the following changes, for the following reasons:

| PAGE | LINE(S) | | |
|------|---------|---------|---------------------------------|
| 3 | 16 | CHANGE: | John A. Sterba, M.D., Ph.D, FACEP, FACFEI |
| | | REASON: | Transcription error |
| 6 | 23 | CHANGE: | Emergency Physician House Calls (TM), and has a ... |
| | | REASON: | Transcription error |
| 27 | 3+4 | CHANGE: | in hypo thermia, field treatment of hypo thermia ... |
| | | REASON: | Transcription error |
| 27 | 9+10 | CHANGE: | Hypothermia and resuscitation from hypo thermia |
| | | REASON: | Transcription error. |
| 28 | 6 | CHANGE: | mass spectrometry, that is ... |
| | | REASON: | Transcription error |
| 28 | 7+8 | CHANGE: | "... infrared as well as by MASS spec, ... |
| | | REASON: | Transcription error |
| 34 | 21 | CHANGE: | "I was also BENDS Watch Medical Officer ... |
| | | REASON: | Transcription error |

Signature: _John A. Sterba, MD, PhD, FACEP, FACFEI / JS_

Subscribed and sworn to before me this

_2_ day of _August_, ~~2004~~ ~~2005~~ 2017 / JS

_Shiela D. Baranowski_
**Notary Public**

SHIELA D BARANOWSKI
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01BA6349373
COMM. EXP. 10/17/20

*jack w. hunt and associates, inc.*
*1420 Liberty Building, Buffalo, New York 14202*

Pg 2 g 6

CASE NAME: _Tavares Docher (Janice Docher - Neeley) vs. Christopher Newman, et. al., and St. Lucie County Fire District_

DEPONENT: _John A. Sterba, M.D., Ph.D., FACEP, FACFEI_ DATE TAKEN _July 19, 2017_

STATE OF _____ )
                           ) ss.
COUNTY OF _____ )

I wish to make the following changes, for the following reasons:

| PAGE | LINE | | |
|------|------|--------|---|
| 38 | 7 | CHANGE: | "contraindications, not absolute or relative..." |
| | | REASON: | Transcription error |
| 38 | 11 | CHANGE: | "That is true for every drug..." |
| | | REASON: | Transcription error. |
| 44 | 4 | CHANGE: | "...abnormal respiratory effort." |
| | | REASON: | Transcription error. |
| 45 | 6 | CHANGE: | "And I have it right here (DVD)." ... |
| | | REASON: | Omission |
| 48 | 13 | CHANGE: | "Sheriff's office. CVS employee..." |
| | | REASON: | Transcription error |
| 52 | 13 | CHANGE: | "...that is considered head trauma." |
| | | REASON: | Transcription error. |
| 52 | 14 | CHANGE: | "I'm a former Advanced Trauma Life Support." |
| | | REASON: | Transcription error. |

Signature: _John A. Sterba, MD, PhD, FACEP, FACFEI_

Subscribed and sworn to before me this

2 day of August, ~~2004~~ ~~2005~~ 2017 /0/5

_____
Notary Public

SHIELA D BARANOWSKI
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01BA6349373
COMM. EXP. 10/17/(2)

**jack w. hunt and associates, inc.**

_1420 Liberty Building, Buffalo, New York 14202_

Pg 5 8 6

CASE NAME: *Tavares Docher (Janice Docher-Neeley) vs. Christopher Newman, et. al., and St. Lucie County Fire District*

DEPONENT: *John A. Sterba, M.D., Ph.D., FACEP, FACFEI* DATE TAKEN *July 19, 2017*

STATE OF       )

                ss.

COUNTY OF       )

I wish to make the following changes, for the following reasons:

| PAGE | LINE | | |
|------|------|--------|--------------------------------|
| 53 | 9 | CHANGE: | "... blunt force head trauma." |
| | | REASON: | Transcription error. |
| 53 | 10 | CHANGE: | "It's not just facial trauma as Lindeg..." |
| | | REASON: | Transcription error |
| 58 | 11 | CHANGE: | "... pain induction and while trying to..." |
| | | REASON: | Transcription error. |
| 62 | 1 | CHANGE: | "...for a scientific trip or for the military" |
| | | REASON: | Transcription error |
| 73 | 5 | CHANGE: | "Spec War Team 6, that's Special Warfare SEAL" |
| | | REASON: | Transcription error |
| 75 | 14 | CHANGE: | "... he was Baker Acted at that time ..." |
| | | REASON: | Transcription error |
| 80 | 5 | CHANGE: | "so I really can't make any comments ..." |
| | | REASON: | Transcription error. |

Signature: *John A. Sterba, MD, PhD, FACEP, FACFEI*

Subscribed and sworn to before me this

2 day of August , 2004 2005 2017

Notary Public

SHIELA D BARANOWSKI
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01BA6349373,
COMM. EXP. 10/17/20

# jack w. hunt and associates, inc.

*1420 Liberty Building, Buffalo, New York 14202*

pg 4 f 6

CASE NAME: _TAVARES Docker (JANICE Docker-Neeles) vs. Christopher Newman, et.al., and St. Lucie County Fire District_

