# CURRICULUM VITAE

Updated: September 10, 2012

**NAME:**   John A. Sterba, M.D., Ph.D., FACEP
Commander, Medical Corps, U.S. Navy Reserves
(Honorably Discharged, 5/15/97)

**ADDRESS**:   226 Center Street          **MARITAL STATUS**: Married
East Aurora, NY 14052-2233   **DATE of BIRTH**:  March 3, 1954

**PHONE NUMBERS and EMAIL ADDRESS:**
(716) 655-6854 (Office/Fax); E-mail: PhysicianHouseCalls@roadrunner.com
(716) 655-7633 (Home); (716) 998-7474 (private cell phone)

**WEBSITE:**   www.PhysicianHouseCalls.org

**PLACE OF BIRTH:**  Evanston, IL

**BOARD CERTIFICATION:**
Diplomate of the American Board of Emergency Medicine (ABEM), June 2,
1994, Recertified ABEM December 29, 2003 through December 31, 2013;
ABEM Emergency Medicine Continuous Certification (EMCC) through
yearly Life Long Self-Assessment (LLSA) Examinations: 2004-2010
Diplomate of the American Board of Urgent Care Medicine, December 12, 2008
through December 12, 2016
Diplomate of the Board Certified Forensic Examiner, American Board of
Forensic Examiners, May 31, 1996; Member, American Board of Forensic
Examiners, October 24, 1994.
Board Certification (Equivalency) in Undersea Medicine, United States Navy:
Hyperbaric, Diving, Submarine and Radiation Health Medicine, 1/4/1988

**FELLOW AND MEMBER STATUS:**
Fellow, American College of Emergency Physicians (FACEP),
September 10, 1996
Fellow, American College of Forensic Examiners (FACFEI), November 7, 1997
Fellow, American Academy for Cerebral Palsy and Developmental Medicine,
December 7, 2000
Member, American Academy of Family Physicians, June 1, 2007

**ACADEMIC APPOINTMENTS:**
Research (Adjunct) Assistant Professor of Pediatrics, July 1, 2000 to present
Department of Pediatrics
Women and Children's Hospital of Buffalo/Kaleida Health
Division of Developmental Pediatrics and Rehabilitation
Robert Warner Rehabilitation Center (renamed February 26, 2007 to
Robert Warner, M.D. Center for Children with Special Needs)
219 Bryant Street, Buffalo, NY 14222

EX. B

Senior Teaching Fellow in Emergency Medicine and Paediatrics
(Equivalent to Clinical Assistant Professor in the USA), June 29, 2004 to present
College of Medicine & Allied Health Sciences, University of Sierra Leone,
Freetown, Sierra Leone, West Africa

**EDUCATION AND TRAINING:**

09/72 - 06/76   **B.A. in Biology & Chemistry** (June 13, 1976)
                Lawrence University, 115 South Drew Street
                Appleton, WI   54911

06/73 - 08/73   **Emergency Medical Technician-Ambulance (EMT-A)**
                State of Florida, Department of Health and Rehabilitative Services,
                Division of Health; Emergency Medical Technician Training
                Course, Registry No. 5025, August, 1973
                Indian River Community College
                Ft. Pierce, FL

08/76 - 08/81   **Ph.D. in Human Physiology** (September 1, 1981)
                Department of Physiology
                State University of New York at Buffalo
                3435 Main Street
                Buffalo, NY 14214

08/81 – 12/82   **Postdoctoral Fellowship, National Institutes of Health (NIH)**
                **Cardiovascular Physiology/Cardiology**
                Department of Physiology
                Loyola University Medical Center
                Stritch School of Medicine
                2160 South First Avenue
                Maywood, IL 60153

08/81 – 06/85   **M.D.** (June 8, 1985)
                Loyola University of Chicago
                2160 South First Avenue
                Stritch School of Medicine
                Maywood, IL 60153

Formatted: Highlight

07/85 – 06/86   **Internship, Family Practice** (June 30, 1986)
                Department of Family Practice
                Naval Hospital Bremerton
                HPO 1, Boone Rd.
                Bremerton, WA  98312

10/85           **Combat Casualty and Critical Care (C-4) and**
                **Advanced Trauma Life Support (ATLS) Provider Courses**
                U.S. Army, Fort Sam Houston
                San Antonio, TX

07/85            **Advanced Cardiac Life Support (ACLS) Provider Course**
                 Naval Hospital Bremerton
                 Bremerton, WA

07/86 – 12/86    **Undersea Medical Officer Training, Course #86002** (12/19/86)
                 Naval Undersea Medical Institute
                 P.O. Box 159
                 Naval Submarine Base, New London
                 Groton, CT 06349-5159

1988             **Current Concepts in Organ and Tissue Donation and
                 Transplant Course**
                 School of Medicine, Medical College of Georgia
                 Augusta, GA

07/90 – 06/93    **Residency, Emergency Medicine** (June 30, 1993)
                 Wright State University, School of Medicine
                 Department of Emergency Medicine, Cox Heart Institute
                 Kettering Medical Center
                 3525 Southern Blvd.,
                 Kettering, OH 45429

1990 – 1991      **ACLS Provider and ACLS Instructor Courses**
                 Wright State University, School of Medicine
                 Dayton, OH

1991             **Diagnostic Ultrasonography for Emergency Medicine**
                 Skills Lab, American College of Emergency Physicians
                 Cincinnati, OH

1991             **Advanced Trauma Life Support (ATLS) Provider Course**
                 Humana Hospital, University of Louisville, KY
                 Louisville, KY

1992             **Pediatric Advanced Life Support (PALS) and
                 Pediatric Emergency Care Courses**
                 University of Utah School of Medicine and Primary Children's
                 Medical Center
                 Salt Lake City, Utah

1992             **Emergency Department Administration Training
                 The Management Academy**
                 American College of Emergency Physicians
                 Chicago, IL

| | |
|---|---|
| 1993 | **ATLS Instructor Course**<br>Miami Valley Hospital<br>Dayton, OH |
| 1994-2002 | **PALS Provider Course**<br>Children's Hospital of Buffalo, NY |
| 1995 | **ACLS Provider and ACLS Instructor Courses**<br>Genesee Memorial Hospital<br>Batavia, NY |
| 1997 | **ATLS Provider Course**<br>State University of New York<br>Health Science Center<br>Syracuse, NY |
| 1999-2012 | **ACLS Provider and ACLS Instructor Courses**<br>**ACLS-Experienced Provider Course; Healthcare Provider**<br>Kaleida Healthcare Systems<br>Buffalo General Hospital/Kaleida Health<br>Buffalo, NY |
| 1999, 2006<br>2009, 2011 | **ACLS Instructor Updates**<br>American Heart Association Guidelines, On-line and<br>Kaleida Healthcare Systems<br>Buffalo General Hospital and Millard Fillmore Hospital at Gates<br>Circle<br>Buffalo, NY |
| 1999 | **PALS Provider Course**<br>University at Buffalo School of Medicine & Biomedical Sciences<br>Buffalo, NY |
| 07/98 – 06/00 | **Post-Doctoral Fellowship, National Institutes of Health (NIH),**<br>**National Center for Medical Rehabilitation Research**<br>**(NCMRR) in Medical Rehabilitation Research.**<br>Children's Hospital of Buffalo and State University of New<br>York at Buffalo<br>219 Bryant St.<br>Buffalo, NY 14222 |
| 2001 | **ATLS Provider Recertification**<br>Cooper Hospital/University Medical Center<br>Camden, NJ |
| 2009 | **ATLS Provider Course**<br>University of Rochester, Strong Memorial Hospital<br>Rochester, NY |

