**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

July 27, 2017

Adam S. Hecht, Esq.
Searcy, Denney, Scarola, Barnhart & Shipley, PA
Attorneys at Law
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409-6601


Dear Mr. Hecht, Esq.:

Regarding the Tavares Docher medical-legal case, and as I testified during my Deposition, July 19, 2017, it was medically necessary for me to Amend my May 22, 2107 Report having received additional Depositions after May 22, 2017.

Enclosed is my *unchanged* Report of May 22, 2017 (pp. 1-18) plus the new Attached Addendum of July 25, 2017 (pp. 19-36), which also included my Timeline based on the timed CVS Surveillance Video linked with the eye witness 1 minute, 18 second cell phone video.  I also enclosed a signed, Notarized Affidavit documenting that I was the author of this Amended Report dated July 25, 2017.

If there is further medical or other evidence that requires my medical and scientific review, including, please contact me.   My cell phone is (716) 998-7474 and office phone is (716) 655-6854.

Thank you.


Sincerely,

*John A. Sterba, MD, PhD, FACEP, FACFEI*

John A. Sterba, M.D., Ph.D., FACEP, FACFEI
President & CEO, Medical & Scientific Director, NYS DOH Clinical Laboratory Director

Encl.


EX A

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

## Saved by Grace Ministry, Inc.
**226 Center Road**
**East Aurora, NY 14052-2233   USA**

## CONFIDENTIAL

**Report of May 22, 2017 with Attached Addendum of July 25, 2017:**

**Emergency Medicine, Cardio-Pulmonary Physiology and
Forensic Summary of Injuries with Causation Sustained by
Tavares L. Docher on May 11, 2014**

**Author:**
**John A. Sterba, M.D., Ph.D., FACEP, FACFEI**
**President & CEO, Medical & Scientific Director,
NYS DOH Clinical Laboratory Director**

**Date: July 25, 2017**

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

# Saved by Grace Ministry, Inc.
## 226 Center Road
### East Aurora, NY 14052-2233   USA

**Table of Contents**                                                                                                 **Pages**

1. "Complete statement of all opinions the witness will express and     1 - 14
   the basis and reasons for them with facts or data considered
   by the witness in forming them"

2. "Exhibits (and References) that will be used to summarize or          15
   support them"

3. "Witness's qualifications, including a list of all publications authored   16
   in the previous 10 years"

4. "List of all other cases in which, during the previous 4 years, the    17
   witness testified as an expert at trial or by deposition"

5. "Statement of the compensation to be paid for the study and testimony   18
   in the case"

6. **Addendum, July 25, 2017**. "Complete statement of all opinions the   19 - 32
   witness will express and the basis and reasons for them with
   facts or data considered by the witness in forming them"

7. **Addendum, July 25, 2017**. "Exhibits (and References) that will be    33
   used to summarize or support them"

8. **TIME LINE.** Actual Time [A.], Elapsed Time [B.], and Calculated Time [C.]   34

9. **Affidavit, Notarized.** John A. Sterba, M.D., Ph.D., FACEP, FACFEI   35 - 36

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

# Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page One

## "Complete statement of all opinions the witness will express and the basis and reasons for them with facts or data considered by the witness in forming them"

### Forensic Summary and Opinions

On May 11, 2014 (Sunday), Mr. Tavares L. Docher, a 29 year old African-American male at the time, asked CVS Pharmacy staff to call 911 in fear that his mother and he would be murdered by the Arabs.[1,2] Sheriff's Office (SO) Officers and eye witnesses observed Mr. Docher to be agitated and delusional.[1,2] An SO Officer smelled that Mr. Docher had been drinking alcohol, mentioned in his report to be "Natty",[2] which is Natural Ice beer (Anheuser-Busch, Missouri) having a high-alcohol content of 5.9% alcohol.

Mr. Docher was arrested for alcohol intoxication with disorderly conduct, i.e. the charge of "Disorderly Intoxication".  In addition, Mr. Docher was determined by SO Officers to be a Police 10-Code "10-96", a "Mental Patient".[2]

Mr. Docher was hand-cuffed behind his back using hard metal hand-cuffs by SO Officers, and then he was placed into the SO Police cruiser.[2]  Mr. Docher then escaped, tried to thrust his knee into an SO Officer.  He ran with three SO Officers hanging onto him 8-10 feet before forcibly being taken to the ground still wearing SO Officer's hand-cuffs behind his back, unable to protect his head from his subsequent blunt-force trauma.[2]  Thereafter, Mr. Docher resisted being arrested; he spit, kicked and tried to bite

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

# Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Two

SO Officers, who then charged Mr. Docher with additional counts of "Battery/Assault on a Law Enforcement Officer (LEO), Escape, and Resisting Arrest with Violence".[2]

After being taken to the ground forcibly by the SO Officers with further physical restraint placed upon Mr. Docher by SO Officers including resisting strikes to his face, head, chest and major muscles of his right and left gluteal (buttocks & lower back) muscles,[2-4] Mr. Docher was later documented to have eight (8) multiple blunt-force trauma injuries to his head, chest, back/buttocks and extremities by the emergency physician (EP) at St. Lucie County Medical Center emergency department (ED)[5], specifically:

1.  Head laceration to the right side of his head in the temporal region;

2.  Several abrasions on the extremities bilaterally;

3.  Larger abrasions on left shoulder, left ear, left cheek;

4.  Fractured right clavicle (collarbone);

5.  Head bilateral, depressed fractures of the facial nasal bone;

6.  Extensive soft tissue swellings of the gluteal region (buttocks/lower back) right worse than left;

7.  Extensive soft tissue swelling over the face; and

8.  Destruction of skeletal muscles releasing muscle proteins into Mr. Docher's circulation (rhabdomyolysis).

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

## Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Three

Regarding Mr. Docher's admitted ingestion of alcohol and the smell of alcohol on his breath[2], laboratory testing at St. Lucie County Medical Center ED ordered by the EP confirmed Mr. Docher had been drinking alcohol with a measured Blood Alcohol Level (BAL) of 38mg/dl (0.038%), which is below the Florida State legal limit of 0.08%.[5] At this BAL, the smell of alcohol on Mr. Docher's breath is very possible, more likely than not, which was indeed observed and documented by the SO Officer (Deputy Newman)[2], plus mentioned to and likewise documented in the EMS record by José Rosario, EMT-P (paramedic).[6], despite José Rosario, EMT-P [6] not smelling the alcohol himself.[2]

Later in the hospital ED, due to the nature of this cardio-pulmonary arrest, the EP was not able to determine or document the complete medical history of the timing or amount of Mr. Docher's last drink of alcohol (ethanol), or how many Natural Ice beers he had, or whether or not Mr. Docher acutely abused ethanol that day, or possibly ingested any other toxic alcohols (e.g. methanol, moon-shine, ethylene glycol, etc.), or if he was an alcoholic, or if he had any history of alcohol dependence, alcohol-abuse or other drug-abuse, or any history of either alcohol-withdrawal or drug-withdrawal, or any history of alcohol detoxification, or if Mr. Docher had suffered today or in the past from Delirium Tremens (DT's), Wernicke's Encephalopathy or malnutrition. There no mention of Mr. Docher being prescribed or otherwise taking any anti-psychotic prescriptions, or taking any other prescriptions, anyone else's prescriptions, or taking illicit medications.[5] Mr. Docher's initial fear of his mother or he being chased to be murdered by Arabs was never forensically confirmed to be true; it was a true psychiatric delusion.[5]

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
**(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com**
**Website: www.PhysicianHouseCalls.org**

# Saved by Grace Ministry, Inc.
## 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Four

In the field, prior to Emergency Medical Services (EMS) arriving[1,-7.], Mr. Docher had resisted arrest, escaped, and was forcibly taken to the ground with multiple blows by the SO Officers.[1,-4.] Mr. Docher was documented to have sustained multiple blunt-force trauma to his head (lacerated right temporal area, bilateral fractures of facial nasal bone, contusions of the face), his chest (fractured collar bone, contused shoulder), his extremities (abrasions), and his lower back/buttocks with severe skeletal muscle damage.[5.] On the ground, still hand-cuffed by SO Officers with his hands behind him,[1,-2.] Mr. Docher was observed to be lying with a pool of blood above his head, plus there was blood from his head, nose and mouth while he was prone (face-down).[1.]

