# AFFIDAVIT

STATE OF NEW YORK        )
                         ) ss
COUNTY OF ___Erie___     )

BEFORE ME, the undersigned authority, personally appeared, John A. Sterba, M.D., Ph.D., FACEP, FACFEI, who being first duly sworn, deposes and says:

1. I am a licensed clinical physician who specializes in emergency medicine.

2. I have extensive education, training, and experience in the pharmacokinetic and pharmacodynamic properties of benzodiazepines, including lorazepam (Ativan), as such knowledge is necessary to the administration of such drugs to patients in emergency medical and trauma settings by emergency physicians.

3. I have over ten (10) years of experience working regularly with emergency medical personnel, including paramedics, in emergency medical and trauma settings. Such experience includes the education and training in the proper use of benzodiazepines as a sedative.

4. In my over twenty-five (25) years of experience as an emergency physician, I have personally administered Ativan and other benzodiazepines to patients in both hospital and out-of-hospital emergency environments and have resuscitated patients who have suffered cardio-pulmonary arrest as a result of benzodiazepines in their system.

5. I have read Plaintiff's Responses to Defendants Motions to Exclude my opinions. It accurately sets forth aspects of my background, experience, and qualifications to render expert opinions in this case.

FURTHER AFFIANT SAYETH NOT.

_____
John A. Sterba, M.D., Ph.D., FACEP, FACFEI

EX F

Docher, Tavares vs. St. Lucie County Sheriff's Office
Affidavit
Case No.: 562016CA001430(OC)

The foregoing instrument was acknowledged before me this 26 day of Oct, 2017, by John A. Sterba, M.D., Ph.D., FACEP, FACFEI who is personally known to me or who has produced NY Lic as identification and who did/did not take an oath.

DONNA J. SCHOFIELD
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN WYOMING
LIC. #01SC6024747
COMM. EXP. 5.12.2019

Donna J Sh ff
Notary Signature
Donna J. Schofield
Notary name - print

NOTARY PUBLIC, State of New York
01SC6024747
(Serial number, if any)

2