UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  16-14413-Civ-ROSENBERG/MAYNARD

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

       Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as SHERIFF of
ST. LUCIE COUNTY, Florida,
JOSE ROSARIO, individually, and the
ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

       Defendants.
_____/

**PLAINTIFF, TAVARES DOCHER'S NOTICE OF FILING EXHIBITS IN SUPPORT OF PLAINTIFF'S STATEMENTS' OF MATERIAL FACTS [DE 131, 132, 133]**

    **COMES NOW** the Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, and hereby services filing exhibits in support of Plaintiff's statements of material facts [DE 131, 132, 133], and in support thereof, submits the following:

    1.    In the early hours of October 27, 2017, Plaintiff filed his responses to the Defendants motions for summary judgment and statements of material fact.

    2.    Throughout the day on October 26, 2017, the undersigned repeatedly attempted to file Plaintiff's statements of material facts with attached exhibits, exactly as directed in DE 11, p. 11. The attempts failed (probably due to issues with Comcast) notwithstanding the fact that the exhibits

did not exceed the data limitations for CM-ECF. (Screenshots of the attempts were taken and saved)

    3.    Plaintiff seeks to file the following exhibits, which will be submitted via CM-ECF in several parts:

Exhibit A - Incident Reports

Exhibit B - Security videotape of CVS cash register (to be conventionally filed)

Exhibit C - Deposition of Clayton Mangrum

Exhibit D - Deposition of Hardyal Bhagdus

Exhibit E - Affidavit of Leah Nicole Boles

Exhibit F - Cell phone videotape location # 1 (to be conventionally filed)

Exhibit G - Deposition of Calvin Robinson

Exhibit H - Deposition of Merine Kanhai

Exhibit I - Security videotape of CVS parking lot (to be conventionally filed)

Exhibit J - Deposition of Jose Rosario

Exhibit K - Deposition of Christopher Newman

Exhibit L - Deposition of Mel Tucker

Exhibit M - Cell phone videotape location # 2 (to be conventionally filed)

Exhibit N- Deposition of John Sterba, M.D. (Vol. 1)

Exhibit N- Deposition of John Sterba, M.D. (Vol. 2)

Exhibit O - Deposition of Ariana Kanhai

Exhibit P - Deposition of Affidavit of Shannon-Marie Denise Randolph

Exhibit Q - Deposition of Wade Courtemanche

Exhibit R - Deposition of Thomas Sinclair

Exhibit S - Deposition of Fire District pursuant to Fed. R. Civ. P. 30(b)6

Exhibit T - Deposition of Joe R. Anderson (Vol. 1)

Exhibit T - Deposition of Joe R. Anderson (Vol. 2)

Exhibit U - Deposition of Brian G. McAlary, M.D.

4. The following exhibits are attached hereto for filing:

Exhibit A - Incident Reports

Exhibit B - Security videotape of CVS cash register (to be conventionally filed)

Exhibit C - Deposition of Clayton Mangrum

Exhibit D - Deposition of Hardyal Bhagdus

Exhibit E - Affidavit of Leah Nicole Boles

Exhibit F - Cell phone videotape location # 1 (to be conventionally filed)

**DATED** this   26th   day of October, 2017.

/s/ DARRYL L. LEWIS
DARRYL L. LEWIS
Florida Bar No.: 818021
Attorney E-Mail(s): dll@searcylaw.com and
axs@searcylaw.com
Primary E-Mail:  lewisteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9485
Attorney for Plaintiff(s)

By:  *s/. Hugh L. Koerner*
Hugh L. Koerner
Florida Bar No.: 716952
Email: hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
Sheridan Executive Centre
3475 Sheridan Street, Suite 208
Hollywood, FL 33021
Telephone:  (954) 522-1235
Facsimile:   (954) 522-1176
*Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**
**Case No.: 16-14413-Civ-ROSENBERG/MAYNARD**

I HEREBY CERTIFY that this __26th__ day of October, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _s/. Hugh L. Koerner_
Hugh L. Koerner

**Service List**

Summer M. Barranco, Esquire
summer@purdylaw.com; melissa@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL 33304
Phone: (954)-462-3200
Fax: (954)-462-3861
*Attorneys for Christopher Newman, individually, Claylan Mangrum, individually, Calvin Robinson, individually, Wade Courtemanche, individually, Ken J. Mascara, as Sheriff of St. Lucie County, Florida*

Benjamin W. Newman, Esquire
Ben.Newman@wilsonelser.com; Leah.Rover@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N Orange Avenue, Suite 1200
Orlando, FL 32801
Phone: (407) 203-7592
Fax: (407) 648-1376
*Attorneys for Jose Rosario, individually, and the St. Lucie County Fire District, an independent special district*