# EXHIBIT B -

**TO BE CONVENTIONALLY FILED**

Exhibit B - Security videotape of CVS cash register