```
                              U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF
                              FLORIDA

                              CASE NO.: 2:16cv14413

TAVARES DOCHER, by and              )
through JANICE DOCHER-NEELEY,       )
his mother and legal guardian,      )
                                    )
            Plaintiff(s)             )
vs.                                 )
                                    )
CHRISTOPHER NEWMAN,                 )
individually; CLAYLAN MANGRUM,      )
individually; CALVIN ROBINSON,      )
individually; WADE                  )
COURTEMANCHE, individually;         )
KEN J. MASCARA, as SHERIFF of       )
ST. LUCIE COUNTY, Florida;          )
JOSE ROSARIO, individually,         )
and the ST. LUCIE COUNTY FIRE       )
DISTRICT, an independent            )
special district,                   )
                                    )
            Defendant(s).            )
_____)
```

DEPOSITION OF HARDYAL BHAGUDAS

| | |
|---|---|
| DATE: | June 6, 2017 |
| TIME: | 2:52 p.m. |
| PLACE: | 201 S.W. Port St. Lucie Blvd., #108<br>Port St. Lucie, Florida |
| TAKEN BY: | Defendant |
| REPORTER: | MARCELLA R. SAMSON, Notary<br>Public of State of Florida, at Large |

APPEARANCES:

FOR PLAINTIFF:    SEARCY, DENNEY, SCAROLA
                  BARNHART & SHIPLEY, P.A.
                  2139 Palm Beach Lakes Blvd.
                  West Palm Beach, Florida  33409
                  BY: Adam S. Hecht, Esquire

FOR SHERIFF       PURDY, JOLLY, GIUFFREDA & BARRANCO
DEFENDANTS:       2455 E. Sunrise Boulevard, #1216
                  Fort Lauderdale, Florida 33304
                  BY: Gregory J. Jolly, Esquire

FOR SLC FIRE:    WILSON ELSER
                 111 North Orange Avenue, #1200
                 Orlando, Florida 32801
                 BY: Julie A. Tyk, Esquire

I N D E X

EXAMINATION                                      PAGE
DIRECT EXAMINATION By Mr. Jolly .................5
CROSS-EXAMINATION By Ms. Tyk ...................19
CROSS-EXAMINATION By Mr. Hecht .................20

CERTIFICATES
CERTIFICATE OF OATH ...........................39
CERTIFICATE OF REPORTER .......................40

Page 4

P R O C E D I N G S

MR. HECHT: At 10 a.m. this morning I appeared at 201 Southwest Port St. Lucie Boulevard, Suite 08 (sic), Port St. Lucie, Florida to take the deposition -- so I appeared at the depositions that were set by Defense counsel to take the deposition of Samantha Gilewski, Paramedic Thomas Sinclair, Mark Anthony Brown and Hardyal Bhagudas. When I arrived, I was informed by Defense counsel for the Fire District, Julie Tyk, that Paramedic Thomas Sinclair was not going to appear for the deposition, which was noticed for sometime now by the Sheriff's Office. During the deposition of Samantha Gilewski, which was set for 10 a.m, Paramedic Thomas Sinclair appeared and was also joined by the general counsel for the St. Lucie County Fire District, Kim -- I'm unaware of Kim's last name. I was prepared today to take the deposition of Paramedic Thomas Sinclair. For unknown reasons, I was told by Defense counsel Julie Tyk that his deposition would need to be reset, even though he appeared and the general counsel for the Fire District appeared.

MR. JOLLY: This is counsel for the Sheriff.

Page 5

Counsel for the Sheriff noticed the deposition and we decided to cancel the deposition. It was not cross noticed and will be rescheduled.

MS. TYK: This is Julie Tyk, on behalf of the Fire District. The deposition of Thomas Sinclair will be produced -- he will be produced for deposition prior to discovery cutoff on June 30, 2017.

(Thereupon, we had to wait, for a phone hearing with the judge, to begin deposition.)

AND THEREUPON,

HARDYAL BHAGUDAS,

called as a witness on behalf of the Defendant herein, after having been first duly sworn, was examined and testified as follows:

THE WITNESS: Yes.

DIRECT EXAMINATION

BY MR. JOLLY:

Q   Can you state your name, please, for the record.
A   It's Hardyal Bhagudas.
Q   Could you spell that, your last name?
A   B-H-A-G-U-D-A-S.
Q   Mr. Bhagudas, I introduced myself to you outside. My name is Greg Jolly and I represent the St. Lucie County Sheriff and some of his deputies in a lawsuit that was

```
                                                    Page 6
 1   filed by Mr. Docher.  Mr. Docher is represented by
 2   Mr. Heck, who you met earlier; and this is Miss --
 3        MS. TYK:  Tyk.
 4   BY MR. JOLLY:
 5     Q    -- Tyk.  She represents another Defendant.
 6          Have you ever been deposed before?
 7     A    A long time ago back in New York.
 8     Q    New York.  And what was that case about?
 9     A    It was job related.
10     Q    Job related, okay.  Were you --
11     A    Retail.
12     Q    Were you the plaintiff or the defendant in the
13   lawsuit?
14     A    I think that would be defendant.
15     Q    Okay.
16     A    It was a company, I had to give a statement --
17   like written like what we did at CVS.
18     Q    Okay.  I'll go through some of the ground rules
19   for you anyways for the deposition.  Everything you say is
20   being taken by down by the reporter here.  So we need you
21   all your answers to be verbal.
22     A    Okay.
23     Q    And I may remind you, if you shake your head yes
24   or shake your head no.  I know that's natural, but we just
25   need all verbal answers.
```

```
                                                    Page 7
 1     A    Correct.
 2     Q    Okay.  If you don't understand any of my
 3   questions, please let me know and I'll repeat a question or
 4   I'll try to clarify it.  Otherwise, I'm going to assume
 5   that you understood the question.  Okay?
 6     A    Sure.
 7     Q    Okay.  Do you know why you're here today?  Do you
 8   know what this is about?
 9     A    If I can remember, yes, the incident that
10   happened at the location I used to be the manager for at
11   CVS.
12     Q    Okay.  So you were a manager at CVS?
13     A    Yes.
14     Q    Were you a manager at that CVS on May 11, 2014?
15     A    Yeah, 2014, yes.
16     Q    Okay.  Does that date, when I say, have any
17   meaning to you?
18     A    I only remember it when the guy ring my doorbell.
19     Q    Okay.  What do you remember about that day, if
20   anything?
21     A    The individual came in the store, approach our
22   cashier and then she called to the front because he had a
23   screwdriver.
24     Q    I'm going to stop you and we'll kinda take it bit
25   by bit.
```

```
                                                    Page 8
 1          Do you remember what time you came in to work
 2   that day?
 3     A    I opened.  I think it was a Sunday.  Was it
 4   Sunday?
 5     Q    I don't know.
 6     A    Yeah.
 7     Q    I think it was.
 8     A    I think it was a Sunday.  I opened.  Depending on
 9   the time, I'm not sure.
10     Q    Okay.  At some point, one of the cashiers said
11   there was a person with a screwdriver; is that what you
12   testified to?
13     A    No.  They called to the front, yes.
14     Q    Okay.
15     A    Somebody was asking for the phone in that --
16     Q    What did the cashier say?
17     A    If I can remember, she paged to the front.
18     Q    What does that mean?
19     A    Call a manager to the front or something like
20   that, if I can remember.  So I came up.
21     Q    Page to the front means I need a supervisor to
22   come to the front?
23     A    Yeah, that's our understanding.  When they call,
24   we come up.
25     Q    Okay.  And did you go to the front of the store?
```

```
                                                    Page 9
 1     A    Yes.
 2     Q    Okay.  What happened when you went to the front
 3   of the store?
 4     A    There was an individual there asking to use the
 5   phone.
 6     Q    Okay.  What did this individual look like?
 7     A    African-American, slim.
 8     Q    Did you later -- Did you ever find out that this
 9   person was named Tavares Docher?
10     A    Yeah.
11     Q    Okay.  So if I refer to him as Mr. Docher, you
12   understand I'm talking about the person who was at the
13   front of the store.
14     A    Yes.
15     Q    Okay.  What did you observe about Mr. Docher when
16   you first came in contact with him?
17     A    When I came up he wasn't acting like a normal
18   customer.
19     Q    What do you mean by that?
20     A    Normal customer wouldn't be like, you know, back
21   and forth or causing a scene.
22     Q    Can you elaborate on that a little bit:  Causing
23   a scene?
24     A    Another sense, if you come up to the register, I
25   would say you would be in a line, if there is a lane, with
```

