UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  16-14413-Civ-ROSENBERG/MAYNARD

TAVARES DOCHER, by and through JANICE
DOCHER-NEELEY, his mother
and legal guardian,

        Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as SHERIFF of
ST. LUCIE COUNTY, Florida,
JOSE ROSARIO, individually, and the ST.
LUCIE COUNTY FIRE DISTRICT,
an independent special district,

        Defendants.
_____/

### AFFIDAVIT OF LEAHA NICOLE BOLES

    Before the undersigned authority personally appeared Leaha Nicole Boles, who having been first duly sworn, deposes and says:

    1.    My name is Leaha Nicole Boles.

    2.    On May 12, 2014, I was working as a cashier at the CVS Pharmacy located at 301 Primia Vista Boulevard, Port St. Lucie, Florida.

    3.    I had just started my shift.  Tavares Docher came to the register and explained that persons were who going to harm his aunt.

4. Mr. Docher purchased a Black and Mild. He made no threats, and there was no cussing. He was just acting delusional. I called my supervisor to the register. Eventually, the police arrived.

5. I did not see Mr. Docher commit any crime inside the CVS. He was just acting delusional.

6. When I looked outside from time to time I did see that his face was getting beat by the police. I felt that it was wrong. I provided a verbal statement to the police after the incident and told them the same thing.

FURTHER AFFIANT SAYETH NOT.

_____
Leaha Nicole Boles

STATE OF FLORIDA      )
                      )
COUNTY OF OKEECHOBEE  )

**BEFORE ME**, the undersigned authority, personally appeared the above affiant, Leaha Nicole Boles, who first being duly sworn, states that the above is true and correct.

**SWORN TO AND SUBSCRIBED** before me in Okeechobee County, Florida, this 18th day of October, 2017.

_____
NOTARY PUBLIC, State of Florida

The affiant is:
___ personally known to me
✓ presented identification
I.D.# Okeechobee County Schools
     College Student ID #00047-3128
My Commission Expires:



MARK A LONGO
MY COMMISSION # EE208542
EXPIRES June 17, 2016
FloridaNotaryService.com