# EXHIBIT F -

**TO BE CONVENTIONALLY FILED**

