Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. : 2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

       Plaintiffs,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

       Defendants.

_____/


DEPOSITION OF MERINE KANHAI

DATE:             July 31st, 2017

TIME:             11:23 a.m.

PLACE:           201 SW Port St. Lucie Blvd, Suite 108
                   Port St. Lucie, Florida 34984

TAKEN BY:       GREGORY J. JOLLY, ESQ.

REPORTER:       VANESSA G. ARCHER, FPR, Notary
                   Public of the State of Florida at Large

CERTIFIED COPY

Page 2

```
 1   APPEARANCES:

 2

     FOR PLAINTIFF:        SEARCY, DENNEY, SCAROLA,
 3                         BARNHART & SHIPLEY, P.A.
                           2139 Palm Beach Lakes Blvd.
 4                         West Palm Beach, Florida 33409
                           BY:  ADAM S. HECHT, ESQUIRE
 5                         561-686-6300
                           ash@searcylaw.com
 6

 7   FOR DEFENDANT
     ST. LUCIE COUNTY
 8   FIRE DISTRICT:        WILSON, ELSER
                           111 N Orange Ave, Suite 1200
 9                         Orlando, Florida 32801-2361
                           BY:  BENJAMIN W. NEWMAN, ESQUIRE
10                         407-203-7599
                           ben.newman@wilsonelser.com
11

12   FOR DEFENDANTS
     NEWMAN, MANGRUM,
13   ROBINSON,
     COURTEMANCHE and
14   SHERIFF:              PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
                           2455 East Sunrise Blvd, Suite 1216
15                         Fort Lauderdale, Florida 33304
                           BY:  GREGORY J. JOLLY, ESQUIRE
16                         (954) 462-3200
                           greg@purdylaw.com
17

18

19

20

21

22

23

24

25
```

Page 3

```
 1                         I-N-D-E-X

 2    July 31, 2017

 3    MERINE KANHAI

 4                        DIRECT    CROSS    REDIRECT    RECROSS

 5    By Mr. Jolly           4                 28

 6    By Mr. Hecht                    20

 7    By Mr. Newman                   27

 8                        EXHIBITS

 9                                              Marked

10    No Exhibits

11

12

13

14

15

16

17    Letter to Merine Kanhai

18    Errata Sheets (to be forwarded upon completion)

19

20

21

22

23

24

25
```

Page 4

1  AND THEREUPON,

2          MERINE KANHAI,

3  called as a witness on behalf of Defendants, herein, after

4  having been first duly sworn, was examined and testified as

5  follows:

6          THE WITNESS:  I do.

7                  DIRECT EXAMINATION

8  BY MR. JOLLY:

9      Q    Would you state your name for the record.

10     A    My name is Merine Kanhai.

11     Q    Can you spell that for us.

12     A    M-e-r-i-n-e, K-a-n-h-a-i.

13     Q    Ms. Kanhai?

14     A    Kanhai, yes.

15     Q    I introduced myself to you off the record.

16  On the record my name's Greg Jolly and I represent

17  the Sheriff in a lawsuit filed by Tavares Docher.

18                  Have you ever given a deposition

19  before?

20     A    No.

21     Q    Okay.  I'm going to go through some of the

22  ground rules for you.

23     A    Is this recorded?

24     Q    It's transcribed, and that'll be part of

25  the instruction that I give you.

1          So everything we say is going to be

2    taken down by the reporter here.  And so because of

3    that, I'm going to ask that all your answers be

4    verbal.  You're doing it now and it's natural to

5    shake your head yes or shake your head no.  I may

6    ask you to just say yes or no verbally just so we

7    have a good record.

8         A    Can I video record this, or not?

9         Q    Can you video record it?

10        A    Can I video record it?

11        Q    Why do you want to video record it?

12        A    I mean, I don't know.  It's just -- I

13   mean, it doesn't matter really.

14        Q    I've never had a witness ask me that

15   before, I don't know.

16             MR. HECHT:  You can get a copy of this so

17        you can have it.

18             THE WITNESS:  That's fine.

19             MR. HECHT:  Everything we say is being

20        written down, so you can keep that as a record.

21             THE WITNESS:  All right, cool.

22   BY MR. JOLLY:

23        Q    Also, because everything's being taken

24   down, I would just ask that you allow me to finish

25   my question first before you answer, and I'll try to

1   extend the same courtesy, that way we're not talking

2   over each other.

3       A    Okay.

4       Q    And you just swore to tell the truth.  I

5   know you mentioned earlier you thought you were

6   going to be in a courthouse.  You're not, but the

7   oath is the same, so in other words you swore an

8   oath to tell the truth.  Do you understand that?

9       A    Yes, sir.

10      Q    We're here to talk about an event that

11  occurred on May 11, 2014 at the CVS.  Do you

12  remember something from that day?

13      A    I do.

14      Q    Did you go to the CVS that day?

15      A    I did.

16      Q    Tell me what you remember from that day?

17      A    I remember pulling up in the parking lot.

18  There was one sheriff car there parked, facing east,

19  the back car door was open.  And then there were

20  some officers holding down this black guy on the

21  ground.

22      Q    And I'm going to stop you there and kind

23  of break it down.

24           Do you remember how many -- I'll call

25  them deputies, it doesn't really matter.

1      Do you remember how many deputies

2  there were holding this gentleman on the ground?

3      A     There were three deputies there.  I don't

4  know how many of them were actually holding him

5  down.

6      Q     Do you remember what they looked like?

7      A     There was one black deputy and I believe

8  two white deputies.

9      Q     And where were you parked, if you

10  remember?

11      A     When I came in and swerved from hitting

12  the door, I came around.  I was parked facing --

13  like, coming to the CVS, you make that slight right

14  turn, I was parked facing south of -- like, it's

15  Prima Vista, I was facing south of Prima Vista.

16      Q     How far was your car from where the

17  deputies and the gentleman were?

18      A     I want to say at least maybe 30 feet

19  approximately.

20      Q     And after you parked, did you walk

21  immediately into the store, or did you -- tell me

22  what you did after you parked?

23      A     I stood to watch.

24      Q     And were you alone?

25      A     No.

Page 8

1      Q      Who was with you?

2      A      I was with my daughter, who was 16 or 17

3   at the time.

4      Q      We'll come back to that.

5             So you see deputies with the

6   gentleman on the ground.  Do you remember if the

7   gentleman was handcuffed at that time?

8      A      No.

9      Q      Do you not remember, or he was not

10  handcuffed?

11     A      He was not handcuffed.

12     Q      And you said he was already on the ground?

13     A      Yes.

14     Q      Did you witness any of the events that

15  preceded this gentleman being on the ground?

16     A      Some of it, yes.

17     Q      What did you observe?

18     A      I observed that he was laying on his

19  belly, and there was --

20     Q      I'm going to stop you, and I apologize for

21  interrupting you, but when you got there, was he

22  already on the ground?

23     A      He was already on the ground, yes.

24     Q      So you didn't see how he got on the

25  ground?

Page 9

1      A     No.

2      Q     Go on.  I'm sorry I interrupted you.

3      A     That's okay.  So while he was still laying

4   on the ground, there was two officers -- he was

5   laying on his belly, there were two officers down by

6   his leg area, there was one officer by his face

7   area.  He was laying in a position where his arms

8   were, like, under him.

9      Q     I'm going to stop you.  Were both his arms

10  under him?

11     A     Well, one was like this, and there was

12  another arm underneath him (indicating).

13     Q     It's hard for the --

14     A     He was laying like this (indicating).

15     Q     I'm going to try to break it down because

16  it's hard for transcripts to say he was doing this,

17  so I'll try to have you describe it.

18     A     One arm was underneath his, like, his

19  right, under his right side, and the other hand was,

20  like, under his belly, like this (indicating).  And

21  they were trying to get him, I guess, to arrest him,

22  but the arms weren't free for them to do that.

