# EXHIBIT I -

**TO BE CONVENTIONALLY FILED**

Exhibit I - Security videotape of CVS parking lot