# EXHIBIT M -

**TO BE CONVENTIONALLY FILED**

