```
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF FLORIDA
                            CASE NO. : 2:16cv14413


TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

         Plaintiffs,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

         Defendants.
_____/



             DEPOSITION OF ARIANA KANHAI

DATE:              July 31st, 2017

TIME:              12:00 P.m.

PLACE:             201 SW Port St. Lucie Blvd, Suite 108
                   Port St. Lucie, Florida 34984

TAKEN BY:          GREGORY J. JOLLY, ESQ.

REPORTER:          VANESSA G. ARCHER, FPR, Notary
                   Public of the State of Florida at Large
```

CERTIFIED COPY

```
                                                     Page 2
1    APPEARANCES:

2
     FOR PLAINTIFF:        SEARCY, DENNEY, SCAROLA,
3                          BARNHART & SHIPLEY, P.A.
                           2139 Palm Beach Lakes Blvd.
4                          West Palm Beach, Florida 33409
                           BY:  ADAM S. HECHT, ESQUIRE
5                          561-686-6300
                           ash@searcylaw.com
6

7    FOR DEFENDANT
     ST. LUCIE COUNTY
8    FIRE DISTRICT:        WILSON, ELSER
                           111 N Orange Ave, Suite 1200
9                          Orlando, Florida 32801-2361
                           BY:   BENJAMIN W. NEWMAN, ESQUIRE
10                         407-203-7599
                           ben.newman@wilsonelser.com
11

12   FOR DEFENDANTS
     NEWMAN, MANGRUM,
13   ROBINSON,
     COURTEMANCHE and
14   SHERIFF:              PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
                           2455 East Sunrise Blvd, Suite 1216
15                         Fort Lauderdale, Florida 33304
                           BY:   GREGORY J. JOLLY, ESQUIRE
16                         (954) 462-3200
                           greg@purdylaw.com
17

18

19

20

21

22

23

24

25
```

```
 1                         I-N-D-E-X

 2    July 31, 2017

 3    ARIANA KANHAI

 4                    DIRECT    CROSS    REDIRECT    RECROSS

 5    By Mr. Jolly        4                  15

 6    By Mr. Hecht                 12

 7    By Mr. Newman                --

 8

 9

10    No Exhibits

11

12

13

14

15

16

17    Letter to Ariana Kanhai

18    Errata Sheets (to be forwarded upon completion)

19

20

21

22

23

24

25
```

Page 4

```
 1   AND THEREUPON,

 2            ARIANA KANHAI,

 3   called as a witness on behalf of Defendants, herein, after

 4   having been first duly sworn, was examined and testified as

 5   follows:

 6            THE WITNESS:  I do.

 7                 DIRECT EXAMINATION

 8   BY MR. JOLLY:

 9      Q    Would you state your name please for the

10   record.

11      A    Ariana Kanhai.

12      Q    Can you spell that please.

13      A    A-r-i-a-n-a, last name K-a-n-h-a-i.

14      Q    Ms. Kanhai, have you ever given a

15   deposition before?

16      A    No.

17      Q    I'll go through some of the ground rules

18   for you.  As you can see, the reporter here is

19   taking down everything we say, so the first thing I

20   would ask is that all your answers be verbal.

21   You're doing it now and it's okay, you're nodding

22   yes and that's natural.  If you do that in the

23   course of the deposition, I may correct you.  I'm

24   not trying to be rude, I just want to make sure we

25   have an accurate transcription.  Is that fair?
```

1      A    Yes.

2      Q    Also along the line, since everything we

3   say is being transcribed, if you would just allow

4   me to finish my question before you begin an answer,

5   and I'll try to extend the same courtesy by not

6   asking a question while you're talking.  Okay?

7      A    Okay.

8      Q    I don't expect this to take too long.  If

9   at any time you need a break, if you need to stop,

10  we can do that, we'll accommodate you.  I would just

11  ask that if there's a question pending, you answer

12  the question and then we can take a break.  Is that

13  okay?

14     A    Okay.

15     Q    We're here to talk about an incident that

16  occurred on May 11, 2014 at a CVS.  Do you remember

17  that day, first of all, May 11, 2014?

18     A    I do.

19     Q    Tell me what you remember?

20     A    I remember pulling up to CVS with my mom

21  and seeing Tavares on the floor on the street.

22     Q    And his name is Tavares Docher, I'll refer

23  to him as Mr. Docher.

24     A    Okay.

25     Q    Was Mr. Docher alone on the floor?

1      A     No.

2      Q     Who was with him?

3      A     Three other officers were with him.

4      Q     Do you remember what any of them looked

5  like?

6      A     No.  I remember that two of them, I think,

7  were white, of the white ethnicity, and one of them

8  was African American.

