UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   16-14413-Civ-ROSENBERG/MAYNARD

TAVARES DOCHER, by and through JANICE
DOCHER-NEELEY, his mother
and legal guardian,

        Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as SHERIFF of
ST. LUCIE COUNTY, Florida,
JOSE ROSARIO, individually, and the ST.
LUCIE COUNTY FIRE DISTRICT,
an independent special district,

        Defendants.

_____/

## AFFIDAVIT OF SHANNON-MARIE DENISE RANDOLPH

Before the undersigned authority personally appeared Shannon-Marie Denise Randolph, who having been first duly sworn, deposes and says:

1.      My name is Shannon-Marie Denise Randolph.

2.      On May 12, 2014, I was at the CVS Pharmacy located at 301 Primia Vista Boulevard, Port St. Lucie, Florida.

3.      It was Mother's Day and I was going fishing with Shaun Mahoney and my 10-year old nephew, and we stopped by the CVS to pick up some soda and snacks.

4.      As we were leaving the store I observed Tavares Docher being beaten really badly by the police.  Shaun Mahoney began videotaping.   Tavares Docher looked right into my eyes and said "they are going to kill me, don't let them kill me."   He was begging for his life.

5.   As soon as the police noticed us watching they started repeating:   "Stop resisting!" "Stop resisting!"  It did not look like he was resisting at all.

6.   At one point Tavares Docher's arms were almost at a ninety degree angle going upwards, like in an unnatural position.   It forced his body was up off the ground like a snake.   He was screaming in pain and there was so much blood.

7.   We were approached by an officer and told us we were not allowed to be there and moved us away.

8.   A police officer later approached and demanded Shaun Mahoney's phone and threatened to arrest him if he did not hand it over.

FURTHER AFFIANT SAYETH NOT.

Shannon-Marie Denise Randolph

STATE OF FLORIDA                              )
                                                            )
COUNTY OF INDIAN RIVER          )

**BEFORE ME**, the undersigned authority, personally appeared the above affiant, Shannon-Marie Denise Randolph, who first being duly sworn, states that the above is true and correct.
**SWORN TO AND SUBSCRIBED** before me in Indian River County, Florida, this day of October, 2017.

NOTARY PUBLIC, State of Florida

The affiant is:
__✓ personally known to me
___ presented identification
I.D.# FF 937729

My Commission Expires: 11/19/19



CHRISTOPHER DECKERT
Notary Public - State of Florida
Commission # FF 937729
My Comm. Expires Nov 19, 2019
Bonded through National Notary Assn.