UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

        Plaintiff,

-vs-

CHRISTOPHER NEWMAN, individually,
CLAYTON MANGRUM, individually,
CALVIN ROBINSON,individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE COUNTY,
Florida, JOSE ROSARIO, individually,
and the ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district

        Defendants.
_____/


DEPOSITION OF CAPTAIN BRIAN GONZALEZ


May 22, 2017
9:58 a.m. - 12:24 p.m.


5160 N.W. Milner Drive,
Port St. Lucie, Florida, 34980


Stenographically Reported By:
Barbara J. Shandell, RPR, FPR
Notary Public, State of Florida

## Page 2

APPEARANCES:

On behalf of the Plaintiffs:

SEARCY, DENNEY, SCAROLA, BARNHART & SHIPLEY, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
(561) 686-6300
ash@searcylaw.com
BY: ADAM HECHT, ESQ.

On behalf of the Defendant Port St. Lucie
Fire Rescue:
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
111 North Orange Avenue
Suite 1200
Orlando, Florida 32801
(407) 648-1376
ben.newman@wilsonelser.com
BY: BENJAMIN W. NEWMAN, ESQ.

On behalf of the Defendant Ken Mascara:
PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
2455 East Sunrise Boulevard
Suite 1216
Fort Lauderdale, Florida 33304
(954) 462-3861
greg@purdylaw.com
BY: GREGORY J. JOLLY, ESQ.

ALSO PRESENT: KIM SABOL, ESQ.

- - -

www.phippsreporting.com
888-811-3408

## Page 3

INDEX OF PROCEEDINGS

WITNESS:                              PAGE

CAPTAIN BRIAN GONZALEZ
Direct Examination By Mr. Hecht         4
Cross Examination By Mr. Newman         88
Certificate of Oath                     91
Certificate of Reporter                 92
Read & Sign Letter to Witness           93
Errata Sheet                            94

PLAINTIFF'S EXHIBITS

NUMBER                               PAGE
No. 1     Notice of taking deposition      35
          duces tecum
No. 2     Guidelines regarding the         38
          administration of Ativan
No. 3     Emergency medical guidelines     42
No. 4     Entire file brought by           89
          Captain Brian Gonzalez
                                           90

www.phippsreporting.com
888-811-3408

## Page 4

The following proceedings began at 9:58 a.m.:

THE COURT REPORTER: Would you raise your right hand please.

Do you solemnly swear that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: I do.

Thereupon,

CAPTAIN BRIAN GONZALEZ,

having been first duly sworn or affirmed, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. HECHT:

Q.   Good morning, sir.

A.   Good morning.

Q.   My name is Adam Hecht.  I represent Tavares Docher.  Today we're here to take your deposition in this matter.

Could you please state your full name.

A.   Brian Gonzalez.

Q.   What's your date of birth?

A.   9/9/73.

Q.   Where are you currently employed?

A.   St. Lucie County Fire District.

www.phippsreporting.com
888-811-3408

## Page 5

Q.   How long have you been an employee there?

A.   Since 18 years now.

Q.   Currently what is your position?

A.   Captain of the training and safety division.

Q.   How long have you held that position for?

A.   As a captain, since October 25th.

Q.   Of what year?

A.   2016.

Q.   Explain for me what are your responsibilities and your role as the captain of training and safety division.

A.   I am in charge of all training and safety issues when it comes to the St. Lucie County Fire District.

Q.   When you say the St. Lucie Fire District, does that include paramedics, EMS, firefighters?

A.   Yes.

Q.   Is there anyone else that you oversee the training and safety issues for besides EMS, paramedics and firefighters?

A.   On nonuniformed employees, I do deal with some of their training also.

Q.   What's your involvement with the

www.phippsreporting.com
888-811-3408

1   nonuniformed employees?
2       A.   If I have to assign like back training or
3   that type of stuff, like non-EMS type training, we
4   also include the non-uniformed personnel.
5       Q.   Since October 25, 2016, have you
6   implemented any policies, procedures, rules or
7   regulations as it pertains to the training and safety
8   issues of paramedics that work at the St. Lucie County
9   Fire District?
10      A.   We have updated the guidelines, EMS
11  guidelines.
12      Q.   When you say that you updated EMS
13  guidelines, what does that mean?
14      A.   We have an EMS Guideline Committee.  The
15  EMS guidelines are a live document.  As they need
16  updated, we make the recommendation up the chain of
17  command.
18      Q.   Who is made up of the EMS Guideline
19  Committee?
20      A.   It's a group of personnel throughout the
21  district.
22      Q.   How many people make up that committee?
23      A.   I am not sure.
24      Q.   Can you name the people that make up that
25  committee?

1       A.   I don't have their names on me.
2       Q.   Can you name any of the people that make
3   up that committee?
4       A.   I can tell you who the chair of the
5   committee is, which is Flight Paramedic Matt Nielson.
6       Q.   Anyone else you can name beside
7   Mr. Nielson?
8       A.   Mr. Nielson is in charge of the group of
9   personnel on that committee, so unless I can get into
10  a list, I would be guessing.
11      Q.   Are you on that committee?
12      A.   I oversee the committee.
13      Q.   When you say you oversee the committee,
14  what does that mean?
15      A.   I sit on it and make sure they are making
16  recommendations that are within the scope of practice.
17      Q.   Does the committee vote on what needs to
18  be updated in the EMS guidelines for the St. Lucie
19  County Fire District?
20      A.   They review the guidelines, make
21  recommendations within the committee for those updates
22  and they get recommendations from a person in the
23  field to look into and then they make those
24  recommendations and they go up the chain of command.
25      Q.   When you say once they make those

1   recommendations and they go up the chain of command --
2   strike that.
3           When you say they review the guidelines
4   and make recommendations and they go up the chain of
5   command, who makes up that chain of command?
6       A.   Those guidelines will go to me as part of
7   the training safety.  We send it up to the training
8   chief.  If everybody agrees, it gets sent to the
9   medical director to make the final decision on whether
10  it gets implemented.
11      Q.   Who's the training chief?
12      A.   At this time it is Chief Jennifer
13  Chambers.
14      Q.   Who's the medical director?
15      A.   Chi Chiou Liu.
16      Q.   Are you able to tell me as you sit here
17  today, since you've come on as the captain of Training
18  and Safety Division on October 25, 2016, what in the
19  EMS guidelines have been updated?
20      A.   Not off memory.
21      Q.   But have there been updates in the
22  St. Lucie County Fire District EMS Guidelines since
23  you took office on October 25, 2016?
24      A.   Yes.
25      Q.   Are you able to tell me any updates as you

1   sit here today or is that simply not possible for you
2   to do?
3       A.   Not off memory.
4       Q.   Have there been any updates since you've
5   taken the position of the captain of Training and
6   Safety Division on October 25, 2016, involving the
7   administration of sedatives to patients by paramedics?
8       A.   I would have to look at our training files
9   to give you a definite answer.
10      Q.   Are your training files located in this
11  building?
12      A.   Yes.
13      Q.   Do you have them with you today?
14      A.   No, sir.
15      Q.   Are you able to get them today?
16      A.   If you gave me time, I would be able to
17  get that information.
18      Q.   Maybe when we take a break, I'd like to
19  have you get the updates that have been instituted by
20  the committee and you since you've taken office
21  regarding the administration of Ativan; is that
22  something you could easily do today?
23      Q.   Do you want a specific protocol?
24      Q.   I would like any updates that have been
25  added, amended, instituted, changed, to the medical

Page 10

1    guidelines since you've taken office regarding the
2    administration of Ativan?
3         A.   I can get you a summary of changes.  If
4    you want each specific guideline that has to do with
5    Ativan, it's going to require a little bit of
6    research, a little bit more time.
7         Q.   So maybe that's something that I can
8    request from your attorney if that's going to take too
9    much time today.
10            As you sit here today, are you able to
11   tell me how many changes have been made since you've
12   taken office regarding the administration of Ativan?
13        A.   No, sir.  Not without doing the research.
14        Q.   As you sit here right now, are you able to
15   tell me -- strike that.
16            Backing up a little bit, what was your
17   position on May 11, 2014, at the St. Lucie County Fire
18   District?
19        A.   Was that the date of the incident?
20        Q.   Yes.
21        A.   I was a station officer, lieutenant
22   station officer, station three.
23        Q.   Tell me what a station officer at station
24   three, when you were a lieutenant, did as part of the
25   St. Lucie County Fire District?

Page 11

1         A.   I oversaw all the daily operations for
2    that station.
3         Q.   Were you involved at that time in
4    instituting, modifying, altering, creating, any
5    policies and procedures as it relates to the
6    administration of Ativan for paramedics that work at
7    the Port St. Lucie Fire District?
8         A.   I was part of the EMS Guideline Committee.
9         Q.   So on May 11, 2014, you were part of the
10   EMS Guideline Committee and currently as you sit here
11   today, you oversee the committee, correct?
12        A.   That's correct.
13        Q.   So is it actually considered a more
14   involved role now that you have the committee versus
15   back in May of 2014?
16        A.   It's a different job.
17        Q.   How does being just a part of the EMS
18   Guideline Committee differ than being, as you said,
19   the person who oversees the committee?
20        A.   Being part of the EMS Guideline Committees
21   you are involved in making recommendations and doing
22   research on what's new and upcoming.  Overseeing the
23   committee, I take those recommendations, give my
24   opinion, and move it up the chain of command.
25        Q.   Currently if you disagree with the

Page 12

1    committee, can you strike down any recommendation that
2    the committee makes prior to you taking it up the
3    chain of command?
4         A.   I go back to the committee and we have a
5    discussion and as a group we either alter the
6    recommendation or we keep it as is, depending on
7    who -- on the discussion.
8         Q.   In May of 2014, who was it that oversaw
9    the committee?
10        A.   I am not sure.
11        Q.   Was there someone that oversaw the
12   committee in May of 2014?
13        A.   I am not sure.
14        Q.   You were part of the committee in May
15   of 2014, correct?
16        A.   Yes.
17        Q.   So explain to me the makeup of the
18   committee?
19        A.   You had members of the committee and then
20   there was a chair.  As far as the chain of command
21   above that, I'm not sure who the chair reported to.
22        Q.   Who was the chair?
23        A.   Mark Cristaldi.
24        Q.   Was Mark Cristaldi a
25   paramedic/firefighter?

Page 13

1         A.   I know he was an officer, but what rank at
2    that time, I'm not sure.
3         Q.   Does Mark Cristaldi still work at the
4    St. Lucie County Fire District?
5         A.   Yes.
6         Q.   What is his position today?
7         A.   He's a station officer.
8         Q.   Was Mark Cristaldi the chair prior to you
9    becoming the chair?
10        A.   We co-chaired it for awhile.
11        Q.   What were the dates that you co-chaired
12   the committee?
13        A.   I'm not 100 percent sure.  I couldn't tell
14   you.
15        Q.   Why is it that Mark Cristaldi no longer
16   continued to co-chair the committee with you?
17        A.   It is a volunteer position that you
18   volunteer.  It is not an assignment and he did it for
19   awhile and I cannot answer that question for him.
20        Q.   Currently where is your office located?
21        A.   Here in the administrative building.
22        Q.   What's the address?  Where are we?
23        A.   I have to look.  5160 Northwest Milner
24   Drive, Port St. Lucie, Florida, 34983.
25        Q.   Is this where you come to work every day?

Page 14

1      A.   Yes, sir.
2      Q.   Tell me what a typical day is like for
3   you.
4      A.   There is no typical day.  It's what
5   hits -- whatever we get hit with whenever we come in.
6      Q.   Well, you are the captain of training in
7   the safety division, correct?
8      A.   Correct.
9      Q.   Do you actually respond to any calls?
10      A.   I do not get dispatched to any calls.
11      Q.   Does your day involve staying in this
12   building?
13      A.   Sometimes.
14      Q.   And then when you're not in this building,
15   where are you?
16      A.   At the stations.
17      Q.   And at the station, is that where you
18   perform training?
19      A.   Sometimes.
20      Q.   And where else would you perform training?
21      A.   In this building.
22      Q.   So if you're not in the station and you're
23   not in this building, where else would you perform
24   training?
25      A.   At the college.

Page 15

1      Q.   Do you teach?
2      A.   Are you asking do I teach aside from being
3   with St. Lucie County Fire District?
4      Q.   Yes.
5      A.   Yes, I do.
6      Q.   Where you do teach?
7      A.   Indian River State College.
8      Q.   What do you do teach there?
9      A.   At this moment I teach EMT lab.
10      Q.   What is EMT lab?
11      A.   Emergency medical technician.  I teach
12   their lab, their hands-on skills.
13      Q.   My understanding from speaking to
14   Paramedic Rosario, that there's a difference between
15   EMTs and paramedics, correct?
16      A.   Correct.
17      Q.   EMTs do not administer any medication,
18   correct?
19      A.   EMTs administer very few medications.
20      Q.   What medication --
21      A.   They can assist -- I'm sorry, they can
22   assist with very few medications.
23      Q.   But paramedics have the discretion to
24   administer medications to patients out in the field,
25   correct?

Page 16

1      A.   Yes.
2      Q.   Do you currently have any involvement in
3   training paramedics?
4      A.   Yes.
5      Q.   What does that consist of?
6      A.   I ensure that all paramedics meet the
7   required CEUs to maintain their State of Florida
8   certificate, and I also run the apprenticeship
9   program.
10      Q.   What's the apprenticeship program?
11      A.   Paramedic apprenticeship program.  Before
12   any paramedic gets released into the field as a
13   primary paramedic, they have to go through an
14   apprenticeship program and pass the apprenticeship
15   program.
16      Q.   How long does the apprenticeship program
17   last for?
18      A.   It could be anywhere from three months to
19   a year.
20      Q.   Is that field work or classroom work?
21      A.   Both.
22      Q.   You said you run it, so what does that
23   mean?  Do you actually teach anything?
24      A.   No.  I maintain their paperwork and ensure
25   they pass all their tests and keep track of their

Page 17

1   progress prior to allowing them to have a release
2   interview with myself and Dr. Chi Chiou Liu.
3      Q.   In your role as the captain of training in
4   the safety division, explain to me the difference
5   between what it is that you do on the training side
6   versus the safety side.
7      A.   They're all one.
8      Q.   So just tell me, what does it mean when
9   you say you're the captain of training in the safety
10   division?
11      A.   Safety division is part of safety.  At the
12   end of the day, we have to make sure we keep ourselves
13   safe and there is -- whether it's back training, scene
14   safety training to ensure that we are kept safe, and
15   it's training.  It's all one.
16      Q.   And in addition to keeping the paramedics
17   and the EMTs safe, is it also part of your
18   responsibility to ensure that the employees, the
19   paramedics and the EMTs keep the patient safe?
20      A.   Are you asking me have we done any
21   training on that?
22      Q.   I'm asking you as part of your
23   responsibilities as the captain of training and safety
24   division, is it part of your responsibility to train
25   the paramedics and EMTs how to keep patients in the

Page 18

1  field safe?
2      A.   We don't have any training modules, but it
3  is -- what's discussed during their training here
4  with -- during apprenticeship program and during their
5  training to receive their license.
6      Q.   Are you involved in the training of EMTs
7  or paramedics?
8      A.   Yes.
9      Q.   Tell me how it is that paramedics
10 specifically are trained at the St. Lucie County Fire
11 District?
12     A.   We try to hit every possible aspect of
13 training.  There's a hands-on component that we make
14 sure they have hands-on training, whether it's in the
15 field or here at admin.
16          There is educational, which we do through
17 a program that we have that's called target solutions,
18 that we send out training modules that they have to do
19 on their own, and so that way we can hit both hands-on
20 and educational.
21     Q.   And you spoke about this target solution
22 training manual, what is that?
23     A.   It's a training module, it's a software.
24 That's the software that we use to get training out to
25 personnel at once.

Page 19

1      Q.   And as part of that training module, is
2  there any training contained within that module
3  relating to the administration of Ativan?
4      A.   I would have to look back at the training.
5  That reverts back to your prior question that you
6  asked me, has there been any changes.  If there are
7  changes, then there was training.
8          MR. NEWMAN:  I just want to make
9      sure I'm clear on the question, you mean
10     specifically with regard to the target
11     solutions?
12         MR. HECHT:  Yes.
13         MR. NEWMAN:  Did you understand
14     that's what he asked?
15         THE WITNESS:  Yes.
16 BY MR. HECHT:
17     Q.   Let me just make sure that I'm clear, as
18 part of the training that paramedics undergo, you said
19 that there's hands-on training and there's educational
20 training, correct?
21     A.   Correct.
22     Q.   And this hands-on educational training,
23 does this last for a period of one year?
24     A.   They are not in their apprenticeship
25 program.  This is anything new or any updates that we

Page 20

1  have to do, we ensure that 100 percent of our
2  personnel get the training before we make any type of
3  implementation.
4      Q.   So am I correct that as part of your role
5  as the chair of the EMS Guideline Committee, if
6  there's any changes or updates to the medical
7  guidelines, then the paramedics have to go through
8  hands-on as well as educational training, correct?
9      A.   The EMS Guideline Committee, their sole
10 job is to make recommendations.  They do not implement
11 anything, they make recommendations.  It goes up the
12 chain of command, whether those recommendations get
13 implemented or not.
14     Q.   And once the committee goes up the chain
15 of command, it's up to the doctor and the training
16 chief whether those recommendations are implemented,
17 correct?
18     A.   At the end of the day, Dr. Liu makes the
19 final decision.
20     Q.   And if Dr. Liu approves the
21 recommendation, is it correct that all of the
22 paramedics will go through both hands-on and
23 educational training as it was relates to those
24 updates?
25     A.   Depending on the type of training.  Some

Page 21

1  training modules require hands-on only, some require
2  only educational.  Some require both.
3      Q.   So my question for you is, have there
4  been, since the time that you have been the chair of
5  the EMS Guideline Committee, any updates regarding the
6  administration of Ativan that paramedics have had to
7  learn in the target solution training module?
8      A.   It goes back to the way I answered your
9  past question, I would have to look and see what
10 training we have implemented since I've been in
11 training.  I can give you that summary of changes, but
12 not at this time.
13     Q.   Now my understanding is that when someone
14 wants to become a paramedic, they have to first be
15 trained as an EMT, correct?
16     A.   That's correct.
17     Q.   Once someone is an EMT, how long is the
18 process by which they have to go through in order to
19 become a paramedic?
20     A.   According to the State of Florida, you can
21 enter the paramedic program once you have an EMT
22 certificate.
23     Q.   Does the St. Lucie County Fire District
24 have any sort of training program that EMTs have to go
25 through in order to become a paramedic at the

Page 22

1  St. Lucie Fire District?
2      A.  It is called the apprenticeship program.
3  If you are -- Let me back up.  Depends if you get
4  hired on as a paramedic or hired on as an EMT.
5      Q.  If you get hired on as a paramedic, do you
6  go through the apprenticeship program?
7      A.  If you get hired on as a paramedic, you
8  still -- even though you're a state certified
9  paramedic, you still have to go through St. Lucie
10  County Fire District Paramedic Apprenticeship Program.
11      Q.  How long does that apprenticeship program
12  last for?
13      A.  As I said earlier, three months to a year.
14      Q.  In May of 2014, what role did you have in
15  the apprenticeship program?
16      A.  I did not.
17      Q.  So you did not in any way have any sort of
18  involvement with teaching, training, educating
19  individuals going through the apprenticeship program
20  in May of 2014?
21      A.  I was a station officer.  So my answer is
22  no.
23      Q.  Where did you go to high school?
24      A.  Vero Beach High School.
25      Q.  And after high school did you go on to any

Page 23

1  further education?
2      A.  Went to IRSC.
3      Q.  That stands for what?
4      A.  Indian River -- at the time it was Indian
5  River Community College.  At the time it was IRCC,
6  Indian River Community College.
7      Q.  Is that a two-year or four-year program?
8      A.  Well, two-year program.  That's also where
9  I went to paramedic school, EMT school and fire
10  school.
11      Q.  So it's a two-year program, and what did
12  you graduate with?
13      A.  My Associate's in Science at that time,
14  from IRSC.
15      Q.  And then after graduating with an
16  Associate's in Science, what did you do?
17      A.  During that time, that was part of my
18  paramedic/EMT/fire.
19      Q.  During the two-year program that you were
20  at Indian River Community College --
21      A.  Yes.
22      Q.  -- you received your EMT license?
23      A.  Yes.
24      Q.  You received your paramedic license?
25      A.  Yes.

Page 24

1      Q.  What was the third thing you said?
2      A.  My fire standards.
3      Q.  So after obtaining those licenses, what
4  did you do?
5      A.  You're mixing everything together.  Things
6  didn't happen one after the other.  I went to IRSC,
7  got my EMT fire, hired on with several departments,
8  ended up getting hired on here, and then I went to
9  paramedic school.
10      Q.  Let's just go in order.  At Indian River
11  Community College, it was a two-year program,
12  graduated with your Associate's in Science, correct?
13      A.  No.  I started attending IRCC.
14      Q.  You attended IRCC?
15      A.  Yes.
16      Q.  While attending, what did you study?
17      A.  Went to core classes, EMT and fire.
18      Q.  And you got your license in EMT and fire?
19      A.  Yes.
20      Q.  After that?
21      A.  I got hired on.
22      Q.  By who?
23      A.  City of Winter Haven.
24      Q.  What did you do for the City of Winter
25  Haven?

Page 25

1      A.  Firefighter/EMT.
2      Q.  How long did you work there for?
3      A.  Approximately a year.
4      Q.  Where did you go after that?
5      A.  Brevard County Fire Rescue.
6      Q.  How long did you work there for?
7      A.  Approximately a year.
8      Q.  What did you do for Brevard County?
9      A.  Firefighter/EMT.
10      Q.  After Brevard?
11      A.  Got hired on with St. Lucie County Fire
12  District.
13      Q.  What year did you start working at the
14  St. Lucie County Fire District?
15      A.  July 7, 2000.
16      Q.  What was your position at that time?
17      A.  Firefighter/EMT.
18      Q.  When did you get your paramedic license?
19      A.  Shortly after.
20      Q.  What year?
21      A.  I would have to look at my records.
22      Q.  Shortly after 2000, though?
23      A.  Yes.
24      Q.  Were you a part of the apprenticeship
25  program?

Page 26

1    A.  Once I became a state certified paramedic,
2  at that time I went through the apprenticeship
3  program.
4       Q.  Tell me what the apprenticeship program
5  consisted of when you went through it.
6       A.  It's a list of tests.  You had to take
7  tests.  You had to review your guidelines, you have to
8  sit in front of a panel, hands-on skills, and also so
9  many -- certain amount of interventions in the field
10  while being supervised.
11      Q.  How long did your apprenticeship program
12  last for?
13      A.  I would have to go back in my records to
14  find out how long I was in the program.
15      Q.  You don't know if it was three months or a
16  year?
17      A.  It was somewhere between three months and
18  a year.
19      Q.  And has the apprenticeship program changed
20  at all from the time you went through it --
21      A.  Yes.
22      Q.  -- to the present day?
23      A.  Yes.
24      Q.  How has it changed?
25      A.  It has just been cleaned up.

Page 27

1       Q.  When you say cleaned up, what does that
2  mean?
3       A.  We practice medicine, everything changes
4  every day.  So we have to make sure that the
5  apprenticeship program goes hand in hand with our
6  guidelines.  Any time the guidelines changes, the
7  apprenticeship program has to change.
8       Q.  When you went through the apprenticeship
9  program in 2000, were you trained how to properly
10  administer Ativan to patients in the field?
11      A.  When I came in in 2000, Ativan was not on
12  the rescue trucks.
13      Q.  When did Ativan become part of the rescue
14  trucks?
15      A.  I would have to look at our general orders
16  to find out exactly when it came on.
17      Q.  Currently as part of the apprenticeship
18  program, those that go through the program, are they
19  trained how to properly administer Ativan to patients
20  in the field?
21      A.  Yes.
22      Q.  And are you involved in that training?
23      A.  Yes.
24      Q.  In 2014, were you involved in that
25  training?

Page 28

1       A.  No.
2       Q.  So in 2014, who was it that was in charge
3  of the apprenticeship program?
4       A.  I'm not sure.
5       Q.  In 2013, who was it that was in charge of
6  the apprenticeship program?
7       A.  I'm not sure.
8       Q.  In 2006, who was in charge of the
9  apprenticeship program?
10      A.  I'm not sure.
11      Q.  Juno Paramedic Jose Rosario --
12      A.  Yes.
13      Q.  -- have you spoken to him prior to the
14  deposition today?
15          MR. NEWMAN:  You mean about this?
16  BY MR. HECHT:
17      Q.  Yes.  Let me rephrase the question.
18          Prior to your deposition today, have you
19  spoken to Jose Rosario regarding the deposition he
20  gave in this case?
21      A.  No.
22      Q.  Do you oversee Jose Rosario currently?
23      A.  Currently direct supervision, no.
24      Q.  When you say direct supervision, do you
25  have any supervision over him whatsoever?

Page 29

1       A.  As a training officer, we ensure all
2  training is done, so I keep in contact with all
3  paramedics through their station officer.
4       Q.  Are you involved currently in sanctioning
5  or disciplining paramedics as it relates to their
6  performance out in the field?
7       A.  I do not issue discipline, only
8  recommendations.
9       Q.  Again, do you issue those recommendations
10  at the chain of command?
11      A.  Yes.
12      Q.  Who is it that you issue disciplinary
13  recommendations to when we talk about the chain of
14  command?
15      A.  It would be Chief Jennifer Chambers.
16      Q.  In 2014, were you involved in recommending
17  disciplinary actions against any paramedics?
18      A.  No.
19      Q.  In 2006, were you involved in recommending
20  any disciplinary actions against any paramedics?
21      A.  I am not sure.
22      Q.  You've been employed at the St. Lucie
23  County Fire District for 17 years, correct?
24      A.  Yes.
25      Q.  Tell me all of the positions that you've

Page 30

```
 1   held?
 2       A.   Firefighter/EMT, firefighter/paramedic,
 3   lieutenant field training officer, lieutenant station
 4   officer, lieutenant training and safety division,
 5   captain training and safety division.
 6       Q.   Can you tell me the years you were
 7   firefighter/EMT?
 8       A.   When I got hired on in 2000, I would have
 9   to go through human resources to find out the rest of
10   my timeline.
11       Q.   So you can't tell me the years that you
12   were a firefighter/EMT, correct?
13       A.   No.
14       Q.   And you can't tell me the years that you
15   were a paramedic in the field?
16       A.   No.
17       Q.   And you can't tell me the years you were a
18   lieutenant field training officer?
19       A.   No.
20       Q.   You can't me tell me the years you were a
21   lieutenant station officer?
22       A.   No.
23       Q.   You can't tell me the years that you were
24   a lieutenant of training in the safety division?
25       A.   No.  October 25th.
```

www.phippsreporting.com
888-811-3408

Page 31

```
 1       Q.   Let's go back.  What were the years that
 2   you were the lieutenant of the training and safety
 3   division?
 4       A.   I can tell you when I started being the
 5   captain in the training and safety division, it was
 6   October 25th of 2016.
 7       Q.   And currently who do you report to?  You
 8   said it's the Chief, Jennifer --
 9       A.   Chief Jennifer Chambers.
10       Q.   In May of 2014, who did you report to?
11       A.   We're going through some chiefs retiring,
12   so I believe at that time -- you know what, I would
13   have to find out.  I would have to go through human
14   resources because we had some retirement and there was
15   a couple of different chiefs at that time.
16       Q.   We've been talking a lot about the medical
17   guidelines, did you bring a copy of those guidelines
18   with you today?
19       A.   What year?
20       Q.   2014.
21       A.   Yes, sir.
22       Q.   Could I see them.
23            Before we launch into that, could we take
24   a brief restroom break?
25       MR. HECHT:  Yes.
```

www.phippsreporting.com
888-811-3408

Page 32

```
 1            (A brief recess was taken.)
 2   BY MR. HECHT:
 3       Q.   Captain, before we took the break, I was
 4   asking you if you brought the medical guidelines with
 5   you today.
 6       A.   I did not bring the entire medical
 7   guidelines, but I do have the areas where Ativan is
 8   mentioned.
 9       Q.   Can I see those.
10            We'll go ahead and discuss that.
11       A.   Discuss these?
12       Q.   Yes, we'll discuss what you brought with
13   you.
14       A.   Okay.
15       Q.   But before we do that, I'm going to ask
16   you, because I see you have a file in front of you of
17   the things you brought, so tell me what it is that you
18   brought with you today to this deposition.
19       A.   I have the guidelines that Ativan is
20   mentioned in.  I have -- these are also the guidelines
21   back here.
22       Q.   Can I see those?
23       A.   There's a repeat of what I just gave you.
24       Q.   What you just handed me, is this exactly a
25   copy of what you just gave to me?
```

www.phippsreporting.com
888-811-3408

Page 33

```
 1       A.   Yes, I believe so.
 2       Q.   I'll give that back to you.
 3       A.   This is the run report.
 4       Q.   Is it six pages?
 5       A.   Yes.
 6       Q.   What else?
 7       A.   This was given to me, I haven't looked at
 8   it.  This was an events report.
 9       Q.   Can I see that?
10       A.   I don't know what that is.  I haven't had
11   a chance to look at it.
12       Q.   I'll hand that back to you.
13            What else do you have with you?
14       A.   This is the signature form that was part
15   of the one report that we are required to have signed
16   by either the patient or the ER, saying we basically
17   have taken that patient to the ER.
18       Q.   Okay.
19       A.   EKG strips.
20       Q.   These EKG strips, were these taken out in
21   the field when the paramedics were treating
22   Mr. Docher?
23       A.   These are part of the EMS run report, so
24   these were attachments of the EMS run report.
25       Q.   Does that mean that the paramedics when
```

www.phippsreporting.com
888-811-3408

Page 34

1  they were treating Mr. Docher, hooked him up to an
2  EKG?
3      A.  Yes.  These are statements from both --
4  from the personnel that there at the scene.
5      Q.  Can I see those statements?
6      A.  Yes.
7      Q.  Thank you.
8          So the statements that you just handed me,
9  these are all St. Lucie County Fire District personnel
10 statements, correct?
11     A.  That's correct.
12     Q.  What else do you have with you?
13     A.  Run report.  This is another copy of the
14 event report.  This is a public records request that
15 was made for the guideline and the guidelines are in
16 there.
17     Q.  Okay.
18     A.  This is that event log again.  Okay.  It's
19 a medication test that was taken by Rosario back in
20 '07, when he was in the apprenticeship program.
21     Q.  Anything else?
22     A.  No.  I mean, there's more in there, but
23 it's just guidelines again, same thing, copies of the
24 guidelines.
25     Q.  You've already shown me those?

www.phippsreporting.com
888-811-3408

Page 35

1      A.  Yes.  It's the same copies of the same
2  thing I just gave you.
3      Q.  Now, Captain Gonzalez, you have been
4  identified as the person or persons with the most
5  knowledge from the St. Lucie County Fire District set
6  forth in the attached Exhibit A, which is contained in
7  this notice of taking deposition duces tecum, which
8  we'll mark as Exhibit 1.
9          (Plaintiff's Exhibit No. 1 was marked for
10         Identification by the reporter.)
11     Q.  Have you seen this duces tecum before?
12     A.  Yes.  Yes, I did see this.
13     Q.  Again, it's listed you as the person or
14 persons with the most knowledge from the St. Lucie
15 County Fire District set forth in the attached
16 Exhibit A, so I'd like to go to Exhibit A, which is
17 contained within Plaintiff's 1, and take a look at one
18 through 10 for me.
19         Have you seen one through 10 before?
20     A.  Yes.
21     Q.  And is it correct that you are the person
22 with the most knowledge regarding numbers one through
23 10?
24     A.  I am the person with the most involvement
25 in these areas.

www.phippsreporting.com
888-811-3408

Page 36

1      Q.  Is there someone else that I should be
2  speaking to besides you regarding areas one through
3  10?
4      A.  That would be a decision for you to make.
5  I can tell you what I'm involved in.
6      Q.  Well, I requested to speak with the person
7  with the most knowledge regarding numbers one through
8  10, contained in Exhibit A of Plaintiff's 1, so I want
9  to make sure I'm speaking to the right person with the
10 most knowledge regarding those areas that are listed
11 one through 10.
12         Are you the person with the most knowledge
13 regarding areas one through 10 contained in Exhibit A?
14     A.  I am the person with the most involvement.
15 I cannot account for other people's knowledge.  I can
16 tell you that I am the one with the most involvement
17 in these areas.
18     Q.  All right.
19         And then going to Exhibit B in
20 Plaintiff's 1, it asks for you to bring these things
21 with you today.  Have you brought Exhibit B and all
22 the items contained in Exhibit B with you today?
23     A.  We have done the best to get everything
24 that we need from these areas.
25     Q.  Let's go through them under Exhibit B.

www.phippsreporting.com
888-811-3408

Page 37

1  Number one, the official policies and customs and
2  practice of the St. Lucie County Fire District
3  regarding the administration of sedatives, such as
4  Ativan by its employees, including Jose Rosario.
5          Did you bring that person with you?
6      A.  We don't have policies, we have
7  guidelines.
8      Q.  Did you bring the guidelines with you
9  today?
10     A.  Yes.  That is part of the EMS Guidelines,
11 the ones I just showed you.
12     Q.  Could you take those out for me please.
13     A.  Can I rephrase that question.
14     Q.  You mean answer?
15     A.  Answer.
16     Q.  Sure.
17     A.  When it comes to patient care, we have
18 guidelines.
19     Q.  So under Exhibit B, number one, I asked
20 for the official policies and customs and practices of
21 the St. Lucie County Fire District regarding the
22 administration of sedatives, such as Ativan by its
23 employees, including Jose Rosario, and is it correct
24 that the St. Lucie County Fire District does not have
25 written policies customs and practices regarding the

www.phippsreporting.com
888-811-3408

Page 38

1     administration of sedatives?
2     A.  We have EMS medical guidelines.
3         Q.  And you brought those guidelines with you?
4     A.  They're right here, yes.
5         (Plaintiff's Exhibit No. 2 was marked for
6     Identification by the reporter.)
7         MR. HECHT: What I'd like to do is
8     mark the guidelines as Plaintiff's 2.
9         MR. NEWMAN:  What was one?
10        MR. HECHT:  It was the duces tecum.
11 BY MR. HECHT:
12     Q.  When we talk about Plaintiff's
13 Exhibit 2, which is the guidelines regarding the
14 administration of Ativan, what year were those
15 guidelines in existence from?
16     A.  These guidelines were revised May 5,
17 2013 -- May of 2015 -- Sorry, May of 2013.  Not all of
18 them.
19         Do we need to go through each one when
20 they were revised?
21     Q.  Explain to me what you mean.
22     A.  The EMS Guideline is a living document,
23 meaning you can revise a small portion of the
24 guideline without revising the entire guideline.  So
25 we put dates on the bottom of each individual

www.phippsreporting.com
888-811-3408

Page 39

1 guideline that was revised, that way we know when that
2 specific guideline was revised.
3     Q.  Okay.  Can I see that.
4         Looking at the heading sedation --
5     A.  Yes.
6     Q.  -- tell me when the sedation guidelines
7 were revised.
8     A.  May 5, 2013.
9     Q.  And are those the guidelines related to
10 sedation in May of 2014?
11     A.  Yes.
12     Q.  So that sedation guideline would have been
13 in existence and active when Jose Rosario treated
14 Tavares Docher on May 11, 2014?
15     A.  Yes.
16     Q.  Has the sedation guidelines been revised
17 since May 5, 2013?
18     A.  I would have to look.
19     Q.  And did you bring with you any documents
20 in regards to Number 2, that states the official
21 policies and customs and practices of the St. Lucie
22 County Fire District regarding whether sedatives such
23 as Ativan are to be administered incrementally?
24     A.  That is the guideline that we were looking
25 at.

www.phippsreporting.com
888-811-3408

Page 40

1     Q.  And that guideline was in effect on
2 May 11, 2014?
3     A.  Correct.
4     Q.  Did you bring with you number three under
5 Exhibit B, the official policies and customs and
6 practices of the St. Lucie County Fire District
7 regarding the administration of sedatives such as
8 Ativan in patients with a medical history of alcohol
9 use, mental illness or both?
10     A.  This is the guideline that we go by.  We
11 do have a pharmacology section that's also part of the
12 guideline.
13     Q.  Anywhere in Exhibit 2 that you've brought
14 with you today, is there any mention of the
15 administration of Ativan in patients with the medical
16 history of alcohol use, mental illness or both?
17     A.  I would have to look through the document.
18     Q.  Take your time.
19     A.  In regards to sedation?
20     Q.  Yes, sir.
21     A.  In regards to sedation, there is no
22 mention.
23     Q.  Are you aware if there has ever been a
24 mention contained within the St. Lucie County Fire
25 District guidelines, any mention of the administration

www.phippsreporting.com
888-811-3408

Page 41

1 of Ativan in a patient with a history of alcohol or
2 mental illness?
3     A.  I am not sure.
4     Q.  So is it correct that in May of 2014,
5 there was no policy, procedure, custom or guideline
6 that directed paramedics who chose to administer a
7 sedative to a patient with a medical history of
8 alcohol use or mental illness?
9     A.  From the information that I have gathered
10 in sitting here in front of you, no.
11     Q.  Did you bring with you number four, the
12 customs, policies and practices of the St. Lucie
13 County Fire District regarding the review of run
14 reports to determine if care and treatment is
15 consistent with existing policies in the best
16 interests of the patient?
17     A.  Yes.
18     Q.  Could you show me that please.
19         Number five, did you bring with you the
20 official written policies of the St. Lucie County Fire
21 District?
22     A.  Policies for what?
23     Q.  Is there a general written set of policies
24 that is given to paramedics that are employed at the
25 St. Lucie County Fire District?

www.phippsreporting.com
888-811-3408

Page 42

1   A.   We have an area in our target solution
2  software that has all of the EMS policies.
3   Q.   Did you bring that with you?
4   A.   No, I did not.
5   Q.   Why not?
6   A.   It had nothing to do with sedation.  I
7  brought everything that had to do with sedation and
8  with this call, but it wouldn't be a problem if you
9  wanted me to print them all up.
10   Q.   Okay.  Exhibit 2 that you brought with you
11  is how many pages?
12   A.   This one?
13   Q.   Yes.
14   A.   Eight pages.
15   (Plaintiff's Exhibit No. 3 was marked for
16  Identification by the reporter.)
17  BY MR. HECHT:
18   Q.   I'm going to show you what we'll mark as
19  Exhibit 3.  This is 600 pages, Exhibit 3.
20   Have you seen the emergency medical
21  guidelines contained in Exhibit 3 before?
22   A.   Yes.
23   Q.   What is this?
24   A.   This is our guidelines that we were -- we
25  used to work under.

