TRAUMA AND ENVIRONMENTAL GUIDELINES

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NaCl, two (2) lines if major burns
- ☐ If hypotensive (blood pressure less than 100 mm systolic),
  - ◼ 250 cc bolus, repeat as necessary, then 250 cc/hr infusion
- ☐ Pain control (see *Pain Management Treatment Guideline*, page M-10)

**Pediatric**
- ☐ Bolus 20 cc/kg, then 20 cc/kg hr
- ☐ Pain control  (see *Pain Management Treatment Guideline*, page M-10)

## CHEST INJURY

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway (high flow)
  - ◼ reevaluate oxygenation
- ☐ Spinal immobilization if indicated
- ☐ Repeat chest exams
- ☐ Consider the following treatments
  - ◼ leave any penetrating object, stabilize and seal around it

**ALS**
- ☐ EKG monitor
- ☐ 12 Lead EKG if time allows
- ☐ IV 0.9% NaCl set as needed
- ☐ Consider the following treatments
  - ◼ tension pneumothorax refer to PLEURAL DECOMPRESSION GUIDELINE *(See Page P-11)*
  - ◼ dress open chest wounds, seal on three (3) sides (observe for signs of tension pneumothorax)
  - ◼ pericardiocentesis refer to PERICARDIOCENTESIS GUIDELINE *(See Page P-29)*
- ☐ Refer to apropriate guideline for arrhythmias

## CRUSH INJURY

**Caution**
- ☐ Compressive force to the head, neck, chest, or abdomen should be removed immediately

**Indications**
- ☐ Compression in excess of 60 minutes
- ☐ Involvement of large muscle mass
- ☐ Absent pulse / capillary return in distal limb
- ☐ Weak, rapid pulse
- ☐ Usually absence of pain in affected region
- ☐ Onset of shock

*The activation of specialized teams (i.e. Technical Rescue and HAZMAT) should be considered early.*

**BLS**
- ☐ Vitalize / Prioritize
- ☐ Oxygen / Airway

**ALS**
- ☐ EKG monitor
- ☐ IV large bore 0.9% NaCl 1000cc bolus then 250-500cc/hr infusion
- ☐ Sodium Bicarbonate 50mEq IVP
- ☐ Pain control, refer to *Pain Management Treatment Guideline* (see page M-10)

*SLCFD requires two or more of the following to perform Pleural Decompression:*

*\*Altered LOC or unconscious*

*\*Respiratory distress and/or cyanosis*

*\* Loss of radial pulse or hypotension*

Trauma/Environmental

EMERGENCY MEDICAL GUIDELINES

**Pediatric**
- ☐ IV 0.9% NaCl 40cc/kg bolus (max 1000cc)
- ☐ Sodium Bicarbonate 1mEq/kg IVP

 Above treatments should be done concurrently with extrication.

---

## ✱ DROWNING/NEAR DROWNING

**Caution**
- ☐ Consider the possibility the drowning may be secondary to some other trauma

*MCFR consider CPAP if lungs sound "wet" and no history of barotrauma.*

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway
- ☐ Spinal immobilization if indicated

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NaCl KVO
  - ▪ if hypotensive (blood pressure less than 100 mm systolic) run wide open until blood pressure is 100 mm systolic, then 250 cc/hr
- ☐ ACLS guideline

 **Physician Consult**
- ☐ sodium bicarbonate 1 mEq/kg IVP for near drowning

*MCFR and SFR carry the Morgan Lens*

**Pediatric**
- ☐ Do not delay transport for multiple IV attempts; drugs may be given endotracheally or intraosseous

---

## EYE INJURIES

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway
- ☐ Toxic chemical/burns
  - ▪ remove any contacts
  - ▪ flush eyes with 0.9% NaCl; minimum of 20 minutes for acids and alkalines
  - ▪ use Morgan Eye Lens, if available
- ☐ Trauma
  - ▪ stabilize any penetrating objects
  - ▪ apply sterile dressing to both eyes

**ALS**
- ☐ Toxic chemical/burns
  - ▪ tetracaine 1–2 gtts in the affected eye(s) prior to flushing

---

## ✱ FRACTURES

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway
- ☐ Spinal immobilization if indicated
- ☐ Immobilize, refer to SPLINTING PROCEDURAL GUIDELINE *(See Page P-72)*
- ☐ Dress open wounds with sterile dressings

T - 4

*10/7/2009*



*Trauma/Environmental*

TRAUMA AND ENVIRONMENTAL GUIDELINES

**ALS**
- ☐ ALS transport is indicated for any multiple, long bone, pelvic or open fractures
- ☐ EKG monitor
- ☐ IV 0.9% NaCl 250 cc/hr infusion (if lungs clear)
  - ☒ when patient's condition permits, establish IV access prior to moving patient
  - ☒ if multiple, long bone or pelvic fracture administer 250 cc bolus, repeat as necessary
- ☐ Pain control (see Pain Management Treatment Guideline, page M-10)

# HEAD INJURIES

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway
- ☐ Spinal immobilization
- ☐ Transport with backboard elevated 30 degree head–up position

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NaCl KVO
  - ☒ 250 cc bolus if blood pressure less than 100 mm systolic

# HEAT TRAUMA

**Caution**
- ☐ Do not over cool to the point of shivering

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway
- ☐ Cool patient

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NaCl
  - ☒ 250 cc bolus, repeat as necessary, then 250 cc/hr

Passive Rewarming
Methods include removing wet clothes, covering with blankets or sheets and turning the heat on in the vehicle.

# HYPOTHERMIA

**Caution**
- ☐ Certain brands of thermometers may not read as low as the temperatures listed in this section.

**BLS**
- ☐ Determine patient priority
- ☐ Remove wet garments
- ☐ Protect against heat loss and wind chill (blankets)
- ☐ Maintain horizontal position
- ☐ Avoid rough movement and excess activity
- ☐ Core temperature:
  - ☒ mild hypothermia, 34–36 °C (93.2–96.8 °F)
    - •passive rewarming
    - •active external rewarming
  - ☒ moderate hypothermia, 30–34 °C (86.0–93.2 °F)

Active external warming
Methods include electric or charcoal warming devices, hot water bottles, heating pads, radiant heat sources, and warming beds, hot packs.

EMERGENCY MEDICAL GUIDELINES

- passive rewarming
- active external rewarming of core areas
- ☐ Severe hypothermia, less than 30 C (86.0 F)
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NaCL KVO
- ☐ Cardiac arrest
  - ▪ VF/VT initial treatment, refer to *Ventricular Fibrillation Treatment Guideline*, (see page C-9)
  - ▪ CPR
  - ▪ Intubate
  - ▪ Core temperature less than 30 °C (86.0 °F)
    - Continue CPR
    - Withhold IV medications
    - Limit shocks for VF/VT to 3 maximum
    - Transport

*MCFR does not use this procedure.*

  - ▪ Core temperature greater than 30 C (86 °F)
    - Continue CPR
    - Give IV medications as indicated, but at longer intervals



    - Repeat defibrillation for VF/VT as core temperature rises
- ☐ Notification of receiving facility early to place rewarming equipment on standby



## LOCAL ANESTHESIA

**Indications**
- ☐ Anesthetize insertion area for sternal IO

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway
- ☐ Circulatory support as necessary

**ALS**
- ☐ EKG monitor
- ☐ Lidocaine 1% with Epinephrine 1:100,000 10cc
  - ▪ Create wheel with approximately 5cc SQ in area to be injected
  - ▪ Allow for the initial effect of SQ Lido/Epi, then administer remainder of solution onto the periosteum / bone cortex and surrounding tissues
  - ▪ After 90 seconds, the site is anesthetized

*Hyperbaric Facilities:*

*St. Mary's Medical Center*

## SCUBA DIVING INJURIES

**CAUTION**

The following are CONTRAINDICATED – CPAP, Trendelenburg positioning, and massage of the affected joints. Helicopter transport necessitates the pilot maintaining altitude at less than 1000 feet.

*Do not use Nitrous Oxide in SCUBA injuries*

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway (High flow) via non-rebreather mask or BVM

**Trauma/Environmental**

*10/7/2009*

TRAUMA AND ENVIRONMENTAL GUIDELINES

- ☐ Contact the nearest hospital with HBOC ASAP. This will initiate recall of the hyperbaric diving medicine specialists to the receiving facility. Contact St. Mary's ER Nurses Desk (561) 881–2900
- ☐ Spinal immobilization if suspected trauma
  - ◼ Immobilize prior to removal from water if possible
- ☐ Transport *supine*
- ☐ Monitor for complications
- ☐ Consider bringing in dive tables, dive computer, and water sample from scene
- ☐ Treat for associated hypothermia with passive re-warming PRN
- ☐ Obtain a thorough clinical history of the event
- ☐ For Professional consultation contact:
  - ◼ DAN 24 hours/day 1–919–684–4 DAN

**ALS**

- ☐ SaO2 readings that do not improve with supplimental O2 may require RSI
- ☐ EKG monitor
  - ◼ Perform 12 lead in patients with Arterial Gas Embolism (AGE) symptoms
- ☐ IV 0.9% NaCl 250 bolus until normotensive, then 250cc/hr
- ☐ Aspirin 324-325mg chewable (4 pediatric chewable aspirin)
- ☐ Pneumothorax / Tension Pneumothorax consider the following treatments:

*MCFR uses Ondansetron (Zofran) 4mg IV/IM over 30 seconds.  Ped 0.1mg/kg in place of Phenergan or Anzemet*

*10/7/2009*

T - 7

EMERGENCY MEDICAL GUIDELINES



- observe for signs of tension pneumothorax
- decompression of tension pneumothorax, refer to PLEURAL DECOMPRESSION PROCEDURAL GUIDELINE *(See Page P-11)*

*Consider irrigation runoff if possible* at Guideline (see page M-10)
  - ☐ Phenergan 6.25 - 12.5mg IM or Anzemet 12.5mg IVP for nausea/vomiting

**Physician Consult**

  - ☐ Pericardial emphysema with signs of pericardial tamponade, refer to PERICARDIOCENTESIS PROCEDURAL GUIDELINE *(See Page P-29)*
  - ☐ Consider transport to facility with hyperbaric chamber *early*

# Toxicology

## OVERDOSE

**BLS**
  - ☐ Vitalize/Prioritize
  - ☐ Oxygen/Airway
  - ☐ consider notification of poison control
  - ☐ **Poison Control Center 1–800–282–3171**

**ALS**
  - ☐ EKG monitor
  - ☐ IV 0.9% NACL KVO or Saline Lock (if stable)
  - ☐ Altered LOC, refer to *Altered Level of Consciousness Treatment Guideline* (see page M-4)
  - ☐ Seizures, refer to *Seizure Treatment Guideline* (see page M-14)

**Physician Consult**
  - ☐ Nasogastric tube



## SPECIFIC TOXICOLOGICAL EMERGENCIES



### BENZODIAZEPINE OVERDOSE

**Common Benzodiazepines:**

| | | | |
|---|---|---|---|
| Alprazolam | (Xanax) | Lorazepam | (Ativan) |
| Clonazepam | (Klonopin) | Midazolam | (Versed) |
| Chlorazepate | (Tranxene) | Oxazepam | (Serax) |
| Diazepam | (Valium) | Prazepam | (Centrax) |
| Esfazolam | (Prosom) | Quazepam | (Doral) |
| Flurazepam | (Dalmane) | Temazepam | (Restoril) |
| Halazepam | (Paxipam) | Triazolam | (Halcion) |

T - 8

TRAUMA AND ENVIRONMENTAL GUIDELINES

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NACL KVO
- ☐ Altered LOC, refer to *Altered Level of Consciousness Treatment Guideline* (see page M-4)
- ☐ Seizures, refer to *Seizure Treatment Guideline* (see page M-14)

## NARCOTIC OVERDOSE

**Caution**
- ☐ Administer Narcan with caution in patients that are chronic users of narcotics.
- ☐ Only administer Narcan to maintain airway.

**Common Narcotics**

| | | |
|---|---|---|
| Codeine | Heroin | Oxycontin |
| Darvocet | Lortab | Percocet |
| Demerol | Methadone | Percodan |
| Dilaudid | Morphine | Ultram |
| Fentanyl | MS Contin | Vicodin |

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NACL KVO or Saline Lock (if stable)
- ☐ Alerted LOC, refer to *Altered Level of Consciousness Treatment Guideline* (see page M-4)
- ☐ Seizures, refer to *Seizure Treatment Guideline* (see page M-14)

## TRICYCLIC ANTIDEPRESSANT OVERDOSE (TCA)

**Contraindications**

Administration of Procainamide, Magnesium Sulfate, Ipecac, Romazicon, or Calcium Chloride is contraindicated.

**Common Tricyclics**

| | | | |
|---|---|---|---|
| Amitriptyline | (Elavil) | Amoxapine | (Asendin) |
| Clomipramine | (Anafranil) | Desipramine | (Norpramin) |
| Doxepin | (Sinequan) | Imipramine | (Tofranil) |
| Maprotiline | (Ludiomil) | Nortriptyline | (Pamelor) |
| Protryptyline | (Triptil, Vicatil) | Trimipramine | (Surmontil) |

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ 12 Lead EKG
- ☐ IV 0.9% NACL KVO or Saline Lock (if stable)
- ☐ Alerted LOC, refer to *Altered Level of Consciousness Treatment Guideline* (see page M-4)
- ☐ Seizures, refer to *Seizure Treatment Guideline* (see page M-14)
- ☐ Sodium Bicarbonate 8.4% 50cc IVP
- ☐ Sodium Bicarbonate 8.4% 50cc/500cc NACL infused @ 50cc/hr

Toxicology

EMERGENCY MEDICAL GUIDELINES

☐ Refer to appropriate guideline for arrhythmias

**Physician Consult**
- ☐ Nasogastric tube

**Pediatric**
- ☐ Sodium bicarbonate 1 mEq/kg
  - ■ Under 1 year of age use 4.2% solution (expel 25 cc out of 8.4% solution and draw up 25 cc of 0.9% NaCl)

---

# CARBON MONOXIDE

**Caution**
- ☐ If intubation is necessary, **DO NOT HYPERVENTILATE** (hypervetilation hinders the elimination of carbon monoxide)
- ☐ SaO2 readings may be inaccurate. Pulse oximetry does not read carbon monoxide

**BLS**
- ☐ Remove patient from contamination source while maintaining rescuer safety
- ☐ Use personal protective equipment w/respiratory protection (i.e. air packs) if indicated
- ☐ If multiple patients, refer to *MCI Procedural Guideline*, page P-74
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway
- ☐ Consider aeromedical transport with long transport distance to a facility with a hyperbaric chamber
- ☐ Transport in semi-fowlers position

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NACL KVO

**Physician Consult**
- ☐ Request orders for transport to a hyperbaric chamber facility

---

*MCFR drug of choice is Ativan 1mg IV push or nasally*

# COCAINE OVERDOSE

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NACL KVO or Saline Lock (if stable)
- ☐ Seizures, refer to *Seizure Treatment Guideline* (see page M-14)
- ☐ 12 Lead EKG
  - ■ $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- ☐ Valium 5mg IVP, Ativan 1mg IVP, or Versed 1-2mg IVP for relief of chest pain
  - ■ may be administered rectally if no IV access (also nasally for Ativan or Versed)
  - ■ may repeat once after 10 minutes if chest pain persists
- ☐ Chest pain unrelieved by Valium, Ativan, or Versed or chest pain greater than 12 hours after use, refer to *Chest Pain Treatment Guideline* (see page C-4)

**Physician Consult**
- ☐ Repeat Valium, Ativan, or Versed
- ☐ Notify emergency department if patient ingests cocaine powder, crack, or packed condom

**Pediatric**
- ☐ Valium 0.2-0.5mg/kg no faster than 3mg/min, Ativan 0.1mg/kg, or Versed 1-2mg

**Toxicology**

T - 10

TRAUMA AND ENVIRONMENTAL GUIDELINES

# ECSTASY (MDMA) OVERDOSE

## CAUTION

Hyperthermia associated with MDMA overdoses can reach as high as 109 degrees Fahrenheit (42.7 degrees Celsius)

## BLS

- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway
- ☐ Ice packs in the axilla and groin areas and / or cover patients with wet sheets and fan them.

## ALS

- ☐ EKG Monitor
- ☐ IV 0.9% NaCl or LR KVO
- ☐ Altered level of consciousness, refer to *Altered Level of Consciousness Treatment Guideline* (see page M-4)
- ☐ Hypotension, refer to *Medical Shock Syndromes Treatment Guideline* (see page M-8)
- ☐ Seizures, refer to *Seizure Treatment Guideline* (see page M-14)

## PHYSICIAN CONSULT

- ☐ Nasogastric tube

# GHB (GAMMA HYDROXYBUTYRATE) OVERDOSE

## CAUTION

The patient, despite a comatose condition, will occasionally respond to stimuli violently. This includes fighting attempts at ventilation. Assistance will normally prove necessary to adequately restrain the patient in the ambulance during transport.

## BLS

- ☐ Vitalize / Prioritize
- ☐ Oxygen / Airway
- ☐ Restrain patient if necessary

## ALS

- ☐ EKG Monitor
- ☐ IV 0.9% NaCl or LR KVO
- ☐ Altered level of consciousness, refer to the *ALTERED LEVEL OF CONSCIOUSNESS TREATMENT GUIDELINE* (SEE PAGE M-4)
- ☐ Seizures, refer to the *SEIZURE TREATMENT GUIDELINE* (SEE PAGE M-14)

## PHYSICIAN CONSULT

- ☐ Nasogastric tube

# TOXIC CHEMICAL EXPOSURE

## Caution

- ☐ Consider early notification of your Hazardous Materials Team. Do not handle any toxic chemical exposure without the correct level of personal protective equipment (PPE)
- ☐ Consult DOT Handbook.

## BLS

- ☐ Remove the patient from the contamination source while maintaining rescuer safety
- ☐ Remove contaminated clothing
- ☐ Brush off dry chemicals

Toxicology

EMERGENCY MEDICAL GUIDELINES

**Toxicology**

☐ Make sure chemical is not water reactive
☐ Flush with copious amounts of water for at least 20 minutes
☐ Contain run–off of toxic chemicals
☐ If multiple patients, refer to *MCI Procedural Guideline* (see page P-74)
☐ Vitalize/Prioritize
☐ Oxygen/Airway

### ALS
☐ EKG monitor
☐ IV 0.9% NACL KVO or Saline Lock (if stable)
☐ Altered LOC, refer to *Altered Level of Consciousness Treatment Guideline (see page M-4)*
☐ Seizures, refer to *Seizure Treatment Guideline* (see page M-14)
☐ Inhaled toxins, refer to *Inhaled Toxins Treatment Guideline* (see page T-12)

**Physician Consult**
☐ Use of any chemical antidote kit available on scene

## INHALED TOXINS
### BLS
☐ If multiple patients, refer to *MCI Procedural Guidelines* (see page P-74)
☐ Vitalize/Prioritize
☐ Oxygen/Airway

### ALS
☐ EKG monitor
☐ IV 0.9% NACL KVO or Saline Lock (if stable)
☐ Albuterol (Proventil) 2.5mg via mini–nebulizer for wheezing
  ■ may repeat once
☐ methylprednisolone (Solu-Medrol) 125mg IVP or dexamethasone (Decadron) 4mg IVP
☐ furosemide (Lasix) 40mg IVP with PE signs and/or symptoms
☐ Atropine 0.5-1mg IVP, repeat as needed up to 3mg

**Pediatric**
☐ Albuterol 1.25mg via mini–nebulizer for wheezing
☐ Atropine 0.02mg/kg
  ■ minimum dose 0.1mg
  ■ maximum single dose 0.5mg for child, 1mg for adolescent
☐ methylprednisolone (Solu-Medrol) 2mg/kg or dexamethasone (Decadron) 0.2mg/kg
  ■ maximum dose 125mg of Solu-Medrol
  ■ maximum dose 4mg of Decadron
☐ furosemide (Lasix) 1.0mg/kg IVP slowly over 1–2 minutes

## ORGANOPHOSPHATE POISONING


### BLS
☐ Remove the patient from the contamination source while maintaining rescuer safety
☐ Remove  contaminated clothing
☐ Brush off dry chemicals
☐ Make sure chemical is not water reactive
☐ Flush with copious amounts of water for at least 20 minutes
☐ Contain run-off of toxic chemicals
☐ If multiple patients, refer to MCI Procedural Guideline (see page P-74)
☐ Vitalize/Prioritize
☐ Oxygen/Airway

**SLUDGE**
**S**–Salivation
**L**–Lacrimation
**U**–Urination
**D**–Diarrhea
**G**–Gastrointestinal
**E**–Emesis

T - 12

TRAUMA AND ENVIRONMENTAL GUIDELINES



**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NACL KVO or Saline Lock (if stable)
- ☐ Altered LOC, refer to *Altered Level of Consciousness Treatment Guideline (see* page M-4)
- ☐ Seizures, refer to *Seizure Treatment Guideline (see* page M-14)
- ☐ Inhaled toxins, refer to *Inhaled Toxins Treatment Guideline (see* page T-12)
- ☐ Atropine 2.0mg IVP every 5 minutes until SLUDGE symptoms are controlled
  - ■ No maximum dose of Atropine

**Pediatric**
- ☐ Atropine 0.02mg/kg
  - ■ minimum dose 0.1mg
  - ■ maximum single dose 0.5mg for child and 1mg for adolescent

Toxicology





03/01/05

EMERGENCY MEDICAL GUIDELINES

## ACETAMINOPHEN (TYLENOL*, APAP)

**CLASS**
Non-narcotic analgesic/Antipyretic

**ACTIONS**
Reduces fever
May block pain impulses peripherally

**INDICATIONS**
Pediatric fever over 101 degrees F. when level of consciousness permits.

**CONTRAINDICATIONS**
History of hypersensitivity
Intolerance to tartrazine, alcohol, table sugar, and saccharin.

**WARNINGS**
Verify fever

**SIDE EFFECTS**
Anemia, rash, hives

**DOSAGE**
Pediatric:  10 mg/kg PO

## ACETAMINOPHEN SUPPOSITORIES (RECTAL TYLENOL)

**CLASS**
Non-narcotic analgesic/Antipyretic

**ACTIONS**
Reduces fever
May block pain impulses peripherally

**INDICATIONS**
Use in febrile seizures post Valium administration
Establish time of last dose of Tylenol if possible.
Tylenol is given every 4-6 hours PRN.

**CONTRAINDICATIONS**
History of hypersensitivity
Intolerance to tartrazine, alcohol, table sugar, and saccharin.

**WARNINGS**
Verify fever

**SIDE EFFECTS**
Anemia, rash, hives

**DOSAGE**
Adult: 325mg
Pediatric:  125mg

DRUG REFERENCE

# ACETYLSALICYLIC ACID (ASPIRIN, ASA)

## CLASS

Salicylate, anti-platelet

## ACTIONS

Impedes clotting by anti-prostaglandin properties

## INDICATIONS

Chest pain of suspected cardiac origin

## CONTRAINDICATIONS

Active gastro-intestinal bleeding
Patient taking coumadin
Allergy
Children under 16 due to Reye's Syndrome

## SPECIAL CONSIDERATIONS

Some asthmatics, especially those with environmental allergies, consider themselves allergic to acetylsalicylic acid. Often this "allergy" is actually a predisposition toward acetylsalicylic acid induced bronchospasm.

## DOSAGE

324mg PO (4 Tablets)

# ADENOSINE (ADENOCARD)

## CLASS

Nucleoside, antiarrhythmic

## ACTIONS

Adenocard is a naturally occurring nucleoside (a glycoside formed by the union of a purine base with sugar) which is normally present in all cells of the body. It directly slows electrical conduction through the AV node of the heart. It interrupts the reentry circuit—the etiology of most SVT's (WPW included). Adenocard is rapidly eliminated by vascular components (half-life <10 seconds so side effects are minimal and short-limiting).

## INDICATIONS

To convert hemodynamically stable supraventricular tachycardia (rate above 160) after vagal maneuvers were unsuccessful for conversion.

## CONTRAINDICATIONS

Second- or third- Degree A-V blocks
Sick sinus syndrome
History of hypersensitivity

## SIDE EFFECTS

Hypotension < 1% of time used
May produce short lasting 1st, 2nd, or 3rd degree heartblocks
55% of patients develop a few seconds of conversion arrhythmias (asystole, PVC's, or PAC's) at the time of conversion
Facial flushing, headache and shortness of breath, lightheadedness and nausea

## WARNINGS

No studies have been performed on the effects of Adenocard in pediatrics.

## DOSAGES

Initial dose 6 mg rapid IV push (60% conversion). If rhythm has not converted in 1 to 2 minutes, 12 mg rapid IVP (92% conversion), may be repeated.

## HOW SUPPLIED

6 mg and 12mg prefilled syringes

EMERGENCY MEDICAL GUIDELINES

## ALBUTEROL (PROVENTIL, VENTOLIN)

CLASS

Adrenergic bronchodilator

### ACTIONS

Albuterol is primarily a beta-2 sympathomimetic and as such produces bronchodilation. Because of its greater specificity for beta-2 adrenergic receptors, it produces fewer cardiovascular side effects and more prolonged bronchodilation than Isuprel. Onset is within 15 minutes; peaks in 60-90 minutes. Therapeutic effects may be active up to 5 hours.

### INDICATIONS

Albuterol inhaler is indicated for relief of bronchospasm in patients with reversible obstructive airway disease including asthma.

### CONTRAINDICATIONS

History of hypersensitivity

### SIDE EFFECTS AND ADVERSE REACTIONS

CNS: Nervousness, tremor, headache, dizziness, insomnia

CV: Tachycardia, hypertension, angina

GI: Drying of oropharynx, nausea, vomiting, unusual taste

### WARNINGS

Use cautiously in patients with coronary artery disease, hypertension, hyperthyroidism, diabetes. Epinephrine should not be used at the same time as Albuterol, however, either may be used subsequent to a failure of the other. Administer cautiously to patients on MAO inhibitors (Nardil, Marplan, Eutonyl) or tricyclic antidepressants. Beta-blockers and Albuterol will inhibit each other.

### DOSAGE

2.5 mg in 3 ml in a nebulizer at 6 lpm.

## AMIODARONE (CORDARONE, PACERONE)

### CLASS

Antiarrythmic

### ACTIONS

Slows nerve impulses on the heart and acts directly on heart tissues.

### INDICATIONS

Used to correct ventricular arrythmias to a regular rhythm.

### CONTRAINDICATIONS

Known allergy
Pregnancy
Liver disease
Thyroid problems
Patients taking Dilantin.

### SIDE EFFECTS

Cough, painful breathing, shortness of breath, dizziness, lightheadedness, syncope, numbness or tingling in fingers or toes, unusual and uncontrolled movements of the body.

### DOSAGE

#### V-Fib / Pulseless V-Tach

300 mg IVP may repeat with 150mg IVP

#### Perfusing patients (V-Tach, Rapid atrial dysrhythmias with poor LV function.)

150mg IV given over 10 min

#### Maintenance Drip

Infuse 1mg/min (40gtts/min) with mini drip
Mix 150mg in 100cc of D5W (1.5mg/cc)
IV Infusion pump: 40cc/hr with 100cc volume to be infused.
IV drip set (60gtts/cc) 40gtts/min (1.5gtts/sec)

DRUG REFERENCE

# AMYL NITRATE

## CLASS
Vasodilator

## ACTIONS
Amyl nitrate is chemically related to nitroglycerin. Effective in the treatment of cyanide poisoning by causing the oxidation of hemoglobin to the compound methemoglobin. Methemoglobin reacts with the cyanide ion to form cyanomethemoglobin, which has less affinity for oxygen, thus freeing the hemoglobin to react with oxygen.

## INDICATIONS
Cyanide poisoning
Angina

## CONTRAINDICATIONS
None when used for cyanide poisoning

## SIDE EFFECTS
Hypotension, Tachycardia, palpitations, syncope, headache, nausea / vomiting, dizziness, blurred vision

## WARNINGS
Use with caution when treating poisoning with a combination of cyanide and carbon monoxide

## DOSAGE
Administer vapors from crushed inhalant for 30 – 60 seconds. Repeat continuously as needed.

# ATROPINE SULFATE
# (AS A CARDIAC AGENT)

## CLASS
Anticholinergic

## ACTIONS
Atropine is a potent parasympatholytic anticholinergic that reduces vagal tone and thus increases automatically the SA node and increases A-V conduction.

## INDICATIONS
Asystole
Bradycardia, either absolute (<60 BPM) or relative
A. Serious signs and symptoms must be related to the slow rate. Clinical manifestations include:
1. Signs: Low BP, shock, pulmonary congestion, CHF, Acute MI
2. Symptoms: Chest pain, shortness of breath, decreased level of consciousness
Do not delay TCP while awaiting IV access or for Atropine to take effect if patient is symptomatic.
Denervated transplanted hearts will not respond to atropine. Go at once to pacing, catecholamine infusion, or both.

## CONTRAINDICATIONS
None in emergency situations for adults
Not to be used in infants below 1 month in age

## SIDE EFFECTS
CNS: Restlessness, agitation, confusion, psychotic reaction, pupil dilation, blurred vision, headache
CV: Increase heart rate, may worsen ischemia or increase area of infarction, ventricular fibrillation, ventricular tachycardia, angina, flushing of skin
GI: Dry mouth, difficulty swallowing
GU: Urinary retention
Other: Worsened pre-existing glaucoma

## WARNINGS
Too small of a dose (<0.5 mg in the adult or 0.1 mg in the pediatric patient) or if pushed too slowly may initially cause the heart rate to decrease. Atropine is potentiated by antihistamines and antidepressants. A maximum dose of 0.04 mg/kg should not be exceeded.

## DOSAGES
**Adult: Bradycardia: 0.5 to 1 mg IV or ET may repeat every 3 – 5 minutes until** improved or total dose of 0.04 mg/kg has been reached.
Asystole: 1 mg IV or ET; then repeat in 3 – 5 minutes.
Pediatric: 0.02 mg/kg IV or ET – minimum dose is 0.1 mg and maximum dose is 1 mg.

## HOW SUPPLIED
Prefilled syringes containing 1 mg in 10 cc of solution
Multi-dose vials  containing 4 mg in 10 cc of solution

D - 5

EMERGENCY MEDICAL GUIDELINES

## ATROPINE SULFATE
## (AS AN ANTIDOTE FOR POISONINGS)

### CLASS

Anticholinergic

### ACTIONS

Atropine is a potent parasympatholytic that binds to acetylcholine receptors thus diminishing the actions of acetylcholine.

### INDICATIONS

Organophosphate (e.g. parathion, malathion, rid-a-bug) and carbamate (baygon, sevin and many common roach and ant sprays).

### POISONING SIGNS ARE "SLUDGE":

**S**alivation
**L**acrimation
**U**rination
**D**efecation
**G**I Cramping
**E**mesis

Also: pinpoint pupils, bradycardia and excessive sweating.

### CONTRAINDICATIONS

None when used in the management of severe organophosphate poisoning.

### SIDE EFFECTS

Victims of organophosphate poisoning can tolerate large doses (1000 mg) of atropine. Signs of atropinization is the end point of treatment: flushing, pupil dilation, dry mouth, tachycardia.

### WARNINGS

It is important that the patient be adequately oxygenated and ventilated prior to using atropine as atropine may precipitate ventricular fibrillation in a poorly oxygenated patient.

### DOSAGE

Adult: 2 mg IV. May repeat with 2-5 mg q 5 minutes until atropinization occurs.

Pediatrics: 0.05 mg/kg repeat q 25 minutes if necessary

## CALCIUM CHLORIDE

### CLASS

Elemental Calcium for electrolyte balance

### ACTIONS

Calcium chloride is a calcium salt that maintains cell membrane and capillary permeability. Also acts as an activator in the transmission of nerve impulses and contraction of cardiac, skeletal and smooth muscles.

### INDICATIONS

Magnesium sulfate toxicity
As an antidote to calcium channel blocker overdose
Hyperkalemia (renal dialysis, cardiac arrest)
To relieve muscle spasm and pain caused by a black widow spider bite or portuguese man-o-war sting

### CONTRAINDICATIONS

Hypercalcemia
Renal calculi

### SIDE EFFECTS

Arrhythmias, cardiac arrest, bradycardia, syncope, phlebitis at IV site, nausea and vomiting

### SPECIAL CONSIDERATIONS

Should be given with extreme caution and in reduce dosage to persons taking digitalis. IV line should be flushed between calcium chloride and sodium bicarbonate administration.

### DOSAGE

ADULT: 10 mg/kg of a 10% solution slow IVP, may be repeated every 10 minutes

PEDIATRIC: 5 to 7 mg/kg of a 10% solution slow IVP

D - 6

DRUG REFERENCE

# CALCIUM GLUCONATE

**CLASS**

Calcium electrolyte

**ACTIONS**

Supplemental Calcium therapy

**INDICATIONS**

Hypocalcemia
Hyperkalemia
Hypermagnesemia
Calcium channel blocker overdose

**CONTRAINDICATIONS**

Hypercalcemia
V-fib
Digitalis toxicity

**SIDE EFFECTS**

Venous irritation, bradycardia, hypotension, cardiac dysrhythmias

**WARNINGS**

Patient's EKG must be monitored
Necrotic to exposed tissue if infiltration occurs

**DOSAGE**

500mg – 1000mg IV over 5 – 10 minutes
Peds: 20-25mg/kg IV or IO slowly

# CIMETIDINE (TAGAMET)

**CLASS**

H2 blocker

**ACTIONS**

Inhibits the action of histamine on the stomach cells, thus reducing acid production.

**INDICATIONS**

Allergic reaction
Anaphylaxis

**CONTRAINDICATIONS**

None in the emergency setting

**SIDE EFFECTS**

Fatigue, headache, dizziness, nausea and vomiting

**WARNINGS**

May alter blood levels in patients taking Coumadin, Dilantin and Theophylline.

**DOSAGE**

300mg in 50cc infused over 15 minutes

EMERGENCY MEDICAL GUIDELINES

# DEXAMETHASONE (DECADRON)

**CLASS**

Steroid

**ACTIONS**

Anti-inflammatory

Suppresses immune response (especially in allergic reactions)

**INDICATIONS**

Anaphylaxis (after epinephrine and diphenhydramine)

Asthma

COPD

**CONTRAINDICATIONS**

None in the emergency setting

**PRECAUTIONS**

Should be protected from heat

Onset of action may be 2-6 hours and thus should not be considered to be of use in the critical first hour following an anaphylatic reaction

**SIDE EFFECTS**

Gastrointestinal bleeding

Prolonged wound healing

**DOSAGE**

4-24 mg IV or IM

0.2-0.5mg/kg in Pediatrics

# DIAZEPAM (VALIUM)

**CLASS**

Anticonvulsant/sedative

**ACTIONS**

Diazepam suppresses the spread of seizure activity through the motor cortex of the brain.

**INDICATIONS**

Major motor seizures

Status epileptieus

Premedication before cardioversion

Skeletal muscle relaxant

Acute anxiety states

Airway management (when RSI not indicated or available)

External pacing

Altered L.O.C., violent patient (physician consult)

Eclampsia (physician consult)

**CONTRAINDICATIONS**

History of hypersensitivity

**SIDE EFFECTS**

Hypotension, drowsiness, headache, amnesia, respiratory depression, blurred vision, nausea and vomiting.

**WARNINGS**

Diazepam is incompatible with many medications. It should not be mixed with any other drugs. IV line should be adequately flushed.

May cause respiratory depression or compromise. Flumazenil should be readily available to reverse sedation effects.

**DOSAGES**

Adult: 2 – 10 mg IV, IM or rectal

Pediatric: 0.25 – 0.5 mg/kg IV or rectal

**HOW SUPPLIED**

Ampule containing 10 mg in 2 cc

D - 8

DRUG REFERENCE

# DILTIAZEM (CARDIZEM)

CLASS

Calcium Channel Blocker

ACTIONS

Inhibits calcium influx through slow channels into the cells of the myocardium and smooth muscle. Also dilates coronary arteries and inhibits coronary artery spasm.

INDICATIONS

PSVT
Rapid atrial fibrillation
Atrial flutter

CONTRAINDICATIONS

2 or 3 degree block
Hypotension
Sick sinus syndrome
VT
WPW
Do not give with oral beta blockers
Do not give with Furosemide in the same IV line (flush the line first)

SIDE EFFECTS

Hypotension, bradycardia, headache, N/V, CHF, dizziness, weakness,

WARNINGS

Use with caution for patients with a heart rate of less than 100 bpm. May cause hypotension.

DOSAGE

0.25mg/kg slow IVP over 2 minutes. If no effect in 15 minutes:0.35mg/kg slow IVP

# DIPHENHYDRAMINE (BENADRYL)

CLASS

Ethanolamine derivative antihistamine

ACTIONS

Diphenhydramine is an antihistamine with anticholinergic (drying) and sedative side effects. Antihistamines appear to compete with histamine for cell receptor site on effector cells. Diphenhydramine prevents, but does not reverse histamine medicated response, particularly histamines effects on the smooth muscle of the bronchial airways, gastrointestinal tract, uterus, and blood vessels.

INDICATIONS

Allergic reactions
Anaphylaxis

CONTRAINDICATIONS

Newborns
Premature infants
Nursing mothers
Lower respiratory tract symptoms
Asthma

SIDE EFFECTS AND ADVERSE REACTIONS

Hypotension, headache, palpitations, drowsiness, tachycardia, sedation and disturbed coordination.

WARNINGS

In infants and children especially, antihistamines in overdosage may cause hallucinations, convulsions, or death. As in adults, antihistamines may diminish mental alertness in children. In young children, they may produce excitation. Diphenhydramine has additive effects with alcohol and other CNS depressants (hypnotics, sedatives, tranquilizers, etc.)

DOSAGE

Adult: 25 – 50 mg IVP
Pediatric: 1 mg – 1.25 mg/kg

HOW SUPPLIED

50 mg diphenhydramine HCL in 1 ml ampules/prefilled syringes

EMERGENCY MEDICAL GUIDELINES

## DOBUTAMINE (DOBUTREX)

**CLASS**

Inotrope

**ACTIONS**

Stimulates beta-1 receptors in the heart, therefore increasing cardiac function, cardiac output, and stroke volume with only minor effects on the heart rate.

**INDICATIONS**

Congestive Heart Failure

**CONTRAINDICATIONS**

Shock

Hypovolemia

Tachydysrhythmias

**SIDE EFFECTS**

Tachydysrhythmias, Acute Coronary Syndrome, ventricular ectopy, V-fib, V-Tach, nausea / vomiting, hypertension, headache

**DOSAGE**

2-20ug/kg/min IV infusion. Mix 250mg in 250cc (1mg/cc)

## DOLASETRON MESYLATE (ANZEMET)

**CLASS**

Antiemetic

**INDICATIONS**

Nausea and Vomiting

**CONTRAINDICATIONS**

Hypersensitivity to Anzemet

**SIDE EFFECTS**

Headache, diarrhea, dizziness, arrhythmias

**DOSAGE**

Adult:          12.5 mg

Pediatric:   0.35mg/kg (not to exceed 12.5mg)
2 yrs – 16 yrs

DRUG REFERENCE

# DOPAMINE (INTROPIN)

## CLASS
Sympathetic Agonist

## ACTIONS
Intropin stimulates dopaminergic beta-adrenergic and alpha-adrenergic receptors of the sympathetic nervous system. It exerts an inotropic effect on the myocardium resulting in an increased cardiac output. Intropin produces less increase in myocardial oxygen consumption than does isoproterenol and it's use if usually not associated with tachydysrhythmias. Intropin dilates renal and mesenteric blood vessels at low doses that may not increase heart rate or blood pressure. Therapeutic doses have predominant beta adrenergic receptor stimulating actions that result in increases in cardiac output without marked increases in pulmonary occlusive pressure. At high doses, Intropin has alpha receptor stimulating actions that result in peripheral vasoconstriction and marked increases in pulmonary occlusive pressure.

## INDICATIONS
To treat shock and correct hemodynamic imbalances
Improve perfusion to vital organs and to increase cardiac output.

## CONTRAINDICATIONS
Intropin should not be used in patients with tumor of the adrenal gland.

## SIDE EFFECTS AND ADVERSE REATIONS
CNS: Headache
CV: Ectopic beats, tachycardia, anginal pain, palpitations, hypotension.
GI: Nausea, vomiting
Local: Necrosis and tissue sloughing with extravasation.
Other: Piloerection, dyspnea

## WARNINGS
Do not administer Intropin in the presence of uncorrected tachyarrythmias or ventricular fibrillation. Do not add Intropin to any alkaline diluent solution since the drug is inactivated in alkaline solution.

Patients who have been treated with monoamine oxidase (MAO) inhibitors will require substantially reduced dosage.

## DOSAGE
Mix 400 mg into 250 cc NaCl or 800 mg into 500 cc NaCl to yield a concentration of **1,600 mcg/ml. Begin infusion at 2 to 5 mcg/kg/min and titrate to effect. Dosages of over 20 mcg/kg/min have been required occasionally to obtain desired effect.**

## HOW SUPPLIED
Intropin is supplied in 5 ml ampules containing 400 mg.

# EPINEPHRINE (1:1000)

## CLASS
Sympathetic Agonist

## ACTIONS
Epinephrine is a sympathomimetic which stimulates both alpha and beta adrenergic receptors causing immediate bronchodilation increase in heart rate and an increase in the force of cardiac contraction. Subcutaneous dose lasts 5-15 minutes.

## INDICATIONS
Asthma
Anaphylaxis
Allergic reaction

## CONTRAINDICATIONS
Hyperthyroidism
Hypertension
Cerebral arteriosclerosis in asthma
In anaphylaxis, however, there are no contraindications

## SIDE EFFECTS
Same as epinephrine 1:10,000

## WARNINGS
Same as epinephrine 1:10,000. Also causes hyperglycemia. 1:1000 epinephrine cannot be given intravenously, unless diluted first to 10 cc 0.9 % NaCl.

Epinephrine should be used with caution to patients >60 years of age, pulse above 120 bpm, systolic blood pressure above 160 mm Hg, hypertensive or cardiac history.

## DOSAGE
Adult: 0.3-0.5 mg (0.3-0.5 cc) subcutaneously. Can also be given sublingually. May be repeated every 15 minutes x 3 if patient in anaphylaxis is hypotensive, start an IV and administer 3-5 cc of a 1:10,000 solution IV push.

Pediatric: 0.01 mg/kg up to 0.3 mg subcutaneously.

## HOW SUPPLIED
Ampule containing 1mg/cc
Multi-dose vial containing 30 mg in 30 cc

EMERGENCY MEDICAL GUIDELINES

# EPINEPHRINE (1:10,000)

## CLASS
Sympathetic Agonist

## ACTIONS
Epinephrine is a sympathomimetic which stimulates both A & B receptors. As a result of its effect, myocardial and cerebral blood flow are increased during ventilation and chest compression. Epinephrine increases systemic vascular resistance and thus may enhance defibrillation.

## INDICATIONS
Asystole.
Ventricular fibrillation unresponsive to defibrillation
PEA and severe anaphylaxis
Other pediatric indications:
Hypotension in patients with circulatory instability
Bradycardia unresponsive to atropine

## CONTRAINDICATIONS
None in the cardiac arrest situation.

## SIDE EFFECTS
CNS: Anxiety, headache, cerebral hemorrhage
CV: Tachycardia, ventricular dysrythmias, hypertension, angina, palpitations
GI: Nausea and vomiting

## WARNINGS
Epinephrine is inactivated by alkaline solutions – never mix with Sodium Bicarbonate. Do not mix Isuprel and Epinephrine – will get exaggerated response. Action of catecholamines is depressed by acidosis – attention to ventilation and circulation is essential. Antidepressants potentiate the effect of Epinephrine.

## DOSAGES
Adult: 0.5 to 1.0 mg (5-10 cc) IV every 5 minutes
Can also be given double-dose down the ET tube repeat every 5 minutes. As a vaso-pressor infusion 1 mg/ 250 cc NaCl-start 1 mcg/min And titrate to desired effect.
For Cardiac Arrest: 1 mg IVP every 3 to 5 minutes
Pediatric: 0.01 mg/kg (0.1 ml/kg) IV or Double-Dose down ET tube, repeat every 5 minutes as necessary as in infusion – start at 0.1 mcg/kg/min up to 1.0 mcg/kg/min.

## HOW SUPPLIED
Prefilled syringes containing 1 mg/10 cc

# ETOMIDATE (AMIDATE, HYPNOMIDATE)

## CLASS
Short acting non-barbiturate hypnotic

## ACTIONS
Etomidate is a short acting non-barbiturate hypnotic that acts at the level of the reticular activating system thereby causing sedation and amnesia. It also works well as an anti-convulsant since it does not require locked access.
Lowers ICP and cerebral metabolic rate of oxygen consumption
Duration of action 3-5 minutes

## INDICATIONS
Pre-medication for RSI
Cardioversion
Convulsions.

## CONTRAINDICATIONS
Under 10 years old
Hypoventilation
Laryngospasm
Bradycardia
Vomiting

## SIDE EFFECTS
Respiratory depression, apnea

## WARNINGS
Be aware of increased myoclonic activity. Nausea is common post recovery.

## DOSAGE
0.2mg/kg-0.6mg/kg (usually 0.3mg/kg) IVP over 30-60 seconds
Some agencies administer 20mg non-weight based

DRUG REFERENCE

# FLUMAZENIL (ROMAZICON)

**CLASS**

Benzodiazepine antagonist

**ACTIONS**

Antagonizes the actions of benzodiazepines on the central nervous system. Flumazenil competitively inhibits the activity at the benzodiazepine receptor site to reverse the sedative effects of the benzodiazepines

**INDICATIONS**

Benzodiazepine overdose

**CONTRAINDICATIONS**

Tricyclic antidepressant overdose
Status epilepticus
Increased ICP

**SIDE EFFECTS**

Nausea / vomiting, seizures, agitation, withdrawal symptoms, dizziness, blurred vision

**WARNINGS**

Not recommended for use in the elderly
Can possibly cause seizures in the overdose patient

**DOSAGE**

0.2mg IVP over 30 seconds, after 30 seconds, 0.3mg IVP over 30 seconds, after 1 minute 0.5mg IVP over 30 seconds, repeat in 20 minute intervals to a total of 3mg.
Peds: 0.01mg/kg IV, IO up to 0.2mg single dose. Max dose of 1mg.

# FUROSEMIDE (LASIX)

**CLASS**

Diuretic

**ACTIONS**

Furosemide is a loop diuretic which inhibits the reabsorption of sodium and chloride in the kidneys. Following administration, venous dilation occurs within 5 minutes which causes reduction in pre-load, thus decreasing cardiac work. Onset of diuresis is 5-15 minutes and effects can last up to 2 hours.

**INDICATIONS**

Pulmonary edema
Hypertension
Congestive heart failure
Cerebral edema

**CONTRAINDICATIONS**

Furosemide is contraindicated in patients who are allergic to sulfa.
Should be used in pregnancy only when benefits clearly outweigh risks.
Not to be used on renal dialysis patients.

**SIDE EFFECTS**

CNS: Dizziness, tinnitus, hearing loss, headache, blurred vision, weakness
GI: Anorexia, vomiting, nausea
CV: Hypotension
Others: Pruritus, urticaria, muscle cramping

**WARNINGS**

Furosemide should be protected from light. Dehydration and electrolyte imbalance can result from excessive dosages. Rapid diuresis can lead to hypotension and thromboembolic episodes.

**DOSAGE**

Adult: 0.5 – 1.0 mg/kg IV slowly over 1-2 minutes (40-80 mg) Can be given IM or double patient's daily dose.

**HOW SUPPLIED**

Ampules of 10 cc containing 10 mg/cc
Prefilled syringes containing 40 mg/4 cc or 100 mg/10cc

*03/01/05*

EMERGENCY MEDICAL GUIDELINES

# GLUCAGON (GLUCAGON)

### CLASS
Polypeptide Hormone

### ACTIONS
Assists with the breakdown of glycogen into glucose.

### INDICATIONS
Hypoglycemia when IV access is unobtainable
b-blocker overdose

### CONTRAINDICATIONS
Hyperglycemia

### SIDE EFFECTS
Hyperglycemia

### DOSAGE
Reconstitute glucagen powder with 1cc of diluting solution, then 1mg IM

# GLUCOSE 50% (DEXTROSE 50%)

### CLASS
Carbohydrate

### ACTIONS
A monosaccharide which provides calories for metabolic needs, spares body proteins and loss of electrolytes. Readily excreted by kidney producing diuresis. Hypertonic solution.

### INDICATIONS
Hypoglycemia
Coma of unknown origin.

### CONTRAINDICATIONS
CVA with suspected intracranial or intraspinal hemorrhage
DT's with dehydration

### SIDE EFFECTS
CV: Thrombosis, sclerosing if given in peripheral vein
INTEG:     Tissue irritation if infiltration occurs
OTHERS: Acidosis, alkalosis, hyperglycemia, hypokale - mia

### WARNINGS
May cause Wernicke-Korsakoff syndrome in acute alcohol intoxication – usually this is prevented by administering Thiamine 100 mg. IM or IV. Perform an Accucheck (if possible) and draw a blood sample (red top tube) prior to administering Dextrose.

Physician consult should be obtained regarding treatment of low blood glucose levels associated with pregnancy and stroke.

### DOSAGE
Adult: 50 cc of a 50% solution (25 grams) IV
Pediatric: Age: birth – 1 year Dextrose 12.5% 0.5 – 1 gm/kg slow IVP Expel 37.5 cc of D-50 and draw 37.5 cc 0.9% NaCl
Age: 1 - 8 years Dextrose 25% 0.5 – 1.0 gm/kg slow IVP Expel 25 cc of D-50 and draw 25 cc of 0.9% NaCl

DRUG REFERENCE

# GLUCOSE ORAL (GLUTOSE)

### CLASS

Carbohydrate

### ACTIONS

Glutose 15 is oral Glucose gel containing 40% Dextrose (d-glucose), the kind of sugar the body most readily absorbs.

### INDICATIONS

Hypoglycemia in the emergent setting when IV access cannot be obtained.

### CONTRAINDICATIONS

Airway obstruction

When suction is not available to maintain the airway of a patient with altered level of consciousness.

### SIDE EFFECTS

Other: Acidosis, alkalosis, hyperglycemia, hypokalemia

### WARNINGS

For oral use only. Use extreme precautions and aggressive management to protect the airway of patients with altered level of consciousness (LOC) providing suction PRN.

Use care in application to avoid being bitten by patient.

Use reasonable doses in amounts small enough not to occlude the airway.

### DOSAGE

Adult: utilize 15 gm dosage tube PRN

Pediatric: utilize 15 gm dosage tube PRN

### HOW SUPPLIED

Prefilled tube containing 15 grams of Glucose (d-glucose), purified water, glycerin, lemon flavoring, and preservatives in an oral gel base.

# HEPARIN

### CLASS

Anticoagulant

### ACTIONS

Inhibits the action of antithrombin III on various coagulation factors including factors IIa, IXa, Xa, XIa and XIIa. Inhibition of factor Xa results in interference with thrombin generations; therefore the action of thrombin in coagulation is inhibited. Heparin also increases the rate of formation of antithrombin III-thrombin complex causing inactivation of thrombin and preventing the conversion of fibrinogen to fibrin. By inhibiting the activation of fibrin-stabilizing factor by thrombin, heparin also prevents the formation of a fibrin clot.

### INDICATIONS

Acute Coronary Syndrome

Pulmonary embolism

Stroke

### CONTRAINDICATIONS

Active bleeding

Hemophilia

Thrombocytopenia

Suspected intracranial hemorrhage

### SIDE EFFECTS

Hemorrhagic reaction

### WARNINGS

Use with caution in women who are menstruating and pregnancy.

Use with caution in geriatric patients.

Draw a blue top tube for PT and PTT levels.

### DOSAGE

5000 units IVP

EMERGENCY MEDICAL GUIDELINES

## HYDROMORPHONE HCL (DILAUDID)

**CLASS**

Narcotic analgesic

**ACTIONS**

Binds with opiod receptor sites in the CNS, altering perception of and emotional response to pain.

**INDICATIONS**

Relief of moderate to severe pain from trauma, fractures, dislocations, myocardial infarction, and burns

**CONTRAINDICATIONS**

History of hypersensitivity
Presence or possibility of intracranial pressure (ICP)
Pre-existing respiratory depression (i.e. COPD, emphysema, status asthmaticus

**CAUTIONS**

May produce respiratory depression
Not to be used in abdominal pain or head injury patients

**SIDE EFFECTS**

Respiratory depression
Nausea and vomiting
Circulatory depression and cardiac arrest have occurred after *rapid* intravenous injection

**DOSAGE**

1-2mg slow IV, IM. May repeat to a total of 4mg
In elderly (65 yrs and older), 0.25 - 0.5mg slow IV, IM. May repeat as tolerated
Pediatric: not approved for pediatric use

## IPRATROPIUM (ATROVENT)

**CLASS**

Parasympatholytic Bronchodilator

**ACTIONS**

Anticholinergic agent acts directly on the smooth muscles of the bronchial tree, by inhibiting acetylcholine at receptor sites. Also reduces vagally mediated reflexes bronchospasms.

**INDICATIONS**

COPD
Bronchospasm
Asthma

**CONTRAINDICATIONS**

History of hypersensitivity
Glaucoma
Allergy to soy or peanut products
Use caution in pregnancy, nursing mothers.

**SIDE EFFECTS**

Dry mouth, headache, cough, blurred vision, rash, hives

**DOSAGE**

One time use. 0.5mg nebulized with 2.5mg of albuterol

DRUG REFERENCE

# KETOROLAC
# (TORADOL)

**CLASS**

Analgesic/Non-steroidal anti-inflammatory

**ACTIONS**

Ketorolac is a non-steroidal anti-inflammatory drug (NSAID). It has analgesic, anti-inflammatory, and antipyretic effect. Unlike narcotics which act on the central nervous system, Ketorolac is considered a peripherally acting analgesic. It does not have the sedative properties of the narcotics. Ketorolac has been used with morphine and meperidine without adverse effects.

**INDICATIONS**

Mild to moderate pain.

**CONTRAINDICATIONS**

History of hypersensitivity

Not administered to patients with allergies to aspirin or the non-steroidal anti-inflammatory drugs.

**WARNINGS**

May cause gastrointestinal irritation and bleeding.

**SIDE EFFECTS**

Can cause edema, hypertension, rash, itching, nausea, heartburn, drowsiness, and dizziness.

**DOSAGE**

30 – 60 mg IM

30 mg IVP

**HOW SUPPLIED**

Prefilled syringes containing 15, 30, and 60 mg of the drug

# LABETALOL
# (NORMYDYNE, TRANDATE)

**CLASS**

Beta blocker

**ACTIONS**

Adrenergic receptor blocker (both alpha and beta), causing a fall in blood pressure and a slight decrease in heart rate.

**INDICATIONS**

Hypertension

**CONTRAINDICATIONS**

Bronchial asthma

Congestive heart failure

Heart blocks greater than first degree

Cardiogenic shock

Severe bradycardia

Chronic bronchitis

Emphysema

COPD

Preexisting vascular disease

**SIDE EFFECTS**

Dizziness, nausea, vomiting, diarrhea, increased airway resistance.

**WARNINGS**

Use with caution in patients with heart disease. Orthostatic hypotension will occur so patients must remain supine. Nitroglycerine and Labetalol have additive effects and should not be used together except with great caution. This drug masks common signs of shock and hypoglycemia. Dizziness is the most common side effect and tends to occur in earlier stages of the treatment, in patients also receiving diuretics. When administered IV for hypertensive emergencies, Labetalol produces a rapid, predictable fall in blood pressure within 5 to 10 minutes. Will decrease heart rate and should be used with extreme caution in patients with heart rates less than 100.

**DOSAGE**

0.25 mg/kg IV slowly over 2 minutes (20 mg dose for average adult)

5 mg IV over 2 minutes (max 300 mg)

NOT FOR USE IN PEDIATRICS

EMERGENCY MEDICAL GUIDELINES

# LIDOCAINE HCL (XYLOCAINE)

## CLASS
Antiarrhythmic

## ACTIONS
Decreases ventricular automaticity and raises the ventricular fibrillation threshold.

## INDICATIONS
PVC's: >6 minute. R-on-T phenomenon, multifocal, or in bursts of >2 or more in a row.

Ventricular tachycardia

Ventricular fibrillation

Prophylactic treatment in patients highly suspected of having myocardial infarction.

## CONTRAINDICATIONS
Lidocaine is contraindicated in second-degree heart block Mobitz II: complete A-V block; and Stokes-Adams syndrome

If PVC's occur in conjunction with sinus bradycardia, the bradycardia should be treated first

## SIDE EFFECTS
CNS: Drowsiness, numbness, dizziness, blurred vision, tinnitus, euphoria, muscle twitching, Convulsions, tremors.

CV: Rare, but with toxic levels – hypotension, widening of QRS complex, bradycardia, cardiac arrest.

RESP: At toxic levels – respiratory depression and/or arrest.

## WARNINGS
Lidocaine is metabolized in liver. Maintenance infusion should be decreased by half in patients with liver disease and low cardiac output states, (i.e. shock, congestive heart failure and/or patient older than 70 years of age.)

## DOSAGE
Adults: 1.0 – 1.5 mg/kg* IV bolus, repeat with 0.5 – 1.5 mg/kg q 5-10 minutes if          necessary to a total of 3 mg/kg. Can also be administered IM or Double-Dose down ET tube followed by an infusion at 2-4 mg/min.

Pediatrics: 1 mg/kg IV bolus. IV infusion should contain 120 mg LIDOCAINE/100 cc D5W, infuse at a rate of 20-50 mcg/kg/min.

NOTE: The larger dosage approach is recommended in cardiac arrest

## HOW SUPPLIED
Prefilled syringes: 1% = 100 mg/10 cc

2% = 100 mg/5 cc

Prefilled bag: 2 gm/500 cc D5W

NOTE: Lidocaine jelly is a viscous preparation of 2% Lidocaine that facilitates nasotracheal intubation by providing lubrication and acting as a local anesthetic.

# LIDOCAINE HCL 2% WITH EPINEPHRINE 1:100,000

## CLASS
Amide derivative

## ACTIONS
Provides profound local anesthesia of intermediate duration. Average anesthesia of at least 60 minutes.

## INDICATIONS
Utilized prior to sternal interosseous infusions (FAST 1 or BIG).

## CONTRAINDICATIONS
None

## SPECIAL CONSIDERATIONS
None

D - 18

# LIDOCAINE HCL TOPICAL (XYLOCAINE 2% JELLY)

**CLASS**

Amide derivative

**ACTIONS**

Lidocaine stabilizes the neuronal membrane by inhibiting the ionic fluxes required for the initiation and conduction of impulses, thereby effecting local anesthetic action. The onset is 3-5 minutes. It is effective when applied to intact skin.

Lidocaine may be absorbed following topical administration to mucus membranes, its rate and extent of absorption depending upon concentration and total dose administered, the specific site of application, and duration of exposure. In general, the rate of absorption of local anesthetic agents following topical application occurs most rapidly after itratracheal administration. Lidocaine is metabolized rapidly by the liver.

**INDICATIONS**

As an anesthetic lubricant for endotracheal intubation (Oral or Nasal).

**CONTRAINDICATIONS**

History of hypersensitivity to local anesthetics.

**SPECIAL CONSIDERATIONS**

Use caution in patients with severe shock or heart block. Debilitated elderly patients, acutely ill patients, and children should be given reduced doses commensurate with their age and physical status.

Excessive dosage, or short intervals between doses, can result in high plasma levels and serious adverse effects. xylocaine 2% Jelly should be used with extreme caution in the presence of sepses or severely traumatized mucosa in the area of application, since under such conditions there is the potential for rapid systemic absorption.

When used for endotracheal tube lubrication, care should be taken to avoid introducing the product into the lumen of the tube. Do not use the jelly to lubricate the endotrachial stylette. If allowed into the inner lumen, the jelly may dry on the inner surface leaving a residue which tends to clump with flexion, narrowing the lumen. There have been rare reports in which this residue has caused the lumen to occlude.

**DOSAGE**

Adults: No more than 600 mg in a 12 hour period.
Pediatrics: Not to exceed 4.5 mg/kg (2.0mg/lb) of body weight.

**HOW SUPPLIED**

30 ml Aluminum tube

# LORAZEPAM (ATIVAN)

**CLASS**

Anticonvulsant/Sedative, Benzodiazepine

**ACTIONS**

Lorazepam is a benzodiazepine with a shorter half-life than diazepam. It suppresses the spread of seizure activity through the motor cortex of the brain.

**INDICATIONS**

Major motor seizures
Status epilepticus
Premedication before cardioversion
Acute anxiety states

**CONTRAINDICATIONS**

History of hypersensitivity

**SIDE EFFECTS**

Hypotension, drowsiness, headache, amnesia, respiratory depression, blurred vision, nausea and vomiting.

**WARNINGS**

Because of its short half-life, seizure activity may recur. In such cases, additional doses may be required. May cause respiratory depression. Monitor respiratory status closely. Romazicon can be used as an antidote.

**DOSAGE**

Anxiety: $0.5 - 2$ mg IVP

Seizures: $0.5$ mg $- 1.0$ mg, may repeat after 15 minutes

Neonate (<1 month): $0.05$ mg/kg not to exceed 2 mg. May be repeated after 10 minutes.

Infants & Children: $0.1$ mg/kg over $2 - 5$ minutes. Maximum single dose 4 mg. May be Repeated after $15 - 20$ minutes.

**HOW SUPPLIED**

Lorazepam is supplied in ampules and tubex syringes containing 1, 2, and 4 mg in 2 ml of solvent.

EMERGENCY MEDICAL GUIDELINES

## MAGNESIUM SULFATE

**CLASS**
Anticonvulsant/Antiarrhythmic

**ACTIONS**
Magnesium Sulfate is a central nervous system depressant and vasodilator.

**INDICATIONS**
Eclampsia including pre-eclampsia
Torsades De Pointes
Refractory V-fib/pulseless v-tach
Status asthmaticus

**CONTRAINDICATIONS**
Renal diseases
Heart blocks
CHF
Bradycardia
Cardiogenic shock

**SIDE EFFECTS**
Respiratory depression, bradycardia, heart block, CHF, bronchospasm, postural hypotension.

**DOSAGE**
**Eclampsia**: Loading dose 4 gm/100 cc IV 0.9% NaCl wide open
Maintenance dose 2 gm/100 cc at 100 cc/hr
**Pre-Eclampsia**: Loading dose 4 gm/100 cc IV 0.9% NaCl over 15 minutes
Maintenance dose 2 gm/100 cc at 100 cc/hr
**Refractory V-fib**: 1 – 2 gm slow IVP over 1-2 minutes
**Torsades De Pointes**: 1 – 2 gm diluted in 10 cc NaCl administered IV over 3 minutes, up to 4 – 6 gms.
**Status Asthmaticus**: 2 gm diluted in 10 cc NaCl administered IV over 3 minutes, up to 4 – 6 gms.
Dose may be repeated if patient is still symptomatic. The time interval to repeat the dose will be based on the patient's condition.

**HOW SUPPLIED**
50% Magnesium Sulfate injection, 5 grams {500 mg/ml (4mEq/ml)} prefilled syringe.
Vials containing 5 grams in 10 cc solution (0.5 g/cc)

## MEHTYLPREDNISOLONE (SOLU-MEDROL)

**CLASS**
Corticosteroid/Anti-inflammatory

**ACTIONS**
Steroid which is used to stabilize cell membranes to decrease edema in head trauma and used as an anti-inflammatory drug. Decreases inflammation, mainly by stabilizing leukocyte lysosomal membranes. Also suppresses the immune response, stimulates bone marrow and influences protein, fat and carbohydrate metabolism. Onset of action may be 2-6 hours and thus should not be of use in the critical first hour following an anaphylactic reaction.

**INDICATIONS**
Head trauma
Severe asthma
Allergic reactions
COPD

**CONTRAINDICATIONS**
Patients with reduced immune system.

**SIDE EFFECTS**
May cause fluid retention, CHF, hypertension, abdominal distension, vertigo, headache, malaise, and hiccups.

**WARNINGS**
Must be reconstituted and used promptly.

**DOSAGE**
Usual dose is 125 mg IV but can be up to 30 mg/kg IV over 30 minutes.

**HOW SUPPLIED**
Vial containing 125 mg

*03/01/05*

DRUG REFERENCE

# MIDAZOLAM (VERSED)

**CLASS**

Benzodiazepine

**ACTIONS**

Short acting CNS depressant that impairs the memory.

**INDICATIONS**

Conscious sedation,
Premedication for tracheal intubation

**CONTRAINDICATIONS**

History of hypersensitivity
Glaucoma
Shock
Alcohol intoxication
Overdose
Hypotension

**SIDE EFFECTS**

Over sedation, hypotension, blurred vision, headache, respiratory depression / arrest, nausea and vomiting

**WARNINGS**

Sedative effects may be accentuated by concomitant use of barbiturates, alcohol, or narcotics.

Should not be used in patients who have taken CNS depressants.

Avoid high doses! May cause hypotension.

**DOSAGE**

2.5mg – 5.0mg IVP over 60 years old
5.0mg – 10.0mg IVP below 60 years old
Peds:   0.1mg/kg IV, max of 2.5mg/kg dose
0.2mg/kg IM, max 5mg

# MORPHINE SULFATE (MS)

**CLASS**

Narcotic Analgesic

**ACTIONS**

Morphine is a narcotic analgesic which depresses the central nervous system and sensitivity to pain.  It increases venous capacitance, decreases venous return and produces mild peripheral vasodilation.  Morphine also decreases myocardial oxygen demand.

**INDICATIONS**

Pain from acute MI
Pulmonary edema
Pain from burn
Pain from Fx or dislocation to facilitate moving patient

**CONTRAINDICATIONS**

Pain due to trauma or acute abdomen
Volume depletion or hypotension
Head trauma
Acute alcoholism
Acute asthma
History of hypersensitivity

**SIDE EFFECTS**

CNS: Euphoria, drowsiness, pupillary constriction, respiratory arrest
CV: Bradycardia, hypotension
GI: Decreases gastric motility, nausea and vomiting
GU: Urinary retention
RESP: Bronchial constriction, decrease cough reflex

**WARNINGS**

Morphine is detoxified by the liver.  It is potentiated by alcohol, antihistamines, barbiturates, sedatives and beta-blockers.

**DOSAGE**

Adults:  1 – 5 mg IV slowly.  Repeat with small increments every 5 minutes until desired response is achieved.  Can also be given IM or SC.

Pediatrics:  0.1 – 0.2 mg/kg IV slowly.

**HOW SUPPLIED**

Ampule containing 10 mg/1 cc

EMERGENCY MEDICAL GUIDELINES

# NALBUPHINE (NUBAIN)

**CLASS**

Synthetic narcotic agonist / analgesic

**ACTIONS**

Nubain is a potent analgesic. Analgesic potency is essentially equivalent to that of morphine on a milligram basis.

**INDICATIONS**

Pain Management (burns, marine injuries, chest pain, fractures, sickle cell crisis)

**CONTRAINDICATIONS**

History of hypersensitivity
Respiratory depression
Hypotension

**SIDE EFFECTS**

Respiratory depression, nausea/vomiting, headache, dry mouth, sedation, hypotension

**WARNINGS**

Not indicated for use in children
Use may impair the mental or physical abilities
Use care with susceptible individuals, might result in physical dependence

**DOSAGE**

2mg – 4mg IVP or IM

# NALOZONE (NARCAN)

**CLASS**

Narcotic Antagonist

**ACTIONS**

Naloxone is chemically similar to narcotics. However, it has only antagonistic properties. It competes for opiate receptors in the brain. It also displaces narcotic molecules from opiate receptors. It can reverse respiratory depression associated with narcotic overdose.

**INDICATIONS**

Complete or partial reversal of narcotic depression
Respiratory depression secondary to narcotics or related drugs: heroin, methadone, lomotil, pentazocine (talwin) , meperidine (Demerol), propoxyphene, codeine, hydromorphone (darvon), morphine (dilaudid), percodan
Suspected acute opiate overdose
Unconscious/unresponsive patient of unknown origin.

**CONTRAINDICATIONS**

History of hypersensitivity

**SIDE EFFECTS AND ADVERSE REACTIONS**

CNS: Tremor, agitation, belligerence, pupillary dilation seizures, increased tear production, sweating.
CV: Hypertension, hypotension, ventricular tachycardia, pulmonary edema, ventricular fibrillation.
GI: Nausea, vomiting

**WARNINGS**

Naloxone should be administered cautiously to persons including newborns of mothers who are known or suspected to be physically dependent on opiates – may precipitate an acute abstinence syndrome. May need to repeat Naloxone since duration of action of some narcotics may exceed that of Naloxone. Naloxone is not effective against a respiratory depression due to non-opiate drugs. Use caution in patients with pre-existing cardiac disease or who have received potentially cardiotoxic drugs. Use caution during administration as patients may become violent as level of consciousness increases.

**DOSAGE**

Adult: An initial dose of 0.4 mg – 2 mg may be administered IV, IM, or SC. May be titrated to effect and repeated in 2-3 minutes if necessary. If no response after 10 mg, then condition is probably not due to narcotic.
Pediatric: 0.01 mg/kg initial dose. 0.1 mg/kg second dose if needed. Maximum cummlative dose of 2.0 mg.

**HOW SUPPLIED**

NALOXONE is available in 1 ml (0.4 mg/ml), 10 ml (.04 mg/ml), and also 1 mg/2 ml prefilled syringes.
For childern:          2 ml (0.2 mg/ml) ampule

D - 22

DRUG REFERENCE

# NITROGLYCERINE IV (TRIDIL)

### CLASS
Nitrate, antianginal agent (coronary vasodilator)

### ACTIONS
Increases coronary blood flow by dilating coronary arteries and improving collateral flow to ischemic regions. Produces vasodilation (venous greater than arterial), decreases preload and afterload, reduces myocardial oxygen demand.

### INDICATIONS
Chest pain of suspected cardiac origin
Acute pulmonary edema
Hypertension

### CONTRAINDICATIONS
Hypotension
Patients <12 years old

### SIDE EFFECTS
Headache
Nausea and vomiting
Hypotension
Dizziness, flushing
Tachycardia

### SPECIAL CONSIDERATIONS
Avoid Nitroglycerin in the setting of right ventricular infarction; monitor vital signs often. Use IV pump or Dial-A-Flow to deliver specific ml/hr.

### DOSAGE
5 – 10 mcg/min IV drip, may increase by 5 to 10 mcg/min until desired effect is achieved or systolic blood pressure <100 mmHg. Pediatric dosage is contraindicated.

# NITROGLYCERINE SL (NITROLINGUAL) (NITROBID) (NITROSTAT)

### CLASS
Nitrate, antianginal agent (coronary vasodilator)

### ACTIONS
Nitroglycerin is a direct vasodilator which acts principally on the venous system although it also produces direct coronary artery vasodilation as a result. There is a decrease in venous return which decreases the workload on the heart and thus decreases myocardial oxygen demand. Sublingual Nitroglycerin is readily absorbed. Pain relief occurs within one minute and therapeutic effects can last up to 30 minutes.

### INDICATIONS
Angina Pectoris
Hypertensive crisis
Pulmonary edema with hypertension

### CONTRAINDICATIONS
Patients with increased intracranial pressure
Systolic blood pressure <100 mmHg
Children under age 12

### SIDE EFFECTS
CNS: Headache, dizziness, flushing, nausea and vomiting
CV: Hypotension, reflex tachycardia

### PRECAUTIONS
Tolerance to nitrates easily develops which necessitates increasing the dosage.

### DOSAGE
1 spray or 1 SL tab contains 0.4 mg Nitroglycerin
Adult: 1 spray or 1 tab SL. May repeat in q3-5 minutes for total of 3 doses.
Pediatrics: Not indicated

EMERGENCY MEDICAL GUIDELINES

## NITROGLYCERINE TOPICAL (NITRO-BID)

**CLASS**
Nitrate, antianginal agent (coronary vasodilator)

**ACTIONS**
Transdermal absorption, causes coronary vasodilation

**INDICATIONS**
Prophylaxis
Treatment of angina pectoris

**CONTRAINDICATIONS**
History of hypersensitivity
Hypotension (systolic < 100mmhg)

**SIDE EFFECTS**
Hypotension, headache, nausea and vomiting, blurred vision, dizziness

**WARNINGS**
Use with caution for right side injury / infarct.
Dosage has not been established in children.

**DOSAGE**
1 inch applied topically to the chest wall.
1 inch = 15mg nitroglycerin

## NITROPRUSSIDE (NIPRIDE)

**CLASS**
Vasodilator

**ACTIONS**
Directly acts on vascular smooth muscle, therefore results in peripheral vasodilation of arteries and veins. Decreases systemic resistance, preload and afterload and increases cardiac output.

**INDICATIONS**
Hypertensive Crisis
Congestive heart failure

**CONTRAINDICATIONS**
Recent use of Viagra within 24 hours
Hypotension
Aortic stenosis

**SIDE EFFECTS**
Tachycardia, hypotension, dizziness, hypoxemia, $CO_2$ retention, headache, nausea / vomiting

**WARNINGS**
Wrap IV set in an opaque cover because the drug is light sensitive.
Caution must be used, can result in toxic levels of cyanide.

**DOSAGE**
0.1– 10ug/kg/min.  Start at 0.1ug/kg/min and titrated to effect. Increase dose every 3-5 minutes until desired effects are achieved.
Mix 50mg in 250cc of D5W (200ug/cc)

DRUG REFERENCE

# NITROUS OXIDE (NITRONOX)

**CLASS**

Analgesic/Anestetic Gas

**ACTIONS**

Nitrous Oxide is a central nervous system depressant that causes rapid but easily reversible pain relief.

**INDICATIONS**

Substernal chest pain of suspected cardiac origin that does not respond to nitroglycerin or morphine sulfate.

Musculoskeletal pain

Burns, (excluding respiratory tract burns)

Normal and breech childbirth ??

**CONTRAINDICATIONS**

Altered level of consciousness

Patients intoxicated with drugs or alcohol

COPD

Acute pulmonary edema

Pneumothorax

Barotrauma

Acute abdomen

Head injury

Respiratory tract burns

**SIDE EFFECTS**

Headache, dizziness, giddiness, nausea and vomiting.

**SPECIAL CONSIDERATIONS**

Vehicle should be well ventilated during Nitrous Oxide administration (turn on the exhaust fan and open windows). When administering Nitrous Oxide to a minor, obtain parental consent or contact the EDP for orders.

**DOSAGE**

50% N2O/50% O2 self administered by patient through the mask or mouth piece.

Upon discontinuation of Nitronox, administer supplemental O2 4 lpm/nasal cannula approx. 15 minutes.

# OXYTOCIN (PITOCIN)

**CLASS**

Hormone/Uterine stimulant

**ACTIONS**

Oxytocin is a naturally occurring hormone. It is used in the emergency setting to control post partum hemorrhage by contracting uterine smooth muscle and lactation.

**INDICATIONS**

Post partum hemorrhage

**CONTRAINDICATIONS**

Oxytocin should be administered only to patients suffering from severe post-partum bleeding. It is essential to verify that the baby and the placenta have been delivered, and that there is not an additional fetus in the uterus.

**WARNINGS**

Can cause overstimulation of the uterus and uterine rupture.

**SIDE EFFECTS**

Can cause hypotension, arrhythmias, tachycardia, seizures, coma, nausea and vomiting

**DOSAGE**

20 units/1000 cc 0.9% NaCl infused at 120 – 150 cc/hr.

**HOW SUPPLIED**

Vials containing 10 units in 1 cc

EMERGENCY MEDICAL GUIDELINES

# PROCAINAMIDE (PRONESTYL)

**CLASS**

Antiarrhythmic

**ACTIONS**

Slows conduction through myocardium
Elevates V-fib threshold
Suppresses ventricular ectopic activity
Decreases automaticity of ectopic pacemakers

**INDICATIONS**

Persistent cardiac arrest due to ventricular fibrillation and refractory to lidocaine.
PVC's refractory to lidocaine
V-tach refractory to lidocaine
Patients allergic to lidocaine

**CONTRAINDICATIONS**

High degree heart blocks
PVC's in conjunction with bradycardia (treat rate first)
Torsades de Pointes

**WARNINGS**

Procainamide should be discontinued when any of the following four occurs:

- Rhythm resolved
- Hypotension
- QRS widens by 50%
- Maximum dose of 17mg/kg administered

**SIDE EFFECTS**

May cause drowsiness, seizures, hypotension, bradycardia, heart blocks, nausea, vomiting, respiratory and cardiac arrest.

**DOSAGE**

Bolus drip mix 2 grams in 50 cc 0.9% NaCl run at 20mg/min.
Maintenance drip 2 grams in 500 cc run 1-4 mg/min.
May give up to 50 mg/min. for shock resistant or recurrent pulseless VT/VF.

**HOW SUPPLIED**

Vials containing 1 grams in 10 ml

# PROMETHAZINE (PHENERGAN)

**ACTIONS**

A derivative of phenothiazine (thorazine) with antiemetic, anticholinergic and antihistamine effects.

**INDICATIONS**

Severe nausea and vomiting
Antiemetic
Sedation

**CONTRAINDICATIONS**

Abdominal pain

**SIDE EFFECTS**

Dry mouth, blurred vision, dizziness, confusion, extra pyramidal symptoms (muscle rigidity, tremor) may occur. It may also worsen glaucoma, bladder obstruction or stenosis peptic ulcer. Hemothiazines tend to lower blood pressure and also lower the seizure threshold (i.e. make seizures more likely in seizure prone patients such as alcoholic or epileptics).

**DOSAGE**

Adult: 6.25 – 25 mg IM, IV, oral or rectal
Pediatric: 0.2 – 0.5 mg/kg not to exceed 12.5 mg
NOTE: Should be used following Morphine Sulfate administration.

*03/01/05*

DRUG REFERENCE

# PROPOFOL
# (DIPRIVAN)

## ACTIONS

Diprivan injectable emulsion is an intravenous sedative-hypnotic agent producing rapid sedation with minimal excitatory activity, however it has no analgesic properties. The actual mechanism of action is unknown. Onset of sedation usually occurs within 1-3 minutes. After bolus, titrating a maintenance infusion can control the level of sedation. After discontinuing the infusion the effects of the sedation clear within 5-7 minutes.

## INDICATIONS

Induction and maintenance of general anesthesia in the intubated and mechanically ventilated patients.

## CONTRAINDICATIONS

History of hypersensitivity to Propofol or its components (soybean oil, egg lecithin, glycerol)

Patients in which sedation is not needed.

## SIDE EFFECTS

Hypotension

Bradycardia and decreased cardiac output

Respiratory acidosis during weaning

May produce copious secretions, larnygospasm and hypotension.

Pain or burning at the injection site is common especially when the IV is in a small peripheral vein.

## SPECIAL CONSIDERATIONS

Diprivan is extensively distributed throughout the body. It is eliminated from the body by the liver and the pulmonary system. No dosage adjustments are needed for patients with renal or hepatic failure.

# SODIUM BICARBONATE

## CLASS

Alkalizing agent

## ACTIONS

An alkalizing agent used to buffer acids present in the body during and after severe hypoxia. Bicarbonate combines with excess acids (usually lactic acid) present in the body to form a weak, volatile acid. This acid is broken down into $CO_2$ and $H_2O$. Sodium Bicarbonate is effective only when administered with adequate ventilation and oxygenation.

## INDICATIONS

Metabolic acidosis due to:
Cardiac arrest
Shock
Salicylate overdose
Barbiturate overdose
Keto acidosis
Hyperkalemia
Tricyclic antidepressant overdose

## CONTRAINDICATIONS

Congestive heart failure
Alkalotic states

## SIDE EFFECTS

Metabolic alkalosis
Hypernatremia
Cerebral acidosis
Sodium and $H_2O$ retention which can cause CHF

## WARNINGS

Excessive Bicarbonate therapy inhibits the release of oxygen. Bicarbonate does note improve the ability to defibrillate. May inactivate simultaneously administered catecholamines. Will precipitate if mixed with Calcium Chloride. Administration should be guided by arterial blood gasses and ph.

## DOSAGE

Adult: 1 meq/kg IV. Repeat with 0.5 meq/kg q 10 minutes

Pediatric: 1 meq/kg IV. Repeat with 0.5 meq/kg q 10 minutes

Infants: 0.5 meq/kg IV (diluted) slowly. May repeat in 10 minutes

## HOW SUPPLIED

Prefilled syringes containing 50 meq/50 cc

EMERGENCY MEDICAL GUIDELINES

body along with proteins and fats. For the body to convert glucose to energy, glucose must first be transported through the cell membrane.

The rate at which glucose can enter the cell is dependent upon insulin levels. Insulin acts as a messenger. When released by the pancreas, it travels through the blood to tissues. Once reaching its destination, insulin combines with specific insulin receptors on the surface of the cell membrane, allowing glucose to enter the cell. Without insulin, the amount of glucose that can be transported into the cells is far too small to meet the body's energy demands.

Diabetes mellitus results from inadequate amounts of circulating insulin. Generally, the disease can be divided into two different categories. Type I diabetes, or insulin dependent diabetes, usually begins in the early years. Patients who have Type I diabetes must take insulin. Type II, or non-insulin dependent diabetes, usually begins later in life and tends to be associated with obesity. Type II diabetes can often be controlled without using insulin and by adjusting diet.

In diabetes, a drop in insulin levels is accompanied by a steady accumulation of glucose in the blood. As cells become glucose-depleted, they begin to use other sources of energy. Therefore, harmful by-products such as ketones and acids are produced. When these start to accumulate classic findings of diabetic KETOACIDOSIS appear. If allowed to continue its progression, sever metabolic acidosis occurs and coma ensues. This can result in serious brain damage or death. Ketoacidosis is often called DIABETIC COMA. The kidneys will excrete glucose in the urine taking water with it. This results in osmotic diuresis, which in turn dehydrates the patient. This is evident on examination by dry, warm skin and mucous membranes. Deep respirations begin as the body tries to compensate for the metabolic acidosis as cellular glucose-depletion continues.

The onset is slow, lasting 12 to 24 hours. In its early stages, the signs and symptoms include increased thirst, excessive hunger, urination, and malaise. Diabetic ketoacidosis is characterized by nausea, vomiting, marked dehydration, tachycardia, and weakness. Coma is not uncommon. The breath may have a sweet or acetone-like character. Kussmaul respirations may also occur (deep, rapid).

Ketoacidosis is often associated with infection or decreased insulin intake. It can occur in patients who fail to take their insulin or who take an inadequate amount over an extended period. Persons not previously diagnosed as diabetic will occasionally present in ketoacidosis.

Hypoglycemia occurs when insulin levels are excessive.

Hypoglycemia is an urgent medical emergency as a prolonged episode can result in permanent brain injury. HYPOGLYCEMIA, sometimes called INSULIN SHOCK, lies at the other end of the spectrum from diabetic ketoacidosis. Hypoglycemia can occur if a patient accidentally or intentionally takes too much insulin, eats an inadequate amount of food, drinks alcohol, overdoses, is suffering from infection, has activity changes, or becomes dehydrated.

The clinical signs and symptoms of hypoglycemia are many and varied. An abnormal mental status is the most important. In the early stages of hypoglycemia, the patient may appear restless or impatient or complain of hunger. As the blood sugar falls lower, he or she may display inappropriate anger or a variety of bizarre behaviors.

Physical findings may include diaphoresis and tachycardia. The patient may also experience a seizure or become comatose. In contrast to diabetic ketoacidosis, hypoglycemia can develop quickly. The glucose level at which an individual becomes symptomatic is highly variable.

## RATIONALE

Treatment of hypoglycemia consists of correcting the glucose deficiency and directing further treatment to the underlying cause. The mainstay for hypoglycemia is glucose.

Obtaining a blood sample for glucose check is performed in the case of infants and pediatrics as part of their baseline vital signs, an unconscious patient or any patient with altered mental status.

When hypoglycemia is found and treated in the diabetic patient, the patient may awaken and not desire transport.

However, transport for evaluation should always be encouraged to determine the underlying cause.

Treatment should include ABC's, intravenous access, oxygen, monitoring, and repeated blood glucose readings prior to and after administration of dextrose. Thiamine may also be appropriate if alcohol abuse is suspected.

The hyperglycemic patient ultimately needs insulin. Treatment by emergency personnel should be geared toward rehydration via fluid administration.

Glucose Supplement - This agent is used to restore the patient's serum glucose levels.

Dextrose - Carbohydrate. Dextrose is absorbed , stored and utilized by tissues immediately. It provides a source of carbohydrate calories. It may aid in minimizing liver glycogen depletion and exert a protein sparing action.

Thiamine - Vitamin B1. Thiamine is indicated when giving

E - 16

intravenous dextrose to individuals with suspected or reported alcohol abuse. Its actions are two fold in vitamin depletion first, to prevent sudden cardiac failure and second to allow carbohydrates to be adequately metabolized.

Glucose Elevating Agent - These agents can act in the pancreas or the peripheral tissues to increase blood glucose levels.

Glucagon - Pancreatic alpha cells of the islets of Langerhans produce this polypeptide hormone. Exerts effects opposite of insulin on blood glucose. Elevates blood glucose levels by inhibiting glycogen synthesis and enhancing formation of glucose from noncarbohydrate sources, such as proteins and fats. Useful when IV access is problematic.

0.9% Sodium Chloride - Crystalloid. An electrolyte solution of sodium chloride in water.

IV Fluids 0.9% Normal Saline - It is utilized for fluid replacement because of its immediate expansion of the circulatory volume.

# DIALYSIS

Patients with chronic renal failure require dialysis to live. This process helps remove toxic substances from the bloodstream - a function no longer adequately provided by the kidneys.

Treatment of renal failure takes on of two forms: hemodialysis or peritoneal dialysis. Hemodialysis is a medical procedure whereby waste products, normally excreted by the kidneys, are removed by a machine. Patients with renal failure must undergo dialysis two to three times a week. Many people now have home dialysis units, you may be called upon to assist them.

Vascular access must exist to dialyze the patient. The two most common routes of access are external arteriovenous shunts or internal fistulae. An arteriovenous shunt is a surgical connection between the arterial and venous systems. The internal fistula is located subcutaneous and will have a bruit that can be palpated. Another method for dialysis is via the peritoneum.

Complication of dialysis include hypotension, chest pain and dysrhythmias, and disequilibrium syndrome. Hypotension due to dialysis is caused by dehydration, sepsis, or blood loss. Dysrhythmias produced in response to dialysis can be caused by potassium intoxication. They may also develop from transient myocardial ischemia. The most commonly seen abnormality is PVC's. Disequilibrium syndrome is characterized by cerebral symptoms in patients with severe renal failure. It can occur before, during or immediately after hemodialysis. These patients may present with headache, lethargy, convulsions, and may even lapse into coma.

Complications may arise related to the venous access devices placed for chronic dialysis. Clotting of the shunt of fistula can occur spontaneously. Massive hemorrhage can also occur with separation of arteriovenous fistulas. The best method to end the hemorrhage is by direct pressure and transport to the emergency department.

## RATIONALE

In an immediately life-threatening emergency, personnel may use a hemodialysis access site for IV access with the precautions noted in procedures. The site should not be used for routine IV access.

IV fluids should not be administered except for cases of frank shock. When used, the preferred regimen is small bolus doses (-200ml) with reevaluation for effect between doses. Lactated Ringers should not be used because of its potassium content.

Most medications used in pre-hospital care are used in the usual dosages. Contact on line medical control for direction beyond immediate life threatening issues. Adjustments may need to be made in dosage or frequency of subsequent treatments to account for changes in metabolism and excretion secondary to renal disease.

Cardiac arrest may be due to hyperkalemia, treat hyperkalemia with IV calcium and bicarbonate.

Consider pericardial tamponade, especially in the setting of pulse less electrical activity (PEA). Consider pericardiocentesis if tamponade is suspected.

Pulmonary edema is frequent in renal failure and is usually due to volume overload. It can best be treated by hemodialysis. Nitrates are effective by all routes. Loop diuretics (Lasix) may be effective at promoting diuresis in patients with residual renal function. Toxicity is potentially increased because of delayed excretion and higher blood levels. Morphine is also useful for its vasodilating effects.

ELECTROLYTE SUPPLEMENTS - These agents are used to reduce potassium levels. Hyperkalemia is the most common life-threatening emergency ion patients with ESRD, as measured by T waves on EKG.

CALCIUM CHLORIDE - Fastest acting drug to treat hyperkalemia (acts within Minutes). Antagonizes membrane effects of potassium.

SODIUM BICARBONATE - Redistributes extra cellular potassium into cells with 10-15 minutes.

EMERGENCY MEDICAL GUIDELINES

# DO NOT RESUSCITATE ORDER (DNRO)

Legislative authority for DNROs are provided for under chapter 765, Florida Statutes "Health Care Advanced Directives". A competent adult, or an incompetent adult through a health care surrogate who was previously chosen, or a proxy or guardian, has the right to be able to control decisions regarding medical care, including the withdrawal or withholding of life–prolonging procedures.

The EMS Transportation Act (chapter 401) authorizes EMS personnel to honor a pre–hospital Do Not Resuscitate Order (DNRO) if the order is on a Department of Health Bureau of EMS (DOH) form and is presented to EMS personnel in a manner provided by DOH rule.

A properly executed DNRO must be signed by a physician who has determined that the patient is in a terminal condition or vegetative state with very little probability of recovery. EMS personnel may therefore honor a DNRO, but not a living will, because a DNRO serves as evidence that a physician has made a determination regarding the patient's medical condition and that there is a mutual agreement regarding a course of treatment.

A living will may be executed by a perfectly healthy person or by one diagnosed with terminal condition. It states the kind of medical care an individual wants or does not want if unable to make his own decision regarding medical care.

A patient's signature is required in box "A" on side two of DOH form 1896 if the patient is competent. The signature of the health care surrogate or court appointed guardian or proxy is required in box "B" on side two of the form if the patient is incapacitated or incompetent.

Side one of the form must be signed by the patient's attending physician. The signature of the patient on the DNRO form, or the patient's health care surrogate or proxy, or guardian, if applicable, must occur in the presence of two subscribing witnesses who must also sign the form. The form must have an effective date. Once the patient or surrogate or proxy or guardian has properly completed the DNRO form, they should check the box stating "This DRNO has been properly completed" and sign on the designated line within the rectangular box located on the bottom half of side one of the DNRO form. Completion of this part of the form provides a convenient and rapid method for EMS personnel to determine that the form has been properly executed. The form must be accessible to EMS personnel. The original pre–hospital DNRO should be located at the patient's bedside table, or on the back of the patient's bedroom door, or taped to the patient's head-

board or to the refrigerator door. A pre–hospital DNRO may be revoked at any time by the patient or designated health care surrogate pursuant to section 765.104, F.S., and section 64–E, F.A.C.. The original form should remain at all times in the patient's home or with him when traveling, a copy of the form should be made available to the EMS provider to use when transporting the patient from his home to a health care facility. It is important to note that in order to honor a DNRO it must be the properly completed original, the copy is only for informational and charting purposes at the receiving facility.

The DOH form 1896 is printed on yellow safety paper. However, you may encounter the form printed on white paper also. Both of these forms are acceptable provided they are properly completed.

In some cases a patient may be wearing a white DNRO bracelet, similar to a hospital bracelet, with the EMS Star of Life repeated on the bracelet.

# HYPERTENSION

SOURCE - Brady 3rd edition Paramedic Emergency Care, Physicians Desk Reference and E-Medicine Site

A hypertensive emergency is a life-threatening elevation of blood pressure. It occur in one percent or less of patients with hypertension, usually when the hypertension is poorly controlled or untreated. Furthermore, there is a greater than 90% mortality rate with people who do not take control of acute hypertensive states. A hypertensive emergency is characterized by a rapid increase in diastolic blood pressure (usually >110 mmHg) accompanied by restlessness, confusion, blurred vision, nosebleed, and nausea and vomiting. The most common hypertensive emergency is a rapid unexplained rise in BP in a patient with chronic essential hypertension.

Hypertension is a related factor in other emergencies. These include such things as pulmonary edema from left ventricular failure, dissecting aortic aneurysm, toxemia of pregnancy, and cerebrovascular accident. In these cases, hypertension often results from the primary problem. Treatment should be directed at the primary problem.

An important point to remember in the management of the patient with any degree of BP elevation is to "treat the patient and not the number." Hypertensive emergencies occur most commonly in middle-aged patients. The peak incidence in those aged 40-50 years. Patients with a true hypertensive emergency require careful titration of IV medications for good control and a smooth reduction of their BP. Blood Pressures of systolic greater than 180 mm Hg/diastolic greater than 110 mm Hg require immediate intervention.

The three major organ systems affected by high BP are the CNS, cardiovascular system, and renal system.

E - 18

Additional signs observed on exam may include seizure, stupor, coma, pulmonary edema, jugular vein distension, and peripheral edema.

Labetelol should only be administered with the patient in a supine position. Symptomatic postural hypotension (incidence 58%) is likely to occur if the patient is tilted or allowed to assume the upright position with 3 hours of receiving labatalol.

## RATIONALE

The BP should be lowered by up to 25% of the mean arterial pressure (MAP) over minutes to hours.

Labetalol should only be administered with the patient in the supine position.

BETA-BLOCKERS - These agents are used for exacerbations of hypertension.

Labetalol (Trandate) - Alpha and Beta-blocker. Lowers BP, reduces incidence of myocardial infarctions and death.

Because of alpha and beta blocking properties, blood pressure is reduced without reflex tachycardia, and total peripheral resistance is decreased without significant alteration in cardiac output. The onset of labetalol is within 5 minutes with a target blood pressure of 160/90.

ANTIHYPERTENSIVE AGENTS - Potent agents with rapid onset.

Nitroglycerin - Decreases coronary vasospasm, which increases coronary blood flow. Also induces vessel dilation, decreasing cardiac workload.

LOOP DIURETICS - Potent diuretic. Primarily inhibits the re-absorbption of sodium chloride

Furosemide (Lasix) - Its use in hypertension is considered when the patient takes Lasix on a regular bases or is suffering with signs and symptoms of CHF. Reinstitution of previously effective therapy in noncompliant patients may be all that is required. The administration of Lasix may avoid the administration necessity of more potent IV drugs. It may be used alone or in combination with other antihypertensive agents.

# LATEX ALLERGY

Allergy to natural rubber latex is increasingly common and serious in children and adults. Latex is the milky fluid derived from the lactiferous cells of the rubber tree. It also contains a large variety of sugars, lipids, nucleic acids, and highly allergenic proteins. More than 200 polypeptides have been isolated from latex. Latex proteins vary in their allergenic potential. Protein content varies with harvest location and manufacturing process.

Latex gloves were widely recommended to prevent transmission of blood-borne pathogens, including the HIV virus. Eight billion pairs of medical gloves were imported to the US in 1988, primarily as powdered, nonsterile examination gloves. The pressure that was placed on manufacturing companies resulted in hundreds of new, poorly regulated latex factories in tropical countries. The incidence of minor and serious allergic reactions to latex began to rise rapidly among patients and health care workers.

Latex sensitazation can occur after skin or mucosal contact, peritoneal contact during surgery, and possibly inhalation of aerosolized particles with latex on their surfaces. Latex exposure is associated with 3 clinical syndromes:

The first syndrome is irritant dermatitis. It is a result of mechanical disruption of the skin due to the rubbing of gloves and accounts for the majority of latex-induced local skin rashes.

The second syndrome is a delayed (Type IV) hypersensitivity reaction, resulting in a typical contact dermititis. Symptoms usually develop within 24-48 hours of cutaneous or mucous membrane exposure to latex in a sensitized person.

The third, most serious, and least common syndrome is immediate (Type I) hypersensitivity. Symptoms generally begin within minutes of exposure. The spectrum of clinical manifestations includes localized or generalized urticaria, rhinitis, conjunctivitis, bronchospasm, laryngospasm, hypotension, and full-blown anaphylaxis. Type I allergy has been implicated clearly in intraoperative and intraprocedure anaphylaxis, and it can be fatal without emergent treatment.

Latex allergy is present in 1-5% of the general population. Latex allergy is increased in populations with chronic occupational exposure to latex. It is found in 10-30% of health care workers. The highest prevalence of latex allergy (20-68%) is found in patients with spina bifida or congenital urogenital abnormalities. Patients with spina bifida also may have a genetic predisposition for latex sensitization.

Other patients with a history of multiple surgeries or other latex-exposing procedures are also at increased risk relative to the general population. Patients with cerebral palsy, mental retardation, or quadriplegia also appear to have increased risk of latex allergy, probably because of multiple medical procedures.

Finally, the prevalence of latex allergy is increased in persons with allergies to avocado, banana, chestnut, kiwi, papaya, peach, or nectarine. Cross-reacting antigens have been found between these fruits and latex.

Hypersensitivity symptoms may include: Pruritus of exposed skin and mucous membranes, edema, hoarseness, tear-

EMERGENCY MEDICAL GUIDELINES

ing, rhinitis, respiratory distress, syncope, abdominal cramping, nausea, vomiting, diarrhea, erythema, urticaria, angioedema, hypotension, and shock.

The history of latex allergy may be known or unknown. Individuals may be exposed to latex through their skin, mucous membranes, or airway (e.g., OPA, NPA, or ET tubes). Medical procedures may cause reactions in sensitized providers or patients. Common sources of latex exposure include but are not limited to tourniquets, BP cuffs, stethoscopes, catheters, IV tubing, ports, and syringes, electrode pads, and multidose vial tops.

## RATIONALE

Patients with known or suspected latex allergy who seek care for an unrelated medical condition or injury must be kept within a latex-safe environment to prevent serious complications. This includes all patients with spina bifida.

Patients presenting with frank symptoms of Type I latex allergy are treated as any other patients with systemic allergic reactions, except they must be protected from further latex contact to avoid clinical deterioration. Major reactions in sensitized patients have been precipitated with latex medical equipment.

Prehospital providers should be aware of the risk of latex allergy in patients and providers. Search for and read Medical Alert-type bracelets. Note the patient's history of relevant allergies to medical devices or fruits. To rule out latex allergy that could worsen with further medical exposure, review the patient's history of activities/exposures immediately preceding any systemic allergic reaction.

The National Institute for Occupational Safety and Health (NIOSH) recommends wherever feasible the selection of products and implementation of work practices that reduce the risk of allergic reactions. Latex-free resuscitation equipment must be available. The Treasure Coast Guideline recommend providers carry a mobile container with complete latex free equipment. The complete suggested inventory list of supplies can be found on the following page.

The receiving facility must be made aware of the need to completely avoid latex exposure to the patient during exams and procedures. Early notification is key to their preparation.

The cornerstones of treatment are epinephrine and H1 antihistamines. Systemic corticosteroids and H2 blockers may be useful. See allergic reaction and or anaphylactic reaction rationales.

# OBSTETRICS/GYNECOLOGY

Obstetrical emergencies are quite common in our area due to a large number of women not having prenatal care. It is important to note the number of pregnancies (gravida) and the number of live births (para) as part of the patient's history. Any woman with known obstetrical problems, previous medical history of hypertension, diabetes, pre-existing heart disease or gravida 3 or greater, without prenatal care, will be considered a Priority 2 patient. Aortocaval compression syndrome can decrease cardiac output by 50%, therefore all women six months or greater gestation will be transported in lateral position until delivery is imminent.

## SPONTANEOUS ABORTION

Abortion generally is defined as delivery or loss of the products of conception before the 20th week of pregnancy, but definitions vary. For this discussion, 20 week of gestation, which corresponds to a fetal weight of about 500 gm, is used as the limit for abortion. Delivery between 20 and 38 weeks is considered pre-term birth.

About 20 to 30% of women bleed or have cramping sometime during the first 20 weeks of pregnancy; 10 to 15% actually spontaneously abort. Since in 60% of spontaneous abortions the fetus is either absent or grossly malformed, and in 25 to 60% it has chromosomal abnormalities incompatible with life, spontaneous abortion may be a natural rejection of a maldeveloping fetus.

About 85% of spontaneous abortions occur in the first trimester and tend to be related to fetal causes; those occurring in the 2nd trimester usually have maternal causes. Maternal factors that have been suggested as causes of spontaneous abortion include an incompetent, amputated, or lacerated cervix; congenital or acquired anomalies of the uterine cavity; hypothyroidism; diabetes mellitus; chronic nephritis; acute infection; use of cocaine, especially crack; and severe emotional shock. Many viruses, most notably cytomegalo–, herpes–, and rubella viruses, have been implicated as causes. The importance of uterine fibroids or retroversion and impaired corpus luteum function appears to have been overestimated. A relationship to physical trauma has not been substantiated.

An abortion is termed either early (before 12 week of pregnancy) or late (between 12 and 20 weeks). This distinction is made because more difficulties are encountered in treating late abortions. After 12 weeks of pregnancy, the uterine cavity is obliterated and instrumentation is more likely to cause perforation. Since a definitive placenta has begun to form with a more organized and larger blood supply, bleeding is more likely. Fetal bones have also begun to form, and the long bones of the limbs may perforate the uterus during evacuation. Further, the size of a fetus at greater than 12 weeks of pregnancy makes it difficult to dilate the cervix enough to pass the fetus.

Abortions may be spontaneous or induced. Spontaneous abortions occur without any instrumentation. Abortions per-

E - 20

formed to save the pregnant woman's life or health are referred to as therapeutic.

Spontaneous abortions may be threatened, inevitable, incomplete, or complete. Threatened abortion is any bleeding or cramping of the uterus in the first 20 weeks of pregnancy. Inevitable abortion is intolerable pain or bleeding that threatens the woman's well–being. If part of the products of conception is passed or if the membranes are ruptured, the abortion is incomplete. If all of the products of conception are passed, the uterus has contracted toward normal size, and the cervix has closed, the abortion is complete.

Missed abortion occurs when the fetus has died but has been retained in utero 4 weeks or longer. After 6 weeks, the dead fetus syndrome may develop, with disseminated intravascular coagulation and progressive hypofibrinogenemia and possible massive bleeding when delivery finally occurs. The dead fetus syndrome usually occurs only when the loss is in the 2nd trimester or later.

Septic abortion develops when the contents of the uterus become infected before, during, or after an abortion. The patient is acutely ill, with symptoms and signs of infection and threatened or incomplete abortion—chills, high temperature, septicemia, and peritonitis. Critically ill patients may evidence bacterial shock (septic or endotoxic shock) with vasomotor collapse, hypothermia, hypotension, oliguria or anuria, and respiratory distress. In the USA before legalization of abortion, septic abortions were often associated with induced abortions performed by untrained persons using nonsterile techniques and were commonly called criminal abortions. The incidence of septic abortion in the USA has fallen dramatically.

## ECTOPIC PREGNANCY

Pregnancy in which implantation occurs outside the endometrium and endometrial cavity; i.e., in the cervix, uterine tube, ovary, or the abdominal or pelvic cavity. The incidence, 1/100 to 1/200 diagnosed pregnancies, is rising and is higher in nonwhites. Its likelihood increases with previous tubal disease, ectopic pregnancy (10 to 25%), or induced abortion. Intrauterine devices do not prevent ectopic pregnancies.

The most common site of ectopic implantation is somewhere in a uterine tube. In many cases (50%), tubal implantation is caused by a previous tubal infection. The death rate for ectopic pregnancy has been falling, but much less rapidly than for maternal mortality in general. In the USA, it is estimated at 1/826. Untreated ectopic pregnancy is usually fatal.

In ectopic pregnancy, spotting and cramping pain usually begin shortly after the first missed menstrual period. The symptoms are similar to those of threatened abortion. Gradual hemorrhage from the tube causes pain and pressure, but rapid hemorrhage results in hypotension or shock. Physical examination shows signs of hemorrhage, shock, and lower abdominal peritoneal irritation that may be lateralized.

Interstitial (cornual) pregnancies have a somewhat longer course, since the uterine wall provides support and delays rupture. In these cases, the uterus is usually asymmetric and somewhat tender on examination. The usual signs include cramping and spotting. Cornual pregnancies rupture between 12 and 16 weeks, and the rupture is catastrophic.

## HYPEREMESIS GRAVIDARUM

Malignant nausea and vomiting to the extent that the pregnant woman becomes dehydrated and acidotic.

Persistent hyperemesis gravidarum may be associated with serious liver damage. Autopsies in such cases usually show severe necrosis in the central portion of the lobules or widespread fatty degeneration similar to that seen in starvation. Hemorrhagic retinitis is a serious complication and indicates a grave prognosis: the mortality rate in such patients is 50%.

Patients do not gain weight; they usually lose weight. Weight loss, dehydration, and ketosis confirm that the vomiting is extensive. Many pregnant women with morning sickness feel as though they are vomiting everything they ingest, but if they continue to gain weight and are not dehydrated, the condition is not hyperemesis gravidarum. Psychologic factors are prominent in this syndrome but do not lessen the danger. Patients should be evaluated for unsuspected liver disease, kidney infection, pancreatitis, intestinal obstruction, gastrointestinal tract lesions, and intracranial lesions, since these conditions can cause vomiting.

## HIGH RISK PREGNANCY

Pregnancy in which the mother, fetus, or newborn is or will be at increased risk for morbidity or mortality before or after delivery.

All pregnancies should be evaluated to determine whether there are or will be risk factors. Classifying pregnancies as high risk is an effective way to ensure extra attention to patients who need medical care the most. The incidence of high–risk pregnancy varies according to population.

Perinatal mortality in the USA occurs in 17/1000 deliveries. Slightly greater than 50% of these deaths are stillbirths and the remainder occur in neonates up to the 28th day of life. Most perinatal deaths not directly due to congenital anomalies are associated with prematurity often accompanied by abnormal presentation, abruptio placentae, multiple Pregnancies, preeclampsia and eclampsia, placenta previa, or polyhydramnios.

Risk factors can be categorized as inherent, or present before conception, and antepartum, or occurring after conception.

E - 21

EMERGENCY MEDICAL GUIDELINES

## PREGNANCY INDUCED HYPERTENSION

Pregnancy induced hypertension is occurs when patients who are normotensive, develop a blood pressure of 140/90 mmHg or greater in pregnancy. Keep in mind that during pregnancy the blood pressure will drop, therefore 130/80 mmHg may be hypertensive for the patient.

Pre–eclampsia is defined as development of hypertension with albuminuria or edema between the 20th week of pregnancy and the end of the first week postpartum. Pre–eclampsia will present with some or all of the following signs/symptoms: hypertension, abnormal weight gain, edema, headache, epigastric pain, protein in the urine and less frequently visual disturbances. If this condition is allowed to progress eclampsia will follow. Pre–eclampsia develops in 5% of pregnant women, usually in primigravidas and women with preexisting hypertension or vascular disease. If untreated, pre–eclampsia characteristically smolders for a variable length of time and suddenly progresses to eclampsia.

Criteria for Treatment:

Headache, visual disturbances, hyperflexia all constitute a medical emergency.

Diagnosis of eclampsia or hypertension induced by pregnancy.

Systolic blood pressure greater than 140 mm Hg or a rise of 30 mm Hg above previous readings (prenatal)

Diastolic blood pressure greater than 90 mm Hg or a rise of 15 mm Hg above previous readings (prenatal)

NOTE: Blood pressures should be taken during resting state and not during contractions.

Any pregnant woman who develops a blood pressure of 140/90 mm Hg, edema of the face or hands, or albuminuria of greater than or = 1+ or whose blood pressure rises by 30 mm Hg systolic or 15 mm Hg diastolic (even though it does not reach levels above 140/90) must be considered to have preeclampsia. Mild preeclampsia develops as borderline hypertension, unresponsive edema, or albuminuria. Patients with a blood pressure of 150/110 or with marked edema or albuminuria are considered to have severe preeclampsia. All routine laboratory tests (CBC, urinalysis, electrolyte levels, uric acid concentration, prothrombin time, and partial thromboplastin time) should be obtained and any abnormalities corrected. BUN and creatinine levels should also be obtained to rule out unsuspected kidney disease.

Eclampsia is defined as the occurrence of grand mal seizures with severe pre–eclampsia and may occur anywhere from the fifth month of pregnancy to the end of the first week after delivery. Signs of impending eclampsia in a severely pre–eclampsic patient include: headache, visual pain, hyper–reflexia, irritability, pedal edema or abdominal pain.

Eclampsia: Coma and/or convulsive seizures in the same time period, without other etiology. The etiology of pre–eclampsia and eclampsia is unknown. Eclampsia develops in one out of two hundred pre–eclamptic patients and is usually fatal if untreated. A major complication of pre–eclampsia is abruptio placentae, apparently caused by vascular disease. Low–dose aspirin therapy has been tried as a preventive measure in high–risk patients; however, the data on results are mixed, and this therapy should probably be considered experimental.

Delivery is the primary treatment for eclampsia. Magnesium sulfate should be administered before a visual pelvic exam of a patient with eclampsia accompanied by any of the warning signs due to the possible induction of a seizure in the patient. In addition, patients who must be transferred for definitive care should have magnesium sulfate before transportation. Both magnesium sulfate should be administered prophylactically if the patient is in labor, since the disease process inevitably worsens at the time of delivery. Patients with eclampsia or severe preeclampsia should be transported rapidly but without the use of light or sirens due to the possibility of inducing a seizure.

## NORMAL LABOR

Labor consists of a series of rhythmic, progressive contractions of the uterus that cause effacement and dilation of the uterine cervix. The stimulus for labor is unknown. Circulating oxytocin secreted by the posterior pituitary gland may initiate labor, but no direct evidence supports this thesis. Labor usually begins within 2 weeks (before or after) of the estimated date of confinement. In a first pregnancy, labor usually lasts a maximum of 12 to 14 hours; succeeding labors are shorter, averaging 6 to 8 hours.

During labor, contractions increase in duration, intensity, and frequency. A latent phase, with irregular contractions of varying intensity that apparently ripen or soften the cervix, usually precedes actual labor. This latent phase may be intermittent over several days or may last only a few hours. Bloody show (a small amount of blood with mucous discharge from the cervix) may precede the onset of labor by as much as 72 hours.

Occasionally, the amniotic and chorionic sac (the membranes) ruptures before labor begins, and amniotic fluid leaks through the cervix and vagina. When a patient's membranes rupture, she should contact her physician immediately. About 80 to 90% of patients with ruptured membranes go into labor spontaneously within 24 hours. If the patient does not and if the fetus is at term, labor is usually induced because of risk of infection.

E - 22

EDUCATIONAL GUIDELINES

Various abnormalities of both 1st and 2nd stages of labor (problems of fetal distress, abnormal presentations, disproportions between fetus and maternal pelvis, bleeding disorders, infection, or premature labor) require special investigation; correction of the problems if feasible; and possible use of forceps, vacuum extractor, or cesarean section delivery by the delivering physician.

## PROBLEMS WITH THE SECOND STAGE OF LABOR/THIRD TRIMESTER BLEEDING

### BREECH PRESENTATION

The feet or buttocks present before the baby's head. Allow the buttocks and trunk of the baby to clear spontaneously. Once the legs are clear, the baby should be supported with hand and arm of the medic. If head does not deliver within two or three minutes, place gloved hand into vagina with palm towards baby's face. Form a "V" with the fingers on either side of the baby's nose and push vaginal wall away until delivery of head is possible or until the receiving facility has taken over patient care.

### LIMB PRESENTATION

The presentation of an arm or leg through the vagina is an indication for immediate transport to the hospital. This condition requires rotation of the fetus within the uterus prior to delivery and can not be handled in the field. Maintain a high buttocks position to prevent further presentation and transport immediately.

### PLACENTA ABRUPTIO

Placenta abruptio is premature separation of the placenta from the uterine wall. Separation can be either complete or partial, therefore blood loss may appear to be very small or could be massive. All degrees of placental separation, from a few millimeters to complete detachment, may occur. Complete separation almost always results in death of the fetus. Several factors may predispose a patient to this condition, such as pregnancy induced hypertension, preexisting hypertension, para of greater than one, abdominal trauma, or an extremely short umbilical cord. Symptoms may include vaginal bleeding associated with pain, signs of shock and hypotension. The cause is unknown. Abruptio placentae develops in 0.4 to 3.5% of all deliveries.

Retroplacental bleeding occurs, and the blood may pass behind the membranes and through the cervix (external hemorrhage) or may be retained behind the placenta (concealed hemorrhage). Symptoms and signs depend on the degree of separation and blood loss. In severe cases, they include vaginal bleeding, a tender and tightly contracted uterus, evidence of fetal cardiac distress or death, and maternal shock. Abruptio placentae may be confused with placenta previa.

### PLACENTA PREVIA

Implantation of the placenta over or near the internal os of the cervix. The placenta may cover the internal os completely (total previa) or partially (partial previa), or it may encroach on the internal os (low implantation or marginal previa). Placenta previa occurs in one out of two hundred deliveries, usually in multiparas or in patients with abnormalities of the uterus, such as fibroids, that inhibit normal implantation.

Sudden, painless vaginal bleeding begins late in pregnancy when the lower uterine segment begins to thin and lengthen and is followed by painless, massive, bright red bleeding. Placenta previa frequently cannot be distinguished from abruptio placentae by clinical findings.

### PROLAPSED CORD

This condition refers to the situation in which the umbilical cord comes out of the vagina before the baby during delivery. The baby is thereby in great danger of suffocation, since the cord is compressed against the birth canal by the baby's head, which cuts off the supply of oxygenated blood from the placenta. Do not attempt to push to cord back into the vagina. Administer high flow oxygen. Place the mother in a knee–chest position or in a supine position the hips elevated and gently attempt to push the baby back up into the vagina to relieve pressure from the cord.

### UTERINE INVERSION

This conditions occurs when the uterus turns inside out after delivery. It is commonly caused by pulling on the umbilical cord while waiting on the placenta to deliver or from attempts to expel the placenta when the uterus is relaxed. Profound shock usually accompanies this condition. Treat per the hypotension guideline. One attempt at replacing the uterus may be made. To replace the uterus, push the fundus with the palm of the hand toward the vagina, if the attempt is unsuccessful cover the uterus with towels moistened in saline and transport the patient immediately.

### UTERINE RUPTURE

This condition most often occurs at the onset of labor or can be caused by trauma. Preexisting conditions such as previous uterine surgeries can predispose a patient to this condition. Patients often report tearing sensation or constant area of specific pain, nausea or shock. Vaginal bleeding may be minimal. Noticeable contractions will cease and the uterus will be hard. Treat for shock and place in the shock position with the uterus displaced to the left.

### PROBLEMS WITH THE THIRD STAGE OF LABOR

Maternal hemorrhage must be prevented during the 3rd stage. Ordinarily, 400 to 500 mL of blood is lost during delivery; if the loss is greater, the reasons must be sought. Possible sources of bleeding include uterine atony, vaginal or cervical

E - 23

EMERGENCY MEDICAL GUIDELINES

lacerations, or retained portions of the placenta. If the uterus does not contract, hemorrhage will occur, since the primary mechanism for hemostasis within the uterus is contraction of myometrium. When the placenta has dropped into the lower uterine segment and presents at the cervix, the corpus may be depressed toward the pelvis to help push the placenta into the vagina. However, the uterus can be inverted if this procedure is done incorrectly, especially if traction is applied on the cord before the placenta is completely separated.

# PAIN MANAGEMENT

Pain is the number one reason patients seek medical attention. Furthermore, patients have the right to pain control. Establishing pain levels will become the fourth vital sign. Pain and anxiety are common side effects associated with both acute and chronic medical and trauma patients. Analgesia is used to minimize pain, ensure cooperation and comfort as well as reduce complications. EMS clinicians must meet the patient's needs for pain control with the judicious use of medications. The perception, interpretation and vocalization of pain vary considerably between patients. The medications used for moderate to severe pain control carry the potential for respiratory depression.

DEFINITION

Analgesia is defined as a reduced state of awareness of painful stimuli and sensation, created by medications that allow patients to tolerate unpleasant situations while maintaining adequate respiratory function. Paramedics must continue to monitor and assess patients during pain control and be prepared to intervene in the event of a complication. Proper pain medication can decrease heart rate, respiratory rate, anxiety and blood pressure.

## UNDERSTANDING THE PATIENT'S NEEDS

Meeting the patient's needs for pain control can improve patient care and satisfaction during an encounter with emergency pre-hospital clinicians. In addition to the usual stresses of life, chronic pain patients are plagued by the unknowns associated with their pain and the long-term consequences of pain, including a reduction in normal activities. Unrelieved acute and/or moderate to severe chronic pain and poor symptom control can lead to anxiety and irritability, as well as a restricted social life, family issues, relationship issues, sleep deprivation, work issues, loss of self-esteem, and mood disturbances or depression. Between 50% and 70% of patients with chronic pain have either secondary depression or anxiety.

Maximize non-pharmacological methods of pain control prior to administering medications. These methods can include transport in the position of comfort, padding with pillows and blankets at the point of contact, ice packs, and sim-

E - 24

ply acknowledging the patient's pain and concerns. Paramedics are constantly challenged by having to move patients to stretchers from awkward positions. The application of splints, traction and backboards can create tremendous discomfort for your patients. Comfort and compassion are mainstays of medical care and their importance cannot be overemphasized. Some patients perceive and verbalize pain differently, and the paramedic must be attuned to the need for pain management even in the patient who does not verbalize pain. Maintaining awareness of some patients' drug-seeking behavior is also required in evaluating the need from pain control.

## POTENTIAL FOR COMPLICATIONS

Complications can occur in the pre-hospital environment as a result of over-sedation, airway obstruction, vasovagal episodes, hypoventilation, aspiration, hypoxemia, hypercarbia, hypotension or a reaction to the medication(s) in use. Elderly and pediatric patients in particular are at increased risk during analgesia. Patients who are currently taking sedative or opioids may also be at a greater risk for over-sedation.

## PREMEDICATION PATIENT ASSESSMENT

All patients receiving intravenous pain medication require a rapid pre-medication evaluation to determine relative risk versus benefit, to identify problems related to preexisting medical conditions such as the presence of any abdominal pain, a difficult airway, and to recognize patient or parental concerns related to treatment. A brief history, review of current medications and allergies, as well as an assessment of cardiopulmonary status at the time of treatment are necessary to adequately provide for the safety of the patient. Determining the patient's state of anxiety or pain prior to and after the administration of medication is critical. Monitoring the patient's mental status is one of the most valuable indicators of the efforts of pain management.

Pre-medication vital signs, including blood pressure, hear rate, SpO2, respiratory rate, EKG and temperature are documented. The use of pain medication requires continuous intravenous access until patient care is transferred to the emergency department. The paramedic must have good access to the intravenous line and medication port throughout on-scene time transport.

## PAIN CONTROL

Opiates administered intravenously provide primary analgesia. Opiates require careful titration to patient needs, with continued monitoring. Opiates are administered slowly and in small increments with adequate time for the sedative effects of the injected dose to be apparent before additional medication is given. The synergistic potential of benzodiazepines and narcotics or antiemetics is significant for respiratory depression.

Opiate and benzodiazepine antagonists, such as naloxone and flumazenil respectively, should be part of any sedation and pain medication array; however, these medications do not instantaneously reverse the respiratory depression that may be produced in pain control. The paramedic must be prepared to immediately support the patient's airway, ventilation and oxygenation until sedation is reversed or eliminated.

## NARCOTICS

Narcotics are divided into several classes, which include naturally occurring, semi-synthetic opioids and synthetic opioids (nalbuphine). The potency and duration of action between different classes varies widely. Fixed doses of analgesic may not meet the individual patient's needs in terms of pain management. Sufficient time between doses is necessary in order to observe the effects of the agent and prevent and/or treat respiratory depression.

## NARCOTIC ANTAGONISTS

Narcotic Antagonists include naloxone hydrochloride (Narcan), which is primarily used to antagonize respiratory depression and central nervous system depression secondary to narcotic overdose. Onset of action is usually within 2 minutes, and the duration of action is about 20-60 minutes. Repeat boluses may be required to maintain adequate blood levels until the opioid agonist is eliminated. This narcotic antagonist can precipitate acute withdrawal symptoms in opioid-dependant or addicted patients. Symptoms of withdrawal include agitation, hypertension, sweating and irritability.

## MONITORING

Using additional personnel for monitoring does not replace continuous clinical evaluation and assessment prior to and during the administration of analgesic and antiemetics. While the risk of adverse events is low, patients should be assessed prior to administration of analgesics to establish a baseline of vital signs and level of mentation. Adverse reactions increase in frequency with the complexity of the patient's illness or injury and the level of sedation. Patient observation and monitoring before, during and after the administration minimizes complications. The paramedic must be diligent in recognizing early signs of distress and implement appropriate supportive or resuscitative measures.

## RESPIRATION MONITORING

The primary cause of morbidity with pain control medications is drug-induced respiratory depression. Monitoring of respiration, ventilation and oxygenation reduces the risk of negative outcomes associated with pain control. Hands-on monitoring should detect early signs of patient distress before compromises to vital functions occur. Supplemental oxygen administration may reduce the risk of oxygen de-satura-

tion, but may mask impaired respiration or ventilation. Opioids depress all phases of respiratory activity to some extent. Respiratory depression becomes significant when intervention is needed. Opioids interfere with carbon dioxide chemoreceptors in the medulla by retention of carbon dioxide. The increase in carbon dioxide levels does not stimulate an increase in respiratory rate, and the patient may rely upon the less sensitive oxygen-driven, respiration-regulation mechanism. Respiratory depression may occur when the pain is relieved and is no longer a stimulant.

The inherent limitations of and over-reliance on pulse oximetry as monitors of respiration have become evident with reports of unrecognized hypercarbia and delayed recognition of respiratory depression. While pulse oximetry is usually an excellent and noninvasive technology for monitoring oxygen saturation, its use for purposes of detecting ventilatory depression and/or apnea has limitations. Patients at risk for respiratory depression, whether because of illness or pharmacological intervention, are typically given supplemental oxygen and thus maintain adequate oxygenation despite inadequate ventilation, leading to significantly delayed recognition of hypercarbia. Pulse oximeters do not detect apnea. Capnography however, in the intubated patient is an excellent monitor for adequacy of ventilation.

Anxiety relief via pain control using pharmacological agents are critical elements to improving patient comfort both mentally and physically, as well as outcome, particularly from the patient's point of view. The patient record should document any clinical or technical problems during administration of medications, along with any significant patient events such as nausea and vomiting, respiratory distress, vagal or anaphylactic reaction or diaphoresis, as well as any intervention taken by the paramedic.

The paramedic's ability to use, interpret and act upon the data derived from the patient assessment and monitoring technology will help ensure a positive outcome for the patient. Promoting patient comfort and reducing or eliminating pain are the responsibilities of all pre-hospital clinicians, while at the same time ensuring patient safety.

# PSYCHIATRIC EMERGENCIES

Psychiatric emergencies stem from a wide range of disorders, including acute anxiety, depression, psychosis, and drug and alcohol abuse. When dealing with a patient experiencing a psychiatric emergency, the Team's priorities include providing for medical and psychiatric evaluation and managing aggression. Keep these guidelines in mind:

## GENERAL GUIDELINES

To help the patient regain their sense of self-control, act

EMERGENCY MEDICAL GUIDELINES

with decisiveness and compassion. Attempt to establish rapport with the patient to gain their trust and cooperation. Speak to the patient firmly but calmly, in a nonthreatening way.

Assure safety of patient and others by removing any items they could use to harm themselves or others. Obtain background information to help determine nature and severity of problem. Find out what events led to this condition, if a specific incident triggered it, who brought patient to hospital, why patient wants help now, and what patient expects from this visit. Assist with diagnostic tests to help determine if an underlying physical condition is causing the psychiatric emergency. A patient with an organic problem (usually the result of metabolic or neurologic disorder) may be disoriented or confused and have recent, sudden memory loss and decreased sensory perceptions. Perform a mental status examination. Assess patient's level of consciousness, motor activity, and orientation to time, place and person. Then assess their mood (their predominant emotion); affect (flat, normal, or increased); association (normal, loose or illogical); intellect (slow, normal or bright); memory (poor or good); thought processes (normal, confused, delusionary, or hallucinatory); insight and judgment; abstract thinking; and thought content (obsessive, compulsive, suicidal, preoccupied, repetitive, phobic).

Assess patient's anxiety level, and determine if their judgment and insight are impaired by an acute anxiety attack. Signs and symptoms of such an attack may include hyperactivity, dry mouth, fidgeting, sensation of chest pressure, choking sensation, inability to swallow, sense of impending danger, hyperventilation, sweaty palms, tachycardia, tremors, profuse sweating, and urinary frequency. To decrease patients anxiety, provide emotional support and calmly direct the patient toward reality. Encourage the patient to express their concerns and to identify source of their anxiety. Help the patient set priorities, but allow the patient some control of situation.

## DEALING WITH THE SUICIDAL PATIENT

The suicidal patient typically has severe depression and low self-esteem and directs their anger inward. Typical signs and symptoms include feelings of worthlessness, hopelessness, helplessness, or confusion; insomnia and fatigue, gastrointestinal complaints; decreased physical activity; indifference; and history of past suicide attempt. Keep these points in mind when dealing with a suicidal patient:

Attempt to determine the patient's suicide potential. Is this a gesture—a way to manipulate others—or is it a real attempt at suicide? How upset or disturbed is the patient? If he attempted suicide, did he choose a suicide method that was likely to succeed?

When assessing for suicide potential, remember that widowed, divorced and single persons have a higher risk than married persons, and that a family history of suicide and a

personal history of previous suicide attempts, mental illness, debilitating physical illness, substance abuse, or death of loved ones increases the suicide risk. When in doubt, arrange for psychiatric consultation and/or hospital admission for observation. Provide suicide patient with psychologically and physically protective environment, and establish rapport with the patient.

Keep in mind that suicidal thoughts represent an attempt to solve a problem. Try to find out what the patient thinks their problem is. Typical problems include job situation, interpersonal relationships, mental or physical illness, alcohol or drug abuse, financial problems, or loss of a loved one. Try to involve their family or friends in this planning process, if possible. If he's unsure of their alternatives, or if he has no alternatives, arrange for hospitalization and obtain psychiatric consultation.

## DEALING WITH THE VIOLENT PATIENT

The violent patient may take their anger out on the team, as the primary caregiver. The Team's response can calm the patient and help the patient cope, or it can make the patient even more angry and violent. Follow these guidelines to make sure the Team's interactions are helpful and appropriate.

If the Team fears the patient may cause bodily harm, call for help to subdue and restrain the patient, and give medications, as ordered.

Verbal abuse frequently precedes violent behavior. If patient complains vehemently, listen carefully, giving the patient the Team's undivided attention and maintaining eye contact. If their anger seems out of proportion to the situation, ask who or what he's really angry with. Agree with the real aspects of their anger (such as waiting a long line to see a doctor). Empathize with the patient about their situation and ask the patient for suggestion to help improve it.

Review their complaints and restate what he's said to try to identify their real concerns. He may be demonstrating the behavior to obtain something he wants; in this situation, point out to the patient that their anger is only making it more difficult for the team and others to help the patient. Let the patient know that the Team members are people, not an impersonal target, and that their behavior's upsetting the team. Remain calm and speak softly. Be aware of both verbal and nonverbal communication as facial expressions, tone of voice, or gestures can provoke a patient's anger. Closely observe their body language, and monitor personal body language for signs of hostility. Keep stance as relaxed and neutral as possible.

## DEALING WITH THE ACUTE PSYCHOTIC PATIENT

Acute psychotic reaction, such as schizophrenic and paranoid episodes, represent disorders of mood or thinking in which

E - 26

the patient loses contact with reality. Their thought processes, affective responses, and interpersonal dealings deteriorate until they can no longer cope with the activities of daily life.

A patient having a schizophrenic episode typically has delusions; auditory hallucinations; combative, assaultive, withdrawn, or catatonic behavior; poor associations; bizarre gestures; and disordered thinking. A patient suffering from paranoia (a type of schizophrenia) may have the following signs and symptoms, in addition to those described above; feelings of uniqueness or grandiosity; restlessness and agitation; obsessive thoughts; and projective delusions. Their delusional system typically includes persecution feelings or excessive religious statements, with false beliefs based on grossly exaggerated aspects of their life. He typically believes that others are out to get him.

When dealing with an acute psychotic patient, place the patient in a quiet room, and avoid arguing with the patient. If he's violent or potentially violent, apply restraints. Remove their clothing or any object that may conceal a weapon, and place the patient in a hospital gown. Then intervene as follows:

### FOR A PATIENT WITH A SCHIZOPHRENIC REACTION:

Determine if patient has been previously hospitalized and if he's recently stopped taking major tranquilizers.

Speak to the patient firmly to assure the patient that the Team is in control of the environment. Use simple, concrete language and brief sentences, avoiding words or phrases that patient might misinterpret.

Obtain psychiatric consultation and arrange for hospital admission, as appropriate. Give medications, as ordered; if the Team gives phenothiazine, observe for postural hypotension and pseudoparkinsonian effects.

### FOR A PATIENT WHO'S PARANOID:

Avoid any physical or psychological threats or challenges. Move slowly and quietly, and sit or stand on patient's level to avoid appearance of power. Avoid closed doors or blocked doorways so that he doesn't feel cornered. If possible, let the patient stand near a door that's slightly ajar.

Remain calm and authoritative, and use simple, concrete expressions as the Team talks to the patient. Don't try to convince the patient their delusions are wrong. Instead, let the patient verbalize distorted or illogical thinking, but avoid validating their false beliefs.

## RESTRAINTS

Restraints are any physical or pharmacological means used

to restrict a patient's movement, activity, or access to their body. Patients generally have a right to be free from restraints unless restraint is necessary to treat their medical symptoms or to prevent patients from harming themselves or others.

Restraining a patient raises serious concerns, such as infringement on patient autonomy, limits on freedom of movement, claims of battery, and risk of physical and/or psychological injury resulting from restraints. Therefore, before using restraints, clinicians must carefully weigh the benefits of the restraint against the risks of the restraint, and you should always consider whether alternatives to restraint are available. Every effort should be made to utilize the least restrictive method of restraint.

Situations arise in which restraints are not only appropriate and necessary, but also in which failure to use a restraint could result in injury to the patient or others. Restraints may be used in response to dangerous behavior, to protect patients and as part of approved protocol. Examples of these situations include the following:

- Patients with invasive catheters, lines or tubes
- Patients who are violent or could inflict potential harm to self or others due to an impaired psychological state
- Allow assessment of disoriented and uncooperative patients or those under the influence of alcohol or drugs
- Facilitate medically necessary procedures (ie, gastric lavage) in uncooperative patients
- Prevent elopement while patients are being evaluated and transported for potential suicidal or homicidal behavior
- Protect disoriented patients from falls off stretchers and backboards
- Patients with brain pathologies or injury
- At the discretion of the flight crew to ensure flight safety
- All prisoners

Whenever restraints are employed, their use must be consistent with federal and state laws and most importantly, sound clinical judgement. Monitoring must be performed by direct observation of and interaction with the patient. It should include a determination regarding the patient's well-being as well as an on-going evaluation of the continued need for restraints upon arrival at the receiving facility.

Documentation in the medical record should include clinical justification of the necessity for restraints and measures taken to protect the patient's rights, dignity, and well-being (ie, monitoring, reassessment, attention to patient's needs).

## ONCE RESTRAINED, ALWAYS RESTRAINED

If at any time a patient requires physical restraint, the patient should remain restrained – in some manner – until deliv-

EMERGENCY MEDICAL GUIDELINES

ered to the emergency department. Do not allow the patient to bargain with you, or talk you into release of restraints. Remember, A COOPERATIVE PATIENT WILL COOPERATE WITH RESTRAINTS.

## STANDARDS

When restraints are necessary, practitioners must determine the most appropriate and least restrictive device that allows the patient to retain as much dignity as possible. For example, the following physical restraints are appropriate for the following situations:

- Posey vests or sheet roles to prevent disoriented patients from climbing off stretchers. Side rails are not considered restraints by themselves.
- Soft wrist restraints to protect confused patients from extubating themselves
- Limb restraints (ie, upper, lower, 4-point, opposites, soft, leather) to restrain violent patients
- To ensure flight safety

## USE OF LEATHER RESTRAINTS

Leather restraints in the pre-hospital setting are obsolete and their use is strongly discouraged.

- They are bulky and slow to apply
- They cannot be effectively anchored to afford a true medical restraint.
- They present a cross-contamination problem due to the material in which they are constructed.
- If not periodically cleaned and treated, they become brittle and can break under stress.(When was the last time you cleaned and treated your leather restraints?)
- They are frightening to both patients, family and on-lookers.
- They must be a non-locking variety to facilitate quick release.
- They can create injuries because they are not soft and padded.

Agencies currently utilizing leather restraints are encouraged to research and acquire soft, disposable posey or Velcro type limb restraints as a superior alternative.

A team of several members working together (ie, police, firefighters, ems personnel) may be the best way to restrain a violent patient. Appearance of a team may convince a patient to permit application of restraints without resistance. Ideally, each team member is responsible for immobilizing one extremity. This team approach minimizes risk of injury to the patient and the crew.

Although physical restraints generally are the first method employed when restraints are necessary, pharmacological restraints may be used as an alternative or adjunct to physical restraints.

Patients may have injuries that result from being restrained. Most injuries are minor and include abrasions and bruises. However, more serious injuries can occur if restraints are inappropriately applied or the patient is not adequately monitored.

## ALLOWANCE OF OPTIONS

It is vitally important and therapeutic for all patients to be given as many options as possible. Giving patients choices and options helps them to begin regaining a sense of self-control, a sense of normalcy. Emergency situations inflict an extremely frightening and threatening sense of loss of control upon the patients who experience them. This recognition of the need to restore a patient's sense of self-control, however, does not change the fact that restraint is going to occur. Once a clinician recognizes the need for restraint, restraint must be employed. Restraint application is not a patient option.

As soon as possible, begin to allow patients as much control as you are comfortable with allowing.

In example "I need to make sure you're safe and secure. Would you prefer to be sitting up or lying down?" "Would you care for another blanket?" "Which arm would you prefer that I use for your IV?"

The secret to offering patients options is this; as long as it does not matter what the patient chooses, offer them the option. The fact that restraint will occur does not change. But, to improve the patient's condition and encourage cooperation, the patient should be given as many opportunities as possible to exercise some sense of control over the situation.

## COMPLICATIONS

Complications from pharmacological sedation are more numerous than from physical restraints. Uncooperative patients often provide inadequate histories, which presents increased possibility for allergic reactions. Oversedation could lead to loss of gag reflex, compromising the patient's ability to protect the airway. A patient who vomits while in 4- point restraints risks choking and aspiration. Pulse oximetry is helpful in measuring such patients.

Patients who are being restrained after an overdose pose particular problems because the ingested substances often are unknown. Sedation could lead to drug interactions with adverse effects.

Use caution whenever caring for patients in restraints. Personnel injuries can occur from violent behavior, such as biting, scratching, spitting, and kicking. At all times, full PPE will enhance personnel protection. Be on the lookout for patients with concealed weapons or dangerous objects (ie, needles).

EDUCATIONAL GUIDELINES

## CHEMICAL RESTRAINTS

Chemical restraints are any medications used for the purpose of restraining patients involuntarily to prevent them from harming themselves or personnel. The intent of such medications is sedation for the duration contact until the patient arrives at the emergency department.

### ADVANTAGES OF CHEMICAL RESTRAINTS
- Control violent behavior and patient agitation
- May reduce need for physical restraints

### DISADVANTAGES OF CHEMICAL RESTRAINTS
- May result in complications, such as respiratory depression and loss of gag reflex
- Limit mental status assessment and neurologic examination during sedation

### AGENTS

#### Benzodiazepines

Lorazepam (Ativan) is commonly used to sedate elderly patients and has a wide safety margin. Respiratory depression and loss of gag reflex usually do not result if recommended doses are used. Duration of action is long.
- Adult dose is 1-4mg IV, IO, IM, or intranasal titrated to effect
- Onset of action is 5-10 minutes
- Duration of action 4-8 hours
- Adverse effects include exacerbation of glaucoma, respiratory and gag reflex, depression (especially when combined with other sedatives or narcotics), and fetal damage.

Midazolam (Versed) is commonly used for rapid sedation in emergency settings because of its rapid onset and brief duration of action.
- Adult IVP dose is 5mg under 60 years of age (may repeat once), 2.5mg over 60 years of age (may repeat once) initially over 2 minutes. Allowing 2 or more minutes to evaluate response; titrate slowly. Can be given IV, IO, IM or intranasal.
- Onset of action is 1-5 minutes
- Duration of action is 30-60 minutes

Diazepam (Valium) is widely used for sedation, treatment of agitation secondary to alcohol withdrawal and treatment of seizures. It has a high therapeutic-to-toxic ratio. Respiratory depression and impaired gag reflex are rare when used alone.
- Adult dose is 2-10mg IV, IO, IM, or intranasal titrated to effect.
- Onset of action is 1-5 minutes
- Duration of action is 30-60 minutes

- Adverse effects include interactions with other s3edatives, which commonly result in respiratory depression and loss of gag reflex, exacerbation of glaucoma, and paradoxical reactions.

### PRECAUTIONS
- Patient dosing is very variable. More medication may be administered if inadequate sedation results after initial dose.
- Monitor for respiratory depression and loss of gag reflex

Chemical restraints can be an effective adjunct or replacement for physical restraints. Appropriate use of restraints promotes patient and crew safety. Health care professionals can incur liability from inappropriate use of restraints and for failure to use restraints to protect a patient; each situation in which use of restraints is considered must be evaluated carefully.

# RAPID SEQUENCE INTUBATION (RSI)

Rapid Sequence Induction (RSI), is the use of specialized medications to facilitate intubation and to provide for muscle relaxation. In the past these medications have been reserved for use by anesthesiologists in the operating room, but recently have become accepted for use in the prehospital setting for an aid in intubation.

Neuromuscular blockade is useful for a number of situations encountered in the prehospital setting. It will enable ventilation of patients who cannot be ventilated because of coughing or resisting ventilation attempts. Oxygen consumption is reduced, shivering may be prevented, and chest wall compliance may be increased through the use of muscle relaxants. When an airway cannot be secured by other means, neuromusclar blockade allows a patient to be more readily intubated. Occasionally a patient may need to be given a muscle relaxant in order to prevent nerve damage during transport.

## CARE FOR THE PARALYZED PATIENT

It is of paramount importance to remember a patient that has been given a paralytic is not unconscious, just paralyzed. They can hear and see everything going on around them. Therefore adequate sedation and analgesia must be given. Some signs of inadequate sedation or analgesia would be:

1. Hypertension
2. Tachycardia
3. Lacrimation
4. Diaphoresis
5. Ventricular dysrhymias

E - 29

EMERGENCY MEDICAL GUIDELINES

6. Bronchospasm
7. Increased pulmonary secretions.

PARALYZED PATIENTS REQUIRE FULL VENTILATIONS. VENTILATOR DISCONNECTS OR MECHANICAL FAILURES CAN BE FATAL.

Be sure to protect pressure points even during a short transport. Beware not to cause joint dislocations when moving or handling the patients. Since paralyzed patients cannot swallow or cough, be sure you keep the pharynx and trachea clear of secretions. History and physical assessment may be lost when the patient is paralyzed. This may be an important factor in patients with a changing neurologic status.

## PHYSIOLOGY OF NEUROMUSCULAR TRANSMISSION / BLOCKADE

A wave of depolarization reaches the motor nerve terminal. In the presence of calcium, the acetylcholine vesicles bind to the membrane and empty their contents into the synaptic cleft. Acetylcholine traverses the synaptic cleft and binds with receptors on the motor endplate causing a small endplate potential. If enough of these endplate potentials occur, a wave of depolarization is set up in the muscle membrane, calcium is then released and muscle contraction occurs.

There are two types of muscle relaxants, depolarizing and non–depolarizing. With depolarizing neuromuscular blockade the medication binds to the acetylcholine receptors and creates a wave of depolarization that manifests itself as muscle fasciculation. This medication remains bound to the receptor and prevents subsequent binding of acetylcholine and neuromuscular blockade results. Whereas non–depolarizing muscle relaxants competitively antagonize acetylcholine and prevent depolarization of the muscle membrane. No fasciculation is seen when non–depolarizing agents are used.

## COMMONLY USED MUSCLE RELAXANTS

The most common depolarizing agent used today is succinycholine chloride (Anectine). Succinycholine chloride is rapidly metabolized and normal neuromuscular transmission is restored in 5–10 minutes. Prolonged blockade (20–30 minutes) may occur in the presence of liver disease, starvation, pregnancy, and in patients with abnormally low pseudocholinesterase. Severe hyperkalemia and cardiac arrest has been reported in patients with major burns, trauma, closed head injuries, and a variety of neuromuscular diseases. Succinycholine chloride has also been associated with increased intracrainial pressure and increased intraoccular pressure. Increased intragastric pressure with regurgitation may also occur.

There are many non–depolarizing agents in use today, but the most commonly used one in the prehospital

setting is vecuronium bromide (Norcuron). Vecuronium bromide has a duration of 30–60 minutes and generally requires redosing every 20–40 minutes. There are no hemodynamic effects when used in clinical doses.

One of the most life threatening side effects of neuromuscular blockade is Acute Malignant Hyperthermia. This is a rapid rise in body temperature that can reach life a threatening level. The condition is believed to be due to the decrease in calcium uptake by the sarcoplasmic reticulum resulting in increased intracellular calcium levels and the acceleration of aerobic and anaerobic cellular metabolic processes. The result of this increase in metabolism is excessive heat, carbon dioxide, and lactic acid. Patient will present with unexplained tachycardia, cyanosis, or tachypnea.

Remember: MALIGNANT HYPERTHERMIA PRODUCES HYPOXEMIA, SEVERE RESPIRATORY AND METABOLIC ACIDOSIS, AND HYPERKALEMIA.

There are a number of factors that may potentiate neuromuscular blockade. Acidosis, both respiratory and metabolic, electrolyte imbalances, preexisting neuromuscular disease, and drugs are just a few of these factors.

## RENAL FAILURE

Chronic renal failure (CRF) requiring dialysis or transplantation is known as end stage renal disease (ESRD). Patients with ESRD commonly present with problems related to the metabolic complications of their renal disease or dialysis. It is important to remember these patients may also suffer from medical problems unrelated to their renal condition. Medical direction via telemetry is always advised for treatment modalities other than immediate dialysis complications.

Almost all major organ systems are affected by renal failure. Signs and symptoms of renal failure are due to overt metabolic derangements resulting from inability of failed kidneys to regulate electrolyte, fluid, and acid-base balance; they also are due to accumulation of toxic products of amino acid metabolism in the serum.

Volume overload, a common cardiovascular complication of renal failure, occurs when salt and water intake exceeds losses and excretion. The most common cause of sudden death in patients with ESRD is hyperkalemia, (potassium) this is often encountered in patients who have missed dialysis. It may also be due to diatary indiscretion. Hyperkalemia is usually asymptomatic. An EKG may be helpful in diagnosis. Severely peaked T waves may be seen.

Hypocalcemia is also potentially life threatening and re-

E - 30

sults from loss of vitamin D and increased parathyroid hormone levels. This may cause weakness and life-threatening dysrhythmias. Acidosis may also be present as shortness of breath due to the work of breathing from compensatory hyperpnea.

# SEIZURES

The swift termination of seizure will protect patients from anoxic conditions conducive to brain injury. Careful recording of appearance and duration are vital. The Team should consider the following: alcoholic history, history of seizures, drugs present at scene, tracks in arms, cocaine in nose, fever, or head injury.

Epilepsy: A recurrent paroxysmal disorder of cerebral function characterized by sudden, brief attacks of altered consciousness, motor activity, sensory phenomena, or inappropriate behavior caused by abnormal excessive discharge of cerebral neurons. Convulsive seizures, the most common form of attacks, begin with loss of consciousness and motor control, and tonic or clonic jerking of all extremities, but any recurrent seizure pattern may be termed epilepsy.

Epilepsy is classed etiologically as symptomatic or idiopathic: Symptomatic implies that a probable cause has been identified that at times permits a specific course of therapy to eliminate that cause; idiopathic means that no obvious cause can be found, which is the case in about 75% of young adults and a smaller percentage of children under age 3. Epilepsy due to a microscopic scar in the brain resulting from birth trauma or other injury may be misclassified during life as idiopathic but show evidence of a causative lesion at autopsy or surgery for epilepsy. Unexplained, predominantly inherited neuronal abnormalities probably underlie most idiopathic cases.

Idiopathic epilepsy generally begins between ages 2 and 14. Seizures before age 2 are usually related to developmental defects, birth injuries, or a metabolic disease affecting the brain; those beginning after age 25 are usually secondary to cerebral trauma, tumors, or other organic brain disease. Focal brain diseases can cause seizures at any age.

Seizures may be associated with a variety of cerebral or systemic disorders, as a result of a focal or generalized disturbance of cortical function. These include hyperpyrexia (acute infection, heat stroke), CNS infections (meningitis, AIDS, encephalitis, brain abscess, neurosyphilis, rabies, tetanus, falciparum malaria, toxoplasmosis, cysticercosis of the brain), metabolic disturbances (hypoglycemia, hypoparathyroidism, phenylketonuria), convulsive or toxic agents (camphor, chloraquine, pentylenetetrazol, strychnine, picro-

toxin, lead, alcohol, cocaine), cerebral hypoxia (Adams–Stokes syndrome, carotid sinus hypersensitivity, anesthesia, carbon monoxide poisoning, breath–holding), expanding brain lesions (neoplasm, intracranial hemorrhage, subdural hematoma in infancy), brain defects (congenital, developmental), cerebral edema (hypertensive encephalopathy, eclampsia), cerebral trauma (skull fracture, birth injury), anaphylaxis (foreign serum or drug allergy), and cerebral infarct or hemorrhage. Convulsions may also occur as a withdrawal symptom after chronic use of alcohol, hypnotics, or tranquilizers. Hysterical patients occasionally simulate convulsive attacks.

The seizures are transient in many of these conditions and do not recur once the illness ends. However, convulsions may recur at intervals for years or indefinitely if there is a permanent lesion or scar in the CNS, in which case a diagnosis of epilepsy is made.

Convulsive seizures result from a generalized disturbance in cerebral function. In some instances, a small focus of dysfunctional tissue in the cerebrum discharges abnormally in response to endogenous or exogenous stimuli, and spread of the discharge to other portions of the cerebrum results in convulsive phenomena and loss of consciousness. In primary generalized epilepsy, the seizures are generalized from the outset, beginning as a diffuse abnormal discharge affecting all cerebral cortical areas simultaneously.

Given a sufficient stimulus (i.e., convulsant drugs, hypoxia, hypoglycemia), even the normal brain can discharge in a diffusely synchronous fashion and produce a seizure. In susceptible persons, seizures may occasionally be precipitated by exogenous factors (sound, light, cutaneous stimulation).

Epileptic seizures can be classified according to several different criteria. Partial seizures begin focally with a specific sensory, motor, or psychic aberration that reflects the affected part of the cerebral hemisphere where the seizure originates. Auras (focal manifestations that immediately precede complex or generalized seizures) reflect where the seizure begins. Sometimes a focal lesion of one part of a hemisphere activates the entire cerebrum bilaterally so rapidly that it produces a generalized grand mal seizure before any focal sign appears. Generalized seizures usually affect both consciousness and motor function from the outset. The seizure itself frequently has a genetic or metabolic cause.

Seizures affect about 2% of the population; chronically recurring seizures (epilepsy) are perhaps 1/4 that frequent. Most patients have only 1 type of seizure; about 30% have 2 or more types. About 90% experience grand mal seizures, either alone (60%) or with other seizures (30%). Absence (petit mal) attacks occur in about 25% (4% alone, 21% with others). Psychomotor attacks occur in 18% (6% alone, 12% with others).

E - 31

EMERGENCY MEDICAL GUIDELINES

Simple partial (focal, local) seizures begin with specific motor, sensory, or psychomotor focal phenomena without loss of consciousness. Isolated epileptic auras are simple partial seizures with a single sensory symptom (often olfactory) preceding a complex or generalized seizure. In Jacksonian seizures (focal motor symptoms begin in one hand or foot and then "march" up the extremity, or spread similarly from a corner of the mouth), the dysfunction may remain localized or may spread to other parts of the brain, with consequent loss of consciousness and generalized convulsive movements.

Complex partial (psychomotor) seizures are characterized by a variety of patterns of onset. In most instances, the patient has a 1 to 2 minute loss of contact with the surroundings. The patient at first may stagger, perform automatic purposeless movements, and utter unintelligible sounds. He does not understand what is said and may resist aid. Mental confusion continues for another 1 or 2 minutes after the attack is apparently over. Psychomotor attacks may develop at any age and are usually associated with structural pathology (i.e., mesial temporal sclerosis, low–grade astrocytomas). Status psychomotor epilepsy may occur, in which affected subjects act in a slow, bewildered, and sometimes confused state for hours or, rarely, days.

Complex partial seizures of temporal lobe origin are not characterized by unprovoked aggressive behavior. If restrained, however, such a patient occasionally may lash out at the person restraining his movement, as may a patient in a postictal confused state after a generalized seizure. No satisfactory evidence suggests that premeditated or unprovoked aggression can ever be attributed to attacks of temporal lobe epilepsy.

Patients with temporal lobe epilepsy experience a higher incidence of interictal psychiatric disorders than does the normal population. Selection factors in evaluation make exact figures difficult to be sure of, but some studies show as many as 33% of patients with temporal lobe epilepsy having substantial psychologic difficulties, with up to 10% showing symptoms of schizophrenia or depressive psychoses.

Generalized seizures can be minor or major in their motor manifestations. Generalized seizures may be primarily generalized (bilateral cerebral cortical involvement at onset), or secondarily generalized (local cortical onset with subsequent bilateral spread). Absence (petit mal) attacks are brief, primarily generalized seizures manifested by a 10 to 30 second loss of consciousness, with eye or muscle flutterings at a rate of three per second, and with or without loss of muscle tone. The patient suddenly stops any activity in which he is engaged and resumes it after the attack. Petit mal seizures are genetically determined and occur predominantly in children; they never begin after age 20. The attacks are likely to occur several or many times a day, often when the patient is sitting quietly. They are infrequent during exercise. Between seizures, patients are normal.

Infantile spasms (salaam seizures) are primarily generalized seizures characterized by sudden flexion of the arms, forward flexion of the trunk, and extension of the legs. The attacks last only a few seconds but may be repeated many times a day. They are restricted to the first 3 years of life, often to be replaced by other forms of attacks. Brain damage is usually evident.

Tonic–clonic (grand mal) seizures occasionally begin with a partial "aura" of epigastric discomfort, followed by an outcry; the seizure continues with loss of consciousness; falling; and tonic, then clonic, contractions of the muscles of the extremities, trunk, and head. Urinary and fecal incontinence may occur. The attack usually lasts 2 to 5 minutes. It may be preceded by a prodromal mood change, and may be followed by a postictal state, with deep sleep, headache, muscle soreness or, at times, focal motor or sensory phenomena. The attacks may appear at any age.

Akinetic seizures are brief, primarily generalized seizures seen in children and characterized by complete loss of muscle tone and consciousness. The child falls or pitches to the ground, so that attacks carry the risk of serious trauma, particularly head injury.

Febrile seizures–A fever is the elevation of the body temperature above the normal temperature (0.5-1.0 degree higher for rectal temperatures) for that person. In other words, fever is essentially a resetting of the hypothalamic thermostat. The body develops a fever when pathogens enter and cause infection which in turn stimulates the production of pyrogens. Pyrogens are any substances that cause fever. They reset the hypothalamic thermostat to a higher level. Metabolism is therefore increased, producing a fever. The increased body temperature wards off infection by making the body a less hospitable environment for the invading organism. The hypothalamic thermostat will rest to normal when pyrogen production stops or when pathogens end their attack on the body.

The Physicians Desk Reference (PDR) does not specify a temperature for which an antipyretic (Tylenol) should be administered. Therefore, physician consult should be made to discuss each patient's condition. Altered mental status frequently accompanies fever. With that in mind oral administration may be inappropriate. Additional cooling may be obtained by removing all extra clothing and allowing the patient to lose heat to the environment by convection. Further cooling may be inappropriate and are generally not recommended as these can drop the body's core temperature too much. The cooling will induce shivering and additional heat production.

Febrile seizures are the most common type of seizures observed in the pediatric group. Febrile seizures are usually be-

E - 32

EDUCATIONAL GUIDELINES

nign but can cause considerable parental anxiety. In the US between 2% - 4% of children have febrile seizures by their fifth birthday. About one third of these patients have at least one recurrence. Febrile seizures are divided into 2 types, simple febrile seizures (which are generalized and lasts <15 mins) and complex febrile seizures (which are prolonged, recur more than once in 24 h, or are focal). Complex febrile seizures may indicate a more serious disease process, such as meningitis, abscess, or encephalitis. Viral illnesses are the predominant cause of febrile seizures. Interestingly, there is no data to support the theory that a rapid rise in temperature is a cause of the type of seizure.

The presence of 2 of the following risk factors increase the probability of the first febrile seizure: family history, high temperature, parental report of developmental delay, perinatal illness requiring hospitalization following delivery, and day care attendance. Patients with all 4 of the following risk factors have a greater than 70% chance of recurrence: young at the time of first febrile seizure, relatively low fever at the time of seizure, family history of a febrile seizure in the first degree, and brief duration between onset and initial seizure. Patients with no risk factors have less than a 20 % chance of recurrence.

In status epilepticus, motor, sensory, or psychic seizures follow one another with no intervening periods of consciousness. Grand mal status epilepticus may persist for hours or days and may be fatal. It may occur spontaneously or result from too rapid withdrawal of anticonvulsants. Partial continuous epilepsy is a form of rare focal (usually hand or face) motor seizures in which the attacks recur at intervals of a few seconds or minutes, lasting from days to weeks at a time.

The history should include an eyewitness account of a typical attack and information on the frequency of seizures and the longest and shortest intervals between attacks. A history of prior trauma (i.e., cranial injury producing unconsciousness, birth trauma), infection (i.e., meningitis, encephalitis, pertussis), or toxic episodes (i.e., excessive alcohol or drug consumption and its relation to seizures) must be sought and evaluated. A family history of convulsions or neurologic disorders is significant.

Fever and stiff neck accompanying convulsions of recent onset should suggest meningitis or subarachnoid hemorrhage. Focal cerebral symptoms and signs in association with seizures suggest brain tumor, cerebrovascular disease, or residual traumatic abnormalities. Grand mal seizures, particularly in an adult, always require a diagnostic search for an unsuspected focal lesion.

Most patients with epilepsy are normal between attacks, although overuse of anticonvulsants can dull alertness. Progressive mental deterioration is usually related to an accompanying neurologic disease that itself caused the seizures;

only rarely do seizures per se impair mental abilities. The outlook is better when no brain lesion is demonstrable. About 70% of noninstitutionalized patients with epilepsy are mentally normal, 20% show a slight reduction in intellect, and 10% have a moderate to pronounced impairment.

## RATIONALE

If, upon arrival, a patient is actively seizing, prompt administration of anticonvulsants may be necessary. Regardless of the clinical manifestations of generalized seizure, aggressive supportive care and rapid termination of electrical seizure activity are the goals.

Care is individualized to the patient. For example, nasopharyngeal airway placement is sufficient for some patients, particularly if the seizures are stopped and the patient is awake. For other patients, endotracheal intubation is necessary. At times, rapid sequence induction, with neuromuscular paralysis is needed.

Benzodiazepines – These agents are employed commonly as the first drug for treatment of seizure. Lorazepam, when available, is thought to be the most effective and has a longer seizure half-life than diazepam.

Lorazepam (Ativan) – Sedative hypnotic with short onset of effects and relatively long half-life. Depresses all levels of CNS.

Diazepam (Diastat, Valium) – Depresses all levels of CNS. Individualize doses and increases cautiously to avoid adverse effects.

Anesthetics – These agents stabilize the neuronal membrane so the neron is less permeable to ions. This prevents the initiation and transmission of nerve impulses, thereby producing the local anesthetic effects. Lidocaine consistently terminates status epilepticus, but controlled studies are lacking. Furthermore, lidocaine toxicity may cause seizures.

Propofol (Diprivan) – Has general anesthetic properties when administered IV. Growing anecdotal reports of the use in refractory status epilepticus have been promising.

# SEPSIS

Sepsis is a bacterial infection of the bloodstream. It usually occurs as a complication of an infection at another site such as pneumonia, an ear infection, or a urinary tract infection. Meningitis is frequently associated with sepsis. The mortality rate in sepsis is about 16-20%. In septic shock the rate rises to about 45%.

Septic shock may develop due to the release of deadly toxins by the bacteria causing the infection. These toxins cause peripheral vasodilatation, leading to a drop in blood pressure

E - 33

EMERGENCY MEDICAL GUIDELINES

and decrease in tissue perfusion. Sepsis can rapidly be fatal if not promptly identified and treated.

Suspect sepsis in patients who become ill or who have been ill for several days, especially if accompanied by fever, lethargy, irritability, or shock. Initial management of the septic patient includes the standard primary and secondary assessment. In addition to the previously mentioned findings, other signs and symptoms of sepsis include vomiting and diarrhea, nonspecific respiratory distress. Septic shock may include a very ill appearance, altered mental status, tachycardia, capillary refill greater than 2 seconds, hyperventilation and cool and clammy skin.

Sepsis is a very serious condition that can deteriorate quickly. It must be promptly recognized and treated appropriately. The goal is to prevent the development of septic shock.

# SICKLE CELL ANEMIA

Vaso–occlusive crisis result from the occlusion of a vessel by masses of sickled red cells. Pain is the principle manifestation, and this represents the most common type of crisis. The symptom complex varies with the occlusion. Hepatic, pulmonary, or central nervous system involvement can, of course, also occur, each with its own symptomatology. Keep in mind patients with sickle cell disorder have a high incidence of life threatening disorders and at a young age. Take them seriously!

Sickle cell anemia is a chronic hemolytic anemia occurring almost exclusively in blacks and characterized by sickle–shaped red blood cells due to homozygous inheritance of Hb S.

Homozygotes have sickle cell anemia (about 0.3% of blacks in the USA); heterozygotes (8 to 13% of blacks) are not anemic, but the sickling trait (sicklemia) can be demonstrated in vitro.

In Hb S, valine is substituted for glutamic acid in the sixth amino acid of the beta–chain. This decreases its electrical charge, and it moves more slowly toward the anode than Hb A on electrophoresis. Deoxy–Hb S is much less soluble than deoxy–Hb A; it forms a semisolid gel of rodlike tactoids that cause red blood cells to sickle at sites of low PO2. Distorted, inflexible red blood cells plug small arterioles and capillaries, which leads to occlusion and infarction. Because sickled red blood cells are too fragile to withstand the mechanical trauma of circulation, hemolysis occurs after they enter the circulation.

In homozygotes, clinical manifestations are due to both anemia and vaso–occlusive events resulting in tissue ischemia and infarction. Anemia is usually severe but highly variable from patient to patient; most have mild jaundice with bilirubin levels of 2 to 4 mg/dL. Anemia may be exacerbated in children by acute sequestration of sickled cells in the spleen. More common is the aplastic crisis in both children and adults occurring when marrow red blood cell production slows during acute infections (especially viral). The vaso–occlusive lesion, which appears due to an abnormal red blood cell membrane, results in cellular adherence to endothelium and subsequent obstruction. Long bone pain (i.e., pretibial) is a common clinical complaint; in children severe pain in the hands and feet (i.e., "hand+foot" syndrome) is both common and typical. Episodes of arthralgia with fever may occur, and avascular necrosis of the femoral head is common. Chronic punched–out ulcers about the ankles are a recurrent problem. Episodes of severe abdominal pain with vomiting may simulate severe abdominal disorders; such painful crises are usually associated with back and joint pain. Hemiplegia, cranial nerve palsies, and other neurologic disturbances may result from occlusion of major intracranial vessels. Infections, particularly pneumococcal, are common, especially in early childhood and are associated with a high mortality rate. Progressive decreases in lung and kidney function may be seen in older patients. Priapism is a serious complication most commonly seen in the young adult.

Patients may be poorly developed and often have a relatively short trunk with long extremities and a tower– shaped skull. Hepatosplenomegaly is common in children, but because of repeated infarctions and subsequent fibrosis, the spleen in adults is rarely palpable. The heart is usually enlarged, with a prominent pulmonary conus. Heart murmurs may simulate rheumatic or congenital heart disease. Cholelithiasis is common.

## HEMOGLOBIN S–C DISEASE

Since 10% of blacks carry the Hb S trait, the incidence of the heterozygous S–C combination is much greater than that of the homozygous Hb C disease. Many cases of anemia in patients with sicklemia may present undetected examples of the S–C combination. The anemia in Hb S–C disease is like that of Hb C disease but milder; some patients even have normal Hb levels. Most symptoms are those of sickle cell anemia, but they are usually less frequent and less severe. However, gross hematuria, retinal hemorrhages, and a septic necrosis of the femoral head are common. Stained blood smears show target cells and a rare sickle cell.

# STROKE – "BRAIN ATTACK"

## STROKE ALERT:

Stroke as a medical emergency: "Brain Attack"

In the past, patients with possible symptoms of ischemic

E - 34

EDUCATIONAL GUIDELINES

---

### Cincinnati Pre–Hospital Stroke Scale (CPSS)

| | |
|---|---|
| Facial Droop | Have the patient show teeth or smile |
| Normal | Both sides of face move normally |
| Abnormal | One side of face does not move as well as the other side |
| | |
| Arm Drift | Patient closes eyes and holds both arms straight out for 10 seconds. |
| Normal | Both arms move the same or both arms do not move at all |
| | (Other findings, such as grip strength, may be helpful) |
| Abnormal | One arm does not move or arm drifts down compared with the other |
| | |
| Abnormal Speech | Have the patient say "You can't teach an old dog new tricks" |
| Normal | Patient uses correct words with no slurring |
| Abnormal | Patient slurs words, uses wrong words, or is unable to speak |

Interpretation: If any of these 3 signs fall into the "Abnormal" category, the probability of a stroke is 72%.

---

stroke were seldom regarded as high–priority cases because only supportive care was available once they entered the health care system. With the recent US FDA approval of tissue plasminogen activator (t–PA) for stroke, response to stroke must change dramatically. Today, t–PA must be administered within 3 hours of onset and the emerging neuroprotective therapies must also be given within a limited time frame. The National Stroke Association (NSA) is spear–heading an aggressive national campaign to educate members of the general public and health care community about the facts that stroke is a medical emergency and that delays in presentation may result in irreversible but preventable disability ("Time is Brain").

The team (EMS) plays a critical role in the prehospital management of stroke patients. The team should look for the most common signs of stroke, including unilateral weakness or numbness, unilateral facial droop, dysarthria, and expressive or receptive aphasia. The team should be alert to the possibility of stroke in patients who have fallen, have altered mental status, have had a seizure, are unresponsive or appear confused. The team should also remember that the signs and symptoms of hypoglycemia, brain abscess or tumor, and epidural or subdural trauma often resemble those of stroke. In response to these diagnostic challenges, a brief stroke scale that can be used in the prehospital setting has now been developed (Cincinnati Prehospital Stroke Exam). It includes a check for unilateral arm weakness, facial droop, and speech abnormalities. If the medical history and physical findings suggest that a patient has had a stroke and the onset of signs and symptoms can be identified as having started within 3 hours, a "Stroke Alert" should be called and appropriate treatment regimens initiated. The goals of the team management of patients with suspected stroke include rapid identification of

the stroke, support of vital functions, rapid transport of the victim to the receiving facility and prearrival notification of the receiving facility. The team members must be effectively trained in the recognition and treatment of stroke.

Stroke is characterized by the sudden loss of circulation to an area of the brain, resulting in a corresponding loss of neurologic function. Also called cerebrovascular accident, or stroke syndrome, stroke is a nonspecific term encompassing a group of causes, including thrombosis, embolism, and hemorrhage. Strokes currently are classified as either hemorrhagic or ischemic. Acute ischemic stroke refers to strokes caused by thrombosis or embolism and accounts for 75% of all strokes. They are the result of complete occlusion of a cerebral artery caused by cerebral thrombosis or embolism. Hemorrhagic strokes are caused by cerebral artery rupture with bleeding into the surface of the brain (subarachnoid) or bleeding in to the tissue of the brain (intracerebral). Hemorrhagic strokes can be fatal at onset. Ischemic strokes rarely lead to death within the first hour. No historical feature distinguishes the two, although nausea, vomiting, headache, and change in level of consciousness are more common in hemorrhagic strokes.

EMS plays an important role in the initial evaluation and treatment of patients with acute ischemic stroke. Therefore, your understanding of its pathophysiology, clinical presentation, and evaluation is essential. Furthermore, rapid recognition and transport within the pre–established three hour window is critical to the delivery of thrombolitics and the outcome.

Stroke is the third leading cause of death and disability in the US. Although stroke often is considered a disease of the

E - 35

EMERGENCY MEDICAL GUIDELINES

elderly, 25% of strokes occur in persons younger than 65 years of age. Stroke should be considered in any patient presenting with an acute neurologic deficit or altered level of consciousness.

Common symptoms of stroke include abrupt onset of hemiparesis, visual deficits, ataxia, vertigo, aphasia, hyperthermia, and/or hypertension. These symptoms are more likely to occur in combination. Multiple factors contribute to delays in seeking care for symptoms of stroke. Many strokes occur while patients are sleeping and are not discovered until the patient awakes. Strokes leave some patients too incapacitated to call for help. Occasionally, strokes go unrecognized by patients or their caregivers.

Patients with a decreased level of consciousness should be a assessed to ensure that they are able to protect their airway. With the availability of thrombolytic therapy for acute ischemic strokes in selected patients, you must be able to perform a brief, but accurate, neurologic examination on patients with suspected stroke syndromes. The Treasure Coast Guidelines participants have selected the Cincinnati Pre–Hospital Stroke Scale (CPSS) as the mechanism to determine this information. EMS personnel will attempt to elicit any of 3 major physical findings suggestive of stroke: facial droop, arm drift, and abnormal speech. The goals of the neurologic examination include:

1. Confirming the presence of a stroke.

2. Distinguishing stroke from stroke mimics.

3. Establishing a neurologic baseline should the patient's condition improve or deteriorate.

TIA's precede nearly 30% of ischemic strokes. If left untreated, one third of all TIA's lead to ischemic stroke. 20% occurring within the first month, and 50% within the first year.

Management of the stroke patient can be remembered by use of the mnemonic of the 7 "D's":

Detection

Dispatch

Delivery

Door

Data

Decision

Drug

Delay may occur at any of these points of management, so response to and management of the stroke victim must be skilled and efficient at each point.

Fibrinolytic therapy offers the opportunity to limit neurological insult and improve outcome in ischemic stroke patients. Furthermore, patients treated with fibrinolytic therapy are more likely to be discharged home and less likely to be discharged to a rehabilitative or chronic care facility. Fibrinolytic therapy is cost–effective and results in sustained improvement in quality of life. For these reasons, intravenous fibrinolytic therapy should be considered for all patients presenting to the hospital within three hours of the onset of symptoms consistent with acute ischemic stroke.

EMS personnel can identify stroke patients with reasonable sensitivity and specificity. Once the diagnosis of stroke is suspected, time in the field should be minimized and the patient prepared for immediate transport to a stroke center or hospital.

Pre–arrival notification (Stroke Alert) to the receiving facility shortens the time to definitive hospital–based evaluation and intervention for patients with stroke. The Stroke Alert is based on answering "Yes" to three basic questions:

1. The patient is at least 18 years of age

2. Signs and symptoms of a stroke are present based on the findings of the CPSS

3. The "Onset" of signs and symptoms has been within three hours.

(The onset of symptoms is viewed as the beginning of the stroke and the eligibility for fibrinolytic therapy ends three hours from that time.)

EMS systems should communicate the results of the stroke scale or stroke screen, the GCS, and the estimated time of symptoms onset to the receiving hospital during encode before arrival. The receiving facility should have a written plan to initiate therapy as quickly as possible by activation of the stroke teams and mobilization of necessary resources such as CT scan.

## RATIONALE

The goal of acute stroke management is rapid and efficient care. Assessment of the ABC's, vital signs including blood glucose levels, temperature, and stroke scale evaluation should be performed urgently. Care should be taken to accomplish any subsequent treatment rapidly. Priority dispatch with prompt EMS response, stroke recognition, rapid transport and notification to the receiving facility are keys in accomplishing these goals.

Cincinnati Pre–Hospital Stroke Scale (CPSS) – Is quick and simplistic. If any of the 3 signs are abnormal, the probability of a stroke is 72%.

Oxygen – Low Flow unless hypoxic (Sa02<90%) or inability to protect airway requires oral tracheal intubation (OTI).

Transport Position – Transporting the patient with the head at a 30° inclined angle may reduce blood pressure and reduce the need for more aggressive measures.

ALL MEDICATIONIS GIVEN IN THE PRESENCE OF A STROKE MUST BE PHYSICIAN CONSULT. THE FOLLOW-ING MEDICATIONS ARE NOT ROUTINELY GIVEN IN A STROKE: (These Medications are for the specific indications discussed.)

Labetalol (Trandate) – Antihypertensive. Reserved for patients with markedly elevated blood pressures. In candidates for fibrinolytic therapy, strict control of blood pressure is required to reduce potential for bleeding. Fibrinolytic therapy is not recommended for systolic blood pressures of > 185 mmHg, or a diastolic blood pressure of > 110 mmHG. Therefore, the target blood pressure is <185/110 or MAP > 130mmHG. In stroke management, lowering cerebral perfusion pressure below this can lead to worsening of the stroke causing underperfusion of the ischemic penumbra.

Valium (Diazepam) or Ativan (Lorazepam) – Benzodiazepine/Anticonvulsant. Recurrent seizures can worsen stroke and should be controlled. Propholatic administration is not indicated. Lorazepam, which has a shorter half–life, may be superior.

Acetaminophen (Tylenol) – Antipyretic. Reduces fever by acting directly on hypothalamic heat–regulating centers. Hyperthermia accelerates ischemic neuronal injury and can increase morbidity. Evidence suggests that mild brain hypothermia is neuroprotective. Rectal administration may be required in the stroke patient.

BGL Check and Dextrose 50% – Carbohydrates. Reverses the effect of hypoglycemia. Not only can both hypoglycemia and hyperglycemia produce symptoms that closely mimic stroke, both can also aggravate ongoing neuronal ischemia. Administration of glucose in hypoglycemia produces profound and prompt movement.

# CARDIAC

## UNDERSTANDING ACE INHIBITORS, BETA BLOCKERS, CALCIUM CHANNEL BLOCKERS AND DIGITALIS TOXICITY

In this section, some of the more commonly encountered classes of cardiac medications are listed, along with a brief explanation of how they work. The basic knowledge of thee common home medications helps in effective assessment and treatment. It is provided to help the reader feel more comfortable in handling cardiac medication problems that arise in the field. Also included is a list of the more common drugs in each class the EMS providers will frequently find among their patients' prescription.

### ACE INHIBITORS

Ace inhibitors relax blood vessels and help reduce blood pressure. They also make it easier for the heart to pump, thereby assisting in the relief of congestive heart failure and hypertension.

Commonly prescribed Ace Inhibitors

| | |
|---|---|
| Benazepril (Lotensin) | Captopril (Capoten) |
| Enalapril (Vasotec) | Fosinopril (Monopril) |
| Lisinopril (Prinivil, Zestril) | Quinapril (Accupril) |
| Ramipril (Altace) | Spirapril (Renormax) |

Note: the generic names of all ACE Inhibitors ends in – pril

### BETA BLOCKERS

The overall effect is to decrease myocardial excitability, cardiac workload, and oxygen consumption. Beta blockers also have what is referred to as a membrane-stabilizing effect that, in part, is responsible for their antiarrhythmic capabilities. In the field it is important to be aware of the fact that patient use of beta blockers can sometimes alter the body's normal response to certain medical conditions. For example, patients in the early stage of shock, hypovolemia would normally be expected to have a rapid heart rate. Beta blocker use may modify this anticipated response by maintaining the heart rate in the normal range. They are utilized to manage hypertension, angina, SVT, atrial fibrillation, atrial flutter, and migraine headaches.

### COMMONLY PRESCRIBED BETA BLOCKERS

| | |
|---|---|
| Acebutolol (Sectral) | atenolol (Tenormin) |
| betaxolol (Kerlone) | Bisoprolol (Zebeta) |
| carteolol (Cartrol) | labetalol (Normodyne) |
| Metoprolol (Lopressor) | nadolol (Corgard) |
| penbutolol (Levatol) | Propranolol (Inderal) |
| sotalol (Beatpace) | timolol (Blocadren) |

Note: The generic names of all beta blockers end in – lol

### CALCIUM CHANNEL BLOCKERS

The effect is dilation and relaxation of cardiac and systemic arteries; decreased peripheral vascular resistance, after load and blood pressure, and inhibited coronary artery spasms. They are utilized for the treatment of hypertension, angina, and tachyarrhythmias.

Commonly Prescribed Calcium Channel Blockers

| | |
|---|---|
| Amlodipine (Norvasc) | bepridil (Vascor) |
| Diltiazem (Cardizem, Dilacor) | Felodipine (Plendil) |

E - 37

EMERGENCY MEDICAL GUIDELINES

isradipine (DynaCirc)    nicardipine (Cardene)
Nifedipine (Adalat, Procardia)   verapamil (Calan, Isoptin)

## CHOLESTEROL–LOWERING AGENTS

Also known as an antilipid agent, these drugs work by inhibiting the hepatic enzyme that is essential to cholesterol synthesis. They are commonly prescribed for patients who have already been diagnosed with cardiovascular disease, have had an MI, or have other significant cardiac risk factors. They are indicated to reduce total cholesterol and low-density lipids. (LDL)

Commonly Prescribed Cholesterol- Lowering Agents

Cerivastatin (Baycol)    Cholestyramine (Questran)
colestipol (Colestid)    Fluvastatin (Mevacor)
gemfibrozil (Lopid)    Pravacol

## CARDIAC GLYCOSIDES AND DIGITALIS TOXICITY

Digitalis, the principal drug in the cardiac glycoside class, is one of the oldest medications known to humans. For hundreds of years it had been used in the treatment of congestive heart failure. Digitalis and the related cardiac glycosides increase the force (inotropic effect) of the myocardial contraction. When given to patients in congestive heart failure, it significantly increases the stroke volume, thus increasing the cardiac output. It also decreases AV node conduction, thus slowing the heart rate. It has also proved effective in the management of patients with atrial fibrillation and atrial flutter. In these patients rapid atrial rates produce accelerated ventricular rates, which can be reduced by digitalis therapy.

Several digitalis preparations are available. These include the following:

Digitoxin, it is the longest acting cardiac glycoside.

Digoxin (Lanoxin) it is the most commonly prescribed

Ouabain has a rapid rate of onset and relatively short duration of effect

Desanoside (Cedilanid – D) is the most rapidly acting digitalis preparation

Cardiac Glycosides have profound effects on cardiac function and rhythm. The therapeutic index (therapeutic dose/toxic dose) is low, which means that the possibility of digitalis toxicity should always be considered in patients with this medication. Signs of digitalis toxicity include cardiac arrhythmias (PVCs, PSVT with 2; 1 block, and so on) nausea, vomiting, headache. Visual disturbances (yellow vision), and drowsiness. Almost any arrhythmia can be associated with digitalis toxicity. It is a potent and potentially toxic drug. Digitalis toxicity is potentiated in patients with hypokalemia, hypomagnesemia, and hypercalcemia.

# CARDIAC ALERT

## PURPOSE OF PROGRAM:

To help the team rapidly identify acute coronary syndrome patients with the appropriate assessment tools. To classify patients as qualifying or non–qualifying for cardiac alert criteria. To pre–notify the receiving facility so they can make sure their resources are ready for the patient.

The acute coronary syndromes: "Time is Muscle"

Current management of AMI contrasts dramatically with the expectant waiting and retrospective diagnosis of a decade ago. The "reperfusion ERA" has been ushered in by the recent formulation of thrombolytic agents that can dissolve acute coronary thrombosis and by the development of percutaneous transluminal coronary angioplasty (PTCA), which can reopen blocked vessels. Now the emergency triage and treatment of patients with acute coronary syndromes changes the immediate course of the AMI and alters long–term prognosis. Early diagnosis and treatment of AMI significantly reduces mortality. Early reperfusion decreases infarct size and improves left ventricular function. The National Heart Attack Alert Program has published a series of important recommendations for the rapid identification and management of patients with AMI. This cardiac alert program is reflective of those recommendations.

Because myocardial salvage is time–dependent, with most benefit in the first few hours, a sense of urgency is mandatory. The team can significantly improve the door–to–needle time. The interval between arrival of the patient at the ED and the delivery of a thrombolytic agent, prehospital 12–lead ECGS and a chest pain check list lead to more rapid prehospital and hospital care, including thrombolysis.

# ACUTE CORONARY SYNDROME

Initial diagnosis of acute coronary syndrome is based almost entirely on history, risk factors, and, to a lesser extent, ECG. The symptoms are due to myocardial ischemia, which has an underlying cause of an imbalance between supply and demand for myocardial oxygen.

Myocardial ischemia most often develops as a result of reduced blood supply, due to atherosclerotic plaques, to a portion of the myocardium. The plaques initially allow sufficient blood flow to match myocardial demand. These areas of narrowing may become clinically significant and precipitate angina when myocardial demand increases. Angina that is reproduced by exercise, eating, and/or stress and is subse-

E - 38

quently relieved with rest and without recent change in frequency or severity of activity necessary to produce symptoms is called chronic stable angina. Over time, the plaques may thicken and rupture, exposing a thrombogenic surface upon which platelets aggregate and thrombi form. The patient may note a change in symptoms of cardiac ischemia with a change in severity or of duration of symptoms. This condition is referred to as unstable angina.

Other causes include arterial inflammation and secondary unstable angina. Arterial inflammation may be caused by or related to infection. Secondary unstable angina occurs when the precipitating cause is extrinsic to the coronary arterial bed, such as fever, tachycardia, thyrotoxicosis, hypotension, anemia, or hypoxemia. Most patients who experience secondary unstable angina have chronic stable angina. Irrespective of the cause of unstable angina, the result of persistent ischemia is myocardial infarction (MI).

Angina becomes progressively more common, as does the underlying cardiac disease responsible, with increasing age. Typically, angina is a symptom of myocardial ischemia that appears in circumstances of increased oxygen demand. It usually is described as a sensation of chest pressure or heaviness that is reproduced by activities or conditions that increase myocardial oxygen demand. Not all patients experience chest pain. Some present with only neck, jaw, ear, arm, or epigastric discomfort. Other symptoms, such as shortness of breath or severe weakness, may represent anginal equivalent symptoms.

Patients may complain of the following: palpitations, pain, which is usually described as pressure, squeezing, or a burning sensation across the precordium and may radiate to the neck, shoulder, jaw, back, upper abdomen, or either arm. Exertional dyspnea that resolves with pain or rest. Diaphoresis, nausea, and decreased exercise tolerance. Patients with diabetes and elderly patients are more likely to have atypical presentations and offer only vague complaints, such as weakness, lightheadedness, and nausea.

Stable angina involves episodic pain lasting 5–15 minutes, provoked on exertion and relieved by rest or nitroglycerin. Unstable angina patients have increased risk for advance cardiac events, such as MI or death. Three clinically distinct forms exist, as follows: New–onset exertional angina, angina of increased frequency or duration or refractory to nitroglycerin, and angina at rest.

Atherosclerotic plaque disease is the predominant cause. Coronary artery vasospasm is less common. Alternative causes of angina include ventricular hypertrophy due to hypertension, embolic occlusion of the coronary arteries, hypoxia, as in acute pulmonary disorders, cocaine and amphetamine use, underlying coronary artery disease, and inflammation of epicardial arteries.

The immediate goal of emergency care is rapid identification of patients with AMI, and exclusion of alternative causes of nonischemic chest pain.

## RATIONALE

The goals of treatment are to preserve patency of the coronary artery, augment blood flow through stenotic lesions, reduce myocardial oxygen demand thereby preventing major adverse cardiac events. All patients should receive antiplatelet agents, and patients with evidence of ongoing ischemia should receive aggressive medical intervention until signs of ischemia, as determined by symptoms and ECG resolve. Therapeutic benefit was seen for up to 12 hours but was the greatest when fibrinolytics were administered in the first 3 hours. Hence the cardiac alert criteria. Prehospital 12 lead ECG improves prehospital diagnosis, reduces hospital–based time to treatment, identifies patients requiring reperfusion, contributes to mortality reduction and facilitates triage to cardiac centers with interventional facilities.

DRUG CATEGORY: Oxygen – Evidence suggests that breathing supplemental oxygen may limit the size of ischemic myocardial injury.

DRUG CATEGORY: Anti-platelet agents – These inhibit cyclooxygenase, which in turn produces thromboxane A2, a potent platelet activator. Anti-platelet therapy has been shown to reduce mortality by reducing the risk of fatal strokes and fatal myocardial infarctions.

Aspirin – Early administration of aspirin in patients with AMI may reduce cardiac mortality. After plaque rupture or erosion, a layer of platelets covers the surface of the plaque. Fibrinogen cross–links platelets, and the coagulation system is further activated by thrombin generation. At this stage the thrombus is platelet–rich. Therapy with antiplatelet agents is most effective at this time.

Heparin – When Heparin is used in the presence of aspirin a reduction in mortality as well as a reduction in reinfarction has been seen. To reduce the incidence of increased intercrainial hemorrhage a lower dose of heparin is now recommended.

DRUG CATEGORY: Nitrates – These agents oppose coronary artery spasm and reduce myocardial oxygen demand by reducing both preload and afterload.

Nitroglycerin – (All forms) Causes relaxation of the vascular smooth muscle, causing a decrease in blood pressure.

DRUG CATEGORY: Analgesics – These agents reduce pain, which decreases sympathetic stress, in addition to providing some preload reduction.

Morphine Sulfate – Drug of choice (DOC) for narcotic analgesia because of its reliable and predictable effects, safety

E - 39

profile, and ease of reversibility with naloxone. Morphine sulfate administered IV may be dosed in a number of ways and commonly titrated until desired effect is obtained.

DRUG CATEGORY: Anticoagulants – These agents are used to prevent recurrence of clot after a spontaneous fibrinolysis

Heparin – Augments activity of antithrombin and prevents conversion of fibrinogen to fibrin. Heparin does not actively dissolve but is able to inhibit further thrombogenesis.

# ASYSTOLE

Asystole is cardiac standstill with no cardiac output and no ventricular depolarization; it eventually occurs in all dying patients. Asystole can be primary or secondary. Primary asystole occurs when the heart's electrical system intrinsically fails to generate a ventricular depolarization. This may result from ischemia or from degeneration (i.e., sclerosis) of the sinoartial (SA) node or atrioventricular (AV) conducting system. Primary asystole usually is preceded by a bradydysrhythmia due to sinus arrest or complete heart block or both. It develops when cellular metabolic functions are no longer intact and an electrical impulse cannot be generated. Secondary asystole occurs when factors outside of the heart's electrical system result in a failure to generate any electrical depolarization. In this case, the final common pathway is usually severe tissue hypoxia or acidosis.

Asystole is associated with poor outcome regardless of its initial cause. Resuscitation is likely to be successful only if it is secondary to an event than can be corrected immediately. Prevalence of asystole as the presenting cardiac rhythm is lower in adults (25%–56%) than in children (90%–95%).

Immediate diagnosis of asystole requires the recognition of full cardiac arrest and a confirmed flatline rhythm in 2 perpendicular leads. If the rhythm is truly asystole and has been present for more than several seconds, the patient will be unconscious and unresponsive. A few agonal breaths may be noted, but detectable heart sounds and palpable peripheral pulses are absent.

Examples of common conditions that can result in secondary asystole include suffocation, near drowning, stroke, massive pulmonary embolus, hyperkalemia, hypothermia, and sedative–hypnotic or narcotic overdoses leading to respiratory failure.

Hypothermia is a special circumstance, since asystole can be tolerated for a longer period of time under such conditions and can be reversed with rapid rewarming while cardiopulmonary resuscitation (CPR) is being performed.

## RATIONALE

Parasympathetic influences during cardiopulmonary arrest have not been studied fully, and the clinical benefits of atropine have yet to be confirmed. High–dose epinephrine may improve the hemodynamics of CPR, thereby increasing the rate of return to spontaneous circulation; however, it has not been demonstrated to influence the final clinical outcome. Therefore, these doses no longer are recommended for children or adults.

DRUG CATEGORY: Anticholinergic agents – The goal in using these agents is to improve conduction through the AV node by reducing vagal tone via receptor blockade.

Atropine is a parasympatholytic agent used to eliminate vagal influence on the SA and AV nodes.

Epinephrine (Adrenaline) Considered the single most useful drug in cardiac arrest. Used to increase coronary and cerebral blood flow during CPR. May enhance automaticity during asystole.

Termination of efforts – A number of studies over the past decade observe consistently that 1% of patients transported with continuing CPR survive to hospital discharge. It is now considered an unethical act to transport an arrest victim proven refractory to proper BLS and ACLS care.

# ATRIAL FIBRILATION

Atrial fibrillation (AF) is a rhythm disturbance of the atria that results in irregular, chaotic, ventricular waveforms varying from bradyarrhythmia to tachyarrhythmia. Multiple reentrant waveforms within the atria bombard the atrioventricular (AV) node, which becomes relatively refractive to conduction due to the frequency of upstream electrical activity. AF occurs in 3 distinct clinical circumstances: As a primary arrhythmia in the absence of identifiable structural heart disease. As a secondary arrhythmia in the absence of structural heart disease, but in the presence of a systemic abnormality that predisposes the individual to the arrhythmia. As a secondary arrhythmia associated with cardiac disease that affects the atria.

Pertinent physical findings are limited to the cardiovascular system or, if embolization has occurred, the brain and/or peripheral vasculature. These include the following: Irregular pulse, with or without tachycardia, is described classically as the irregularly irregular rhythm. Hypotension and poor perfusion due to a decrease in atrial filling pressures and decrease in stroke volume. Signs of embolism, including transient ischemic attacks (TIAs) and cerebrovascular accidents (CVAs) may be identified. Congestive heart failure (CHF)

Patients at the highest risk include those with long–standing hypertension, valvular heart disease (rheumatic), left ven-

E - 40

tricular hypertrophy, coronary artery disease, or diabetes. CHF for any reason is a noted contributor to this disorder. Other causes may include: AMI, pulmonary embolism, cardiomyopathy, sick sinus syndrome, hyperthyroidism, ethanol use, cardiothoracic surgery, and use of over–the–counter herbs such (i.e., ephedra, ginseng) have been noted in some patients with new onset AF.

When considering drug therapy for AF, remember the treatment caveat, "Electrical cardioversion is the preferred modality in the patient whose condition is unstable."

## RATIONALE

Rate control is the goal of medication in atrial flutter. When considering drug therapy for atrial flutter/fibrillation, electrical cardioversion is the preferred modality in the patient whose condition is unstable.

Delivered energy should be syncronized with the QRS complex to reduce the possibility of inducing VF, which can occur when a shock "hits" the relative refractory portion of the cardiac cycle.

Synchronized direct–current (DC) cardioversion is commonly the initial treatment of choice for the symptomatic patient. Cardioversion often requires low energeies. If the electrical shock results in atrial fibrillation, a second shock at a higher energy level is used to restore normal sinus rhythm (NSR).

To slow the ventricular response, diltiazem is the appropriate initial treatment. Adenosine produces transient AV block and can be used to reveal flutter waves. This drug generally does not convert atrial flutter to NSR.

DRUG CATEGORY: Calcium Channel Blocker – These agents reduce the rate of AV nodal conduction and control ventricular response.

Diltiazem (Cardizem) is the DOC during depolarization. Inhibits calcium ion from entering slow channels or voltage–sensitive areas of vascular smooth muscle and myocardium.

# ATRIAL FLUTTER

Atrial flutter is a rhythm disturbance of the atria that results in regular tachycardia ventricular waveforms. Atrial rates in atrial flutter are 240-400 beats per minutes. The QRS complexes are uniform in shape, but irregular in rate. P waves may have saw-tooth configurations. Multiple re-entrant or primarily generated (ectopic) atrial waveforms bombard the atrioventricular (AV) node. The most common form of atrial flutter involve a reentrant circuit that encircles the tricuspid annulus of the right atrium. Less commonly, atrial scars or atrial infarction may be the cause. Atrial flutter is less common than atrial

fibrillation (AF), which occurs in as many as 3% of certain populations. For the most part, morbidity and mortality are due to complications of rate (e.g., syncope, congestive heart failure – (CHF).

In patients who suffer from flutter of the atria, the risk of embolic occurrences approaches that of atrial fibrillation (AF).

A patient may present with a history of palpitations, fatigue or poor exercise tolerance, dyspnea, angina, or syncope. Pertinent physical findings are limited to the cardiovascular system. If embolization has occurred from intermittent AF, findings are related to brain and/or syncope. Tachycardia may or may not be present, depending on the degree of AV block that may be associated with the flutter activity. The rate may be regular or slightly irregular. Hypotension is possible but normal blood pressure is observed more commonly. CHF may be found and is usually be left ventricular dysfunction.

Patients at the highest risk include those with long standing hypertension, valvular heart disease (rheumatic), left ventricular hypertrophy, coronary, coronary artery disease with or without depressed left ventricular function, or diabetes. Additionally, CHF for any reason is a noted contributor to this disorder. Additional causes include: postoperative revascularization, digitalis toxicity and pulmonary embolism.

In cases of typical flutter, EKG reveals identically recurring regular saw tooth flutter waves. Flutter waves often are visualized best in leads II, III, AVF, or VI. Flutter and fibrillation often coexist with alternating patterns (e.g., fib-flutter) in the same tracing.

If the patient is unstable (e.g., hypotension, poor perfusion), synchronized cardioversion is commonly the initial treatment of choice. Cardioversion often requires low energies (<50J). If the electrical shock results in atrial fibrillation, shock at a higher energy level is used is used to restore normal sinus rhythm (NSR).

To slow the ventricular response, dilitiazem may be the appropriate initial treatment. Adenosine produces transient AV block and can be used to reveal flutter waves. These drugs generally do not convert to NSR. If the flutter cannot be cardioverted, terminated by pacing, or slowed by the drugs mentioned, IV amiodarone has been shown to slow the ventricular rate and is considered as effective as digoxin.

# CARDIAC TAMPONADE

Pericarditis and cardiac tamponade are clinical problems involving the potential space surrounding the heart or pericardium. Pericarditis is one cause of fluid accumulation in this potential space; cardiac tamponade is the hemodynamic re-

EMERGENCY MEDICAL GUIDELINES

sult of the fluid accumulation. As the volume of pericardial fluid increases, the capacity of the atria and ventricles to fill is mechanically compromised, leading to reduced stroke volume and tamponade physiology.

The pericardium (pericardial complex) consists of an outer fibrous layer and an inner serous layer. The fibrous pericardium is a flask–shaped, tough outer sac with attachments to the diaphragm, sternum, and costal cartilage. The serous layer is thin and is adjacent to the surface of the heart. The pericardium serves as a protective barrier from the spread of infection or inflammation from adjacent structures.

The potential space produced by these layers contains approximately 20cc of fluid with electrolyte and protein profiles similar to plasma. Approximately 120cc of additional fluid can accumulate in the pericardium without an increase in pressure. Further fluid accumulation can result in marked increase in pericardial pressure, eliciting decreased cardiac output and hypotension (cardiac tamponade). The rapidity of fluid accumulation influences the hemodynamic effect.

The early diagnosis of significant pericardial and cardiac injuries can prevent morbidity and enhance survival. Traumatic tamponade may present with acute dyspnea or altered mental status. Medical cardiac arrest patients may have a history of illness associated with the pericardium, particularly end–stage renal disease, severe infection, routine cardiac surgery and radiation therapy.

Cardiac tamponade is influenced by volume and rate of accumulation. On physical exam a patient may present with jugular vein distention, hypotension, and muffled heart sounds (Beck's triad). Hypotension and tachycardia without elevated jugular vein distension if associated hemorrhage is outside the pericardial sac. Pulses paradoxus is measured by careful auscultation with a blood pressure cuff. The first BP reading is recorded at the point when beats are audible during expiration and disappear with inspiration. The second reading is taken when each beat is audible during the respiratory cycle. A difference of more than 10 mm Hg defines pulses paradoxus. Cyanosis, varying degrees of consciousness may also be observed prior to cardiac arrest.

Identification of any pericardial fluid in the setting of penetrating injury to the thorax or upper abdomen requires aggressive resuscitation. Hemopericardium is the most common feature of penetrating cardiac injuries. In acute massive hemopericardium, there is sufficient time for defibrillation to occur. The hemopericardium organizes and may partially clot, resulting in a pericardial hematoma. Potential causes of cardiac perforation include central line placement, pacemaker insertion, cardiac catheterization, and sternal bone marrow biopsies. A tamponade delay of hours to days has occurred secondary to catheter misplacement.

Cardiac arrest patients who present with traumatic injury or medical history as described require immediate treatment of the increase in pericardial pressure with pericardiocentesis. Removing as little as 30–50ml may produce dramatic hemodynamic improvement. The pericardium may have the potential of accumulating as much as 2,000 ml of fluid over time. For penetrating injuries, traumatic arrest, pulseless electrical activity (PEA), and asystole, the prognosis depends heavily upon the rapid identification of the potential for tamponade.

# CARDIOGENIC SHOCK

Cardiogenic shock is characterized by a decreased pumping ability of the heart that causes a shock–like state with inadequate perfusion to the tissues. It most commonly occurs in association with, and as a direct result of, acute ischemic damage to the myocardium.

The most common initiating event in cardiogenic shock is acute myocardial infarction (AMI). Dead myocardium does not contract, and once more than 40% of the myocardium is involved, cardiogenic shock may result. On a mechanical level, a marked decrease in contractility reduces the ejection fraction and cardiac output. These lead to increased ventricular filling pressures, cardiac chamber dilation, and ultimately, univentricular or biventricular failure that result in systemic hypotension and/or pulmonary edema. Mortality rates for medically treated patients with AMI and cardiogenic shock exceed 70%.

Most patients with cardiogenic shock have an AMI and, therefore, present with the constellation of symptoms of acute cardiac ischemia (i.e., chest pain, shortness of breath, diaphoresis, nausea and vomiting). Patients experiencing cardiogenic shock also may present with pulmonary edema and presyncopal or syncopal symptoms.

Physical exam often reveals that the patient is in the middle of an AMI. Patients are in frank distress, are profoundly diaphoretic, and have severe shortness of breath and chest pain. Neck examination may reveal jugular vein distention, which may be prominent. This finding is evidence of right ventricular failure. With increasing ventricular dysfunction, florid pulmonary edema and severe hypotension may develop. Auscultation of the chest may reveal varying degrees of congestive heart failure. Prehospital care is aimed at minimizing ischemia and shock.

RATIONALE

The goals of pharmacotherapy are to reduce morbidity and prevent complications. Early hemodynamic stabilization is beneficial and reduces mortality.

DRUG CATEGORY: Vasopressors – These drugs aug-

E - 42

ment both coronary and cerebral blood flow present during the low–flow state associated with shock. Sympathomimetic amines with both alpha–adrenergic abd beta–adrenergic effects are indicated. Dopamine is the drug of choice to improve cardiac contractility.

Dopamine (Intropin) stimulates both adrenergic and dopaminergic receptors. Hemodynamic effect is dependent on the dose. Lower doses predominantly stimulate dopaminergic receptors that in turn produce renal and meseneric vasodilation. Higher doses cause cardiac stimulation and renal vasodilation.

# CESSATION OF EFFORTS

Patients in cardiac arrest exhibiting asystole have a dismal rate of survival – usually as low as 1 or 2 people out of 100 cardiac arrests. As with PEA, the only hope for resuscitation of a person in asystole is to identify and treat a reversible cause. The asystole protocol outlines an approach that focuses on "not starting" and "when to stop".

Field personnel will not be required to transport every victim of cardiac arrest to the hospital emergency department. However, transportation with continuing CPR and ALS interventions is justified if there are interventions available in the ED that cannot be performed in the field (such as central core re-warming equipment) or field interventions (such as tracheal intubation) that where unsuccessful in the field, or patient's who do not have a valid state of Florida DNRO. For nontraumatic cardiac arrest solid evidence confirms that ACLS care in the ED offers no advantage over ACLS care in the field.

Children are a special case. A pulse may be difficult to find without a Doppler. In any case, you should be especially aggressive in attempting to resuscitate children with no palpable pulse. Pregnant mothers and the newly born will also be conditions in which we will continue maximum efforts including transport.

Likewise, it is inappropriate for personnel to apply routine "stopping rules" without thinking about their particular situation. Cessation of efforts in the pre-hospital setting, following system-specific criteria and under direct medical control will be standard practice in your EMS system.

Healthcare professionals must understand the patient, the arrest features, and the system factors that have prognostic importance for resuscitation. These include time to CPR, time to defibrillation, pre-arrest state, and initial arrest rhythm. None of these factors alone or in combination is clearly predictive of outcome. The most important factor associated with poor outcome is time of resuscitation efforts. The chance of discharge from the hospital alive and neurologically intact diminishes as resuscitation time increase. Clinicians must constantly

reassess patient status. The responsible clinician should stop the resuscitative effort when he or she determines with a high degree of certainty that the arrest victim will not respond to further ACLS efforts. No reliable criteria are available to determine neurological outcome during cardiac arrest.

## TRAUMATIC CARDIAC ARREST

Treatment of patients in cardiopulmonary arrest varies as to the mechanism of the injury and whether or not they exhibit any signs of life (pulse, respirations, or reflexes) on initial evaluation. Generally, trauma patients who are found with no signs of life in the field have suffered overwhelming cardiovascular or CNS injuries, which are not amenable to surgical treatment under any circumstances. The survival rate on these patients is essentially zero and attempts at resuscitation are futile.

Patient's suffering traumatic cardiopulmonary arrest after treatment has begun should be

Diverted to the closest facility. Due to the rapid response from providers to scenes, many traumatic arrest patients are not yet in asystole, but present on exam to be in Pulseless Electrical Activity (PEA). In this case the provider should follow protocol and attempt to address all of the physiologic causes of PEA while enroute to the emergency department. These patients should also be diverted to the closest facility.

## RATIONALE

Not starting & Stopping Resuscitation

One goal unique to CPR is the reversal of clinical death, an outcome achieved in only a minority of patients. However, the performance of CPR, may conflict with the patient's own desires and requests or may not be in his or her best interest. Resuscitative efforts may be inappropriate if goals of patient care cannot be achieved. Each decision must be made for the individual, with compassion, based on ethical principles and available scientific information.

Medical treatment is futile if its purpose cannot be achieved. The 2 major determinants of medical futility are length of life and quality of life. An intervention that cannot establish any increase in length or quality of life is futile. In resuscitation a qualitative definition of futility must include low chance of survival and low quality of life afterward. Key factors are the underlying disease before cardiac arrest and expected state of health after resuscitation.

A careful balance of the patient's prognosis for both length of life and quality of life will determine whether CPR is appropriate. CPR is inappropriate when survival is not expected or if the patient is expected to survive without the ability to communicate.

The framework for decisions about futility can be best achieved by a social consensus. Discussion and debate among

E - 43

EMERGENCY MEDICAL GUIDELINES

healthcare professionals and the public are encouraged so as to reach a consensus based on values of society. Healthcare workers are not obligated to provide treatment when there is scientific and social consensus that such treatment is ineffective. Some examples are CPR for patients with signs of irreversible death, such as rigor mortis, decapitation, dependent lividity, or decomposition.

Quantitative futility implies that survival is not expected after CPR under given circumstances. Scientific evaluation has shown that there are no clear criteria to predict the futility of CPR accurately. Therefore, it is recommended that all patients in cardiac arrest receive resuscitation unless:

- The patient has a valid Florida DNRO order.
- The patient has signs of irreversible death: rigor mortis, decapitation, or dependent lividity.
- No physiological benefit can be expected because the vital functions have deteriorated despite maximal therapy.
- Specific newly born conditions that may be set forth by your individual agency.
- Traumatic injury resulting in asystole.

Furthermore, a number of studies over the past decade observe consistently that < 1% of patients transported with continuing CPR survive to hospital discharge. The new ACLS asystole algorithm recognizes that some people in asystole can be resuscitated, and therefore it presents recommendations to follow for resuscitation. It also recognizes that when people have died, the heart monitor displays a flat line, or "asystole." Therefore, the new algorithm contains notes about what to do if asystole persists, that is when the patient is dead.

# CONGESTIVE HEART FAILURE

Congestive heart failure (CHF) is an imbalance in pump function in which the heart fails to maintain the circulation of blood adequately. The most severe manifestation of CHF, pulmonary edema, develops when this imbalance causes an increase in lung fluid secondary to leakage from pulmonary capillaries into the interstitium and alveoli of the lung.

CHF can be categorized as forward or backward ventricular failure. Backward failure is secondary to elevated systemic venous pressure, while left ventricular failure is secondary to reduced forward flow into the aorta and systemic circulation. CHF is the leading diagnosis among hospitalized patients older than 65 years.

Findings such as peripheral edema, jugular venous distention, and tachycardia are highly predictive of CHF. Some additional findings may include: tachypnea, use of accessory muscles of respiration, hypertension, pulsus alternans (alter-

nating weak and strong pulse indicative of depressed left ventricle), skin may be diaphoretic, cold, gray, and cyanotic, wheezing or rales may be heard on auscultation.

A variety of cardiac diseases cause CHF and pulmonary edema. The most common cause of heart failure is coronary artery disease, which is secondary to loss of **left** ventricular muscle, ongoing ischemia, or decreased diastolic ventricular compliance. Long–term prognosis is variable. Mortality rates from 10% in patients with mild symptoms to 50% with advanced, progressive symptoms.

## RATIONALE

The goal of pharmacotherapy is to maintain adequate blood pressure and perfusion to essential organs. The use of diuretics, nitrates, analgesics, and inotropic agents are indicated for the treatment of CHF and pulmonary edema.

Continuous positive airway pressure (CPAP) ventilation therapy has demonstrated decreased need for intubation rates when utilized. CPAP splints the airways open with positive pressure which will increase the surface area for gas exchange at the alveolar/capillary membrane and will reduce atelectasis from the "wash–out" affect of surfactant. The outcome should produce increased lung volume, improve oxygenation and reduce the work of breathing.

Former mainstays used to decrease preload such as alternating tournaquets and phlebotomy with removal of 500 cc of blood have been replaced with newer more promising therapies such as intravenous nitroglycerin.

DRUG CATEGORY: Diuretics –First–line therapy generally includes a loop diuretic such as furosemide, which will inhibit sodium chloride reabsorption in the ascending loop of Henle.

Furosemide (Lasix) Administration of this loop diuretic IV will allow for both superior potency and higher peak concentration.

Because diffentiating CHF and asthma exacerbations is often difficult, treating both with the shotgun approach often is employed, particularly as both may cause bronchospasm. Aerosolized beta–2–agonists, decrease tachycardia, dysrhythmias, and cardiac work while transiently enhancing cardiac function. Albuterol has been shown to be successful in this setting.

Steroids have been shown to worsen preexisting heart failure due to systemic sodium retention and volume expansion, hypokalemia, and occasional hypertension.

DRUG CATEGORY: Nitrates – Reduce myocardial oxygen demand by lowering preload and afterload.

IV Nitroglycerin is the therapy of choice for afterload re-

E - 44

duction. SL and nitrospray are particularly useful in the patient who presents with acute pulmonary edema with a systolic blood pressure of at least 100 mm Hg. Similar to SL, nitrospray's onset is 1–3 minutes with a half–life of 5 minutes. Topical nitrate therapy is reasonable in a patient presenting with classic CHF. However, in patients with more severe signs of heart failure or pulmonary edema, IV nitroglycerin is preferred since it is easier to monitor hemodynamics and absorption, particularly in the diaphoretic patient. Oral nitrates, due to delayed absorption, have little role in the acute presentations of CHF.

DRUG CATEGORY: Analgesics – Morphine IV is an excellent adjunct in acute therapy. In addition to being both an anxiolytic and an analgesic, its most important effect is venodilation, which reduces preload. Also causes arterial dilation, which reduces systemic vascular resistance (SVR) and increases cardiac output.

DRUG CATEGORY: Inotropic agents  –  In the hypotensive patient presenting with CHF, dopamine is the agent usually employed.

Hemodynamic effects depend on the dose. Lower produce renal and mesenteric vasodilation. Cardiac stimulation and renal vasodilation are produced by higher doses.

Dopamine is a positive inotropic agent at 2–10 mcg that can lead to tachycardia, ischemia, and dysrhythmias. Doses >10 mcg cause vasoconstriction, which increases afterload. For these reasons, dopamine is reserved to be used with caution in patients whose blood pressure requires maintainance to continue the administeration of IV nitrates.

# HEART BLOCK

First–degree heart block, or first–degree atrioventricular (AV) block, is a condition that results in prolongation of the PR interval on electrocardiogram (ECG) to > 0.02 seconds. The PR interval is defined as the time from the initial deflection of the P wave from the baseline to the beginning of the QRS complex.

Electrophysiological studies have shown that first–degree heart block may be due to conduction delay in the AV node, in the His–Purkinje system, or a combination of the two.  AV nodal dysfunction accounts for the majority of cases. However, in the His–Purkinje system is the most likely cause. Morbidity and mortality rates from heart disease appear to be unaffected by the presence of first–degree block. No specific therapy is required by the clinician. However, patients with concomitant AMI should receive appropriate therapy

First–degree heart block is generally an incidental finding noted on ECG without any particular associated signs. The

following are the most common causes of first–degree heart block: Intrinsic AV nodal disease, enhanced vagal tone, AMI, particularly inferior wall AMI, myocarditis, electrolyte disturbances, and drugs such as calcium channel blockers, beta–blockers, and digitalis.  These drugs increase the refractory time of the AV node, thereby slowing AV conduction.

Patients with first–degree heart block occasionally may progress to a higher–grade block, often with accompanying hemodynamic instability. This occurs primarily in patients with AMI or myocarditis; however, it may also be drug related, especially in the setting of an acute overdose.

Second–degree heart block or second–degree atrioventricular (AV) block refers to a disorder of the cardiac conduction system in which some P waves fail to conduct to the ventricle and to generate a QRS complex. Second–degree AV block comprises 2 types, Mobitz I and Mobitz II.

Mobitz I AV block, or Wenckebach block, is characterized by progressive prolongation of the PR interval causing progressive R–R interval shortening until a P wave fails to conduct to the ventricle.

Mobitz II AV block is characterized by sudden unexpected blocked P waves without variation or prolongation of the PR interval. Mobitz II most commonly is caused by AMI (anterior or inferior).

Mobitz I (Wenckebach) block is caused by conduction delay in the AV node in 72% of patients and by conduction delay in the His–Purkinje system in the other 28%. A narrow QRS complex may be due to AV nodal or infranodal conduction delay.  It can be caused by AMI, vagal stimulation or enhanced vagal tone, or toxicity relating to digitalis, beta–blockers, or calcium channel blockers.

Mobitz II block carries a high risk of progression to complete heart block, often with associated cardiovascular collapse.

Both Mobitz I and Mobitz II blocks may present in the same way. Most are asymptomatic, with Mobitz II more likely to present with dizziness, lightheadedness, or syncope. Patients may have symptoms of myocardial ischemia or myocarditis. Patients may also have symptoms of myocardial ischemia or a history of organic heart disease.

Patients may have an irregular heart rate, and often accompanying bradycardia, but the examination is otherwise generally unremarkable.  Symptomatic patients may have signs of hypoperfusion, including hypotension and altered mental status. Patients with concomitant myocardial infarction (MI) may exhibit signs related to AMI.

Second–degree heart block requires no specific prehospital therapy, unless the patient is symptomatic from a resulting

E - 45

EMERGENCY MEDICAL GUIDELINES

bradycardia. Follow standard advanced cardiac life support (ACLS) guidelines in Bradycardic patients. Use caution in administering atropine to a patient with suspected AMI, because atropine has been reported to precipitate ventricular tachycardia or ventricular fibrillation in second–degree blocks. Furthermore, atropine is much less likely to be successful in Mobitz II block. Transcutaneous pacing in the symptomatic patient is always appropriate. Because new onset Mobitz II patients have a propensity for progression to complete heart block, consider applying pacing pads to patients even if they are asymptomatic during prehospital care and transport.

Third–degree heart block, also referred to as third–degree atrioventricular (AV) block or complete heart, is a disorder of the cardiac conduction system with complete absence of AV conduction. No P waves conduct to the ventricle, and AV dissociation is complete. The ventricular escape mechanism may originate anywhere from the AV node to the bundle branch–Purkinje system. Not all patients with AV dissociation have complete heart block. For example, patients with accelerated junctional rhythms that are faster than their native sinus rates have AV dissociation but not complete heart block, because no AV conduction disorder is present.

Third–degree heart block is caused by conduction block at the level of the AV node, the His bundle, or the bundle branch–Purkinje system. Block below the His bundle accounts for the majority o cases (approximately 61%). Patients with complete heart block frequently are hemodynamically unstable. This may lead to cardiovascular collapse, syncope, and death.

Symptoms are more likely to be minimal in patients with narrow complex escape rhythms. Most commonly, patients are profoundly symptomatic, especially when the escape rhythm is wide and slow. Symptoms may include the following: syncope, confusion, sudden death, or associated AMI symptoms. Patients may have a prior history of organic heart disease or be on medications that affect AV nodal conduction. These would include beta–blockers, calcium channel blockers and digitalis glycorides.

The physical examination will be notable for bradycardia, which may be profound. Symptomatic patients will have signs of hypoperfusion, including the follow: Hypotension, altered mental status, lethargy, and congestive heart failure. In patients with concomitant AMI, signs of acute myocardial infarction may be evident on examination. Regularized atrial fibrillation is the classic sign of complete heart block due to digitalis toxicity. The rhythm is regularized because of the junctional escape rhythm.

Third–degree heart block may be congenital or acquired. Acute inferior wall MI, drug intoxication, metabolic disturbances and cardiomyopathies are some causes for this condition.

Prehospital treatment consists of rapid transport, transcutaneous pacing with the symptomatic patient, oxygen administration, IV access and avoidance of maneuvers likely to increase vagal tone (i.e., Valsalva, painful stimuli). Atropine can be administered (cautiously, if acute MI is the underlying cause) but is likely to be ineffective unless the escape QRS complex is narrow. Vagolysis leads to unopposed sympathetic stimulation, causing increased ventricular irritability and, potentially, ventricular tachycardia (VT)/ ventricular fibrillation (VF) when atropine is administered in suspected AMI.

## RATIONALE

First–degree AV block alone does not require treatment. The possibility of progression to higher degrees of block is always present and should be the primary concern. Careful monitoring is essential.

The goal is to improve conduction through the AV node by reducing vagal tone via atropine–induced receptor blockade. This is effective only if the site of the block is the AV node. For patients with infranodal second–degree heart block, atropine generally is ineffective. Atropine may in fact enhance the block or precipitate third degree AV block.

Similarly, second–degree AV block of the Mobitz I (Wenckebach) variety does not require therapy in the absence of hemodynamically significant slowing of the ventricular rate. If treatment is required, atropine should be tried first. TCP may be necessary if atropine is not effective or if hemodynamically significant slowing is recurrent.

When second–degree AV block of the Mobitz type II variety is associated with infarction, it carries a significant risk of progression to complete heart block. Therefore, it's presence is an indication for TCP. The prognosis for patients who develop complete heart block is poor because of it's usual association with extensive myocardial injury. There is little to suggest that pacing will markedly change outcome. The reestablishment of sequential atrioventricular contraction maybe of some value in these patients.

If clinicians are concerned about the use of atropine in higher–level blocks, remember that transcutaneous pacing (TCP)is a class 1 intervention and is ALWAYS appropriate.

DRUG CATEGORY: Anticholinergic – Drug therapy in second–degree heart block is aimed at vagolysis. Atropine is the only currently available agent.

Atropine enhances sinus node automaticity. In addition, blocks the effects of acetycholine at the AV node, thereby decreasing refractory time and speeding conduction through the AV node. Insufficient doses may cause paradoxical effects, further slowing the heart rate.

Drug therapy in third–degree heart block is aimed at

E - 46

EDUCATIONAL GUIDELINES

vagolysis, with atropine being the only currently available agent. Catecholamines have only a limited role.

DRUG CATEGORY: Vagolytics – The goal is to improve conduction through the AV node by reducing vagal tone via muscarinic receptor blockade. This is effective only if the site of the block is within the AV node. For patients with infranodal block, this therapy is ineffective.

Atropine enhances sinus node automaticity and blocks effects of acetylcholine at the AV node, thereby decreasing refractory time and speeding conduction through the AV node. Insufficient doses may cause paradoxical effects, further slowing the heart rate.

DRUG CATEGORY: Catecholamines – These agents improve hemodynamics by acting via beta–adrenergic receptor stimulation to increase the heart rate and contractility and via alpha–adrenergic receptor stimulation to increase systemic vascular resistance.

Dopamine in low doses 2–5mcg/kg/min, acts on dopaminergic receptors in renal and splanchnic vascular beds, causing vasodilation in these beds. In mid–range doses (5–15mcg/kg/min), acts on beta–adrenergic receptors to increase heart rate and contractility. In high doses (15–20mcg/kg/min), acts on alpha–adrenergic receptors to increase systemic vascular resistance and raise BP.

Epinephrine stimulates beta–adrenergic receptors, predominatly by increasing heart rate, cardiac contractility, and cardiac output; alpha–adrenergic receptors are stimulated to a lesser degree, causing systemic vasoconstriction and increased BP.

# HEART TRANSPLANT PATIENTS

Heart transplantation has become an accepted and definitive therapy for end–stage heart failure. With advances in surgical technique and immunosuppression, survival rate following transplantation significantly exceeds that following medical therapy. Approximately 2400 transplantations are performed annually, and 4000 patients are awaiting transplantation. Chances are good that the clinician will encounter patients who have undergone heart transplantation.

In patients with advanced heart failure, survival rate following transplantation exceeds that following medical therapy. The one–year survival rate is approximately 85% in experienced centers, and the 5–year survival rate exceeds 65%. The most common cause of death is infection, and acute rejection is the second most common cause.

Heart transplantation involves excision of the recipient's heart above the atrioventricular valves and replacement with the donor heart. The donor heart is resected at the atria and, most commonly, is placed into the recipient at the level of the atria and at the base of the aorta and pulmonary artery. The graft includes the sinus node so that a sinus rhythm is possible after transplantation; however, some patients need life-long pacing.

Because the transplanted heart is denervated, it can respond to cardiovascular influences by humoral mechanisms but not by sympathetic or parasympathetic nerve stimulation. Extremely rarely, myocardial ischemia in the denervated heart results in chest pain.

Graft rejection is controlled through an immunosuppressant regimen. A long–term immunosuppression usually is maintained with cyclosporine, azathioprine, and prednisone. The most common problems in the heart transplant recipient that may be observed are graft rejection, infection, and renal dysfunction. The latter may lead to volume overload and hypertension.

Acute rejection is cell mediated and results in myocardial dysfunction in more severe cases. The heart transplant recipient averages perhaps 1–2 rejection episodes per year; most rejection episodes are minor and are treated with steroids and adjustments in immunosuppressant dosages. Chronic rejection involves progressive coronary artery stenosis over the course of years and terminates in myocardial ischemia with its attendant consequences.

Heart transplant recipients may present to the emergency worker with any complaint observed in the general population. Vigilance must be maintained to detect rejection and infection, because these conditions may have subtle presentations.

Acute cell–mediated rejection is most common in the first 3 months following transplant and decreases in frequency with time. Symptoms of mild rejection are nonspecific and may include low–grade fever, fatigue, malaise, and decreased exercise tolerance. Moderately severe rejection may include hemodynamic compromise presenting with myocardial dysfunction. Symptoms associated with infection may be masked because of the immunosuppressant regimen. Fever may be low grade or absent.

Acute rejection is not associated with specific physical findings. Mild rejection may have no physical findings and must be diagnosed by endomyocardial biopsy. Patients with moderately severe to severe rejection may present with hypotension, tachycardia, decreased heart sounds, and signs of decreased peripheral perfusion such as distal cyanosis.

An ECG is indicated in all but minor complaints. A major

E - 47

EMERGENCY MEDICAL GUIDELINES

goal of the emergency worker is to evaluate for evidence of infection or rejection in patients who present with compatible symptoms. Fluid resuscitation in patients presenting with hemodynamic compromise should be approached carefully, be aggressive only if evidence of hypovolemia exists. Over–resuscitation can lead to worsening of right ventricular failure.

# MYOCARDIAL INFARCTION

Acute myocardial infarction (AMI) is the rapid development of myocardial necrosis caused by a critical imbalance between the oxygen supply and demand of the myocardium. This usually results from plaque rupture with thrombus formation in a coronary vessel, resulting in an acute reduction of blood supply to a portion of the myocardium. The most common cause of AMI is narrowing of the epicardial blood vessels due to plaque. Plaque rupture with subsequent exposure of the basement membrane results in platelet aggregation, thrombus formation, fibrin accumulation, hemorrhage into the plaque, and varying degrees of vasospasm. This can result in partial or complete occlusion of the vessel and subsequent myocardial ischemia. Total occlusion of the vessel for more than 4–6 hours results in irreversible myocardial necrosis, but reperfusion within this period can salvage the myocardium and reduce morbidity and mortality. AMI is the leading cause of morbidity and mortality in the United States.

Chest pain, usually across the anterior precordium, is described as tightness, pressure, or squeezing. Pain may radiate to the jaw, neck, arms, back, and epigastrium. The left arm is affected more frequently than the right arm. The patient may also report nausea and/or abdominal pain often associated in inferior wall infarcts. CHF, anxiety, lightheadedness, syncope, cough. The clinician may also observe diaphoresis and wheezing. Hypertension may precipitate AMI, or it may reflect elevated catecholamines do to anxiety or pain. Hypotension indicates ventricular dysfunction due to ischemia. It usually indicates a large infarct and may be observed with right ventricular infarct.

The predominant cause of myocardial infarction is a rupture of an atherosclerotic plaque with subsequent spasm and clot formation. The risk factors associated with plaque formation include: age, being male older than 70 years, smoking, high cholesterol and/or triglycerides, poorly controlled hypertension, Type A personality, a family history, and sedentary lifestyle.

Significant ST–segment changes in the ECG are indicative of a high probability for AMI however; normal or nonspecific findings do not exclude the possibility of AMI. Performing fibrinolytic screening in the prehospital setting is intended to speed up the administration of thrombolytic agents to eligible

E - 48

patients once they arrive at the ED.

RATIONALE

The main goal of treatment are rapid identification of candidates for thrombolysis, coronary reperfusion via thrombolytic therapy, or percutaneous transluminal angioplasty and preservation of coronary artery patency and the myocardium.

Performing 12 lead V4R – RV dysfunction and acute infarction are very dependant on maintenance of RV filling pressures to maintain cardiac output. Therefore, intravenous volume loading of up to 1 to 2L is appropriate to achieve this objective.

DRUG CATEGORY: Antithrombotic agents – These agents prevent the formation of thrombus associated with myocardial infarction and inhibit platelet function by blocking cyclooxygenase and subsequent aggregation. Antiplatelet therapy has been shown to reduce mortality by reducing the risk of fatal myocardial infarctions, fatal strokes, and vascular death.

Aspirin is administered as soon as possible. Aspirin inhibits cyclooxygenase, which produces thromboxane A2, a potent platelet activator. Early administration has been shown to reduce 35–day mortality rate by 23% compared to a placebo. There is an added mortality benefit when used in combination with thrombolytics.

Heparin augments activity of antithrombin III and prevents conversion of fibrinogen to fibrin. Does not actively lyse preformed clot, but it is able to inhibit further thrombogenesis after thrombolysis. Prevents reaccumulation of clot after spontaneous fibrinolysis.

DRUG CATEGORY: Vasodilators – Opposes coronary artery spasm, which augments coronary blood flow and reduces cardiac work by decreasing preload and afterload. It is effective in the management of symptoms in AMI but may reduce the mortality rate only slightly. Nitroglycerin can be administered sublingually by tablet or spray, topically, or IV. In the setting of AMI, topical administration is less desirable route because of unpredictable absorption and onset of clinical effects.

Nitroglycerin causes relaxation of vascular smooth muscle by stimulating intracellular cyclic guanosine monophosphate production. The result is a decrease in blood pressure.

DRUG CATEGORY: Analgesics – Reduce pain, which decreases sympathetic stress. May provide some preload reduction. Analgesics ensure patient comfort, promote pulmonary toilet, and have sedating properties, which are beneficial for patients who experience chest discomfort resulting from a myocardial infarction.

Morphine is the DOC for analgesia because of its reliable

and predictable effects, safety profile, and ease of reversibility with naloxone. Various IV doses are used; commonly titrated until a desired effect is obtained.

# PACEMAKER & AUTOMATIC INTERNAL CARDIAC DEFIBRILLATOR

Among the myriad of patients emergency workers evaluate daily are those with pacemakers and implantable cardioverter–defibrillators (ICD's). Although numerous issues may arise with these devices, emergency workers must understand their common problems in order to manage them effectively.

Permanent pacemakers are devices that provide electrical stimuli to cause cardiac contraction during periods when intrinsic cardiac electrical activity is inappropriately slow or absent. They function by sensing intrinsic cardiac electric potentials. If these potentials are too infrequent or absent, electric impulses are transmitted to the heart, thereby stimulating myocardial contraction.

An ICD is a specialized device designed to directly treat a cardiac tachydysrhythmia. If a patient has a ventricular ICD and the device senses a ventricular rate that exceeds the programmed cut–off rate of the ICD, the device performs cardioversion/defibrillation. Alternately, the device, if so programmed, may attempt to pace rapidly for a number of pulses, usually around 10, to attempt pace–termination of the ventricular tachycardia.

Note that newer devices are a combination of ICD and pacemaker in one unit. These combination ICD/pacemakers are implanted in patients who require both devices.

Pacing systems consist of a pulse generator and pacing leads. With permanent systems, endocardial leads are inserted into the venous system, usually via the subclavian, axillary, or cephalic vein, and advanced to the right ventricle and/or atrium.

The pulse generator is placed subcutaneously or submuscularly and connected to the leads. Pulse generators contain, among other things, a battery, an output circuit, a sensing circuit, and a timing circuit. The battery most commonly used in permanent pacers is a lithium–iodide type and has a life span of 5–8 years.

Pacemaker energy output is dependent upon the signal amplitude and pulse width. Signal amplitude is measured in electrical units of volts or milliamperes. Pulse width is a measure of output duration and is measured in milliseconds. For proper permanent pacer operation, signal amplitude and width are set high enough to reliably achieve capture of the myocardium, yet low enough to prolong battery life.

Pulse generators can be set to a fixed–rate (asynchronous) or demand (synchronous) mode. In the fixed–rate mode, an impulse is produced at a set rate and has no relationship to the patient's intrinsic cardiac activity. This mode carries a small but inherent danger of producing lethal dysrhythmias should the impulse coincide with the vulnerable period of the T wave. In the demand mode, the sensing circuit searches for an intrinsic depolarization potential. If this is absent, a pacing response is generated.

Patients should carry a card with them providing information about their particular model. This information is crucial when communicating with the cardiologist or ED about a pacer problem. Most pacemaker generators, however, have an x–ray code that can be seen on a standard chest x–ray.

Placing a magnet over a permanent pacemaker causes sensing to be inhibited by closing an internal read switch. This temporarily "reprograms" the pacer into the asynchronous mode, where pacing is initiated at a set rate. The application of a magnet can determine if the pacer's battery needs to be replaced.

Major pacemaker complications include failure to output, failure to capture, and failure to sense correctly.

Failure to output occurs when no pacing spike is present despite an indication to pace. This may be due to battery failure, lead fracture, and a break in lead insulation, oversensing, poor lead connection at the takeoff from the pacer, and "cross–talk" (i.e., a phenomenon seen when atrial output is sensed by a ventricular lead in a dual–chamber pacer).

## RATIONALE

Failure to capture occurs when either an atrial or a ventricular complex does not follow a pacing spike. This may be due to lead failure, lead dislodgement, a break in insulation, an elevated pacing threshold, myocardial infarction at the tip, certain drugs, metabolic abnormalities (i.e., hyperkalemia, acidosis, alkalosis), cardiac perforation, poor lead connection at the takeoff from the generator, and improper amplitude or pulse width settings.

Management of pacer capture complications is the same as for output complications, with extra consideration given to treating metabolic abnormalities and potential myocardial infarction.

Oversensing occur when a pacer incorrectly senses elec-

trical activity and is inhibited from correctly pacing. This may be due to muscular activity, particularly oversensing of the diaphragm or pectoralis muscles, electromagnetic interference, or lead insulation breakage.

Undersensing occurs when a pacer incorrectly misses intrinsic depolarization and paces despite intrinsic activity. This may be due to poor lead positioning, lead dislodgment, magnet application, low battery states, or myocardial infarction. Management is similar to that for other types of failures.

A final category of pacer failures is termed operative. This includes malfunction due to mechanical factors, such as pneumothorax, pericarditis, infection, skin erosion, hematoma, lead dislodgement, and venous thrombosis. Treatment depends on the etiology.

Major ICD complications include operative failure, sensing and/or pacing failures, inappropriate cardioversion, ineffective cardioversion/defibrillation, and device deactivation. Operative failures are identical to those found in regular pacemakers. Inappropriate cardioversion is most frequent complication associated with ICD's. This should be considered if a patient presents in atrial fibrillation or if a patient has received multiple shocks in rapid succession without premonitory symptoms.

Use of a magnet over the ICD inhibits further shocks. It does not however, inhibit bradycardic pacing should the patient require it. If the magnet is left on for approximately 30 seconds, the ICD is disabled and a continuous tone is generated.

# PAROXYSMAL SUPRAVENTRICULAR TACHYCARDIA (PSVT)

Paroxysmal supraventricular tachycardia (PSVT) is episodic with an abrupt onset and termination.

Depending on the site of origin of the dysrhythmia, SVT may be classified as an atrial or atrioventricular tachyarrhythmia. Supraventricular tachycardia (SVT), a common clinical condition, is any tachyarrhythmia that requires only atrial and/or atrioventricular (AV) nodal tissue for its initiation and maintenance. It usually is a narrow complex tachycardia that has a regular, rapid rhythm; exceptions include atrial fibrillation (AF) and multifocal atrial tachycardia (MAT). Aberrant conduction during SVT results in a wide complex tachycardia. SVT occurs in all age groups, and treatment can be challenging.

studies have determined that the pathophysiology of SVT

involves abnormalities in impulse formation and conduction pathways. It is helpful to characterize SVT by comparing the RP interval to the PR interval. Long RP tachycardias result when atrial activity precedes the QRS complex. In short RP tachycardias, atrial activity occurs simultaneously with or shortly after ventricle excitation. In short RP tachycardias, the P wave is found within the QRS complex or shortly after the QRS complex.

The most common cause of PSVT is AV nodal reentrant tachycardia (AVNRT). AVNRT is diagnosed in 50 –60% of patients who present with regular narrow QRS tachyarrhythmia. The heart rate is 120–150 bpm and typically is quite regular. It is important to note that AVNRT does not involve the ventricles as part of the reentry circuit. Atrioventricular reentrant tachycardia (AVRT) is the second most common form of PSVT. AVRT is the result of 2 or more conducting pathways: the AV node and 1 or more bypass tracts. In a normal heart, only a single route of conduction is present. Conduction begins at the sinus node, progresses to the AV node, then to the bundle of His and the bundles branches. In AVRT, however, 1 or more accessory pathways connect the atria and the ventricles. The accessory pathways may conduct impulses anterogradely, retrogradely or both. When impulses travel down the accessory pathway in an anterograde manner, ventricular preexcitation results. This produces a short PR interval and a delta wave as seen in Wolff–Parkinson–White.

PSVT may start suddenly and last for seconds or days. Patients may present with mild or severe cardiopulmonary complaints depending on their hemodynamic reserve as well as their heart rate, the duration of the PSVT, and coexisting diseases. PSVT can result in heart failure, pulmonary edema, myocardial ischemia, and/or myocardial infarction secondary to increased heart rate in patients with poor left ventricle function. In fact, one study found that one third of patients with SVT experienced syncope, required cardioversion, or had an episode of sudden death. Incessant SVT can cause tachycardia–induced cardiomyopathy. Palpitations and dizziness are the most common symptoms reported by patients with SVT. Chest discomfort may be secondary to rapid heart rate, and it frequently subsides with the termination of the tachycardia.

A 12 lead ECG allows classification of the tachyarrhythmia, and it may allow a precise diagnosis. P waves may not be visible; when present, they may be normal or abnormal depending on the mechanism of atrial depolarization. Following termination of the tachycardia, an ECG should be obtained during sinus rhythm to screen for WPW syndrome. Patients. Patients with WPW syndrome may be at risk for cardiac arrest if they develop AF or atrial flutter in the presence of a rapidly conducting accessory pathway. Extremely rapid ventricular rates during AF or atrial flutter can cause deterioration to ventricular fibrillation. In the absence of manifest preexcitation (i.e., WPW), the risk of sudden death with PSVT is extremely

E - 50

low. Patients who are hemodynamically unstable should be resuscitated immediately with cardioversion. The majority of the patients who present with PSVT have AVNRT or AVRT. These arrhythmias depend on AV nodal conduction and therefore can be terminated by transiently blocking AV nodal conduction. 90% of tachycardia due to AVNRT or AVRT can be terminated with Adenosine.

## RATIONALE

The goals of pharmacotherapy are to correct arrhythmia, prevent complications, and reduce morbidity.

DRUG CATAGORY: Antiarrhythmic agents – These drugs can be used to treat or prevent arrhythmia.

Adenosine (Adenocard) is a first–line medical treatment for termination of PSVT. It is a short–acting agent that alters potassium conductance into cells and results in hyperpolarization of nodal cells. This increases the threshold to trigger an action potential and results in sinus slowing and blockage of AV conduction. It is effective in terminating both AVNRT and AVRT. More than 90% of patients convert to sinus rhythm with adenosine 12mg. As a result of its short half–life, adenosine is best administered in an antecubital vein as an IV bolus followed by a rapid saline infusion.

DRUG CATAGORY: Calcium Channel Blocker – This drug decreases conduction velocity and prolongs the refractory period.

Diltiazem (Cardizem) Decreases conduction velocity in the AV node. It also increases the refractory period via blockade of calcium influx. This, in turn, stops the reentrant phenomenon.

# PREMATURE VENTRICULAR CONTRACTIONS (PVC)

Therapy for complex ventricular ectopy depends on the setting and the underlying cause. In drug toxicity specific therapies are available. With electrolyte imbalances, correction of abnormalities is therapeutic. Lidocaine is the DOC in the setting of complex ectopy in the peri–MI period if the patient is symptomatic, yet no firm evidence supports this practice.

DRUG CATEGORY – Antiarrhythmics – These agents alter the electrophysiologic mechanisms responsible for PVC's.

Lidocaine stabilizes cell membranes and blunts action potential. Furthermore, lidocaine shortens repolarization. Lidocaine suppresses ventricular arrhythmias predominantly by decreasing automaticity by reducing the slope of diastolic depolarization as seen in the QRS complex. Its local anes-

thetic properties may also help to suppress ventricular ectopy during an AMI. The net effect is to decrease firing of ectopic foci and allow a normal rhythm to reassert itself. Lidocaine seems to be more effective during AMI. The toxic–to–therapeutic balance is delicate. The routine use of Lidocaine is no longer recommended.

Procainamide may also be used to treat PVC's. It may be effective when Lidocaine has not achieved suppression. It increases the refractory period of the atria and the ventricles. Myocardial excitability is reduced by causing an increase in the threshold for excitation and inhibition of ectopic pacemaker activity.

# PULMONARY EMBOLISM (PE)

Pulmonary embolism (PE) is an extremely common and highly lethal condition that is a leading cause of death in all age groups. A good clinician actively seeks the diagnosis as soon as any suspicion of PE whatsoever is warranted, because prompt diagnosis and treatment can dramatically reduce the mortality rate and morbidity of the disease. Unfortunately, the diagnosis is missed far more often than it is made, because PE often causes only vague and nonspecific symptoms.

Pulmonary thromboembolism is not a disease in and if itself. Rather, it is an often–fatal complication of underlying venous thrombosis. Under normal conditions, microthrombi (tiny aggregates of red cells, platelets, and fibrin) are formed and lysed continually with the venous circulatory system. This dynamic equilibrium ensures local hemostasis in response to injury without permitting uncontrolled propagation of clot. Under pathological conditions, microthrombi may escape the normal fibrinolytic system to grow and propagate. PE occurs when these clots break loose and embolize to block pulmonary blood vessels.

Studies suggest that nearly every patient with thrombus in the upper leg or thigh will have a PE if a sensitive enough test is done to look for it. Current techniques allow us to demonstrate PE in 60–80% of these patients, even though about half have no clinical symptoms to suggest PE. Thrombus in the popliteal segment of the femoral vein (the segment behind the knee) is the cause of PE in more than 60% of cases.

The belief that calf vein deep vein thrombosis (DVT) is only a minor threat is outdated and inaccurate. DVT of the calf is a significant source of PE and often causes severe morbidity or death. In fact, one third of the cases of massive PE have their only identified source in the veins of the calf.

PE is the third most common cause of death in the US. Massive PE is one of the most common causes of unexpected death, being second only to coronary artery disease as a cause

EMERGENCY MEDICAL GUIDELINES

of sudden unexpected natural death at any age. Most clinicians do not appreciate the extent of the problem, because the diagnosis is unsuspected until autopsy in approximately 80% of cases.

Symptoms that should provoke a suspicion of PE must include chest pain, chest wall tenderness, back pain, shoulder pain, upper abdominal pain, syncope, hemoptysis, shortness of breath, painful respiration, new onset of wheezing, any new cardiac arrhythmia, or any other unexplained symptom referable to the thorax. The classic triad of signs and symptoms of PE are hemoptysis, dyspnea and chest pain. Many patients with PE are initially completely asymptomatic, and most of those who do have symptoms have an atypical presentation. Patients with PE often present with primary or isolated complaints of seizure, syncope, abdominal pain, high fever, productive cough, new–onset atrial fibrillation, disseminated intravascular coagulation, or any of a host of other signs and symptoms. The most important clinically identifiable risk markers for DVT and PE are a prior history of the same, recent surgery or pregnancy, prolonged immobilization, or underlying malignancy.

The most important thing that can be done in the prehospital setting is to transport the patient to a hospital. As long as no reliable method is available of making a clinical diagnosis of PE without diagnostic tests, treating PE in a meaningful way in the field will remain difficult. In the hospital, fibrinolytic therapy has been the standard of care for all patients with massive or unstable PE since the 1970's. Oxygen should always be started in the prehospital phase, and an IV line should be placed if it can be accomplished rapidly without delaying transport. Fluid loading should be avoided unless the patient's hemodynamic condition is deteriorating rapidly, because IV fluids may worsen the patient's condition. Without invasive testing or trial and surveillance, the clinician cannot know weather additional preload will help or hurt a heart that is failing already because of high outflow pressures from pulmonary vascular obstruction.

# PULSELESS ELECTRICAL ACTIVITY (PEA)

Pulseless electrical activity (PEA) is a clinical condition characterized by loss of palpable pulse in the presence of recordable cardiac electrical activity. PEA is also referred to as electromechanical dissociation (EMD).

PEA may result various etiologies and has a spectrum of manifestation. Patients may present with recordable aortic pressures and absent peripheral pulses from weak cardiac contractions or severe peripheral vascular disease. These patients are classified as having pseudo–PEA. True PEA is a condition in which cardiac contractions are absent in the presence of coordinated electrical activity.

PEA is most frequently the end result of a major cardiac insult and commonly is caused by respiratory failure with hypoxia. Situations that cause sudden changes in preload or afterload (i.e., massive pulmonary embolus) often result in PEA. The initial insult weakens cardiac contractions, and this situation is exacerbated by worsening acidosis, hypoxia, and increasing vagal tone. Further compromise of the inotropic state of cardiac muscle leads to inadequate mechanical activity, even though electrical activity is present. This event creates a vicious cycle, causing degeneration of the rhythm and subsequent death of the patient.

PEA is caused by the inability of cardiac muscle to generate a sufficient force despite an electrical depolarization. This form of electromechanical decoupling may be the final result of many factors. PEA is always caused by a profound global cardiac insult (i.e., severe prolonged hypoxia, acidosis). Hypoxia secondary to respiratory failure is probably the most common cause of PEA.

The overall mortality rate is high in patients in whom PEA is the initial rhythm during cardiac arrest. Rapid initiation of advanced cardiac life support (ACLS) is paramount. The initiation of ACLS may improve patient outcome if a reversible cause is identified and rapidly reversed. For this reason, PEA is considered a rhythm of survival.

PEA is classified on the basis of etiology. Some common causes are: respiratory arrest, cardiac tamponade, massive myocardial infarction, cardiac rupture, tension pneumothorax, and severe CHF. In preload and afterload changes: severe hypovolemia, massive pulmonary embolus and sepsis may be the cause. In metabolic changes: hyperkalemia, hypothermia, drug ingestion (TCA, digitalis, calcium channel blockers). Post–defibrillation PEA is characterized by the presence of organized electrical activity, occurring immediately after electrical cardioversion and in the absence of palpable pulse. This condition may result in PEA in as many as 60% of patients. Post–defibrillation PEA may be a marker for a better prognosis than if ventricular fibrillation continues. A spontaneous return of pulse is likely, and cardiopulmonary resuscitation (CPR) should be continued for as long as 1 minute to allow for spontaneous recovery. Reversible causes should be sought out and corrected immediately. This may include chest decompression, pericardiocentesis, volume infusion, rewarming, or sodium bicarbonate administration.

## RATIONALE

The goals of pharmacotherapy are to reduce morbidity and

prevent complications.  Identifying all possible causes and attempting to correct them is of the upmost importance to the survivibility of this rhythm.

Bradycardic TCP – May be beneficial early on because a healthy myocardium exists and only a temporarily disturbed cardiac conduction system stands between survival and death.

Fluid Resusitation – Hypovolemia is the most common cause of electrical activity without measurable blood pressure.  Through prompt recognition and fluid challenge, many causes of hypovolemia can be corrected.

DRUG CATEGORY: Inotropic agents – Increases the central aortic pressure and counter myocardial depression.  Main therapeutic effects are cardiac stimulation, bronchial smooth muscle relaxation, and dilation of skeletal muscle vasculature.

Epinephrine (Adrenalin) has alpha–agonist effects that include increased peripheral vascular resistance, reversed peripheral vasodilation, systemic hypotension, and vascular permeability.  Beta–agonist effects of epinephrine include bronchodilation, chronotropic cardiac activity, and positive inotropic effects.

DRUG CATEGORY: Anticholinergic agents – Improve conduction through the AV node by reducing vagal tone via muscarinic receptor blockade.

Atropine is used for treatment of bradyarrhythmias.  It works to increase heart rate through vagolytic effects, causing an increase in cardiac output.

DRUG CATEGORY: Alkalinizing agents – Useful in alkalinization of urine.  Routine administration is discouraged because it worsens intracellular and intracerebral acidosis and is not proven to benefit mortality.

Sodium Bicarbonate is used only when a patient is diagnosed with bicarbonate–responsive acidosis, hyperkalemia, TCA, or phenobarbital overdose, or a long arrest interval in the intubated patient  Routine use is not recommended.

# SINUS BRADICARDIA

Sinus bradycardia can be defined as a sinus rhythm with a resting heart rate of 60 beats/minute or less.  However, few patients actually become symptomatic until their heart rate drops to less than 50 beats/minute.  The pathophysiology of sinus bradycardia is dependant upon the underlying cause.  Other causes of sinus bradycardia are related to increased vagal tone.  Physiologic causes of increased vagal tone include bradycardia seen in athletes.  Pathologic causes include, but are not limited to, inferior wall MI, toxic or environmental exposure, electrolyte disorders, infection, sleep apnea, drug effects, hypoglycemia, hypothyroidism, and increased intracranial pressure.

Sinus bradycardia also may be caused by the sick sinus syndrome, which involves a dysfunction in the ability of the sinus mode to generate or transmit an action potential to the atria.  This is the most common cause of symptomatic sinus bradycardia.  Sick sinus syndrome includes a variety of disorders and pathologic processes that are grouped within one loosely defined clinical syndrome.  The syndrome includes signs and symptoms related to cerebral hypoperfusion, in associated with sinus bradycardia, sinus arrest, sinoatrial (SA) block, carotid hypersensitivity, or alternating episodes of bradycardia and tachycardia.  Sick sinus syndrome occurs most commonly in elderly patients with concomitant cardiovascular disease and follows an unpredictable course.

Cardiac auscultation and palpation of peripheral pulses reveal a slow, regular heart rate.  The physical examination is generally nonspecific, although it may reveal the following signs: decreased level of consciousness, cyanosis, peripheral edema, pulmonary vascular congestion, dyspnea, and poor perfusion.

Emergency care should first rapidly ensure the stability of the patient's condition.  This is followed by an investigation into the underlying cause of the bradycardia.  Unstable patients may require immediate endotracheal intubation and transcutaneous pacing.  In sick sinus syndrome, atropine may aide patients transiently, most ultimately require placement of a pacemaker.  In patients with hypothermia who have con firmed sinus bradycardia with a pulse, atropine and pacing usually are not recommended because of myocardial irritability. Rewarming and supportive measures are the mainstays of therapy.

## RATIONALE

Drug treatment for sinus bradycardia usually is not indicated for asymptomatic patients.  In symptomatic patients, underlying electrlyte or acid–base disorders or hypoxia should be corrected.  IV atropine may provide temporary improvement in symptomatic patients, although its use should be balanced by an appreciation of the increase in myocardial oxygen demand this agent causes.

Although in the past, isoproterenol was used quite commonly in patients with bradycardia; further appreciation of its substanial risks has deminished its role.  Temporary pacing is recommended in symptomatic patients who are unresponsive or only temporarily responsive to atropine, or in whom atropine therapy is contraindicated.  Transcutaneous pacing, where available, is the initial procedure of choice.

DRUG CATEGORY: Anticholinergics — These agents are indicated when symptoms of hypoperfusion exist.  They are thought to work centrally by suppressing conduction in the

EMERGENCY MEDICAL GUIDELINES

vastibular cerebellar pathways. They may have an inhibitory effect on the parasympathetic nervous systerm.

Atropine is used to increase heart rate through vagolytic effects, causing increase in cardiac output.

# TORSADES DE POINTES (TDP)

Torsades de pointes (TDP), often referred to as torsade, is an uncommon variant of ventricular tachycardia (VT). The underlying etiology and management of torsade are, in general, quite different from those of garden variety VT. The management of torsade with group 1A antidysrhythmic drugs can have disastrous consequences. Differentiating between these entities, therefore, is clinically important.

Torsade is defined as a polymorphous VT in which the morphology of the QRS complexes varies from beat to beat. The ventricular rate can range from 150 beats per minute (bpm) to 250 bpm. The original report described regular variation of the morphology of the QRS vector from positive to negative and back again. This was symbolically termed torsade de pointes, or "twisting of the point" about the isoelectric axis, because it reminded the original authors of the torsade de pointes movement in ballet. Torsade usually occurs in bursts that are not sustained; thus, the rhythm strip usually shows the patient's baseline QT prolongation.

In the US, 300,000 sudden cardiac deaths occur per year. TDP probably accounts for fewer than 5%. Prolongation of the QT interval may be congenital, and is associated with sudden death due to either primary ventricular fibrillation or torsade that degenerates into ventricular fibrillation. The acquired conditions that predispose one to torsade either decrease the outward potassium current or interfere with the inward sodium and calcium currents. The electrolyte disturbances that have been reported to precipitate torsade include hypokalemia and hypomagnesemia. Since procainamide increases the likelihood of polymorphous VT developing, it generally should not be used in combination with another agent that prolongs the QT interval, such as amiodarone. Other drugs that prolong the QT interval and have been implicated in cases of torsade include phenothiazines, tricyclic antidepressants, lithium, and chemotherapeutic agents. Other associated risk factors include a history of resuscitated arrest, congenital deafness, and a family history of sudden death.

The pre–hospital provider should institute immediate advanced cardiac life support (ACLS) protocol for VT. Over-drive pacing may be necessary at a rate of up to 140 bpm to control the rhythm in a patient with torsade who is in extremis. Magnesium sulfate is the first–line therapy in the treatment of torsade de pointes.

# VENTRICULAR FIBRILLATION

Ventricular fibrillation (VF) is a pulseless arrhythmia with irregular and chaotic electrical activity and ventricular contraction in which the heart immediately loses its ability to function as a pump. Sudden loss of cardiac output with subsequent tissue hypoperfusion creates global tissue ischemia; brain and myocardium are most susceptible. VF is the primary cause of sudden cardiac death (SCD).

VF usually develops secondary to an area of myocardial ischemia with a lowered fibrillation threshold. VF can be initiated in ischemic heart disease when a premature ventricular contraction (PVC) overcomes a lowered fibrillation threshold. Fibrillation is caused by simultaneous presence of abnormal irregular beats, conduction disturbances creating abnormal electrical propagation of the action potential, and reentry. An often–described R–on–T extrasystole phenomenon may account for many VF cases. Propagation to the whole myocardium implies that the initial fibrillation reached sufficient critical mass.

In the absence of ischemic heart disease, VF may occur secondary to antiarrhythmic drugs, prolonged QT syndromes, preexcitation syndromes, and systemic hypoxemia. Ventricular tachycardia (VT) often precedes onset of VF in these cases; VT degenerates into VF.

VF has been described as the initial rhythm in almost 70% of out–of–hospital arrests. Cardiovascular diseases cause 12 million deaths in the world each year and are the primary causes of death in the US. Although VF seldom is listed as the cause of death, it is thought to be responsible for more than 400,000 SCD cases in the US annually. Untreated, VF causes loss of oxygen to vital organ systems and brain death in minutes.

VF often occurs without forewarning. Chest pain, dyspnea, fatigue, palpitations, syncope and a possible increase in heart rate, presence of PVC's or period of VT may occur immediately preceding acute cardiac arrest. Physical findings in VF reveal no pulse or respiration, unconsciousness and wide and chaotic QRS complexes on the cardiac monitor. VF is the major electrical mechanism for cardiac arrest.

Because of the critical importance of early defibrillation, prehospital care is vital for arrests due to VF that occur outside the hospital. Interventions that impact survival and outcome of resuscitation include: early recognition of an arrest, early activation of EMS, and early access to trained personnel capable of performing CPR, defibrillation, and ACLS.

E - 54

Automated external defibrillators (AEDs) have revolutionized prehospital VF management because they have eliminated the need for rhythm–recognition training. AEDs identify VF more rapidly than manual defibrillation techniques, are 92–100% specific for VF, and require less time to achieve defibrillation. Their use has resulted in increased survival rates and improved prognosis for patients in VF arrest. However, AEDs should not be used during emergency transport because patient movement creates the risk of inadvertent defibrillation.

Bystander CPR reportedly plays a significant role in prolonging the period (up to 12 min) in which VF may respond to a defibrillator. CPR may increase the number of patients in VF who benefit from defibrillation by response personnel.

Lack of response to standard defibrillation algorithms is challenging. In refractory VF additional medications such as magnesium and/or procainamide may be effective (class IIb). In post–resuscitative care, antiarrhythmics used successfully should be continued and control any hemodynamic instability. Post–defibrillation arrhythmias (mainly atrioventricular AV blocks) have been reported in up to 24% of patients. The incidence is related to the amount of energy used for defibrillation. Always check for complication (i.e., aspiration pneumonia, CPR–related injuries), and establish the need for emergent interventions.

Automated implantable defibrillators (AICDs) are used for patients at high risk for recurrent VF. Studies indicate patients with VF arrest who receive AICDs have improved long–term survival rates compared to those receiving only medications. AICD effectively provides early defibrillation.

Prognosis for survivors of VF strongly depends on the time elapsed between onset and medical intervention. Early defibrillation often makes the difference between long–term disability and functional recovery.

Post–resuscitation death and disability after successful resuscitation directly correlate with the amount of CNS damaged during the event. Without intervention, by 4–6 minutes after onset of VF, prognosis is poor. Few survive when VF lasts more than 8 minutes without intervention.

## RATIONALE

Automated external defibrillators (AEDs) have revolutionized VF management because they have eliminated the need for rhythm–recognition training. AEDs identify VF more rapidly than manual defibrillation techniques, and are 92–100% specific for VF, and require less time to achieve defibrillation. Their use has resulted in increased survival rates and improved prognoses for patients in VF arrest. Electrical external defibrillation remains the most successful treatment of VF. A shock is delivered to the heart to uniformly and simultaneously depolarize a critical mass of the excitable myocardium. The objec-

tive is to interfere with all reentrant arrhythmia and allow any intrinsic cardiac pacemakers to assume the role of primary pacemaker.

Biphasic waveform defibrillation shocks (repeated at < or = 200j) have equivalent or higher success for eventual termination of VF than monophasic defibrillators that increase the current (200, 300, 360j) with successive escalating shocks.

The medication administration treatment goals are to electrically terminate VF so that an organized electrical rhythm follows and restores cardiac output. Success rates significantly decrease as the duration of ischemia increases. Drug therapy may consist of sympathomimetics, antiarrhythmics, atropine, and electrolytes. Recent American Heart Association (AHA) and ACLS recommendations promote amiodarone as superior to the conventional use of Lidocaine. Controversy surrounds the issue of Lidocaine vs Amiodarone because providers have expressed reluctance to accept the recommendations. They point out that while Amiodarone has been shown to improve the chance of a patient in VF to regain a pulse, the rate of survival out of the hospital is not increased in patients who receive Amiodarone. In addition, the difficulty in drawing up and storing this medication and the cost of administration of amidodarone has been restrictive, forcing certain institutions and prehospital provider authorities to opt to ignore the ACLS updated recommendations pertaining to the use of Amiodarone.

DRUG CATEGORY: Sympathomimetics/ Vasopressors – Augment both coronary and cerebral blood flow present during low flow states associated with CPR.

Vasopressin was recently considered equivalent to epinephrine, the single most useful drug in cardiac arrest. It is a Class 11B drug by ACLS criteria, with fewer negative myocardial effects. This means that fair to good evidence supports its use in humans. Since it lasts longer than epinephrine, vasopressin is used only once in pulseless VT and VF. Consenses exists to follow it with standard use of epinephrine after 5 minutes from the administration of vasopressin if no response/ return of spontaneous circulation.

Epinephrine is considered the most useful drug in cardiac arrest.

DRUG CATEGORY: Antiarrhythmics – Alter electrophysiologic mechanisms responsible for arrhythmia.

Lidocaine is a class 1B antiarrhythmic that increases electrical stimulation threshold of the ventricle, suppressing automaticity of conduction through the tissue. Lidocaine is the DOC for VF refractory to defibrillation and epinephrine.

Amiodarone – May inhibit AV conduction and sinus node function. Amiodarone prolongs action potential and refrac-

E - 55

EMERGENCY MEDICAL GUIDELINES

tory period in the myocardium and inhibits adrenergic stimulation.

Procainamide increases the refractory period of the atria and ventricles. Myocardiac excitibility is reduced by an increase in threshold for excitation and inhibition of ectopic pacemaker activity. Procainamide may be effective when lidocaine is not. However, its role in VF is limited due to the time it takes procainamide to reach therapeutic levels when administered IV.

DRUG CATEGORY: Electrolytes – Are considered therapeutic alternatives for refractory VF. Patients with presistant or recurrent VF following antiarrhythmic administration should be assessed for underlying electrolyte abnormalities as a a cause for their refractory dysrhythmia. Among electrolyte abnormalities associated with VF are hyperkalemia, hypokalemia, and hypomagnesemia. Magnesium sulfate, calcium chloride, and sodium bicardbonate are used in VF secondary to other medications.

Magnesium sulfate acts as an antiarrhythmic agent. Sodium bicarbonate is used as an alkalinizing agent, and calcium chloride is used to treat VF caused by hyperkalemia. Deficiency in magnesium sulfate is associated with cardiac death and can precipitate refractory VF. Magnesium supplementation is used to treat torsades de pointes, known or suspected hypomagnesemia, or severe refractory VF.

Sodium bicarbonate is used only when the patient is diagnosed with bicarbonate–responsive acidosis, hyperkalemia, tricyclic antidepressant, or Phenobarbital overdose. Routine use is not recommended.

Calcium chloride is also useful in the treatment of hyperkalemia, hypocalcemia, or calcium channel blocker toxicity. It moderates nerve and muscle performance by regulating the action potential excitation threshold.

# VENTRICULAR TACHYCARDIA (VT)

Ventricular tachycardia (VT) is a tachydysrhythmia originating from a ventricular ectopic focus, characterized by a rate typically greater than 120 beats per minute and wide QRS complexes. VT may be monomorphic (typically regular rhythm originating from a single focus with identical QRS complexes) or polymorphic (may be irregular rhythm, with varying QRS complexes). Nonsustained VT is defined as a run of tachycardia of less than 30 seconds duration; a longer duration is considered VT.

No absolute ECG criteria exist for establishing the presence of VT. However, several factors suggest VT including a rate greater than 100 beats per minute (usually 150–200), wide QRS complexes (>120ms), presence of atrioventricular (AV) dissociation, and fusion beats. Ventricular tachycardia may develop without hemodynamic deterioration, yet it often causes severe hemodynamic compromise and may deteriorate rapidly into ventricular fibrillation (VF).

VT usually is a consequence of structural heart disease, with breakdown of normal conduction patterns, increased automaticity (which tends to favor ectopic foci), and activation of re–entrant pathways in the ventricular conduction system. Electrolyte and sympathomimetics may increase the likelihood of VT in the susceptible heart.

A distinctive variant of VT is torsade de pointes, with its unusual shifting–axis QRS complexes that appear as if the heart is rotating upon an axis. It typically occurs from drugs or conditions that prolong the QT interval (i.e., type 1a antiarrhythmics and hypomagnesemia). Arrhythmia may occur with or without either myocardial ischemia or infarction.

VT is one of the most frequently observed dysrhythmias. VT can produce congestive heart failure and hemodynamic compromise, yet the principal morbidity comes from its tendency to degenerate spontaneously into VF. This degeneration also is the usual source of mortality in VT.

Most patients present to the emergency worker with symptoms of either ischemic heart disease or hemodynamic compromise resulting from poor perfusion. Symptoms may include chest pain, palpitations, anxiety and diaphoresis. Physical findings usually reflect the degree of hemodynamic instability such as symptoms of CHF (dyspnea, hypoxemia, rales, and jugular vein distention), hypotension and an altered mental status.

VT is generally a symptom of coronary artery disease (CAD) or structural heart disease. VT can be triggered by electrolyte deficiencies and the use of sympathomimetic agents (from relatively benign caffeine to more potent agents such as methamphetamine or cocaine) may stimulate VT in vulnerable hearts.

Emergency workers must determine if the VT is stable or unstable. Unstable VT is characterized by symptoms of insufficient oxygen delivery such as chest pain, dyspnea, hypotension, or altered level of consciousness, indicating rate and stroke volume are not providing adequate cardiac output. Stable VT patients do not experience symptoms of hemodynamic decompensation. Unlike other dysrhythmias, VT tends to deteriorate into unstable states and more malignant dysrhythmias.

Consider all patients with VT to have active myocardial ischemia, which should be sought and treated aggressively. If treated rapidly, VT generally has a favorable short–term outcome. Long–term prognosis depends upon the underlying

cardiac disease.

### RATIONALE

The primary objective is to establish whether a wide–complex tachycardia is stable or unstable, thereby answering the question – is the patient's clinical presentation so severe that immediate electrical cardioversion is required or can the patient be managed adequately with pharmacological agents.

Unstable VT is treated with immediate synchronized cardioversion, followed by expeditious airway management as needed, supplemental oxygen, vascular access, and antiarrhythmic therapy. Most patients respond to low levels of electrical energy. However, failure to synchronize the shock with the patient's QRS may precipitate VF.

ECG is the diagnostic modality of choice for confirming that the patient's tachycardia is VT. Simultaneous 3–channel recordings and 12–lead tracings are more helpful than rhythm strips to analyze this dysrhythmia. Furthermore, ECG should be obtained before, during pharmacological interventions and after conversion to a regular rhythm.

DRUG CATEGORY: Antiarrhythmics – Mainstay treatments for clinically stable VT are antiarrhythmic drugs. These agents alter the electrophysiologic mechanisms responsible for arrhythmia.

Lidocaine will more effectively suppress ventricular arrhythmias associated with acute myocardial ischemia and infarction once they occur. The net effect is to decrease firing of ectopic foci to allow a normal rhythm to reassert itself. Lidocaine is appropriate for stable, monomorphic or polymorphic VT. However, it is a second choice. Other drugs are preferred over lidocaine in each VT scenario. Although lidocaine can be administered rapidly with minimal effect on blood pressure, studies suggest that it is relatively ineffective for termination of VT and less effective against VT than IV procainamide.

Procainamide is another antiarrhythmic agent known to effective in treating a broad variety of arrhythmias. Procainamide slows down phase 4 (diastolic) depolarization, decreases automaticity, and slows intraventricular conduction. In the stable VT setting, if this drug is selected by the clinician, blood pressure monitoring for hypotension is critical. This drug can also be expected to reach therapeutic levels slightly slower than Lidocaine.

DRUG CATEGORY: Vasopressor – Augment both coronary and cerebral blood flow present during low flow states.

Amiodarone has not been studied specifically for the termination of hemodynamically stable VT, but it is effective in treating hemodynamically unstable VT and VF. Both procainamide and amiodarone have vasodilatory effects which can destabilize hemodynamic status. IV amiodarone may be better tolerated than procainamide.

Proarrhythmias (torsades de pointes)are serious tachyarrhythmias or bradyarrhythmias seemingly generated by antiarrhythmic agents. With this in mind, the clinician should never use more than 1 agent unless absolutely necessary. In most patients, when an appropriate dose of a single antiarrhythmic medication fails to terminate an arrhythmia, turning to electrical cardioversion rather than a second antiarrhythmic medication is now exceptable.

DRUG CATEGORY: Electrolytes – This agent is considered a therapeutic alternatives for refractory VT. It can be used secondary to antiarrymics and is reserved for treating the patient who presents with torsades de pointes.

Magnesium Sulfate is the DOC for torsades de pointes. Procainamide is contraindicated because of it's QT prolongation potential. Polymorphic VT of the torsade de pointes type should be treated immediately because of the frequent transition to unstable VT. This arrhythmia will recur and seldom remains stable. Lidocaine may be utilized, however torsades may be drug induced (proarrhythmic) or the result of an underlying magnesium deficiency. In these instances, magnesium sulfate, although an electrolyte, acts as an antiarrhythmic.

## WOLFF–PARKINSON–WHITE SYNDROME

Preexcitation is defined as, if in relation to atrial events, the whole or some part of the ventricular muscle is activated earlier by the impulse originating from the atrium than would be expected if the impulse reached the ventricles by way of the normal specific conduction system only. Of the various preexcitation syndromes, the most common is Wolff–Parkinson–White (WPW) syndrome. Emergency workers should be familiar with this syndrome and the proper treatment of its associated arrhythmias to avoid unnecessary morbidity and mortality.

In some patients a conduction pathway bypasses the AV node. Such a conduction pathway is called an accessory bypass tract. In a few patients who have downward conduction through this pathway, there is the potential for extremely rapid ventricular responses during AF with degeneration to VF. Digitalis, verapamil, diltiazem, adenosine, and possibly intravenous μ–blockers can cause a paradoxical increase in ventricular response rates in these patients with WPW. If patients are clinically unstable, synchronized electrical cardioversion is always indicated. Antiarrhythmic agents that have direct effects on accessory pathway conduction and re-

EMERGENCY MEDICAL GUIDELINES

fractoriness (such as Procainamide or amiodarone) are more likely to slow ventricular response during preexcited AF or atrial flutter as well as convert the arrhythmia to sinus rhythm.

Accessory connections between the atrium and ventricle are the result of embryonic development of myocardial tissue bridging the fibrous tissue that separates the 2 chambers. Although dozens of locations for bypass tracts can exist in preexcitation, the most common bypass tract is an accessory atrioventricular (AV) pathway. This is the anomaly seen in WPW.

Death from WPW occurs secondary to the associated arrhythmias or from mistreatment of these arrhythmias with inappropriate medications. Men are affected 60–70% more than women. Typically, those affected are young, otherwise healthy individuals.

Patients may present with anything from mild chest discomfort or palpitations to severe cardiopulmonary distress or arrest. Patients commonly present with heart rates in the 250 beat per minute range, often associated with hypotension. WPW has no specific examination features except for those that may accompany the arrhythmias. On physical examination, the patient may be cool, diaphoretic, and hypotensive. Rales are common, as the high heart rate causes diastolic heart failure.

| Generic | Trade Names |
|---|---|
| Amitriptyline | Elavil, Endep, Triavil, Etrafon, Limbitrol |
| Imipramine | Tofranil, Imavate, Presamine, Janimine, Sk–Pramine, Berkomine |
| Desipramine | Norpramine, Pertofrane |
| Nortriptyline | Aventyl, Pamelor |
| Doxepin | Sinequan, Adapin, Curatin |
| Protriptyline | Vivactil |
| Maprotiline | Ludiomil |

The classic ECG morphology of WPW is described as a shortened PR interval, a widened QRS complex, and a delta wave. In reality, however, morphology depends directly upon the degree of preexcitation.

Atrial fibrillation (AF) in patients with WPW is very common and has an incidence of 11–38%. It also is the deadliest arrhythmia for these patients because of the possibility of deterioration into ventricular fibrillation

Differential diagnosis includes ventricular tachycardia (VT), which is regular (unless it is torsade de pointes) or PSVT with aberrancy. Consider any regular wide–complex tachycardia to be VT until proven otherwise. However, as in narrow–complex tachycardias, a stable patient initially may be treated

with adenosine.

In normal hearts, an individual is protected from exceptionally high rates by the relatively long refractory period of the AV node. In patients with WPW, however, the accessory pathway often has a much shorter anterograde refractory period, allowing for much faster transmission of impulses and correspondingly higher rates. In addition, sympathetic discharge secondary to hypotension may lead to further shortening of the refractory period and subsequent increases in the ventricular rate. If the rate becomes too high, VF may result. AF through an accessory pathway appears as a bizarre, wide–complex, irregular tachycardia on ECG, with rates often in the 250 bpm or higher.

Therapy in the prehospital setting depends upon the patient's degree of stability and the specific arrhythmia. Always treat arrhythmias associated with WPW with caution. The basic treatment principle in WPW AF is to prolong the anterograde refractory period of the accessory pathway relative to the AV node. This slows the rate of impulse transmission through the accessory pathway and, thus, the ventricular rate.

If AF were treated in the conventional manner by drugs that prolong the refractory period of the AV node (i.e., calcium channel blockers, beta–blockers, dioxin), the rate of transmission through the accessory pathway likely would increase, with a corresponding increase in ventricular rate. This could have disastrous consequences, possibly causing the arrhythmia to deteriorate into VF.

Focus on breaking the cyclical transmission of impulses. This is best accomplished by temporarily prolonging the refractory period of the AV node with drugs such as adenosine.

Patients with WPW have an excellent prognosis when treated with ablation of the accessory pathway.

# HAZARDOUS MATERIALS MANAGEMENT

## ORGANOPHOSPHATE INSECTICIDES

Organophosphates are used in agriculture, in the home, in gardens, and in veterinary practice. All apparently share a common mechanism of cholinesterase inhibition and can

E - 58

cause similar symptoms. Because they share this mechanism, exposure to the same organophosphate by multiple routes or to multiple organophosphates by multiple routes can lead to serious additive toxicity. It is important to understand, however, that there is a wide range of toxicity in these agents and wide variation in cutaneous absorption, making specific identification and management quite important.

## TOXICOLOGY

Organophosphates poison insects and mammals primarily by phosphorylation of the acetylcholinesterase enzyme (AChE) at nerve endings. The result is a loss of available AChE so that the effector organ becomes overstimulated by the excess acetylcholine (ACh, the impulse-transmitting substance) in the nerve ending. The enzyme is critical to normal control of nerve impulse transmission from nerve fibers to smooth and skeletal muscle cells, glandular cells, and autonomic ganglia, as well as within the central nervous system (CNS). Some critical proportion of the tissue enzyme mass must be inactivated by phosphorylation before symptoms and signs of poisoning become manifest.

At sufficient dosage, loss of enzyme function allows accumulation of ACh peripherally at cholinergic neuroeffector junctions (muscarinic effects), skeletal nerve-muscle junctions, and autonomic ganglia (nicotinic effects), as well as centrally. At cholinergic nerve junctions with smooth muscle and gland cells, high ACh concentration causes muscle contraction and secretion, respectively. At skeletal muscle junctions, excess ACh may be excitatory (cause muscle twitching), but may also weaken or paralyze the cell by depolarizing the end-plate. In the CNS, high ACh concentrations cause sensory and behavioral disturbances, incoordination, depressed motor function, and respiratory depression. Increased pulmonary secretions coupled with respiratory failure are the usual causes of death from organophosphate poisoning. Recovery depends ultimately on generation of new enzyme in all critical tissues.

## SIGNS AND SYMPTOMS OF POISONING:

Symptoms of acute organophosphate poisoning develop during or after exposure, within minutes to hours, depending on the method of contact. Exposure by inhalation results in the fastest appearance of toxic symptoms, followed Symptoms of acute organophosphate poisoning develop during or after exposure, within minutes to hours, depending on the method of contact. Exposure by inhalation results in the fastest appearance of toxic symptoms, followed by the gastrointestinal route and finally the dermal route. All signs and symptoms are cholinergic in nature and affect muscarinic, nicotinic, and central nervous system receptors. The critical symptoms in management are the respiratory symptoms.

Sufficient muscular fasciculations and weakness are often observed as to require respiratory support; respiratory arrest can occur suddenly. Likewise, bronchorrhea and bronchospasm may often impede efforts at adequate oxygenation of the patient.

Bronchospasm and bronchorrhea can occur, producing tightness in the chest, wheezing, productive cough, and pulmonary edema. A life threatening severity of poisoning is signified by loss of consciousness, incontinence, convulsions, and respiratory depression. The primary cause of death is respiratory failure, and there usually is a secondary cardiovascular component. The classic cardiovascular sign is bradycardia which can progress to sinus arrest. However, this may be superseded by tachycardia and hypertension from nicotinic (sympathetic ganglia) stimulation. Toxic myocardiopathy has been a prominent feature of some severe organophosphate poisonings.

Some of the most commonly reported early symptoms include headache, nausea, dizziness, and hypersecretion, the latter of which is manifested by sweating, salivation, lacrimation, and rhinorrhea. Muscle twitching, weakness, tremor, incoordination, vomiting, abdominal cramps, and diarrhea all signal worsening of the poisoned state. Miosis is often a helpful diagnostic sign and the patient may report blurred and/or dark vision. Anxiety and restlessness are prominent, as are a few reports of choreaform movements. Psychiatric symptoms including depression, memory loss, and confusion have been reported. Toxic psychosis, manifested as confusion or bizarre behavior, has been misdiagnosed as alcohol intoxication.

Children will often present with a slightly different clinical picture than adults. Some of the typical cholinergic signs of bradycardia, muscular fasciculations, lacrimation, and sweating were less common. Seizures (22%-25%) and mental status changes including lethargy and coma (54%-96%) were common. In comparison, only 2-3% of adults present with seizures. Other common presenting signs in children include flaccid muscle weakness, miosis, and excessive salivation. In one study, 80% of cases were transferred with the wrong preliminary diagnosis. In a second study, 88% of the parents initially denied any exposure history.

# N-METHYL CARBAMATE INSECTICIDES

N-Methyl carbamate insecticides are widely used in homes, gardens, and agriculture. They share with organophosphates the capacity to inhibit cholinesterase enzymes

EMERGENCY MEDICAL GUIDELINES

and therefore share similar symptomatology during acute and chronic exposures. Likewise, exposure can occur by several routes in the same individual due to multiple uses, and there is likely to be additive toxicity with simultaneous exposure to organophosphates. However, due to the somewhat different affinity for cholinesterases, as compared to organophosphates, these poisonings are often somewhat easier to treat.

## TOXICOLOGY

The N-methyl carbamate esters cause reversible carbamylation of the acetylcholinesterase enzyme, allowing accumulation of acetylcholine, the neuromediator substance, at parasympathetic neuroeffector junctions (muscarinic effects), at skeletal muscle myoneural junctions and autonomic ganglia (nicotinic effects), and in the brain (CNS effects). The carbamyl-acetylcholinesterase combination dissociates more readily than the phosphoryl-acetylcholinesterase complex produced by organophosphate compounds. This lability has several important consequences: (1) it tends to limit the duration of N-methyl carbamate poisonings, (2) it accounts for the greater span between symptom producing and lethal doses than in most organophosphate compounds, and (3) it frequently invalidates the measurement of blood cholinesterase activity as a diagnostic index of poisoning.

N-methyl carbamates are absorbed by inhalation and ingestion and somewhat by skin penetration, although the latter tends to be the less toxic route.

At cholinergic nerve junctions with smooth muscle and gland cells, high acetylcholine concentration causes muscle contraction and secretion, respectively. At skeletal muscle junctions, excess acetylcholine may be excitatory (cause muscle twitching), but may also weaken or paralyze the cell by depolarizing the end-plate. In the brain, elevated acetylcholine concentrations may cause sensory and behavioral disturbances, incoordination, and depressed motor function (rarely seizures), even though the N-methyl carbamates do not penetrate the central nervous system very efficiently. Respiratory depression combined with pulmonary edema is the usual cause of death from poisoning by N-methyl carbamate compounds.

### SIGNS AND SYMPTOMS OF POISONING:

As with organophosphate poisoning, the signs and symptoms are based on excessive cholinergic stimulation. Unlike organophosphate poisoning, carbamate poisonings tend to be of shorter duration because the inhibition of nervous tissue AchE is reversible, and carbamates are more rapidly metabolized. Bradycardia and seizures are less common than in organophosphate poisonings. The primary manifestations of serious toxicity are central nervous system depression, as manifested by coma, seizures, and hypotonicity, and nico-

tinic effects including hypertension and cardiorespiratory depression. Dyspnea, bronchospasm, and bronchorrhea with eventual pulmonary edema are other serious signs. Recent information indicates that children and adults differ in their clinical presentation. Children are more likely than adults to present with the CNS symptoms above. While children can still develop the classic muscarinic signs, the absence of them does not exclude the possibility of carbamate poisoning in the presence of CNS depression. Malaise, muscle weakness, dizziness, and sweating are commonly reported early symptoms. Headache, salivation, nausea, vomiting, abdominal pain, and diarrhea are often prominent. Miosis with blurred vision, incoordination, muscle twitching, and slurred speech are reported.

# TOXICOLOGY

## COCAINE TOXICITY

Pharmacology – Cocaine stimulates the central nervous system primarily by blocking the reuptake of norepinephrine and secondarily by marked release of norepinephrine.

### PATHOPHYSIOLOGY

Dysrhythmias – Tachdysrhythmias cause the most acute cocaine related nontraumatic deaths.

Ischemic chest pain / myocardial infarction – Risk of an AMI is increased by a factor of 24 during the first 60 minutes after cocaine use.

Neurological – Seizures

Agitated Delirium – A common presentation in patients who die of cocaine overdoses. Manifests itself as bizarre and violent behavior. Aggression, combativeness, hyperactivity, extreme paranoia, unexpected strength, and incoherent shouting. Above behavior is often followed by cardiopulmonary arrest. Hyperthermia and physical restraint of the patient are exacerbating factors in persons who die from agitated delirium.

Physical Presentation

Altered mental status

New onset seizures

Hypertension***

Tachycardia***

Chest pain

Myocardial ischemia / infarction

Shortness of breath

Epistaxis

Psychiatric illness

***Note: Once considered classic presentations, but not always seen, especially in chronic users.**

# DESIGNER DRUGS

This informal classification of illicit drugs presents the team with somewhat unique patient presentations, the following provides some backround information on some of the more common "designer drugs"

## ECSTASY

(MDMA, ADAM, XTC, X)

Ecstasy is a hallucinogenic amphetamine commonly bought in "rave" clubs.  It is available in pill, capsules, or powder form.  Ecstasy is a mind altering drug with "speed" effects and is commonly mixed with depressants.  The normal dose is close to the toxic levels.  Deaths are usually due to seizures or extremely high fever.

SIGNS AND SYMPTOMS
Seizure
Hyperthermia
Hypertension
Hallucinations
Agitation
Irregular heartbeat
Tachycardia
Stroke
Jaw clenching (the reason many "ravers" carry blow pops or pacifier)
Muscle spasms
Dilated pupils
Sweaty

## ROHYPNOL

(roofies, rophies, ropies, ruffies, roche, Flunitrazepam)

Flunitrazepam (Rohypnol) is a prescription medication in other parts of the world, but is illegal in the United States.  It is a benzodiazepine like Valium, but considered about 10 times stronger.  Rohypnol is particularly dangerous when combined with other depressants such as alcohol.  Popular at "rave" dances as well as used in "date rape" cases.  frequently cocaine users will use Rohypnol to come down and it is used it enhance poor quality heroin.

SIGNS AND SYMPTOMS
CNS depressant

Drowsiness
Deep sedation
Respiratory distress
Amnesia

## KETAMINE

(Special K, Kay, Jet)

Ketamine is commonly sold at dance clubs for its hallucinogenic effects, or mixed with other "Designer Drugs" for snorting, swallowing, or injecting.  Since Ketamine is an anesthetic used to induce deep sleep for surgery, an overdose could result in coma or death.

SIGNS AND SYMPTOMS
Low doses
Lack of coordination
Dizziness
Pleasant or unpleasant hallucinations
Nausea and vomiting
Increased salivation
Slurred speech
Side to side or up and down eye movements
Mood swings from quiet to violent
High doses
Stiff contorted muscles
Sweating
Hypertension
Hyperthermia
Amnesia
Uncontrollable muscle and tongue movements
Respiratory arrest

## NEXUS
(STP, TOONIES)

Nexus is another hallucinogenic amphetamine and produces similar effects

SIGNS AND SYMPTOMS
Anxiety
Panic reactions

## INHALANTS
Many inhalants may be present at rave dances.  They include:
Volatile solvents
Airplane glue
Correction fluids
Degreasers
Gasoline
Lighter fluid
Paint thinners
Spot removers
Aerosols
Air fresheners
Cooking spray

E - 61

EMERGENCY MEDICAL GUIDELINES

Asthma inhalers
Deodorants
Hair spray
Spray paint
Volatile Nitrates
Amyl nitrate
Butyl nitrate
Isobutly nitrate

IN SUDDEN SNIFFING DEATH SYNDROME (SSDS)
AVOID THE USE OF EPINEPHRINE (if possible).  MONI-
TOR FLUIDS

## GAMMA HYDROXY BUTYRATE

(GHB, fall, scoop, liquid x, goop, Georgia Home Boy)

This compound was initially used by body builders to stimulate muscle growth.  In recent years it has become a popular recreational drug among dance clubs.  GHB is synthesized from a chemical used to clean electrical circuit boards.  It is available in both liquid powder forms.  Often used in combination with other drugs, such as ecstasy, it is odorless and tasteless.  GHB effects can be felt within 5 to 20 minutes after ingestion and the high lasts about 1.5 to 3 hours.  Because it is odorless and tasteless it can be slipped into someone's drink undetected.

SIGNS AND SYMPTOMS
CNS depression
Nausea
Respiratory depression
Seizures

# POISONING/OVERDOSE

A relatively small percentage of the cases of poisoning and drug overdose are actually life–threatening situations when the Team arrives.  Calm management of suspected poisonings include securing evidence from the scene and careful initial assessment of the patient.  Suicidal patients should not be allowed to refuse care without law enforcement present to accept responsibility.  Be alert for possible violent acts.  Prompt consultation with the emergency room is appropriate.  The Team should give special attention to neurological findings such as: level of consciousness., pupils, eye movement, gag reflex and response to pain.

## TRICYCLIC ANTIDEPRESSANTS (TCA)

Tricyclic antidepressant overdose is probably the most common serious drug overdose encountered today.  It represents an true medical emergency and is associated with approximately 20 % mortality rate.  The tricyclic antidepressants remain a major cause of toxic death in the U.S.  The standard of care for significant  TCA overdoses includes a rapid assessment, aggressive airway management in the patient with de-

creased level of consciousness, administration of Sodium Bicarbonate 50 mEq followed by a Sodium Bicarbonate infusion of 1 amp in 500cc 0.9% NaCl to run at 50 cc/hr.  Keeping the patient in an alkalotic state decreases the incidence of ventricular fibrillation.  A 12 lead EKG should also be done enroute to the emergency room.

## COMMON TRICYCLIC ANTIDEPRESSANTS:

### SIGNS AND SYMPTOMS OF TCA OVERDOSE:

CNS (early)     confusion, agitation, hallucinations

CNS (late)      hyperactive reflexes, positive Babinski, rapid onset of coma, seizures

Anticholinergic:  flushing, dry mouth, dilated pupils

Cardiovascular:   QRS  greater than 0.12 sec, bundle branch block, AV blocks, sinus tach, PVC's, ventricular bigeminy, V–tach, V–fib, bradycardia, cardiac arrest, hypotension, pulmonary edema

Worldwide, greater than 9 million natural and synthetic chemicals have been identified; fortunately, fewer than 3000 cause greater than 95% of accidental and deliberate poisonings. Identifying a poison and accurately assessing its potential toxicity are critical.

Poisoning should be considered in the differential diagnosis of any unexplained symptoms or signs, especially in children less than 5. Similarly, in the young adult, any disparity between expected history and clinical findings should suggest poisoning. Recently, poisonings among the elderly (especially medication mix–ups), among hospitalized patients (drug errors), among workers exposed to occupational chemicals, and as a result of environmental pollution have been increasingly recognized. Often the type and speed of onset of the total clinical picture will confirm or refute a suspicion of poisoning. Occasionally, the absence of a specific finding will be as important as its presence. Any pertinent history should be secured and the person and premises inspected for traces of drugs; i.e., imprint identifications on solid medication forms, alcohol, etc, particularly for the unconscious patient.

Specific antidotes: While not numerous, specific antidotes are remarkably effective; i.e., naloxone in opioid overdoses, atropine in organophosphate encounters, methylene blue for methemoglobinemia, acetylcysteine for  acetaminophen, Digibind® for digoxin. A poison center should be contacted to determine if new specific antidotes have been developed, particularly for new drugs.

Inhaled poison: The patient should be removed from the contaminated environment, his respiration supported, and other personnel protected from contamination.

E - 62

Skin and eye contamination: Contaminated clothing (including shoes and socks) should be removed. The skin should be thoroughly washed and the eyes flushed with water.

# TRAUMA

## ABDOMINAL TRAUMA

Abdominal trauma is typically a difficult at best situation to assess especially in the pre–hospital setting. As with any traumatic incident, injury is delineated into two categories; blunt trauma and penetrating trauma. Penetrating trauma is obviously easy to recognize, as the integrity of the abdominal wall has been breeched. Blunt trauma on the other hand, can be subtle, which allows for the pre–hospital provider to possibly miss underlying injuries. Whether the mechanism of injury is blunt or penetrating, the two most life– threatening problems associated with abdominal trauma are hemorrhage and infection. The key to proper management of the abdominal trauma patient is rapid assessment and recognition, and proper shock management.

Assessment of the traumatic abdomen causes us to remember our anatomy of the three regions within the abdomen; thoracic abdomen, true abdomen, and retroperitoneal abdomen. Each region houses both solid and hollow organs within which represent different injury patterns accordingly.

The thoracic abdomen is considered to encompass all the organs which reside in the abdomen, yet are still protected anteriorly by the inferior portion of the rib cage (i.e. spleen, liver, gallbladder, stomach). Special consideration must be given, as rapid hemorrhage is very possible with injuries here. Even minor lacerations to liver or spleen can cause significant blood loss, resulting in a "shocky" patient.

The true abdomen encompasses the large and small intestines, and the bladder. One also must incorporate the anatomy of the female patient since the true abdomen also holds the ovaries, uterus, and fallopian tubes. Injury to these organs typically cause infection, peritonitis, and occasionally shock (especially in females due to the vascularity of the uterus ).

Finally, the retroperitoneal region lies posterior to both the thoracic and true abdomens. This region is the most difficult to assess due to its location anatomically. Organs located within this region include; kidneys, pancreas, abdominal aorta, and the inferior vena cava. Each of these present a large opportunity for massive hemorrhage with the possibility of no obvious changes to the region, so it is imperative that other signs and symptoms of shock are observed for.

Proper assessment of the abdomen typically revolves around visualization and palpation of all areas of the abdomen. This does not preclude that standard traumatic primary surveys should not be completed. In fact, this is just a small part of the overall assessment of any trauma patient. After the removal of all clothing in the region, the entire abdominal region needs to be visually assessed and manually palpated. Consideration should be given during clothing removal for the maintenance of legal evidence if it is needed (i.e., GSWs, stabbings, etc.).

Following the standards put forth by BTLS International, the acronym "DCAP–BLS TIC" can be followed (deformity–contusion–abrasions–penetrations–burns–lacerations– swelling–tenderness–instability–crepitus). One also must remember that any signs of intra–abdominal trauma seen in the pre–hospital setting, typically indicates a significant underlying injury since abdominal injuries typically do not manifest themselves early. Abdominal distention or tenderness is considered to be an indication for immediate transport following a traumatic incident. Although auscultation and percussion of the abdomen are "nice" to complete during assessment, time should not be wasted in the pre–hospital setting since the benefits of such are minimal.

Management of the abdominal trauma patient typically revolves around the standards impressed upon us throughout our careers, ABCs (Airway – Breathing – Circulation). After the maintenance of each of these has been achieved and assured, treatment of abdominal injuries can be addressed as part of the circulation assessment. Treatments should reflect a minimal on–scene time, as rapid transport of the patient to an awaiting OR is imperative. IVs should be considered en route to the ER and only run at a rate conducive to maintaining a systolic B/p of 90–100 mmHg. Other standard shock treatments should also be included during the transport.

Since specific injury diagnosis is practically impossible in the pre–hospital setting, early recognition of a possible problem is the key to the proper management of the abdominal trauma victim. Rapid transport of all suspected abdominal injuries is imperative when you consider that no other area of the body is capable of readily hiding such large quantities of blood. Quick recognition and rapid treatments en route help to keep us "ahead of the game," especially when considering that patients with serious intra–abdominal injuries can easily deteriorate rapidly and often without warning.

## BURNS

Each year approximately 2 million people are burned in the United States resulting in approximately 12,000 deaths. As a result, many of the survivors of these incidents are unfortunately severely disabled and/or disfigured. Burns are classified by the cause, and, more importantly, severity, or degrees,

E - 63

EMERGENCY MEDICAL GUIDELINES

which depends upon the depth of the burn. Each burn creates a unique set of management problems while at the same time, each burn management case will follow the same treatment modalities.

Burns are typically classified into one of the following causes: flame, electrical, chemical, radiation, steam, or scald. The skin, the largest organ in the human body, is the predominant reference made when talking about burns. However, its importance in temperature regulation, environmental protections, and other homeostatic functions is unsurpassed. Unfortunately, even though the skin is often the only place you actually see the effects of burns, it is the underlying structures, organs, and vessels which are the ultimate considerations treating a burn patient.

The skin is divided into two layers: the epidermis, the thin outer layer seen on the surface, and the dermis, the thick connective tissue layer located just beneath the epidermis. Burns degrees are based upon the amount of tissue involvement *as it pertains to the skin*.

First–degree burns typically involve just the outer regions of the epidermis and are commonly recognized by their red, painful skin, which usually heals within 3 to 6 days following the incident.

Second– degree burns (commonly referred to as partial thickness burns) involve deeper regions of the skin including all of the epidermis and typically just the outer regions of the dermal layer. Second–degree burns are commonly seen as red, blistered skin that is very painful to touch and will typically heal within 2 to 4 weeks after the exposure.

Finally, third–degree burns, which are considered the most dangerous. These are referred to as "full–thickness" burns due to the fact that all layers of the skin, including the underlying subcutaneous tissues and muscle layers are commonly involved in the burn–damaged area. Third–degree burns are commonly characterized by the white–gray, leathery, charred skin that is void of pain due to the complete destruction of the nerve endings located within that region of the skin. Third degree burns do not heal naturally due to the complete destruction of all the skin cells located within the area and long–term treatment typically includes skin grafts.

Assessment of the burn patient encompasses the size and location of the affected area, as well as the cause of the burn itself, and, most importantly, the safety of the crew and patient. Scene safety must always be in the forefront of everyone's thoughts when on any trauma call.

Assessment of the burn patient follows the ABCs as we have all been taught, although special consideration must be made with regards to airway control. Inhalation burns, which account for more than half of all burn deaths, commonly cause edema and swelling to the upper airways. This ultimately leads to the "closing off" of the airway. Early recognition of such a possibility must be considered and acted upon prior to the complete closure of the airway. Aggressive airway management will ultimately determine the viability of your patient. Determining the cause of the burn is also of great importance. Although flame exposure, chemical, and scald burns are easily recognizable on the surface, electrical burns may only manifest themselves as a small dot or circle on the skin, yet the damage created from the burn can be staggeringly more severe.

One also must also consider the size of the affected area. The common "Rules of Nine" chart allows pre–hospital providers to approximate the percentage area affected by the burns, but this does not account for the possible areas affected when considering an electrical burn. One must believe that all areas between an entrance–burn and an exit–burn are also affected. This can drastically increase the size of your burn. One must also note the area affected by the burns. Face, hands, feet, genitals, and major joints are areas that require special attention by properly trained burn specialists.

Special considerations for chemical burns are required, in such that even though you may have an easily recognizable outer burn area, you have to determine whether or not the skin has absorbed the chemical agent and is now possibly circulating it systemically.

Management of the burn patient depends upon the cause and region of the burn. As a pre–hospital provider, you must realize that burn patients do not typically die rapidly from the burns themselves, rather, they die from the secondary conditions related to the burns (i.e. airway obstruction secondary to edema from an inhalation burn).

Management should place the greatest emphasis on airway management and the removal of the patient from the source of the burn. Cooling of the burn site should be limited as to prevent the accidental causing of hypothermia or localized vasoconstriction. This would decrease the blood flow to an already damaged region. The long–term prognosis of the patient is increased when recognition for rapid transport is made. To minimize infection and other long–term considerations for the patient, pay attention to wound care. Remember, the most important thing you can do for your burn patient is airway management.

# CHEST INJURY

Chest injury is often a deceptive diagnosis without the availability of X–rays. Any chest wall injury associated with difficulty breathing should be considered serious until proven otherwise. Chest injuries are the second leading cause of trauma related deaths each year. A thorough assessment is

essential, as missed injuries can lead to impaired ventilation causing hypoxia, hypercarbia, and acidosis. The major types of chest injury are listed below.

Rib Fractures, Flail chest, Pulmonary contusion

Pneumothorax (open and closed), Tension Pneumothorax and hemothorax, Myocardial Contusion, Pericardial tamponade, Aortic, tracheal, and bronchial rupture. Traumatic asphyxia, Penetration and compromise of the diaphragm.

The above can be caused by a variety of trauma: Motor Vehicle accidents, falls, sports injuries, crush injuries, stab wounds, and gunshot wounds. The goal in the treatment of these injuries is to maintain the patients ability to oxygenate blood passing through the lungs. Provide supplemental High Flow Oxygen, do a thorough assessment, and treat the injury following the appropriate procedural guideline. Chest injury may be penetrating or blunt. Penetrating injuries are caused by forces distributed over a small area as in gunshot wound, stabbing, or falls onto sharp objects. With penetrating trauma, any structure or organ in the chest cavity may be injured. With blunt trauma, the forces are distributed over a larger area, and many injuries occur from deceleration, bursting, and shearing forces. Conditions such as pneumothorax, pericardial tamponade, flail chest, pulmonary contusion, and aortic rupture should be suspected in blunt trauma or when the mechanism of injury involves rapid deceleration.

Symptoms

The symptoms of chest trauma include; shortness of breath, tachypnea, and chest pain. The pain is usually pleuritic, pain upon movement of the chest wall during respiration. The patient will usually try to splint the chest wall thereby limiting the movement during respiration. Conditions such as pneumothorax, and vascular injuries might not produce any symptoms initially. Repeat assessment is essential.

Signs

The evaluation of the chest should include observation, palpation, and auscultation. Signs to observe include, cyanosis, bruises, lacerations, puncture wounds, jugular vein distention, tracheal deviation, subcutaneous emphysema, and asymmetrical chest rise. The neck and chest should be palpated for the presence of tenderness, bony crepitus, subcutaneous emphysema, and an unstable chest segment. The chest should be auscultated for equal lung sounds, volume of inspiration, and diminished or absent breath sounds on one or both sides of the chest.

Signs and Symptoms of Specific Injuries

Rib Fractures: Pain on inspiration, local tenderness, bony

crepitus.

Flail Chest: Paradoxical Chest movement, pain, crepitus, hypoxia.

Pulmonary Contusion: Usually seen with flail segment, pain, hypoventilation, hypoxia.

Pneumothorax: Unequal lung sounds, difficulty breathing, tachypnea, pleuritic chest pain.

Open Pneumothorax: Pain, difficulty breathing, bubbling sound as air moves in and out of the pleural space through the defect.

Tension Pneumothorax: Pain, difficulty breathing, jugular vein distention, tracheal deviation, absent or diminished lung sounds, cyanosis, tachycardia, narrow pulse pressure.

Hemothorax: Tachypnea, decreased breath sounds, dullness to percussion, clinical signs of Shock, difficulty breathing.

Myocardial Contusion: May have no signs and symptoms other than chest pain from striking object. Arrhythmias are to be treated by ACLS protocol be alert to mechanism of injury.

Pericardial Tamponade: Tachycardia, jugular vein distention, narrow pulse pressure, Pulsus Paridoxus (can be determined by noting the radial pulse diminish or even disappear with inspiration), muffled heart sounds.

Aortic Rupture: Clinical signs of Shock, unequal pulses between the arms and the lower torso. (Radial and Femoral Pulses)

Tracheal/Bronchial Rupture: Severe dyspnea, hemoptysis, subcutaneous emphysema.

Traumatic Asphyxiation: Bluish discoloration to face and neck, jugular vein distention, conjunctival hemorrhage, difficulty breathing.

Diaphragmatic Rupture: Difficult to diagnose, decreased breath sounds particularly over the left chest, sometimes bowel sounds may be heard in the left chest. If a considerable amount of abdominal contents is displaced into the chest, the abdomen may have a hollow or empty appearance.

In summary serious injury to the chest can disrupt ventilation and also cause profound circulatory compromise. Maintaining the ABC's as well as quick assessment and intervention for field treatable injuries (i.e., Tension Pneumo, Pericardial Tamponade, Sucking Chest wound, Flail Chest) can be lifesaving. Interventions should be done enroute to the hospital if possible, as on scene times should be kept to a minimum for these trauma patients.

EMERGENCY MEDICAL GUIDELINES

# CRUSH INJURY

Crush injuries and their secondary metabolic complications are relatively uncommon, but are a significant form of trauma. The three major syndromes associated with crushing injuries are:

Crush Syndrome

Compartment Syndrome

Traumatic Asphyxia

These complex and often devastating injuries are among the most challenging types of trauma encountered by pre–hospital care providers. Early recognition and prompt therapy are essential to achieving a favorable outcome, whereas delays in diagnosis and treatment may result in permanent and severe disability.

## CRUSH SYNDROME:

Following extrication, the patient frequently feels relatively little or no pain, and may have few physical complaints. Instead, emotional complaints dominate the history, as might be expected from a patient trapped or buried for hours. Multiple skin lacerations and tears are common when a direct pressure trauma occurs, such as when a car runs over an extremity. If crush syndrome develops and is untreated, Hypovolemic shock and hyperkalemia occur, followed by acidosis and acute renal failure secondary to myoglobin released from damaged tissue.

## COMPARTMENT SYNDROME:

Compartment syndrome is caused by higher than normal pressure within a closed space, usually a muscle compartment. It occurs secondary to either a decrease in compartment size or an increase in compartment contents. The pathophysiology of compartment syndrome essentially results from too much volume in too little space leading to too much pressure. As perfusion is impaired, ischemia and tissue edema occur and are followed by more swelling. Tissue ischemia is followed by tissue necrosis. Muscle death may result in myoglobinuria, acidosis, and renal failure as well as amputation of the involved extremity, sepsis, or sepsis, or death.

## TRAUMATIC ASPHYXIA:

Traumatic asphyxia, usually resulting from injuries that cause direct chest compression are rare. The exact pathology of this syndrome is unknown…one hypothesis is that blood forced out of the right atrium by the crushing force moves through the innominate and jugular veins toward the head. The clinical syndrome includes subjuctival and subcutaneous hemorrhages, bluish discoloration of the face, neck, and pronounced facial edema. Peleckiae is evident at the face,

neck, and upper chest, but not below the nipple line. Associated injuries may require intubation and mechanical ventilation. All survivors in a large series were extricated within fifteen minutes of intrapment. Patient's who survive for more than an hour will uniformly do well with 90+% chance of survival without sequelae or complications.

# DROWNING/NEAR DROWNING

Bystander CPR may be in progress. The Team should prepare for abdominal distention with vomiting. Focus on airway management and hyperventilation, with compressions if appropriate. A significant amount of drowning victims develop marked laryngospasm with airway occlusion. The Team should consider the following: head or spinal injury, aspiration of fluid, lung sounds, down time and water temperature.

Near–drowning victims, because of aspiration or laryngospasm, usually sustain significant hypoxemia, with the consequent danger of respiratory failure and hypercapnia. Acute reflex laryngospasm may result in asphyxia without aspiration of water. Aspiration of fluid and particulate matter may cause chemical pneumonitis, damaging cells lining the alveoli, and may impair alveolar secretion of surfactant, resulting in patchy atelectasis.

The perfusion of non–aerated, atelectatic areas of the lungs leads to intrapulmonary shunting of blood and aggravates hypoxemia; the more fluid aspirated, the greater the surfactant loss, atelectasis, and hypoxemia. Aspiration of large quantities of water may cause sizable areas of atelectasis, resulting in stiff noncompliant lungs and respiratory failure. Respiratory acidosis with hypercapnia and hypoxemia can occur. A concomitant metabolic acidosis may also result from tissue hypoxia. Hypoxemia and tissue hypoxia often result in pulmonary edema and even cerebral edema.

The mammalian diving reflex in cold water allows survival after long periods of submersion. The diving reflex, first identified in seagoing mammals, slows the heartbeat and constricts the peripheral arteries, shunting oxygenated blood away from the extremities and the gut to the heart and brain. In cold water, the $O_2$ needs of the tissues are reduced, extending the possible time of survival.

Respiratory insufficiency is more critical than changes in electrolytes and blood volume, which vary in magnitude depending on the type and volume of aspirated fluid. Sea water may cause a mild elevation of sodium and Cl, but the levels are rarely life–threatening. By contrast, aspirating large quantities of fresh water can cause a sudden increase in blood volume, profound electrolyte imbalance, and hemolysis. Victims may succumb to the effects of these changes – asphyxia and possibly ventricular fibrillation – at the scene of the tragedy. Cardiac arrest, usually preceded by fibrillation, causes

E - 66

many of the deaths attributed to drowning. However, current belief is that the pulmonary edema following near– drowning is a direct result of hypoxemia and analogous to pulmonary edema of high altitude, i.e., noncardiogenic pulmonary edema.

Time should not be wasted in attempts to drain water from the lungs in a freshwater victim, because the hypotonic fluid passes rapidly into the circulation. Sea water, being hypertonic, draws plasma into the lung, and the Trendelenburg position may promote drainage.

Hospitalization is mandatory for all victims. Resuscitation should continue during transport, regardless of the patient's condition. Consciousness is not synonymous with recovery, since delayed death from hypoxia can occur.

# EYE INJURIES

The three principal types of eye injuries encountered by the Team are due to blunt and penetrating trauma, burns and foreign bodies (including chemicals). Chemical injury generally requires the fastest action to avoid permanent damage. Most of the field treatment of eye injuries involves only superficial care, since the majority of problems must be handled in the hospital by an opthamologist. Sudden loss of vision in one eye can be caused by thrombosis or occlusion of the retinal artery. Acute glaucoma produces pain, headache, nausea and haloes around the eye. Treatment is patching. Retinal detachment causes vision loss, flashing lights, and dark spots. Treatment is transport in supine position and patch both eyes.

Trauma to the eye or adjacent structures requires meticulous examination to determine the extent of injury. Vision, range of extraocular motion, depth of anterior chamber, location of lid and conjunctival lacerations and of foreign bodies, and presence of anterior chamber or vitreous hemorrhage or cataract should be determined and recorded in detail for protection of patient, physician, and in industrial cases, employer.

1. Conjunctival and corneal foreign body injuries are the most common eye injuries. Seemingly minor trauma can be serious if ocular penetration is unrecognized or if secondary infection follows a corneal abrasion.

2. Intraocular foreign body injuries require immediate emergency treatment, and the foreign body that has penetrated the eye must be removed by an ophthalmic surgeon. A patch and a metal shield are placed over the eye to avoid inadvertent pressure that could extrude ocular contents through the penetration site. The patient should not receive anything by mouth in preparation for urgent surgery.

Trauma to the globe may severely damage internal structures. Hemorrhage into the anterior chamber, laceration of the iris, cataract, dislocated lens, glaucoma, vitreous hemorrhage, orbital–floor fractures, retinal hemorrhage or detachment, and rupture of the eyeball may result. Emergency treatment may be needed before care by a specialist. It consists of alleviating pain and applying protective dressings.  Traumatized lids should never be opened forcibly, since this could aggravate the injury. Rarely, after a laceration of the globe, the uninjured, contralateral eye becomes inflamed (sympathetic ophthalmia) and may lose vision to the point of blindness.

Anterior chamber hemorrhage (traumatic hyphema) following blunt injury is potentially serious and requires attention by an ophthalmologist. It may be followed by recurrent bleeding, glaucoma, and blood–staining of the cornea.

Although initially retinal detachment may be localized, without treatment the entire retina may detach. Rhegmatogenous detachment implies a break through and through in the retina and is seen more frequently in myopia, after cataract surgery, or following ocular trauma. Non–rhegmatogenous detachments can be produced by vitreoretinal traction (i.e. proliferative retinopathy of diabetes or sickle cell disease) or by transudation of fluid into the subretinal space (i.e., severe uveitis, especially in Vogt–Koyanagi–Harada disease, or primary or metastatic choroidal tumors).

Retinal detachment is painless. Premonitory symptoms may include dark or irregular vitreous floaters, flashes of light, or blurred vision. As the detachment progresses, the patient notices a curtain or veil in the field of vision. If the macula is involved, central visual acuity fails drastically.

Any patient with a suspected or established retinal detachment should be seen, on an urgent basis, by an ophthalmologist. Direct ophthalmoscopy may show retinal irregularities and a bullous retinal elevation with darkened blood vessels. Indirect ophthalmoscopy, including scleral depression, is necessary to detect peripheral breaks and detachment.

If a vitreous hemorrhage obscures the fundus, especially in myopia, post–cataract extraction, or eye injury, retinal detachment should be suspected and ultrasonography performed.

Subconjunctival hemorrhages may develop at any age, usually following minor trauma, straining, sneezing, or coughing; rarely, they occur spontaneously. They alarm the patient but are of no pathologic significance except when associated with blood dyscrasias, which is rare. They occur as gross extravasations of blood beneath the conjunctiva and are absorbed spontaneously, usually within two weeks with treatment.

Vitreous hemorrhages, extravasations of blood into the vitreous, produce a black reflex on ophthalmoscopy. They may

E - 67

EMERGENCY MEDICAL GUIDELINES

occur in such conditions as diabetic retinopathy or hypertension or may result from trauma, retinal neovascularization, or retinal tears.

Retinal hemorrhages are flame–shaped in the superficial nerve fiber layer, as in hypertension or venous occlusion, or round (dot and blot) in the deeper layers, as in diabetes mellitus or septic infarctions. Retinal hemorrhages are always significant, reflecting vascular disease that usually is systemic.

Seeing floaters (spots) before one or both eyes is a frequent adult complaint. Floaters are usually most noticeable against a white homogeneous background and seem to move slowly. They result from contraction of the vitreous gel and its separation from the surface of the retina. Since the vitreous gel is denser where it attaches to the optic nerve, floaters are usually more apparent in this area. Though floaters usually are without significance, in a small number of patients they may indicate a tear in the retina. They are more prevalent in highly myopic and older persons, tending to become less noticeable with time. A minute vitreous hemorrhage may appear as a brown or red floater. Retinal detachments may be preceded by a shower of "sparks"or lightning flashes and may be accompanied by a shower of floaters. Only after the retina actually separates from its underlying structure (the retinal pigment epithelium) does a "curtain" of visual loss move across the visual field.

Abnormal visual intolerance to light is common in lightly pigmented persons. Usually it is without significance and may be relieved by wearing dark glasses. It is an important, but nondiagnostic, symptom in keratitis, uveitis, acute glaucoma, and traumatic corneal epithelial abrasions.

Ocular pain is important and, unless due to an obvious local cause such as a foreign body, acute lid infection, or injury, demands investigation (i.e., for uveitis, especially iridocyclitis, or glaucoma). Sinusitis occasionally causes referred eye pain.

A blind spot in the field of vision is a negative scotoma. Frequently it is not noticed by the patient unless it involves central vision and interferes significantly with visual acuity. Negative scotomas noticed by the patient usually are due to hemorrhage or choroiditis. A scotoma found in the same visual field area in each eye is usually a quadrantic or hemianoptic defect resulting from a lesion in the optic pathways. A positive scotoma, perceived as a light spot or scintillating flashes, represents a response to abnormal stimulation of some portion of the visual system; i.e., as in the migraine syndrome.

# FRACTURES

The handling of fractures may dramatically alter prognosis of the injury. Minor or small bone fractures should be treated

as simple injuries (splinting, elevation and ice). Treat long bone fractures, hip, pelvic or spinal injuries as major trauma. When the patient's condition and time permits, the Team should establish IV and EKG monitoring prior to moving patient. The Team should consider the following: shock, assessment of painful areas, sensation and circulation tested before and after splinting and/or manipulation. Any complaint of paresthesia, weakness of motor function, diving or body surfing injuries should be treated as a spinal injury. Assess long bone fractures noting pulse and sensation. If a fractured limb is ischemic or cannot be stabilized because of deformity, apply gentle traction along the long axis of the limb to reduce and stabilize the fracture. Recheck and record neurovascular status after each movement of limb. Use of PASG is indicated for suspected pelvic fractures.

# HEAD INJURIES

Significant head injuries, which have associated findings of disturbed consciousness, abnormal CNS exam, or significant signs of head and neck trauma, produce some of the most critical injuries attended. Assuming greater severity of injury is prudent. Treat every significant head injury as neck injury too. The Team should consider the following: CSF leaks, seizure activity, check mouth, drugs at scene, focal findings in neurological exam or Cheyne–Stokes respirations. Nasotracheal intubation is contraindicated with severe facial injuries.

Head injury causes more deaths and disability than any other neurologic cause before age 50 and is the leading cause of death in men and boys less than 35 years old. Mortality in severe injury approaches 50% and is only little reduced by treatment. Damage results from skull penetration or from rapid brain acceleration or deceleration, which injures tissue at the point of impact, at its opposite pole (contrecoup), and also diffusely within the frontal and temporal lobes. Nerve tissue, blood vessels, and meninges are sheared, torn, and ruptured, resulting in neural disruption, intra–and extracerebral ischemia or hemorrhage, and cerebral edema. Hemorrhage or edema acts as an expanding intracranial lesion, causing focal neurologic deficits or increased intracranial swelling and pressure that can lead to fatal herniation of brain tissue through the tentorium or foramen magnum. Skull fractures may lacerate meningeal arteries or large venous sinuses, producing epidural or subdural hematoma. Fractures, especially at the skull base, can also lacerate the meninges, causing CSF leakage through the nose (rhinorrhea) or ear (otorrhea), or ingress of bacteria or air into the cranial vault. Infectious organisms may reach the meninges via cryptic fractures, especially when they involve the paranasal sinuses. Few head injuries occur in isolation, and most cases require simultaneous attention to other seriously traumatized parts of the body.

E - 68

Concussion is characterized by transient posttraumatic loss of consciousness unaccompanied by gross structural lesions in the brain or leaving serious neurologic residua. Although unconscious, the patient with concussion rarely is deeply unresponsive. Pupillary reactions and other signs of brainstem function are intact; extensor plantar responses may be present, but not hemiplegia or decerebrate postural responses to noxious stimulation.

Cerebral contusion and lacerations constitute more severe injuries. Depending on severity, they often are accompanied by severe surface wounds and by fractures located at the base of the skull or having depressed bone fragments. Hemiplegia or other focal signs of cortical dysfunction are common. More severe injuries may cause severe brain edema, producing decorticate rigidity (arms flexed and adducted; legs and often trunk extended), or decerebrate rigidity (jaws clenched, neck retracted, all limbs extended) is common. Coma, hemiplegia, uni– or bilaterally dilated and unreactive pupils, and respiratory irregularity may result from internal brain herniation and require immediate therapy. Increased intracranial pressure, producing compression or distortion of the brainstem, sometimes produces a rising blood pressure coupled with a slowing of the pulse and respiration.

The cerebral hemispheres and underlying diencephalon generally are more exposed and susceptible to the effects of non–penetrating trauma than is the brainstem. Signs of primary brainstem injury (coma, irregular breathing, fixation of the pupils to light, loss of oculovestibular reflexes, or diffuse motor flaccidity) almost always imply severe injury and a poor prognosis.

Since severe head injuries frequently are accompanied by thoracic damage, the neurologic problems often are complicated by pulmonary edema (some of which is neurogenic), hypoxia, and an unstable circulation. Damage to the cervical spine can cause fatal respiratory paralysis or permanent quadriplegia from cord injury.

Acute subdural or intracerebral hematomas are common in severe head injury and, together with severe brain edema, account for most fatal cases. All 3 conditions can cause transtentorial herniation with signs of progressive rostral–caudal neurologic deterioration: deepening coma, widening pulse pressure, midposition or dilated and fixed pupils, spastic hemiplegia with hyperreflexia, quadrispasticity, decorticate rigidity, or decerebrate rigidity.

Epidural hematomas most often have a temporal location (middle meningeal artery). Symptoms (increasing headache, deterioration of consciousness, motor dysfunction, and pupillary changes) may develop within minutes or hours after injury, often following a lucid interval of relative neurologic normalcy. An epidural hematoma is less common than subdural hematoma, but important, because rapid brain compression

and shifting can cause fatal or permanent neurologic deficits if not promptly evacuated. Temporal fracture lines suggest the diagnosis but may not be present.

Chronic subdural hematoma may not produce symptoms until some weeks after trauma. Although diagnosis in early cases (2 to 4 weeks after trauma) may be suggested by a clinical course of delayed neurologic deterioration, later diagnosis can be difficult because of the time lapse between the injury and the onset of symptoms and signs. Subdural hematomas are more common in alcoholics and patients over age 50, and the head injury may have been relatively trivial, even forgotten. Increasing daily headache, fluctuating drowsiness or confusion, and mild to moderate hemiparesis are typical. In infants, chronic subdural hematomas can cause enlarging head circumference, suggesting hydrocephalus.

Post traumatic epilepsy, with seizures beginning as late as several years after trauma, follows about 10% of severe closed head injuries and 40% of penetrating head wounds.

The worst form of severe head injury is that which causes near–complete damage to forebrain functions but spares the brainstem. Survivors exist in a chronic vegetative state, which, with assiduous nursing, can last for many years. Few patients recover from the vegetative state when it lasts as long as 3 months after injury and almost none after 6 months.

# HEAT TRAUMA

Exposure injuries include heat cramps, heat exhaustion and heat stroke. These can occur from exposure or/and dehydration. Heat cramps are characterized by extreme cramping, nausea & vomiting, sweating and flushed skin. Heat exhaustion is characterized by confusion, hypotension, cool/moist skin. Heat stroke is characterized by dry, red skin, shock, decreased level of consciousness or coma.

Exposure to high ambient temperature may lead either to excessive fluid loss and hypovolemic shock (heat exhaustion) or to failure of heat loss mechanisms and dangerous hyperpyrexia (heatstroke). Prolonged exposure (greater than 2 to 3 weeks) and excessive sweating, especially if accompanied by vomiting or diarrhea, lead to dehydration; sodium, potassium, and magnesium depletion; and hypovolemia. High ambient humidity, by decreasing the cooling effect of sweating, and prolonged strenuous exertion with increased heat production by muscle increase the risk of heat illness. Age, obesity, chronic alcoholism, debility, and many drugs (i.e., anticholinergics, antihistamines, phenothiazines, numerous psychotropic drugs, alcohol, and cocaine) increase susceptibility to heat illness, particularly heatstroke. Though stemming from the same cause, heatstroke and heat exhaustion are sharply different.

E - 69

EMERGENCY MEDICAL GUIDELINES

# SCUBA

Diving barotraumas can present with a variety of manifestations, from ear or mouth pain and headaches to major joint pain, paralysis, coma, and death. As a result of the wide variety of presentations, these disorders must be considered in any patient who recently has been exposed to a significant change in barometric pressure. The 3 major manifestations of barotraumas include sinus or middle ear effects, decompression sickness (DCS), and arterial gas embolism.

Pathophysiology: Injuries caused by ambient pressure changes during ascent and descent are generally governed by Boyle's and Henry's Laws of physics. If air is trapped, as occurs in breath holding during rapid ascent, it expands with great force against the walls of that space (reverse squeeze). During rapid ascent, incidents of pneumothorax and pneumomediastinum as well as sinus squeeze and inner ear injuries can occur. In addition, when nitrogen in a diver's air tank dissolves in the diver's fatty tissues or synovial fluids at depth, nitrogen will be released from those tissues as the diver ascends to a lower pressure environment. This occurs slowly and gradually if the diver ascends slowly and gradually, and the nitrogen enters the bloodstream to the lungs and is exhaled. However, should the diver ascend rapidly, nitrogen exits tissues rapidly and forms gas bubbles.

## SCUBA DIVING INJURIES

Scuba divers are susceptible to many types of injuries. These injuries range from minor traumas, lacerations, bites or stings to a variety of barotraumatic injuries and even carbon monoxide poisoning. General trauma, bites, stings, allergic reactions and the like are treated like any other injury and are discussed elsewhere in these guidelines. The purpose of this information is to familiarize the team with the pathophysiology and treatment of barotraumatic injuries, those injuries that are particular to the scuba diver and caused by increased pressure while underwater. The team should always be stay alert to the possibilities of multiple injuries in the diver.

The goal of treatment is early recognition of the possibility of a diving injury and prompt notification of emergency room. This will allow the hospital ample time to prepare specialized equipment and recall specialized personnel. The team must also be aware that often divers ignore symptoms or pass them off as muscle sprains or strains. If the diver has breathed compressed air underwater, even in shallow water, and is experiencing any related symptoms, including but not limited to: pain, neurologic deficit, SOB or altered LOC the patient must be assumed to have experienced a barotraumatic injury, and should be treated as such until that assumption can be ruled out.

Ninety–five percent of diving injuries present symptoms within the first three hours, some almost immediately. Symptoms usually get progressively more painful though they will often be relieved with oxygen. This relief is short–lived and will return even worse when oxygen is removed. Divers will often minimize the symptoms, especially if they begin to go away with oxygen. Sprains and strains don't get better with oxygen. Dive injuries do. Below is a list of the most common barotraumatic injuries.

## ARTERIAL GAS EMBOLISM (AGE)

Many of the following injuries have similar causes. When at depth, a diver is at a greater residual pressure. As the diver ascends and the ambient pressure decreases air trapped in a flexible space will expand . An arterial gas embolism occurs when air becomes trapped in the divers lungs, either through breathholding or alveolar disfunction. As the diver ascends, ambient pressure decreases and the pressure within the lungs increases until an injury occurs within the lung itself and the gas is forced through the alveolar wall and into the bloodstream and surrounding tissues. Gas bubbles may lodge in many areas including the coronary arteries, spinal cord or cerebral circulation. Gas embolism may present with symptoms similar to DCS or a stroke. Onset is usually rapid, either immediately or within a few minutes.

## BAROTRAUMA

Pre–hospital care should consist of assessing the ABC's and correcting any immediate life–threatening conditions while maintaining adequate oxygenation and perfusion. Patients should be placed on high–flow oxygen and have large–bore venous access with isotonic fluid infusion to maintain blood pressure and pulse. Supine is the only currently acceptable transport position.

– Perform endotracheal intubation on a patient who has an unstable airway or has persistent hypoxia despite breathing 100% oxygen. End– tidal CO2 detection and sa02 monitoring are essential.

– Needle decompression of the chest is indicated for suspected tension pneumothorax. 12 lead interpretation is appropriate in suspected AGE.

– Continuous intravenous hydration to maintain adequate blood pressure. Obtaining a blood glucose level and drawing Prothrombin time (PT), activated partial thromboplastin time (aPTT) blue top blood tubes would be clinically helpful prior to hydration.

– Consideration for relative hypothermia and passive re-warming is always appropriate for these patients who may be in shock.

– Make every attempt to transport the divers gear with the patient. This can be vital in interpreting the cause of the inci-

EDUCATIONAL GUIDELINES

dent.

– Obtaining a small water sample to be transported with the patient can be advantageous in rapidly identifying the need for specific antibiotics and facilitating their administration.

Sinus & Middle ear squeeze

– Symptomatic therapy with decongestants, both oral and nasal, is indicated. Aspirin may also be appropriate.

– Pain control should be instituted with non–steroidal anti–inflammatory drugs (NSAID's) or narcotic analgesic medications.

Decompression sickness type I

– These patients should receive high–flow oxygen via a non–rebreather mask BVM.

– Intravenous access with administration of isotonic fluids (normal saline or lactated ringers) to maintain urine output at

1–2ml/kg/hr. " This is considered normal output.

– These patients should also receive aspirin 324–650mg for anti–platelet effects as well as pain control.

– If a patient's medical condition continues to deteriorate, he or she is then classified as having type II DCS.

Decompression sickness type II – All *of* the interventions for type I are appropriate for type II DCS. – These patients need recompression therapy to resolve their symptoms.

– The most appropriate management is to transfer to the nearest hyper baric chamber.

Arterial gas embolism

– These patients can have mild symptoms from a small embolism that may improve with the therapy for type I DCS, including high–flow oxygen, liberal intravenous hydration, and aspirin.

– Patients with severe AGE (i.e., unstable blood pressure, respirations, or neurologic status) require immediate recompression therapy in a hyper baric chamber.

Consultations: Consult a specialist at a recompression chamber for any patient with type II DCS or an unstable AGE.

– The recompression chamber specialist must be contacted prior to transfer to determine chamber availability and the appropriateness of hyper baric oxygen (HBO) therapy.

– A complete list of recompression chambers is available from the

Divers' Alert Network (DAN) by phone 24 hours a day at (919) 684–8111 or (919) 684–4DAN (4326). Their US web site is http://www.diversalertnetwork.org.

– An important issue to consider is time vs distance to the HBO chamber. This frequently is accomplished by air. Helicopter transport necessitates the pilot maintain altitude at less than 1000 feet.

The primary medications in treatment of dysbaric injuries are oxygen, isotonic fluids, anti–inflammatory medications, decongestants, and analgesics.

Medical management techniques utilizing the triad of 100% oxygen, aggressive re–hydration, and medications to alleviate and reverse the inflammatory process that is chiefly responsible for the progression of DCS.

CNS cases treated with the protocol during transport were improved or asymptomatic upon arrival at the HBO chamber 72% of the time.

## DECOMPRESSION SICKNESS (BENDS, DCS)

DCS usually results from the formation of gas bubbles, which can travel to any part of the body, accounting for many disorders. A gas bubble forming in the back or joints can cause paresthesias (tingling), neuropraxia, or paralysis. A bubble forming in the circulatory system can lead to pulmonary or cerebral gas emboli.

DCS is classified into 2 types. Type 1 is milder, not life threatening, and characterized by pain in the joints and muscles and lymph node swelling. The most common symptom is joint pain, which begins mildly and worsens over time and with movement. Type II DCS is serious and life threatening. Manifestations may include respiratory, circulatory, and most commonly, peripheral nerve and/or CNS compromise.

Arterial gas embolism (AGE) is the most dangerous manifestation of type II DCS. It occurs after a rapid ascent, when a gas bubble forms in the arterial blood supply and travels to the brain, heart, or lungs. This is immediately life threatening and can occur even after ascent from relatively shallow depths. DCS of the CNS is clinically similar to AGE; since the treatment of either requires recompression, differentiating between them is not of great importance.

Clinical History: Patients present with a history of diving, generally within 24 hours of the onset of symptoms. A physical exam should be tailored to the patient's history. Signs and symptoms that appear during or following a dive are pressure related until proven otherwise by a diagnostic or therapeutic recompression.

Sinus squeeze

– Patients generally present with complaints of facial or

E - 71

EMERGENCY MEDICAL GUIDELINES

oral pain, nausea, vertigo, or headache.

– Other important information to gather includes any history of recent upper respiratory infections, allergies rhinitis, sinus polyps, sinus surgeries, and whether the pain worsened during the descent or ascent.

Middle ear squeeze

– Patients often have a history of sudden vertigo, nausea, tinnitus, ear pain, deafness, or headache.

– They may have a history of previous diving ear injuries or a history of previous or current ear infection. Decompression sickness type I patients often have a history of recent diving followed by a flight home. They may complain of slowly progressing pain or numbness in their limbs or back.

– Patients present with joint, muscle, or back pain that worsens over time. The pain worsens with motion but is always present. Pain may range from mild t9 severe (the bends). This occurs in the majority (70–85%) of patients. The shoulder is the most commonly affected joint.

– Patients may have a history of previous decompression illness and multiple dives in the same day and frequently have not followed the dive tables closely. Divers should be questioned as to the method of computing bottom and ascent times with safety stops. This information should be recorded as part of the medical record.

Decompression sickness type II

– Type II usually presents sooner than type I. Pain is reported in only about 30% of cases.

– Patients may present with shortness of breath (chokes), chest pain, severe headache, altered mental status, and shock. They also may complain of dizziness or weakness. Patients may rapidly deteriorate without emergent intervention.

– Essential history to ascertain includes time since dive ended, the dive profile, when the symptoms began, and prior medical history. The dive profile consists of prior dives that day, depth of dive, bottom time, decompression stop depth, and length of stop.

– Inquires should be made specifically about previous decompression – injuries, pulmonary related problems, injuries or surgeries.

Arterial gas embolism (AGE)

– AGE usually presents with a history of a diver ascending very rapidly, often from fairly shallow depths, and suddenly screaming and losing consciousness. These patients often die before reaching medical facilities.

– Obtaining a history from these patients can be difficult

because they often present with altered mental status or in shock.

Other injuries similar to AGE & occurring on rapid ascent

– Mediastinal emphysema – gas is forced into the mediastinum

– Pericardial emphysema – gas is forced into the pericardium and presents as pericardial tamponade.

– Pneumothorax – gas becomes trapped within the pleural space.

– Witnesses often report that divers experience a sudden or immediate loss of consciousness or collapse, usually within minutes of surfacing.

Causes: The causes of DCS are related to predisposing medical or genetic factors, and to diver error. Examples of diver errors include – multiple daily dives, poor adherence to the dive tables, breath holding (most common), rapid ascent and or flying or traveling to high altitudes within 24 hours after diving.

## MEDIASTINAL EMPHYSEMA

Injury occurs similar to an AGE however the gas is forced into the mediastinum.  As the diver ascends the trapped air expands, compressing the heart, lungs and great vessels.  As with AGE the onset of symptoms is usually rapid.

## NITROGEN NARCOSIS (RAPTURE OF THE DEEP)

Nitrogen Narcosis is caused by an over–saturation of nitrogen in the bloodstream through an unknown process.  It results in a narcotic effect on the diver which may greatly affect his/her judgement.  All signs and symptoms will disappear as the diver ascends to a shallower depth.  The danger is that the diver will do something foolish while under the effect of nitrogen narcosis and suffer a more serious injury.  Altered level of consciousness at the surface is not Nitrogen Narcosis.

## OXYGEN TOXICITY

Oxygen toxicity has rarely been seen in the past when dealing with recreational divers diving within accepted limits (less than 130 ft).  However, with the acceptance of Enriched Air Nitrox (EAN) as a breathing gas there is a greater chance of oxygen toxicity. EAN is essentially air with an increased O2 percentage. 32% and 36% O2 are common mixes.  With the increase in oxygen the percentage of nitrogen decreases, resulting in an increased bottom time.  There is a trade–off here and that is increased risk of oxygen toxicity.  The increased partial pressure of O2 at depth combined with the increased percentage of O2 results in oxygen toxicity at shallower depths

E - 72

than before. Depending on the mixture oxygen toxicity can occur in water between 90 and 100 ft. The diver will experience a seizure and can obviously have a variety of complications depending on how the proximity of other divers and how quick they react. Once on the surface this diver should be treated as any near–drowning/dive accident. The diver who is now at a normal ambient pressure will no longer be suffering from oxygen toxicity and may be treated accordingly.

## PERICARDIAL EMPHYSEMA

Injury occurs similar to an AGE, however the gas is forced into the pericardium. As the diver ascends the trapped air expands, restricting the pumping action of the heart. This condition is similar to pericardial tamponade. Pericardiocentesis is the treatment of choice. As with AGE the onset of symptoms is usually rapid.

## PNEUMOTHORAX

Injury occurs similar to an AGE however the gas becomes trapped within the pleural space. If this occurs at depth, a simple pneumothorax may become a tension pneumothorax as the air expands while ascending.

## SUBCUTANEOUS PNEUMOTHORAX

Injury occurs similar to an AGE, however the gas escapes under the skin, usually around the neck and collarbones. Palpation of the area can produce the effect of "Rice Crispies" under the skin. While certainly a cause for concern this injury is seldom life–threatening. However, the prudent team will keep close watch on the divers airway as a compromise is possible.

While there are a number of different injuries that can occur from breathing compressed gas at depth, the treatment is fairly standard. Each injury is treated according to the Diving Accident Guidelines (see treatment section) and the patient is monitored for complications. A thorough history should be taken including number of dives, length and depth of dives and time on surface between dives. Ideally this patient should be transported to an emergency room that has a recompression chamber on site. Early transport and physician consult regarding the nature of the injury is critical.

# SNAKE BITE

Although the annual mortality from venomous snakebites is unknown, it is believed to be somewhere between 50 and 100. Venomous snakes located in our area are:

Pit Vipers

Eastern Diamond Back

Pygmy

Copperhead (N. FL.)

Cottonmouth

Coral Snakes

Identification of the snake, either dead or alive, is important in order to determine whether it is harmless or venomous. If the snake is not available, a reliable observer may have seen the snake well enough to identify it or describe it sufficiently. If the snake is venomous, it must be determined whether it is a pit viper or coral snake, and in the case of the former, whether it is a copperhead, cottonmouth or rattlesnake.

There are three additional characteristics of pit vipers that aid in distinguishing them from harmless snakes. First, they have vertical pupils. Most harmless snakes have round pupils, although some venomous snakes also have round pupils. Obviously, identification of this characteristic should be undertaken carefully. Second, a pit viper's head is generally triangular in shape or, more precisely, is shaped like an arrowhead. Harmless snakes have oval or egg shaped heads. A final distinction between pit vipers and harmless snakes lies in the pattern of plates on the snakes' underside. On a snake's ventral side, somewhat caudad, are whitish, seemingly loose scales called the anal plates. In venomous snakes, scales are arranged in a single row from the anal plate to a point approximately a third of the distance away from the tip of the tail. In most harmless snakes, the scales are arranged in double rows from the anal plate to the tip of the tail.

The coral snake is a relatively small, shy snake with a rather distinct pattern of red and black bands that are wider than the interspaced yellow rings. This has given rise to the following mnemonic rhyme: "Red on yellow, kill a fellow—coral snake. Red on black, venom lack—harmless snake." The more plentiful species, the eastern coral snake, has a black snout with the previously described coloration of the body. They need greater leverage to puncture the skin and a longer period to inject their venom. Coral snake venom has a blocking action on acetylcholine receptor sites. The early signs of a coral snake bite are slurred speech, dilated pupils, dysphagia, and myalgia. Frequently symptoms are not evident until 2–12 hours after the bite. Death results from respiratory arrest secondary to CNS inhibition, as well as weakness and possible paralysis of respiratory muscles.

The size and type of the snake govern the type, quantity, and quality of venom available. The condition of the snake is also important. A hungry, disturbed, and alert snake is deadlier. The angle of bite is significant, and so is its depth and the duration of the time of penetration of one or more fangs.

The size of the victim is important, children and infants being more vulnerable. The condition of the victim will seriously affect the outcome. Hypertension, diabetes, advanced

E - 73

EMERGENCY MEDICAL GUIDELINES

age, debility, or coagulation disorders are aggravated by a venomous snakebite. Individuals with bleeding tendencies, such as hemophilia, those on anticoagulant therapy, with active peptic ulcers, or with open wounds are susceptible to bleeding secondary to envenomation. Women who are menstruating will bleed excessively after a pit viper bite. Women who have endometriosis may bleed excessively and develop severe pain. Cases of abortion in pregnant women who have been bitten by pit vipers have been reported. The location of the bite is of great importance. Venomous snakebites on the head and trunk are from two to three times more dangerous than those on the extremities. Venomous bites on the upper extremities are more serious than those on the lower extremities. Incidental penetration of fangs and injection of venom into a blood vessel is usually catastrophic. After identifying whether the snake is venomous or harmless, quickly examine the pattern of the snakebite on the victim. It is safe to assume that the bite is venomous if one or two fang marks are present. Rarely three or four fangs may be present, according to the number of fangs. Absence of fang marks is presumptive of evidence of a harmless snakebite or an unsuccessful attempt by the pit viper without penetration. Fang marks separated by 15 mm or more indicate a bite by a very large snake, while those separated by less than 8 mm point to a smaller snake. A coral snake bite may present an atypical pattern.

If the offending snake cannot be identified, the symptoms and signs are the only remaining criteria of severity. The signs and symptoms are divided into hemopathic, neurotoxic, and systemic manifestations.

## HEMOPATHIC MANIFESTATIONS

Swelling, edema, ecchymosis, extravasation of blood, and bleeding from kidneys, lungs, peritoneum, rectum, and vagina may occur owing to endothelial damage of small vessels and lymphatic channels.

Changes in red blood cells and their ability to transport oxygen may result in bleeding, drop in hemoglobin, and tissue anoxia leading to necrosis. There may be local bleeding from areas such as the endometrium or urinary tract or bleeding from pathological foci, such as peptic ulcers, because of impaired coagulation mechanisms.

While hemopathic and systemic signs, including swelling, edema, and pain predominate with pit viper bites, neurologic signs may also occur.

## NEUROTOXIC MANIFESTATIONS

The effects of neurotoxins A and B on the central nervous system are manifested by dysphagia, convulsions, and psychotic behavior. The myoneural junction is also affected by neurotoxin B, which results in locomotor disturbances, manifested by weakness of the muscles, fasciculation, paresthesias, and in very extreme cases, paralysis. Neurologic signs pre-

E - 74

dominate with coral and cobra bites.

## SYSTEMIC EFFECTS

General systemic signs and symptoms of venomous snakebite include elevation or depression of the temperature, nausea, vomiting, diarrhea, pain, and restlessness. The pathogenesis of the bradycardia is obscure. Renal failure from acute tubular necrosis of bilateral cortical necrosis has been reported

# SPIDERS

With the exception of 2 small groups, all spiders are venomous. Fortunately, the fangs of most species are too short or fragile to penetrate the skin. Nevertheless, at least 60 species in the USA have been implicated in bites on humans. Species that are dangerous include the widow spiders, Latrodectus mactans and related species; the brown or violin spider, Loxosceles reclusa (sometimes called the brown recluse) and related species; the jumping spiders, greater than Phidippus species; the tarantulas, Rheostica and Pamphobeteus species; the trap–door spiders, Bothriocyrtum and Ummidia species; the so–called banana spiders, Phoneutria and Cupiennius sallei, Lycosa (wolf spider), and Heteropoda; the crab spider, Misumenoides aleatorius; the running spiders, Liocranoides and Chiracanthium; the orbweavers, Neoscona vertebrata, Araneus species, and Argiope aurantia (orange argiope); the running or gnaphosid spiders, Drassodes; the green lynx spider, Peucetia viridans; and the comb–footed or false black widow, Steatoda grossa. Pamphobeteus, Cupiennius, and Phoneutria are not native to the USA but may be brought into the country on produce or other materials.

The incidence of spider bites in the USA is unknown. Fewer than 3 fatalities/year occur in the USA, usually in children.

Only a few spider venoms have been studied in any detail. Black widow venom consists chiefly of proteins, a few of which are enzymatic. The lethal fraction appears to be a peptide that markedly affects neuromuscular transmission. Brown or violin spider venom consists of at least 10 or 12 proteins. Its enzyme activity is greater than that of Latrodectus venom, but no fraction of Loxosceles venom has been isolated that produces the entire sequence of events that give rise to the unusual necrotic lesion characteristic of Loxosceles bites. Polymorphonuclear leukocyte infiltration plays a major role in the poisoning, but the mechanism is not understood. Tarantula venom contains approximately 12 proteins, of which at least one affects cardiovascular function; however, it is highly unlikely that the bite of one tarantula would produce a harmful cardiac effect in a human. Tarantulas native to the USA are not considered dangerous.

Widow spiders: A Latrodectus bite usually gives rise to a sharp pinprick–like pain, followed by a dull, sometimes numbing pain in the affected extremity, and by cramping pain and some muscular rigidity in the abdomen or the shoulders, back, and chest. Associated manifestations may include restlessness, anxiety, sweating, headache, dizziness, ptosis, eyelid edema, skin rash and pruritus, respiratory distress, nausea, vomiting, salivation, weakness, and increased skin temperature over the affected area.

Brown or violin spiders: A Loxosceles bite may cause little or no immediate pain, but some localized pain develops within an hour or so. The bite area becomes erythematous and ecchymotic and may itch. There may also be generalized pruritus. A bleb forms, often surrounded by either an irregular ecchymotic area or a more target–like lesion. The lesion may appear as a bull's eye; the central bleb becomes larger, fills with blood, ruptures, and leaves an ulcer over which a black eschar forms and eventually sloughs, leaving a large tissue defect, which may include muscle. Pain can be severe and involve the entire injured area. Systemic symptoms and signs may develop, including nausea and vomiting, malaise, chills, sweats, hemolysis, thrombocytopenia, and kidney failure; death is a rare sequela.

Far more common than spider bites are flea, bedbug, tick, mite, and biting fly bites; these are often mistaken for spider bites. Some arthropod bites may give rise to bullous lesions that rupture and ulcerate, resembling those produced by the violin and certain other spiders. Numerous reports of necrotic or gangrenous arachnidism attributed to Loxosceles reclusa, particularly in areas where this species is not found, are probably caused by spiders other than Loxosceles or more probably by other arthropods. If possible capture and identify the offending animal. Some cases of so–called brown recluse bites are misdiagnoses of epidermal necrolysis, erythema chronicum migrans, erythema nodosum, Lyell's syndrome, chronic herpes simplex, etc.

# TRAUMATIC BRAIN INJURY (TBI)

Traumatic brain injury (TBI) is a leading cause of death and disability in children and adults in their most productive years. An estimated 1.6 million head injuries occur every year in the United States. Approximately 800,000 of the injured receive emergency department or other outpatient care, and approximately 270,000 are admitted to the hospital. Every year, approximately 52,000 deaths occur from TBI, and an estimated 70,000 to 90,000 people are left with permanent neurological disabilities. TBI has a devastating effect on the lives of the injured individuals and their families due to the fact that dis-

abilities result in a significant loss of productivity and income potential. The cost to society is more than $30 billion annually. Thus, neurotrauma is a serious health problem that mandates continuing efforts in the areas of prevention and treatment.

During the past two decades, understanding of the pathophysiology of TBI has increased remarkably. One central concept is now known; All neurological damage does not occur at the moment of impact (primary injury), but rather evolves over the ensuing minutes, hours, and days. This secondary brain injury can result in increased mortality and more disabling injuries.

Emergency Medical Services (EMS) providers are often the first health care providers for patients with TBI. TBI treatment often begins in the field by EMS providers who have varied skills, backgrounds, and qualifications. They continue this care en route to the hospital. Thus, pre–hospital assessment and treatment is the first critical link in providing appropriate care for individuals with severe brain injury. Over the past thirty years, EMS providers have developed sophisticated systems for delivering emergency medical care to patients. The initial impetus for this development was the need to deliver such life–saving interventions as cardiac defibrillation. Treating trauma patients in the field, especially the head injured patient, has lagged behind pre–hospital advancements in medical and general trauma management. Only in the past five to ten years has any attempt been made to evaluate the care provided to trauma victims in the field.

EMS providers must be familiar with the complex presentation of severe TBI patients. Early recognition of the initial signs and symptoms of TBI has a significant impact on the outcome of these patients. In addition to initial treatment, EMS providers must know about interventions aimed at minimizing secondary injury. Specifically, EMS providers must aggressively assess and treat hypoxemia and hypotension. All recommendations in these guidelines are supported by the best available scientific evidence. These guidelines cover three main areas: Assessment Triage, Prehospital Treatment, and Hospital Transport Decisions.

## ASSESSMENT TRIAGE:

### OXYGENATION AND BLOOD PRESSURE:

Early post injury episodes of hypotension or hypoxemia greatly increase morbidity and mortality from severe head injury. At present, the precise definitions of hypotension and hypoxemia are unclear in these patients. However, ample Class II evidence exists regarding hypotension, defined in these studies as a single observation of an SBP<90 mm Hg, or hypoxemia, defined in these studies as apnea or cyanosis in the field

EMERGENCY MEDICAL GUIDELINES

or an arterial oxygen saturation <90%. The evidence indicates that these values must be avoided, if possible, or rapidly corrected in severe head injury patients. Strong Class II evidence suggests that raising the blood pressure in hypotensive, severe head injury patients improves outcome in proportion to the efficacy of the resuscitation.

## GLASGOW COMA SCALE SCORE:

Teasdale and Jennett developed the Glasgow Coma Scale in 1974 as an objective measure of the level of consciousness after head trauma. It has since become the most widely used clinical measure of the severity of traumatic brain injury (TBI). The GCS permits a repetitive and moderately reliable standardized method of reporting and recording ongoing neurologic evaluations. Limited prehospital GCS data indicate that initial field GCS scores between 3 and 5, as well as lack of improvement or deterioration of GCS score of two points or more from the field to the emergency department, have significant value as predictors of poor patient outcome. GCS scoring should occur after hypoxemia and hypotension are corrected and the patient has been resuscitated. The GCS score should be measured preferably prior to administering sedative or paralytic agents, or after these drugs have been metabolized.

## PUPILS:

Examining the pupils is a standard component of the neurologic examination that is particularly important in evaluating patients with traumatic brain injury. The examination consists of assessing pupil size, symmetry, and reactivity to light. The initial pupil examination, along with the GCS score, establishes the baseline against which all subsequent neurologic evaluations are compared. Abnormalities found in the pupil examination are helpful in generating a differential diagnosis and in directing diagnostic testing and therapeutic interventions. Specifically, an unconscious TBI patient with a unilaterally dilated pupil or with bilaterally fixed and dilated pupils is presumed to have cerebral herniation and require emergent interventions to lower the ICP. Pupils are generally round and roughly equal in diameter. Inequality in pupil size of less than 1mm is common and has no pathologic significance. Pupillary constriction to light is mediated through the parasympathetic nervous system via the third cranial nerve. Destruction of the third nerve parasympathetic brainstem pathway results in a dilated pupil that is fixed to light. Therefore, the pupillary light reflex is an indirect measure of herniation or brainstem injury. Dilation and fixation of one pupil signifies herniation, whereas bilaterally dilated and fixed pupils are consistent with brainstem injury. However, hypoxemia, hypotension, and hypothermia are also associated with dilated pupil size and abnormal reactivity, making it necessary to resuscitate and stabilize the patient before assessing pupillary function.

The pupil size and light reflex should be assessed and documented for each eye; and the duration of pupillary dilation and fixation should also be documented.

## PRE–HOSPITAL TREATMENT OF TBI

### AIRWAY, VENTILATION AND OXYGENATION:

Class III evidence indicates that all severe TBI patients treated in the field should receive supplemental oxygen to maximize arterial oxygen saturation. If pulse oximetry is available, the oxygen saturation should be maintained at a minimum of 90% or greater. A patent airway should be ensured and endotracheal intubation performed for patients with a GCS score less than 9 or those who are unable to maintain or protect their airway. The evidence indicates that routine hyperventilation should not be performed. If ventilatory assistance after endotracheal intubation is provided, a respiratory rate of 10 breaths per minute (bpm) for adults, 15–20 bpm for children, and 20 bpm for infants should be maintained. After correction of hypoxemia or hypotension, if the patient shows obvious signs of cerebral herniation, such as extensor posturing or pupillary asymmetry or nonreactivity, hyperventilate the patient at a rate of 20 bpm for adults, 30 bpm for children, and 35 bpm for infants. This hyperventilation may be performed as a temporizing measure until the patient arrives at the hospital when blood gas analysis will guide the ventilation rate.

### FLUID RESUSCITATION:

The principle issue concerning pre–hospital fluid resuscitation with TBI centers around preventing and/or rapidly treating shock.

Hypotension produces a significant secondary brain injury that substantially worsens outcome. A single episode of hypotension has been shown to double mortality. Perhaps even more important is maintaining cerebral perfusion pressure and delivering oxygen to the injured brain. Fluid resuscitation in patients with TBI should be administered to avoid hypotension and/or limit hypotension to the shortest duration possible. In adult trauma, hypotension is usually defined as systolic blood pressure <90mm Hg. In children, hypotension is usually defined as SBP less than the fifth percentile for the age. Hypotension can, therefore, be defined as a SBP<65 mm Hg (age 0–1 year), <75mmHg (age 2–5 years), <80mmHg (age 6–12 years), and <90mmHg (age 13–16 years) in pediatric severe TBI patients. Fluid therapy is utilized to support cardiovascular performance in an effort to maintain adequate cerebral perfusion pressure and limit secondary brain injury. The most common used resuscitation fluid for trauma patients in the prehospital setting is isotonic crystalloid solution. It is administered in quantities necessary to support blood pressure in the normal range. Inadequate fluid volumes or under–resuscitation can precipitate sudden hypotension and should be avoided. No studies prove the efficacy of mannitol in the pre–hospital setting.

E - 76

EDUCATIONAL GUIDELINES

## SUMMARY

Preservation of cerebral perfusion and oxygenation are the first priorities in managing patients with TBI. Patients who exhibit signs of cerebral herniation during field management and transport should be initially treated with hyperventilation as defined. The role of mannitol in treating herniation is yet to determined, and currently it is not recommended in these guidelines. Sedation, analgesia, and neuromuscular blockade are important considerations during the transport of patients with TBI to minimize changes in ICP and to maximize safety during transport. Hypoglycemia may mimic TBI and should be considered in all patients with altered mental status regardless of suspected etiology.

## HOSPITAL TRANSPORT DECISIONS

The management by EMS personnel of the head–injured patient prior to arrival at the hospital is influenced by a number of factors, including the mechanism of injury, the type and severity of injury, and the decision regarding choice of destination. When an integrated EMS and trauma system is in place and EMS agencies transport a patient directly fro the scene of the accident to an appropriate receiving facility (trauma center), the patient is entered into a system of care that has been shown to improve overall patient outcome. Inter–hospital transfers of these head injury patients are known to delay the time until neurosurgical consultation and intervention. This delay puts the patient at great risk for secondary insult to the brain.

## TRAUMA SCORE FOR SURVIVAL PROBABILITY

| Score | Interpretation |
|---|---|
| 16 | 99% probability of survival |
| 15 | 98% probability of survival |
| 14 | 95% probability of survival |
| 13 | 91% probability of survival |
| 12 | 83% probability of survival |
| 11 | 71% probability of survival |
| 10 | 55% probability of survival |
| 9 | 37% probability of survival |
| 8 | 22% probability of survival |
| 7 | 12% probability of survival |
| 6 | 7% probability of survival |
| 5 | 4% probability of survival |
| 4 | 2% probability of survival |
| 3 | 1% probability of survival |
| under 3 | 0% probability of survival |

RESPIRATORY RATE:

| | |
|---|---|
| 10–24 | 4 points |
| 15–35 | 3 points |
| greater than 35 | 2 points |
| less than 10 | 1 point |

| | |
|---|---|
| 0 | 0 points |

RESPIRATORY EFFORT:

| | |
|---|---|
| Normal | 1 point |
| Shallow or Retractive | 0 points |

SYSTOLIC BLOOD PRESSURE:

| | |
|---|---|
| Greater than 90 | 4 points |
| 70–90 | 3 points |
| 50–69 | 2 points |
| less than 50 | 1 point |
| no carotid pulse | 0 points |

CAPILLARY REFILL:

| | |
|---|---|
| Normal (less than 2 seconds) | 2 points |
| Delayed (more than 2 seconds) | 1 point |
| No capillary refill | 0 points |

GLASGOW COMA SCALE SCORE:

| | |
|---|---|
| 14–15 | 5 points |
| 11–13 | 4 points |
| 8–10 | 3 points |
| 5–7 | 2 points |
| 3–4 | 1 point |

# WOUND CARE

All appropriate personal protective equipment should be used when treating patients. Flush wounds with a generous amount of sterile water or saline only when bleeding is at a minimum, (do not delay the control of bleeding to flush the wound). Hydrogen peroxide, betadine and scrubbing have been found to cause further injury and are therefore not recommended. Once dressings have been applied do not remove due to potential for further bleeding. Patient treatment/transport should not be delayed for wound care in life–threatening situations. All other treatments should be performed following the appropriate guidelines. Bleeding control should be performed in the following order:

Direct pressure– Apply sterile dressing with pressure directly over the wound.

Elevate– Hold extremity above the patient's heart while applying direct pressure to the wound.

Pressure point– Apply pressure to the artery proximal to the wound.

Tourniquets– Only to be used in a last resort effort to control bleeding, with the understanding that loss of the extremity distal to the tourniquet is likely.

## TYPES OF WOUNDS\TREATMENT:

E - 77