EMERGENCY MEDICAL GUIDELINES

**Abrasions**—Removal or destruction of the surface layers of the skin by friction. The depth of the penetration depends on the force and the duration of the contact with the damaging surface.

Treatment: Irrigate with a sterile solution (NaCL or water), cover with a dry, sterile dressing. Note: Control bleeding, by proper technique, when appropriate.

**Amputations**—Any injury that cuts off an appendage or projection of the body, (partially, or completely)

Treatment: Control bleeding with proper technique, cover the stump with damp sterile dressing and an elastic wrap that will apply uniform, reasonable pressure across the entire stump. The amputated part should be placed in a dry plastic bag , (do not wrap in moistened dressing). Seal the bag , so the part will not lose moisture and place on cold packs, or in a container with ice and water (if available). Direct contact with freezing temperatures may cause tissue damage and should be avoided. Never use ice alone or dry ice.

**Avulsions**—Involves the tearing loose of a flap of skin, which may either remain hanging or be torn off altogether.

Treatment: Control bleeding with proper technique, replace avulsed portion to its natural position (if still partially attached) and bandage with dry, sterile dressing.

**Contusions**—A severe bruise in which the skin is intact but there is swelling and possibly a hematoma in the area of the injury. Contusions generally result from a blunt blow, with injuries to tissues present, deeper than the contusion itself. Fractures can commonly be found below contusions.

Treatment: Apply ice packs to reduce the swelling, check for signs and symptoms of a fracture, such as deformities, reduced range of motion, pain etc.... Splint and treat per fracture guideline.

**Evisceration**—Open wound to the abdominal area where any organ or viscera protrude from the wound.

Treatment: Control bleeding with proper technique. Gently cover the area with sterile gauze moistened with saline or sterile water. Never attempt to reinsert the organs or viscera.

Note: Make sure to keep organs moistened, otherwise irreversible damage will occur.

**Laceration**— Is an incision type wound, that can be clean or jagged, and can range from the skin surface to the underlying tissues. Lacerations may produce severe bleeding, or may bleed very little, therefore rapid assessment is necessary.

Treatment: Control bleeding with proper technique, apply dry, sterile dressing, (clean with sterile water, or Saline, when appropriate). Maintain a high index of suspicion for damage/injury to underlying tissues/organs.

**Open chest wound**— Usually a puncture type wound which is deep in nature, and is sometimes a "sucking" chest wound.

Treatment: Control bleeding with proper technique, apply appropriate dressing (secure impaled objects, use occlusive dressings for sucking chest wounds) and maintain airway. This type of injury often requires advanced airway techniques, requiring that these patients be monitored closely for deterioration in respiratory status.

**Puncture**—A stab type wound from a knife or blunt object, this can include gun shot wounds and impaled objects.

Treatment: Control bleeding with proper technique, secure impaled objects with exception to airway obstruction. Consider area of wound, underlying organs, point of entry/exit (if applicable) and prepare to treat for shock.

Note: Chest injuries may require additional treatments including pleural decompression, pericardiocentesis, and cardiac/respiratory disturbances. Maintain a high index of suspicion when dealing with gun shot wounds due to the potential for extensive internal injury.

E - 78

EDUCATIONAL GUIDELINES

*2/15/06*

# Procedural Guidelines



EMERGENCY MEDICAL GUIDELINES

# Airway Management



Airway management should conform to accepted ACLS guidelines. Oxygen delivery systems and flow rates should conform to accepted ACLS guidelines. Accordingly, the Paramedic should choose the appropriate form and rate.



## CAREVENT

Unit can be used as either a manual or automatic ventilator.
Provides "Demand Breathing" with automatic cycling shut off and re-start.



### Application/Use
Manual Ventilations
- ❑ Select the tidal volume/frequency of ventilation for the size of patient being resuscitated. (Tidal volume= 10–15 mls/kg, see chart below)
- ❑ Depress the manual button and observe the rise of the patient's chest.
- ❑ Release the button when chest rise is adequate.

Automatic Ventilation
- ❑ If you have been manually ventilating the patient, simply release the manual button and after a short pause (4–7 seconds) the ventilator will commence automatic cycling at the rate and volume selected on the indicator.
- ❑ If commencing automatic ventilations immediately, rotate the setting selector to t the setting appropriate for the size of the patient being ventilated and the ventilator will commence automatic cycling.

| Control Position | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Tidal Volume Vt (ml) | O | 200 | 300 | 400 | 600 | 800 | 1100 |
| Frequency (BPM) | F | 20 | 15 | 15 | 12 | 12 | 12 |
| Automatic flowrate (LPM) | F | 12 | 13.5 | 18 | 21.6 | 28.8 | 39.6 |
| Body Weight (kg) | | | 13.3–20 | 20–30 | 26.7–40 | 40–60 | 53.3–80 73.3–110 |

## CONTINUOUS POSITIVE AIRWAY PRESSURE (CPAP)

**General:**
CPAP stands for Continuous Positive Airway Pressure and is very useful in keeping the smaller airways open. The CPAP unit will supply approximately 130 liters of flow at an oxygen concentration (FiO2) of 30% (this can be increased to approx 50% with supplied supplemental oxygen tubing). It is important to remember that CPAP does not replace current treatment guidelines. Rather, it is an adjunct or in addition to them

**Indications:**
- ❑ Pulmonary Edema

**Contraindications:**
- ❑ Apnea
- ❑ Pneumothorax
- ❑ Gastric distention

*03/01/05*

- ❑ Severe facial injuries
- ❑ Hypotension secondary to trauma
- ❑ Asthma
- ❑ Altered LOC

**Precautions:**

- ❑ Continuous monitoring of the patient is **MANDATORY**
  - ■ Watch for occlusion of the generator intake port
  - ■ Insure the supply tubing is not pinched, kinked, or occluded
- ❑ Observe the patient to insure they can exhale.  If severe difficulty in exhaling, discontinue treatment and assist ventilations with BVM

**Setup:**

- ❑ Connect flow generator to oxygen tank or oxygen outlet in Rescue
- ❑ Place filter on generator intake port
- ❑ Attach supply tubing to generator and to mask
- ❑ Explain procedure to patient
- ❑ Turn on oxygen supply and attach mask to patient using supplied straps
- ❑ After patient is accustomed to oxygen flow, attach 10.0 PEEP valve to mask

**Guidelines:**

- ❑ Assess the patient (Vital signs and pre-oxygen SaO2)
- ❑ Administer Oxygen per protocol
- ❑ If wheezing present, administer one (1) Nebulizer treatment.  If no improvement, administer CPAP treatment.
- ❑ If rales present, administer CPAP
- ❑ Monitor and record SaO2
- ❑ Continue to follow Treatment Guidelines for underlying cause (i.e. Lasix, NTG, etc)

---

# ESOPHAGEAL TRACHEAL DOUBLE LUMEN AIRWAY (COMBITUBE©)

**Indications**

- ❑ Cardiac arrest from any cause
- ❑ Respiratory arrest
- ❑ Unconscious patient with inadequate respirations and no gag reflex

**Contraindications**

- ❑ Patient is under five (5) feet in height
- ❑ Patient is under sixteen (16) years of age
- ❑ Active gag reflex
- ❑ Patient has known or suspected esophageal disease
- ❑ Patient has ingested a caustic substance

**Procedure**

*NOTE: The COMBITUBE Is Single Patient Use, This Device Is Not To Be Cleaned.*

- ❑ Insure all necessary components and equipment are at hand
- ❑ Position the patient's head in a neutral position
- ❑ Hyperventilate for at leased 30 seconds
- ❑ Lubricate tube for easier insertion
- ❑ Jaw–lift maneuver
- ❑ Insert COMBITUBE with curvature in same direction as natural curvature of pharynx

EMERGENCY MEDICAL GUIDELINES



- ❑ Insert gently DO NOT FORCE tube
- ❑ Stop when BLACK rings on the tube are positioned between the patient's teeth
- ❑ If tube does not advance easily, redirect it or withdraw, reoxygenate, and reinsert *(See Illustration A)*
- ❑ To confirm tube placement
  - ◾ Inflate pharyngeal cuff through line #1 (BLUE) with 100 ml of air and distal cuff through line #2 (WHITE) with 15 ml of air *(See Illustration B)*
  - ◾ Ventilate through primary (BLUE TUBE) Tube placement is confirmed by auscultating breath sounds (high axillary & bilaterally) and auscultating over stomach
- ❑ Esophageal placement
  - ◾ Breath sounds are present bilaterally with epigastric sounds absent continue to ventilate through primary (BLUE TUBE) *(See Illustration C).* Under this usage, the clear tube may be used for the removal of gastric fluids or gas with the catheter provided in the airway kit. Be careful as vomitus will frequently comeout of the clear tube with esophageal placement.
- ❑ Tracheal placement
  - ◾ Breath sounds absent and epigastric sounds present, ventilate through secondary (CLEAR TUBE) continue to ventilate through secondary tube (See Illustration D)
- ❑ To Replace COMBITUBE with an endotracheal tube
  - ◾ Deflate the #1 cuff labeled 100 ml
  - ◾ If the tube is not already in the trachea, move the COMBITUBE to the left side of the mouth
  - ◾ Intubate with an E.T. Tube using currently accepted medical techniques
  - ◾ Deflate the distal cuff #2 labeled 15 ml and remove carefully

# CRICOTHYROTOMY

## Indications

- ❑ Needle and surgical (scalpel) cricothyrotomy may be performed if more conventional techniques of controlling the airway are either unsuccessful or unobtainable as a result of edema, severe oropharyngeal hemorrhage, severe facial trauma, anaphylaxis, inhalation injury, or other severe airway complication. Both procedures are temporary stabilizing techniques and are relatively easy to perform.

## Caution

- ❑ The following are common complications:
  - ◾ hemorrhage at the insertion site
  - ◾ subcutaneous emphysema
  - ◾ aspiration of blood into the lungs
  - ◾ perforation/laceration of the thyroid cartilage, thyroid gland or esophagus
  - ◾ laceration of carotid arteries or jugular veins



*Figure 1*

## MINI–TRACH II CRICOTHYROTOMY KIT
## Contraindications

- ❑ Children under 12 years of age

## Application/Use

- ❑ Patient should be placed supine (ensure cervical spine immobilization if trauma is suspected)
- ❑ Stabilize the larynx with one hand, locate cricothyroid membrane with the other
- ❑ Find the landmark by palpating the patients neck from the top

PROCEDURAL GUIDELINES

- the first prominence felt is the thyroid cartilage; the second prominence is the cricoid cartilage (*See Figure 1*)
- the space between the two is the cricothyroid membrane

❑ Cleanse the site using antiseptic swab
❑ Using the guarded scalpel, position the cutting edge caudally, make a 1 cm midline vertical stab incision through the cricothyroid membrane into the airway
❑ Withdraw the scalpel ensuring the skin is pressed firmly against the larynx to prevent loss of alignment between the hole in the skin and the membrane
❑ Pass the introducer through the stab incision into the trachea
❑ Pass the 4.0 ET tube over the introducer and guide into the trachea until the flange of the tube rests against the skin
- some resistance may be noted when sliding the tube down the introducer
- if this occurs, gently rotate the tube between your thumb and forefinger while advancing the tube
❑ Withdraw the introducer
❑ Attach the 15 mm adapter to the flange of the catheter
❑ Secure the flange to the neck using the neck tie that is supplied with the kit
- if needed, suction the tube using the supplied catheter to remove excess blood or secretions
- suction should only be applied while withdrawing the catheter
❑ Ventilate with the highest available oxygen concentration
❑ Assess placement

### PER TRACH
#### Application/Use

❑ Patient should be supine (ensure cervical spine immobilization if trauma is suspected)
❑ Hyperextend the patient's head (unless trauma is suspected)
❑ Locate the cricothyroid membrane (*See Figure 1*)
❑ Prepare the site with a Betadine swab
❑ Perform a 1" horizontal incision on the skin over the cricothyroid membrane
❑ Insert a butterfly needle (with a syringe attached) into the cricothyroid membrane (angled slightly towards the feet).
❑ Once air is aspirated through the syringe, remove the syringe and advance the dialator (through the hub of the needle) as far as possible.
❑ Squeeze the butterflies on the needle to split the needle.
❑ Remove the needle pieces and advance the per trach until the tie down rests on the skin.
❑ Remove the dilator, inflate the cuff, check for breath sounds, and secure the trach.
❑ Ventilate with high flow oxygen.

### NEEDLE CRICOTHYROTOMY
#### Caution

❑ This procedure does not provide airway protection or elimination of carbon dioxide

#### Procedure

❑ Patient should be placed supine (ensure cervical spine immobilization if trauma is suspected)
❑ Find the landmark by palpating the patient's neck from the top (*See Figure 1*)
- the first prominence felt is the thyroid cartilage; the second prominence is the cricoid cartilage
- the space between the two, characterized by a small depression, is the cricothyroid membrane



*Figure 2*

EMERGENCY MEDICAL GUIDELINES

- ❑ Stabilize larynx with one hand, locate cricothyroid membrane with the other
- ❑ Cleanse the site using antiseptic swab
- ❑ Attach a 10 cc syringe to the needle of a 14 g catheter over needle set
- ❑ Insert needle through the cricothyroid membrane at a 45–60 degree angle caudally (See Figure 2)
- ❑ Apply negative pressure to syringe during insertion
- ❑ Entrance of air into syringe indicates placement in trachea
- ❑ Advance catheter over needle, removing needle and syringe
- ❑ Secure hub
- ❑ Attach oxygen tubing kit to the catheter
- ❑ Obstruct thumb port to insufflate the chest; remove thumb from port allowing exhalation (See Figure 3)



*Figure 3*

**Pediatric**
- ❑ For pediatric patients use the same procedure only use a 14–18 g catheter over needle

## SURGICAL (SCALPEL) CRICOTHYROTOMY

**Contraindications**
- ❑ Children 12 and under

**Procedure**
- ❑ Patient should be placed supine (ensure cervical spine immobilization if trauma is suspected)
- ❑ Stabilize larynx with one hand, locate cricothyroid membrane with the other
- ❑ Find the landmark by palpating the patient's neck from the top (See Figure 1)
  - ◾ the first prominence felt is the thyroid cartilage; the second prominence is the cricoid cartilage
  - ◾ the space between the two, characterized by a small depression, is the cricothyroid membrane
- ❑ Cleanse the site using antiseptic swab
- ❑ Make a 2 cm horizontal incision with a scalpel through the membrane (See Figure 4)
- ❑ Insert handle of scalpel into incision and rotate 90 degrees to allow placement of a     5.0 to 6.0 mm ET
- ❑ Insert ET tube into the incision caudally and inflate cuff accordingly
- ❑ Ventilate with the highest available oxygen concentration
- ❑ Assess placement



*Figure 4*

*St. Lucie County uses hemostats to dilate the surgical opening instead of the scalpel handle.*

# ENDOTRACHEAL INTUBATION

## EXTUBATION

**Indications**
- ❑ Improper placement
- ❑ Occluded or damaged tube

**Procedure**
- ❑ Ready suction unit
- ❑ Turn the patient's head to one side if not contraindicated
- ❑ Deflate the cuff
- ❑ Remove the tube during exhalation (if applicable)
- ❑ Assess the airway

*03/01/05*

PROCEDURAL GUIDELINES

## NASOTRACHEAL INTUBATION
### Indications
- ❑ Any patient in need of intubation who cannot protect and maintain their own airway and who has spontaneous respirations

### Contraindications
- ❑ Apnea
- ❑ Airway obstruction caused by foreign body obstruction
- ❑ Severe head injury or possible basilar skull fracture
- ❑ Bleeding disorders

### Caution
- ❑ Nasal intubation prevents a patient from receiving thrombolytic therapy.
- ❑ This consideration should be weighed when selecting the method of intubation
- ❑ Complications may include:
  - ◼ bleeding from the nose
  - ◼ nasal septal tear
  - ◼ cranial perforation in basilar skull fractures
  - ◼ injury to the pyriform sinus, epiglottis, and vocal cords
- ❑ No stylet is used during this procedure
- ❑ Never force the tube at any time as soft tissue trauma may cause excessive bleeding and damage to the vocal cords may occur

### Application/Use
- ❑ Select appropriate sized endotracheal tube, this will usually be 0.5 mm smaller than that used for orotracheal intubation. Once selected insert the distal end of the tube into the 15 mm adapter, forming a circle. This ensures anterior curvature of the tube making it easier to enter the trachea.
- ❑ Anesthetize the nostrils and pharynx with topical anesthetic if time permits
- ❑ Pick up the tube and release the previously formed circle, lubricate the tube generously with Xylocaine jelly or a waterbased jelly
- ❑ Keeping the bevel next to the nostril, gently insert the tube into the biggest nostril. With gentle and even pressure, advance the tube through the nostril into the pharynx. Listen down the tube for breath sounds and look for vapor condensation in the tube.
- ❑ Advancing the tube as the patient inhales will greatly enhance the chance of success
- ❑ When the 15 mm adapter is 1–2 cm from the nostril, confirm tube placement by auscultation of the epigastrium and lung fields. If the tube is in the esophagus, withdraw it back until the tip is in the pharynx and advance it again on the patients inspiratory breath.
- ❑ Once tube placement is confirmed, inflate cuff, secure the tube and ventilate patient using an appropriately sized BVM

## OROTRACHEAL INTUBATION
### Indications
- ❑ Any patient in need of intubation who cannot protect and maintain their own airway

### Caution
- ❑ Do not use the teeth as a fulcrum
- ❑ Remove loose dentures

### Procedure
- ❑ Use universal precautions
- ❑ Select the appropriate size ET tube
- ❑ Insert appropriate size stylet
- ❑ Inflate and test cuff

EMERGENCY MEDICAL GUIDELINES

- ❑ Deflate the cuff (leave syringe attached)
- ❑ Check laryngoscope light
- ❑ Preoxygenate the patient
- ❑ Place the patient in the sniffing position if not contraindicated
- ❑ Hold laryngoscope with the left hand
- ❑ Insert the laryngoscope blade in the mouth, sweeping the tongue to the left
- ❑ Visualize the vocal cords
- ❑ Insert the ET tube
- ❑ Maintain visualization as tube is passed
- ❑ Remove the laryngoscope blade
- ❑ Inflate the cuff with air and remove the syringe
- ❑ Ventilate the patient observing chest rise, auscultate epigastric and lung sounds
- ❑ Note the depth of the tube
- ❑ Secure the tube with a restraint device



Thomas ET Restraint Device

# END TIDAL CO$_2$ DETECTOR

## Caution

- ❑ This device is unable to indicate right mainstem intubation and has been known to produce a "false positive" or "false negative" reading. It is imperative that endotracheal tube placement be verified by alternate means. Documentation of verification is important especially in the incidence of a "false" reading.

## Application/Use

- ❑ Expiration date should be checked prior to being placed in service.
- ❑ Plug should not be unsealed longer then 24 hrs. (accuracy compromised)
- ❑ Verify initial color—should be dark purple.
- ❑ Attach regulator to bag valve device and attempt to verify plug seal by squeezing bag without plug removal.
- ❑ Remove plug and squeeze bag again to verify valve will function properly.
- ❑ Attach unit, as close as possible, to the expired air output and ventilate pt.
- ❑ Compare color change on full expiration after the 6th ventilation.
  - ▪ Variations in color range from light pink to bright yellow in the presence of CO$_2$. (Depending on the percentage of CO$_2$ detected.)
  - ▪ Fluctuation of color strip during ventilation is normal.
  - ▪ Attempts to read prior to the 6th ventilation can lead to a false positive or negative reading.
- ❑ If using device in conjunction with an endotracheal tube, verify placement by alternate means.
- ❑ The device can accurately monitor for up to 2 hours.
- ❑ Use of CO$_2$ regulator should be continued while utilizing a ventilator. Regulator should be placed between the endotracheal tube and ventilator tubing to maintain the most accurate reading.

## Pediatric

- ❑ The Capno–Flo regulator may be used on pediatric as well as adult sized endotracheal tubes. However, caution is necessary due to the weight of the unit, which may dislodge the tube.

PROCEDURAL GUIDELINES

## ESOPHAGEAL INTUBATION DETECTOR (EID)

**Caution**
> Ventilating the patient with an automatic ventilator or BVM prior to using this device may cause the esophagus to fill with air and therefore give unreliable results.

**Warning**
> Endotracheal tube obstruction, morbid obesity, pulmonary edema, mainstem bronchus intubation, severe bronchospastic or obstructive lung disease may lead to equivocal results due to decreased air available for aspiration. Direct larnyoscopy is always recommended in these situations.

**Indication**
- ❑ To assist verification of placement of the endotracheal or Combitube into the trachea. The device is to be used in conjunction with all other means of establishing confirmation of placement. The O-ring design assures leak proof connection with tubes.

**Contraindications**
- ❑ Children less than 5 years of age or less than 20kg (44) pounds.
- ❑ The EID is not to be used on pregnant patients.

**Procedure**
- ❑ Perform leak test. Place a gloved finger over the end of the device and attempt to move air through. Discard if an air leak is detected.
- ❑ Immediately after intubation, and before ventilating the patient with an automatic ventilator or BVM, Compress EID, attach to the endotracheal or combitube and release.
- ❑ Allow the bulb to self-inflate
- ❑ If air returns and fills the bulb rapidly (less than 5 seconds); The endotracheal or combitube is likely in the trachea. As the trachea is rigid.
- ❑ If air slowly fills the bulb (5 to 30 seconds); Carefully assess tube location clinically, use direct laryngoscopic visualization if a question still exists. If location is in doubt re-intubate or support ventilation until you are prepared to attempt intubation again.
- ❑ Esophageal tissue will collapse around the EID. This is indicative of esophageal intubation.

## ESOPHAGEAL OBTURATOR AIRWAY

**Indications**
- ❑ The Esophageal Obturator Airway (EOA) is indicated for BLS airway control or in the event endotracheal intubation is not successful. The advantages of an EOA are its relative ease of placement, does not require visualization of the chords, helps prevent gastric distention and regurgitation, and ventilates at the level of the pharynx/epiglottis.

**Contraindications**
- ❑ Younger than 16 years old
- ❑ Less than 5 ft. tall or 100 lbs
- ❑ More than 6 ft. 7 in. tall
- ❑ Ingestion of caustic substances
- ❑ History of esophageal disease
- ❑ Alcoholism
- ❑ Conscious patient or patient with an intact gag reflex

EMERGENCY MEDICAL GUIDELINES

- ❏ Severe facial trauma preventing mask seal

Caution

- ❏ Complications accompanying the use of an EOA may include unintended endotracheal intubation, traumatization of the pharynx and esophagus, assured vomiting on removal, and its dependence on a secure face–mask seal for adequate ventilation. Endotracheal intubation may still be accomplished after placement of an EOA.

Procedure

- ❏ Assemble EOA
  - ▪ gather all parts
  - ▪ inflate mask (if necessary)
  - ▪ test cuff
  - ▪ snap mask to tube
  - ▪ lubricate tube
- ❏ Position yourself at patient's head
- ❏ Preoxygenate patient for 1 minute
- ❏ Have suction prepared
- ❏ Flex patient's head slightly inferior
- ❏ Grasp jaw and pull anterior and inferior (See Figure 5)
- ❏ Insert tube until mask is fully seated on face
- ❏ Check location of tube
  - ▪ listen for lung sounds
  - ▪ look for chest rise
  - ▪ listen for exhalation
- ❏ Inflate cuff 20–30 cc
- ❏ Detach syringe
- ❏ Recheck lung sounds

*Figure 5*



# LARYNGEAL MASK AIRWAY

Indications

- ❏ The Laryngeal Mask Airway (LMA) is a device used to assist in securing an airway in a deeply unconscious patient when other methods of airway control have been unsuccessful.

Procedure

- ❏ Deflate the cuff completely. Mask should appear spoon shaped without any wrinkles.
- ❏ Lubricate the posterior surface.
- ❏ Hold the LMA like a pen, with the index finger at the junction of the cuff and tube.
- ❏ Press the tip of the cuff upward against the hard palate and flatten the cuff against it.
- ❏ Using one smooth movement, press first against the palate, then against the posterior pharyngeal wall, and advance the LMA into the hypopharynx until resistance is felt.
- ❏ Without holding the tube, inflate the cuff with just enough air to obtain a seal. Never overinflate.

*Figure 6*

PROCEDURAL GUIDELINES

# NASOGASTRIC TUBE

### Indications

- ❑ Nasogastric tube insertion is indicated for decompression of gastric distention and in poisoning or overdose cases when transport will be lengthy or delayed
- ❑ Nasogastric tube insertion in poisoning or overdose is a Physician Consult modality

### Procedure

- ❑ Select proper size nasogastric tube
- ❑ Warm nasogastric tube in hand to increase pliability
- ❑ Explain the procedure to the patient if indicated
- ❑ Measure the nasogastric tube from the patient's epigastrium to their nose and mark it with tape (*See Figure 6*)
- ❑ Lubricate the nasogastric tube with a generous amount of lubricant
- ❑ Insert the nasogastric tube into the largest nare until the tube is inserted to the tape mark
- ❑ Confirm placement by auscultating over the epigastrium while injecting air
- ❑ Secure the nasogastric tube to the patient's nose with tape using the chevron style

*Figure 7*



*Figure 8*

# PLEURAL DECOMPRESSION

### Indications

- ❑ Tracheal shift towards the unaffected side of the chest
- ❑ Unequal breath sounds
- ❑ Jugular vein distention
- ❑ Increasing dyspnea
- ❑ Decreased lung sounds on the affected side
- ❑ Decreasing level of consciousness
- ❑ Decreasing oxygen saturation readings

### Procedure

- ❑ Primary — midclavicular approach (See Figure 7)
  - ▣ select site at the 2nd or 3rd intercostal space, midclavicular line
  - ▣ cleanse the site with antiseptic swab
  - ▣ insert a large bore over the needle catheter (14 gauge) just above the lower rib at a ninety degree angle
  - ▣ advance the needle until the sound of escaping air is emitted
  - ▣ advance the catheter and remove the needle
  - ▣ apply appropriate one-way valve device
  - ▣ secure catheter in place
- ❑ Alternate — midaxillary approach (See Figure 8)
  - ▣ select site at or around the 5th intercostal space at the midaxillary line
  - ▣ cleanse the site with antiseptic swab
  - ▣ insert a large bore over the needle catheter (14 gauge) just above the lower rib at a ninety degree angle
  - ▣ advance the needle until the sound of escaping air is emitted
  - ▣ advance the catheter and remove the needle
  - ▣ apply appropriate one-way valve device
  - ▣ secure catheter in place

### CHEST DRAIN KIT

After performing a pleural decompression in the effort to relieve a tension pneumothorax, it is essential that an airtight one-way valve be utilized to prevent the condition from recurring. The pleural chest drain kit accomplishes this via the Heimlich chest drain

EMERGENCY MEDICAL GUIDELINES

valve. The Heimlich valve is designed in a manner that allows air to pass out of it, thus preventing a tension pneumothorax, while also preventing air from reentering the thoracic cavity and thereby effecting a simple pneumothorax.



