UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  16-14413-Civ-ROSENBERG/MAYNARD

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

      Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as SHERIFF of
ST. LUCIE COUNTY, Florida,
JOSE ROSARIO, individually, and the
ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

      Defendants.
_____/

**PLAINTIFF, TAVARES DOCHER'S NOTICE OF FILING EXHIBITS IN SUPPORT OF PLAINTIFF'S STATEMENTS' OF MATERIAL FACTS [DE 131, 132, 133]**

**COMES NOW** the Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, and hereby services filing exhibits in support of Plaintiff's statements of material facts [DE 131, 132, 133], and in support thereof, submits the following:

Exhibit S - Deposition of Fire District pursuant to Fed. R. Civ. P. 30(b)6 (Vol. 4)

**DATED** this   26th   day of October, 2017.

        /s/ DARRYL L. LEWIS
        DARRYL L. LEWIS
        Florida Bar No.: 818021
        Attorney E-Mail(s): dll@searcylaw.com and
        axs@searcylaw.com
        Primary E-Mail:  lewisteam@searcylaw.com
        Searcy Denney Scarola Barnhart & Shipley, P.A.
        2139 Palm Beach Lakes Boulevard
        West Palm Beach, Florida 33409
        Phone: (561) 686-6300
        Fax: (561) 383-9485
        Attorney for Plaintiff(s)

By: *s/. Hugh L. Koerner*
      Hugh L. Koerner
      Florida Bar No.: 716952
      Email: hlklaw@hughkoerner.com
      Hugh L. Koerner, P.A.
      Sheridan Executive Centre
      3475 Sheridan Street, Suite 208
      Hollywood, FL 33021
      Telephone:  (954) 522-1235
      Facsimile:   (954) 522-1176
      *Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**
**Case No.: 16-14413-Civ-ROSENBERG/MAYNARD**

    I HEREBY CERTIFY that this   26th   day of October, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/. Hugh L. Koerner*
      Hugh L. Koerner

## Service List

Summer M. Barranco, Esquire
summer@purdylaw.com; melissa@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL 33304
Phone: (954)-462-3200
Fax: (954)-462-3861
*Attorneys for Christopher Newman, individually, Claylan Mangrum, individually, Calvin Robinson, individually, Wade Courtemanche, individually, Ken J. Mascara, as Sheriff of St. Lucie County, Florida*

Benjamin W. Newman, Esquire
Ben.Newman@wilsonelser.com; Leah.Rover@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N Orange Avenue, Suite 1200
Orlando, FL 32801
Phone: (407) 203-7592
Fax: (407) 648-1376
*Attorneys for Jose Rosario, individually, and the St. Lucie County Fire District, an independent special district*