EMERGENCY MEDICAL GUIDELINES

- ▪ if the ECG is unreadable due to the size of the QRS complex the ECG SIZE may be adjusted
- ▪ attach the 6 pin cable plug to the right side panel
- ▪ attach lead wires to the electrodes
- ▪ apply the electrodes to the prepared sites
- ▪ turn on the POWER
- ▪ select the proper lead with the LEAD SELECT
- ▪ adjust the ECG Size
- ▪ push the QRS VOL until audible
- ▪ Push the ECG SIZE up or down until systole beeper coincides with every QRS complex
- ▪ Adjust the QRS VOL as desired

## CABLE PLACEMENT
### Application/Use
- ❑ White (right arm or right upper chest)
- ❑ Black (left arm or left upper chest)
- ❑ Red (left leg or left lower chest)

## RECORDING
### Application/Use
- ❑ Push RECORD
- ❑ Adjust ECG SIZE if necessary
- ❑ If FREEZE is selected while recording, recording continues until FREEZE is released

## CODE SUMMARY
### Application/Use
- ❑ Push CODE SUMMARY; the recorder will print a full report of the information stored in memory
- ❑ Printing of the CODE SUMMARY report can be interrupted by
  - ▪ pushing the CODE SUMMARY button
  - ▪ pushing the CHARGE button
  - ▪ pushing the CHARGE button
  - ▪ pushing the RECORD button
  - ▪ running out of chart paper
  - ▪ turning off the POWER
- ❑ The code summary report may be resumed by pushing CODE SUMMARY whenever the Lifepak 10 is on
- ❑ Critical events will be retained in memory whenever the Lifepak 10 is turned on. If the power is turned off the code summary information will be retained for 5 minutes. After the 5 minutes the information will be erased

## DEFIBRILLATION
### Application/Use
- ❑ Apply conductive gel to paddles
- ❑ Turn the monitor on, O will be displayed under AVAILABLE ENERGY on status display
- ❑ Select energy to be delivered with ENERGY SELECT
- ❑ Push and release CHARGE button on APEX paddle; charge indicator will flash, a ramping tone will be heard, and numbers will scroll up under AVAILABLE ENERGY display until energy reaches pre-selected level at which time a charge tone will sound

PROCEDURAL GUIDELINES

■ if the energy is changed after the charge has been initiated the energy will be discharged and the operator will have to re–initiate the charge by pushing the charge button

❑ Place the paddles firmly on the patient's chest in the same postion used for the QUICK             LOOK procedure

❑ When the charge tones sound the defibrillator is ready for defibrillation

❑ Assure all personnel are clear from the patient as well as anything touching the patient,             by looking and calling for "**Clear!**"

❑ Discharge the defibrillator by pushing both paddle DISCHARGE buttons simultaneously

❑ Observe patient and cardioscope to determine results

❑ To internally discharge an unwanted charge rotate ENERGY SELECT to another energy level

❑ Turn off monitor

❑ Thoroughly clean the paddles and store them in the storage area

## SYNCHRONIZED CARDIOVERSION
### Application/Use

❑ Rotate POWER to a power source

❑ Attach patient cable and ECG electrodes; electrodes should be placed away from paddle sites and such that resultant will give a tall QRS complex

❑ Select LEAD with optimum QRS complex amplitude

❑ Push SYNC button; SYNC message on status display will blink off with each detected             QRS complex

❑ Observe cardioscope;  adjust ECG SIZE so that sync markers occur only on the QRS             complex.  If markers do not occur on the QRS complexes adjust ECG SIZE, change             the lead or move the electrodes on the patient.

❑ Prepare and postion the paddles on the patient's chest as described in the defibrillation procedure

❑ Select energy to be delivered with ENERGY SELECT

❑ Push the CHARGE button and wait for tone to sound indicating charge has completed.

❑ Push and **hold** paddle DISCHARGE buttons until discharge occurs with next QRS complex

❑ If rhythm does not convert and cardioversion is to be re–attempted, it is necessary to push SYNC again since it switches back to defibrillate mode after each synchronous discharge

❑ Thoroughly clean and store paddles in storage area after procedure

## PACING PROCEDURE
### Application/Use

❑ Rotate POWER control to a power source

❑ Connect ECG electrodes to patient cable and attach to patient

❑ For better adhesion, clean and dry areas over which pacing electrodes will be placed

❑ Connect pacing cable to PACE connector at the right side of the LP 10

❑ Connect the QUIK–PACE electrodes to pacing cable matching electrode color to connector color

❑ Peel off protective covering from electrode to expose conductive surface; position electrodes on patient's chest

❑ Push PACER button; adjacent indicator will illuminate

❑ Select desired pacing RATE (pacemaker powers up at a rate of 40 bpm)

✛ CURRENT level will begin at 0 mA

EMERGENCY MEDICAL GUIDELINES

- ☐ Observe cardioscope; SENSE marker should appear on each QRS complex. If SENSE marker is not present on QRS or appears elsewhere, adjust ECG SIZE control for optimal sensing. If this fails, select another lead and readjust ECG SIZE.  If intrinsic beats are not present skip this step.
- ☐ When unit is sensing properly, activate pacing by pushing START/STOP button. Adjacent indicator will light and a positive going spike will be seen on the ECG display with each delivered pacing stimulus
- ☐ Increase current slowly while observing cardioscope for evidence of electrical pacing capture; palpate patient's pulse or check blood pressure to assess perfusion
- ☐ Recorder will document pacing parameters; each pacing stimulus will be marked with an arrow on the lower edge of ECG paper
- ☐ To terminate pacing, push START/STOP button again; adjacent indicator light will go out
  - ◼ If a pacing cable lead or QUIK–PACE electrode becomes detached during pacing,                    the LEADS message will be displayed on the status display along with an audible                    alarm. The pacing rate will maintain its pre–alarm setting, however, the current                    will reset to 0 mA.

---

# LIFEPAK 12

## GENERAL

- ☐ The LIFEPAK 12 defibrillator/monitor series has five main operating modes:
  - ◼ Advisory Mode (SAS): Provides all features available except manual defibrillation, synchronous cardioversion and pacing.
  - ◼ Manual Mode: Provides normal operating capability for ALS users.
  - ◼ Setup Mode: Allows operator to customize the device.
  - ◼ Service Mode: Allows operator to execute device diagnostic tests and calibrations.
  - ◼ Inservice Mode: Provides simulated waveforms for demonstration purposes

## Low Battery Indication and Message:

- ☐ Low battery icon at top of display and low battery message in status area for each battery. When low battery is indicated, device autoswitches to second battery.  When both batteries reach a low battery condition, there is a voice prompt to replace battery.

## DISPLAY

- ☐ Size (active viewing area):
  - ◼ LCD: 140.8mm (5.5 in) wide x 105.6mm (4.2 in) high
  - ◼ EL: 165.1mm (6.5 in) wide x 123.8mm (4.9 in) high
- ☐ Resolution:
  - ◼ 640 x 480 black and white LCD
  - ◼ 640 x 480 amber and black EL display
- ☐ User selectable LCD contrast
- ☐ Displays a minimum of 4 seconds of ECG and alphanumerics for values, device instructions and prompts.
- ☐ Option to display one or two additional waveforms
- ☐ Waveform display sweep speed: 25mm/sec for ECG and 12.5mm/sec of $CO_2$

PROCEDURAL GUIDELINES

## DATA MANAGEMENT

- ❑ The device captures and stores patient data, events (including waveforms and annotations), user test results and continuous ECG waveform records in internal memory.
- ❑ The user can select and print reports and transfer the stored information via an internal modem through landline or mobile phones.

## Report Types:

- ❑ Three format types of CODE SUMMARY critical event record (short, medium and long)
- ❑ Initial ECG (except short format)
- ❑ Automatic capture of vital signs measurements every 5 minutes
- ❑ 3-channel or 4-channel 12-lead ECG report
- ❑ Continuous waveform records (transfer only)
- ❑ Trend Summary . includes patient information, vital signs log and vital signs graphs
- ❑ Vital Signs . includes patient information, event and vital signs log.
- ❑ Snapshot . includes patient information and 8 seconds of ECG captured at the time of transmission

## COMMUNICATIONS

- ❑ The device is capable of transferring data records by internal modem, external EIA/TIA modem, cellular modem or serial connection.
- ❑ Supports EIA/TIA-602 compatible modems using Xon/ Xoff or RTS/CTS flow control at 9600 to 38400 bps.
- ❑ EIA/TIA-RS232E compatible at 9600, 19200, 38400 and 57600 bps.
- ❑ Group III, Class 2 or 2.0 fax

## MONITOR

- ❑ Voice Prompts: Used for selected warnings and alarms (configurable on/off).

## ECG

- ❑ ECG is monitored via several cable arrangements.
  - ▣ A 3-wire cable is used for 3-lead ECG monitoring.
  - ▣ A 5-wire cable is used for 7-lead monitoring.
  - ▣ A 10-wire cable is used for 12-lead acquisition. When the chest electrodes are removed, the 10-wire cable functions as a 4-wire cable.
  - ▣ Standard paddles or QUIK-COMBO pacing/defibrillation
  - ▣ ECG electrodes or FAST-PATCH® disposable defibrillation/ECG electrodes are used for paddles lead monitoring.
- ❑ Lead Selection: Leads I, II, III, (3-wire ECG cable)
- ❑ Leads I, II, III, AVR, AVL and AVF acquired simultaneously (4-wire ECG cable)
- ❑ Leads I, II, III, AVR, AVL, AVF, V1 (Labeled "C" on 5-wire ECG cable)
- ❑ Leads I, II, III, AVR, AVL, AVF, V1, V2, V3, V4, V5 and V6 acquired simultaneously, (10-wire ECG cable)
- ❑ ECG Size: 4, 3, 2.5, 2, 1.5, 1, 0.5, 0.25 cm/mV (fixed at *1 cm/mV for 12-lead)*
- ❑ Heart Rate Display: 20 to 300 bpm digital display
- ❑ Out of range indication: Display symbol "-"
- ❑ Heart symbol flashes for each QRS detection
- ❑ Continuous Patient Surveillance System (CPSS): In advisory mode while Shock Advisory System is not active, CPSS monitors the patient, via paddles or Lead II ECG, for potentially shockable rhythms.

EMERGENCY MEDICAL GUIDELINES

❑SpO2 Measurement Range: 50 to 100%

Trend
- ❑Display: Choice of HR, SpO2(%), EtCO2, RR, NIBP, P1, P2, ST shown in channels 2 or 3.
- ❑Time scale: Auto, 30 minutes, 1, 2, 4 or 8 hours
- ❑Duration: Up to 8 hours with -06 Memory PCB or later. Reduced storage capacity with earlier versions.
- ❑ST segment: After initial 12-lead ECG analysis, automatically selects and trends lead with the greatest ST displacement.
- ❑ALARMS
  - ▪Quick Set: Activates alarms for all parameters.
  - ▪VF/VT Alarm: Activates continuous CPSS monitoring in Manual Mode.
  - ▪Apnea alarm: Occurs when 30 seconds have elapsed since last detected respiration.
- ❑INTERPRETIVE ALGORITHMS
  - ▪12-lead Interpretive algorithm: GE Medical 12SL, includes AMI statements.

PRINTER
- ❑Prints continuous strip of the displayed patient information
- ❑Paper Size: 50mm (2.0 in) or optional 100mm (3.9 in)
- ❑Print Speed: 25mm/Sec +/- 5% (measured in accordance with AAMI EC-11, 4.2.5.2)
- ❑Delay: 8 seconds
- ❑Autoprint: Waveform events print automatically (user configurable)
- ❑Optional 50mm/sec timebase for 12-lead ECG reports

MANUAL MODE
- ❑Energy Select (Monophasic): 2, 3, 4, 5, 6, 7, 8, 9, 10, 20, 30, 50, 70, 100, 150, 200, 300 and 360 joules or user configurable sequence 200/200/360 or 200/300/360 joules
- ❑Energy Select (Biphasic): 2, 3, 4, 5, 6, 7, 8, 9, 10, 15, 20, 30, 50, 70, 100, 125, 150, 175, 200, 225, 250, 275, 300, 325, and 360 joules or user configurable sequence 100 to 200, 100 to 300, 100 to 360.
- ❑Charge Time: Charge time to 360J in less than 10seconds, typical
- ❑Synchronous Cardioversion: Energy transfer begins within 60mS of the QRS peak

ADVISORY
- ❑Shock Advisory System (SAS) is an ECG analysis system that advises the operator if the algorithm detects a shockable or non-shockable ECG rhythm. SAS acquires ECG via therapy electrodes only.
- ❑Shock Ready Time: Using a fully charged battery at normal room temperature, the device is ready to shock within 20 seconds if the initial rhythm finding is "Shock Advised."
- ❑Output Energy (Edmark): User configurable, sequence of 200/200/360 or 200/300/360 joules.
- ❑Output Energy (Biphasic): User configurable, sequence of three sequential shock levels ranging from 200, 200 to 300, and 200 to 360 joules.
  - ▪Note: ±5% accuracy applies when disposable therapy electrodes are attached. Energy output is limited to the available energy which results in delivery of 360 joules into 50 ohms.

PROCEDURAL GUIDELINES



# ZOLL M SERIES

## MONITOR SELECTION AND GENERAL INFORMATION

- ❏ Lead Placement-  LA(black), RA(white), LL(red), RL(green)
- ❏ 12L- plugs into 4 lead.  V1-V6 placement same as used now.  Recap 4 lead when finished.
- ❏ 12 Leads are saved for a set time after unit is powered down.
- ❏ To do 12L- push 12 lead button, then aquire.  12L is then automatically ready for transmission.
- ❏ Strips print out with leads II, I, III.
- ❏ Print button marked Recorder.
- ❏ Paper: use the straight edge of the monitor to rip paper off.  Use the perforation on the paper when cutting or pasting.
- ❏ Contrast and volume buttons are on the lower left corner.
- ❏ When placing a battery in the charger, do not take out until the ready light comes on.  An alarm will sound reminding you to place the battery back in if you do.
- ❏ Pulse Ox- this monitor has a pulse ox built into it.  Picks up minimal artifact from movement, etc…  Disposable probes can also be used (look like bandaids).
- ❏ Codemarker button- Lists the commonly used procedures and drugs.  If these are pushed during a call, they will be listed on the summary printout.

## Defibrillator

- ❏ Biphasic waveform: Shocks at lower energy setting.  Benefits by less skin effects and greater conversion rate.
- ❏ Keep the adult pads connected while in the case.  The pads will still be sealed due to a double seal on the packaging.
- ❏ Use the anterior-posterior pad positioning for defib and pacing.
- ❏ If you're unsure if rhythm is shockable, press analyze button (if equipped).  If it is shockable, "shockable rhythm" will be displayed. Charge unit to desired energy level.
- ❏ Cardioversion: Synch pad placement is the front pad goes on the 3rd intercostal space midclavicular and the posterior pad goes in the standard place.
- ❏ Energy settings:

EMERGENCY MEDICAL GUIDELINES

■Adult defib for V-fib & Pulseless VT: 120j, 150j, 200j (progressive)
■Ped defib for V-fib & Pulseless VT: 1 j/kg, 2 j/kg, 2 j/kg (progressive)
■Adult Synch Cardioversion for Atrial & Ventricular Tachys w/pulses: 50j, 75j, 120j,        150j, 200j (progressive)
■Ped Synch Cardioversion for Atrial & Ventricular Tachys w/pulses: 1 j/kg, may repeat at 2 j/kg (progressive).

Pacer
❑Unit is automatically set to 70 beats per minute.
❑User needs to adjust the milliamps.
❑The settings that are being used will be remembered if switch is changed to defib or monitor.
❑4:1 button: when pressed and held, temporarily withholds pacing. Pacing will be delivered at ¼ the set ppm setting. (approx 1 every 4th beat).



---

# ZOLL PD 1400 PACEMAKER/DEFIBRILLATOR

## MONITORING

### Application/Use
❑ Attach the patient electrodes to the patient and plug in the cable connector to the ECG INPUT
❑ Turn selector switch to the MONITOR ON position
❑ Press the LEAD button until the desired lead is displayed on the monitor
❑ Press the ECG SIZE button until the desired waveform size is displayed
❑ Adjust the systole beeper tone volume to the desired level
❑ Set HEART RATE ALARM by depressing the ALARM SET button and press the ALARM ON/OFF button
❑ Refer to the operator's manual to change the alarm limits
❑ To record the ECG tracing, press the RECORDER ON–OFF button beside the monitor; the recorder will continue to run until the button is pressed again

Figure 11

## DEFIBRILLATION

### Caution
❑ The pediatric paddles are built into the adult paddles (*See Figure* 12). To access the pedi paddles push the PEDI button on the side of each paddle and slide the adult paddle forward. When replacing the adult paddles be sure the paddles lock into place.

### Application/Use
❑ Select DEFIB ON, this automatically sets the energy level to 200 joules
❑ Select the lead to use; remember the patient must have the electrodes already attached in order to use lead I, II, III
❑ Apply conductive material to the patient or the paddles (multifunction electrodes are pre-gelled)
❑ Apply the paddles to the chest or attach the multifunction electrodes to the chest
   ■ select the ENERGY LEVEL, if 200 is not the desired level, by either depressing the UP/DOWN buttons located on the front of the panel or the sternum paddle
   ■ charge the paddles by depressing the CHARGE button on the front panel or on the apex paddle
   ■ discharge the defibrillator by holding both DISCHARGE buttons on the paddles or both buttons on the multifunction cable at the connection site



Figure 12

PROCEDURAL GUIDELINES

■ repeat steps for each subsequent shock (the device is marked 1–2–3 for each step to be taken and the order of which it should be taken)

## PACING
### Application/Use
- ❏ Select MONITOR ON
- ❏ Set OUTPUT to 0 mA
- ❏ Apply pacer pads
- ❏ Connect pacer electrodes to the output cable
- ❏ Select PACER ON
- ❏ Set pacer RATE, observe the pacing artifact and confirm it is well positioned in diastole
- ❏ Increase output until capture

## STANDBY PACING
### Indications
- ❏ Indicated for patients in a bradycardic rhythm expected to drop below levels sufficient to maintain adequate cardiac output

### Application/Use
- ❏ Establish effective pacing
- ❏ Set the mA OUTPUT to 10% higher than the minimum mA output necessary to effect consistent capture
- ❏ Turn the pacing RATE below the patient's heart rate. This suppresses pacing unless the patient's rate drops below the set pacing rate. The pacing rate should be set at a level needed for adequate cardiac output.
- ❏ Check the threshold periodically

## MULTI–FUNCTION ELECTRODES
The multifunction electrodes allow for hands free defibrillation, cardioversion, pacing, and monitoring with a single pair of electrodes. The placement for the pre–gelled electrodes are anterior/posterior. The multifunction electrodes can only be used with a multi function cable.

*MCFR and SFR perform pericardiocentesis*

---

# PERICARDIOCENTESIS

### Indications
- ❏ Emergency relief of cardiac tamponade on critically injured patients accompanied by severe hemodynamic impairment

### Contraindications
- ❏ Hemodynamically stable patients

### Caution
- ❏ This is a sterile procedure; use appropriate sterile technique
- ❏ Hazards
  - ■ cardiac arrhythmias including V–Fib and Asystole
  - ■ puncture or laceration of cardiac chambers or coronary arteries
  - ■ hemothorax, pneumothorax, or both.
  - ■ injection of air into cardiac chambers if catheter is left open to air

### Procedure
- ❏ Place patient on 3–lead EKG monitoring if not already done
- ❏ Locate the entry site (between the xiphoid process and left costal margin)
- ❏ Prep the entrance site with antiseptic swabs and provide an aseptic area
- ❏ Place the 16 g intracardiac needle (3–4 inches in length) on a 30–50 cc syringe
- ❏ Consider sedation if patient is conscious
- ❏ Insert needle at 30–45 degree angle to the skin and advance toward left shoulder while aspirating continuously (*See Figure 13, 14*)



*Figure 13*

*Figure 14*

EMERGENCY MEDICAL GUIDELINES

❑ As the needle is advanced beneath the skin the tight pericardium may be felt. Entry in to the pericardial space may produce a *giving* sensation. Contact of the needle against the epicardium my give a *scratching* sensation and the needle should be withdrawn slightly.

# TRANSCUTANEOUS PACING

### Indications
❑ Symptomatic Bradycardia
❑ Pulseless Electrical Activity with bradycardia unresponsive to drug therapy
❑ Asystole

### Contraindications
❑ Traumatic asystole **prior** to fluid replacement and PASG application
❑ Overdrive pacing

### Caution
❑ Muscle twitch will make carotid pulse assessment difficult at best with output settings in excess of 100 mA; assess femoral, brachial, or radial pulses in these instances

### Procedure
❑ Leads applied, monitor set to Lead II
❑ Pad placement
  ◼ anterior–posterior is preferred (*See Figure* 15)
  ◼ anterior–anterior should be used in spinal immobilization and when defibrillation is also being performed (*See Figure* 16)
❑ Perform pacer set up
  ◼ set RATE to 70 beats per minute
  ◼ set OUTPUT
    ◼ for symptomatic bradycardia set OUTPUT to minimum
    ◼ for asystole and bradycardic PEA set OUTPUT to maximum
❑ Initiate pacing
❑ Increase or decrease OUTPUT as needed to establish and maintain capture and pulses

*Figure 15*

*Figure 16*

# AUTOMATED EXTERNAL DEFIBRILLATOR

The AED is for use by emergency care personnel specifically trained in the operation of the AED, and qualified by Training in Advanced Cardiac Life Support, Basic Life Support, or in other physician–authorized emergency medical response.

### Indications
The AED is semi–automatic, and is for the use on victims of sudden cardiac arrest, on whom lack of circulation is indicated by:
❑ Unconsciousness
❑ Absence of breathing
❑ Absence of pulse

### Contraindications
❑ Consciousness
❑ Presence of breathing
❑ Presence of pulse
❑ Any condition incompatible with life

*03/01/05*

PROCEDURAL GUIDELINES

❑ Conditions deemed environmentally unsafe
❑ Valid and verified DNRO present
❑ Patients less than 8 years old ( AHA)
❑ Patients weighing less than 25–30 kg. (55–66 lbs.) (AHA)

**Caution**
❑ Assure scene safety! Assess for hazards!
❑ Do not place pads directly over artificial pacemaker sites, use alternative site.
❑ Any medication including a NITRO–PATCH OR NITRO–PASTE should be removed from the patient prior to AED application.

**Special Considerations**
❑ Hypothermia Associated with Cardiac Arrest
  ▪ Defibrillation should not be withheld from the cold patient in ventricular fibrillation (core < 85 F).
  ▪ If the hypothermic patient does not respond to three shocks, stop defibrillation attempts, resume CPR and rewarming efforts, and transport.
❑ Cardiac Arrest Associated with Trauma
  ▪ Seldom responds to defibrillation
  ▪ Begin CPR if indicated
  ▪ Assess rhythm
  ▪ Initiate BLS interventions including: airway, oxygenation, control of hemorrhage, and cervical spine immobilization.
  ▪ Defibrillate as indicated by AED
❑ Automatic Internal Cardiac Defibrillators (AICD)
  ▪ For patients with known ICD'S, attach the AED and follow standard operating procedures.
  ▪ If the ICD is in the process of shocking a patient, allow the ICD to complete its cycle for approximately 30–60 seconds before applying AED pads.

**On Scene Trained Personnel and the arrival of ACLS Providers**
❑ ACLS providers have authority of patient care over AED personnel.
❑ On arrival ask for a quick report from the AED providers concerning patient condition and performance of the AED.
❑ ACLS providers should consider shocks delivered by the AED providers and incorporate that into the treatment of the patient.
  ▪ For example, if the AED has delivered the first three shocks of a V–fib sequence, the ACLS providers should then move towards intubation, IV access, and drug therapy.

**Procedure**
❑ Scene Survey.
❑ Primary Survey: Verify unresponsiveness and then ABC'S.
  ▪ Airway
    ▪ Open the airway; non–traumatic, use head tilt / chin lift.
    ▪ Traumatic, use jaw thrust method.
  ▪ Breathing
    ▪ Look, listen, and feel for air movement from the mouth or nose.
    ▪ If no breathing present, give 2 artificial ventilations.
    ▪ If no spontaneous respirations follow, proceed to pulse check.
  ▪ Circulation
    ▪ Check for carotid pulse. If no pulse is felt in 5–10 seconds then:
    ▪ 2 Rescuers – initiate CPR until AED is attached.
    ▪ 1 Rescuer – attach AED then follow algorithm.

After 1 minute of CPR you will be instructed to stop and let the AED analyze rhythm for 5–15 seconds.

*03/01/05*

Emergency Medical Guidelines

### Application/Use
If the patient has met the AED criteria:
- ❑ Make sure the patient is not wet and in contact with water.
- ❑ Assess entire scene for life safety.
- ❑ Apply pads per training instructions.
- ❑ Activate AED.
- ❑ Follow algorithm prompts

### ARREST NOTIFICATION:
- ❑ Notify Dispatch if cardiac arrest in progress.
- ❑ Radio transmission must be at least 6 feet away when AED is operating.

### PATIENT STABILIZATION:
- ❑ If at any time the patient develops a pulse, but no respirations, continue to provide rescue ventilations and monitor the pulse.
- ❑ If the patient has a return of pulse and adequate respirations, place in the recovery position and continue to monitor all vital signs until ACLS personnel arrive.
- ❑ Different brands and models of AEDs have a variety of features and controls that may differ in characteristics such as paper strip recorders, rhythm display methods, energy levels, and messages to the operator.
- ❑ Operators can orient themselves best by understanding how each brand and model approaches the operational phase by referring to the training they received and the manufacturer's recommendations.
- ❑ Please refer to departmental procedure for retrieving the patient data after the AED has been used.

*03/01/05*

PROCEDURAL GUIDELINES



# Medication and Fluid Administration

## AVAILABLE ROUTES OF ADMINISTRATION

- ☐ Endotracheal
- ☐ Inhalation
- ☐ Intramuscular
- ☐ Intranasally
- ☐ Intraosseous
- ☐ Intravenous
- ☐ Optic
- ☐ Oral
- ☐ Rectal
- ☐ Subcutaneous
- ☐ Sublingual
- ☐ Topical



## BONE INJECTION GUN (B.I.G.)

Adult- blue 15g
Pediatric- red 18g

**Indications:**
Rapid infusion of fluids and drugs.

**Contraindications:**
- ☐ Skin infection.
- ☐ Tumor and fracture at insertion site.

**Site Location:**
- ☐ Adults- 1-2cm medially and 1cm proximally to the tibial tuberosity.
- ☐ Pediatrics below age 6 and in the elderly- 1-2cm medially and 1-2cm distally to the tibial tuberosity.

**Recommended Depth:**
- ☐ Adults: 2.5cm (Adult B.I.G. is NOT adjustable)
- ☐ Infants 0-3 yrs:  0.5 – 0.7cm
- ☐ Pediatrics 3-6 yrs:  1cm – 1.5cm
- ☐ Pediatrics 6-12 yrs:  1.5cm

**Procedure:**
1. Choose either Adult or Pediatric B.I.G.
   If pediatric, choose the desired depth by unscrewing the sleeve from the cylinder housing.
2. Use a povidone iodine tincture to clean the selected site for injection.
3. Position the front of the B.I.G. at the selected site, holding and pushing firmly on the rear part.
4. Pull out the safety latch from the instrument by squeezing its two sides together.
5. Triggering the B.I.G. can be done by pressing the rear part against the two handles of          the housing or by pushing the rear part firmly against the injection site.

EMERGENCY MEDICAL GUIDELINES

6. Remove the B.I.G. and separate the trocar needle from its housing.
7. Pull out the stylet trocar to separate it from the needle. Only the needle cannula must    remain in the bone.
8. Connect the safety latch to the cannula.
9. Connect a syringe or infusion set to the needle.
10. To reduce the pain in conscious patients, it is recommended to start a slow flushing of the inserted needle with 1-5cc of Lidocaine over 1-2 minutes, then inject the fluid    drug (bolus) or infusion. To maintain optimal flow, high pressure up to 300 mmHg to    the infusion bag is recommended.

**Miscellaneous Information:**
- ☐ The B.I.G. can be left in for up to 6 days.
- ☐ The needle should be cleaned with an antiseptic solution everyday.
- ☐ Flow Rates:
  - ▪ Gravity fed: 10 – 20cc/min
  - ▪ 300mmHg with pressure bag: 30 – 40cc/min
  - ▪ Syringe:  60 – 100cc/min
- ☐ Shelf life is 3 years.
- ☐ Needle cannot be inserted next to a previous injection site; the fluid will drain out through the other site.