DEPONENT: _JOHN A. STERBA, M.D., Ph.D., FACEP, FACFEI_ DATE TAKEN _July 19, 2017_

STATE OF                    )
                                        ss.
COUNTY OF                )

I wish to make the following changes, for the following reasons:

| PAGE | LINE | | |
|------|------|---|---|
| 87 | 2 | CHANGE: | "... blunt force head trauma but ..." |
| | | REASON: | Transcription error |
| 96 | 13 | CHANGE: | "No. Actually, yes. See TIMELINE, Addendum" |
| | | REASON: | Correction; see Addendum of July 25, 2017. |
| 97 | 6, 10, 14, 18 | CHANGE: | "But I do now; See Addendum TIMELINE" |
| | | REASON: | Correction; see Addendum of July 25, 2017 |
| 102 | 7 | CHANGE: | "... elevated carbon dioxide ..." |
| | | REASON: | Transcription error |
| 150 | 8 | CHANGE: | "... in this white box & these EMS ..." |
| | | REASON: | Transcription error. |
| 151 | 1 | CHANGE: | "... the short eight common things we ..." |
| | | REASON: | Transcription error. |
| 158 | 4 | CHANGE: | "... former EMT Mangrum ?" |
| | | REASON: | Transcription error. |

Signature: _John A. Sterba, MD, PhD, FACEP, FACFEI_

Subscribed and sworn to before me this

___ day of August ___, ~~2004~~ ~~2005~~ 2017

_Shiela D Baranowski_
Notary Public

SHIELA D BARANOWSKI
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01BA6348373
COMM. EXP. 10/17

*jack w. hunt and associates, inc.*
*1420 Liberty Building, Buffalo, New York 14202*

Pg 5 8 6

CASE NAME: _TAVARES Docher (JANICE Docher - Neeley) vs. Christopher newman,_
_et. al., and St. Lucie County Fire District_

DEPONENT: _JOHN A. STERBA, M.D., Ph.D., FACEP, FACFEI_ DATE TAKEN _July 19, 2017_

STATE OF            )
                    ) ss·
COUNTY OF           )

I wish to make the following changes, for the following reasons:

| PAGE | LINE | | |
|------|------|---|---|
| 167 | 16 | CHANGE: | "can be as quick as one minute." |
| | | REASON: | Transcription error. |
| 174 | 2 | CHANGE: | "...or he has exhibited psychosis ..." |
| | | REASON: | Transcription error. |
| 181 | 12 | CHANGE: | "...to guess, I wouldn't wonder what would ..." |
| | | REASON: | Transcription error. |
| 181 | 21 | CHANGE: | "... have irregularities in the rate and maybe ..." |
| | | REASON: | Transcription error. |
| 189 | 17 | CHANGE: | "yes, unless more information becomes Available, then I reserve the right to Amend my Report." |
| | | REASON: | Correction, as per pp. 96 & 97 → See Addendum & Timeline (9/18/17) |
| 190 | 10 | CHANGE: | "...reassessment passed increments, then I'm not ..." |
| | | REASON: | Transcription error |
| 190 | 19 | CHANGE: | "... & Ativan being used when it should never ..." |
| | | REASON: | Transcription error. |

Signature: _John A. Sterba, MD, PhD, FACEP, FACFEI /8/_

Subscribed and sworn to before me this

_2_ day of _August_ , ~~2004~~ ~~2005~~ 2017 /8/

_Shiela D Baranowski_
**Notary Public**

SHIELA D BARANOWSKI
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01BA6349373
COMM. EXP. 10/17/20

## jack w. hunt and associates, inc.
*1420 Liberty Building, Buffalo, New York 14202*

Pg 6 of 6

CASE NAME: *Tavares Docher* (Janice Docher - Neeley) vs. Christopher Newman, et. al., and St. Lucie County Fire District

DEPONENT: John A. Sterba, M.D., Ph.D., FACEP, FACFEI DATE TAKEN July 19, 2017

STATE OF )
             ) ss.
COUNTY OF )

I wish to make the following changes, for the following reasons:

| PAGE | LINE | | |
|------|------|--------|---|
| 191 | 14 | CHANGE: | "...we talked about is head trauma, Head trauma..." |
| | | REASON: | Transcription error |
| 194 | 15 | CHANGE: | "Yes. Unless more information becomes available then I reserve the right to Amend my Report." |
| | | REASON: | Correction, as per page 96, 97 + 189. |
| 196 | 7 | CHANGE: | John A. Sterba, M.D., Ph.D., FACEP, FACFEI |
| | | REASON: | Transcription error |
| 199 | 3 | CHANGE: | John A. Sterba, M.D., Ph.D., FACEP, FACFEI |
| | | REASON: | Transcription error |
| | | CHANGE: | |
| | | REASON: | |
| | | CHANGE: | |
| | | REASON: | |
| | | CHANGE: | |
| | | REASON: | |

Signature: _John A. Sterba_, MD, PhD, FACEP, FACFEI /JS

Subscribed and sworn to before me this

2 day of August , ~~2004 2005~~ 2017 /JS

_Shiela D. Baranowski_
        Notary Public

SHIELA D BARANOWSKI
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01BA6349373
COMM. EXP. 10/17/__

# jack w. hunt and associates, inc.

*1420 Liberty Building, Buffalo, New York 14202*