4

**WORK EXPERIENCE:**

07/73 – 09/73 **Scientific Underwater Assistant in Marine Biology and**
**Oceanography**
Harbor Branch Foundation Laboratory and Smithsonian Institute
Link Port Marine Science Center
Fort Pierce, FL

12/73 – 01/74, **Emergency Medical Technician – Ambulance**
12/74 – 01/75 (Christmas vacations from College)
Superior Paramedic Air-Ground Ambulance Company
Elmhurst, IL

09/73 – 06/76 **Premedical Preceptorship in Emergency Medicine**
Dr. Delano Zimmerman
Emergency Department
St. Elizabeth Hospital
Appleton, WI

06/74 – 09/74 **State Park Naturalist**
Director of Interpretive Center
Wisconsin Department of Natural Resources
Peninsula State Park, Door County, WI
Fish Creek, WI

06/74 – 09/74 **Deputy Sheriff, Emergency Medical Technician – Ambulance**
**and First Aid/CPR Instructor**
Door County Sheriff's Department
Door County, WI

09/73 – 06/76 **Emergency Medical Technician - Ambulance**
Gold Cross Paramedic Ambulance Company
Appleton, WI

06/75 – 09/75 **SCUBA Diving Instructor (YMCA) and Lodge Manager**
Door County, WI
Gills Rock, WI

Developed and tested a new air/sea search and rescue (SAR) protocol coordinated
with U.S. Coast Guard (Cleveland, OH, Traverse City, MI and Plum Island, WI)
for the helicopter medical evacuation of diving accident victims from the waters
of Green Bay - Northern Lake Michigan to Dr. Eric Kindwall, Department of
Hyperbaric Medicine, St. Luke's Hospital, Milwaukee, WI.  Protocol tested with
actual victim successfully recovered at sea by USCG helicopter and flown to Gills
Rock, WI to rendezvous with ground paramedic ambulance transport to the
hospital, August, 1975.

08/76 – 06/77 **Physiological Investigator, Cellular Physiology**
Department of Physiology
State University of New York Buffalo, NY
Buffalo, NY

While a Ph.D. graduate student, conducted research on the influence of
hydrostatic pressure on cellular function (Na+ -K+, ATPase activity) in human
erythrocytes as it relates to the physiological condition of deep diving.

08/76 – 06/80 **Graduate and Teaching Assistance, Medical Physiology**
Cardiovascular & Pulmonary Laboratories
Medical and Nursing Schools
State University of New York at Buffalo, NY
Buffalo, NY

07/77 – 08/81 **Emergency Medical Technician - Ambulance**
LaSalle Paramedic Ambulance Company
Buffalo, NY

07/77 – 08/81 **Physiological Investigator**
Hyperbaric Research Laboratory
Department of Physiology
State University of New York
Buffalo, NY

Principal investigator conducting human diving physiology and Emergency
Medicine research simulating cold-water near-drowning, asphyxia and underwater
blackout.

08/81 – 12/82 **Postdoctoral Fellowship and Research Associate in
Cardiovascular Physiology and Cardiology**
Department of Physiology
Loyola University of Chicago, Stritch School of Medicine
2160 South First Avenue
Maywood, IL 60153

Principal Investigator (PI) in cardiovascular physiology/cardiology research:
stabilization and neural regulation of atrial subsidiary pacemakers in a surgical
canine model as it relates to sinoatrial node dysfunction and sick sinus syndrome.
Lecturer and Instructor in cardiovascular and pulmonary physiology, Loyola
University of Chicago, Stritch School of Medicine and Department of Physiology.

04/85 – 06/85 **Emergency Physician, Christian Medical Missionary
Externship through Loyola Medical School of Maywood, IL**
Emergency Department
St. Jude's Hospital
Vieux Fort, St. Lucia, Windward Islands
West Indies

6

07/85 – 06/86 **Intern and Emergency Physician**
Department of Family Practice and Emergency Department
Naval Hospital Bremerton, Affiliate Hospital to
University of Washington's Family Practice Residency
Bremerton, WA

Intern in Family Practice with Emergency Department duty every third night.
Lecturer to staff, residents and Independent Duty Corpsman. E.M.T. Instructor.
Community lecturer to Kitsap County Search and Rescue on field management of
cold-water near-drowning and hypothermia.  Member of Ad-Hoc Committee,
improving helicopter and ground ambulance transfer of critically ill patients from
Naval Hospital Bremerton to tertiary care hospitals in Seattle, WA.

07/90 – 06/93 **Resident, Department of Emergency Medicine**
Wright State University School of Medicine
Dayton, OH

Lecturer in residency program and in community.  Published Emergency
Department protocol on the treatment of accidental hypothermia and near-
drowning.  Conducted Independent Studies (IS) on: 1) Quality Assurance (QA)
and Quality Improvement (QI) in the Emergency Department, 2) Medical Advisor
and Physiology Instructor of hospital-based helicopter EMS systems, 3) COBRA,
4) Risk Management (RM), and 5) Emergency Department strategies in billing
and reimbursement.  Outside of residency, I was an Emergency Physician
(Independent Contractor) at Level I Trauma Center and Community Hospitals,
from 1991 to 1993, in Greenfield and Dayton, OH.

01/91 – 06/93 **Emergency Physician**
National Emergency Services (NES)
Emergency Department
Greenfield Area Medical Center
Greenfield, OH

01/91 – 06/93 **Emergency Physician**
Coastal Emergency Services (CES)
Emergency Department
Southview Hospital
Dayton, OH

01/91 – 0693 **Emergency Physician**
Emergency Department
Miami Valley Trauma Center (Level I), Dayton, OH

07/93 – 09/93 **Emergency Physician, Medical Director**
Emergency Department and Emergency Medical Services
Gifford Medical Center
Randolph, VT

10/93 – 06/94 **Emergency Physician**
National Emergency Services (NES)
Emergency Department, Bertrand Chaffee Hospital
224 East Main Street
Springville, NY 14141

01/94 – 06/94 **Emergency Physician**
Coastal Emergency Services (CES)
Millard Fillmore Hospitals
Buffalo, NY

07/94 – 06/98 **Emergency Physician and ACLS Instructor**
Emergency Department, Genesee Memorial Hospital
(renamed to Genesee Mercy Healthcare, then named to United
Memorial Medical Center due to multiple hospital mergers)
127 North Street
Batavia, NY 14020

07/98 – 06/99 **Emergency Physician**
Emergency Department, Sister's of Charity Hospital
2157 Main Street
Buffalo, NY

07/98 – 06/00 **Physician and Research Physiologist, Post-Doctoral
Fellowship**
National Institutes of Health (NIH)
National Center for Medical Rehabilitation Research
(NCMRR) in Medical Rehabilitation Research.
Children's Hospital of Buffalo, the University at Buffalo,
School of Health Related Professions
Buffalo, NY

07/98 – 03/02 **Emergency Physician and ACLS Instructor/ACLS Course
Medical Director**
Keystone Healthcare of New York
Emergency Department, Bertrand Chaffee Hospital
224 East Main Street
Springville, NY 14141

03/02 – 04/04 **Physician and Research Physiologist, Principal Investigator**
Awarded 2002 Children's Guild Annual Clinical Research Grant in
Pediatric Medical Rehabilitation: Sports Therapy medical
rehabilitation clinical studies in children with cerebral palsy.
Center for Sports Therapy Research, Inc.
226 Center Road
East Aurora, NY 14052-2233

12/98 - Present **Emergency Physician and Research Physiologist**
**President & CEO; Medical & Scientific Director**
Saved by Grace Ministry, Inc.
(Formerly named Center for Sports Therapy Research, Inc.)
226 Center Road
East Aurora, NY 14052-2233

11/99 – Present **Emergency Physician and ACLS Instructor/ACLS Course**
**Medical Director**
Department of Clinical Education
Buffalo General Hospital and Kaleida Health
Buffalo, NY 14203

07/00 – Present **Research Assistant Professor, Adjunct**
Department of Pediatrics
Division of Developmental Pediatrics and Rehabilitation
Robert Warner Rehabilitation Center (renamed to Robert Warner,
M.D. Center for Children with Special Needs)
219 Bryant Street
Women and Children's Hospital of Buffalo, NY 14222
Buffalo, NY 14222

09/01 -03/02 **Emergency Physician, Principal Investigator**
Invited Participant: Civilian Disaster Preparedness "Brain Trust"
of the Department of Health, Erie County, Buffalo.