Shortly before EMS arrived at an unknown time, Mr. Docher suddenly lost consciousness (unknown duration) as witnessed by the SO Officers.[2.] He was placed on his side in the recovery position awaiting EMS.[2.]

Prior to EMS arriving, Mr. Docher's condition in the field at this point was critical and unstable   This is based on five on-going problems, summarized below:

1.      Alcohol ingestion of hard liquor then Natural Ice beer[2,], amounts and

        timing unknown;

2.      Suspected drug-abuse of an unknown drug(s) resulting in Mr. Docher's

        delusional state with agitation and fighting with extreme exertion resisting

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

# Saved by Grace Ministry, Inc.
## 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Five

arrest, which required three SO Officers to take him down and keep him down in the prone position.  There were minor injuries sustained by SO Officers;[1.-4.]

3.      Delusion and paranoia in fear of being killed with a likely psychiatric (mental) medical condition ("10-96, "Mental Patient");[2.]

4.      Blunt-force head trauma with bleeding;[1.-4.] and

5.      Sudden loss of loss of consciousness[2.] with Mr. Docher going into some form of shock, more likely than not, with these SO Officers waiting for EMS.

Upon arrival of EMS, Mr. Docher was initially assessed by José Rosario, EMT-P at 18:36 (6:36 PM) with Mr. Docher still on the ground, restrained.  José Rosario, EMT-P observed and documented head trauma with a bleeding laceration on the right side of his head.[6.]  There was a pool of blood above Mr. Docher's head and there was blood in the patient's nose and mouth.[6.]

Initial assessment by José Rosario, EMT-P was the patient was resisting the SO Officers who were subduing him.  The patient's airway was patent (opened), respirations were rapid (abnormal), radial pulse (at the wrist) was rapid (abnormal), and the skin was moist (abnormal).  The Breathing Quality was fast 20-30 (breaths/minute).

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
**(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com**
**Website: www.PhysicianHouseCalls.org**

## Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Six

Two minutes past José Rosario, EMT-P initial assessment, now at 18:38 (6:38 PM), José Rosario, EMT-P documented an abnormally fast respiratory rate (28 breaths/minute) with an abnormally fast heart rate (110 beats/minute), which is tachycardia of unknown cause; there was no four-lead ECG monitoring yet or documented.  The level of Mr. Docher's responsiveness was abnormally low; his Central Nervous System (CNS) was very depressed with him being responsive to *only* a painful stimuli documented by José Rosario, EMT-P.  At 18:38 (6:38 PM), there was no measurement or any attempt to measure the blood pressure or pulse oximetry with Mr. Docher still on the ground restrained by SO Officers.[6.]

At this same point in time, 18:38 (6:38 PM), Mr. Docher was not stable; he was unstable and in critical condition.  He's still on the ground, lying on a long spine board (LSB), not yet on the gurney.  No EMS emergency treatments had been started such as any administration of high-flow oxygen by non-rebreather facemask or any other method for this trauma patient with a head injury, bleeding from the head and face, and a most-recent loss of consciousness with ongoing altered mental status, responsive only to pain.[6.]

The second measured respiratory rate at 18:38 (6:38 PM) of 28 breaths/minute continued to be abnormally high, yet José Rosario, EMT-P incorrectly documents "Respiratory Effort: Normal" and there was no oxygen applied, or documented as such.[6.]

It is now 18:39 (6:39 PM), three minutes past José Rosario, EMT-P initial assessment at 18:36 (6:36 PM).  Mr. Docher becomes "very combative" while lying

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

# Saved by Grace Ministry, Inc.
**226 Center Road**
**East Aurora, NY 14052-2233   USA**

Page Seven

supine (face-up) on the hard long spine board (LSB) still on the ground.  Unknown by me on the date of this Report (May 22, 2017), was whether or not Mr. Docher may *still* have been hand-cuffed by SO Officers, behind his back, while lying on his hands on the EMS hard long spine board.  If so, this would have been very painful to Mr. Docher and may have agitated him further, plus this would have restricted his ability to breathe.

If José Rosario, EMT-P was using *only* these SO Officer's hard restraints (hand-cuffs) as his EMS restraining method, he violated strict EMS training and protocols in the approved use of EMS physical restraints.[8,9,12]  Hard, Police metal hand-cuffs, or even a Police zip-tie hand-cuffs, behind the back are expressly prohibited to be exclusively used by EMS for combative patients.  Police hard restraints (hand-cuffs) by themselves do *not* constitute EMS-approved physical restraints.[10,12]  Hand-cuffing behind the back of a patient is also expressly prohibited, whether the patient is prone (face-down), [10,12] or even supine (face-up). Even if the SO Officer's Police hand-cuffs *had* been removed, which was not documented, and hand-cuffs were *not* on Mr. Docher at this point in time (18:39, 6:39 PM), José Rosario, EMT-P recklessly disregarded the well-being and safety of Mr. Docher with his direct violation of his EMS training[8] and EMS Policies and Procedures.[9,10]  José Rosario, EMT-P failed to meet the EMS Standard-of-Care by *not* using available multiple SO Officers to keep Mr. Docher safely restrained on the EMS long spine board to allow José Rosario, EMT-P to then quickly and safely apply his available, EMS-approved, four-point soft restraints (both ankles then both arms) along

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

**Saved by Grace Ministry, Inc.**
**226 Center Road**
**East Aurora, NY 14052-2233   USA**

Page Eight

with applying his EMS-approved Rayon across-the-chest straps (like seat-bests) onto the long spine board before moving Mr. Docher onto the gurney.[9,-10,12.]