Page 10

1  no commotion, but when I come up there, it was like a
2  commotion.
3      Q   Okay. Do you remember if he was saying anything?
4      A   I don't remember exactly, but I know for sure he
5  was asking for the phone, to use the phone.
6      Q   Okay. But you don't remember what he was saying?
7      A   No. It's --
8      Q   Okay. Were you -- Did Mr. Docher use the phone?
9      A   Yeah. I think the cashier give him across the
10 counter.
11     Q   Okay. Were you -- Did you witness Mr. Docher
12 using the phone?
13     A   Yeah.
14     Q   And you don't remember anything he was saying
15 when he was on the phone?
16     A   No. That's three years ago, sir.
17     Q   I understand. And that's another thing I should
18 tell you, too. We don't want you to guess. So if you
19 don't remember, that's an acceptable answer.
20     A   Right.
21     Q   You mentioned something earlier about a
22 screwdriver.
23         What do you remember about a screwdriver?
24     A   Yeah. We -- I had a work cart. We have like a
25 four-wheel cart and I came up with it. And, during that

Page 11

1  time of asking for the phone and coming to the office door
2  and the closest register, he was going to put it on the
3  cart. So I tell him no, he can't put it on the cart,
4  that's his. And after then, he used phone. That's when I
5  know he had the screwdriver.
6      Q   When you told him not to leave the screwdriver,
7  did he take it?
8      A   Yeah.
9      Q   What did he do with it after that, the
10 screwdriver?
11     A   I think he had it in his hand.
12     Q   Okay. What happened after you told him to pick
13 up the screwdriver?
14     A   He took it.
15     Q   And then what happened?
16     A   I'm not sure if he used the phone after that or
17 before that.
18     Q   Okay.
19     A   But he was in front of the store.
20     Q   Okay.
21     A   And then the officers came and he walked out,
22 normal.
23     Q   Okay. Where was he when the officers came, if
24 you remember?
25     A   We have like an elevated concrete to the outside

Page 12

1  and then to the parking lot. I think he was up there by
2  the door, outside.
3      Q   Where were you when the officers came?
4      A   By that entrance area.
5      Q   Okay. Were you outside?
6      A   I'm not sure if I was out the door, but I could
7  see him out there and the cop car was on the side.
8      Q   Okay. Do you know if Mr. Docher spoke with the
9  law enforcement officers?
10     A   Yes.
11     Q   Okay. Were you able to hear their conversation
12 at all?
13     A   No.
14     Q   What was Mr. Docher's demeanor when he was
15 speaking with law enforcement when they first arrived?
16     A   I can clearly remember we have, like, three or
17 four parking in the front of store where the car would be
18 basing toward the wall and that's a drive path. Then you
19 have a divider with palm trees and then the other parking
20 to the side. The officer park in the drive path and they
21 were talking casually by the door. Like the door was open
22 and he was talking and the officer was there.
23     Q   Did you ever go outside to speak with the
24 officers?
25     A   Yes, I did.

Page 13

1      Q   Why did you go outside to speak with the
2  officers?
3      A   Because they were, like, having a very casual
4  conversation, no, like, altercation or whatever you may
5  think. But I know he had the screwdriver. And there was
6  one officer all the way on the other side of the parking
7  lot. So I walk up to that officer and tell him, and then I
8  come back in the store.
9      Q   Okay. And why was it that you went outside to
10 tell the deputies that Mr. Docher had a screwdriver?
11     A   Because the way they were having a conversation,
12 it was like casual, like nothing happened. So I don't
13 know, I thought it would be the best interest for me to let
14 him know he had a screwdriver.
15     Q   Were you concerned for their safety, the
16 deputies' safety?
17     A   At that time, I thought it was my responsibility
18 to tell them. I don't know about the safety part.
19     Q   Okay. Why did you feel like it was your
20 responsibility to tell them?
21     A   Because the way they were standing and the way
22 the car was.
23     Q   Okay. At least in your mind they didn't know
24 that he had a screwdriver?
25     A   I would assume that the way he was talking to

Page 14

1  them, he didn't know he had a screwdriver.
2     Q   Okay. So what happened after you informed the
3  deputies that Mr. Docher had a screwdriver?
4     A   I just came back inside. I thought that would be
5  the end of it, until everybody was like there's a commotion
6  outside.
7     Q   Okay. So after you learned there was a commotion
8  outside, what did you do?
9     A   We went out there and it was all done so fast.
10    Q   What was done so fast?
11    A   He was on the ground.
12    Q   Okay. Did you observe the deputies attempt to
13 put Mr. Docher in handcuffs?
14    A   No, I don't think I saw that.
15    Q   Okay. When you went outside was Mr. Docher
16 already on the ground?
17    A   I saw him on the ground, yeah.
18    Q   Okay. But he was already on the ground when you
19 saw him, you didn't see him being taken to the ground?
20    A   No.
21    Q   Okay. What was Mr. Docher doing when he was on
22 the ground?
23    A   He was just lying there.
24    Q   Okay. What was his -- Were his legs flailing,
25 was he fighting?

Page 15

1     A   I don't know.
2     Q   Okay. You don't know?
3     A   No.
4     Q   Do you remember if Mr. Docher was saying anything
5  when he was on the ground?
6     A   No.
7     Q   Do you remember if the deputies were saying
8  anything when Mr. Docher was on the ground?
9     A   No.
10    Q   How close were you to Mr. Docher, approximately,
11 when he was on the ground?
12    A   I don't know the distance from the door to the
13 second parking space. Probably 25, 30 feet or more.
14    Q   Okay. Did you observe Fire Rescue or paramedics
15 come to the store at any point?
16    A   Yeah, there was everybody there from the
17 neighbor, believe me.
18    Q   But specifically I'm asking if you saw any fire
19 paramedics?
20    A   A fire truck was there.
21    Q   Did you see the fire truck come or was it already
22 there when you went outside?
23    A   No. I think it was there already.
24    Q   And did you observe any paramedic personnel
25 attending to Mr. Docher at all?

Page 16

1     A   I'm not sure. There was so much (sic) people
2  there.
3     Q   Okay. Do you remember if you were interviewed by
4  any law enforcement personnel after the incident?
5     A   Yeah.
6     Q   Okay. Do you know if that conversation was
7  recorded?
8     A   I'm not sure if it was recorded, but that
9  nighttime, it was handwritten. I'm not sure if it was
10 recorded, but I think there's one time somebody came and it
11 was recorded, I think.
12    Q   Okay.
13    A   It was a different person that came to the store.
14    Q   A different person. Was this person with the
15 St. Lucie County Sheriff's office?
16    A   I'm not sure.
17    Q   Okay. Did you provide a statement to law
18 enforcement?
19    A   Yeah.
20    Q   Okay. Did you tell the truth in your statement?
21    A   Yep.
22    Q   Did anyone tell you what to say when you provided
23 the statement?
24    A   No.
25    Q   Do you know anyone with the St. Lucie County

Page 17

1  Sheriff's Office?
2     A   No.
3     Q   Okay. Any family in law enforcement?
4     A   No.
5     Q   Any friends in law enforcement?
6     A   No.
7     Q   When Mr. Docher was speaking with the cashier,
8  how close were you to him?
9     A   That would be from -- I would say the register
10 would probably be at the end there by that wall and the
11 office area would probably be around here. That distance
12 from here to there.
13    Q   Probably 15 feet?
14    A   Probably 15, 20.
15    Q   Okay. What was the closest -- was that the
16 closest you ever got to Mr. Docher?
17    A   No. The closest I got to him was probably like
18 this.
19    Q   Could you smell any alcohol on Mr. Docher?
20    A   No.
21    Q   Was Mr. Docher slurring his words?
22    A   I would say a little bit, because he wasn't,
23 like, normal.
24    Q   Okay.
25    A   Normal in a sense, like, me looking at you,

5 (Pages 14 to 17)

Page 18

1  talking to you.
2      Q   How was his speech, was he talking fast, was he
3  talking slow?
4      A   I would say a little slow.
5      Q   Okay. Do you remember -- I know you said that
6  someone interviewed you after the incident.
7          Do you remember when that statement was provided,
8  was it a day after the incident, was it the same night as
9  the incident?
10         I'm just trying to get an idea of when you
11 provided that statement.
12     A   I think it was the night was from the police
13 department. I'm not sure how long afterwards another
14 individual came.
15     Q   So the incident was fresh in your mind when you
16 gave the statement?
17     A   Yeah.
18     Q   Certainly fresher than now?
19     A   Oh, gee, yeah. You know, this thing, too, there
20 was a video recording. Our system had video.
21     Q   Did you look at the video after the incident?
22     A   Yeah, because I had to copy it.
23     Q   Okay. Copy it for who, the Sheriff?
24     A   Yeah.
25     Q   Have you ever met me before?