23  There was one officer who was by his head area.  And

24  what I believe to see, this officer was, I don't

25  know, elbow him on his face, and the guy was

1   bleeding.

2         Q     While he was on the ground with his arms

3   in front of him, what was Mr. Docher doing at that

4   time?  Was he pushing up or --

5         A     Well, his legs were flying because they

6   were trying to restrain him and his legs were

7   flying, and they kept saying to him, stop resisting

8   arrest.

9         Q     What was he doing with his arms?

10        A     His arms were just there.  So his arms

11  weren't really where they would just take it and do

12  this (indicating), and handcuff him.  So when they

13  finally got his arms free, they handcuffed him.  And

14  his hand was over his head, like, he was laying like

15  this (indicating), they handcuffed with his hands

16  up, and then his arm came up front.  So he wasn't

17  handcuffed behind his back.

18        Q     So you saw his arms extended in front of

19  him --

20        A     But he was laying down.

21        Q     -- and that's when they handcuffed him?

22        A     Yes.

23        Q     You mentioned some elbow strikes, and I

24  need to ask you about that.  Do you remember which

25  deputy was delivering the elbow strikes?

1    A    It was a Caucasian deputy.

2    Q    And do you remember where the elbow

3 strikes were being delivered on Mr. Docher?

4    A    From what I can remember, it was on the

5 right side, like, the cheeks, I believe, the right

6 face.

7    Q    And what was Mr. Docher doing when one of

8 the deputies was elbow striking him?

9    A    He was still moving, and he did say, don't

10 let them kill me.

11    Q    Was this while the elbow strikes were

12 being delivered?

13    A    I'm not sure if it's while, but some point

14 in time as the incident was happening.

15    Q    How far were you from where the deputies

16 were when this was happening, the elbow strikes?

17    A    I walked up a little bit closer.  I want

18 to say from my van, maybe about 20 to 25 feet.

19    Q    Did you observe Mr. Docher attempt to bite

20 the deputies at any time?

21    A    No, sir.

22    Q    I know you said the deputies were saying,

23 stop resisting.  Did you hear them say anything else

24 to Mr. Docher?

25    A    No, sir.

Page 12

```
 1        Q    So what happens after you saw one of the
 2   deputies deliver -- do you know how many elbow
 3   strikes by the way, that you saw?
 4        A    Maybe two.
 5        Q    All by the same deputy?
 6        A    Yes.
 7        Q    Did you observe any of the other deputies
 8   using force against Mr. Docher?
 9             MR. HECHT:  Form.
10             THE WITNESS:  Not that I can remember.  I
11        know they were holding him down by his leg area
12        trying to get him stable or something.  I don't
13        recall.
14   BY MR. JOLLY:
15        Q    What did you observe next?
16        A    Well, the gentleman, the black guy that
17   was laying on the ground, when he was saying, don't
18   let them kill me, I don't know what transpired, but
19   they said to him the ambulance is on the way.
20        Q    Who said that?
21        A    One of the deputies.
22        Q    Do you remember which deputy?
23        A    I don't, I honestly don't remember which
24   one.  And then we got shooed away, to get further
25   away, to back away, and I was still standing outside
```

1   until the ambulance got there.  And he got up.

2        Q     Who got up?

3        A     Mr. Docher -- his name, you guys said,

4   yes?

5        Q     Yes, ma'am.

6        A     Got up, and then got him on the ambulance.

7              I don't know what happened after

8   that.  I know we were questioned by -- I don't

9   remember the gentleman's name.

10        Q     Was he representative of the sheriff?

11        A     I have his card.

12        Q     Do you have it on you?  You can look.

13        A     I did take a copy of it, picture of it,

14   way back when.

15        Q     While you're looking, I'm going to ask you

16   more questions if that's okay.

17              You said Mr. Docher got up.  What do

18   you mean by that?

19        A     Well, to get him onto the ambulance, as

20   far what I saw, but he was very bloody.

21        Q     How did he get up though?

22        A     Well, with help from the deputies, as far

23   as what I can remember, to get him onto the gurney

24   and for them to take care of him.

25              His name is David Blanchard, he's a

1    Criminal Investigator Division.

2         Q    Is that with the sheriff's office?

3         A    Yes.

4         Q    And I think you said you observed the

5    ambulance arrive, correct?

6         A    Yes.

7         Q    Where were you when the ambulance arrived?

8         A    I was at the front of the store by the

9    entrance.

10        Q    Were you inside or outside?

11        A    I was outside.

12        Q    Were you alone?

13        A    No.

14        Q    Who was with you?

15        A    My daughter, Ariana.

16        Q    Did you meet a gentleman there named Sean

17   Mahoney?

18        A    Yes.

19        Q    Did you have a conversation with Sean

20   Mahoney on that day?

21        A    Yes.

22        Q    What did you talk about with Mr. Mahoney?

23             MR. HECHT:  Form.

24             THE WITNESS:  We talked about -- he was

25        there with his girl.  They were saying that why

1          would the officer beating him up like that,

2          that looks like police brutality to me.

3     BY MR. JOLLY:

4          Q     That's what Mr. Mahoney was saying?

5          A     Yeah.  And I said, I have never seen

6     anything like that myself in my entire life.

7          Q     I think you said you didn't observe what

8     took place before the deputies ended up on the

9     ground with Mr. Docher?

10         A     No, no, I did not.

11         Q     Have you ever worked in law enforcement?

12         A     No, sir.

13         Q     Do you have any friends in law

14    enforcement?

15         A     Just acquaintance.

16         Q     Do you have any acquaintances with the St.

17    Lucie County Sheriff?

18         A     Not -- I would say yes.

19         Q     Can you tell me that person's name?

20         A     Deputy Goyette and Deputy Green.

21         Q     Have you talked with either Deputy Goyette

22    or Deputy Green about this incident that we're here

23    today?

24         A     No, sir.

25         Q     Have you ever seen a cell phone video that

1    captured the subject incident?

2         A    Yes, sir.

3         Q    When did you see that?

4         A    A couple of days after the incident.

5         Q    How did you see it?

6         A    The video was shared.  The same person

7    that you mentioned, I don't remember his name.

8    Sean?

9         Q    Yes.

10        A    Shared it on his Facebook, which we are

11   not friends under Facebook, but I was able to --

12   because he said he was going to post it and he was

13   going to make that go viral.

14        Q    When did he say that?

15        A    At the time when I met him at the CVS

16   store, inside the store.  He was there with his

17   girlfriend and a kid, I'm not a hundred percent

18   sure.

19        Q    Have you had any conversations with

20   Mr. Mahoney since May 11, 2014?

21        A    No, sir.

22        Q    Do you know if your daughter has?

23        A    No, sir.

24        Q    When was the last time you saw the video,

25   the cell-phone video that you were talking about

Page 17

1   earlier?

2        A    That same year.  I mean, earlier that year

3   of the incident.  Other than that, no.

4        Q    So what happened after Mr. Docher was put

5   in the ambulance?

6        A    This investigator just they said we

7   couldn't leave, so we had to give a statement as to

8   what we saw at the time.

9        Q    Did any of the deputies tell you what to

10  say?

11       A    No, sir.

12       Q    Did you tell the truth?

13       A    Yes, sir.

14       Q    What did you do to prepare for your

15  deposition today?

16       A    Try to calm my anxiety.

17       Q    What were you anxious about?

18       A    I've never been in this situation before,

19  to have to do anything like this.  Because I do have

20  a history of anxiety, so of course that brings it

21  on.  I didn't know what to expect.

22       Q    Is it as bad as you thought it was going

23  to be?

24       A    Well, it's always nerve wracking when you

25  have to relive something for the first time, that

1   you, you know, ever saw something like that before.