9      Q     How about their physical characteristics,

10  height, weight, anything about that?

11      A     No.

12      Q     What about Mr. Docher, could you describe

13  him for me?

14      A     From what I can remember, he's African

15  American.

16      Q     Was he big, small, fat, skinny, if you

17  remember?

18      A     Average stature, as far as I could tell.

19      Q     So Mr. Docher's on the ground with three

20  deputies, correct?

21      A     Correct.

22      Q     What's happening?

23      A     From what I can remember, he was on the

24  ground and the officers were on him.

25      Q     Can you describe that for me, how they

1  were on him?

2          It's not a memory test, if you don't

3  remember, that's okay.

4      A    I'm trying to, like, picture it.

5      Q    Okay.

6      A    From what I do remember, I remember there

7  was an officer that was by his head.  And, like, I

8  remember the elbows, like, being knocked into him.

9  I remember one was holding his feet.

10     Q    So one is holding his feet, and you

11  remember a deputy at his head?

12     A    Uh-huh.

13     Q    And then you said something about elbow

14  strikes?

15     A    Yes.

16     Q    Was Mr. Docher handcuffed when you saw the

17  elbow strikes?

18     A    Yes.

19     Q    Was Mr. Docher handcuffed when you saw him

20  on the ground?

21     A    He was being handcuffed, he was in the

22  process of.

23     Q    So when you first saw him, he was not

24  handcuffed?

25     A    No, he was not.

1      Q     Did you observe how Mr. Docher ended up on

2   the ground?

3      A     No.

4      Q     So the first you saw Mr. Docher he was

5   already on the ground?

6      A     Yes.

7      Q     Take me through the handcuffing, if you

8   could.  You said he was not handcuffed when you got

9   there, and then at some point he ended up

10   handcuffed?

11      A     Yes.

12      Q     Can you take me through what you remember

13   about that?

14      A     I remember his hands being in that area,

15   like, above his head, but I don't remember how that

16   played out particularly, but I remember it being

17   above his head and not handcuffed.  And they were

18   struggling at one point.

19      Q     What do you mean, struggling?

20      A     Like, he had his hands up there, and then

21   the officers were putting the handcuffs on.  But

22   they were also kind of like -- the elbows, as I was

23   saying, were kind of being jabbed into him at the

24   same time.

25      Q     Okay.

Page 9

 1      A    So it was kind of a point where --

 2      Q    How far were you from when one of the

 3 deputies delivered an elbow strike to Mr. Docher?

 4      A    We had just parked, so we were parallel

 5 from them, like, not too far, maybe five or six feet

 6 away, maybe a little farther, I could be wrong.

 7      Q    Do you remember any of the deputies saying

 8 anything to Mr. Docher?

 9      A    Stop resisting.

10      Q    Do you remember Mr. Docher saying anything

11 to the deputies?

12      A    Please don't let them kill me.

13      Q    Was he saying that to the deputies?

14      A    He was looking at me and saying it.

15      Q    So what happens next, that you remember?

16      A    I remember him saying just repeatedly,

17 please don't let them kill me, and the officer

18 saying, stop resisting.  And I remember seeing

19 blood.  I don't know where it was pouring from, but

20 I remember, like, it just, like, gushing of blood on

21 his face.

22      Q    Were any of the other deputies, besides

23 the one you say was elbowing Mr. Docher, were any of

24 the other deputies using force against Mr. Docher?

25      A    Not from what I can remember.

Page 10

1    Q    What did you do after Mr. Docher was

2    elbowed?

3    A    I think my mom had huddled me into the

4    store at that point, so all I can remember was

5    getting out the car and then seeing what I was

6    seeing, and we were trying to, like, walk and I was

7    also still looking.  But that was pretty much it

8    because I remember being kind of huddled into the

9    store.

10    Q    Did you ever observe any paramedics arrive

11    on the scene in an ambulance?

12    A    I don't remember that far.

13    Q    When Mr. Docher was on the ground, was he

14    moving at all when the deputies were on top of him?

15    A    I don't believe so.

16    Q    How about his legs, do you remember

17    anything about his legs?

18    A    I don't remember anything about his legs.

19    Q    What happens after you're huddled into the

20    store?