Page 43

1   Q.   And do you continue to work under the
2  guidelines that are contained in Exhibit 3?
3   A.   No.
4   Q.   Why not?
5   A.   What exhibit is this?
6   Q.   Exhibit 3.
7   A.   The guidelines that you showed me,
8  Exhibit 3, was a regional guideline.  Many
9  participating agencies were part of this guideline.
10  When it was time for its update, all agencies decided
11  to go on their own.
12   Q.   What was the year that the medical
13  guidelines that I just handed you, which we marked as
14  Exhibit 3, was no longer in use by the St. Lucie
15  County Fire Department?
16   A.   I'm not sure.
17   Q.   Do you know if on May 11, 2014, those
18  emergency medical guidelines were in use and active by
19  the St. Lucie County Fire District?
20   A.   They were not.
21   Q.   So is it your testimony that the emergency
22  medical guidelines that I just handed you contained in
23  Exhibit 3, were no longer used by the St. Lucie County
24  Fire District on May 11, 2014?
25   A.   That's correct.

Page 44

1   Q.   But you don't know when it is that the
2  St. Lucie County Fire District stopped utilizing those
3  emergency medical guidelines?
4   A.   No, I do not.
5   Q.   Could you find that out for me?
6   A.   Yes, I can.
7   (Plaintiff's Exhibit No. 3 was marked for
8  Identification by the reporter.)
9  BY MR. HECHT:
10   Q.   Exhibit 2 that you brought with you, and
11  specifically the heading sedation, looks to me to be
12  identical to the sedation section that's contained
13  within Plaintiff's Exhibit 3.
14   So I'm going to have you look at
15  Plaintiff's Exhibit 3 and show me if there's been any
16  changes between what you've brought with you which
17  you've told me is in effect today?
18   A.   I did not say that.
19   Q.   You did not say that?
20   A.   No, sir.
21   Q.   Well, then let's go back.
22   Exhibit 2 that you brought with you today,
23  which is the guidelines, is that currently in use
24  today by the St. Lucie County Fire District?
25   A.   I'm not sure if it has been updated or

Page 45

1  not.  That's when I had told you I would look into
2  what has and has not been updated.  This guideline is
3  what was in use the day that you had mentioned.
4   Q.   So Exhibit 2, and the heading sedation and
5  the information contained within the sedation page,
6  was in use by the St. Lucie County Fire District on
7  May 11, 2014; is that correct?
8   A.   That's correct.
9   Q.   I'm going to show you Exhibit 2, sedation,
10  and then Exhibit 3, sedation?
11   A.   Okay.
12   Q.   These documents look different, correct?
13   A.   At a glance, yes.
14   Q.   And are you able to tell me if the
15  sedation section from Exhibit 3 was in use in May
16  of 2014?
17   MR. NEWMAN:  Asked and answered.
18  I'm objecting for the record.
19   THE WITNESS:  I have to take a look
20  at it if you give me a moment.
21  BY MR. HECHT:
22   Q.   Okay.
23   A.   Okay.  Your question again?
24   Q.   My question was, the sedation page that's
25  contained in Plaintiff's Exhibit 3, was that in use on

Page 46

1   May 11, 2014, by the St. Lucie County Fire District?
2       A.   No.
3       Q.   And how do you know that?
4       A.   Because this was 2009, this is 2013.
5       Q.   So you looked at the bottom of the
6   sedation page from Plaintiff's Exhibit 3, and because
7   the bottom says October 7, 2009, that leads you to
8   believe that this was not in use on May 11, 2014,
9   correct?
10      A.   If you're asking me do we refer to this
11  page on 2014, the answer is no.  We refer to the 2013,
12  because that's what was in effect in 2014.
13      Q.   So no paramedic would have been utilizing
14  any of the information that's contained on the
15  sedation page in Plaintiff's Exhibit 3, correct?
16      A.   This is Exhibit 3?
17      Q.   Yes, sir.
18      A.   No paramedic would have referenced this
19  guideline in 2014.
20      Q.   Understood.
21           So the document that was in existence and
22  active and that would have been used by a paramedic
23  for reference in May of 2014, is what you brought with
24  you today, Plaintiff's Exhibit 2, heading sedation,
25  correct?

Page 47

1       A.   Correct.
2       Q.   This is a medical guideline; is that
3   correct?
4       A.   Correct.
5       Q.   Is it a policy and procedure that
6   paramedics are supposed to follow when administering
7   Ativan?
8           MR. NEWMAN:  Object to the form;
9   asked and answered.
10      A.   It is a guideline.  It is not a policy or
11  procedure.
12  BY MR. HECHT:
13      Q.   And when you say guideline, that leads me
14  to believe that they can essentially stray from the
15  guideline; is that true?
16          MR. NEWMAN:  Object to the form.
17          You can answer.
18      A.   They can come call for orders if they
19  needed to deviate from these guidelines.
20  BY MR. HECHT:
21      Q.   Who would they call?
22      A.   The ER.
23      Q.   Would they speak to a physician?
24      A.   Yes.
25      Q.   Could they also call Dr. Chi?

Page 48

1       A.   Chi Chiou Liu.
2       Q.   I apologize, Chi Chiou Liu.
3       A.   If they had a way of getting ahold of him,
4   yes, he could have made that call.
5       Q.   In 2014, did the paramedics have
6   Dr. Chi Chiou Liu's cell phone number?
7       A.   We don't give his information out.
8       Q.   So it's correct that the paramedics in
9   2014, did not have Dr. Chi Chiou Liu's cell phone
10  number?
11      A.   Correct.
12      Q.   Did they have his office number?
13      A.   I couldn't answer that, if he had his
14  office number or not.
15      Q.   How would the paramedics have gotten in
16  touch with Dr. Chi Chiou Liu in an emergency if they
17  needed to contact him when they were in the field?
18      A.   These guidelines are Dr. Liu's offline
19  medical direction.  That's his extension.  If they
20  needed to get ahold of a -- to get online medical
21  direction, they would call the ER.
22      Q.   Well, again, back to my question, if a
23  paramedic was out in the field and needed to talk to
24  Dr. Chi Chiou Liu regarding the sedation guidelines,
25  would they have been able to contact him?

Page 49

1       A.   There would be no reason to contact
2   Dr. Liu, these are offline medical directions.  If
3   they needed assistance, they would call the ER for
4   online medical direction.
5       Q.   The answer is, if a paramedic in May
6   of 2014 wanted to call Dr. Chi Chiou Liu, they would
7   have no way of getting ahold of him in an emergency,
8   correct?
9           MR. NEWMAN:  Object to the form.
10          You can answer.
11      Q.   No, they don't need to get ahold of
12  Dr. Chi Chiou Liu.
13  BY MR. HECHT:
14      Q.   I understand you're telling me they
15  wouldn't need to get ahold of him because they have
16  this guideline?
17      A.   Right.
18      Q.   I'm with you, I understand what you're
19  saying.
20          My question is, if they wanted to contact
21  him, they would not be able to because they did not
22  have his phone number, correct?
23      A.   Whether they had his phone number or not,
24  I do not know.
25      Q.   You just told me it was not given out,

Page 50

```
 1  correct?
 2      A.  It doesn't get given out, but if they have
 3  it -- I don't know if they have it or not.
 4      Q.  But it wasn't a policy in May of 2014 for
 5  the paramedics to have Dr. Chi Chiou Liu's number on
 6  them, correct?
 7      A.  Correct.
 8      Q.  Let's go through the sedation guideline.
 9      A.  Okay.
10      Q.  Under sedation, it says indications,
11  cardioversion, external pacing, combative patient,
12  anywhere under the heading sedation in Exhibit 2 that
13  you brought with you today, does it list any
14  contraindications for Ativan?
15      A.  No.
16      Q.  Why not?
17      A.  As the guideline says, it doesn't have it.
18  When this guideline was put together, there was no
19  need to put contraindication under it.
20      Q.  Why not?
21      A.  I don't know.
22      Q.  Is it dangerous for the St. Lucie County
23  Sheriff's Office not to have what the
24  contraindications for Ativan administration is under
25  the heading sedation?
```

www.phippsreporting.com
888-811-3408

Page 51

```
 1          MR. NEWMAN:  Object to the form,
 2  and also you asked the St. Lucie County
 3  Sheriff's Office.
 4  BY MR. HECHT:
 5      Q.  Let me rephrase the question.
 6          Is it dangerous for the St. Lucie County
 7  Fire Department not to have the contraindications for
 8  Ativan contained within the sedation page contained in
 9  the Exhibit 2?
10          MR. NEWMAN:  Object to the form.
11      A.  Are you asking me for my opinion?
12  BY MR. HECHT:
13      Q.  Well, you are a captain at the Port St.
14  Lucie Sheriff's Office and in charge of the training
15  in the safety division, so I'm asking based on that,
16  is it dangerous not to have listed the
17  contraindications for the administration of Ativan
18  under the sedation heading?
19      A.  No.
20          MR. NEWMAN:  Object to the form.
21  Also, your question referred to him as a
22  captain in the St. Lucie County Sheriff's
23  Office.
24          MR. HECHT:  I apologize.  I
25  understand you don't work for the
```

www.phippsreporting.com
888-811-3408

Page 52

```
 1  Sheriff's Office.
 2  BY MR. HECHT:
 3      Q.  I'll ask it again, as captain at the
 4  St. Lucie County Fire Department in charge of the
 5  training and safety division, is it dangerous not to
 6  have listed the contraindications for Ativan contained
 7  within the sedation heading on Exhibit 2?
 8          MR. NEWMAN:  Object to the form.
 9      A.  No.
10  BY MR. HECHT:
11      Q.  Why not?
12      A.  There is no contraindications in the
13  emergency setting for Ativan.
14      Q.  Explain that to me, sir.
15      A.  There's a difference between the emergency
16  setting and the nonemergency setting.  Ativan can be
17  given for many different reasons.  Depending on the
18  situation, there may not be a contraindication.  There
19  are cautions, but no contraindications.
20      Q.  Is that how you train your paramedics at
21  the Port St. Lucie Fire Department, that there's no
22  contraindication for Ativan in an emergency setting?
23      A.  We make them aware of the cautions that
24  they need to be aware of when administering Ativan.
25      Q.  And I understand that you're telling me
```

www.phippsreporting.com
888-811-3408

Page 53

```
 1  about the cautions, but my question is more specific,
 2  is it a part of the training and culture at the Port
 3  St. Lucie Fire Department that the paramedics are not
 4  trained in the contraindications for Ativan use in an
 5  emergency setting?
 6      A.  Can I refer to the guideline real quick?
 7      Q.  Sure.
 8          MR. NEWMAN:  I object to the form
 9  of the question.  Just so we're clear for
10  the record, the organization is the
11  St. Lucie County Fire District, it's not
12  the Port St. Lucie, and it's also not fire
13  department.  So the St. Lucie County Fire
14  District.
15  BY MR. HECHT:
16      Q.  Do you understand so far that all the
17  questions I've asked you are involving your role and
18  position and experience working at the St. Lucie
19  County Fire District?
20      A.  Yes.
21      Q.  Sir, you've had a chance to look at --
22      A.  Yes.
23      Q.  Exhibit 2.
24          Would you like me to ask the question
25  again?
```

www.phippsreporting.com
888-811-3408

Page 54

1    A.   Yes.
2    Q.   Is it correct that as part of the training
3  and culture at the St. Lucie County Fire District,
4  that paramedics are not trained on the
5  contraindications for Ativan use or administration in
6  an emergency setting?
7    A.   They are trained not to give Ativan if the
8  patient is hypersensitive to it.
9    Q.   How would a paramedic know if a patient is
10 hypersensitive to Ativan administration?
11   A.   If that information is given to them on
12 scene.
13   Q.   Who would give the paramedic that
14 information?
15   A.   Either family members or the patient.
16   Q.   What if the patient is not able to speak?
17   A.   If the patients are not able to speak, we
18 look for medical alert tags to see if they are
19 hypersensitive or have any allergies to medication.
20   Q.   What if there's no medical alert tag?
21   A.   If there's no medical alert tag, we weigh
22 out the risk versus gain.
23   Q.   Is that discretionary to the paramedic?
24   A.   Yes.
25   Q.   As part of the training that paramedics go

www.phippsreporting.com
888-811-3408

Page 55

1  through in the apprenticeship program, are they
2  trained on the contraindications of Ativan
3  administration?
4    A.   The contraindications as per our
5  protocols.
6    Q.   And is the only contraindication for
7  Ativan administration hypersensitivity?
8    A.   As per our protocols.
9    Q.   Are you aware of any other
10 contraindications for Ativan administration
11 administered intramuscularly to a patient?
12   A.   No.
13   Q.   Are you aware if head trauma is a
14 contraindication to Ativan administration
15 intramuscularly?
16     MR. NEWMAN:  Object to the form.
17     MR. JOLLY:  Join.
18     MR. NEWMAN:  You can answer.
19   A.   No.
20 BY MR. HECHT:
21   Q.   Are you aware if alcohol use is a
22 contraindication to the administration of Ativan
23 injected intramuscularly?
24   A.   No.
25   Q.   Are you aware if excited delirium is a

www.phippsreporting.com
888-811-3408

Page 56

1  contraindication to the administration of Ativan
2  injected intramuscularly?
3      MR. NEWMAN:  Object to the form.
4    A.   I would have to look at our excited
5  delivery and protocol.
6  BY MR. HECHT:
7    Q.   Sitting here right now, are you able to
8  answer that?
9    A.   No.
10   Q.   Do you have protocols in front of you
11 related to excited delirium that you could look
12 through to answer that question?
13   A.   I would have to pull the guidelines from
14 2013 and actually look at our protocol at that time.
15   Q.   Are you aware that metabolic acidosis is a
16 contraindication for the administration of Ativan
17 injected intramuscularly?
18     MR. NEWMAN:  Form.
19   A.   No.
20 BY MR. HECHT:
21   Q.   Are you aware if the use of narcotics is a
22 contraindication for the use of Ativan injected
23 intramuscularly?
24     MR. NEWMAN:  Form.
25   A.   No.

www.phippsreporting.com
888-811-3408

Page 57

1  BY MR. HECHT:
2    Q.   Are you aware if someone is suffering from
3  respiratory depression -- strike that.
4        Is respiratory depression a
5  contraindication for Ativan use injected
6  intramuscularly?
7      MR. NEWMAN:  Object to the form.
8    A.   No.
9  BY MR. HECHT:
10   Q.   You do not know?
11   A.   All the nos I'm answering, they are not
12 contraindications per our protocol.  The only
13 contraindication is hypersensitivity.
14   Q.   And everything that I've asked you so far,
15 do you have any personal knowledge whether anything I
16 just mentioned is a contraindication for the use of
17 Ativan injection -- excuse me, strike that.
18        Let me just phrase it this way, are you
19 aware if head trauma, alcohol use, narcotic use,
20 metabolic acidosis, respiratory depression, are
21 contraindicated for Ativan to be injected
22 intramuscularly based on any personal knowledge that
23 you have?
24     MR. NEWMAN:  Form objection.
25     MR. JOLLY:  Join.

www.phippsreporting.com
888-811-3408

Page 58

1    A.   As per our protocol, no.  Above and beyond
2    that, I don't know.
3    BY MR. HECHT:
4        Q.   Let's talk about the sedation protocol
5    that you have in front of you.
6             It says benzodiazepines may cause
7    respiratory depression or compromise, correct?
8        A.   Correct.
9        Q.   Is that something that the paramedics
10   would have been trained on in 2014?
11       A.   Yes.
12       Q.   When administering, observe for signs of
13   hypotension or respiratory depression, they would have
14   been aware of that in 2014?
15       A.   Yes.
16       Q.   ALS stands for advanced life support; is
17   that correct?
18       A.   Correct.
19       Q.   Under the second bullet point, says Ativan
20   one milligram increments to a max of four?
21       A.   Correct.
22       Q.   What were the paramedics trained to do
23   regarding that bullet point in 2014?
24       A.   Regarding the Ativan, one milligram
25   increments to a max of four milligrams?

www.phippsreporting.com
888-811-3408

Page 59

1        Q.   Yes, sir.
2        A.   The paramedic can give one milligram up to
3    four milligrams of Ativan.
4        Q.   Is that discretionary?
5        A.   They cannot go over four milligrams
6    without a physician consult.
7        Q.   Is it the custom policy and practice of
8    the St. Lucie County Fire District to have its
9    paramedics in 2014 decide whether to inject a patient
10   with between one to four bolus milligrams to a patient
11   in the field?
12            MR. NEWMAN:  Form.
13       A.   It was depending on the situation, every
14   situation is different, they have the ability to make
15   that decision.
16   BY MR. HECHT:
17       Q.   Was it the custom, policy, practice of the
18   St. Lucie County Fire District in May of 2014, to give
19   its paramedics the discretion to administer one single
20   four-milligram dose of Ativan intramuscularly to a
21   patient in the field?
22            MR. NEWMAN:  Form.
23       A.   The paramedic has that discretion.
24   BY MR. HECHT:
25       Q.   Was it the custom, policy and practice of

www.phippsreporting.com
888-811-3408

Page 60

1    paramedics employed by the St. Lucie County Fire
2    District in May of 2014, to administer intramuscularly
3    one single four-milligram dose to patients in the
4    field?
5             MR. NEWMAN:  Form.
6        A.   They have that discretion.
7    BY MR. HECHT:
8        Q.   In 2014, are you aware of how many times a
9    paramedic injected a four-milligram dose of Ativan to
10   patients during that year?
11       A.   Without doing some research and some
12   digging, I would not be able to give you that off the
13   top of my head.
14       Q.   Do you have the capability of finding out
15   that information?
16       A.   I have the ability to look and see if I
17   can find that information.  Whether I can retrieve
18   that information is a different story.
19       Q.   The word increment, what does that mean to
20   you?
21       A.   One right after the other, or increments.
22       Q.   Like one, then two, then three --
23       A.   Correct.
24       Q.   -- then four.
25       A.   (Witness nods head.)

www.phippsreporting.com
888-811-3408

Page 61

1        Q.   Is it incorrect that a paramedic in May
2    of 2014, did not have to first inject a patient with
3    one milligram, wait, monitor the patient and then if
4    they decide to administer a second milligram, for a
5    total of two milligrams, that's not what this policy
6    says, correct?
7             MR. NEWMAN:  Let me just object to
8    the form of the question.
9             Go ahead.
10       A.   If the policy were to state three to
11   five minutes in between or if it gave a time frame in
12   between increments, then yes.  In this case, it does
13   not give a time frame of in between increments.  It
14   allows the paramedic to give up to four milligrams
15   without monitoring in between.
16   BY MR. HECHT:
17       Q.   How do you get to four milligrams if you
18   don't begin with one milligram and work your way up
19   incrementally?
20            MR. NEWMAN:  Object to the form.
21   BY MR. HECHT:
22       Q.   You do?
23       A.   You give one milligram, right after that
24   you give two, three, four.  It was written like that
25   on purpose for the safety of our paramedics, for the

www.phippsreporting.com
888-811-3408

Page 62

1    safety of police officers, the safety of the patient.
2          If the paramedic, in this case sedation,
3    had -- was mild, mildly combative, anxiety, those type
4    of signs and symptoms, they would give one milligram,
5    see how it works, that patient is not a detriment to
6    themselves or us.  If Rosario felt that there was a
7    detriment, the patient was -- could cause harm to
8    themselves, to him as a paramedic, or the people
9    around him, he had the right to go straight to four
10   milligrams.  One milligram increments, one after the
11   other, those numbers, if you look on other guidelines,
12   it gives you specifics, three to five minutes in
13   between, two to three minutes in between.  This
14   guideline does not.  For that reason, for the safety
15   of the patient, for the safety of the paramedic and
16   for the safety of others around him.
17        Q.   So Paramedic Jose Rosario, do you agree
18   with me, did not begin with one milligram of Ativan,
19   wait a period of time and then give a second one
20   milligram, wait a period of time, then give a third
21   one milligram and then wait a period of time and then
22   give a fourth one milligram?
23        A.   I was not there.  I could not tell you what
24   Rosario did, but I can tell you what the guideline
25   gives them the ability to do.

Page 63

1        Q.   So just so that I'm clear, that if
2    Paramedic Jose Rosario administered one single dose of
3    four milligrams of Ativan, that is consistent with the
4    St. Lucie County Fire District's guidelines for the
5    injection of Ativan, correct?
6        A.   That's correct.  It actually states it in
7    the guidelines.
8        Q.   Is this guideline that allows paramedics
9    to inject a single four-milligram dose of Ativan to a
10   patient the way that all paramedics employed by the
11   St. Lucie County Fire District have been trained since
12   at least 2012?
13        A.   Paramedics have been trained, if one
14   milligram of Ativan can -- is sufficient to fix the
15   problem, they will give one milligram.  If they need
16   to go to four milligrams because they feel the patient
17   is in danger to themselves, to us as paramedics or to
18   anybody else around, they have the option to go to
19   four milligrams.
20        Q.   And my question was, has the custom,
21   policy and practice that allows paramedics to inject
22   one single four-milligram dose to a patient, been in
23   existence since at least December 18, 2012?
24        A.   I can't say if it was in existence in
25   2012.

Page 64

1        Q.   According to Exhibit 2, under sedation, it
2    looks like you have -- what says revised May 5, 2013?
3        A.   Correct.
4        Q.   So let me rephrase my question:  Is it
5    correct that the custom, policy and practice of the
6    paramedics employed by the St. Lucie County Fire
7    District since May 5, 2013, have had the discretion to
8    inject a single four-milligram dose of Ativan to
9    patients out in the field?
10        A.   Yes.
11        Q.   If we go to page M-8 of Exhibit 2, the
12   heading says pharmaceutical assisted intubation?
13        A.   That's correct.
14        Q.   Is it also correct that the custom, policy
15   and practice of the St. Lucie County Fire District has
16   given discretion since May 5, 2013, that allows Ativan
17   to be administered in one single four-milligram dose
18   post-intubation for the purposes of intubation?
19        A.   Post-intubation?
20        Q.   Yes, sir.
21        A.   Ask that -- rephrase that or ask that
22   question again.
23        Q.   Sure.
24             Is it correct that on page M-8 of
25   Exhibit 2, under the heading pharmaceutical assisted

Page 65

1    intubation, that the custom, policy and practice at
2    the St. Lucie County Fire District gave the paramedics
3    discretion to inject one single four-milligram dose
4    post-intubation to a patient for the purposes of
5    sedation?
6        A.   This is a guideline.  Are you asking, do
7    they have the discretion to give one to
8    four milligrams of Ativan, and the answer is yes?
9        Q.   My specific question was --
10        A.   You're putting post-sedation -- you're
11   putting post-intubation and sedation in the same
12   guideline, and you are looking at two completely
13   different guidelines.
14        Q.   Let's look at M-8.  What I want to know is
15   where it says, under sedation, it says Ativan
16   one-milligram increments to a max of four milligrams?
17        A.   Correct.
18        Q.   What is that referring to?
19        A.   That is referring to post-intubation.
20        Q.   So --
21        A.   If you're sedating a patient due to
22   post-intubation versus the guideline that we were
23   previously at, which is we are sedating somebody due
24   to a combative and violent patient, two completely
25   different guidelines.

1      Q.   Let me be clear on page M-8, was it the
2  custom, policy or practice of the St. Lucie County
3  Fire District from May 5, 2013 going forward, to allow
4  paramedics to administer one single four-milligram
5  dose of Ativan post-intubation?
6      A.   They have that discretion according to the
7  guideline.
8      Q.   If Jose Rosario in his deposition stated
9  that he had injected approximately 50 to 100 people
10  during the course of his career with one single
11  four-milligram dose of Ativan, do you see anything
12  wrong with that?
13           MR. NEWMAN:  Object to the form.
14      A.   Every call is different.  I cannot answer
15  that question.  I would have to look at each
16  individual call to be able to say whether he was
17  correct in administering those.
18  BY MR. HECHT:
19      Q.   Based on the customs, policies, practices,
20  guidelines of the St. Lucie Fire District, would you
21  agree with me that under those customs, policies and
22  practices, that Medic Jose Rosario was allowed and it
23  was appropriate for him to administer one single
24  four-milligram dose of Ativan to a patient if he felt
25  that the situation required such?

1           MR. NEWMAN:  Object to the form.
2      A.   Correct.
3  BY MR. HECHT:
4      Q.   During the apprenticeship program or any
5  training that paramedics would have gone through in
6  2014, were they ever trained regarding the
7  administration of Ativan and how that may affect a
8  patient that's under the influence of alcohol?
9      A.   I wasn't part of the training division at
10  that time.
11      Q.   Is that something that at the present time
12  paramedics are trained on?
13      A.   As guidelines are updated, they are
14  trained.
15      Q.   As you sit here today, is it correct that
16  you're not able to tell me whether currently
17  paramedics are trained on how the administration of
18  Ativan may affect someone that's under the influence
19  of alcohol?
20      A.   I am telling you, like I said earlier, we
21  have updated our guidelines and there has been
22  training on certain -- they're called the guidelines
23  that were updated.  Whether or not sedation was one of
24  them, I'm not sure.
25           MR. NEWMAN:  We've been going an

1  additional hour, so why don't we take a
2  short break.
3           (A brief recess was taken.)
4  BY MR. HECHT:
5      Q.   Captain Gonzalez, are you aware of the
6  training provided to Jose Rosario regarding the
7  administration of Ativan when he was going through his
8  paramedic training?
9      A.   No.
10      Q.   Number five, under Exhibit A, states that
11  you would be the person with the most knowledge
12  regarding the training provided to Jose Rosario
13  regarding the administration of sedatives such as
14  Ativan?
15      A.   Correct.
16      Q.   You had no knowledge of that?
17      A.   I don't know -- I could find his records,
18  but I couldn't tell you off the top of my head what
19  his training is, but however, I do have a medication
20  test that he had to take, which he scored a 99 on,
21  that I have with me, but as far as anything else in
22  the apprenticeship program, I would have to do
23  research on.
24      Q.   That test he scored a 99 percent on, that
25  doesn't discuss whether or not the administration of

1  Ativan is contraindicated if someone is suffering from
2  a mental illness or head trauma, or alcohol use or
3  metabolic acidosis, does it?
4      A.   That test is a direct reflection of our
5  guidelines.  So that test -- those questions come
6  directly from our guidelines, so if there's nothing in
7  the guidelines, there's nothing on that test.
8      Q.   And, therefore, would you agree with me
9  that Paramedic Rosario, when he was going through his
10  training and his apprenticeship, did not learn
11  anything about the contraindications for Ativan
12  besides hypersensitivity, correct?
13      A.   According to our guidelines,
14  hypersensitivity is the only contraindications for
15  administering Ativan, so if the district were to
16  supply him with any training, it would have been
17  according to our guidelines.
18      Q.   Again, the person that wrote the
19  guidelines was who?
20      A.   The person who wrote them?
21      Q.   Yes.  How were the guidelines formulated?
22      A.   The guidelines are put together from the
23  guideline committee, which they make recommendations,
24  they get interviewed by the training division, they
25  get approved by the training chief, and then they go

Page 70

```
 1    to the medical director to give his final approval.
 2        Q.   And that's Dr. --
 3        A.   Chi Chiou Liu.
 4        Q.   He's the person that gives final approval,
 5    correct?
 6        A.   (Witness nods head.)
 7        Q.   And the committee and going up the chain
 8    of command are all people that are employed by the
 9    St. Lucie County Fire District, correct?
10        A.   Correct.
11        Q.   In May of 2014, was there a guideline that
12    discussed combative patients?
13        A.   I would have to look at the entire
14    guideline.
15        Q.   Let me show you what's been contained
16    within Plaintiff's Exhibit 3, and the heading is
17    combative patients, and I'll show that to you, page
18    E-14 and page E-15.
19              MR. NEWMAN:  These are the
20        guidelines he testified that were not in
21        effect.
22              THE WITNESS:  I was going to say
23        these guidelines are from 2006, which
24        Rosario was not held to, just to let you
25        know.
```

Page 71

```
 1    BY MR. HECHT:
 2        Q.   When Medic Rosario went through his
 3    training, wasn't that in 2006?
 4        A.   It was in 2006, but like I told you
 5    earlier, things change, so things that we did in 2006,
 6    we no longer do, it's called practicing medicine.
 7        Q.   Right.
 8        A.   So I can't -- only because we did it in
 9    2006, doesn't mean it's correct now.
10        Q.   Understood.
11             So my question, though, is on May 11,
12    2014, the document, the two-page document that I
13    handed you which is contained in Plaintiff's
14    Exhibit 3, entitled combative -- is it combative
15    patients?
16        A.   Combative patients.
17        Q.   Combative patients.
18             Do you know if in May of 2014, that was in
19    existence?
20        A.   I would have to go back and look at what
21    was in effect in 2014 as far as the guidelines.  I
22    would have to look at the entire guideline book to see
23    if that was -- I'm not sure if this was in the
24    guidelines in 2014.
25        Q.   I want to assume, because I'm going to ask
```

Page 72

```
 1    you questions about this, I want to assume that these
 2    were for my questions, okay.  I understand you're
 3    saying you don't know if they are, but I'm going to
 4    ask you questions about it.  I want you to know that's
 5    why I'm asking you.
 6             All right.  Could I see that?
 7        A.   I need them back if you want me to look at
 8    it.
 9        Q.   No, I have my own copy.
10        A.   Can I let you know what we're looking at?
11        Q.   Yes.  I'll put it on the record.  We're
12    looking at the emergency medical guidelines titled
13    combative patients from what date?
14        A.   2006?
15        Q.   Yes.
16        A.   What was the beginning page of this entire
17    section?  No, of the section.
18        Q.   I'll give the whole thing to you if you
19    want to look at it.
20        A.   What I'm telling you is, you're looking at
21    the very beginning where it says medical emergency
22    guidelines.  It's broken up -- that guideline, that
23    old guideline was broken up in sections.  This is a
24    section of that guideline.
25             What does the section say?
```

Page 73

```
 1        Q.   General medical.
 2        A.   These are educational guidelines, not
 3    treatment guidelines, so let's make sure that you
 4    separate the two.
 5        Q.   Okay.
 6        A.   We are discussing the educational section
 7    of the guidelines, not the treatment section of the
 8    guidelines, which are two completely different areas
 9    of the guideline, so the medical guidelines at that
10    time.
11        Q.   And what's the difference between the
12    educational and --
13        A.   The difference is the treatment section is
14    how we're going to treat our patient.  The educational
15    guideline is an overview of combative patients.  It
16    educates you in that area.  We may or may not use
17    those areas in our treatment guideline.
18             Our treatment is what Dr. Liu signs off
19    on.  Our guidelines are something that you can look in
20    a reference book and say these -- I'm educating you in
21    combative patients.  We can write a novel on combative
22    patients.  We are held to the standard of our
23    treatment section, which is what we talked about
24    earlier.  So just letting you know.
25        Q.   Is it your position that in 2006, that the
```

Page 74

1    combative patient educational guideline was not a
2    custom, policy or practice that was to be followed by
3    the paramedics employed by the St. Lucie County Fire
4    District?
5        A.   What I'm telling you is the combative
6    patient section in the educational section was to
7    educate personnel a little bit further outside of what
8    Dr. Liu signed off on in the treatment section, just
9    to better educate yourself because, again, the
10   treatment section is a guideline, very specific
11   guideline.  This is just generalized, just like it
12   says, general guidelines educational section.
13       Q.   Would you classify this combative patient
14   portion of the emergency medical guidelines to be a
15   policy and procedure in 2006?
16            MR. NEWMAN:  Object to the form.
17       A.   Like I said, this is a place where people
18   would go to educate themselves.  If you were to look
19   at the combative patient, educational section, it also
20   talks about Haldol.  We do not carry Haldol, we never
21   carried Haldol.  It's just educating patients in the
22   area of combative patients.
23   BY MR. HECHT:
24       Q.   And my specific question was, the
25   combative patient portion of the 2006 emergency

Page 75

1    medical guidelines, would you consider the combative
2    patient portion to be a policy and procedure that
3    paramedics were to follow in 2006 at the St. Lucie
4    County Fire District?
5            MR. NEWMAN:  Form.
6        A.   The paramedics will follow the treatment
7    guideline.  They will go here to educate themselves
8    further.  They will not -- they would follow what it
9    says in the treatment guideline.
10   BY MR. HECHT:
11       Q.   So is it your testimony that the
12   paramedics in 2006 did not have to follow this
13   combative patient information contained in the
14   emergency medical guidelines?
15       A.   This is a guideline for them to look at
16   the -- this is a guideline for them to take a look at
17   to educate themselves, to educate -- the treatment
18   section is where they would go to treat the patient.
19       Q.   Were all paramedics in 2006 that were
20   working at the St. Lucie County Fire District supplied
21   with this combative patient information contained
22   within the emergency medical guidelines?
23       A.   Yes.
24       Q.   Was it expected that those paramedics in
25   2006 would follow the information contained within

Page 76

1    this combative patient portion of the emergency
2    medical guidelines?
3        A.   All paramedics were expected to follow the
4    treatment guideline.  If they wanted to educate
5    themselves further, they would go into the educational
6    section.
7        Q.   Looking on page E-15, which is the second
8    page, number five, should a patient become combative
9    the following steps should be taken:  Look for
10   potential etiologies and correct hypoxia, shock,
11   excessive environmental stimulation.
12            B, the following physical restraints are
13   authorized for use if, A, above does not work or
14   apply, and then parentheses, it says apply before
15   transport if it at all possible.
16            One, rayon webbing strapped across chest
17   and legs.  Number two, hard extremity restraints.  And
18   then, in parentheses, all four limbs.
19            Was that the policy of the St. Lucie
20   County Fire District in 2006?
21       A.   This is an overall educational guideline.
22   It is not a policy, it is a guideline.  Did St. Lucie
23   County fire have a policy to restrain patients on all
24   four limbs?  Policy, no.  Guideline, yes.
25       Q.   In 2006, did the St. Lucie Fire District

Page 77

1    have any policies?
2        A.   Yes.
3        Q.   And did those policies involve the
4    administration of Ativan?
5        A.   I am not sure.
6        Q.   In 2006, were there any policies regarding
7    the physical restraining of a patient?
8        A.   I'm not sure.
9        Q.   Going to C, pharmacologic restraints may
10   be used if physical restraints are not sufficient, or
11   if continued combativeness may interfere with
12   deliverance of proper medical care or may cause
13   further harm to the patient?
14       A.   Correct.
15       Q.   What does that mean to you?
16       A.   Pharmaceutical restraints may be used if
17   physical restraints are not sufficient or if continued
18   combative -- if they cannot be physically restrained,
19   you can sedate them medically.
20       Q.   So in 2006, was it a guideline of the
21   St. Lucie County Fire District that paramedics should
22   first try and use physical restraints to restrain a
23   patient and then go to pharmacologic restraints?
24       A.   According to this guideline, it says
25   pharmaceutical restraints may be used if physical

Page 78

1  restraints are not sufficient, or if continued
2  combativeness may interfere with deliverance of proper
3  medical care or may cause further harm.
4      Q.  Yes, sir.
5      A.  Right?
6      Q.  Right.
7          So my question is, was it a guideline of
8  the St. Lucie County Fire District in 2006, that
9  pharmacologic restraints should be secondary to
10 physical restraints if physical restraints were not
11 sufficient?
12         MR. NEWMAN:  Object to the form,
13     asked and answered.
14     A.  It's at the discretion of the medic.  Are
15 you talking about me restraining him, PD restraining
16 him?  Their family member restraining them?  That's a
17 decision for the medic to make when they come on
18 scene.  At no point will they put themselves in harm's
19 way, the patients or anybody else that's around.
20 BY MR. HECHT:
21     Q.  So is it your testimony that based upon C,
22 on page E-15, that it was discretionary for the
23 paramedic to decide whether or not to administer a
24 pharmacologic restraint prior to attempting to use a
25 physical restraint?

Page 79

1      A.  You're asking me a question out of a
2  generalized educational portion of the guideline.  It
3  is in my experience and through the training division,
4  that patients can be medically restrained if the medic
5  feels the need.  If they feel there's a threat to the
6  patient themselves, to the people around them or to
7  themselves, they can take that route.  It is not
8  secondary.
9      Q.  Simply put, if a paramedic in 2006
10 presented to the scene where there were officers
11 around an individual that, let's say, is causing a
12 disturbance, it's discretionary as to whether or not
13 the paramedic administers a sedative or attempts to
14 use some sort of physical restraint?
15         MR. NEWMAN:  Let me object to the
16     form of the question.  Go ahead.
17     A.  You're asking me to draw a line in the
18 sand and every situation is different, so medics have
19 the ability to make that decision on scene, depending
20 on each and every situation.  Every situation is
21 approached differently.
22 BY MR. HECHT:
23     Q.  What did you review prior to coming to
24 this deposition today?
25     A.  Well, I reviewed -- I looked -- I glanced

Page 80

1  at the guidelines, glanced at the run report, and
2  that's pretty much it, just glanced at everything.
3      Q.  Did you review the St. Lucie County
4  Sheriff's Office incident report?
5      A.  I believe it was in there, but I didn't
6  look at it.
7      Q.  Do you know if when Medic Rosario arrived
8  on scene, if Tavares Docher was acting intoxicated?
9      A.  I was not there on scene, so I could not
10 tell you whether he was or wasn't.  And we are not
11 trained to make that decision.
12     Q.  I'm asking you based on your review --
13 well, strike that.
14         Did you read the St. Lucie County
15 Sheriff's incident report?
16     A.  No.
17     Q.  Do you know if in this case, prior to the
18 administration of Ativan if Tavares Docher was
19 suffering from metabolic acidosis?
20     A.  There would be no way of knowing.
21     Q.  Do you know prior to the administration of
22 Ativan if Tavares Docher was suffering from
23 respiratory depression?
24     A.  There would be no way of knowing.
25     Q.  Do you know prior to the administration of

Page 81

1  Ativan, if Tavares Docher told any of the officers
2  that he was drinking alcohol?
3      A.  I wasn't there.  I cannot say whether he
4  told them that or not.
5      Q.  If Tavares Docher told the officers that
6  he had been drinking alcohol and Medic Rosario learned
7  of that information, would it have been appropriate
8  for Medic Rosario to inject four milligrams
9  intramuscularly of Ativan to Tavares Docher?
10         MR. NEWMAN:  Object to the form.
11     A.  Alcohol consumption is not a
12 contraindication to give Ativan.
13 BY MR. HECHT:
14     Q.  How do you know that?
15     A.  According to our guidelines, the only
16 contraindication is hypersensitivity to Ativan.
17     Q.  So, because the only contraindication is
18 hypersensitivity, that means to all the paramedics
19 that there is no other contraindications for Ativan,
20 correct?
21     A.  There's cautions.
22     Q.  What are those cautions?
23     A.  You want me to read them right from the
24 guidelines?
25     Q.  Sure.