- ❑ The pleural chest drain kit consists of:
  - ▪ 14 g over the needle catheter
  - ▪ Luer Lock tubing
  - ▪ Heimlich valve
  - ▪ Three foot suction tubing

**Indications**
- ❑ Whenever pleural decompression is employed to relieve the signs and symptoms of a tension pneumothorax

*Figure 9*

**Application/Use**
- ❑ Have the pleural chest drain kit assembled and ready for application prior to attempting pleural decompression
- ❑ Attach the Luer Lock tubing to the blue tip of the Heimlich valve, and tape in place to prevent accidental dislodging (correct valve operation is achieved when the arrow on the valve points away from the patient's chest)
- ❑ Attach the three foot suction tubing to the clear, distal tip of the Heimlich valve and drain into appropriate container; keep tubing lower than insertion site for draining (*See Figure* 9)
- ❑ Upon successful pleural decompression and removal of the needle, screw the Leur lock tubing onto the catheter. Observe the Heimlich valve to determine if it is operating correctly (the internal flutter valve will pulsate and collapse along with the patient's respiratory efforts).
- ❑ Secure the catheter in place with tape and gauze as needed
- ❑ Continuously monitor the patient during treatment and transport for the signs and symptoms of a recurring tension pneumothorax, or other respiratory distress

# PULSE OXIMETRY

**Indications**
- ❑ All transported patients

**Procedure**
- ❑ Select site
- ❑ Place $SpO_2$ sensor on patient's finger, earlobe, or toe as indicated
- ❑ Observe pulse indicator for synchronization with pulse
- ❑ Record oxygen saturation prior to oxygen administration if possible
- ❑ Record oxygen saturation after oxygen administration
  - ▪ a reading below 90% may call for aggressive oxygenation and /or ventilatory assistance
- ❑ Monitor for changes

# CAPNOGRAPHY($CO_2$):

**Indications**
- ❑ All intubated patients

**Procedure**
- ❑ Remove airway adapter from its package and inspect it
- ❑ Align the sensor over the adapter and between tabs

PROCEDURAL GUIDELINES

❏ Slide the sensor onto the airway adapter
❏ Gently push and twist the larger end of the adapter onto the ET tube
❏ Push the smaller end of the adapter onto the sensor circuitry
❏ Position the adapter so the sensor is on the top

**Printing Information:**
❏Manually prints real time strips as it is monitored
❏Snap Shot prints the last 8 seconds
❏Print Trends prints all trends that are enabled

# RETROGRADE INTUBATION

## COOK RETROGRADE INTUBATION SET

**Indications**
❏ The Cook Retrograde Intubation Set has been designed to assist in the placement of an endotracheal tube during difficult or emergency airway access procedures. It is intended for use in situations where visualization of the vocal cords is not possible secondary to secretions, blood and/or anatomic abnormalities.

**Contraindications**
❏ Ongoing coagulopathy
❏ Obsecure cricothyroid anatomy
❏ Infection of the cricothyroid membrane
❏ Mass (i.e.goiter)

**Procedure**
❏ After standard prepping of the access site, advance the 18 gauge sheath needle (attached to a 6cc disposable syringe) in a cephalad direction through the cricothyroid membrane and into the trachea. Free flow of air aspirated into syringe will confirm positioning.
❏ Remove the needle and syringe leaving the sheath in place.
❏ Advance the "J" end of the wire guide through the sheath and up the trachea in a cephalad direction, until the tip of the wire guide can be retrieved through the mouth or nose.
   ▣ Note: The black proximal positioning mark of the wire guide should be visible at the access site. This will insure enough wire guide is exposed orally or nasally for control of subsequent 11.0 French TFE catheter introduction.
❏ Remove the sheath leaving the wire guide in place.
❏ Advance the 11.0 French black TFE catheter, antegrade over the wire guide via the mouth or nose and into the trachea until tenting is noted at the cricothyroid access site.
❏ With the TFE catheter in position, advance the endotracheal tube over the catheter and into position below the level of the vocal cords.
   ▣ Note: Always maintain control and position of wire guide during advancement of the endotracheal tube. Markings on the endotracheal tube should be in the range of 19cm to 23cm.
❏ Remove the wire guide and catheter from the endotracheal tube and check the tube with the EID bulb auscultate lung sounds x 5. Secure with a securing device and continuously monitor the end tidal $CO_2$ indicator.

EMERGENCY MEDICAL GUIDELINES

## RUSCH QUICKTRACH
### CRICHOTHYROTOMY DEVICE



**Istructions for Use**
    Pre-Assembly:
    Open the package, remove the device, and familiarize yourself with its contents.

**Step One**
Place the patient in a supine position. Assure stable positioning of the neck region (place a pillow or piece of clothing under the patient's shoulders) and hyperextend the neck (when applicable). Secure the larynx laterally between the thumb and forefinger. Find the cricothyroid ligament (in the midline between the thyroid cartilage and the cricoid cartilage). This is the puncture site.

**Step Two**
Firmly hold the device and puncture the cricothyroid ligament at a 90° angle. (Note: Because of the sharp tip and conical shape of the needle, an incision of the skin with a scalpel is not necessary. The opening of the trachea is achieved by dilating through the skin. This reduces the risk of bleeding as only the smallest necessary opening is made).

**Step Three**
After puncturing the cricothyroid ligament, check the entry of the needle into the trachea by aspirating air through the syringe. If air is present, the needle is within the trachea*. Now, change the angle of insertion to 60° and advance the device forward into the trachea to the level of the stopper. The stopper reduces the risk of inserting the needle too deeply and causing damage to the rear wall of the trachea.

**Step Four**
Remove the stopper. After the stopper is removed, be careful not to advance the device further with the needle still attached.

**Step Five**
Hold the needle and syringe firmly and slide only the plastic cannula along the needle into the trachea until the flange rests on the neck. Carefully remove the needle and syringe. Next, secure the cannula with the neck tape, apply the connecting tube to the 15mm connection, and connect the other end to the resuscitation bag or ventilation circuit.

**\*Warning**
Should no aspiration of air be possible in Step Three because of an extremely thick neck, it is possible to remove the stopper and carefully insert the needle further until entrance into the trachea is made. Once this is verified, continue as in Step Five.



## SUCTION
### LAERDAL SUCTION UNIT (LSU)
**Indications:**
    It is intended for intermittent operation to remove secretions, blood or vomit from a patient's airway to allow ventilation. Higher vacuum levels are generally selected for oropharyngeal suctioning, and lower vacuum levels are usually selected

*03/01/05*

PROCEDURAL GUIDELINES

for tracheal suctioning and the suctioning of children and infants.

**Contraindications:**
None known.

**Operating knob:**
It is a combined ON/OFF switch and vacuum selector. Turn knob to desired vacuum amount. Unit is turned off by turning knob to the far left setting ("0").

**Indicator lights:**
☐ Power on indicator (circle with a colored in circle in it)
☐ This green LED has 3 functions:
  1. Is lit continuously when the LSU is switched ON.
  2. Flashes rapidly during Device Test.
  3. Flashes slowly while the Automatic Power-save Function is activated, if the Device Test is interrupted and when the battery is discharged.
☐ External Power Indicator (circle with power cord in it)
☐ This green LED is continuously lit while external AC or DC power is connected.
☐ Failure Mode Indicator (circle with triangle and in it)
☐ The red LED is lit when a possible malfunction of the LSU has been detected. If lit turn the LSU OFF, and then ON again to check if the indication disappears. If it stays off, the LSU can be operated. If the indicator continues to be lit after three OFF/ON cycles and after replacing the battery with a fully charged battery, discontinue use.
☐ Vacuum Indicator:
  ■ Green LED bargraph indicates the actual vacuum level.
☐ Battery Status Indicator:
During operation from internal battery and during charging the displayed values must only be used as indications.
☐ The green LED bargraph has 3 functions:
  1. During operation from internal battery- indicates approx. remaining battery capacity.
  2. During charging- indicates approx achieved battery capacity.
  3. During the Device Test- indicates which step of the test is currently in progress or which corresponding test result is being displayed.
☐ Test Button:
  ■ This button allows you to run a user initiated Device Test program to identify whether the LSU operates satisfactory, is assembled correctly or if it needs service.
  ■ Before you press the TEST-button, make sure the Patient Suction Tubing is not occluded or bent.
  ■ Press and hold the TEST-button while setting the Operating Knob to 500+ mmHg.

*Note: Do not release the TEST-button until min. 2 seconds after the Operating Knob has been set to 500+. The test will start immediately.*

☐ As soon as LED 2 of the Battery Status Indicator comes on fully occlude the Suction Tubing.
☐ Keep the tubing occluded until LED 1 comes on.
☐ Replacing the Canister:

EMERGENCY MEDICAL GUIDELINES

- ■ To remove the Canister, disconnect the angled connector from the vacuum inlet on the lid.
- ■ To release the Canister Holder, press down the Canister Holder Release Arm while sliding the Holder toward you. Remove the canister from the holder.
- ■ Replace the canister in the holder, slide the holder into position and connect the tubing to the canister.
- ❑ Replacing the Battery:
  - ■ Open the door.
  - ■ To remove the battery, push and move it slightly to the left and then release.
  - ■ Withdraw the battery from the LSU.
  - ■ To insert battery, push it fully in and then to the right to lock it.
  - ■ Close the battery door.
  - ■ After inserting the battery, place the LSU on charge unless a fully charged battery is inserted

## MECONIUM SUCTIONING

### Caution

- ❑ When the infant's condition is unstable, it may not be possible to clear the trachea of all meconium before positive pressure ventilation must be initiated
- ❑ This intervention should not be delayed while the infant is dried
- ❑ Mechanical suction should be set no higher than 100 mm/Hg

### Procedure

- ❑ Visualize hypopharynx with a laryngoscope and remove any residual meconium with suctioning
- ❑ Intubate the trachea and suction the lower airway utilizing a meconium trap connected to the ET tube (*See Figure* 10)
- ❑ Repeat as necessary
- ❑ After initial stabilization is achieved, an orogastric tube should be placed to empty the newborn's stomach since it may contain meconium that could later be regurgitated and aspirated

## PHARYNGEAL SUCTIONING

### Procedure

- ❑ Use universal precautions
- ❑ Inspect unit for proper function and parts
- ❑ Switch on suction and clamp the tubing to note if the pressure dial registers at least 300 mm/Hg
- ❑ Attach the suction tip to the tubing
- ❑ Open the patients mouth
- ❑ Insert the suction tip in to the mouth and apply suction on the way out
- ❑ Do not suction for more that 15 seconds
- ❑ Re–oxygenation should occur prior to repeated suctioning

## TRACHEAL SUCTIONING

### Procedure

- ❑ Prepare equipment
- ❑ Use universal precautions (should use sterile gloves)
- ❑ Hyperventilate the patient
- ❑ Grasp the suction catheter with the gloved hand
- ❑ Insert the suction catheter into the ET Tube without application of suction
- ❑ Apply suction during the withdrawal of the catheter

*Figure 10*

PROCEDURAL GUIDELINES

❏ Remove the catheter
❏ Hyperventilate the patient
❏ Repeat as necessary

# VENTILATOR

## AUTOVENT 2000

### Caution
❏ Serial number of patient valve and serial number of module must match, otherwise settings may not be accurate

### Application/Use
❏ Determine the volume setting for the patient, use 8–10 ml per kg of ideal body weight or 5 ml per pound (70 kg = 700 ml). If unsure of proper weight, it is preferable to go with lower volume.
❏ Not recommended for use with patients less than 40 kg
❏ Normal BPM
  ◼ Adult  10 – 12
❏ Should a mechanical problem develop or the patient appears to be experiencing difficulty while connected to the ventilator, disconnect and ventilate by other means
❏ Refer to manual for cleaning instructions and operating information

## MINI–VENT

The volume indicator on the device is set for LOW, MEDIUM, and HIGH. Tidal volumes range from 0–500 ml for pediatric and 0–1,250 ml for adults. These are only approximates and are not exact volumes. It must not be assumed that the settings of LOW, MEDIUM, and HIGH are equally divided according to tidal volumes from 0–500 or 1,250 ml. During tidal volume tests it was found that almost maximum volumes were obtained in the LOW to MEDIUM range (*See Figure* 16). Over ventilating a patient may have serious untoward effects.

### Contraindications
❏ This device should not be used for a patient less than 50 pounds body weight

### Application/Use
❏ Turn TIDALVOLUME control to 0
❏ Turn MODE SELECTOR control to desired setting (ADULT, CHILD, HYPERVENTILATE, CPR)
❏ Connect the patient valve to the patient
❏ Slowly turn the TIDAL VOLUME control until the desired tidal volume is obtained
❏ Determine the volume setting for the patient, use 8–10 ml per kg of ideal body weight or 5 ml per pound (70 kg = 700 ml). If unsure of proper weight, it is preferable to go with lower volume.

PROCEDURAL GUIDELINES

# ENDOTRACHEAL TUBE INTRODUCER

## PURPOSE: TO FACILITATE DIFFICULT INTUBATIONS



**Indications for use:**
1. Difficult intubations
2. If the laryngeal opening is not fully visible
3. To control the direction of the endotracheal tube during insertion
4. Short-bull neck
5. Laryngeal edema ( i.e. burns, anaphylaxis )
6. Anatomical abnormalities ( congenital / tumors )
7. Inability to position the pt due to entrapment or confined space etc.

**Contraindications for use:**
1. Pediatric pt's under 14 y/o

**Precautions:**
1. Soft tissue damage or bronchial rupture may occur:
   a. During blind intubation
   b. Positioning past the carina
   c. When undue pressure is applied
   d. Endotracheal tube is threaded over introducer without using a laryngoscope

**Equipment:**
1. Appropriate level of universal precautions
2. Laryngoscope with appropriate blade
3. E.t. tube 6.0 or greater
4. Gum elastic bougie
5. Have suction available
6. Lubrication ( sterile h2o, ky jelly )
7. Means of ventilation ( bvm, auto vent )
8. Thomas lock

**Technique / procedure:**
1. Hyperoxygenate the pt
2. Perform an optimal direct laryngoscopy
3. At a minimum, the tip of the epiglottis must be visible in order to direct the introducer into the glotic opening.
4. Tactile confirmation of tracheal clicking will be felt as the distal tip of the introducer bumps against the tracheal rings. If the tracheal clicking cannot be felt, continue to gently advance the introducer until "hold up" is felt. Tracheal "clicking" and "hold up" are positive signs that the introducer has entered the trachea. No tracheal clicking or hold up is indicative of esophageal placement.
5. Advance the introducer to a depth of approximately 25cm so that the distal tip lies at least 2-3cm beyond the glottic opening.
6. While holding the introducer securely and without removing the laryngoscope, advance the endotracheal tube over the proximal tip of the introducer. Once the endotracheal tube passes beyond the teeth, rotate the endotracheal tube 90° counter clockwise (1/4 turn to the left) so that the endotracheal tube lies in the mid trachea.

*03/01/05*

EMERGENCY MEDICAL GUIDELINES

7. Advance the endotracheal tube to the proper depth so that the tip of the endotracheal tube lies in the mid-trachea.

8. Holding the endotracheal tube securely, remove the introducer.

9. Confirm endotracheal intubation:

· Esophageal detector device (self inflating bulb)

· Chest auscultation along the mid-axillary lines and the epigastrium

· End tidal c02 detection

10.      Secure the pt's head ( lsb, cid)

*** do not clean or sterilize the introducer

*** dispose of after each use .

EMERGENCY MEDICAL GUIDELINES

# Cardiac



---

## ALERTS — CARDIAC AND STROKE

### STROKE ALERT CRITERIA:

- ❏ Time of onset <5 hours
- ❏ Any abnormal finding on examination?
- ❏ Deficit not likely due to head trauma?
- ❏ Blood Glucose >50

**Caution**

- ❏ Prevent aspiration, keep NPO, elevate the head 30 degrees
- ❏ Avoid treatment of HTN, unless ordered per treatment guidelinesor on-duty ER Physician
- ❏ Avoid IV glucose (give glucose only if BGL is lower than 50 mg/dl and with Physician Consult)

**Procedure**

- ❏ If patient meets inclusion criteria, they are considered priority 2,  and a stroke alert is called to dispatch and the hospital transporting to
- ❏ Treatment as specified by treatment guidelines
- ❏ Perform thrombolytic exclusion check sheet
- ❏ Transport should not be delayed

### CARDIAC ALERT CRITERIA:

- ❏ Patient exhibiting signs and symptoms consistent with an AMI
- ❏ ST segment elevation present on 12–lead EKG in 2 or more contiguous leads
- ❏ Patient is 18 years old or older

**Caution**

- ❏ If QRS width is .12 sec or greater do not read ST segment changes
- ❏ Be aware of multiple conditions which may result in non–AMI ST segment changes. Be prepared to  correlate clinically

**Procedure**

- ❏ If patient meets inclusion criteria, even if they excluded from thrombolytics, they are considered priority 2 and a cardiac alert is called to dispatch
- ❏ Treatment as specified by guidelines
- ❏ Perform thrombolytic exclusion check sheet
- ❏ Emphasis is placed on expediting patient transport and performing treatments enroute to the hospital, not remaining on scene to fulfill protocol requirements

---

## 12 LEAD EKG

### Indications

- ❏ All chest pain including blunt trauma to the chest
- ❏ Any cardiac dysrhythmias or irregularities
- ❏ Heart rate less than 50 BPM or greater than 150 BPM
- ❏ Epigastric pain unless evidence of GI bleeding
- ❏ Thoracic back pain without trauma
- ❏ Diaphoresis not explained by fever or environment
- ❏ Difficulty breathing

*03/01/05*

- ❑ Syncope without seizure or obvious blood loss (near syncopes included)
- ❑ CHF/Pulmonary edema
- ❑ Tricyclic antidepressant overdose

**Caution**

- ❑ Treatment of life threatening problems such as dysrhythmias, acute pulmonary edema, shock, etc. should be initiated prior to obtaining a 12 lead ECG
- ❑ Obtaining a 12 lead ECG should not delay transport of critically ill patients

**Procedure**

- ❑ Clean area for electrode placement with antiseptic swabs
- ❑ Shave area if needed being careful not to cause lacerations
- ❑ The mid–clavicular line may be found by dropping an imaginary line from the middle of the clavicle down
- ❑ The mid–axillary line can be found by dropping an imaginary line from the armpit down
- ❑ Leads V4 through V6 must be in a straight line and this may not alys be in the intercostal space
- ❑ Run a $V_4R$ if ST changes seen in leads II, III or aVF. Move the V4 lead to the $V_4R$ position; manually print $V_4R$. Running a second 12 lead with the V4 lead in the $V_4R$ position could result in a false impression or diagnosis advisory from the 12 lead monitor analysis.
- ❑ Place electrodes as per diagram (*See Figure 11*)
    - ◼ RA–right arm, upper arm or upper chest near the shoulder
    - ◼ LA–left arm, upper arm or upper chest near the shoulder
    - ◼ RL–right leg, upper leg or lower abdomen near the hip
    - ◼ LL–left leg, upper leg or lower abdomen near the hip
    - ◼ V1–4th intercostal space, immediately to the right of the sternum
    - ◼ V2–4th intercostal space, immediately to the left of the sternum
    - ◼ V3–placed between V2 and V4
    - ◼ V4–5th intercostal space, midclavicular line
    - ◼ V5–5th intercostal space between V4 and V6
    - ◼ V6–5th intercostal space midaxillary line
    - ◼ $V_4R$–5th intercostal space, right midclavicular line



*Figure 11*

---

# MARQUETTE RESPONDER 1500

## CAPABILITIES

- ❑ 3 Lead ECG monitoring
- ❑ Defibrillation
- ❑ Cardioversion
- ❑ Transcutaneous pacing
- ❑ Diagnostic / interpretive 12-lead ECG

## MONITORING

Patients can be monitored using either the Multifunction pads or by using the three lead patient cables.

**Caution**

- ◼ If both the multifunction pads and the patient cables are connected to the patient and either a lead or a defibrillation cable becomes disconnected, the unit switches monitoring to the source that remains connected

EMERGENCY MEDICAL GUIDELINES

### Application/Use
- ❏ Multifunction pads
  - ◼ turn the power on with the select energy switch; place switch in the ON/DISARM position
  - ◼ the Marquette will enter a self test mode then indicate TEST OK
  - ◼ turn the LEAD SELECTOR switch to the PADS position
  - ◼ monitor will display ECG in Lead II only
  - ◼ check expiration date on package
  - ◼ pad position is anterior / anterior
  - ◼ attach one pad to cable marked apex and the other pad to the cable marked sternum
  - ◼ dry patient's chest
  - ◼ peel off protective backing
  - ◼ press the pads firmly onto the patient's chest in sternal / apex position
  - ◼ monitor will display and print only in Lead II
- ❏ Using three lead patient cables
  - ◼ turn power on and wait for the self test to be completed
  - ◼ attach electrodes to patient cables using standard AHA code
  - ◼ select the lead you wish to monitor ( I, II, or III )
  - ◼ the Marquette will display and / or print in the lead selected

## RECORDING SELECTED LEAD
- ❏ Paper
  - ◼ pressing the button labeled PRINT starts the printer
  - ◼ pressing the PRINT button a second time stops the printer
- ❏ Patient data card
  - ◼ some Departments may use the optional patient data card to capture patient ECG information, please refer to the Operation Manual for more information

## DEFIBRILLATION
- ❏ Insure defibrillation pads are in place
- ❏ Select desired energy level on ENERGY SELECT 1 switch
- ❏ Press the white CHARGE 2 button
- ❏ The Marquette will indicate charging with an audible beep and the screen will state charging to *xxx* JOULES. When the unit has reached the selected charge the beeping will become rapid and continue to beep until the energy is delivered. The screen will show READY *xxx* JOULES
- ❏ After assuring the patient is clear, press the green SHOCK 3 button

## SYNCHRONIZED CARDIOVERSION
### Caution
- ❏ In order to activate the synchronized cardioversion function, the LEAD SELECT switch must be set to SYNC and you must press the SYNC button
- ❏ Once you press the SYNC button, you may use the LEAD SELECT switch to select PADS, LEAD I, II, or III while in synchronized mode

### Application/Use
- ❏ Connect both the three lead patient cables and the defibrillation cables to the patient as described in the monitoring section
- ❏ Select SYNC on the lead selector switch
- ❏ Press the SYNC button. The SYNC button will flash with each R wave detected and a marker will appear on each R wave on the display screen (if sync marker fails to appear, adjust ECG SIZE and / or select a different lead)
- ❏ Select the proper energy level with the ENERGY SELECT 1 switch



1 CONTROLS AND INDICATORS

marquette

*Controls and Indicators*

1. EVENT MARK
2. PRINT
3. CHARGE
4. SHOCK
5. ENERGY SELECT AND POWER
6. ECG SIZE
7. LEAD SELECT
8. SYNC
9. POWER LIGHT
10. MENU SELECT
11. ENTER
12. VOLUME
13. LCD DISPLAY CONTRAST

PROCEDURAL GUIDELINES

❑ Press the white CHARGE 2 button
❑ When the unit is charged press and hold the green SHOCK 3 button until the energy            is delivered
❑ Repeat as required

PACING

The Marquette is capable of either fixed or demand pacing. The default setting is for            demand pacing.

Application/Use

❑ Place both multifunction pads and patient monitoring electrodes on patient as previously described
❑ Press SETUP on the pacemaker control panel. A marker will appear on the display screen on each R wave sensed. If the marker does not appear, adjust the ECG SIZE and / or use the LEAD SELECT switch to select a different lead.
❑ Set MODE, RATE, and OUTPUT parameters, refer to TRANSCUTANEOUS PACING PROCEDURAL GUIDELINE
❑ Press START / STOP button to begin pacing

RUNNING A DIAGNOSTIC 12 LEAD ECG

❑ Connect the acquisition module to the A.M. INPUT on the left side of the Marquette
❑ Turn the LEAD SELECT to 12 LEAD (12 with QRS image)
❑ Prepare the patient, refer to 12 LEAD ECG PROCEDURAL GUIDELINE (SEE PAGE P-17)
❑ Then the message ACQUIRING DATA appears on the display screen, select START ANALYSIS and press ENTER
❑ The Marquette will automatically acquire, analyze, and print the 12 lead ECG without any further action on the operators part. Do not move the LEAD SELECT from 12 lead position until you are completely finished with the 12 lead operation.

## PHYSIO CONTROL LIFEPAK 10

### MONITORING

ECG monitoring may be done through the external paddles, disposable defibrillation electrodes, or through a 3-lead patient cable.

Caution

❑ Avoid contact with the conductive material

Application/Use

❑ Paddles
■ apply 1/4" — 1/2" of conductive gel over the entire surface of the paddles or use pre–jelled defibrillation pads and apply to the patient
■ turn the monitor on by rotating POWER knob to any battery postion
■ spare batteries are to be carried at all times; the LP 10 holds 3 batteries which are used individually until the power is depleted
■ push LEAD SELECT to paddles postion
■ assure that the gel is distributed evenly over the entire surface of the paddles
■ place paddles on the patient's chest with approximately 25 pounds of pressure
■ place APEX paddle on patient's lower left chest and STERNUM paddle on the sternum slightly to the right
■ observe cardioscope for patient's rhythm
❑ Patient cable monitoring
■ prepare the patient's skin surface, prior to the application of the electrodes
■ assure the electrodes have sufficient gel to conduct
■ secure and support the patient cable
■ whenever possible, avoid monitoring in environments with significant electrical interference as noise may corrupt the ECG signal.

*03/01/05*

EMERGENCY MEDICAL GUIDELINES

- if the ECG is unreadable due to the size of the QRS complex the ECG SIZE may be adjusted
- attach the 6 pin cable plug to the right side panel
- attach lead wires to the electrodes
- apply the electrodes to the prepared sites
- turn on the POWER
- select the proper lead with the LEAD SELECT
- adjust the ECG Size
- push the QRS VOL until audible
- Push the ECG SIZE up or down until systole beeper coincides with every QRS complex
- Adjust the QRS VOL as desired

## CABLE PLACEMENT

### Application/Use

- ❑ White (right arm or right upper chest)
- ❑ Black (left arm or left upper chest)
- ❑ Red (left leg or left lower chest)

## RECORDING

### Application/Use

- ❑ Push RECORD
- ❑ Adjust ECG SIZE if necessary
- ❑ If FREEZE is selected while recording, recording continues until FREEZE is released

## CODE SUMMARY

### Application/Use

- ❑ Push CODE SUMMARY; the recorder will print a full report of the information stored in memory
- ❑ Printing of the CODE SUMMARY report can be interrupted by
  - pushing the CODE SUMMARY button
  - pushing the CHARGE button
  - pushing the CHARGE button
  - pushing the RECORD button
  - running out of chart paper
  - turning off the POWER
- ❑ The code summary report may be resumed by pushing CODE SUMMARY whenever the Lifepak 10 is on
- ❑ Critical events will be retained in memory whenever the Lifepak 10 is turned on. If the power is turned off the code summary information will be retained for 5 minutes. After the 5 minutes the information will be erased

## DEFIBRILLATION

### Application/Use

- ❑ Apply conductive gel to paddles
- ❑ Turn the monitor on, O will be displayed under AVAILABLE ENERGY on status display
- ❑ Select energy to be delivered with ENERGY SELECT
- ❑ Push and release CHARGE button on APEX paddle; charge indicator will flash, a ramping tone will be heard, and numbers will scroll up under AVAILABLE ENERGY display until energy reaches pre–selected level at which time a charge tone will sound

PROCEDURAL GUIDELINES

- ◾ if the energy is changed after the charge has been initiated the energy will be discharged and the operator will have to re-initiate the charge by pushing the charge button
- ❑ Place the paddles firmly on the patient's chest in the same postion used for the QUICK                LOOK procedure
- ❑ When the charge tones sound the defibrillator is ready for defibrillation
- ❑ Assure all personnel are clear from the patient as well as anything touching the patient,                by looking and calling for "**Clear!**"
- ❑ Discharge the defibrillator by pushing both paddle DISCHARGE buttons simultaneously
- ❑ Observe patient and cardioscope to determine results
- ❑ To internally discharge an unwanted charge rotate ENERGY SELECT to another energy level
- ❑ Turn off monitor
- ❑ Thoroughly clean the paddles and store them in the storage area

## SYNCHRONIZED CARDIOVERSION
### Application/Use
- ❑ Rotate POWER to a power source
- ❑ Attach patient cable and ECG electrodes; electrodes should be placed away from paddle sites and such that resultant will give a tall QRS complex
- ❑ Select LEAD with optimum QRS complex amplitude
- ❑ Push SYNC button; SYNC message on status display will blink off with each detected                QRS complex
- ❑ Observe cardioscope;  adjust ECG SIZE so that sync markers occur only on the QRS                complex.  If markers do not occur on the QRS complexes adjust ECG SIZE, change                the lead or move the electrodes on the patient.
- ❑ Prepare and postion the paddles on the patient's chest as described in the defibrillation procedure
- ❑ Select energy to be delivered with ENERGY SELECT
- ❑ Push the CHARGE button and wait for tone to sound indicating charge has completed.
- ❑ Push and **hold** paddle DISCHARGE buttons until discharge occurs with next QRS complex
- ❑ If rhythm does not convert and cardioversion is to be re-attempted, it is necessary to push SYNC again since it switches back to defibrillate mode after each synchronous discharge
- ❑ Thoroughly clean and store paddles in storage area after procedure

## PACING PROCEDURE
### Application/Use
- ❑ Rotate POWER control to a power source
- ❑ Connect ECG electrodes to patient cable and attach to patient
- ❑ For better adhesion, clean and dry areas over which pacing electrodes will be placed
- ❑ Connect pacing cable to PACE connector at the right side of the LP 10
- ❑ Connect the QUIK-PACE electrodes to pacing cable matching electrode color to connector color
- ❑ Peel off protective covering from electrode to expose conductive surface; position electrodes on patient's chest
- ❑ Push PACER button; adjacent indicator will illuminate
- ❑ Select desired pacing RATE (pacemaker powers up at a rate of 40 bpm)
- ⟡ CURRENT level will begin at 0 mA

EMERGENCY MEDICAL GUIDELINES

- ❑ Observe cardioscope; SENSE marker should appear on each QRS complex. If SENSE marker is not present on QRS or appears elsewhere, adjust ECG SIZE control for optimal sensing. If this fails, select another lead and readjust ECG SIZE. If intrinsic beats are not present skip this step.
- ❑ When unit is sensing properly, activate pacing by pushing START/STOP button. Adjacent indicator will light and a positive going spike will be seen on the ECG display with each delivered pacing stimulus
- ❑ Increase current slowly while observing cardioscope for evidence of electrical pacing capture; palpate patient's pulse or check blood pressure to assess perfusion
- ❑ Recorder will document pacing parameters; each pacing stimulus will be marked with an arrow on the lower edge of ECG paper
- ❑ To terminate pacing, push START/STOP button again; adjacent indicator light will go out
  - ▪ If a pacing cable lead or QUIK–PACE electrode becomes detached during pacing,                the LEADS message will be displayed on the status display along with an audible              alarm. The pacing rate will maintain its pre–alarm setting, however, the current                        will reset to 0 mA.