# BURETTE ADMINISTRATION SET

The burette administration set is used when a medication needs to be mixed in 100 cc or less of fluid or any pediatric patient requiring IV therapy where fluid volume administered requires precise measurement. It should not be used when large fluid volumes are needed. The burette is distinguished from other administration sets by the 150 cc chamber located within the tubing. It is especially useful when dealing with pediatric patients when fluid or medication administration is crucial. The chamber can be filled with the exact required amount of fluid or medication to prevent overdosing or bolusing with too much fluid.

Application/Use
- ☐ Choose appropriate fluid
- ☐ Close the upper roller clamp on the tubing and spike the IV bag
- ☐ Open the upper roller clamp and fill the burette to the desired level; close the upper roller clamp
- ☐ If applicable add medication to the chamber and gently invert to mix the drug with the fluid
- ☐ Squeeze the drip chamber and fill
- ☐ Open the lower roller clamp and allow the solution to fill the entire set
- ☐ Connect the solution set to the IV catheter and set desired rate
- ☐ Open lower roller clamp and verify proper flow rate

Caution
- ☐ Prior to removing the cassette from the pump, ensure that the lower roller clamp is **closed** to prevent bolusing the patient with fluid or medication

Application/Use
- ☐ Choose appropriate fluid
- ☐ Close the upper roller clamp on the tubing and spike the IV bag
- ☐ Open the upper roller clamp and fill the burette to the desired level; close the upper roller clamp

PROCEDURAL GUIDELINES

- ❑ If applicable add medication to the chamber and gently invert to mix the drug with the fluid
- ❑ Squeeze the drip chamber and fill to 1/3 full
- ❑ Invert the cassette with the flat side facing you
- ❑ Open lower roller clamp and allow solution to fill entire set
- ❑ Close the lower roller clamp and insert the cassette into the pump
- ❑ Connect the solution set to the IV catheter and set desired RATE on the Pump
- ❑ Open lower roller clamp and press OPR on pump

# DOUBLE LUMEN IV CATHETER

This device is intended for use in the patient who requires multiple IV access. The two lumen design prevents mixing of medications within the catheter. Use of the double lumen catheter eliminates the need to establish a second IV site for medication administration.

**Indications**
- ❑ Administration of IV nitroglycerin
- ❑ Preparation of the cardiac patient for thrombolytic therapy

**Caution**
- ❑ Device is not intended for fluid resuscitation; lumens are 20 g and 22 g (*See Figure 17*)

**Application/Use**
- ❑ Flush the secondary access port with saline
- ❑ Cannulate the vein with the double lumen catheter
  - the double lumen catheter is inserted as a standard IV catheter, refer to INTRAVENOUS CATHETER INSERTION PROCEDURAL GUIDELINE (*SEE PAGE P-47*)
- ❑ After removing the introducer needle, attach the IV line to the main port and flush, assuring infiltration has not occurred, and secure appropriately
- ❑ To attach the second IV line, remove the male adapter plug from the second port by twisting. The second IV line may be attached either directly or by Luer–lock (this will avoid the need for needle insertion into the male adapter plug).
- ❑ The infusion pump IV line should be connected to the secondary port; the small 22g lumen of the secondary port will not restrict the positive pressure flow of the infusion pump as it might a gravity fed IV line

# DRAWING UP MEDICATIONS

## AMPULE

**Procedure**
- ❑ Prepare a syringe of the appropriate volume with a needle
- ❑ Verify the name and concentration of the medication printed on the ampule; inspect the solution for discoloration, cloudiness, or particles; check expiration date
- ❑ Tap ampule with finger to move the solution down into the well
- ❑ Using a 4x4 gauze pad (*See Figure* 18), face ampule away and break off the top of the ampule neck along scored area. Some ampules have colored rings that mark the scored area of the ampule. Break along the colored mark.
- ❑ Insert the needle into the ampule making sure the needle does not touch the rim of the ampule. Pull back on the plunger of the syringe to withdraw the needed amount (dosage) of medication.

*Figure 17*



*Figure 18*

EMERGENCY MEDICAL GUIDELINES



❑ Expel any air present in the syringe and carefully recap the needle with appropriate technique (if it will not be used immediately)

## VIAL

### Procedure

❑ Prepare a syringe of the proper volume with a needle
❑ Verify the name and concentration of the medication printed on the vial; inspect the solution for discoloration, cloudiness, or particles; check expiration date
❑ Disinfect the rubber stopper of the vial using an antiseptic swab
❑ Draw air into the syringe of equal volume to solution to be withdrawn
❑ Insert the needle at an angle through the rubber stopper, and inject the air inside the vial (*See Figure* 19)
❑ Invert the vial and draw out the needed solution (volume); carefully withdraw the needle from the vial
❑ Expel any air present in the syringe and carefully recap the needle with appropriate technique (if it will not be used immediately)

*Figure 19*

## ENDOTRACHEAL MEDICATION ADMINISTRATION

### Procedure

❑ Verify the name and concentration of the medication;  inspect the solution for discoloration, cloudiness, or particles; check expiration date
❑ Hyperventilate the patient prior to drug administration
❑ Inject medication through the endotracheal tube medication port (*See Figure* 20)
  ▪ for endotracheal tubes without a medication port, drugs should be administered through an appropriate size suction catheter inserted through the endotracheal tube into the bronchial tree
❑ Resume ventilation
❑ Monitor the patient
❑ No more than 10 cc of fluid should be given endotracheally
❑ Endotracheal drug dosages should be 2—2.5 times the normal IV dose
❑ The drug should be diluted to 10 cc of fluid in an adult patient, 5 cc of fluid in a child, 2 cc of fluid in an infant



*Figure 20*

## EPI-PEN AUTO INJECTOR

The EMT (or Paramedic) may administer prescribed Epinephrine via an auto-injector for patients who are exhibiting signs of respiratory distress associated with allergic reaction. These signs include: dyspnea, hives, flushing of the skin, wheezing, edema, and possible unstable vital signs.

### Procedure

❑ Primary Assessment
❑ Assure auto-injector is prescribed for the patient (EPI-Pen for adult patient and EPI-Pen Jr. for pediatric patient), check expiration date and cloudiness or discoloration if possible.
❑ If patient is exhibiting signs of moderate to severe allergic reaction as described above, assist patient in administering Epinephrine via auto-injector.
❑ Remove auto-injector safety cap.

PROCEDURAL GUIDELINES

❑ Select appropriate injection site.
    ◼ Thigh – lateral portion of thigh, midway between waist and knee.
    ◼ Shoulder – fleshy portion of upper arm.
❑ Push auto-injector firmly against site until injector activates.
❑ Hold in place until medication is fully injected (minimum of 10 seconds).
❑ Record time.
❑ Dispose of injector in biohazard container.
❑ Reassess patient.

# F.A.S.T. 1 INTRAOSSEOUS INFUSION SYSTEM

## WARNING
❑ Safety of the F.A.S.T. 1 Intraosseous Infusion System in patients with very severe osteoporosis has not been proven.
❑ Insertion of the F.A.S.T. 1 Intraosseous Infusion System in sites other than the adult manubrium may result in ineffective infusion and may result in ineffective infusion and may result in overpenetration of the infusion tube with consequent serious injury to the patient.

## PRECAUTIONS
❑ For use with adult patients. The F.A.S.T. 1 Intraosseous Infusion system is designed to penetrate 6.0 mm into the manubrium. Adult patients are expected to have a manubrium thickness greater than 6.0 mm. Qualified professionals should determine any appropriate or necessary exceptions, either inclusions or exclusions, to the criterion "For use with adult patients."
❑ Severe skin compromise such as trauma, infection or burns over the infusion site may interfere with use of the device. Check for fracture of the sternum or vascular injury which may compromise the integrity of the manubrium or its vascularization. Check for midline sternotomy scars – the device may be less effective in patients with a previous midline sternotomy.

## Indications
❑ The F.A.S.T.1 Intraosseous Infusion System is intended for intraosseous infusion as an alternative to intravenous access to facilitate emergency resuscitation through the use of drugs and fluids. It is not intended to be used for more than 24 hours.

## CONTRAINDICATIONS
❑ None Known

## DESIGNATED INSERTION SITE
❑ The single designated site of insertion is the adult manubrium, on the midline and 1.5 cm (5/8 inch) below (inferior to) to supra-sternal notch (sternal notch). Proper placement of the patch helps ensure insertion at the site.

## Caution
❑ Do not use this product until you have been trained and evaluated for F.A.S.T. 1 use.

## Instructions for placement
❑ Administer local anaesthetic if the patient is conscious and alert.
❑ Expose sternum. Prepare insertion site with iodine and alcohol swabs provided. Maintain aseptic technique throughout the procedure.

*03/01/05*                                                                 P - 37

EMERGENCY MEDICAL GUIDELINES

❑ Remove top half of patch baking (labeled "Remove1"). Locate sternal notch with index finger held perpendicular to manubrium. Using index finger, align notch in patch with patient's sternal notch. Verify target zone (circular hole in patch) is over patients midline.

❑ Secure top half of the patch to patient. Remove bottom half of patch backing. Press firmly to secure patch to patient. Verify location; the notch in the patch should match the sternal notch, and the target zone should be over the patient's midline. Take corrective action if error is greater than about 1 cm (3/8).

❑ Twist and pull back to remove sharps cap from introducer. Place bone probe cluster in target zone. Ensure that the introducer axis is perpendicular (90 degrees) to the skin at the insertion site. Ensure the entire bone probe cluster is within the target zone.

❑ Pressing straight along the introducer axis, with hand and elbow in line, push with firm and constant force until a distinct release is heard and felt. The introducer must remain perpendicular to the skin during insertion. After release, pull straight back to remove the introducer, exposing the infusion tube.

  ▪ NOTE: As the insertion force required in Step #5 can be considerable, some users may find that a two-handed grip on the introducer allows better control during insertion of the infusion tube.

❑ Push the used bone probe cluster into the foam-filled sharps plug. If desired, place the original sharps cap over the sharps plug.

❑ Attach right-angle female connector on patch to infusion tube. Optional Steps: Verify placement by attaching syringe to straight female connector and withdrawing marrow into infusion tube. Increase fluid flow rate by flushing system with 10 cc's of saline.

❑ Attach straight female connector on patch to purged source of fluid or drugs. Fluid can now flow to the site.

  ▪ NOTE: If fluid does not flow at all or if extravasation (leakage of fluid) occurs, infusion should be discontinued and an alternative vascular access method should be used.

❑ Place dome over patch and press down firmly to engage Velcro fastening.

❑ Attach unopened sterile remover package to the patient (arm, leg, attach to IV bag, etc.) THIS PACKAGE MUST BE TRANSPORTED WITH THE PATIENT. The remover is needed to eventually remove the infusion tube from the patient's bone when intraosseous access is no longer required.

## REMOVAL OF THE DEVICE

❑ Remove the dome from the patch.

❑ Disconnect the infusion tube from the male connector.

❑ Maintaining aseptic technique, open the remover package, take out the remover, remove the tubing protecting the threaded tip, and insert the remover into the infusion tube.

❑ Hold the infusion tube straight out from the patient (90 degrees to the patch) as the remover is being placed.

❑ Advance the remover and turn it clockwise until it stops turning, to engage the threads in the proximal tip of the infusion tube.

❑ Pull straight out on the remover to remove the infusion tube.

❑ Dispose of the remover in a manner appropriate for contaminated sharps.

❑ Remove the patch.

❑ Apply pressure after removing the patch and then dress the wound using aseptic technique.

■ NOTE: The F.A.S.T. 1 may be used to administer drugs or fluids as boluses from a syringe, or from fluid sources such as IV bags using gravity drip, pressure cuffs, or the syringe/stopcock pumping method. Fluid flow rates during intraosseous infusion are typically determined by the pressure source and limited by the emissary veins of the bone, rather than by the intraosseous infusion system. Fluids have been infused into adult sternums through F.A.S.T. 1 Intraosseous Infusion System at 30 ml/min using a one meter gravity drip (75 mmHg), and at over 120 ml/min using a pressureized fluid source.

## DRUG HANDLING

### INVENTORY

❑ Central Supply

All receiving/issuing of controlled substances from the controlled substance locker in the central supply shall be performed by the inventory control officer, inventory clerk or other designated personnel. The receipt/issue of controlled substance shall be logged on the controlled substance log and shall note the following:

- ■ date and time of the transaction
- ■ name/initials of employee/supplier receiving/issuing substance
- ■ name/initials of designated person conducting transaction
- ■ name of substance received/issued
- ■ amount of substance received/issued
- ■ expiration date of substance received/issued (in case of multiple units, the earliest expiring unit shall be listed)

Receiving/issuing of medications shall be performed by the inventory control officer, inventory clerk or other designated personnel

Shipping documents (packing slips) shall be handled in accordance with department policies. The shipment shall be inspected and checked for the following by the inventory control officer, inventory clerk or other designated personnel :

- ■ breakage or damage
- ■ accurate quantities (shipped vs. backordered)
- ■ accurate items (correct product shipped)
- ■ expiration dates (drugs with less than one year left on expiration should be returned to supplier as "Expiration Unacceptable")

Inventory shall be placed in stock utilizing First In, First Out (FIFO) stock method (stock is rotated so earliest expiring units are in front, latest expiring units are in back)

❑ Rescue Vehicle

The department paramedic and EMT on shift should conduct a physical inventory of the rescue vehicle every morning utilizing the par levels established by the department. Any item found below par level should be requisitioned in accordance with department policy. The appropriate stock should be pulled and issued to the crew by the inventory control officer, inventory clerk or other designated personnel in accordance with department policy.

### SECURITY

❑ Access

- ■ department personnel shall have access to IV fluids as necessary
- ■ department paramedics, inventory control officer, inventory clerk or other designated personnel shall have access to medications as necessary

❑ Controlled Substances

- ■ access to the controlled substance locker shall be limited to the inventory control officer, inventory clerk or other designated personnel

EMERGENCY MEDICAL GUIDELINES

- ◼ the department paramedic on shift shall have access to the controlled substances maintained within the drug box on the apparatus
- ❑ Central Supply
  - ◼ all IV fluids shall remain locked within the central stock area
  - ◼ all medications shall remain locked within the locked central stock area
  - ◼ all controlled substances (Morphine, Valium) shall remain double locked within the locked central stock area
- ❑ Rescue Vehicle
  - ◼ all IV fluids shall remain within the locked apparatus when not in use
  - ◼ all medications shall remain within the locked apparatus when not in use
  - ◼ all controlled substances (Morphine, Valium) shall remain locked within the controlled substance lock–box which shall remain within the locked apparatus when not in use

USE
- ❑ Central Supply
  - ◼ no IV fluids, drugs or controlled substances should be used directly out of central supply for direct patient care
- ❑ Rescue Vehicle
  - ◼ use of IV fluids, drugs and controlled substances shall be at the paramedic's discretion within the guidelines promulgated by the department medical director, Emergency Medical Guidelines and/or on–line medical control



*Figure 21*

# INFUSA–PORTS

**Indications**
- ❑ IV access for **necessary** fluid or drug administration

**Contraindications**
- ❑ Precautionary IV access

**Caution**
- ❑ Do not use a saline lock with an Infusa–Port
- ❑ Do not force fluid into a port to flush it
- ❑ This is a sterile procedure; use aseptic technique and extra caution to avoid infection at the port site

**Procedure**
- ❑ Attach Huber needle to IV setup and flush
- ❑ Identify Infusa–Port location
- ❑ Put on sterile gloves. Cleanse the area with antiseptic swabs in a circular outward motion each time; repeat twice (2). This step is absolutely necessary.
- ❑ Advance the needle into the port until it hits the solid template; open the IV line to flush the port (*See Figure* 33, 34). If the IV will not run, have the patient turn their head and/or shrug their shoulders. If it still will not run and the needle is properly placed, the port may be clotted and is not usable.
- ❑ Apply an antibacterial ointment, dress the area with 2x2 IV sponges using enough so the needle is resting on them. Loop the tubing and secure the needle and the tubing to the patient.

*Figure 22*

# INFUSION PUMP

## AVI MODEL 400, 400A

The AVI Model 400A Volumetric Infusion Pump is indicated for use in venous pharmacological IV therapy to assure accurate, continuous, non–pulsatile delivery. The AVI Model 400A is equipped with a full range of comprehensive alarms to alert the

PROCEDURAL GUIDELINES

operator when a problem occurs.

### Indications
- ❏ The AVI Infusion Pump is indicated for use whenever a medication IV drip is established or precise delivery of fluids is required

### Caution
- ❏ If piggybacking AVI administration set into a standard IV set, be certain the roller clamp on the standard IV set is also closed


### Application/Use
- ❏ Select appropriate IV set
  - ■ AVI Model 4220 Check valve IV Administration Set — used for standard IV medication administration
  - ■ AVI Model 290 Low Absorption IV Administration Set — used for Nitroglycerin IV administration only
  - ■ AVI Model 1230 Burette Administration Set — used for IV medication administration where the medication requires specific volume dilution in less than 250 mL of fluid
- ❏ Select appropriate fluid and follow instructions for specific IV set chosen
  - ■ AVI Model 4220 Check valve IV Administration Set
  - ■ AVI Model 290 Low Absorption IV Administration Set
  - ■ AVI Model 1230 Burette Administration Set
- ❏ Turn on the POWER SWITCH, the LOAD KNOB to its OUT position; press STBY to silence the audio alarm
- ❏ Loosen the DOOR LOCK by turning the knob counterclockwise; release the DOOR LATCH and open the door
- ❏ Install the AVI cassette in the pump with the flat side facing outward.  Match the four small holes in the cassette with the four locating pins on the cassette housing. Close the door, making sure the DOOR LATCH engages.
- ❏ Turn the DOOR LOCK clockwise until finger tight.  With the set's lower roller clamp closed and the upper clamp open, turn the LOAD KNOB to its fully IN position.
- ❏ When loading an administration set in an AVI pump be sure the set's upper clamp is open; the pump may be damaged if the upper clamp is closed when the LOAD KNOB is turned to its IN position
- ❏ Never push on the door when turning the LOAD KNOB to its IN position; pump and/or cassette damage could result
- ❏ Attach the AVI administration set (with roller clamp closed) to the IV catheter
- ❏ Open the administration set's lower roller clamp
- ❏ Press RATE and enter the desired rate in mL/h using the NUMBER KEYS
- ❏ Press LIMIT and enter the desired VOLUME LIMIT in mL using the NUMBER KEYS
- ❏ Press CLEAR to return the VOLUME INFUSED display to zero
- ❏ Verify displayed settings and press OPR to begin the infusion
- ❏ To stop the infusion, either press STBY or move the pump's POWER SWITCH to the OFF/CHARGE position
- ❏ Always close the administration set's lower roller clamp before turning the LOAD KNOB either in or out; unrestricted gravity flow will occur if the DOOR LATCH is released and the clamp is not closed
- ❏ Always verify infusion settings are correctly displayed prior to pressing OPR to avoid incorrect infusion
- ❏ Air Removal

Emergency Medical Guidelines

- The insistent audio alarm and the AIR and EMPTY BAG visual alarms are activated if air is detected in the upper cassette chamber. Air is removed from the AVI administration set in an upstream direction, away from the patient, without violating the integrity of the sterile fluid pathway.
- press STBY
- close the administration set's lower roller clamp
- If removing air from a piggyback set and an AVI check valve administration set, close the primary set's upper clamp before proceeding. Failure to close the proper clamp may cause piggyback solution to be flushed into the primary solution container.
- turn the LOAD KNOB to its OUT position, loosen the DOOR LOCK, release the DOOR LATCH, and open the door
- Remove the cassette from the pump and hold it with the flat side facing you. Tilt the cassette so the upper chamber is slightly away from you. Gently squeeze each chamber in sequence from bottom to top, keeping each previous chamber depressed as you move upward along the cassette. This method forces the air through the upper tubing to the drip chamber and solution container.
- release the chambers and allow gravity to refill the cassette; repeat procedure if all air is not expelled
- reinstall the cassette in the pump, close and latch the door, tighten the DOOR LOCK, and turn the LOAD KNOB to its IN position
- open the set's lower roller clamp (and the check valve set's upper clamp, if applicable) and press OPR to restart the infusion
- ❑ Titration
  - the AVI pump has the ability to titrate, or change flow rates instantly without interrupting the administration of fluid
  - press CLEAR while the pump is operating (do not press STBY first)
  - enter the new rate using the NUMBER KEYS (it is not necessary to press RATE first); verify displayed rate
  - within 10 seconds of pressing CLEAR, press OPR to instantly begin infusing at the new rate
  - When a new rate is entered as above, it is immediately displayed in the RATE display while the pump continues to infuse at the original rate. If OPR is not pressed within 10 seconds of pressing CLEAR, the non–insistent audio alarm sounds and the RATE display changes back to the original rate. If this occurs, press OPR to silence the alarm and repeat the correct titration procedure.

## BAXTER COLLEAGUE INFUSION PUMP
### Powering On
- ❑ Turn power on by pressing the ON/OFF button
- ❑ When all self tests are complete, the CHANGE PERSONALITY and NEW PATIENT soft keys will be showing
  - If NEW PATIENT soft key is present, information from the previous program is still retained in memory. To clear memory, press the NEW PATIENT soft key
- ❑ From the power on screen after self test, press the MAIN DISPLAY key (top right of front panel) to view the main display screen
### Powering Off
- ❑ While the pump automatically closes the dark blue slide clamp, always close the roller clamp before removing the tubing from the pump
- ❑ Press the ON/OFF key

PROCEDURAL GUIDELINES

## Loading the Tubing

- ❑ After turning the power on, press the OPEN key. The automatic tube loading mechanism open.
- ❑ If tubing is not loaded within 60 seconds, the loading mechanism closes
- ❑ Ensure that the dark blue slide clamp occludes the tubing. When the loading mechanism is open and STOPPED is displayed on the pump, insert the dark blue slide clamp into the slot.
- ❑ Pull tubing taut and slide it all the way into and along the tubing channel
- ❑ When the pump detects the tubing, the loading mechanism automatically pulls in the dark blue slide clamp, then closes and loads the tubing into the pumping mechanism
- ❑ After the tubing is loaded, confirm that the tubing entering the pump on the left side is going to the solution container
- ❑ Open the roller clamp. Verify that no solution is flowing (no drops falling in drip chamber and/or no flow from the end of the tubing)
- ❑ Attach the tubing to the patient access site

## Unloading the Tubing

- ❑ If the pump is running, press the STOP key on the pump
- ❑ Close the roller clamp on the tubing
- ❑ Press the OPEN key
  - ▣ The loading mechanism automatically closes the dark blue slide clamp and opens the tubing channel so you can remove the tubing
  - ▣ Ensure that the tubing channel is completely open (arrow displayed on the pump display)
- ❑ When the mechanism is opened completely, grasp the tubing on both sides of the pump and remove the tubing from the pump. The mechanism closes automatically 60 seconds after the tubing is removed

## Manual Tube Release

- ❑ Use the Manual Tube Release ONLY when the automatic tube release is not functioning
- ❑ Close the roller clamp on the tubing
- ❑ Locate the manual tube release on the right side of the pump, as you face the panel
- ❑ Push and grasp the release tab, turning it out
- ❑ Rotate the tab counterclockwise to its stop. This closes the dark blue slide clamp and opens the pump mechanism
- ❑ Remove the tubing from the pump

## Resetting the Manual Release

- ❑ Ensure there is no tubing or foreign objects in the tubing channel
- ❑ Turn the release tab clockwise to its stop and push the tab into its socket
- ❑ The DONE soft key is displayed when the manual tube release is reset. Press the DONE soft key to clear the alarm
- ❑ The pump cannot be powered off until the manual tube release is reset

## Programming the Primary Rate

- ❑ When the main display screen is shown, press the RATE key. The display then changes to the programming screen and the rate field is highlighted
- ❑ Program the desired flow rate (in ml/hr) using the keypad
- ❑ Press the VOL key or use the arrow keys to highlight the volume field
- ❑ Program the desired volume to be infused
- ❑ After programming is complete, verify the information before starting the pump
- ❑ Press START to being infusing

EMERGENCY MEDICAL GUIDELINES

**Completing or Stopping the Infusion**
- ❑ When the volume remaining reaches zero (0), the pump automatically goes to KVO mode
- ❑ To exit this mode, press the STOP key or turn off the pump

**Changing the Flow Rate during Infusion**
- ❑ Press the RATE key and enter the new value
- ❑ Press the START key to save the change and being infusing at the new rate

**Programming a Dose Based on Patient Weight**
- ❑ On the primary screen, press the CHANGE MODE soft key. The programming modes screen is then displayed
- ❑ Use the arrow keys and/or PAGE UP/PAGE DOWN soft keys to highlight the mg/kg/min selection
- ❑ Press the SELECT soft key to display the programming screen
- ❑ Program each field listed
- ❑ When finished, verify all values and press the CONFIRM SETTINGS soft key
- ❑ Press the START key to begin the infusion

**Using the Volume-Time Function**
- ❑ Press the appropriate programming key (Primary or Piggyback)
- ❑ From the programming screen, press the CHANGE MODE soft key
- ❑ Highlight either PRIMARY VOLUME-TIME or PIGGYBACK VOLUME-TIME then press the SELECT key
- ❑ Enter the volume to be infused
- ❑ Highlight TIME DURATION using the arrow keys. Enter the time period for the infusion in hours and/or minutes. The pump automatically calculates the flow rate
- ❑ Verify that the information is correct, then press the CONFIRM SETTINGS soft key, then press the START key to being the infusion

**Air Alarm**
- ❑ If the "air detected" alarm sounds, the advance air pop-up window is displayed. Press the UP arrow key next to the YES label for pump-assisted viewing of detected air. If pump-assistance is not desired, press the DOWN arrow key to manually purge the air. Remove the tubing from the pump and flush the air from the tubing, then replace the tubing in the pump
- ❑ Press and hold the ADVANCE AIR key. The pump continuously pumps until the key is released. When the pump detects fluid, a FLUID DETECTED icon is displayed
- ❑ When the FLUID DETECTED icon is displayed, the alarm is reset. Visually inspect the air bubble, disconnect the tubing from the patient, and flush the air from the tubing
- ❑ When the air has been removed, the infusion may be restarted. Press the Primary or Piggyback key then START

---

# IVAC 530

**Notes**
- ❑ Delivers at 45 psi and useful for intraosseous infusions
- ❑ Use vented tubing with glass NTG infusion bottles
- ❑ The pump does not detect infiltrations (monitor the site)
- ❑ Four hours of operation time on a fully charged battery
- ❑ The white drop indicator illuminates with each drop
- ❑ Close the drip clamp prior to opening the pump door.

PROCEDURAL GUIDELINES

### Application/Use

- ❑ Prepare IV set with all air remove from the tubing and the drip chamber half full
- ❑ Place the drip sensor on the chamber above the fluid level
- ❑ Open the pump door, place tubing between the guide posts.
- ❑ Close the door, secure the latch, and ensure the tubing is not kinked.
- ❑ Attach the tubing to an IV site (preferably a seperate site or twin–cath).
- ❑ If piggy–backing into a standard IV set, be sure the roller clamp on the standard
- ❑ IV set is closed.
- ❑ Turn the machine on (green power button)and select the gtts/min setting.
- ❑ Start the infusion by pressing the red start button.

## IVAC MED SYSTEM 3

### Multi–Channel Infusion Pump

### Application/Use

- ❑ Priming the Administration Set
  - ▪ use only IVAC 25 or 28 series Administration sets.
  - ▪ close regulating clamp. Spike container, fill drip chamber to the fill line.
  - ▪ check vent position.
  - ▪ slowly prime set, tapping and inverting cassette and any Y sites to expel all air.
- ❑ Cassette Insertion
  - ▪ turn instrument ON before inserting cassette.
  - ▪ ensure slide clamp is pulled out completely.
  - ▪ insert cassette at an upward angle, then snap in place.
  - ▪ slide clamp must be flush with cassette.
  - ▪ ensure tubing collar correctly seated.
  - ▪ three "beeps" indicate proper placement.
- ❑ Instrument Quick Set–up
  - ▪ verify instrument is turned on.
  - ▪ select Channel by pressing desired channel key (A, B, C).
  - ▪ press Select to move highlighted bar to choose setting to change, i.e. Rate, Volume Remaining or to clear Volume Infused.
  - ▪ use (up) arrow,(down) arrow, Fast (up) arrow, or Fast (down) arrow to program new settings.
  - ▪ to change direction of the "Fast" keys, press the corresponding (up) or (down) arrow.
  - ▪ to recall a setting before Enter is pressed, press More Options, press Recall.
  - ▪ press Enter when programming complete.
  - ▪ press START/STOP key to begin or stop infusion.
  - ▪ verify settings on Standard Display page.
  - ▪ verify infusion status — INFUSING, STOPPED, ALARM, KVO, STANDBY, FAULT, SERVICE.
  - ▪ verify flow of solution from the drip chamber.
- ❑ Titration of Rate
  - ▪ access desired channel by pressing channel key (A, B, C).
  - ▪ change the rate by using the up arrow, down arrow, Fast (up) arrow, or Fast (down) arrow.
  - ▪ press Enter.
- ❑ Clearing the Volume Infused
  - ▪ access desired channel by pressing channel key (A, B, or C).
  - ▪ press Select until Volume Infused (VI) is highlighted.
  - ▪ press Clear to reset to zero.