Originator: Southern Tier Emergency Medicine (STEM) Disaster
Plan, War on Terrorism, Bertrand Chaffee Hospital, Springville,
NY coordinating response of eight surrounding hospitals and
communities of Western New York and Northwestern
Pennsylvania.

Principal Investigator, "Rural Medical Response System
(RMRS) for Nuclear, Biological and Chemical (NBC) Terrorism"
Grant,  U.S. Department of Health and Human Services (DHHS),
Office of Homeland Security (OHS) and the Executive Office of
the President (EOP)-The White House.

| | Formatted: Highlight |
|---|---|

2001- Present **Emergency Physician**
Saved by Grace Ministry, Inc.
226 Center Rd.
East Aurora, NY 14052-2233 USA
Emergency Medicine practice providing emergency medical care and field
support for medical missionaries serving in Afghanistan, Ukraine, Sierra Leone,
Honduras, and the Dominican Republic.  The practice of Emergency Medicine
alongside Non-Governmental Organization (NGO's) and Corporations of
Samaritan's Purse, Wesleyan Church, World Hope-Sierra Leone, Mercy Ships
and Medical Ministries International.

03/02- present **Emergency Physician and Research Physiologist**
**President & CEO; Medical & Scientific Director**
Saved by Grace Ministry, Inc.
226 Center Rd.
East Aurora, NY 14052-2233 USA

Emergency Medicine and Urgent Care Medicine private practice providing Physician House Calls for infants, children and adults using the Portable ER, worldwide and locally in Western New York State.

Portable ER was originally invented, developed, Tested & Evaluated and published from extended expeditionary military deployment in the North Pole Region upon the High Arctic Icepack by LCDR John A. Sterba, Medical Corps, U.S. Navy-Reserves (Diving and Submarine Medical Officer and Emergency Physician) during Ice Exercise 1989 (ICE-EX 89).  For published details, see www.PhysicianHouseCalls.org , under heading "History of the Portable ER".

International Healthcare providing Emergency Medicine and Urgent Care Medicine was done overseas during and recovering from man-made and natural disasters using the re-developed, Tested & Evaluated and published Missionary Portable ER, caring for those in greater need (03/02 – 02/09).

Beginning February 16, 2009, Emergency Medicine, Urgent Care Medicine using the Community-Based Portable ER personally caring for those in greater need has been successfully done in the Greater East Aurora, NY Area.  The expanding services and growing private practice of Emergency Medicine and Urgent Care Medicine by Physician House Calls is fully reimbursed by National Government Services-Medicare B, Medicaid, and third-party insurances (e.g. BlueCross/BlueShield, Independent Health, UnitedHealthcare, Aetna, others). Saved by Grace Ministry gained approval from National Government Services-Medicare B and insurances for all doctors in the U.S. to be paid for over 3,000 new procedures codes (CPT Codes) during Physician House Calls in patient's private homes & temporary residences (visitors, Inns/Hotels, shelters).  Insurance money, medications & supplies, and tax-deductible co-pays & donations are used 100% to care for those in greater need, anywhere.  The Community-Based Portable ER was published in Sterba, JA and JE Sterba.  Chapter 10, "The Community-Based Portable ER", pp. 138-239, In: *Textbook of Equipping for Disasters, Sheltering at Home.*  Revised & Expanded, Second Edition.  Saved by Grace Ministry, Inc., East Aurora, NY, March 23, 2010; 249 pages.

As Medical & Scientific Director, I serve as Principal Investigator conducting and publishing Institutional Review Board (IRB)-approved, funded clinical studies. Current research studies through Saved by Grace Ministry, Inc. with Women & Children's Hospital of Buffalo include Emergency Medicine and Urgent Care Medicine by Physician House Calls using the Community-Based Portable ER and Pediatric Medical Rehabilitation using Sports as Therapy (e.g. Horseback Riding Therapy, Adaptive Downhill Skiing Therapy, and Aquatic Therapy).

04/04- Present **Emergency Physician, Senior Teaching Fellow (Clinical Assistant Professor)  Emergency Medicine and Paediatrics**
Saved by Grace Ministry, Inc.
226 Center Rd.
East Aurora, NY 14052-2233 USA

International Emergency Medicine Clinical Practice and support at Kamakwie Wesleyan Hospital, Kamakwie, Sierra Leone, West Africa and through the College of Medicine & Allied Health Sciences, University of Sierra Leone, Freetown, Sierra Leone, West Africa.

05/04 – 07/08 **Emergency Physician**
Saved by Grace Ministry, Inc.
226 Center Rd.
East Aurora, NY 14052-2233 USA

International Emergency Medicine Clinical Practices with The Hospital Ship, *M/V Caribbean Mercy*, of Mercy Ships, Inc., Garden Valley, TX, Trujillo and Puerto Castilla, Honduras, Central America.  (*M/V Caribbean Mercy* Honorably Retired, April 2006).  Land-based International Emergency Medicine clinical practice, without *M/V Caribbean Mercy*, with Mercy Ships, Inc., Garden Valley, TX and Barahona Province, Dominican Republic.  Land-based International Emergency Medicine clinical practice with Medical Ministry International (MMI), Allen, TX and Barahona Province and Cachón, Dominican Republic and Jehová Jireh Ministry and Health Care, Emergency Room (Salon de Emergencia), Cachón, Dominican Republic.  Emergency Medicine Advisor and Emergency Medical Services, Jehová Jireh Ministry and Health Care, Emergency Room (Salon de Emergencia), Cachón, Dominican Republic.

07/07 – 04/09 **Emergency Physician**
Emergency Medicine Instructor, Physician Assistant Program
D'Youville College
Buffalo, NY

07/07 - present **Emergency Physician**
Emergency Medicine Instructor, Physician Assistant Program
Daemen College
Buffalo, NY

**MILITARY DUTY:**

07/85 – 05/97 **Highest Rank, Commander, Medical Corps U.S. Navy Reserve**

Completed U.S. Navy active duty obligation for Medical School Health Professions Scholarship Program (HPSP). Honorably Discharged May 15, 1997

11

10/85      **Emergency Physician and Medical Officer Training:**
           Brooks Army Medical Center and Fort Sam Houston
           San Antonio, Texas

Nuclear, Biological, Chemical (NBC) warfare training. Escape and Evasion
(E and E) Course. Combat Casualty and Critical Care (C-4) Course.  Advanced
Trauma Life Support (ATLS) Course with Ballistics Laboratory.

07/86-12/86  **Emergency Physician and Medical Officer Training:**
           Naval Undersea Medical Institute
           Naval Submarine Base, New London
           Groton, CT and
           Naval Coastal Systems Center
           Panama City, FL

Six months training course as a Submarine Medical Officer, Diving Medical
Officer, Radiation Health Medical Officer and U.S. Navy Diver. Stood weekend
duty as an Emergency Physician-Assistant Medical Officer of the Day (MOD) in
the Emergency Department, Naval Hospital, Subase New London, Groton, CT.