Even if SO Officers insisted that Mr. Docher remained hand-cuffed as he was under arrest, this could have been safely done in a coordinated team effort following EMS training and EMS Standard-of-Care.[8,-10, 12.] For example, and there are other methods, Mr. Docher's right and left ankles and legs could have been restrained onto the long spine board by SO Officers so EMS soft-restraints could have been placed by José Rosario, EMT-P to prevent Mr. Docher from kicking anyone. Also at this time, EMS-approved Rayon across-the-chest straps could have been applied by José Rosario, EMT-P. The metal hand-cuffs could have been safely un-locked and removed by the SO Officers while they maintained control of both wrists and arms to prevent Mr. Docher from hurting himself or others. Next, one wrist should have been restrained using an EMS-approved soft restraint, allowing both wrists to be hard hand-cuffed together by SO Officers in front of Mr. Docher on one side. An SO Officer with a hand-cuff key could have then accompanied Mr. Docher to the hospital ED following EMS Standard-of-Care.[12]

In short, EMS-approved physical restraints *were never done* before José Rosario, EMT-P skipped this required step, recklessly going straight to chemically-restraining Mr. Docher with the highest 4 mg dose of lorazepam (Ativan®). Mr. Docher at this point in time was still unmonitored (no ECG), with no blood pressure taken or attempted (not documented in the EMS record), no pulse oximetry taken or attempted (not documented

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
**(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com**
**Website: www.PhysicianHouseCalls.org**

# Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Nine

in the EMS record) with Mr. Docher still on the long spine board, on the ground, not on the gurney, and not yet in the ambulance.[6,13]

At this point in time, before lorazepam (Ativan®) was given by José Rosario, EMT-P, Mr. Docher was in a critical, unstable condition due to the following.  He was a combative, agitated patient with intoxication from alcohol (a CNS depressant[8]), plus Mr. Docher was, more likely than not, on another drug suspected and testified by witnesses.[1] and suspected by SO Officers[2] who warned José Rosario, EMT-P.[6]  Mr. Docher had blunt-head trauma with temporal and facial bleeding with a preceding loss of consciousness.  Mr. Docher was identified by SO Officers as a "Mental Patient", being delusional at the time of being arrested.  Mr. Docher continued to be delusional, yelling that he was being killed.[1,2]  Mr. Docher had extreme physical exertion with his violent resistance while under arrest until he suddenly lost consciousness before EMS arrived.[2] More likely than not, Mr. Docher at this point in time was suffering from a metabolic disturbance of acidosis due to a buildup of lactic acid in his body, medically called "lactic acidosis", all prior to EMS arrival and prior to his eventual cardio-pulmonary arrest.

According to training and EMS Policies and Procedures, José Rosario, EMT-P in this high-risk situation was required to first contact Medical Control before using a strong CNS depressant, sedative-hypnotic, lorazepam (Ativan®).[8,9]  Had José Rosario, EMT-P spoken by radio directly to Medical Control, the emergency physician in the ED would **not have given any verbal order for lorazepam (Ativan®)** due to both contra-indications and the many high-risks for Mr. Docher explained below.  The EP would have directed

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

# Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Ten

José Rosario, EMT-P  to first safely apply four-point restraints and chest straps with all SO Officers assisting him, to begin high-flow oxygen by non-rebreather facemask (if tolerated, or blow-by oxygen) and to expedite transport to the ED with close cardio-pulmonary monitoring including ECG, pulse oximetry with frequent vital signs.  The documented short transport time from CVS (the scene) to St. Lucie Medical Center was only 8 minutes, 25 seconds.[6].

Established EMS protocols list two contra-indications for using lorazepam (Ativan®), *both* of which existed for Mr. Docher.  He had **head trauma** and, more likely than not, the **metabolic disturbance of acidosis** from extreme physical exertion being chased, taken down and violently resisting and fighting after being arrested.

Established EMS training[8.] and EMS protocols[9.-11.] repeatedly warn basic EMT's (EMT-B) and EMT-P's there should be great caution when evaluating a patient that is intoxicated with alcohol because there are many other sedative hypnotic medications, including lorazepam, which can also cause respiratory depression and hypotension. EMT-P's must exercise great caution, or contact Medical Control, if considering whether or not to administer lorazepam (Ativan®), a potent CNS depressant sedative-hypnotic, to an agitated or combative patient that may already on other potent CNS depressant sedative-hypnotic(s), especially alcohol, or a drug-of-abuse, or a prescribed medication. Combining these sedative-hypnotics, in this case alcohol plus lorazepam (Ativan®)  can cause CNS depression, respiratory depression, a severe drop in blood pressure

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

# Saved by Grace Ministry, Inc.
## 226 Center Road
## East Aurora, NY 14052-2233   USA

Page Eleven

(hypotension), cardiovascular collapse and death, all of which occurred and were caused by José Rosario, EMT-P.

The St. Lucie County Fire District's Emergency Medical Guidelines for Lorazepam (Ativan®) use[11.] are at fault for not being clearly and properly written, leading to improper training, practices and treatment in the field by EMT-P's.  José Rosario, EMT-P not only mis-understood his training, he disregarded his training and EMS Policies and Procedures.  He recklessly administered lorazepam (Ativan®) incorrectly by going straight to the maximum dose of 4 mg intra-muscularly (IM), *not* the required 1 mg in step-by-step (incremental) dosing of 1 mg each time, *if* the patient was indeed determined to be stable with close medical monitoring for any respiratory depression and hypotension.[8.-11.]  Furthermore, the EMS use of the maximum dose of 4mg lorazepam (Ativan®) either IM or intravenously (IV) is to be done *slowly*, 2 mg per minute,[12.] which was not done by José Rosario, EMT-P.  This 4 mg dose was administered by a *push*, all-at-once, not slowly over two minutes.  Following José Rosario, EMT-P administration of lorazepam (Ativan®) pushed at the maximum dose of 4 mg IM, while the patient was still on the ground on the long spine board, not on the gurney, and not in the ambulance with no monitoring and no oxygen, José Rosario, EMT-P failed to monitor the patient before and during these next three minutes when he thereafter suddenly noticed the Mr. Docher had gone into cardio-pulmonary arrest with no respirations and no pulse.

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Twelve

Lorazepam has reported *wide ranges of times* for the onset of action for an IM injection, including (1-5 minutes), (2-5 minutes), (5-10 minutes), and up to (15-30 minutes).[9,-11,,12]  A patient such as Mr. Docher, more likely than not, went into respiratory and cardiac arrest caused by José Rosario, EMT-P rapidly administering such a high-dose (4 mg), of lorazepam (Ativan®), all-at-once, with Mr. Docher having both contra-indications for its use, plus being in a critical unstable condition from his existing medical and physiological problems discussed below.

Mr. Docher was unstable, in critical condition with other CNS depressants in his system (e.g. alcohol, possibly other drug(s)), with head trauma, a loss of consciousness, and more likely than not, he had the metabolic disturbance of metabolic acidosis with lactic acid potentiating the CNS and cardio-pulmonary effects of lorazepam (Ativan®) to rapidly cause this cardio-pulmonary arrest.  More likely than not, had 4 mg, IM of lorazepam (Ativan®) *not* been given, Mr. Docher would not have gone into cardio-pulmonary arrest.

In addition, there was no documentation that José Rosario, EMT-P *ever* aspirated after inserting the needle into the buttocks muscle by first pulling back on the syringe plunger to confirm he had not inadvertently inserted the needle into *a vein, or artery*. This was not only his training, it was critically medically necessary plus it is the EMS Standard-of-Care.  With such a rapid deterioration of Mr. Docher's unstable critical condition into cardio-pulmonary arrest three minutes after injection of the high 4 mg dose of lorazepam (Ativan®), more likely than not, this attempted IM injection was actually an

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

## Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Thirteen

IV injection in the buttocks, which would have produced a fast onset of action. However, even if José Rosario, EMT-P did aspirate finding no venous or arterial blood, his IM injection of such a high-dose (4 mg) under these conditions would still have caused cardio-pulmonary arrest.