Page 19

1      A   No.
2      Q   Okay. Have you ever spoken with anybody from any
3  office?
4      A   No.
5      Q   Okay. Have you ever spoken to any attorneys
6  about this case?
7      A   Only on the phone calls today.
8      Q   Today. Actually, I think -- oh, no, it was
9  Mr. Hecht, I think, who spoke with you.
10     A   Yeah today. And then somebody called from the
11 other office for a time to come earlier.
12     Q   I think that was my office.
13     A   Your office?
14         MR. JOLLY: Yeah. I know. I understand a
15 lot of people calling you. I don't have any more
16 questions at this time. I think some of the
17 other lawyers might have questions for you, but I
18 thank you for coming and I appreciate your
19 patience.
20         THE WITNESS: Okay.
21             CROSS-EXAMINATION
22 BY MS. TYK:
23     Q   Good afternoon. My name is Julie Tyk. I
24 represent the Fire District and Jose Rosario.
25         Do you know Mr. Rosario?

Page 20

1      A   No.
2      Q   Do you know anyone who works with St. Lucie
3  County Fire District?
4      A   No.
5      Q   You mentioned that you were outside of the store
6  and recall seeing a fire truck or ambulance --
7      A   Yes.
8      Q   -- at the scene?
9          Did you ever see Mr. Docher be taken into that
10 ambulance?
11     A   I don't remember if they take him to the
12 ambulance or how that ended.
13     Q   Okay.
14     A   Yeah.
15     Q   Did you speak to anyone with the Fire District on
16 May 11, 2014?
17     A   No. It was only the Sheriff's Department.
18         MS. TYK: That's all the questions I have.
19             CROSS-EXAMINATION
20 BY MR. HECHT:
21     Q   Mr. Bhagudas, I'm Adam Hecht. I represent
22 Tavares Docher.
23         Currently where do you work?
24     A   I work at Dollar Tree Store.
25     Q   What's it called?

Page 21

1      A   Dollar Tree.
2      Q   And what's the location of that?
3      A   That's in 3848 US1.
4      Q   What's your position there?
5      A   I'm the assistant manager.
6      Q   Why is it that you left CVS?
7      A   It's a personal choice.
8      Q   When did you leave CVS?
9      A   2015.
10     Q   On May 11, 2014 you were the manager of CVS?
11     A   Two thousand -- Yes.
12     Q   How long were you the manager there for?
13     A   At that location, probably five, six years.
14     Q   Is the first time that you ever came in contact
15 with Tavares Docher when Mark Brown was handing Tavares
16 Docher the phone to call 9-1-1?
17         MS. TYK: Object to form.
18         MR. JOLLY: Join.
19         THE WITNESS: The first time I saw him,
20 yeah.
21 BY MR. HECHT:
22     Q   And would you say that when you saw Tavares
23 Docher, at the time that he was on the phone with 9-1-1,
24 that he appeared scared?
25         MS. TYK: Object to form.


Page 22

```
 1         MR. JOLLY:  Join.
 2         THE WITNESS:  I think he was scared for some
 3     reason, something, you know, in that sense.
 4     That's one reason why we had to give him the
 5     phone, too, that's like not refusing to give the
 6     phone for 9-1-1.
 7  BY MR. HECHT:
 8     Q   Did it appear to you that Tavares Docher was in
 9  fear of something?
10         MS. TYK:  Object to form.
11         MR. JOLLY:  Join.
12         THE WITNESS:  Yes.
13  BY MR. HECHT:
14     Q   Was Tavares Docher, when he was on the phone with
15  9-1-1, calm or excited?
16         MR. JOLLY:  Form.
17         MS. TYK:  Join.
18         THE WITNESS:  I would say excited, in my
19     opinion.
20  BY MR. HECHT:
21     Q   And after Tavares Docher was speaking to 9-1-1,
22  is it correct that you took Mr. Docher over to where your
23  office was?
24     A   Yeah, on the side.
25     Q   What was the purpose for you taking him to where
```

Page 23

```
 1  your office was?
 2     A   Just to keep everything calm and controlled.
 3     Q   And when you asked Mr. Docher to walk with you to
 4  where your office was, did he comply?
 5     A   Yes.
 6     Q   And, at that point when you were outside of your
 7  office with Tavares Docher, was he calm or excited?
 8         MR. JOLLY:  Form.
 9         MS. TYK:  Join.
10         THE WITNESS:  He was calm, because I stay
11     right there.  Otherwise, you know, I would have
12     moved away or something, but I stayed with him
13     until he walked outside and the officers came.
14  BY MR. HECHT:
15     Q   At what point did you see that Tavares was
16  holding a screwdriver?
17     A   When I came to the front.
18     Q   Is that when you walked with him over to your
19  office?
20     A   Yeah, because the cart was there and he was going
21  to put it.
22     Q   Were you ever in fear that he was going to hurt
23  you with that screwdriver?
24     A   No.
25     Q   And he put the screwdriver down and then you told
```

Page 24

```
 1  him to pick it back up, correct?
 2     A   Yeah.
 3     Q   When he picked it back up, do you know if he put
 4  it in his pocket?
 5     A   I'm not sure if he put it in his pocket or he
 6  still had it in his hand.
 7     Q   You're just not sure?
 8     A   No, I'm not sure if he put it in his pocket or
 9  his hand, yeah.
10     Q   And then after he took the screwdriver, did he
11  walk outside or, at some point, did he go and purchase a
12  cigar or some cigarettes?
13         MR. JOLLY:  Form.
14         MS. TYK:  Join.
15         THE WITNESS:  I think between that time
16     frame, he buy a cigar and then after that, he
17     went outside.  Yeah, I think he bought his cigar
18     and then went outside.  When the officer car pull
19     up, he just walked outside.
20  BY MR. HECHT:
21     Q   All right.  So is it correct that after standing
22  outside of your office and you telling him to pick up the
23  screwdriver that he then walked over to the cashier to
24  purchase a cigar?
25     A   Yes.
```

Page 25

```
 1     Q   And do you recall did he wait in line to purchase
 2  a cigar?
 3     A   I'm not sure, because, at that time, it was all
 4  cleared up in the front, you know.
 5     Q   When he went to go purchase the cigar, was he
 6  acting calm or excited or angry?
 7         MS. TYK:  Object to form.
 8         MR. JOLLY:  Join.
 9         THE WITNESS:  I don't remember being angry
10     at that time, no.
11  BY MR. HECHT:
12     Q   Was he calm when he was purchasing the cigar?
13         MR. JOLLY:  Form.
14         MS. TYK:  Join.
15         THE WITNESS:  I'm not sure, you know, the
16     reaction, but I was still up front.
17  BY MR. HECHT:
18     Q   Were you concerned for anyone's safety when
19  Mr. Docher was purchasing the cigar?
20     A   No.  At that time, I was up front when I saw him
21  came up and just act normal like a regular customer.
22     Q   Then after purchasing the cigar, is that when
23  Mr. Docher exited the store?
24     A   Yeah.
25     Q   Did you see where he went when he exited the
```

Page 26

1  store?
2  A  Yeah, he goes straight out. As I said, there is
3  an elevated concrete platform down to the parking and he
4  was out there. He walked straight out, calm as ever.
5  Q  Did he sit down or did he stay standing?
6  A  He stand. I didn't see him sit down anytime.
7  Q  And when he was outside, was he acting calm or
8  was he acting excited?
9  MR. JOLLY: Form.
10  THE WITNESS: I would say calm.
11  MS. TYK: Join.
12  BY MR. HECHT:
13  Q  And did you see a police car pull up?
14  A  Yeah.
15  Q  You saw the first police car pull up?
16  MR. JOLLY: Form.
17  THE WITNESS: Yeah, the one that was in our
18  driveway across from the --
19  BY MR. HECHT:
20  Q  Do you remember how many police officers were in
21  that car?
22  A  I'm not sure.
23  Q  Do you remember what Tavares Docher did when that
24  initial police car pulled up?
25  A  He walked towards the car.

Page 27

1  Q  Do you recall if when Tavares Docher was walking
2  toward the police car, if he was carrying a screwdriver in
3  his hand?
4  A  I don't know if he had it in his hand.
5  Q  You said that at some point you exited the store
6  and you told one of the officers that Tavares Docher had a
7  screwdriver, correct?
8  A  Yes.
9  Q  Did you see Tavares Docher holding a screwdriver
10  in his hand when you told that to the officers?
11  MR. JOLLY: Form.
12  THE WITNESS: No.
13  BY MR. HECHT:
14  Q  Was the screwdriver in Tavares Docher's pocket
15  when you told that to the officer?
16  A  I don't --
17  MR. JOLLY: Form.
18  THE WITNESS: -- know if he had it in his
19  pocket.
20  BY MR. HECHT:
21  Q  When the officers exited their vehicle, did they
22  seem concerned at all for their safety?
23  MR. JOLLY: Form.
24  MS. TYK: Join.
25  THE WITNESS: I wasn't able to -- I wouldn't

Page 28

1  know if that's concern, because what I observed
2  he was just a casual conversation with one in the
3  car and he was on this side; and then I probably
4  realized, to me personally, that he don't know he
5  have a screwdriver.
6  BY MR. HECHT:
7  Q  So here's what I'm getting at, if the police are
8  coming to the CVS because there's someone who is acting
9  irrational --
10  A  Right.
11  Q  -- and then is walking towards them with a
12  screwdriver in their hand, I would imagine, as I'm sure you
13  would, that the police would react a certain way.
14  Do you agree with that?
15  MR. JOLLY: Form.
16  THE WITNESS: Yes.
17  MS. TYK: Join.
18  BY MR. HECHT:
19  Q  So my question for you is, is when Tavares Docher
20  was walking toward the police officers, if I hear you
21  correctly, it did not appear to you that the officers were
22  concerned that Tavares Docher was holding any sort of
23  weapon in his hand, correct?
24  MR. JOLLY: Form.
25  MS. TYK: Join.