2        Q     Did you ever give any statements to anyone

3   besides the statement you provided to the St. Lucie

4   County Sheriff's detective, Deputy Blanchard?

5        A     No, sir.

6        Q     Have you had any conversations with any

7   representatives of the plaintiff, Mr. Docher?

8        A     No, sir.

9        Q     Have you had any conversations with any of

10  the representatives, besides Deputy Blanchard, for

11  the sheriff?

12       A     No, sir.

13       Q     Do you know Deputy Newman, does that ring

14  a bell at all?

15       A     No, sir.

16       Q     How about Deputy Mangrum?

17       A     No, sir.

18       Q     How about Deputy Robinson?

19       A     No, sir.

20       Q     I think I'm just about done.

21             From the time you got into the

22  parking lot to the time Mr. Docher was put into the

23  ambulance, can you tell me approximately how much

24  time elapsed?

25       A     By the time I got there, probably about

1    ten minutes on the ground, I would say a good 20

2    minutes from the time I got there.

3         Q    And what was happening when Mr. Docher was

4    on the ground?

5         A    Like I said earlier, there were two

6    deputies by his feet, and he was laying on his

7    belly, and there was a deputy by his head, with

8    Mr. Docher's face, the left side laying on the

9    ground and right side visible.  And all I heard was

10   the deputy repeatedly saying, stop resisting arrest.

11   And then the deputy elbowed him a couple of times on

12   the right side of his face, and Mr. Docher was

13   bleeding.

14        Q    When the elbow strikes were being

15   delivered, was Mr. Docher handcuffed?

16        A    No, sir.

17        Q    So the handcuffing occurred after the

18   elbow strikes?

19        A    Yes, sir.

20        Q    That's all the questions I have.  The

21   other attorneys may have some questions for you, but

22   thank you.

23        A    You're welcome.

24

25

```
 1                    CROSS-EXAMINATION

 2   BY MR. HECHT:

 3        Q    As I stated, my name's Adam Hecht, I

 4   represent Tavares Docher.

 5               On May 11, 2014, and I know it was

 6   some years ago, but you were with your daughter

 7   going to the CVS that evening, correct?

 8        A    Yes, sir.

 9        Q    And why is it that you were going to the

10   CVS?

11        A    It was Mother's Day, I believe, and I went

12   to get a hair color.

13        Q    And when you arrived on scene, you told us

14   that you saw a few officers and my client, Tavares

15   Docher, who was laying on the ground, correct?

16        A    Correct.

17        Q    And you parked your car, correct?

18        A    Correct, yes, sir.

19        Q    And where is it that you walked to in

20   order to watch what was occurring at that time?

21        A    So I came up the CVS entrance, and the

22   deputy's car door was open, the passenger door, I

23   swerved around.  There was enough room where they

24   were laying where he was.  Came around.  And where

25   did I park?  Was that the --
```

1     Q    I want to know where it was that you were

2  standing that you were watching this?

3     A    I was standing -- I parked facing Prima

4  Vista, that's south, and I came behind my van.

5  So -- so I was behind my van looking on to the

6  parking lot where the incident was taking place.

7     Q    How much feet from Tavares Docher would

8  you say that you were?

9     A    I want to say about 30 feet maybe.

10    Q    And was there already a crowd of people

11  that were watching this?

12    A    No.  Because it was around after

13  6:00 p.m., I believe, and there was a only a few

14  people in the store.  It was myself, my daughter,

15  from what I remember.  And the gentleman that --

16  Sean Mahoney, there were two other people with him,

17  a kid and somebody else.  That was it.

18    Q    And when you saw Tavares Docher lying on

19  his belly for the first time, did you see a pool of

20  blood underneath his face?

21    A    I don't know that it was underneath his

22  face, but it was definitely coming from him, yeah, I

23  don't know from where.

24    Q    And you said that at that time, when you

25  first saw him on his belly, he was not wearing

Page 22

1  handcuffs, correct?

2       A    Correct.

3       Q    And would you say that he was fighting

4  with the officers while he was on his belly?

5            MR. JOLLY:  Objection, form.

6            THE WITNESS:  Can you say that again

7       please?

8  BY MR. HECHT:

9       Q    Sure.  When you saw Tavares Docher

10 initially, when you first came to see him on the

11 ground and he was laying on his belly, was he

12 fighting with the officers?

13           MR. JOLLY:  Form.

14           THE WITNESS:  I know he was moving, but

15      they were trying to restrain him, like, two

16      officers were by his feet, and then that

17      officer was by his head.  And like I said, he

18      had one hand like this, under his chin

19      (indicating), and then the other hand was

20      underneath him.  So I don't really know what

21      they were trying to do, whether they were

22      trying to get his arms out, but they were

23      saying, stop resisting arrest.

24 BY MR. HECHT:

25      Q    I know this is the first time you've ever

1  given a deposition, so when you say things such as,

2  his arm was like this and it was like this, but

3  that's okay, it just doesn't transcribe well when we

4  go back.

5       A    His hand was under his chin, like, his

6  neck.

7       Q    I understand.  What I want to ask you is,

8  would you describe Tavares Docher's arm positions as

9  being in a very uncomfortable and unnatural position

10  when you saw him laying on his belly?

11            MR. JOLLY:  Objection, form.

12            THE WITNESS:  I wouldn't say unnatural, I

13       would say where somebody's laying on their

14       belly how their arm would be and where it would

15       be.  I wouldn't say that it was placed there by

16       someone else, it's just how he himself was

17       laying.

18  BY MR. HECHT:

19       Q    Did it appear to you that he was having

20  difficulty breathing when you saw him on the ground

21  laying on his belly?

22       A    No, I wouldn't say that.

23       Q    You said the officers were saying, stop

24  resisting, stop resisting?

25       A    Yes.

```
 1       Q    Was Tavares Docher resisting the officers?

 2            MR. JOLLY:  Objection, form.

 3            THE WITNESS:  Okay.  I don't know that I'm

 4       going to answer it the way that I should, but

 5       --

 6  BY MR. HECHT:

 7       Q    I just want you to answer as best as you

 8  can and as honestly as you can.

 9       A    I don't know much about law enforcement as

10  to what their rules and regulations, what a

11  resisting arrest is.  I've never been arrested in my

12  life, thank God.  So I had to ask my husband that

13  question last night, what is resisting arrest?  Is

14  it you're not giving up your hand freely?  Is it

15  your hand is in a position where you're not allowing

16  the officer to arrest you?  Is it because they have

17  your hands and you're just moving your legs and

18  feet, does that mean that you're still resisting?

19  So I honestly don't know how to answer that

20  question.

21       Q    Okay, that's fair enough.

22       A    I'm sorry.

23       Q    That's fair enough.

24            You said that you saw one of the

25  officers elbow Tavares Docher twice on his face,
```

Page 25

```
 1    correct?

 2         A     Correct.

 3         Q     Did that seem unnecessary to you?

 4               MR. JOLLY:  Objection, form.

 5               THE WITNESS:  At the time what I observed,

 6         I would say yes.

 7    BY MR. HECHT:

 8         Q     And there were three officers trying to

 9    control him, correct?

10               MR. JOLLY:  Objection, form.

11               THE WITNESS:  There were three officers

12         there, yes.

13    BY MR. HECHT:

14         Q     When one of the officers was striking

15    Tavares Docher in his face, did that seem excessive

16    to you?

17               MR. JOLLY:  Objection, form.

18               THE WITNESS:  At the time, yes.

19    BY MR. HECHT:

20         Q     After this officer elbowed Tavares Docher

21    in the face, did you see him bleed from that?

22         A     I saw him bleeding.  For sure, do I know

23    that that's why he was bleeding?  I don't know that

24    he fell on the ground, what happened, why the police

25    car door was open, I don't know anything at that
```

1   point.  So my observation and my assumption would

2   say that it's possible.