21    A    The next thing I can remember is everybody

22    who was witnessing it just coming into the store and

23    it being like a kind of a craze in the store, like,

24    people all over the place.  And then I just remember

25    being interviewed by somebody.

```
1        Q     Were you interviewed by somebody with the

2   sheriff's office?

3        A     I don't know.

4        Q     Have you ever seen cell-phone video from

5   the incident?

6        A     No, I didn't see it, I didn't see the

7   images of it.

8        Q     Have you ever seen the video?

9        A     No, I don't believe so.

10       Q     Do you know a man named Sean Mahoney?

11       A     No.

12       Q     What did you do to prepare for your

13  deposition today?

14       A     I just tried to recount -- is that the

15  word -- the events in my head.

16       Q     Okay.  Did you talk to anybody about what

17  happened?

18       A     Not in detail, no.

19       Q     What about not in detail?

20       A     Like the CVS event, but nothing in-depth

21  as far as what exactly occurred.

22       Q     And who did you talk about with it?

23       A     My mom briefly, and work.

24       Q     I don't have anymore questions at this

25  time.
```

1           The other attorneys will probably

2    have some questions for you, but thank you for being

3    here.

4                    CROSS-EXAMINATION

5    BY MR. HECHT:

6         Q    Hi, Ariana.

7         A    Hi.

8         Q    As I said, my name's Adam Hecht, I

9    represent Tavares Docher.  I'm just going to ask you

10   some questions now, not too many.

11        A    Okay.

12        Q    What's your date of birth?

13        A    January 9th, 1987.

14        Q    So how old are you currently?

15        A    20.

16        Q    When this incident happened, which was May

17   of 2014, how old were you?

18        A    17.

19        Q    Were you in school?

20        A    I was in high school and college.

21        Q    When this incident happened, you were in

22   high school?

23        A    Yes.

24        Q    What high school did you go to?

25        A    Fort Pierce Central.

1    Q    You were going with your mom to the CVS

2  this evening, correct, the day of the incident?

3    A    Yes.

4    Q    Was this a scary situation that you were

5  witnessing when you arrived at the CVS?

6    A    Yes.

7    Q    Was this something you had ever seen

8  before?

9    A    No.

10    Q    Did it appear to you when you first saw

11  Tavares Docher on the ground with the police

12  officers on him, that something didn't seem right

13  about what was going on, to you?

14         MR. JOLLY:  Objection, form.

15         You can answer, I just made a technical

16    objection.  You can answer.

17         THE WITNESS:  Yes.

18  BY MR. HECHT:

19    Q    Tell me what seemed not right about the

20  situation?

21    A    That they were basically, like, beating at

22  him and he was in handcuffs.

23    Q    And again, I understand that these

24  questions may seem silly, but why is it that that

25  seemed strange to you, that someone in handcuffs who

Page 14

1   was being beaten, as you say, didn't seem right?

2        A    What it looked like to me, it didn't seem

3   that he was -- I mean, he's in handcuffs, he's

4   restrained already.  So that aspect of it was not

5   right in my opinion.

6        Q    And when he was handcuffed, that's when

7   you saw one of the police officers striking him with

8   their elbow?

9        A    Yes.

10            MR. JOLLY:  Objection, form.

11  BY MR. HECHT:

12       Q    Did it appear to you that when Tavares

13  Docher was on the ground in the handcuffs, that he

14  was in any way a threat to the officers that were on

15  top of him?

16       A    No.

17       Q    Did it appear to you that the way in which

18  the police officers were acting, in terms of how

19  they were treating Tavares, as unnecessary force?

20            MR. JOLLY:  Objection, form.

21            THE WITNESS:  Yes.

22  BY MR. HECHT:

23       Q    Would you also say that the way in which

24  the officers were treating Tavares Docher was

25  excessive?

```
1              MR. JOLLY:  Objection, form.

2              THE WITNESS:  Yes.

3    BY MR. HECHT:

4         Q    Have you ever heard the term, police

5    brutality?

6         A    I have.

7         Q    Do you think that you would classify this

8    situation as police brutality?

9              MR. JOLLY:  Objection, form.

10             THE WITNESS:  Yes.

11             MR. HECHT:  I don't have any other

12        questions.  Thank you, Ariana.

13             MR. NEWMAN:  I have no questions.  Thank

14        you.

15                   REDIRECT EXAMINATION

16   BY MR. JOLLY:

17        Q    Very briefly.

18                   Have you ever worked in law

19   enforcement?

20        A    No.

21        Q    Do you have any family in law enforcement?

22        A    My uncle was.

23        Q    Where did your uncle work?

24        A    He passed, but he used to work in the

25   city.  This was a while back.
```

1    Q    When did he pass?

2    A    14 years ago.

3    Q    Do you know anyone who works for the St.

4    Lucie County Sheriff?

5    A    I do.

6    Q    Who was that?

7    A    Do you want specific names?

8    Q    Yes, if you can remember.

9    A    Tim Goyette, Jack White.

10   Q    And what are their roles with the sheriff?

11   A    I believe that Mr. Goyette is a sheriff, I

12   could be wrong.

13   Q    A deputy?

14   A    A deputy.  Jack White, I believe, is just

15   an officer.