Page 82

1    A.   Caution, benzodiazepine may cause
2  respiratory depression or compromise.  When
3  administering, observe for signs of hypotension and
4  respiratory depression.  Those are our cautions.
5        Q.   **Did you review Medic Rosario's actions in**
6  **this case?**
7    A.   When you say I reviewed them?
8        Q.   **Do you know what his involvement was in**
9  **this case?**
10   A.   I was his station officer.  So, did we
11 have a discussion of the call back in 2014?  When he
12 came back, I'm sure we did sit down and discuss the --
13 critique the call, so to speak.
14       Q.   **Was he reprimanded in any way?**
15   A.   I am not sure.  Not that I know of.
16       Q.   **Was he disciplined in any way?**
17   A.   Not that I know of.
18       Q.   **Did he have to go through any further**
19 **education or training as a result of his care to**
20 **Tavares Docher?**
21   A.   Not that I know of.
22       Q.   **Is it your position here today that Jose**
23 **Rosario complied with the customs, policies, and**
24 **practices of the St. Lucie County Fire District in his**
25 **treatment of Tavares Docher?**

Page 83

1    A.   Jose Rosario followed the St. Lucie County
2  Fire District guidelines as were stated back in 2014.
3        Q.   **Putting it another way, did Medic Rosario**
4  **in his treatment and care of Tavares Docher on May 11,**
5  **2014, violate any of the customs, policies, practices**
6  **or guidelines of the St. Lucie County Fire District?**
7    A.   As far as my knowledge, he followed the
8  St. Lucie County Fire District guidelines.
9        Q.   **Have you ever injected four milligrams of**
10 **Ativan to a patient intramuscularly or intravenously?**
11   A.   I would have to go back and look at all my
12 reports.
13       Q.   **You're not able to tell me that sitting**
14 **here today?**
15   A.   No.
16       Q.   **Benzodiazepines are central nervous system**
17 **depressants, correct?**
18   A.   Yes.
19       Q.   **And is alcohol also a central nervous**
20 **system depressant?**
21   A.   I would have to do some research.
22       Q.   **Does the St. Lucie County Fire District**
23 **not train paramedics on the interaction of alcohol**
24 **with the human body?**
25   A.   St. Lucie County Fire District trains the

Page 84

1  paramedics as per the protocols and as per Dr. Liu's
2  recommendations.
3        Q.   **Prior to administering Ativan to a**
4  **patient, are paramedics trained to ask the patient**
5  **whether or not they've ingested any alcohol or drugs?**
6    A.   No.
7        Q.   **When Tavares Docher was injected**
8  **intramuscularly with the Ativan, do you know if he was**
9  **handcuffed?**
10   A.   I wasn't there.  I don't know.
11       Q.   **Does the St. Lucie County Fire District**
12 **have a policy as to whether or not a paramedic could**
13 **inject someone if they're handcuffed with their hands**
14 **cuffed behind their back?**
15   A.   I would have to look at the policy.  I can
16 tell you I do know that if they are handcuffed, a
17 police officer must be there with them.
18       Q.   **That's in the ambulance, correct?**
19   A.   Yes.
20       Q.   **So my question is, as you sit here today,**
21 **are you aware if there is a policy in existence**
22 **currently as to whether a paramedic is allowed to**
23 **inject someone intramuscularly, with their hands**
24 **cuffed, with police handcuffs behind their back?**
25   A.   There's no policy that I know of.

Page 85

1        Q.   **What about on May 11, 2014, was there a**
2  **policy at the St. Lucie County Fire District that**
3  **discussed whether it was appropriate to inject Ativan**
4  **to a patient while they are cuffed with their hands**
5  **behind their back?**
6    A.   There was not a policy that I know of.
7        Q.   **So would it have been appropriate and**
8  **within the standard of care of paramedics working at**
9  **the St. Lucie County First District in 2014, to inject**
10 **someone with four milligrams of Ativan with their**
11 **hands cuffed behind their back?**
12   A.   If the paramedic feels that their patient
13 is in danger to themselves, to the paramedic or to
14 anyone around them, yes, they have the ability to make
15 that call.
16       Q.   **You reviewed the run report, correct?**
17   A.   Briefly.
18       Q.   **When I say the run report, is that the**
19 **same thing as paramedics emergency six-page report?**
20   A.   Correct.
21       Q.   **It was Medic Rosario's intent to inject**
22 **four milligrams of Ativan intramuscularly to Tavares**
23 **Docher's buttocks, correct?**
24   A.   I have to look at the run report.  I was
25 not there.  I can only go by what the run report says.

Page 86

1        According to Rosario's run report, he gave
2    Ativan, four milligrams IM.
3        Q.  In 2014, was Medic Rosario trained to
4    aspirate the needle prior to injecting the Ativan?
5        A.  If he was a release paramedic, which he
6    was, all paramedics are trained on how to administer
7    medications.
8        Q.  Based on your review of the run report in
9    this case and any other documents that you may have
10   seen, do you have an opinion as to whether Medic
11   Rosario hit a vessel?
12       A.  I would not know.
13       Q.  After being injected intramuscularly with
14   a four-milligram dose of Ativan, how quickly does it
15   take for the dosage to sedate someone?
16       MR. NEWMAN:  Object to the form.
17       A.  Depending if it's intramuscular, IV.
18   Intramuscular takes a little bit longer.  Again,
19   educational guidelines, depending on what you read,
20   where you read it, everybody has their opinion.  From
21   what I understand, it could be 10, 15 minutes before
22   you start seeing the effects of Ativan.
23   BY MR. HECHT:
24       Q.  And that's intramuscularly?
25       A.  It's intramuscularly.

www.phippsreporting.com
888-811-3408

Page 87

1        Q.  What about if it was intravenously?
2        A.  It would be a little faster.
3        Q.  How much faster?
4        A.  Five to 10 minutes, I believe.  Again,
5    that would be depending on what literature you read.
6        Q.  In 2014, did paramedics have EMS approved
7    restraints on their vehicles?
8        A.  What do you mean?
9        Q.  What sort of EMS approved restraints are
10   typically on a paramedic's vehicle?
11       A.  We have padded restraints.
12       Q.  Would that have existed on Medic Rosario's
13   vehicle in May of 2014?
14       A.  I'm not sure if they were on there or not.
15       Q.  Was there a policy in 2014 that stated
16   that EMS approved restraints had to be on all the
17   paramedics' vehicles?
18       A.  I would have to look at the policies and
19   procedures.
20       Q.  You can't tell me that as you sit here
21   today?
22       A.  Not right now.
23       Q.  So is it your testimony that there's times
24   that paramedics are out in the field without EMS
25   approved restraints on their vehicles?

www.phippsreporting.com
888-811-3408

Page 88

1        MR. NEWMAN:  Object to the form.
2        A.  If the policy was out at that time, then
3    they should have been on there.
4        MR. HECHT:  I don't have any other
5    questions.  Thank you.
6        MR. JOLLY:  I have no questions.
7        MR. NEWMAN:  Very brief follow-up,
8    Captain Gonzalez.
9            CROSS EXAMINATION
10   BY MR. NEWMAN:
11       Q.  With regard to guidelines for the use of
12   Ativan, are there guidelines that do specify time
13   intervals in between administration of milligrams?
14       A.  Yes.
15       Q.  Under what circumstances is Ativan
16   administered or can Ativan be administered pursuant to
17   your guidelines where there is a specified time
18   interval between administrations?
19       A.  That would be under the chest pain,
20   cocaine overdose section.  It actually specifies that
21   there is a time frame in between your increments.
22       Q.  What is that time frame?  Do you know?
23       A.  It's right here.
24       Q.  What is that, sir?
25       A.  According to our cocaine overdose

www.phippsreporting.com
888-811-3408

Page 89

1    guideline, Ativan, one milligram every three to
2    five minutes until relief of chest pain, to a maximum
3    of four milligrams.
4        MR. NEWMAN:  Thank you, sir.  I
5    have no further questions.
6        We are going to read the transcript
7    if it's ordered.
8        MR. HECHT:  I'm going to order it.
9        THE REPORTER:  Do you want a copy?
10       MR. JOLLY:  Yes, please.
11       MR. NEWMAN:  Copy.  I want the
12   errata sheet.
13       MR. HECHT:  Captain, I'm going to
14   mark your entire file that you brought
15   with today.  Thank you.
16       (Plaintiff's Exhibit No. 4 was marked for
17   Identification by the reporter.)
18       (A discussion was held off the record.)
19   BY MR. HECHT:
20       Q.  I know there were some documents that you
21   say you didn't bring with you that may exist or you
22   have to go somewhere, I know some of the attorneys
23   have scheduling matters, so I'm not going to ask you
24   to do it now, but I may send a request and ask for
25   certain things that you don't have with you today.