# LIFEPAK 12

## GENERAL
❑The LIFEPAK 12 defibrillator/monitor series has five main operating modes:
- ▪Advisory Mode (SAS): Provides all features available except manual defibrillation, synchronous cardioversion and pacing.
- ▪Manual Mode: Provides normal operating capability for ALS users.
- ▪Setup Mode: Allows operator to customize the device.
- ▪Service Mode: Allows operator to execute device diagnostic tests and calibrations.
- ▪Inservice Mode: Provides simulated waveforms for demonstration purposes

## Low Battery Indication and Message:
❑Low battery icon at top of display and low battery message in status area for each battery. When low battery is indicated, device autoswitches to second battery. When both batteries reach a low battery condition, there is a voice prompt to replace battery.

## DISPLAY
❑Size (active viewing area):
- ▪LCD: 140.8mm (5.5 in) wide x 105.6mm (4.2 in) high
- ▪EL: 165.1mm (6.5 in) wide x 123.8mm (4.9 in) high

❑Resolution:
- ▪640 x 480 black and white LCD
- ▪640 x 480 amber and black EL display

❑User selectable LCD contrast
❑Displays a minimum of 4 seconds of ECG and alphanumerics for values, device instructions or prompts.
❑Option to display one or two additional waveforms
❑Waveform display sweep speed: 25mm/sec for ECG and 12.5mm/sec of $CO_2$

*03/01/05*

## DATA MANAGEMENT

❑ The device captures and stores patient data, events (including waveforms and annotations), user test results and continuous ECG waveform records in internal memory.

❑ The user can select and print reports and transfer the stored information via an internal modem through landline or mobile phones.

## Report Types:

❑ Three format types of CODE SUMMARY critical event record (short, medium and long)

❑ Initial ECG (except short format)

❑ Automatic capture of vital signs measurements every 5 minutes

❑ 3-channel or 4-channel 12-lead ECG report

❑ Continuous waveform records (transfer only)

❑ Trend Summary . includes patient information, vital signs log and vital signs graphs

❑ Vital Signs . includes patient information, event and vital signs log.

❑ Snapshot . includes patient information and 8 seconds of ECG captured at the time of transmission

## COMMUNICATIONS

❑ The device is capable of transferring data records by internal modem, external EIA/TIA modem, cellular modem or serial connection.

❑ Supports EIA/TIA-602 compatible modems using Xon/ Xoff or RTS/CTS flow control at 9600 to 38400 bps.

❑ EIA/TIA-RS232E compatible at 9600, 19200, 38400 and 57600 bps.

❑ Group III, Class 2 or 2.0 fax

## MONITOR

❑ Voice Prompts: Used for selected warnings and alarms (configurable on/off).

## ECG

❑ ECG is monitored via several cable arrangements.

▪ A 3-wire cable is used for 3-lead ECG monitoring.

▪ A 5-wire cable is used for 7-lead monitoring.

▪ A 10-wire cable is used for 12-lead acquisition. When the chest electrodes are removed, the 10-wire cable functions as a 4-wire cable.

▪ Standard paddles or QUIK-COMBO pacing/defibrillation

▪ ECG electrodes or FAST-PATCH® disposable defibrillation/ECG electrodes are used for paddles lead monitoring.

❑ Lead Selection: Leads I, II, III, (3-wire ECG cable)

❑ Leads I, II, III, AVR, AVL and AVF acquired simultaneously (4-wire ECG cable)

❑ Leads I, II, III, AVR, AVL, AVF, V1 (Labeled "C" on 5-wire ECG cable)

❑ Leads I, II, III, AVR, AVL, AVF, V1, V2, V3, V4, V5 and V6 acquired simultaneously, (10-wire ECG cable)

❑ ECG Size: 4, 3, 2.5, 2, 1.5, 1, 0.5, 0.25 cm/mV (fixed at *1 cm/mV for 12-lead*)

❑ Heart Rate Display: 20 to 300 bpm digital display

❑ Out of range indication: Display symbol ".-"

❑ Heart symbol flashes for each QRS detection

❑ Continuous Patient Surveillance System (CPSS): In advisory mode while Shock Advisory System is not active, CPSS monitors the patient, via paddles or Lead II ECG, for potentially shockable rhythms.

EMERGENCY MEDICAL GUIDELINES

☐ SpO2 Measurement Range: 50 to 100%

Trend
- ☐ Display: Choice of HR, SpO2(%), EtCO2, RR, NIBP, P1, P2, ST shown in channels 2 or 3.
- ☐ Time scale: Auto, 30 minutes, 1, 2, 4 or 8 hours
- ☐ Duration: Up to 8 hours with -06 Memory PCB or later. Reduced storage capacity with earlier versions.
- ☐ ST segment: After initial 12-lead ECG analysis, automatically selects and trends lead with the greatest ST displacement.
- ☐ ALARMS
  - ▪ Quick Set: Activates alarms for all parameters.
  - ▪ VF/VT Alarm: Activates continuous CPSS monitoring in Manual Mode.
  - ▪ Apnea alarm: Occurs when 30 seconds have elapsed since last detected respiration.
- ☐ INTERPRETIVE ALGORITHMS
  - ▪ 12-lead Interpretive algorithm: GE Medical 12SL, includes AMI statements.

PRINTER
- ☐ Prints continuous strip of the displayed patient information
- ☐ Paper Size: 50mm (2.0 in) or optional 100mm (3.9 in)
- ☐ Print Speed: 25mm/Sec +/- 5% (measured in accordance with AAMI EC-11, 4.2.5.2)
- ☐ Delay: 8 seconds
- ☐ Autoprint: Waveform events print automatically (user configurable)
- ☐ Optional 50mm/sec timebase for 12-lead ECG reports

MANUAL MODE
- ☐ Energy Select (Monophasic): 2, 3, 4, 5, 6, 7, 8, 9, 10, 20, 30, 50, 70, 100, 150, 200, 300 and 360 joules or user configurable sequence 200/200/360 or 200/300/360 joules
- ☐ Energy Select (Biphasic): 2, 3, 4, 5, 6, 7, 8, 9, 10, 15, 20, 30, 50, 70, 100, 125, 150, 175, 200, 225, 250, 275, 300, 325, and 360 joules or user configurable sequence 100 to 200, 100 to 300, 100 to 360.
- ☐ Charge Time: Charge time to 360J in less than 10seconds, typical
- ☐ Synchronous Cardioversion: Energy transfer begins within 60mS of the QRS peak

ADVISORY
- ☐ Shock Advisory System (SAS) is an ECG analysis system that advises the operator if the algorithm detects a shockable or non-shockable ECG rhythm. SAS acquires ECG via therapy electrodes only.
- ☐ Shock Ready Time: Using a fully charged battery at normal room temperature, the device is ready to shock within 20 seconds if the initial rhythm finding is "Shock Advised."
- ☐ Output Energy (Edmark): User configurable, sequence of 200/200/360 or 200/300/360 joules.
- ☐ Output Energy (Biphasic): User configurable, sequence of three sequential shock levels ranging from 200, 200 to 300, and 200 to 360 joules.
  - ▪ Note: ±5% accuracy applies when disposable therapy electrodes are attached. Energy output is limited to the available energy which results in delivery of 360 joules into 50 ohms.

EMERGENCY MEDICAL GUIDELINES

# SUCCINYLCHOLINE CHLORIDE (ANECTINE, QUELICIN)

### CLASS
Depolarizing neuromuscular blocker

### ACTIONS
Succinylcholine Chloride is a depolarizing muscle relaxant that prevents acetylcholine from binding to receptors on the post-synaptic neuron, thereby inhibiting the generation of an action potential and effectively paralyzing skeletal muscle. Complete paralysis is obtained within 1 minute and persists for approximately 2 minutes. It has no effects on consciousness whatsoever.

### INDICATIONS
To facilitate intubation in patients where other efforts to obtain definitive airway control have failed.

### CONTRAINDICATIONS
Any patients who can not be effectively ventilated with a BVM and oral airway.

### SIDE EFFECTS
Prolonged apnea, bronchospasm, sinus arrest, tachycardia, bradycardia, PVC's, increased ICP, muscle fasciculations.

### SPECIAL CONSIDERATIONS
Since Succinylcholine Chloride effects only skeletal movement and not sensation, the patient should be sedated prior to administration. The use of Succinylcholine will not reduce the patients level of consciousness. The paramedic should verbally reassure the patient before intubation. If unable to intubate the patient, ventilate with BVM and oral airway until spontaneous respirations return (this should occur in approximately 5 to 7 minutes). Less than one percent of the population, and a higher percentage of the pregnant population, lack sufficient pseudo-cholinesterase to rapidly metabolize Succinylocholine. Paralysis may be dramatically prolonged in these patients.

### DOSAGE
Adult: 1 mg/kg IVP repeated in 1 to 2 minutes if desired effect is not achieved.
Pediatric: Same as the adult dose.
Can be given IM if needed 3 mg/kg

### HOW SUPPLIED
Vials containing 10 ml of a 20 mg/ml Concentration (200 total milligrams)

# TETRACAINE HCL (PRONTOCAINE)

### ACTIONS
Tetracaine is an ophthalmic solution that produces anesthesia by preventing initiation and transmission of impulses at the nerve-cell membrane.

### INDICATIONS
As an adjunct to facilitate irrigation of foreign bodies in the eye.
Toxic/chemical burns to the eye.

### CONTRAINDICATIONS
None in the emergency setting

### SIDE EFFECTS
Rash, irritation, sensitivity

### SPECIAL CONSIDERATIONS
Do not use if the Tetracaine HCL solution contains crystals, or if it is cloudy or discolored. Do not let patient touch or rub the eye after it is anesthetized as this can cause corneal abrasions. May be administered with contact lenses left in eye(s). Patch eye after administering.

### DOSAGE
1 to 2 drops of a 0.5% solution instilled into the affected eye.
Pediatric dose will be the same.

*03/01/05*

DRUG REFERENCE

# THIAMINE
## (VITAMIN B-1)

### ACTIONS

Thiamine is a sterile solution of Vitamin B1 (can not be produced by the human body). With total absence of Thiamine in the diet, body depletion occurs in approximately three weeks.

### INDICATIONS

For the treatment of Thiamine deficiency

Rapid restoration of Thiamine to prevent Wernicke-Korsakoff in the alcoholic and malnourished patient.

Administered to individuals **(prior to dextrose)** with marginal thiamine status to avoid precipitation of heart failure.

### CONTRAINDICATIONS

History of hypersensitivity

### WARNINGS

Serious hypersensitivity/anaphylactic reactions can occur, especially with repeated dosages.

### SIDE EFFECTS

A feeling of warmth pruritus, urticaria, weakness, sweating, nausea, restlessness, throat tightness, cyanosis, pulmonary edema, and GI bleeding.

### DOSAGE

100 mg IVP **prior to administration** of highly concentrated Dextrose solutions.

### HOW SUPPLIED

100 mg in 1 ml

# VASOPRESSIN
## (PITRESSIN)

### CLASS

Antidiuretic Hormone

### ACTIONS

Systemic vasoconstriction, increased contractility, increased cerebral and coronary perfusion without undesired effects of myocardial ischemia and irritability.

### INDICATIONS

Ventricular fibrillation

Pulseless ventricular tachycardia

### CONTRAINDICATIONS

All other pulseless dysrhythmias

### SIDE EFFECTS

None in the pulseless patients

### WARNINGS

Currently only to be used for pulseless V-fib and V-tach patients

### DOSAGE

40 units IVP, one time administration. No Epinephrine for 10 min post administration.

EMERGENCY MEDICAL GUIDELINES

## VECURONIUM BROMIDE (NORCURON)

### CLASS
Nondepolarizng neuromuscular blocker

### ACTIONS
Norcuron is a nondepolarizing neuromuscular blocking agent of intermediate duration. It acts by competing for cholinergic receptors at the motor end-plate. Clinically required neuromuscular blockade will occur in 2.5 to 3 minutes and last approximately 25 to 30 minutes.

### INDICATIONS
Long term paralysis for flight or ground transport to facilitate control of combative patients that have already been intubated.

### CONTRAINDICATIONS
Any patient that an RSI has NOT been successful.

### SIDE EFFECTS
Prolonged apnea, tachycardia, bradycardia, bronchospasm, muscle fasciculations.

### SPECIAL CONSIDERATIONS
If Succinylcholine is used prior to Norcuron, the administration of Succinylcholine should be delayed until the patient starts recovering from the Succinylcholine-induced neuromuscular blockade. Prior administration of Succinylcholine may enhance the neuromuscular blocking effect of Norcuron and its duration of action. The effect of prior use of other nondepolarizing neuromuscular blocking agents on the activity of Norcuron has not been studied. Norcuron should only be given to a pregnant woman if clearly needed.

### DOSAGE
Adult: Initial dose: 0.1 mg/kg IVP
Maintenance dose:  0.015 mg/kg IVP (25 – 40 min. after initial dose)
Subsequent maintenance doses, if required, may be administered at 12 – 15 minute intervals.
Pediatric: Same as the adult dose.

### HOW SUPPLIED
Vial with 10 mg of a sterile nonpyrogenic freeze-dried buffered cake.

## VERAPAMIL (ISOPTIN OR CALAN)

### CLASS
Calcium channel blocker

### ACTIONS
Inhibits slow channel calcium activity in cardiac and smooth muscles. It blocks the slow inward current due to changes in both calcium and sodium flux.

### INDICATIONS
Paroxysmal Supraventricular Tachycardia refractory to Adenocard in the stable patient
Symptomatic Atrial Fibrillation and Atrial Flutter (above 130 BPM with chest pain and SOB)

### CONTRAINDICATIONS
Hypotension (Blood pressure below 120 systolic)
Bradycardia
History of Wolf-Parkinson-White syndrome

### SIDE EFFECTS
Causes reflex increase in adrenergic tone due to peripheral vasodilation if given for tachycardia due to Wolf-Parkinson-White syndrome. Decreased blood pressure and increased adrenergic response may extend an acute M.I.. May also cause symptomatic bradycardia. Dizziness, headache, fatigue, AV block, peripheral edema, nausea, and asystole.

### WARNINGS
Verapamil may induce severe hypotension and pre-dispose to V-fib if given to V-Tach. If uncertain of origin (V-Tach or wide complex PSVT) treat the rhythm as V-Tach; Verapamil should be avoided.

### DOSAGE
5 mg slow IVP (0.075 – 0.15 mg/kg)
10 mg slow IVP in 15 minutes, if necessary

RSI Medication Chart – Page 1

| Weight KG = LB | Lidocaine 20mg/cc Dose - 1.5mg/kg | Fentanyl 500mcg/10cc Adults under 60 Dose - 3mcg/kg | Fentanyl 500mcg/10cc Adults over 60 Dose - 1.5mcg/kg | Fentanyl 500mcg/10cc Pediatrics Dose - 1mcg/kg | Atropine 0.1mg/cc Pediatric Dose - 0.02mg/kg | Norcuron Defasiculating 1mg/cc Dose - 0.01mg/kg |
|---|---|---|---|---|---|---|
| 2.5 kg = 5.5 lb | 3.75mg = 0.187cc | See Pediatric Chart | See Pediatric Chart | 2.5mcg = 0.05cc | 0.05mg = 0.5cc | Not used in Pediatrics Under 10 years old |
| 5 kg = 11 lb | 7.5mg = 0.375cc | | | 5mcg = 0.1cc | 0.1mg = 1cc | |
| 10 kg = 22 lb | 15mg = 0.75cc | | | 10mcg = 0.2cc | 0.2mg = 2cc | |
| 20 kg = 44 lb | 30mg = 1.5cc | | | 20mcg = 0.4cc | 0.4mg = 4cc | |
| 30 kg = 66 lb | 45mg = 2.25cc | | | 30mcg = 0.6cc | 0.6mg = 6cc | |
| 40 kg = 88 lb | 60mg = 3cc | 120mcg = 2.4cc | 60mcg = 1.2cc | | | 0.4mg = 0.4cc |
| 50 kg = 110 lb | 75mg = 3.75cc | 150mcg = 3cc | 75mcg = 1.5cc | The Guideline allows 1 - 2mcg/kg | *Give 1mg in Adults if bradycardia is Present or Potential | 0.5mg = 0.5cc |
| 60 kg = 132 lb | 90mg = 4.5cc | 180mcg = 3.6cc | 90mcg = 1.8cc | The chart above is | | 0.6mg = 0.6cc |
| 70 kg = 154 lb | 105mg = 5.25cc | 210mcg = 4.2cc | 105mcg = 2.1cc | 1 mcg/kg range. | | 0.7mg = 0.7cc |
| 80 kg = 176 lb | 120mg = 6cc | 240mcg = 4.8cc | 120mcg = 2.4cc | If you want to give | *Must be given in Repeat doses of Anectine | 0.8mg = 0.8cc |
| 90 kg = 198 lb | 135mg = 6.75cc | 270mcg = 5.4cc | 135mcg = 2.7cc | 2mcg/kg then | | 0.9mg = 0.9cc |
| 100 kg = 220 lb | 150mg = 7.5cc | 300mcg = 6cc | 150mcg = 3cc | Double the dose for | | 1mg = 1cc |
| 110 kg = 242 lb | 165mg = 8.25cc | 330mcg = 6.6cc | 165mcg = 3.3cc | The weight selected | | 1.1mg = 1.1cc |
| 120 kg = 264 lb | 180mg = 9cc | 360mcg = 7.2cc | 180mcg = 3.6cc | | | 1.2mg = 1.2cc |
| 130 kg = 286 lb | 195mg = 9.75cc | 390mcg = 7.8cc | 195mcg = 3.9cc | | | 1.3mg = 1.3cc |
| 140 kg = 308 lb | 210mg = 10.5cc | 420mcg = 8.4cc | 210mcg = 4.2cc | | | 1.4mg = 1.4cc |
| 150 kg = 330 lb | 225mg = 11.25cc | 450mcg = 9cc | 225mcg = 4.5cc | | | 1.5mg = 1.5cc |

| Weight KG = LB | Etomidate 2mg/cc Dose - .3 mg/kg | Versed 5mg/cc Pediatric Dose - 0.1mg/kg | Anectine 20mg/cc Adult Dose - 1.5mg/kg | Anectine 20mg/cc Pediatric Dose - 2mg/kg |
|---|---|---|---|---|
| 2.5 kg = 5.5 lb | 0.75mg = 0.375cc | 0.25mg = .05cc | See Pediatric Chart | 5mg = 0.25cc |
| 5 kg = 11 lb | 1.5mg = 0.75cc | 0.5mg = 0.1cc | | 10mg = 0.5cc |
| 10 kg = 22 lb | 3mg = 1.5cc | 1mg = 0.2cc | | 20mg = 1cc |
| 20 kg = 44 lb | 6mg = 3cc | 2mg = 0.4cc | | 40mg = 2cc |
| 30 kg = 66 lb | 9mg = 4.5cc | 3mg = 0.6cc | | 60mg = 3cc |
| 40 kg = 88 lb | 12mg = 6cc | *Adults under the Age of 60 give 5mg IV or IM Titrated to effect - Max of 10mg | 60mg = 3cc | See Adult Chart |
| 50 kg = 110 lb | 15mg = 7.5cc | | 75mg = 3.75cc | |
| 60 kg = 132 lb | 18mg = 9cc | | 90mg = 4.5cc | |
| 70 kg = 154 lb | 21mg = 10.5cc | | 105mg = 5.25cc | |
| 80 kg = 176 lb | 24mg = 12cc | | 120mg = 6cc | |
| 90 kg = 198 lb | 27mg = 13.5cc | *Adults over the Age of 60 give 2.5mg IV or IM Titrated to effect - Max of 5mg | 135mg = 6.75cc | |
| 100 kg = 220 lb | 30mg = 15cc | | 150mg = 7.5cc | |
| 110 kg = 242 lb | 33mg = 16.5cc | | 165mg = 8.25cc | |
| 120 kg = 264 lb | 36mg = 18cc | | 180mg = 9cc | |
| 130 kg = 286 lb | 39mg = 19.5cc | | 195mg = 9.75cc | |
| 140 kg = 308 lb | 42mg = 21cc | | 210mg = 10.5cc | |
| 150 kg = 330 lb | 45mg = 22.5cc | | 225mg = 11.25cc | |

RSI Medication Chart—Page 2

| Weight KG = LB | Versed 5mg/cc Adults under 60 and Pediatrics Dose – 0.1mg/kg | Versed 5mg/cc Adults over 60 Dose – 0.05mg/kg | Fentanyl 500mcg/10cc Adults over 60 Dose - 1mcg/kg | Fentanyl 500mcg/10cc Adults under 60 Dose - 2mcg/kg | Fentanyl 500mcg/10cc Pediatrics Dose - 1mcg/kg | Norcuron 1mg/cc Dose – 0.1mg/kg |
|---|---|---|---|---|---|---|
| 2.5 kg = 5.5 lb | 0.25mg = .05cc | See Pediatric Chart | See Pediatric Chart | See Pediatric Chart | 2.5mcg = 0.05cc | 0.25mg = 0.25cc |
| 5 kg = 11 lb | 0.5mg = 0.1cc | | | | 5mcg = 0.1cc | 0.5mg = 0.5cc |
| 10 kg = 22 lb | 1mg = 0.2cc | | | | 10mcg = 0.2cc | 1mg = 1cc |
| 20 kg = 44 lb | 2mg = 0.4cc | | | | 20mcg = 0.4cc | 2mg = 2cc |
| 30 kg = 66 lb | 3mg = 0.6cc | See Pediatric Chart | See Pediatric Chart | See Pediatric Chart | 30mcg = 0.6cc | 3mg = 3cc |
| 40 kg = 88 lb | 4mg = 0.8cc | 2mg = 0.4cc | 40mcg = 0.8cc | 80mcg = 1.6cc | | 4mg = 4cc |
| 50 kg = 110 lb | 5mg = 1cc | 2.5mg = 0.5cc | 50mcg = 1cc | 100mcg = 2cc | The Guideline | 5mg = 5cc |
| 60 kg = 132 lb | 6mg = 1.2cc | 3mg = 0.6cc | 60mcg = 1.2cc | 120mcg = 2.4cc | allows 1 - 2mcg/kg | 6mg = 6cc |
| 70 kg = 154 lb | 7mg = 1.4cc | 3.5mg = 0.7cc | 70mcg = 1.4cc | 140mcg = 2.8cc | The chart above is | 7mg = 7cc |
| 80 kg = 176 lb | 8mg = 1.6cc | 4mg = 0.8cc | 80mcg = 1.6cc | 160mcg = 3.2cc | 1 mcg/kg range. | 8mg = 8cc |
| 90 kg = 198 lb | 9mg = 1.8cc | 4.5mg = 0.9cc | 90mcg = 1.8cc | 180mcg = 3.6cc | If you want to give | 9mg = 9cc |
| 100 kg = 220 lb | 10mg = 2cc | 5mg = 1cc | 100mcg = 2cc | 200mcg = 4cc | 2mcg/kg then | 10mg = 10cc |
| 110 kg = 242 lb | 11mg = 2.2cc | 5.5mg = 1.1cc | 110mcg = 2.2cc | 220mcg = 4.4cc | Double the dose for | 11mg = 11cc |
| 120 kg = 264 lb | 12mg = 2.4cc | 6mg = 1.2cc | 120mcg = 2.4cc | 240mcg = 4.8cc | The weight selected | 12mg = 12cc |
| 130 kg = 286 lb | 13mg = 2.6cc | 6.5mg = 1.3cc | 130mcg = 2.6cc | 260mcg = 5.2cc | | 13mg = 13cc |
| 140 kg = 308 lb | 14mg = 2.8cc | 7mg = 1.4cc | 140mcg = 2.8cc | 280mcg = 5.6cc | | 14mg = 14cc |
| 150 kg = 330 lb | 15mg = 3cc | 7.5mg = 1.5cc | 150mcg = 3cc | 300mcg = 6cc | | 15mg = 15cc |

After Administration of Anectine:
1. Hyperthermia may present as jaw spasm or general Rigidity – Monitor Body Temperature and cool as needed
2. Hyperkalemia may present with peaked T-waves - Give Calcium Chloride 500mg Slow IVP and monitor EKG
3. Watch for increased intraocular or intracranial pressure
4. Sudden Cardiac arrest in Children with Duchenne's Muscular Dystrophy – usually undiagnosed
   a. Observe for Peaked T-waves    b. Administer Calcium Chloride 500mg IV
   c. Administer Sodium Bicarb 1mEq/kg    d. Administer Glucose per diabetic Guideline (see page M-6)

Post Intubation Management
1. Administer Longer Acting sedation for transport prior to Norcuron considerations
2. Assess for signs of pain and ensure BP greater than 100 systolic prior to administration of pain management
   a. Give Versed as list on chart above
   b. Give Fentanyl PRN as listed on the chart above - Must be given slowly (over 60 seconds) – May repeat after 10 minutes
3. Norcuron 0.1mg/kg as in chart above. Indicated if the patient is unmanageable and the proper amount of sedation and pain management have been administered (Versed/Fentanyl)

Note:  $\dfrac{\text{Desired}}{\text{Have}} \times \dfrac{CC}{1}$

# Standard Administration Sets

|  | Mixture | | Rate | | | | |
|---|---|---|---|---|---|---|---|

**Amiodarone**

| | Mixture | | Rate |
|---|---|---|---|
| Bolus | 150mg/100ml | Macro | 150gtts/min |
| Maintenance | 100mg/100ml | Micro | 60gtts/min |

**Epinephrine**

| | Mixture | | | | | | |
|---|---|---|---|---|---|---|---|
| Infusion | 2mg/500ml | Micro | 2mcg/min 30gtts/min | 4mcg/min 60gtts/min | 6mcg/min 90gtts/min | 8mcg/min 120gtts/min | 10mcg/min 150gtts/min |

**Lidocaine**

| | Mixture | | | | |
|---|---|---|---|---|---|
| Maintenance | 2g/500ml | Micro | 2mg/min 30gtts/min | 3mg/min 45gtts/min | 4mg/min 60gtts/min |

**Mag Sulfate**

| | Mixture | | |
|---|---|---|---|
| Asthma | 2gm/100ml | Macro | 150gtts/min |
| Eclamptic | 4gm/100ml | Macro | wide open |
| Pre-Eclamptic | 4gm/100ml | Macro | 100gtts/min |
| Maintenance | 2gm/100ml | Macro | 100gtts/min |

**Nitroglycerin**

| 50mg/250ml |
|---|

**Pitocin**

| 20u/1000ml | Macro | 30gtts/min |
|---|---|---|

**Sodium Bicarb**

| Bolus | 50meq IVP | | |
|---|---|---|---|
| Maintenance | 50meq/500ml | Micro | 50gtts/min |

**Tagamet**

| 300mg/100ml | Macro | 100gtts/min |
|---|---|---|

## IV Pump Settings

### Amiodarone

| | Mixture | VTBD | RATE |
|---|---|---|---|
| Bolus | 150ml/100ml | 100ml | 600ml/hr |
| Maintenance | 100mg/100ml | 100ml | 60ml/hr |

### Epinephrine

| | Mixture | VTBD | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Infusion | 2mg/500ml | 500ml | 2mcg/min | 3mcg/min | 4mcg/min | 6mcg/min | 8mcg/min | 10mcg/min |
| | | | 30ml/hr | 45ml/hr | 60ml/hr | 90ml/hr | 120ml/hr | 150ml/hr |

### Lidocaine

| | Mixture | VTBD | | | |
|---|---|---|---|---|---|
| Maintenance | 2g/500ml | 500ml | 2mg/min | 3mg/min | 4mg/min |
| | | | 30ml/hr | 45ml/hr | 60ml/hr |

### Mag Sulfate

| | Mixture | VTBD | RATE |
|---|---|---|---|
| Asthma | 2gm/100ml | 100ml | 600ml/hr |
| Eclamptic | 4gm/100ml | Wide Open | |
| Pre-Eclamptic | 4gm/100ml | 100ml | 400/ml/hr |
| Maintenance | 2gm/100ml | 100ml | 100ml/hr |

### Nitroglycerin

| Mixture | VTBD | | | | | |
|---|---|---|---|---|---|---|
| 50mg/250ml | 250ml | 5mcg/min | 10mcg/min | 20mcg/min | 30mcg/min | 40mcg/min |
| | | 2ml/hr | 3ml/hr | 6ml/hr | 9ml/hr | 10ml/hr |

### Pitocin

| Mixture | VTBD | RATE |
|---|---|---|
| 20u/1000ml | 1000ml | 120ml/hr |

### Sodium Bicarb

| | Mixture | VTBD | RATE |
|---|---|---|---|
| Bolus | 50meq IVP | | |
| Maintenance | 50meq/500ml | 500ml | 50ml/hr |

### Tagamet

| Mixture | VTBD | RATE |
|---|---|---|
| 300mg/100ml | 100ml | 400ml/hr |

AEROMEDICAL





EMERGENCY MEDICAL GUIDELINES

# AEROMEDICAL GUIDELINES, EDUCATIONAL SECTION

## THE HISTORY OF AEROMEDICAL TRANSPORT

Transport of injured patients by air can be traced to World War I, when a French fighter plane was used to evacuate a wounded Serb. Fixed-wing transport had limited use until World War II, when the Allies evacuated large numbers of casualties by air, primarily in C-47 transports.