EMERGENCY MEDICAL GUIDELINES

- ◼ press Enter.
- ❑ Clearing the Total Volume Infused for all channels, primary and secondary
  - ◼ press MORE OPTIONS until the Tot Vol softkey appears.
  - ◼ press Tot Vol. Total volume page appears.
  - ◼ press Clr Tot. All values for each channel will clear and flash.
  - ◼ press Enter.
- ❑ Stopping a channel
  - ◼ temporarily
    - ◼ access channel by pressing channel key (A, B, C).
    - ◼ press START/STOP key. Infusion status STOPPED on Channel page.
  - ◼ indefinitely
    - ◼ access desired channel by pressing channel key (A, B, C).
    - ◼ press START/STOP key. Infusion status STOPPED on Channel page.
    - ◼ return to the Standard Display page.
    - ◼ press Stndby softkey
    - ◼ standby option is only available on Standard Display page, when cassette is in a STOPPED channel.
- ❑ Clearing information from the standard display page when not in use
  - ◼ the channel must be stopped and the cassette removed.
  - ◼ the channel must not be selected, i.e. Status line for that channel must not be highlighted.
  - ◼ to clear the Status line highlighting, press any infusing channel key.
  - ◼ the information for the channel not in use will disappear from the Standard Display page after 2 minutes.

*Figure 23*

## INTRAMUSCULAR MEDICATION ADMINISTRATION



**Procedure**
- ❑ Explain the procedure to the patient
- ❑ Verify the patient has no allergies to the medication
- ❑ Prepare a syringe of proper volume and attach a 21 gauge 1½ inch needle
- ❑ Verify the name and concentration of the medication; inspect the solution for discoloration, cloudiness, or particles; check expiration date
- ❑ Disinfect the deltoid muscle using an antiseptic swab
  - ◼ medication can also be given in the upper-outer quadrant of the buttocks

*Figure 24*

- ❑ Recheck the medication
- ❑ Using one hand, stretch skin layer apart and flatten between fingers. Holding the syringe in the other hand, quickly insert the needle at a 90 degree angle into the muscle (*See Figure* 23, 24).
- ❑ Pull back on the plunger to insure the needle has not entered an artery or vein by accident; there should be no blood return into the syringe
- ❑ Inject the medication
- ❑ Quickly remove the syringe and apply firm pressure over the injection site
- ❑ Properly dispose of the needle and monitor the patient for adverse reactions

**Pediatric**
- ❑ Needle size should be 23–25 gauge and length 1 inch
- ❑ Recommended site is anterior thigh or upper-outer quadrant of the buttocks

*Figure 25*

PROCEDURAL GUIDELINES



*Figure 25a*



*Figure 26*



*Figure 27*

# INTRAOSSEOUS INFUSIONS

## Indications
- ❏ Multi system trauma with associated shock and/or severe hypovolemia
- ❏ Unresponsive and in need of immediate drug or fluid resuscitation due to:
  - ◾ burns
  - ◾ cardiac arrest
  - ◾ anaphylaxis
  - ◾ near–drowning
  - ◾ status asthmaticus
  - ◾ severe dehydration associated with vascular collapse and/or loss of consciousness

## Contraindications
- ❏ Fracture or crush injury to the same extremity
- ❏ Gross infection at the intended site of puncture
- ❏ Responsive patient (unless cardiac arrest is imminent)

## Caution
- ❏ No more than one insertion attempt per bone
- ❏ If the needle becomes obstructed, attempt to clear by flushing with saline. If this is unsuccessful, insert a clean needle of a smaller diameter through the center of the original needle
- ❏ Use of sterile procedure should be documented on the run report due to rare but serious side affect of osteomyelitis (inflammation of the bone, especially the marrow, caused by a pathogenic organism)

## Procedure
- ❏ There are two sites available for intraosseous infusion in the tibia. Children under seven years old, use the proximal tibia, which is located two finger widths below the tibia tuberosity on the anterior medial aspect of the leg (*See Figure* 25, 25a). Children over seven years of age, use the flat portion of the lower tibia approximately 2 cm above the medial malleolus (*See Figure* 26) due to the thickness of the proximal tibia compared to that of the distal tibia in that age group.
- ❏ Choose appropriate site and cleanse with antiseptic swab
- ❏ Insert the intraosseous needle, directed slightly inferior to avoid the epiphyses (*See Figure* 27), into the tibia using firm pressure and a boring  motion until entering the medullary cavity which is noted by a lack of resistance. The needle will feel firmly fixed in place.
- ❏ Remove the stylet and attach a 3–way stopcock with 10 cc syringe to the needle and flush. Look for infiltration around the site or no flow of the intravenous fluid. If either of these two are present discontinue the procedure, remove the needle and apply firm pressure for a minimum of 10 minutes.
- ❏ Once placement is confirmed, open fluid administration set. All fluids and medications may be administered via the intraosseous route.
- ❏ Secure the needle as you would an impaled object



*Figure 28*

# INTRAVENOUS CATHETER INSERTION

## Procedure
- ❏ Explain the procedure to the patient
- ❏ Assemble the equipment needed
  - ◾ appropriate infusion set
  - ◾ intravenous fluid
  - ◾ select the catheter to be inserted
  - ◾ antiseptic swab

*03/01/05*

EMERGENCY MEDICAL GUIDELINES

- ◾ tourniquet
- ❑ Apply tourniquet if appropriate
- ❑ Select a suitable vein
- ❑ Prepare the venipuncture site
- ❑ Scrub the area with antiseptic swab starting above the vein and wiping vigorously in widening circles
- ❑ Align the catheter. With the bevel up, enter the skin at a 30–45 degree angle (*See Figure* 28). After entering the skin, lower the catheter to approximately a 15 degree angle to enter the vein. Enter the vein from the side or from the top. A "pop" should be felt upon entering the vein. Note blood return in the catheter.
  - ◾ a bevel down technique may be used in pediatric patients or patients with fragile veins
- ❑ Slightly advance the catheter beyond this point to insure placement inside the lumen of the vein. Advance the catheter inside vein and withdraw the needle while holding the catheter steady. (A Venoject with adapter may also be used)
- ❑ If blood is required, it can be drawn from the IV catheter using a 10cc syringe, prior to attaching IV fluid tubing
- Release the tourniquet
- ❑ Attach the IV tubing, and allow unimpeded flow of the IV solution. The flow should be steady. If the fluid is unsteady in nature, the catheter tip may be against the vein wall; pull back slightly



*Figure 29*

*Figure 30*

# INTRAVENOUS MEDICATION ADMINISTRATION

## BOLUS

### Caution

- ❑ Beware of run away IV flow rate

### Procedure

- ❑ Verify the name and concentration of the medication; inspect the solution for discoloration, cloudiness, or particles; check expiration date
- ❑ Disinfect the drug administration port of the IV line using an antiseptic swab
- ❑ Uncap the needle
- ❑ Recheck the medication
- ❑ Insert the needle in to the administration port; take care not to jam the needle straight through and out the opposite side
- ❑ Pinch the tubing above the port to prevent back flow of medication into the IV bag (*See Figure* 29); inject the medication (*See Figure* 30)
  - ◾ check the IV site for patency to prevent any medication infiltration
- ❑ Open the IV line clamp to flush any remaining medication from the IV line, reset the clamp to the proper flow rate

# MUCOSAL ATOMIZATION DEVICE (MAD)

## INTRANASAL DRUG DELIVERY

The nasal route is an attractive method of drug delivery due to the rich vascular plexus that is present within the nasal cavity and the easy accessibility of this vascular bed. Because of this easily accessed vascular bed, nasal administration of medications is emerging as a promising method of delivering medications directly to the blood stream. This method of delivery can eliminate the need for intravenous catheters while still achieving rapid, effective blood levels of the medication administered.

PROCEDURAL GUIDELINES

### Advantages
- ❑ The rich vascular plexus of the nasal cavity provides a direct route into the blood stream for medications that easily cross mucous membranes.
- ❑ Due to direct absorption into the blood stream, gastrointestinal destruction and hepatic first pass metabolism (destruction of drugs by the liver enzymes) are avoided, allowing more drug to be bioavailable than if it were administered orally.
- ❑ For many medications the rates of absorption and plasma concentrations are relatively comparable to that obtained by intravenous administration.
- ❑ Ease and convenience: This method of drug administration is essentially painless, does not require sterile technique, intravenous catheters or other invasive devices and it is immediately and readily available in all patients.
- ❑ Due to the close proximity of the olfactory nasal mucosa to the central nervous system, CSF drug concentrations may exceed plasma concentrations, making this an attractive method of rapidly achieving adequate CSF drug concentrations for centrally acting medications.

### Caution
- ❑ Do not give more than 2ml of medication, more than that will just run out of the nose

### Indications
- ❑ Fast medication delivery for:
  - ▪ Seizures
  - ▪ Sedation
  - ▪ Opiate overdose
  - ▪ Hypoglycemia
  - ▪ Intravenous access unobtainable or with a combative patient

### Contraindications
- ❑ Bloody nose
- ❑ Large volumes of mucous production

### Medications able to be given intranasally
- ❑ Ativan (Lorazepam)
- ❑ Glucagon
- ❑ Narcan (Naloxone)
- ❑ Versed (Midazolam)

### Procedure
- ❑ Draw desired amount of medication into a syringe with luer-lock tip
- ❑ Attach MAD nasal atomizer to syringe
- ❑ Place atomizer within nostril
- ❑ Briskly compress syringe to administer 1/2 of the volume as atomized spray
- ❑ Remove and repeat in other nostril, so all the medication is administered
- ❑ Reassess the patient and continue with treatment protocol

## NEEDLESS IV SYSTEMS
- ❑ Should be used when available.
- ❑ Reduces the risk of accidental needle sticks.

### Components
- ❑ Syringe Cannula
  - ▪ For drawing and administering medications from an ampule.  Blunt tipped.
- ❑ Vial Access Cannula

*03/01/05*

EMERGENCY MEDICAL GUIDELINES

- ◼ For drawing and administering medications from a vial; pointed tip will remain in vial.
- ❑ Saline lock device (i.e. Multi–access Port or MAP, Heplock)
  - ◼ Used for precautionary IV access
- ❑ Threaded Lock Cannula or Lever Lock Cannula
  - ◼ Used to secure IV tubing to saline lock device or medication access port on compatible tubing.
- ❑ Drug Vial Adapter
  - ◼ Used on multi–dose vials for syringe cannula usage.

# NERVE AGENT AUTO INJECTORS

The Paramedic may administer the prescribed nerve agent antidotes via an auto-injector for rescuers or patients who are exhibiting signs of organophospate poisoning. These signs include: pinpoint pupils, salivation, lacrimation, urination, defication, gastro-intestinal discomfort, emesis, respiratory difficuty, seizures, coma, or death. The Nerve Agent Auto Injectors include the Mark I, Atropen, and the CANA Kit. These kits should be used as indicated in the "Hazmat" Section. Only the Atropen is available in pediatric dosages. EMTs may self administer.

**Procedure**
- ❑ Primary Assessment
- ❑ Verify the appropriate dosage auto-injector based on age and weight, check expiration date.
- ❑ Ensure patient is exhibiting signs of organophosphate poisoning as described above.
- ❑ Remove auto-injector safety cap.
- ❑ Select appropriate injection site.
  - ◼ Thigh – lateral portion of thigh, midway between waist and knee.
  - ◼ Buttock – upper outer quadrant.
- ❑ Push auto-injector firmly against site until injector activates.
- ❑ Hold in place until medication is fully injected (minimum of 10 seconds).
- ❑ Record time.
- ❑ Dispose of injector in biohazard container.
- ❑ Reassess patient.
- ❑ Re-adminster per dosing schedule in "Hazmat" Section

# NITROGLYCERIN IV

**Indications**
- ❑ ST elevation in two or more contiguous leads of the 12 Lead EKG
- ❑ Continued chest pain partially relieved after 3 SL nitroglycerin when ST elevation is not present
- ❑ Congestive heart failure with moderate to severe dyspnea
- ❑ Hypertension with Physician Consult

**Contraindications**
- ❑ Systolic blood pressure less than 100 mm/Hg
- ❑ Known allergy to nitrates
- ❑ Head trauma
- ❑ Hypovolemia

PROCEDURAL GUIDELINES

**Caution**
- ❏ Low absorption tubing does not have to be used in order to deliver accurate amounts of the medication.  The use of PVC tubing does not alter the dose being received by the patient.
- ❏ Utilize a double lumen catheter IV catheter or establish a second IV line.
  - ◾ At the medic's discretion, IV Nitro may be piggybacked as a last resort if no other IV site is available.  If this becomes necessary, piggyback the line at the lower hub of the regular tubing and use an 18 g needle advanced as much as possible through the lower hub.
- ❏ When transferring patient to ER staff be sure to close the lower roller clamp on the IV tubing.  If this is not done a large bolus of Nitro will be administered to the patient with potentially disastrous results.
- ❏ Nitro is absorbed through the skin; use caution not to expose any unprotected skin to this medication

# NITROUS OXIDE

## NITRONOX

Nitronox is a mixture of 50% Nitrous Oxide and 50% Oxygen

**Nitronox Equipment**
- ❏ Nitronox units are comprised of a Nitrous Oxide cylinder, a blending regulator and an Oxygen cylinder.
  - ◾ The Oxygen cylinder may or may mot be part of the Nitronox unit.  Some Nitronox units require a separate oxygen unit to connect the Nitronox unit.
- ❏ When turning the Nitronox unit on, turn on the Nitrous Oxide cylinder and the Oxygen cylinder.  The blending regulator gauge should indicate green.  This green zone indicates that the proper blending of Nitrous Oxide 50% with Oxygen is being maintained.
- ❏ Nitronox units that require a separate oxygen unit use a small Nitrous Oxide cylinder that is intended for single use.  This will require that the Nitrous Oxide cylinder be changed after each use.

**Indications**
- ❏ Nitronox is indicated for pre-hospital relief of pain.

**Contraindications**
- ❏ Any altered level of consciousness (i.e. alcohol intoxication or drug overdose).
- ❏ Head injury
- ❏ Hypotension or shock
- ❏ COPD
- ❏ Acute PE
- ❏ Chest Trauma, especially pneumothorax
- ❏ Nausea and vomiting
- ❏ Decompression sickness
- ❏ Air embolism
- ❏ Abdominal pain with distension or suspicion of obstruction
- ❏ Pregnancy (except during delivery, if mother is stable).
- ❏ Patient is unstable to self-administer Nitronox.

**Procedure**
- ❏ After the above contraindications have been excluded, Nitronox may be self-administered by the patient.

EMERGENCY MEDICAL GUIDELINES

- ❑ All vitals signs are to be monitored frequently and documented. The pulse oximeter should also be used. If the patient's vital signs become unstable or the patient becomes symptomatic from the side effects, discontinue Nitronox.
- ❑ Whenever Nitronox is administered to a patient, the patient will be transported ALS. Patients will not be released to a BLS unit for transport.
- ❑ Nitronox should be considered a drug and as with any drug, complications may develop. Proper precautions should always be taken.
  - ■ The patient may also be given Oxygen via nasal cannula @ 4-6 LPM to maintain oxygen therapy when the Nitronox is not being administered by the patient.

# PIGGYBACK

**Indication**
- ❑ IV drug Therapy

**Contraindications**
- ❑ Allergies to medication
- ❑ Infiltration at IV Site

**Procedure**
- ❑ Prepare the necessary equipment
- ❑ Confirm that the patient is not allergic to medication
- ❑ Select the proper medication
- ❑ Verify the name and concentration of the medication; inspect the solution for discoloration, cloudiness, or particles; check expiration date
- ❑ Draw up medication / assemble pre–filled syringe
- ❑ Clean the medication administration port on IV bottle/bag, with antiseptic swab
- ❑ Carefully add medication to bottle
- ❑ Mix the fluid by inverting the bottle several times
- ❑ Place label on bottle/bag, identifying the medication and concentration
- ❑ Connect the administration set using aseptic technique
- ❑ Flush IV line and expel air
- ❑ Attach needle to IV line; use luer–lock application when available
- ❑ Clean medication port with antiseptic swab and insert needle
- ❑ Secure needle
- ❑ Stop flow of primary line
- ❑ Set pump infusion rate
- ❑ Monitor patient for desired affect

# RECTAL MEDICATION ADMINISTRATION

**Indications**
- ❑ For emergent medication administration when IV access is unobtainable in adults and children

**Procedure**
- ❑ Place medication in a needleless syringe
- ❑ Attach the plastic catheter of a 14 gauge IV catheter on the end of the syringe
- ❑ Lubricate the catheter
- ❑ Insert catheter past anal sphincter
- ❑ Inject medication; withdraw syringe

PROCEDURAL GUIDELINES

## SALINE LOCK

### Indications

❑ Patients who need or require IV access, but will probably not require fluids
❑ Hemodynamically stable patients complaining of:
  ◾ COPD
  ◾ dialysis problems
  ◾ hypertension
  ◾ post seizure
  ◾ other precautionary IV access

### Procedure

❑ Cannulate vein, refer to INTRAVENOUS CATHETER INSERTION PROCEDURAL GUIDELINE *(SEE PAGE P-47)*
❑ Screw the saline lock onto the hub of the catheter
❑ Flush the saline lock with 2–3 cc of bacteriostatic 0.9% NaCl to confirm placement in the vein and to flush the saline lock and catheter of blood
❑ Fluids may be piggybacked to the saline lock if needed
❑ If medications are administered via the saline lock, flush the saline lock with 1–2 cc of NaCl after the medication is given



*Figure 31*



*Figure 32*

## SUBCUTANEOUS MEDICATION ADMINISTRATION

### Procedure

❑ Explain the procedure to the patient
❑ Verify that the patient has no allergies to the medication
❑ Prepare a 1 cc syringe and attach a subcutaneous needle (short 25–30 g)
❑ Verify the name and concentration of the medication; inspect the solution for discoloration, cloudiness, or particles; check expiration date
❑ Disinfect the site using an antiseptic swab
❑ With one hand, gently grasp the skin over the injection site and pull it away from the underlying muscle *(See Figure 47)*
❑ Insert the needle into the subcutaneous tissue at a 45 degree angle to the skin *(See Figure 48)*
❑ Gently pull back on the plunger to verify an artery or vein has not been entered; there should be no blood return
❑ Inject the medication
❑ Quickly withdraw the needle at the same angle it was inserted; apply firm pressure to the injection site
❑ Properly dispose of the syringe
❑ Monitor the patient for adverse reactions

## UMBILICAL VENOUS CATHETERIZATION

### Indications

❑ Asphyxiated newborn
❑ Hypovolemia
❑ Last resort for venous catheterization

*03/01/05*

EMERGENCY MEDICAL GUIDELINES

**Contraindications**
- ❑ Non–Symptomatic newborn
- ❑ Other venous access available

**Caution**
- ❑ Hypertension
- ❑ Thrombosis
- ❑ To far of a placement of the catheter, may irritate the liver
- ❑ Reassessment of vascular site for patent access
- ❑ IV overload

**Procedure**
- ❑ Obtain the proper equipment needed for procedure
- ❑ Umbilical tape or equivalent
- ❑ Scissors
- [
- [
- [
- [
- [

Appl
- [

A

B

:wborn,

C

D

access

:ure line

PROCEDURAL GUIDELINES



# General

## BLOOD ALCOHOL SAMPLING

### Legal Interpretation

FS Chapter 316.1932(2)(f)(2)

"Only a physician, certified paramedic, ...acting at the request of a law enforcement officer, may withdraw blood for the purpose of determining the alcohol content thereof or the presence of chemical substances or controlled substances thererin..."

### Caution

❑ Drawing a blood alcohol sample SHOULD NOT DELAY TRANSPORT of the critical patient!

### Procedure

❑ The EMS run report shall contain the following information (if applicable)
- ▪ A blood alcohol kit was used
- ▪ Betadine (providone-iodine) solution (or hydrogen peroxide/acetone if allergic to iodine) was used for the skin preparation
- ▪ Name of the law enforcement officer requesting blood sample
- ▪ Time of draw
- ▪ If paramedic drawing samples is different from the one signing the report, that paramedic will sign under the above information

❑ All blood samples taken shall be surrendered to the requesting law enforcement officer

❑ The paramedic
- ▪ May be required to obtain multiple samples
- ▪ Shall obtain a minimum of two samples per person/per draw
- ▪ Shall render emergency medical service or treatment as necessary prior to the drawing of blood and alcohol samples
- ▪ Shall obtain alcohol samples only at the request of a law enforcement officer either in the field, upon arrival in the Emergency Department, or in the law enforcement facility

*03/01/95*

EMERGENCY MEDICAL GUIDELINES

# BLOOD GLUCOSE LEVEL

This procedure is used as a gauge for treatment.  Consider administration of $D_{50}$ for any reading of 60 mg/dl or less.  $D_{50}$ use not considered in CVA unless reading less than 50mg/dl

### Indications

- ☐ Any change from the patients normal mental status
- ☐ Unconscious/unresponsive patients
- ☐ Stroke victims
- ☐ Alcoholic patients
- ☐ Seizure patients
- ☐ Patients with known diabetes, if the complaint warrants a glucose check

## GLUCOMETER ELITE

### Application/Use

- ☐ Insert the lancet into the glucolet pen
- ☐ Insert the test strip into the glucometer until an audible beep is heard
- ☐ Cleanse the finger with a antiseptic swab and allow to dry
- ☐ Perform a finger stick using a lancing device; dispose of the device once used
- ☐ If necessary, gently squeeze the finger to obtain a sufficient blood sample
- ☐ Touch the tip of the strip to the blood; the blood will be automatically be drawn into the test strip.  Once the meter beeps remove the strip from the blood source.
- ☐ The blood glucose level will be shown after 60 seconds
- ☐ Once the blood is obtained remove and dispose of the strip and record the reading
  - ▪ a reading of LO indicates a blood glucose level less than 40 mg/dl
  - ▪ a reading of HI indicates a level above 500 mg/dl

## ONE TOUCH

### Application/Use

- ☐ Press the ON/OFF button to turn the meter on
- ☐ When the meter reads INSERT STRIP carefully remove a test strip from the package being careful not to touch the white test area, and insert into the meter
- ☐ Apply the blood sample to the white test area
- ☐ The meter will begin a count down and will show the results within 45 seconds
  - ▪ the meter will show readings between 0–600 mg/dL
  - ▪ if the results are above 600 mg/dl the meter will read HIGH
- ☐ Clean unit after each use

# BROSELOW PEDIATRIC EMERGENCY TAPE

### Application/Use

- ☐ Place the Brosel[...] lored s[...] supine child with the red [...]om [...] bles of the feet. Whichev[...] bottoms of the child's fee[...] rovide the appropriate si[...] of airw[...] equipment to be [...]lized. length falls at the extrem[...] [...] respective c[...] [...]ext closest color category an[...] lines.
- ☐ Immediately ne[...] the color zones are the weight zones which [...] proper drug dosages for **MEASURE CHILD TO DETERMINE** [...]c resuscitation withi[...] **WEIGHT/COLOR ZONES** [...]or / airway zones,

PROCEDURAL GUIDELINES

consult the weight / dosage zone that aligns with the bottom of the patient's feet. If the actual weight of the patient is available, however, use the tape as a calculator by going directly to the respective weight / dosage zone.

❑ On the opposite side of the tape are weight zones which, when measured against the supine child in the above described manner, provide the appropriate calculations for infusions, fluid volume expansion, paralytics, defasciculating agents and induction agents

# COLIN BLOOD PRESSURE MONITOR

**Indications**
❑ Continuous blood pressure monitoring

**Caution**
❑ Unusual readings need to be confirmed with traditional procedures
❑ The machine will reinflate if the systolic pressure is high

**Application/Use**
❑ Select the proper sized cuff
❑ Be sure the air line is without any kinks
❑ Turn the unit on and allow it perform its self–test
❑ Press the start button
❑ Adjust the interval (5 to 10 min for stable patients)
❑ The alarm may be silenced by pressing the white alarm button
❑ The alarm limits may be adjusted

# CRITICARE 506DX2 VITALCARE VITAL SIGNS MONITOR

**Indications**
Automatic monitoring of Non–invasive Blood Pressure (NIBP) and Pulse Oximetry (SpO₂)
Temperature monitoring (oral and rectal)

**Caution**
❑ Use only Criticare blood pressure cuffs for accurate readings
❑ Prolonged use of blood pressure cuffs and pulse oximetry probes can cause tissue damage.
❑ Periodically check patient.

**Procedure**
1. Turn power on and allow unit to self–test
2. Blood Pressure
3. Select proper size cuff and secure onto patient's arm
4. Make sure that there are no kinks or other obstructions in the hose
5. Press the NIBP Start /Stop button to take the reading.
6. Adjust the interval time

EMERGENCY MEDICAL GUIDELINES

**Pulse Oximetry**
1. Place the finger sensor on the patient's finger with the LED's positioned on the nail side.
2. Attempt to place sensor on the opposite extremity that the blood pressure cuff is on.
3. Reading will automatically appear

**Temperature (if installed on machine)**
1. Install the desired probe (blue for oral, red for rectal)
2. Place IVAC brand probe cover onto probe
3. Temperature will start to be taken when probe makes contact with tissue.
4. Temperature is done when you hear an audible tone and either "F" or "C" will be displayed with the reading.
5. Eject probe cover by pushing on the colored end of the probe.

# DO NOT RESUSCITATE ORDER (DNRO)

## WHAT TO DO
❑ Get the original Florida Pre–hospital Do Not Resuscitate Order (DNRO), DOH Form 1896, Oct '93, or substantially equivalent. Copies of the form are acceptable.
❑ Validate the form for completeness
  ▪ patient or surrogate's signature properly executed
  ▪ physician's signature properly executed
❑ Identify the patient
  ▪ photo identification (i.e. driver's license), or
  ▪ witness
❑ Provide any care and comfort measures indicated
❑ Document information
  ▪ effective date of DNRO
  ▪ witness used for identification (if applicable)
  ▪ attending physician
  ▪ name of patient or surrogate who signed DNRO
  ▪ attach original (or validated copy) DNRO to run report

# DOPPLER MEDISONIC

## Indications
❑ Used for detecting very faint sounds (PEA, bruits, distal pulses, etc)
❑ Used in Obstetrics (fetal heart tones and stress detection during birth)

## Application/Use
❑ Sparingly apply ultrasound gel over the area to be assessed
❑ Place the doppler over the test site
❑ Press and hold the buttom until the audio is heard at a comfortable level
❑ Move the doppler in a circular motion until the desired sound is located

# FOLEY CATHETERIZATION

## Indications
To relieve bladder distention and maintain urinary tract patency, usually associated

PROCEDURAL GUIDELINES

with long patient transfers
  Caution

This procedure requires the use of sterile technique, the provider must be familiar with the aspects of this techniques prior to attempting this procedure

Procedure

- ☐ Obtain catheter insertion kit
- ☐ Explain procedure to patient
- ☐ Open catheter insertion kit and place in an accessible location
- ☐ Put on sterile gloves using sterile technique
- ☐ Place drapes over perineal area
- ☐ Examine catheter and check to see if it is securely attached to drainage bag and attach syringe with sterile water to injection port
- ☐ Apply lubricant to catheter tip
- ☐ Cleanse urinary meatus using cotton soaked with antiseptic solution
  - ■ females—start above the meatus and wipe downward to the perineum, repeat several times using a new cotton ball each time
  - ■ males—cleanse in a circular motion from the meatus downward to the base of the glans, repeat several times using a new cotton ball each time
- ☐ Insert lubricated catheter tip into urethra and ask patient to take a deep breath and exhale slowly
- ☐ Advance catheter until urine is noted and advance approx. 2–3cm further to ensure balloon is in the bladder
- ☐ Inject the sterile water into the port and pull gently on the catheter until resistance is met
- ☐ Place drainage bag below level of the bladder
- ☐ Tape catheter to inner thigh and make sure the system drains freely
- ☐ Measure and document amount of urine output



# MORGAN MEDI—FLOW® LENS

**Indication**

Anytime an eye injury needs to be irrigated.