01/87 – 06/90  **U.S. Naval Medical Officer (Navy Doctor)**
           Navy Experimental Diving Unit (NEDU)
           Naval Coastal Systems Center (NCSC)
           Panama City, FL 32407-5001

Clinical and research duties included Emergency Physician, Health Care Medical
Officer, Assistant Senior Medical Officer, Research Medical Officer, Division
Officer, Saturation and Experimental Diving Medical Officer.  Clinically treated
66 cases of decompression sickness and arterial gas embolism, civilian and
military.  Remotely deployed on expedition in the High Arctic and Greenland
with U.S. Navy, Canadian and NATO Forces, March – April 1989, working as an
emergency physician, research physiologist, Diving Medical Officer (DMO) and
U.S. Navy Diver with diving operations and research beneath the Arctic icecap.

At NEDU, clinical duties included emergency on-call duty as Diving Medical
Officer for worldwide "Bends-Watch" providing emergency medical consultation,
management and medical evacuation of diving accident victims, civilian and
military (U.S. and foreign).  Health Care Medical Officer in charge of Sick Bay
operations for emergency and primary medical care; Quality Assurance (QA) of
care provided by medical officers (physicians) and Corpsmen.  Founder and
director of the USN/USCG Corpsman training program for EMT and Advanced
Life Support (ALS) training at NEDU.

Conducted human diving physiology research on the cardiovascular, pulmonary,
thermal, auditory and underwater explosion stresses during diving.  Designed
medical-research facility for exercise and thermal underwater physiology research
simulating underwater and surface Arctic conditions.  Assisted in the design of a
new research building including physiology wet lab and data acquisition facility.

Designed and taught a course, "Fundamentals of Human Medical Research" to physicians and engineers at Naval Coastal Systems Center (NCSC).  Assisted organizing medical journal club.  Conducted ACLS, ATLS and general medical training for Corpsmen and physicians.  Developed heat-stress policies and wrote military instructions on treating medical/trauma emergencies, onshore/offshore.

Lecturer on topics in Diving Medicine including dangerous marine animals, hypothermia and near-drowning at U.S. Navy Diving and Salvage Training Center (NDSTC).  Taught in the community and at two international symposia on accident and hypothermia management at Duke University, Raleigh-Durham, NC and the Defense and Civil Institute of Environmental Medicine (DCIEM), Downsview, Ontario.  Lecturer for U.S. Navy Search and Rescue (SAR), Naval Air Station, Pensacola, FL on the emergency medical management and evacuation of trauma and diving accident victims.  Qualified as Diving Medical Officer and Submarine Medical Officer, January 1988, and Saturation Diving Medical Officer, March 1988.

01/87 – 12/89 **Emergency Physician**
Emergency Department
Tyndall Air Force Base Hospital
Tyndall AFB, FL

**Ph.D. TRAINING RESEARCH SUPPORT:**
BRSG (Grant #5 S07 RR07066-12)
USPHS NIH (Grant #HL 14414)
U.S. Navy (Grant #N00014-76-C-0472)
U.S. Navy (Grant #N00014-78-C-0205)
NOAA (Grant #150-S025E), Sea Grant for Ph.D. Thesis Research, 1979-1981

**CARDIOVASCULAR PHYSIOLOGY/CARDIOLOGY POST-DOCTORAL FELLOWSHIP RESEARCH SUPPORT:**
Loyola University Medical Center. National Institute of Health, HL 28205, HL 27595, HL 27664, The Bane Charitable Trust of Chicago and the James DePauw Fund of Chicago.

**MEDICAL REHABILITATION POST-DOCTORAL FELLOWSHIP RESEARCH SUPPORT**:
National Institutes of Health, National Center for Medical Rehabilitation Research, T-32 Grant, University at Buffalo. National Institute of Health, T32 HD07423-08, T32, HD07423-09.

**PRINCIPAL INVESTIGATOR RESEARCH SUPPORT:**
Research and Development funds (totaling $400,000), Naval Sea Systems Command, Washington, DC, U.S. Navy sponsored medical research.
Grant from Health Care Quality Solution, Inc. ($42,000): testing new respiratory therapy (Vapotherm™) during human endurance exercise.

13

Grant from the Vapotherm™ Company, Inc. ($24,000), evaluating new
respiratory therapy (Vapotherm™) for treating Cystic Fibrosis.

Grant from the Children's Guild, Inc. ($38,000, May, 1998) The 1998 Annual
Pediatric Medical Rehabilitation Grant: "Sports Therapy medical
rehabilitation clinical research in children with cerebral palsy."

Grant from the Children's Guild, Inc. ($100,000, March, 2002) The 2002 Annual
Pediatric Medical Rehabilitation Grant: "Sports Therapy medical
rehabilitation clinical research in children with cerebral palsy."

Grant from Abbott Point of Care, Inc., Princeton, NJ (Point of Care Portable
Laboratory, supplies and technical support, March 21, 2011), Clinical
Study: "Effect of Using a Point of Care (POC) Laboratory on Patient
Convenience"

**PRINCIPAL INVESTIGATOR EMERGENCY MEDICINE AND URGENT CARE
MEDICINE CLINICAL RESEARCH SUPPORT:**

Grant from Margaret L. Wendt Foundation of Buffalo, NY ($27,945.72 on
August 10, 2011) for Physician House Calls using the Community-Based
Portable ER.  Grant for Saved by Grace Ministry, Inc to purchase needed
prescription medications, advanced diagnostics laboratory equipment and
medical supplies to care for others in greater need in the Greater East
Aurora, NY Area.

**MEDICAL SOCIETIES:**

Undersea Medical Society (Member, February 10, 1982), renamed to Undersea &
Hyperbaric & Medical Society (Member, June 18, 1987).

Christian Medical Society (Member, April 9, 1982), renamed to Christian
Medical & Dental Associations (Member, March, 2007)

American Academy of Family Physicians (1985; renewed Active Membership,
May 5, 2007)

American College of Emergency Physicians (ACEP) ACEP (Member, October,
1990); ACEP, New York Chapter

American College of Forensic Examiners (Member, November, 1997)

American Academy for Cerebral Palsy and Developmental Medicine (Member,
December 7, 2000).

American College of Sports Medicine (Member, June 8, 2000)

Medical Society of the State of New York, County of Erie (Member, July, 2001)

**COMMITTEES AND SPECIAL DUTIES:**

Founder/Director, Angel Plane, Chicago Chapter.  Private Pilot/coordinator of air
transport of transplant surgery organs, blood products and surgical teams, 1984-85

Physician member of Ad-Hoc Committee on ambulance and medical evacuation
(MEDEVAC) policies at Naval Hospital, Bremerton, WA, 1985-1986.

Judge at Three Rivers Science Fair, Naval Coastal Systems Center, Panama City,
FL, 1987-1988.

Member Quality Assurance and Credentials Committees, Medical Department, U.S. Navy Experimental Diving Unit, Panama City, FL, 1987-1990.

Appointed February 24, 1988, member of the National Academy of Sciences (NAS), Institute of Medicine (IOM) Committee to Advise the American National Red Cross (ANRC) on issues of Emergency Medicine: Diving Medicine, near-drowning, hypothermia, and helicopter medical evacuation of trauma patients.

Nominated June 2, 1989 as a candidate for the U.S. Navy Technical Advisor/Subject Matter Expert (TA/SME) for Diving Medicine by Naval Medical Command and Health Science Education Training Command, Washington, DC.

Medical Advisor to National Marine Health Systems and Marcus Foundation on treating offshore medical emergencies in international waters, 1989-1990.