It is without medical and physiological truth or any basis to speculate that Mr. Docher would have gone into a cardio-pulmonary arrest in the next three minutes *anyway*, even without any rapid push of 4 mg lorazepam (Ativan®) IM, or inadvertently IV.

In the José Rosario, EMT-P Deposition, he admitted under oath to using lorazepam (Ativan®) 50-200 times, and more than half those times (i.e. > 25-100, times) he testified he always used this same single dose (4 mg, IM) of lorazepam (Ativan®).[13.]

Therefore, in this case of Mr. Taveras L. Docher when the maximum dose of lorazepam (Ativan®), 4 mg, was *not* properly administered by José Rosario, EMT-P *slowly* in 1 mg increments with careful monitoring after each 1 mg for respiratory depression and hypotension[9.-13.], *nor* did José Rosario, EMT-P properly administer this maximum 4 mg dose of lorazepam (Ativan®) *slowly* over two minutes (2 mg/minute) with close monitoring for respiratory depression and hypotension[9.-13.], then there may be other incidents including, but not limited to, respiratory depression, hypotension, cardio-pulmonary arrest, disability and even death caused by José Rosario, EMT-P administering 4 mg lorazepam (Ativan®).

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Fourteen

In summary, lorazepam (Ativan®) administered to Mr. Docher by José Rosario, EMT-P was dangerous and against his EMS training, Policy and Procedures.  The St. Lucie County Fire District's Emergency Medical Guidelines for Lorazepam (Ativan®) use[11.] are at fault for not being clearly and properly written, leading to improper training, wrongful and dangerous practices and treatment in the field by EMT-P's.

Therefore, In Mr. Docher's case, José Rosario, EMT-P knowingly acted with reckless disregard.   José Rosario, EMT-P caused chemical asphyxiation, cardio-pulmonary arrest, and subsequent disability in Mr. Docher.

Respectfully submitted,

*John A. Sterba, MD, PhD, FACEP, FACFEI*

John A. Sterba, M.D., Ph.D., FACEP, FACFEI
President & CEO; Medical & Scientific Director; NYS DOH Clinical Laboratory Director,
    Saved by Grace Ministry, Inc.  Emergency Physician House Calls™ using the
    **PORTABLE ER®**
Commander, Medical Corps, U.S. Navy-Reserves (Hon Disch), Undersea & Arctic Warfare,
    Operational Medicine
May 22, 2017
East Aurora, NY

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

# Saved by Grace Ministry, Inc.
## 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Fifteen

**"Exhibits (and References) that will be used to summarize or support them"**

1. St. Lucie County Sheriff's Office Statement Forms and DVD Cell Phone Videos of Mr. Docher's arrest
2. St. Lucie County Sheriff's Office, Incident/Investigation Report
3. Use of Force Incident Report Number: 14-05401
4. Hand-written notes by SO Officers
5. St. Lucie Medical Center, Emergency Provider Report
6. EmergencyPRO, Saint Lucie County Fire District
7. E-911 Audio/CAD Records, Communications, Event Report
8. *"Emergency Care and Transportation of the Sick & Injured"* EMS Textbooks, Eight Edition (© 2002) and Ninth Edition (© 2005)
9. Emergency Medical Guidelines, Fourth Edition, Plaintiff's Exhibit 1
10. Patient Restraint in Emergency Medical Services.  Approved by the NAEMSP® Board of Directors: 20 December 2016. Pages 1-3
11. St. Lucie County Fire District's Emergency Medical Guidelines for Ativan Use, Rev. 12/18/2012, with letter from Brian Blizzard, Deputy Chief to Janite Docher-Neeley, dated June 17, 2014
12. Report, Jeffrey T. Lindsey, Ph.D., PM ("EMT-P") with enclosures, dated May 1, 2017
13. Deposition, José Rosario, EMT-P, on April 13, 2017

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

# Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Sixteen

**"Witness's qualifications, including a list of all publications authored in the previous 10 years".**

**Summary.** (Please refer to Curriculum Vitae, attached)

**EMS Work Experience.** EMT training Indian River Community College (1973). Registered EMT-Ambulance in Florida, Illinois, Wisconsin and New York States. Worked full-time in college and graduate School 1973-1981 as EMT-A on Paramedic Ambulances Services.

**EMS/Emergency Medicine (EM) Research:** Principal Investigator of cardiovascular and pulmonary effects of asphyxiation. Ph.D. awarded with Distinction in Physiology, 1985, SUNY at Buffalo.

**National Institutes of Health (NIH) Post-doctoral Fellowship, Cardiology and Cardiovascular Physiology Research.** Focus on neuro and endocrine regulation of cardiovascular function and pacemakers with stable and unstable physiological conditions. Department of Physiology, Loyola Stritch School of Medicine, 1981-1982.

**Medical School with focus on EM.** 1981-1985, Loyola Stritch School of Medicine.

**Medical Missionary Training in EM and Worldwide Health in Developing Countries:** St. Lucia, West Indies, 1985 with Loyola Stritch School of Medicine.

**Emergency Medicine Training and Work Experience.**

Trained in Emergency Medicine (Internship), United States Navy, Naval Hospital Bremerton, WA, 1985-1986.

Trained in Undersea Medicine (Emergency Medicine during diving and submarine operations) and EM duty in the emergency department (ED), U.S. Navy, 1985-1986

Emergency Physician, U.S. Navy. Principal Investigator with human medical and physiological research including asphyxiation. EM duty in the ED. EMT/Corpsman Clinical Instructor, U.S. Navy, 1986-1990.

EM Residency and Emergency Physician, EMS Advisor, 1990-1993, Dayton, OH; EMS Medical Director, 1993.

Emergency Physician and Clinical Instructor of physicians, nurse practitioners, physician assistants and paramedics, 1990-present.

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
**(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com**
**Website: www.PhysicianHouseCalls.org**

## Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Seventeen

**"List of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition"**

<u>Cases Currently Providing Expert Testimony</u>
1. Alain Perez v. Palmetto General Hospital, May 3, 2016, Mr. Robert C. Tilghman, Esq.

<u>Depositions Past Five Years</u>
1. Kenneth M. Beamon vs. Marc Coan, M.D., et al., February 29, 2012, Michael Terrell, Esq., Michael Terrell, Esq., Terrell Law Firm, P.C., 3405 Dallas Highway, Suite 827, Marietta, GA 30064
2. Lucia Moreno v. Kendal Regional Medical Center, Cherryl LeBlanc, M.D., et al., July 21, 2014, Robert C. Tilghman, Esq.
3. Coterel v. Dorel Juvenile Group, October 10, 2014, J. Brad Wilmoth, Esq.
4. Denise A. Pierre v. Holy Cross Medical Center, November 4, 2014, Robert C. Tilghman, Esq.
5. Alain Perez v. Palmetto General Hospital, May 3, 2016, Mr. Robert C. Tilghman, Esq.

<u>Trials past Five years</u>
1. Kenneth M. Beamon vs. Marc Coan, M.D., April 10, 2012, Michael Terrell, Esq. Terrell Law Firm, P.C., 3405 Dallas Highway, Suite 827, Marietta, GA 30064
2. Coterel v. Dorel Juvenile Group, March 2-5, 2014, J. Brad Wilmoth, Esq.