Page 29

1  THE WITNESS: No.
2  BY MR. HECHT:
3  Q  The police officers didn't exit their car with
4  their guns drawn on Tavares Docher, correct?
5  A  No.
6  MR. JOLLY: Form.
7  MS. TYK: Join.
8  BY MR. HECHT:
9  Q  When the police officers exit their vehicles, did
10  they stand behind their doors or did they exit and then
11  immediately walk towards Tavares Docher?
12  MR. JOLLY: Form.
13  MS. TYK: Join.
14  THE WITNESS: Last what I saw I can remember
15  clearly that when the car pulled up, this is the
16  car. They pull up --
17  BY MR. HECHT:
18  Q  Let me just stop you there, because we're not
19  going to know what you're saying --
20  A  Okay.
21  Q  -- because everything is going written down. So,
22  as best as you can, just describe what happened when the
23  police exited their car.
24  A  Well, I saw one officer was on the outside of the
25  parking lot and one was in the car by the door. He walked

8 (Pages 26 to 29)

Page 30

1    towards the car. So I would say that he was in front of
2    the door and one was behind the door. When I walked past
3    and I told the other officer that he had a screwdriver with
4    him in the store and I tell him to take it back, I come
5    back in the store; I walk away without -- Everything was
6    normal, no commotion, nobody was fussing or whatever.
7         Q   From what you saw when the officers pulled up on
8    the scene, did it appear to you that they identified
9    Tavares Docher as someone that was carrying a weapon?
10            MR. JOLLY: Form.
11            MS. TYK: Join.
12            THE WITNESS: I don't know.
13   BY MR. HECHT:
14        Q   Did they yell at Tavares Docher to drop anything?
15        A   I don't know.
16        Q   Did they yell at Tavares Docher to lay down on
17   the ground?
18        A   I don't know.
19        Q   Okay. Are you saying you don't know, 'cause you
20   don't know or are you saying you don't know because you
21   don't remember?
22            MR. JOLLY: Form.
23            MS. TYK: Join.
24            THE WITNESS: I don't know. I don't
25   remember.

Page 31

1    BY MR. HECHT:
2         Q   And that's okay?
3         A   Yeah.
4         Q   But it's your testimony that as Tavares Docher
5    approached the police officers, he seemed calm?
6         A   Yes.
7         Q   Did you ever see a second police vehicle pull up
8    on scene shortly after the first vehicle?
9         A   I'm not sure if there was a second, but there was
10   a lot of people when I came back out to notice what was
11   going on.
12        Q   And did you watch the two police officers that
13   initially arrived speak to Tavares Docher?
14        A   One, I saw one. As I said, I saw one was talking
15   to him. I walked to the other side to the other officer
16   and then came back in. And when I went back out, it was
17   all done.
18        Q   When you saw Tavares speaking with the officer,
19   did there seem to be any sort of physical struggle going
20   on?
21        A   No.
22        Q   Was it just a normal conversation between Tavares
23   and the officer?
24            MR. JOLLY: Form.
25            THE WITNESS: I would assume so.

Page 32

1    BY MR. HECHT:
2         Q   Well, I don't want you to assume. I want to know
3    what you remember.
4         A   I remember it as normal.
5         Q   They weren't yelling at each other?
6         A   No.
7         Q   They weren't threatening each other?
8         A   No.
9             MR. JOLLY: Form.
10   BY MR. HECHT:
11        Q   At any point, did you see any of the officers
12   place handcuffs on Tavares?
13        A   No.
14        Q   Did you see officers tackle Tavares Docher to the
15   ground?
16            MR. JOLLY: Form.
17            MS. TYK: Join.
18            THE WITNESS: No.
19   BY MR. JOLLY:
20        Q   Did you ever see the officers try and place
21   Tavares Docher in the police car?
22        A   No.
23        Q   When is it that you walked back into the CVS?
24            MR. JOLLY: Form.
25            THE WITNESS: After I told the officer that

Page 33

1    was on the other side of the parking lot that he
2    had a screwdriver, I came back in.
3    BY MR. HECHT:
4         Q   And you didn't see anything else that happened
5    outside?
6         A   No, until I go back and, you know, he was on the
7    ground, after the commotion starts.
8         Q   And when you say that you walked back outside,
9    how long from when you reentered the CVS, after you told
10   officer about the screwdriver, to when you witness back
11   outside?
12        A   I don't remember how long, but it was a short
13   period of time.
14        Q   Okay. Approximately how long?
15        A   I would say 10, 15 minutes. I'm not sure.
16        Q   That's okay. When you walked back outside, what
17   did you see?
18        A   I could see he was on the ground.
19        Q   Was he in handcuffs?
20        A   I'm not sure.
21        Q   Do you recall how many police officers were
22   standing around him?
23        A   No.
24        Q   Did you see blood on the ground?
25        A   I cleaned it up the next day.

Page 34

1  Q  So the answer is yes, you did see blood on the
2  ground.
3      MR. JOLLY: Form.
4      THE WITNESS: Yeah.
5      MS. TYK: Join.
6  BY MR. HECHT:
7  Q  And where did you see the blood on the ground?
8  A  In the spot that he was on the ground.
9     Why I feel like you asking me like I did
10 something?
11 Q  You didn't do anything wrong. We're deposing all
12 the witnesses and you're a witness.
13 A  Oh, okay.
14 Q  So I just want to know what you remember. You
15 didn't do anything wrong, sir.
16 A  Okay.
17 Q  Just so you know.
18    The blood that you saw on the ground, where was
19 it coming from?
20 A  I assume --
21    MR. JOLLY: Form.
22    MS. TYK: Join.
23    THE WITNESS: -- it's his.
24 BY MR. HECHT:
25 Q  I'm sorry?

Page 35

1  A  I assume it's.
2  Q  Tavares?
3  A  Tavares.
4  Q  Again, I don't want you to assume, but did you
5  see blood that was coming from Tavares Docher's body?
6  A  No.
7  Q  Okay. You said that you cleaned up the blood the
8  following day?
9  A  Yes.
10 Q  And how much blood was it?
11    MS. TYK: Object to form.
12    MR. JOLLY: Join.
13    THE WITNESS: How would I describe that. It
14 wasn't spots or drops.
15 BY MR. HECHT:
16 Q  Was it a puddle of blood?
17    MR. JOLLY: Form.
18    MS. TYK: Join.
19    THE WITNESS: Puddle? I don't know you
20 explain puddle. It could be a lot, could be a
21 little. But it was like, if I could draw it on
22 here, it was a spot that you could know something
23 happened.
24 BY MR. HECHT:
25 Q  Was it dried blood?

Page 36

1  A  Yeah.
2  Q  And how did you clean it?
3  A  Water and bleach.
4  Q  Did you have to scrub it?
5  A  No, we didn't. We, you know, just throw water
6  until it wash out.
7  Q  And did you ever -- Strike that.
8     Did you ever give a copy of security footage to
9  anyone in this case?
10 A  The Sheriff.
11 Q  Did you give it to anyone else in the case?
12 A  No, that's only for the Sheriff Department.
13 Q  Did you make the copy or did some I.T. person
14 make a copy?
15 A  No. We have access to make it at the store.
16 Q  Did you give a copy of the surveillance to the
17 police on the same day as this incident?
18 A  I think we did and then the next day, because it
19 wasn't complete.
20 Q  What do you mean that "it wasn't complete"?
21 A  I think when we copied it, we didn't get the
22 whole time frame. So we had to do it like time frame and
23 then I'm sure they had to come back to our office to get
24 more detail.
25 Q  Did the police contact you and say the copy that

Page 37

1  you made for them was missing some time on it?
2     MR. JOLLY: Form.
3     THE WITNESS: Yeah, because that's why i did
4  the second set.
5  BY MR. HECHT:
6  Q  Okay. And did you look at the second copy to
7  make sure the full video was there?
8  A  Yeah. Whatever we have, yeah.
9  Q  And then what did you do with that second copy?
10 A  They have to sign and pick it up.
11 Q  So you gave it to the police officer again?
12 A  Yeah.
13 Q  Was it the same police officer that you gave the
14 first copy to?
15 A  I'm not sure.
16    MR. HECHT: Okay. I don't have any other
17 questions. Thank you.
18    MS. TYK: No other questions.
19    MR. JOLLY: Sir, you have the right to read
20 your deposition for accuracy, if it's ordered.
21 What that means is everything that she's
22 transcribed, you would read it and see if it was
23 what you said. You need to make the election
24 now. You can either read it or you can waive
25 that right, but we need to know now.