3       Q    You stated that you had never seen

4   anything like that in your entire life, correct?

5       A    Correct.

6       Q    Could you please elaborate for me by what

7   you meant by that?

8       A    With Tavares laying on the ground and the

9   officer elbowed him, he was bleeding.  And like I

10  said, I don't know that where did the bleeding come?

11  Could it be from the striking, could it be he fell,

12  I honestly don't know that for sure.  So with the

13  elbow doing like this (indicating), with the elbow

14  on his face, and the gentleman Tavares is saying,

15  don't let them kill me, I presume he's talking about

16  the officer because the officer is striking him.

17              And then the two officers by his leg

18  were trying to -- at that point, didn't have the

19  handcuffs, were restraining him from the foot area.

20  And, you know, he's bleeding, and of course you're

21  seeing from a person, it can be a little bit

22  traumatizing.  I've never experienced anything like

23  that in my entire life, so it was very disturbing to

24  me to see, you know, what was taking place.

25      Q    Did it appear to you that based upon what

1    you saw, that Tavares Docher, my client, was in fear

2    of his life?

3           MR. JOLLY:  Objection, form.

4           THE WITNESS:  I mean, I didn't see his

5        like whole -- you know, by him saying, don't

6        let them kill me, and if he was referring, to

7        which I think he was referring, to the

8        officers, quite possible.

9    BY MR. HECHT:

10       Q    Okay.  Thank you, ma'am, I don't have any

11   other questions.

12                   CROSS-EXAMINATION

13   BY MR. NEWMAN:

14       Q    Just very briefly, ma'am.  Again, my name

15   is Ben Newman, I represent the Fire District.

16            You're here today, looks like you're

17   wearing medical scrubs.

18       A    Yes, sir.

19       Q    Where do you work?

20       A    I work for a pediatrics office.

21       Q    And what do you do?

22       A    I am a head nurse and clinical staff.

23       Q    What is the highest level of education

24   that you have?

25       A    Some college, and my certification for

1    medical assisting.

2          Q    So you have the certificate as a medical

3    assistant?

4          A    Yes, sir.

5          Q    But you're not a licensed practical nurse,

6    correct?

7          A    No, but I know a lot.

8          Q    But with the State of Florida you have a

9    certificate as a medical assistant?

10         A    Yes, sir.

11         Q    Thank you, those are all the questions I

12   have.

13                    REDIRECT EXAMINATION

14   BY MR. JOLLY:

15         Q    You testified earlier that you asked your

16   husband about what constitutes resisting arrest.

17         A    Yes.

18         Q    What does your husband do?

19         A    My husband works for the City of Port St.

20   Lucie.

21         Q    In what capacity?

22         A    He is a supervisor, the utility

23   department.

24         Q    Is your husband in law enforcement?

25         A    No, sir.

1      Q    Has he ever been in law enforcement?

2      A    No, sir.

3      Q    Did he tell you what he thought resisting

4  arrest is?

5          MR. HECHT:  Form.

6          THE WITNESS:  To the best of his

7     knowledge.

8  BY MR. JOLLY:

9      Q    What did he say?

10     A    Well, I said, is it -- is it -- how do you

11  think it works, is it the person not giving up the

12  hands freely?  And he says yes, like that.  Is it

13  trying to get the person to arrest them and they're

14  just resisting, like not letting the officers do it

15  freely, like that.

16      Q    And I don't want to keep going over the

17  same ground, but you were unaware of what transpired

18  prior to Mr. Docher ending up on the ground,

19  correct?

20     A    Correct.

21      Q    You don't know what happened inside the

22  CVS store?

23     A    I don't know what happened.

24      Q    Did you ever ask anyone what happened,

25  what led to this?

```
 1        A    I did, I asked a clerk.  Because I go
 2   there a lot and she knows me and I know her.
 3        Q    Who is that person, do you know her name?
 4        A    Samantha.
 5        Q    Gillesky?
 6        A    I don't know her last name.
 7        Q    Okay.  What did Samantha tell you about
 8   what happened?
 9             MR. HECHT:  Form.
10             THE WITNESS:  She told me the gentleman
11        came in and asked to use the phone and said his
12        aunt was being kidnapped, or something, and he
13        must be on -- it looks like he was under the
14        influence of alcohol of some sort, she wasn't
15        sure, but he was acting really weird.  And he
16        asked for their phone to call 911.
17   BY MR. JOLLY:
18        Q    Did Samantha tell you anything about the
19   things Mr. Docher was saying while he was inside the
20   store?
21        A    Well, that's what she told me he was
22   saying, yes, he wanted to use the phone to call the
23   police.
24        Q    This happened approximately 6:30 at night,
25   correct?
```

```
1        A    Yes, around that time.

2        Q    Do you remember if it was dark at that

3   time?

4        A    It was dusk, like, dusk, it wasn't, like,

5   really, really -- going sundown.

6        Q    All the action that happened, they

7   occurred in the parking lot, correct?

8        A    Yes, sir.

9        Q    Which is public ground, correct?

10       A    Yes, sir.

11       Q    It didn't appear that any of the deputies

12  were trying to conceal what was happening, correct?

13            MR. HECHT:  Form.

14            THE WITNESS:  Correct.

15  BY MR. JOLLY:

16       Q    And I know we've talked about this quite a

17  bit now, but can you say which hand was underneath

18  his neck and which was underneath his stomach, if

19  you remember?

20       A    His right arm -- wait.  I gotta just

21  visualize in my head as to when I got there.

22                 The left arm was like this

23  (indicating), underneath his neck, the right arm

24  underneath his belly area, and he was laying with

25  his right side of his face visible.
```

1      Q    Okay.  I don't have anymore questions at

2  this time.  There might be some followup from the

3  other attorneys.  Thank you.

4           MR. HECHT:  No more questions.

5           MR. NEWMAN:  No questions.

6           MR. JOLLY:  Okay, ma'am, at this time you

7      have the right to, if this transcript is

8      ordered, which it will be, you can read the

9      deposition to confirm its accuracy, or you can

10     waive that right.  But you have to make that

11     election now and it's your decision to make.

12          THE WITNESS:  Accuracy in the sense what I

13     have said?

14          MR. JOLLY:  Yes, ma'am.

15          THE WITNESS:  Yes, I'll take a copy.

16          MR. JOLLY:  You want to read?

17          THE WITNESS:  Yes, sir.

18          MR. JOLLY:  Okay, that's it.  Thank you.

19          (Deposition concluded at 12:00 p.m.)