16   Q    You think he's a deputy also?

17   A    Yeah.

18   Q    Have you talked with either Mr. Goyette or

19   Mr. White about what happened, this incident?

20   A    No.

21   Q    I think you testified earlier that the

22   only force that you saw was the elbow strikes,

23   correct?

24        MR. HECHT:  Form.

25        THE WITNESS:  Yes.

1  BY MR. JOLLY:

2      Q    And you think the elbow strikes were

3  excessive?

4      A    Yes.

5      Q    Are you aware of anything that took place

6  prior to you observing Mr. Docher on the ground, do

7  you know what he did inside the store?

8      A    No.

9      Q    And do you know what happened prior to

10 Mr. Docher ending up on the ground?

11     A    No.

12     Q    Do you know why the deputies were out

13 there?

14     A    No.

15     Q    That's all the questions I have.

16          Anybody?

17          MR. HECHT:  No.  Thank you, Ariana.

18          MR. JOLLY:  At this time you have the

19     right to -- well, when the transcript is

20     ordered, you make the election now whether you

21     want to read the deposition for accuracy, or

22     you can elect to waive that, it's your right as

23     a witness and you make that election now.

24          It's up to you.  Most people waive, I'm

25     not going to tell you what to do.

1          MR. HECHT:  Your mom wanted to read hers,

2     just so you know.

3          THE WITNESS:  Okay, then yes, I'll read

4     it.

5         (Deposition concluded at 12:20 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 19

```
 1    STATE OF FLORIDA       )
                             :  SS
 2    COUNTY OF ST. LUCIE    )

 3

 4                   CERTIFICATE OF OATH

 5            I, VANESSA G. ARCHER, Registered Professional

 6    Reporter, a Notary Public of the State of Florida at Large,

 7    authorized to administer oaths on this 31st day of July,

 8    2017, at 12:00 p.m., ARIANA KANHAI personally appeared

 9    before me and took an oath for the purpose of giving

10    testimony in the matter of:   TAVARES DOCHER v. CHRISTOPHER

11    NEWMAN, ET AL.

12

13                                        _____

14       VANESSA G. ARCHER              VANESSA G. ARCHER, FPR
         MY COMMISSION # FF 239690      My Commission Expires:
         EXPIRES: October 5, 2019       October 5, 2019
15       Bonded Thru Budget Notary Services

16

17

18    PERSONALLY KNOWN --
      OR PRODUCED IDENTIFICATION X
19    TYPE OF IDENTIFICATION PRODUCED: FL/DL

20

21

22

23

24

25
```

Page 20

```
 1  STATE OF FLORIDA   )
                       :  SS
 2  COUNTY OF MARTIN   )

 3

 4            CERTIFICATE OF REPORTER

 5        I, VANESSA G. ARCHER, Registered Professional

 6  Reporter, a Machine Shorthand Reporter and Notary Public of

 7  the State of Florida at Large, certify that the foregoing

 8  deposition of ARIANA KANHAI was stenographically reported by

 9  me and is a true and accurate transcription of said

10  deposition of ARIANA KANHAI; that a review of the transcript

11  was requested.

12

13        I certify further I am neither attorney nor

14  counsel for, nor related to, nor employed by any of the

15  parties to the action in which the deposition is taken and,

16  further, that I am not a relative or an employee of any

17  attorney or counsel employed in this case, nor am I

18  financially interested in the outcome of this action.

19            DATED this 4th day of August, 2017.

20

21                            _____
                              VANESSA G. ARCHER, FPR
22

23

24

25
```

```
 1                          ERRATA SHEET

 2    In Re:  Tavares Docher v. Christopher Newman, Et Al
                     Case No: 2:16cv14413
 3                         7/31/17

 4     DO NOT WRITE ON TRANSCRIPT - - ENTER CHANGES HERE:

 5    Page: _____    Line: _____
      Now reads:
 6    _____
      Should read: _____
 7    Reason for Change: _____

 8    Page: _____    Line: _____
      Now reads:
 9    _____
      Should read: _____
10    Reason for Change: _____

11    Page: _____    Line: _____
      Now reads:
12    _____
      Should read: _____
13    Reason for Change: _____

14    Page: _____    Line: _____
      Now reads:
15    _____
      Should read: _____
16    Reason for Change: _____

17    Page: _____    Line: _____
      Now reads:
18    _____
      Should read: _____
19    Reason for Change: _____

20
             Under penalties of perjury, I declare that I have
21    read my foregoing transcript and, together with any changes
      made above, the facts stated herein are true.
22

23

24    _____        _____
      DATE                       ARIANA KANHAI
25
```