www.phippsreporting.com
888-811-3408

Page 90

```
 1        A.   If the attorney --
 2            MR. HECHT:  I'll send it to your
 3        attorney and he may --
 4        A.   Whatever they request, I'll be more than
 5        happy to do my best to get what you need.
 6            MR. HECHT:  Thank you.  Appreciate
 7        it.
 8            MR. NEWMAN:  Okay.
 9            MR. HECHT:  I'll mark the whole
10        file as Exhibit 4.
11            (Plaintiff's Exhibit No. 4 was marked for
12        Identification by the reporter.)
13            (Thereupon, the proceedings
14        concluded at 12:24 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```

**www.phippsreporting.com**
**888-811-3408**

Page 92

CERTIFICATE OF REPORTER

THE STATE OF FLORIDA     )
COUNTY OF ST. LUCIE     )

I, Barbara J. Shandell, Registered
Professional Reporter, certify that I was authorized
to and did stenographically report the deposition of
CAPTAIN BRIAN GONZALEZ, pages 1 through 94; that a
review of the transcript was requested; and that the
transcript is a true and complete record of my
stenographic notes.

I further certify that I am not a
relative, employee, attorney, or counsel of any of the
parties, nor am I a relative or employee of any of the
parties' attorney or counsel connected with the
action, nor am I financially interested in the action.

DATED this 27th day of May, 2017.

_____
Barbara J. Shandell, RPR, FPR

**www.phippsreporting.com**
**888-811-3408**

Page 91

CERTIFICATE OF OATH

THE STATE OF FLORIDA     )
COUNTY OF ST. LUCIE     )

I, the undersigned authority, certify that
CAPTAIN BRIAN GONZALEZ personally appeared before me
and was duly sworn on the 22nd day of May, 2017.

Signed this 27th day of May, 2017.

_____
Barbara J. Shandell, RPR, FPR
Notary Public - State of Florida
My Commission No. FF 945479
My Commission Expires: January 27, 2020

**www.phippsreporting.com**
**888-811-3408**

Page 93

May 27, 2017
CAPTAIN BRIAN GONZALEZ
c/o Benjamin Newman, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
111 North Orange Avenue
Suite 1200
Orlando, Florida 32801

IN RE:  DOCHER VS. NEWMAN, et al.
CASE NO.:  2:16CV14413

Please take notice that on the 22nd day of May, 2017,
you gave your deposition in the above cause.  At that
time you did not waive your signature.
The above-addressed attorney has ordered a copy of
this transcript and will make arrangements with you to
read their copy.  Please execute the Errata Sheet,
which can be found at the back of the transcript, and
have it returned to us for distribution to all
parties.

If you do not read and sign the deposition within a
reasonable amount of time, the original, which has
already been forwarded to the ordering attorney, may
be filed with the Clerk of the Court.
If you wish to waive your signature now, please sign
your name in the blank at the bottom of this letter
and return it to the address listed below.
Very truly yours,
Barbara J. Shandell, RPR, FPR
Phipps Reporting
1551 Forum Place, Suite 200E
West Palm Beach, Florida 33401

I do hereby waive my signature.

_____
CAPTAIN BRIAN GONZALEZ

**www.phippsreporting.com**
**888-811-3408**

Page 94

ERRATA SHEET

DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

IN RE: DOCHER VS. NEWMAN, et al.

CASE NO. 2:16CV14413

WITNESS:  CAPTAIN BRIAN GONZALEZ  TAKEN: 05/22/2017

PAGE   LINE     CHANGE       REASON FOR CHANGE

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

          Under penalties of perjury, I declare that

I have read the foregoing document and that the facts

stated in it are true.

_____   _____

Date              CAPTAIN BRIAN GONZALEZ

**www.phippsreporting.com**

**888-811-3408**

**A**

**a.m** 1:17 4:1
**ability** 59:14
  60:16 62:25
  79:19 85:14
**able** 8:16,25
  9:15,16 10:10
  10:14 45:14
  48:25 49:21
  54:16,17 56:7
  60:12 66:16
  67:16 83:13
**above-address...**
  93:10
**account** 36:15
**acidosis** 56:15
  57:20 69:3
  80:19
**acting** 80:8
**action** 92:17,17
**actions** 29:17,20
  82:5
**active** 39:13
  43:18 46:22
**Adam** 2:6 4:17
**added** 9:25
**addition** 17:16
**additional** 68:1
**address** 13:22
  93:17
**admin** 18:15
**administer**
  15:17,19,24
  27:10,19 41:6
  59:19 60:2
  61:4 66:4,23
  78:23 86:6
**administered**
  39:23 55:11
  63:2 64:17
  88:16,16
**administering**
  47:6 52:24
  58:12 66:17
  69:15 82:3
  84:3

**administers**
  79:13
**administration**
  3:12 9:7,21
  10:2,12 11:6
  19:3 21:6 37:3
  37:22 38:1,14
  40:7,15,25
  50:24 51:17
  54:5,10 55:3,7
  55:10,14,22
  56:1,16 67:7
  67:17 68:7,13
  68:25 77:4
  80:18,21,25
  88:13
**administrations**
  88:18
**administrative**
  13:21
**advanced** 58:16
**affect** 67:7,18
**affirmed** 4:11
**agencies** 43:9,10
**agree** 62:17
  66:21 69:8
**agrees** 8:8
**ahead** 32:10
  61:9 79:16
**ahold** 48:3,20
  49:7,11,15
**al** 93:6 94:2
**alcohol** 40:8,16
  41:1,8 55:21
  57:19 67:8,19
  69:2 81:2,6,11
  83:19,23 84:5
**alert** 54:18,20
  54:21
**allergies** 54:19
**allow** 66:3
**allowed** 66:22
  84:22
**allowing** 17:1
**allows** 61:14
  63:8,21 64:16
**ALS** 58:16

**alter** 12:5
**altering** 11:4
**ambulance**
  84:18
**amended** 9:25
**amount** 26:9
  93:14
**answer** 9:9
  13:19 22:21
  37:14,15 46:11
  47:17 48:13
  49:5,10 55:18
  56:8,12 65:8
  66:14
**answered** 21:8
  45:17 47:9
  78:13
**answering** 57:11
**anxiety** 62:3
**anybody** 63:18
  78:19
**apologize** 48:2
  51:24
**APPEARAN...**
  2:1
**appeared** 91:8
**apply** 76:14,14
**Appreciate** 90:6
**apprenticeship**
  16:8,10,11,14
  16:14,16 18:4
  19:24 22:2,6
  22:10,11,15,19
  25:24 26:2,4
  26:11,19 27:5
  27:7,8,17 28:3
  28:6,9 34:20
  55:1 67:4
  68:22 69:10
**approached**
  79:21
**appropriate**
  66:23 81:7
  85:3,7
**approval** 70:1,4
**approved** 69:25
  87:6,9,16,25

**approves** 20:20
**approximately**
  25:3,7 66:9
**area** 42:1 73:16
  74:22
**areas** 32:7 35:25
  36:2,10,13,17
  36:24 73:8,17
**arrangements**
  93:10
**arrived** 80:7
**ash@searcyla...**
  2:5
**aside** 15:2
**asked** 19:6,14
  37:19 45:17
  47:9 51:2
  53:17 57:14
  78:13
**asking** 15:2
  17:20,22 32:4
  46:10 51:11,15
  65:6 72:5 79:1
  79:17 80:12
**asks** 36:20
**aspect** 18:12
**aspirate** 86:4
**assign** 6:2
**assignment**
  13:18
**assist** 15:21,22
**assistance** 49:3
**assisted** 64:12
  64:25
**Associate's**
  23:13,16 24:12
**assume** 71:25
  72:1
**Ativan** 3:12 9:21
  10:2,5,12 11:6
  19:3 21:6
  27:10,11,13,19
  32:7,19 37:4
  37:22 38:14
  39:23 40:8,15
  41:1 47:7
  50:14,24 51:8

**approves** 51:17 52:6,13
  52:16,22,24
  53:4 54:5,7,10
  55:2,7,10,14
  55:22 56:1,16
  56:22 57:5,17
  57:21 58:19,24
  59:3,20 60:9
  62:18 63:3,5,9
  63:14 64:8,16
  65:8,15 66:5
  66:11,24 67:7
  67:18 68:7,14
  69:1,11,15
  77:4 80:18,22
  81:1,9,12,16
  81:19 83:10
  84:3,8 85:3,10
  85:22 86:2,4
  86:14,22 88:12
  88:15,16 89:1
**attached** 35:6,15
**attachments**
  33:24
**attempting**
  78:24
**attempts** 79:13
**attended** 24:14
**attending** 24:13
  24:16
**attorney** 10:8
  90:1,3 92:14
  92:16 93:10,14
**attorneys** 89:22
**authority** 91:7
**authorized**
  76:13 92:7
**Avenue** 2:9 93:3
**aware** 40:23
  52:23,24 55:9
  55:13,21,25
  56:15,21 57:2
  57:19 58:14
  60:8 68:5
  84:21
**awhile** 13:10,19

**B**

**B** 36:19,21,22,25
37:19 40:5
76:12
**back** 6:2 11:15
12:4 17:13
19:4,5 21:8
22:3 26:13
31:1 32:21
33:2,12 34:19
44:21 48:22
71:20 72:7
82:11,12 83:2
83:11 84:14,24
85:5,11 93:11
**Backing** 10:16
**Barbara** 1:23
91:22 92:6,25
93:19
**BARNHART**
2:3
**BARRANCO**
2:14
**based** 51:15
57:22 66:19
78:21 80:12
86:8
**basically** 33:16
**Beach** 2:4,4
22:24 93:20
**becoming** 13:9
**began** 4:1
**beginning** 72:16
72:21
**behalf** 2:2,7,13
**believe** 31:12
33:1 46:8
47:14 80:5
87:4
**ben.newman...**
2:11
**Benjamin** 2:12
93:2
**benzodiazepine**
82:1
**benzodiazepines**

58:6 83:16
**best** 36:23 41:15
90:5
**better** 74:9
**beyond** 58:1
**birth** 4:22
**bit** 10:5,6,16
74:7 86:18
**blank** 93:16
**body** 83:24
**bolus** 59:10
**book** 71:22
73:20
**bottom** 38:25
46:5,7 93:16
**Boulevard** 2:4
2:14
**break** 9:18
31:24 32:3
68:2
**Brevard** 25:5,8
25:10
**Brian** 1:14 3:3
3:14 4:10,21
91:8 92:9 93:2
93:25 94:3,25
**brief** 31:24 32:1
68:3 88:7
**Briefly** 85:17
**bring** 31:17 32:6
36:20 37:5,8
39:19 40:4
41:11,19 42:3
89:21
**broken** 72:22,23
**brought** 3:13
32:4,12,17,18
36:21 38:3
40:13 42:7,10
44:10,16,22
46:23 50:13
89:14
**building** 9:11
13:21 14:12,14
14:21,23
**bullet** 58:19,23
**buttocks** 85:23

**C**

**C** 77:9 78:21
**c/o** 93:2
**call** 42:8 47:18
47:21,25 48:4
48:21 49:3,6
66:14,16 82:11
82:13 85:15
**called** 18:17
22:2 67:22
71:6
**calls** 14:9,10
**CALVIN** 1:8
**capability** 60:14
**captain** 1:14 3:3
3:14 4:10 5:4,7
5:11 8:17 9:5
14:6 17:3,9,23
30:5 31:5 32:3
35:3 51:13,22
52:3 68:5 88:8
89:13 91:8
92:9 93:2,25
94:3,25
**cardioversion**
50:11
**care** 37:17 41:14
77:12 78:3
82:19 83:4
85:8
**career** 66:10
**carried** 74:21
**carry** 74:20
**case** 1:2 28:20
61:12 62:2
80:17 82:6,9
86:9 93:6 94:2
**cause** 58:6 62:7
77:12 78:3
82:1 93:8
**causing** 79:11
**Caution** 82:1
**cautions** 52:19
52:23 53:1
81:21,22 82:4
**cell** 48:6,9

**central** 83:16,19
**certain** 26:9
67:22 89:25
**certificate** 3:5,6
16:8 21:22
91:1 92:1
**certified** 22:8
26:1
**certify** 91:7 92:7
92:13
**CEUs** 16:7
**chain** 6:16 7:24
8:1,4,5 11:24
12:3,20 20:12
20:14 29:10,13
70:7
**chair** 7:4 12:20
12:21,22 13:8
13:9 20:5 21:4
**Chambers** 8:13
29:15 31:9
**chance** 33:11
53:21
**change** 27:7
71:5 94:4,4
**changed** 9:25
26:19,24
**changes** 10:3,11
19:6,7 20:6
21:11 27:3,6
44:16 94:1
**charge** 5:13 7:8
28:2,5,8 51:14
52:4
**chest** 76:16
88:19 89:2
**Chi** 8:15 17:2
47:25 48:1,2,6
48:9,16,24
49:6,12 50:5
70:3
**chief** 8:8,11,12
20:16 29:15
31:8,9 69:25
**chiefs** 31:11,15
**Chiou** 8:15 17:2
48:1,2,6,9,16

48:24 49:6,12
50:5 70:3
**chose** 41:6
**CHRISTOPH...**
1:7
**circumstances**
88:15
**City** 24:23,24
**classes** 24:17
**classify** 74:13
**classroom** 16:20
**CLAYTON** 1:7
**cleaned** 26:25
27:1
**clear** 19:9,17
53:9 63:1 66:1
**Clerk** 93:15
**co-chair** 13:16
**co-chaired**
13:10,11
**cocaine** 88:20,25
**college** 14:25
15:7 23:5,6,20
24:11
**combative** 50:11
62:3 65:24
70:12,17 71:14
71:14,16,17
72:13 73:15,21
73:21 74:1,5
74:13,19,22,25
75:1,13,21
76:1,8 77:18
**combativeness**
77:11 78:2
**come** 8:17 13:25
14:5 47:18
69:5 78:17
**comes** 5:14
37:17
**coming** 79:23
**command** 6:17
7:24 8:1,5,5
11:24 12:3,20
20:12,15 29:10
29:14 70:8
**Commission**

91:24,25
**committee** 6:14
6:19,22,25 7:3
7:5,9,11,12,13
7:17,21 9:20
11:8,10,11,14
11:18,19,23
12:1,2,4,9,12
12:14,18,19
13:12,16 20:5
20:9,14 21:5
69:23 70:7
**Committees**
11:20
**Community**
23:5,6,20
24:11
**complete** 92:11
**completely**
65:12,24 73:8
**complied** 82:23
**component**
18:13
**compromise**
58:7 82:2
**concluded** 90:14
**connected** 92:16
**consider** 75:1
**considered**
11:13
**consist** 16:5
**consisted** 26:5
**consistent** 41:15
63:3
**consult** 59:6
**consumption**
81:11
**contact** 29:2
48:17,25 49:1
49:20
**contained** 19:2
35:6,17 36:8
36:13,22 40:24
42:21 43:2,22
44:12 45:5,25
46:14 51:8,8
52:6 70:15

71:13 75:13,21
75:25
**continue** 43:1
**continued** 13:16
77:11,17 78:1
**contraindicated**
57:21 69:1
**contraindicati...**
50:19 52:18,22
55:6,14,22
56:1,16,22
57:5,13,16
81:12,16,17
**contraindicati...**
50:14,24 51:7
51:17 52:6,12
52:19 53:4
54:5 55:2,4,10
57:12 69:11,14
81:19
**copies** 34:23
35:1
**copy** 31:17
32:25 34:13
72:9 89:9,11
93:10,11
**core** 24:17
**correct** 11:11,12
12:15 14:7,8
15:15,16,18,25
19:20,21 20:4
20:8,17,21
21:15,16 24:12
29:23 30:12
34:10,11 35:21
37:23 40:3
41:4 43:25
45:7,8,12 46:9
46:15,25 47:1
47:3,4 48:8,11
49:8,22 50:1,6
50:7 54:2 58:7
58:8,17,18,21
60:23 61:6
63:5,6 64:3,5
64:13,14,24
65:17 66:17

67:2,15 68:15
69:12 70:5,9
70:10 71:9
76:10 77:14
81:20 83:17
84:18 85:16,20
85:23
**counsel** 92:14,16
**County** 1:9,10
4:25 5:14,16
6:8 7:19 8:22
10:17,25 13:4
15:3 18:10
21:23 22:10
25:5,8,11,14
29:23 34:9
35:5,15 37:2
37:21,24 39:22
40:6,24 41:13
41:20,25 43:15
43:19,23 44:2
44:24 45:6
46:1 50:22
51:2,6,22 52:4
53:11,13,19
54:3 59:8,18
60:1 63:4,11
64:6,15 65:2
66:2 70:9 74:3
75:4,20 76:20
76:23 77:21
78:8 80:3,14
82:24 83:1,6,8
83:22,25 84:11
85:2,9 91:3
92:4
**couple** 31:15
**course** 66:10
**Court** 1:1 4:2
93:15
**COURTEMA...**
1:8
**creating** 11:4
**Cristaldi** 12:23
12:24 13:3,8
13:15
**critique** 82:13

**Cross** 3:5 88:9
**cuffed** 84:14,24
85:4,11
**culture** 53:2
54:3
**currently** 4:24
5:3 11:10,25
13:20 16:2
27:17 28:22,23
29:4 31:7
44:23 67:16
84:22
**custom** 41:5
59:7,17,25
63:20 64:5,14
65:1 66:2 74:2
**customs** 37:1,20
37:25 39:21
40:5 41:12
66:19,21 82:23
83:5

**D**

**daily** 11:1
**danger** 63:17
85:13
**dangerous** 50:22
51:6,16 52:5
**date** 4:22 10:19
72:13 94:25
**DATED** 92:19
**dates** 13:11
38:25
**day** 13:25 14:2,4
14:11 17:12
20:18 26:22
27:4 45:3 91:9
91:13 92:19
93:8
**deal** 5:23
**December** 63:23
**decide** 59:9 61:4
78:23
**decided** 43:10
**decision** 8:9
20:19 36:4
59:15 78:17

79:19 80:11
**declare** 94:22
**Defendant** 2:7
2:13
**Defendants** 1:11
**definite** 9:9
**delirium** 55:25
56:11
**deliverance**
77:12 78:2
**delivery** 56:5
**DENNEY** 2:3
**department**
43:15 51:7
52:4,21 53:3
53:13
**departments**
24:7
**depending** 12:6
20:25 52:17
59:13 79:19
86:17,19 87:5
**Depends** 22:3
**deposition** 1:14
3:10 4:19
28:14,18,19
32:18 35:7
66:8 79:24
92:8 93:8,13
**depressant**
83:20
**depressants**
83:17
**depression** 57:3
57:4,20 58:7
58:13 80:23
82:2,4
**determine** 41:14
**detriment** 62:5,7
**deviate** 47:19
**DICKER** 2:9
93:3
**differ** 11:18
**difference** 15:14
17:4 52:15
73:11,13
**different** 11:16

52:17 59:14
60:18 65:13,25
66:14 73:8
79:18
**differently** 79:21
**digging** 60:12
**direct** 3:4 4:13
28:23,24 69:4
**directed** 41:6
**direction** 48:19
48:21 49:4
**directions** 49:2
**directly** 69:6
**director** 8:9,14
70:1
**disagree** 11:25
**disciplinary**
29:12,17,20
**discipline** 29:7
**disciplined**
82:16
**disciplining** 29:5
**discretion** 15:23
59:19,23 60:6
64:7,16 65:3,7
66:6 78:14
**discretionary**
54:23 59:4
78:22 79:12
**discuss** 32:10,11
32:12 68:25
82:12
**discussed** 18:3
70:12 85:3
**discussing** 73:6
**discussion** 12:5
12:7 82:11
89:18
**dispatched**
14:10
**distribution**
93:12
**district** 1:1,1,10
1:10 4:25 5:15
5:17 6:9,21
7:19 8:22
10:18,25 11:7

13:4 15:3
18:11 21:23
22:1,10 25:12
25:14 29:23
34:9 35:5,15
37:2,21,24
39:22 40:6,25
41:13,21,25
43:19,24 44:2
44:24 45:6
46:1 53:11,14
53:19 54:3
59:8,18 60:2
63:11 64:7,15
65:2 66:3,20
69:15 70:9
74:4 75:4,20
76:20,25 77:21
78:8 82:24
83:2,6,8,22,25
84:11 85:2,9
**District's** 63:4
**disturbance**
79:12
**division** 5:5,12
8:18 9:6 14:7
17:4,10,11,24
30:4,5,24 31:3
31:5 51:15
52:5 67:9
69:24 79:3
**Docher** 1:3 4:18
33:22 34:1
39:14 80:8,18
80:22 81:1,5,9
82:20,25 83:4
84:7 93:6 94:2
**Docher's** 85:23
**DOCHER-NE...**
1:3
**doctor** 20:15
**document** 6:15
37:5 38:22
40:17 46:21
71:12,12 94:22
**documents**
39:19 45:12

86:9 89:20
**doing** 10:13
11:21 60:11
**dosage** 86:15
**dose** 59:20 60:3
60:9 63:2,9,22
64:8,17 65:3
66:5,11,24
86:14
**Dr** 17:2 20:18,20
47:25 48:6,9
48:16,18,24
49:2,6,12 50:5
70:2 73:18
74:8 84:1
**draw** 79:17
**drinking** 81:2,6
**Drive** 1:18 13:24
**drugs** 84:5
**duces** 3:11 35:7
35:11 38:10
**due** 65:21,23
**duly** 4:11 91:9

---
**E**
---

**E-14** 70:18
**E-15** 70:18 76:7
78:22
**earlier** 22:13
67:20 71:5
73:24
**easily** 9:22
**East** 2:14
**EDELMAN** 2:9
93:3
**educate** 74:7,9
74:18 75:7,17
75:17 76:4
**educates** 73:16
**educating** 22:18
73:20 74:21
**education** 23:1
82:19
**educational**
18:16,20 19:19
19:22 20:8,23
21:2 73:2,6,12

73:14 74:1,6
74:12,19 76:5
76:21 79:2
86:19
**effect** 40:1 44:17
46:12 70:21
71:21
**effects** 86:22
**Eight** 42:14
**either** 12:5
33:16 54:15
**EKG** 33:19,20
34:2
**ELSER** 2:9 93:3
**emergency** 3:12
15:11 42:20
43:18,21 44:3
48:16 49:7
52:13,15,22
53:5 54:6
72:12,21 74:14
74:25 75:14,22
76:1 85:19
**employed** 4:24
29:22 41:24
60:1 63:10
64:6 70:8 74:3
**employee** 5:1
92:14,15
**employees** 5:23
6:1 17:18 37:4
37:23
**EMS** 5:17,21
6:10,12,14,15
6:18 7:18 8:19
8:22 11:8,10
11:17,20 20:5
20:9 21:5
33:23,24 37:10
38:2,22 42:2
87:6,9,16,24
**EMT** 15:9,10
21:15,17,21
22:4 23:9,22
24:7,17,18
**EMTs** 15:15,17
15:19 17:17,19

17:25 18:6
21:24
**ended** 24:8
**ensure** 16:6,24
17:14,18 20:1
29:1
**enter** 21:21 94:1
**entire** 3:13 32:6
38:24 70:13
71:22 72:16
89:14
**entitled** 71:14
**environmental**
76:11
**ER** 33:16,17
47:22 48:21
49:3
**errata** 3:7 89:12
93:11 94:1
**ESQ** 2:6,12,17
2:18
**Esquire** 93:2
**essentially** 47:14
et 93:6 94:2
**etiologies** 76:10
**event** 34:14,18
**events** 33:8
**everybody** 8:8
86:20
**exactly** 27:16
32:24
**Examination**
3:4,5 4:13 88:9
**examined** 4:11
**excessive** 76:11
**excited** 55:25
56:4,11
**excuse** 57:17
**execute** 93:11
**exhibit** 35:6,8,9
35:16,16 36:8
36:13,19,21,22
36:25 37:19
38:5,13 40:5
40:13 42:10,15
42:19,19,21
43:2,5,6,8,14

43:23 44:7,10
44:13,15,22
45:4,9,10,15
45:25 46:6,15
46:16,24 50:12
51:9 52:7
53:23 64:1,11
64:25 68:10
70:16 71:14
89:16 90:10,11
**EXHIBITS** 3:8
**exist** 89:21
**existed** 87:12
**existence** 38:15
39:13 46:21
63:23,24 71:19
84:21
**existing** 41:15
**expected** 75:24
76:3
**experience**
53:18 79:3
**Expires** 91:25
**explain** 5:10
12:17 17:4
38:21 52:14
**extension** 48:19
**external** 50:11
**extremity** 76:17

**F**

**facts** 94:22
**family** 54:15
78:16
**far** 12:20 53:16
57:14 68:21
71:21 83:7
**faster** 87:2,3
**feel** 63:16 79:5
**feels** 79:5 85:12
**felt** 62:6 66:24
**FF** 91:24
**field** 7:23 15:24
16:12,20 18:1
18:15 26:9
27:10,20 29:6
30:3,15,18

33:21 48:17,23
59:11,21 60:4
64:9 87:24
**file** 3:13 32:16
89:14 90:10
**filed** 93:15
**files** 9:8,10
**final** 8:9 20:19
70:1,4
**financially** 92:17
**find** 26:14 27:16
30:9 31:13
44:5 60:17
68:17
**finding** 60:14
**fire** 1:10 2:8
4:25 5:14,16
6:9 7:19 8:22
10:17,25 11:7
13:4 15:3
18:10 21:23
22:1,10 23:9
24:2,7,17,18
25:5,11,14
29:23 34:9
35:5,15 37:2
37:21,24 39:22
40:6,24 41:13
41:20,25 43:15
43:19,24 44:2
44:24 45:6
46:1 51:7 52:4
52:21 53:3,11
53:12,13,19
54:3 59:8,18
60:1 63:4,11
64:6,15 65:2
66:3,20 70:9
74:3 75:4,20
76:20,23,25
77:21 78:8
82:24 83:2,6,8
83:22,25 84:11
85:2
**Firefighter/E...**
25:1,9,17 30:2
30:7,12

**firefighter/par...**
30:2
**firefighters** 5:18
5:22
**first** 4:11 21:14
61:2 77:22
85:9
**five** 41:19 61:11
62:12 68:10
76:8 87:4 89:2
**fix** 63:14
**Flight** 7:5
**Florida** 1:1,9,19
1:23 2:4,10,15
13:24 16:7
21:20 91:2,23
92:3 93:4,20
**follow** 47:6 75:3
75:6,8,12,25
76:3
**follow-up** 88:7
**followed** 74:2
83:1,7
**following** 4:1
76:9,12
**follows** 4:12
**foregoing** 94:22
**form** 33:14 47:8
47:16 49:9
51:1,10,20
52:8 53:8
55:16 56:3,18
56:24 57:7,24
59:12,22 60:5
61:8,20 66:13
67:1 74:16
75:5 78:12
79:16 81:10
86:16 88:1
**formulated**
69:21
**Fort** 2:15
**forth** 35:6,15
**Forum** 93:20
**forward** 66:3
**forwarded** 93:14
**found** 93:11

**four** 41:11 58:20
58:25 59:3,5
59:10 60:24
61:14,17,24
62:9 63:3,16
63:19 65:8,16
76:18,24 81:8
83:9 85:10,22
86:2 89:3
**four-milligram**
59:20 60:3,9
63:9,22 64:8
64:17 65:3
66:4,11,24
86:14
**four-year** 23:7
**fourth** 62:22
**FPR** 1:23 91:22
92:25 93:19
**frame** 61:11,13
88:21,22
**front** 26:8 32:16
41:10 56:10
58:5
**full** 4:20
**further** 23:1
74:7 75:8 76:5
77:13 78:3
82:18 89:5
92:13

**G**

**gain** 54:22
**gathered** 41:9
**general** 27:15
41:23 73:1
74:12
**generalized**
74:11 79:2
**getting** 24:8
48:3 49:7
**GIUFFREDA**
2:14
**give** 4:5 9:9
11:23 21:11
33:2 45:20
48:7 54:7,13

59:2,18 60:12
61:13,14,23,24
62:4,19,20,22
63:15 65:7
70:1 72:18
81:12
**given** 33:7 41:24
49:25 50:2
52:17 54:11
64:16
**gives** 62:12,25
70:4
**glance** 45:13
**glanced** 79:25
80:1,3
**go** 7:24 8:1,4,6
12:4 16:13
20:7,22 21:18
21:24 22:6,9
22:23,25 24:10
25:4 26:13
27:18 30:9
31:1,13 32:10
35:16 36:25
38:19 40:10
43:11 44:21
50:8 54:25
59:5 61:9 62:9
63:16,18 64:11
69:25 71:20
74:18 75:7,18
76:5 77:23
79:16 82:18
83:11 85:25
89:22
**goes** 20:11,14
21:8 27:5
**going** 10:5,8
22:19 31:11
32:15 36:19
42:18 44:14
45:9 66:3
67:25 68:7
69:9 70:7,22
71:25 72:3
73:14 77:9
89:6,8,13,23

**Gonzalez** 1:14
3:3,14 4:10,21
35:3 68:5 88:8
91:8 92:9 93:2
93:25 94:3,25
**Good** 4:15,16
**gotten** 48:15
**graduate** 23:12
**graduated** 24:12
**graduating**
23:15
**greg@purdyl...**
2:16
**GREGORY**
2:17
**group** 6:20 7:8
12:5
**guardian** 1:4
**guessing** 7:10
**guideline** 6:14
6:18 10:4 11:8
11:10,18,20
20:5,9 21:5
34:15 38:22,24
38:24 39:1,2
39:12,24 40:1
40:10,12 41:5
43:8,9 45:2
46:19 47:2,10
47:13,15 49:16
50:8,17,18
53:6 62:14,24
63:8 65:6,12
65:22 66:7
69:23 70:11,14
71:22 72:22,23
72:24 73:9,15
73:17 74:1,10
74:11 75:7,9
75:15,16 76:4
76:21,22,24
77:20,24 78:7
79:2 89:1
**guidelines** 3:11
3:12 6:10,11
6:13,15 7:18
7:20 8:3,6,19

8:22 10:1 20:7
26:7 27:6,6
31:17,17 32:4
32:7,19,20
34:15,23,24
37:7,8,10,18
38:2,3,8,13,15
38:16 39:6,9
39:16 40:25
42:21,24 43:2
43:7,13,18,22
44:3,23 47:19
48:18,24 56:13
62:11 63:4,7
65:13,25 66:20
67:13,21,22
69:5,6,7,13,17
69:19,21,22
70:20,23 71:21
71:24 72:12,22
73:2,3,7,8,9,19
74:12,14 75:1
75:14,22 76:2
80:1 81:15,24
83:2,6,8 86:19
88:11,12,17

― **H** ―
**Haldol** 74:20,20
74:21
**hand** 4:3 27:5,5
33:12
**handcuffed** 84:9
84:13,16
**handcuffs** 84:24
**handed** 32:24
34:8 43:13,22
71:13
**hands** 84:13,23
85:4,11
**hands-on** 15:12
18:13,14,19
19:19,22 20:8
20:22 21:1
26:8
**happen** 24:6
**happy** 90:5

**hard** 76:17
**harm** 62:7 77:13
78:3
**harm's** 78:18
**Haven** 24:23,25
**head** 55:13
57:19 60:13,25
68:18 69:2
70:6
**heading** 39:4
44:11 45:4
46:24 50:12,25
51:18 52:7
64:12,25 70:16
**Hecht** 2:6 3:4
4:14,17 19:12
19:16 28:16
31:25 32:2
38:7,10,11
42:17 44:9
45:21 47:12,20
49:13 51:4,12
51:24 52:2,10
53:15 55:20
56:6,20 57:1,9
58:3 59:16,24
60:7 61:16,21
66:18 67:3
68:4 71:1
74:23 75:10
78:20 79:22
81:13 86:23
88:4 89:8,13
89:19 90:2,6,9
**held** 5:6 30:1
70:24 73:22
89:18
**high** 22:23,24,25
**hired** 22:4,4,5,7
24:7,8,21
25:11 30:8
**history** 40:8,16
41:1,7
**hit** 14:5 18:12
18:19 86:11
**hits** 14:5
**hooked** 34:1

**hour** 68:1
**human** 30:9
31:13 83:24
**hypersensitive**
54:8,10,19
**hypersensitivity**
55:7 57:13
69:12,14 81:16
81:18
**hypotension**
58:13 82:3
**hypoxia** 76:10

― **I** ―
**identical** 44:12
**Identification**
35:10 38:6
42:16 44:8
89:17 90:12
**identified** 35:4
**illness** 40:9,16
41:2,8 69:2
**IM** 86:2
**implement**
20:10
**implementation**
20:3
**implemented**
6:6 8:10 20:13
20:16 21:10
**incident** 10:19
80:4,15
**include** 5:17 6:4
**including** 37:4
37:23
**incorrect** 61:1
**increment** 60:19
**incrementally**
39:23 61:19
**increments**
58:20,25 60:21
61:12,13 62:10
65:16 88:21
**independent**
1:10
**INDEX** 3:1
**Indian** 15:7 23:4

23:4,6,20
24:10
**indications**
50:10
**individual** 38:25
66:16 79:11
**individually** 1:7
1:7,8,9
**individuals**
22:19
**influence** 67:8
67:18
**information**
9:17 41:9 45:5
46:14 48:7
54:11,14 60:15
60:17,18 75:13
75:21,25 81:7
**ingested** 84:5
**inject** 59:9 61:2
63:9,21 64:8
65:3 81:8
84:13,23 85:3
85:9,21
**injected** 55:23
56:2,17,22
57:5,21 60:9
66:9 83:9 84:7
86:13
**injecting** 86:4
**injection** 57:17
63:5
**instituted** 9:19
9:25
**instituting** 11:4
**intent** 85:21
**interaction**
83:23
**interested** 92:17
**interests** 41:16
**interfere** 77:11
78:2
**interval** 88:18
**intervals** 88:13
**interventions**
26:9
**interview** 17:2

interviewed
  69:24
intoxicated 80:8
intramuscular
  86:17,18
intramuscularly
  55:11,15,23
  56:2,17,23
  57:6,22 59:20
  60:2 81:9
  83:10 84:8,23
  85:22 86:13,24
  86:25
intravenously
  83:10 87:1
intubation
  64:12,18 65:1
involve 14:11
  77:3
involved 11:3,14
  11:21 18:6
  27:22,24 29:4
  29:16,19 36:5
involvement
  5:25 16:2
  22:18 35:24
  36:14,16 82:8
involving 9:6
  53:17
IRCC 23:5
  24:13,14
IRSC 23:2,14
  24:6
issue 29:7,9,12
issues 5:14,21
  6:8
items 36:22
IV 86:17

**J**
J 1:8,23 2:17
  91:22 92:6,25
  93:19
JANICE 1:3
January 91:25
Jennifer 8:12
  29:15 31:8,9

job 11:16 20:10
Join 55:17 57:25
JOLLY 2:14,17
  55:17 57:25
  88:6 89:10
Jose 1:9 28:11
  28:19,22 37:4
  37:23 39:13
  62:17 63:2
  66:8,22 68:6
  68:12 82:22
  83:1
July 25:15
Juno 28:11

**K**
keep 12:6 16:25
  17:12,19,25
  29:2
keeping 17:16
Ken 1:8 2:13
kept 17:14
KIM 2:18
know 13:1 26:15
  31:12 33:10
  39:1 43:17
  44:1 46:3
  49:24 50:3,21
  54:9 57:10
  58:2 65:14
  68:17 70:25
  71:18 72:3,4
  72:10 73:24
  80:7,17,21,25
  81:14 82:8,15
  82:17,21 84:8
  84:10,16,25
  85:6 86:12
  88:22 89:20,22
knowing 80:20
  80:24
knowledge 35:5
  35:14,22 36:7
  36:10,12,15
  57:15,22 68:11
  68:16 83:7

**L**
lab 15:9,10,12
Lakes 2:4
Lauderdale 2:15
launch 31:23
leads 46:7 47:13
learn 21:7 69:10
learned 81:6
legal 1:4
legs 76:17
let's 24:10 31:1
  36:25 44:21
  50:8 58:4
  65:14 73:3
  79:11
letter 3:6 93:16
letting 73:24
license 18:5
  23:22,24 24:18
  25:18
licenses 24:3
lieutenant 10:21
  10:24 30:3,3,4
  30:18,21,24
  31:2
life 58:16
limbs 76:18,24
line 79:17 94:4
list 7:10 26:6
  50:13
listed 35:13
  36:10 51:16
  52:6 93:17
literature 87:5
little 10:5,6,16
  74:7 86:18
  87:2
Liu 8:15 17:2
  20:18,20 48:1
  48:2,16,24
  49:2,6,12 70:3
  73:18 74:8
Liu's 48:6,9,18
  50:5 84:1
live 6:15
living 38:22

LLP 2:9 93:3
located 9:10
  13:20
log 34:18
long 5:1,6 16:16
  21:17 22:11
  25:2,6 26:11
  26:14
longer 13:15
  43:14,23 71:6
  86:18
look 7:23 9:8
  13:23 19:4
  21:9 25:21
  27:15 33:11
  35:17 39:18
  40:17 44:14
  45:1,12,19
  53:21 54:18
  56:4,11,14
  60:16 62:11
  65:14 66:15
  70:13 71:20,22
  72:7,19 73:19
  74:18 75:15,16
  76:9 80:6
  83:11 84:15
  85:24 87:18
looked 33:7 46:5
  79:25
looking 39:4,24
  65:12 72:10,12
  72:20 76:7
looks 44:11 64:2
lot 31:16
Lucie 1:9,10,19
  2:7 4:25 5:14
  5:16 6:8 7:18
  8:22 10:17,25
  11:7 13:4,24
  15:3 18:10
  21:23 22:1,9
  25:11,14 29:22
  34:9 35:5,14
  37:2,21,24
  39:21 40:6,24
  41:12,20,25

43:14,19,23
  44:2,24 45:6
  46:1 50:22
  51:2,6,14,22
  52:4,21 53:3
  53:11,12,13,18
  54:3 59:8,18
  60:1 63:4,11
  64:6,15 65:2
  66:2,20 70:9
  74:3 75:3,20
  76:19,22,25
  77:21 78:8
  80:3,14 82:24
  83:1,6,8,22,25
  84:11 85:2,9
  91:3 92:4

**M**
M-8 64:11,24
  65:14 66:1
maintain 16:7
  16:24
makeup 12:17
making 7:15
  11:21
MANGRUM
  1:7
manual 18:22
mark 12:23,24
  13:3,8,15 35:8
  38:8 42:18
  89:14 90:9
marked 35:9
  38:5 42:15
  43:13 44:7
  89:16 90:11
Mascara 1:9
  2:13
Matt 7:5
matter 4:19
matters 89:23
max 58:20,25
  65:16
maximum 89:2
mean 6:13 7:14
  16:23 17:8

19:9 27:2
28:15 33:25
34:22 37:14
38:21 60:19
71:9 77:15
87:8
**meaning** 38:23
**means** 81:18
**medic** 66:22
71:2 78:14,17
79:4 80:7 81:6
81:8 82:5 83:3
85:21 86:3,10
87:12
**medical** 3:12 8:9
8:14 9:25
15:11 20:6
31:16 32:4,6
38:2 40:8,15
41:7 42:20
43:12,18,22
44:3 47:2
48:19,20 49:2
49:4 54:18,20
54:21 70:1
72:12,21 73:1
73:9 74:14
75:1,14,22
76:2 77:12
78:3
**medically** 77:19
79:4
**medication**
15:17,20 34:19
54:19 68:19
**medications**
15:19,22,24
86:7
**medicine** 27:3
71:6
**medics** 79:18
**meet** 16:6
**member** 78:16
**members** 12:19
54:15
**memory** 8:20
9:3

**mental** 40:9,16
41:2,8 69:2
**mention** 40:14
40:22,24,25
**mentioned** 32:8
32:20 45:3
57:16
**metabolic** 56:15
57:20 69:3
80:19
**mild** 62:3
**mildly** 62:3
**milligram** 58:20
58:24 59:2
61:3,4,18,23
62:4,10,18,20
62:21,22 63:14
63:15 89:1
**milligrams**
58:25 59:3,5
59:10 61:5,14
61:17 62:10
63:3,16,19
65:8,16 81:8
83:9 85:10,22
86:2 88:13
89:3
**Milner** 1:18
13:23
**minutes** 61:11
62:12,13 86:21
87:4 89:2
**mixing** 24:5
**modifying** 11:4
**module** 18:23
19:1,2 21:7
**modules** 18:2,18
21:1
**moment** 15:9
45:20
**monitor** 61:3
**monitoring**
61:15
**months** 16:18
22:13 26:15,17
**morning** 4:15,16
**MOSKOWITZ**

2:9 93:3
**mother** 1:3
**move** 11:24

_____
### N
**N.W** 1:18
**name** 4:17,20
6:24 7:2,6
93:16
**names** 7:1
**narcotic** 57:19
**narcotics** 56:21
**need** 6:15 36:24
38:19 49:11,15
50:19 52:24
63:15 72:7
79:5 90:5
**needed** 47:19
48:17,20,23
49:3
**needle** 86:4
**needs** 7:17
**nervous** 83:16
83:19
**never** 74:20
**new** 11:22 19:25
**Newman** 1:7
2:12 3:5 19:8
19:13 28:15
38:9 45:17
47:8,16 49:9
51:1,10,20
52:8 53:8
55:16,18 56:3
56:18,24 57:7
57:24 59:12,22
60:5 61:7,20
66:13 67:1,25
70:19 74:16
75:5 78:12
79:15 81:10
86:16 88:1,7
88:10 89:4,11
90:8 93:2,6
94:2
**Nielson** 7:5,7,8
**nods** 60:25 70:6

**non-EMS** 6:3
**non-uniformed**
6:4
**nonemergency**
52:16
**nonuniformed**
5:23 6:1
**North** 2:9 93:3
**Northwest** 13:23
**nos** 57:11
**Notary** 1:23
91:23
**notes** 92:12
**notice** 3:10 35:7
93:8
**novel** 73:21
**number** 3:10
37:1,19 39:20
40:4 41:11,19
48:6,10,12,14
49:22,23 50:5
68:10 76:8,17
**numbers** 35:22
36:7 62:11

_____
### O
**Oath** 3:5 91:1
**object** 47:8,16
49:9 51:1,10
51:20 52:8
53:8 55:16
56:3 57:7 61:7
61:20 66:13
67:1 74:16
78:12 79:15
81:10 86:16
88:1
**objecting** 45:18
**objection** 57:24
**observe** 58:12
82:3
**obtaining** 24:3
**October** 5:7 6:5
8:18,23 9:6
30:25 31:6
46:7
**office** 8:23 9:20

10:1,12 13:20
48:12,14 50:23
51:3,14,23
52:1 80:4
**officer** 10:21,22
10:23 13:1,7
22:21 29:1,3
30:3,4,18,21
82:10 84:17
**officers** 62:1
79:10 81:1,5
**official** 37:1,20
39:20 40:5
41:20
**offline** 48:18
49:2
**okay** 32:14
33:18 34:17,18
39:3 42:10
45:11,22,23
50:9 72:2 73:5
90:8
**old** 72:23
**once** 7:25 18:25
20:14 21:17,21
26:1
**one-milligram**
65:16
**ones** 37:11
**online** 48:20
49:4
**operations** 11:1
**opinion** 11:24
51:11 86:10,20
**option** 63:18
**Orange** 2:9 93:3
**order** 21:18,25
24:10 89:8
**ordered** 89:7
93:10
**ordering** 93:14
**orders** 27:15
47:18
**organization**
53:10
**original** 93:14
**Orlando** 2:10

93:4
**outside** 74:7
**overall** 76:21
**overdose** 88:20
 88:25
**oversaw** 11:1
 12:8,11
**oversee** 5:20
 7:12,13 11:11
 28:22
**Overseeing**
 11:22
**oversees** 11:19
**overview** 73:15

**P**

**P.A** 2:3,14
**p.m** 1:17 90:14
**pacing** 50:11
**padded** 87:11
**page** 3:2,10 45:5
 45:24 46:6,11
 46:15 51:8
 64:11,24 66:1
 70:17,18 72:16
 76:7,8 78:22
 94:4
**pages** 33:4 42:11
 42:14,19 92:9
**pain** 88:19 89:2
**Palm** 2:4,4
 93:20
**panel** 26:8
**paperwork**
 16:24
**paramedic** 7:5
 15:14 16:11,12
 16:13 21:14,19
 21:21,25 22:4
 22:5,7,9,10
 23:9,24 24:9
 25:18 26:1
 28:11 30:15
 46:13,18,22
 48:23 49:5
 54:9,13,23
 59:2,23 60:9

61:1,14 62:2,8
62:15,17 63:2
68:8 69:9
78:23 79:9,13
84:12,22 85:12
85:13 86:5
**paramedic's**
 87:10
**paramedic/E...**
 23:18
**paramedic/fir...**
 12:25
**paramedics** 5:17
 5:21 6:8 9:7
 11:6 15:15,23
 16:3,6 17:16
 17:19,25 18:7
 18:9 19:18
 20:7,22 21:6
 29:3,5,17,20
 33:21,25 41:6
 41:24 47:6
 48:5,8,15 50:5
 52:20 53:3
 54:4,25 58:9
 58:22 59:9,19
 60:1 61:25
 63:8,10,13,17
 63:21 64:6
 65:2 66:4 67:5
 67:12,17 74:3
 75:3,6,12,19
 75:24 76:3
 77:21 81:18
 83:23 84:1,4
 85:8,19 86:6
 87:6,24
**paramedics'**
 87:17
**parentheses**
 76:14,18
**part** 8:6 10:24
 11:8,9,17,20
 12:14 17:11,17
 17:22,24 19:1
 19:18 20:4
 23:17 25:24

27:13,17 33:14
33:23 37:10
40:11 43:9
53:2 54:2,25
67:9
**participating**
 43:9
**parties** 92:15
 93:12
**parties'** 92:16
**pass** 16:14,25
**patient** 17:19
 33:16,17 37:17
 41:1,7,16
 50:11 54:8,9
 54:15,16 55:11
 59:9,10,21
 61:2,3 62:1,5,7
 62:15 63:10,16
 63:22 65:4,21
 65:24 66:24
 67:8 73:14
 74:1,6,13,19
 74:25 75:2,13
 75:18,21 76:1
 76:8 77:7,13
 77:23 79:6
 83:10 84:4,4
 85:4,12
**patients** 9:7
 15:24 17:25
 27:10,19 40:8
 40:15 54:17
 60:3,10 64:9
 70:12,17 71:15
 71:16,17 72:13
 73:15,21,22
 74:21,22 76:23
 78:19 79:4
**PD** 78:15
**penalties** 94:22
**people** 6:22,24
 7:2 62:8 66:9
 70:8 74:17
 79:6
**people's** 36:15
**percent** 13:13

20:1 68:24
**perform** 14:18
 14:20,23
**performance**
 29:6
**period** 19:23
 62:19,20,21
**perjury** 94:22
**person** 7:22
 11:19 35:4,13
 35:21,24 36:6
 36:9,12,14
 68:11 69:18,20
 70:4
**personal** 57:15
 57:22
**personally** 91:8
**personnel** 6:4,20
 7:9 18:25 20:2
 34:4,9 74:7
**persons** 35:4,14
**pertains** 6:7
**pharmaceutical**
 64:12,25 77:16
 77:25
**pharmacologic**
 77:9,23 78:9
 78:24
**pharmacology**
 40:11
**Phipps** 93:19
**phone** 48:6,9
 49:22,23
**phrase** 57:18
**physical** 76:12
 77:7,10,17,22
 77:25 78:10,10
 78:25 79:14
**physically** 77:18
**physician** 47:23
 59:6
**place** 74:17
 93:20
**Plaintiff** 1:5
**Plaintiff's** 3:8
 35:9,17 36:8
 36:20 38:5,8

38:12 42:15
44:7,13,15
45:25 46:6,15
46:24 70:16
71:13 89:16
90:11
**Plaintiffs** 2:2
**please** 4:3,20
 37:12 41:18
 89:10 93:8,11
 93:16
**point** 58:19,23
 78:18
**police** 62:1
 84:17,24
**policies** 6:6 11:5
 37:1,6,20,25
 39:21 40:5
 41:12,15,20,22
 42:1,3 42:2
 66:19,21 77:1
 77:3,6 82:23
 83:5 87:18
**policy** 41:5 47:5
 47:10 50:4
 59:7,17,25
 61:5,10 63:21
 64:5,14 65:1
 66:2 74:2,15
 75:2 76:19,22
 76:23,24 84:12
 84:15,21,25
 85:2,6 87:15
 88:2
**Port** 1:19 2:7
 11:7 13:24
 51:13 52:21
 53:2,12
**portion** 38:23
 74:14,25 75:2
 76:1 79:2
**position** 5:3,6
 9:5 10:17 13:6
 13:17 25:16
 53:18 73:25
 82:22
**positions** 29:25

**possible** 9:1 18:12 76:15
**post-intubation** 64:18,19 65:4 65:11,19,22 66:5
**post-sedation** 65:10
**potential** 76:10
**practice** 7:16 27:3 37:2 59:7 59:17,25 63:21 64:5,15 65:1 66:2 74:2
**practices** 37:20 37:25 39:21 40:6 41:12 66:19,22 82:24 83:5
**practicing** 71:6
**present** 2:18 26:22 67:11
**presented** 79:10
**pretty** 80:2
**previously** 65:23
**primary** 16:13
**print** 42:9
**prior** 12:2 13:8 17:1 19:5 28:13,18 78:24 79:23 80:17,21 80:25 84:3 86:4
**problem** 42:8 63:15
**procedure** 41:5 47:5,11 74:15 75:2
**procedures** 6:6 11:5 87:19
**proceedings** 3:1 4:1 90:13
**process** 21:18
**Professional** 92:7
**program** 16:9 16:10,11,14,15

16:16 18:4,17 19:25 21:21,24 22:2,6,10,11 22:15,19 23:7 23:8,11,19 24:11 25:25 26:3,4,11,14 26:19 27:5,7,9 27:18,18 28:3 28:6,9 34:20 55:1 67:4 68:22
**progress** 17:1
**proper** 77:12 78:2
**properly** 27:9,19
**protocol** 9:23 56:5,14 57:12 58:1,4
**protocols** 55:5,8 56:10 84:1
**provided** 68:6 68:12
**public** 1:23 34:14 91:23
**pull** 56:13
**PURDY** 2:14
**purpose** 61:25
**purposes** 64:18 65:4
**pursuant** 88:16
**put** 38:25 50:18 50:19 69:22 72:11 78:18 79:9
**putting** 65:10,11 83:3

**Q**

**question** 13:19 19:5,9 21:3,9 28:17 37:13 45:23,24 48:22 49:20 51:5,21 53:1,9,24 56:12 61:8 63:20 64:4,22

65:9 66:15 71:11 74:24 78:7 79:1,16 84:20
**questions** 53:17 69:5 72:1,2,4 88:5,6 89:5
**quick** 53:6
**quickly** 86:14

**R**

**raise** 4:2
**rank** 13:1
**rayon** 76:16
**read** 3:6 80:14 81:23 86:19,20 87:5 89:6 93:11,13 94:22
**real** 53:6
**reason** 49:1 62:14 94:4
**reasonable** 93:14
**reasons** 52:17
**receive** 18:5
**received** 23:22 23:24
**recess** 32:1 68:3
**recommendati...** 6:16 12:1,6 20:21
**recommendati...** 7:16,21,22,24 8:1,4 11:21,23 20:10,11,12,16 29:8,9,13 69:23 84:2
**recommending** 29:16,19
**record** 45:18 53:10 72:11 89:18 92:11
**records** 25:21 26:13 34:14 68:17
**refer** 46:10,11 53:6

**reference** 46:23 73:20
**referenced** 46:18
**referred** 51:21
**referring** 65:18 65:19
**reflection** 69:4
**regard** 19:10 88:11
**regarding** 3:11 9:21 10:1,12 21:5 28:19 35:22 36:2,7 36:10,13 37:3 37:21,25 38:13 39:22 40:7 41:13 48:24 58:23,24 67:6 68:6,12,13 77:6
**regards** 39:20 40:19,21
**regional** 43:8
**Registered** 92:6
**regulations** 6:7
**related** 39:9 56:11
**relates** 11:5 20:23 29:5
**relating** 19:3
**relative** 92:14,15
**release** 17:1 86:5
**released** 16:12
**relief** 89:2
**repeat** 32:23
**rephrase** 28:17 37:13 51:5 64:4,21
**report** 31:7,10 33:3,8,15,23 33:24 34:13,14 80:1,4,15 85:16,18,19,24 85:25 86:1,8 92:8
**reported** 1:22

12:21
**reporter** 3:6 4:2 35:10 38:6 42:16 44:8 89:9,17 90:12 92:1,7
**Reporting** 93:19
**reports** 41:14 83:12
**represent** 4:17
**reprimanded** 82:14
**request** 10:8 34:14 89:24 90:4
**requested** 36:6 92:10
**require** 10:5 21:1,1,2
**required** 16:7 33:15 66:25
**rescue** 2:8 25:5 27:12,13
**research** 10:6,13 11:22 60:11 68:23 83:21
**resources** 30:9 31:14
**respiratory** 57:3 57:4,20 58:7 58:13 80:23 82:2,4
**respond** 14:9
**responsibilities** 5:11 17:23
**responsibility** 17:18,24
**rest** 30:9
**restrain** 76:23 77:22
**restrained** 77:18 79:4
**restraining** 77:7 78:15,15,16
**restraint** 78:24 78:25 79:14
**restraints** 76:12

76:17 77:9,10
77:16,17,22,23
77:25 78:1,9
78:10,10 87:7
87:9,11,16,25
**restroom** 31:24
**result** 82:19
**retirement**
31:14
**retiring** 31:11
**retrieve** 60:17
**return** 93:17
**returned** 93:12
**reverts** 19:5
**review** 7:20 8:3
26:7 41:13
79:23 80:3,12
82:5 86:8
92:10
**reviewed** 79:25
82:7 85:16
**revise** 38:23
**revised** 38:16,20
39:1,2,7,16
64:2
**revising** 38:24
**right** 4:3 10:14
36:9,18 38:4
49:17 56:7
60:21 61:23
62:9 71:7 72:6
78:5,6 81:23
87:22 88:23
**risk** 54:22
**River** 15:7 23:4
23:5,6,20
24:10
**ROBINSON,i...**
1:8
**role** 5:11 11:14
17:3 20:4
22:14 53:17
**Rosario** 1:9
15:14 28:11,19
28:22 34:19
37:4,23 39:13
62:6,17,24

63:2 66:8,22
68:6,12 69:9
70:24 71:2
80:7 81:6,8
82:23 83:1,3
86:3,11
**Rosario's** 82:5
85:21 86:1
87:12
**route** 79:7
**RPR** 1:23 91:22
92:25 93:19
**rules** 6:6
**run** 16:8,22 33:3
33:23,24 34:13
41:13 80:1
85:16,18,24,25
86:1,8

---

**S**

**SABOL** 2:18
**safe** 17:13,14,17
17:19 18:1
**safety** 5:4,12,13
5:21 6:7 8:7,18
9:6 14:7 17:4,6
17:9,11,11,14
17:23 30:4,5
30:24 31:2,5
51:15 52:5
61:25 62:1,1
62:14,15,16
**sanctioning** 29:4
**sand** 79:18
**saying** 33:16
49:19 72:3
**says** 46:7 50:10
50:17 58:6,19
61:6 64:2,12
65:15,15 72:21
74:12 75:9
76:14 77:24
85:25
**SCAROLA** 2:3
**scene** 17:13 34:4
54:12 78:18
79:10,19 80:8

80:9
**scheduling**
89:23
**school** 22:23,24
22:25 23:9,9
23:10 24:9
**Science** 23:13,16
24:12
**scope** 7:16
**scored** 68:20,24
**SEARCY** 2:3
**second** 58:19
61:4 62:19
76:7
**secondary** 78:9
79:8
**section** 40:11
44:12 45:15
72:17,17,24,25
73:6,7,13,23
74:6,6,8,10,12
74:19 75:18
76:6 88:20
**sections** 72:23
**sedate** 77:19
86:15
**sedating** 65:21
65:23
**sedation** 39:4,6
39:10,12,16
40:19,21 42:6
42:7 44:11,12
45:4,5,9,10,15
45:24 46:6,15
46:24 48:24
50:8,10,12,25
51:8,18 52:7
58:4 62:2 64:1
65:5,11,15
67:23
**sedative** 41:7
79:13
**sedatives** 9:7
37:3,22 38:1
39:22 40:7
68:13
**see** 21:9 31:22

32:9,16,22
33:9 34:5
35:12 39:3
54:18 60:16
62:5 66:11
71:22 72:6
**seeing** 86:22
**seen** 35:11,19
42:20 86:10
**send** 8:7 18:18
89:24 90:2
**sent** 8:8
**separate** 73:4
**set** 35:5,15 41:23
**setting** 52:13,16
52:16,22 53:5
54:6
**Shandell** 1:23
91:22 92:6,25
93:19
**sheet** 3:7 89:12
93:11 94:1
**SHERIFF** 1:9
**Sheriff's** 50:23
51:3,14,22
52:1 80:4,15
**SHIPLEY** 2:3
**shock** 76:10
**short** 68:2
**Shortly** 25:19,22
**show** 41:18
42:18 44:15
45:9 70:15,17
**showed** 37:11
43:7
**shown** 34:25
**side** 17:5,6
**sign** 3:6 93:13
93:16
**signature** 33:14
93:9,16,23
**signed** 33:15
74:8 91:13
**signs** 58:12 62:4
73:18 82:3
**simply** 9:1 79:9
**single** 59:19 60:3

63:2,9,22 64:8
64:17 65:3
66:4,10,23
**sir** 4:15 9:14
10:13 14:1
31:21 40:20
44:20 46:17
52:14 53:21
59:1 64:20
78:4 88:24
89:4
**sit** 7:15 8:16 9:1
10:10,14 11:10
26:8 67:15
82:12 84:20
87:20
**sitting** 41:10
56:7 83:13
**situation** 52:18
59:13,14 66:25
79:18,20,20
**six** 33:4
**six-page** 85:19
**skills** 15:12 26:8
**small** 38:23
**software** 18:23
18:24 42:2
**sole** 20:9
**solemnly** 4:4
**solution** 18:21
21:7 42:1
**solutions** 18:17
19:11
**somebody** 65:23
**sorry** 15:21
38:17
**sort** 21:24 22:17
79:14 87:9
**SOUTHERN**
1:1
**speak** 36:6 47:23
54:16,17 82:13
**speaking** 15:13
36:2,9
**special** 1:10
**specific** 9:23
10:4 39:2 53:1

65:9 74:10,24
**specifically**
18:10 19:10
44:11
**specifics** 62:12
**specified** 88:17
**specifies** 88:20
**specify** 88:12
**spoke** 18:21
**spoken** 28:13,19
**St** 1:9,10,19 2:7
4:25 5:14,16
6:8 7:18 8:22
10:17,25 11:7
13:4,24 15:3
18:10 21:23
22:1,9 25:11
25:14 29:22
34:9 35:5,14
37:2,21,24
39:21 40:6,24
41:12,20,25
43:14,19,23
44:2,24 45:6
46:1 50:22
51:2,6,13,22
52:4,21 53:3
53:11,12,13,18
54:3 59:8,18
60:1 63:4,11
64:6,15 65:2
66:2,20 70:9
74:3 75:3,20
76:19,22,25
77:21 78:8
80:3,14 82:24
83:1,6,8,22,25
84:11 85:2,9
91:3 92:4
**standard** 73:22
85:8
**standards** 24:2
**stands** 23:3
58:16
**start** 25:13
86:22
**started** 24:13

31:4
**state** 1:23 4:20
15:7 16:7
21:20 22:8
26:1 61:10
91:2,23 92:3
**stated** 66:8 83:2
87:15 94:23
**statements** 34:3
34:5,8,10
**states** 1:1 39:20
63:6 68:10
**station** 10:21,22
10:22,23,23
11:2 13:7
14:17,22 22:21
29:3 30:3,21
82:10
**stations** 14:16
**staying** 14:11
**stenographic**
92:12
**stenographica...**
1:22 92:8
**steps** 76:9
**stimulation**
76:11
**stopped** 44:2
**story** 60:18
**straight** 62:9
**strapped** 76:16
**stray** 47:14
**strike** 8:2 10:15
12:1 57:3,17
80:13
**strips** 33:19,20
**study** 24:16
**stuff** 6:3
**suffering** 57:2
69:1 80:19,22
**sufficient** 63:14
77:10,17 78:1
78:11
**Suite** 2:10,15
93:4,20
**summary** 10:3
21:11

**Sunrise** 2:14
**supervised**
26:10
**supervision**
28:23,24,25
**supplied** 75:20
**supply** 69:16
**support** 58:16
**supposed** 47:6
**sure** 6:23 7:15
12:10,13,21
13:2,13 17:12
18:14 19:9,17
27:4 28:4,7,10
29:21 36:9
37:16 41:3
43:16 44:25
53:7 64:23
67:24 71:23
73:3 77:5,8
81:25 82:12,15
87:14
**swear** 4:4
**sworn** 4:11 91:9
**symptoms** 62:4
**system** 83:16,20

——————
**T**
**tag** 54:20,21
**tags** 54:18
**take** 4:18 9:18
10:8 11:23
26:6 31:23
35:17 37:12
40:18 45:19
68:1,20 75:16
79:7 86:15
93:8
**taken** 9:5,20
10:1,12 32:1
33:17,20 34:19
68:3 76:9 94:3
**takes** 86:18
**talk** 29:13 38:12
48:23 58:4
**talked** 73:23
**talking** 31:16

78:15
**talks** 74:20
**target** 18:17,21
19:10 21:7
42:1
**Tavares** 1:3 4:18
39:14 80:8,18
80:22 81:1,5,9
82:20,25 83:4
84:7 85:22
**teach** 15:1,2,6,8
15:9,11 16:23
**teaching** 22:18
**technician** 15:11
**tecum** 3:11 35:7
35:11 38:10
**tell** 7:4 8:16,25
10:11,15,23
13:13 14:2
17:8 18:9 26:4
29:25 30:6,11
30:14,17,20,23
31:4 32:17
36:5,16 39:6
45:14 62:23,24
67:16 68:18
80:10 83:13
84:16 87:20
**telling** 49:14
52:25 67:20
72:20 74:5