The modern era of air medical transport began during World War II, when helicopters transported wounded patients in Burma. During the Korean and Vietnam conflicts, helicopter air medical transport significantly reduced battlefield mortality and became an important and highly visible part of the military trauma system.

The successful air medical experience in Vietnam proved the ability of helicopters to transport injured patients directly from trauma scenes to specialized trauma care centers. Awareness of the role military air medical transport made the extension of helicopter use to the civilian arena inevitable.

The first air medical transport program was established in 1972 at St. Anthony's Hospital in Denver, Colorado. Since then, the number of air medical programs has grown steadily, reaching more than 160 programs today. Some services that began with a single rotor-wing aircraft have added additional helicopters, fixed-wing, or ground critical care transport capability. Air medical transport services now provide much more than trauma scene response. Transfers from rural emergency departments into tertiary care centers occur on a routine basis and in some cases account for 100% of the call volume of the program. Fixed-wing transports are particularly useful for long distance (i.e. >150-200 miles) interfacility transports and can operate in weather conditions that may restrict rotor-wing aircraft.

## ORGANIZATIONAL MODELS

The hospital based model represents the most common type of approach for providing air medical service to the community. A hospital usually a tertiary or academic center sponsors and/or owns the air medical program. Aircraft, pilots, and maintenance services are often provided by an aviation vendor. (i.e. Tampa General Hospital-Aeromed)

The governmental agency model has been used successfully for years. These models are predominantly operated by a law enforcement agency with medical staffing being supplied by the local hospital or fire department. These models are primarily funded through local taxing districts.

The private service model represents primarily fixed-wing aircraft vendors. These services generally do not respond directly to the scene. They use an on-call staff and perform long-rang missions. These models are primarily funded through insurance and direct cash-for-transport exchanges.

The government/private partnership has just came into existence over the last several years. The LifeStar aeromedical program was the first in the nation to use this model. The government agency supplies the crew housing, equipment, supplies, and medical flight personnel. The private industry aviation vendor supplies the aircraft, maintenance, and pilots. This model has proven to be the most economical by far. No taxing districts are needed and the start up fee's are minimal for the local government. This model is funded primarily through automobile and private insurance billing.

## AIRCRAFT TYPES OPERATING IN FLORIDA

### Aeromedical providers who utilize the BK117:

**Orange County Fire-Rescue**
**Aeromed**
**Bayflite**
**Trauma One**
**Air Care Team**
**Life Flight**
Eurocopter Kawasaki BK117
Power: 2x684 shp Allied Signal LTS B-1, B-2
Power: 2x738 shp Turbomeca Arriel 1E2 C-1
MTOW: 3,350kg (7,385lb)
Maximum useful weight: 1,595kg (3,156lb)
Maximum cruise speed: 133kt
Maximum range: 294nm (B-2), 292nm (C-1)

### Aeromedical providers who utilize the Dauphin:

**ShandsCair**
Eurocopter AS365N2 Dauphin
Power: 2x739 shp Turbomeca Arriel 1E2 N2
Power: 2x851 shp Turbomeca Arriel 2C N3
MTOW: 4,250kg (9,370lb)
Maximum useful weight: 1,980kg (4,365lb) N2
Maximum useful weight: 1,950kg (4,299lb) N3
Maximum cruise speed: 150kt
Maximum range: 464nm

### Aeromedical providers who utilize the S-76C+:

**Palm Beach County Health Care District**
**Miami Children's Hospital**
Sikorsky S-76C+
Power: 2x856 shp Turbomeca Arriel 2S1
MTOW: 5,307kg (11,700lb)
Maximum useful weight: 1,618kg (3,562lb)

AEROMEDICAL

Maximum cruise speed: 155kt
Maximum range: 385nm

### Aeromedical providers who utilize the EC-135:

**Martin County Fire Rescue**
**Holmes Regional First Flight**
**Collier County EMS**
**Baptist Life Flight**
**Florida Flight 1**
Eurocopter EC-135 P1/T1
Power: 2x732 shp Turbomeca Arriel 2B1 T1
Power: 2x621 shp Pratt & Whitney PW206B P1
MTOW: 2,720kg (5,996lb)
Maximum useful weight: 1,240kg (2,734lb) P1
Maximum useful weight: 1,255kg (2,767lb) T1
Maximum cruise speed: 139kt
Maximum range: 322nm

### Aeromedical providers who utilize the A119 Koala:

**St. Lucie County Sheriff's Office & St. Lucie County Fire-District**
Agusta A119 Koala
Power: 1x1002 shp Pratt & Whitney
MTOW: 2,720kg (5,996lb)
Maximum useful weight: 1,290kg (2,845lb)
Maximum cruise speed: 140kt
Maximum range: 353nm

### Aeromedical providers who utilize the BO105:

**Life Net**
**Life Flight**
**Lee County EMS**
Eurocopter BO105
Power 2x500 shp Rolls-Royce Allison 250 C28C
MTOW: 2,600kg (5,732lb)
Maximum useful weight: 1,170kg (2,550lb)
Maximum cruise speed: 130kt
Maximum range: 278nm

### Aeromedical providers who utilize the A109:

**Baptist Aeromed**
Agusta A109 KII
Power: 2x640 shp Pratt & Whitney Canada
MTOW: 2,850kg (6,203lb)
Maximum useful weight: 1,280kg (2,822lb)
Maximum cruise speed: 156kt
Maximum range: 550nm

### Aeromedical providers who utilize the Gates Learjet 25:

Power: GE CJ610
MTEW: 15,000lbs

Max Useful Wt: 7,360lbs
Max Cruise Speed: .82 Mach, 465kts, 535mph
Max Range: 1,436NM, 1,651SM

## AEROMEDICAL PROGRAM OPERATION

## HELICOPTER ORIENTATION AND SAFETY

Because of their unique capabilities, helicopters are increasingly used for emergency medical services. The ability of the helicopter to get in an out of accident scenes, remote areas and hospital pads quickly is key in delivery of lifesaving care. Training, teamwork and coordination are essential for safe helicopter EMS operations. Aeromedical crew members (ACMs) can contribute significantly to the safety of the mission, the patient, ground personnel and themselves. It is imperative that ACMs receive mission-specific training to ensure a safe standard of operation and preclude any errors which could effect the safety of flight.

### Types of Helicopters

There are many types of helicopters in service in the EMS industry. The helicopter most commonly used in EMS programs are as follows:

Single Engine:
Single-engine aircraft include but are not limited to, the bell 206 BIII Jet Ranger, Bell 206 LIII Long Ranger, Aerospatiale A Star AS 350 and the Agusta A119 Koala.
Twin Engine:
Twin-engine aircraft include but are not limited to, the MBB BK117, MBB BO105, Aerospatiale Twinstar AS 355F, Aerospatiale Dauphin SA 365N, Bell 222, Bell 412, Agusta 109A and Sikorsky S76.

### Helicopter Capabilities

Each helicopter has different capabilities. In general, however, single-engine helicopters require less time to start, use less fuel and cost less to operate. Twin-engine helicopters offer a increased safety margin, usually provide increased payload and require more maintenance and more time to start than the single engine aircraft. The standard in the EMS industry is the twin-engine aircraft due to the increased safety margin to the aircraft personnel and patient.

### Operational Limitations

Ceiling/Visibility - Limitations exist under both visual flight rules (VFR) and instrument flight rules (IFR).

Ambient Temperature - Most aircraft have both an

EMERGENCY MEDICAL GUIDELINES

upper and lower ambient temperature limit.

Icing - Flight is prohibited in known icing conditions

Wind - The amount of wind in which a helicopter can operate varies, depending on factors such as aircraft type, pilot experience, gust spread, turbulence (mountains, tall buildings, etc.) and other factors. Head winds affect the range of the helicopter and may extend the ETAs.

Thunderstorm and severe weather (TRW) - These situations should be avoided unless circumnavigation can be safely accomplished.

Altitude Limitations

Service ceiling - The limitations section of the helicopter flight manual contains service ceiling information. This figure represents the highest altitude at which flight characteristics and handling for the aircraft have been satisfactorily demonstrated.

Oxygen requirements - The FAA requires the use of supplemental oxygen by the pilot and passengers above 10,000 feet under certain conditions. Medical oxygen does not comply with this regulation.

Performance - Aircraft performance is adversely affected by increasing altitude. High-altitude landings may not be possible without decreasing the weight of the helicopter.

**Terrain**

Slopes - Slope landings require greater precision on the part of the pilot. The degree of the slope that may be negotiated varies, depending on factors such as aircraft type, pilot experience, surface condition, wind direction and velocity.

Confined areas - Most programs require a minimum clear area (i.e. 60' x 60' day, 100' x 100' night) for use as a helicopter landing zone. Confined areas present special problems such as obstacles, vertical let-downs, hover OGE (out of ground effect - increased power requirements), safe approach and departure, etc. The use of "canned" landing zones are being discouraged due extended transport times from the scene to the "canned" area. It is recommended that the helicopter LZ be located as close to the actual scene as possible. This decreases the "Golden Hour" time that the patient needs to have the best chance of survival.

Surface conditions - Extremely dusty landing zones can reduce visibility to zero due to rotorwash disturbance. Excessively rocky or otherwise uneven landing surfaces may not provide a solid enough base for the aircraft. Flotation devices may be required for the aircraft for over the water operations.

**Federal Aviation Regulations (FARs)**

FARs are written and enforced by the Federal Aviation Administration. All civil aviation operations, including aeromedical flights, are governed by appropriate FARs.

FAR Part 91 - details general operating and flight rules for aircraft flying within U.S. airspace.

FAR Part 135 - specifies rules for air taxi and commercial operators. Most aeromedical programs, other than local government (local sheriff's office's) or military, are regulated under Part135 of the FAR.

**Helicopter Safety**

Pilot-In-Command Responsibilities

According to federal air regulations, responsibility for all aspects of the safe operations of the aircraft rests with the pilot-in-command. All passengers must function in and around the aircraft under the pilot's direction. The safety of the EMS mission can be enhanced through ACM cooperation.

**ACM Duties - Normal Operations**

Seat belts and shoulder harnesses must be used by all personnel. ACMs must know the location and operation of all exits.

Loose articles must be securely stowed when no in use. Sharp objects, such as needles and IV catheters, should be protected. ACMs must be trained to use all medical equipment and systems used for patient care. ACMs must be trained to use all the radio equipment located on board the aircraft. ACMs must always remain clear of the flight controls and switches not designated specifically for medical personnel use. Communications with the pilot must be maintained at all times. The pilot should be warned of converging traffic or of obstructions on landing or takeoff. The ACM should advise the pilot prior to use of distracting medical equipment, such as on board suction, lighting, etc. Patient needs, such as altitude or heating/air conditioning requirements, also should be discussed with the pilot. Non-essential conversation should be kept to a minimum during critical phases of the flight. The hot-mike should be used appropriately. ACMs should be highly disciplined in the use of proper terminology to avoid confusion or misinterpretation of instructions during any phase of the mission. ACMs should direct the activities of ground personnel around the helicopter. The number of assistants approaching the helicopter should be kept to a minimum. ACMs also will ensure the tail rotor is secured by either standing watch themselves or by designating a public safety official upon landing. Night protocols should be strictly adhered to. The use of red or amber lighting inside the cabin is preferred because bright

white lights destroy the pilot's night vision. Lights should be off or dimmed during night landing approaches.

### ACM Duties - Emergency Procedures

Some of the malfunctions/emergencies that may occur during transport include engine failure, tail rotor failure, hydraulic failure, electrical failure, autorotation, fire, inadvertent meteorological conditions (IMC) and emergency aircraft shutdown. ACMs should be aware of these conditions so they can respond appropriately. Emergency procedures should be discussed and planned as part of the pre-flight briefing. Emergency training should include the topics listed in Title 14 Code of Federal Regulations Part 135.331, Crewmember Emergency Training, as appropriate. The following topics also should be covered:

#### Pilot directives

Stow all equipment, restrain the patient securely and lock and tighten seat belts/shoulder harness. After the emergency, transfer the patient to a safe location, remove all survival equipment and check to ensure the proper operation of the ELT. Remain at or near the aircraft, providing the aircraft can be seen from the air. If immediate egress is warranted, the ACM should proceed to a pre-designated point referenced from the aircraft.

## Hazard Recognition

### Main Rotor System

On slopes or uneven ground, blade clearance may be deceptive. Blades may flex downward, especially when turning slowly in windy conditions. ACMs or ground crews should not carry tall objects, such as IV poles, or initiate CPR on stretchers under turning rotor blades. NEVER approach or leave an aircraft uphill. ALWAYS approach or leave an aircraft downhill.

### Tail Rotor System

All personnel should be alert to the hazards of the tail rotor system. It is low enough to cause severe injury or death. High speed makes tail rotor blades difficult to see. NEVER approach a aircraft without the pilots or the ACMs permission to do so.

### Rotor Wash

During the landing and departure of helicopters, extremely strong winds are produced. Lightweight articles, such as sheets, mattress pads and gravel, can cause injury, especially to the eyes. Standing downwind can dramatically increase the severity of rotor wash. Avoid tall objects which may hit the rotor blades.

### Noise

Helicopter engines, transmissions and rotor systems emit loud, high-frequency noise. Permanent high-frequency hearing loss can occur with extended exposure if hearing protection is not used.

### Wires

Wires tend to be more hazardous than other obstructions because they are difficult to see. ACMs and ground personnel must ensure all wires are clear in the approach and departure path of the aircraft.

### Unsecured Landing Zone

The ACM shall ensure adequate security of the helicopter while the pilot remains in the aircraft. Ground agencies who have been trained in helicopter/landing zone security can be used to secure the area while the aircraft is on the ground. The ACMs assigned to the aircraft and the pilot have the final word when it comes to the safety and operation of the aircraft on the scene.

### Safety Attitudes

Safety is everyone's responsibility. Question anything that you do not fully understand regarding aircraft operation and safety. Success or failure in dealing with an emergency usually depends on how prepared you are. Don't be complacent. Safety is a dynamic concept and must be continually addressed. Stay up to date on the latest changes in aircraft safety. Make suggestions to improve current conditions. Safety is the highest priority. Never attempt to influence the decision of the pilot or that of another ACM. The degree of patient injury or illness has absolutely no bearing on whether or not a flight may be safely accomplished. Always conduct yourself as a role model for safety around the aircraft.

### Observers

When operating in and around the aircraft, the observer is under the direction of the pilot and air crew members. The observer will adhere to strict aircraft discipline at all times. The observer shall not disturb or manipulate any equipment. When the observer is occupying the aft compartment, he or she shall always follow the flight teams instructions. The safety of the aircraft and its personnel are paramount.

## AIR TRANSPORT GENERAL INFORMATION

Training of flight has evolved into a process of acquiring specialized knowledge, skills, and experience. The

EMERGENCY MEDICAL GUIDELINES

stresses of flight, affecting not only the patient's condition but the flight crew as well, are a subject of great concern but one that has been given little consideration. There are nine stresses of flight that we will go over. These stresses are barometric pressure, hypoxia, fatigue, noise, vibration, thermal stress, dehydration, third spacing, and gravitational forces. Conditions that influence these stresses include altitude, duration of flight, pressurized versus unpressurized environment, weather, and the physical condition of both the patient and the flight team.

## BAROMETRIC PRESSURE

The effects of barometric pressure change and hypoxia are best represented through a combination of the gas law of Boyle and that of Dalton. Boyle's law states that "at a constant temperature, the volume of a given gas is inversely proportional to the pressure to which it is subjected." The significance of this law, when applied to flight, is that as altitude increases, barometric pressure decreases, allowing for increased expansion of a gas within a closed or semi closed space. This is especially critical in the transport of patients in an unpressurized aircraft, in which altitude and pressure changes are more extensive than in a pressurized cabin. When transporting patients with such conditions as pneumothorax, bowel obstruction, or gastrointestinal or genitourinary complications, it is advisable to leave nasogastric tubes, foley catheters, chest tubes, and similar equipment open to gravity or low suction. Internal gas expansion and possible deterioration of the patient's status are thus minimized. The use of endotracheal tubes, air splints, and MAST (Military Anti-Shock Trousers) warrants frequent volume checks of the cuff and bladder, especially during ascent and decent. Glass bottles should be vented if they cannot be replaced with plastic bags. Crew members must be aware that flying with upper respiratory complications can lead to damage to the eardrum, particularly in an unpressurized cabin at higher altitudes.

Dalton's law of partial pressure states that "the pressure of a gaseous mixture is equal to the sum of the partial pressures of the gases in the mixture." Oxygen accounts for 20.95% to 21% of the earth's atmosphere. This percentage remains constant, but the gas expands at altitudes directly related to the change in barometric pressure and there is less oxygen available at higher altitudes. Hypoxia and hypoxemia results and can manifest itself in crew members, as well as in patients.

## HYPOXIA

Hypoxia is defined as a inadequate supply of oxygen for cell function. Hypoxemia is an abnormal deficiency of oxygen content in the blood.

The four categories of hypoxia are:

• Hypoxic hypoxia is an inadequate PaO2 caused by reduced oxygen in the atmosphere or an inadequate gas exchange at the alveolar - capillary membrane.

• Anemic hypoxia is caused by a reduction in the oxygen - carrying capacity of hemoglobin, as demonstrated in sickle cell anemia, CO poisoning, etc.

• Stagnant hypoxia occurs when the cardiac output does not meet the demands of the tissues, resulting in shock, venous pooling and possibly cardiac arrest.

• Histotoxic hypoxia is prevalent when the tissues are unable to utilize the available oxygen, as with cyanide poisoning.

Other contributing factors also can increase the incidence of hypoxia. These include pneumonia, COPD, acute asthma, pneumothorax, heart attack, shock, blood loss, smoking, temperature, fitness, alcohol, and other factors. Hypoxia resulting from any abnormal condition experienced by the air crew member or patient is intensified by altitude change.

There are four stages of hypoxia, they are:

• Indifferent stage - night vision decreases by approximately 28%, heart and respiratory rate increases, and the person is unaware of the symptoms.

• Compensation stage - in addition to all indifferent stage signs, night vision is reduced 50%.

• Disturbance stage - initial awareness of symptoms. Air hunger, headache, nausea, amnesia, decreased level of consciousness and belligerence are experienced. Nausea and vomiting occur, mainly in children.

• Critical stage - inability to remain upright is rapidly followed by unconsciousness, seizures, coma and death.

If signs and symptoms of hypoxia in patients or air crew members are ignored, they may result in death. Supplemental oxygen therapy is a prime intervention for both air crew members and patients alike. The type and amount of oxygen delivery depends upon the condition of the patient and/or air crew member.

## FATIGUE

A multitude of factors contribute to fatigue in the transport team. Several general factors contribute to the stress of the flight: general health status, smoking, alcohol use, vibration, noise, temperature, rotational shifts, diet, hypoxia, G-forces, and barometric changes. When any crew member has an upper respiratory tract infection, smokes, consumed alco-

### SIGNS AND SYMPTOMS OF HYPOXIA

**Objective Signs:**

| | |
|---|---|
| At 10,000 feet | hyperventilation and impaired task performance. |
| At 18,000 feet | cyanosis, confusion, poor judgment and muscular incoordination. |
| At 20,000 feet | jerking of upper limbs, seizures and rapid unconsciousness. |

**Subjective Signs:**

| | |
|---|---|
| At 5,000 feet | blurred vision and/or tunnel vision |
| At 10,000 feet | air hunger, apprehension, fatigue, headache, nausea, dizziness and hot and cold flashes. |
| At 15,000 feet | numbness, tingling, euphoria and belligerence. |

hol 8 to 12 hours before the flight, did not eat properly before or during the shift, or has not had a restful sleep, the incidence of significant fatigue increases.

The mechanical function of the aircraft contributes to fatigue. The noise level and vibration created by the propellers of the fixed-wing aircraft or the rotor blades of the helicopter are continual stressors to the crew and the patient, both mentally and physically, throughout the flight. In addition, weather conditions such as high or low temperatures, storms, winds, and thermal changes (turbulence caused by the meeting of two air masses of different temperatures) contribute to fatigue. Compounding these stresses are the crew's emotional and physical stresses of treating a critically ill patient who is enduring the same physiologic effects. Whether the duration of the flight is a short 15 to 30 minutes or is extended for 4 to 6 hours, the effects of fatigue will be noticed by the crew and patient.

### NOISE, VIBRATION, AND THERMAL STRESS

Noise creates a twofold problem for the flight crew. First, increased decibel levels in the aircraft interfere with the ability to properly auscultate lung, heart, and bowel sounds along with blood pressures. Adaptive monitoring procedures include palpation of blood pressures and observation and palpation of the chest (for abnormal excursion or increased dyspnea) and abdomen (for increased distension or guarding). Second, constant exposure to aircraft noise not only temporarily affects hearing ability but may promote hearing loss over a long period.

Vibration and thermal changes, depending on whether the change is to greater heat or more cold, can have either an antagonistic or a synergistic effect. The body's primary response to heart exposure is vasodilatation and activation of the cooling mechanisms. Cold exposure and vibration stimu-

late vasoconstriction and decrease sweating. Consequently, in rotorcraft, particularly during hot-weather operations, the vasoconstriction caused by vibration can override or impair the function of the body's cooling mechanism by decreasing the ability to sweat.

### THIRD SPACING AND DEHYDRATION

The aforementioned vasoconstrictive and vasodilatory effects can contribute to the stressors that cause "third spacing" and dehydration. Since the majority of flights are at lower altitudes and of short duration, the effects are not often evident. However, flight crews must be cognizant of these physiologic stressors in long-distance, high-altitude, or multiple short-scene flights. Signs and symptoms may include edema, dehydration, increased heart rate and decreased blood pressure.

### GRAVITATIONAL FORCES

Gravitational (G) forces are most relevant in relation to the patient's position in the aircraft, particularly in a fixed-wing aircraft. Factors influencing (G) forces are weight and its distribution, gravitational pull, and centrifugal force. The latter two factors relate to blood pooling. Centrifugal force tends to alter the blood flow in the body in proportion to the amount of force imposed. When positive (+G) forces are applied to the body, blood tends to pool in the lower portions of the body; the opposite occurs during negative (-G) application.

Patient positioning in some aircraft may minimize or enhance the effects of G-forces, as follows:

Ö    Cardiac - consider positioning the patient with head toward the back (aft) position of the aircraft. On ascent, this may enhance the -G forces by pooling the blood in the

EMERGENCY MEDICAL GUIDELINES

upper part of the body, which may assist in myocardial perfusion.

Ö    Fluid Overload - Consider positioning the patient with head toward the front of the aircraft. This may enhance the +G forces by pooling the blood in the lower extremities.

Ö    Head Injury - Consider positioning the patient head first, with feet toward the back (aft) portion of the aircraft. This may enhance the +G forces by pooling the blood in the lower extremities. This may help reduce the risk of a transient increase in ICP on lift-off.

## AIR TRANSPORT PRE-HOSPITAL

Radio communication with scene contacts shall be limited to information that affects the flight crews preparation (i.e. number of patients, presence of hazardous materials, etc.). When the aircraft is on location, no information shall be given unless its related to the landing zone and safety of the aircraft until the aircraft is on the ground.

Do not delay the response of the aircraft because of extended extrication. The reason being is two-fold, firstly, upon the aircraft's arrival you not only receive the benefit from its equipment but you also obtain more manpower to treat the patient. Secondly, the main purpose of rotor-wing aircraft in the EMS environment is for rapid transport to specialized tertiary care centers (i.e. trauma centers). This cannot be obtained if the aircraft is sitting at the base site 20 minutes from the scene with extrication in progress. Remember, we have only one (1) hour/60 minutes from the "TIME OF INJURY" to get the patient to the "OPERATING ROOM".

The general rule for flight programs is to be "on scene" no more than 10 minutes from the time of initial landing unless extrication or airway problems arise. All activity at the scene should be directed toward moving the patient to the helicopter. Starting IV's or splinting is not justification for a delay. Once the extrication (if needed) is completed, cervical spine immobilize the patient and prepare to move toward the aircraft.

If multiple patients are involved, the flight team must communicate carefully with the incident commander, the pilot, and ensure appropriate loading of the most critical patients take place. If multiple patients are involved, it is highly recommended that shutting down of the aircraft is accomplished if reconfiguration of the aircraft is needed.