**Procedure**

**Insertion**

- ☐ Apply topical anesthetic to eye, if available.
- ☐ Attach IV set or Morgan delivery set.
- ☐ Begin flow.
- ☐ Have patient look down, insert lens under upper eyelid. Have the patient look up, retract lower lid, and drop lens in place.
- ☐ Absorb outflow with towels or other cloth device.

**Removal**

- ☐ Have patient look up, retract lower lid.
- ☐ Slide lens out.

EMERGENCY MEDICAL GUIDELINES

# PHLEBOTOMY

**Procedure**

- ❑ Assemble all equipment necessary for the procedure
- ❑ Explain the procedure to the patient
- ❑ Apply the tourniquet and visualize/palpate for a suitable vein
- ❑ Cleanse the venipuncture site using an antiseptic swab, moving in a circular motion from the center of the site to the outer portion of the site. Remember to cleanse the fingertip of the glove that is to used for palpating the site.
- ❑ Inspect the needle, syringe, or evacuated tube before performing the procedure
- ❑ Perform the venipuncture using one of the following methods:
  - ◼ evacuated tube method
    - ◼ grasp the patient's arm firmly, using the thumb to draw the skin taut; the vein is entered with the bevel of the needle upward; one hand should hold the tube while the other pushes the tube onto the holder
    - ◼ the tube should fill until the vacuum is exhausted and blood flow has ceased; if blood does not readily flow into the tube change the tube. If blood flow stops before an adequate amount of blood has been collected then pull back on the needle slightly
    - ◼ once the tube has filled, pull the tube off the holder prior to exiting the vein to avoid developing a hematoma at the site
  - ◼ syringe method
    - ◼ this method should be used on patients with more difficult veins
    - ◼ once venipuncture has been performed, if the blood flow stops, determine if the plunger is being pulled back too hard and adjust accordingly
    - ◼ once the venipuncture is complete, the blood must be transferred to a tube (the top of the red top tube may be removed for filling)
    - ◼ transfer the blood into a tube being certain not to force the blood into the tube (this could cause the tube to explode); hold the tube at a slight angle so that the blood flows down the side of the tube to avoid breakage of the blood cells
  - ◼ other methods
    - ◼ a winged infusion set with a vacutainer is generally used on pediatric patients and patients with very small/ fragile veins



- ❑ Once the procedure has been completed be sure to remove the tourniquet, place a dressing on the site and label the tube with the patient's name, date, time, and collector's initials
- ❑ All supplies should be disposed of properly

ions
  - ◼ chest trauma with dyspnea where inflation of the abdominal compartment will interfere with oxygenation
  - ◼ distended abdomen (aortic aneurysm is possible exception)

PROCEDURAL GUIDELINES

# PROPAQ

**CAPABILITIES:**
- ❑ ECG monitoring
- ❑ Respirations
- ❑ Non–invasive Blood Pressure(NIBP)
- ❑ Pulse Oximetry (Nellcor)
- ❑ Mainstream $CO_2$

**OPERATION:**
- ❑ Initial Power Up:
- ❑ Turn unit on by using on/off switch located on the right side panel
- ❑ Select patient mode (adult, child, infant)
  - ▪ adult ³ 9 years old
  - ▪ child = 45 weeks to 9 years
  - ▪ infant = neonate to 44 weeks
- ❑ To change mode, select: setup > more > change
- ❑ Unit is already set up for adult

**MONITOR ECG:**
- ❑ Apply leads as in normal ECG
- ❑ Respirations:
  - ▪ Respirations will automatically be recorded through the ECG

**NIBP:**
- ❑ Place the proper sized cuff on the patient's arm or thigh
- ❑ Auto or manual intervals may be set by:
  - ▪ Pressing Auto/Man button
  - ▪ Pressing Interval button to desired interval
  - ▪ Pressing Start to initiate a measurement

# RADIO COMMUNICATIONS

Standard rules for open air communications will be used, and the team is encouraged to keep radio air time to less than 30 seconds for routine encodes. Describe the problem in enough detail to explain treatment initiated and rationale for request, and to advise the hospital of the nature and seriousness of the patient's problem so that they can be appropriately prepared for your arrival. Significant objective findings may need to take precedence over a detailed history.

**SUGGESTED ENCODE FORMAT**
- ❑ Identify unit ID and paramedic/EMT name, priority/level of care, objective of communication (i.e. request for orders, notification, consultation, etc.)
- ❑ History to include patient description (number, age, sex), chief complaint, pertinent additinal symptoms, pertinent past history, pertinent medications
- ❑ Objective findings of patient's current condition, level of consciousness, vital signs, EKG rhythm, pertinent findings
- ❑ Treatment in progress and response to treatment, requests
- ❑ Estimated time of arrival at ER

EMERGENCY MEDICAL GUIDELINES

# RESPONDER INFLATABLE PEDIATRIC SEAT

**Indications**
- ❑ Properly secure pediatric patients that weight between 20 and 40 pounds with a maximum height of 40 inches during transport to the Emergency Department.
  - ■ Note: The Responder Inflatable Pediatric Seat is certified for use in motor vehicles and aircraft. The kit contains one (1) pediatric seat, (1) 12volt DC pump, (1) I-clip, (1) corrugated hose.

**Caution**
- ❑ Make sure the pump is switched off before plugging it into the cigarette lighter.

**To Inflate**
- ❑ Connect one end of the corrugated hose to "inflate" on pump and the other end to the valve on the seat. You will hear a "click" when properly attached.
- ❑ Open the Pedi-Seat. Do not put anything on the seat during inflation.
- ❑ Turn the pump switch on and inflate for approximately 60 seconds (the sides will be firm and the bottom will be softer.
- ❑ Turn the pump switch off, unplug hose from seat and cap the seat valve.
- ❑ Secure Pedi-Seat to rescue. Use the I-clip if securing with a lap-shoulder belt.

**To Deflate**
- ❑ Connect one end of hose to "deflate" on pump and the other end to the valve on seat. Some air will be released at this time.
- ❑ Make sure the pump is off before plugging into cigarette lighter.
- ❑ Turn the pump switch on and deflate for approximately 60 seconds.
- ❑ Turn the pump switch off, unplug the hose and cap the seat valve.
- ❑ Ensure seat is properly cleaned with mild soap / disinfectant such as Cidex
- ❑ Fold the seat and store all components in carrying case.



For babies under 12 months, pull pinna straight back.

*Figure 33*

# SUSPECTED CHILD/OTHER ABUSE

The State of Florida has strict concise laws regarding the reporting of suspected abuse and/or neglect of children, the elderly and the disabled. Should the team encounter a patient within one of these three groups whom they know or have reason to suspect has been abused or neglected, they have both a legal and moral obligation to report same.

Suspected instances of abuse or neglect are to be reported. Even though local authorities have been advised, notification of DOH is mandatory (per state law).



ment o
JSE

varded
ted run
ition as

For all others, grasp pinna and pull up and back.

*Figure 34*

# THERMOSCAN THERMOMETER

Caution

- ❑ The Pro–2 should not be used on any patient's ear which exhibits symptoms of an acute or chronic inflammatory condition of the external ear canal
- ❑ Do not take a temperature on an ear that contains blood or purulent discharge

Application/Use

- ❑ Make sure the thermometer is in the proper mode for the patient's age
- ❑ Install a cover on the probe by pressing the probe barrel straight down into the opened cover until you feel and see the cover seat securely, this will automatically turn the unit on
- ❑ All display segments will momentarily be displayed. When this is complete the display will show the temperature mode selected (i.e. ORAL F) and the word READY
- ❑ If the patient is under one year of age, pull the ear pinna straight back, insert the probe, carefully but firmly to seal the ear canal and press the top button (*See Figure* 33); the button should be held down for one second
- ❑ If the patient is over one year of age or an adult the ear pinna should be pulled both up and back (*See Figure* 34); the button should be held down for one second
- ❑ Eject the disposable probe cover by pressing the eject button



# TRAUMADEX

INDICATIONS

Temporary treatment of severe bleeding

Contraindications

Not for intravenous application and should never be injected into blood vessels. Should not be used on sucking chest wounds, open brain injuries with exposed brain tissue, and open fractures with exposed bone.

Procedure

- ❑ Tear open package and remove the cover, using a twisting and bending motion.
- ❑ Clean and remove excess blood from the wound site, using a sterile bandage or gauze.
- ❑ Identify the source of the bleeding, again removing any excess blood, then thoroughly cover the source and the wound bed with the TraumaDEX powder.
- ❑ Immediately reapply and maintain pressure at the source of the bleeding with a bandage or gauze

Other information

This is a single–patient, single use product.

TraumaDEX will not interfere with would treatment at the ED. Can be easily washed away without disturbing the clot.

EMERGENCY MEDICAL GUIDELINES

# TRAUMATIC BRAIN INJURY

**TRAUMA – Traumatic Brain Injury**
- ❑ Complete trauma assessment per Trauma Guidelines
- ❑ Stabilize C-Spine and assure adequate airway
- ❑ Perform baseline Glascow Coma Scale (GCS)
- ❑ Treat per pre-hospital triage for TBI guideline
- ❑ Maintain an SAO2 > 90%
- ❑ Maintain a systolic BP of >100 mmHg
- ❑ Transport to most appropriate receiving facility by most appropriate means per Trauma Transport Protocol (TTP)
- ❑ Recover any avulsed tissue if possible (ear, nose) and wrap in moist gauze

**Ocular Injury**
- ❑ Treat specific ocular injury - blunt or penetratingAdminister Tetracaine 1-2 gtts. in affected eye prn for pain. Can be used with contact lens
  - ■ Control bleeding with gentle pressure over wound site
- ❑ Stabilize protruding foreign bodies with moist sterile dressings, protect and cover both eyes if applicable
- ❑ Remove contact lenses if management of injury is complicated by their presence (ie. chemical burns)

PROCEDURAL GUIDELINES

TRIAGE FOR THE TRAUMATIC BRAIN INJURY PATIENT



EMERGENCY MEDICAL GUIDELINES

| Treatment: Ventilation Rates (approximate) | Transport Decisions |
|---|---|
| Normal Ventilation Breaths Per Minute<br><br>Adults   10 bpm<br>Children   20 bpm<br>Infants   25 bpm<br><br>Hyperventilation Breaths Per Minute<br><br>Adults   20 bpm<br>Children   30 bpm<br>Infants   35 bpm | The recommended hospital destination may not always be possible given the variality of local resources and transport times.  The decision for EMS personnel to follow these recommendations should be based upon discussion and approval by the EMS Division Chief and/or local Medical Control. |

*03/01/05*

EMERGENCY MEDICAL GUIDELINES

# Immobilization



## AMBU PERFIT ACE

**Collar Assembly**

- ❏ Hold collar near tracheal opening with one hand and place the index finger on the foam side of the chin piece and the thumb on the plastic side of the chin piece
- ❏ Simply flip the chin piece from the back of the collar to the front of the collar
- ❏ This automatically forms the chin piece and places it in position of function



**Procedure for use**

- ❏ Have one rescuer gently hold the head and neck in neutral alignment
- ❏ Second rescuer applies the collar to the patient
- ❏ Collar comes packaged to a Neckless Size 3. If a larger size is needed, disengage safety locks by pulling up on the safety buttons. Simply pull the collar apart until the appropriate size is reached
- ❏ Reengage the safety locks by pushing down on the safety buttons
- ❏ If a smaller size is needed, disengage the safety locks and pull out the arrows.
- ❏ Adjust the collar to appropriate size then push in the arrows and reengage the safety locks.

## CERVICAL IMMOBILIZATION DEVICE (C.I.D.)

Approved devices: Ferno CID, Headbed II, Sta-Blocks

**Indications**

- ❏ Used in conjunction with a rigid cervical collar to secure a patient's head to a long spine board or similar device, when a neck injury is suspected

**Application/Use**

- ❏ Apply a rigid cervical collar per guidelines
- ❏ Transfer the patient to a backboard using accepted technique
- ❏ Position approved device under the patient's head and affix to the board (Ferno CID is attached to the board prior to patient transfer and is reusable)
- ❏ Position support blocks or side panels against the head on each side
- ❏ Ferno CID only- the angled side of the support blocks may be placed next to the patient's head in cases where inline position cannot be maintained and the patient must be immobilized in position found
- ❏ Maintain neutral alignment of the head and neck and use straps provided to secure patient to the device
- ❏ Clean or dispose of the devices per department guidelines



03/01/05

# HALF BACK EXTRICATION/LIFT HARNESS

**Indications**

- ❏ The LSP Half Back (*See Figure* 35) is a versatile, short body immobilization board designed for suspected cervical/ spinal injuries during confined space extrication, i.e. auto accident, storage tank, sewer, construction area, etc.
- ❏ This device will be employed when a patient has a suspected cervical/spinal injury and must be extricated from any position other than lying (where the patient could be log rolled directly onto a backboard) except as noted below

**Caution**

- ❏ The device is applied quickly with very little time cost, but a patient with immediate life threatening injuries is extricated directly without employing the Half Back (at the discretion of the on–scene medical authority)

**Application/Use**

- ❏ Manual C–spine immobilization
- ❏ C–collar applied
- ❏ Remove any eyeglasses and articles from shirt pocket(s)
- ❏ Open Half Back, remove head harness, do not remove straps from pockets
- ❏ Insert Half Back behind patient
- ❏ Position sides under patient's arms
- ❏ Release padded leg straps to expose torso strap pockets
- ❏ Connect torso straps (color coded); leave loose
- ❏ Connect shoulder straps (color coded); adjust to bring sides of Half Back against patient's underarm
- ❏ Tighten torso straps
- ❏ Remove a leg strap from pocket; place webbing portion (not padding) under patient's leg at knee; work webbing back and forth under leg to the groin area; pull padded section under leg; connect (color coded) and tighten strap; repeat with other leg
- ❏ Disengage velcro from chin and forehead strap on head harness; grasp head harness by velcro flaps that attach harness to Half Back; position top of head harness to patient's head; secure velcro flaps to Half Back; secure forehead strap (near eyebrows); secure chin strap
- ❏ Release manual C–spine immobilization
- ❏ Extricate patient
- ❏ Place patient on backboard/Miller Board
- ❏ Loosen leg straps
- ❏ Secure patient on backboard/Miller Board



*Figure 35*

EMERGENCY MEDICAL GUIDELINES



*Figure 36*

# KENDRICK EXTRICATION DEVICE (KED)

### Indications

❑ The KED (*See Figure* 36) device is employed when a patient has a suspected cervical/spinal injury and must be extricated from any position were the patient cannot be directly placed (log roll or standing) onto a backboard.

### Caution

❑ The device is applied quickly with very little time cost, but a patient with immediate life threatening injuries is extricated directly without employing the KED (at the discretion of the on–scene medical authority).

### Application/Use

❑ Establish manual cervical support
❑ Apply cervical collar
❑ Maintain in–line cervical support
❑ Move patient's torso forward as a unit
❑ Place the KED behind the patient, ensuring it is all the way down to the seat
❑ Position side flaps under patient's armpits and around torso
❑ Fasten the mid torso strap
❑ Fasten the lower torso strap
❑ Position and fasten the groin straps
❑ Pad any space between the occiput and the upper portion of the KED
❑ Attach the forehead strap
❑ Attach the lower strap around the collar
   ◼ roller bandage (Kling) may be used in place of head straps as long as it secures the head in the same manner as the straps
❑ Fasten the upper torso strap
❑ Check all straps to ensure they are snug
❑ Loosen groin straps when placing patient supine for immobilization

# LONG SPINE IMMOBILIZATION

### Indications

❑ Any patient of an MVA, fall, or where mechanism of injury suggests possible spinal injury
❑ Any trauma patient who complains of pain in the head, neck, or back
❑ Any trauma patient who may have injury to the spine but in whom evaluation is difficult due to altered mental status (i.e. drugs, alcohol, unconsciousness)

### Application/Use

❑ Manual C–spine immobilization
❑ C–collar applied
❑ Halfback/KED applied (if applicable)
❑ Position rescuer 1 at the head of patient (maintaining C–spine), rescuer 2 at the shoulders, rescuer 3 at the hips; backboard is place alongside the patient
❑ Rescuer 1 commands all movements
❑ Log roll placement
   ◼ rescuer 1 makes a preparatory count to three and the patient is gently log rolled up on the three count; Rescuers 2 and 3 perform the roll while rescuer 1 maintains neutral C–spine alignment

- ■ the backboard is slid into place by Rescuer 3 (with one hand) or by additional personnel
- ■ rescuer 1 makes a preparatory count to three and the patient is gently log rolled down on the three count; Rescuers 2 and 3 perform the roll while rescuer 1 maintains neutral C–spine alignment
- ❏ Alternative placement techniques
  - ■ standing
  - ■ sliding
  - ■ placement with scoop–type device
- ❏ Double X Strapping
  - ■ there are four preconnected female straps attached to the long board. Two are placed over the shoulders and onto the chest, with the other two attached at mid chest (just under arm pit).
  - ■ there are four male straps with speed clips. Two are to be speed clipped to the pins by the patients's upper thighs and crisscrossed to the shoulders. The other two males will be speed clipped to the pins by the patient's ankles and crisscrossed to the females at mid chest (just under arm pit).
- ❏ Single X Strapping
  - ■ same as Double X Strapping except uses a single X strap method on the top and a single horizontal strap across the lower extremities
- ❏ Apply Cervical Immobilization Device
- ❏ Release manual C–spine immobilization; patient is ready for transport
  - ■ Remember that the head is only immobilized after the body has been immobilized.

**Helmet Removal**
- ❏ Important Points About Helmet removal
  - ■ Athletes wearing both helmets and shoulder pads (Football, Hockey and Rugby) are another special set of patients. Helmets used in different sports present different management problems for rescuers. The above-mentioned helmets are custom fitted to the individual and are therefore more difficult to remove. Unless special circumstances exist, such as respiratory distress coupled with an inability to access the airway, **THESE TYPE HELMETS SHOULD NOT BE REMOVED IN THE PREHOSPITAL SETTING.**
  - ■ The athlete wearing shoulder pads has his neck in a neutral position when lying supine with a helmet in place. Athletic helmet design will generally allow easy access once the face guard is removed. The face guard can easily be removed with a screwdriver or a pair of trauma scissors.
  - ■ On occasion, face guard screws may be rusted and you will be unable to remove it in the normal fashion. This occurs predominately with adolescents and nonprofessional athletes. In this case, the helmet must be removed and padding must be inserted under the head to keep the neck from hyperextending, or the shoulder pads must be cut away and removed.

After arrival at the emergency department the C-spine can be x-rayed with the helmet in place. Once the spine is evaluated, the helmet can be removed by stabilizing the head and neck, removing the cheek pads, releasing the air inflation system, and then sliding the helmet off in the usual manner.

In contrast, motorcycle helmets often must be removed in the prehospital setting. The removal technique is modified to accommodate the different designs. Motorcycle helmets are often designed with a continuous solid face guard that limits airway access. These helmets are not custom designed and frequently are poorly fitted to the patient. Their large size will usually produce significant neck flexion if left in place when the patient is placed on a backboard. Motorcycle accidents are usually associated with much more violent forces than are athletic injuries. The motorcycle helmet will make it difficult to

EMERGENCY MEDICAL GUIDELINES

stabilize the neck in a neutral position, may obstruct access to the airway, and may hide injuries to the head or neck; **MOTORCYCLE HELMETS SHOULD BE REMOVED IN THE PREHOSPITAL SETTING.**

**Removing A Motorcycle Helmet From A Patient With A Possible Cervical Spine Injury**

- ❏ Position yourself above or behind the patient, place your hands on each side of the helmet, and immobilize the head and neck by holding the helmet and the patient's neck
- ❏ Your partner positions himself to the side of the patient and removes the chin strap  Chin straps can usually be removed easily without cutting them.
- ❏ Your partner then assumes the stabilization by placing one hand under the neck and the occiput and the other hand on the anterior neck with the thumb pressing on one angle of the mandible and the index and middle fingers pressing on the other angle of the mandible
- ❏ You now remove the helmet by pulling out laterally on each side to clear the ears, and then up to remove. Tilt full-face helmets back to clear the nose (tilt the helmet, not the head)
- ❏ If the patient is wearing glasses, remove them through the visual opening before removing the full-face helmet.  Your partner maintains steady immobilization of the neck during this procedure
- ❏ After removal of the helmet, you again assume immobilization of the neck by grasping the head on either side with your fingers holding one angle of the jaw and the occiput
- ❏ Your partner now applies a suitable rigid extrication collar.



# MILLER BOARD

**Indications**
- ❏ Any victim of trauma with obvious neurological deficit such as paralysis, weakness, or paresthesia (numbness or tingling)
- ❏ Any victim of trauma with severe facial or head injuries
- ❏ Any victim of trauma to multiple systems
- ❏ Any victim of trauma in critical condition (priority one or two) or is unconscious

**Contraindications**
- ❏ Patient weight greater than 250 pounds
- ❏ Children less than 65 pounds

**Caution**
- ❏ Overtightening straps may obstruct chest expansion or inhibit respiratory effort

**Application/Use**
- ❏ Manual C–spine immobilization
- ❏ C–collar applied
- ❏ Halfback / KED applied (if applicable)
- ❏ Open harness system and place board alongside the patient
- ❏ Position rescuer 1 at the head of patient (maintaining C–spine), rescuer 2 at shoulders, rescuer 3 at the hips
- ❏ Rescuer 1 commands all movements
- ❏ Rescuer 1 makes a preparatory count to 3 and the patient is gently log rolled up on the three count.  Rescuers 2 and 3 perform the roll while rescuer 1 maintains neutral C–spine alignment.
- ❏ The Miller Board is slid into place by Rescuer 3 (with one hand) or by additional personnel.  The shoulder pins of the board are aligned with the top of the patient's shoulders; this alignment is essential to providing proper T–spine immobilization.

PROCEDURAL GUIDELINES

- ❑ Rescuer 1 makes a preparatory count to three and the patient is gently log rolled down on the three count.  Rescuers 2 and 3 perform the roll while Rescuer 1 maintains neutral C–spine alignment.
- ❑ Place the chest strap loosely over the patient's chest, excluding the arms, and thread through the pin.  Thread both shoulder straps through their corresponding pins and leave loose.  Position shoulder straps based on anatomical considerations and the condition of the victims chest.
- ❑ Tighten the chest strap; tighten the shoulder straps
- ❑ Thread and tighten the lower torso strap; patient's hands may be placed inside or outside of strap based on patient consideration
- ❑ Thread and tighten the leg and ankle straps
- ❑ Disengage velcro from chin and forehead strap on head harness; grasp head harness by velcro flaps that attach harness to Miller Board; position top of head harness to patient's head; secure velcro flaps to Miller Board; secure forehead strap (near eyebrows); secure chin strap
- ❑ Release manual C–spine
- ❑ Extricate patient; patient is ready for transport

## NAJO PEDI–AIR–ALIGN BACKBOARD



**Indications**
- ☐ Infants and children needing c–spine immobilization
- ☐ Weight rating up to 100 pounds

**Strapping Technique**
- ☐ Chest straps criss–cross across patient's chest
- ☐ Remainder of straps go across the body
- ☐ Wrist restraints can be used if needed.

**Broselow Color Coding**
- ☐ If the board is equipped with the Broselow Color Coding and the top of the patient's head starts in the brown area, follow the color–coding down the patient's left side of the board.
- ☐ If the top of the patient's head starts in the green area, follow the color-coding down the patient's right side of the board.

## RIGID CERVICAL COLLAR

Approved devices: Stiffneck, Stiffneck Select, Sure–Loc, WIZLoc and Philadelphia

**Indications**
- ❑ Suspected cervical injury. All approved rigid cervical collars are designed to limit movement of the cervical spine in all patients in whom a cervical injury is suspected.

**Caution**
- ❑ These devices must always be used in conjunction with other immobilization adjuncts.  Proper sizing is critical for good patient care, improper sizing can cause hyperextension or lack of support.

**Procedure**

**Sizing**
- ❑ All approved devices rely on the same key dimension in sizing (figure 37,38,39)

*Figure 37*

EMERGENCY MEDICAL GUIDELINES



*Figure 38*



*Figure 39*

❑ The key dimension is the distance between the top of the patients shoulders where the collar will rest and the bottom plane of the patients chin (angle of the jaw)

**Stiffneck, Stiffneck Select and Philadelphia**

❑ While the patient's head is being held in neutral alignment use finger width to visually measure the distance from the shoulder to the chin (key dimension)

❑ Use the finger measurement to select the collar size or adjustment that matches the key dimension

❑ Maintain neutral alignment of the head throughout application

❑ Position the chin piece by sliding the collar up the chest wall. Be sure the chin extends far enough onto the chin piece to cover the central fastener. Difficulty in positioning the chin piece may indicate the need for a shorter collar

❑ Slide the back portion of the collar behind the patients neck and affix the hook and loop fastener strap to the collar, the strap should be snug enough to maintain the chin piece in position

❑ Ensure that the chin piece stays in position during the application

**Sure-Loc and WIZLoc**

❑ Maintain neutral alignment of the head throughout application

❑ The key dimension on the collar is the distance between sizing indicator and the lower rigid plastic band, not the foam padding

❑ WIZLoc Only–Pre adjust the occipital support based on visual inspection of the neck (Thick, Regular or Tall)

❑ Position the chin piece under the patient's chin

❑ Slide the back portion of the collar behind the patient's neck and loosely affix the hook and loop fastener strap to the collar

❑ Hold the bottom of the collar downward in contact with the patient's chest

❑ Raise the mandibular support until contact is made with the chin (do not exert upward pressure on the chin, the may cause further injury to the patient), lock the support in position

❑ Adjust the hook and loop fastener snug enough to maintain the chin piece in position

❑ Sure–Loc Only–Adjust the occipital support until contact is made with the patient's occiput (do not exert upward pressure after contact with the occiput is made, this may cause further injury to the patient), lock the support in position

❑ Ensure that the chin piece stays in position during the application

❑ Clean or dispose of collars according to department guidelines

## PATIENT RESTRAINTS

Restraints have the potential to produce serious consequences such as physical and psychological harm, loss of dignity, violation of an individual's rights, and even death. Accordingly, the use of restraints will be limited to situations where other treatment interventions have clearly failed to address the patient's presenting clinical needs and safety. Examples of alternative interventions may include but are not limited to utilization of adjustable stretcher restraint straps, soft roller bandage to cover and protect IV sites. Restraint is any method of physically restricting a person's freedom of movement, physical activity or normal access to his or her body.

### Indications

❑ Patients with Endotracheal tubes/trachs

❑ Patients with Invasive Catheters, lines and tubes

❑ Patients with Brain pathologies or injury

PROCEDURAL GUIDELINES

❑ Patients who are violent or could inflict potential harm to self or others due to an impaired psychological state and/or substance abuse

**Contraindications**

The potential risks of restraints are believed to be offset by the potential benefits of a better patient outcome (such as the patient being safer from activities and behaviors that could cause physical harm and lead to a chance of increased morbidity) as well as being safer for crew members.

**Caution**

❑ Loss of pulses, capillary refill and sensation can occur if restraints are overtightened
❑ Neurovascular exams shall be performed at 5 minute intervals during restraint.