Medical Advisor, CareFlight: hospital-based air EMS helicopter service, Miami Valley Trauma Center, Dayton, OH. Dr. S. Rymer, Medical Director, 1990- 93.

Medical Advisor, Box-21, EMS/SCUBA Dive-Team Unit, Dayton, OH, 1990-93.

Medical Consultant, Diver's Alert Network (DAN), Duke University, Durham, NC.  1993-Present.

Medical Advisor on Nuclear, Biological and Chemical (NBC) warfare/civilian terrorism, disaster preparedness "Brain Trust", Erie County Department of Health, Buffalo, NY, July 2001 - 2002.

Community Lecturer:  "Emergency Preparedness and Home Care Ministry for the Elderly". September 2003 - present.

Emergency Medicine Advisor, Emergency Medical Services (EMS), Jehova Jireh Ministry and Health Care, Primary Care Clinic and Emergency Room, Cachon de Barahona, Dominican Republic, November 29, 2006.

**CLINICAL INTERESTS:**
**Emergency Medicine**: Emergency Medicine and Urgent Care Medicine clinical private medical practice.  Acute care, non-invasive and invasive physiological monitoring in the Emergency Department, CCU/ICU and on board helicopter and fixed-wing air-ambulances.  Emergency Medicine training in the Emergency Department for Nurses, Physician Assistants, Nurse Practitioners, Paramedics and Emergency Medical Technicians.  Emergency Medical Services (EMS) Medical Direction.  Medical Direction of Air EMS (helicopter and fixed-wing) for military (USN and USAF) and civilian air ambulance operations.  Long-distance direct management of trauma and medical emergencies.  Emergency Department Quality Assurance, Quality Improvement and COBRA/EMTALA policies.  Civilian emergency preparedness and emergency medical care during natural disasters (blizzards, ice storms and power-outage disasters) in Western New York.

15

International Emergency Medicine private medical practice (Sierra Leone, Honduras and the Dominican Republic), children and adults.

Private medical practice of Emergency Medicine and Urgent Care Medicine caring for children and adults in greater need by Physician House Calls using the Medical Missionary Portable ER and the U.S. Community-Based Portable ER in the Greater East Aurora, NY Area of Western New York State.

**Wilderness Emergency Medicine**.  Long-distance aero-medical emergency medical care and transport of critically injured or ill patients in the High Arctic, on the Arctic Sea, Northern Greenland, remote offshore military dive-sites, Central America, Caribbean Basin, and in the United States.

**Nuclear, Biological and Chemical (NBC) Warfare and Terrorism.**  Civilian preparedness in the U.S. rural settings (Rural Medical Response System-RMRS) coordinated with nearby cities (Metropolitan Medical Response System-MMRS).

**RESEARCH INTERESTS:**

**Rehabilitation Medicine Research**: Measuring the physiological healthcare benefits of various sports used as therapy, called Sports Therapy: e.g. Horseback Riding Therapy, Aquatic Therapy, Adaptive Downhill Skiing Therapy and Sailing Therapy in children with neurological disorders (e.g. Cerebral Palsy and Autism), using the outcome measures of Gross Motor Function Measure, Happiness Measure, Children's Functional Independence, Pediatric Evaluation of Disability Inventory and cognitive/communication assessment tools for autism.

**Cardio-Pulmonary Physiology Research**: Medical research in cardiovascular and pulmonary diseases.  Emergency Medicine research in cardiovascular, pulmonary and thermal stresses related to hypothermia, SCUBA and breath-hold diving, near-drowning, drowning and asphyxiation.  Undersea medical research in acoustic and auditory stresses from underwater impulse noise (underwater explosions).

**FORENSIC INTERESTS:**

Board-Certified Forensic Examiner and expert witness determining and teaching the medical and physiological causes of injuries, disabilities and death in civil, criminal, military and product-liability cases.  Medical-legal cases investigated since 1987 have involved the U.S. Military, Foreign Militaries and Governments, U.S. Department of Justice, Judge Advocate General Office, U.S. District Attorneys Offices and civilian civil cases (Plaintiff and Defense).  My forensic examination of all cases combines my training and work experience as an M.D. and Ph.D. in Human Physiology with my two National Institutes of Health (NIH) Post-Doctoral Fellowships.  My clinical work experience includes practicing in the medical specialties of Emergency Medicine, Urgent Care Medicine, Forensics, International Emergency Medicine, Undersea Medicine (Submarine and Diving Medicine, Hyperbaric Medicine and Radiation Health Medicine) and Operational Military Medicine (Undersea Warfare) with Human Research in the Research & Development, Test & Evaluation and Safety of commercial products, hardware,

16

biomedical equipment, life support systems, various vehicles and emergency procedures of emergency medicine and Emergency Medical Systems.

**AWARDS:**

Galen Edney Fellowship in Oceanography and Marine Biology, Harbor Branch Foundation and Smithsonian Institute, June, 1973

Phi Sigma Honorary Society for Biological Research, Lawrence University, June, 1976

Ph.D. in Physiology awarded with Distinction.  S.U.N.Y. at Buffalo, July, 1981

Decorated, U.S. Navy Commendation Medal for Emergency Medical Research, 17 January, 1990 (C.A.H. Trost, Admiral, USN, Chief of Naval Operations)

Decorated, U.S. Navy Achievement Medal for Emergency Medical Service, 21 August, 1990 (P.M. Hekman, Jr., VADM, USN, Commander, Naval Sea Systems Command)

Appointed, Commander, Medical Corps, U.S. Navy, August 1, 1993 by the President of the United States

Awarded Certificate of Appreciation, U.S. General Services Administration (GSA) for "Outstanding emergency medical service and dedication to civilian and military disaster victims", Blizzard Disaster of November 20-21, 2000, Buffalo, NY.  Award presented on December 28, 2000.

Selected for "2009 Guide to America's Top Emergency Medicine Physicians", Consumers' Research Council of America, Washington, D.C.

**EXTRACURRICULAR INTERESTS:**

My wife, Janice, is the Vice President & Secretary/Treasurer of Saved by Grace Ministry, Inc., former name, Center for Sports Therapy Research, Inc.  We enjoy working together training local Physical and Occupational Therapists to physiologically assess gross motor function and functional independence in children having disabilities.  I clinically investigate the physiological healthcare benefits of Sports Therapy to rehabilitate children through our local community sports programs of Horseback Riding Therapy, Adaptive Downhill Skiing Therapy and Aquatic Therapy.  We present scientific papers at international medical meetings, publish our findings in peer-reviewed medical journals, and publish reference books for healthcare providers, therapists and parents.

My wife and I founded "Home Care Ministry".  We have trained volunteers to automatically respond less than two hours to our common emergencies, especially storm-related power failures, to care for local widows, widowers, single elderly people and disabled people of all ages in the Greater East Aurora Area and surrounding rural areas of Western New York State.  We successfully conducted Test & Evaluation (T&E) of our Home Care Ministry Disaster Plan, which includes safely assessing and transporting at-risk people to pre-determined Safe Haven Homes, defined as homes having food, safe-to-drink water, safe heat in the winter, security and all provisions to meet all medical and personal needs.  Home Care Ministry is in our *Textbook of Equipping for Disasters, Sheltering at Home*.

In the U.S. Navy (1985-1990) and on medical missions worldwide (2004-present), I developed and completed final Test & Evaluation of the Community-Based Portable ER, published elsewhere [1].  Our Community-Based Portable ER has select Basic Life Support (BLS) supplies and Advanced Life Support (ALS) airway equipment, always in my car.  I professionally serve the community as a Board-Certified Emergency Medicine physician, operationally trained and experienced in catastrophic disaster care as a Naval Operational Medical Officer ("Navy Doctor") with overseas Active Duty serving in the U.S. Navy and attached to NATO Forces.