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: <u>PhysicianHouseCalls@roadrunner.com</u>
Website: <u>www.PhysicianHouseCalls.org</u>

# Saved by Grace Ministry, Inc.
## 226 Center Road
## East Aurora, NY 14052-2233   USA

Page Eighteen

**"Statement of the compensation to be paid for the study and testimony in the case"**

$350.00/hour for medical, physiological and forensic review, excluding clerical work.
$2,000.00 flat fee for Depositions
$2,000.00 per day for Trial plus $1,000.00 per day for travel day(s) outside of trial days

All payments are to please be made payable to the Public Charity, "Saved by Grace Ministry, Inc.", sent to the address, above. Thank you.

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

### Saved by Grace Ministry, Inc.
**226 Center Road**
**East Aurora, NY 14052-2233   USA**

Page Nineteen

**Addendum, July 25, 2017**

**"Complete statement of all opinions the witness will express and the basis and reasons for them with facts or data considered by the witness in forming them"**

**Forensic Summary and Opinions**

Unknown to me on the date of my Report (May 22, 2017), there would be additional Depositions taken in this case submitted to me for my Forensic Examination.

As mentioned by me, John A. Sterba, M.D., Ph.D., FACEP, FACFEI, under oath in my sworn testimony during my Deposition of July 19, 2017, if there is any additional information for my Forensic Examination including my requested information and documentation (e.g. medication and equipment lists carried on-board the ambulance that transported Mr. Tavares Docher, whether or not there was a refrigerator used to refrigerate the Ativan® (lorazepam) on this ambulance, any CVS Parking Lot Surveillance Video, or other Depositions, etc., I may change my expert opinions in this case and thus modify my Report of May 22, 2017 with my Addendum(s).

After my Report of May 22, 2017, I received the following Depositions, now reviewed and listedin this **Addendum, July 25, 2017.  "Exhibits (and References) that will be used to summarize or support them"**:

1.      Deposition, Captain Brian Gonzalez taken May 22, 2017

2.      Deposition, Calvin Robinson taken May 25, 2017

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
**(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com**
**Website: www.PhysicianHouseCalls.org**

## Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Twenty

3.    Deposition, Christopher Erik Newman taken May 31, 2017

4.    Deposition, Clay Mangrum taken May 31, 2017

5.    Deposition, Samantha Gilewski taken June 6, 2017

6.    Deposition, Marc Wayne Brown taken June 6, 2017

7.    Deposition, Hardyal Bhagudas taken June 6, 2017

8.    Deposition, Mohamad Nasar, M.D. taken June 26, 2017

From the Deposition of Captain Brian Gonzalez [14], Captain Gonzalez was the Captain of Training and Safety Division.  As he testified, he was unaware of the Contraindications to the injection of Ativan® (lorazepam), except for hypersensitivity (i.e. allergic reaction). Captain Gonzalez, the St. Lucie County Fire District and Indian River State College fell below the U.S. Standards of Care in their knowledge, teaching and written Policies due to:

1.    *Not* understanding, or teaching paramedics the Contraindications (except for hypersensitivity) for giving Ativan® (lorazepam) by injection.

2.    Stating and teaching paramedics there are *no* Contraindications in the emergency setting for the injection of Ativan® (lorazepam).

3.    Stating and teaching paramedics *can inject up to four milligrams of Ativan® (lorazepam) without monitoring* in between 1 milligram incremental doses.

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Twenty One

Therefore, more likely than not, Captain Gonzalez, the St. Lucie County Fire District and
Indian River State College contributed to causing the cardio-pulmonary arrest and
subsequent brain damage of Tavares Docher.

From the Deposition of Calvin Robinson taken May 25, 2017 [15.], Deputy Robinson, who
was under the supervision of Deputy Mangrum, was fully aware that when an individual
is lying on their stomach and being handcuffed that they may have trouble breathing
when pressure is applied to their back, and that they may suffer from "oxygen
deficiency".  "Oxygen deficiency" was taught by the St. Lucie County Sheriff Office to
Deputy Robinson and was understood by Deputy Robinson.

Regarding Tavares Docher's blunt force head trauma, Deputy Robinson testified that
Tavares Docher was bleeding from his head from the fall he (Docher) took.  Deputy
Robinson rolled Tavares Docher over, from face-down prone to face-up supine, still with
Tavares Docher's hands hard-cuffed behind his back from Deputy Newman's metal
handcuffs, when Tavares Docher kicked the paramedic, José Rosario, EMT-P.
Thereafter, paramedic Rosario went into the ambulance, came out with a solution and a
syringe, filled the syringe with that solution (Ativan® (lorazepam)), and gave Tavares
Docher a shot in the buttocks.  Deputy Robinson testified Tavares Docher became
sedated and then let out a large gasp of air.  One paramedic looked at the other paramedic
and said, "He (Docher) just coded", explaining what that meant by the paramedic saying,

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Twenty Two

"He just died."  After that, Deputy Robinson helped to place Tavares Docher into the back of the ambulance with metal handcuffs still behind Tavares Docher's back. [15.]

Deputy Robinson, along with Deputy Mangrum [17.], testified that he smelled alcohol on the breath of Tavares Docher.

Regarding the blunt force head trauma, Deputy Robinson told paramedic Rosario they (Deputies) had to take him down to the floor (ground), he (Docher) hit his head, and that's where the blood came from.

Deputy Robinson testified that paramedic Rosario literally said to Tavares Docher, "Hey man, what's up?  How can we help you?", but Tavares Docher did not respond, he just sat there.  When Tavares Docher was turned over, he (Docher) kicked paramedic Rosario. [15.]

Despite being trained, Deputy Robinson failed in the Line of Duty to protect the life of Tavares Docher by not stopping Deputy Mangrum from asphyxiating (suffocating) Tavares Docher.  Tavares Docher was suffering from trouble breathing when pressure was applied to his back by Deputy Mangrum's foot between Tavares Docher's shoulder blades (also confirmed in cell phone video [1.]), plus being hand-cuffed from behind with arms pulled straight-up overhead. [1.]  During this time, Tavares Docher was struggling to breathe with, more likely than not, "oxygen deficiency" due to Tavares Docher's

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Twenty Three

respiratory insufficiency (i.e. inability to adequately breathe (ventilate) to exchange

carbon dioxide ($CO_2$) and oxygen ($O_2$). [15.]


As in my original Report dated May 22, 2017, (Page Nine), "At this point in time, before

lorazepam (Ativan®) was given by José Rosario, EMT-P, Mr. Docher was in a critical,

unstable condition due to the following..."  In addition to those reasons stated on Page

Nine, had Deputy Robinson *immediately* stopped Deputy Mangrum from asphyxiating

(suffocating) Tavares Docher into his respiratory insufficiency with a subsequent loss of

consciousness and abnormal shallow breathing ("breathing lightly" [17.] testified by Deputy

Mangrum) in the recovery position, then, more likely than not, Tavares Docher's critical,

unstable condition would have been prevented before EMS arrived.