10 (Pages 34 to 37)

Page 38

 1    THE WITNESS:  It's good.
 2    MR. JOLLY:  So you're going waive or you
 3  want to waive?
 4    THE WITNESS:  Waive in a sense of what?
 5    MR. JOLLY:  Meaning you waive your right to
 6  read it for accuracy.  I'm sure she's taken down
 7  everything accurately, but it's your right to
 8  read it or waive it.
 9    THE WITNESS:  No, it's fine.
10    MR. JOLLY:  Okay, then that's it.  You
11  waive?
12    THE WITNESS:  Waive yeah.
13    MR. JOLLY:  Okay.  Thank you, sir.
14    (Witness excused.)
15    (Thereupon, at 3:24 p.m., the deposition was
16  concluded.)
17        - - -
18        STIPULATION
19    Stipulated and AGREED by and between counsel
20  for the respective parties and the witness that
21  the signature of the witness to the deposition,
22  and the reading of same, be waived.
23        - - -
24
25

Page 39

 1  STATE OF FLORIDA  )
           : SS
 2  COUNTY OF MARTIN  )
 3
 4       CERTIFICATE OF OATH
 5    I, MARCELLA R. SAMSON, a Notary Public of the State of
 6  Florida at Large, authorized to administer oaths, certify
 7  that on this 6th of June, 2017, 2:52 p.m., HARDYAL BHAGUDAS
 8  personally appeared before me and took an oath or
 9  affirmation for the purpose of giving testimony in the
10  matter of:
11
12
13  PERSONALLY KNOWN ___
    OR PRODUCED IDENTIFICATION: XX
14  TYPE OF IDENTIFICATION PRODUCED: Florida D.L.
15
16    _____
17    MARCELLA R. SAMSON
    My Commission Expires:
18  July 26, 2018
    Commission #: FF 122625
19
    THIS TRANSCRIPT IS DIGITALLY SIGNED
20  SHOULD THERE BE ANY CHANGE MADE,
21  THE SIGNATURE WILL DISAPPEAR
22
23
24
25

Page 40

 1  STATE OF FLORIDA  )
           : SS
 2  COUNTY OF MARTIN  )
 3
 4       CERTIFICATE OF REPORTER
 5
 6    I, MARCELLA R. SAMSON, a Shorthand Reporter and Notary
 7  Public of the State of Florida at Large, certify that the
 8  foregoing deposition of HARDYAL BHAGUDAS was
 9  stenographically reported by me and is a true and accurate
10  transcription of said deposition of HARDYAL BHAGUDAS.  A
11  review of the transcript was not requested.
12    I certify further I am neither attorney nor counsel
13  for, nor related to, nor employed by any of the parties to
14  the action in which the deposition is taken and, further,
15  that I am not a relative or an employee of any attorney or
16  counsel employed in this case, nor am I financially
17  interested in the outcome of this action.
18    DATED this 8th day of June, 2017.
19    _____
20    MARCELLA R. SAMSON
21    THIS TRANSCRIPT IS DIGITALLY SIGNED
22    SHOULD THERE BE ANY CHANGE MADE,
      THE SIGNATURE WILL DISAPPEAR
23
24
25

**A**
a.m 4:2,15
able 12:11 27:25
acceptable 10:19
access 36:15
accuracy 37:20 38:6
accurate 40:9
accurately 38:7
act 25:21
acting 9:17 25:6 26:7,8 28:8
action 40:14,17
Adam 1:25 20:21
administer 39:6
affirmation 39:9
African-Amer... 9:7
afternoon 19:23
ago 6:7 10:16
agree 28:14
AGREED 38:19
alcohol 17:19
altercation 13:4
ambulance 20:6 20:10,12
angry 25:6,9
answer 10:19 34:1
answers 6:21,25
Anthony 4:8
anybody 19:2
anyone's 25:18
anytime 26:6
anyways 6:19
appear 4:12 22:8 28:21 30:8
APPEARANC... 1:22
appeared 4:3,5 4:16,23,24 21:24 39:8
appreciate 19:18
approach 7:21
approached 31:5
approximately 15:10 33:14
area 12:4 17:11
arrived 4:9 12:15 31:13
asked 23:3
asking 8:15 9:4 10:5 11:1 15:18 34:9
assistant 21:5
assume 7:4 13:25 31:25 32:2 34:20 35:1,4
attempt 14:12
attending 15:25
attorney 40:12 40:15
attorneys 19:5
authorized 39:6
Avenue 2:4

**B**
B-H-A-G-U-D... 5:22
back 6:7 9:20 13:8 14:4 24:1 24:3 30:4,5 31:10,16,16 32:23 33:2,6,8 33:10,16 36:23
BARNHART 1:23
BARRANCO 2:1
basing 12:18
Beach 1:24,24
behalf 5:4,13
believe 15:17
best 13:13 29:22
Bhagudas 1:15 4:9 5:12,20,23 20:21 39:7 40:8,10
bit 7:24,25 9:22 17:22

bleach 36:3
blood 33:24 34:1 34:7,18 35:5,7 35:10,16,25
Blvd 1:18,24
body 35:5
bought 24:17
Boulevard 2:1 4:4
Brown 4:9 21:15
buy 24:16

**C**
C 4:1
call 8:19,23 21:16
called 5:13 7:22 8:13 19:10 20:25
calling 19:15
calls 19:7
calm 22:15 23:2 23:7,10 25:6 25:12 26:4,7 26:10 31:5
CALVIN 1:8
cancel 5:2
car 12:7,17 13:22 24:18 26:13,15,21,24 26:25 27:2 28:3 29:3,15 29:16,23,25 30:1 32:21
carrying 27:2 30:9
cart 10:24,25 11:3,3 23:20
case 1:3 6:8 19:6 36:9,11 40:16
cashier 7:22 8:16 10:9 17:7 24:23
cashiers 8:10
casual 13:3,12 28:2
casually 12:21

cause 30:19
causing 9:21,22
certain 28:13
Certainly 18:18
CERTIFICATE 3:8,9 39:4 40:4
CERTIFICA... 3:7
certify 39:6 40:7 40:12
CHANGE 39:20 40:22
choice 21:7
CHRISTOPH... 1:7
cigar 24:12,16 24:17,24 25:2 25:5,12,19,22
cigarettes 24:12
clarify 7:4
CLAYLAN 1:8
clean 36:2
cleaned 33:25 35:7
cleared 25:4
clearly 12:16 29:15
close 15:10 17:8
closest 11:2 17:15,16,17
come 8:22,24 9:24 10:1 13:8 15:15,21 19:11 30:4 36:23
coming 11:1 19:18 28:8 34:19 35:5
Commission 39:17,18
commotion 10:1 10:2 14:5,7 30:6 33:7
company 6:16
complete 36:19 36:20
comply 23:4
concern 28:1

concerned 13:15 25:18 27:22 28:22
concluded 38:16
concrete 11:25 26:3
contact 9:16 21:14 36:25
controlled 23:2
conversation 12:11 13:4,11 16:6 28:2 31:22
cop 12:7
copied 36:21
copy 18:22,23 36:8,13,14,16 36:25 37:6,9 37:14
correct 7:1 22:22 24:1,21 27:7 28:23 29:4
correctly 28:21
counsel 4:7,10 4:17,21,24,25 5:1 38:19 40:12,16
counter 10:10
County 1:10,11 4:18 5:24 16:15,25 20:3 39:2 40:2
COURT 1:1
COURTEMA... 1:9
cross 5:3
CROSS-EXA... 3:4,5 19:21 20:19
Currently 20:23
customer 9:18 9:20 25:21
cutoff 5:7
CVS 6:17 7:11 7:12,14 21:6,8 21:10 28:8