20

21

22

23

24

25

```
 1 │ STATE OF FLORIDA     )
   │                      :  SS
 2 │ COUNTY OF ST. LUCIE )
   │
 3 │
   │
 4 │              CERTIFICATE OF OATH
   │
 5 │      I, VANESSA G. ARCHER, Registered Professional
   │
 6 │ Reporter, a Notary Public of the State of Florida at Large,
   │
 7 │ authorized to administer oaths on this 31st day of July,
   │
 8 │ 2017, at 11:23 a.m., MERINE KANHAI personally appeared
   │
 9 │ before me and took an oath for the purpose of giving
   │
10 │ testimony in the matter of:   TAVARES DOCHER v. CHRISTOPHER
   │
11 │ NEWMAN, ET AL.
   │
12 │
   │
13 │                             _____
   │                             VANESSA G. ARCHER, FPR
14 │                             My Commission Expires:
   │                             October 5, 2019
15 │
   │
16 │
   │
17 │
   │
18 │ PERSONALLY KNOWN --
   │ OR PRODUCED IDENTIFICATION X
19 │ TYPE OF IDENTIFICATION PRODUCED:
   │
20 │
   │
21 │
   │
22 │
   │
23 │
   │
24 │
   │
25 │
```

VANESSA G. ARCHER
MY COMMISSION # FF 239690
EXPIRES: October 5, 2019
Bonded Thru Budget Notary Services

Page 34

```
 1   STATE OF FLORIDA  )
                        :  SS
 2   COUNTY OF MARTIN   )

 3

 4              CERTIFICATE OF REPORTER

 5        I, VANESSA G. ARCHER, Registered Professional

 6   Reporter, a Machine Shorthand Reporter and Notary Public of

 7   the State of Florida at Large, certify that the foregoing

 8   deposition of MERINE KANHAI was stenographically reported by

 9   me and is a true and accurate transcription of said

10   deposition of MERINE KANHAI; that a review of the transcript

11   was requested.

12

13        I certify further I am neither attorney nor

14   counsel for, nor related to, nor employed by any of the

15   parties to the action in which the deposition is taken and,

16   further, that I am not a relative or an employee of any

17   attorney or counsel employed in this case, nor am I

18   financially interested in the outcome of this action.

19        DATED this 3rd day of August, 2017.

20

21                              _____

22                              VANESSA G. ARCHER, FPR

23

24

25
```

Page 35

```
1                          ERRATA SHEET

2      In Re:   Tavares Docher v. Christopher Newman, Et Al
                    Case No: 2:16cv14413
3                        7/31/17

4       DO NOT WRITE ON TRANSCRIPT - - ENTER CHANGES HERE:

5      Page: _____    Line: _____
       Now reads:
6      _____
       Should read: _____
7      Reason for Change: _____

8      Page: _____    Line: _____
       Now reads:
9      _____
       Should read: _____
10     Reason for Change: _____

11     Page: _____    Line: _____
       Now reads:
12     _____
       Should read: _____
13     Reason for Change: _____

14     Page: _____    Line: _____
       Now reads:
15     _____
       Should read: _____
16     Reason for Change: _____

17     Page: _____    Line: _____
       Now reads:
18     _____
       Should read: _____
19     Reason for Change: _____

20
                Under penalties of perjury, I declare that I have
21     read my foregoing transcript and, together with any changes
       made above, the facts stated herein are true.
22

23

24     _____     _____
       DATE                         MERINE KANHAI
25
```

1                            ERRATA SHEET

2    In Re:  Tavares Docher v. Christopher Newman, Et Al
                      Case No: 2:16cv14413
3                            7/31/17

4      DO NOT WRITE ON TRANSCRIPT - - ENTER CHANGES HERE:

5    Page: _____    Line: _____
     Now reads:
6    _____
     Should read: _____
7    Reason for Change: _____

8    Page: _____    Line: _____
     Now reads:
9    _____
     Should read: _____
10   Reason for Change: _____

11   Page: _____    Line: _____
     Now reads:
12   _____
     Should read: _____
13   Reason for Change: _____

14   Page: _____    Line: _____
     Now reads:
15   _____
     Should read: _____
16   Reason for Change: _____

17   Page: _____    Line: _____
     Now reads:
18   _____
     Should read: _____
19   Reason for Change: _____

20
           Under penalties of perjury, I declare that I have
21   read my foregoing transcript and, together with any changes
     made above, the facts stated herein are true.
22

23

     _____      _____
24   DATE                         MERINE KANHAI

25

50620c06-557f-4b02-878f-b684b182267b

Page 37

Merine Kanhai
857 SE Evergreen Ter
Port St. Lucie, Florida 34983

August 4th, 2017

In re:  Tavares Docher v. Christopher Newman, Et al

Dear Ms. Kanhai:

This letter is to inform you that your deposition taken on July 31st, 2017 in the above-captioned matter has been completed and is ready for you to read and sign.

The transcript is being held in my office.  Please make arrangements with my office to read and sign your deposition.

Thank you for your prompt attention to this matter.


Cordially yours,


Vanessa G. Archer, Court Reporter


CC:  Gregory Jolly, Esq.
     Benjamin Newman, Esq.
     Adam Hecht, Esq.

**A**

a.m 1:17 33:8
able 16:11
above-caption...
  37:13
accuracy 32:9
  32:12
accurate 34:9
acquaintance
  15:15
acquaintances
  15:16
acting 30:15
action 31:6
  34:15,18
Adam 2:4 20:3
  37:24
administer 33:7
ago 20:6
al 33:11 35:2
  36:2 37:10
alcohol 30:14
allow 5:24
allowing 24:15
ambulance
  12:19 13:1,6
  13:19 14:5,7
  17:5 18:23
answer 5:25
  24:4,7,19
answers 5:3
anxiety 17:16,20
anxious 17:17
anymore 32:1
apologize 8:20
appear 23:19
  26:25 31:11
APPEARANC...
  2:1
appeared 33:8
approximately
  7:19 18:23
  30:24
Archer 1:20
  33:5,13 34:5
  34:21 37:21
area 9:6,7,23

12:11 26:19
  31:24
Ariana 14:15
arm 9:12,18
  10:16 23:2,8
  23:14 31:20,22
  31:23
arms 9:7,9,22
  10:2,9,10,10
  10:13,18 22:22
arrangements
  37:15
arrest 9:21 10:8
  19:10 22:23
  24:11,13,16
  28:16 29:4,13
arrested 24:11
arrive 14:5
arrived 14:7
  20:13
ash@searcyla...
  2:5
asked 28:15 30:1
  30:11,16
assistant 28:3,9
assisting 28:1
assumption 26:1
attempt 11:19
attention 37:17
attorney 34:13
  34:17
attorneys 19:21
  32:3
August 34:19
  37:9
aunt 30:12
authorized 33:7
Ave 2:8

**B**

back 6:19 8:4
  10:17 12:25
  13:14 23:4
bad 17:22
BARNHART
  2:3
BARRANCO

2:14
based 26:25
Beach 2:3,4
beating 15:1
behalf 4:3
believe 7:7 9:24
  11:5 20:11
  21:13
bell 18:14
belly 8:19 9:5,20
  19:7 21:19,25
  22:4,11 23:10
  23:14,21 31:24
Ben 27:15
ben.newman...
  2:10
Benjamin 2:9
  37:23
best 24:7 29:6
bit 11:17 26:21
  31:17
bite 11:19
black 6:20 7:7
  12:16
Blanchard
  13:25 18:4,10
bleed 25:21
bleeding 10:1
  19:13 25:22,23
  26:9,10,20
blood 21:20
bloody 13:20
Blvd 1:18 2:3,14
break 6:23 9:15
breathing 23:20
briefly 27:14
brings 17:20
brutality 15:2

**C**

call 6:24 30:16
  30:22
called 4:3
calm 17:16
CALVIN 1:8
capacity 28:21
captured 16:1

car 6:18,19 7:16
  20:17,22 25:25
card 13:11
care 13:24
case 1:2 34:17
  35:2 36:2
Caucasian 11:1
CC 37:23
cell 15:25
cell-phone 16:25
certificate 28:2
  28:9 33:4 34:4
certification
  27:25
certify 34:7,13
Change 35:7,10
  35:13,16,19
  36:7,10,13,16
  36:19
changes 35:4,21
  36:4,21
cheeks 11:5
chin 22:18 23:5
Christopher 1:7
  33:10 35:2
  36:2 37:10
City 28:19
CLAYLAN 1:8
clerk 30:1
client 20:14 27:1
clinical 27:22
closer 11:17
college 27:25
color 20:12
come 8:4 26:10
coming 7:13
  21:22
Commission
  33:14
completed 37:14
completion 3:18
conceal 31:12
concluded 32:19
confirm 32:9
constitutes
  28:16
control 25:9

conversation
  14:19
conversations
  16:19 18:6,9
cool 5:21
copy 5:16 13:13
  32:15
Cordially 37:19
correct 14:5
  20:7,15,16,17
  20:18 22:1,2
  25:1,2,9 26:4,5
  28:6 29:19,20
  30:25 31:7,9
  31:12,14
counsel 34:14,17
County 1:10,10
  2:7 15:17 18:4
  33:2 34:2
couple 16:4
  19:11
course 17:20
  26:20
Court 1:1 37:21
COURTEMA...
  1:9 2:13
courtesy 6:1
courthouse 6:6
Criminal 14:1
CROSS 3:4
CROSS-EXA...
  20:1 27:12
crowd 21:10
CVS 6:11,14
  7:13 16:15
  20:7,10,21
  29:22