1                         ERRATA SHEET

2    In Re:  Tavares Docher v. Christopher Newman, Et Al
                   Case No: 2:16cv14413
3                        7/31/17

4     DO NOT WRITE ON TRANSCRIPT - - ENTER CHANGES HERE:

5    Page: _____  Line: _____
     Now reads:
6    _____
     Should read: _____
7    Reason for Change: _____

8    Page: _____  Line: _____
     Now reads:
9    _____
     Should read: _____
10   Reason for Change: _____

11   Page: _____  Line: _____
     Now reads:
12   _____
     Should read: _____
13   Reason for Change: _____

14   Page: _____  Line: _____
     Now reads:
15   _____
     Should read: _____
16   Reason for Change: _____

17   Page: _____  Line: _____
     Now reads:
18   _____
     Should read: _____
19   Reason for Change: _____

20
             Under penalties of perjury, I declare that I have
21   read my foregoing transcript and, together with any changes
     made above, the facts stated herein are true.
22

23

     _____     _____
24   DATE                         ARIANA KANHAI

25

Page 23

Ariana Kanhai
857 SE Evergreen Ter
Port St. Lucie, Florida 34983

August 4th, 2017

In re:  Tavares Docher v. Christopher Newman, Et al

Dear Ms. Kanhai:

This letter is to inform you that your deposition taken on July 31st, 2017 in the above-captioned matter has been completed and is ready for you to read and sign.

The transcript is being held in my office.  Please make arrangements with my office to read and sign your deposition.

Thank you for your prompt attention to this matter.


Cordially yours,


Vanessa G. Archer, Court Reporter


CC:  Gregory Jolly, Esq.
     Benjamin Newman, Esq.
     Adam Hecht, Esq.

**A**

A-r-i-a-n-a 4:13
above-caption... 23:13
accommodate 5:10
accuracy 17:21
accurate 4:25 20:9
acting 14:18
action 20:15,18
Adam 2:4 12:8 23:24
administer 19:7
African 6:8,14
ago 16:2
al 19:11 21:2 22:2 23:10
allow 5:3
ambulance 10:11
American 6:8,15
answer 5:4,11 13:15,16
answers 4:20
anybody 11:16 17:16
anymore 11:24
appear 13:10 14:12,17
APPEARANC... 2:1
appeared 19:8
Archer 1:20 19:5,13 20:5 20:21 23:21
area 8:14
Ariana 1:15 3:3 3:17 4:2,11 12:6 15:12 17:17 19:8 20:8,10 21:24 22:24 23:7
arrangements 23:15
arrive 10:10
arrived 13:5

**B**

ash@searcyla... 2:5
asking 5:6
aspect 14:4
attention 23:17
attorney 20:13 20:17
attorneys 12:1
August 20:19 23:9
authorized 19:7
Ave 2:8
Average 6:18
aware 17:5

back 15:25
BARNHART 2:3
BARRANCO 2:14
basically 13:21
Beach 2:3,4
beaten 14:1
beating 13:21
behalf 4:3
believe 10:15 11:9 16:11,14
ben.newman... 2:10
Benjamin 2:9 23:23
big 6:16
birth 12:12
blood 9:19,20
Blvd 1:18 2:3,14
break 5:9,12
briefly 11:23 15:17
brutality 15:5,8

**C**

called 4:3
CALVIN 1:8
car 10:5
case 1:2 20:17 21:2 22:2

CC 23:23
cell-phone 11:4
Central 12:25
CERTIFICATE 19:4 20:4
certify 20:7,13
Change 21:7,10 21:13,16,19 22:7,10,13,16 22:19
changes 21:4,21 22:4,21
characteristics 6:9
Christopher 1:7 19:10 21:2 22:2 23:10
city 15:25
classify 15:7
CLAYLAN 1:8
college 12:20
coming 10:22
Commission 19:14
completed 23:14
completion 3:18
concluded 18:5
Cordially 23:19
correct 4:23 6:20,21 13:2 16:23
counsel 20:14,17
County 1:10,10 2:7 16:4 19:2 20:2
course 4:23
Court 1:1 23:21
COURTEMA... 1:9 2:13
courtesy 5:5
craze 10:23
CROSS 3:4
CROSS-EXA... 12:4
currently 12:14
CVS 5:16,20 11:20 13:1,5