**test** 34:19 68:20
68:24 69:4,5,7
**testified** 4:12
70:20
**testimony** 4:5
43:21 75:11
78:21 87:23
**tests** 16:25 26:6
26:7
**Thank** 34:7 88:5
89:4,15 90:6
**thing** 24:1 34:23
35:2 72:18
85:19
**things** 24:5
32:17 36:20

71:5,5 89:25
**third** 24:1 62:20
**threat** 79:5
**three** 10:22,24
16:18 22:13
26:15,17 40:4
60:22 61:10,24
62:12,13 89:1
**time** 8:12 9:16
10:6,9 11:3
13:2 21:4,12
23:4,5,13,17
25:16 26:2,20
27:6 31:12,15
40:18 43:10
56:14 61:11,13
62:19,20,21
67:10,11 73:10
88:2,12,17,21
88:22 93:9,14
**timeline** 30:10
**times** 60:8 87:23
**titled** 72:12
**today** 4:18 8:17
9:1,13,15,22
10:9,10 11:11
13:6 28:14,18
31:18 32:5,18
36:21,22 37:9
40:14 44:17,22
44:24 46:24
50:13 67:15
79:24 82:22
83:14 84:20
87:21 89:15,25
**told** 44:17 45:1
49:25 71:4
81:1,4,5
**top** 60:13 68:18
**total** 61:5
**touch** 48:16
**track** 16:25
**train** 17:24
52:20 83:23
**trained** 18:10
21:15 27:9,19
53:4 54:4,7

55:2 58:10,22
63:11,13 67:6
67:12,14,17
80:11 84:4
86:3,6
**training** 5:4,12
5:13,21,24 6:2
6:3,7 8:7,7,11
8:17 9:5,8,10
14:6,18,20,24
16:3 17:3,5,9
17:13,14,15,21
17:23 18:2,3,5
18:6,13,14,18
18:22,23,24
19:1,2,4,7,18
19:19,20,22
20:2,8,15,23
20:25 21:1,7
21:10,11,24
22:18 27:22,25
29:1,2 30:3,4,5
30:18,24 31:2
31:5 51:14
52:5 53:2 54:2
54:25 67:5,9
67:22 68:6,8
68:12,19 69:10
69:16,24,25
71:3 79:3
82:19
**trains** 83:25
**transcript** 89:6
92:10,11 93:10
93:11 94:1
**transport** 76:15
**trauma** 55:13
57:19 69:2
**treat** 73:14
75:18
**treated** 39:13
**treating** 33:21
34:1
**treatment** 41:14
73:3,7,13,17
73:18,23 74:8
74:10 75:6,9

75:17 76:4
82:25 83:4
**trucks** 27:12,14
**true** 47:15 92:11
94:23
**truly** 93:18
**truth** 4:6,6,7
**try** 18:12 77:22
**two** 60:22 61:5
61:24 62:13
65:12,24 73:4
73:8 76:17
**two-page** 71:12
**two-year** 23:7,8
23:11,19 24:11
**type** 6:3,3 20:2
20:25 62:3
**typical** 14:2,4
**typically** 87:10

**U**

**undergo** 19:18
**undersigned**
91:7
**understand**
19:13 49:14,18
51:25 52:25
53:16 72:2
86:21
**understanding**
15:13 21:13
**Understood**
46:20 71:10
**UNITED** 1:1
**upcoming** 11:22
**update** 43:10
**updated** 6:10,12
6:16 7:18 8:19
44:25 45:2
67:13,21,23
**updates** 7:21
8:21,25 9:4,19
9:24 19:25
20:6,24 21:5
**use** 18:24 40:9
40:16 41:8
43:14,18 44:23

45:3,6,15,25
46:8 53:4 54:5
55:21 56:21,22
57:5,16,19,19
69:2 73:16
76:13 77:22
78:24 79:14
88:11
**utilizing** 44:2
46:13

**V**

**vehicle** 87:10,13
**vehicles** 87:7,17
87:25
**Vero** 22:24
**versus** 11:14
17:6 54:22
65:22
**vessel** 86:11
**violate** 83:5
**violent** 65:24
**volunteer** 13:17
13:18
**vote** 7:17
**VS** 93:6 94:2
**vs-** 1:6

**W**

**W** 2:12
**WADE** 1:8
**wait** 61:3 62:19
62:20,21
**waive** 93:9,16,23
**want** 9:23 10:4
19:8 36:8
65:14 71:25
72:1,4,7,19
81:23 89:9,11
**wanted** 42:9
49:6,20 76:4
**wants** 21:14
**wasn't** 50:4 67:9
71:3 80:10
81:3 84:10
**way** 18:19 21:8
22:17 39:1

48:3 49:7
57:18 61:18
63:10 78:19
80:20,24 82:14
82:16 83:3
**we'll** 32:10,12
35:8 42:18
**we're** 4:18 31:11
53:9 72:10,11
73:14
**We've** 31:16
67:25
**webbing** 76:16
**weigh** 54:21
**went** 23:2,9 24:6
24:8,17 26:2,5
26:20 27:8
71:2
**West** 2:4 93:20
**whatsoever**
28:25
**WILSON** 2:9
93:3
**Winter** 24:23,24
**wish** 93:16
**Witness** 3:2,6
4:8 19:15
45:19 60:25
70:6,22 94:3
**word** 60:19
**work** 6:8 11:6
13:3,25 16:20
16:20 25:2,6
42:25 43:1
51:25 61:18
76:13
**working** 25:13
53:18 75:20
85:8
**works** 62:5
**wouldn't** 42:8
49:15
**write** 73:21 94:1
**written** 37:25
41:20,23 61:24
**wrong** 66:12
**wrote** 69:18,20

**X**

**Y**

**year** 5:8 16:19
19:23 22:13
25:3,7,13,20
26:16,18 31:19
38:14 43:12
60:10
**years** 5:2 29:23
30:6,11,14,17
30:20,23 31:1

**Z**

**0**

**05/22/2017** 94:3
**07** 34:20

**1**

**1** 3:10 35:8,9,17
36:8,20 92:9
**10** 35:18,19,23
36:3,8,11,13
86:21 87:4
**100** 13:13 20:1
66:9
**11** 10:17 11:9
39:14 40:2
43:17,24 45:7
46:1,8 71:11
83:4 85:1
**111** 2:9 93:3
**12:24** 1:17 90:14
**1200** 2:10 93:4
**1216** 2:15
**15** 86:21
**1551** 93:20
**17** 29:23
**18** 5:2 63:23

**2**

**2** 3:11 38:5,8,13
39:20 40:13
42:10 44:10,22
45:4,9 46:24
50:12 51:9

52:7 53:23
64:1,11,25
**2:16cv14413** 1:2
93:6 94:2
**2000** 25:15,22
27:9,11 30:8
**2006** 28:8 29:19
70:23 71:3,4,5
71:9 72:14
73:25 74:15,25
75:3,12,19,25
76:20,25 77:6
77:20 78:8
79:9
**2009** 46:4,7
**200E** 93:20
**2012** 63:12,23
63:25
**2013** 28:5 38:17
38:17 39:8,17
46:4,11 56:14
64:2,7,16 66:3
**2014** 10:17 11:9
11:15 12:8,12
12:15 22:14,20
27:24 28:2
29:16 31:10,20
39:10,14 40:2
41:4 43:17,24
45:7,16 46:1,8
46:11,12,19,23
48:5,9 49:6
50:4 58:10,14
58:23 59:9,18
60:2,8 61:2
67:6 70:11
71:12,18,21,24
82:11 83:2,5
85:1,9 86:3
87:6,13,15
**2015** 38:17
**2016** 5:9 6:5
8:18,23 9:6
31:6
**2017** 1:16 91:9
91:13 92:19
93:1,8

**2020** 91:25
**2139** 2:4
**22** 1:16
**22nd** 91:9 93:8
**2455** 2:14
**25** 6:5 8:18,23
9:6
**25th** 5:7 30:25
31:6
**27** 91:25 93:1
**27th** 91:13 92:19

---

**3**

**3** 3:12 42:15,19
42:19,21 43:2
43:6,8,14,23
44:7,13,15
45:10,15,25
46:6,15,16
70:16 71:14
**32801** 2:10 93:4
**33304** 2:15
**33401** 93:20
**33409** 2:4
**34980** 1:19
**34983** 13:24
**35** 3:10
**38** 3:11

---

**4**

**4** 3:4,13 89:16
90:10,11
**407** 2:11
**42** 3:12
**462-3861** 2:16

---

**5**

**5** 38:16 39:8,17
64:2,7,16 66:3
**50** 66:9
**5160** 1:18 13:23
**561** 2:5

---

**6**

**600** 42:19
**648-1376** 2:11
**686-6300** 2:5

---

**7**

**7** 25:15 46:7

---

**8**

**88** 3:5
**89** 3:13

---

**9**

**9/9/73** 4:23
**9:58** 1:17 4:1
**90** 3:14
**91** 3:5
**92** 3:6
**93** 3:6
**94** 3:7 92:9
**945479** 91:24
**954** 2:16
**99** 68:20,24

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

        Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYTON MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

        Defendant.

_____/

## **NOTICE OF TAKING DEPOSITION DUCES TECUM**

TO:    Benjamin Newman, Esq.
        Attorney for Defendants Rosario and
        the St. Lucie County Fire District

        PLEASE TAKE NOTICE that the undersigned counsel for Plaintiffs, pursuant to Federal

Rule of Civil Procedure 30(b) (6), on oral examination before a Notary Public by law to take

depositions, will take the following deposition:

        **Name:** **Person or persons with most knowledge from St. Lucie County Fire District**

**set forth in the attached "Exhibit A." (Designated as Captain Brian Gonzalez)**



Δ π EXHIBIT 1
Deponent Gonzalez
Date 5/22/17 Rptr BS
WWW.DEPOBOOK.COM

Docher, Tavares vs. St. Lucie County Sheriff's Office
CASE NO.: 2:16cv14413
Notice of Taking Deposition
Page 2

| <u>NAME AND ADDRESS</u> | <u>DATE AND TIME</u> | <u>LOCATION</u> |
|---|---|---|
| Captain Brian Gonzalez c/o Benjamin Newman, Esq. | Monday, May 22, 2017, at 10:00 AM. | St. Lucie County Fire District Offices 5160 NW Milner Drive Port St. Lucie, FL 34980 |

upon oral examination before Phipps Reporting, a Notary Public; or any other officer authorized by law to take depositions in the State of Florida.  *This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable Statutes or Rules, and other applicable law, and will continue day to day until completion. Defendant St. Lucie Fire District shall designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf and the person(s) designated must testify about information known or reasonably available to the organization. The deponent is required to bring all items listed in the attached Exhibit B.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via E-Serve to all Counsel on the attached list, this 8TH day of May, 2017.

/s/ DARRYL L. LEWIS
Darryl L. Lewis
Florida Bar No.: 818021
Attorney E-Mail(s):   dll@searcylaw.com and
Primary E-Mail:
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:   (561) 383-9485
Attorney for Plaintiff(s)

cc:   Phipps Reporting

<u>**E-TRANSCRIPT, ASCII, CD AND/OR DVD REQUESTED**</u>

Docher, Tavares vs. St. Lucie County Sheriff's Office
CASE NO.:  2:16cv14413
Notice of Taking Deposition
Page 3

## <u>COUNSEL LIST</u>

Summer M. Barranco, Esquire
summer@purdylaw.com; melissa@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL  33304
Phone: (954)-462-3200
Fax: (954)-462-3861
Attorneys for Ken Mascara

Benjamin W. Newman, Esquire
Ben.Newman@wilsonelser.com; Leah.Rover@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N Orange Avenue, Suite 1200
Orlando, FL  32801
Phone: (407) 203-7592
Fax: (407) 648-1376
Attorneys for Port St. Lucie Fire Rescue

Hugh L. Koerner, Esquire
hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
3475 Sheridan Street, Suite 208
Hollywood, FL  33021
Phone: (954)-522-1235
Fax: (954)-522-1176
Attorneys for Tavares Docher

Docher, Tavares vs. St. Lucie County Sheriff's Office
CASE NO.: 2:16cv14413
Notice of Taking Deposition
Page 4

## EXHIBIT A

1). The official policies, and customs, and practices of the St. Lucie County Fire District regarding the administration of sedatives (such as Ativan) by its employees, including Jose Rosario;

2). the official policies, and customs, and practices of the St. Lucie County Fire District regarding whether sedatives (such as Ativan) are to be administered incrementally;

3). the training, supervision, and discipline of persons concerning the administration of sedatives (such as Ativan), including particularly all training and any supervision or discipline regarding Jose Rosario;

4). the official policies and customs, and practices of the St. Lucie County Fire District regarding the administration of sedatives (such as Ativan) in patients with a medical history of alcohol use, mental illness, or both;

5). the training provided to Jose Rosario regarding the administration of sedatives (such as Ativan) to patients with a medical history of alcohol use, mental illness, or both;

6). the customs, polices, and practices of the St. Lucie County Fire District regarding the review of run reports to determine if care and treatment is consistent with existing policies and in the best interests of the patient;

7). the review of run reports of Jose Rosario to determine if his administration of sedatives (such as Ativan) is consistent with existing policies and in the best interests of the patient;

8). when, and under what circumstances, the best interests of the patient, including the patient's health and welfare, may be subordinated in the interests of the safety and security of employees of the St. Lucie County Fire
District or third parties who are providing care and treatment to the patient or in close physical proximity to the patient;

9). the official written policies of the St. Lucie County Fire District, and whether employees, including Jose Rosario, are obligated to acknowledge that they have read and understand the official policies;

10). when employees of the St. Lucie Fire District are permitted to disregard existing policies regarding the administration of sedatives (such as Ativan), including any requirement concerning the incremental administration of a sedative, without the approval of a physician.

Docher, Tavares vs. St. Lucie County Sheriff's Office
CASE NO.:  2:16cv14413
Notice of Taking Deposition
Page 5

## EXHIBIT B

(1) **The official policies, and customs, and practices of the St. Lucie County Fire District regarding the administration of sedatives (such as Ativan) by its employees, including Jose Rosario;**

(2) **The official policies, and customs, and practices of the St. Lucie County Fire District regarding whether sedatives (such as Ativan) are to be administered incrementally;**

(3) **The official policies and customs, and practices of the St. Lucie County Fire District regarding the administration of sedatives (such as Ativan) in patients with a medical history of alcohol use, mental illness, or both;**

(4) **The customs, polices, and practices of the St. Lucie County Fire District regarding the review of run reports to determine if care and treatment is consistent with existing policies and in the best interests of the patient;**

(5) **the official written policies of the St. Lucie County Fire District,**

## OBSTETRICS/GYNECOLOGY - CONTINUED

PHYSICIAN CONSULT
- Pre-Eclampsia
  - Magnesium Sulfate loading dose 4 gm/50 cc IV 0.9% NaCl over 15 minutes
  - Magnesium Sulfate maintenance drip 2 gm/50 cc at 50 cc/hr
- Seizures unresolved by magnesium sulfate (Eclamptic)
  - Ativan 1 mg, tirated to effect, max of 4 mg
      OR
  - Versed 2.5 mg over 2 minutes, may be repeated to a maximum dose of 10 mg

## PAIN MANAGEMENT

CAUTION:
Pain medications may produce respiratory depression

INDICATIONS:  Relief of moderate to severe pain:  e.g. trauma, fractures, dislocations, kidney stones, and burns

BLS
- Vitalize/Prioritize
- Oxygen/Airway
- Monitor patient's level of consciousness and respiratory status

ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock if stable
  - Fluid bolus in the presence of hypotension
- Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
      OR
- Morphine 1-5 mg, titrated to effect
- Zofran 4 mg  over a minimum of 30 seconds

PEDIATRIC
- Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
      OR
- Morphine 0.1 mg/kg, titrated to effect
  - Zofran 0.1 mg/kg  over a minimum of 30 seconds, not to exceed 4 mg



Δ π EXHIBIT 2
Deponent Gonzalez
Date 5/22/17 Rptr BS
WWW.DEPOBOOK.COM

**MEDICAL**

# PHARMACEUTICAL ASSISTED INTUBATION (PAI)

CAUTION:
- Have ALL airway devices and equipment (Suction, Bougie, secondary airway devices) ready
- Etomidate is contraindicated in pediatrics with suspected sepsis, septic shock, and adrenal insufficiency
- Succinylcholine is contraindicated in any patients with a family history of Malignant Hyperthermia
- Neuromuscular blockade does not alter the patient's pain level or level of response
- Use sedation prior to the use of paralytics AND post intubation after the use of Etomidate
- Consider pain management for trauma patients regardless of level of sedation

BLS
- Vitalize/Prioritize
- Oxygen/Airway
  - Preoxygenate the patient for a minimum of 2 minutes via NRM or BVM. Use adjuncts when appropriate.

ALS
- EKG Monitor
- IV 0.9% NaCl
  - Fluid bolus in presence of hypotension
- **Pre-Medication**
  - Bradycardia: Atropine 0.5 mg for HR less than 60 bpm
    - Mandatory in ALL repeat doses of Succinylcholine
  - Induction:
    - Etomidate: 0.3 mg/kg, may repeat once for a max dose of 0.6 mg/kg
      OR
    - Versed 5 - 10 mg over 30 seconds, titrated to effect, repeat every 2 minutes if needed, not to exceed 0.3 mg/kg max cumulative dose
- **Neuromuscular Blockade**
  - Succinylcholine 1.5 mg/kg, May be repeated once after Atropine
- **Post Intubation (If further sedation is required)**
  - Sedation:
    - Ativan 1 mg increments to a max of 4 mg
      OR
    - Versed: 2.5 mg over 2 min, may repeat once for max dose of 5 mg
  - PHYSICIAN CONSULT must be obtained to exceed the max allowed benzodiazepine dose.
  - Neuromuscular Blockade
    - Norcuron 0.1 mg/kg, repeat dosing as indicated
- Consider Pain Management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
  - Morphine 1 - 5 mg, titrated to effect
  - Zofran 4 mg over a minimum of 30 seconds

Rev 05/05/2013

## PHARMACEUTICAL ASSISTED INTUBATION - CONTINUED

PEDIATRIC
- **Pre-Medication**
  - Bradycardia:
    - Atropine 0.02 mg/kg for HR less than 100 bpm not to exceed 0.5 mg
  - Induction:
    - Etomidate: 0.3 mg/kg, may repeat once for a max dose of 0.6 mg/kg
      OR
    - Versed 0.3 mg/kg over 30 seconds, not to exceed 10 mg
- **Neuromuscular Blockade**
  - Succinylcholine 2 mg/kg  (No repeat dosing allowed)
- **Post Intubation (If further sedation is required)**
  - Sedation:
    - Ativan 0.1 mg/kg, titrated to effect, not to exceed 4 mg
      OR
    - Versed:  0.3 mg/kg over 30 seconds, may repeat once for max dose of 0.6 mg/kg
- PHYSICIAN CONSULT must be obtained to exceed the max allowed benzodiazepine dose.
  - Neuromuscular Blockade
    - Norcuron 0.1 mg/kg, repeat dosing as indicated
- Consider Pain Management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
  - Morphine 0.1 mg/kg IV or IM slowly
  - Zofran 0.1 mg/kg  over a minimum of 30 seconds, not to exceed 4 mg

## PAI COMPLICATIONS

### SUSPECTED MALIGNANT HYPERTHERMIA (MH)/DUSCHENNE'S MUSCULAR DYSTROPHY

INDICATIONS:
Signs of Malignant Hyperthermia include increasing $EtCO_2$, trunk or total body rigidity, trismus, tachycardia

CAUTION:
Duschenne's Muscular Dystrophy can cause sudden cardiac arrest post Succinylcholine administration.

Use of Calcium Channel Blockers is prohibited in perfusing patients

 ALS:

Contact receiving ER immediately upon onset of suspected Malignant Hyperthermia.
Offer MHAUS hotline# 1-800-644-9737

PHYSICIAN CONSULT - Request dose for all medications
- Hyperventilate with 100% O2 at 10+LPM
- Sodium Bicarbonate
- Cool patient with ice packs to surface areas (MH ONLY)
- Calcium Chloride

Rev 05/05/2013

# BITES AND STINGS
## BLACK WIDOW

Benzodiazepines are preferred for pain management.

 BLS
- Vitalize/Prioritize
- Oxygen/Airway

 ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
  - Fluid bolus in presence of hypotension
- Ativan  1 mg increments, max of 4 mg
    **OR**
- Versed:  2.5 mg over 2 minutes, may repeat once after 5 minutes
- Consider pain management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    **OR**
  - Morphine 1-5 mg, titrated to effect
  - Zofran 4 mg  over a minimum of 30 seconds

PHYSICIAN CONSULT
- Calcium Chloride 10% (request dosage from ED Physician)

PEDIATRIC
- Ativan  0.1 mg/kg increments, max of 4 mg
    **OR**
- Versed:  0.3 mg/kg over 2 minutes
- Consider pain management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    **OR**
  - Morphine 0.1-0.2 mg/kg, titrated to effect
  - Zofran 0.1 mg/kg  over a minimum of 30 seconds, not to exceed 4 mg

PHYSICIAN CONSULT
- Calcium Chloride 10% (request dosage from ED Physician)
- Doses greater than max allowed dose of benzodiazepine

TRAUMA\ENVIRONMENTAL

Rev 05/05/2013

TE-1

# COCAINE OVERDOSE

 BLS
- Vitalize/Prioritize
- Oxygen/Airway

ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
- Fluid bolus in the presence of hypotension
- Seizures, refer to Seizures in Treatment Guideline
- 12 Lead EKG
  - $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- For chest pain with onset of less than 12 hours after cocaine consumption (No ST elevation)
  - Ativan 1 mg q 3-5 minutes until relief of chest pain, max 4 mg
    - **OR**
  - Versed 2.5 mg over 2 minutes, may be repeated once for a max of 5 mg
- If ST elevation noted in 12-lead or chest pain > 12 hours, refer to Acute Coronary Syndrome/ Chest Pain in Treatment Guideline
- Chest pain unrelieved by Ativan/Versed, refer to Acute Coronary Syndrome/Chest pain in Treatment Guideline

PHYSICIAN CONSULT
- Notify emergency department if patient ingested/inserted cocaine powder or crack

PEDIATRIC
- Ativan 0.1 mg/kg
  - **OR**
- Versed 1-2 mg

**TOXICOLOGY**

Rev 05/23/2013

# SEDATION

INDICATIONS:
- Cardioversion
- External pacing
- Combative patient

CAUTION:
- Benzodiazepines may cause respiratory depression or compromise
- When administering, observe for signs of hypotension or respiratory depression

ALS
- Anesthetic spray to posterior pharynx (for intubation)
- Ativan 1 mg increments to a max of 4 mg
     OR
- Versed:  2.5 mg over 2 minutes, may repeat once for max dose of 5 mg

PHYSICIAN CONSULT
- Doses greater than max allowed benzodiazepine

PEDIATRIC
- Ativan 0.1 mg/kg, not to exceed 4 mg, titrated to effect
     OR
- Versed 0.3 mg/kg over 2 minutes, may repeat once after 5 minutes, not to exceed 10 mg total

PHYSICIAN CONSULT
- Doses greater than max allowed benzodiazepine

Rev 05/05/2013

## SEIZURES

CAUTION:

- Refer to OB/GYN Guideline in pregnant/post partum patients (Eclampsia)
- Consider infectious disease as etiology of seizure (Meningitis, Encephalitis).  Use appropriate PPE/BSI
- Use caution not to over cool a febrile patient to the point of shivering.  Use of PO medications should be avoided in patients with decreased level of consciousness.
- The preferred route of Versed administration in seizures is intranasal
- Neuromuscular blockade does not supress seizure activity

 BLS

- Vitalize/Prioritize
- Oxygen/Airway
- Protect from injury
- Consider C-Spine precautions if suspected injury

 ALS

- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
- Obtain BGL
- Ativan 1 mg, may be repeated to a max of 4 mg
    - OR
- Versed 2.5 mg over 2 mintes, may repeat initial dose to a maximum of 10 mg
- Consider use of neuromuscular blockade in cases of status epilepticus, refer to Pharmaceutical Assisted Intubation in Treatment Guideline

PEDIATRIC

- Febrile seizures
    - Treat febrile seizures by cooling. (Avoid rapid temperature change and shivering)
    - Consider Ativan or Versed if seizures are continuous
    - Children's Acetaminophen liquid 10 mg/kg PO when level of consciousness permits
- Idiopathic (non–febrile) seizures
    - Ativan 0.1 mg/kg, not to exceed 4 mg
        - OR
    - Versed 0.3 mg/kg, not to exceed 10 mg
- Consider use of neuromuscular blockade in cases of status epilepticus, refer to Pharmaceutical Assisted Intubation in Treatment Guideline

MEDICAL

# LORAZEPAM (ATIVAN)

**CLASS**

Anticonvulsant/Sedative, Benzodiazepine

**ACTIONS**

Lorazepam is a benzodiazepine with a shorter half-life than diazepam. It suppresses the spread of seizure activity through the motor cortex of the brain.

**INDICATIONS**

Eclampsia (Physician Consult)
Post Intubation Sedation
Sedation
Seizures
Black Widow Spider Bites
Cocaine Overdose

**CONTRAINDICATIONS**

History of hypersensitivity

**SIDE EFFECTS**

Hypotension, drowsiness, headache, amnesia, respiratory depression, blurred vision, nausea and vomiting.

**WARNINGS**

Because of its short half-life, seizure activity may recur. In such cases, additional doses may be required. May cause respiratory depression. Monitor respiratory status closely. Romazicon can be used as an antidote.

**DOSAGE**

Adults: 1 mg increments to a max of 4 mg
Pediatrics: 0.1 mg/kg, not to exceed 4 mg

# MAGNESIUM SULFATE

**CLASS**

Anticonvulsant/Antiarrhythmic

**ACTIONS**

Magnesium Sulfate is a central nervous system depressant and vasodilator.

**INDICATIONS**

Eclampsia including pre-eclampsia
Torsades De Pointes
Refractory V-fib/pulseless v-tach
Status asthmaticus

**CONTRAINDICATIONS**

Renal diseases
Heart blocks
CHF
Bradycardia
Cardiogenic shock

**SIDE EFFECTS**

Respiratory depression, bradycardia, heart block, CHF, bronchospasm, postural hypotension.

**DOSAGE**

**Eclampsia:** Loading dose 4 gm/10 cc IVP over 3 min.
Maintenance dose 2 gm/50 cc at 50 cc/hr
**Pre-Eclampsia** (Physician Consult): Loading dose 4 gm/50 cc IV 0.9% NaCl over 15 minutes
Maintenance dose 2 gm/50 cc at 50 cc/hr
**Refractory V-fib:** 1-2 gm slow IVP over 1-2 minutes
**Torsades De Pointes:** 1-2 gm diluted in 10 cc NaCl administered IV over 3 minutes, may repeat twice.
**Status Asthmaticus:** 2 gm diluted in 10 cc NaCl administered IV over 3 minutes, may repeat twice.

Rev 1/20/2013

**Fourth Edition**

# Emergency Medical Guidelines

## PARTICIPATING AGENCIES

INDIAN RIVER COUNTY EMS

INDIAN RIVER SHORES PUBLIC SAFETY

MARTIN COUNTY FIRE RESCUE

SAINT LUCIE COUNTY FIRE DISTRICT

STUART FIRE RESCUE

TEQUESTA FIRE RESCUE

ALL COUNTY AMBULANCE

AMERICAN JETS

COASTAL CARE TRANSPORTATION

INDIAN RIVER COMMUNITY COLLEGE

INDIAN RIVER MEMORIAL MEDICAL TRANSPORT SERVICE

INTENSIVE AIR AMBULANCE

LIFELINE MEDICAL SERVICES



Δ π EXHIBIT___3___
Deponent GONZALEZ
Date 5/22/17 Rptr. BS
WWW.DEPOBOOK.COM

**Plaintiff's Exhibit  1**

**JOSE ROSARIO**

4/13/2017   RPTR:  NB

i

This text book was created in its entirety with Adobe© PageMaker© and Adobe© Photoshop© in a Windows© environment. Research, preparation, compilation, editing and layout of this book took approximately three years and more than 2,000 man hours. No one agency alone could have produced a book of this calibre. Each agency made a unique contribution to this book without which it would not have been a success. The Development Team would like to recognize and thank each agency director for making the commitment of resources to see this project through. Without their faith and trust to let this Project find its own way, this book would not exist.

As new scientific information becomes available through basic and clinical research, recommended treatments and drug therapies undergo changes. The Development Team has done everything possible to make this book accurate, up–to–date and in accord with accepted standards at the time of publication. However, the reader is advised always to check product information regarding dose, contraindications before administering any drug. Caution is especially urged when using new or infrequently ordered drugs.

This book is published under the Sunshine Act of Florida and is protected by applicable laws. Copies of this book may be purchased from any participating agency (subject to availability). This book may be cited as a source or used in its entirety with the permission of the Participating Agencies.



ii

# Preface

Imagine if you will, the public outcry that would ensue if a jumbo jet filled with passengers crashed every day in the United States. Regrettably, Americans no longer need to imagine disasters that result in the tragic loss of lives. However, each day, more people die of sudden cardiac arrest than would fill a Boeing 747. The most effective way to improve the odds of survival for sudden cardiac arrest is rapid defibrillation in the pre-hospital setting. As high quality Emergency Medical Services (EMS) developed during the 1970s, cardiac arrest survival rates increased from near nothing to about 20% in a few progressive cities. However, essentially no additional progress in survival from cardiac arrest has occurred since 1980. For children, the odds of survival remain abysmal. Less than 2% of children with pre-hospital cardiac arrest survive to leave the hospital.

Trauma systems developed during the 1970s to address the inadequacy of care for victims of traffic crashes. EMS began to transport patients directly to regional trauma centers, often bypassing closer community hospitals. With the establishment of these regional trauma centers the odds of survival from motor vehicle crashes improved. This reduction in mortality from injury illustrates the value of having EMS professionals who understand how to use the emergency care resources available in each community.

EMS provides out-of-hospital medical care to those with perceived urgent needs. It is a component of the overall health care system. EMS delivers care as part of a system intended to attenuate the morbidity and mortality associated with sudden illnesses and injury. The positive effects of EMS care are enhanced by linkages with other community health resources and integration within the health care system.

Emergency medical service is regarded as including the full spectrum of emergency care from recognition of the emergency condition, requesting emergency medical aid, provision of pre-hospital care, through definitive care in the hospital. The vast majority of patients cared for by EMS, however, are not victims of cardiac arrest or major injury. They have illnesses or injuries that are not life threatening yet require access to medical care.

This textbook is a unique approach to EMS protocols because it is a regional approach that unifies the pre-hospital care across boundaries, additionally it was promulgated based upon sound research and evidence based medical care thereby affording the patient the best possible approach to field medicine available. The time for major advancement in the science and practice of EMS is here. Emergency Medical Service providers must be able to deliver state of the art care based on sound scientific knowledge. A number of us, our families, or our friends will at some point turn to local EMS providers for assistance; and we expect that they will provide us with the best care possible. These guidelines take into account the complexity of emergency care in today's environment. The emergency team is afforded great latitude in treating the patient; it is difficult if not impossible to define every medical condition into a set of rules and procedures. One thing is certain though: not all the methods that we utilize today will stay the same during your career. This project is a living breathing entity that will be revisited, re-researched and updated as new technologies, procedures and treatments become standard. You as the provider of care have an obligation to not only follow these guidelines but to seek out new information that will contribute to the amassed knowledge that represents this book; some of the best ideas come from practicing Paramedics, EMTs and educators who let us know what problems they face every day in the field. This will allow the development team to keep the guidelines on the leading edge of patient care.

*Our goal is a High Performance EMS system that provides the patient with care that is second to none!!*

*-Joseph V. Ferrara*

EMERGENCY MEDICAL GUIDELINES

# RATIONALE OF EMERGENCY MEDICAL GUIDELINES

## FOURTH EDITION

The philosophy of the Medical Directors is to treat patients to the fullest, appropriate extent within the medical standard of care for the community. This is accomplished by focusing on the goals set forth by the American College of Emergency Physicians, the American Heart Association and other guideline setting organizations.

Paramedics have the discretion to alter any treatment guideline if it is deemed inappropriate. Justification must be made in the run report and reviewed by the Medical Director. All personnel will be subject to examination of case reports. Inquiries are conducted by the Medical Director, Supervisor, Training Officer or their designee at any time during or after care is rendered.

The Procedural Guidelines, Treatment Guidelines with exceptions as noted in the relevant sections are hereby authorized for use by the Emergency Medical Technicians and Paramedics in accordance with Florida Statute 401. These guidelines are intended to provide a general approach to treatment of patients by the Emergency Medical Team. It is not intended that the Emergency Medical Team blindly apply these medical guidelines to each patient. It is intended that the Emergency Medical Team use their professional and clinical judgment to determine the best course of treatment for each patient. The treatments and procedures identified as Medic Discretion are generally appropriate actions to be provided by the Emergency Medical Team without prior physician orders. The treatments and procedures identified as Physician Consult are generally appropriate actions to be provided by the Emergency Medical Team after discussion with on–line medical control and direct physician orders received.

On-line medical control will be provided by the Emergency Department Physician at the receiving facility, or by the Emergency Department Physician of the base hospital should communications be hindered. Early contact should be made to the Emergency Department Physician whenever doubt exists as to proper management of any patient. Physicians who wish to direct the Emergency Medical Team in the care of a patient should be referred to the on-line medical control physician for issuance of orders to the Team.

The Medical Directors authorize the Team Paramedic responsible for controlled substances to take them to the scene of a call. All responsibility for these controlled substances remain with the Paramedic.

Lillian I. Avner, D.O.
**Martin County Fire Rescue**
**Stuart Fire Rescue**

Michael J. Mattice, M.D.
**Indian River Shores Public Safety**

Paul F. March, M.D.
**Intensive Air Incorporated**

Don Tanabe, M.D.
**Tequesta Fire Rescue**

Chi Chou Liu, M.D.
**St Lucie County Fire District**

J. Michael Adelberg, M.D.
**All County Ambulance**

P. Glenn Tremml, M.D.
**Indian River Memorial**
**Medical Transport Service**

Yvette Wirta - Clarke, D.O.
**Indian River Community College Paramedic Department**

Roger J. Nicosia, D.O.
**Coastal Care Ambulance**
**Indian River County EMS**

Tomas Jacome, M.D.
**LifeLine Medical Services**

Maureen Zelinka, M.D.
**American Jets**

EMERGENCY MEDICAL GUIDELINES

# ACKNOWLEDGMENTS

### PROJECT COORDINATORS

JOSEPH FERRARA (EDITOR)  MATT HIMES (PROJECT LEAD)  CORY RICHTER (EDITOR)

## RESEARCH TEAM

ALEX NATHANSON (TEAM COORDINATOR)
PETER ALLEN
MARK BENTZ
KEN BRYAN
JENNIFER CHAMBERS
MARK CHAMPION
JASON DAHL
TONY DUDLEY
CHUCK GORDILS
CRYSTAL HAUBERT
DAVID HOILMAN
RICH HUNTER
DAVE JACKSON
LISA MCCARTY
FRED NEFF
STACEY NEFF
BILL PETERS
RICK SOSA
GEORGE SUMNER
KIT WORLEY
CHRIS ZAMBELLO

## PRE-PRESS EDITING

JAMES CHERRY (TEAM COORDINATOR)
RALPH MORRISON (TEAM COORDINATOR)
CINDIE BRANDT
JENNIFER CHAMBERS
JOSEPH COX
EDWARD HILL
DENNIS LIPOFSKY
DONNIE LESKO
FRED NEFF
TERESA RAMSLY
RUSTY RAMSEY
ERIC WRIGHT

## LAYOUT

CORY RICHTER (TEAM COORDINATOR)
CHUCK GORDILS
RICH HUNTER
RALPH MORRISON
MOHAHAR PADELLAN
GEORGE SUMNER
CHRIS ZAMBELLO

## COVER DESIGN:

RICHARD HUNTER

## REVIEWERS

PETER ALLEN
BLAKE BARTHOLOMEW
RICK BELLOMY
BRIAN BLIZZARD
CINDIE BRANDT
MARC DUCOTE
VINCE FELICIONE
MATT FENEX
CHUCK GORDILS
CHRYSTAL HAUBERT
DAVE HOILMAN
DAVE JACKSON
LISA MCCARTY
ALLEN MOORE
DOUG MURPHY
LORI RECCA
JOEY RICHTER
FREDDY RODRIGUEZ
GARY ROTHE
JOHN TAYLOR
RICK VILLARS
MARK WILSON
KIT WORLEY
CHRIS ZAMBELLO
DAVID ZARKER

## CONTRIBUTING AUTHORS

PETER ALLEN
CINDIE BRANDT
BRIAN BLIZZARD
JASON DAHL
MARC DUCOTE
JOSEPH FERRARA
CHRYSTAL HAUBERT
DAVE HOILMAN
DAVID HUTTON
LISA MCCARTY
CHRISTIAN MONTOYA
ALEX NATHANSON
CORY RICHTER
RICK SOSA
JOHN STIPO
TODD STOLFI
GEORGE SUMNER
JOHN TAYLOR
ROBERT TEARLE
DAN WOUTERS
DAVID ZARKER

## TECHNICAL ADVISORS

J. MICHAEL ADELBERG M.D.
LILLIAN L. AVNER, D.O.
MARJORIE BOWERS, ED. D.
TOMAS JACOBE M.D.
CHI CHOU LIU, M.D.
PAUL F. MARCH M.D.
DR. THOMAS MATESE D.O.
MICHAEL J. MATTICE M.D.
ROGER J. NICOSIA D.O.
HOWARD M. ROBBINS M.D.
DON TANABE, M.D.
P. GLENN TREMML M.D.
YVETTE WIRTA-CLARKE D.O.
MAUREEN ZELINKA, M.D.

### SPECIAL THANKS TO:

MARTIN COUNTY PROFESSIONAL FIREFIGHTERS AND PARAMEDICS IAFF LOCAL 2959
FOR HOSTING THE GUIDELINES DRAFTS ON THEIR WEBSITE
KIT WORLEY
FOR WEBSITE SUPPORT AND E-MAIL LIST SERVER

# DEPARTMENT & CORPORATE PATCHES

  

  

 

  

 

EMERGENCY MEDICAL GUIDELINES

# *Dedications*



**Frank Amato**
EMS Educator
Indian River Community College

For 20 years, Frank Amato took a leading role
in Indian River Community College's delivery of
Emergency Medical Services. As an Assistant
Professor and department chair, he developed
classes for the four country area, coordinated
student clinical experiences, and taught emergency
care skills and CPR to over 10,000 people.
Frank was respected for his expertise, energy
and devotion to the students and the members
of the community. He is sorely missed.



**Michael James Riley**
January 9, 1949 - March 22, 2003

Communications Dispatcher
Emergency Operations Center
Martin County Emergency Services

# Contents

*Educational Guidelines* ..................................... E1

*INTRODUCTION* ...................................................... E2

PATIENT PRIORITIZATION ................................................ E2

*GENERAL MEDICAL* ............................................. E3

ABDOMINAL AORTIC ANEURYSMS ..................................... E3
ABDOMINAL PAIN ........................................................... E3
ALLERGIC REACTION ....................................................... E6
ALTERED LEVEL OF CONSCIOUSNESS/ALCOHOLISM .............. E7
ANAPHYLAXIS ................................................................. E8
ASTHMA ....................................................................... E10
BLOODBORNE PATHOGENS .............................................. E11
CHRONIC OBSTRUCTIVE PULMONARY DISEASE (COPD) ......... E13
COMBATIVE PATIENTS .................................................... E14
DIABETES MELLITUS ...................................................... E15
DIALYSIS ..................................................................... E17
DO NOT RESUSCITATE ORDER (DNRO) .............................. E18
HYPERTENSION ............................................................. E18
LATEX ALLERGY ........................................................... E19
OBSTETRICS/GYNECOLOGY .............................................. E20
PAIN MANAGEMENT ....................................................... E24
PSYCHIATRIC EMERGENCIES ............................................ E25
RESTRAINTS ................................................................. E27
RAPID SEQUENCE INTUBATION (RSI) ................................. E29
RENAL FAILURE ............................................................ E30
SEIZURES .................................................................... E31
SEPSIS ........................................................................ E33
SICKLE CELL ANEMIA .................................................... E34
STROKE – "BRAIN ATTACK" ............................................ E34

*CARDIAC* ......................................................... E37

CARDIAC ALERT ........................................................... E38
ACUTE CORONARY SYNDROME ........................................ E38
ASYSTOLE .................................................................... E40
ATRIAL FIBRILATION ...................................................... E40
ATRIAL FLUTTER ........................................................... E41
CARDIAC TAMPONADE .................................................... E41

Emergency Guidelines

*Procedural Guidelines* ........................................... P1

*AIRWAY MANAGEMENT*...................................................... P2

CareVent ..................................................................... P2
Continuous Positive Airway Pressure (CPAP) ....................... P2
Esophageal Tracheal Double Lumen Airway (Combitube©) ................. P3
Cricothyrotomy ............................................................. P4
Endotracheal Intubation ................................................... P6
End Tidal CO2 Detector .................................................... P8
Esophageal Intubation Detector (EID) .................................... P9
Esophageal Obturator Airway ............................................. P9
Laryngeal Mask Airway .................................................... P10
Nasogastric Tube .......................................................... P11
Pleural Decompression .................................................... P11
Pulse Oximetry ............................................................ P12
Retrograde Intubation .................................................... P13
Rusch QuickTrach .......................................................... P14
Suction ................................................................... P15
Ventilator ................................................................ P17
Autovent 2000 ............................................................. P17
Mini–Vent ................................................................. P17

*CARDIAC*............................................................... P18

Alerts — Cardiac and Stroke .............................................. P18
12 Lead EKG ............................................................... P18
Marquette Responder 1500 ................................................. P19
Physio Control Lifepak 10 ................................................ P21
Lifepak 12 ................................................................ P24
Zoll M Series ............................................................. P27
Zoll PD 1400 Pacemaker/Defibrillator ..................................... P28
Pericardiocentesis ........................................................ P29
Transcutaneous Pacing ..................................................... P30
Automated External Defibrillator ......................................... P30

*MEDICATION AND FLUID ADMINISTRATION* .................. P33

Available Routes of Administration ....................................... P33
Bone Injection Gun (b.i.g.) .............................................. P33
Burette Administration Set ............................................... P34
Double Lumen IV Catheter ................................................. P35
Drawing up Medications ................................................... P35
Endotracheal Medication Administration ................................... P36
Epi-Pen Auto Injector .................................................... P36

Emergency Guidelines

F.A.S.T. 1 Intraosseous Infusion System ................................................................ P37
Drug Handling .......................................................................................................... P39
Infusa–Ports ............................................................................................................. P40
Infusion Pump ......................................................................................................... P41
Ivac 530 .................................................................................................................... P44
Ivac Med System 3 ................................................................................................... P45
Intramuscular Medication Administration ............................................................. P46
Intraosseous Infusions ............................................................................................ P47