## PRE-HOSPITAL CONSIDERATIONS

• Day Landing Zone Size: 60 feet x 60 feet

• Night Landing Zone Size: 100 feet x 100 feet

• Obstacles: High-tension wires, cell-phone towers, trees or bushes in LZ, uneven terrain

• Communications: Should be kept to a minimum. Only transmit needed safety information when on approach.

• Weather: Advise dispatch to relay on-site information to inbound helicopter.

• GPS: Advise ASAP landing zone coordinates. If no GPS available, give nearest cross street reference.

• Patients: Advise ASAP if multiple patients. Notify aircraft's dispatch as soon as possible if more than one aeromedical provider is responding to the scene. This will allow the pilots to communicate and coordinate their approach.

• Scene Personnel: Never approach the aircraft unless directed to do so by the pilot or air crew members on scene.

• Security: Aircraft safety is a priority. No unauthorized vehicle traffic around the aircraft. Placement of a tail rotor guard is a priority once the aircraft has arrived and is secured on the ground.

• Hazardous Material: No patient will be transported via helicopter unless they are first decontaminated if pesticides, herbicides, or weapons of mass destruction (WMD) are involved.

References:
Airborne Patient Care Management
Mosby's Medical and Nursing Dictionary, 2003
"Thermoregulatory Responses to heat and vibration in men," Aviation, Space and Environmental Medicine 57, No. 11
Basic Human Physiology, "The Effects of Long Duration Acceleration"
Aviation Medicine. "The nine stresses of Flight," Journal of Emergency Nursing 13, No. 4
NEMSPA, National EMS Pilots Association, "Guidebook to Landing Zones"
FAMA, Florida Air Medical Association, "www.fama.org"
Physiological Training, DOT Manual, FAA, 1980: 3
Air-Medical Crew National Standard Curriculum, 1st Ed

## SELECTING AN ON-SCENE LZ

First, determine if the area is large enough to land a helicopter safely. The landing surface should be flat and firm, free of debris that would blow up into the rotor system. A paved roadway, parking lot or other concrete surface is preferred.

A - 8                                      03/01/05

AEROMEDICAL

Touchdown Area: the touchdown area should be a square with 60-foot sides, increased to 100 x 100 feet at night.

The landing site should be clear of people, vehicles, and obstructions such as trees, poles and wires. Keep in mind that wires are extremely difficult at best to see from the air during the day and nearly impossible at night. This is the one time utilization of a spotlight pointed up at the pole where wires make their connection is suggested. Utilization of a fire engine's mounted spotlights are preferred while the engine is parked under the wires. Handheld lights may also be used. Furthermore, the landing site must be free of stumps, brush, posts and large rocks.

## WIND DIRECTION & TOUCHDOWN AREA

Consider the wind direction. Helicopters land and take off into the wind.

Is the approach and departure path free of obstructions (wires, poles, antennas, trees, etc?)? If there are obstructions, please tell the helicopter crew on the initial radio call.

## PERSONAL SAFETY & NIGHT LANDING

When an LZ is established other than on a roadway that has been shut down by public safety, and if time and personnel permit, mark the touchdown area with a light source other than road flares. Road flares are an intense source of ignition and are not appropriate. Nighttime operations may facilitate the need to illuminate the corners of the LZ to make it identifiable to the helicopter.

At night . . . assure the spotlights, floodlights and hand lights used to define the touchdown area are not pointed toward the helicopter. Turn-off non-essential lights. White lights, such as spotlights flash bulbs and hi-beam headlights ruin the pilot's night vision and temporarily blind him. Red lights, however, are very helpful in finding accident locations and do not affect the pilot's night vision.

Keep spectators at least 200 feet from the touchdown area. Keep emergency service personnel at least 100 feet away. Have fire equipment (if available) standing by. There is no need to deploy a charged hose line. Assure that everyone wears eye protection. If helmets are worn, chinstraps must be securely fastened (no loose ball caps or helmets blowing up through rotors). Do not land the helicopter in an extremely dusty area or areas with excessive loose debris. (i.e. hay, fresh cut grass) Choose a more appropriate location. This action may cause the helicopter to ingest debris thereby making it mechanically compromised and unsafe to fly.

## GROUND GUIDE

When you hear or see the helicopter, one person should help guide the helicopter into a safe landing. That person must wear eye protection. Guide the helicopter to the LZ by utilizing the nose of the aircraft as your 12 o'clock marker. He should stand with his back to the wind and with his arms raised over his head to indicate he is the ground guide. Once verbal and visual communication is established with the flight crew and a LZ brief is given, the ground guide should clear the LZ. The helicopter will orbit the LZ conducting recon prior to landing. This action is performed to further identify potential problems and execute the proper approach should the pilot need to abort the landing.

## GROUND GUIDE CONTINUED

The Ground Guide's sole purpose is to ensure scene security thru protection from the dangers of an idling helicopter. Deploy as many public safety officials as necessary to meet the security requirements of each LZ. Ensure that personnel understand their assignment. The tail rotor guards are especially important to the operation. Scene security does not end when the helicopter lands, it is just beginning. DO NOT under any circumstances abandon your responsibility. Scene security MUST be maintained and not abandoned at any time during flight operations.

This responsibility includes (1) helicopter stand-by as medical flight crews package one patient, (2) shut down to reconfigure the aircraft for two patients, loading of the patient(s), (3) clearing scene personnel from the LZ during power up and the subsequent lift-off of the helicopter. The ground guide should be far enough from the touchdown area that he can maintain eye to eye contact with the pilot and remain outside the rotor arch. Your job is to STOP anyone (other than those escorted by flight crew members) from approaching the aircraft at anytime.

The only hand signal that you need to be aware of is the "WAVE-OFF". Anyone at anytime can wave-off the helicopter should you see anything of concern to you. (i.e. people in the LZ, a previously unseen safety hazard, or equipment hanging outside the aircraft). If you have a radio and are monitoring the LZ frequency announce "WAVE OFF, WAVE OFF, WAVE OFF." If you do not have a radio, ensure that the pilot or flight crew member aboard the helicopter see your hand gestures in order to acknowledge your request.

## AVOIDING PATIENT TRANSFER DELAYS

Remember, the reason you called for a helicopter is to expedite transport. Every minute that you delay the transfer of the patient to the flight crew takes away from their golden hour. The "Golden Hour" can be further broken down. The EMT-Paramedic has a "Golden 10 Minutes" to assess the critical trauma patient and provide ESSENTIAL needed on-scene management. There is no excuse for holding critical trauma patients at the scene for unmeaningful or unnecessary intervention (i.e. IV attempts) that can be accomplished in flight. Once the helicopter has landed, the only delay should result

EMERGENCY MEDICAL GUIDELINES

from an inability to secure a difficult airway and requiring the assistance of the flight crew to do so. Please bring the patient to the flight crew

## ASSISTING THE FLIGHT CREW

Once the helicopter has landed, DO NOT approach the helicopter. The flight crew will approach you when it is safe to do so.

It is the goal of the flight crew to be off the scene within minutes of their arrival. A patient not requiring additional interventions by the flight crew may be transferred to the helicopter stretcher as report is being taken from the on-scene paramedic. Please have any pertinent information written down. Once the patient is cocooned, secured to the stretcher and ready to load, the flight crew may select two or three personnel to assist with movement to the helicopter. PLEASE BE PREPARED WITH PROPER PERSONAL SAFETY EQUIPMENT to assist. Failure to be prepared will cause delay in transport. Helmet with chinstrap fastened, eye protection and hearing protection is recommended. These additional items can be found in the LZ kits located on each fire engine. In order to facilitate lift-off, additional personnel are generally not required on paved roadways. When approaching or departing the helicopter, always be aware of the tail rotor and always follow the flight crew's directions for your safety.

## GENERAL HELICOPTER SAFETY RULES

When working around helicopters, never approach from the rear. Always approach and depart the aircraft towards the front so you can see the pilot, and he can see you. When approaching the helicopter, remember to keep low to avoid the main rotor, because winds can cause the rotor to flex downward.

If the helicopter is landed on a slope, approach and depart from the down-slope side only.

When the helicopter is loaded and ready for take off, keep the departure path free of vehicles and spectators.

If an emergency were to occur, we would need this area to execute our landing.

SIDE BAR NOTE - **Martin County Fire-Rescue LifeStar1 will not be transporting any patients exposed to a hazardous or radioactive material.

## HAZARDOUS CHEMICALS/GASES

Hazardous chemical and gases are extremely dangerous to the unprotected person and may be fatal if inhaled or absorbed through the skin.

Upon initial radio contact, the helicopter crew must be made aware of any hazardous gases in the area of a scene or LZ. Never assume that the crew has already been informed. If

the aircraft were to fly through the hazardous gases, the crew could be poisoned and/or the engines could develop mechanical problems.

Poisonous or irritating gases may cling to a victim's clothing and go unnoticed until the patient is loaded

And the doors of the helicopter are closed; the crew is then compromised.

## HAZARDOUS MATERIAL LIZ'S

Helicopter landing zones must be selected to avoid ALL possibility of compromising the safety of the helicopter and its crew.

When explosives, poisonous gases/vapors, or chemicals in danger of exploding and burning are on site, helicopter landing zones must be prepared UPWIND at least ONE MILE from the hazardous material accident site and never in low-lying areas.

For hazardous material accidents involving radioactive materials, the helicopter landing zone must be prepared UPWIND, at least ONE QUARTER MILE from the accident, unless there are radioactive gases (steam or smoke), and in this case, the landing zone must be at least one mile upwind of the accident site.

A Final Note

Your helicopter ambulance can serve you only if we arrive safely. Our safety and the safety of the people on the ground depends on you, the professionals on the scene.

# Haz-Mat Guidelines



Emergency Medical Guidelines

# HAZARDOUS MATERIALS MEDICAL MANAGEMENT PROTOCOLS

## INTRODUCTION

The NIOSH EPA hazardous waste site operations document is helpful in defining the EMT / Paramedic's role. It categorizes "medical support" as involving "off–site personnel". Ambulance personnel "provide emergency treatment procedures appropriate to the hazards on site". Given EMS personnel's medical duties, and responsibilities at a haz-mat spill site (particularly if they are not part of the fire service) they should be trained at least at the "First Responder Awareness Level".

EMT's and paramedics should be trained at the "First Responder Operations Level" if they are expected to select and don protective equipment, conduct rescues, decontaminate victims or response personnel. In any case, these two EMS classifications should take a course on the medical management of haz-mat victims that is based on these protocols or their equivalent. Fire service personnel, will be trained at a higher level because of their fire service duties and functions. All of this must be consistent with the haz-mat role that the local EMS agency has defined for EMS personnel. Again, it is the employer's responsibility to see that their personnel are properly trained to meet these requirements.

"First responders at the awareness level are individuals who are likely to witness or discover a hazardous substance release and who have been trained to initiate an emergency response by notifying the proper authorities of the release. They would take no further action beyond notifying the authorities of the release". Given their typical daily responsibilities and training, EMT's and Paramedics clearly are not responsible for making a rescue wearing protective gear, for controlling and containing the release, stopping its spread, or for decontamination of protective equipment. However, they can provide medical care to a fully decontaminated victim. The federal rule does not specify how many hours of training are necessary for this level. We have evaluated the rule and recommend no less than four hours of training as being sufficient to meet the OSHA requirements for this category of responder. Additional medical training to manage hazardous materials victims would probably be necessary.

"First responders at the operations level are individuals who respond to releases or potential releases of hazardous substances, as part of the initial response to the site for the purpose of protecting nearby persons, property or the environment from the effect of the release. They are trained to respond in a defensive fashion without actually trying to stop the release from a safe distance, keep it from spreading, and preventing exposures." ~. 9329). Sixteen hours of training is required for this level by Federal OSHA mandates. Again, additional medical training to decontaminate and manage victims would probably be necessary. The 40-hour Haz-Mat Medic or Tox-Medic class is recommended.

29 CFR 1910.120 regulations state that EMT's and Paramedics cannot wear special protective gear, SCBA or respirators unless they have been trained to use them and their responsibilities at the scene require it. In the vast majority of cases, they should be trained to recognize a hazardous materials incident and be able to initiate a response. Decontaminated victims should be brought to them for medical care so that untrained and unprotected EMT's and Paramedics are not put at risk.

## INTRODUCTION TO PROTOCOLS

Health care providers who care for injured persons exposed to hazardous materials must know how to evaluate and manage a contaminated victim's medical problems while protecting themselves and others from potential hazardous exposure (secondary contamination). The following treatment protocols provide step–by–step information on how to manage medical problems arising from the most common kinds of hazardous materials ("haz-mat") scenes.

These protocols are designed for use by Haz-Mat entry team members, paramedics or other rescue health workers in the field, and hospital emergency department physicians and nurses. The protocols are intended as guidelines. They may require modification depending on the resources of a particular department or the needs of a particular patient. It is essential for the safety of health care personnel and patients that hospitals and emergency medical services agencies have a written plan for management of the contaminated victim, and that their personnel are trained to follow it.

In all incidents, health care providers should immediately contact the receiving hospital, or Regional Poison Control Center for advice on managing victims of hazardous materials exposure.

Controversies abound in the evolving field of environmental toxicology. For this reason, the protocols are sometimes vague or ambiguous. For example, no consensus exists on what specific protective gear, if any, is appropriate for emergency departments and pre-hospital medical care providers because most authorities agree that it is unacceptable to provide sophisticated protective gear to persons who have not been previously properly fitted and trained in its use.

*03/01/05*

It is imperative that proper decontamination has been initiated by the haz-mat team or other trained responders in the hot zone/decontamination area. Rescuers who are trained to use self contained breathing apparatus, to select the appropriate chemical protective suits, and know how to function in them, are the only ones who should assist with decontamination or enter the hot zone.

## Pre–Hospital Care

Consult the specific protocols for recommended pre–hospital care of exposed victims. *Note that some of the management protocols may exceed the paramedic scope of practice in a local area. Refer to your local EMS agency medical director for guidance.*

Victims with few or minimal symptoms are not necessarily safe from progression of illness. Many toxic substances have delayed onset effects, which may appear several hours later, after the victim has returned home. If the toxic substance is known, obtain consultation from the Regional Poison Control Center to determine if delayed effects might be seen and for guidance on triage of asymptomatic or mildly symptomatic exposure victims. Any persons suspected of being exposed should be seen and evaluated by emergency department staff.

## Decontamination of Pre–hospital Personnel

Pre–hospital workers will not normally need personal decontamination. In those rare circumstances where they have been in the hot zone or have attended to a victim who was not properly decontaminated, they should consider themselves to be potentially contaminated. Consult the lists above or knowledgeable sources to determine the risk of secondary contamination, since in many, if not most cases; no personal decontamination will be necessary. Information can be obtained from the Incident Command Safety Officer at the scene, the receiving hospital, or the Regional Poison Control Center. If in doubt, decontaminate.

## Victim and Response Personnel Follow–up

The names, addresses, and telephone numbers of all personnel and victims who have been or may have been exposed at a haz-mat scene should be recorded for future notification if it is subsequently determined that medical evaluation or treatment is required.

## Pre–hospital Decontamination

Unprotected EMS responders must advise on and observe the decontamination procedures from a distance to ensure that they are properly carried out. They should practice with the local haz-mat team to become familiar with the steps involved. If there is any doubt about the potential for secondary contamination, decontaminate the victim. A contaminated appendage can be washed without wetting the whole body if that is the only part contaminated. Clothing covering the rest of the body and exposed skin should be carefully checked for contamination.

If victims are already properly decontaminated before they are brought to health care providers at the perimeter of the hot zone/decon area, they will pose very little, if any, risk to the pre–hospital health provider or their vehicle. Thus, health care providers will not generally need to use any specialized protective gear, even for substances considered as potential secondary contaminants.

In many cases (e.g., corrosive materials in the eye; oily pesticide skin exposure), pre–hospital health care personnel may need to repeat or continue decontamination procedures (e.g., eye irrigation; soap/water skin wash) after receiving the victim at the perimeter. Although specialized protective gear should not be necessary, it is prudent for providers to don the protective gear when appropriate. All leather items, wool or other highly absorbent materials that cannot be decontaminated should be removed prior to providing care.

**No provider should put on a respirator or other specialized gear unless that worker has been previously fitted and trained in its use.**

If the transport vehicle is inadvertently contaminated, advice from the local environmental health department, hazardous materials team, or local hazardous materials spill clean-up companies should be sought on how to determine the level and location of the contamination and on how to clean it up. Advice should also be sought on how to preserve evidence for law enforcement, and dispose of or clean contaminated clothing and personal items.

## Pre–hospital Triage

Victims with obvious significant illness or injury will need rapid transport and treatment after initial stabilization and basic decontamination is carried out. In virtually all cases, patients with serious trauma or medical illness can be quickly stripped and flushed with water prior to delivery to pre–hospital health providers outside the hot zone. This is true even in cold or inclement weather. If this cannot be performed because of acute life–threatening conditions or other circumstances, then the vehicle must be protected and those providing care during transport and driving the vehicle must be properly fitted and trained with the appropriate level of specialized protective gear. However, every effort should be made to decontaminate the victim at the scene if the means to do so are available. In those jurisdictions where a pre–hospital provider might be placed in such a situation without assistance from a properly trained hazmat specialist, advance arrangements for additional training and protective equipment should be made.

Emergency Medical Guidelines

NOTE: This document is designed to address the most common types of chemicals found. Please refer to your individual department's resources (Cameo, Tomes, Toxicology manuals) for clinical management of these and other medical emergencies. Also consider contacting the Poison Control Center for South Florida at:

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*
*(800) 222-1222*

## ACIDS & ACID MISTS (NOT Including Hydrofluoric Acid)
## FORMS:

Gas, liquid (variable concentrations), mixtures with water, and aerosolized dusts.

## BACKGROUND:

Acids act as direct irritants and corrosive agents to skin and moist mucosal membranes. Severe burns may result. Generally, these substances have very good warning properties. Even fairly low airborne concentrations of acid mists or vapors produce rapid onset of eye, nose and throat irritation. Inhalation of higher concentrations can produce cough, strider, wheezing, chemical pneumonia or non-cardiogenic pulmonary edema. Occasionally, pulmonary edema may be delayed for several hours, especially with low-solubility gases such as nitrogen oxides (given off by nitric acid). Ingestion of acids can result in severe injury to the airway, esophagus and stomach.

## POTENTIAL FOR SECONDARY CONTAMINATION:

Small amounts of acid mists can be trapped in clothing after an overwhelming exposure but are not usually sufficient to create a hazard for health care personnel away from the scene. However, clothing which has become soaked with concentrated acid may be corrosive to rescuers. Once the victim has been stripped and flushed with water, there is no significant risk of secondary contamination. Decontamination is not necessary for victims with inhalation exposure only.

## PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. Rescuers should don agent-specific protective clothing and gloves, and self-contained breathing apparatus particularly if mists or vapors are present. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.

2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.

3. Flush exposed skin with water spray. If clothing has been soaked by acid or acid spray, remove and double-bag clothing and flush skin for 1-2 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

## PRE-HOSPITAL MANAGEMENT

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent-specific protective equipment and self-contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination.

2. Evaluate and support ABCs (airway, breathing and circulation). Re-evaluate airway, intubating the trachea if victim has developed severe respiratory distress. Provide high-flow oxygen by mask. Attach cardiac monitor.

3. Aerosolized bronchodilators (Albuterol) may be helpful for victims with wheezing, strider or coughing.

4. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, for at least 10-15 minutes or until symptoms of pain or irritation have resolved.

5. Victims with minimal or quickly resolving symptoms probably do not require immediate evaluation in the emergency department. However, remember that with certain acids and low-solubility gases (e.g., fuming nitric acid forming nitrogen oxides) pulmonary edema may occur after a delay of 12-24 hours.

6. Ingestion: DO NOT induce vomiting. Immediately dilute with 1 glass of water or milk.

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*
*(800) 222-1222*

## PRE-HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be caused from improper use.
Prioritize and Vitalize

H - 4

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100 % O2. When intubated, maintain 5cm of H2O PEEP.
EKG Monitoring
Establish IV - with Normal Saline
CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide)
Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed.

## AMMONIA (LIQUID AND GAS)

### FORMS:

Gas (anhydrous) and liquid (aqueous solutions, variable concentrations).
NOTE: Liquefied compressed gas may produce cryogenic (freezing) hazard as it is released into the atmosphere.

### BACKGROUND:

Ammonia ($NH_3$) is a direct irritant and alkaline corrosive agent to moist mucous membranes and, to a lesser extent, to intact skin. Ammonia has very good warning properties. Even fairly low airborne concentrations produce rapid onset of eye, nose and throat irritation. Higher concentrations can produce cough, strider, wheezing, chemical pneumonia or non–cardiogenic pulmonary edema. The onset of pulmonary edema is usually rapid but may occasionally be delayed for 12–24 hours. Ingestion of concentrated ammonia solutions (e.g., > 5%) may cause serious corrosive injury to the esophagus and stomach.

## POTENTIAL FOR SECONDARY CONTAMINATION:

Small amounts of ammonia vapor can be trapped in clothing after an overwhelming exposure but are usually not sufficient to create a hazard for health care personnel away from the scene. However, clothing which has become soaked with concentrated liquid ammonia may be corrosive to rescuers. Once the victim has been stripped and flushed with water, there is no significant risk of secondary contamination.

## PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.
2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir device or manually triggered oxygen powered breathing device, if possible and practical.

3. If clothing has been soaked by liquid ammonia, remove and double–bag. Flush skin with water spray for 1 – 2 minutes. Remove contacts and irrigate exposed eyes if symptomatic.

## PRE–HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective a equipment and self–contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary
2. Evaluate ABCs (airway, breathing, and circulation). Watch for signs of airway closure and laryngeal edema, such as hoarseness, strider, or retractions. Administer oxygen by mask. Bronchodilators maybe helpful for wheezing. Intubate if patient manifests severe respiratory distress from pulmonary edema or upper airway swelling. Obtain arterial blood gases and chest x–ray if respiratory distress is present. If respiratory distress is present or if exposed to low solubility gases such as nitrogen oxides, admit and observe 24 to 48 hours for possible delayed onset of pulmonary edema. Severe upper airway edema may necessitate endotracheal intubation or cricothyrotomy.

Aerosolized bronchodilators (e.g., Albuterol) may be helpful for victims with wheezing.

Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, or Morgan Lens, for at least 10–15 minutes or until symptoms of pain or irritation have resolved.

Victims with minimal or quickly resolving symptoms after brief inhalation exposure probably do not require immediate evaluation in the emergency department.

Ingestion: DO NOT induce vomiting. Immediately dilute with 1 glass of water or milk.

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*
*(800) 222–1222*

## PRE–HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be

Emergency Medical Guidelines

caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100 % O2. When intubated, maintain 5cm of H2O PEEP.

EKG Monitoring

Establish IV - with Normal Saline

CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide).

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*
*(800) 222–1222*

## BLISTER AGENTS
## FORMS:

There are two agents referred to as blister agents, mustard agents and lewsite. Sulfur mustard agents are colorless when pure, but typically are a yellow to brown oily liquid with a slight mustard to garlic odor. Nitrogen mustards can be colorless to pale yellow with a fishy, musty, fruity, or butter almond odor. Lewsites are an oily, colorless liquid while pure, but is amber to black when impure. The lewsites may have the odor of geraniums or garlic-like. These agents produce vapors, but may be dispersed in a gas, aerosol, or liquid form.

## BACKGROUND:

Blister agents are considered to be a chemical warfare agent. In the form of gas or liquid, blister agents affect the skin, eyes, lungs, and gastro-intestinal tract. Internal organs may also be affected as vapors are taken up in the circulatory system and transported throughout the body. The effects of blister agents may not be immediate. Though Lewsite effects are immediate, pateints exposed to mustard agents do not show signs or symptoms for 2 to 24 hours after exposure.

Signs of blister agents include reddening and blistering of effected tissue. Mild exposure may result in tearing, inflammation of the skin, irritation of mucious membrane, hoarseness, coughing and sneezing. Severe exposures which are incapacitating may include loss of sight, formation of blisters on the skin, nausea, vomiting and diarrhea, with severe respiratory distress. If inhaled, burns may cause swelling of the airway and bronchiole passagesand patients may present with non-cardiogenic pulmonary edema.

## POTENTIAL FOR SECONDARY CONTAMINATION:

Small amounts of liquid can be trapped in clothing after an overwhelming exposure but are not usually sufficient to create a hazard for health care personnel away from the scene. However, clothing which has become soaked with blister agents may be corrosive to rescuers. Once the victim has been stripped and flushed with water, there is no significant risk of secondary contamination.

## PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus particularly if mists or vapors are present. Silicone breathing apparatus masks may not protect rescuers for some blister agents due to chemical incompatibility. Approved butyl rubber masks are prefered. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.

2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.

3. Flush exposed skin with water spray. If clothing has been soaked by acid or acid spray, remove and double–bag clothing and flush skin for 1– 2 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

## PRE–HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. Assistance from the local haz-mat team or your Regional Poison Control Center should be requested to verify that decontaminaiton efforts are sufficent. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination.

2. Evaluate and support ABCs (airway, breathing and circulation). Re–evaluate airway, intubating the trachea if victim has developed severe respiratory distress. Provide high–flow oxygen by mask. Attach cardiac monitor.

3. Aerosolized bronchodilators (Albuterol) may be helpful for victims with wheezing, strider or coughing.

4. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, for at least 10–15 minutes or until symptoms of pain or irritation have resolved.

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*
*(800) 222–1222*

*03/01/05*

Haz-Mat Guidelines

## PRE–HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100 % O2. When intubated, maintain 5cm of H2O PEEP.

EKG Monitoring

Establish IV - with Normal Saline

CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide)

Treat burns per "Burn" protocol.

Consider pain management as appropriate.

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed.

## CHLORINE GAS

### FORMS:

Gas (anhydrous) or liquid (aqueous chlorine) are usually in the form of hypochlorite, variable concentrations. The liquid hypochlorite solutions are very unstable and react with acids to release chlorine gas.

NOTE: Liquefied compressed gas may produce cryogenic (freezing) hazard as it is released into the atmosphere.

### BACKGROUND:

Chlorine is a highly irritating gas, which rapidly forms hydrochloric acid after contact with moist mucous membranes in the upper airway and in the lungs. Symptoms occur rapidly and provide good warning properties for exposure. Low concentrations produce eye, nose and throat irritation. Higher concentrations produce cough, wheezing, choking, chemical pneumonitis, or pulmonary edema. Ingestion of concentrated hypochlorite solutions can cause serious corrosive esophageal or stomach injury.

## POTENTIAL FOR SECONDARY CONTAMINATION:

Small amounts of chlorine gas can be trapped in clothing after an overwhelming exposure but are not usually sufficient to create a hazard for health care personnel away from the scene. However, clothing which has become soaked with concentrated hypochlorite solution may be corrosive to rescuers and may off-gas chlorine. Once the victim has been stripped and flushed with water, there is no significant risk of secondary contamination. Decontamination is not necessary after simple inhalation exposure.

## PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.

2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical

3. If clothing has been soaked by hypochlorite solution, remove and double–bag. Flush skin with water spray for 1 – 2 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

## PRE–HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination.

2. Evaluate and support ABCs (airway, breathing, and circulation). Re–evaluate airway, intubating the trachea if victim has developed severe respiratory distress due to upper airway swelling or pulmonary edema. Continue to provide high flow oxygen by mask. Attach cardiac monitor.

3. Aerosolized bronchodilators (e.g., Albuterol) may be helpful for victims with wheezing.

4. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, or Morgan Lens, for at least 10–30 minutes or until symptoms of pain or irrigation have resolved.

5. Victims with minimal or quickly resolving symptoms probably do not require immediate evaluation in the emergency department. Those with persistent cough, wheezing, or altered mental status should receive urgent medical evaluation.

6. Ingestion: DO NOT induce vomiting. Immediately dilute with 1 glass of water or milk.

## PRE–HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon process. All areas need to be flushed minimum of 20 min-

Emergency Medical Guidelines

utes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100% O2. When intubated, maintain 5cm of H2O PEEP.