**Procedure**

❑ Explain reason for restraint to the patient, family, or significant other, prior to being initiated.
❑ Reassure the patient that this is not a punishment, but a safety precaution.
❑ Select the appropriate restraint, this should be adjusted to provide for patient comfort, but secure enough to assure effectiveness of device
❑ Apply according to the manufacturer's instructions.  When wrist restraints are used cocurrently with ankle restraints, the restraint should be applied to one arm and the opposite leg (two point restraint) or to all four extremities (four point restraint)  you should be able to slip one finger between the restraint and the patient's skin.
❑ Tie with easily released hitches (Quick–release knots) out of patient's reach.
❑ Position patient to prevent aspiration and to allow visual contact, maintain proper body alignment.
❑ Check pulses below the point of restraint to ensure circulation
❑ Check restraint integrity

# PEDIATRIC PATIENT IMMOBILIZATION

**Indications**

❑ Spinal immobilization, of pediatric patients who fit within the height and weight guidelines specific to the brand of pediatric immobilizer used
  ▪ A.A. Kinder (*See Figure* 40)
    ▪ infants and children up to 60 pounds
  ▪ Ferno Pedi–Pac (*See Figure* 41)
    ▪ patients 28–54 inches, and between 20–90 pounds
  ▪ LSP Pedi–Immobilizer (*See Figure* 42)
    ▪ infants and children up to 75 pounds

**Application/Use**

❑ While applying gentile in–line manual C–spine , immobilize the patient's head and neck (cervical spine) with a cervical collar or similar device.  Do not release until immobilization is complete.
❑ Place the immobilizer behind the patient for extrication (if applicable), or beside them if application is only for a backboard type use.  For this type of application, a proper "log rolling" technique should be used.
❑ While continuing manual c–spine, apply the straps to the body and extremities
❑ Secure the head with the CID, supplied by the manufacturer, and release manual c–spine
❑ Device should be secured to either stretcher or bench seat, prior to transportation


*Figure 40*


*Figure 41*


*Figure 42*

EMERGENCY MEDICAL GUIDELINES

## SPIDER–TYPE PATIENT STRAP

### Procedure
- ❏ Lay strap over patient with V toward the head and feet and centered on body
- ❏ Open Velcro straps
- ❏ Secure top V strap over patient's shoulders and through backboard
- ❏ Secure center body straps through backboard openings:
  - ■ top strap over mid chest
  - ■ mid strap over pelvis
  - ■ lower strap over thighs above the knees
- ❏ Secure lower V strap around ankles and through the backboard
- ❏ Ensure all straps are snug before moving patient

## SPLINTING

The decision to splint should be based upon patient condition. When patient condition warrants "load and go," transport should not be delayed to splint extremity fractures. In the stable trauma patient, extremity fractures should be splinted prior to moving the patient.

### Caution
- ❏ Loss of pulses, capillary refill, movement and/or sensation can occur if the splint is overtightened or overinflated
- ❏ Care should be taken to carefully assess circulation, sensation and movement prior to and after splinting. If there is a loss of circulation after splinting make one attempt to realign the injury and reassess. Gross angulation of limbs that require alignment in order to stabilize, should be realigned along the long axis of the limb.
- ❏ Close straps and evacuate air from splint; discontinue air evacuation when splint is rigid
- ❏ Further immobilize as needed
- ❏ Reassess circulation, sensation and motor function

### Procedure
- ❏ Remove or cut away clothing to expose area of injury
- ❏ Control active bleeding
- ❏ Check distal pulses, capillary refill, sensation/movement prior to splinting
  - ■ if distal pulses are absent in fractures or dislocations, one attempt to place the injury into anatomical position, may be attempted (consider pain control)
- ❏ Open wounds should be dressed and bandaged
- ❏ Use the most appropriate splint to immobilize the joint above and below the fracture site
- ❏ Dislocations should be immobilized to prevent any further movement of the joint
- ❏ Check distal pulses, capillary refill, sensation, and motor function after splinting

### VACUUM SPLINT

#### Indications
- ❏ Any extremity fracture or injury

#### Procedure
- ❏ Take C–Spine precaution as indicated by mechanism of injury
- ❏ Manually stabilize the extremity
- ❏ Expose the injury

*03/01/05*

PROCEDURAL GUIDELINES

- ❑ Assess circulation, sensation and motor response
- ❑ Choose appropriate size vacuum splint and form to injury; consider application of ice or cold pack to injury
- ❑ Close straps and evacuate air from splint; discontinue air evacuation when splint is rigid
- ❑ Further immobilize as needed
- ❑ Reassess circulation, sensation, and motor function

## STA-BLOCK HEAD IMMOBILZER

### WARNING

In cases of suspected spinal cord injury, proper immobilization is only one part of the total immobilization. It is imperative that the patient be properly immobilized to prevent any movement of the spinal column.

### POSITIONING THE STA-BLOK OCCIPITAL PAD

- ❑Remove the occipital pad from the package and place pad under patient's head while maintaining neutral alignment of the patient's head and neck.
- ❑Center the pad at the patient's temporal area.
- ❑While holding the Sta-Blok occipital pad in place, pull the release liner to expose the adhesive backing material.
- ❑ After removing the release liner, press down firmly on the occipital pad.POSITIONING SIDE SUPPORT BLOCKS
- ❑Place side support blocks against the head just above the patient's ears and press the hook down on the occipital pad.

### SECURING PATIENTS HEAD

- ❑Take the soft white strap material and attach to the Sta-Blok support blocks with the hook. Make sure the strap goes over the forehead.

### FOR EXTRA SUPPORT AS CHIN STRAP or FOR PATIENT WEARING HELMET

- ❑Severe weather strap will also be used, in addition to the hook and loop strap, around patient's neck for extra stability. Because of its length, the severe weather strap is ideal for use with a patient wearing a motorcycle or football helmet.
- ❑The patient's face and airway must be accessible at all times.

# INTERFACILITY TRANSPORTS

## Purpose

A patient may be transferred to another hospital if:

- ❑ The patient, family, or personal physician desires
- ❑ The sending physician must be in compliance with EMTALA guidelines on patient transfers, if the trip is a transfer as defined by EMTALA.  Completion of the Physician's Certificate of Transfer form accomplishes this purpose.
- ❑ This transfer is arranged as a physician to physician transfer.  Either the attending physician, or the Emergency Department Physician are authorized to arrange such transfers.
- ❑ Communications will verify acceptance of the patient by the receiving facility before the patient is moved.

## Procedure

- ❑ Transport caregivers must receive a thorough and complete summary of the patient's condition, current treatment, possible complications, and other pertinent medical information.  Patient ID must be verified.  Transfer papers (summary, lab work, H&P's, consults, x-rays, cath films or CD's, etc.) should be given to the paramedic.  If the patient has DNR orders, the original should always accompany the patient, once he or she is discharged.
- ❑ Treatment orders should be given to the paramedic.  These orders should be in writing, or direct verbal order from the doctor who is initiating the transfer.
- ❑ All Code Three transports must have at least one IV access before going enroute.  The only exception would be for a pediatric patient where the physician has determined that an IV would be detrimental to the patient.
- ❑ A specialty team member should accompany any patient whose needs exceed the scope and training of the transport personnel, e.g. obstetrics, neonates, or critical-care.
- ❑ If the hospital denies the request for additional personnel, the Medical Director, or supervisor should be contacted immediately.
- ❑ All medicated IV drips should be controlled by a battery-powered IV pump, with the only possible exceptions being vitamin or electrolyte drips.

## EMTALA Transfer Criteria

**EMTALA:** EMERGENCY MEDICAL TREATMENT AND ACTIVE LABOR ACT

All previous references to COBRA have been replaced by EMTALA.  At the time of this writing, new definitions and interpretations of this act are in the process of determination, and are essentially in a state of flux that is not likely to be resolved completely in the near or distant future, as change is a part of the nature of social legislation.  Although it has been designed to cover emergency transports, whenever you have any doubt in your mind about the nature of a transport, a supervisor, or the Medical Director should be consulted.

- ❑ Transferring physician certifies the need/risk/benefits of transport.
- ❑ The patient must be accepted at the receiving facility, and has a designated accepting physician.
- ❑ The patient (or surrogate) agrees to the transfer.
- ❑ The level of care to be provided is specified and appropriate to the patient's condition to treat any reasonably foreseeable complication during transport.
- ❑ All orders from the transferring (sending) physician are clearly specified in writing and are appropriate for the level of training of the attending personnel and equipment provided.

## Ob Triage Guidelines

- ❑ The final decision with acceptance of an OB transport rests with the supervisor of MD.

*03/01/05*

EMERGENCY MEDICAL GUIDELINES

### Routine Interfacility Tranports

❑ Routine Interfacility transports by private providers characteristically do not destinate in the ER. For this reason, normal communications via Medcom for physician's orders are not appropriate. If specific orders are not secured from the sending physician prior to transport, arrangements should be made to contact the appropriate physician via cell phone, or through dispatch as needed. The other alternative is to provide direct communications with the provider's Medical Director for physician's orders as needed.

❑ Because the documentation of *medical necessity* for authorization (especially by Medicare) of interfacility transports is done *post facto*, it is essential that copies of the History and Physicals, Consultations, laboratory results, Nursing Notes, Discharge Planner's instructions and Interfacility Transfer Summary be included with the patient care report. ICD-9 Codes are generally more geared toward pre-hospital, rather than interfacility transports. BLS transports, in most cases can only be justified by documentation of underlying conditions still present at the time of transport that support evidence that *transport by other means is medically contraindicated.*

### Arterial Lines
### Procedure

❑ Make sure that the line remains open at all times by insuring that the pressure infuser has approximately 300mm Hg pressure on the bag at all times.

❑ Flush the line by squeezing the flush valve.

❑ Periodically check the integrity of the tubing and all connections to the catheter, as well as catheter placement to avoid a bleed-out from a disruption of the system.

❑ Monitor the patient's hemodynamic and perfusion status.

❑ If the catheter should dislodge, hold direct pressure and treat as an arterial bleed.

### Specialty Team Transports

❑ During specialty transports, patient care is to be provided by the Specialty Transport Team.

❑ The EMS Team should assist within their level of training.

❑ Although the Specialty Transport Team is directly responsible for the care of the patient, the EMS Paramedic is nonetheless responsible for a full and complete Patient Care Report, including vital signs and an assessment consistent with state standards for documentation.

### Balloon Pump
### Procedure

❑ All balloon pump transfers require additional manpower. An RN, Perfusionist, Critical-Care Paramedic or Respiratory Therapist trained in balloon-pump operation should accompany the crew.

❑ Modern balloon pumps no longer mount to the bottom of the stretcher and are self-standing units with their own set of wheels. Every effort must be taken to ensure that the members of the team transfer the stretcher, patient, and pump as a unit. Special care must be given to insure that the balloon pump is moved with the patient in a manner so as to prevent any compromise of the electronic and pressure lines connecting the balloon pump to the patient.

EMERGENCY MEDICAL GUIDELINES

# Multiple Casualty Incidents



The Multiple Casualty Incident can be effectively managed if the appropriate command is established and necessary resources committed.  The difficulty lies in recognizing the size of command structure and quantity of resources needed for small or medium size inidents.  This guideline quantifies command structure size and function based on the number of medical units responding to a given incident and/or the number of persons involved.  This method will eliminate the possibility of too small a command structure for incoming units and will help avoid confusion.  The triage system used with the MCI guideline is the START Method. This method will allow rapid triage to be performed in an efficient manner.  The unit responses defined in the following MCI Level declarations are **additional** to the initially assigned ambulance.

## LEVEL 1 RESPONSE
- ❑ Defined as a single additional ambulance response, **OR**
- ❑ Incident involving 5–9 persons

**COMMAND**
- ❑ Incident Command established per Department SOG

**COMMUNICATIONS**
- ❑ Request designation of staging area from Command
- ❑ Assign tactical channel
- ❑ Notification only to local hospital
- ❑ Notification of EMS and shift supervisor

**TRIAGE**
- ❑ Performed by senior medical officer or designee
- ❑ Triage tagging not performed
- ❑ Patient log not used

**TREATMENT**
- ❑ Initiated at patient location
- ❑ Package per guidelines

**SUPPORT PERSONNEL**
- ❑ One engine

## LEVEL 2 RESPONSE
- ❑ Defined as a two or three additional ambulance response, **OR**
- ❑ Incident involving 10–20 persons

**COMMAND**
- ❑ Incident Command established per Department SOG

**COMMUNICATIONS**
- ❑ Request designation of staging area from Command
- ❑ Assign tactical channel
- ❑ Notify closest 2 hospitals, request number of patients they can receive
- ❑ Notification of EMS and shift supervisor

**MEDICAL COMMAND**
- ❑ Medical Command established by senior medical officer and reports directly to Incident Commander or Operations (if established)
- ❑ Management of patient area; refrain from patient involvement until all patients triaged
- ❑ Medical command assumes triage, treatment and transport officer roles
- ❑ Coordinates triage
- ❑ Establishes patient log

*03/01/05*

PROCEDURAL GUIDELINES

- ❑ Additional resources should be requested through Incident Command and given access and assignment instructions
- ❑ Assign resources to triaged patients based on priority

## TRIAGE

- ❑ Triage performed by designee of medical command
- ❑ Perform appropriate triage
- ❑ Note location of patient on tag (i.e. driver red vehicle)
- ❑ Triage results are reported to medical command

## SUPPORT PERSONNEL

- ❑ Two or three engines

# LEVEL 3 RESPONSE

- ❑ Defined as a four or greater ambulance response, **OR**
- ❑ Incident involving more than 20 persons

## COMMAND

- ❑ Incident Command established per Department SOG

## COMMUNICATIONS

- ❑ Request designation of staging area from Command
- ❑ Assign tactical channel
- ❑ Notify closest 3 hospitals, request number of patients they can receive
  - ◼ Notify additional hospitals as needed
- ❑ Notification of shift supervisor

## MEDICAL COMMAND

- ❑ Medical Command established by senior medical officer and reports directly to Incident Commander or Operations (if established)
- ❑ Assign Triage Officer to establish Triage group
- ❑ Identify areas to be used for treatment
- ❑ Identify ambulance transport staging area (coordinated with Incident Command)
- ❑ Assign Treatment Officer to establish Treatment area in pre–selected location (8 or more patients)
- ❑ Assign Transport Officer to establish Transport area in pre–selected location (8 or more patients)
- ❑ Assign Medical Communications Officer (as needed; Transport Officer may double as Medical Communications in smaller incidents)

## TRIAGE

- ❑ Triage performed by Triage Officer and/or designee(s)
  - ◼ when possible, patients are triaged where found and moved to appropriate treatment area; it may be appropriate to establish a triage area where patients are first moved from the incident site, triaged, then moved to appropriate treatment area
- ❑ All patients should be tagged with priority only for tracking
- ❑ Keep tally of total number of patients triaged and number assigned to each category
- ❑ Report patient numbers to Triage Officer at regular intervals
- ❑ Repeat triage sequence to monitor changes in condition
- ❑ If time and circumstances allow; perform more detailed assessment and write information on the tag while the Treatment group continues to move patients out of the triage area
- ❑ Depending on the incident size and available number of tags, colored tape may be substituted

EMERGENCY MEDICAL GUIDELINES

## TREATMENT
- ❑ Establish patient treatment area after conferring with Medical Command regarding location
- ❑ Assemble Treatment group personnel into two subgroups, one to perform basic packaging in triage area and then move patients to Green, Yellow or Red treatment areas
- ❑ and one to provide treatment within the treatment area so packaging groups may continue evacuating patients from the triage area❑   Treatment personnel should fill out triage tag information as completely as possible noting patient, assessment and treatment information
- ❑ Uninjured victims should be kept in the Green treatment area until evaluated and released at the appropriate time by the Transport Officer (who must log all patients) or taken in a controlled manner away from the incident by the Transport Group
- ❑ A patient whose condition changes inside the treatment area should be moved to the appropriate Green, Yellow or Red area
- ❑ Name of person providing treatment should be noted on triage tag

## TRANSPORT
- ❑ Establish loading zone after conferring with Medical Command regarding location; consider proximity to treatment area and ambulance approach and exit routes
- ❑ Make sure transport personnel stay with their vehicles
- ❑ Assign patients from treatment areas to ambulances for transport
- ❑ Determine patient destination through coordination with Medical Communications Officer
- ❑ Only two stretcher patients and one ambulatory patient (in front seat) per ambulance
- ❑ Attempt to assign one Red, one Yellow and one Green patient per ambulance
- ❑ Do not assign more than one Red (priority 1) patient per ambulance
- ❑ As patients are queued for transport, separate transport control portion of triage tag
- ❑ Triage tag remains with patient for transport
- ❑ Supervise the actual loading of patients; if necessary, delegate the loading of ambulatory patients on buses
- ❑ As patients are loaded, give the transport control portion of the triage tags to the Medical Communications Officer and advise ambulance unit and destination
- ❑ Keep a unit ready for loading in the loading zone
- ❑ Do not allow patients to stack up in the loading zone

## MEDICAL COMMUNICATIONS OFFICER
- ❑ Record all patients and disposition in patient log
- ❑ Ensure all patients accounted for when loaded ambulance departs; request another ambulance move into loading zone from ambulance staging area        unit, total number of patients, priority and brief description (chief complaint) of each patient's condition
- ❑ Transporting units should not communicate directly with the receiving hospital unless the condition of the patient deteriorates and Medical Control contact is necessary for the management of the patient

## SUPPORT PERSONNEL
- ❑ Must be scaled to the size and nature of the response
- ❑ Consider the following needs:
  - ▪ number of personnel (command, medical, fire, law enforcement)
  - ▪ number of engines
  - ▪ special needs (buses, heavy equipment, etc.)

## JUMP START PEDIATRIC TRIAGE

❏ Step 1

All children who are able to walk are directed to the area designated for minor injuries, where they will undergo secondary (more involved) triage. At a minimum, secondary triage should consist of the RPM components of the JumpSTART algorithm. Infants who are developmentally unable to walk should be screened at the initial site (or at the secondary triage site for green patients if carried there by others), using the JumpSTART algorithm. If they satisfy all of the physiologic "delayed" criteria (i.e., fulfill no "immediate" criteria) and appear to have no significant external injury, infants may be triaged to the minor category.

NOTE: Children with special health care needs are often chronically unable to ambulate. These children can be triaged similar to infants who are developmentally unable to walk. Respiratory and circulatory parameters remain unchanged, although those with chronic respiratory problems may routinely have elevated respiratory rates. Neurological status may be difficult to judge due to lack of knowledge of a given patient's baseline function. A caregiver with knowledge of the children involved would be of invaluable assistance in this case, usually in the secondary triage stage. Be on the lookout for information about special needs children. There is a trend favoring brief medical data cards to be stored in the driver's area of buses and other vehicles routinely transporting children with special health care needs.

❏ Step 2A

Nonambulatory pediatric patients are initially assessed for presence/absence of spontaneous breathing. Any patient with spontaneous respirations is then assessed for respiratory rate (see Step 3). Any patient with absolute apnea or intermittent apnea (periods of more than 10 sec.) must have their airway opened by conventional positional techniques, including (limited) BLS airway foreign body (FB) clearance only if there is an obvious FB. If the patient resumes spontaneous respirations, a red ribbon (immediate) is applied and the triage officer moves on.

❏ Step 2B

If upper airway opening does not trigger spontaneous respirations, the rescuer palpates for a peripheral pulse (radial, brachial, pedal). If there is no peripheral pulse, the patient is tagged as deceased (black ribbon) and the triage officer moves on.

❏ Step 2C

If there is a palpable peripheral pulse, the rescuer gives 5 breaths (about 15 sec.) using mouth-to-mask/barrier technique. This is the pediatric "jumpstart". One mask (with one-way valve) should be available on every potential first-in EMS unit. (An adult mask may be used for a child if inverted.) Ventilatory face shields such as those marketed for CPR classes and public use may also be used. Cross-contamination is a minimal issue, as this is already occurring because triage personnel do not change gloves between patients. Also, children are somewhat less likely to have dangerous transmissible diseases and the number of children satisfying the criteria for a ventilatory trial will be relatively small. If the ventilatory trial fails to trigger spontaneous respirations, the child is classified as deceased. If spontaneous respirations resume, the patient is tagged as immediate and the triage officer moves on without providing further ventilations. The child may or may not still be breathing on arrival of other non-triage personnel. Appropriate intervention can then be determined based upon the resources available at the designated treatment site.

EMERGENCY MEDICAL GUIDELINES

❑ Step 3

All patients at this point have spontaneous respirations.  If the respiratory rate is roughly 15-45 breaths/min proceed to Step 4 (assess perfusion).

*If the respiratory rate is less than 15 (slower than one breath every 4 seconds) or faster than 45 or very irregular, the patient is classified as immediate (red ribbon) and the triage officer moves on.*

❑ Step 4

All patients at this point have been judged to have "adequate" respirations.  Assess perfusion by palpating peripheral pulses on an (apparently) uninjured limb.  This has been substituted for capillary refill (CR) because of the variation in CR with body and environmental temperature and because it is a tactile technique more adaptable to poor environmental conditions.

*If there are palpable peripheral pulses, the rescuer assesses mental status (Step 5).  If there are no peripheral pulses, the patient is categorized as an immediate patient (red ribbon) and the triage officer moves on.*

❑ Step 5

All patients at this point have "adequate" ABC's.  The rescuer now performs a rapid "AVPU" assessment, keeping in mind the apparent developmental stage of the child.  If the patient is alert, responds to voice, or responds appropriately to pain (localizes stimulus and withdraws or pushes it away), the patient is triaged in the delayed category (yellow ribbon).

If the child does not respond to voice and responds inappropriately to pain (only makes a noise or moves in a nonlocalizing fashion), has decorticate or decerebrate posturing, or is truly unresponsive, a red ribbon (immediate) is applied and the triage officer moves on.



JumpSTART Pediatric MCI Triage®

©Lou Romig MD, 2002

PROCEDURAL GUIDELINES

# SIMPLE TRIAGE AND RAPID TREATMENT (START)

❏ The system is a method of triage that is proved to be very effective and is based on three observations(i.e. RMP):
   ■ Respiration
   ■ Perfusion
   ■ Mental status
❏ The four levels of triage are identified by color codes:
   ■ Priority One (Red Tag)–immediate care; life threatening
   ■ Priority Two (Yellow Tag)–urgent care; can delay treatment and transport up to one hour
   ■ Priority Three (Green Tag)–delayed care; can delay treatment and transport up to three hours
   ■ Priority Four (Black Tg)–no care required; dead patient
❏ Use the blue tags for contaminated patients in need of decontamination
❏ Move all walking wounded to the Green treatment area
❏ Begin by moving from patient to patient to assess the remaining victims
❏ Stop at each person for a quick assessment and tagging
❏ Each stop should not take more than 1 minute (Purpose at this point is to define and tag patients)
❏ Refer to the flow chart for methodology and corrective actions to be taken during triage









EMERGENCY MEDICAL GUIDELINES

# GENERAL TREATMENT PRECAUTIONS

**The following statements apply throughout the treatment guidelines**
**If your agency does not utilize a specific treatment you are not responsible for its application.**

**Monitor blood pressures when...**
- ❏ 100mm/Hg systolic shall be the lower limit for medications that may cause hypotension
- ❏ The target blood pressure for maintaining hypotensive patients shall be 100mm/Hg systolic
- ❏ 180mm/Hg systolic or 110mm/Hg diastolic (with associated symptoms) shall be the hypertensive limits for consideration of treatment

**When administering nitrates...**
- ❏ Other forms of nitroglycerine shall be discontinued when IV nitroglycerine is initiated
- ❏ Remove all forms of patient's own nitroglycerine prior to treatment with nitroglycerine
- ❏ Concurrent use of PDE-5 inhibitors with nitrates, either episodic or continuous, is contraindicated. Nitroglycerine will not be given to patients within 24 hours of PDE-5 inhibitors:
  - ◼ sildenafil citrate (Viagra)
  - ◼ vardenafil (Levitra)
  - ◼ tadalafil (Cialis)- 48 hours
- ❏ Administration of nitrates should be done with extreme caution, if at all, in patients with right ventricular infarct. These patients may be sensitive to nitrates. Physician consult should be obtained in the presence of suspected right ventricular infarct prior to continued administration of nitrates or morphine sulfate

**For other drugs...**
- ❏ Epinephrine should be administered with caution to patients over 60 years of age, pulse above 120 BPM, systolic blood pressure above 160mm/Hg or with a hypertensive or cardiac history
- ❏ Labetalol should be administered with caution to patients with heart rates less than 100 BPM
- ❏ Labetalol should be administered with caution to patients on Lasix
- ❏ When administering magnesium sulfate closely monitor the respiratory rate, blood pressure and reflexes
- ❏ Calcium channel blockers are contraindicated with history of Wolf Parkinson White syndrome, use caution when administering to patients with wide QRS, short p–r interval or presence of a delta wave
- ❏ Albuterol (Proventil, Ventolin) 2.5 mg may be given diluted in 3 cc saline nebulized in-line via ETT with BVM

*SLCFD paramedics must accompany all transported patients to hospital.*

**Pediatrics...**
- ❏ A Paramedic should attend all pediatric patients five (5) years or younger during transport. A child restraint seat should be used when appropriate

**Fluids...**
- ❏ All fluid boluses should be in 250cc increments allowing intervals for vital sign and lung sounds assessment
- ❏ Fluid hydration rates shall be 250cc/hr
  - ◼ IV 0.9% NaCl 250 cc/hr ⇨ 62 gtts/min with 15 gtt set
  - ◼ IV 0.9% NaCl 250 cc/hr ⇨ 41 gtts/min with 10 gtt set
- ❏ Fluid resuscitation (patients with signs of severe hypotension) rates shall be wide open rate

*10/7/2009*

TREATMENT GUIDELINES

# Medical



## ABDOMINAL PAIN

### CAUTION!
Limit the use of phenergan in pediatrics with prolonged vomiting of unknown etiology.

 **BLS**
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway

 **ALS**
- ❏ EKG monitor
- ❏ IV 0.9% NaCl or LR KVO
- ❏ Nausea/Vomiting
  - ■ Promethazine (Phenergan) 6.25 - 12.5 mg IV **(Max 25 mg.)** or Dolasetron Mesylate (Anzemet) 12.5mg IV

**PHYSICIAN CONSULT**
- ❏ Nasogastric tube if indicated (prolonged transport time, GI bleed, distention, and hemoptysis)

**Pediatric**
- ❏ Nausea/Vomiting
  - ■ Promethazine (Phenergan) 0.25mg/kg IV not to exceed 12.5mg or Dolasetron Mesylate (Anzemet) 0.35mg/kg not to exceed 12.5mg for children 2-16 years

*Dilute Phenergan in 10cc NaCl before IV administration.*

*MCFR uses Ondansetron (Zofran) 4mg IV /IM over 30 seconds. Ped 0.1mg/kg over 30 seconds in place ofor Anzemet*

## ALLERGIC REACTIONS

### CAUTION
Epinephrine should be administered with caution to patients > 60 years of age, pulse rate above 120, systolic blood pressure above 160 mm Hg, or hypertensive or cardiac history. Epinephrine and albuterol should be administered 2 to 3 minutes apart.
Rapid infusion of cimetidine (Tagamet) may cause hypotension and cardiac dysrhythmias.
Atrovent is **CONTRAINDICATED** in allergic reactions to peanut and soy products.

 **BLS**
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway
- ❏ Identify the cause of the reaction. Remove source if possible (i.e. stinger from bee)
- ❏ Assist patient with personal EpiPen and/or personal albuterol inhaler PRN

 **ALS**
- ❏ EKG monitor
- ❏ IV 0.9% NaCl KVO
  - ■ Large bore IVs wide open for severe reactions until systolic BP of 100 mm Hg is maintained.

**Mild Reaction** (itching and hives)
- ❏ Diphenhydramine (Benadryl) 25 mg IVP
- ❏ Cimetidine (Tagamet) 300 mg / 50 cc IV 0.9% NaCl infused over 15 minutes (50 gtts/min 15gtt set)
- ❏ Methylprednisolone (Solu–Medrol) 125 mg IVP or dexamethasone (Decadron) 4mg IVP

*MCFR mixes Tagamet 300 mg in 100cc 0.9% NaCl run over 15 minutes. (100 gtts/min with a 15 gtt set)*

EMERGENCY MEDICAL GUIDELINES

*IM injection of Benadryl, Tagamet, and Solu–Medrol are appropriate when IV access is unobtainable.*

*SLCFD does not administer Tagament IM.*

*MCFR mixes Tagamet 300 mg in 100cc 0.9% NaCl run over 15 minutes. (100 gtts/min with a 15 gtt set)*

**Moderate Reaction** (dyspnea, wheezing, chest tightness, or edema)
- ❑ Albuterol (Proventil, Ventolin) 2.5 mg and Atrovent 0.5mg via mini–nebulizer or via ETT with a BVM - repeat as needed
- ❑ Diphenhydramine (Benadryl) 50 mg IVP
- ❑ Methylprednisolone (Solu–Medrol) 125 mg IVP or dexamethasone (Decadron) 4mg IVP
- ❑ Cimetidine (Tagamet) 300 mg / 50 cc IV 0.9% NaCl infused over 15 minutes (50 gtts/min 15 gtt set)
- ❑ Epinephrine 1:1,000 0.3 mg SQ repeated q 20 minutes to total of (3) doses.  Alternate extremities.