As a civilian emergency physician, I volunteer at field emergencies including being first on scene for car accidents in remote, rural areas of Western New York State.  I volunteer during civilian disasters, including the blizzard disaster in Buffalo, November 20-21, 2000, working in leadership and providing hands-on care alongside with local authorities, police, fire, rescue and EMS.  Hands-on Emergency Medicine care and EMS supervision to EMTs and paramedics is voluntarily done as a Good Samaritan.  Certified as a U.S. National Ski Patroller, I occasionally provide or supervise volunteer BLS/ALS emergency care and extrication on ski hills at two local ski resorts of Holiday Valley and HoliMont in Ellicottville, NY and at Emory Park Ski Hill in the Town of East Aurora, NY.

Beginning in 2002 and expanding in 2009, our private medical practice of Emergency Medicine and Urgent Care Medicine by Physician House Calls is routinely conducted at patient's homes, Inns/Hotels, other people's homes or in their workplaces.

We are assisting neighbors and businesses locally on disaster preparations using our Third Edition, *"Textbook of Equipping for Disasters, Sheltering at Home"*-2012. [1]   We remain at Full Operational Readiness able to serve those in greater need, 24/7, in the field, at shelters or Safe Haven Homes during and recovering from any cataclysmic disaster.  Not needing immediate re-supply, we have a fully-stocked Dispensary and emergency systems to provide drinking water, electricity, ice & refrigeration.  Our facility is fully disaster-proofed.

[1] Sterba, JA and JE Sterba.  Chapter 10, The Community-Based Portable Emergency Room.  "The Portable ER", pp. 138-239.  In: *Textbook of Equipping for Disasters, Sheltering at Home.*  Revised & Expanded, Third Edition.  Saved by Grace Ministry, Inc., East Aurora, NY, March 30, 2012; 249 pages.  Also published electronically by Amazon.com for Kindle Books (eBooks) on June 30, 2012 as Sterba, JA and JE Sterba.  *Textbook of Equipping for Disasters, Sheltering at Home.*  [Kindle Edition] Revised & Expanded, Third Edition.  Saved by Grace Ministry, Inc., 226 Center Rd., East Aurora, NY 14052, June 30, 2012; 376 pages.  See http://www.amazon.com/Textbook-Equipping-Disasters-Sheltering-ebook/dp/B008EL8MFM/ref=sr_1_1?s=books&ie=UTF8&qid=1341936149&sr=1-1&keywords=First+Aid .

**PUBLICATIONS:**

**ABSTRACTS PUBLISHED: Papers Presented at Annual Scientific or Medical Meetings**

Goldinger JM, Hong SK, Paganelli CV, Choo YE, Sterba JA.  Effect of hydrostatic pressure on sodium transport in human erythrocytes.  *The Physiologist* 1978;21:45.

Sterba JA, Lundgren CEG.  Influence of water temperature on breath-holding time in man.  *Undersea Biomedical Research* 1979;6(suppl):29-30.

Lundgren CEG, Sterba JA.  Influence of the diving response and submersion on the breath-holding time in man.  *Undersea Biomedical Research* 1981;8(suppl):46.

Sterba JA, Rinkema LE, Randall WC, Jones SB, Brynjolfsson G.  Overdrive suppression of atrial pacemaker tissue following cardiac denervation before and after sinoatrial node excision.  *The Physiologist* 1982;25:198.

Sterba JA.  Evaluation of underwater impulse noise (Explosions) on hearing in divers.  *Undersea Biomedical Research* 1988;15(suppl):80.

Braun JR, Sterba JA.  Diver monitoring systems, on-line and portable for thermal and metabolic measurements.  *Undersea Biomedical Research* 1989;16(suppl):49.

Braun JR, Sterba JA.  Cold water swimming flume: Design and operation.  *Undersea Biomedical Research* 1989;16(suppl):49-50.

Sterba JA. A method to determine accuracy in breath-to-breath end-tidal gas analysis.  *Undersea Biomedical Research* 1989;16(suppl):54-55.

Sterba JA.  Cold water thermal protection:  A comparative study.  *Undersea Biomedical Research* 1989;16(suppl):58.

Sterba JA, Guillaume LS.  Carbon dioxide retention, helmet pressure and dyspnea using Superlite-17 during heavy underwater exercise at 190 FSW.  *Undersea Biomedical Research* 1989;16(suppl):94-95.

Sterba JA.  Efficacy and safety of inhalation and peripheral rewarming techniques for the field treatment of mild hypothermia.  *Undersea Biomedical Research* 1990;17(suppl).

Sterba JA.  Oxygen consumption during free-swimming in 2°C water wearing dry suits and using MK-15 underwater breathing apparatus.  *Undersea Biomedical Research* 1990;17(suppl).

Sterba JA.  Physiological comparison of two actively heated tube suits for cold water diving.  *Undersea Biomedical Research* 1990;17 (suppl).

Sterba, JA, CP Michlin, BC Smith, FJ Cerny. Pre-exercise breathing of vapor-phase, warm, humidified air (Vapotherm™) increases running time in well-conditioned track athletes. *Medicine and Science in Sports and Exercise*. Vol 32, No. 5(suppl), May, 2000, 668.

Sterba, JA, BT Rogers, AP France, DA Vokes. Effect of horseback riding on Gross Motor Function Measure (GMFM) in children with cerebral palsy. *Developmental Medicine & Child Neurology* 2000: 83(suppl) Vol. 42, page 47.

Sterba, JA. Effect of adaptive downhill skiing on Gross Motor Function Measure scores in children with cerebral palsy. *Developmental Medicine & Child Neurology* 2004: No. 99 (suppl), Vol. 46, page 46.

Sterba, JA. Effect of horseback riding therapy on Gross Motor Function Measure for each level of disability in children with cerebral palsy. *Developmental Medicine & Child Neurology* 2004: No. 99 (suppl), Vol. 46, page 47.

Sterba, JA, D Safar-Riessen, M DeForest. Effect of aquatic therapy on Gross Motor Function Measure in children with cerebral palsy. *Developmental Medicine & Child Neurology* 2004: No. 99 (suppl), Vol. 46, page 47-48.


**ARTICLES and TEXTBOOK CHAPTERS**

Sterba JA, Rinkema LE, Randall WC, Jones SB, Brynjolfsson G.  The influence of cardiac denervation on subsidiary atrial pacemaker stabilization following sinoatrial node excision.  *American Journal of Physiology* 1984;247 (Heart Circ. Physiol 16):H523-530.

Sterba JA, Lundgren CEG.  Diving bradycardia and breath-holding time in man. *Undersea Biomedical Research* 1985;12:139-150.

Sterba JA.  Medical tips for mountain skiing.  *Trident Tides* 1986;10:7.

Sterba JA.  Diving Medicine, Hypothermia (Chapter Eight) and Dangerous Marine Animals (Appendix I)  *U.S. Navy Diving Manual*, Volume One, 1988.

Sterba JA, Lundgren CEG.  Breath-hold duration in man and the diving response induced by face immersion.  *Undersea Biomedical Research* 1988;15, No. 5, pp 361-75, 1988.

Sterba JA (Contributing Editor).  American Red Cross.  *First Aid, Responding to Emergencies*.  Mosby Year Book, St. Louis, MO, 1991.

20

Sterba JA.  Efficacy and safety of pre-hospital rewarming techniques to treat accidental hypothermia.  *Annals of Emergency Medicine* 1991; 20:896-901.