From the Deposition of Christopher Erik Newman taken May 31, 2017 [16.], Tavares

Docher did not have any signs or symptoms of excited delirium, nor was he under the

influence of any drugs or medications causing excited delirium, extreme agitation or

super-human strength, nor was he uncooperative or resisting at all up to the point of being

hand-cuffed and placed into the patrol car.  At this point in time, Tavares Docher was

only delusional; he was agreeable and cooperative to get some help.  This was also

corroborated by St. Lucie County Sheriff's Office Statement Forms [1.] and the St. Lucie

County Sheriff's Office, Incident/Investigation Report. [2.]  In addition, Deputy Newman

testified, "Deputy Mangrum and I talked to him, and he actually came to a state where he

was carrying on a conversation and he said, "Yeah, you know, I probably need to get

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Twenty Four

help.  I'm not in trouble, right?" I (Deputy Newman) said, "No, sir, you're not in

trouble."  Tavares Docher was agreeable to have hand-cuffs placed on him, confirmed to

be behind his back, and be walked to the patrol car without incident. [16.]

After suddenly trying to escape running approximately 15-20 feet, Deputy Newman fell

directly onto Tavares Docher's back with Docher's hands cuffed behind his back.  The

two other Deputies, Mangrum and Robinson, falling alongside Docher also contributed to

the extreme forces applied to Docher's head resulting in severe blunt force head trauma.

Deputy Mangrum weighed 330-335 pounds. [17.]  With Deputy Newman weighing 205

pounds, there was significant blunt force trauma to Tavares Docher's head confirmed

from this un-protected fall of Docher's face/head directly onto the asphalt after running

15-20 feet before he was tackled.  In addition to this clinically significant, blunt force

head trauma from the unprotected fall, Deputy Newman testified that he then struck

Tavares Docher to the side of his head with his elbow, twice.

Deputy Newman confirmed that Deputy Mangrum, a former State of Florida EMT [17.],

placed Tavares Docher into the recovery position before EMS arrived.  The recovery

position is a near-prone, on-the-side position of the body to which an unconscious but

breathing person is positioned as part of EMT or First-Aid training and emergency

treatment. [16.]

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

## Saved by Grace Ministry, Inc.
**226 Center Road**
**East Aurora, NY 14052-2233   USA**

Page Twenty Five

Deputy Newman confirmed that Tavares Docher then kicked a paramedic (Rosario), possibly in his chest, as he squatted down.  Then, the paramedic got up and came back with a shot to Docher's right hip or his right buttocks. [16.]

From the Deposition of Clay Mangrum taken May 31, 2017 [17.], Deputy Mangrum was a former State of Florida EMT having worked with Lifeline Ambulance.  Therefore, Former EMT, Deputy Mangrum would have been trained to recognize and treat asphyxiation (suffocation), loss of consciousness, respiratory insufficiency, hypoxia (reduced oxygen in the blood, also called "hypoxemia"), blunt force head trauma and psychiatric emergencies including patients being delusional, called by the Deputies as 10-96, "mental patient", in this case.

Deputy Mangrum, along with Deputy Robinson [15.], testified that he smelled alcohol on the breath of Tavares Docher. [17.]

Deputy Mangrum testified Tavares Docher, while sitting on the curb, was not a flight risk or a danger to himself, but he was intoxicated and delusional and there was a risk if he ran into traffic.  So, Tavares Docher was arrested for disorderly intoxication, but he was agreeable to be hand-cuffed behind his back by Deputy Newman. [17.]

Deputy Mangrum had concern that Tavares Docher was not only under the influence of alcohol but also drugs of abuse, illegal or prescription. [17.]

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Twenty Six

Deputy Mangrum also admitted to doing an elbow strike to Tavares Docher's head. Therefore, there were three elbow strikes to Tavares Docher's head, two by Deputy Newman [16.] and one by Deputy Mangrum [17.] after Tavares Docher sustained very significant blunt force trauma to his head from the un-protected fall being tackled by three Deputies, one of whom landed on Docher's back driving his head/face downward into the asphalt. [17.]

Before paramedic Rosario arrived and injected Tavares Docher with .Ativan® (lorazepam), Deputy Mangrum testified Tavares Docher became completely unresponsive, not breathing heavily anymore. Being a former EMT, Deputy Mangrum placed the unconscious Tavares Docher into the recovery position, checked his breathing and pulse stating he could feel his pulse (not describing which artery he felt, or at what determined heart rate, or the pulse strength) and could hear him "breathing lightly", which is a severe, abnormal, reduced respiration (i.e. "respiratory insufficiency") from having just been asphyxiated (suffocated) into unconsciousness.[17.]

After paramedic Rosario arrived, but before Rosario injected Tavares Docher with Ativan® (lorazepam), Deputy Mangrum testified Tavares Docher came back around from being unconscious, sat forward and kicked paramedic Rosario making him fall backward onto his butt. This happened before the Deputies physically restrained Tavares Docher for paramedic Rosario to inject Tavares Docher with Ativan® (lorazepam) in the buttocks. [17.]

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

## Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Twenty Seven

There is no evidence or any Deposition testimony of any blood pressure being taken, any pulse oximetry done, any assessment for respiratory depression, or any oxygen being administered before paramedic Rosario injected Tavares Docher with Ativan® (lorazepam) in the buttocks to chemically restrain (tranquilize) Tavares Docher, while he was still on the ground.

There is no evidence or any Deposition testimony of any EMS-approved soft restraints ever being placed by paramedic Rosario with Rosario recruiting the assistance of any Deputies.  There is no evidence or testimony of paramedic Rosario ever contacting Medical Control (Emergency Physician on-duty at the hospital Emergency Department (ED, "ER") to get medical approval for skipping four-point EMS-approved soft restraints, and going directly to a 4 mg rapid IM injection of Ativan® (lorazepam) with no intravenous (IV) access, no cardiac (ECG) monitoring, no pulse oximetry, no blood pressure, no use of any oxygen and no determination whether or not Tavares Docher was stable, or if still unstable in critical condition having just been asphyxiated (suffocated) into unconscious coming back around with an altered mental status of being unresponsive and combative.

In the Deposition of Wade Coutemanche taken May 31, 2017 [18.], no comments.

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

**Saved by Grace Ministry, Inc.**
**226 Center Road**
**East Aurora, NY 14052-2233   USA**

Page Twenty Eight

In the Deposition of Samantha Gilewski taken June 6, 2017,[19.]  Tavares Docher was

delusional, but not violent or threatening at CVS, stating "I'm not here to hurt you guys".

Tavares Docher was agreeable to follow directions, putting his screwdriver back in his

pocket, waiting outside for the Sheriff Deputies to show up.  Ms. Gilewski later described

the blood was coming from Tavares Docher's "face" or his "head", "the same thing". [19.]


In the Deposition of Marc Wayne Brown taken June 6, 2017 [20.], no comments.


In the Deposition of Hardyal Bhagudas taken June 6, 2017 [21.] , Mr. Bhagudas testified the

officers (Deputies) were not concerned for their safety or that Tavares Docher had any

sort of weapon.  He was an eye witness observing Tavares Docher having a normal

conversation with the officers. [21.]


Overall, there is nothing in evidence or in these additional Depositions received after my

May 22, 2017 report, or in the St. Lucie County Sheriff's Office Statement Forms [1.], or

the St. Lucie County Sheriff's Office, Incident/Investigation Report [2.] , to support the

***unsubstantiated theory*** that Tavares Docher was under the medical or physiological

influence of  "Bath Salts", or Flakka, or any other cocaine-like or methamphetamine-like

illegal drugs (i.e. synthetic stimulants that are hallucinogenic, producing super-human

strength) or any prescription drugs.