32:23 33:9

**D**

**D** 3:1 4:1
**D.L** 39:14
**date** 1:16 7:16
**DATED** 40:18
**day** 7:19 8:2
  18:8 33:25
  35:8 36:17,18
  40:18
**decided** 5:2
**defendant** 1:19
  5:13 6:5,12,14
**Defendant(s)**
  1:13
**DEFENDANTS**
  2:1
**Defense** 4:6,10
  4:21
**demeanor** 12:14
**DENNEY** 1:23
**department**
  18:13 20:17
  36:12
**Depending** 8:8
**deposed** 6:6
**deposing** 34:11
**deposition** 1:15
  4:5,7,13,14,20
  4:22 5:1,2,5,7
  5:10 6:19
  37:20 38:15,21
  40:8,10,14
**depositions** 4:6
**deputies** 5:25
  13:10 14:3,12
  15:7
**deputies'** 13:16
**describe** 29:22
  35:13
**detail** 36:24
**different** 16:13
  16:14
**DIGITALLY**
  39:19 40:21
**DIRECT** 3:3

5:17
**DISAPPEAR**
  39:21 40:22
**discovery** 5:7
**distance** 15:12
  17:11
**district** 1:1,1,12
  1:12 4:11,18
  4:24 5:5 19:24
  20:3,15
**divider** 12:19
**Docher** 1:4 6:1,1
  9:9,11,15 10:8
  10:11 12:8
  13:10 14:3,13
  14:15,21 15:4
  15:8,10,25
  17:7,16,19,21
  20:9,22 21:15
  21:16,23 22:8
  22:14,21,22
  23:3,7 25:19
  25:23 26:23
  27:1,6,9 28:19
  28:22 29:4,11
  30:9,14,16
  31:4,13 32:14
  32:21
**Docher's** 12:14
  27:14 35:5
**DOCHER-NE...**
  1:4
**doing** 14:21
**Dollar** 20:24
  21:1
**door** 11:1 12:2,6
  12:21,21 15:12
  29:25 30:2,2
**doorbell** 7:18
**doors** 29:10
**draw** 35:21
**drawn** 29:4
**dried** 35:25
**drive** 12:18,20
**driveway** 26:18
**drop** 30:14
**drops** 35:14

**duly** 5:14

**E**

**E** 2:1 3:1 4:1
**earlier** 6:2 10:21
  19:11
**either** 37:24
**elaborate** 9:22
**election** 37:23
**elevated** 11:25
  26:3
**ELSER** 2:4
**employed** 40:13
  40:16
**employee** 40:15
**ended** 20:12
**enforcement**
  12:9,15 16:4
  16:18 17:3,5
**entrance** 12:4
**Esquire** 1:25 2:2
  2:5
**everybody** 14:5
  15:16
**exactly** 10:4
**EXAMINATI...**
  3:2,3 5:17
**examined** 5:14
**excited** 22:15,18
  23:7 25:6 26:8
**excused** 38:14
**exit** 29:3,9,10
**exited** 25:23,25
  27:5,21 29:23
**Expires** 39:17
**explain** 35:20

**F**

**family** 17:3
**fast** 14:9,10 18:2
**fear** 22:9 23:22
**feel** 13:19 34:9
**feet** 15:13 17:13
**FF** 39:18
**fighting** 14:25
**filed** 6:1
**financially**

40:16
**find** 9:8
**fine** 38:9
**fire** 1:11 2:4
  4:10,18,24 5:5
  15:14,18,20,21
  19:24 20:3,6
  20:15
**first** 5:14 9:16
  12:15 21:14,19
  26:15 31:8
  37:14
**five** 21:13
**flailing** 14:24
**Florida** 1:2,10
  1:18,21,24 2:2
  2:5 4:5 39:1,6
  39:14 40:1,7
**following** 35:8
**follows** 5:15
**footage** 36:8
**foregoing** 40:8
**form** 21:17,25
  22:10,16 23:8
  24:13 25:7,13
  26:9,16 27:11
  27:17,23 28:15
  28:24 29:6,12
  30:10,22 31:24
  32:9,16,24
  34:3,21 35:11
  35:17 37:2
**Fort** 2:2
**forth** 9:21
**four** 12:17
**four-wheel**
  10:25
**frame** 24:16
  36:22,22
**fresh** 18:15
**fresher** 18:18
**friends** 17:5
**front** 7:22 8:13
  8:17,19,21,22
  8:25 9:2,13
  11:19 12:17
  23:17 25:4,16

25:20 30:1
**full** 37:7
**further** 40:12,14
**fussing** 30:6

**G**

**G** 4:1
**gee** 18:19
**general** 4:17,23
**getting** 28:7
**Gilewski** 4:8,15
**GIUFFREDA**
  2:1
**give** 6:16 10:9
  22:4,5 36:8,11
  36:16
**giving** 39:9
**go** 6:18 8:25
  12:23 13:1
  24:11 25:5
  33:6
**goes** 26:2
**going** 4:12 7:4
  7:24 11:2
  23:20,22 29:19
  29:21 31:11,19
  38:2
**good** 19:23 38:1
**Greg** 5:24
**Gregory** 2:2
**ground** 6:18
  14:11,16,17,18
  14:19,22 15:5
  15:8,11 30:17
  32:15 33:7,18
  33:24 34:2,7,8
  34:18
**guardian** 1:5
**guess** 10:18
**guns** 29:4
**guy** 7:18

**H**

**hand** 11:11 24:6
  24:9 27:3,4,10
  28:12,23
**handcuffs** 14:13

32:12 33:19
**handing** 21:15
**handwritten**
    16:9
**happened** 7:10
    9:2 11:12,15
    13:12 14:2
    29:22 33:4
    35:23
**Hardyal** 1:15
    4:9 5:12,20
    39:7 40:8,10
**head** 6:23,24
**hear** 12:11 28:20
**hearing** 5:10
**Hecht** 1:25 3:5
    4:2 19:9 20:20
    20:21 21:21
    22:7,13,20
    23:14 24:20
    25:11,17 26:12
    26:19 27:13,20
    28:6,18 29:2,8
    29:17 30:13
    31:1 32:1,10
    33:3 34:6,24
    35:15,24 37:5
    37:16
**Heck** 6:2
**holding** 23:16
    27:9 28:22
**hurt** 23:22

          **I**
**I.T** 36:13
**idea** 18:10
**IDENTIFICA...**
    39:13,14
**identified** 30:8
**imagine** 28:12
**immediately**
    29:11
**incident** 7:9 16:4
    18:6,8,9,15,21
    36:17
**independent**
    1:12

**individual** 7:21
    9:4,6 18:14
**individually** 1:8
    1:8,9,9,11
**informed** 4:10
    14:2
**initial** 26:24
**initially** 31:13
**inside** 14:4
**interest** 13:13
**interested** 40:17
**interviewed** 16:3
    18:6
**introduced** 5:23
**irrational** 28:9

          **J**
**J** 1:10 2:2
**JANICE** 1:4
**job** 6:9,10
**Join** 21:18 22:1
    22:11,17 23:9
    24:14 25:8,14
    26:11 27:24
    28:17,25 29:7
    29:13 30:11,23
    32:17 34:5,22
    35:12,18
**joined** 4:17
**Jolly** 2:1,2 3:3
    4:25 5:18,24
    6:4 19:14
    21:18 22:1,11
    22:16 23:8
    24:13 25:8,13
    26:9,16 27:11
    27:17,23 28:15
    28:24 29:6,12
    30:10,22 31:24
    32:9,16,19,24
    34:3,21 35:12
    35:17 37:2,19
    38:2,5,10,13
**Jose** 1:11 19:24
**judge** 5:10
**Julie** 2:5 4:11,22
    5:4 19:23

**July** 39:18
**June** 1:16 5:7
    39:7 40:18

          **K**
**keep** 23:2
**KEN** 1:10
**Kim** 4:18
**Kim's** 4:18
**kinda** 7:24
**know** 6:24 7:3,7
    7:8 8:5 9:20
    10:4 11:5 12:8
    13:5,13,14,18
    13:23 14:1
    15:1,2,12 16:6
    16:25 18:5,19
    19:14,25 20:2
    22:3 23:11
    24:3 25:4,15
    27:4,18 28:1,4
    29:19 30:12,15
    30:18,19,20,20
    30:24 32:2
    33:6 34:14,17
    35:19,22 36:5
    37:25
**KNOWN** 39:13

          **L**
**Lakes** 1:24
**lane** 9:25
**Large** 1:21 39:6
    40:7
**Lauderdale** 2:2
**law** 12:9,15 16:4
    16:17 17:3,5
**lawsuit** 5:25
    6:13
**lawyers** 19:17
**lay** 30:16
**learned** 14:7
**leave** 11:6 21:8
**left** 21:6
**legal** 1:5
**legs** 14:24
**line** 9:25 25:1

**little** 9:22 17:22
    18:4 35:21
**location** 7:10
    21:2,13
**long** 6:7 18:13
    21:12 33:9,12
    33:14
**look** 9:6 18:21
    37:6
**looking** 17:25
**lot** 12:1 13:7
    19:15 29:25
    31:10 33:1
    35:20
**Lucie** 1:10,11,18
    1:18 4:3,4,17
    5:24 16:15,25
    20:2
**lying** 14:23