**D**

dark 31:2
DATE 1:16
  35:24 36:24
DATED 34:19
daughter 8:2
  14:15 16:22
  20:6 21:14
David 13:25

day 6:12,14,16
14:20 20:11
33:7 34:19
days 16:4
Dear 37:12
decision 32:11
declare 35:20
36:20
DEFENDANT
2:7
Defendants 1:12
2:12 4:3
definitely 21:22
deliver 12:2
delivered 11:3
11:12 19:15
delivering 10:25
DENNEY 2:2
department
28:23
deposition 1:15
4:18 17:15
23:1 32:9,19
34:8,10,15
37:13,16
deputies 6:25
7:1,3,8,17 8:5
11:8,15,20,22
12:2,7,21
13:22 15:8
17:9 19:6
31:11
deputy 7:7 10:25
11:1 12:5,22
15:20,20,21,22
18:4,10,13,16
18:18 19:7,10
19:11
deputy's 20:22
describe 9:17
23:8
detective 18:4
difficulty 23:20
DIRECT 3:4 4:7
district 1:1,1,11
1:11 2:8 27:15
disturbing 26:23

Division 14:1
Docher 1:3 4:17
10:3 11:3,7,19
11:24 12:8
13:3,17 15:9
17:4 18:7,22
19:3,12,15
20:4,15 21:7
21:18 22:9
24:1,25 25:15
25:20 27:1
29:18 30:19
33:10 35:2
36:2 37:10
Docher's 19:8
23:8
DOCHER-NE...
1:4
doing 5:4 9:16
10:3,9 11:7
26:13
door 6:19 7:12
20:22,22 25:25
duly 4:4
dusk 31:4,4

——————
E
——————
earlier 6:5 17:1
17:2 19:5
28:15
east 2:14 6:18
education 27:23
either 15:21
elaborate 26:6
elapsed 18:24
elbow 9:25
10:23,25 11:2
11:8,11,16
12:2 19:14,18
24:25 26:13,13
elbowed 19:11
25:20 26:9
election 32:11
ELSER 2:8
employed 34:14
34:17
employee 34:16

ended 15:8
enforcement
15:11,14 24:9
28:24 29:1
ENTER 35:4
36:4
entire 15:6 26:4
26:23
entrance 14:9
20:21
Errata 3:18 35:1
36:1
Esq 1:19 37:23
37:23,24
ESQUIRE 2:4,9
2:15
Et 33:11 35:2
36:2 37:10
evening 20:7
event 6:10
events 8:14
Evergreen 37:7
everything's
5:23
EXAMINATI...
4:7 28:13
examined 4:4
excessive 25:15
Exhibits 3:8,10
expect 17:21
experienced
26:22
Expires 33:14
extend 6:1
extended 10:18

——————
F
——————
face 9:6,25 11:6
19:8,12 21:20
21:22 24:25
25:15,21 26:14
31:25
Facebook 16:10
16:11
facing 6:18 7:12
7:14,15 21:3
facts 35:21

36:21
fair 24:21,23
far 7:16 11:15
13:20,22
fear 27:1
feet 7:18 11:18
19:6 21:7,9
22:16 24:18
fell 25:24 26:11
fighting 22:3,12
filed 4:17
finally 10:13
financially
34:18
fine 5:18
finish 5:24
Fire 1:11 2:8
27:15
first 4:4 5:25
17:25 21:19,25
22:10,25
Florida 1:1,10
1:18,21 2:4,9
2:15 28:8 33:1
33:6 34:1,7
37:8
flying 10:5,7
follows 4:5
followup 32:2
foot 26:19
force 12:8
foregoing 34:7
35:21 36:21
form 12:9 14:23
22:5,13 23:11
24:2 25:4,10
25:17 27:3
29:5 30:9
31:13
Fort 2:15
forwarded 3:18
FPR 1:20 33:13
34:21
free 9:22 10:13
freely 24:14
29:12,15
friends 15:13

16:11
front 10:3,16,18
14:8
further 12:24
34:13,16

——————
G
——————
G 1:20 33:5,13
34:5,21 37:21
gentleman 7:2
7:17 8:6,7,15
12:16 14:16
21:15 26:14
30:10
gentleman's
13:9
Gillesky 30:5
girl 14:25
girlfriend 16:17
GIUFFREDA
2:14
give 4:25 17:7
18:2
given 4:18 23:1
giving 24:14
29:11 33:9
go 4:21 6:14 9:2
16:13 23:4
30:1
God 24:12
going 4:21 5:1,3
6:6,22 8:20 9:9
9:15 13:15
16:12,13 17:22
20:7,9 24:4
29:16 31:5
good 5:7 19:1
gotta 31:20
Goyette 15:20
15:21
Green 15:20,22
Greg 4:16
greg@purdyla...
2:16
Gregory 1:19
2:15 37:23
ground 4:22

6:21 7:2 8:6,12
8:15,22,23,25
9:4 10:2 12:17
15:9 19:1,4,9
20:15 22:11
23:20 25:24
26:8 29:17,18
31:9
**guardian** 1:4
**guess** 9:21
**gurney** 13:23
**guy** 6:20 9:25
12:16
**guys** 13:3

**H**

**hair** 20:12
**hand** 9:19 10:14
22:18,19 23:5
24:14,15 31:17
**handcuff** 10:12
**handcuffed** 8:7
8:10,11 10:13
10:15,17,21
19:15
**handcuffing**
19:17
**handcuffs** 22:1
26:19
**hands** 10:15
24:17 29:12
**happened** 13:7
17:4 25:24
29:21,23,24
30:8,24 31:6
**happening**
11:14,16 19:3
31:12
**happens** 12:1
**hard** 9:13,16
**head** 5:5,5 9:23
10:14 19:7
22:17 27:22
31:21
**hear** 11:23
**heard** 19:9
**Hecht** 2:4 3:6

5:16,19 12:9
14:23 20:2,3
22:8,24 23:18
24:6 25:7,13
25:19 27:9
29:5 30:9
31:13 32:4
37:24
**held** 37:15
**help** 13:22
**highest** 27:23
**history** 17:20
**hitting** 7:11
**holding** 6:20 7:2
7:4 12:11
**honestly** 12:23
24:8,19 26:12
**hundred** 16:17
**husband** 24:12
28:16,18,19,24

**I**

**I-N-D-E-X** 3:1
**IDENTIFICA...**
33:18,19
**immediately**
7:21
**incident** 11:14
15:22 16:1,4
17:3 21:6
**independent**
1:11
**indicating** 9:12
9:14,20 10:12
10:15 22:19
26:13 31:23
**individually** 1:7
1:8,9,10
**influence** 30:14
**inform** 37:13
**initially** 22:10
**inside** 14:10
16:16 29:21
30:19
**instruction** 4:25
**interested** 34:18
**interrupted** 9:2