**D**

date 1:16 12:12 21:24 22:24
DATED 20:19
day 5:17 13:2 19:7 20:19
Dear 23:12
declare 21:20 22:20
DEFENDANT 2:7
Defendants 1:12 2:12 4:3
delivered 9:3
DENNEY 2:2
deposition 1:15 4:15,23 11:13 17:21 18:5 20:8,10,15 23:13,16
deputies 6:20 9:3,7,11,13,22 9:24 10:14 17:12
deputy 7:11 16:13,14,16
describe 6:12,25
detail 11:18,19
DIRECT 3:4 4:7
district 1:1,1,11 1:11 2:8
Docher 1:3 5:22 5:23,25 6:12 7:16,19 8:1,4 9:3,8,10,23,24 10:1,13 12:9 13:11 14:13,24 17:6,10 19:10 21:2 22:2 23:10
Docher's 6:19
DOCHER-NE... 1:4
doing 4:21
duly 4:4

**E**

earlier 16:21
East 2:14
either 16:18
elbow 7:13,17 9:3 14:8 16:22 17:2
elbowed 10:2
elbowing 9:23
elbows 7:8 8:22
elect 17:22
election 17:20 17:23
ELSER 2:8
employed 20:14 20:17
employee 20:16
ended 8:1,9
enforcement 15:19,21
ENTER 21:4 22:4
Errata 3:18 21:1 22:1
Esq 1:19 23:23 23:23,24
ESQUIRE 2:4,9 2:15
Et 19:11 21:2 22:2 23:10
ethnicity 6:7
evening 13:2
event 11:20
events 11:15
Evergreen 23:7
everybody 10:21
exactly 11:21
EXAMINATI... 4:7 15:15
examined 4:4
excessive 14:25 17:3
Exhibits 3:10
expect 5:8
Expires 19:14
extend 5:5

**F**

face 9:21
facts 21:21
22:21
fair 4:25
family 15:21
far 6:18 9:2,5
10:12 11:21
farther 9:6
fat 6:16
feet 7:9,10 9:5
financially
20:18
finish 5:4
FIRE 1:11 2:8
first 4:4,19 5:17
7:23 8:4 13:10
five 9:5
FL/DL 19:19
floor 5:21,25
Florida 1:1,10
1:18,21 2:4,9
2:15 19:1,6
20:1,7 23:8
follows 4:5
force 9:24 14:19
16:22
foregoing 20:7
21:21 22:21
form 13:14
14:10,20 15:1
15:9 16:24
Fort 2:15 12:25
forwarded 3:18
FPR 1:20 19:13
20:21
further 20:13,16

G
G 1:20 19:5,13
20:5,21 23:21
getting 10:5
GIUFFREDA
2:14
given 4:14
giving 19:9
go 4:17 12:24
going 12:9 13:1

13:13 17:25
Goyette 16:9,11
16:18
greg@purdyla...
2:16
Gregory 1:19
2:15 23:23
ground 4:17
6:19,24 7:20
8:2,5 10:13
13:11 14:13
17:6,10
guardian 1:4
gushing 9:20

H
handcuffed 7:16
7:19,21,24 8:8
8:10,17 14:6
handcuffing 8:7
handcuffs 8:21
13:22,25 14:3
14:13
hands 8:14,20
happened 11:17
12:16,21 16:19
17:9
happening 6:22
happens 9:15
10:19
head 7:7,11 8:15
8:17 11:15
heard 15:4
Hecht 2:4 3:6
12:5,8 13:18
14:11,22 15:3
15:11 16:24
17:17 18:1
23:24
height 6:10
held 23:15
Hi 12:6,7
high 12:20,22,24
holding 7:9,10
huddled 10:3,8
10:19

I
I-N-D-E-X 3:1
IDENTIFICA...
19:18,19
images 11:7
in-depth 11:20
incident 5:15
11:5 12:16,21
13:2 16:19
independent
1:11
individually 1:7
1:8,8,9,10
inform 23:13
inside 17:7
interested 20:18
interviewed
10:25 11:1

J
J 1:9,19 2:15
jabbed 8:23
Jack 16:9,14
JANICE 1:4
January 12:13
Jolly 1:19 2:14
2:15 3:5 4:8
13:14 14:10,20
15:1,9,16 17:1
17:18 23:23
JOSE 1:10
July 1:16 3:2
19:7 23:13

K
K-a-n-h-a-i 4:13
Kanhai 1:15 3:3
3:17 4:2,11,14
19:8 20:8,10
21:24 22:24
23:7,12
KEN 1:9
kill 9:12,17
kind 8:22,23 9:1
10:8,23
knocked 7:8
know 9:19 11:3

11:10 16:3
17:7,9,12 18:2
KNOWN 19:18

L
Lakes 2:3
Large 1:21 19:6
20:7
Lauderdale 2:15
law 15:18,21
legal 1:4
legs 10:16,17,18
letter 3:17 23:13
line 5:2 21:5,8
21:11,14,17
22:5,8,11,14
22:17
little 9:6
long 5:8
looked 6:4 14:2
looking 9:14
10:7
Lucie 1:9,10,18
1:18 2:7 16:4
19:2 23:8