Intravenous Catheter Insertion .............................................................................. P47
Intravenous Medication Administration ................................................................. P48
Mucosal Atomization Device (MAD) ...................................................................... P48
Needless IV Systems ................................................................................................ P49
Nerve Agent Auto Injectors .................................................................................... P50
Nitroglycerin IV ....................................................................................................... P50
Nitrous Oxide .......................................................................................................... P51
Piggyback ................................................................................................................. P52
Rectal Medication Administration ........................................................................... P52
Saline Lock ............................................................................................................... P53
Subcutaneous Medication Administration ............................................................. P53
Umbilical Venous Catheterization ........................................................................... P53
GENERAL ................................................................................................................. P55
Blood Alcohol Sampling .......................................................................................... P55
Blood Glucose Level ................................................................................................ P55
Broselow Pediatric Emergency Tape ....................................................................... P56
Colin Blood Pressure Monitor ................................................................................ P57
Criticare 506DX2 VitalCare Vital Signs Monitor ................................................... P57
Do Not Resuscitate Order (DNRO) ......................................................................... P58
Doppler Medisonic .................................................................................................. P58
Foley Catheterization .............................................................................................. P58
Morgan Medi—FLOW® Lens ................................................................................. P59
Phlebotomy ............................................................................................................. P59
Propaq ..................................................................................................................... P60
Radio Communications ........................................................................................... P61
Responder Inflatable Pediatric Seat ........................................................................ P61
Suspected Child/Other Abuse ................................................................................. P62
Thermoscan Thermometer ..................................................................................... P62
TraumaDEX .............................................................................................................. P62
IMMOBILIZATION .................................................................................................. P64
Ambu Perfit Ace ...................................................................................................... P64
Cervical Immobilization Device (C.I.D.) ................................................................. P64

Emergency Guidelines

HALF BACK EXTRICATION/LIFT HARNESS ........................................................ P64
KENDRICK EXTRICATION DEVICE (KED) ...................................................... P65
LONG SPINE IMMOBILIZATION ...................................................................... P66
MILLER BOARD ............................................................................................... P68
NAJO PEDI–AIR–ALIGN BACKBOARD ............................................................ P69
RIGID CERVICAL COLLAR ............................................................................... P69
PATIENT RESTRAINTS ..................................................................................... P70
PEDIATRIC PATIENT IMMOBILIZATION ........................................................... P71
SPIDER–TYPE PATIENT STRAP ........................................................................ P71
SPLINTING ...................................................................................................... P72
STA-BLOCK HEAD IMMOBILZER ..................................................................... P73
*MULTIPLE CASUALTY INCIDENTS* ................................... **P74**
LEVEL 1 RESPONSE ......................................................................................... P74
LEVEL 2 RESPONSE ......................................................................................... P74
LEVEL 3 RESPONSE ......................................................................................... P75
INTERFACILITY TRANSPORTS ......................................................................... P77
JUMP START PEDIATRIC TRIAGE ..................................................................... P79
SIMPLE TRIAGE AND RAPID TREATMENT (START) .......................................... P81
TRAUMATIC BRAIN INJURY ............................................................................ P82
*Treatment Guidelines* .......................................... *M1*
GENERAL TREATMENT PRECAUTIONS ............................................................. M2
*MEDICAL* ................................................................................. *M3*
ABDOMINAL PAIN .......................................................................................... M3
ALLERGIC REACTIONS .................................................................................... M3
ALTERED LEVEL OF CONSCIOUSNESS ............................................................. M4
ASTHMA ......................................................................................................... M5
CHRONIC OBSTRUCTIVE PULMONARY DISEASE .............................................. M6
DIABETIC EMERGENCIES ................................................................................ M6
DIALYSIS PROBLEMS ...................................................................................... M7
HYPERTENSION ............................................................................................... M7
MEDICAL SHOCK SYNDROMES ....................................................................... M8
NAUSEA / VOMITING ...................................................................................... M9
OBSTETRICS/GYNECOLOGY ............................................................................ M9
PAIN MANAGEMENT ....................................................................................... M10
RAPID SEQUENCE INTUBATION ...................................................................... M11
SEDATION ....................................................................................................... M13
SEIZURES ........................................................................................................ M14
SICKLE CELL ANEMIA .................................................................................... M15
STROKE ........................................................................................................... M15

Emergency Guidelines

# CARDIAC ............................................................................ C1

ASYSTOLE ............................................................................ C1
BRADYCARDIA ....................................................................... C2
CARDIOGENIC SHOCK .............................................................. C3
CARDIOVERSION / DEFIBRILLATION ............................................ C3
CHEST PAIN / MYOCARDIAL INFARCTION (SUSPECTED) .................... C4
CONGESTIVE HEART FAILURE/PULMONARY EDEMA ........................ C5
PAROXYSMAL SUPRAVENTRICULAR TACHYCARDIA ........................ C6
PULSELESS ELECTRICAL ACTIVITY .............................................. C7
VENTRICULAR ECTOPY ........................................................... C8
VENTRICULAR FIBRILLATION / PULSELESS V–TACH ........................ C9
VENTRICULAR TACHYCARDIA ................................................... C10
WIDE–COMPLEX TACHYCARDIA OF UNCERTAIN TYPE .................... C11

# TRAUMA / ENVIRONMENTAL ........................................ T1

BITES AND STINGS .................................................................. T1
BLACK WIDOW ....................................................................... T1
BROWN RECLUSE .................................................................... T1
MARINE INJURIES ................................................................... T1
SNAKE BITE ........................................................................... T2
CONTRAINDICATIONS .............................................................. T2
BURNS .................................................................................. T2
CHEST INJURY ........................................................................ T3
CRUSH INJURY ....................................................................... T3
DROWNING/NEAR DROWNING .................................................. T4
EYE INJURIES ......................................................................... T4
FRACTURES ............................................................................ T4
HEAD INJURIES ....................................................................... T5
HEAT TRAUMA ....................................................................... T5
HYPOTHERMIA ....................................................................... T5
LOCAL ANESTHESIA ................................................................ T6
SCUBA DIVING INJURIES .......................................................... T6

# TOXICOLOGY ................................................................. T8

OVERDOSE ............................................................................ T8
SPECIFIC TOXICOLOGICAL EMERGENCIES .................................... T8
BENZODIAZEPINE OVERDOSE .................................................... T8
NARCOTIC OVERDOSE ............................................................. T9
TRICYCLIC ANTIDEPRESSANT OVERDOSE (TCA) .......................... T9
CARBON MONOXIDE ............................................................... T10
COCAINE OVERDOSE ............................................................... T10

Emergency Guidelines

ECSTASY (MCMA) OVERDOSE ........................................................ T11
GHB (GAMMA HYDROXYBUTYRATE) OVERDOSE ............................................ T11
TOXIC CHEMICAL EXPOSURE ........................................................ T11
INHALED TOXINS ................................................................ T12
ORGANOPHOSPHATE POISONING ...................................................... T12

## Drug Reference ............................................................... D1

ACETAMINOPHEN .................................................................. D2
(TYLENOL*, APAP) .............................................................. D2
ACETAMINOPHEN SUPPOSITORIES .................................................... D2
(RECTAL TYLENOL) .............................................................. D2
ACETYLSALICYLIC ACID .......................................................... D3
(ASPIRIN, ASA) ................................................................ D3
ADENOSINE ..................................................................... D3
(ADENOCARD) ................................................................... D3
ALBUTEROL ..................................................................... D4
(PROVENTIL, VENTOLIN) ......................................................... D4
AMIODARONE .................................................................... D4
(CORDARONE, PACERONE) ......................................................... D4
AMYL NITRATE .................................................................. D5
ATROPINE SULFATE .............................................................. D5
(AS A CARDIAC AGENT) .......................................................... D5
ATROPINE SULFATE .............................................................. D6
(AS AN ANTIDOTE FOR POISONINGS) ............................................... D6
CALCIUM CHLORIDE .............................................................. D6
CALCIUM GLUCONATE ............................................................. D7
(TAGAMET) ..................................................................... D7
DEXAMETHASONE ................................................................. D8
(DECADRON) .................................................................... D8
DIAZEPAM ...................................................................... D8
(VALIUM) ...................................................................... D8
DILTIAZEM ..................................................................... D9
(CARDIZEM) .................................................................... D9
DIPHENHYDRAMINE ............................................................... D9
(BENADRYL) .................................................................... D9
DOBUTAMINE .................................................................... D10
(DOBUTREX) .................................................................... D10
DOLASETRON MESYLATE ........................................................... D10
(ANZEMET) ..................................................................... D10
DOPAMINE ...................................................................... D11
(INTROPIN) .................................................................... D11

Emergency Guidelines

EPINEPHRINE ................................................................................................ D11
(1:1000) ........................................................................................................ D11
EPINEPHRINE ................................................................................................ D12
(1:10,000) ..................................................................................................... D12
ETOMIDATE .................................................................................................... D12
(AMIDATE, HYPNOMIDATE) ........................................................................ D12
FLUMAZENIL .................................................................................................. D13
(ROMAZICON) ............................................................................................... D13
FUROSEMIDE .................................................................................................. D13
(LASIX) ........................................................................................................... D13
GLUCAGON ..................................................................................................... D14
(GLUCAGON) .................................................................................................. D14
GLUCOSE 50% ................................................................................................ D14
(DEXTROSE 50%) ........................................................................................... D14
GLUCOSE ORAL ............................................................................................. D15
(GLUTOSE) ..................................................................................................... D15
HEPARIN ......................................................................................................... D15
HYDROMORPHONE HCL ............................................................................... D16
(DILAUDID) ................................................................................................... D16
IPRATROPIUM ................................................................................................ D16
(ATROVENT) .................................................................................................. D16
KETOROLAC ................................................................................................... D17
(TORADOL) .................................................................................................... D17
LABETALOL .................................................................................................... D17
(NORMYDYNE, TRANDATE) ........................................................................ D17
LIDOCAINE HCL ............................................................................................. D18
(XYLOCAINE) ................................................................................................ D18
LIDOCAINE HCL 2% WITH ........................................................................... D18
EPINEPHRINE 1:100,000 ................................................................................ D18
LIDOCAINE HCL TOPICAL ............................................................................ D19
(XYLOCAINE 2% JELLY) ............................................................................... D19
LORAZEPAM .................................................................................................... D19
(ATIVAN) ....................................................................................................... D19
MAGNESIUM SULFATE .................................................................................. D20
MEHTYLPREDNISOLONE .............................................................................. D20
(SOLU-MEDROL) ........................................................................................... D20
MIDAZOLAM .................................................................................................. D21
(VERSED) ....................................................................................................... D21
MORPHINE SULFATE ..................................................................................... D21
(MS) ................................................................................................................ D21

Emergency Guidelines

NALBUPHINE ........................................................................................................ D22
(NUBAIN) ........................................................................................................... D22
NALOZONE .......................................................................................................... D22
(NARCAN) ........................................................................................................... D22
NITROGLYCERINE IV ............................................................................................. D23
(TRIDIL) ............................................................................................................. D23
NITROGLYCERINE SL ............................................................................................ D23
(NITROLINGUAL) (NITROBID) (NITROSTAT) ............................................................. D23
NITROGLYCERINE TOPICAL ................................................................................... D24
(NITRO-BID) ....................................................................................................... D24
NITROPRUSSIDE ................................................................................................... D24
(NIPRIDE) ........................................................................................................... D24
NITROUS OXIDE ................................................................................................... D25
(NITRONOX) ....................................................................................................... D25
OXYTOCIN .......................................................................................................... D25
(PITOCIN) ........................................................................................................... D25
PROCAINAMIDE ................................................................................................... D26
(PRONESTYL) ....................................................................................................... D26
PROMETHAZINE ................................................................................................... D26
(PHENERGAN) ..................................................................................................... D26
PROPOFOL .......................................................................................................... D27
(DIPRIVAN) ......................................................................................................... D27
SODIUM BICARBONATE ........................................................................................ D27
SUCCINYLCHOLINE CHLORIDE .............................................................................. D28
(ANECTINE, QUELICIN) ........................................................................................ D28
TETRACAINE HCL ................................................................................................ D28
(PRONTOCAINE) .................................................................................................. D28
THIAMINE ........................................................................................................... D29
(VITAMIN B-1) .................................................................................................... D29
VASOPRESSIN ...................................................................................................... D29
(PITRESSIN) ........................................................................................................ D29
VECURONIUM BROMIDE ....................................................................................... D30
(NORCURON) ...................................................................................................... D30
VERAPAMIL ......................................................................................................... D30
(ISOPTIN OR CALAN) ........................................................................................... D30

Emergency Guidelines

## Aeromedical ..................................................... A1

EDUCATIONAL SECTION .................................................................. A2
THE HISTORY OF AEROMEDICAL TRANSPORT .............................................. A2
AEROMEDICAL PROGRAM OPERATION ...................................................... A3
AIR TRANSPORT GENERAL INFORMATION .................................................. A5

## Haz-Mat Guidelines ........................................ H1

HAZARDOUS MATERIALS MEDICAL MANAGEMENT TREATMENT GUIDELINES ........................ H2

## Appendix A ...................................................... AA1

ACLS QUICKIE .......................................................................... AA1

## Appendix B ...................................................... AB1

GUIDE TO THE HOSPITALS IN THE OPERATING REGION ..................................... AB1

## Appendix C ...................................................... AC1

TRAUMA TRANSPORT PROTOCOLS ........................................................... AC1

## Appendix D ...................................................... AD1

APGAR, RULE OF NINE'S, AND WONG-BAKER PAIN SCALE ................................... AD1

## Appendix E ...................................................... AE1

PREHISPITAL FIBRINOLYTIC CHECKLIST ................................................... AE1
CINCINATTI STROKE SCALE ............................................................... AE2

## Appendix F ...................................................... AF1

HELICOPTER ACTIVATION CRITERIA ....................................................... AF1

## Appendix G ...................................................... AG1

TASER INJURIES ........................................................................ AG1



The following section entitled "Educational Guidelines" focuses on pharmacological and emergent procedures specific to each protocol. This new section is intended to provide a detailed explaination of the thought processes behind each treatment modality. Protocols 2005 is an extremely aggressive approach to pre–hospital emergency medicine. Clinicians priviledged to work within the scope of this protocol now have the opportunity for greater understanding of its content.

EMERGENCY MEDICAL GUIDELINES

# INTRODUCTION

Monitor ECG: As a paramedic, one of your most important skills will be to obtain and interpret ECG rhythm strips. Subsequent treatment received by your patient will be based upon a rapid, accurate interpretation.

IV: In the prehospital setting, intravenous therapy is geared toward electrolyte or fluid replacement, and for the introduction of medications directly into the vascular space. Three of the most commonly used solutions in prehospital care are lactated ringers solution, 0.9% sodium chloride (normal saline), and 5% dextrose in water ($D_5W$).

Lactated Ringer's is an isotonic electrolyte solution of sodium chloride, potassium chloride, calcium chloride, and sodium lactate in water.

Normal Saline is an electrolyte solution of sodium chloride in water. It is isotonic with the extracellular fluid.

$D_5W$ is a hypotonic glucose solution used to keep a vein open and to supply calories necessary for cellular metabolism. While it will have an initial effect of increasing the circulatory volume, glucose molecules rapidly diffuse across the vascular membrane with a resultant free water increase.

Both lactated ringer's solution and normal saline are used for fluid replacement, because their administration causes an immediate expansion of the circulatory volume. However, due to movement of the electrolytes and water, two-thirds of either of these solutions is lost to the interstitial space within one hour.

Transport: Patients who are transported under the direction of an emergency medical service system should be taken whenever possible to the closest appropriate medical facility. The medical control physician should be the authority to designate that facility, based on the needs of the patient and the availability of services. In some cases, the patient's need for special services – trauma, burn, pediatric, etc. – means designating a facility that is not nearby. At other times, the closest facility will be designated for stabilization of the patient while transfer is arranged. The ultimate authority for this decision, however, remains with the on–line medical control physician.

# PATIENT PRIORITIZATION

## PRIORITY ONE—HIGHEST PRIORITY (IMMEDIATE/CRITICAL)

Critical conditions are those which require immediate intervention involving the following:
1. Airway, Breathing, Circulation
2. Respiratory Arrest
3. Cardiac Arrest (Trauma or Medical)
4. Massive Exsanguinating Hemorrhage
5. Open Chest or Abdominal Wounds
6. Cervical Spine and/or Severe Head Injuries

## PRIORITY TWO—SERIOUS (SECONDARY)

Serious conditions are potentially life–threatening or disabling problems which, if left untreated, may result in a fatality or permanent disability. Serious conditions which need prompt attention may include:
1. Disturbances of consciousness
2. Respiratory distress
3. Cardiac dysrhythmias with diminished, rapid or irregular pulses
4. Chest pain or Abdominal pain (Medical or Trauma)
5. Active hemorrhage
6. Toxic Drug Overdose or Poisoning
7. Active seizure activity
8. Deforming injuries such as: Burns, Penetrating injuries, Fractures or other trauma
9. Cardiac or Stroke Alerts

## PRIORITY THREE—MINOR OR STABLE CONDITION

Conditions considered minor are those which need attention but any delay in treatment will not result in immediate harm or permanent injury to the patient Minor conditions may include:
1. Minor Fractures
2. Minor Lacerations
3. Minor Contusions
4. Falls Without Trauma
5. Minor Burns

### REMEMBER:

A patient's condition is always subject to change and may occur rapidly. Continuously monitor your patient and report appropriate information to the emergency department. Your patient's condition should be the primary assessment tool in determining the priority category.

MCI Triage Priorities: Please refer to the START programs field operation guidelines

E - 2

# GENERAL MEDICAL

## ABDOMINAL AORTIC ANEURYSMS

Abdominal aortic aneurysm (AAA) is a relatively common, potentially life–threatening condition. Ruptured AAA is the 13th–leading cause of death in the US. It has a wide spectrum of presentations and should be considered in the differential diagnosis for a number of symptoms. AAA is usually the result of degeneration in the media of the arterial wall, resulting in a slow and continuous dilatation of the lumen of the vessel. Rupture is believed to occur when the mechanical stress acting on the wall exceeds the strength of the wall tissue. Most occur in association with advanced atherosclerosis.

The 3 layers comprising the normal aorta are the intima, media, and adventitia. Structural and elastic properties of major arteries are most imparted by the media, which is composed of smooth muscle cells surrounded by elastin, collagen, and proteoglycans. AAA develops following degeneration of the media due to atherosclerotic changes. The degeneration ultimately may lead to widening of the vessel lumen and loss of structural integrity.

AAAs are usually asymptomatic until they expand or rupture. Patients may experience unimpressive back, flank, abdominal, or groin pain for some time prior to rupture. Isolated groin pain is a particularly insidious presentation. This occurs with retroperitoneal expansion and pressure on either the right or left femoral nerve. This symptom may be present without any other associated findings, and a high index of suspicion is necessary to make the diagnosis. Expanding AAA causes sudden, severe, and constant low back, flank, abdominal, or groin pain. Syncope may be the chief complaint, and pain may be a less significant symptom to the patient. Patients with a ruptured AAA may present in frank shock as evidenced by cyanosis, mottling, altered mental status, tachycardia, and hypotension. At least 65% of patients with ruptured AAA die from sudden cardiovascular collapse before arriving at a hospital. Patients at greatest risk for AAA are those who are older than 65 years and have peripheral atherosclerotic vascular disease. A history of smoking, chronic obstructive pulmonary disease (COPD), and hypertension often is elicited. It is important to note progressive symptoms, as these should alert the clinician to the possibility of expansion with imminent rupture.

Presence of a pulsatile abdominal mass is virtually diagnostic but is found in less than half of the cases. It is more commonly seen with a ruptured aneurysm. In an obese abdomen, an AAA is even more difficult to palpate. Even in 25% of patients known to have an aneurysm, vascular surgeons are unable to palpate a pulsatile mass while preparing the patient for surgery. The clinician need not be afraid of properly palpating the abdomen because no evidence exists that aortic rupture can be precipitated by this maneuver.

Establishing diagnosis in the field is usually difficult or impossible, but certain features of aortic aneurysm or dissection may be observed. Prehospital care should consist of assuring airway management, vigorous fluid resuscitation as indicated and obtaining useful information concerning history in order to expedite treatment on ED arrival.

The prognosis is guarded in patients who suffer rupture prehospital. More than 50% do not survive to the ED; of those who do, survival rate drops by about 1% per minute. However, survival rate is good in the subset of patients who are not in severe shock and who receive timely, expert surgical intervention.

## ABDOMINAL PAIN

Abdominal pain is a complex, differential diagnosis and is not appropriate to prolonged evaluation in the field. Prompt, gentle transport is indicated. The Team should consider the possible etiologies of the pain: abdominal aneurysm in the elderly, ectopic pregnancy, mesenteric embolism or thrombosis, ovarian cyst, intestinal obstruction perforated ulcer, recent trauma, spleen injury, gallbladder, distended bowel, cardiac pain in epigastrium, signs of hemorrhage. Use of pain medication is discouraged without physician consult. A prolonged transport time may be an appropriate reason for request of pain medication and/or a nasogastric tube. A 12-lead EKG is indicated for epigastric pain without evidence of gastrointestinal bleeding.

Textbook descriptions of abdominal pain have severe limitations, because each individual reacts differently. Infants and children may be unable to localize their discomfort and they have many diseases not seen in adults. Obese or elderly patients tend to tolerate pain better than others, but find it difficult to localize the pain. On the other hand, hysterical patients tend to exaggerate symptoms.

During physical examination, the important surgical emergencies with pain as their outstanding symptom to keep in mind are appendicitis, perforated peptic ulcer, intestinal obstruction, general peritonitis from an unknown cause, perforated diverticulitis, twisted ovarian cyst, ectopic pregnancy, a leaking abdominal aneurysm, and mesenteric embolism or thrombosis. Urgent, rather than emergency care, is the rule for most patients with biliary tract disease, pancreatitis, or renal stone.

E - 3

EMERGENCY MEDICAL GUIDELINES

Diagnosis and therapy of a patient with severe abdominal pain must proceed simultaneously. The cause is established by history and physical examination. The history must be detailed, and in many cases it will be sufficient to make the proper diagnosis. Certain questions are always important.

Is the pain acute or chronic? Chronic complaints may be entirely functional or demand a long, careful diagnostic study. However, mild chronic discomfort localized to one area may point to an involved viscus that now is subject to a serious complication (i.e., perforated duodenal ulcer, perforated diverticulitis). Recurrent attacks of severe colic suggest the possibility of gallstones, kidney stones, or recurrent attacks of mild intestinal obstruction from a benign tumor (i.e., carcinoid).

Was the onset sudden? What was the patient doing when the pain started? A sudden pain severe enough to cause fainting suggests a perforated ulcer, acute pancreatitis, or ruptured aneurysm. Similar symptoms in a woman of childbearing age may be due to a ruptured ectopic pregnancy. Symptoms of intestinal obstruction usually have a less dramatic onset; crampy pains followed by severe steady pain may mark the onset of strangulation.

How long did the attack last? If the pain stopped before the physical examination, biliary or renal colic is likely. However, a perforated peptic ulcer produces severe pain at the outset, which later appears to subside but again increases in severity as peritonitis is established.

How severe is the pain? This is a very important guide to the importance of the complaint; severe pain may herald serious diseases (i.e., free perforation of a viscus into the peritoneal cavity or rupture of an aortic aneurysm) or be more severe than seems warranted by the physical findings (i.e., mesenteric arterial or venous thrombosis, or embolism).

Where is the pain? Location is a very important guide to the involved viscus. Epigastric pain associated with stomach, duodenum, intestine, gallbladder, or pancreas; usually with appendicitis it is the initial site of pain before the pain shifts to the right lower quadrant. Renal pain is felt over the corresponding kidney, and testicular torsion in the affected testicle.

Does the pain radiate? Radiation often occurs along the distribution of the nerves of the same spinal segment ("referred pain"). Gallbladder pain often is felt beneath the right scapula. Left diaphragmatic irritation from blood or pus (due to a ruptured spleen or pancreatitis) can be felt in the region of the left shoulder. Renal pain radiates to the region of the pubis or vagina. In an older man, severe pain beginning in the mid–back and rapidly spreading to the abdomen is characteristic of a ruptured aortic aneurysm.

How is the pain described? A severe, knife–like pain, especially if it is associated with shock, indicates an emergency. Tearing pain is characteristic of a dissecting aneurysm. Appendicitis often is described as an ache.

What gives the patient relief? If there have been previous attacks of somewhat similar pains, some measures may have been found to relieve it; i.e., relief by antacids suggests peptic ulcer disease. During the acute attack, if the patient attempts to relieve the pain by walking the floor, biliary colic is more likely; with peritonitis he will want to lie as quietly as possible.

Are other symptoms associated with the pain? Symptoms that occurred immediately before the onset of the pain or in association with it are important. Vomiting is one of the most important. When it precedes pain and especially if it is followed shortly by diarrhea, gastroenteritis is the probable diagnosis. Vomiting results from either of 3 mechanisms: (1) severe irritation of local peritoneum or mesentery; (2) obstruction of a muscular tube (i.e., bile duct, intestine, or ureter); or (3) absorbed toxin or drug stimulation of CNS centers controlling the vomiting reflex.

Severe vomiting that precedes an intense epigastric, left chest, or shoulder pain suggests an emetic perforation of the intra–abdominal esophagus. Vomiting usually occurs only 1 or 2 times/hour after the onset of pain with appendicitis. In patients with acute intestinal obstruction, the lower the site of the obstruction, the more delayed is the vomiting.

Shock, pallor, sweating, or fainting can also accompany abdominal pain and furnish a rough guide to the severity of the pathologic process.

Past history of preceding symptoms may help localize the site of the present problem. Previous symptoms of ulcer disease, gallstone colic, or diverticular disease are especially helpful. A history of either esophageal reflux, diarrhea, constipation, jaundice, melena, hematuria, hematemesis, weight loss, mucus, or blood in the stool can help establish a diagnosis.

Drug history should include details concerning drugs, both therapeutic and addictive. Some drugs (i.e., K tablets, aspirin) are highly irritating to the intestine and may lead to perforations and peritonitis. Prednisone or immunosuppressives increase the chances of perforation of some portion of the gastrointestinal tract with relatively little response in the nature of pain or leukocytosis. Anticoagulants can increase the chances of bleeding.

Family history of certain diseases (i.e., gallstones) may be helpful. If the symptoms include pain, vomiting, diarrhea, and other family members have just recovered from similar attacks, gastroenteritis is a probable cause.

Abdominal pain in neonates, infants, and children has numerous causes not encountered in adults. They include meconium peritonitis, intestinal obstruction from atresia, stenosis,

E - 4

web, volvulus of a gut with a common mesentery, imperforate anus, enterocolitis, and others.

Abdominal pain in women varies greatly in intensity. Dysmenorrhea may be trivial or disabling. Endometriosis is a common cause of pain. It often can be controlled by hormones but in other cases may require operation. An ectopic pregnancy is life–threatening without emergency laparotomy. Intrauterine contraceptive devices may migrate into the peritoneal cavity and produce peritonitis and intestinal obstruction.

The most troublesome problem that occurs in young women is pelvic inflammatory disease. Preferably it is treated with antibiotics. Tubo–ovarian abscesses require surgical treatment. In some instances symptoms are confined to the right lower quadrant so that there is great difficulty in determining whether the patient has pelvic inflammatory disease or appendicitis.

The general physical examination must not be neglected. Blood pressure, pulse, level of consciousness, and degree of shock must be evaluated in severe cases. The center of attraction, of course, is the abdomen. Peristalsis is extremely important. Active peristalsis of normal pitch suggest a nonsurgical disease (i.e., gastroenteritis). High pitched peristalsis or borborygmi (bubbling in the bowels) in rushes suggest intestinal obstruction. Severe pain combined with an absolutely silent abdomen is an indication for immediate exploration.