EKG Monitoring

Establish IV - with Normal Saline

CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide)

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*
*(800) 222–1222*

## CYANIDE
## FORMS:

Gas (hydrogen cyanide), liquid (solutions of cyanide salts), and solid (cyanide salts). Hydrogen cyanide gas may be formed when acid is added to a cyanide salt or a nitrile.

## BACKGROUND:

Cyanide (CN) is an extremely toxic compound, which is widely used in industry in a variety of forms (gas, liquid, solid). CN gas (HCN) is a major toxic component in cases of smoke inhalation. CN produces toxicity by interfering with cellular metabolism. Secondarily, CN can interfere with the transmission of oxygen. Symptoms and signs include headache, dizziness, vomiting, tachypnea, tachycardia, and coma. There may be a distinctive odor ("bitter almonds") on the victim's clothing or breath. Death can occur within minutes of exposure. If exposure is by inhalation of CN gas, peak toxic effects are seen within minutes, but after ingestion of a CN salt, effects may be delayed until the CN is absorbed from the stomach.

## POTENTIAL FOR SECONDARY CONTAMINATION:

If the exposure was by inhalation of HCN gas, there is not little risk of secondary exposure to rescuers. Victims whose clothing is contaminated with HCN solution can secondarily contaminate rescuers by direct contact or through off-gassing. Victims who have ingested CN solutions pose the greatest risk to responders, if regurgetaiton occurs.

## PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the tot zone and to decontaminate themselves under the direction of the decontamination supervisor.

2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.

3. If clothing has been soaked by solid or liquid CN– containing material, remove and double–bag clothing. Flush skin with water spray for 1–2 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

## PRE–HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination.

2. Evaluate and support ABCs (airway, breathing, and circulation). Re–evaluate airway, intubating the trachea if victim is unconscious or has developed severe respiratory distress. Continue to provide high flow oxygen by mask. Attach cardiac monitor.
Consider use of sodium thiosulfate IV.

3. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, for at least 20 minutes or until symptoms of pain or irrigation have resolved.

## PRE–HOSPITAL MANAGEMENT

Note: Rapid intervention is imperative to a positive outcome. This can be done by early recognition and having properly trained personnel and specialized medication available.

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. If patient is unconscious but still breathing, administer Amyl Nitrite inhalant, allowing patient to inhale Amyl Nitrite for 20-30 seconds per minute. If patient is not breathing, intubate and place perles in the BVM reservoir and ventilate. Administer 100% supplemental O2.

Establish IV - with Normal Saline

Sodium Nitrite – 10ml of a 3% solution IV over 2 minutes. (Pediatric dose is .33 ml/kg of a 3% solution over 10 minutes).

Sodium Thiosulfate – 50 ml of a 25% solution over 10 minutes. (Pediatric dose is 1.65ml up to 50 ml over 10 minutes). Do not administer Sodium Thiosulfate in Hydrogen Sulfide poisoning).

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*

*(800) 222-1222*

## ETHYLENE OXIDE (ETO, EO)

### FORMS:

Liquid and gas. Used to produce ethylene glycol for anti–freeze products, sterilize food, fumigate books, dental, pharmaceutical, medical and scientific equipment and supplies, and, in health care facilities, to gas sterilize equipment.

ETO in its pure form is extremely flammable, explosive and toxic. Inhalation or direct contact by dermal exposure should be avoided. ETO is a colorless gas with an ether–like (sweetish) odor that is readily detected at first; however, continued exposure results in olfactory fatigue.

### BACKGROUND:

ETO in a gaseous form can enter the body through the lungs, skin or eyes. Short–term exposure can cause irritation to eyes, nose, throat and lungs. Even brief skin contact with liquid ETO can cause edema and erythema with progression to blister formation in 6–12 hours.

Acute exposure to several hundred ppm can lead to nausea, vomiting, olfactory fatigue, nervous system injury and respiratory distress. Prolonged breathing of these high concentrations can cause dizziness, weakness, chest pain and pulmonary edema. Symptoms after mild exposure usually clear within a few hours. However, onset of pulmonary edema may be delayed up to 24 hours. Symptoms usually clear without residual within hours after termination of exposure. The material is a known sensitizer and has produced allergic and anaphylactic reactions. Peripheral neuropathy has been infrequently observed. Cancer and adverse reproductive effects, including spontaneous abortions among female hospital workers, have been reported in various studies but long–term effects are not completely known.

### POTENTIAL FOR SECONDARY CONTAMINATION:

Following inhalation exposure to ETO gas ONLY, the potential for secondary contamination is low and decontamination is not required. Liquid formulation of ETO may be absorbed by clothing, shoes, and boots from which it can off-gas. Remove and throw out grossly contaminated clothing, shoes and boots.

### PATIENT MANAGEMENT IN THE HOT ZONE/DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.
2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish air–way and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.
3. Remove exposed individual from source of contamination. Remove grossly contaminated clothing, shoes and boots and throw out. Flush the skin with water spray vigorously for at least 15 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

### PRE–HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination.
2. Evaluate and support ABCs (airway, breathing, and circulation). Quickly establish airway, and stabilize C–spine if trauma if suspected. Administer supplemental oxygen as soon as it is practical.
3. Give bronchodilators if significant wheezing is present.
4. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, for at least 10–15 minutes or until symptoms of pain or irrigation have resolved.
5. Victims with minimal or quickly resolving symptoms may not require hospital emergency department evaluation.

### PRE–HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon

Emergency Medical Guidelines

process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100 % O2. When intubated, maintain 5cm of H2O PEEP.

EKG Monitoring

Establish IV - with Normal Saline

CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide)

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*
*(800) 222–1222*

## FORMALDEHYDE
## FORMS:

Formaldehyde is a gas. Formalin is an aqueous solution, usually about 35% formaldehyde that may also contain 5-15% methanol.

## BACKGROUND:

Formaldehyde is a gas with a pungent odor used widely in paper processing, wood products, pre–form insulation, carpeting, furniture, and fabrics. It is a highly water soluble gas with toxicity beginning at very low levels of exposure. Inhalation of high concentrations can cause severe coughing, wheezing, and non–cardiogenic pulmonary edema. Skin and eye irritation may occur, and direct contact with concentrated aqueous solutions can cause burns. Ingestion of Formalin may cause corrosive injury of the esophagus and stomach, and absorption of the formaldehyde and methanol can cause metabolic acidosis and blindness due to metabolism to formic acid. Formaldehyde is a known animal and suspected human carcinogen.

## POTENTIAL FOR SECONDARY
## CONTAMINATION:

Victims who have inhaled formaldehyde gas are not contaminating to others and do not require decontamination. Victims whose clothing or skin is soaked with formalin solution may off–gas formalin and methanol, but once the clothing has been removed and the skin flushed with water, there is no significant risk of secondary contamination of rescuers outside of the hot zone, even if the characteristic residual odor of formaldehyde is still detectable.

## PATIENT MANAGEMENT IN THE HOT ZONE/
## DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.

2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.

3. If the victim has been soaked by formalin solution, remove and double bag clothing and flush skin for 1–2 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

## PRE–HOSPITAL MANAGEMENT AFTER
## INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination.

2. Evaluate and support ABCs (airway, breathing, and circulation). Reevaluate the airway, intubating the trachea if victim has developed severe respiratory distress due to upper airway swelling or pulmonary edema. Continue to provide supplemental oxygen. Attach cardiac monitor.

3. Aerosolized bronchodilators (Albuterol) may be helpful for victims with wheezing.

4. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, or Morgan Lens, for at least 20 minutes or until symptoms of pain or irrigation have resolved.

5. Victims with minimal or quickly resolving symptoms of eye and throat irritation do not require immediate evaluation in the emergency department. Those with persistent cough, wheezing, or altered mental status should receive urgent medical evaluation.

6. Ingestion: DO NOT induce vomiting. Immediately dilute with 1 glass of water or milk.

## PRE–HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be

*03/01/05*

caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100 % O2. When intubated, maintain 5cm of H2O PEEP.

EKG Monitoring

Establish IV - with Normal Saline

CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide)

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*

*(800) 222–1222*

## HYDROFLUORIC ACID

### FORMS:

Gas, liquid (variable concentrations), and fluoride salts in the presence of acids may generate toxic quantities of hydrogen fluoride.

### BACKGROUND:

Hydrofluoric acid (HF) produces toxicity quite distinct from other mineral acids. The "acid" moiety (hydrogen ion) is relatively unimportant, producing little burning sensation on initial contact. In contrast, the highly toxic fluoride ion has the ability to penetrate tissue and produce indolent ulceration or bony destruction. Solutions of greater than 10–20% are particularly destructive. Solutions of greater than 60% concentration can cause significant respiratory exposures. As well inhalation may cause eye, nose and throat irritation, cough, tracheal bronchitis, and delayed onset pulmonary edema. Ingestion may produce severe corrosive burns of the esophagus and stomach. Systemic absorption of fluoride (i.e. from a burn or after ingestion) may result in severe hypocalemia, hypomagnesia, and hyperkalemia, resulting in tetany and cardiac arrest.

### POTENTIAL FOR SECONDARY CONTAMINATION:

Until the soaked clothing has been removed and the affected body part has been flushed, there is some hazard to treating health care personnel, depending on the concentration. Following basic decontamination, there is usually no significant risk of secondary contamination.

### PATIENT MANAGEMENT IN THE HOT ZONE DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.

2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.

3. Remove and double–bag clothing. Flush skin with water spray for 1 – 2 minutes with water spray. Remove contact lenses and irrigate exposed eyes if symptomatic.

### PRE–HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination. If available, magnesium sulfate solution (Epsom salt) or lime water (calcium hydroxide) is effective irrigating solutions. Also, magnesium–containing antacids such as a Maalox® or Mylanta® can be applied topically.

2. Evaluate and support ABCs (airway, breathing, and circulation). Re–evaluate airway, intubating the trachea if victim is unconscious or has developed severe respiratory distress due to upper airway swelling or pulmonary edema. Continue to provide high–flow oxygen by mask. Attach cardiac monitor.

3. Provide continuous cardiac monitoring to look for QT interval prolongation, which is an early sign of hypocalemia.
   a. Treat tetany or cardiac arrest with IV 5 cc calcium chloride 10% (or 10 cc calcium gluconate 10%).
   b. Consider prophylactic calcium for victims with high concentration (10–20%) exposure to greater than 3–5% body surface area.

4. Ingestion: DO NOT induce vomiting immediately dilute with 1 glass of water or milk. If available, give magnesium or calcium–containing antacid (both will bind fluoride).

5. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, for at least 10–15 minutes or until symptoms of pain or irrigation have resolved.

### PRE–HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon

Emergency Medical Guidelines

process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100 % O2.

Inhalation Injury – Mix 6 cc of Normal Saline with 3 cc of 10% Calcium Gluconate and nebulize.

EKG Monitoring

Establish IV - with Normal Saline

Eye Injury from Hydrofluoric Acid– Apply 1-2 drops of Tetracaine to eye. Prepare an eye wash solution by mixing Calcium Gluconate (10%) 50ml in NS 500ml. Apply eyewash solution by using a Morgan Theraputic Lens.

Burns to skin – After flushing with copious amounts of water, prepare a skin gel by mixing Calcium Gluconate (10%) 10ml into a 2-ounce tube of KY jelly (making a 2.5% gel).

CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide)

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR*
*REGIONAL POISON CONTROL CENTER AT:*
*(800) 222-1222*

## NERVE AGENTS (GA, GB, GD, GF, VX)

## FORMS:

All nerve agents in the pure form are a colorless liquid. The vapor pressure of these agents varies widely. These agents may be dispersed through the use of solvents to increase vapor pressure, or explosive devices to atomize the material. Nerve agents can pose an exposure risk through all routes.

## PRE–HOSPITAL MANAGEMENT

(See Organophospate Poisoning)
*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR*
*REGIONAL POISON CONTROL CENTER AT:*
*(800) 222-1222*

## PESTICIDES – ORGANOPHOSPHATES

## FORMS:

The typical way organophosphates are found is either in a liquid (usually solution with xylene or other organic solvent) or solid (wettable powder) state which may be inhaled in an aerosol form or as a component of smoke.

## BACKGROUND:

Organophosphate pesticides are widely used in home gardening and commercial agriculture. A variety of products are available, with widely varying potencies. Organophosphate pesticides inhibit the enzyme cholinesterase, resulting in buildup of excessive acetylcholine. Signs and symptoms include hypersalivation, sweating, bronchospasm, abdominal cramps, diarrhea, muscle weakness, small pupils, twitching and seizures. Death is due to respiratory muscle paralysis. For certain organophosphates, if victim survives the acute poisoning, they may develop delayed onset peripheral neuropathy. Nonspecific symptoms such as upper respiratory irritation, dizziness, nausea and headache after inhalation exposure may be due to the solvent vehicle (e.g. xylene) and not due to cholinesterase inhibition. Potential toxicity of the solvent vehicle should always be considered.

## POTENTIAL FOR SECONDARY CONTAMINATION:

Many organophosphates are well–absorbed through intact skin, and thus may pose a serious hazard to rescuers or health care personnel. If rescuers begin to exibit signs and symptoms of OP poisoning, they should immediately administer a "Mark I" auto-injector to prevent becoming incapacitated. Rescuers who have been treated with Atropine may be able to continue working, but must be closely monitored for heat stress. Water decontamination may be insufficient to remove oily compounds.

## PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.
2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.
3. Remove and double-bag clothing. Flush skin with water spray for 1 – 2 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

## TRIAGE

Red (Highest Priority)- An individual who is convulsing or who is postictal, who is not breathing or is having breathing difficulties, or who has a combination of two or more organ systems affected (respiratory effects, gastrointestinal effects, skeletal muscular twitching or weakness, disturbances in level of consciousness). These persons require antidotes immediately to save their lives. Included in this category are casualties with no respiratory or cardiac activity, if resources are available to provide appropriate immediate care.

Yellow (Medium Priority)- An individual who suspects he has had or has had liquid agent on his skin, but who has no

H - 12

*03/01/05*

Haz-Mat Guidelines

effects. This patient must be kept under observation for at least 18 hours. An individual who was given 4 mg. or more of atropine, and who is recovering from the effects of both the agent and the antidote.

Green (Low Priority)- An individual who is able to walk and talk after a vapor exposure. Some miosis without other effects. Individuals may only need monitoring for at least one hour.

## PRE–HOSPITAL MANAGEMENT

Decontaminate

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, atropine administration should be given immediately. The administration of atropine will aid the intubation efforts. Administer 100 % O2. When intubated, maintain 5cm of H2O PEEP. Brochoconstriction may prevent intubation efforts and should be treated with an initial dosage of Atropine. Atropine may be given via ET tube.

EKG Monitoring

Establish IV - with Normal Saline

Atropine - 2mg (>9 y.o.), 1mg (2-9 y.o.), .5mg (0-2 y.o.) every 5 minutes if IV, or 10 to 15 if IM until SLUDGE symptoms are relieved. Atropine administration in a hypoxic patient may precipitate Ventricular Fibrillation If the patient is hypoxic, the initial dosage of atropine must be given IM to prevent ventricular fibrillation. (pt's heart rate may be >60/min. Though the patients heart rate is one indicator to determine if the patient needs more atropine, the patient's respiratory effort is a better indicator to determine if sufficent atropine has been administered.)

Pralidoxime - (2-Pam) 1 gram diluted in 20 mL of Sterile Water mixed in 100 ml normal saline and given IVP over 20-30 minutes. 600 mg IM may be used if no IV access is available. IV administration may cause prolonged marked hypertension if given too rapidly. Labetolol may be indicated if hypertension persists for more than 20 minutes. The pediatric dosage for Pralidoxime is 15mg/kg. Dosages may be repeated every 15 minutes until signs/ symptoms are eliminated.

Diazepam – 5-10 mg for seizures. May substitute Lorazepam (Ativan) 1-2 mg for Diazepam.

CPAP for Pulmonary Edema (do not use Furosemide)

"Mark-1", "CANA" or "Atrox" Auto-Injector kit is the preferred method of administration. They can be self administered through an IM route and are designed to be re-administered PRN.The "Mark I" kit contains two auto-injectors, one Atropine (2 mg) and one Pralidoxime (600 mg). "Atrox" auto-injectors area available in multiple dose ranges based on patients age. These units are available in 0.5mg, 1.0 mg, or 2.0 mg dosages. "CANA" auto-injectors contain 10 mg of Valium for the treatment of seizures in a severely exposed victim.

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*
*(800) 222–1222*

## UNKNOWN MATERIAL FORMS:

This section assumes that a victim has been exposed to a hazardous material, which cannot be identified in the form of a gas or vapor, liquid, or solid/dust.

## BACKGROUND:

Every attempt should be made to identify the substance involved using placards, shipping papers, or other means. However, if such identification is impossible, responders should make worst-case assumptions about the material. Rescuers should assume that the material might be:

a. Poisonous by inhalation, ingestion, and cutaneous absorption;

b. Corrosive (either acidic or alkaline);

c. Lipid soluble, and therefore able to penetrate certain types of protective clothing and protective gear, and able to be absorbed through intact skin;

d. Oily and persistent on skin and clothing, and therefore difficult to decontaminate; and,

e. Reactive and likely to give rise to irritant or poisonous gases on contact with water or heat.

## POTENTIAL FOR SECONDARY CONTAMINATION:

Victims contaminated with an unknown liquid or solid/dust material should be assumed to be carrying a risk of secondary contamination. If the victim's only exposure, was to small amounts of gas or vapor, the risk of secondary contamination to health care personnel away from, the scene is probably very small. Theoretically, small amounts of gas might be trapped in a victim's clothing. In such a situation once the clothing had been removed and double bagged, the risk to rescuers would be minimal. However, if the exposure involved an aerosol which might condense on a victim's skin or clothing, there would be a potential for secondary contamination until decontamination had been carried out. For exposures involving direct contact with an unknown liquid or solid material or dust, rescuers should assume that the victim poses a risk of secondary contamination until decontaminated. When in doubt, decontaminate the victim.

## PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. In general, until the possibility of fire, explosion, or serious reactivity has been ruled out, rescuers will not enter the Hot Zone. Once entry appears to be

Emergency Medical Guidelines

feasible, rescuers should don fully encapsulated protective clothing and gloves capable of withstanding both corrosives and hydrocarbon solvents, and self–contained breathing apparatus.

2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag naive mask with reservoir, if possible and practical.

3. Remove and double bag clothing. Flush skin with water spray for 1 – 2 minutes. If the victim complains of eye irritation, have the victim remove contact lenses if able to do so. Irrigate exposed eyes if symptomatic.

## PRE-HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don protective  equipment (self–contained  breathing  apparatus) capable of withstanding brief exposure to both corrosives and hydrocarbon  solvents.  Activate  basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. In addition, wash oily contaminated areas, including skin or hair, with soap and/or shampoo.

2. Re–evaluate airway, intubating the trachea if victim is unconscious or has developed severe respiratory distress. Continue to provide high–flow oxygen by mask. Attach cardiac monitor.

3. Support BP if needed, with IV crystalloid solutions. Treat bradycardia with  Atropine or other modality appropriate to the patient's clinical status.

4. Consider aerosolized bronchodilators if significant wheezing is present.

5. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, for at least 10–15 minutes or until symptoms of pain or irritation have resolved.

6. Even if significant ingestion is suspected, do not induce vomiting. Instead, if the victim is conscious and able to protect the airway, immediately dilute with 1 glass of water and give activated charcoal 60 – 100 grams if available. Do NOT give activated charcoal if a corrosive is suspected.

7. Continue to irrigate injured eyes or exposed areas of skin for at least 15 to 20 minutes if the victim continues to complain of discomfort.

8. Treat seizures with Diazepam (Valium): 5 – 10 mg IV for an adult; and 1 – 2 mg IV for children or Ativan (Lorazepam): 5 - 10 mg IV for an adult; and 0.1 mg/kg over 2-5 minutes.

*REGIONAL POISON CONTROL CENTER AT:*
*(800) 222–1222*

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR*

*03/01/05*

Appendix A

# APPENDIX A
## ACLS Quickie

**All patients:**
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway
- ❏ EKG Monitored
- ❏ 12 Lead EKG
  - ■ $V_4R$ if any ST elevation in leads II, III, aVF

**Asystole**
- ❏ Think 6 "H's" & 6 "T's" (See table A)
- ❏ Vasopressin 40u IV/IO to replace 1st or 2nd dose of Epinephrine

  **OR**
- ❏ Epinephrine 1.0mg 1:10,000 IVP/IO q 3-5 minutes
- ❏ Atropine 1.0mg IV/IO q 3-5 minutes to max of 3.0mg (0.03-0.04mg/kg)

***CPR——Intervention—CPR pattern (Minimize interruptions in CPR)***

**Bradycardia**
- ❏ Atropine 0.5mg IV/IO q 3-5 minutes to max of 3.0mg (0.03-0.04mg/kg)
- ❏ Transcutaneous Pacing
- ❏ Dopamine 5-20 ug/kg/min
- ❏ Epinephrine 2-10ug/min

**Pulseless Electrical Activity**
- ❏ Think 6 "H's" & 6 "T's" (See table A)
- ❏ Vasopressin 40u IV/IO to replace 1st or 2nd dose of Epinephrine

  **OR**
- ❏ Epinephrine 1.0mg 1:10,000 IVP/IO q 3-5 minutes
- ❏ Atropine 1.0mg IV/IO q 3-5 minutes to max of 3.0mg (0.03-0.04mg/kg)

***CPR——Intervention—CPR pattern (Minimize interruptions in CPR)***

**Ventricular Fibrillation (VF) / Pulseless Ventricular Tachycardia (PVT)**
- ❏ Think 6 "H's" & 6 "T's" (See Table A)
- ❏ Witnessed Arrest - Immediate defibrillation (See table B)
- ❏ Unwitnessed Arrest – CPR for 5 cycles / 2 minutes, then defibrillation (See table B)
- ❏ Vasopressin 40u IV/IO to replace 1st or 2nd dose of Epinephrine

  **OR**
- ❏ Epinephrine 1.0mg 1:10,000 IVP/IO q 3-5 minutes
- ❏ Amiodarone 300mg IV/IO, repeat 150mg IV/IO in 5 minutes

  **OR**
- ❏ Lidocaine 1.0-1.5mg/kg IV/IO to max 3mg/kg
- ❏ Magnesium Sulfate 1-2g diluted in 10cc over 2 minutes for torsades de pointes
- ❏ Sodium Bicarb. 1meq/kg IV/IO

***CPR——Intervention—CPR pattern (Minimize interruptions in CPR)***

Emergency Medical Guidelines

## Tachycardia (Wide Complex = QRS $\geq$ 0.12 seconds)

*Unstable (Serious Signs and Symptoms) Ventricular rate > 150 BPM*
- ❑ Immediate synchronized cardioversion (See page C-3 & Table B)

*Regular Rhythm: (V-Tach or Uncertain Rhythm)*
- ❑ Amiodarone 150mg IV/IO over 10 minutes, repeat as needed to max 2.2g in 24 hours

<u>OR</u>

- ❑ Lidocaine 0.5 - 0.75mg/kg IV/IO, repeat 0.5 - 0.75mg/kg to max of 3mg/kg
- ❑ Prepare for synchronized Cardioversion (See page C-3 & Table B)

*If SVT with aberrancy:*
- ❑ Adenosine 6mg IVP/IO, 12mg IVP/IO, 12mg IVP/IO

*Irregular Rhythm: (Polymorphic VT)*
- ❑ Unstable - **Defibrillate** (See Table B)
- ❑ Amiodarone 150mg IV/IO over 10 minutes, repeat as needed to max 2.2g in 24 hours
- ❑ Lidocaine 0.5 - 0.75mg/kg IV/IO, repeat 0.5 - 0.75mg/kg to max of 3mg/kg
- ❑ Magnesium Sulfate 1-2g IV diluted in 10cc over 2 minutes for Torsades de Pointes

## Tachycardia (Narrow Complex = QRS $\leq$ 0.12 seconds)

*Unstable (Serious Signs and Symptoms)*
- ❑ Immediate synchronized cardioversion (See page C-3 & Table B)

*Regular Rhythm:*
- ❑ Attempt vagal maneuvers
- ❑ Adenosine 6mg IVP/IO, 12mg IVP/IO, 12mg IVP/IO
- ❑ Cardizem 0.25mg/kg IV/IO over 2 minutes, may repeat in 15 minutes at 0.35mg/kg IV/IO over 2 minutes

*Irregular Rhythm: (Probable A-Fib, A-Flutter or M.A.T.)*
- ❑ Cardizem 0.25mg/kg IV/IO over 2 minutes, may repeat in 15 minutes at 0.35mg/kg IV/IO over 2 minutes

# Table A

**6 H's**
- ➢ Hypovolemia (volume infusion)
- ➢ Hypoxia (ventilation)
- ➢ Hypothermia
- ➢ Hydrogen Ion (acidosis)
- ➢ Hyper/Hypokalemia
- ➢ Hypoglycemia

**6 T's**
- ➢ Tamponade
- ➢ Tension pneumothorax
- ➢ Thrombosis-Coronary
- ➢ Thrombosis-Pulmonary
- ➢ Toxins
- ➢ Trauma (Hypovolemia)

*03/06/06*

Appendix A

# Table B

## Adult Electrical Therapy

**Defibrillation:**

- ❑ Biphasic rectilinear waveform – Initial = 120j
  (i.e. Zoll, Phillips) Subsequent = 120j or higher

- ❑ Biphasic truncated exponential waveform – Initial = 150j
  (i.e. Medtronics) Subsequent = 150j or higher

- ❑ Monophasic waveform – Initial = 360j
  Subsequent = 360j

**Cardioversion: (Narrow Complex Tachycardia)**

- ❑ Monophasic – (A-Flutter or Re-entry SVT) – Initial = 50j
  Subsequent =100j, 200j, 300j, 360j

- ❑ Monophasic – (A-Fib) – Initial = 100j
  Subsequent = 200j, 300j, 360j

- ❑ Biphasic – Initial = 100j
  Subsequent = 120j, 150j, 200j

**Cardioversion: (Wide Complex Tachycardia)**

- ❑ Monophasic – Initial = 100j
  Subsequent = 200j, 300j, 360j

- ❑ Biphasic – Initial = 100j
  Subsequent 120j, 150j, 200j

## Pediatric Electrical Therapy

**Defibrillation:**

- ❑ Monophasic / Biphasic – Initial = 2j/kg
  Subsequent = 4j/kg, 4j/kg

**Cardioversion**

- ❑ Monophasic / Biphasic – Initial = 0.5j/kg – 1.0j/kg
  Subsequent = 2j/kg

*03/06/06*

AA- 3

Appendix B

# APPENDIX B
## Guide to the Hospitals in the Operating Region

### BREVARD COUNTY

| | | | | |
|---|---|---|---|---|
| Holmes Regional Medical Center | 1350 South Hickory St | Melbourne, FL 32901 | 800-541-1928 | *** |

### INDIAN RIVER COUNTY

| | | | |
|---|---|---|---|
| Indian River Memorial Hospital | 1000 36th Street | Vero Beach, FL 32960 | 772 567–4311 |
| Sebastian River Medical Center | 13695 U.S. Highway One | Sebastian, FL 32958 | 772 589–3186 |

### MARTIN COUNTY

| | | | |
|---|---|---|---|
| Martin Memorial Medical Center | 300 Southeast Hospital Avenue | Stuart, FL 34994 | 772 223–5995 |
| Martin Memorial Hospital – South | 2100 Southeast Salerno Road | Stuart, FL 34997 | 772 223–5721 |

### OKEECHOBEE COUNTY

| | | | |
|---|---|---|---|
| Columbia Raulerson Hospital | 1796 Highway 441 North | Okeechobee, FL 34972 | 941 763–2151 |

### ORANGE COUNTY

| | | | | |
|---|---|---|---|---|
| Orlando Region Medical Center | 1414 Kuhl Avenue | Orlando, FL 32806 | 407-841-5111 | *** |