**Severe Reaction** (Hypotension, i.e. anaphylactic shock)
- ❑ IV 0.9% NaCl fluid bolus as needed
- ❑ Epinephrine 1:1,000 0.3 mg SQ repeated q 20 minutes to total of (3) doses.  Alternate extremities
- ❑ Diphenhydramine (Benadryl) 50mg IVP
- ❑ CARDIAC ARREST IMMINENT epinephrine 1:10,000 0.3 mg IVP (instead of SQ 1:1,000) May be given ETT if no IV access
- ❑ Albuterol (Proventil, Ventolin) 2.5 mg and Atrovent 0.5mg via mini–nebulizer or via diluted in 3 cc saline nebulized in–line via ETT with BVM - repeat as needed
- ❑ Methylprednisolone (Solu–Medrol) 125 mg IVP or dexamethasone (Decadron) 4mg IVP
- ❑ Cimetidine (Tagamet) 300 mg / 50 cc IV 0.9% NaCl infused over 15 minutes (refer to Drip Chart)
- ❑ Epinephrine 2–10µg/min or dopamine drip 5–10  µg/kg/min titrated to systolic BP of 100 mm/Hg

**PEDIATRIC**
- ❑ Albuterol (Proventil, Ventolin) 1.25 mg/3 cc
- ❑ Diphenhydramine (Benadryl) 1 mg/kg
- ❑ Cimetidine (Tagamet) contraindicated under 16 years of age
- ❑ Methylprednisolone (Solu–Medrol) 2 mg/kg maximum dose 125 mg or dexamethasone (Decadron) 0.2mg/kg to maximum dose 4mg
- ❑ Epinephrine 1:1,000 0.01 mg/kg SQ (0.01 cc/kg) maximum single dose 0.3 mg

*MCFR mixes Tagamet 300 mg in 100cc 0.9% NaCl run over 15 minutes. (100 gtts/min with a 15 gtt set)*



# ALTERED LEVEL OF CONSCIOUSNESS

**BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Protect from injury / Restrain PRN
- ❑ Attempt to identify cause (i.e. stroke, diabetic, head injury, overdose, and seizures)



**ALS**
- ❑ EKG monitor
- ❑ IV 0.9% NaCl KVO
- ❑ Blood glucose level >300 or <60 (<50 in newborn) refer to DIABETIC TREATMENT GUIDELINE (see page M6)
- ❑ Thiamine 100 mg IVP if alcohol abuse is suspected
- ❑ Naloxone (Narcan) 0.4–2 mg slow IVP or nasally, titrate to resp. rate of 12 (Max 10 mg)
- ❑ Chemical sedation of the violent patient, refer to SEDATION GUIDELINE *(SEE PAGE M-13)*
- ❑ Physical restraint of the violent patient, refer to PROCEDURAL GUIDELINE *(SEE PAGE P-70)*

**PEDIATRIC**
- ❑ Apply appropriate pediatric immobilization device
- ❑ Naloxone (Narcan) 0.01 mg/kg initial dose then 0.1 mg/kg second dose (if needed) maximum cumulative dose of 2.0 mg
- ❑ Chemical sedation of the violent patient, refer to SEDATION GUIDELINE *(SEE PAGE M-13)*

*Only administer Narcan in increments of 0.4mg to maintain airway.*

M - 4

*10/7/2009*

# ASTHMA

## CAUTION

Epinephrine and albuterol should be administered with caution to patients over 60 years of age, pulse above 120 BPM, systolic blood pressure above 160mm/Hg, or hypertension or cardiac history.  Abort continuous nebulized treatment if any of these signs are observed.

## BLS

- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Assist patient with personal auto–inhaler

## ALS

- ❑ EKG Monitor
- ❑ IV 0.9% NaCl 250 cc/hr (62  gtts/min with 15  gtt set) infusion
- ❑ Mix ipratropium (Atrovent) 0.5 mg with albuterol (Proventil) 2.5  mg and administer via mini–nebulizer
- ❑ May repeat Proventil after 10 minutes (*Do not repeat Atrovent*)
- ❑ Continuous nebulized albuterol treatment may be appropriate in severe distress.
- ❑ Methylprednisolone (Solu–Medrol) 125 mg IVP over 2–3 minutes or dexamethsone (Decadron) 4mg IVP
- ❑ Epinephrine 1:1000 0.3 mg SQ
- ❑ Repeat epinephrine 1:1000 0.3 mg SQ 20 minutes after first dose in opposite extremity
- ❑ Magnesium Sulfate 2gm/10cc 0.9% NaCl over 3 minutes, up to 4-6 gm if severe distress
- ❑ Endotracheal albuterol (Proventil) and Atrovent if poor compliance with bag valve device (dilute albuterol and Atrovent in 3 cc of saline and inject into ETT or in–line nebulizer via ETT)

*MCFR administers Magnesium Sulfate as 2 grams in 100cc over 10 min.*

## PEDIATRIC

12 years of age and younger

- ❑ IV 0.9% NaCl or LR 2 cc/kg bolus
- ❑ Epinephrine 1:1,000 0.01 mg/kg (0.01 cc/kg) SQ
- ❑ Albuterol (Proventil) 1.25 mg via mini–nebulizer
- ❑ Methylprednisolone (Solu–Medrol) 2 mg/kg maximum dose of 125 mg IVP or dexamethasone (Decadron) 0.2mg/kg maximum dose of 4mg

# CHRONIC OBSTRUCTIVE PULMONARY DISEASE

## CAUTION

Continuous nebulized albuterol should be aborted in patients who are: > 60 years of age, pulse rates above 120 BPM, systolic blood pressure above 160mm/Hg, or with hypertension or cardiac history.

## BLS

- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Low flow (2–4 LPM) to maintain SaO2 of 95% or higher concentrations until improved

## ALS

- ❑ EKG Monitor
- ❑ IV 0.9% NaCl KVO or saline lock (if stable)
- ❑ Mix ipratropium (Atrovent) 0.5 mg with albuterol (Proventil) 2.5 mg, administer via mini–nebulizer
- ❑ May repeat Proventil after 10 minutes (*Do not repeat Atrovent*)
- ❑ Continuous nebulized albuterol treatment may be appropriate in severe distress
- ❑ Assess for secondary signs of cardiac failure:  edema, jugular vein distention, rales, and frothy sputum, refer to **CHF/PE GUIDELINE** (see page C-5)
- ❑ Intubate if no improvement or marked respiratory distress, refer to **RSI TREATMENT GUIDELINE** (see page M-11)



EMERGENCY MEDICAL GUIDELINES

❏ Endotracheal albuterol (Proventil) and Atrovent if poor compliance with bag valve device (dilute albuterol and Atrovent in 3 cc of saline and inject into ETT or in–line nebulizer via ETT)
❏ Methylprednisolone (Solu–Medrol) 125 mg IVP over 2–3 minutes or dexamethasone (Decadron) 4mg IVP

### PEDIATRIC
❏ Albuterol (Proventil) 1.25 mg via mini–nebulizer
❏ Endotracheal albuterol (Proventil) and Atrovent if poor compliance with bag valve device (dilute albuterol and Atrovent in 3 cc of saline and inject into ETT or in–line nebulizer via ETT)
❏ Methylprednisolone (Solu–Medrol) 2 mg/kg over 2–3 minutes maximum dose of 125 mg IVP or dexamethasone (Decadron) 0.2mg/kg maximum dose of 4mg

## DIABETIC EMERGENCIES

### CAUTION
A physician consult should be obtained regarding treatment of low blood glucose levels associated with pregnancy and stroke. If BGL is less than 60 in pregnancy and/or stroke, a physician consult should be obtained.



### BLS
❏ Vitalize/Prioritize
❏ Oxygen/Airway
❏ Obtain blood glucose reading
❏ Assist with the administration of oral glucose when consciousness permits

### ALS
❏ EKG Monitor
❏ IV 0.9% NaCl KVO 250 cc/hr (62 gtts/min with 15 gtt set) infusion if blood glucose level > 300 mg/dl
 ■ 250cc bolus, repeat if necessary, if blood pressure is less than 100mm systolic
❏ Thiamine 100 mg IVP or IM if alcohol abuse is suspected
❏ Dextrose 50% 25 gm IVP if blood glucose level is less than 60 mg/dl
❏ Repeat blood glucose within 15 minutes
❏ Repeat Dextrose 50% 25 gm IVP PRN
❏ Glucagon 1 mg IM or intranasally if no IV access

### Pediatric
❏ Age: birth to 1 month
❏ Dextrose 12.5% 0.5 gm/kg IVP slow
 ■ Expel 37.5 cc of D50% and draw 37.5 cc of 0.9% NaCl
❏ Age: 1 month to 8 years
❏ Dextrose 25% 0.5 gm/kg IVP slow
 ■ Expel 25 cc of D50% and draw 25 cc of 0.9% NaCl
❏ Age: 8 years and older
❏ Dextrose 50% 0.5gm/kg
❏ Glucagon
 ■ 0.5 mg IM for children less than 20kg
 ■ 1.0 mg IM for children more than 20kg

TREATMENT GUIDELINES

## DIALYSIS PROBLEMS



**BLS**
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway

**ALS**
- ❏ EKG Monitor
- ❏ IV 0.9% NaCl KVO or saline lock (if stable)
  - ■ If IV access is unobtainable, access dialysis port if applicable (critical pt's only)
- ❏ Cautious incremental boluses of NaCl up to 250 cc, repeat as necessary if patient is in frank shock immediately post dialysis, reassess vital signs and lung sounds
- ❏ Blood glucose level, refer to DIABETIC EMERGENCIES TREATMENT GUIDELINE *(SEE PAGE M-6)*
- ❏ ACLS guideline
  - ■ Sodium Bicarbonate should be considered early in cardiac arrest
- ❏ Calcium Chloride 10% 10 cc IVP if ventricular tachycardia, ectopy or fibrillation

*Flight Medics may administer* unresponsive to appropriate ACLS treatment (after lidocaine and/or sodium bicarbonate)

*MCFR uses Amiodarone as the prefered antiarrhymic*

## HYPERTENSION

### CAUTION
Labetalol (Trandate) is contraindicated in acute coronary syndrome, cardiogenic shock, heart block (2nd and 3rd degree), sinus bradycardia, CHF, bronchial asthma, and COPD when these conditions are *acute*.

Patients should be in supine position during and after the administration of Labetalol.

Patients who maintain a chronic hypertensive status may require a higher than normal systolic blood pressure to maintain cerebral perfusion. This should be considered when administering treatment to lower blood pressure.

Other forms of nitroglycerin should be discontinued when IV Nitro is initiated.

Labetalol (Trandate) will decrease heart rate and should be used with extreme caution in patients with heart rates less than 100 BPM.



**BLS**
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway
- ❏ Confirm with two(2) sets of vital signs (right & left)
- ❏ Place the patient supine during drug administration
- ❏ Obtain additional blood pressures immediately prior to and at 5 and 10 minutes after drug administration

**ALS**
- ❏ EKG monitor
- ❏ IV 0.9% NaCl KVO or saline lock (if stable)
- ❏ Symptomatic (headache, visual disturbances, epistaxis, nausea/vomiting) and blood pressure:
  - ■ Greater than 180mm/Hg systolic, or
  - ■ Greater than 110mm/Hg diastolic
- ❏ Nitroglycerin IV
  - ■ Initiate at 5-10µg/min IV infusion pump or dial-a-flow
  - ■ Increase 5-10µg/min q 5 minutes until desired response
- ❏ Labetalol (Trandate) 0.25 mg/kg IVP over 2 minutes (300 mg max dose)
- ❏ Target blood pressure (160/90)
- ❏ Repeat Labetalol after 10 minutes if BP remains > 180/110

*IRSDPS uses Labetalol 20mg q10min. doubling each sequential dose until a BP of 140/90 or max of 300mg*

*Discontinue all Nitrates prior to administering Labetalol.*

*MCFR requires IV Nitro to be place on an IV pump only.*

*10/7/2009*

Medical

EMERGENCY MEDICAL GUIDELINES

- ❏ Hypertensive patients listed under "Caution" should receive nitroglycerin
- ❏ Nitroglycerin contraindicated if within 24 hours of sexual enhancing medication use, (48 hours for Cialis)
- ❏ Nitroglycerin 1 (one) 1/150gr SL Tab or 0.4mg Spray SL
- ❏ 1 inch of paste (may be administered concurrently with SL nitro)

### PEDIATRIC
The safety of labetalol has not been established in children.
Nitroglycerin is not indicated for use in children

## MEDICAL SHOCK SYNDROMES

### CARDIOGENIC SHOCK
### HYPOVOLEMIC SHOCK (MEDICALLY INDUCED)
### SEPTIC SHOCK

**BLS**
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway
- ❏ Trendelenberg positioning as tolerated by patient
- ❏ Body Temperature

**ALS**
- ❏ EKG Monitor
- ❏ IV 0.9% NaCl
- ❏ Hypotensive (BP less than 100mm/Hg systolic)
  - ■ 250 cc bolus repeated as necessary to maintain systolic BP 100mmHg
- ❏ Dopamine 5–20 µg/kg/min titrated to effect
- ❏ Congestive Heart Failure / Pulmonary Edema, refer to **CHF/PE TREATMENT GUIDELINE** (see page C-5)
- ❏ Chest Pain / Suspected Myocardial Infarction, refer to **CHEST PAIN TREATMENT GUIDELINE** (see page C-4)
- ❏ If fever is present and altered LOC, administer Acetaminophen Suppository 325mg rectally

*MCFR does not carry Acetaminophen suppository*

### PEDIATRIC
- ❏ Fluid bolus of 20 cc/kg repeated as necessary to maintain blood pressure
- ❏ Dopamine 2–20 µg/kg/min titrated to effect
- ❏ If fever is present, administer Children's Acetaminophen Liquid 10mg/kg PO
  - ■ If altered LOC, administer Acetaminophen Suppository 125mg

*MCFR uses Ondansetron (Zofran) 4mg IV/IM over 30 seconds  Ped 0.1mg/kg over 30 seconds in place of Phenergan or Anzemet*

## NAUSEA / VOMITING

### Caution
The use of Promethazine (Phenergan) should be used with caution in patients that are hypotensive



**BLS**
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway



**ALS**
- ❏ EKG Monitor
- ❏ IV 0.9% NaCl KVO
- ❏ Promethazine (Phenergan) 6.25 - 12.5 mg IV or Dolasetron Mesylate (Anzemet)12.5mg IVP

*Dilute Phenergan in 10cc NaCl before IV administration.*

M - 8

TREATMENT GUIDELINES

- ■ repeat Promethazine (Phenergan) to max 25mg IV if vomiting continues. **Physician Consult for repeat Dolasetron Mesylate (Anzemet)**
- ❑ Nasogastric tube (prolonged transport time, GI bleed, distention, and hematemesis)

### PEDIATRIC – PHYSICIAN CONSULT

- ❑ Promethazine (Phenergan) 0.25 mg/kg IV not to exceed 12.5 mg or Dolasetron Mesylate (Anzemet) 0.35mg/kg IVP to max of 12.5mg
- ❑ Nasogastric tube (prolonged transport time, GI bleed, distention, and hematemesis)

*IRCEMS gives Phenergan without consult.*

*MCFR uses Ondansetron (Zofran) 4mg IV/IM over 30 seconds Ped 0.1mg/kg IV over 30 seconds in place of Phenergan or Anzemet*

# OBSTETRICS/GYNECOLOGY



## BLS

- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway (100% high flow for mother, blow by for neonate)
- ❑ Obtain BGL from mother
- ❑ Positioning
  - ■ If delivery is not in progress, transport the patient in the left lateral recumbent position
  - ■ If perineal inspection reveals abnormal presentation (i.e. foot, buttocks, hand or face), place the patient in the knee-chest or left lateral recumbant position with immediate transport
- ❑ Delivery
  - ■ Slow, controlled delivery of the head; apply gentle perineal pressure
  - ■ Observe for meconium staining; if present, vigorously suction oral pharynx during delivery and immediately after (intubation may be required)
  - ■ Double clamp cord 10–12 inches from abdomen
  - ■ Dry, stimulate and maintain body temperature
- ❑ Post–Partum
  - ■ Check APGAR at 1 and 5 minutes (Appendix D)
  - ■ Assess for post–partum hemorrhage

## ALS



- ❑ EKG Monitor
- ❑ IV 0.9% NaCl KVO large bore

## SEIZURES OR COMA (ECLAMPTIC)

- ❑ Magnesium Sulfate loading dose of 4 gm/100cc (piggyback) wide open
- ❑ Magnesium Sulfate drip 2gm/100cc at 100cc/hr (25 gtts/min with 15 gtt set)
- ❑ Utilize a Burette, Volu–trol administration set, or IV pump

*SLCFD administers Mag. Sulfate in Eclampsia 4gm diluted IVP over 3 minutes.*

## FIRST/SECOND TRIMESTER BLEEDING

- ❑ Apply maternity or 5x9 pad to vaginal area
- ❑ If hypovolemic establish two large bore IV's wide open using trauma tubing and pressure infusers to maintain systolic blood pressure of 100mm/Hg
- ❑ Post–Partum bleeding, apply trauma dressing to vaginal area

## PHYSICIAN CONSULT

- ❑ Post–Partum hemorrhage (post placenta delivery)
  - ■ Oxytocin (Pitocin) 20units/1000 cc 0.9% NaCl infused at 120–150 cc/hr (30 gtts/min with 15gtt set) if extended transport time and/or distance
- ❑ Hypertensive disorder of pregnancy (Pre-eclamptic) using a burette or Volu–trol drip set:
  - ■ Magnesium Sulfate loading dose 4 gm/100cc IV 0.9% NaCl over 15 minutes
  - ■ Magnesium Sulfate maintenance dose 2 gm/100cc at 100 cc/hr
- ❑ Seizures unresolved by magnesium sulfate (Eclamptic)
  - ■ Diazepam (Valium) 3-5 mg IV over 2 minutes
    - ■ May repeat to a total of 10 mg
      or
    - ■ Lorazepam (Ativan) 0.5 - 1 mg IVP or nasally may repeat twice q5 minutes

*10/7/2009*

Medical

EMERGENCY MEDICAL GUIDELINES

## PAIN MANAGEMENT

**Caution**
Pain medications may produce respiratory depression
Pain medications are not to be used in the presence of abdominal pain, head injury, kidney stones, or altered LOC
**Indications:**
Relief of moderate to severe pain associated with trauma, fractures, dislocations, myocardial infarction, and burns

 **BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Monitor patient's level of consciousness and respiratory status

 **ALS**
- ❑ EKG monitor
- ❑ IV 0.9% NaCl KVO or saline lock if stable
- ❑ Nitrous oxide for minor musculoskeletal pain
- ❑ May use either of the following medications:
  - ▪ Dilaudid (hydromorphone hypochloride) 1-2mg *slow* IV or IM titrated to effect
    - • may repeat to a total of 4mg
    - • In elderly (65 years or older) 0.25 - 0.5mg *slow* IV or IM titrated to effect
    - • may repeat as tolerated
  - ▪ Morphine or Nubain 1-5mg IV or IM titrated to effect
    - • may repeat in small increments until desired effect is achieved
  - ▪ Promethazine (Phenergan) (to be given with the selected pain medication) 6.25 - 12.5mg IV or Dolasetron Mesylate (Anzemet) 12.5mg IVP

**Pediatrics**
- ❑ Morphine 0.1 - 0.2mg/kg IV or IM *slowly*
- ❑ Dilaudid's safety and effectiveness in children has not been established

*MCFR first line drug for pain management is Dilaudid unless contraindicated.*

*SLCFD, IRSDPS & IRCEMS can use Nubain for pain management with the same dosage as Morphine.*

*Dilute Phenergan in 10cc NaCl before IV administration.*

*MCFR uses Ondansetron (Zofran) 4mg IV/IM over 30 seconds. Ped 0.1mg/kg in place of Phenergan or Anzemet*

*MCFR Rescue Lieutenants and Flight Medics may administer Fentanyl 25-50 mcg IVP every 5 min.in patients 16 years old and older. Patients under the age of 16 years old use Morphine 0.1-0.2mg/kg IVP.*

*10/7/2009*

TREATMENT GUIDELINES

# RAPID SEQUENCE INTUBATION

This procedure is for patients requiring total airway control who may be fully or partially conscious. **Two** (2) paramedics must be in attendance with the patient before RSI can be performed and must accompany the patient to the hospital

## IMPORTANT

A secondary airway device must be ready to use if endotracheal intubation cannot be successfully performed (i.e. Combitube, LMA, surgical airway, etc...)

## Indications
- ❏ Seizure/ convulsion disorder
- ❏ Multi-system trauma
- ❏ Head injury
- ❏ When other methods of airway control or treatments have failed or are either not possible or practical

## Contraindications
- ❏ It must be kept in mind that all contraindications are relative and risk must be weighed against possible benefits
- ❏ Digitalis toxicity
- ❏ Increased intracranial pressure
- ❏ Increased intraoccular pressure
- ❏ Known electrolyte imbalance
- ❏ Skeletal muscle myopathy
- ❏ Acute malignant hyperthermia

## Caution
It is important to remember that neuromuscular blockade does not alter the patient's level of consciousness, therefore it does not reduce pain

## Pre-medication
### Procedure
- ❏ O2 100% via mask or BVM.  Pre-oxygenation is REQUIRED for a minimum of 2 minutes before proceeding with paralysis.  The purpose is to cause a nitrogen washout in the lungs and create an oxygen reservoir.  This oxygen reservoir will allow approximately 3 to 4 minutes of apnea without hypoxemia in a normal patient.
- ❏ Atropine
  - ▪ Pediatrics 16 years of age or less 0.02mg/kg (0.1mg minimum dose)
  - ▪ Adults 1mg IVP
    - • If bradycardia present or potential
    - • **MUST** be given before any repeat doses of Anectine
- ❏ Lidocaine 1.5mg/kg
  - ▪ Do not use if administering Etomidate
- ❏ Hydromorphone (Dilaudid) for pain control, if needed
  - ▪ 1-2mg IV titrated to effect
    - • may repeat to a total of 4mg
  - ▪ In elderly (65 yrs and older), 0.25mg - 0.5mg IV titrated to effect
    - • may repeat as tolerated
- ❏ Promethazine (Phenergan) or  Dolasetron Mesylate (Anzemet) to be given with Dilaudid
  Adults: 6.25-12.5mg IV, Dolasetron Mesylate (Anzemet) 12.5mg IV
  Pediatrics: 0.5mg/kg not to exceed 6.25mg IM or Dolasetron Mesylate (Anzemet) 0.35mg/kg

*SLCFD requires a paramedic Lt. or a Flight Medic to be present.  They need not accompany patient to the ER.*

*MCFR requires a Rescue Lt. or Flight Medic presence and accompaniment with patient to ER*

*MCFR uses a different Guideline for RSI.  Refer to pages M 16 & 17*

**Medical**

EMERGENCY MEDICAL GUIDELINES

- ❏ Etomidate (Amidate) 0.3mg/kg
  - ▣ may repeat x1
  - ▣ If allowed may administer 20mg non-weight based
  - ▣ Lidocaine is not used with Etomidate
- ❏ If Etomidate is contraindicated or unavailable
  - ▣ Midazolam (Versed)
    - • Adults over the age of 60yrs: 2.5mg IV or IM titrated to effect.
      - ☐ may repeat to a total of 5mg
    - • Adults under the age of 60yrs: 5mg IV or IM titrated to effect
      - ☐ may repeat to a total of 10mg
    - • Pediatric dose: 0.3mg/kg
    - • Allow adequate time to assess the effectiveness of sedation

*SLCFD does not administer Etomidate under the age of 10yrs.*

## PARALYTICS

Procedure
- ❏ Succinycholine Chloride (Anectine) may be repeated in 2 minutes for desired effect
  - ▣ Adult: 1.5mg/kg IV
  - ▣ Pediatric and Infants:  2mg/kg IV
  - ▣ Onset <1 minute
  - ▣ Duration of approximately 4-6 minutes

Caution
  - ▣ Hyperthermia: presents as jaw spasm or general rigidity
    - •Monitor body temperature
    - •Cool as needed
  - ▣ Hyperkalemia:  presents as tall, peaked "T" waves
    - • Constant monitoring of EKG
    - • Administer calcium chloride 500mg slow IV
  - ▣ Increased intracranial pressure
  - ▣ Increased intraoccular pressure
  - ▣ Sudden cardiac arrest in children with Duchenne's muscular dystrophy (children usually undiagnosed)
    - • Observe for peaked "T" waves
    - • Administer calcium chloride 500mg IV
    - • Administer sodium bicarbonate 1mEq/kg
    - • Administer glucose per DIABETIC EMERGENCIES GUIDELINE (see page M-6)
- ❏ Vercuronium Bromide (Norcuron): indicated if transport time is > 15 minutes, patient becomes combative after the effects of the Anectine have worn off, or the patient is still combative after sedation
  - ▣ Adult and pediatric:  0.1mg/kg IV
  - ▣ Onset in 2-4 minutes
  - ▣ Duration of 20-40 minutes
  - ▣ Side effects:  hyperthermia

*10/7/2009*

TREATMENT GUIDELINES

# SEDATION

### Indications
- ❏ Airway management (when RSI is not indicated or available)
- ❏ Cardioversion
- ❏ External pacing
- ❏ Altered level of consciousness, violent patient

### Caution
Diazepam (Valium) may cause respiratory depression or compromise.

 **ALS**
- ❏ Anesthetic spray to posterior pharynx (for intubation)
- ❏ For combative patient and external pacing
  - ◼ Diazepam (Valium) 5mg IV/IM
    - • may repeat once after 5 minutes
    - OR
  - ◼ Lorazepam (Ativan) 1 mg IVP or nasally
    - • may repeat as needed up to a max. of 4 mg
- ❏ For intubation (also see **RSI TREATMENT GUIDELINE**, page M-11)
  - ◼ Midazolam (Versed)
    - • 2.5mg IV, IM (if over 60yrs), or nasally
    - • 5mg IV, IM (under 60 yrs), or nasally
    - OR
  - ◼ Etomidate (Amidate) 0.3mg/kg IV
- ❏ For Cardioversion
  - ◼ Midazolam (Versed)
    - • 2.5mg IV, IM (if over 60yrs), or nasally
    - • 5mg IV, IM (under 60 yrs), or nasally
    - OR
  - ◼ Lorazepam (Ativan) 1mg IVP or nasally
    - • may repeat as needed up to a max. of 4 mg
- ❏ Post Intubation
  - ◼ Re-evaluate the tube placement after movement or transfer of patient.
  - ◼ Reassess every 5 minutes
  - ◼ Consider further sedation or paralytic agent (see page M-12 for dosages)
  - ◼ Evaluate the need for effective neurological exam versus paralytic agent.
  - ◼ Consider **PAIN MANAGMENT GUIDELINE** (see page M-10)
    - • Look for increased BP, tearing, evaluate physiological response to pain
  - ◼ Etomidate (Amidate) 0.3mg/kg IV
    - OR
  - ◼ Lorazepam (Ativan) 1 mg IVP or nasally
    - • May repeat as needed up to a max. of 4 mg

### Pediatric
- ❏ Diazepam (Valium) 0.2-0.5 mg/kg IV / IM / PR no faster than 3mg/min
- ❏ Midazolam (Versed) 0.3-0.6mg/kg IV / IM or nasally
- ❏ Lorazepam (Ativan) 0.05-0.1mg/kg IV / IM or nasally

*MCFR refer to Post Intubation Guideline page M-18*

*MCFR Rescue Lieutenants and Flight Medics may administer propofol (Diprivan) for sedation, refer to Guideline page M-17 for dosing.*

*MCFR refer to Post Intubation Guideline page M-18 if a Rescue Lieutenant or Flight Medic is present.*

*MCFR Rescue Lieutenants and Flight Medics may administerEtomidate 0.03-0.05mg/kg IVP (may repeat x1) during extended extrication to aid in ease and safety of extricating combative or uncooperative patients. Due to the short half life of Etomidate (6 min or less) administration must be carefully coordinated with the actual patient removal.*

*10/7/2009*

M - 13

EMERGENCY MEDICAL GUIDELINES

## SEIZURES

**Caution**
- ❑ Refer to OBSTETRICS/GYNECOLOGY TREATMENT GUIDELINE *(See Page M-9)* for seizures associated with pregnancy
- ❑ Consider etiology of seizure for possible infectious disease isolation. The Team should utilize appropriate personal protective equipment.
- ❑ Use caution not to over cool a febrile patient to the point of shivering. Use of PO medications should be avoided in patients with decreased level of consciousness.