Sterba JA.  Emergency Department resuscitation protocol for accidental hypothermia.  *Wright State University School of Medicine, Department of Emergency Medicine*, 1991.

Sterba JA.  Chapter 12: Thermal problems, prevention and treatment.  In: Bennett PB, Elliott DA (Eds.). *The Physiology and Medicine of Diving*, Fourth Edition. W.B. Saunders Co., Ltd., London, 1993.

Sterba, JA.  Arctic cold weather medicine and accidental hypothermia.  In: Underwater Construction Team (UCT) *Arctic Operations Manual*, NAVFAC P-992.  Naval Facilities Engineering Command, 200 Stovall St., Alexandria VA, June, 1994.

Sterba, JA, BT Rogers, AP France, DA Vokes. Horseback riding in children with cerebral palsy: effects on gross motor function. *Developmental Medicine & Child Neurology* 2002, 44: 301-308.

Sterba, JA.  Adaptive downhill skiing therapy in children with cerebral palsy: effect on gross motor function. *Pediatric Physical Therapy.* 2006 Winter; 18(4):289-96.

Sterba, JA.  A Review: Does Horseback Riding Therapy or Therapist-Directed Hippotherapy Rehabilitate Children with Cerebral Palsy? *Developmental Medicine & Child Neurology* 2007, 49: 68-73.

Sterba, JA. Wound Care On The Go.  'Portable ER' Allows Physician to Reinvent House Calls. *Today's Wound Clinic.* 2012, September: 18-21.

## REFERENCE BOOKS AND TEXTBOOKS

Sterba, JA and JE Sterba. *The Complete Handbook for Parents with Disabled Children*. American Christian Writers (ACW Press), Phoenix, Arizona, 2002.

Sterba, JA and JE Sterba. *Sports Therapy and Recreational Programs for Children with Disabilities*. The Center for Sports Therapy Research, Inc., East Aurora, NY, 2004.

Sterba, JA and JE Sterba.  *Equipping for Disasters, Sheltering at Home. Handbook of Preparation & Encouragement.*  Saved by Grace Ministry, Inc., East Aurora, NY, 2007; 134 pages.

Sterba, JA and JE Sterba.  *Textbook of Equipping for Disasters, Sheltering at Home.*  Revised & Expanded, Second Edition.  Saved by Grace Ministry, Inc., East Aurora, NY, March 23, 2010; 249 pages.

Sterba, JA and JE Sterba. *Textbook of Equipping for Disasters, Sheltering at Home.* Revised & Expanded, Third Edition. Saved by Grace Ministry, Inc., 226 Center Rd., East Aurora, NY 14052, March 30, 2012; 249 pages.

Sterba, JA and JE Sterba. *Textbook of Equipping for Disasters, Sheltering at Home.* [Kindle Edition] Revised & Expanded, Third Edition. Saved by Grace Ministry, Inc., 226 Center Rd., East Aurora, NY 14052, 376 pages. Published electronically by Amazon.com for Kindle Books (eBooks) on June 30, 2012. See http://www.amazon.com/Textbook-Equipping-Disasters-Sheltering-ebook/dp/B008EL8MFM/ref=sr_1_1?s=books&ie=UTF8&qid=1341936149&sr=1-1&keywords=First+Aid.

## INSTRUCTIONAL BOOKLETS

Sterba, JA and JE Sterba. *Home Preparation Guide for Disasters and National Emergencies.* The Center for Sports Therapy Research, Inc., East Aurora, NY, 2004.

Sterba, JA and JE Sterba. *Home Preparation Mini-Guide for Disasters and National Emergencies.* The Center for Sports Therapy Research, Inc., East Aurora, NY, 2004.

Sterba, JA. *Home Care Instructions for Common Illnesses and Injuries.* The Center for Sports Therapy Research, Inc., East Aurora, NY, 2004.

Sterba, JA. *Mission Guide: Cachón and Barahona Province, Dominican Republic.* Saved by Grace Ministry, Inc., East Aurora, NY, 2006.

Sterba, JA. *Mission Guide: Caribbean and Central America.* Saved by Grace Ministry, Inc., East Aurora, NY, 2009.

## MEDICAL REPORTS

Sterba, JA. *Kamakwie Wesleyan Hospital. Assessment of Needs Report, April 24, 2004.* The Center for Sports Therapy Research, Inc., East Aurora, NY, 2004.

Sterba, JA. *Healthcare Services in Honduras.* The Center for Sports Therapy Research, Inc., East Aurora, NY, 2004.

Sterba, JA. *Jehová Jireh Ministry and Healthcare, Faith, Hope & Love Christian Medical Center: Project Summary.* Saved by Grace Ministry, Inc., East Aurora, NY 2006.

Sterba, JA. *Project Summary. Faith, Hope and Love Christian Medical Center, Cachón de Barahona, Dominican Republic.* Saved by Grace Ministry, Inc., East Aurora, NY 2006.

Sterba, JA.  *Mission Summary for Donations.* The LORD's Hospital, Centro Medico Cristiano, Fe, Esparanza y Amor (Faith, Hope and Love Christian Medical Center) Cachón de Barahona, Dominican Republic.  Saved by Grace Ministry, Inc., East Aurora, NY 2006.

Sterba, JA.  *Jehová Jireh Ministry and Healthcare, Faith, Hope & Love Christian Medical Center: Plan of Action & Milestones (POA&M).*  Saved by Grace Ministry, Inc., East Aurora, NY 2006.

Sterba, JA.  *Jehová Jireh Ministry and Healthcare, Faith, Hope & Love Christian Medical Center: Medical and Surgical General Supplies Inventory.*  Saved by Grace Ministry, Inc., East Aurora, NY 2006.

**SCIENTIFIC SYMPOSIA**

Sterba JA.  Field management of accidental hypothermia during diving.  In: Bennett PB, Moon RE (eds.) *Diving Accident Management.*  Undersea and Hyperbaric Medical Society, Workshop 41, UHMS Publication Number 78 (DIVACC) 12/1/90, December 1990, Bethesda, MD.

Romet T, Sterba JA, Nishi R (eds.).  *Diver Thermal Protection.*  Defense and Civil Institute of Environmental Medicine (DCIEM), 1991, Downsview, Ontario, CANADA.

**MILITARY TECHNICAL REPORTS: Not Classified**

Sterba JA.  Evaluation of an impulse noise producing underwater tool on hearing in divers.  *Navy Experimental Diving Unit* (Panama City, FL) Report 5-87.  June, 1987.

Sterba JA.  Evaluation of an impulse noise producing underwater explosive device on hearing in divers.  *Navy Experimental Diving Unit* (Panama City, FL) Report 10-87.  July, 1987.

Brewster DF, Sterba JA.  Market survey of commercially available dry suits.  *Navy Experimental Diving Unit* (Panama City, FL) Report 3-88.  February, 1988.

Sterba JA.  Evaluation of the integrated pneumatic system (IPS) suit for concept and experimental protocol.  *Navy Experimental Diving Unit* (Panama City, FL) Technical Memorandum 88-04.  July, 1988.

Ashton G, Sterba JA.  Audible recall device.  *Navy Experimental Diving Unit* (Panama City, FL) Report 2-89. March, 1989.

Sterba JA, Hanson RS, Stiglich JF.  Diver thermal protection insulation, compressibility and absorbency.  *Navy Experimental Diving Unit* (Panama City, FL) Report 10-89.  August, 1989.

Sterba JA.  Field management of accidental hypothermia during diving.  *Navy Experimental Diving Unit* (Panama City, FL) Report 1-90.  February, 1990.

Sterba JA.  Arctic cold weather medicine and accidental hypothermia.  *Navy Experimental Diving Unit* (Panama City, FL) Report 2-90.  March, 1990.