**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
**(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com**
**Website: www.PhysicianHouseCalls.org**

### Saved by Grace Ministry, Inc.
**226 Center Road**
**East Aurora, NY 14052-2233   USA**

Page Twenty Nine

Mr. Tavares Docher was delusional, agitated and scared, but never un-cooperative or ever showing any resistance to authority up to the point of being placed into the patrol car, hand-cuffed behind his back.  At that point in time, before he bolted out of the patrol care, Tavares Docher was agreeable and cooperative seeking and agreeing to get help.


In the Deposition of Mohamad Nasar, M.D., Family Medicine, taken June 26, 2017 [22.] , Dr. Nasar concurred that Ativan® (lorazepam) is a central nervous system (CNS) depressant, which can suppress breathing, or respiratory drive (the physiological "urge-to-breathe") based on the dose and based on the sensitivity of the patient.  Dr. Nasar also stated that alcohol is a CNS depressant, and Ativan® (lorazepam) can cause respiratory depression and fatal respiratory depression, and that Ativan® (lorazepam) combined with other CNS depressants can cause fatal respiratory depression.  Dr. Nasar agreed that if there is compromised respiratory function (i.e. physiologically "respiratory insufficiency"), the higher dose of Ativan® (lorazepam) might suppress his CNS and that would be a violation of the standard of care for a medical provider to administer Ativan® (lorazepam) to an individual lying on the ground having a difficult time breathing. [22.]


Dr. Nasar commented that prior to using Ativan® (lorazepam), the patient must be checked for any use of other CNS depressants and any pre-existing chronic pulmonary (lung) medical problems like asthma or emphysema (COPD), etc.  Tavares Docher did not have any pre-existing chronic pulmonary medical conditions.  Tavares Docher was asphyxiated (suffocated) and had acute "respiratory insufficiency" due to restricted

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

## Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Thirty

ventilation caused by Deputy Mangrum.  Deputy Mangrum caused Docher's hypoxemia

(low blood oxygen).  This is based on my clinical training, experience and human

medical research after observing Docher's inability to breathe and speak more than 1-2

words found at the middle of the cell phone video (37 -38 seconds) when he said, "OK"

(gasping shallow, quick breaths),…"I can't br….(breathe)" since he just ran out of air to

speak. [1.]

In conclusion, more likely than not, Captain Gonzalez, the St. Lucie County Fire District

and Indian River State College fell below the U.S. Standards of Care in their knowledge,

teaching and written Policies due to:

1. *Not* understanding, or teaching paramedics the Contraindications (except for

   hypersensitivity) for giving an injection of Ativan® (lorazepam).

2. Stating and teaching paramedics there are *no* Contraindications in the emergency

   setting for the injection of Ativan® (lorazepam).

3. Stating and teaching paramedics *can inject up to four milligrams of Ativan®*

   *(lorazepam) without monitoring* in between 1 milligram incremental doses.

More likely than not, these above three failures, individually or collectively, did not meet

the U.S. Standards of Care and they contributed to causing the cardio-pulmonary arrest

and subsequent brain damage of Tavares Docher.  These people and agencies listed above

and these three failures, individually or collectively, demonstrate a Reckless Disregard

for the life and well-being of Tavares Docher because they all either knew or all should

have known that these failures and subsequent actions in the field could kill patients.

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
**(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com**
**Website: www.PhysicianHouseCalls.org**

**Saved by Grace Ministry, Inc.**
**226 Center Road**
**East Aurora, NY 14052-2233   USA**

Page Thirty One

Deputy Robinson and Deputy Newman, individually and collectively, acted with Reckless Disregard to not protect the life of Tavares Docher by not stopping Deputy Mangrum from asphyxiating (suffocating) Tavares Docher into unconsciousness with "respiratory insufficiency" and hypoxemia (low blood oxygen).  Deputy Robinson's and Deputy Newman's actions, or lack of actions, more likely than not, contributed to causing Tavares Docher's critical, unstable condition, and Tavares Docher's cardio-pulmonary arrest and subsequent brain damage.

More likely than not, the three elbow strikes to Tavares Docher's head all contributed to the unstable, critical condition of Tavares Docher specifically two elbow strikes by Deputy Newman [16.] and one elbow strike by Deputy Mangrum [17.] after Tavares Docher had already sustained very significant blunt force trauma to his head from his un-protected fall being tackled by three Deputies with one Deputy on his back driving his face and head into the asphalt. [17.]

Deputy Mangrum, a former State of Florida EMT, was observed to be in a sudden fit of uncontrollable rage using profanity [1.] acting with Reckless Disregard to not protect the life of Tavares Docher by, more likely than not, asphyxiating (suffocating) Tavares Docher into unconsciousness, "respiratory insufficiency" and hypoxemia (low oxygen in the blood) by using his own improvised, un-approved and non-taught restraining method[17.] of stepping on Tavares Docher's chest while simultaneously pulling his hand-cuffed arms straight up behind his back in a reverse-hanging.

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
**(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com**
**Website: www.PhysicianHouseCalls.org**

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233 USA

Page Thirty Two

Deputy Mangrum actions, more likely than not, contributed to causing Tavares Docher's

critical, unstable condition, and Taveres Docher's cardio-pulmonary arrest and his

subsequent brain damage.

Respectfully submitted,

*John A. Sterba, MD, PhD, FACEP, FACFEI*

John A. Sterba, M.D., Ph.D., FACEP, FACFEI
President & CEO; Medical & Scientific Director; NYS DOH Clinical Laboratory Director,
    Saved by Grace Ministry, Inc. **Emergency Physician House Calls™ using the
    PORTABLE ER®**
Commander, Medical Corps, U.S. Navy-Reserves (Hon Disch), Undersea & Arctic Warfare,
    Operational Medicine

July 25, 2017
East Aurora, NY

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

## Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Thirty Three

### Addendum, July 25, 2017
### "Exhibits (and References) that will be used to summarize or support them"

1.  St. Lucie County Sheriff's Office Statement Forms and DVD Cell Phone Videos of Mr. Docher's arrest
2.  St. Lucie County Sheriff's Office, Incident/Investigation Report
3.  Use of Force Incident Report Number: 14-05401
4.  Hand-written notes by SO Officers
5.  St. Lucie Medical Center, Emergency Provider Report
6.  EmergencyPRO, Saint Lucie County Fire District
7.  E-911 Audio/CAD Records, Communications, Event Report
8.  *"Emergency Care and Transportation of the Sick & Injured"* EMS Textbooks, Eight Edition (© 2002) and Ninth Edition (© 2005)
9.  Emergency Medical Guidelines, Fourth Edition, Plaintiff's Exhibit 1
10. Patient Restraint in Emergency Medical Services.  Approved by the NAEMSP® Board of Directors: 20 December 2016. Pages 1-3
11. St. Lucie County Fire District's Emergency Medical Guidelines for Ativan Use, Rev. 12/18/2012, with letter from Brian Blizzard, Deputy Chief to Janite Docher-Neeley, dated June 17, 2014
12. Report, Jeffrey T. Lindsey, Ph.D., PM ("EMT-P") with enclosures, dated May 1, 2017
13. Deposition, José Rosario, EMT-P, on April 13, 2017
14. Deposition, Captain Brian Gonzalez taken May 22, 2017
15. Deposition, Calvin Robinson taken May 25, 2017
16. Deposition, Christopher Erik Newman taken May 31, 2017
17. Deposition, Clay Mangrum taken May 31, 2017
18. Deposition, Wade Coutemanche taken May 31, 2017
19. Deposition, Samantha Gilewski taken June 6, 2017
20. Deposition, Marc Wayne Brown taken June 6, 2017
21. Deposition, Hardyal Bhagudas taken June 6, 2017
22. Deposition, Mohamad Nasar, M.D. taken June 26, 2017
23. CVS Pharmacy Surveillance Video