          **M**
**manager** 7:10
    7:12,14 8:19
    21:5,10,12
**MANGRUM**
    1:8
**MARCELLA**
    1:20 39:5,17
    40:6,20
**Mark** 4:8 21:15
**MARTIN** 39:2
    40:2
**MASCARA**
    1:10
**matter** 39:10
**mean** 8:18 9:19
    36:20
**meaning** 7:17
    38:5
**means** 8:21
    37:21
**met** 6:2 18:25
**mentioned** 10:21
    20:5
**met** 6:2 18:25
**mind** 13:23
    18:15
**minutes** 33:15

**missing** 37:1
**morning** 4:2
**mother** 1:5
**moved** 23:12

          **N**
**N** 3:1 4:1
**name** 4:19 5:19
    5:21,24 19:23
**named** 9:9
**natural** 6:24
**need** 4:22 6:20
    6:25 8:21
    37:23,25
**neighbor** 15:17
**neither** 40:12
**New** 6:7,8
**NEWMAN** 1:7
**night** 18:8,12
**nighttime** 16:9
**normal** 9:17,20
    11:22 17:23,25
    25:21 30:6
    31:22 32:4
**North** 2:4
**Notary** 1:20
    39:5 40:6
**notice** 31:10
**noticed** 4:13 5:1
    5:3

          **O**
**O** 4:1
**oath** 3:8 39:4,8
**oaths** 39:6
**Object** 21:17,25
    22:10 25:7
    35:11
**observe** 9:15
    14:12 15:14,24
**observed** 28:1
**office** 4:14 11:1
    16:15 17:1,11
    19:3,11,12,13
    22:23 23:1,4,7
    23:19 24:22
    36:23

| | | | | |
|---|---|---|---|---|
| **officer** 12:20,22 13:6,7 24:18 27:15 29:24 30:3 31:15,18 31:23 32:25 33:10 37:11,13 **officers** 11:21,23 12:3,9,24 13:2 23:13 26:20 27:6,10,21 28:20,21 29:3 29:9 30:7 31:5 31:12 32:11,14 32:20 33:21 **oh** 18:19 19:8 34:13 **okay** 6:10,15,18 6:22 7:2,5,7,12 7:16,19 8:10 8:14,25 9:2,6 9:11,15 10:3,6 10:8,11 11:12 11:18,20,23 12:5,8,11 13:9 13:19,23 14:2 14:7,12,15,18 14:21,24 15:2 15:14 16:3,6 16:12,17,20 17:3,15,24 18:5,23 19:2,5 19:20 20:13 29:20 30:19 31:2 33:14,16 34:13,16 35:7 37:6,16 38:10 38:13 **open** 12:21 **opened** 8:3,8 **opinion** 22:19 **Orange** 2:4 **ordered** 37:20 **Orlando** 2:5 **outcome** 40:17 **outside** 5:23 11:25 12:2,5 12:23 13:1,9 | 14:6,8,15 15:22 20:5 23:6,13 24:11 24:17,18,19,22 26:7 29:24 33:5,8,11,16 ——— **P** ——— **P** 4:1 **P.A** 1:23 **p.m** 1:17 38:15 39:7 **Page** 3:2 8:21 **paged** 8:17 **palm** 1:24,24 12:19 **paramedic** 4:8 4:11,16,20 15:24 **paramedics** 15:14,19 **park** 12:20 **parking** 12:1,17 12:19 13:6 15:13 26:3 29:25 33:1 **part** 13:18 **parties** 38:20 40:13 **path** 12:18,20 **patience** 19:19 **people** 16:1 19:15 31:10 **period** 33:13 **person** 8:11 9:9 9:12 16:13,14 16:14 36:13 **personal** 21:7 **personally** 28:4 39:8,13 **personnel** 15:24 16:4 **phone** 5:9 8:15 9:5 10:5,5,8,12 10:15 11:1,4 11:16 19:7 21:16,23 22:5 | 22:6,14 **physical** 31:19 **pick** 11:12 24:1 24:22 37:10 **picked** 24:3 **place** 1:18 32:12 32:20 **plaintiff** 1:23 6:12 **Plaintiff(s)** 1:6 **platform** 26:3 **please** 5:19 7:3 **pocket** 24:4,5,8 27:14,19 **point** 8:10 15:15 23:6,15 24:11 27:5 32:11 **police** 18:12 26:13,15,20,24 27:2 28:7,13 28:20 29:3,9 29:23 31:5,7 31:12 32:21 33:21 36:17,25 37:11,13 **Port** 1:18,18 4:3 4:4 **position** 21:4 **prepared** 4:19 **prior** 5:7 **probably** 15:13 17:10,11,13,14 17:17 21:13 28:3 **produced** 5:6,6 39:13,14 **provide** 16:17 **provided** 16:22 18:7,11 **Public** 1:21 39:5 40:7 **puddle** 35:16,19 35:20 **pull** 24:18 26:13 26:15 29:16 31:7 **pulled** 26:24 | 29:15 30:7 **purchase** 24:11 24:24 25:1,5 **purchasing** 25:12,19,22 **PURDY** 2:1 **purpose** 22:25 39:9 **put** 11:2,3 14:13 23:21,25 24:3 24:5,8 ——— **Q** ——— **question** 7:3,5 28:19 **questions** 7:3 19:16,17 20:18 37:17,18 ——— **R** ——— **R** 1:20 4:1 39:5 39:17 40:6,20 **react** 28:13 **reaction** 25:16 **read** 37:19,22,24 38:6,8 **reading** 38:22 **realized** 28:4 **reason** 22:3,4 **reasons** 4:21 **recall** 20:6 25:1 27:1 33:21 **record** 5:19 **recorded** 16:7,8 16:10,11 **recording** 18:20 **reentered** 33:9 **refer** 9:11 **refusing** 22:5 **register** 9:24 11:2 17:9 **regular** 25:21 **related** 6:9,10 40:13 **relative** 40:15 **remember** 7:9 7:18,19 8:1,17 | 8:20 10:3,4,6 10:14,19,23 11:24 12:16 15:4,7 16:3 18:5,7 20:11 25:9 26:20,23 29:14 30:21,25 32:3,4 33:12 34:14 **remind** 6:23 **repeat** 7:3 **reported** 40:9 **reporter** 1:20 3:9 6:20 40:4,6 **represent** 5:24 19:24 20:21 **represented** 6:1 **represents** 6:5 **requested** 40:11 **rescheduled** 5:3 **Rescue** 15:14 **reset** 4:23 **respective** 38:20 **responsibility** 13:17,20 **Retail** 6:11 **review** 40:11 **right** 10:20 23:11 24:21 28:10 37:19,25 38:5,7 **ring** 7:18 **ROBINSON** 1:8 **Rosario** 1:11 19:24,25 **rules** 6:18 ——— **S** ——— **S** 1:25 4:1 **S.W** 1:18 **safety** 13:15,16 13:18 25:18 27:22 **Samantha** 4:7 4:15 **SAMSON** 1:20 39:5,17 40:6 |