**interrupting**
8:21
**introduced** 4:15
**investigator**
14:1 17:6

**J**

**J** 1:9,19 2:15
**JANICE** 1:4
**Jolly** 1:19 2:14
2:15 3:5 4:8,16
5:22 12:14
15:3 22:5,13
23:11 24:2
25:4,10,17
27:3 28:14
29:8 30:17
31:15 32:6,14
32:16,18 37:23
**JOSE** 1:10
**July** 1:16 3:2
33:7 37:13

**K**

**K-a-n-h-a-i** 4:12
**Kanhai** 1:15 3:3
3:17 4:2,10,13
4:14 33:8 34:8
34:10 35:24
36:24 37:7,12
**keep** 5:20 29:16
**KEN** 1:9
**kept** 10:7
**kid** 16:17 21:17
**kidnapped**
30:12
**kill** 11:10 12:18
26:15 27:6
**kind** 6:22
**know** 5:12,15
6:5 7:4 9:25
11:22 12:2,11
12:18 13:7,8
16:22 17:21
18:1,13 20:5
21:1,21,23
22:14,20,25

24:3,9,19
25:22,23,25
26:10,12,20,24
27:5 28:7
29:21,23 30:2
30:3,6 31:16
**knowledge** 29:7
**KNOWN** 33:18
**knows** 30:2

**L**

**Lakes** 2:3
**Large** 1:21 33:6
34:7
**Lauderdale** 2:15
**law** 15:11,13
24:9 28:24
29:1
**lawsuit** 4:17
**laying** 8:18 9:3,5
9:7,14 10:14
10:20 12:17
19:6,8 20:15
20:24 22:11
23:10,13,17,21
26:8 31:24
**leave** 17:7
**led** 29:25
**left** 19:8 31:22
**leg** 9:6 12:11
26:17
**legal** 1:4
**legs** 10:5,6 24:17
**letter** 3:17 37:13
**letting** 29:14
**level** 27:23
**licensed** 28:5
**life** 15:6 24:12
26:4,23 27:2
**Line** 35:5,8,11
35:14,17 36:5
36:8,11,14,17
**little** 11:17 26:21
**look** 13:12
**looked** 7:6
**looking** 13:15
21:5

**looks** 15:2 27:16
30:13
**lot** 6:17 18:22
21:6 28:7 30:2
31:7
**Lucie** 1:9,10,18
1:18 2:7 15:17
18:3 28:20
33:2 37:8
**lying** 21:18

**M**

**M-e-r-i-n-e** 4:12
**ma'am** 13:5
27:10,14 32:6
32:14
**Machine** 34:6
**Mahoney** 14:17
14:20,22 15:4
16:20 21:16
**Mangrum** 1:8
2:12 18:16
**Marked** 3:9
**MARTIN** 34:2
**MASCARA** 1:9
**matter** 1:5 6:25
33:10 37:13,17
**mean** 5:12,13
13:18 17:2
24:18 27:4
**meant** 26:7
**medical** 27:17
28:1,2,9
**meet** 14:16
**mentioned** 6:5
10:23 16:7
**Merine** 1:15 3:3
3:17 4:2,10
33:8 34:8,10
35:24 36:24
37:7
**met** 16:15
**minutes** 19:1,2
**mother** 1:4
**Mother's** 20:11
**moving** 11:9
22:14 24:17

**N**

N 2:8
name 4:9,10
  13:3,9,25
  15:19 16:7
  27:14 30:3,6
name's 4:16
  20:3
named 14:16
natural 5:4
neck 23:6 31:18
  31:23
need 10:24
neither 34:13
nerve 17:24
never 5:14 15:5
  17:18 24:11
  26:3,22
Newman 1:7 2:9
  2:12 3:7 18:13
  27:13,15 32:5
  33:11 35:2
  36:2 37:10,23
night 24:13
  30:24
Notary 1:20
  33:6 34:6
nurse 27:22 28:5

**O**

oath 6:7,8 33:4,9
oaths 33:7
Objection 22:5
  23:11 24:2
  25:4,10,17
  27:3
observation 26:1
observe 8:17
  11:19 12:7,15
  15:7
observed 8:18
  14:4 25:5
occurred 6:11
  19:17 31:7
occurring 20:20
October 33:14
office 14:2 27:20

37:15,15
officer 9:6,23,24
  15:1 22:17
  24:16 25:20
  26:9,16,16
officers 6:20 9:4
  9:5 20:14 22:4
  22:12,16 23:23
  24:1,25 25:8
  25:11,14 26:17
  27:8 29:14
okay 4:21 6:3
  9:3 13:16 23:3
  24:3,21 27:10
  30:7 32:1,6,18
open 6:19 20:22
  25:25
Orange 2:8
order 20:20
ordered 32:8
Orlando 2:9
outcome 34:18
outside 12:25
  14:10,11

**P**

P.A 2:3,14
p.m 21:13 32:19
Page 35:5,8,11
  35:14,17 36:5
  36:8,11,14,17
Palm 2:3,4
park 20:25
parked 6:18 7:9
  7:12,14,20,22
  20:17 21:3
parking 6:17
  18:22 21:6
  31:7
part 4:24
parties 34:15
passenger 20:22
pediatrics 27:20
penalties 35:20
  36:20
people 21:10,14
  21:16

percent 16:17
perjury 35:20
  36:20
person 16:6
  26:21 29:11,13
  30:3
person's 15:19
personally 33:8
  33:18
phone 15:25
  30:11,16,22
picture 13:13
place 1:18 15:8
  21:6 26:24
placed 23:15
plaintiff 2:2 18:7
Plaintiffs 1:5
please 22:7 26:6
  37:15
point 11:13 26:1
  26:18
police 15:2
  25:24 30:23
pool 21:19
Port 1:18,18
  28:19 37:8
position 9:7 23:9
  24:15
positions 23:8
possible 26:2
  27:8
post 16:12
practical 28:5
preceded 8:15
prepare 17:14
presume 26:15
Prima 7:15,15
  21:3
prior 29:18
probably 18:25
PRODUCED
  33:18,19
Professional
  33:5 34:5
prompt 37:17
provided 18:3
public 1:21 31:9

33:6 34:6
pulling 6:17
PURDY 2:14
purpose 33:9
pushing 10:4
put 17:4 18:22

**Q**

question 5:25
  24:13,20
questioned 13:8
questions 13:16
  19:20,21 27:11
  28:11 32:1,4,5
quite 27:8 31:16

**R**

read 32:8,16
  35:6,9,12,15
  35:18,21 36:6
  36:9,12,15,18
  36:21 37:14,15
reads 35:5,8,11
  35:14,17 36:5
  36:8,11,14,17
ready 37:14
really 5:13 6:25
  10:11 22:20
  30:15 31:5,5
Reason 35:7,10
  35:13,16,19
  36:7,10,13,16
  36:19
recall 12:13
record 4:9,15,16
  5:7,8,9,10,11
  5:20
recorded 4:23
RECROSS 3:4
REDIRECT 3:4
  28:13
referring 27:6,7
Registered 33:5
  34:5
regulations
  24:10
related 34:14

relative 34:16
relive 17:25
remember 6:12
  6:16,17,24 7:1
  7:6,10 8:6,9
  10:24 11:2,4
  12:10,22,23
  13:9,23 16:7
  21:15 31:2,19
repeatedly 19:10
reported 34:8
reporter 1:20
  5:2 33:6 34:4,6
  34:6 37:21
represent 4:16
  20:4 27:15
representative
  13:10
representatives
  18:7,10
requested 34:11
resisting 10:7
  11:23 19:10
  22:23 23:24,24
  24:1,11,13,18
  28:16 29:3,14
restrain 10:6
  22:15
restraining
  26:19
review 34:10
right 5:21 7:13
  9:19,19 11:5,5
  19:9,12 31:20
  31:23,25 32:7
  32:10
ring 18:13
Robinson 1:8
  2:13 18:18
room 20:23
ROSARIO 1:10
rules 4:22 24:10