M
Machine 20:6
Mahoney 11:10
man 11:10
MANGRUM
1:8 2:12
MARTIN 20:2
MASCARA 1:9
matter 19:10
23:13,17
mean 8:19 14:3
memory 7:2
mom 5:20 10:3
11:23 13:1
18:1
mother 1:4
moving 10:14

N
N 2:8
name 4:9,13

5:22
name's 12:8
named 11:10
names 16:7
natural 4:22
need 5:9,9
neither 20:13
Newman 1:7 2:9
2:12 3:7 15:13
19:11 21:2
22:2 23:10,23
nodding 4:21
Notary 1:20
19:6 20:6

O
oath 19:4,9
oaths 19:7
objection 13:14
13:16 14:10,20
15:1,9
observe 8:1
10:10
observing 17:6
occurred 5:16
11:21
October 19:14
office 11:2 23:15
23:15
officer 7:7 9:17
16:15
officers 6:3,24
8:21 13:12
14:7,14,18,24
okay 4:21 5:6,7
5:13,14,24 7:3
7:5 8:25 11:16
12:11 18:3
old 12:14,17
opinion 14:5
Orange 2:8
ordered 17:20
Orlando 2:9
outcome 20:18

P
P.A 2:3,14

p.m 1:17 18:5
  19:8
**Page** 21:5,8,11
  21:14,17 22:5
  22:8,11,14,17
**Palm** 2:3,4
**parallel** 9:4
**paramedics**
  10:10
**parked** 9:4
**particularly**
  8:16
**parties** 20:15
**pass** 16:1
**passed** 15:24
**penalties** 21:20
  22:20
**pending** 5:11
**people** 10:24
  17:24
**perjury** 21:20
  22:20
**personally** 19:8
  19:18
**physical** 6:9
**picture** 7:4
**Pierce** 12:25
**place** 1:18 10:24
  17:5
**PLAINTIFF** 2:2
**Plaintiffs** 1:5
**played** 8:16
**please** 4:9,12
  9:12,17 23:15
**point** 8:9,18 9:1
  10:4
**police** 13:11
  14:7,18 15:4,8
**Port** 1:18,18
  23:8
**pouring** 9:19
**prepare** 11:12
**pretty** 10:7
**prior** 17:6,9
**probably** 12:1
**process** 7:22
**PRODUCED**

19:18,19
**Professional**
  19:5 20:5
**prompt** 23:17
**Public** 1:21 19:6
  20:6
**pulling** 5:20
**PURDY** 2:14
**purpose** 19:9
**putting** 8:21

---

**Q**

**question** 5:4,6
  5:11,12
**questions** 11:24
  12:2,10 13:24
  15:12,13 17:15

---

**R**

**read** 17:21 18:1
  18:3 21:6,9,12
  21:15,18,21
  22:6,9,12,15
  22:18,21 23:14
  23:15
**reads** 21:5,8,11
  21:14,17 22:5
  22:8,11,14,17
**ready** 23:14
**Reason** 21:7,10
  21:13,16,19
  22:7,10,13,16
  22:19
**record** 4:10
**recount** 11:14
**RECROSS** 3:4
**REDIRECT** 3:4
  15:15
**refer** 5:22
**Registered** 19:5
  20:5
**related** 20:14
**relative** 20:16
**remember** 5:16
  5:19,20 6:4,6
  6:14,17,23 7:3
  7:6,6,8,9,11

8:12,14,15,16
  9:7,10,15,16
  9:18,20,25
  10:4,8,12,16
  10:18,21,24
  16:8
**repeatedly** 9:16
**reported** 20:8
**reporter** 1:20
  4:18 19:6 20:4
  20:6,6 23:21
**represent** 12:9
**requested** 20:11
**resisting** 9:9,18
**restrained** 14:4
**review** 20:10
**right** 13:12,19
  14:1,5 17:19
  17:22
**ROBINSON** 1:8
  2:13
**roles** 16:10
**ROSARIO** 1:10
**rude** 4:24
**rules** 4:17

---

**S**

**S** 2:4
**saw** 7:16,19,23
  8:4 13:10 14:7
  16:22
**saying** 8:23 9:7
  9:10,13,14,16
  9:18
**SCAROLA** 2:2
**scary** 13:4
**scene** 10:11
**school** 12:19,20
  12:22,24
**SE** 23:7
**Sean** 11:10
**SEARCY** 2:2
**see** 4:18 11:6,6
**seeing** 5:21 9:18
  10:5,6
**seen** 11:4,8 13:7
**SHEET** 21:1