Tenderness, rebound tenderness, degree of distention and palpable masses are important. Particular attention should be paid to operative scars, which suggest the possibility of adhesions and intestinal obstruction, and to orifices that could be the site of external hernias. Jaundice or evidence of bleeding in subcutaneous tissues is another diagnostic sign that may be present (i.e., retroperitoneal bleeding from hemorrhagic pancreatitis or a bluish discoloration or frank ecchymosis of the costovertebral angles [Grey Turner's sign] or around the umbilicus [Cullen's sign]).

Some relatively common diseases must be considered in the diffential diagnosis of acute abdominal pain. (1) Gastroenteritis: symptoms of colicky pain, nausea, vomiting and diarrhea may be accompanied by mild abdominal tenderness, but the tenderness never becomes localized and the disease is self–limited. Gastroenteritis is likely if family members or associates have had recent similar complaints. (2) Inflammatory bowel disease: Crohn's disease can mimic acute appendicitis, and diverticulitis can produce a similar syndrome (usually in the left lower quadrant). (3) Herpes zoster: at times severe pain precedes the typical rash; this can be confusing, particularly if the nerves in the right lower quadrant are involved in a patient whose appendix has not been removed. (4) Pneumonia can lead to diffuse abdominal pain, but there is no localized abdominal tenderness. (5) Acute myocardial infarction may be accompanied by diffuse abdominal pain. (6) Drug addicts may have severe colicky pains that suggest intestinal obstruction. (7) Anticoagulants or severe coughing can lead to a hematoma of the abdominal wall or rupture of the deep epigastric artery or vein, events that are associated with local pain and tenderness. (8) Sickle cell disease may be associated with attacks of severe abdominal pain. (9) Spinal or central nervous system disease can produce pain referred to the abdomen. The most common cause is radiculitis; this pain usually is chronic rather than acute. In the past, tabetic crises were a common cause of attacks of severe abdominal pain. (10) Patients with psychogenic somatoform disorders often complain of severe attacks of abdominal pain for which no organic cause can be found. Unless the patient has a peptic ulcer, complaints of burning pains are likely to remain unexplained. (11) Typhoid fever may; be accompanied by right lower pain. If rose spots are present, this disease must be considered.

## RATIONALE

The abdominal cavity is the largest cavity in the body. Abdominal pain is one of the most difficult problems in the pre-hospital setting to diagnose and treat. You will usually not be able to determine the cause in the field. Your primary goal in dealing with a patient suffering an abdominal emergency consists of detection and stabilization. This patient can deteriorate rapidly. Therefore, constant reassessment and subsequent management are appropriate.

IV 0.9% Normal Saline – IV access is routinely established at a KVO rate. The patient who exhibits active hemorrhage (upper or lower GI bleed, bloody stools, vomiting blood) or showing signs of impeding shock (postural hypotension) will require fluid resuscitation. This access allows for immediate delivery as needed.

* Current research indicates the future of EMS leaning toward the use of a much higher concentration of normal saline as well as medications that allow for oxyhemoglobin enhancement.

Nitrous Oxide (Nitronox) – Analgesic gas. Use of this pain medication is preferred in abdominal pain because it provides rapid relief and is easily reversible. however, patients who present with severe abdominal pain, absent bowel sounds, and distention should not receive nitrous oxide. This medication can concentrate in pockets of obstructed bowel and possibly lead to rupture.

Promethazine (Phenergan) – Antiemetic/Analgesic. Phenergan may be administered for prolonged, uncontrolled vomiting. The sedative and analgesic properties of this medication may make diagnosis of abdominal pain difficult once the patient arrives at the emergency room, so its administration is given sparingly.

Nasogastric Tube Insertion – Is indicated for the decompression of gastric distention and poisoning or overdose cases

E - 5

EMERGENCY MEDICAL GUIDELINES

when transport will be lengthy or delayed.

# ALLERGIC REACTION

Much more common than anaphylactic reaction, this distressing condition responds well to immediate field treatment by the Team. Early treatment is important, and multiple drug therapies is preferred. The Team should be prepared to treat the following: multiple cardiac arrythmias, airway obstruction, marked hypertension, impending anaphylaxis.

Signs and symptoms include: localized redness and swelling, urticaria (hives), tachycardia, itching, sneezing, mild wheezing, mild agitation.

Review of the symptoms, their relation to the environment and to the seasonal and situational variations, their clinical course, and the family history of similar problems should yield sufficient information to classify the disease as atopic. The history is more valuable than tests in determining whether a patient is allergic, and it is inappropriate to subject the patient to extensive skin testing unless reasonable clinical evidence exists for atopy. Age of onset may be an important clue (i.e., childhood asthma is more likely to be allergic than asthma beginning after age 30). Also indicative are seasonal symptoms (i.e., correlating with specific pollen seasons), or those that appear after exposure to animals, hay, or dust, or those that develop in specific environments (i.e., at home, at work). For advising the patient, it is also helpful to investigate the effects of nonspecific contributory factors (i.e., tobacco smoke and other pollutants, cold air, exercise, alcoholic beverages, certain drugs, and life stresses).

Symptomatic relief with drugs should not be neglected while the patient is being evaluated and specific control or treatment is being developed. In general, early use of glucocorticoids is appropriate for potentially disabling conditions that are self–limited and/or relatively short duration (seasonal flares of asthma; serum sickness; infiltrative lung disease; severe contact dermatitis), and prudent glucocorticoid use may be necessary when other measures are insufficient to manage chronic conditions.

Histamine is widely distributed in mammalian tissue. In man, the highest concentrations are in skin, lungs, and gastrointestinal mucosa. Histamine is present mainly in the intracellular granules of mast cells, but there is also an important extra–mast–cell pool in the gastric mucosa, with smaller amounts in the brain, heart, and other organs. The release of histamine from the mast–cell storage granules can be triggered by physical tissue disruption, various chemicals (including tissue irritants, surface active agents, and polymers), and most prominently by antigen–antibody interactions.

The specific homeostatic function of histamine remains unclear. Its actions, which in man are exerted primarily on the cardiovascular system, extravascular smooth muscle, and exocrine glands, appear to be mediated by two distinct receptors termed H1 and H2.

In the cardiovascular system, histamine is a potent arteriol dilator that can cause extensive peripheral pooling of blood and hypotension. It also increases capillary permeability by distortion of the endothelial lining of the postcapillary venules, with widening of the gap between endothelial cells and exposure of basement membrane surfaces. This accelerates loss of plasma and plasma proteins from the vascular space and, combined with arteriolar and capillary dilation, can produce circulatory shock. Histamine also dilates cerebral vessels, which may be a factor in histamine headache.

The "triple response" is mediated by local intracutaneous histamine release, causing (1) local erythema from vasodilation, (2) wheal due to local edema from increased capillary permeability, and (3) flare from a neuronal reflex mechanism producing a surrounding area of arteriolar vasodilation. Other smooth muscle: In man, histamine may cause severe bronchoconstriction in susceptible individuals. Histamine also stimulates gastrointestinal motility. Exocrine glands: Histamine increases salivary and bronchial gland secretions. Endocrine gland: Stimulation of catecholamine release from adrenal chromaffin cells also appears to be H1–receptor–mediated. Sensory nerve endings: Local instillation of histamine may produce intense itching.

Histamine H1 receptor antagonists (H1 blockers): The conventional antihistamines possess a substituted ethylamine side–chain (similar to that of histamine) linked to one or more cyclic groups. The similarity between the ethylamine moiety of histamine and the substituted ethylamine structure of the H1 blockers suggests that this molecular configuration is important in receptor interactions. H1 blockers appear to act by competitive inhibition; they do not significantly alter histamine production or metabolism.

The H1 blockers, given orally or rectally, are usually well absorbed from the gastrointestinal tract. Onset action usually occurs within 15 to 30 minutes, with peak effects attained in 1 hour; duration of action is usually 3 to 6 hours, but some blockers act considerably longer.

Antihistaminic effects of H1 blockers are noted only in the presence of increased histamine activity. They block the effects of histamine on GI tract smooth muscle, but in man the allergic reaction of the bronchial smooth muscle is not dependent primarily on histamine release and does not respond effectively to antihistamines alone. H1 blockers effectively block histamine–induced increased capillary permeability and sensory nerve stimulation, thus inhibiting the wheal, flare, pruritus, sneezing, and mucous secretion responses. However,

E - 6

theses agents are only partially effective in reversing histamine–induced vasodilation and hypotension.

In addition to blocking the effects of histamine, many antihistamines have other therapeutic uses. Pharmacologic differences among them are most apparent in their sedative, antiemetic, and other CNS effects, and in their anticholinergic, antiserotonin, and local anesthetic properties.

# ALTERED LEVEL OF CONSCIOUSNESS/ ALCOHOLISM

Altered level of consciousness may occur from many sources. Look for data in the patient's personal effects such as: medical alert tags, wallet, purse or pill containers. The patient's family or friends may provide a history. Specific questions about abnormal motor movement, food or drug ingestion, trauma and underlying diseases should be asked. Altered level of consciousness includes patients with decreased level of consciousness as well as an increased response such as the violent or irrational patient. The Glascow Coma Scale is used to help determine a decrease in level of consciousness.

### Glascow Coma Scale

| Infant | Eye Opening | Child/Adult |
|--------|-------------|-------------|
| 4 | spontaneously | 4 |
| 3 | to speech | 3 |
| 2 | to pain | 2 |
| 1 | no response | 1 |

| | Best Verbal Response | | |
|---|---|---|---|
| 5 | coos,babbles | obeys commands | 5 |
| 4 | irritable cries | confused | 4 |
| 3 | cries to pain | inapprop. words | 3 |
| 2 | moans,grunts | incomprehensible | 2 |
| 1 | no response | no response | 1 |

| | Best Motor Response | | |
|---|---|---|---|
| 6 | spontaneous | obeys commands | 6 |
| 5 | localizes pain | localizes pain | 5 |
| 4 | withdraws | withdraws | 4 |
| 3 | flexion | flexion | 3 |
| 2 | extension | extension | 2 |
| 1 | no response | no response | 1 |

The alert state with normal mentation requires an intact interaction between the cognitive functions of the cerebral hemispheres and the arousal mechanisms of the reticular formation (the extensive network of nuclei and interconnecting fibers found throughout much of the diencephalon, midbrain, pons, and medulla). Impaired consciousness may be brief or prolonged, mild or profound. Brief unconsciousness occurs with syncope; with a convulsive seizure, unconsciousness may last somewhat longer; and in concussion, up to 24 hours. Prolonged unconsciousness usually results from severe intracranial or metabolic disorders. Obtundation, reduced alertness, is usually combined with hypersomnia. Stupor is unresponsiveness from which the patient can be aroused only briefly and by vigorous, repeated stimulation. Coma is unarousable unresponsiveness; in deep coma, even primitive avoidance reflexes may be absent.

Hypersomnia (excessively long or deep sleep from which the patient can be awakened only by energetic stimulation) and delirium and confusional states also are states of impaired consciousness.

A clouded or depressed state of consciousness implies dysfunction of the cerebral hemispheres, the upper brainstem, or both. Initially, focal lesions in supratentorial structures may extensively damage both hemispheres or may produce so much swelling that the hemispheres compress the diencephalic activating system and midbrain, causing brainstem damage. Primary subtentorial (brainstem or cerebellar) lesions may compress or directly damage the reticular activating system anywhere between the level of the midpons and (by upward pressure) the diencephalon. Metabolic or infectious diseases may depress hemispheric and brainstem function by a change in blood composition or a direct toxic effect. Impaired consciousness may also be due to reduced blood flow (as in syncope or infarction) or a change in electrical activity (as in epilepsy). Either inadequate blood flow or a chemical change may alter the electrical activity. Concussion and psychologic disturbances impair consciousness without detectable structural changes in the brain.

The cause of unconsciousness often is not immediately evident, and diagnosis requires an orderly approach. The airway must be patent and blood pressure supported before a detailed history or examination is undertaken. The patient may be wearing a tag or carrying a diagnostic card in his wallet. Observers or relatives should be questioned about the mode of onset or injury; ingestion of drugs, alcohol, or other toxic substances; infections, convulsions, headache, and previous illnesses (i.e., diabetes mellitus, nephritis, heart disease, hypertension). Police can help to find relatives or associates. Containers suspected of having held food, alcohol, drugs, or poisons should be examined and saved (for chemical analysis and possible legal evidence). Signs of hemorrhage, incontinence, and cranial trauma should be sought. The patient's age may be significant: epilepsy and systemic infection are frequently responsible in those less than 40 years; cardiovascular disease (especially stroke), metabolic disorders (diabetes

E - 7

EMERGENCY MEDICAL GUIDELINES

mellitus, hypoglycemia), and uremia are more common after 40.

Physical examination should note (1) temperature; (2) skin: color, evidence of trauma or hypodermic injections (narcotics, insulin), rashes, petechiae; (3) scalp: contusions or lacerations; (4) eyes: pupil size and reaction to light, ocular palsy, corneal reflex, oculocephalic reflex ("doll's eye" response to head rotation), fundic signs of papilledema, vascular sclerosis, or diabetic or uremic retinitis; (5) ENT: escape of CSF or blood, scarred or bitten tongue, breath odor (alcohol, acetone, paraldehyde, bitter almonds [cyanide]); (6) respiratory pattern: hyperventilation; Cheyne–Stokes (periodic) breathing; (7) cardiovascular signs: apical rate and rhythm, character of the pulse, blood pressure in both arms, signs of cardiac decompensation, sclerosis in peripheral vessels, cyanosis or clubbing of the fingers and toes; (8) abdomen: spasm, rigidity; (9) neurologic signs: paresis, stiff neck, reflexes, muscular twitching, convulsions.

The neurologic appraisal provides the key to whether the disease is supratentorial, subtentorial, or metabolic. Breathing is Cheyne–Stokes (periodic) with hemispheric disease and irregularly irregular with pontomedullary disease; hyper–or hypoventilation occurs with metabolic disease. The pupils are small and reactive to light with hypothalamic and pontine disease or narcotic poisoning, fixed in midposition with midbrain damage or severe glutethimide overdosage, light–reactive with metabolic disorders, dilated with anoxia or 3rd nerve compression, and normally reactive with hemispheric disease or psychogenic unresponsiveness.

Characteristically in supratentorial mass lesions causing stupor or coma, neurologic signs and symptoms first indicate involvement of one cerebral hemisphere. Then, because of enlargement of the mass and consequent shifts in brain tissues as a result of pressure changes, signs show progressive rostral–caudal deterioration indicating involvement first of the diencephalon and finally of the brainstem. With unconsciousness from a primary brainstem lesion, pupillary and oculomotor signs are abnormal from the start.

The Wernicke–Korsakoff syndrome refers to the coexistence of Wernicke's encephalopathy and Korsakoff's psychosis. Acute Wernicke's encephalopathy results from a failure to ingest thiamine. Continued carbohydrate ingestion gradually exhausts thiamine stores in critical areas of the thalamus and brainstem reticular formation. The most common precipitating condition is severe alcoholism, but vitamin–free fluid intake over a period of several days or weeks (i.e., as can occur in dialysis patients, during oversights in postoperative care, or in women with hyperemesis gravidarum) can produce a similar deficiency. The result causes acute abnormalities in the dorsal and medial thalamic nuclei, the mammillary bodies and the dorsal gray matter of the brainstem, including the oculomotor, vestibular, and other cranial nerve nuclei. Symptoms and signs: Acutely ill patients develop nystagmus or partial ophthal-

E - 8

moplegia and may become ataxic, confused, drowsy, or stuporous. Confusion may be global or of the type characteristic of Korsakoff's psychosis (see below). In addition to the partial ophthalmoplegia, clinical defects often appear in other cranial nerve functions. Severe cases show a striking elevation of peripheral pain threshold, and many develop a severe, sometimes fatal degree of autonomic insufficiency. Autonomic dysfunction may appear either in the form of sympathetic hyperactivity (i.e., delirium tremens) or hypoactivity (hypothermia, postural hypotension, and syncope). Thiamine reverses these defects. Most cases of Wernicke's encephalopathy have manifestations of nutritional deficiencies affecting other parts of the body as well. Acute Wernicke's disease is underdiagnosed and can be fatal; fully developed cases should be treated as emergencies in the hospital under close supervision. Even suspected or borderline cases should receive parenteral thiamine. Treatment consists of immediately giving 50 to 100 mg thiamine IV before administering glucose–containing fluids. This should be followed by rehydration to restore blood volume, correction of electrolyte abnormalities, and initiation of general nutritional therapy including multivitamins. Delirium tremens often supervenes within a few days after beginning corrective treatment and abstinence from alcohol.

# ANAPHYLAXIS

The phrase anaphylaxis was first coined in 1902 when a second dose of sea anemone toxin caused a dogs death. The response was the opposite of prophylaxis and this was referred to as anaphylaxis, meaning without protection.

Anaphylaxis is a systemic, acute reaction caused by the release of mediators from mast cells and basophiles. More than one organ system should be involved for the reaction to be considered anaphylaxis. The most common organs involved include the cutaneous, respiratory, cardiovascular, and gastrointestinal.

The term anaphylactic reaction usually refers to a type I hypersensitivity reaction with mast cell degranulation mediated by antigen binding of specific immunoglobulin E (IgE). The term anaphylaxis refers to the physiologic events that follow, due to this mechanism. A sensitizing antigen elicits an IgE antibody response in a susceptible individual. The antigen-specific IgE antibodies then bind to mast cells and basophiles. Subsequent exposure to the sensitizing antigen causes cross-linking of cell-bound IgE, resulting in mast cell (and/or basophile) degranulation. Typical examples of IgE-mediated anaphylaxis include the reactions to many drugs, insect stings, and foods.

When mast cells and basophiles degranulate, histamine and newly generated leukotrienes and prostaglandins are released. The physiologic responses to these mediators include smooth muscle spasm in the bronchi and gastrointestinal tract, vasodi-

lation, increased vascular permeability, and stimulation of sensory nerve endings. These physiologic events lead to the classic symptoms of anaphylaxis, including flushing, urticaria, pruritus, bronchospasm, and abdominal cramping with nausea, vomiting, and diarrhea. Hypotension and shock can result from intravascular volume loss, vasodilation, and myocardial dysfunction. Increased permeability can result in a shift of 50% of vascular volume to the extravascular space in a matter of minutes.

Anaphylaxis is a clinical diagnosis, based on a history of acute exposure to a causative agent followed by the typical systemic manifestations. Patients often initially describe a sense of impending doom, accompanied by pruritus and flushing. This can evolve rapidly into the following symptoms, broken down by organ system: Cutaneous/ocular - urticaria, angioedema, flushing, conjunctiva pruritus, and swelling. Respiratory - nasal congestion, rhinorrhea, throat tightness, shortness of breath, cough, hoarseness. Cardiovascular - dizziness, weakness, syncope, chest pain, palpitations, hypotension. Gastrointestinal - nausea, vomiting, diarrhea, abdominal distention, cramps. Neurologic - headache and seizure (very rare).

Symptoms usually begin within 5-30 minutes from the time the antigen is injected. The source of the antigen should be removed whenever possible. (e.g., stinger after bee sting). When the antigen is ingested, symptoms usually occur within 2 hours, though symptoms often can occur much faster, as with severe food allergy. In rare cases, symptoms can be delayed in onset for several hours. The oral route is less likely to cause a reaction, and the reaction usually is less severe. The longer the interval between exposures, the less likely an anaphylactic reaction will recur.

The first priority should be to assess the patient's respiratory and cardiac status. Severe angioedema of the tongue and lips may obstruct airflow. Laryngeal edema may present as stridor or severe air hunger. Loss of voice may also be observed. Bronchospasm, airway edema, and mucus hypersecretion may manifest as wheezing. Hypoxia can cause altered mental status. Tachycardia is a compensatory measure for intravascular volume loss. Hypotension (and resultant loss of consciousness) may be observed secondary to capillary leak, vasodilation, and hypoxic myocardial depression.

Anaphylaxis is a medical emergency requiring immediate recognition and intervention. Pay close attention to the airway and secure as needed. Position the patient supine, vitalize and administer supplemental oxygen as soon as possible. The source of the antigen should be removed if possible (e.g., stinger after bee sting).

Anaphylactic deaths correlate with delay in administration of epinephrine. Subcutaneous epinephrine should be administered into an unaffected extremity immediately. Epi-

nephrine maintains the blood pressure, antagonizes the effects of the released mediators, and inhibits further release of mediators from mast cells and basophiles. Physicians sometimes are reluctant to administer epinephrine for fear of adverse effects. However, epinephrine usually is well tolerated and is life saving. The initial dose can be repeated as necessary, depending on the response. Alternate extremities when administering epinephrine.

Antihistamine therapy should be considered adjunctive to epinephrine. Both an H1 and H2 blocker should be administered because studies have shown the combination to be superior to an H1 blocker alone in relieving the histamine-mediated symptoms. Diphenhydramine (Benedryl) and cimetidine (Tagamet) or ranitidine (Zantac) are an appropriate combination. Cautious administration of cimetidine is recommended so as to not cause hypotension with rapid infusion.

Intravenous access should be established, both for administration of adjunctive medications and for intravenous fluids to maintain blood pressure if needed. Hypotension often is the most difficult manifestation of anaphylaxis to treat. Because hypotension is due to a dramatic shift of intravascular volume, the fundamental treatment intervention (after epinephrine) is aggressive intravenous fluid administration.

Brochospasm that has not responded to subcutaneous epinephrine should be treated with inhaled beta2-adrenergic agonists, such as albuterol.

Corticosteroids do not have an immediate effect on anaphylaxis but should be administered early to prevent a potential late-phase reaction (biphasic anaphylaxis).

In the acute setting, evidence of respiratory failure mandates endotracheal intubation. If the endotracheal tube cannot be passed because of severe laryngeal edema, tracheotomy is required.

## RATIONALE

The primary medication for acute anaphylaxis is epinephrine. All other therapies are adjunctive, including fluids, antihistamines, corticosteroids, and albuterol. Dopamine may also be required to maintain blood pressure.

Adrenergic agonists - Epinephrine maintains blood pressure, antagonizes effects of released mediators, and prevents further release of mediators.

Antihistamines - Block the effects of released histamines at the H1 receptor, thereby treating flushing, urticarial lesions, vasodilation, and smooth muscle contraction in the bronchial tree and GI tract.

The EpiPen automatic injector for adults delivers 0.3ml of

E - 9

EMERGENCY MEDICAL GUIDELINES

1:1,000 epinephrine (0.3mg), and the EpiPen Jr for children delivers 0.3ml of 1:2,000 epinephrine (0.15mg).

The automatic injector is administered by taking off the cap and pushing the opposite end firmly into the upper lateral thigh. The needle is delivered into the thigh automatically.

The patient should count to 10 before removing the pen to insure complete delivery of the medication. The patient should be instructed to obtain medical care immediately after injecting the EpiPen because additional doses of epinephrine and other therapy may be required.

# ASTHMA

The National Asthma Education and Prevention Program Expert Panel defines asthma in the following manner: Asthma is a chronic inflammatory disorder of the airways in which many cells and cellular elements play a role. In susceptible individuals, this inflammation causes recurrent episodes of wheezing, breathlessness, chest tightness and coughing, particularly at night or in the early morning. These episodes are usually associated with widespread but variable airflow obstruction that is often reversible either spontaneously or with treatment. The inflammation also causes an associated increase in the existing bronchial responsiveness to a variety of stimuli.

The pathophysiology of asthma is complex and involves 3 components, airway inflammation, intermittent airflow obstruction, and bronchial hyper responsiveness. The mechanism of inflammation in asthma may be acute, sub acute, or chronic, and the presence of airway edema and mucus secretion also contributes to airflow obstruction and bronchial reactivity. Airflow obstruction can be caused by a variety of changes including acute bronchoconstriction, airway edema, chronic mucous plug formation, and airway remodeling. The extent of reversibility of airway obstruction is based on structural changes in the airway due to longstanding inflammation. One feature of asthma is the exaggerated response to numerous stimuli.

The degree of airway hyper responsiveness generally correlates with the clinical severity of asthma. The disease is believed to be mediated by either water loss from the airway, heat loss from the airway, or a combination of both. The upper airway is designed to keep inspired air at 100% humidity and body temperature at 37 degrees C. The nose is unable to condition the increased amount of air required for exercise, particularly in athletes who breathe through their mouths. The abnormal heat and water fluxes in the bronchial tree result in bronchoconstriction, occurring within minutes of completing exercise.

Asthma incidence is increased in the very young and very old because of airway responsiveness and lower levels of lung function. Two thirds of all asthma cases are diagnosed before the age of 18 years. Approximately one half of all childhood asthmatics have a decreased or disappearance of symptoms by early adulthood. The diagnosis of asthma is made more often in children and young adults and is related to high levels of physical activity. It can ob observed in any age based on level of underlying airway reactivity and the level of physical exertion. Asthma is the most common cause for hospitalization for children in the United States. A detailed medical history should address if symptoms are due to asthma, support the likelihood of asthma such as with a family history, assess the severity of asthma and identify possible precipitating factors such as exposure to various allergens, occupational exposure or medications. Common symptoms are cough, wheezing, shortness of breath with use of accessory muscles to breathe and sputum production.

Specific historical factors are key in the assessment of acute asthma. Duration and precipitating factors are related to weather, animal exposure, current medications and compliance (e.g., need for medication, dose of steroids), last use of medications and the date of medication.

On physical examination the clinician may find the patient with accessory muscle use, stridor, altered level of consciousness, cyanosis, an inability to speak in complete sentences and wheezing. Inspiration-expiration ratio reveals prolongation of the expiratory phase (e.g., 1:1 mild, 1:3 severe). Patients with mild acute asthma are able to lie flat. In more severe cases, the patient assumes a sitting position. As the severity increases, the patient increasingly assumes a hunched-over sitting position with the hands supporting the torso, termed the tripod position. If symptomatology becomes more severe, profuse diaphoresis occurs. The diaphoresis presents concomitantly with a rise in $PCO_2$ and hypoventilation. In the most severe form of acute asthma, the patient may struggle for air and/or be bradypneic and be profusely diaphoretic; almost no breath sounds may be heard, and the patient is willing to lie recumbent. In children, assess supraclavicular and intercostal retractions, accessory muscle use, and nasal flaring.

Some causes of acute asthma may be respiratory infections, exercise, weather, including cold and dry air, weather changes, and significant increases in humidity, air pollution, aspirin ingestion, and chemical irritants.

The worst bronchospasm is usually about 4am, and the best airflow is at approximately 4pm. ED visits are decreased and mortality increased at night, possibly because of acid reflux, sinusitis, or postnasal dripping during sleep.

Pulse oximetry measurement is desirable in all patients with acute asthma to exclude hypoxemia. The hypoxemia of uncomplicated acute asthma is readily reversible by oxygen administration. All patients with acute asthma should have oxy-

E - 10

gen saturation measured by pulse oximetry. In children, pulse oximetry is used to grade severity of acute asthma. Oxygen saturation of 97% or above constitutes mild asthma, 92-97% constitutes moderate asthma, and less than 92% signifies severe asthma.

## RATIONALE

The goals of therapy are to maintain Sa02 greater than 92% and treat dehydration if it is clinically apparent. The mainstay of therapy for acute asthma in the pre-hospital setting is inhaled beta2-agonists.

Bronchodilators – Their primary action is to decrease muscle tone in both the small and large airways in the lungs, thus increasing airflow and ventilation.

Ipratropium - Ipratropium is chemically related to atropine, and has anti-secretory properties and inhibits secretions from glands lining the nasal mucosa and increases the duration of bronchodilation. In controlled studies, Ipratropium demonstrated the most consistent efficacy in children and smokers.

Ipratropium (Atrovent) and Albuterol (Proventil, Ventolin) – When utilized together create a synergistic affect.

Albuterol (Proventil, Ventolin) – Is a bronchodilator utilized to reverse airway obstruction due to asthma. It has little effect on the heart rate.

Epinephrine - (SQ administration or Epi-Pen)Patients who respond poorly or not at all to an inhaled beta-agonist usually respond to epinephrine subcutaneously. Alpha-agonist effects increase peripheral vascular resistance and reverse peripheral vasodilatation, systemic hypotension, and vascular permeability. Beta-agonist activity of epinephrine produces bronchodilatation. This is the best treatment of choice if bronchospasm does not improve after 2-3 treatments with inhaled beta-2 agonists.

Glucocorticoids – The anti-inflammatory agent Methylprednisolne (Solu-Medrol) restores the beta2-agonist receptors in the bronchial smooth muscles and, therefore, restore the response to beta2-agonists. Glucocorticoids are indicated if response to the first or second beta2-agonist inhaler treatment is incomplete.

Solu-Medrol – is used for treatment of inflammatory reaction. By reversing increased capillary permeability and suppressing activity, it decreases inflammation.

The onset of action of steroids is approximately 4 hours in children and 6 hours in adults.

# BLOODBORNE PATHOGENS

The following is intended to be utilized as a quick reference guide only! Please refer to your departmental Bloodborne Pathogens/Infection Control Program for more in–depth information on this topic. In addition, information may be obtained from the following documents;

OSHA 29 CFR 1910.1030

NFPA 1581

Ryan White CARE Act

Needlestick Safety and Prevention Act

## EXPOSURE DEFINITIONS:

– A contaminated needlestick injury

– Blood/OPIM in direct contact with the inner surface of the eye, nose, or mouth

– A cut with a sharp object covered with blood/OPIM

Blood on intact skin is not an exposure!

Bloodborne Pathogens cannot be transmitted by casual contact, food or water, sneezing, coughing, saliva, sweat, urine, stool, vomitus, or nasal secretetions unless they contain gross visible blood.

Potentially infectious material is blood, semen, vaginal secretions, CSF, synovial fluid, pleural fluid, pericardial fluid, peritoneal fluid, amniotic fluid, saliva in dental procedures, any body fluid that is visibly contaminated with blood, and any unfixed human tissue or organs.

Infectious Diseases:

Hepatitis A Virus (HAV)

Hepatitis B Virus (HBV)

Hepatitis C Virus (HCV)

Hepatitis D Virus (HDV)

Hepatitis E Virus (HEV)

HIV/AIDS

TB

Other infectious diseases include chicken pox, diphtheria, herpes simplex, mumps, measles, meningococcal meningitis, rubella, scabies, tetnus, influenza, chlamydia, gonorrhea, syphilis, herpes zoster, pertussis (whooping cough).

## HEPATITISA:

Cause: Hepatitis A Virus

Transmission: Fecal–Oral (enteric); food/waterborne

Incubation:  15–50 days

E - 11

EMERGENCY MEDICAL GUIDELINES

Vaccine: Yes

Signs/Symptoms: Jaundice, fatigue, abdominal pain, nausea, vomiting, diarrhea

Prevention:  Universal Precautions

Vaccination where contact with virus is likely

Avoid touching mouth with contaminates

**HEPATITIS B:**

Cause:       Hepatitis B Virus

Transmission: Bloodborne, sexual contact, perinatal

Incubation:  45 to 180 days

Vaccine: Yes

Signs/Symptoms: Jaundice, fatigue, abdominal pain, nausea, vomiting

Prevention:  Vaccination

Universal Precautions

**HEPATITIS C:**

Cause: Hepatitis C Virus

Transmission: Bloodborne, sexual contact, perinatal

Incubation:  14 to 180 days

Vaccine: No

Signs/Symptoms: Jaundice, fatigue, abdominal pain, nausea, vomiting

Prevention:  Universal Precautions

**HEPATITIS D:**

Cause:       Hepatitis D Virus

Transmission:        Bloodborne, sexual contact

Vaccine:     No

Signs/Symptoms: Jaundice, fatigue, abdominal pain, nausea, vomiting

Prevention:  Universal Precautions

Note: Hepatitis D requires HBV for replication

**HEPATITIS E:**

Cause: Hepatitis E Virus

Transmission: Fecal–Oral (enteric)

Vaccine: No

Signs/Symptoms: Jaundice, fatigue, abdominal pain,

nausea, vomiting, diarrhea

Prevention:  Universal Precautions

Avoid touching mouth with contaminates

Note: This virus is the chief cause of enteric NANB Hepatitis

**HIV/AIDS:**

Cause: Human Immunodeficiency Virus

Transmission: Bloodborne, sexual contact, OPIM, perinatal, breast milk

Vaccine: No

Signs/Symptoms: May not be apparent for years

Loss of appetite

Weight loss

Fever

Fatigue

Night Sweats

Skin rash or Lesions

Diarrhea

Swollen lymph nodes

Decreased WBC's

S&S of Opportunistic infections

Prevention:  Universal Precautions

**TB:**

Cause: Mycobaterium Tuberculosis

Transmission: Exposure to Airborne Particles

Incubation:  4–12 weeks

Vaccine: No

Signs/Symptoms: Cough, hemoptysis, chest pain, fatigue, weight loss, fever hoarseness

Prevention:  Universal Precautions

Fitted HEPA Mask

Surgical or Oxygen mask for Patient

Do not recirculate air, use exhaust vents

Open windows

Engineering and Work Practice Controls:

E - 12

2/15/06

EDUCATIONAL GUIDELINES

Handwashing, PPE, cleanliness such as physical removal of dirt and debris, disinfection with a 1:10 bleach solution, sterilization with an autoclave or chemical steritant, biohazard waste containers, needleless devices, eating, drinking, smoking, handling contact lenses and lip balm are prohibited in the work areas where there is a reasonable potential for occupational exposure.

High Risk Factors:

Homosexual and Bisexual Men

Heterosexuals who have contact with infected persons

Multiple sexual partners

Infants of mother who are infected

IV Drug Users

Recipients of Blood or Blood Products

N.I.O.S.H. 95 Standard:

It is MANDATORY that the N–95 fitted masks be used in the following situations:

Known or suspected TB, meningitis, mumps, measles, chicken pox, diptheria, or patients who have a blood tinged productive cough.

# Chronic Obstructive Pulmonary Disease (COPD) / Chronic Bronchitis / Emphysema

Chronic obstructive pulmonary disease (COPD) is a devastating disorder that causes exorbitant human suffering. Currently COPD is the fourth leading cause of death in the U.S.

COPD is defined as a disease state characterized by the presence of airflow obstruction due to chronic bronchitis or emphysema. The airflow obstruction generally is progressive, may be accompanied by airway hyper reactivity, and may be partially reversible. Chronic bronchitis is defined clinically as the presence of a chronic productive cough for 3 months, during each of 2 consecutive years (other causes of cough being excluded). Emphysema is defined as

An abnormal permanent enlargement of the air spaces distal to the terminal bronchioles, accompanied by destruction of their walls and without obvious fibrosis. Chronic bronchitis is defined in clinical terms and emphysema in terms of anatomic pathology.

Pathological changes in COPD occur in the large (central) airways, the small (peripheral) bronchioles, and the lung parenchyma.

## CHRONIC BRONCHITIS

Mucous gland enlargement is the histologic hallmark of chronic bronchitis. The structural changes described in the airways include atrophy, cilia abnormalities, variable amounts of airway smooth muscle hyperplasia, inflammation, and bronchial wall thickening. The respiratory bronchioles display a inflammatory process, lumen occlusion by mucous plugging, smooth muscle hyperplasia, and distortion due to fibrosis. These changes, combined with loss of supporting alveolar attachments, cause airflow limitation by allowing airway walls to deform and narrow the airway lumen.

## EMPHYSEMA

Emphysema has 3 patterns. The first type is characterized by focal destruction limited to the respiratory bronchioles and the central portions of acinus's. This form is associated with cigarette smoking and is the most severe in the upper lobes. The second type involves the entire alveolus distal to the terminal bronchiole. This type is the most severe in the lower lung zones. The third type is the least common form and involves distal airway structures, alveolar ducts, and sacs.

## CHRONIC OBSTRUCTIVE PULMONARY DISEASE

Both emphysematous destruction and small airway inflammation often are found in combination in individual patients. When emphysema is moderate or severe, loss of elastic recoil, rather than bronchiolar disease, is the mechanism of airflow limitation. By contrast, when emphysema is mild, bronchiolar abnormalities are most responsible for the deficit in lung function. Although airflow obstruction in emphysema is virtually irreversible, bronchoconstriction due to inflammation accounts for a limited amount of reversibility.