### PALM BEACH COUNTY

| | | | | |
|---|---|---|---|---|
| Bethesda Memorial Hospital | 2815 South Seacrest Boulevard | Boyton Beach, FL 33435 | 561 737–7733 | |
| Boca Raton Community Hospital | 800 Meadows Road | Boca Raton, FL 33486 | 561 395–7100 | |
| Columbia Hospital | 2201 45th Street | West Palm Beach, FL 33407 | 561 842–6141 | |
| Columbia JFK Medical Center | 5301 South Congress Avenue | Atlantis, FL 33462 | 561 965–7300 | |
| Delray Medical Center | 5352 Linton Boulevard | Delray Beach, FL 33484 | 561 498–4440 | *** |
| Glades General Hospital | 1201 South Main Street | Belle Glade, FL 33430 | 561 996–6571 | |
| Good Samaritan Hospital | 1300 North Flagler Drive | West Palm Beach, FL 33401 | 561 655–5511 | |
| Jupiter Medical Center | 1210 South Old Dixie Highway | Jupiter, FL 33458 | 561 744–4460 | |
| Palm Beach Gardens Medical Center | 3360 Burns Road | Palm Beach Gardens, FL 33410 | 561 622–1411 | |
| Palm Beach Regional Hospital | 2829 10th Avenue | Lake Worth, FL 33461 | 561 967–7800 | |
| Palms West Hospital | 13001 Southern Boulevard | Loxahatchee, FL 33470 | 561 798–3300 | |
| St. Mary's Medical Center | 901 45th Street | West Palm Beach, FL 33407 | 561 844–6300 | *** |
| VA Medical Center | 7305 N. Military Trail | West Palm Beach, FL 33410 | 561 882-8262 | |
| Wellington Regional Medical Center | 10101 Forest Hill Boulevard | West Palm Beach, FL 33414 | 561 798–8500 | |
| West Boca Medical Center | 21644 State Road Seven | Boca Raton, FL 33428 | 561 488–8000 | |

### ST. LUCIE COUNTY

| | | | |
|---|---|---|---|
| Columbia Medical Center–Port St. Lucie | 1800 Southeast Tiffany Avenue | Port St. Lucie, FL 34952 | 772 335–4000 |
| Lawnwood Regional Medical Center | 1700 South 23rd Street | Port St. Lucie, FL 34950 | 772 461–4000 |

*** **Area Trauma Centers**

| | |
|---|---|
| **Poison Control Center** | **1-800-282-3171** |

# APPENDIX C

## TRAUMA TRANSPORT PROTOCOLS

# Martin County Trauma Transport Protocols
## June 2009 Edition



The following agencies have a base of operations in and transport patients within Martin County, are covered by these protocols:

Martin County Fire Rescue

Coastal Care Transportation

## Article I.        Dispatch Procedures

Section 1.01        Information to be solicited from the individual requesting emergency medical assistance is:
- (a)  Incident location
- (b)  Actual or potential problem
- (c)  Callers name and phone number
- (d)  Nature / extent /severity of injury
- (e)  Number of patients
- (f)  Any other pertinent information

Section 1.02        Upon receiving a request for emergency medical assistance the Martin County Fire Rescue Communication Center (hereinafter referred to as "Communication Center) shall dispatch, via radio pager, the nearest available resource as recommended by the Computer Aided Dispatch (CAD) System.  Based upon the information obtained from the requester, the Communication Center shall simultaneously dispatch additional resources including, but not limited to:
- (a)  Law Enforcement
- (b)  Haz Mat
- (c)  Technical Rescue

## Article II.        Pre-hospital

Section 2.01        Adult Trauma Score Card Methodology

First arriving medical personnel shall assess the condition of each adult trauma patient to determine whether the patient should be a Trauma Alert using the Adult Trauma Score Card Methodology as provided in 64J-2.004 Florida Administrative Code (F.A.C.)
In assessing the condition of each adult trauma patient, the Emergency Medical Technician or Paramedic shall evaluate the patient's status for each of the following components:
- (a)  Airway
- (b)  Circulation
- (c)  Best Motor Response (component of the Glascow Coma Scale)
- (d)  Cutaneous
- (e)  Long Bone Fractures
- (f)  Patient's Age
- (g)  Mechanism of Injury

Section 2.02      Adult Trauma Score Card Criterion

The EMT or Paramedic shall assess the condition of those injured persons with anatomical and physiological characteristics of a person sixteen (16) years of age or older for the presents of at least one of the following three (3) criteria to determine whether to transport as a Trauma Alert. These three (3) criteria are to be applied in the order listed, and once any one criterion is met that identifies the patient as a Trauma Alert: no further assessment is required to determine the transport destination:

**Criteria:**
1. Meets Color Coded Triage System (see below)
2. GCS $\leq$ 12 (Patient must be evaluated via GCS if not identified as a Trauma Alert after application of criterion 1)
3. Patient does not meet any of the trauma criteria listed above but, in the judgment of the EMT or Paramedic, should be transported as a Trauma Alert. Justification: (Written justification on the Run Report by the on scene Medical Authority)

**Component**

| Component | | |
|---|---|---|
| Airway | Respiratory rate of 30 or greater  B | Active airway assistance[1]  R |
| Circulation | Sustained HR > 120 BPM  B | Lack of Radial pulse with sustained HR > 120 BPM or BP < 90mmHg        R |
| Best Motor Response | BMR = 5  B | BMR < 4 or presence of paralysis or suspicion of spinal cord injury or loss of sensation  R |
| Cutaneous | Soft tissue loss[2] or GSW to the extremities  B | 2nd or 3rd degree burns to 15% or more TBSA[3] or amputation proximal to the wrist or ankle or any penetrating injury to the head, neck, or torso[4]    R |
| Longbone Fracture[5] | Single Fx site due to MVA or fall 10' or more  B | Fracture of two (2) or more longbones  R |
| Age | 55 years of age or older  B | |
| Mechanism of injury | Ejection from vehicle[6] or deformed steering wheel[7] | |
| | B= any two (2) – transport as a Trauma Alert | R= any one (1) – transport as a Trauma Alert |

---

[1] Airway assistance beyond administration of Oxygen
[2] Major degloving injuries or major flap avulsion (>5 in.)
[3] Burns may be transported directly to the nearest Burn Center if there is no trauma other than the burns
[4] Excluding superficial wounds in which the depth of the wound can be determined
[5] Long bone Fx. (including 1. humerous, 2. radius & ulna, 3. femur 4. tibia & fibula)
[6] Excluding motorcycle, moped, all terrain vehicles, bicycle, or open body of a pick-up truck
[7] Only applies to the driver of the vehicle

<u>Section 2.03</u>       Pediatric Trauma Score Card Methodology

Pediatric is defined as a patient with anatomical and physical characteristics of a person fifteen (15) years of age or younger.  First arriving medical personnel shall assess the condition of each pediatric trauma patient to determine whether the patient should be a Trauma Alert using the Pediatric Trauma Score Card Methodology as provided in 64J-2.005 Florida Administrative Code (F.A.C.).

In assessing the condition of each pediatric trauma patient, the Emergency Medical Technician (EMT or Paramedic) shall evaluate the patient's status for each of the following components:

      (a)  Airway
      (b)  Consciousness
      (c)  Circulation
      (d)  Fractures
      (e)  Cutaneous
      (f)  Size using weight and length parameters

Section 2.04        Pediatric Trauma Score Card Criterion

The EMT or Paramedic shall assess the condition of those injured persons with anatomical and physiological characteristics of a person fifteen (15) years of age or younger for the presents of one (1) or more of the following two (2) criteria to determine whether to transport as a Trauma Alert.

| Criteria: | | | |
|---|---|---|---|
| 1. | Pediatric Trauma Triage Checklist: The individual is assessed based on each of the six (6) physiological components listed below (left column). The single, most appropriate criterion for each component is selected (along the row to the right). Refer to the color-coding of each criteria and the legend below to determine the transport decision. | | |
| 2. | Patient does not meet any of the trauma criteria listed above but, in the judgment of the EMT or Paramedic, should be transported as a Trauma Alert. Justification: (Written justification on the Run Report by the on scene Medical Authority). | | |
| **Component** | | | |
| Size | | | Weight < 11Kg or length < 33 inches on a Pediatric **length** and weight based tape B |
| Airway | | | Assisted¹ or intubated R |
| Consciousness | | Amnesia or Loss of consciousness B | Altered mental status² or coma or presence of paralysis or suspicion of spinal cord injury or loss of sensation R |
| Circulation | | Carotid or femoral pulses palpable, but the radial or pedal pulses not present or SBP < 90 B | Faint or non-palpable carotid or femoral pulse or SBP < 50 R |
| Fracture | | Single closed longbone² fracture⁴ B | Open long bone³ fracture⁵ or multiple fracture sites or multiple dislocations⁵ R |
| Cutaneous | | | Major soft tissue disruption⁶ or major flap avulsion or 2ⁿᵈ or 3ʳᵈ degree burns to > 10% TBSA⁷ or amputation⁸ or penetrating injury to the head, neck, or torso⁹ R |
| , follow local protocols    B = Blue, any two (2) transport as Trauma Alert    R = Red, any one (1) transport as Trauma Alert | | | |

---

¹ Airway assistance includes manual jaw thrust, single or multiple suctioning, or use of adjuncts to assist ventilatory efforts.
² Altered mental status includes drowsiness, lethargy, and inability to follow commands, unresponsiveness to voice, totally unresponsive.
³ Long bones include humerous, (radius & ulna), femur, tibia or fibula.
⁴ Long bone fractures do not include isolated wrist or ankle fractures.
⁵ Longbone fractures do not include isolated wrist or ankle fractures or dislocations.
⁶ Includes major degloving injury
⁷ Burns may be transported directly to the nearest Burn Center if there is no trauma other than the burns
⁸ Proximal to the wrist or ankle only
⁹ Excluding superficial wounds in which the depth of the wound can be determined

:termine
upon, but

Section 2.05    Request for Ground Transport Assistance

When assistance is required in transporting a Trauma Alert patient, the on scene medical authority will
the type of assistance needed and notify the Communication Center.  The type of assistance will be ba-
not limited to, the following criteria:

    (a)  Closest available ground unit(s) to be determined by the Communications Center.
    (b)  Number of patients to be transported.
    (c)  Number of units on scene
    (d)  Patient capabilities per unit

will then
Rescue is the
le air

Section 2.06    Request for Air Assistance

If air transport is required a request is made to the Communication Center.  The Communication Cent
advise of the availability and estimated enroute time of the helicopter to the scene.  Martin County Fir
primary air transport provider in Martin County.  If Martin County Fire Rescue's helicopter is unavail
transport will be provided from mutual aid agencies based upon, but not limited to, the following:

    (a)  Trauma Alert patient
    (b)  Extended extrication time
    (c)  If ground transport will exceed air response time to the scene and to the hospital

: complete
24 hours as
nt to the
ility of the

Section 2.07    Reports and Records

Initial survey information will be completed and delivered to the receiving facility with the patient.
Patient Care Report will be completed as soon as possible and delivered to the receiving facility with
provided in 64J-1.014 F.A.C.  The transporting vehicle personnel shall be provided information perti
patient's identification, patient assessment, and the care provided to the patient at the time the respon
patient is transferred to the transporting personnel as provided in 64J-1.014 (2) F.A.C.

personnel.
3" along with
a radio.

Section 2.08    Procedure for issuing a Trauma Alert

The procedure for issuing a pre-hospital "Trauma Alert" shall be conducted by the responsible medi
The alert will be given to the Communication Center using the words "Trauma Alert, Priority 1, 2,
the receiving facility's name (determined by Article III).  This will be relayed to the receiving facilit
landline, or any other means available.

I to the nearest
ted to the

## Article III.    Transport Destinations

Section 3.01    The on scene medical authority will cause the Trauma Alert patient to be transport
appropriate SATC / SAPTRC or in the case of burns, the nearest Burn Center, based upon but not li
following considerations:

n the burns,
t limited to.

    (a)  Availability of resources — ground vs. air (Article II, S2.05, 2.06)
    (b)  Patient's condition 64J-2.002
    (c)  Burn patients meeting Trauma Alert criteria, and who have no trauma other
        may be transported by air directly to the nearest burn center, based upon but
        provisions in Article III S3.01 (a)(b); 64J-2.002(2)

ertain
ot limited to.

Section 3.02    Trauma Alert patients may be transported to the nearest facility (Article V) under
circumstances.  The conditions, which may warrant transport to the nearest facility, include, but are

    (a)  Traumatic cardiac arrest
    (b)  Inability to secure an airway
    (c)  Air transport delayed or unavailable
    (d)  Ground transport time to a SATC / SAPTRC excessive

## Article IV.   Inter-Hospital Transfer

**Section 4.01**      Several various agencies perform inter-hospitals transports in Martin County, in the e[...]
Rescue is needed to perform an inter-hospital transfer of a Trauma Alert patient the on duty Emergency
Physician responsible (or his/her designee) shall contact the Communication Center via radio, landline,
means available.  The Communication Center will then assign a unit for the transfer.  The unit will be d[...]
accordance with the Communication Center's procedures.

## Article V.   List of Hospitals

**Section 5.01**      The following is a list of hospitals that Fire Rescue shall transport patients to.  Traum[...]
patients are routinely transported to a SATC / SAPTRC that meet the criteria per 641-2.010(3) or to on[...]
(2) hospitals, (a) or (b).

(a)  Martin Memorial Medical Center
     300 Hospital Ave.
     Stuart, Fl.

(b)  St. Lucie Medical Center
     1800 S.E. Tiffany Ave.
     Port St. Lucie, Fl

(c)  St. Marys Trauma Center (SATC/ SAPTRC Level II)
     901 45th Street
     West Palm Beach, Fl.

(d)  Lawnwood Regional Medical Center & Heart Institute (Provisional Level II Trauma Center)
     1700 South 23td Street
     Fort Pierce, Florida 34950

(e)  Ryder Trauma Center at Jackson Memorial (Burn Patients)
     1611 North 12th Ave., West Wing 17
     Miami, Fl.

(f)  Orlando Regional Medical Center (Burn Patients)
     1414 South Orange Ave.
     Orlando, Fl.

## Article VI.   Attestation of Medical Director's Participation, R[...]eview,
And Approval of TTPs

As the Medical Director of _Martin County_, I developed and/or directed the develo[...]nent of the
Trauma Transport Protocols presented in this document.

_____        6/29              9
Signature of Medical Director        Approv[...]        Date

_Lillian_ _I._ _Ayner_ _D.O._
Print name of Medical Director

Page 7 of 7

**Emergency Medical Guidelines**

# Wong-Baker FACES Pain Scale



| 0 | 1 | 2 | 3 | 4 | 5 |
| NO HURT | HURTS LITTLE BIT | HURTS LITTLE MORE | HURTS EVEN MORE | HURTS WHOLE LOT | HURTS WORST |

## Instructions

Explain to the patient that each face is for a person who feels happy because they have no pain (hurt) or sad because they have some or a lot of pain.

**Face 0** is very happy because they do not hurt at all
**Face 1** hurts just a little bit
**Face 2** hurts a little more
**Face 3** hurts even more
**Face 4** hurts a whole lot more
**Face 5** hurts as much as you can imagine, although you do not have to be crying to feel this bad

Ask the patient to choose the face that best describes how he/she is feeling

Appendix E

# APPENDIX E
## PREHOSPITAL FIBRINOLYTIC CHECKLIST

**Inclusion Criteria**

1. Is the patient 18 years of age or older?                                                    YES  NO

2. Ischemic discomfort present for greater than 20 minutes but less than 12 hours?             YES  NO

3. ST segment elevation >1mm in 2 or more anatomically contiguous limb leads or ST             YES  NO
   segment elevation >2 mm in 2 or more anatomically contiguous precordial leads
   (V1–V6) or new or presumably new LBBB?

**INCLUSION / EXCLUSION CHECKLIST**

*Note:  Any YES answer to the questions listed below will EXCLUDE the patient*
*from the administration of a fibrinolytic medication.*

1. History of stroke or TIA at any time.                                                       YES  NO

2. Brain tumor, AVM (arterial–venous malformation), or cerebral aneurysm.                       YES  NO

3. Any major surgery, trauma (including CPR for greater than 2 minutes), or any                 YES  NO
   type of internal bleeding or hemorrhage within the past 4 weeks (e.g. black tarry
   stools or vomiting blood).

4. Hypertension at the time of presentation that exceeds 180 systolic or 110 diastolic.         YES  NO

5. Patient in cardiogenic shock (systolic BP<90 mm Hg) or the patient is intubated.             YES  NO

6. Hemophilia or any known bleeding disorder.                                                   YES  NO

7. Radiating pain through to the upper back characterized as a ripping or tearing pain          YES  NO
   accompanied by unequal blood pressures or distal pulses when comparing the right
   and left arms (suggestive of a Dissecting Aortic Aneurysm).

8. Use of cocaine or other amphetamines within the past 3 days.                                 YES  NO

9. Pregnancy.                                                                                   YES  NO

Emergency Medical Guidelines

# Cincinatti Stroke Scale

**Facial Droop**
> **Action:** *Have the patient show their teeth or smile*
>> **Normal:** Both sides of the face move equally well
>> **Abnormal**: One side of the face does not move as well as the other side.

**Arm Drift**
> **Action**: *Have the patient close their eyes and hold both arms out*
>> **Normal:** Both arms move the same or both arms do not move at all
>> **Abnormal:** One arm does not move or one arm drifts down compared to the other

**Speech**
> **Action:** *Have the patient say:* **"You can't teach an old dog new tricks"**
>> **Normal:** Patient uses correct words with no slurring
>> **Abnormal:** Patient slurs words, uses inappropriate words, or is unable to speak

Interpretation: If any one of these 3 signs fall into the "Abnormal" category, the probability of a stroke is 72%.

*01/09/06*

AE-2

Appendix F

# APPENDIX F
## HELICOPTER ACTIVATION CRITERIA

The guidelines for helicopter response include but are not limited to the following:

- ❑ Trauma patients that meet the trauma scorecard methodology and criteria as set forth by your agency.
- ❑ Scene to trauma center by ground transport is greater than 20 minutes.
- ❑ Trauma Alert with scene extrication time greater than 15 minutes.
- ❑ Ground response to specific scenes greater than 15 minutes
- ❑ Mass Casualty Incidents evacuations (MCI)
- ❑ To augment or expedite pre-hospital transport, transport patient upon request by a provider.
- ❑ Inter-Facility Transfers (IFT) when rapid transport is deemed medically necessary.
- ❑ For the critically ill patients requiring specialized services and facilities located in other areas.
    - ◼ Example: Pediatrics, Obstetrics, burn unit, cardiac cath labs etc.
- ❑ Stroke and Cardiac Alert patients located in areas that would otherwise be outside the three hour window of opportunity for thrombolitic therapy.

*03/01/05*

AF-1

# APPENDIX G

## TASER INJURIES

**Caution**
- Most injuries from a taser devise are the result of secondary injuries such as from a fall. The electrical current is considered safe with an output of 1.76 Joules per pulse.
- Due to the nature of these incidents, EMS personnel do not medically clear persons in police custody who were subdued with a tazer. EMS providers should always err on the side of caution and recommend transport of these patients.

**Basic Life Support**

- Confirm that law enforcement has disconnected the wires from the hand held unit
- Oxygen / Airway
  - Spinal Immobilize, if indicated
- Secure the taser prongs in place as an impaled object if not already removed by law enforcement.
  - Do not remove the prongs unless they interfere with critical life care measures

**Advanced Life Support**

- 12 lead EKG monitor
  - V4R should be evaluated if any ST elevation in leads II, III or aVF
- IV 0.9 % NaCl
- Treat underlying conditions, as needed (cardiac arrhythmias, altered mental status, etc.)

*02/15/06*

AG-1

Lillian Avner, D.O.
Medical Director


July 1, 2009

Martin County Fire Rescue
800 SE Monterey Road
Stuart, Florida 34994

Chief Wouters,

As the Medical Director for Martin County Fire Rescue, I would like to have the following changes made to the Emergency Guidelines as they pertain to Martin County.  The administration of Cardizem (Diltiazem) is referenced in the current protocols on pages D-9 and C-6 as being administered by infusion over 2 minutes.  To reduce side effects of Cardizem, infusion rates should be slowed to have all infusion administered over 5 minutes.

If you have any questions or concerns, please contact me at your convenience.



Sincerely,



**Lillian Avner, D.O.**
Medical Director
Martin County Fire Rescue

Lillian Avner, D.O.
Medical Director


April 30, 2009

Martin County Fire Rescue
800 SE Monterey Road
Stuart, Florida 34994

Chief Wouters,

As the Medical Director for Martin County Fire Rescue, I would like to have the following changes made to the Trauma Transport Protocol. The State of Florida's Division of EMS, Office of Trauma has recognized Lawnwood Regional Medical Center as a Provisional Level II Trauma Center effective May 1st, 2009. The trauma transport guidelines and standard operation guidelines should be adjusted to include Lawnwood Regional Medical Center for adult victims of trauma.

If you have any questions or concerns, please contact me at your convenience.


Sincerely,


**Lillian Avner, D.O.**
Medical Director
Martin County Fire Rescue

**Fourth Edition**

# Emergency Medical Guidelines

## PARTICIPATING AGENCIES

INDIAN RIVER COUNTY EMS

INDIAN RIVER SHORES PUBLIC SAFETY

MARTIN COUNTY FIRE RESCUE

SAINT LUCIE COUNTY FIRE DISTRICT

STUART FIRE RESCUE

TEQUESTA FIRE RESCUE

ALL COUNTY AMBULANCE

AMERICAN JETS

COASTAL CARE TRANSPORTATION

INDIAN RIVER COMMUNITY COLLEGE

INDIAN RIVER MEMORIAL MEDICAL TRANSPORT SERVICE

INTENSIVE AIR AMBULANCE

LIFELINE MEDICAL SERVICES

This text book was created in its entirety with Adobe© PageMaker© and Adobe© Photoshop© in a Windows© environment. Research, preparation, compilation, editing and layout of this book took approximately three years and more than 2,000 man hours. No one agency alone could have produced a book of this calibre. Each agency made a unique contribution to this book without which it would not have been a success. The Development Team would like to recognize and thank each agency director for making the commitment of resources to see this project through. Without their faith and trust to let this Project find its own way, this book would not exist.

As new scientific information becomes available through basic and clinical research, recommended treatments and drug therapies undergo changes. The Development Team has done everything possible to make this book accurate, up–to–date and in accord with accepted standards at the time of publication. However, the reader is advised always to check product information regarding dose, contraindications before administering any drug. Caution is especially urged when using new or infrequently ordered drugs.

This book is published under the Sunshine Act of Florida and is protected by applicable laws. Copies of this book may be purchased from any participating agency (subject to availability). This book may be cited as a source or used in its entirety with the permission of the Participating Agencies.

ii

# Preface

Imagine if you will, the public outcry that would ensue if a jumbo jet filled with passengers crashed every day in the United States. Regrettably, Americans no longer need to imagine disasters that result in the tragic loss of lives. However, each day, more people die of sudden cardiac arrest than would fill a Boeing 747. The most effective way to improve the odds of survival for sudden cardiac arrest is rapid defibrillation in the pre-hospital setting. As high quality Emergency Medical Services (EMS) developed during the 1970s, cardiac arrest survival rates increased from near nothing to about 20% in a few progressive cities. However, essentially no additional progress in survival from cardiac arrest has occurred since 1980. For children, the odds of survival remain abysmal. Less than 2% of children with pre-hospital cardiac arrest survive to leave the hospital.

Trauma systems developed during the 1970s to address the inadequacy of care for victims of traffic crashes. EMS began to transport patients directly to regional trauma centers, often bypassing closer community hospitals. With the establishment of these regional trauma centers the odds of survival from motor vehicle crashes improved. This reduction in mortality from injury illustrates the value of having EMS professionals who understand how to use the emergency care resources available in each community.

EMS provides out-of-hospital medical care to those with perceived urgent needs. It is a component of the overall health care system. EMS delivers care as part of a system intended to attenuate the morbidity and mortality associated with sudden illnesses and injury. The positive effects of EMS care are enhanced by linkages with other community health resources and integration within the health care system.

Emergency medical service is regarded as including the full spectrum of emergency care from recognition of the emergency condition, requesting emergency medical aid, provision of pre-hospital care, through definitive care in the hospital. The vast majority of patients cared for by EMS, however, are not victims of cardiac arrest or major injury. They have illnesses or injuries that are not life threatening yet require access to medical care.

This textbook is a unique approach to EMS protocols because it is a regional approach that unifies the pre-hospital care across boundaries, additionally it was promulgated based upon sound research and evidence based medical care thereby affording the patient the best possible approach to field medicine available. The time for major advancement in the science and practice of EMS is here. Emergency Medical Service providers must be able to deliver state of the art care based on sound scientific knowledge. A number of us, our families, or our friends will at some point turn to local EMS providers for assistance; and we expect that they will provide us with the best care possible. These guidelines take into account the complexity of emergency care in today's environment. The emergency team is afforded great latitude in treating the patient; it is difficult if not impossible to define every medical condition into a set of rules and procedures. One thing is certain though: not all the methods that we utilize today will stay the same during your career. This project is a living breathing entity that will be revisited, re-researched and updated as new technologies, procedures and treatments become standard. You as the provider of care have an obligation to not only follow these guidelines but to seek out new information that will contribute to the amassed knowledge that represents this book; some of the best ideas come from practicing Paramedics, EMTs and educators who let us know what problems they face every day in the field. This will allow the development team to keep the guidelines on the leading edge of patient care.

*Our goal is a High Performance EMS system that provides the patient with care that is second to none!!*

*-Joseph V. Ferrara*

EMERGENCY MEDICAL GUIDELINES

# RATIONALE OF EMERGENCY MEDICAL GUIDELINES

## FOURTH EDITION

The philosophy of the Medical Directors is to treat patients to the fullest, appropriate extent within the medical standard of care for the community. This is accomplished by focusing on the goals set forth by the American College of Emergency Physicians, the American Heart Association and other guideline setting organizations.

Paramedics have the discretion to alter any treatment guideline if it is deemed inappropriate. Justification must be made in the run report and reviewed by the Medical Director. All personnel will be subject to examination of case reports. Inquiries are conducted by the Medical Director, Supervisor, Training Officer or their designee at any time during or after care is rendered.

The Procedural Guidelines , Treatment Guidelines with exceptions as noted in the relevant sections are hereby authorized for use by the Emergency Medical Technicians and Paramedics in accordance with Florida Statute 401. These guidelines are intended to provide a general approach to treatment of patients by the Emergency Medical Team. It is not intended that the Emergency Medical Team blindly apply these medical guidelines to each patient. It is intended that the Emergency Medical Team use their professional and clinical judgment to determine the best course of treatment for each patient. The treatments and procedures identified as Medic Discretion are generally appropriate actions to be provided by the Emergency Medical Team without prior physician orders. The treatments and procedures identified as Physician Consult are generally appropriate actions to be provided by the Emergency Medical Team after discussion with on–line medical control and direct physician orders received.

On-line medical control will be provided by the Emergency Department Physician at the receiving facility, or by the Emergency Department Physician of the base hospital should communications be hindered. Early contact should be made to the Emergency Department Physician whenever doubt exists as to proper management of any patient. Physicians who wish to direct the Emergency Medical Team in the care of a patient should be referred to the on-line medical control physician for issuance of orders to the Team.