 **BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Protect from injury
- ❑ Consider C-Spine precautions if suspected injury

**ALS**
- ❑ EKG monitor
- ❑ IV 0.9% NaCl KVO
- ❑ Glucose level
  - ▪ possible or suspected hypoglycemia, refer to DIABETIC EMERGENCIES TREATMENT GUIDELINE *(SEE PAGE M-6)* prior to administration of diazepam (Valium) or lorazepam (Ativan)
- ❑ Diazepam (Valium) 3–5 mg IV/IM
  - ◼ may repeat to a total of 10 mg
  - ◼ may be administered rectally if no IV access
    - OR
  - ◼ Lorazepam (Ativan) 1mg IV, nasally, or rectally
    - • may be repeated to a max of 4mg
    - OR
  - ◼ Versed 0.1mg/kg IM, IV, or nasally
- ❑ Febrile seizures
  - ◼ If altered LOC, administer acetaminophen suppository 325mg

**Physician Consult**
- ◼ diazepam (Valium) 3–5mg IV for doses greater than 10 mg
- ◼ lorazepam (Ativan) 0.5mg - 1mg IV for doses greater than 4mg

**Pediatric**
- ❑ Idiopathic (non–febrile) seizures
  - ◼ Diazepam (Valium) 0.2-0.5 mg/kg IV or rectal (no faster than 3 mg/min if IV)
    - OR
  - ◼ Lorazepam (Ativan) 0.1mg/kg IV or nasally
- ❑ Febrile seizures
  - ◼ treat febrile seizures by cooling. (Use caution to avoid rapid temperature change.)
  - ◼ consider Diazepam (Valium) 0.2-0.5 mg/kg IV or rectal (no faster than 3 mg/min if IV) or Ativan 0.1mg/kg if seizures are continuous
  - ◼ children's Acetaminophen liquid 10 mg/kg PO when level of consciousness permits
  - ◼ If altered LOC, administer Acetaminophen suppository 125mg

*MCFR uses Lorazepam (Ativan) 1mg IVP, nasally, or rectally as first line drug*

*MCFR does not carry Acetaminophen suppository*

*10/7/2009*

## SICKLE CELL ANEMIA

**BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway (High flow)
- ❑ Emotional support

**ALS**
- ❑ EKG monitor
- ❑ IV 0.9% NaCl infusion 250 cc/hr
- ❑ Pain control, refer to PAIN MANAGEMENT TREATMENT GUIDELINE (See page M-10)

**Pediatric**
- ❑ Promethazine (Phenergan) 0.25  mg/kg IV not to exceed 12.5 mg or Dolasetron Mesylate (Anzemet) 0.35mg/kg IVP to max of 12.5mg
- ❑ Pain control, refer to PAIN MANAGEMENT TREATMENT GUIDELINE (See page M-10)

*MCFR uses Ondansetron (Zofran) 4mg IV/IM over 30 seconds.  Ped 0.1mg/kg over 30 seconds in place of Phenergan or Anzemet*

*Dilute Phenergan in 10cc NaCl before IV administration.*

## STROKE

**Caution**

    All medications given in the presence of a Stroke must be Physician consult.

**BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway (Oxygen as per patient's need)
- ❑ Evaluate for stroke alert
- ❑ Elevate patient's head 30 degrees
- ❑ Do not delay transport

**ALS**
- ❑ EKG Monitor
- ❑ IV 0.9% NaCl KVO or saline lock  (if stable)
- ❑ Blood glucose level, refer to DIABETIC EMERGENCIES TREATMENT GUIDELINE *(SEE PAGE M-6)*
- ❑ Hypertension above 180 systolic or 110mm diastolic, refer to HYPERTENSION TREATMENT GUIDELINE *(SEE PAGE M-7)*
- ❑ Treat arrhythmias per appropriate Guideline
- ❑ Complete Stroke Alert check sheet
- ❑ If possible airway instability, refer to RSI TREATMENT GUIDELINE (see page M-11)

*MCFR refer to RSI Treatment Guideline page M-16 and M-17*

Medical

EMERGENCY MEDICAL GUIDELINES

*MCFR requires a Rescue Lt. or Flight Medic presence and accompaniment with patient to ER*

## RAPID SEQUENCE INTUBATION (MCFR ONLY)

This procedure is for patients requiring total airway control who may be fully or partially conscious. **Two** (2) paramedics must be in attendance with the patient before RSI can be performed and must accompany the patient to the hospital

### IMPORTANT

A secondary airway device must be ready to use if endotracheal intubation cannot be successfully performed (i.e. Combitube, LMA, surgical airway, etc...)

### Indications
- ❏ Seizure/ convulsion disorder
- ❏ Multi-system trauma
- ❏ Head injury
- ❏ When other methods of airway control or treatments have failed or are either not possible or practical

### Contraindications
- ❏ It must be kept in mind that all contraindications are relative and risk must be weighed against possible benefits
- ❏ Digitalis toxicity
- ❏ Increased intracranial pressure
- ❏ Increased intraoccular pressure
- ❏ Known electrolyte imbalance
- ❏ Skeletal muscle myopathy
- ❏ Acute malignant hyperthermia

**Caution: Use extreme caution in pregnancy as opiates and Norcuron will cross the placental barrier.**

### Pre-medication
Procedure



- ❏ O2 100% via mask or BVM. Pre-oxygenation is REQUIRED for a minimum of 2 minutes before proceeding with paralysis. The purpose is to cause a nitrogen washout in the lungs and create an oxygen reservoir. This oxygen reservoir will allow approximately 3 to 4 minutes of apnea without hypoxemia in a normal patient.

**The acronym "LOADS" is used to dictate proper administration**

**L-Lidocaine O-Opioid A-Atropine D-Defasciculation S-Sedation**



- ❏ Lidocaine 1.5mg/kg IVP
- ❏ Fentanyl - **MUST** be given slowly (Over 60 seconds)
    - Adults < 60 years old 3 mcg/kg IVP
    - Adults > 60 years old 1.5 mcg/kg IVP
    - Pediatrics 1-2 mcg/kg IVP
- ❏ Atropine
    - All pediatrics < 10 years of age 0.02mg/kg IVP (0.1mg minimum dose)
    - Adults 1.0mg IVP
    - **MUST** Administer prior to second dose of Anectine
    - If bradycardia present or potential
- ❏ Norcuron 0.01mg/kg IVP for defasiculation (withhold in children <10 years old)
- ❏ Etomidate (Amidate) 0.3mg/kg IVP (may be used with pediatrics)

M - 16

❑ If Etomidate is contraindicated or unavailable
Midazolam (Versed)
Adults < the age of 60: 5mg/kg IVP or IM titrated to effect
May repeat to a total of 10mg
Adults > the age of 60: 2.5mg IVP or IM titrated to effect
May repeat to a total of 5mg
Pediatric dose: 0.1mg/kg
Allow adequate time to assess the effectiveness

## PARALYTICS

❑ Succinycholine Chloride (Anectine) may repeat in 2 minutes
Adult 1.5mg/kg

Pediatric 2.0mg/kg

Caution

❑ Hyperthermia: presents as jaw spasm or general rigidity

• Monitor body tempature

• Cool as needed

❑ Hyperkalemia: presents as tall, peaked "T" waves

• Constant monitoring of EKG

• Administer Calcium Chloride 500mg slow IVP

❑ Increase ICP

❑ Increase IOP

❑ Sudden cardiac arrest in children with Duchenne's muscular

dystrophy.

• Observe for peaked "T" waves

• Administer Calcium Chloride 500mg IVP

• Administer sodium bicarbonate 1mEq/kg IVP

• Administer glucose per Diabetic Emergency Guideline
(page M-6)

❑ Diprivan (if available) may be used for sedation or intubation. Use with extreme caution in the potentially hypotensive patient. The absolute contraindication is systolic BP of less than 100mm/hg. Loading dose (adults < 55) 2-2.5mg/kg given as 40mgIVP every 10 secondsuntil desired level of sedation is reached with maximum single not to exceed 120mg (eldery 1-2 mg/kg given as 20mg every 10 seconds), followed by a drip 25-120mcg/kg/min. Start at 25mcg/kg/min and increase 5-10mcg/kg/min until desired level of sedation is maintained. Reassess blood pressure frequently and adjust Diprivan as needed.

*10/7/2009*

EMERGENCY MEDICAL GUIDELINES

## POST INTUBATION MANAGEMENT

Administer longer acting sedation for transport prior to Norcuron consideration

❏ Versed

- Adults 0.1 mg/kg IVP (adults over 60 years old  0.05 mg/kg IVP)

- Pediatrics 0.1 mg/kg IVP

Assess for signs of pain and ensure systolic BP greater than 100mm/hg

❏ Fentanyl - **MUST** give slowly (over 60 seconds). May repeat after 10 minutes

- Adults 2mcg/kg IVP (over 60 years old 1mcg/kg IVP)

- Pediatrics 1-2mcg/kg IVP

❏ Vercuronium Bromide (Nurcuron) 0.1mg/kg IVP if the patient is unmamageable i.e. fighting the ET Tube and ventilator or becomes combative only after intubation, sedation and pain management.

Pain management **is not** to be withheld in the **intubated** head injured or stroke patient where signs of pain exist. Patients with traumatic injuries especially warrant re-evaluation for signs of pain. This also includes medical patients with pain complaints prior to intubation i.e. severe headache with a stroke. Baseline neurological assessments must be determined prior to administering sedation and pain medications with the initiation of RSI and reported to the receiving physician accordingly.



# Cardiac

## ASYSTOLE

### Caution

Ask and verify DNR Orders (Must see original) or other acceptable form refer to page E-18 for information on DNRO



### BLS

- ❑ Consider *TERMINATION GUIDELINE* ( See page E-43)
- ❑ Vitalize/Prioritize
- ❑ Secure airway with appropriate adjunct
- ❑ Application of AED, refer to *AED GUIDELINE* (see page P-30)
- ❑ CPR (5 cycles or aproximately 2 minutes of CPR between interventions)



### ALS

- ❑ Intubate
- ❑ EKG monitor
- ❑ IV 0.9% NaCl
- ❑ Confirm asystole in more than one lead
- ❑ Vasopressin 40u IVP to replace first or second dose of Epi
  or
- ❑ Epinephrine
  - ◼ 1.0mg 1:10,000 IVP/IO q 3–5 minutes
- ❑ Atropine 1.0mg IVP/IO, repeated every 3–5 minutes up to a total of 3mg (0.03–0.04mg/kg)
- ❑ Consider possible causes: 6H 6T
  - ◼ Hypovolemia (volume infusion)
  - ◼ Hypoxia (ventilation)
  - ◼ Hypothermia, refer to *HYPOTHERMIA TREATMENT GUIDELINE (SEE page T-5)*
  - ◼ Hydrogen Ion (acidosis) (sodium bicarbonate)
  - ◼ Hyper/Hypokalemia (consider calcium chloride or sodium bicarbonate)
  - ◼ Hypoglycemia
  - ◼ Tamponade (pericardiocentesis)
  - ◼ Tension pneumothorax (needle decompression)
  - ◼ Thrombosis–Coronary (ACS)
  - ◼ Thrombosis–Pulmonary (embolism)
  - ◼ Toxins
  - ◼ Trauma
- ❑ Calcium Chloride 10mg/kg IVP if patient on calcium channel blocker or history of renal failure

### Physician Consult

❑ Consider termination of efforts after 10 minutes of treatment with no change

### Pediatric

- ❑ Refer to Broselow/Pediatric Resuscitation Tape
- ❑ Epinephrine
  - ◼ Epinephrine repeated every 3–5 minutes
    - ▪ 0.01mg/kg (0.1cc/kg) Epinephrine 1:10,000 IV/IO, or
    - ▪ 0.1mg/kg (0.1cc/kg) Epinephrine 1:1,000 ET

---

Sodium bicarbonate 1 mEq/kg
definitely helpful
known preexisting hyperkalemia
acceptable, probably helpful
known preexisting bicarbonate-
responsive acidosis
overdose with tricyclic
antidepressants
to alkalinize urine in overdoses
acceptable, possibly helpful
intubated and continued long
arrest interval
return of spontaneous
circulation after long arrest
interval
not indicated, may be harmful
hypoxic lactic acidosis

Atropine 1.0mg IVP
the shorter atropine dosing interval (3
min) is possibly helpful in cardiac
arrest

Patient remains in asystole
if patient remains in asystole or other
agonal rhythm after successful
intubation and initial medications
and no reversible causes are
indentified, consider termination of
resuscitative efforts by a physician.
Consider interval since arrest

*Vasopressin 40u IV push is first line for MCFR*

*IRCEMS does not use termination guidelines*

*SLCFD considers termination of efforts after 20 minutes of treatment with no change*

EMERGENCY MEDICAL GUIDELINES

❑ Atropine 0.02mg/kg
  ◼ minimum dose 0.1mg
  ◼ maximum single dose 0.5mg for a child (1-8 yrs), 1.0mg for adolescent (8-16 yrs)
  ◼ may repeat after 3–5 minutes
  ◼ maximum cumulative dose 0.03–0.04mg/kg
❑ Sodium Bicarbonate 1 mEq/kg
  ◼ infant (1 yr) or younger use 4.2% solution
    ▪ expel 25cc of sodium bicarbonate 8.4% and draw 25cc of 0.9% NaCl

# BRADYCARDIA

## Caution

Patients with 2nd degree type II or 3rd degree block should recieve TCP as first treatment

 

## BLS

❑ Vitalize/Prioritize
❑ Oxygen/Airway
❑ Observe closely

## ALS

❑ EKG monitor
❑ IV 0.9% NaCl
❑ Consider transcutaneous pacing
❑ Serious signs or symptoms:
  ◼ Atropine 0.5mg, repeated as necessary every 3–5 minutes up to a total of 3mg (0.03–0.04mg/kg)
  ◼ Transcutaneous pacing
    ▪ pt severely symptomatic or delay in drug administration consider pacing before atropine
    ▪ use discretion for transthoracic versus A/P placement
    ▪ sedation, refer to SEDATION TREATMENT GUIDELINE (SEE PAGE M-13)
  ◼ Dopamine (Intropin) 5–20 μg/kg per minute
  ◼ Epinephrine 2–10 μg/min

## Pediatric

* *Give atropine first for bradycardia due to suspected elevated vagal tone or primary AV block, if heart rate <60 with poor perfusion start CPR if Atropine ineffective*

❑ Atropine 0.02mg/kg
  ◼ minimum dose 0.1mg
  ◼ maximum single dose 0.5mg for child (1 - 8 yrs)
  ◼ may repeat after 3–5 minutes
  ◼ maximum cumulative dose 0.03–0.04mg/kg
❑ Epinephrine repeated every 3–5 minutes
  ◼ 0.01mg/kg (0.1cc/kg) epinephrine 1:10,000 IV or IO
  ◼ 0.1mg/kg (0.1cc/kg) epinephrine 1:1,000 ET
❑ Dopamine (Intropin) 5 - 20 ug/kg/min
❑ Transcutaneous pacing
  ◼ profound symptomatic bradycardia refractory to BLS and ALS
  ◼ anterior–posterior position is preferred, but anterior–anterior is acceptable provided the negative (–) pad is placed near the apex of the heart

**Cardiac** (sidebar)

Serious symptoms
  chest pain
  shortness of breath
  decreased level of consciousness

Serious signs
  hypotension
  shock
  pulmonary congestion
  congestive heart failure
  acute myocardial infarction

Atropine
  atropine should be given in repeat dose every 3–5 minutes up to total of 0.03–0.04mg/kg. Use the shorter dosing interval (3 minutes) in severe clinical conditions. It has been suggested that atropine should be used with caution in atrioventricular (AV) block at the His-Pukinje level (type II AV block and new third-degree block with wide QRS complexes) (acceptable, possibly helpful); trans-cutaneous pacing is recommended.

Third-degree heart block
  never treat third-degree heart block plus ventricular escape beats with lidocaine

*Epinephrine drip is appropriate with Atropine and TCP if the patient appears to be in a pre-arrest state*

C - 2

## CARDIOGENIC SHOCK



**BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Trendelenburg position

**ALS**
- ❑ EKG monitor
- ❑ 12 Lead EKG
  - ▪ $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- ❑ IV 0.9% NaCl KVO
- ❑ Hypotensive (blood pressure less than 100 mm/Hg systolic)
  - ▪ 250cc fluid bolus, repeat as necessary, to maintain systolic of 100 mm/Hg
  - ▪ contraindicated if lung sounds indicate pulmonary edema
- ❑ Dopamine (Intropin) 5–20 µg/kg per minute titrated to BP of 100mm/Hg systolic
- ❑ Evidence of right ventricular infarct (ST elevation in lead $V_4R$)
  - ▪ treat hypotension with cautious fluid bolus up to 2,000cc
    - ▪ frequently check blood pressure and lung sounds
- ❑ Congestive heart failure / pulmonary edema, refer to CONGESTIVE HEART FAILURE/ PULMONARY EDEMA *(See Page C-5)*
- ❑ Chest pain / suspected myocardial infarction, refer to CHEST PAIN / MYOCARDIAL INFARCTION (SUSPECTED) *(See Page C-4)*

**Pediatric**
- ❑ Dopamine (Intropin) 5–20 µg/kg per minute

## CARDIOVERSION / DEFIBRILLATION



**BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Check oxygen saturation
- ❑ Ready suction device

**ALS**
- ❑ IV access established per primary Treatment Guideline
- ❑ Premedicate whenever possible, see SEDATION TREATMENT GUIDELINE *(See Page M-13)*
- ❑ Synchronized cardioversion/Defibrillation
- ❑ See **Appendix A** for specific Joule Settings.

Delays in synchronization
if delays in synchronization occur or
clinical conditions are critical, go
immediately to unsynchronized shocks

*10/7/2009*

C - 3

EMERGENCY MEDICAL GUIDELINES

# CHEST PAIN / MYOCARDIAL INFARCTION(SUSPECTED)

**Contraindications**
- ❑ Aspirin or aspirin based products are contraindicated
  - ■ in children 16 years of age or younger due to Reye's syndrome
  - ■ allergy
- ❑ Heparin is contraindicated if recent bleeding, surgical procedure, gastrointestinal bleeding, bleeding ulcers, head trauma, stroke, transient ischemic attack (TIA) or history of bleeding tendencies

**Caution**
- ❑ Physician consult should be obtained in the presence of suspected right ventricular infarct prior to continued administration of nitrates or morphine. These patients may be sensitive to nitrates.
- ❑ Other forms of nitroglycerine should be discontinued when IV Nitro is initiated

 **BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway

 **ALS**
- ❑ EKG monitor
- ❑ 12 Lead EKG
  - ■ $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- ❑ Evaluate for Cardiac Alert
- ❑ IV 0.9% NaCl KVO
  - ■ double lumen IV catheter is preferred for the MI patient
- ❑ Hypotensive (blood pressure less than 100 mm systolic), refer to CARDIOGENIC SHOCK TREATMENT GUIDELINE *(See Page C-3)*
- ❑ Perform cardiac enzymes using Field Test Kit, draw green top tube
- ❑ Nitroglycerine (contraindicated if sexual enhancing medications were taken within past 24 hours [i.e. Levitra, Viagra] and within 48 hours for Cialis)
  - ■ contraindicated if blood pressure less than 100 mmHg systolic
  - ■ 1/150gr or 0.4mg spray SL (may administer 1 SL prior to 12 lead or IV access)
    - • may repeat at five minute intervals to a total of three (3)
  - ■ 1 inch paste (may be administered concurrently with SL nitroglycerine)
  - ■ 5–10 µg/min IV infusion pump, increased 5–10 µg/min every 3–5 minutes until pain is relieved or 100 mmHg systolic blood pressure is maintained if *either of the following two* conditions exist:
    - • ST elevation in any two contiguous leads of 12 lead ECG (it is not necessary to administer 3 SL nitro prior to initiating IV nitro), or
    - • pain partially but not completely relieved by 3 nitroglycerine SL
- ❑ Aspirin 324–325mg chewable (4 pediatric chewable aspirin)
- ❑ Pain relief (one of the following)
  - ■ Morphine Sulfate in 2 mg increments IVP until desired effect max. dose 10 mg and Promethazine (Phenergan) 12.5 mg IVP or Dolasetron Mesylate (Anzemet) 12.5mg IVP
  - ■ Dilaudid (hydromorphone hypochloride) 1-2mg *slow* IVP titrated to effect may repeat to a total of 4mg.
    - ■ In elderly (65 years and older) 0.25 - 0.5mg slow IVP titrated to effect, may repeat as tolerated
  - Promethazine (Phenergan) 12.5mg IVP or Dolasetron Mesylate (Anzemet) 12.5mg IVP

- ❑ Ventricular ectopy, refer to VENTRICULAR ECTOPY TREATMENT GUIDELINE *(See Page C-8)*
- ❑ ACLS guideline

*MCFR does not use double IV catheters.  Two (2) separate IV lines must be established*

*Cardiac Enzyme Field Test Kit used by SFR*

*Dilute Phenergan in 10cc before IV administration.*

*MCFR drug of choice for pain relief is Dilaudid unless contraindicated*

*MCFR uses Ondansetron (Zofran) 4mg IV/IM over 30 seconds.  Ped 0.1mg/kg over 30 seconds in place of Phenergan or Anzemet*

C - 4

CARDIAC GUIDELINES

## Physician Consult
- ❏ Nitroglycerine IV if pain unaffected by 3 nitroglycerine SL
  - ■ contraindicated if blood pressure less than 100 mmHg systolic
  - ■ initiate at 5–10 µg/min IV Infusion Pump
  - ■ increase 5–10 µg/min every 3–5 minutes until pain is relieved or 100 mmHg systolic blood pressure is maintained
- ❏ Heparin 60 units/kg (max.4,000 units) IV in suspected acute MI
  - ■ draw blue top blood tube for prothrombin time and partial thromboplastin time (PT, PTT) prior to administration of Heparin

*IRCEMS does not need orders for Ntg Drip*

*MCFR does not carry Heparin*

# CONGESTIVE HEART FAILURE/PULMONARY EDEMA

## Caution
- ❏ If patient is febrile, consult EDP before administering furosemide or nitroglycerine, consider respiratory distress etiology of infection (pneumonia) rather than CHF
- ❏ Administration of nitrates should be done with caution in patients with right ventricular infarct. These patients may be sensitive to nitrates. Physician consult should be obtained in the presence of suspected right ventricular infarct prior to continued administration of nitrates or morphine.



## BLS
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway (high flow)
- ❏ Body temperature



## ALS
- ❏ EKG monitor
- ❏ 12 Lead EKG
  - ■ $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- ❏ ***Consider using CPAP early***
- ❏ Intubate if marked (extraordinarily severe) respiratory distress
  - ■ sedation for conscious patients, refer to **RSI TREATMENT GUIDELINE** *(See Page M-11)*
- ❏ IV 0.9% NaCl KVO
- ❏ Nitroglycerine (Contraindicated if sexual enhancing medications were taken within past 24 hours [i.e. Levitra, Viagra] and within 48 hours for Cialis)
  - ■ contraindicated if blood pressure less than 100 mm systolic
  - ■ moderate to severe distress, administer IV nitroglycerine as soon as possible
  - ■ 1/150 gr SL
    - • may administer 1 SL prior to 12 lead or IV access
    - • may repeat after five minutes to a total of three (3)
  - ■ 1 inch paste (may be administered concurrently with SL nitroglycerine)
  - ■ Nitroglycerine 5-10 µg/min IV Infusion Pump
    - • increase 5-10 µg/min every 3–5 minutes
    - • maintain at least 100 mmHg systolic blood pressure
- ❏ Furosemide (Lasix) 0.5–1.0mg/kg IVP not to exceed 80mg
- ❏ Dopamine (Intropin) 5–20 µg/kg per minute titrated as needed for hypotension
- ❏ Morphine Sulfate in 2 mg increments IVP until desired effect max. dose 10 mg and Promethazine (Phenergan) 12.5 mg IVP or Dolasetron Mesylate (Anzemet) 12.5mg IVP
  - ■ contraindicated if blood pressure less than 100 mmHg systolic

## Pediatric
- ❏ Furosemide (Lasix) 1.0mg/kg IVP slowly over 1–2 minutes
- ❏ Morphine Sulfate 0.1–0.2mg/kg IVP slowly, maximum single dose 4mg

*IRCEMS uses up to 100mg of Lasix*

*Dilute Phenergan in 10cc before IV administration.*

*MCFR uses Ondansetron (Zofran) 4mg IVP/IM over 30 seconds. Ped 0.1mg/kg over 30 seconds in place of Phenergan or Anzemet*

Cardiac

EMERGENCY MEDICAL GUIDELINES




# NARROW COMPLEX TACHYCARDIA

**BLS**
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway

**ALS**
- ❏ EKG monitor
- ❏ 12 Lead EKG
  - ▪ $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- ❏ IV 0.9% NaCl KVO
- ❏ Unstable, with serious signs or symptoms
  - ▪ ventricular rate greater than 150 beats per minute
    - • may give brief trial of medications (see *STABLE OR BORDERLINE* below)
    - • refer to **CARDIOVERSION TREATMENT GUIDELINE** *(See Page C-3)*
  - ▪ immediate cardioversion seldom needed for rates less than 150 beats per minute (see *SERIOUS SIGNS OR SYMPTOMS* at left)
- ❏ Regular Rhythm
  - ▪ further treatment not recommended if patient stable
  - ▪ vagal maneuvers
  - ▪ Adenosine Phosphate (Adenocard)
    - • 6mg IVP over 1–3 seconds (As rapid as possible in the most proximal IV port, followed by a rapid fluid bolus.)
    - • after 1–2 minutes, 12mg IVP over 1–3 seconds; may repeat once
  - ▪ Diltiazem (Cardizem)
    - • 0.25mg/kg IV over 2 minutes
    - • may repeat, *if necessary*, 15 minutes after first dose, 0.35mg/kg IVP over 2 minutes.
    - • consider synchronized cardioversion if rhythm does not convert and / or patient becomes unstable
- ❏ Irregular Rhythm (A-Fib, A-Flutter, MAT {multifocal atrial tachycardia}) > 130 symptomatic
  - ▪ Diltiazem (Cardizem)
    - • 0.25mg/kg IV over 2 minutes
    - • may repeat, *if necessary*, 15 minutes after first dose, 0.35mg/kg IVP over 2 minutes,
    - • synchronized cardioversion if rhythm does not convert
- ❏ Wide QRS complex
  - ▪ refer to **WIDE–COMPLEX TACHYCARDIA TREATMENT GUIDELINE** *(See Page C-10)*

**Pediatric**
- ❏ Adenosine (Adenocard) 0.1 mg/kg IVP rapid push maximum single dose 6 mg
  - ▪ second dose 0.2 mg/kg IVP rapid push maximum single dose 12 mg
  - ▪ third dose 0.2 mg/kg IVP rapid push maximum single dose 12 mg

---

**Serious signs or symptoms**

chest pain, shortness of breath, decreased level of consciousness, low blood pressure, shock, pulmonary congestion, congestive heart failure, acute myocardial infarction

unstable condition must be related to the tachycardia

**Vagal maneuvers**

carotid sinus pressure is contraindicated in patients with carotid bruits

avoid ice water immersion in patients with ischemic heart disease

*IRCEMS uses Adenocard 12mg for each dose.*

*MCFR administers Cardizem by IV infusion only, over 5 minutes. The max first dose is 25 mg with a max second dose of 35 mg.*

*Lifeline uses Verapamil 2nd line.*

---

C - 6

CARDIAC GUIDELINES

# PULSELESS ELECTRICAL ACTIVITY



**BLS**
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway
- ❏ Application of AED, refer to *AED GUIDELINE* (see page P-30)
- ❏ CPR (5 cycles or aproximately 2 minutes of CPR between interventions)



**ALS**
- ❏ EKG monitor
- ❏ Intubate
- ❏ IV 0.9% NaCl
- ❏ Consider possible causes: 6H 6T
  - ■ Hypovolemia (volume infusion)
  - ■ Hypoxia (ventilation)
  - ■ Hypothermia, refer to HYPOTHERMIA TREATMENT GUIDELINE (*See Page T-5*)
  - ■ Hydrogen Ion (acidosis) (sodium bicarbonate)
  - ■ Hyper/Hypokalemia (consider calcium chloride or sodium bicarbonate)
  - ■ Hypoglycemia
  - ■ Tamponade (pericardiocentesis)
  - ■ Tension pneumothorax (needle decompression)
  - ■ Thrombosis–Coronary (ACS)
  - ■ Thrombosis–Pulmonary (embolism)
  - ■ Toxins  blockers
  - ■ Trauma
- ❏ Vasopressin 40u IVP to replace 1st or 2nd dose of Epi
  or
- ❏ Epinephrine
  - ■ 1.0mg 1:10,000 IVP/IO q 3–5 minutes
- ❏ Absolute or relative bradycardia give Atropine 1.0mg IVP, repeated every 3–5 minutes up to a total of 3mg (0.04mg/kg)
- ❏ Sodium Bicarbonate 1 mEq/kg IVP
- ❏ Calcium Chloride 10mg/kg IVP if patient on calcium channel blocker or history of renal failure
- ❏ Glucagon 1-5mg IVP for β–blocker overdose

**Pediatric**
- ❏ Epinephrine
  - ■ Epinephrine repeated every 3–5 minutes
    - ▪ 0.01mg/kg epinephrine (0.1cc/kg) 1:10,000 IVP or IO, or
    - ▪ 0.1mg/kg  epinephrine (0.1cc/kg) 1:1,000 ET
- ❏ Sodium Bicarbonate 1 mEq/kg
  - ■ infant (1 yr) or younger use 4.2% solution
    - ▪ expel 25cc of sodium bicarbonate 8.4% and draw 25cc of 0.9% NaCl

Sodium Bicarbonate 1mEq/kg
  definitely helpful in known
  preexisting          hyperkalemia
  acceptable, probably helpful in
  known preexisting bicarbonate-
  responsive acidosis overdose with
  tricyclic antidepressants to alkalize
  urine in overdoses acceptable,
  possibly helpful intubated and
  continued long arrest interval return
  of spontaneous circulation after long
  arrest interval not indicated, may be
  harmful hypoxic lactic acidosis

Atropine 1.0mg IVP
  the shorter atropine dosing
  interval (3 min) is possibly
  helpful in cardiac arrest

*Vasopressin 40u IV push is
first line for MCFR*

*SFR uses Vasopressin in
place of Epi in PEA*

EMERGENCY MEDICAL GUIDELINES

## VENTRICULAR ECTOPY

**Caution**

- ❑ Although the loading dose of lidocaine does not need to be reduced, the maintenance dose should be decreased by 50% in the presence of jaundice, acute MI, congestive heart failure, circulatory shock, JVD, unconsciousness, or in patients older than 70 years of age.
- ❑ AHA recognizes that mixing two or more antiarrythmics can cause ectopy.