Sterba JA.  Physiological evaluation of two diver active *thermal systems (ATS): S-TRON and ILC-Dover.  Navy* Experimental Diving Unit (Panama City, FL) Report 3-90.  March, 1990.

Wallick MT, Sterba JA.  Human factors evaluation and hand dexterity measures for two diver active thermal systems (ATS): S-TRON and ILC-Dover.  *Navy Experimental Diving Unit* (Panama City, FL) Report 5-90.  April, 1990.

Sterba JA.  Efficacy and safety of inhalation and peripheral rewarming techniques for the field treatment of mild hypothermia.  *Navy Experimental Diving Unit* (Panama City, FL) Report 9-90.  May, 1990.

Braun JR, Sterba JA.  Diver monitoring systems, on-line and portable for thermal and metabolic measurements.  *Navy Experimental Diving Unit* (Panama City, FL) Report 10-90.  May, 1990.

Sterba JA.  Oxygen consumption during underwater fin swimming wearing dry suits.  *Navy Experimental Diving Unit* (Panama City, FL) Report 11-90.  May, 1990.

Sterba JA.  Hypercapnia during deep air and mixed gas diving.  *Navy Experimental Diving Unit* (Panama City, FL) Report 12-90.  May, 1990.

Sterba JA.  A method to determine accuracy in end-tidal carbon dioxide monitoring.  *Navy Experimental Diving Unit* (Panama City, FL) Report 13-90.  May, 1990.

Sterba JA.  Field repair guide for Viking and Diving Unlimited International dry suits.  *Navy Experimental Diving Unit* (Panama City, FL) Report 14-90.  June, 1990.

**NEWS PAPER ARTICLES, PRESS RELEASES**

"Focus: Health. Sterba Provides In-Home Emergency Medical Care", *East Aurora Advertiser*, Thursday, June 18, 2009

"Replenishing our Portable ER Supplies", *The Medical Society Bulletin*, Counties of Erie and Chautauqua, Summer, 2010, page 14.

"Testimonial: Dr. John Sterba Says PennySaver Ad Works", *PennySaver*, December 12, 2010

"EA's Sterba Makes Old-Fashioned House Calls", *East Aurora Bee*, Thursday, April 28, 2011

"Physician House Calls Provides Free Labs, at Home & at Work" *PennySaver*, May 1, 2011

"Focus: Health.  Free Point of Care Labs Offered in East Aurora.  Sterba can do Blood Tests Onsite", *East Aurora Advertiser*, Thursday, May 19, 2011

"Dr. Sterba to Talk About Service.  Physician House Calls", *The Orchard Park Press,* Friday, February 17, 2012

"Dr. Sterba to Speak at St. John's Church.  Emergency Care and Immediate Urgent Care by Physician House Calls", *PennySaver East Aurora - Elma* Sunday, February 19, 2012

"Dr. Sterba to Speak at St. John's Church.  Emergency Care and Immediate Urgent Care by Physician House Calls", *PennySaver West Seneca,* Sunday, February 19, 2012

"Dr. Sterba to Speak at St. John's Church.  Emergency Care and Immediate Urgent Care by Physician House Calls", *PennySaver Orchard Park,* Sunday, February 19, 2012

"Healthcare Delivery Models Are Changing – A New Model as Practiced by "Dr. John" ", April 9, 2012, Linda Brodsky, M.D., http://thebrodskyblog.com/?p=2623

"Focus: Health.  House Call Services is Growing.  Sterba Offers Care at Home for Local Residents", *East Aurora Advertiser*, Page 14, Thursday, May 17, 2012

"Focus: Health.  Physician House Calls.  Faster, Better and Cheaper Than Your Doctor (PA, NP) or Urgent Care or the Over-crowded E.R.", *East Aurora Advertiser*, Page 14, Thursday, August 16, 2012



**Mission:**
To protect, promote, & improve the health
of all people in Florida through integrated
state, county & community efforts.

**Florida HEALTH**

**Rick Scott**
Governor

**John H. Armstrong, MD, FACS**
State Surgeon General & Secretary

Vision: To be the Healthiest State in the Nation

# FLORIDA DEPARTMENT OF HEALTH

## CONFIRMATION OF CERTIFICATION

**NAME:**                        **JOHN A STERBA**

**PROFESSION:**                  **MEDICAL DOCTOR EXPERT WITNESS CERTIFICATE**

**CERTIFICATE NUMBER:**          **MEEW2122**

**EXPIRATION DATE:**             07/14/2016

**MAILING ADDRESS:**             226 226 CENTER ST
                                 EAST AURORA, NY 14052

**ATTENTION:**

**PRACTICE ADDRESS:**            226 226 CENTER ST.
                                 EAST AURORA, NY 14052

**ATTENTION:**

## NOTE:

This document confirms the approval of an expert witness certificate application for the practitioner
listed above.

Online certification confirmation also can be obtained by visiting http://www.flhealthsource.com and
accessing the Department's license verification screen. This document, issued from a secure online
site, authorizes the certificate holder to provide expert testimony in Florida as stated in
ss. 458.3175, 459.0066, or 466.005, Florida Statutes.

**Florida Department of Health**
4052 Bald Cypress Way
Tallahassee, FL 32399-3260

**www.FloridaHealth.com**
TWITTER:HealthyFLA
FACEBOOK:FLDepartmentofHealth
YOUTUBE: fldoh

# CONFIDENTIAL FACSIMILE (FAX) COVER SHEET

DATE:        _5/24/12_

TO:          _Tina R. Ellis_

FROM:        _John A. Sterba, MD, PhD, FACEP_

Fax #:       _(561) - 383 - 9499_

# of Pages, including cover page: ____1____

RE:  ____✕____

DOB: ____✕____

Message: _As req'd, herein the W-9 & our_
_Public Charity, non-Profit Corporation_

_Please make any check payable to:_
_"SAVED by GRACE Ministry, Inc"_
_May I request $3.00; 1-day Travel + 1-day Trial ($1,000 + $2,000)?_
_Thank you -_
_"Dr. John"_

If you did not receive this fax, please call (716) 655-6854 (office) or
(716) 998-7474 (cell) and I will fax it again.  Thank you.

John A. Sterba, M.D., Ph.D., FACEP
President & CEO: Medical & Scientific Director
Saved by Grace Ministry, Inc.
226 Center Road
East Aurora, NY 14052-2233 USA
www.PhysicianHouseCalls.org; Email: PhysicianHouseCalls@roadrunner.com

Confidentiality Notice:
The information contained in this facsimile (FAX) is privileged, confidential, or
proprietary intended only for the use of the individual or entity named above.
Information in the FAX transmission may be protected by physician-patient privilege or
the privilege applicable to attorney work product, or laws governing proprietary
information.  If the reader of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this communication is strictly
prohibited.  If you have received this communication in error, please notify us
immediately by telephone and destroy the communication.  Please call us at
(716) 655-6854 (Saved by Grace Ministry, Inc.).  Thank you.

| Form **W-9** (Rev. October 2007) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |
|---|---|---|

Name (as shown on your income tax return)
**Saved by Grace Ministry, Inc.**

Business name, if different from above

Check appropriate box:  ☐ Individual/Sole proprietor   ☑ Corporation   ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ .......
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
**226 Center Rd.**

Requester's name and address (optional)

City, state, and ZIP code
**East Aurora, NY 14052-2233**

List account number(s) here (optional)

*Print or type. See Specific Instructions on page 2.*

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number
| 16 | 1560404 |

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

| Sign Here | Signature of U.S. person ▶ | *John A. Sterba* | Date ▶ | 5/24/12 |
|---|---|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,