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org

# Saved by Grace Ministry, Inc.
### 226 Center Road
### East Aurora, NY 14052-2233   USA

Page Thirty Four

## TIME LINE
## Actual Time [A], Elapsed Time [B], and Calculated Time [C]
John A. Sterba, M.D., Ph.D., FACEP, FACFEI
July 25, 2017

| Observations | Actual Time [A] | Elapsed Time [B] | Calc'd Actual Time [C] |
|---|---|---|---|
| T. Docher hand-cuffed behind his back | 6:20::26 | | |
| T. Docher put into the patrol car | 6:21::42 | | |
| T. Docher taken-down by three Deputies in CVS parking stall two, approx.. 15-20 feet from patrol car [16] | 6:22::03 | | |
| Eye witness man (red T-shirt) behind tree | 6:24::10 | | |
| Deputy Mangrum stands up, bends over | 6:25::20 | | |
| (Eye witness cell phone video starts) | | 0:00::00 | 6:24::33 |
| Deputy says, "Stop"; three Deputies on the ground | | 0:00::05 | 6:24::38 |
| T. Docher, "(*groans*)" | | 0:00::11 | 6:24::44 |
| T. Docher, "They gonna kill…" "(*gasp*)", "They gonna kill me" | | 0:00::14 - ::16 | 6:24::47 – 6:24::49 |
| T. Docher, "Alright"…"(*gasp*)" | | 0:00::19 | 6:24::52 |
| Deputy Mangrum then stands up, leans over T. Docher, pulling T. Docher's arms straight up, cuffed behind back, in reverse-hanging maneuver | | 0:00::25 | 6:24::58 |
| Sounds of engine starting up | | 0:00::29 - ::30 | 6:25::02 – 6:25::03 |
| Deputy Mangrum, "F***ing stop moving!" & he steps down his left foot upon T. Docher's back in-between T. Docher's shoulder blades | | 0:00::33 - ::34 | 6:25::06 – 6:25::07 |
| T. Docher, "Alright." "(*gasp*)" | | 0:00::34 - ::35 | 6:25::07 – 6:25::08 |
| T. Docher, "(*groans*, "I eee")" | | 0:00::36 | 6:25::09 |
| T. Docher, "I can't br..." (breathe) | | 0:00::37 - ::38 | 6:25::10 – 6:25::11 |
| Deputy Robinson delivers open-palm strike to T. Docher's right buttock's muscles | | 0:00::43 | 6:25::16 |
| Deputy, "Stop resisting!" | | 0:00::47 | 6:25::20 |
| Deputy, "Stop resisting!" | | 0:00::50 | 6:25::23 |
| T. Docher, "Help… (*gasp*) Help me" | | 0:00::56 - ::58 | 6:25::29 – 6:25::31 |
| Deputy Mangrum, "Stop…resisting!" "Keep your arms still!" | | 0:00::59 – 1::00 | 6:25::32 – 6:25::33 |
| Deputy Mangrum, "We're trying to get you medical help." | | 0:01::02 | 6:25::35 |
| T. Docher, "Alright, (*gasp*), "OK" (*gasp*) | | 0:01::04 – 1::05 | 6:25::37 – 6:25::38 |
| Deputy Mangrum, "Folks, y'all move back please." | | 0:01::06 – 1::07 | 6:25::39 – 6:25::40 |
| T. Docher, "(*shallow gasping breath sounds heard, and no more words heard*)" | | 0:01::07 – 0:01::18 | 6:25::39 – 6:25::51 |
| White pick-up truck drives by T. Docher | 6:28::51 | 0:01::18 | 6:25::51 |
| (Eye witness cell phone video ends) | | 0:01::18 | 6:25::51 |
| T. Docher not resisting, then appears in recovery positon, with Deputies moving away & walking around | | | 6:25::51 – 6:28:49 |

**Key:**
[A] CVS Pharmacy Surveillance Video (#4) Recorded **Actual Time** (hr:min::secs), PM [23]
[B] Cell-Phone Video **Elapsed Time** (video duration 1 minute, 18 seconds, as 0:01::18) [1]
[C] **Calculated Actual Time** combining CVS Actual Times & Cell-Phone Elapsed Times

**Saved by Grace Ministry, Inc., A Faith Based Organization** *Telling, Caring and Helping*
**(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com**
**Website: www.PhysicianHouseCalls.org**

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Thirty Five

### <u>AFFIDAVIT OF JOHN A. STERBA, M.D., Ph.D., FACEP</u>

STATE OF NEW YORK    )

                                 ) SS:

ERIE COUNTY               )

**BEFORE ME**, the undersigned authority, personally appeared JOHN A. STERBA, M.D., Ph.D., FACEP, FACFEI, who, after being duly sworn, deposes and states as follows:

1.  I have authored the attached the **CONFIDENTIAL Report of May 22, 2017 with Attached Addendum of July 25, 2017: Emergency Medicine, Cardio-Pulmonary Physiology and Forensic Summary of Injuries with Causation Sustained by Tavares L. Docher on May 11, 2014**.

Saved by Grace Ministry, Inc., A Faith Based Organization *Telling, Caring and Helping*
(716) 655-6854 (o, Fax), Email: <u>PhysicianHouseCalls@roadrunner.com</u>
Website: <u>www.PhysicianHouseCalls.org</u>

**Saved by Grace Ministry, Inc.**
226 Center Road
East Aurora, NY 14052-2233   USA

Page Thirty Six

**FURTHER AFFIANT SAYETH NAUGHT.**

_JOHN A. STERBA_, MD, PHD, FACEP, FACFEI

JOHN A. STERBA, M.D., Ph.D., FACEP, FACFEI

**SWORN TO AND SUBSCRIBED** that the foregoing instrument was acknowledged

before me this 27 day of _____ July ~~June, 2007,~~ by John A.

Sterba, M.D., Ph.D., FACEP, FACFEI who is personally known  X  or who has

produced identification_____ . Type of Identification Produced:

_____.

NOTARY PUBLIC, State of

New York at Large

WENDY J NICHOLS

PRINT

WENDY J. NICHOLS
Lic. #01-N16165909
Notary Public-State of New York
Qualified in ERIE COUNTY
My Commission Expires 5/14/19

My commission expires: 5/14/19

**Saved by Grace Ministry, Inc.**, A Faith Based Organization _Telling, Caring and Helping_
(716) 655-6854 (o, Fax), Email: PhysicianHouseCalls@roadrunner.com
Website: www.PhysicianHouseCalls.org