| | | | | |
|---|---|---|---|---|
| 40:20 | **Sheriff's** 4:14 | **spot** 34:8 35:22 | 36:16 | 4:16,20 5:5 |
| **saw** 14:14,17,19 | 16:15 17:1 | **spots** 35:14 | **sworn** 5:14 | **thought** 13:13 |
| 15:18 21:19,22 | 20:17 | **SS** 39:1 40:1 | **system** 18:20 | 13:17 14:4 |
| 25:20 26:15 | **SHIPLEY** 1:23 | **St** 1:10,11,18,18 | ——— | **thousand** 21:11 |
| 29:14,24 30:7 | **short** 33:12 | 4:3,4,17 5:24 | **T** | **threatening** 32:7 |
| 31:14,14,18 | **Shorthand** 40:6 | 16:15,25 20:2 | ——— | **three** 10:16 |
| 34:18 | **shortly** 31:8 | **stand** 26:6 29:10 | **tackle** 32:14 | 12:16 |
| **saying** 10:3,6,14 | **sic** 4:4 16:1 | **standing** 13:21 | **take** 4:5,7,19 | **throw** 36:5 |
| 15:4,7 29:19 | **side** 12:7,20 13:6 | 24:21 26:5 | 7:24 11:7 | **time** 1:17 6:7 8:1 |
| 30:19,20 | 22:24 28:3 | 33:22 | 20:11 30:4 | 8:9 11:1 13:17 |
| **scared** 21:24 | 31:15 33:1 | **starts** 33:7 | **taken** 1:19 6:20 | 16:10 19:11,16 |
| 22:2 | **sign** 37:10 | **state** 1:21 5:19 | 14:19 20:9 | 21:14,19,23 |
| **SCAROLA** 1:23 | **signature** 38:21 | 39:1,5 40:1,7 | 38:6 40:14 | 24:15 25:3,10 |
| **scene** 9:21,23 | 39:21 40:22 | **statement** 6:16 | **talking** 9:12 | 25:20 33:13 |
| 20:8 30:8 31:8 | **SIGNED** 39:19 | 16:17,20,23 | 12:21,22 13:25 | 36:22,22 37:1 |
| **screwdriver** | 40:21 | 18:7,11,16 | 18:1,2,3 31:14 | **today** 4:19 7:7 |
| 7:23 8:11 | **Sinclair** 4:8,12 | **stay** 23:10 26:5 | **Tavares** 1:4 9:9 | 19:7,8,10 |
| 10:22,23 11:5 | 4:16,20 5:6 | **stayed** 23:12 | 20:22 21:15,15 | **told** 4:21 11:6,12 |
| 11:6,10,13 | **sir** 10:16 34:15 | **stenographica...** | 21:22 22:8,14 | 23:25 27:6,10 |
| 13:5,10,14,24 | 37:19 38:13 | 40:9 | 22:21 23:7,15 | 27:15 30:3 |
| 14:1,3 23:16 | **sit** 26:5,6 | **Stipulated** 38:19 | 26:23 27:1,6,9 | 32:25 33:9 |
| 23:23,25 24:10 | **six** 21:13 | **STIPULATION** | 27:14 28:19,22 | **transcribed** |
| 24:23 27:2,7,9 | **SLC** 2:4 | 38:18 | 29:4,11 30:9 | 37:22 |
| 27:14 28:5,12 | **slim** 9:7 | **stop** 7:24 29:18 | 30:14,16 31:4 | **transcript** 39:19 |
| 30:3 33:2,10 | **slow** 18:3,4 | **store** 7:21 8:25 | 31:13,18,22 | 40:11,21 |
| **scrub** 36:4 | **slurring** 17:21 | 9:3,13 11:19 | 32:12,14,21 | **transcription** |
| **SEARCY** 1:23 | **smell** 17:19 | 12:17 13:8 | 35:2,3,5 | 40:10 |
| **second** 15:13 | **somebody** 8:15 | 15:15 16:13 | **tell** 10:18 11:3 | **Tree** 20:24 21:1 |
| 31:7,9 37:4,6,9 | 16:10 19:10 | 20:5,24 25:23 | 13:7,10,18,20 | **trees** 12:19 |
| **security** 36:8 | **sorry** 34:25 | 26:1 27:5 30:4 | 16:20,22 30:4 | **truck** 15:20,21 |
| **see** 12:7 14:19 | **sort** 28:22 31:19 | 30:5 36:15 | **telling** 24:22 | 20:6 |
| 15:21 20:9 | **SOUTHERN** | **straight** 26:2,4 | **testified** 5:15 | **true** 40:9 |
| 23:15 25:25 | 1:1 | **Strike** 36:7 | 8:12 | **truth** 16:20 |
| 26:6,13 27:9 | **Southwest** 4:3 | **struggle** 31:19 | **testimony** 31:4 | **try** 7:4 32:20 |
| 31:7 32:11,14 | **space** 15:13 | **Suite** 4:4 | 39:9 | **trying** 18:10 |
| 32:20 33:4,17 | **speak** 12:23 13:1 | **Sunday** 8:3,4,8 | **thank** 19:18 | **two** 21:11 31:12 |
| 33:18,24 34:1 | 20:15 31:13 | **Sunrise** 2:1 | 37:17 38:13 | **Tyk** 2:5 3:4 4:11 |
| 34:7 35:5 | **speaking** 12:15 | **supervisor** 8:21 | **thing** 10:17 | 4:22 5:4,4 6:3 |
| 37:22 | 17:7 22:21 | **sure** 7:6 8:9 10:4 | 18:19 | 6:3,5 19:22,23 |
| **seeing** 20:6 | 31:18 | 11:16 12:6 | **think** 6:14 8:3,7 | 20:18 21:17,25 |
| **sense** 9:24 17:25 | **special** 1:12 | 16:1,8,9,16 | 8:8 10:9 11:11 | 22:10,17 23:9 |
| 22:3 38:4 | **specifically** | 18:13 24:5,7,8 | 12:1 13:5 | 24:14 25:7,14 |
| **set** 4:6,15 37:4 | 15:18 | 25:3,15 26:22 | 14:14 15:23 | 26:11 27:24 |
| **shake** 6:23,24 | **speech** 18:2 | 28:12 31:9 | 16:10,11 18:12 | 28:17,25 29:7 |
| **Sheriff** 1:10 2:1 | **spell** 5:21 | 33:15,20 36:23 | 19:8,9,12,16 | 29:13 30:11,23 |
| 4:25 5:1,25 | **spoke** 12:8 19:9 | 37:7,15 38:6 | 22:2 24:15,17 | 32:17 34:5,22 |
| 18:23 36:10,12 | **spoken** 19:2,5 | **surveillance** | 36:18,21 | 35:11,18 37:18 |
| | | | **Thomas** 4:8,11 | |

| | | | | |
|---|---|---|---|---|
| **TYPE** 39:14 | **wasn't** 9:17 17:22 27:25 35:14 36:19,20 | **Y** | **2015** 21:9 **2017** 1:16 5:8 39:7 40:18 | |
| **U** | | **yeah** 7:15 8:6,23 9:10 10:9,13 10:24 11:8 14:17 15:16 16:5,19 18:17 18:19,22,24 19:10,14 20:14 21:20 22:24 23:20 24:2,9 24:17 25:24 26:2,14,17 31:3 34:4 36:1 37:3,8,8,12 38:12 | **2018** 39:18 | |
| **U.S** 1:1 **unaware** 4:18 **understand** 7:2 9:12 10:17 19:14 **understanding** 8:23 **understood** 7:5 **unknown** 4:21 **US1** 21:3 **use** 9:4 10:5,8 | **watch** 31:12 **water** 36:3,5 **way** 13:6,11,21 13:21,25 28:13 **we'll** 7:24 **we're** 29:18 34:11 **weapon** 28:23 30:9 **went** 9:2 13:9 14:9,15 15:22 24:17,18 25:5 25:25 31:16 | | **2139** 1:24 **2455** 2:1 **25** 15:13 **26** 39:18 | |
| | | | **3** | |
| | | | **3:24** 38:15 **30** 5:8 15:13 **32801** 2:5 **33304** 2:2 **33409** 1:24 **3848** 21:3 **39** 3:8 | |
| **V** | | **years** 10:16 21:13 | | |
| **vehicle** 27:21 31:7,8 **vehicles** 29:9 **verbal** 6:21,25 **video** 18:20,20 18:21 37:7 **vs** 1:6 | **weren't** 32:5,7 **West** 1:24 **WILSON** 2:4 **witness** 5:13,16 10:11 19:20 21:19 22:2,12 22:18 23:10 24:15 25:9,15 26:10,17 27:12 27:18,25 28:16 29:1,14 30:12 30:24 31:25 32:18,25 33:10 34:4,12,23 35:13,19 37:3 38:1,4,9,12,14 38:20,21 | **yell** 30:14,16 **yelling** 32:5 **Yep** 16:21 **York** 6:7,8 | **4** | |
| | | | **40** 3:9 | |
| | | | **5** | |
| | | **Z** | **5** 3:3 | |
| **W** | | **0** | **6** | |
| **WADE** 1:9 **wait** 5:9 25:1 **waive** 37:24 38:2 38:3,4,5,8,11 38:12 **waived** 38:22 **walk** 13:7 23:3 24:11 29:11 30:5 **walked** 11:21 23:13,18 24:19 24:23 26:4,25 29:25 30:2 31:15 32:23 33:8,16 **walking** 27:1 28:11,20 **wall** 12:18 17:10 **want** 10:18 32:2 32:2 34:14 35:4 38:3 **wash** 36:6 | | **08** 4:4 | **6** 1:16 **6th** 39:7 | |
| | | **1** | **7** | |
| | | **10** 4:2,15 33:15 **108** 1:18 **11** 7:14 20:16 21:10 **111** 2:4 **1200** 2:4 **1216** 2:1 **122625** 39:18 **15** 17:13,14 33:15 **19** 3:4 | **8** | |
| | | | **8th** 40:18 | |
| | | | **9** | |
| | | | **9-1-1** 21:16,23 22:6,15,21 | |
| | **witnesses** 34:12 **words** 17:21 **work** 8:1 10:24 20:23,24 **works** 20:2 **wouldn't** 9:20 27:25 **written** 6:17 29:21 **wrong** 34:11,15 | | | |
| | | **2** | | |
| | | **2:16cv14413** 1:3 **2:52** 1:17 39:7 **20** 3:5 17:14 **201** 1:18 4:3 **2014** 7:14,15 20:16 21:10 | | |
| | **X** | | | |
| | **X** 3:1 **XX** 39:13 | | | |