**S**

S 2:4
Samantha 30:4
  30:7,18

saw 10:18 12:1,3
    13:20 16:24
    17:8 18:1
    20:14 21:18,25
    22:9 23:10,20
    24:24 25:22
    27:1
saying 10:7
    11:22 12:17
    14:25 15:4
    19:10 22:23
    23:23 26:14
    27:5 30:19,22
says 29:12
SCAROLA 2:2
scene 20:13
scrubs 27:17
SE 37:7
Sean 14:16,19
    16:8 21:16
SEARCY 2:2
see 8:5,24 9:24
    16:3,5 21:19
    22:10 25:21
    26:24 27:4
seeing 26:21
seen 15:5,25
    26:3
sense 32:12
shake 5:5,5
shared 16:6,10
SHEET 35:1
    36:1
Sheets 3:18
sheriff 1:9 2:14
    4:17 6:18
    13:10 15:17
    18:11
sheriff's 14:2
    18:4
SHIPLEY 2:3
shooed 12:24
Shorthand 34:6
side 9:19 11:5
    19:8,9,12
    31:25
sign 37:14,15

sir 6:9 11:21,25
    15:12,24 16:2
    16:21,23 17:11
    17:13 18:5,8
    18:12,15,17,19
    19:16,19 20:8
    20:18 27:18
    28:4,10,25
    29:2 31:8,10
    32:17
situation 17:18
slight 7:13
somebody 21:17
somebody's
    23:13
sorry 9:2 24:22
sort 30:14
south 7:14,15
    21:4
SOUTHERN
    1:1
special 1:11
spell 4:11
SS 33:1 34:1
St 1:9,10,18,18
    2:7 15:16 18:3
    28:19 33:2
    37:8
stable 12:12
staff 27:22
standing 12:25
    21:2,3
state 1:21 4:9
    28:8 33:1,6
    34:1,7
stated 20:3 26:3
    35:21 36:21
statement 17:7
    18:3
statements 18:2
STATES 1:1
stenographica...
    34:8
stomach 31:18
stood 7:23
stop 6:22 8:20
    9:9 10:7 11:23

19:10 22:23
    23:23,24
store 7:21 14:8
    16:16,16 21:14
    29:22 30:20
strikes 10:23,25
    11:3,11,16
    12:3 19:14,18
striking 11:8
    25:14 26:11,16
subject 16:1
Suite 1:18 2:8,14
sundown 31:5
Sunrise 2:14
supervisor 28:22
sure 11:13 16:18
    22:9 25:22
    26:12 30:15
SW 1:18
swerved 7:11
    20:23
swore 6:4,7
sworn 4:4

T
take 10:11 13:13
    13:24 32:15
taken 1:19 5:2
    5:23 34:15
    37:13
talk 6:10 14:22
talked 14:24
    15:21 31:16
talking 6:1
    16:25 26:15
Tavares 1:3 4:17
    20:4,14 21:7
    21:18 22:9
    23:8 24:1,25
    25:15,20 26:8
    26:14 27:1
    33:10 35:2
    36:2 37:10
tell 6:4,8,16 7:21
    15:19 17:9,12
    18:23 29:3
    30:7,18

ten 19:1
Ter 37:7
testified 4:4
    28:15
testimony 33:10
thank 19:22
    24:12 27:10
    28:11 32:3,18
    37:17
things 23:1
    30:19
think 14:4 15:7
    18:20 27:7
    29:11
thought 6:5
    17:22 29:3
three 7:3 25:8,11
time 1:17 8:3,7
    10:4 11:14,20
    16:15,24 17:8
    17:25 18:21,22
    18:24,25 19:2
    20:20 21:19,24
    22:25 25:5,18
    31:1,3 32:2,6
times 19:11
today 15:23
    17:15 27:16
told 20:13 30:10
    30:21
transcribe 23:3
transcribed 4:24
transcript 32:7
    34:10 35:4,21
    36:4,21 37:15
transcription
    34:9
transcripts 9:16
transpired 12:18
    29:17
traumatizing
    26:22
true 34:9 35:21
    36:21
truth 6:4,8 17:12
try 5:25 9:15,17
    17:16

trying 9:21 10:6
    12:12 22:15,21
    22:22 25:8
    26:18 29:13
    31:12
turn 7:14
twice 24:25
two 7:8 9:4,5
    12:4 19:5
    21:16 22:15
    26:17
TYPE 33:19

U
unaware 29:17
uncomfortable
    23:9
underneath 9:12
    9:18 21:20,21
    22:20 31:17,18
    31:23,24
understand 6:8
    23:7
UNITED 1:1
unnatural 23:9
    23:12
unnecessary
    25:3
use 30:11,22
utility 28:22

V
v 33:10 35:2
    36:2 37:10
van 11:18 21:4,5
Vanessa 1:20
    33:5,13 34:5
    34:21 37:21
verbal 5:4
verbally 5:6
video 5:8,9,10
    5:11 15:25
    16:6,24,25
viral 16:13
visible 19:9
    31:25
Vista 7:15,15

21:4
**visualize** 31:21
**vs** 1:6

_____

**W**

**W** 2:9
**WADE** 1:8
**wait** 31:20
**waive** 32:10
**walk** 7:20
**walked** 11:17
    20:19
**want** 5:11 7:18
    11:17 21:1,9
    23:7 24:7
    29:16 32:16
**wanted** 30:22
**wasn't** 10:16
    30:14 31:4
**watch** 7:23
    20:20
**watching** 21:2
    21:11
**way** 6:1 12:3,19
    13:14 24:4
**We'll** 8:4
**we're** 6:1,10
    15:22
**we've** 31:16
**wearing** 21:25
    27:17
**weird** 30:15
**welcome** 19:23
**went** 20:11
**weren't** 9:22
    10:11
**West** 2:4
**white** 7:8
**WILSON** 2:8
**witness** 4:3,6
    5:14,18,21
    8:14 12:10
    14:24 22:6,14
    23:12 24:3
    25:5,11,18
    27:4 29:6
    30:10 31:14

**32**:12,15,17
**words** 6:7
**work** 27:19,20
**worked** 15:11
**works** 28:19
    29:11
**wouldn't** 23:12
    23:15,22
**wracking** 17:24
**WRITE** 35:4
    36:4
**written** 5:20

_____

**X**

**X** 33:18

_____

**Y**

**yeah** 15:5 21:22
**year** 17:2,2
**years** 20:6

_____

**Z**

_____

**0**

_____

**1**

**108** 1:18
**11** 6:11 16:20
    20:5
**11:23** 1:17 33:8
**111** 2:8
**12:00** 32:19
**1200** 2:8
**1216** 2:14
**16** 8:2
**17** 8:2

_____

**2**

**2:16cv14413** 1:2
    35:2 36:2
**20** 3:6 11:18
    19:1
**201** 1:18
**2014** 6:11 16:20
    20:5
**2017** 1:16 3:2
    33:8 34:19
    37:9,13

**2019** 33:14
**2139** 2:3
**2455** 2:14
**25** 11:18
**27** 3:7
**28** 3:5

_____

**3**

**30** 7:18 21:9
**31** 3:2
**31st** 1:16 33:7
    37:13
**32801-2361** 2:9
**33304** 2:15
**33409** 2:4
**34983** 37:8
**34984** 1:18
**3rd** 34:19

_____

**4**

**4** 3:5
**407-203-7599**
    2:10
**462-3200** 2:16
**4th** 37:9

_____

**5**

**5** 33:14
**561-686-6300**
    2:5

_____

**6**

**6:00** 21:13
**6:30** 30:24

_____

**7**

**7/31/17** 35:3
    36:3

_____

**8**

**857** 37:7

_____

**9**

**911** 30:16
**954** 2:16