22:1
**Sheets** 3:18
**sheriff** 1:9 2:14
  16:4,10,11
**sheriff's** 11:2
**SHIPLEY** 2:3
**Shorthand** 20:6
**sign** 23:14,15
**silly** 13:24
**situation** 13:4,20
  15:8
**six** 9:5
**skinny** 6:16
**small** 6:16
**somebody** 10:25
  11:1
**SOUTHERN**
  1:1
**special** 1:11
**specific** 16:7
**spell** 4:12
**SS** 19:1 20:1
**St** 1:9,10,18,18
  2:7 16:3 19:2
  23:8
**state** 1:21 4:9
  19:1,6 20:1,7
**stated** 21:21
  22:21
**STATES** 1:1
**stature** 6:18
**stenographica...**
  20:8
**stop** 5:9 9:9,18
**store** 10:4,9,20
  10:22,23 17:7
**strange** 13:25
**street** 5:21
**strike** 9:3
**strikes** 7:14,17
  16:22 17:2
**striking** 14:7
**struggling** 8:18
  8:19
**Suite** 1:18 2:8,14
**Sunrise** 2:14
**sure** 4:24

**SW** 1:18
**sworn** 4:4

---

**T**

**take** 5:8,12 8:7
  8:12
**taken** 1:19 20:15
  23:13
**talk** 5:15 11:16
  11:22
**talked** 16:18
**talking** 5:6
**Tavares** 1:3 5:21
  5:22 12:9
  13:11 14:12,19
  14:24 19:10
  21:2 22:2
  23:10
**technical** 13:15
**tell** 5:19 6:18
  13:19 17:25
**Ter** 23:7
**term** 15:4
**terms** 14:18
**test** 7:2
**testified** 4:4
  16:21
**testimony** 19:10
**thank** 12:2
  15:12,13 17:17
  23:17
**thing** 4:19 10:21
**think** 6:6 10:3
  15:7 16:16,21
  17:2
**threat** 14:14
**three** 6:3,19
**Tim** 16:9
**time** 1:17 5:9
  8:24 11:25
  17:18
**today** 11:13
**top** 10:14 14:15
**transcribed** 5:3
**transcript** 17:19
  20:10 21:4,21
  22:4,21 23:15

**transcription** 4:25 20:9
**treating** 14:19 14:24
**tried** 11:14
**true** 20:9 21:21 22:21
**try** 5:5
**trying** 4:24 7:4 10:6
**two** 6:6
**TYPE** 19:19

**U**
**Uh-huh** 7:12
**uncle** 15:22,23
**understand** 13:23
**UNITED** 1:1
**unnecessary** 14:19

**V**
**v** 19:10 21:2 22:2 23:10
**Vanessa** 1:20 19:5,13 20:5 20:21 23:21
**verbal** 4:20
**video** 11:4,8
**vs** 1:6

**W**
**W** 2:9
**WADE** 1:8
**waive** 17:22,24
**walk** 10:6
**want** 4:24 16:7 17:21
**wanted** 18:1
**way** 14:14,17,23
**we'll** 5:10
**We're** 5:15
**weight** 6:10
**West** 2:4
**white** 6:7,7 16:9 16:14,19

**WILSON** 2:8
**witness** 4:3,6 13:17 14:21 15:2,10 16:25 17:23 18:3
**witnessing** 10:22 13:5
**word** 11:15
**work** 11:23 15:23,24
**worked** 15:18
**works** 16:3
**WRITE** 21:4 22:4
**wrong** 9:6 16:12

**X**
**X** 19:18

**Y**
**Yeah** 16:17
**years** 16:2

**Z**

**0**

**1**
**108** 1:18
**11** 5:16,17
**111** 2:8
**12** 3:6
**12:00** 1:17 19:8
**12:20** 18:5
**1200** 2:8
**1216** 2:14
**14** 16:2
**15** 3:5
**17** 12:18
**1987** 12:13

**2**
**2:16cv14413** 1:2 21:2 22:2
**20** 12:15
**201** 1:18
**2014** 5:16,17 12:17

**2017** 1:16 3:2 19:8 20:19 23:9,13
**2019** 19:14
**2139** 2:3
**2455** 2:14

**3**
**31** 3:2
**31st** 1:16 19:7 23:13
**32801-2361** 2:9
**33304** 2:15
**33409** 2:4
**34983** 23:8
**34984** 1:18

**4**
**4** 3:5
**407-203-7599** 2:10
**462-3200** 2:16
**4th** 20:19 23:9

**5**
**5** 19:14
**561-686-6300** 2:5

**6**

**7**
**7/31/17** 21:3 22:3

**8**
**857** 23:7

**9**
**954** 2:16
**9th** 12:13