Most patients with COPD have smoked at least 20 cigarettes per day for 20 or more years before the onset of the common symptoms of cough, sputum, and dyspnea. A productive cough or an acute chest illness is common. The cough is usually worse in the mornings and produces a small amount of colorless sputum. Breathlessness is the most significant. Wheezing may occur in some patients, particularly during exertion. With disease progression, intervals between acute exacerbations become shorter; cyanosis and right heart failure may occur. Anorexia and weight loss often develop and suggest a worse prognosis.

Respiratory rate increases proportional to disease severity. Use of accessory respiratory muscles and paradoxical in drawing of lower intercostal spaces is evident. In advanced

E - 13

TREATMENT GUIDELINES

## SEDATION

**Indications**
- ❑ Airway management (when RSI is not indicated or available)
- ❑ Cardioversion
- ❑ External pacing
- ❑ Altered level of consciousness, violent patient

**Caution**
Diazepam (Valium) may cause respiratory depression or compromise.

 **ALS**
- ❑ Anesthetic spray to posterior pharynx (for intubation)
- ❑ For combative patient and external pacing
  - ◼ Diazepam (Valium)  5mg IV/IM
    - • May repeat once after 5 minutes
      OR
  - ◼ Lorazepam (Ativan) 1 mg IVP or nasally
    - • may repeat as needed up to a max. of 4 mg
- ❑ For intubation (also see **RSI TREATMENT GUIDELINE**, page M-11)
  - ◼ Midazolam (Versed)
    - • 2.5mg IV, IM (if over 60yrs), or nasally
    - • 5mg IV, IM (under 60 yrs), or nasally
      OR
  - ◼ Etomidate (Amidate) 0.3mg/kg IV
- ❑ For Cardioversion
  - ◼ Midazolam (Versed)
    - • 2.5mg IV, IM (if over 60yrs), or nasally
    - • 5mg IV, IM (under 60 yrs), or nasally
      OR
  - ◼ Lorazepam (Ativan) 1mg IVP or nasally
    - • may repeat as needed up to a max. of 4 mg
- ❑ Post Intubation
  - ◼ Re-evaluate the tube placement after movement or transfer of patient.
  - ◼ Reassess every 5 minutes
  - ◼ Consider further sedation or paralytic agent (see page M-12 for dosages)
  - ◼ Evaluate the need for effective neurological exam versus paralytic agent.
  - ◼ Consider **PAIN MANANGMENT GUIDELINE** (see page M-10)
    - • Look for increased BP, tearing, evaluate physiological response to pain
  - ◼ Etomidate (Amidate) 0.3mg/kg IV
      OR
  - ◼ Lorazepam (Ativan) 1 mg IVP or nasally
    - • May repeat as needed up to a max. of 4 mg

**Pediatric**
- ❑ Diazepam (Valium) 0.2-0.5 mg/kg IV / IM / PR no faster than 3mg/min
- ❑ Midazolam (Versed) 0.3-0.6mg/kg IV / IM or nasally
- ❑ Lorazepam (Ativan) 0.05-0.1mg/kg IV / IM or nasally

*MCFR refer to Post Intubation Guideline page M-18*

*MCFR Rescue Lieutenants and Flight Medics may administer propofol (Diprivan) for sedation, refer to Guideline page M-17 for dosing.*

*MCFR refer to Post Intubation Guideline page M-18 if a Rescue Lieutenant or Flight Medic is present.*

*MCFR Rescue Lieutenants and Flight Medics may administer Etomidate 0.03-0.05mg/kg IVP (may repeat x1) during extended extrication to aid in ease and safety of extricating combative or uncooperative patients. Due to the short half life of Etomidate (6 min or less) administration must be carefully coordinated with the actual patient removal.*

SIGN HERE

Medical

10/7/2009

M - 13

EMERGENCY MEDICAL GUIDELINES

## SEIZURES

**Caution**
- ❑ Refer to OBSTETRICS/GYNECOLOGY TREATMENT GUIDELINE *(See Page M-9)* for seizures associated with pregnancy
- ❑ Consider etiology of seizure for possible infectious disease isolation. The Team should utilize appropriate personal protective equipment.
- ❑ Use caution not to over cool a febrile patient to the point of shivering. Use of PO medications should be avoided in patients with decreased level of consciousness.

**BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Protect from injury
- ❑ Consider C-Spine precautions if suspected injury

**ALS**
- ❑ EKG monitor
- ❑ IV 0.9% NaCl KVO
- ❑ Glucose level
  - ■ possible or suspected hypoglycemia, refer to DIABETIC EMERGENCIES TREATMENT GUIDELINE *(SEE PAGE M-6)* prior to administration of diazepam (Valium) or lorazepam (Ativan)
- ❑ Diazepam (Valium) 3–5 mg IV/IM
  - ■ may repeat to a total of 10 mg
  - ■ may be administered rectally if no IV access
    - OR
  - ■ Lorazepam (Ativan) 1mg IV, nasally, or rectally
    - • may be repeated to a max of 4mg
    - OR
  - ■ Versed 0.1mg/kg IM, IV, or nasally
- ❑ Febrile seizures
  - ■ If altered LOC, administer acetaminophen suppository 325mg

**Physician Consult**
  - ■ diazepam (Valium) 3–5mg IV for doses greater than 10 mg
  - ■ lorazepam (Ativan) 0.5mg – 1mg IV for doses greater than 4mg

**Pediatric**
- ❑ Idiopathic (non–febrile) seizures
  - ■ Diazepam (Valium) 0.2-0.5 mg/kg IV or rectal (no faster than 3 mg/min if IV)
    - OR
  - ■ Lorazepam (Ativan) 0.1mg/kg IV or nasally
- ❑ Febrile seizures
  - ■ treat febrile seizures by cooling. (Use caution to avoid rapid temperature change.)
  - ■ consider Diazepam (Valium) 0.2-0.5 mg/kg IV or rectal (no faster than 3 mg/min if IV) or Ativan 0.1mg/kg if seizures are continuous
  - ■ children's Acetaminophen liquid 10 mg/kg PO when level of consciousness permits
  - ■ If altered LOC, administer Acetaminophen suppository 125mg

*MCFR uses Lorazepam (Ativan) 1mg IVP, nasally, or rectally as first line drug*

*MCFR does not carry Acetaminophen suppository*

M - 14

## SICKLE CELL ANEMIA

**BLS**

- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway (High flow)
- ❏ Emotional support

**ALS**

- ❏ EKG monitor
- ❏ IV 0.9% NaCl infusion 250 cc/hr
- ❏ Pain control, refer to PAIN MANAGEMENT TREATMENT GUIDELINE (See page M-10)

**Pediatric**

- ❏ Promethazine (Phenergan) 0.25 mg/kg IV not to exceed 12.5 mg or Dolasetron Mesylate (Anzemet) 0.35mg/kg IVP to max of 12.5mg
- ❏ Pain control, refer to PAIN MANAGEMENT TREATMENT GUIDELINE (See page M-10)

*MCFR uses Ondansetron (Zofran) 4mg IV/IM over 30 seconds. Ped 0.1mg/kg over 30 seconds in place of Phenergan or Anzemet*

*Dilute Phenergan in 10cc NaCl before IV administration.*

## STROKE

**Caution**

All medications given in the presence of a Stroke must be Physician consult.

**BLS**

- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway (Oxygen as per patient's need)
- ❏ Evaluate for stroke alert
- ❏ Elevate patient's head 30 degrees
- ❏ Do not delay transport

**ALS**

- ❏ EKG Monitor
- ❏ IV 0.9% NaCl KVO or saline lock (if stable)
- ❏ Blood glucose level, refer to DIABETIC EMERGENCIES TREATMENT GUIDELINE *(SEE PAGE M-6)*
- ❏ Hypertension above 180 systolic or 110mm diastolic, refer to HYPERTENSION TREATMENT GUIDELINE *(SEE PAGE M-7)*
- ❏ Treat arrhythmias per appropriate Guideline
- ❏ Complete Stroke Alert check sheet
- ❏ If possible airway instability, refer to RSI TREATMENT GUIDELINE (see page M-11)

*MCFR refer to RSI Treatment Guideline page M-16 and M-17*

**Medical**

EMERGENCY MEDICAL GUIDELINES

# RAPID SEQUENCE INTUBATION (MCFR ONLY)

This procedure is for patients requiring total airway control who may be fully or partially conscious. **Two** (2) paramedics must be in attendance with the patient before RSI can be performed and must accompany the patient to the hospital

*MCFR requires a Rescue Lt. or Flight Medic presence and accompaniment with patient to ER*

## IMPORTANT

A secondary airway device must be ready to use if endotracheal intubation cannot be successfully performed (i.e. Combitube, LMA, surgical airway, etc ..)

## Indications
- ❑ Seizure/ convulsion disorder
- ❑ Multi-system trauma
- ❑ Head injury
- ❑ When other methods of airway control or treatments have failed or are either not possible or practical

## Contraindications
- ❑ It must be kept in mind that all contraindications are relative and risk must be weighed against possible benefits
- ❑ Digitalis toxicity
- ❑ Increased intracranial pressure
- ❑ Increased intraoccular pressure
- ❑ Known electrolyte imbalance
- ❑ Skeletal muscle myopathy
- ❑ Acute malignant hyperthermia

**Caution: Use extreme caution in pregnancy as opiates and Norcuron will cross the placental barrier.**

## Pre-medication
### Procedure



- ❑ O2 100% via mask or BVM. Pre-oxygenation is REQUIRED for a minimum of 2 minutes before proceeding with paralysis. The purpose is to cause a nitrogen washout in the lungs and create an oxygen reservoir. This oxygen reservoir will allow approximately 3 to 4 minutes of apnea without hypoxemia in a normal patient.

**The acronym "LOADS" is used to dictate proper administration**

**L-Lidocaine O-Opioid A-Atropine D-Defasciculation S-Sedation**



- ❑ Lidocaine 1.5mg/kg IVP
- ❑ Fentanyl - **MUST** be given slowly (Over 60 seconds)
  - Adults < 60 years old 3 mcg/kg IVP
  - Adults > 60 years old 1.5 mcg/kg IVP
  - Pediatrics 1-2 mcg/kg IVP
- ❑ Atropine
  - All pediatrics < 10 years of age 0.02mg/kg IVP (0.1mg minimum dose)
  - Adults 1.0mg IVP
  - **MUST** Administer prior to second dose of Anectine
  - If bradycardia present or potential
- ❑ Norcuron 0.01mg/kg IVP for defasciculation (withhold in children <10 years old)
- ❑ Etomidate (Amidate) 0.3mg/kg IVP (may be used with pediatrics)

M - 16

❑   If Etomidate is contraindicated or unavailable
         Midazolam (Versed)
             Adults < the age of 60: 5mg/kg IVP or IM titrated to effect
                 May repeat to a total of 10mg
             Adults > the age of 60: 2.5mg IVP or IM titrated to effect
                 May repeat to a total of 5mg
             Pediatric dose: 0.1mg/kg
             Allow adequate time to assess the effectiveness

## PARALYTICS

❑   Succinycholine Chloride (Anectine) may repeat in 2 minutes
         Adult 1.5mg/kg

         Pediatric 2.0mg/kg

Caution

❑   Hyperthermia: presents as jaw spasm or general rigidity

      • Monitor body tempature

      • Cool as needed

❑   Hyperkalemia: presents as tall, peaked "T" waves

      • Constant monitoring of EKG

      • Administer Calcium Chloride 500mg slow IVP

❑   Increase ICP

❑   Increase IOP

❑   Sudden cardiac arrest in children with Duchenne's muscular

      dystrophy.

      • Observe for peaked "T" waves

      • Administer Calcium Chloride 500mg IVP

      • Administer sodium bicarbonate 1mEq/kg IVP

      • Administer glucose per Diabetic Emergency Guideline
         (page M-6)

❑   Diprivan (if available) may be used for sedation or intubation. Use with
extreme caution in the potentially hypotensive patient. The absolute
contraindication is systolic BP of less than 100mm/hg. Loading dose (adults <
55) 2-2.5mg/kg given as 40mgIVP every 10 secondsuntil desired level of
sedation is reached with maximum single not to exceed 120mg (eldery 1-2 mg/kg
given as 20mg every 10 seconds), followed by a drip 25-120mcg/kg/min. Start at
25mcg/kg/min and increase 5-10mcg/kg/min until desired level of sedation is
maintained. Reassess blood pressure frequently and adjust Diprivan as
needed.

EMERGENCY MEDICAL GUIDELINES

**Medical**

## POST INTUBATION MANAGEMENT

Administer longer acting sedation for transport prior to Norcuron consideration

❑ Versed

- Adults 0.1 mg/kg IVP (adults over 60 years old  0.05 mg/kg IVP)

- Pediatrics 0.1 mg/kg IVP

Assess for signs of pain and ensure systolic BP greater than 100mm/hg

❑ Fentanyl - **MUST** give slowly (over 60 seconds). May repeat after 10 minutes

- Adults 2mcg/kg IVP (over 60 years old 1mcg/kg IVP)

- Pediatrics 1-2mcg/kg IVP

❑ Vercuronium Bromide (Nurcuron) 0.1mg/kg IVP if the patient is unmamageable i.e. fighting the ET Tube and ventilator or becomes combative only after intubation, sedation and pain management.

Pain management **is not** to be withheld in the **intubated** head injured or stroke patient where signs of pain exist. Patients with traumatic injuries especially warrant re-evaluation for signs of pain. This also includes medical patients with pain complaints prior to intubation i.e. severe headache with a stroke. Baseline neurological assessments must be determined prior to administering sedation and pain medications with the initiation of RSI and reported to the receiving physician accordingly.

*10/7/2009*



CARDIAC GUIDELINES

# Cardiac

## ASYSTOLE

### Caution

Ask and verify DNR Orders (Must see original) or other acceptable form refer to page E-18 for information on DNRO



### BLS

❑ Consider *TERMINATION GUIDELINE ( See page E-43)*
❑ Vitalize/Prioritize
❑ Secure airway with appropriate adjunct
❑ Application of AED, refer to *AED GUIDELINE* (see page P-30)
❑ CPR (5 cycles or aproximately 2 minutes of CPR between interventions)



### ALS

❑ Intubate
❑ EKG monitor
❑ IV 0.9% NaCl
❑ Confirm asystole in more than one lead
❑ Vasopressin 40u IVP to replace first or second dose of Epi
   or
❑ Epinephrine
   ☒ 1.0mg 1:10,000 IVP/IO q 3–5 minutes
❑ Atropine 1.0mg IVP/IO, repeated every 3–5 minutes up to a total of 3mg (0.03–0.04mg/kg)
❑ Consider possible causes: 6H 6T
   ☒ Hypovolemia (volume infusion)
   ☒ Hypoxia (ventilation)
   ☒ Hypothermia, refer to *HYPOTHERMIA TREATMENT GUIDELINE (SEE page T-5)*
   ☒ Hydrogen Ion (acidosis) (sodium bicarbonate)
   ☒ Hyper/Hypokalemia (consider calcium chloride or sodium bicarbonate)
   ☒ Hypoglycemia
   ☒ Tamponade (pericardiocentesis)
   ☒ Tension pneumothorax (needle decompression)
   ☒ Thrombosis–Coronary (ACS)
   ☒ Thrombosis–Pulmonary (embolism)
   ☒ Toxins
   ☒ Trauma
❑ Calcium Chloride 10mg/kg IVP if patient on calcium channel blocker or history of renal failure

### Physician Consult

❑ Consider termination of efforts after 10 minutes of treatment with no change

### Pediatric

❑ Refer to Broselow/Pediatric Resuscitation Tape
❑ Epinephrine
   ☒ Epinephrine repeated every 3–5 minutes
      ▪ 0.01mg/kg (0.1cc/kg) Epinephrine 1:10,000 IV/IO, or
      ▪ 0.1mg/kg (0.1cc/kg) Epinephrine 1:1,000 ET

Sodium bicarbonate 1 mEq/kg
   definitely helpful
      known preexisting hyperkalemia
   acceptable, probably helpful
      known preexisting bicarbonate-
         responsive acidosis
      overdose with tricyclic
         antidepressants
      to alkalinize urine in overdoses
   acceptable, possibly helpful
      intubated and continued long
         arrest interval
      return of spontaneous
         circulation after long arrest
         interval
   not indicated, may be harmful
      hypoxic lactic acidosis
Atropine 1.0mg IVP
   the shorter atropine dosing interval (3
   min) is possibly helpful in cardiac
   arrest
Patient remains in asystole
   if patient remains in asystole or other
   agonal rhythm after successful
   intubation and initial medications
   and no reversible causes are
   indentified, consider termination of
   resuscitative efforts by a physician.
   Consider interval since arrest.

*Vasopressin 40u IV push is
first line for MCFR*

*IRCEMS does not use
termination guidelines*

*SLCFD considers
termination of efforts after
20 minutes of treatment with
no change*

*10/7/2009*

C - 1

EMERGENCY MEDICAL GUIDELINES

- ❏ Atropine 0.02mg/kg
  - ◼ minimum dose 0.1mg
  - ◼ maximum single dose 0.5mg for a child (1-8 yrs), 1.0mg for adolescent (8-16 yrs)
  - ◼ may repeat after 3–5 minutes
  - ◼ maximum cumulative dose 0.03–0.04mg/kg
- ❏ Sodium Bicarbonate 1 mEq/kg
  - ◼ infant (1 yr) or younger use 4.2% solution
    - ▪ expel 25cc of sodium bicarbonate 8.4% and draw 25cc of 0.9% NaCl

## BRADYCARDIA

### Caution

Patients with 2nd degree type II or 3rd degree block should recieve TCP as first treatment

### BLS
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway
- ❏ Observe closely

### ALS
- ❏ EKG monitor
- ❏ IV 0.9% NaCl
- ❏ Consider transcutaneous pacing
- ❏ Serious signs or symptoms:
  - ◼ Atropine 0.5mg, repeated as necessary every 3–5 minutes up to a total of 3mg (0.03–0.04mg/kg)
  - ◼ Transcutaneous pacing
    - ▪ pt severely symptomatic or delay in drug administration consider pacing before atropine
    - ▪ use discretion for transthoracic versus A/P placement
    - ▪ sedation, refer to SEDATION TREATMENT GUIDELINE (SEE PAGE M-13)
  - ◼ Dopamine (Intropin) 5–20 µg/kg per minute
  - ◼ Epinephrine 2–10 µg/min

### Pediatric

* **Give atropine first for bradycardia due to suspected elevated vagal tone or primary AV block, if heart rate <60 with poor perfusion start CPR if Atropine ineffective**

- ❏ Atropine 0.02mg/kg
  - ◼ minimum dose 0.1mg
  - ◼ maximum single dose 0.5mg for child (1 - 8 yrs)
  - ◼ may repeat after 3–5 minutes
  - ◼ maximum cumulative dose 0.03–0.04mg/kg
- ❏ Epinephrine repeated every 3–5 minutes
  - ◼ 0.01mg/kg (0.1cc/kg) epinephrine 1:10,000 IV or IO
  - ◼ 0.1mg/kg (0.1cc/kg) epinephrine 1:1,000 ET
- ❏ Dopamine (Intropin) 5 - 20 ug/kg/min
- ❏ Transcutaneous pacing
  - ◼ profound symptomatic bradycardia refractory to BLS and ALS
  - ◼ anterior–posterior position is preferred, but anterior–anterior is acceptable provided the negative (–) pad is placed near the apex of the heart

**Cardiac** (side margin)

Serious symptoms
- chest pain
- shortness of breath
- decreased level of consciousness

Serious signs
- hypotension
- shock
- pulmonary congestion
- congestive heart failure
- acute myocardial infarction

Atropine
- atropine should be given in repeat dose every 3-5 minutes up to total of 0.03-0.04mg/kg. Use the shorter dosing interval (3 minutes) in severe clinical conditions. It has been suggested that atropine should be used with caution in atrioventricular (AV) block at the His-Pakinje level (type II AV block and now third-degree block with wide QRS complexes) (acceptable, possibly helpful); trans-cutaneous pacing is recommended.

Third-degree heart block
- never treat third-degree heart block plus ventricular escape beats with lidocaine

*Epinephrine drip is appropriate with Atropine and TCP if the patient appears to be in a pre-arrest state*

C - 2

CARDIAC GUIDELINES

# CARDIOGENIC SHOCK

**BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Trendelenburg position

**ALS**
- ❑ EKG monitor
- ❑ 12 Lead EKG
  - ▪ $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- ❑ IV 0.9% NaCl KVO
- ❑ Hypotensive (blood pressure less than 100 mm/Hg systolic)
  - ▪ 250cc fluid bolus, repeat as necessary, to maintain systolic of 100 mm/Hg
  - ▪ contraindicated if lung sounds indicate pulmonary edema
- ❑ Dopamine (Intropin) 5–20 µg/kg per minute titrated to BP of 100mm/Hg systolic
- ❑ Evidence of right ventricular infarct (ST elevation in lead $V_4R$)
  - ▪ treat hypotension with cautious fluid bolus up to 2,000cc
    - • frequently check blood pressure and lung sounds
- ❑ Congestive heart failure / pulmonary edema, refer to CONGESTIVE HEART FAILURE/ PULMONARY EDEMA *(See Page C-5)*
- ❑ Chest pain / suspected myocardial infarction, refer to CHEST PAIN / MYOCARDIAL INFARCTION (SUSPECTED) *(See Page C-4)*

**Pediatric**
- ❑ Dopamine (Intropin) 5–20 µg/kg per minute

# CARDIOVERSION / DEFIBRILLATION

**BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Check oxygen saturation
- ❑ Ready suction device

**ALS**
- ❑ IV access established per primary Treatment Guideline
- ❑ Premedicate whenever possible, see SEDATION TREATMENT GUIDELINE *(See Page M-13)*
- ❑ Synchronized cardioversion/Defibrillation
- ❑ See **Appendix A** for specific Joule Settings.

Delays in synchronization
if delays in synchronization occur or
clinical conditions are critical, go
immediately to unsynchronized shocks

Cardiac

EMERGENCY MEDICAL GUIDELINES

## CHEST PAIN / MYOCARDIAL INFARCTION(SUSPECTED)

**Contraindications**
- ❏ Aspirin or aspirin based products are contraindicated
  - ■ in children 16 years of age or younger due to Reye's syndrome
  - ■ allergy
- ❏ Heparin is contraindicated if recent bleeding, surgical procedure, gastrointestinal bleeding, bleeding ulcers, head trauma, stroke, transient ischemic attack (TIA) or history of bleeding tendencies

**Caution**
- ❏ Physician consult should be obtained in the presence of suspected right ventricular infarct prior to continued administration of nitrates or morphine. These patients may be sensitive to nitrates.
- ❏ Other forms of nitroglycerine should be discontinued when IV Nitro is initiated

 **BLS**
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway

 **ALS**
- ❏ EKG monitor
- ❏ 12 Lead EKG
  - ■ V₄R should be manually evaluated if any ST elevation in leads II, III, or aVF
- ❏ Evaluate for Cardiac Alert
- ❏ IV 0.9% NaCl KVO
  - ■ double lumen IV catheter is preferred for the MI patient
- ❏ Hypotensive (blood pressure less than 100 mm systolic), refer to CARDIOGENIC SHOCK TREATMENT GUIDELINE *(See Page C-3)*
- ❏ Perform cardiac enzymes using Field Test Kit, draw green top tube
- ❏ Nitroglycerine (contraindicated if sexual enhancing medications were taken within past 24 hours [i.e. Levitra, Viagra] and within 48 hours for Cialis)
  - ■ contraindicated if blood pressure less than 100 mmHg systolic
  - ■ 1/150gr or 0.4mg spray SL (may administer 1 SL prior to 12 lead or IV access)
    - • may repeat at five minute intervals to a total of three (3)
  - ■ 1 inch paste (may be administered concurrently with SL nitroglycerine)
  - ■ 5–10 µg/min IV infusion pump, increased 5–10 µg/min every 3–5 minutes until pain is relieved or 100 mmHg systolic blood pressure is maintained if *either of the following two* conditions exist:
    - • ST elevation in any two contiguous leads of 12 lead ECG (it is not necessary to administer 3 SL nitro prior to initiating IV nitro), or
    - • pain partially but not completely relieved by 3 nitroglycerine SL
- ❏ Aspirin 324–325mg chewable (4 pediatric chewable aspirin)
- ❏ Pain relief (one of the following)
  - ■ Morphine Sulfate in 2 mg increments IVP until desired effect max. dose 10 mg and Promethazine (Phenergan) 12.5 mg IVP or Dolasetron Mesylate (Anzemet) 12.5mg IVP
  - ■ Dilaudid (hydromorphone hypochloride) 1-2mg *slow* IVP titrated to effect may repeat to a total of 4mg.
    - ■ In elderly (65 years and older) 0.25 - 0.5mg slow IVP titrated to effect, may repeat as tolerated
    - Promethazine (Phenergan) 12.5mg IVP or Dolasetron Mesylate (Anzemet) 12.5mg IVP

- ❏ Ventricular ectopy, refer to VENTRICULAR ECTOPY TREATMENT GUIDELINE *(See Page C-8)*
- ❏ ACLS guideline

**Cardiac** (side margin)

*MCFR does not use double IV catheters. Two (2) separate IV lines must be established*

*Cardiac Enzyme Field Test Kit used by SFR*

*Dilute Phenergan in 10cc before IV administration.*

*MCFR drug of choice for pain relief is Dilaudid unless contraindicated*

*MCFR uses Ondansetron (Zofran) 4mg IV/IM over 30 seconds. Ped 0.1mg/kg over 30 seconds in place of Phenergan or Anzemet*

C - 4

CARDIAC GUIDELINES

**Physician Consult**
- ❏ Nitroglycerine IV if pain unaffected by 3 nitroglycerine SL
  - ▪ contraindicated if blood pressure less than 100 mmHg systolic
  - ▪ initiate at 5–10 µg/min IV Infusion Pump
  - ▪ increase 5–10 µg/min every 3–5 minutes until pain is relieved or 100 mmHg systolic blood pressure is maintained
- ❏ Heparin 60 units/kg (max.4,000 units) IV in suspected acute MI
  - ▪ draw blue top blood tube for prothrombin time and partial thromboplastin time (PT, PTT) prior to administration of Heparin

*IRCEMS does not need orders for Ntg Drip*

*MCFR does not carry Heparin*

---

# CONGESTIVE HEART FAILURE/PULMONARY EDEMA

**Caution**
- ❏ If patient is febrile, consult EDP before administering furosemide or nitroglycerine, consider respiratory distress etiology of infection (pneumonia) rather than CHF
- ❏ Administration of nitrates should be done with caution in patients with right ventricular infarct. These patients may be sensitive to nitrates. Physician consult should be obtained in the presence of suspected right ventricular infarct prior to continued administration of nitrates or morphine.



**BLS**
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway (high flow)
- ❏ Body temperature



**ALS**
- ❏ EKG monitor
- ❏ 12 Lead EKG
  - ▪ $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- ❏ **Consider using CPAP early**
- ❏ Intubate if marked (extraordinarily severe) respiratory distress
  - ▪ sedation for conscious patients, refer to **RSI TREATMENT GUIDELINE** (See Page M-11)
- ❏ IV 0.9% NaCl KVO
- ❏ Nitroglycerine (Contraindicated if sexual enhancing medications were taken within past 24 hours [i.e. Levitra, Viagra] and within 48 hours for Cialis)
  - ▪ contraindicated if blood pressure less than 100 mm systolic
  - ▪ moderate to severe distress, administer IV nitroglycerine as soon as possible
  - ▪ 1/150 gr SL
    - • may administer 1 SL prior to 12 lead or IV access
    - • may repeat after five minutes to a total of three (3)
  - ▪ 1 inch paste (may be administered concurrently with SL nitroglycerine)
  - ▪ Nitroglycerine 5-10 µg/min IV Infusion Pump
    - • increase 5-10 µg/min every 3–5 minutes
    - • maintain at least 100 mmHg systolic blood pressure
- ❏ Furosemide (Lasix) 0.5–1.0mg/kg IVP not to exceed 80mg
- ❏ Dopamine (Intropin) 5–20 µg/kg per minute titrated as needed for hypotension
- ❏ Morphine Sulfate in 2 mg increments IVP until desired effect max. dose 10 mg and Promethazine (Phenergan) 12.5 mg IVP or Dolasetron Mesylate (Anzemet) 12.5mg IVP
  - ▪ contraindicated if blood pressure less than 100 mmHg systolic

**Pediatric**
- ❏ Furosemide (Lasix) 1.0mg/kg IVP slowly over 1–2 minutes
- ❏ Morphine Sulfate 0.1–0.2mg/kg IVP slowly, maximum single dose 4mg

*IRCEMS uses up to 100mg of Lasix*

*Dilute Phenergan in 10cc before IV administration.*

*MCFR uses Ondansetron (Zofran) 4mg IVP/IM over 30 seconds. Ped 0.1mg/kg over 30 seconds in place of Phenergan or Anzemet*

**Cardiac**

EMERGENCY MEDICAL GUIDELINES




# NARROW COMPLEX TACHYCARDIA

**BLS**
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway

**ALS**
- ❏ EKG monitor
- ❏ 12 Lead EKG
  - ◾ V₄R should be manually evaluated if any ST elevation in leads II, III, or aVF
- ❏ IV 0.9% NaCl KVO
- ❏ Unstable, with serious signs or symptoms
  - ◾ ventricular rate greater than 150 beats per minute
    - ▪ may give brief trial of medications (see *STABLE OR BORDERLINE* below)
    - ▪ refer to CARDIOVERSION TREATMENT GUIDELINE *(See Page C-3)*
  - ◾ immediate cardioversion seldom needed for rates less than 150 beats per minute (see *SERIOUS SIGNS OR SYMPTOMS* at left)
- ❏ Regular Rhythm
  - ◾ further treatment not recommended if patient stable
  - ◾ vagal maneuvers
  - ◾ Adenosine Phosphate (Adenocard)
    - ▪ 6mg IVP over 1–3 seconds (As rapid as possible in the most proximal IV port, followed by a rapid fluid bolus.)
    - ▪ after 1–2 minutes, 12mg IVP over 1–3 seconds; may repeat once
  - ◾ Diltiazem (Cardizem)
    - ▪ 0.25mg/kg IV over 2 minutes
    - ▪ may repeat, *if necessary*, 15 minutes after first dose, 0.35mg/kg IVP over 2 minutes,
    - ▪ consider synchronized cardioversion if rhythm does not convert and / or patient becomes unstable
- ❏ Irregular Rhythm (A-Fib, A-Flutter, MAT {multifocal atrial tachycardia}) > 130 symptomatic
  - ◾ Diltiazem (Cardizem)
    - ▪ 0.25mg/kg IV over 2 minutes
    - ▪ may repeat, *if necessary*, 15 minutes after first dose, 0.35mg/kg IVP over 2 minutes,
    - ▪ synchronized cardioversion if rhythm does not convert
- ❏ Wide QRS complex
  - ◾ refer to WIDE–COMPLEX TACHYCARDIA TREATMENT GUIDELINE *(See Page C-10)*

**Pediatric**
- ❏ Adenosine (Adenocard) 0.1 mg/kg IVP rapid push maximum single dose 6 mg
  - ◾ second dose 0.2 mg/kg IVP rapid push maximum single dose 12 mg
  - ◾ third dose 0.2 mg/kg IVP rapid push maximum single dose 12 mg

---

**Serious signs or symptoms**
chest pain, shortness of breath, decreased level of consciousness, low blood pressure, shock, pulmonary congestion, congestive heart failure, acute myocardial infarction
unstable condition must be related to the tachycardia

**Vagal maneuvers**
carotid sinus pressure is contraindicated in patients with carotid bruits
avoid ice water immersion in patients with ischemic heart disease

*IRCEMS uses Adenocard 12mg for each dose.*

*MCFR administers Cardizem by IV infusion only, over 5 minutes. The max first dose is 25 mg with a max second dose of 35 mg.*

*Lifeline uses Verapamil 2nd line.*

Cardiac

*10/7/2009*

# PULSELESS ELECTRICAL ACTIVITY

**BLS**

- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Application of AED, refer to *AED GUIDELINE* (see page P-30)
- ❑ CPR (5 cycles or aproximately 2 minutes of CPR between interventions)

**ALS**

- ❑ EKG monitor
- ❑ Intubate
- ❑ IV 0.9% NaCl
- ❑ Consider possible causes: 6H 6T
  - ▣ Hypovolemia (volume infusion)
  - ▣ Hypoxia (ventilation)
  - ▣ Hypothermia, refer to HYPOTHERMIA TREATMENT GUIDELINE (*See Page T-5*)
  - ▣ Hydrogen Ion (acidosis) (sodium bicarbonate)
  - ▣ Hyper/Hypokalemia (consider calcium chloride or sodium bicarbonate)
  - ▣ Hypoglycemia
  - ▣ Tamponade (pericardiocentesis)
  - ▣ Tension pneumothorax (needle decompression)
  - ▣ Thrombosis–Coronary (ACS)
  - ▣ Thrombosis–Pulmonary (embolism)
  - ▣ Toxins blockers
  - ▣ Trauma
- ❑ Vasopressin 40u IVP to replace 1st or 2nd dose of Epi
  or
- ❑ Epinephrine
  - ▣ 1.0mg 1:10,000 IVP/IO q 3–5 minutes
- ❑ Absolute or relative bradycardia give Atropine 1.0mg IVP, repeated every 3–5 minutes up to a total of 3mg (0.04mg/kg)
- ❑ Sodium Bicarbonate 1 mEq/kg IVP
- ❑ Calcium Chloride 10mg/kg IVP if patient on calcium channel blocker or history of renal failure
- ❑ Glucagon 1-5mg IVP for β–blocker overdose

**Pediatric**

- ❑ Epinephrine
  - ▣ Epinephrine repeated every 3–5 minutes
    - ▪ 0.01mg/kg epinephrine (0.1cc/kg) 1:10,000 IVP or IO, or
    - ▪ 0.1mg/kg epinephrine (0.1cc/kg) 1:1,000 ET
- ❑ Sodium Bicarbonate 1 mEq/kg
  - ▣ infant (1 yr) or younger use 4.2% solution
    - ▪ expel 25cc of sodium bicarbonate 8.4% and draw 25cc of 0.9% NaCl

*Sodium Bicarbonate 1mEq/kg* definitely helpful in known preexisting hyperkalemia acceptable, probably helpful in known preexisting bicarbonate-responsive acidosis overdose with tricyclic antidepressants to alkalinize urine in overdoses acceptable, possibly helpful intubated and continued long arrest interval return of spontaneous circulation after long arrest interval not indicated, may be harmful hypoxic lactic acidosis

*Atropine 1.0mg IVP* the shorter atropine dosing interval (3 min) is possibly helpful in cardiac arrest

*Vasopressin 40u IV push is first line for MCFR*

*SFR uses Vasopressin in place of Epi in PEA*

*Cardiac*

EMERGENCY MEDICAL GUIDELINES

## VENTRICULAR ECTOPY

**Caution** 
- ❏ Although the loading dose of lidocaine does not need to be reduced, the maintenance dose should be decreased by 50% in the presence of jaundice, acute MI, congestive heart failure, circulatory shock, JVD, unconsciousness, or in patients older than 70 years of age.
- ❏ AHA recognizes that mixing two or more antiarrythmics can cause ectopy. 

**BLS**
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway

**ALS**
- ❏ EKG monitor
- ❏ 12 Lead EKG
  - ■ $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- ❏ IV 0.9% NaCl KVO
- ❏ Determine need for acute suppressive therapy (*use only 1 antiarrhythmic*)
  - ■ suspected MI or acute chest pain with one or more of the following:
    - • multiformed PVCs
    - • couplets
    - • runs of VT
  - ■ Amiodarone 150mg IV over 10 minutes, may repeat once
    - • Maintenance drip- 1mg/min
  - ■ Lidocaine
    - • 0.5–0.75 mg/kg IVP repeated every 5–10 minutes to cumulative total of 3 mg/kg
    - • maintenance infusion 2–4 mg/min
  - ■ Procainamide (Pronestyl) 20mg/min IV drip until:
    - 1) ectopy suppressed or,
    - 2) hypotension ensues or,
    - 3) QRS is widened by 50% of its original width or,
    - 4) 17 mg/kg is reached
      (12 mg/kg for patients with cardiac or renal dysfunction)
    - • maintenance infusion 1–4 mg/min

*MCFR uses Amiodarone as the preferred antiarrhymic*

*MCFR does not carry Procainamide (Pronestyl)*

**Cardiac**

C - 8

*10/7/2009*

# VENTRICULAR FIBRILLATION / PULSELESS V–TACH

## Caution
- ❑ Although the loading dose of Lidocaine does not need to be reduced in the pulseless patient, the maintenance dose should be decreased by 50% in the presence of jaundice, acute MI, congestive heart failure, circulatory shock, JVD, unconsciousness or in patients older than 70 years old.

## BLS
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Perform CPR until defibrillator attached; continue through arrest
- ❑ Application of AED, refer to *AED GUIDELINE* (see page P-30)
- ❑ CPR (5 cycles or aproximately 2 minutes of CPR between interventions)

## ALS
- ❑ Defibrillate with single shock
  - ■ For specific Joule settings refer to *APPENDIX A*
  - ■ Resume CPR immediately (give 5 cycles or aproximately 2 minutes of CPR)
- ❑ Return of spontaneous circulation
  - ■ assess vital signs, support airway, breathing
  - ■ provide medications appropriate for blood pressure, heart rate and rhythm
- ❑ Rhythm change without spontaneous circulation
  - ■ PEA, refer to *PULSELESS ELECTRICAL ACTIVITY TREATMENT GUIDELINE (See Page C-7)*
  - ■ asystole, refer to *ASYSTOLE TREATMENT GUIDELINE (See Page C-1)*
- ❑ Hypothermic, refer to *HYPOTHERMIA TREATMENT GUIDELINE (See Page T-5)*
- ❑ Persistent or recurrent VF/VT
  - ■ intubate
  - ■ IV 0.9% NaCl KVO
  - ■ Vasopressin 40u IVP to replace 1st or 2nd dose of Epi
    **or**
  - ■ Epinephrine
    - • 1.0mg IVP every 3-5 minutes
  - ■ defibrillate (refer to Appendix A for Joule settings)
  - ■ administer medications of probable benefit in persistent or recurrent VF/VT
    - • Amiodarone 300mg IVP repeated at 150mg IVP in 5 minutes
      - •Maintenance drip of 1mg/min after conversion
    - • Lidocaine 1.5mg/kg IVP repeated at 0.5 - 0.75 mg/kg every 3-5 minutes to a cumulative total of 3mg/kg
    - • Magnesium Sulfate 1-2 g IVP in torsades de pointes or suspected hypomagnesemic state or severe refractory VF
  - ■ defibrillate (refer to Appendix A for Joule settings)
  - ■ Sodium Bicarbonate 1 mEq/kg

## Pediatric
- ❑ Defibrillate with a single shock (refer to Appendix A for Joule settings)
- ❑ Epinephrine
  - ■ Epinephrine repeated every 3-5 minutes
    - • 0.01mg/kg Epinephrine (0.1cc/kg) 1:10,000 IVP or IO, or
    - • 0.1mg/kg Epinephrine (0.1cc/kg) 1:1,000 ET
- ❑ Amiodarone 5mg/kg IVP my be repeated up to max 300mg
  - ■ Maintenance drip refer to Broselow for dose
- ❑ Lidocaine 1mg/kg IVP or IO, repeated every 3-5 minutes to a total of 3mg/kg
- ❑ Magnesium Sulfate 25 to 50 mg/kg max 2 gm IVP in torsades de pointes or suspected hypomagnesemic state or severe refractory VF
- ❑ Sodium Bicarbonate 1 mEq/kg
  - ■ infant (1 yr) or younger use 4.2% solution
    - • expel 25cc of sodium bicarbonate 8.4% and draw 25cc of 0.9% NaCl

Sodium Bicarbonate 1 mEq/kg
definitely helpful known preexisting
hyperkalemia
acceptable, probably helpful
known preexisting
bicarbonate-responsive acidosis,
overdose with tricyclic
antidepressants, to alkanize urine
in overdoses
acceptable, possibly helpful
intubated and continued long
arrest interval
return of spontaneous
circulation after long arrest
interval
not indicated, may be harmful
hypoxic lactic acidosis
Fluid bolus after drug
administration
be prepared to administer a
20-30cc bolus of IV fluid
and elevate the arm after
each IV medication

*Vasopressin 40u IV push is first choice for MCFR*

*AHA recommends: Avoid mixing antiarrhymics if possible.*

*MCFR uses Amiodarone as the preferred antiarrhymic*

*MCFR uses Amiodarone as the preferred antiarrhymic*

*10/7/2009*

C - 9

Cardiac

EMERGENCY MEDICAL GUIDELINES

# WIDE—COMPLEX TACHYCARDIA

If there is any doubt whether monomorphic or polymorphic VT is existant in the unstable patient, cardiovert refer to CARDIOVERSION/DEFIBRILLATION TREATMENT GUIDELINE *(See Page C-3)*

**BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway

**ALS**
- ❑ EKG monitor
- ❑ 12 Lead EKG
  - ◼ V$_4$R should be manually evaluated if any ST elevation in leads II, III, or aVF
- ❑ IV 0.9% NaCl KVO
- ❑ Unstable, with serious signs or symptoms
  - ◼ ventricular rate greater than 150 beats per minute (monomorphic VT)
    - • may give brief trial of medications (see *STABLE OR BORDERLINE* below)
    - • refer to CARDIOVERSION TREATMENT GUIDELINE *(See Page C-3)*
  - ◼ immediate cardioversion seldom needed for rates less than 150 beats per minute (see *SERIOUS SIGNS OR SYMPTOMS* at left)
  - ◼ ventricular rate greater than 150 beats per minute (polymorphic VT)
    - • consider sedation
    - • refer to APPENDIX A for cardioversion settings
- ❑ Regular Rhythm  (V-Tach or Uncertain)
  - ◼ Amiodarone 150mg IV over 10 minutes repeated as needed to max of 2.2g in 24 hrs
    - • Maintenance drip of 1mg/min
  - ◼ Lidocaine 0.5–0.75mg/kg IVP repeated every 5–10 minutes to cumulative total of 3mg/kg
- ❑ SVT with Aberrancy
  - ◼ Adenosine Phosphate (Adenocard)
    - • 6 mg IVP over 1–3 seconds
    - • after 1–2 minutes, 12 mg IVP over 1–3 seconds; may repeat once
  - ◼ consider synchronized cardioversion or defibrillation if patient becomes unstable, go to CARDIOVERSION/DEFIBRILLATION TREATMENT GUIDELINE *(See Page C-3)*
- ❑ Irregular Rhythm (Polymorphic V-Tach)
  - ◼ Unstable - **Defibrillate** refer to CARDIOVERSION/DEFIBRILLATION TREATMENT GUIDELINE *(See Page C-3)*
  - ◼ Amiodarone 150mg IV over 10 minutes repeated as needed to max of 2.2g in 24 hrs
  - ◼ Lidocaine 0.5–0.75mg/kg IVP repeated every 5–10 minutes to cumulative total of 3mg/kg
  - ◼ Magnesium Sulfate 1-2g IV diluted in 10cc over 2 minutes for Torsades de Pointe

**Pediatric**
- ❑ Adenosine (Adenocard) 0.1 mg/kg IVP rapid push maximum single dose 6 mg
  - ◼ second dose 0.2 mg/kg IVP rapid push maximum single dose 12 mg
  - ◼ third dose 0.2 mg/kg IVP rapid push maximum single dose 12 mg
- ❑ Amiodarone 5mg/kg IV over 20 - 60 minutes
- ❑ Synchronized cardioversion
  - ◼ go to CARDIOVERSION/DEFIBRILLATION TREATMENT GUIDELINE *(See Page C-3)*
  - ◼ if conversion to sinus rhythm does not occur after two attempts, the diagnosis of SVT should be reconsidered; sinus tachycardia may actually be present

---

*Cardiac* (sidebar)

Serious signs or symptoms
chest pain, shortness of breath, decreased level of consciousness, low blood pressure, shock, pulmonary congestion, congestive heart failure, acute myocardial infarction
unstable condition must be related to the tachycardia

Lidocaine
use lower doses and longer intervals for
patients older than 70 years
liver failure
heart failure
smaller body size
bradycardias
conduction disturbances (particularly blocks)

Maintenance drip
initiate maintenance drip of drug that converts rhythm

*MCFR uses Amiodarone as the preferred antiarrhymic*

*IRCEMS uses 12mg doses of Adenosine only*

*Adenosine is used for diagnostic reasons after Lidocaine*

C - 10

TRAUMA AND ENVIRONMENTAL GUIDELINES



# Trauma / Environmental

*Evaluate all trauma patients for Trauma Alert Criteria*

## BITES AND STINGS

### BLACK WIDOW

**BLS**
- ☐ Prioritize/Vitalize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NaCl KVO in large vein
  - ☑ Diazepam (Valium) 5 mg IVP to max of 10mg or Lorazepam (Ativan) 1mg IVP or nasally •may be repeated to a max of 4mg
- ☐ Pain control (see *Pain Management Treatment Guideline*, page M-10)

**Physician Consult**
- ☐ Calcium chloride 10% (request dosage)

**Pediatric**
- ☐ Calcium chloride 10% (request dosage)
- ☐ Diazepam (Valium) 0.3 mg/kg IV no faster than 3 mg/min or lorazepam (Ativan) 0.1mg/kg IV

*Rationalization: Benzodiazepines (Valium/Ativan) potentiate the effects of GABA (gamma-amino butyrate) which will facilitate inhibitory GABA neurotransmission and other inhibitory transmitters, blocking the pain.*

### BROWN RECLUSE

**BLS**
- ☐ Prioritize/Vitalize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NaCl KVO
- ☐ Pain control (see *Pain Management Treatment Guideline*, page M-10)

### MARINE INJURIES

**BLS**
- ☐ Prioritize/Vitalize
- ☐ Irrigate area with 0.9% NaCl, sea water, vinegar or ammonia
- ☐ Jellyfish or Man-of-war stings
- ☐ Apply meat tenderizer paste
- ☐ Remove barbs or tentacles if visible (scrape off, do not try to grab it or more poison will be released)
- ☐ Apply hot packs to relieve pain

EMERGENCY MEDICAL GUIDELINES

☐ Observe for shock or allergic reaction; if allergic reaction, please refer to *Allergic Reaction Treatment Guideline* (see page M-3)

ALS
- ☐ EKG monitor
- ☐ IV 0.9% NaCl KVO
- ☐ Pain control (see *Pain Management Treatment Guideline*, page M-10)

## SNAKE BITE

### CONTRAINDICATIONS
The use of ice, tourniquet or constricting bands is contraindicated.

### Caution
If a tourniquet is applied prior to arrival, physician consult is indicated prior to removing the tourniquet. Let the physician decide whether or not it should be removed.

### BLS
- ☐ Prioritize/Vitalize
- ☐ Oxygen/Airway
- ☐ Mark initial edematous area
- ☐ Keep patient calm
- ☐ Rapid, undelayed transport
- ☐ If snake is **DEAD**, bring to ED for identification

### ALS
- ☐ EKG Monitor
- ☐ IV 0.9% NaCl KVO
- ☐ Allergic reaction or anaphylaxis, refer to *Allergic Reaction Treatment Guideline* (see page M-3)
- ☐ Refer to apropriate guideline for arrhythmias

### Physician Consult
- ☐ Pain control, refer to *Pain Management Treatment Guideline*, ( see page M-10)
  - ▉ Rationale: may potentiate the toxin

## BURNS

### Caution
Burn patients are at high risk of developing hypothermia. Observe closely for any signs of shivering

*SLCFD uses Kool-A-Burn for 1st, 2nd and 3rd degree burns less than 15% BSA.*

### BLS
- ☐ Prioritize/Vitalize
- ☐ Oxygen/Airway
- ☐ High flow for inhalation burn (strongly consider advanced airway control)
- ☐ Remove or cool heat source if present (i.e. tar, clothing)
- ☐ Cool compress dressing on minor burns with sterile saline (1st degree only) (do not apply ice directly to burns)
- ☐ Dry, sterile burn sheet for 2nd and 3rd degree burns
- ☐ Use Rule of Nines to determine percentage of body surface area involved in burn, (see Appendix D, page AD-1)
- ☐ Consider a Trauma Alert for 2nd and 3rd degree burns greater than 15% BSA
- ☐ Electrical and chemical burns
- ☐ Spinal immobilization on electrical burns, if patient has had loss of consciousness, fall, or pain from trauma

*10/7/2009*

<div style="writing-mode: vertical">Trauma/Environmental</div>