The Medical Directors authorize the Team Paramedic responsible for controlled substances to take them to the scene of a call. All responsibility for these controlled substances remain with the Paramedic.

iv

PREFACE

Lillian I. Avner, D.O.
Martin County Fire Rescue
Stuart Fire Rescue

Michael J. Mattice, M.D.
Indian River Shores Public Safety

Don Tanabe, M.D.
Tequesta Fire Rescue

Paul F. March, M.D.
Intensive Air Incorporated

Chi Chou Liu, M.D.
St Lucie County Fire District

J. Michael Adelberg, M.D.
All County Ambulance

P. Glenn Tremml, M.D.
Indian River Memorial
Medical Transport Service

Yvette Wirta - Clarke, D.O.
Indian River Community College Paramedic Department

Roger J. Nicosia, D.O.
Coastal Care Ambulance
Indian River County EMS

Tomas Jacome, M.D.
LifeLine Medical Services

Maureen Zelinka, M.D.
American Jets

EMERGENCY MEDICAL GUIDELINES

# ACKNOWLEDGMENTS

## PROJECT COORDINATORS

JOSEPH FERRARA (EDITOR)   MATT HIMES (PROJECT LEAD)   CORY RICHTER (EDITOR)

## RESEARCH TEAM

ALEX NATHANSON (TEAM COORDINATOR)
PETER ALLEN
MARK BENTZ
KEN BRYAN
JENNIFER CHAMBERS
MARK CHAMPION
JASON DAHL
TONY DUDLEY
CHUCK GORDILS
CRYSTAL HAUBERT
DAVID HOILMAN
RICH HUNTER
DAVE JACKSON
LISA MCCARTY
FRED NEFF
STACEY NEFF
BILL PETERS
RICK SOSA
GEORGE SUMNER
KIT WORLEY
CHRIS ZAMBELLO

## PRE-PRESS EDITING

JAMES CHERRY (TEAM COORDINATOR)
RALPH MORRISON (TEAM COORDINATOR)
CINDIE BRANDT
JENNIFER CHAMBERS
JOSEPH COX
EDWARD HILL
DENNIS LIPOFSKY
DONNIE LESKO
FRED NEFF
TERESA RAMSEY
RUSTY RAMSEY
ERIC WRIGHT

## LAYOUT

CORY RICHTER (TEAM COORDINATOR)
CHUCK GORDILS
RICH HUNTER
RALPH MORRISON
MOETAHAR PADELLAN
GEORGE SUMNER
CHRIS ZAMBELLO

## COVER DESIGN:

RICHARD HUNTER

## REVIEWERS

PETER ALLEN
BLAKE BARTHOLOMEW
RICK BELLOMY
BRIAN BLIZZARD
CINDIE BRANDT
MARC DUCOTE
VINCE FELICIONE
MATT FENEX
CHUCK GORDILS
CHRYSTAL HAUBERT
DAVE HOILMAN
DAVE JACKSON
LISA MCCARTY
ALLEN MOORE
DOUG MURPHY
LORI RECCA
JOEY RICHTER
FREDDY RODRIGUEZ
GARY ROTHE
JOHN TAYLOR
RICK VILLARS
MARK WILSON
KIT WORLEY
CHRIS ZAMBELLO
DAVID ZARKER

## CONTRIBUTING AUTHORS

PETER ALLEN
CINDIE BRANDT
BRIAN BLIZZARD
JASON DAHL
MARC DUCOTE
JOSEPH FERRARA
CHRYSTAL HAUBERT
DAVE HOILMAN
DAVID HUTTON
LISA MCCARTY
CHRISTIAN MONTOYA
ALEX NATHANSON
CORY RICHTER
RICK SOSA
JOHN STIPO
TODD STOLFI
GEORGE SUMNER
JOHN TAYLOR
ROBERT TEARLE
DAN WOUTERS
DAVID ZARKER

## TECHNICAL ADVISORS

J. MICHAEL ADELBERG M.D.
LILLIAN L. AVNER, D.O.
MARJORIE BOWERS, ED. D.
TOMAS JACOME M.D.
CHI CHOU LIU, M.D.
PAUL F. MARCH M.D.
DR. THOMAS MATESE D.O.
MICHAEL J. MATTICE M.D.
ROGER J. NICOSIA D.O.
HOWARD M. ROBBINS M.D.
DON TANABE, M.D.
P. GLENN TREMML M.D.
YVETTE WIRTA-CLARKE D.O.
MAUREEN ZELINKA, M.D.

## SPECIAL THANKS TO:

MARTIN COUNTY PROFESSIONAL FIREFIGHTERS AND PARAMEDICS IAFF LOCAL 2959

FOR HOSTING THE GUIDELINES DRAFTS ON THEIR WEBSITE

KIT WORLEY

FOR WEBSITE SUPPORT AND E-MAIL LIST SERVER

# DEPARTMENT & CORPORATE PATCHES



















EMERGENCY MEDICAL GUIDELINES

# *Dedications*



**Frank Amato**
*EMS Educator*
*Indian River Community College*

*For 20 years, Frank Amato took a leading role in Indian River Community College's delivery of Emergency Medical Services. As an Assistant Professor and department chair, he developed classes for the four country area, coordinated student clinical experiences, and taught emergency care skills and CPR to over 10,000 people. Frank was respected for his expertise, energy and devotion to the students and the members of the community. He is sorely missed.*



**Michael James Riley**
*January 9, 1949 - March 22,2003*

*Communications Dispatcher*
*Emergency Operations Center*
*Martin County Emergency Services*

# Contents

*Educational Guidelines* ........................................ E1

*INTRODUCTION* .......................................................... E2

PATIENT PRIORITIZATION ................................................ E2

*GENERAL MEDICAL* .................................................. E3

ABDOMINAL AORTIC ANEURYSMS ....................................... E3
ABDOMINAL PAIN ........................................................ E3
ALLERGIC REACTION .................................................... E6
ALTERED LEVEL OF CONSCIOUSNESS/ALCOHOLISM ................. E7
ANAPHYLAXIS ............................................................ E8
ASTHMA ................................................................. E10
BLOODBORNE PATHOGENS ............................................. E11
CHRONIC OBSTRUCTIVE PULMONARY DISEASE (COPD) ............. E13
COMBATIVE PATIENTS ................................................. E14
DIABETES MELLITUS ................................................... E15
DIALYSIS ............................................................... E17
DO NOT RESUSCITATE ORDER (DNRO) ............................... E18
HYPERTENSION ......................................................... E18
LATEX ALLERGY ........................................................ E19
OBSTETRICS/GYNECOLOGY ............................................ E20
PAIN MANAGEMENT ................................................... E24
PSYCHIATRIC EMERGENCIES .......................................... E25
RESTRAINTS ............................................................ E27
RAPID SEQUENCE INTUBATION (RSI) ................................. E29
RENAL FAILURE ........................................................ E30
SEIZURES .............................................................. E31
SEPSIS ................................................................. E33
SICKLE CELL ANEMIA ................................................. E34
STROKE – "BRAIN ATTACK" ........................................... E34

*CARDIAC* ................................................................ E37

CARDIAC ALERT ....................................................... E38
ACUTE CORONARY SYNDROME ....................................... E38
ASYSTOLE ............................................................. E40
ATRIAL FIBRILATION .................................................. E40
ATRIAL FLUTTER ...................................................... E41
CARDIAC TAMPONADE ............................................... E41

Emergency Guidelines

CARDIOGENIC SHOCK ................................................................ E42
CESSATION OF EFFORTS ............................................................ E43
CONGESTIVE HEART FAILURE ................................................... E44
HEART BLOCK ........................................................................... E45
HEART TRANSPLANT PATIENTS ................................................ E47
MYOCARDIAL INFARCTION ........................................................ E48
PACEMAKER & AUTOMATIC INTERNAL CARDIAC DEFIBRILLATOR ....... E49
PAROXYSMAL SUPRAVENTRICULAR TACHYCARDIA (PSVT) .......... E50
PREMATURE VENTRICULAR CONTRACTIONS (PVC) ..................... E51
PULMONARY EMBOLISM (PE) .................................................... E51
PULSELESS ELECTRICAL ACTIVITY (PEA) ................................... E52
SINUS BRADICARDIA .................................................................. E53
TORSADES DE POINTES (TDP) ................................................... E54
VENTRICULAR FIBRILLATION ..................................................... E54
VENTRICULAR TACHYCARDIA (VT) ............................................ E56
WOLFF–PARKINSON–WHITE SYNDROME ................................... E57
*HAZARDOUS MATERIALS MANAGEMENT* ...................... E58
ORGANOPHOSPHATE INSECTICIDES ........................................... E58
N-METHYL CARBAMATE INSECTICIDES ...................................... E59
*TOXICOLOGY* ................................................................. E60
COCAINE TOXICITY .................................................................... E60
DESIGNER DRUGS ...................................................................... E61
POISONING/OVERDOSE ............................................................... E62
*TRAUMA* .......................................................................... E62
ABDOMINAL TRAUMA ................................................................ E63
BURNS ...................................................................................... E63
CHEST INJURY ........................................................................... E64
CRUSH INJURY .......................................................................... E65
DROWNING/NEAR DROWNING ................................................... E66
EYE INJURIES ............................................................................ E67
FRACTURES ............................................................................... E68
HEAD INJURIES ......................................................................... E68
HEAT TRAUMA .......................................................................... E69
SCUBA ...................................................................................... E69
SNAKE BITE .............................................................................. E73
SPIDERS .................................................................................... E74
TRAUMATIC BRAIN INJURY (TBI) .............................................. E75
WOUND CARE ........................................................................... E77

Emergency Guidelines

*Procedural Guidelines* ........................................ P1

*AIRWAY MANAGEMENT* ............................................ P2

CareVent ................................................................ P2
Continuous Positive Airway Pressure (CPAP) .................... P2
Esophageal Tracheal Double Lumen Airway (Combitube©) ....... P3
Cricothyrotomy ......................................................... P4
Endotracheal Intubation ............................................. P6
End Tidal CO2 Detector .............................................. P8
Esophageal Intubation Detector (EID) ............................. P9
Esophageal Obturator Airway ....................................... P9
Laryngeal Mask Airway .............................................. P10
Nasogastric Tube ..................................................... P11
Pleural Decompression ............................................... P11
Pulse Oximetry ........................................................ P12
Retrograde Intubation ............................................... P13
Rusch QuickTrach ..................................................... P14
Suction ................................................................. P15
Ventilator ............................................................. P17
Autovent 2000 ........................................................ P17
Mini–Vent .............................................................. P17

*CARDIAC* ............................................................ P18

Alerts — Cardiac and Stroke ....................................... P18
12 Lead EKG ........................................................... P18
Marquette Responder 1500 .......................................... P19
Physio Control Lifepak 10 ........................................... P21
Lifepak 12 ............................................................. P24
Zoll M Series .......................................................... P27
Zoll PD 1400 Pacemaker/Defibrillator ............................. P28
Pericardiocentesis ................................................... P29
Transcutaneous Pacing ............................................... P30
Automated External Defibrillator .................................. P30

*MEDICATION AND FLUID ADMINISTRATION* ...................... P33

Available Routes of Administration ................................ P33
Bone Injection Gun (b.i.g.) .......................................... P33
Burette Administration Set .......................................... P34
Double Lumen IV Catheter ........................................... P35
Drawing up Medications .............................................. P35
Endotracheal Medication Administration ........................... P36
Epi-Pen Auto Injector ................................................ P36

Emergency Guidelines

F.A.S.T. 1 Intraosseous Infusion System ................................................ P37
Drug Handling ................................................................................ P39
Infusa–Ports ................................................................................. P40
Infusion Pump ............................................................................... P41
Ivac 530 ....................................................................................... P44
Ivac Med System 3 .......................................................................... P45
Intramuscular Medication Administration ............................................ P46
Intraosseous Infusions ..................................................................... P47
Intravenous Catheter Insertion .......................................................... P47
Intravenous Medication Administration ............................................... P48
Mucosal Atomization Device (MAD) .................................................... P48
Needless IV Systems ........................................................................ P49
Nerve Agent Auto Injectors ............................................................... P50
Nitroglycerin IV ............................................................................. P50
Nitrous Oxide ................................................................................ P51
Piggyback ..................................................................................... P52
Rectal Medication Administration ...................................................... P52
Saline Lock ................................................................................... P53
Subcutaneous Medication Administration ............................................ P53
Umbilical Venous Catheterization ...................................................... P53

GENERAL ............................................................................... P55
Blood Alcohol Sampling .................................................................. P55
Blood Glucose Level ....................................................................... P55
Broselow Pediatric Emergency Tape .................................................. P56
Colin Blood Pressure Monitor .......................................................... P57
Criticare 506DX2 VitalCare Vital Signs Monitor .................................. P57
Do Not Resuscitate Order (DNRO) .................................................... P58
Doppler Medisonic .......................................................................... P58
Foley Catheterization ...................................................................... P58
Morgan Medi—FLOW® Lens ............................................................ P59
Phlebotomy ................................................................................... P59
Propaq ......................................................................................... P60
Radio Communications .................................................................... P61
Responder Inflatable Pediatric Seat ................................................... P61
Suspected Child/Other Abuse ........................................................... P62
Thermoscan Thermometer ................................................................ P62
TraumaDEX .................................................................................. P62

IMMOBILIZATION ................................................................. P64
Ambu Perfit Ace ............................................................................ P64
Cervical Immobilization Device (C.I.D.) .............................................. P64

Emergency Guidelines

HALF BACK EXTRICATION/LIFT HARNESS ........................................................................... P64
KENDRICK EXTRICATION DEVICE (KED) ....................................................................... P65
LONG SPINE IMMOBILIZATION ....................................................................................... P66
MILLER BOARD .................................................................................................................. P68
NAJO PEDI–AIR–ALIGN BACKBOARD ............................................................................ P69
RIGID CERVICAL COLLAR ................................................................................................ P69
PATIENT RESTRAINTS ....................................................................................................... P70
PEDIATRIC PATIENT IMMOBILIZATION .......................................................................... P71
SPIDER–TYPE PATIENT STRAP ......................................................................................... P71
SPLINTING ........................................................................................................................... P72
STA-BLOCK HEAD IMMOBILZER ..................................................................................... P73

## *MULTIPLE CASUALTY INCIDENTS* ................................. P74

LEVEL 1 RESPONSE ............................................................................................................ P74
LEVEL 2 RESPONSE ............................................................................................................ P74
LEVEL 3 RESPONSE ............................................................................................................ P75
INTERFACILITY TRANSPORTS ........................................................................................... P77
JUMP START PEDIATRIC TRIAGE ...................................................................................... P79
SIMPLE TRIAGE AND RAPID TREATMENT (START) ....................................................... P81
TRAUMATIC BRAIN INJURY .............................................................................................. P82

# *Treatment Guidelines* ...................................... M1

GENERAL TREATMENT PRECAUTIONS ............................................................................. M2

## *MEDICAL* ......................................................... M3

ABDOMINAL PAIN .............................................................................................................. M3
ALLERGIC REACTIONS ....................................................................................................... M3
ALTERED LEVEL OF CONSCIOUSNESS ............................................................................. M4
ASTHMA .............................................................................................................................. M5
CHRONIC OBSTRUCTIVE PULMONARY DISEASE ............................................................ M6
DIABETIC EMERGENCIES .................................................................................................. M6
DIALYSIS PROBLEMS ......................................................................................................... M7
HYPERTENSION ................................................................................................................... M7
MEDICAL SHOCK SYNDROMES ........................................................................................ M8
NAUSEA / VOMITING ......................................................................................................... M9
OBSTETRICS/GYNECOLOGY ............................................................................................. M9
PAIN MANAGEMENT .......................................................................................................... M10
RAPID SEQUENCE INTUBATION ....................................................................................... M11
SEDATION ............................................................................................................................ M13
SEIZURES ............................................................................................................................. M14
SICKLE CELL ANEMIA ....................................................................................................... M15
STROKE ............................................................................................................................... M15

Emergency Guidelines

## CARDIAC ............................................................ C1
Asystole ............................................................. C1
Bradycardia .......................................................... C2
Cardiogenic Shock .................................................... C3
Cardioversion / Defibrillation ....................................... C3
Chest Pain / Myocardial Infarction (suspected) ....................... C4
Congestive Heart Failure/Pulmonary Edema ............................. C5
Paroxysmal Supraventricular Tachycardia .............................. C6
Pulseless Electrical Activity ........................................ C7
Ventricular Ectopy ................................................... C8
Ventricular Fibrillation / Pulseless V–Tach .......................... C9
Ventricular Tachycardia .............................................. C10
Wide–complex Tachycardia of Uncertain Type ........................... C11

## TRAUMA / ENVIRONMENTAL ............................................ T1
Bites and Stings ..................................................... T1
Black Widow .......................................................... T1
Brown Recluse ........................................................ T1
Marine Injuries ...................................................... T1
Snake Bite ........................................................... T2
Contraindications .................................................... T2
Burns ................................................................ T2
Chest Injury ......................................................... T3
Crush Injury ......................................................... T3
Drowning/Near Drowning ............................................... T4
Eye Injuries ......................................................... T4
Fractures ............................................................ T4
Head Injuries ........................................................ T5
Heat Trauma .......................................................... T5
Hypothermia .......................................................... T5
Local Anesthesia ..................................................... T6
Scuba Diving Injuries ................................................ T6

## TOXICOLOGY ........................................................ T8
Overdose ............................................................. T8
Specific toxicological emergencies ................................... T8
Benzodiazepine Overdose .............................................. T8
Narcotic Overdose .................................................... T9
Tricyclic antidepressant overdose (TCA) .............................. T9
Carbon Monoxide ...................................................... T10
Cocaine Overdose ..................................................... T10

Emergency Guidelines

Ecstasy (MCMA) Overdose ................................................................ T11
GHB (Gamma Hydroxybutyrate) Overdose ........................................ T11
Toxic Chemical Exposure ................................................................. T11
Inhaled Toxins ................................................................................. T12
Organophosphate Poisoning ............................................................. T12

Drug Reference ................................................................. D1

Acetaminophen ................................................................................ D2
(Tylenol*, APAP) ............................................................................. D2
Acetaminophen Suppositories .......................................................... D2
(Rectal Tylenol) ............................................................................... D2
Acetylsalicylic Acid ......................................................................... D3
(Aspirin, ASA) ................................................................................. D3
Adenosine ........................................................................................ D3
(Adenocard) ..................................................................................... D3
Albuterol .......................................................................................... D4
(Proventil, Ventolin) ........................................................................ D4
Amiodarone ...................................................................................... D4
(Cordarone, Pacerone) .................................................................... D4
Amyl Nitrate .................................................................................... D5
Atropine Sulfate ............................................................................... D5
(As a Cardiac Agent) ....................................................................... D5
Atropine Sulfate ............................................................................... D6
(As an Antidote for Poisonings) ...................................................... D6
Calcium Chloride ............................................................................. D6
Calcium Gluconate .......................................................................... D7
(Tagamet) ........................................................................................ D7
Dexamethasone ................................................................................ D8
(Decadron) ...................................................................................... D8
Diazepam ......................................................................................... D8
(Valium) ........................................................................................... D8
Diltiazem .......................................................................................... D9
(Cardizem) ....................................................................................... D9
Diphenhydramine ............................................................................ D9
(Benadryl) ........................................................................................ D9
Dobutamine ..................................................................................... D10
(Dobutrex) ....................................................................................... D10
Dolasetron Mesylate ....................................................................... D10
(Anzemet) ........................................................................................ D10
Dopamine ........................................................................................ D11
(Intropin) ......................................................................................... D11

Emergency Guidelines

EPINEPHRINE ........................................................................................ D11

(1:1000) ............................................................................................. D11

EPINEPHRINE ........................................................................................ D12

(1:10,000) .......................................................................................... D12

ETOMIDATE .......................................................................................... D12

(AMIDATE, HYPNOMIDATE) ................................................................. D12

FLUMAZENIL ........................................................................................ D13

(ROMAZICON) ..................................................................................... D13

FUROSEMIDE ........................................................................................ D13

(LASIX) ............................................................................................... D13

GLUCAGON ........................................................................................... D14

(GLUCAGON) ....................................................................................... D14

GLUCOSE 50% ...................................................................................... D14

(DEXTROSE 50%) ................................................................................. D14

GLUCOSE ORAL ................................................................................... D15

(GLUTOSE) .......................................................................................... D15

HEPARIN .............................................................................................. D15

HYDROMORPHONE HCL ....................................................................... D16

(DILAUDID) ......................................................................................... D16

IPRATROPIUM ...................................................................................... D16

(ATROVENT) ........................................................................................ D16

KETOROLAC ......................................................................................... D17

(TORADOL) .......................................................................................... D17

LABETALOL .......................................................................................... D17

(NORMYDYNE, TRANDATE) .................................................................. D17

LIDOCAINE HCL ................................................................................... D18

(XYLOCAINE) ....................................................................................... D18

LIDOCAINE HCL 2% WITH .................................................................... D18

EPINEPHRINE 1:100,000 ....................................................................... D18

LIDOCAINE HCL TOPICAL ..................................................................... D19

(XYLOCAINE 2% JELLY) ....................................................................... D19

LORAZEPAM ........................................................................................ D19

(ATIVAN) ............................................................................................. D19

MAGNESIUM SULFATE .......................................................................... D20

MEHTYLPREDNISOLONE ....................................................................... D20

(SOLU-MEDROL) .................................................................................. D20

MIDAZOLAM ........................................................................................ D21

(VERSED) ............................................................................................ D21

MORPHINE SULFATE ............................................................................. D21

(MS) ................................................................................................... D21

Emergency Guidelines

NALBUPHINE ............................................................................................ D22

(NUBAIN) ................................................................................................. D22

NALOZONE .............................................................................................. D22

(NARCAN) ............................................................................................... D22

NITROGLYCERINE IV ............................................................................... D23

(TRIDIL) .................................................................................................. D23

NITROGLYCERINE SL ............................................................................... D23

(NITROLINGUAL) (NITROBID) (NITROSTAT) ........................................... D23

NITROGLYCERINE TOPICAL ...................................................................... D24

(NITRO-BID) ............................................................................................ D24

NITROPRUSSIDE ....................................................................................... D24

(NIPRIDE) ................................................................................................ D24

NITROUS OXIDE ....................................................................................... D25

(NITRONOX) ............................................................................................ D25

OXYTOCIN ............................................................................................... D25

(PITOCIN) ................................................................................................ D25

PROCAINAMIDE ........................................................................................ D26

(PRONESTYL) ........................................................................................... D26

PROMETHAZINE ........................................................................................ D26

(PHENERGAN) .......................................................................................... D26

PROPOFOL ............................................................................................... D27

(DIPRIVAN) .............................................................................................. D27

SODIUM BICARBONATE ............................................................................. D27

SUCCINYLCHOLINE CHLORIDE .................................................................. D28

(ANECTINE, QUELICIN) ........................................................................... D28

TETRACAINE HCL ..................................................................................... D28

(PRONTOCAINE) ...................................................................................... D28

THIAMINE ................................................................................................ D29

(VITAMIN B-1) ......................................................................................... D29

VASOPRESSIN ........................................................................................... D29

(PITRESSIN) ............................................................................................. D29

VECURONIUM BROMIDE ............................................................................ D30

(NORCURON) ........................................................................................... D30

VERAPAMIL .............................................................................................. D30

(ISOPTIN OR CALAN) ............................................................................... D30

Emergency Guidelines

# Aeromedical .................................................. A1
EDUCATIONAL SECTION ......................................................... A2
THE HISTORY OF AEROMEDICAL TRANSPORT ................................... A2
AEROMEDICAL PROGRAM OPERATION ......................................... A3
AIR TRANSPORT GENERAL INFORMATION ....................................... A5

# Haz-Mat Guidelines ...................................... H1
HAZARDOUS MATERIALS MEDICAL MANAGEMENT TREATMENT GUIDELINES ...................... H2

# Appendix A ................................................. AA1
ACLS QUICKIE ................................................................. AA1

# Appendix B ................................................. AB1
GUIDE TO THE HOSPITALS IN THE OPERATING REGION ................................. AB1

# Appendix C ................................................. AC1
TRAUMA TRANSPORT PROTOCOLS ................................................ AC1

# Appendix D ................................................. AD1
APGAR, RULE OF NINE'S, AND WONG-BAKER PAIN SCALE ....................... AD1

# Appendix E ................................................. AE1
PREHOSPITAL FIBRINOLYTIC CHECKLIST ........................................ AE1
CINCINATTI STROKE SCALE ................................................... AE2

# Appendix F ................................................. AF1
HELICOPTER ACTIVATION CRITERIA ........................................... AF1

# Appendix G ................................................. AG1
TASER INJURIES ............................................................ AG1



The following section entitled "Educational Guidelines" focuses on pharmacological and emergent procedures specific to each protocol. This new section is intended to provide a detailed explaination of the thought processes behind each treatment modality. Protocols 2005 is an extremely aggressive approach to pre–hospital emergency medicine. Clinicians priviledged to work within the scope of this protocol now have the opportunity for greater understanding of its content.

E - 1

*2/15/06*

EMERGENCY MEDICAL GUIDELINES

# INTRODUCTION

Monitor ECG:  As a paramedic, one of your most important skills will be to obtain and interpret ECG rhythm strips.  Subsequent treatment received by your patient will be based upon a rapid, accurate interpretation.

IV:  In the prehospital setting, intravenous therapy is geared toward electrolyte or fluid replacement, and for the introduction of medications directly into the vascular space.  Three of the most commonly used solutions in prehospital care are lactated ringers solution, 0.9% sodium chloride (normal saline), and 5% dextrose in water ($D_5W$).

Lactated Ringer's is an isotonic electrolyte solution of sodium chloride, potassium chloride, calcium chloride, and sodium lactate in water.

Normal Saline is an electrolyte solution of sodium chloride in water.  It is isotonic with the extracellular fluid.

$D_5W$ is a hypotonic glucose solution used to keep a vein open and to supply calories necessary for cellular metabolism.  While it will have an initial effect of increasing the circulatory volume, glucose molecules rapidly diffuse across the vascular membrane with a resultant free water increase.

Both lactated ringer's solution and normal saline are used for fluid replacement, because their administration causes an immediate expansion of the circulatory volume.  However, due to movement of the electrolytes and water, two-thirds of either of these solutions is lost to the interstitial space within one hour.

Transport:  Patients who are transported under the direction of an emergency medical service system should be taken whenever possible to the closest appropriate medical facility.  The medical control physician should be the authority to designate that facility, based on the needs of the patient and the availability of services.  In some cases, the patient's need for special services – trauma, burn, pediatric, etc. – means designating a facility that is not nearby.  At other times, the closest facility will be designated for stabilization of the patient while transfer is arranged.  The ultimate authority for this decision, however, remains with the on-line medical control physician.

# PATIENT PRIORITIZATION

## PRIORITY ONE—HIGHEST PRIORITY (IMMEDIATE/CRITICAL)

Critical conditions are those which require immediate intervention involving the following:
1. Airway, Breathing, Circulation
2. Respiratory Arrest
3. Cardiac Arrest (Trauma or Medical)
4. Massive Exsanguinating Hemorrhage
5. Open Chest or Abdominal Wounds
6. Cervical Spine and/or Severe Head Injuries

## PRIORITY TWO—SERIOUS (SECONDARY)

Serious conditions are potentially life-threatening or disabling problems which, if left untreated, may result in a fatality or permanent disability. Serious conditions which need prompt attention may include:
1. Disturbances of consciousness
2. Respiratory distress
3. Cardiac dysrhythmias with diminished, rapid or irregular pulses
4. Chest pain or Abdominal pain (Medical or Trauma)
5. Active hemorrhage
6. Toxic Drug Overdose or Poisoning
7. Active seizure activity
8. Deforming injuries such as: Burns, Penetrating injuries, Fractures or other trauma
9. Cardiac or Stroke Alerts

## PRIORITY THREE—MINOR OR STABLE CONDITION

Conditions considered minor are those which need attention but any delay in treatment will not result in immediate harm or permanent injury to the patient Minor conditions may include:
1. Minor Fractures
2. Minor Lacerations
3. Minor Contusions
4. Falls Without Trauma
5. Minor Burns

## REMEMBER:

A patient's condition is always subject to change and may occur rapidly. Continuously monitor your patient and report appropriate information to the emergency department. Your patient's condition should be the primary assessment tool in determining the priority category.

MCI Triage Priorities: Please refer to the START programs field operation guidelines

E - 2