 **BLS**

- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway

 **ALS**

- ❑ EKG monitor
- ❑ 12 Lead EKG
  - ■ $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- ❑ IV 0.9% NaCl KVO
- ❑ Determine need for acute suppressive therapy (*use only 1 antiarrhythmic*)
  - ■ suspected MI or acute chest pain with one or more of the following:
    - ▪ multiformed PVCs
    - ▪ couplets
    - ▪ runs of VT
  - ■ Amiodarone 150mg IV over 10 minutes, may repeat once
    - ▪ Maintenance drip- 1mg/min
  - ■ Lidocaine
    - ▪ 0.5–0.75 mg/kg IVP repeated every 5–10 minutes to cumulative total of 3 mg/kg
    - ▪ maintenance infusion 2–4 mg/min
  - ■ Procainamide (Pronestyl) 20mg/min IV drip until:
    1) ectopy suppressed or,
    2) hypotension ensues or,
    3) QRS is widened by 50% of its original width or,
    4) 17 mg/kg is reached
       (12 mg/kg for patients with cardiac or renal dysfunction)
    - ▪ maintenance infusion 1–4 mg/min

*MCFR uses Amiodarone as the preferred antiarrhymic*

*MCFR does not carry Procainamide (Pronestyl)*

Cardiac

C - 8

*10/7/2009*

CARDIAC GUIDELINES

# VENTRICULAR FIBRILLATION / PULSELESS V–TACH

**Caution**



- ❑ Although the loading dose of Lidocaine does not need to be reduced in the pulseless patient, the maintenance dose should be decreased by 50% in the presence of jaundice, acute MI, congestive heart failure, circulatory shock, JVD, unconsciousness or in patients older than 70 years old.

**BLS**

- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Perform CPR until defibrillator attached; continue through arrest
- ❑ Application of AED, refer to *AED GUIDELINE* (see page P-30)
- ❑ CPR (5 cycles or aproximately 2 minutes of CPR between interventions)



**ALS**

- ❑ Defibrillate with single shock
  - ■ For specific Joule settings refer to *APPENDIX A*
  - ■ Resume CPR immediately (give 5 cycles or aproximately 2 minutes of CPR)
- ❑ Return of spontaneous circulation
  - ■ assess vital signs, support airway, breathing
  - ■ provide medications appropriate for blood pressure, heart rate and rhythm
- ❑ Rhythm change without spontaneous circulation
  - ■ PEA, refer to *PULSELESS ELECTRICAL ACTIVITY TREATMENT GUIDELINE (See Page C-7)*
  - ■ asystole, refer to *ASYSTOLE TREATMENT GUIDELINE (See Page C-1)*
- ❑ Hypothermic, refer to *HYPOTHERMIA TREATMENT GUIDELINE (See Page T-5)*
- ❑ Persistent or recurrent VF/VT
  - ■ intubate
  - ■ IV 0.9% NaCl KVO
  - ■ Vasopressin 40u IVP to replace 1st or 2nd dose of Epi
    **or**
  - ■ Epinephrine
    - • 1.0mg IVP every 3-5 minutes
  - ■ defibrillate (refer to Appendix A for Joule settings)
  - ■ administer medications of probable benefit in persistent or recurrent VF/VT
    - • Amiodarone 300mg IVP  repeated at 150mg IVP in 5 minutes
      • Maintenance drip of 1mg/min after conversion
    - • Lidocaine 1.5mg/kg IVP repeated at 0.5 - 0.75 mg/kg every 3–5 minutes to a cumulative total of 3mg/kg
    - • Magnesium Sulfate 1–2 g IVP in torsades de pointes or suspected hypomagnesemic state or severe refractory VF
  - ■ defibrillate (refer to Appendix A for Joule settings)
  - ■ Sodium Bicarbonate 1 mEq/kg

**Pediatric**

- ❑ Defibrillate with a single shock (refer to Appendix A for Joule settings)
- ❑ Epinephrine
  - ■ Epinephrine repeated every 3–5 minutes
    - • 0.01mg/kg Epinephrine (0.1cc/kg) 1:10,000 IVP or IO, or
    - • 0.1mg/kg  Epinephrine (0.1cc/kg) 1:1,000 ET
- ❑ Amiodarone 5mg/kg IVP my be repeated to max 300mg
  - ■ Maintenance drip refer to Broselow for dose
- ❑ Lidocaine 1mg/kg IVP or IO, repeated every 3–5 minutes to a total of 3mg/kg
- ❑ Magnesium Sulfate 25 to 50 mg/kg max 2 gm IVP in torsades de pointes or suspected hypomagnesemic state or severe refractory VF
- ❑ Sodium Bicarbonate 1 mEq/kg
  - ■ infant (1 yr) or younger use 4.2% solution
    - • expel 25cc of sodium bicarbonate 8.4% and draw 25cc of 0.9% NaCl

Sodium Bicarbonate 1 mEq/kg
definitely helpful known preexisting
hyperkalemia
acceptable, probably helpful
known preexisting
bicarbonate-responsive acidosis,
overdose with tricyclic
antidepressants, to alkalinize urine
in overdoses
acceptable, possibly helpful
intubated and continued long
arrest interval
return of spontaneous
circulation after long arrest
interval
not indicated, may be harmful
hypoxic lactic acidosis
Fluid bolus after drug
administration
be prepared to administer a
20-30cc bolus of IV fluid
and elevate the arm after
each IV medication

*Vasopressin 40u IV push is first choice for MCFR*

*AHA recommends: Avoid mixing antiarrhymics if possible.*

*MCFR uses Amiodarone as the preferred antiarrhymic*

*MCFR uses Amiodarone as the preferred antiarrhymic*

C - 9

# WIDE–COMPLEX TACHYCARDIA

If there is any doubt whether monomorphic or polymorphic VT is existant in the unstable patient, cardiovert refer to CARDIOVERSION/DEFIBRILLATION TREATMENT GUIDELINE *(See Page C-3)*

**BLS**

- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway

**ALS**

- ❑ EKG monitor
- ❑ 12 Lead EKG
  - $V_4$R should be manually evaluated if any ST elevation in leads II, III, or aVF



- ❑ IV 0.9% NaCl KVO
- ❑ Unstable, with serious signs or symptoms
  - ventricular rate greater than 150 beats per minute (monomorphic VT)
    - may give brief trial of medications (see *STABLE OR BORDERLINE* below)
    - refer to CARDIOVERSION TREATMENT GUIDELINE *(See Page C-3)*
  - immediate cardioversion seldom needed for rates less than 150 beats per minute (see *SERIOUS SIGNS OR SYMPTOMS* at left)
  - ventricular rate greater than 150 beats per minute (polymorphic VT)
    - consider sedation
    - refer to APPENDIX A for cardioversion settings
- ❑ Regular Rhythm (V-Tach or Uncertain)
  - Amiodarone 150mg IV over 10 minutes repeated as needed to max of 2.2g in 24 hrs
    - Maintenance drip of 1mg/min
  - Lidocaine 0.5–0.75mg/kg IVP repeated every 5–10 minutes to cumulative total of 3mg/kg
- ❑ SVT with Aberrancy
  - Adenosine Phosphate (Adenocard)
    - 6 mg IVP over 1–3 seconds
    - after 1–2 minutes, 12 mg IVP over 1–3 seconds; may repeat once
  - consider synchronized cardioversion or defibrillation if patient becomes unstable, go to CARDIOVERSION/DEFIBRILLATION TREATMENT GUIDELINE *(See Page C-3)*
- ❑ Irregular Rhythm (Polymorphic V-Tach)
  - Unstable - **Defibrillate** refer to CARDIOVERSION/DEFIBRILLATION TREATMENT GUIDELINE *(See Page C-3)*
  - Amiodarone 150mg IV over 10 minutes repeated as needed to max of 2.2g in 24 hrs
  - Lidocaine 0.5–0.75mg/kg IVP repeated every 5–10 minutes to cumulative total of 3mg/kg
  - Magnesium Sulfate 1-2g IV diluted in 10cc over 2 minutes for Torsades de Pointe

**Pediatric**

- ❑ Adenosine (Adenocard) 0.1 mg/kg IVP rapid push maximum single dose 6 mg
  - second dose 0.2 mg/kg IVP rapid push maximum single dose 12 mg
  - third dose 0.2 mg/kg IVP rapid push maximum single dose 12 mg
- ❑ Amiodarone 5mg/kg IV over 20 - 60 minutes
- ❑ Synchronized cardioversion
  - go to CARDIOVERSION/DEFIBRILLATION TREATMENT GUIDELINE *(See Page C-3)*
  - if conversion to sinus rhythm does not occur after two attempts, the diagnosis of SVT should be reconsidered; sinus tachycardia may actually be present

Serious signs or symptoms

chest pain, shortness of breath, decreased level of consciousness, low blood pressure, shock, pulmonary congestion, congestive heart failure, acute myocardial infarction

unstable condition must be related to the tachycardia

Lidocaine

use lower doses and longer intervals for:

patients older than 70 years
liver failure
heart failure
smaller body size
bradycardias
conduction disturbances (particularly blocks)

Maintenance drip

initiate maintenance drip of drug that converts rhythm

*MCFR uses Amiodarone as the preferred antiarrhymic*

*IRCEMS uses 12mg doses of Adenosine only*

*Adenosine is used for diagnostic reasons after Lidocaine*

TRAUMA AND ENVIRONMENTAL GUIDELINES

# Trauma / Environmental

*Evaluate all trauma patients for Trauma Alert Criteria*

## BITES AND STINGS

### BLACK WIDOW



**BLS**
- ☐ Prioritize/Vitalize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NaCl KVO in large vein
  - ▪ Diazepam (Valium) 5 mg IVP to max of 10mg or Lorazepam (Ativan) 1mg IVP or nasally ◦may be repeated to a max of 4mg
- ☐ Pain control (see *Pain Management Treatment Guideline*, page M-10)

**Physician Consult**
- ☐ Calcium chloride 10% (request dosage)

**Pediatric**
- ☐ Calcium chloride 10% (request dosage)
- ☐ Diazepam (Valium) 0.3 mg/kg IV no faster than 3 mg/min or lorazepam (Ativan) 0.1mg/kg IV

*Rationalization: Benzodiazepines (Valium/Ativan) potentiate the effects of GABA (gamma-amino butyrate) which will facilitate inhibitory GABA neurotransmission and other inhibitory transmitters, blocking the pain.*

### BROWN RECLUSE

**BLS**
- ☐ Prioritize/Vitalize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NaCl KVO
- ☐ Pain control (see *Pain Management Treatment Guideline*, page M-10)

### MARINE INJURIES

**BLS**
- ☐ Prioritize/Vitalize
- ☐ Irrigate area with 0.9% NaCl, sea water, vinegar or ammonia
- ☐ Jellyfish or Man-of-war stings
- ☐ Apply meat tenderizer paste
- ☐ Remove barbs or tentacles if visible (scrape off, do not try to grab it or more
poison will be released)
- ☐ Apply hot packs to relieve pain

*10/7/2009*

T - 1

EMERGENCY MEDICAL GUIDELINES

☐ Observe for shock or allergic reaction; if allergic reaction, please refer to *Allergic Reaction Treatment Guideline* (see page M-3)

ALS
☐ EKG monitor
☐ IV 0.9% NaCl KVO
☐ Pain control (see *Pain Management Treatment Guideline*, page M-10)

## SNAKE BITE

### CONTRAINDICATIONS
The use of ice, tourniquet or constricting bands is contraindicated.

### Caution
If a tourniquet is applied prior to arrival, physician consult is indicated prior to removing the tourniquet. Let the physician decide whether or not it should be removed.

BLS
☐ Prioritize/Vitalize
☐ Oxygen/Airway
☐ Mark initial edematous area
☐ Keep patient calm
☐ Rapid, undelayed transport
☐ If snake is **DEAD**, bring to ED for identification

ALS
☐ EKG Monitor
☐ IV 0.9% NaCl KVO
☐ Allergic reaction or anaphylaxis, refer to *Allergic Reaction Treatment Guideline* (see page M-3)
☐ Refer to apropriate guideline for arrhythmias

### Physician Consult
☐ Pain control, refer to *Pain Management Treatment Guideline*, ( see page M-10)
  ◾ Rationale: may potentiate the toxin

## BURNS

*SLCFD uses Kool-A-Burn for 1st, 2nd and 3rd degree burns less than 15% BSA.*

### Caution
Burn patients are at high risk of developing hypothermia. Observe closely for any signs of shivering

BLS
☐ Prioritize/Vitalize
☐ Oxygen/Airway
☐ High flow for inhalation burn (strongly consider advanced airway control)
☐ Remove or cool heat source if present (i.e. tar, clothing)
☐ Cool compress dressing on minor burns with sterile saline (1st degree only) (do not apply ice directly to burns)
☐ Dry, sterile burn sheet for 2nd and 3rd degree burns
☐ Use Rule of Nines to determine percentage of body surface area involved in burn, (see Appendix D, page AD-1)
☐ Consider a Trauma Alert for 2nd and 3rd degree burns greater than 15% BSA
☐ Electrical and chemical burns
☐ Spinal immobilization on electrical burns, if patient has had loss of consciousness, fall, or pain from trauma

TRAUMA AND ENVIRONMENTAL GUIDELINES

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NaCl, two (2) lines if major burns
- ☐ If hypotensive (blood pressure less than 100 mm systolic),
  - ■ 250 cc bolus, repeat as necessary, then 250 cc/hr infusion
- ☐ Pain control (see *Pain Management Treatment Guideline*, page M-10)

**Pediatric**
- ☐ Bolus 20 cc/kg, then 20 cc/kg hr
- ☐ Pain control  (see *Pain Management Treatment Guideline*, page M-10)

# CHEST INJURY

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway (high flow)
  - ■ reevaluate oxygenation
- ☐ Spinal immobilization if indicated
- ☐ Repeat chest exams
- ☐ Consider the following treatments
  - ■ leave any penetrating object, stabilize and seal around it

**ALS**
- ☐ EKG monitor
- ☐ 12 Lead EKG if time allows
- ☐ IV 0.9% NaCl set as needed
- ☐ Consider the following treatments
  - ■ tension pneumothorax refer to PLEURAL DECOMPRESSION GUIDELINE *(See Page P-11)*
  - ■ dress open chest wounds, seal on three (3) sides (observe for signs of tension pneumothorax)
  - ■ pericardiocentesis refer to PERICARDIOCENTESIS GUIDELINE *(See Page P-29)*
- ☐ Refer to apropriate guideline for arrhythmias

*SLCFD requires two or more of the following to perform Pleural Decompression:*

*\*Altered LOC or unconscious*

*\*Respiratory distress and/or cyanosis*

*\* Loss of radial pulse or hypotension*

# CRUSH INJURY

**Caution**
- ☐ Compressive force to the head, neck, chest, or abdomen should be removed immediately

**Indications**
- ☐ Compression in excess of 60 minutes
- ☐ Involvement of large muscle mass
- ☐ Absent pulse / capillary return in distal limb
- ☐ Weak, rapid pulse
- ☐ Usually absence of pain in affected region
- ☐ Onset of shock

*The activation of specialized teams (i.e. Technical Rescue and HAZMAT) should be considered early.*

**BLS**
- ☐ Vitalize / Prioritize
- ☐ Oxygen / Airway

**ALS**
- ☐ EKG monitor
- ☐ IV large bore 0.9% NaCl 1000cc bolus then 250-500cc/hr infusion
- ☐ Sodium Bicarbonate 50mEq IVP
- ☐ Pain control, refer to *Pain Management Treatment Guideline* (see page M-10)

Trauma/Environmental

EMERGENCY MEDICAL GUIDELINES

**Pediatric**
- [ ] IV 0.9% NaCl 40cc/kg bolus (max 1000cc)
- [ ] Sodium Bicarbonate 1mEq/kg IVP

Above treatments should be done concurrently with extrication.

## DROWNING/NEAR DROWNING

**Caution**
- [ ] Consider the possibility the drowning may be secondary to some other trauma

*MCFR consider CPAP if lungs sound "wet" and no history of barotrauma.*

**BLS**
- [ ] Vitalize/Prioritize
- [ ] Oxygen/Airway
- [ ] Spinal immobilization if indicated

**ALS**
- [ ] EKG monitor
- [ ] IV 0.9% NaCl KVO
  - if hypotensive (blood pressure less than 100 mm systolic) run wide open until blood pressure is 100 mm systolic, then 250 cc/hr
- [ ] ACLS guideline

**Physician Consult**
- [ ] sodium bicarbonate 1 mEq/kg IVP for near drowning

*MCFR and SFR carry the Morgan Lens*

**Pediatric**
- [ ] Do not delay transport for multiple IV attempts; drugs may be given endotracheally or intraosseous

## EYE INJURIES

**BLS**
- [ ] Vitalize/Prioritize
- [ ] Oxygen/Airway
- [ ] Toxic chemical/burns
  - remove any contacts
  - flush eyes with 0.9% NaCl; minimum of 20 minutes for acids and alkalines
  - use Morgan Eye Lens, if available
- [ ] Trauma
  - stabilize any penetrating objects
  - apply sterile dressing to both eyes

**ALS**
- [ ] Toxic chemical/burns
  - tetracaine 1–2 gtts in the affected eye(s) prior to flushing

## FRACTURES

**BLS**
- [ ] Vitalize/Prioritize
- [ ] Oxygen/Airway
- [ ] Spinal immobilization if indicated
- [ ] Immobilize, refer to SPLINTING PROCEDURAL GUIDELINE *(See Page P-72)*
- [ ] Dress open wounds with sterile dressings

*10/7/2009*

TRAUMA AND ENVIRONMENTAL GUIDELINES

**ALS**
- ☐ ALS transport is indicated for any multiple, long bone, pelvic or open fractures
- ☐ EKG monitor
- ☐ IV 0.9% NaCl 250 cc/hr infusion (if lungs clear)
  - ◾ when patient's condition permits, establish IV access prior to moving patient
  - ◾ if multiple, long bone or pelvic fracture administer 250 cc bolus, repeat as necessary
- ☐ Pain control (see Pain Management Treatment Guideline, page M-10)

## HEAD INJURIES

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway
- ☐ Spinal immobilization
- ☐ Transport with backboard elevated 30 degree head–up position

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NaCl KVO
  - ◾ 250 cc bolus if blood pressure less than 100 mm systolic

## HEAT TRAUMA

**Caution**
- ☐ Do not over cool to the point of shivering

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway
- ☐ Cool patient

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NaCl
  - ◾ 250 cc bolus, repeat as necessary, then 250 cc/hr

Passive Rewarming
Methods include removing wet clothes,
covering with blankets or sheets and
turning the heat on in the vehicle.

## HYPOTHERMIA

**Caution**
- ☐ Certain brands of thermometers may not read as low as the temperatures listed in this section.

**BLS**
- ☐ Determine patient priority
- ☐ Remove wet garments
- ☐ Protect against heat loss and wind chill (blankets)
- ☐ Maintain horizontal position
- ☐ Avoid rough movement and excess activity
- ☐ Core temperature:
  - ◾ mild hypothermia, 34–36 °C (93.2–96.8 °F)
    - •passive rewarming
    - •active external rewarming
  - ◾ moderate hypothermia, 30–34 °C (86.0–93.2 °F)

Active external warming
Methods include electric or charcoal
warming devices, hot water bottles,
heating pads, radiant heat sources,
and warming beds, hot packs

*10/7/2009*

T - 5

EMERGENCY MEDICAL GUIDELINES

- •passive rewarming
- •active external rewarming of core areas
- ☐ Severe hypothermia, less than 30 C (86.0 F)
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway

ALS
- ☐ EKG monitor
- ☐ IV 0.9% NaCL KVO
- ☐ Cardiac arrest
  - ◾ VF/VT initial treatment, refer to *Ventricular Fibrillation Treatment Guideline,* (see page C-9)
  - ◾ CPR
  - ◾ Intubate
  - ◾ Core temperature less than 30 °C (86.0 °F)
    - • Continue CPR
    - • Withhold IV medications
    - • Limit shocks for VF/VT to 3 maximum
    - • Transport

*MCFR does not use this procedure.*

  - ◾ Core temperature greater than 30 C (86 °F)
    - • Continue CPR
    - • Give IV medications as indicated, but at longer intervals
    - • Repeat defibrillation for VF/VT as core temperature rises
- ☐ Notification of receiving facility early to place rewarming equipment on standby



# LOCAL ANESTHESIA

### Indications
- ☐ Anesthetize insertion area for sternal IO

BLS
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway
- ☐ Circulatory support as necessary

ALS
- ☐ EKG monitor
- ☐ Lidocaine 1% with Epinephrine 1:100,000 10cc
  - ◾ Create wheel with approximately 5cc SQ in area to be injected
  - ◾ Allow for the initial effect of SQ Lido/Epi, then administer remainder of solution onto the periosteum / bone cortex and surrounding tissues
  - ◾ After 90 seconds, the site is anesthetized

*Hyperbaric Facilities:*

*St. Mary's Medical Center*



# SCUBA DIVING INJURIES

### CAUTION
The following are CONTRAINDICATED – CPAP, Trendelenburg positioning, and massage of the affected joints. Helicopter transport necessitates the pilot maintaining altitude at less than 1000 feet.

*Do not use Nitrous Oxide in SCUBA injuries*

BLS
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway (High flow) via non-rebreather mask or BVM

T - 6

Trauma/Environmental

TRAUMA AND ENVIRONMENTAL GUIDELINES

- ☐ Contact the nearest hospital with HBOC ASAP. This will initiate recall of the hyperbaric diving medicine specialists to the receiving facility. Contact St. Mary's ER Nurses Desk (561) 881–2900
- ☐ Spinal immobilization if suspected trauma
  - ▪ Immobilize prior to removal from water if possible
- ☐ Transport *supine*
- ☐ Monitor for complications
- ☐ Consider bringing in dive tables, dive computer, and water sample from scene
- ☐ Treat for associated hypothermia with passive re-warming PRN
- ☐ Obtain a thorough clinical history of the event
- ☐ For Professional consultation contact:
  - ▪ DAN 24 hours/day 1–919–684– 4 DAN

**ALS**

- ☐ SaO2 readings that do not improve with supplimental O2 may require RSI
- ☐ EKG monitor
  - ▪ Perform 12 lead in patients with Arterial Gas Embolism (AGE) symptoms
- ☐ IV 0.9% NaCl 250 bolus until normotensive, then 250cc/hr
- ☐ Aspirin 324-325mg chewable (4 pediatric chewable aspirin)
- ☐ Pneumothorax / Tension Pneumothorax consider the following treatments:

*MCFR uses Ondansetron (Zofran) 4mg IV/IM over 30 seconds. Ped 0.1mg/kg in place of Phenergan or Anzemet*

*Trauma/Environmental*



EMERGENCY MEDICAL GUIDELINES

- ■ observe for signs of tension pneumothorax
- ■ decompression of tension pneumothorax, refer to PLEURAL DECOMPRESSION PROCEDURAL GUIDELINE *(See Page P-11)*

\*Consider irrigation, refer to *Irrigation Guideline* (see page M-10)

- ☐ Phenergan 6.25 - 12.5mg IM or Anzemet 12.5mg IVP for nausea/vomiting

**Physician Consult**



- ☐ Pericardial emphysema with signs of pericardial tamponade, refer to PERICARDIOCENTESIS PROCEDURAL GUIDELINE *(See Page P-29)*
- ☐ Consider transport to facility with hyperbaric chamber *early*



# Toxicology

## OVERDOSE

### BLS
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway
- ☐ consider notification of poison control
- ☐ **Poison Control Center 1-800-282-3171**

### ALS
- ☐ EKG monitor
- ☐ IV 0.9% NACL KVO or Saline Lock (if stable)
- ☐ Altered LOC, refer to *Altered Level of Consciousness Treatment Guideline* (see page M-4)
- ☐ Seizures, refer to *Seizure Treatment Guideline* (see page M-14)

**Physician Consult**
- ☐ Nasogastric tube



## SPECIFIC TOXICOLOGICAL EMERGENCIES

### BENZODIAZEPINE OVERDOSE
Common Benzodiazepines:

| | | | |
|---|---|---|---|
| Alprazolam | (Xanax) | Lorazepam | (Ativan) |
| Clonazepam | (Klonopin) | Midazolam | (Versed) |
| Chlorazepate | (Tranxene) | Oxazepam | (Serax) |
| Diazepam | (Valium) | Prazepam | (Centrax) |
| Esfazolam | (Prosom) | Quazepam | (Doral) |
| Flurazepam | (Dalmane) | Temazepam | (Restoril) |
| Halazepam | (Paxipam) | Triazolam | (Halcion) |

T - 8

TRAUMA AND ENVIRONMENTAL GUIDELINES

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NACL KVO
- ☐ Altered LOC, refer to *Altered Level of Consciousness Treatment Guideline* (see page M-4)
- ☐ Seizures, refer to *Seizure Treatment Guideline* (see page M-14)

## NARCOTIC OVERDOSE

**Caution**
- ☐ Administer Narcan with caution in patients that are chronic users of narcotics.
- ☐ Only administer Narcan to maintain airway.

**Common Narcotics**

| | | |
|---|---|---|
| Codeine | Heroin | Oxycontin |
| Darvocet | Lortab | Percocet |
| Demerol | Methadone | Percodan |
| Dilaudid | Morphine | Ultram |
| Fentanyl | MS Contin | Vicodin |

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NACL KVO or Saline Lock (if stable)
- ☐ Alerted LOC, refer to *Altered Level of Consciousness Treatment Guideline* (see page M-4)
- ☐ Seizures, refer to *Seizure Treatment Guideline* (see page M-14)

## TRICYCLIC ANTIDEPRESSANT OVERDOSE (TCA)

**Contraindications**

Administration of Procainamide, Magnesium Sulfate, Ipecac, Romazicon, or Calcium Chloride is contraindicated.

**Common Tricyclics**

| | | | |
|---|---|---|---|
| Amitriptyline | (Elavil) | Amoxapine | (Asendin) |
| Clomipramine | (Anafranil) | Desipramine | (Norpramin) |
| Doxepin | (Sinequan) | Imipramine | (Tofranil) |
| Maprotiline | (Ludiomil) | Nortriptyline | (Pamelor) |
| Protryptyline | (Triptil, Vicatil) | Trimipramine | (Surmontil) |

**BLS**
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ 12 Lead EKG
- ☐ IV 0.9% NACL KVO or Saline Lock (if stable)
- ☐ Alerted LOC, refer to *Altered Level of Consciousness Treatment Guideline* (see page M-4)
- ☐ Seizures, refer to *Seizure Treatment Guideline* (see page M-14)
- ☐ Sodium Bicarbonate 8.4% 50cc IVP
- ☐ Sodium Bicarbonate 8.4% 50cc/500cc NACL infused @ 50cc/hr

Toxicology

*10/7/2009*

T - 9