EMERGENCY MEDICAL GUIDELINES

☐ Refer to appropriate guideline for arrhythmias

**Physician Consult**
☐ Nasogastric tube

**Pediatric**
☐ Sodium bicarbonate 1 mEq/kg
　■ Under 1 year of age use 4.2% solution (expel 25 cc out of 8.4% solution and draw up 25 cc of 0.9% NaCl)

## CARBON MONOXIDE

**Caution**
☐ If intubation is necessary, **DO NOT HYPERVENTILATE** (hypervetilation hinders the elimination of carbon monoxide)
☐ SaO2 readings may be inaccurate.  Pulse oximetry does not read carbon monoxide

**BLS**
☐ Remove patient from contamination source while maintaining rescuer safety
☐ Use personal protective equipment w/respiratory protection (i.e. air packs)  if indicated
☐ If multiple patients, refer to *MCI Procedural Guideline*, page P-74)
☐ Vitalize/Prioritize
☐ Oxygen/Airway
☐ Consider aeromedical transport with long transport distance to a facility with a hyperbaric chamber
☐ Transport in semi–fowlers position

**ALS**
☐ EKG monitor
☐ IV 0.9% NACL KVO

**Physician Consult**
☐ Request orders for transport to a hyperbaric chamber facility

## COCAINE OVERDOSE

*MCFR drug of choice is Ativan 1mg IV push or nasally*

**BLS**
☐ Vitalize/Prioritize
☐ Oxygen/Airway

**ALS**
☐ EKG monitor
☐ IV 0.9% NACL KVO or Saline Lock (if stable)
☐ Seizures, refer to *Seizure Treatment Guideline* (see page M-14)
☐ 12 Lead EKG
　■ V₄R should be manually evaluated if any ST elevation in leads II, III, or aVF
☐ Valium 5mg IVP, Ativan 1mg IVP, or Versed 1-2mg IVP for relief of chest pain
　■ may be administered rectally if no IV access (also nasally for Ativan or Versed)
　■ may repeat once after 10 minutes if chest pain persists
☐ Chest pain unrelieved by Valium, Ativan, or Versed or chest pain greater than 12 hours after use, refer to *Chest Pain Treatment Guideline* (see page C-4)

**Physician Consult**
☐ Repeat Valium, Ativan, or Versed
☐ Notify emergency department if patient ingests cocaine powder, crack, or packed condom

**Pediatric**
☐ Valium 0.2-0.5mg/kg no faster than 3mg/min, Ativan 0.1mg/kg, or Versed 1-2mg

T - 10

*Toxicology*

## ECSTASY (MDMA) OVERDOSE

### CAUTION
Hyperthermia associated with MDMA overdoses can reach as high as 109 degrees Fahrenheit (42.7 degrees Celsius)



### BLS
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway
- ☐ Ice packs in the axilla and groin areas and / or cover patients with wet sheets and fan them.



### ALS
- ☐ EKG Monitor
- ☐ IV 0.9% NaCl or LR KVO
- ☐ Altered level of consciousness, refer to *Altered Level of Consciousness Treatment Guideline* (see page M-4)
- ☐ Hypotension, refer to *Medical Shock Syndromes Treatment Guideline* (see page M-8)
- ☐ Seizures, refer to *Seizure Treatment Guideline* (see page M-14)

### PHYSICIAN CONSULT
- ☐ Nasogastric tube

## GHB (GAMMA HYDROXYBUTYRATE) OVERDOSE

### CAUTION
The patient, despite a comatose condition, will occasionally respond to stimuli violently. This includes fighting attempts at ventilation. Assistance will normally prove necessary to adequately restrain the patient in the ambulance during transport.



### BLS
- ☐ Vitalize / Prioritize
- ☐ Oxygen / Airway
- ☐ Restrain patient if necessary



### ALS
- ☐ EKG Monitor
- ☐ IV 0.9% NaCl or LR KVO
- ☐ Altered level of consciousness, refer to the *ALTERED LEVEL OF CONSCIOUSNESS TREATMENT GUIDELINE* (SEE PAGE M-4)
- ☐ Seizures, refer to the *SEIZURE TREATMENT GUIDELINE* (SEE PAGE M-14)

### PHYSICIAN CONSULT
- ☐ Nasogastric tube

## TOXIC CHEMICAL EXPOSURE

### Caution
- ☐ Consider early notification of your Hazardous Materials Team. Do not handle any toxic chemical exposure without the correct level of personal protective equipment (PPE)
- ☐ Consult DOT Handbook.



### BLS
- ☐ Remove the patient from the contamination source while maintaining rescuer safety
- ☐ Remove contaminated clothing
- ☐ Brush off dry chemicals

*10/7/2009*

Toxicology

EMERGENCY MEDICAL GUIDELINES

- ☐ Make sure chemical is not water reactive
- ☐ Flush with copious amounts of water for at least 20 minutes
- ☐ Contain run–off of toxic chemicals
- ☐ If multiple patients, refer to *MCI PROCEDURAL GUIDELINE* (see page P-74)
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NACL KVO or Saline Lock (if stable)
- ☐ Altered LOC, refer to *ALTERED LEVEL OF CONSCIOUSNESS TREATMENT GUIDELINE* (see page M-4)
- ☐ Seizures, refer to *SEIZURE TREATMENT GUIDELINE* (see page M-14)
- ☐ Inhaled toxins, refer to *INHALED TOXINS TREATMENT GUIDELINE* (see page T-12)

**Physician Consult**
- ☐ Use of any chemical antidote kit available on scene

## INHALED TOXINS

**BLS**
- ☐ If multiple patients, refer to *MCI Procedural Guidelines* (see page P-74)
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway

**ALS**
- ☐ EKG monitor
- ☐ IV 0.9% NACL KVO or Saline Lock (if stable)
- ☐ Albuterol (Proventil) 2.5mg via mini–nebulizer for wheezing
  - ■ may repeat once
- ☐ methylprednisolone (Solu-Medrol) 125mg IVP or dexamethasone (Decadron) 4mg IVP
- ☐ furosemide (Lasix) 40mg IVP with PE signs and/or symptoms
- ☐ Atropine 0.5-1mg IVP, repeat as needed up to 3mg

**Pediatric**
- ☐ Albuterol 1.25mg via mini–nebulizer for wheezing
- ☐ Atropine 0.02mg/kg
  - ■ minimum dose 0.1mg
  - ■ maximum single dose 0.5mg for child, 1mg for adolescent
- ☐ methylprednisolone (Solu-Medrol) 2mg/kg or dexamethasone (Decadron) 0.2mg/kg
  - ■ maximum dose 125mg of Solu-Medrol
  - ■ maximum dose 4mg of Decadron
- ☐ furosemide (Lasix) 1.0mg/kg IVP slowly over 1–2 minutes

## ORGANOPHOSPHATE POISONING

**BLS**
- ☐ Remove the patient from the contamination source while maintaining rescuer safety
- ☐ Remove contaminated clothing
- ☐ Brush off dry chemicals
- ☐ Make sure chemical is not water reactive
- ☐ Flush with copious amounts of water for at least 20 minutes
- ☐ Contain run-off of toxic chemicals
- ☐ If multiple patients, refer to MCI Procedural Guideline (see page P-74)
- ☐ Vitalize/Prioritize
- ☐ Oxygen/Airway

**Toxicology**

**SLUDGE**
**S**–Salivation
**L**–Lacrimation
**U**–Urination
**D**–Diarrhea
**G**–Gastrointestinal
**E**–Emesis

TRAUMA AND ENVIRONMENTAL GUIDELINES

### ALS

- ☐ EKG monitor
- ☐ IV 0.9% NACL KVO or Saline Lock (if stable)
- ☐ Altered LOC, refer to *Altered Level of Consciousness Treatment Guideline (see* page M-4)
- ☐ Seizures, refer to *Seizure Treatment Guideline (see* page M-14)
- ☐ Inhaled toxins, refer to *Inhaled Toxins Treatment Guideline (see* page T-12)
- ☐ Atropine 2.0mg IVP every 5 minutes until SLUDGE symptoms are controlled
  - ◼ No maximum dose of Atropine

### Pediatric

- ☐ Atropine 0.02mg/kg
  - ◼ minimum dose 0.1mg
  - ◼ maximum single dose 0.5mg for child and 1mg for adolescent

Toxicology





EMERGENCY MEDICAL GUIDELINES

## ACETAMINOPHEN (TYLENOL\*, APAP)

**CLASS**
Non-narcotic analgesic/Antipyretic

**ACTIONS**
Reduces fever
May block pain impulses peripherally

**INDICATIONS**
Pediatric fever over 101 degrees F. when level of consciousness permits.

**CONTRAINDICATIONS**
History of hypersensitivity
Intolerance to tartrazine, alcohol, table sugar, and saccharin.

**WARNINGS**
Verify fever

**SIDE EFFECTS**
Anemia, rash, hives

**DOSAGE**
Pediatric: 10 mg/kg PO

## ACETAMINOPHEN SUPPOSITORIES (RECTAL TYLENOL)

**CLASS**
Non-narcotic analgesic/Antipyretic

**ACTIONS**
Reduces fever
May block pain impulses peripherally

**INDICATIONS**
Use in febrile seizures post Valium administration
Establish time of last dose of Tylenol if possible.
Tylenol is given every 4-6 hours PRN.

**CONTRAINDICATIONS**
History of hypersensitivity
Intolerance to tartrazine, alcohol, table sugar, and saccharin.

**WARNINGS**
Verify fever

**SIDE EFFECTS**
Anemia, rash, hives

**DOSAGE**
Adult: 325mg
Pediatric: 125mg

*03/01/05*

DRUG REFERENCE

## ACETYLSALICYLIC ACID (ASPIRIN, ASA)

### CLASS
Salicylate, anti-platelet

### ACTIONS
Impedes clotting by anti-prostaglandin properties

### INDICATIONS
Chest pain of suspected cardiac origin

### CONTRAINDICATIONS
Active gastro-intestinal bleeding
Patient taking coumadin
Allergy
Children under 16 due to Reye's Syndrome

### SPECIAL CONSIDERATIONS
Some asthmatics, especially those with environmental allergies, consider themselves allergic to acetylsalicylic acid. Often this "allergy" is actually a predisposition toward acetylsalicylic acid induced bronchospasm.

### DOSAGE
324mg PO (4 Tablets)

## ADENOSINE (ADENOCARD)

### CLASS
Nucleoside, antiarrhythmic

### ACTIONS
Adenocard is a naturally occurring nucleoside (a glycoside formed by the union of a purine base with sugar) which is normally present in all cells of the body. It directly slows electrical conduction through the AV node of the heart. It interrupts the reentry circuit – the etiology of most SVT's (WPW included). Adenocard is rapidly eliminated by vascular components (half-life <10 seconds so side effects are minimal and short-limiting).

### INDICATIONS
To convert hemodynamically stable supraventricular tachycardia (rate above 160) after vagal maneuvers were unsuccessful for conversion.

### CONTRAINDICATIONS
Second- or third- Degree A-V blocks
Sick sinus syndrome
History of hypersensitivity

### SIDE EFFECTS
Hypotension < 1% of time used
May produce short lasting 1st, 2nd, or 3rd degree heartblocks
55% of patients develop a few seconds of conversion arrhythmias (asystole, PVC's, or PAC's) at the time of conversion
Facial flushing, headache and shortness of breath, lightheadedness and nausea

### WARNINGS
No studies have been performed on the effects of Adenocard in pediatrics.

### DOSAGES
Initial dose 6 mg rapid IV push (60% conversion). If rhythm has not converted in 1 to 2 minutes,  12 mg rapid IVP (92% conversion), may be repeated.

### HOW SUPPLIED
6 mg and 12mg prefilled syringes

D - 3

EMERGENCY MEDICAL GUIDELINES

# ALBUTEROL
# (PROVENTIL, VENTOLIN)

### CLASS

Adrenergic bronchodilator

### ACTIONS

Albuterol is primarily a beta-2 sympathomimetic and as such produces bronchodilation. Because of its greater specificity for beta-2 adrenergic receptors, it produces fewer cardiovascular side effects and more prolonged bronchodilation than Isuprel. Onset is within 15 minutes; peaks in 60-90 minutes. Therapeutic effects may be active up to 5 hours.

### INDICATIONS

Albuterol inhaler is indicated for relief of bronchospasm in patients with reversible obstructive airway disease including asthma.

### CONTRAINDICATIONS

History of hypersensitivity

### SIDE EFFECTS AND ADVERSE REACTIONS

CNS: Nervousness, tremor, headache, dizziness, insomnia

CV: Tachycardia, hypertension, angina

GI: Drying of oropharynx, nausea, vomiting, unusual taste

### WARNINGS

Use cautiously in patients with coronary artery disease, hypertension, hyperthyroidism, diabetes. Epinephrine should not be used at the same time as Albuterol, however, either may be used subsequent to a failure of the other. Administer cautiously to patients on MAO inhibitors (Nardil, Marplan, Eutonyl) or tricyclic antidepressants. Beta- blockers and Albuterol will inhibit each other.

### DOSAGE

2.5 mg in 3 ml in a nebulizer at 6 lpm.

# AMIODARONE
# (CORDARONE, PACERONE)

### CLASS

Antiarrythmic

### ACTIONS

Slows nerve impulses on the heart and acts directly on heart tissues.

### INDICATIONS

Used to correct ventricular arrythmias to a regular rhythm.

### CONTRAINDICATIONS

Known allergy
Pregnancy
Liver disease
Thyroid problems
Patients taking Dilantin.

### SIDE EFFECTS

Cough, painful breathing, shortness of breath, dizziness, lightheadedness, syncope, numbness or tingling in fingers or toes, unusual and uncontrolled movements of the body.

### DOSAGE

#### V-Fib / Pulseless V-Tach

300 mg IVP may repeat with 150mg IVP

#### Perfusing patients (V-Tach, Rapid atrial dysrhythmias with poor LV function.)

150mg IV given over 10 min

#### Maintenance Drip

Infuse 1mg/min (40gtts/min) with mini drip
Mix 150mg in 100cc of D5W (1.5mg/cc)
IV Infusion pump: 40cc/hr with 100cc volume to be infused.
IV drip set (60gtts/cc) 40gtts/min (1.5gtts/sec)

DRUG REFERENCE

# AMYL NITRATE

CLASS
Vasodilator

ACTIONS
Amyl nitrate is chemically related to nitroglycerin. Effective in the treatment of cyanide poisoning by causing the oxidation of hemoglobin to the compound methemoglobin. Methemoglobin reacts with the cyanide ion to form cyanomethemoglobin, which has less affinity for oxygen, thus freeing the hemoglobin to react with oxygen.

INDICATIONS
Cyanide poisoning
Angina

CONTRAINDICATIONS
None when used for cyanide poisoning

SIDE EFFECTS
Hypotension, Tachycardia, palpitations, syncope, headache, nausea / vomiting, dizziness, blurred vision

WARNINGS
Use with caution when treating poisoning with a combination of cyanide and carbon monoxide

DOSAGE
Administer vapors from crushed inhalant for 30 – 60 seconds. Repeat continuously as needed.

# ATROPINE SULFATE
# (AS A CARDIAC AGENT)

CLASS
Anticholinergic

ACTIONS
Atropine is a potent parasympatholytic anticholinergic that reduces vagal tone and thus increases automatically the SA node and increases A-V conduction.

INDICATIONS
Asystole
Bradycardia, either absolute (<60 BPM) or relative
A. Serious signs and symptoms must be related to the slow rate. Clinical manifestations include:
1. Signs: Low BP, shock, pulmonary congestion, CHF, Acute MI
2. Symptoms: Chest pain, shortness of breath, decreased level of consciousness
Do not delay TCP while awaiting IV access or for Atropine to take effect if patient is symptomatic.
Denervated transplanted hearts will not respond to atropine. Go at once to pacing, catecholamine infusion, or both.

CONTRAINDICATIONS
None in emergency situations for adults
Not to be used in infants below 1 month in age

SIDE EFFECTS
CNS: Restlessness, agitation, confusion, psychotic reaction, pupil dilation, blurred vision, headache
CV: Increase heart rate, may worsen ischemia or increase area of infarction, ventricular fibrillation, ventricular tachycardia, angina, flushing of skin
GI: Dry mouth, difficulty swallowing
GU: Urinary retention
Other: Worsened pre-existing glaucoma

WARNINGS
Too small of a dose (<0.5 mg in the adult or 0.1 mg in the pediatric patient) or if pushed too slowly may initially cause the heart rate to decrease. Atropine is potentiated by antihistamines and antidepressants. A maximum dose of 0.04 mg/kg should not be exceeded.

DOSAGES
**Adult: Bradycardia: 0.5 to 1 mg IV or ET may repeat every 3 – 5 minutes until** improved or total dose of 0.04 mg/kg has been reached.
Asystole: 1 mg IV or ET; then repeat in 3 – 5 minutes.
Pediatric: 0.02 mg/kg IV or ET – minimum dose is 0.1 mg and maximum dose is 1 mg.

HOW SUPPLIED
Prefilled syringes containing 1 mg in 10 cc of solution
Multi-dose vials containing 4 mg in 10 cc of solution

D - 5

EMERGENCY MEDICAL GUIDELINES

## ATROPINE SULFATE
## (AS AN ANTIDOTE FOR POISONINGS)

CLASS

Anticholinergic

### ACTIONS

Atropine is a potent parasympatholytic that binds to acetylcholine receptors thus diminishing the actions of acetylcholine.

### INDICATIONS

Organophosphate (e.g. parathion, malathion, rid-a-bug) and carbamate (baygon, sevin and many common roach and ant sprays).

### POISONING SIGNS ARE "SLUDGE":

**S**alivation
**L**acrimation
**U**rination
**D**efecation
**G**I Cramping
**E**mesis

Also: pinpoint pupils, bradycardia and excessive sweating.

### CONTRAINDICATIONS

None when used in the management of severe organophosphate poisoning.

### SIDE EFFECTS

Victims of organophosphate poisoning can tolerate large doses (1000 mg) of atropine. Signs of atropinization is the end point of treatment: flushing, pupil dilation, dry mouth, tachycardia.

### WARNINGS

It is important that the patient be adequately oxygenated and ventilated prior to using atropine as atropine may precipitate ventricular fibrillation in a poorly oxygenated patient.

### DOSAGE

Adult: 2 mg IV. May repeat with 2-5 mg q 5 minutes until atropinization occurs.

Pediatrics: 0.05 mg/kg repeat q 25 minutes if necessary

## CALCIUM CHLORIDE

CLASS

Elemental Calcium for electrolyte balance

### ACTIONS

Calcium chloride is a calcium salt that maintains cell membrane and capillary permeability. Also acts as an activator in the transmission of nerve impulses and contraction of cardiac, skeletal and smooth muscles.

### INDICATIONS

Magnesium sulfate toxicity
As an antidote to calcium channel blocker overdose
Hyperkalemia (renal dialysis, cardiac arrest)
To relieve muscle spasm and pain caused by a black widow spider bite or portuguese man-o-war sting

### CONTRAINDICATIONS

Hypercalcemia
Renal calculi

### SIDE EFFECTS

Arrhythmias, cardiac arrest, bradycardia, syncope, phlebitis at IV site, nausea and vomiting

### SPECIAL CONSIDERATIONS

Should be given with extreme caution and in reduce dosage to persons taking digitalis. IV line should be flushed between calcium chloride and sodium bicarbonate administration.

### DOSAGE

ADULT: 10 mg/kg of a 10% solution slow IVP, may be repeated every 10 minutes
PEDIATRIC: 5 to 7 mg/kg of a 10% solution slow IVP

DRUG REFERENCE

## CALCIUM GLUCONATE

**CLASS**
Calcium electrolyte

**ACTIONS**
Supplemental Calcium therapy

**INDICATIONS**
Hypocalcemia
Hyperkalemia
Hypermagnesemia
Calcium channel blocker overdose

**CONTRAINDICATIONS**
Hypercalcemia
V-fib
Digitalis toxicity

**SIDE EFFECTS**
Venous irritation, bradycardia, hypotension, cardiac dysrhythmias

**WARNINGS**
Patient's EKG must be monitored
Necrotic to exposed tissue if infiltration occurs

**DOSAGE**
500mg – 1000mg IV over 5 – 10 minutes
Peds: 20-25mg/kg IV or IO slowly

## CIMETIDINE (TAGAMET)

**CLASS**
H2 blocker

**ACTIONS**
Inhibits the action of histamine on the stomach cells, thus reducing acid production.

**INDICATIONS**
Allergic reaction
Anaphylaxis

**CONTRAINDICATIONS**
None in the emergency setting

**SIDE EFFECTS**
Fatigue, headache, dizziness, nausea and vomiting

**WARNINGS**
May alter blood levels in patients taking Coumadin, Dilantin and Theophylline.

**DOSAGE**
300mg in 50cc infused over 15 minutes

D - 7

EMERGENCY MEDICAL GUIDELINES

# DEXAMETHASONE
# (DECADRON)

### CLASS
Steroid

### ACTIONS
Anti-inflammatory
Suppresses immune response (especially in allergic reactions)

### INDICATIONS
Anaphylaxis (after epinephrine and diphenhydramine)
Asthma
COPD

### CONTRAINDICATIONS
None in the emergency setting

### PRECAUTIONS
Should be protected from heat
Onset of action may be 2-6 hours and thus should not be considered to be of use in the critical first hour following an anaphylatic reaction

### SIDE EFFECTS
Gastrointestinal bleeding
Prolonged wound healing

### DOSAGE
4-24 mg IV or IM
0.2-0.5mg/kg in Pediatrics

# DIAZEPAM
# (VALIUM)

### CLASS
Anticonvulsant/sedative

### ACTIONS
Diazepam suppresses the spread of seizure activity through the motor cortex of the brain.

### INDICATIONS
Major motor seizures
Status epilepticus
Premedication before cardioversion
Skeletal muscle relaxant
Acute anxiety states
Airway management (when RSI not indicated or available)
External pacing
Altered L.O.C., violent patient (physician consult)
Eclampsia (physician consult)

### CONTRAINDICATIONS
History of hypersensitivity

### SIDE EFFECTS
Hypotension, drowsiness, headache, amnesia, respiratory depression, blurred vision, nausea and vomiting.

### WARNINGS
Diazepam is incompatible with many medications. It should not be mixed with any other drugs. IV line should be adequately flushed.

May cause respiratory depression or compromise. Flumazenil should be readily available to reverse sedation effects.

### DOSAGES
Adult: 2 – 10 mg IV, IM or rectal
Pediatric: 0.25 – 0.5 mg/kg IV or rectal

### HOW SUPPLIED
Ampule containing 10 mg in 2 cc

DRUG REFERENCE

# DILTIAZEM
# (CARDIZEM)

CLASS

Calcium Channel Blocker

ACTIONS

Inhibits calcium influx through slow channels into the cells of the myocardium and smooth muscle. Also dilates coronary arteries and inhibits coronary artery spasm.

INDICATIONS

PSVT
Rapid atrial fibrillation
Atrial flutter

CONTRAINDICATIONS

2 or 3 degree block
Hypotension
Sick sinus syndrome
VT
WPW
Do not give with oral beta blockers
Do not give with Furosemide in the same IV line (flush the line first)

SIDE EFFECTS

Hypotension, bradycardia, headache, N/V, CHF, dizziness, weakness,

WARNINGS

Use with caution for patients with a heart rate of less than 100 bpm. May cause hypotension.

DOSAGE

0.25mg/kg slow IVP over 2 minutes. If no effect in 15 minutes:0.35mg/kg slow IVP

# DIPHENHYDRAMINE
# (BENADRYL)

CLASS

Ethanolamine derivative antihistamine

ACTIONS

Diphenhydramine is an antihistamine with anticholinergic (drying) and sedative side effects. Antihistamines appear to compete with histamine for cell receptor site on effector cells. Diphenhydramine prevents, but does not reverse histamine mediated response, particularly histamines effects on the smooth muscle of the bronchial airways, gastrointestinal tract, uterus, and blood vessels.

INDICATIONS

Allergic reactions
Anaphylaxis

CONTRAINDICATIONS

Newborns
Premature infants
Nursing mothers
Lower respiratory tract symptoms
Asthma

SIDE EFFECTS AND ADVERSE REACTIONS

Hypotension, headache, palpitations, drowsiness, tachycardia, sedation and disturbed coordination.

WARNINGS

In infants and children especially, antihistamines in overdosage may cause hallucinations, convulsions, or death. As in adults, antihistamines may diminish mental alertness in children. In young children, they may produce excitation. Diphenhydramine has additive effects with alcohol and other CNS depressants (hypnotics, sedatives, tranquilizers, etc.)

DOSAGE

Adult: 25 – 50 mg IVP
Pediatric: 1 mg – 1.25 mg/kg

HOW SUPPLIED

50 mg diphenhydramine HCL in 1 ml ampules/prefilled syringes

D - 9

EMERGENCY MEDICAL GUIDELINES

# DOBUTAMINE (DOBUTREX)

**CLASS**

Inotrope

**ACTIONS**

Stimulates beta-1 receptors in the heart, therefore increasing cardiac function, cardiac output, and stroke volume with only minor effects on the heart rate.

**INDICATIONS**

Congestive Heart Failure

**CONTRAINDICATIONS**

Shock

Hypovolemia

Tachydysrhythmias

**SIDE EFFECTS**

Tachydysrhythmias, Acute Coronary Syndrome, ventricular ectopy, V-fib, V-Tach, nausea / vomiting, hypertension, headache

**DOSAGE**

2-20ug/kg/min IV infusion.  Mix 250mg in 250cc (1mg/cc)

# DOLASETRON MESYLATE (ANZEMET)

**CLASS**

Antiemetic

**INDICATIONS**

Nausea and Vomiting

**CONTRAINDICATIONS**

Hypersensitivity to Anzemet

**SIDE EFFECTS**

Headache, diarrhea, dizziness, arrhythmias

**DOSAGE**

| | |
|---|---|
| Adult: | 12.5 mg |
| Pediatric: | 0.35mg/kg (not to exceed 12.5mg) |
| | 2 yrs – 16 yrs |

D - 10

*03/01/05*

DRUG REFERENCE

# DOPAMINE
# (INTROPIN)

## CLASS

Sympathetic Agonist

## ACTIONS

Intropin stimulates dopaminergic beta-adrenergic and alpha-adrenergic receptors of the sympathetic nervous system. It exerts an inotropic effect on the myocardium resulting in an increased cardiac output. Intropin produces less increase in myocardial oxygen consumption than does isoproterenol and it's use if usually not associated with tachydysrhythmias. Intropin dilates renal and mesenteric blood vessels at low doses that may not increase heart rate or blood pressure. Therapeutic doses have predominant beta adrenergic receptor stimulating actions that result in cardiac output without marked increases in pulmonary occlusive pressure. At high doses, Intropin has alpha receptor stimulating actions that result in peripheral vasoconstriction and marked increases in pulmonary occlusive pressure.

## INDICATIONS

To treat shock and correct hemodynamic imbalances

Improve perfusion to vital organs and to increase cardiac output.

## CONTRAINDICATIONS

Intropin should not be used in patients with tumor of the adrenal gland.

## SIDE EFFECTS AND ADVERSE REATIONS

CNS: Headache

CV: Ectopic beats, tachycardia, anginal pain, palpitations, hypotension.

GI: Nausea, vomiting

Local: Necrosis and tissue sloughing with extravasation.

Other: Piloerection, dyspnea

## WARNINGS

Do not administer Intropin in the presence of uncorrected tachyarrythmias or ventricular fibrillation. Do not add Intropin to any alkaline diluent solution since the drug is inactivated in alkaline solution.

Patients who have been treated with monoamine oxidase (MAO) inhibitors will require substantially reduced dosage.

## DOSAGE

Mix 400 mg into 250 cc NaCl or 800 mg into 500 cc NaCl to yield a concentration of **1,600 mcg/ml. Begin infusion at 2 to 5 mcg/kg/min and titrate to effect. Dosages of over 20 mcg/kg/min have been required occasionally to obtain desired effect.**

## HOW SUPPLIED

Intropin is supplied in 5 ml ampules containing 400 mg.

# EPINEPHRINE
# (1:1000)

## CLASS

Sympathetic Agonist

## ACTIONS

Epinephrine is a sympathomimetic which stimulates both alpha and beta adrenergic receptors causing immediate bronchodilation increase in heart rate and an increase in the force of cardiac contraction. Subcutaneous dose lasts 5-15 minutes.

## INDICATIONS

Asthma

Anaphylaxis

Allergic reaction

## CONTRAINDICATIONS

Hyperthyroidism

Hypertension

Cerebral arteriosclerosis in asthma

In anaphylaxis, however, there are no contraindications

## SIDE EFFECTS

Same as epinephrine 1:10,000

## WARNINGS

Same as epinephrine 1:10,000. Also causes hyperglycemia. 1:1000 epinephrine cannot be given intravenously, unless diluted first to 10 cc 0.9 % NaCl.

Epinephrine should be used with caution to patients >60 years of age, pulse above 120 bpm, systolic blood pressure above 160 mm Hg, hypertensive or cardiac history.

## DOSAGE

Adult: 0.3-0.5 mg (0.3-0.5 cc) subcutaneously. Can also be given sublingually. May be repeated every 15 minutes x 3 if patient in anaphylaxis is hypotensive, start an IV and administer 3-5 cc of a 1:10,000 solution IV push.

Pediatric: 0.01 mg/kg up to 0.3 mg subcutaneously.

## HOW SUPPLIED

Ampule containing 1mg/cc

Multi-dose vial containing 30 mg in 30 cc

D - 11

EMERGENCY MEDICAL GUIDELINES

# EPINEPHRINE
# (1:10,000)

**CLASS**

Sympathetic Agonist

**ACTIONS**

Epinephrine is a sympathomimetic which stimulates both A & B receptors. As a result of its effect, myocardial and cerebral blood flow are increased during ventilation and chest compression. Epinephrine increases systemic vascular resistance and thus may enhance defibrillation.

**INDICATIONS**

Asystole,

Ventricular fibrillation unresponsive to defibrillation

PEA and severe anaphylaxis

Other pediatric indications:

Hypotension in patients with circulatory instability

Bradycardia unresponsive to atropine

**CONTRAINDICATIONS**

None in the cardiac arrest situation.

**SIDE EFFECTS**

CNS: Anxiety, headache, cerebral hemorrhage

CV: Tachycardia, ventricular dysrythmias, hypertension, angina, palpitations

GI: Nausea and vomiting

**WARNINGS**

Epinephrine is inactivated by alkaline solutions – never mix with Sodium Bicarbonate. Do not mix Isuprel and Epinephrine – will get exaggerated response. Action of catecholamines is depressed by acidosis – attention to ventilation and circulation is essential. Antidepressants potentiate the effect of Epinephrine.

**DOSAGES**

Adult: 0.5 to 1.0 mg (5-10 cc) IV every 5 minutes

Can also be given double-dose down the ET tube repeat every 5 minutes. As a vaso-pressor infusion 1 mg/ 250 cc NaCl-start 1 mcg/min And titrate to desired effect.

For Cardiac Arrest: 1 mg IVP every 3 to 5 minutes

Pediatric: 0.01 mg/kg (0.1 ml/kg) IV or Double-Dose down ET tube, repeat every 5 minutes as necessary as in infusion – start at 0.1 mcg/kg/min up to 1.0 mcg/kg/min.

**HOW SUPPLIED**

Prefilled syringes containing 1 mg/10 cc

# ETOMIDATE
# (AMIDATE, HYPNOMIDATE)

**CLASS**

Short acting non-barbiturate hypnotic

**ACTIONS**

Etomidate is a short acting non-barbiturate hypnotic that acts at the level of the reticular activating system thereby causing sedation and amnesia. It also works well as an anti-convulsant since it does not require locked access.

Lowers ICP and cerebral metabolic rate of oxygen consumption

Duration of action 3-5 minutes

**INDICATIONS**

Pre-medication for RSI

Cardioversion

Convulsions.

**CONTRAINDICATIONS**

Under 10 years old

Hypoventilation

Laryngospasm

Bradycardia

Vomiting

**SIDE EFFECTS**

Respiratory depression, apnea

**WARNINGS**

Be aware of increased myoclonic activity. Nausea is common post recovery.

**DOSAGE**

0.2mg/kg-0.6mg/kg (usually 0.3mg/kg) IVP over 30-60 seconds

Some agencies administer 20mg non-weight based

*03/01/05*

DRUG REFERENCE

# FLUMAZENIL (ROMAZICON)

### CLASS
Benzodiazepine antagonist

### ACTIONS
Antagonizes the actions of benzodiazepines on the central nervous system. Flumazenil competitively inhibits the activity at the benzodiazepine receptor site to reverse the sedative effects of the benzodiazepines

### INDICATIONS
Benzodiazepine overdose

### CONTRAINDICATIONS
Tricyclic antidepressant overdose
Status epilepticus
Increased ICP

### SIDE EFFECTS
Nausea / vomiting, seizures, agitation, withdrawal symptoms, dizziness, blurred vision

### WARNINGS
Not recommended for use in the elderly
Can possibly cause seizures in the overdose patient

### DOSAGE
0.2mg IVP over 30 seconds, after 30 seconds, 0.3mg IVP over 30 seconds, after 1 minute 0.5mg IVP over 30 seconds, repeat in 20 minute intervals to a total of 3mg.
Peds: 0.01mg/kg IV, IO up to 0.2mg single dose. Max dose of 1mg.

# FUROSEMIDE (LASIX)

### CLASS
Diuretic

### ACTIONS
Furosemide is a loop diuretic which inhibits the reabsorption of sodium and chloride in the kidneys. Following administration, venous dilation occurs within 5 minutes which causes reduction in pre-load, thus decreasing cardiac work. Onset of diuresis is 5-15 minutes and effects can last up to 2 hours.

### INDICATIONS
Pulmonary edema
Hypertension
Congestive heart failure
Cerebral edema

### CONTRAINDICATIONS
Furosemide is contraindicated in patients who are allergic to sulfa.
Should be used in pregnancy only when benefits clearly outweigh risks.
Not to be used on renal dialysis patients.

### SIDE EFFECTS
CNS: Dizziness, tinnitus, hearing loss, headache, blurred vision, weakness
GI: Anorexia, vomiting, nausea
CV: Hypotension
Others: Pruritus, urticaria, muscle cramping

### WARNINGS
Furosemide should be protected from light. Dehydration and electrolyte imbalance can result from excessive dosages. Rapid diuresis can lead to hypotension and thromboembolic episodes.

### DOSAGE
Adult: 0.5 – 1.0 mg/kg IV slowly over 1-2 minutes (40-80 mg) Can be given IM or double patient's daily dose.

### HOW SUPPLIED
Ampules of 10 cc containing 10 mg/cc
Prefilled syringes containing 40 mg/4 cc or 100 mg/10cc

*03/01/05*

EMERGENCY MEDICAL GUIDELINES

# GLUCAGON (GLUCAGON)

CLASS
Polypeptide Hormone

ACTIONS
Assists with the breakdown of glycogen into glucose.

INDICATIONS
Hypoglycemia when IV access is unobtainable
b-blocker overdose

CONTRAINDICATIONS
Hyperglycemia

SIDE EFFECTS
Hyperglycemia

DOSAGE
Reconstitute glucagen powder with 1cc of diluting solution, then 1mg IM

# GLUCOSE 50% (DEXTROSE 50%)

CLASS
Carbohydrate

ACTIONS
A monosaccharide which provides calories for metabolic needs, spares body proteins and loss of electrolytes. Readily excreted by kidney producing diuresis. Hypertonic solution.

INDICATIONS
Hypoglycemia
Coma of unknown origin.

CONTRAINDICATIONS
CVA with suspected intracranial or intraspinal hemorrhage
DT's with dehydration

SIDE EFFECTS
CV: Thrombosis, sclerosing if given in peripheral vein
INTEG:   Tissue irritation if infiltration occurs
OTHERS: Acidosis, alkalosis, hyperglycemia, hypokale - mia

WARNINGS
May cause Wernicke-Korsakoff syndrome in acute alcohol intoxication – usually this is prevented by administering Thiamine 100 mg. IM or IV. Perform an Accucheck (if possible) and draw a blood sample (red top tube) prior to administering Dextrose.
Physician consult should be obtained regarding treatment of low blood glucose levels associated with pregnancy and stroke.

DOSAGE
Adult: 50 cc of a 50% solution (25 grams) IV
Pediatric: Age: birth – 1 year Dextrose 12.5% 0.5 – 1 gm/kg slow IVP Expel 37.5 cc of D-50 and draw 37.5 cc 0.9% NaCl
Age: 1 - 8 years Dextrose 25% 0.5 – 1.0 gm/kg slow IVP Expel 25 cc of D-50 and draw 25 cc of 0.9% NaCl

D - 14

DRUG REFERENCE

# GLUCOSE ORAL (GLUTOSE)

CLASS

Carbohydrate

ACTIONS

Glutose 15 is oral Glucose gel containing 40% Dextrose (d-glucose), the kind of sugar the body most readily absorbs.

INDICATIONS

Hypoglycemia in the emergent setting when IV access cannot be obtained.

CONTRAINDICATIONS

Airway obstruction

When suction is not available to maintain the airway of a patient with altered level of consciousness.

SIDE EFFECTS

Other: Acidosis, alkalosis, hyperglycemia, hypokalemia

WARNINGS

For oral use only.  Use extreme precautions and aggressive management to protect the airway of patients with altered level of consciousness (LOC) providing suction PRN.

Use care in application to avoid being bitten by patient.

Use reasonable doses in amounts small enough not to occlude the airway.

DOSAGE

Adult: utilize 15 gm dosage tube PRN

Pediatric: utilize 15 gm dosage tube PRN

HOW SUPPLIED

Prefilled tube containing 15 grams of Glucose (d-glucose), purified water, glycerin, lemon flavoring, and preservatives in an oral gel base.

# HEPARIN

CLASS

Anticoagulant

ACTIONS

Inhibits the action of antithrombin III on various coagulation factors including factors IIa, IXa, Xa, XIa and XIIa.  Inhibition of factor Xa results in interference with thrombin generations; therefore the action of thrombin in coagulation is inhibited.  Heparin also increases the rate of formation of antithrombin III-thrombin complex causing inactivation of thrombin and preventing the conversion of fibrinogen to fibrin.  By inhibiting the activation of fibrin-stabilizing factor by thrombin, heparin also prevents the formation of a fibrin clot.

INDICATIONS

Acute Coronary Syndrome

Pulmonary embolism

Stroke

CONTRAINDICATIONS

Active bleeding

Hemophilia

Thrombocytopenia

Suspected intracranial hemorrhage

SIDE EFFECTS

Hemorrhagic reaction

WARNINGS

Use with caution in women who are menstruating and pregnancy.

Use with caution in geriatric patients.

Draw a blue top tube for PT and PTT levels.

DOSAGE

5000 units IVP

EMERGENCY MEDICAL GUIDELINES

# HYDROMORPHONE HCL (DILAUDID)

### CLASS
Narcotic analgesic

### ACTIONS
Binds with opiod receptor sites in the CNS, altering perception of and emotional response to pain.

### INDICATIONS
Relief of moderate to severe pain from trauma, fractures, dislocations, myocardial infarction, and burns

### CONTRAINDICATIONS
History of hypersensitivity
Presence or possibility of intracranial pressure (ICP)
Pre-existing respiratory depression (i.e. COPD, emphysema, status asthmaticus

### CAUTIONS
May produce respiratory depression
Not to be used in abdominal pain or head injury patients

### SIDE EFFECTS
Respiratory depression
Nausea and vomiting
Circulatory depression and cardiac arrest have occurred after *rapid* intravenous injection

### DOSAGE
1-2mg slow IV, IM. May repeat to a total of 4mg
In elderly (65 yrs and older), 0.25 - 0.5mg slow IV, IM. May repeat as tolerated
Pediatric: not approved for pediatric use

# IPRATROPIUM (ATROVENT)

### CLASS
Parasympatholytic Bronchodilator

### ACTIONS
Anticholinergic agent acts directly on the smooth muscles of the bronchial tree, by inhibiting acetylcholine at receptor sites. Also reduces vagally mediated reflexes bronchospasms.

### INDICATIONS
COPD
Bronchospasm
Asthma

### CONTRAINDICATIONS
History of hypersensitivity
Glaucoma
Allergy to soy or peanut products
Use caution in pregnancy, nursing mothers.

### SIDE EFFECTS
Dry mouth, headache, cough, blurred vision, rash, hives

### DOSAGE
One time use. 0.5mg nebulized with 2.5mg of albuterol

*03/01/05*

DRUG REFERENCE

# KETOROLAC
# (TORADOL)

**CLASS**

Analgesic/Non-steroidal anti-inflammatory

**ACTIONS**

Ketorolac is a non-steroidal anti-inflammatory drug (NSAID). It has analgesic, anti-inflammatory, and antipyretic effect. Unlike narcotics which act on the central nervous system, Ketorolac is considered a peripherally acting analgesic. It does not have the sedative properties of the narcotics. Ketorolac has been used with morphine and meperidine without adverse effects.

**INDICATIONS**

Mild to moderate pain.

**CONTRAINDICATIONS**

History of hypersensitivity

Not administered to patients with allergies to aspirin or the non-steroidal anti-inflammatory drugs.

**WARNINGS**

May cause gastrointestinal irritation and bleeding.

**SIDE EFFECTS**

Can cause edema, hypertension, rash, itching, nausea, heartburn, drowsiness, and dizziness.

**DOSAGE**

30 – 60 mg IM

30 mg IVP

**HOW SUPPLIED**

Prefilled syringes containing 15, 30, and 60 mg of the drug

# LABETALOL
# (NORMYDYNE, TRANDATE)

**CLASS**

Beta blocker

**ACTIONS**

Adrenergic receptor blocker (both alpha and beta), causing a fall in blood pressure and a slight decrease in heart rate.

**INDICATIONS**

Hypertension

**CONTRAINDICATIONS**

Bronchial asthma

Congestive heart failure

Heart blocks greater than first degree

Cardiogenic shock

Severe bradycardia

Chronic bronchitis

Emphysema

COPD

Preexisting vascular disease

**SIDE EFFECTS**

Dizziness, nausea, vomiting, diarrhea, increased airway resistance.

**WARNINGS**

Use with caution in patients with heart disease. Orthostatic hypotension will occur so patients must remain supine. Nitroglycerine and Labetalol have additive effects and should not be used together except with great caution. This drug masks common signs of shock and hypoglycemia. Dizziness is the most common side effect and tends to occur in earlier stages of the treatment, in patients also receiving diuretics. When administered IV for hypertensive emergencies, Labetalol produces a rapid, predictable fall in blood pressure within 5 to 10 minutes. Will decrease heart rate and should be used with extreme caution in patients with heart rates less than 100.

**DOSAGE**

0.25 mg/kg IV slowly over 2 minutes (20 mg dose for average adult)

5 mg IV over 2 minutes (max 300 mg)

NOT FOR USE IN PEDIATRICS

EMERGENCY MEDICAL GUIDELINES

# LIDOCAINE HCL (XYLOCAINE)

### CLASS
Antiarrhythmic

### ACTIONS
Decreases ventricular automaticity and raises the ventricular fibrillation threshold.

### INDICATIONS
PVC's: >6 minute. R-on-T phenomenon, multifocal, or in bursts of >2 or more in a row.

Ventricular tachycardia

Ventricular fibrillation

Prophylactic treatment in patients highly suspected of having myocardial infarction.

### CONTRAINDICATIONS
Lidocaine is contraindicated in second-degree heart block Mobitz II: complete A-V block; and Stokes-Adams syndrome

If PVC's occur in conjunction with sinus bradycardia, the bradycardia should be treated first

### SIDE EFFECTS
CNS: Drowsiness, numbness, dizziness, blurred vision, tinnitus, euphoria, muscle twitching, Convulsions, tremors.

CV: Rare, but with toxic levels – hypotension, widening of QRS complex, bradycardia, cardiac arrest.

RESP: At toxic levels – respiratory depression and/or arrest.

### WARNINGS
Lidocaine is metabolized in liver. Maintenance infusion should be decreased by half in patients with liver disease and low cardiac output states, (i.e. shock, congestive heart failure and/or patient older than 70 years of age.)

### DOSAGE
Adults: 1.0 – 1.5 mg/kg* IV bolus, repeat with 0.5 – 1.5 mg/kg q 5-10 minutes if        necessary to a total of 3 mg/kg. Can also be administered IM or Double-Dose down ET tube followed by an infusion at 2-4 mg/min.

Pediatrics: 1 mg/kg IV bolus. IV infusion should contain 120 mg LIDOCAINE/100 cc D5W, infuse at a rate of 20-50 mcg/kg/min.

NOTE: The larger dosage approach is recommended in cardiac arrest

### HOW SUPPLIED
Prefilled syringes: 1% = 100 mg/10 cc

2% = 100 mg/5 cc

Prefilled bag: 2 gm/500 cc D5W

NOTE: Lidocaine jelly is a viscous preparation of 2% Lidocaine that facilitates nasotracheal intubation by providing lubrication and acting as a local anesthetic.

# LIDOCAINE HCL 2% WITH EPINEPHRINE 1:100,000

### CLASS
Amide derivative

### ACTIONS
Provides profound local anesthesia of intermediate duration. Average anesthesia of at least 60 minutes.

### INDICATIONS
Utilized prior to sternal interosseous infusions (FAST 1 or BIG).

### CONTRAINDICATIONS
None

### SPECIAL CONSIDERATIONS
None

D - 18

*03/01/05*

DRUG REFERENCE

# LIDOCAINE HCL TOPICAL (XYLOCAINE 2% JELLY)

## CLASS
Amide derivative

## ACTIONS
Lidocaine stabilizes the neuronal membrane by inhibiting the ionic fluxes required for the initiation and conduction of impulses, thereby effecting local anesthetic action. The onset is 3-5 minutes. It is effective when applied to intact skin.

Lidocaine may be absorbed following topical administration to mucus membranes, its rate and extent of absorption depending upon concentration and total dose administered, the specific site of application, and duration of exposure. In general, the rate of absorption of local anesthetic agents following topical application occurs most rapidly after itratracheal administration. Lidocaine is metabolized rapidly by the liver.

## INDICATIONS
As an anesthetic lubricant for endotracheal intubation (Oral or Nasal).

## CONTRAINDICATIONS
History of hypersensitivity to local anesthetics.

## SPECIAL CONSIDERATIONS
Use caution in patients with severe shock or heart block. Debilitated elderly patients, acutely ill patients, and children should be given reduced doses commensurate with their age and physical status.

Excessive dosage, or short intervals between doses, can result in high plasma levels and serious adverse effects. xylocaine 2% Jelly should be used with extreme caution in the presence of sepses or severely traumatized mucosa in the area of application, since under such conditions there is the potential for rapid systemic absorption.

When used for endotracheal tube lubrication, care should be taken to avoid introducing the product into the lumen of the tube. Do not use the jelly to lubricate the endotrachial stylette. If allowed into the inner lumen, the jelly may dry on the inner surface leaving a residue which tends to clump with flexion, narrowing the lumen. There have been rare reports in which this residue has caused the lumen to occlude.

## DOSAGE
Adults: No more than 600 mg in a 12 hour period.
Pediatrics: Not to exceed 4.5 mg/kg (2.0mg/lb) of body weight.

## HOW SUPPLIED
30 ml Aluminum tube

# LORAZEPAM (ATIVAN)

## CLASS
Anticonvulsant/Sedative, Benzodiazepine

## ACTIONS
Lorazepam is a benzodiazepine with a shorter half-life than diazepam. It suppresses the spread of seizure activity through the motor cortex of the brain.

## INDICATIONS
Major motor seizures
Status epilepticus
Premedication before cardioversion
Acute anxiety states

## CONTRAINDICATIONS
History of hypersensitivity

## SIDE EFFECTS
Hypotension, drowsiness, headache, amnesia, respiratory depression, blurred vision, nausea and vomiting.

## WARNINGS
Because of its short half-life, seizure activity may recur. In such cases, additional doses may be required. May cause respiratory depression. Monitor respiratory status closely. Romazicon can be used as an antidote.

## DOSAGE
Anxiety: 0.5 – 2 mg IVP
Seizures: 0.5 mg – 1.0 mg, may repeat after 15 minutes
Neonate (<1 month): 0.05 mg/kg not to exceed 2 mg. May be repeated after 10 minutes.
Infants & Children: 0.1 mg/kg over 2 – 5 minutes. Maximum single dose 4 mg. May be Repeated after 15 – 20 minutes.

## HOW SUPPLIED
Lorazepam is supplied in ampules and tubex syringes containing 1, 2, and 4 mg in 2 ml of solvent.



EMERGENCY MEDICAL GUIDELINES

# MAGNESIUM SULFATE

## CLASS
Anticonvulsant/Antiarrhythmic

## ACTIONS
Magnesium Sulfate is a central nervous system depressant and vasodilator.

## INDICATIONS
Eclampsia including pre-eclampsia
Torsades De Pointes
Refractory V-fib/pulseless v-tach
Status asthmaticus

## CONTRAINDICATIONS
Renal diseases
Heart blocks
CHF
Bradycardia
Cardiogenic shock

## SIDE EFFECTS
Respiratory depression, bradycardia, heart block, CHF, bronchospasm, postural hypotension.

## DOSAGE
**Eclampsia**: Loading dose 4 gm/100 cc IV 0.9% NaCl wide open
Maintenance dose 2 gm/100 cc at 100 cc/hr
**Pre-Eclampsia**: Loading dose 4 gm/100 cc IV 0.9% NaCl over 15 minutes
Maintenance dose 2 gm/100 cc at 100 cc/hr
**Refractory V-fib**: 1 – 2 gm slow IVP over 1-2 minutes
**Torsades De Pointes**: 1 – 2 gm diluted in 10 cc NaCl administered IV over 3 minutes, up to 4 – 6 gms.
**Status Asthmaticus**: 2 gm diluted in 10 cc NaCl administered IV over 3 minutes, up to 4 – 6 gms.
Dose may be repeated if patient is still symptomatic. The time interval to repeat the dose will be based on the patient's condition.

## HOW SUPPLIED
50% Magnesium Sulfate injection, 5 grams {500 mg/ml (4mEq/ml)} prefilled syringe.
Vials containing 5 grams in 10 cc solution (0.5 g/cc)

# MEHTYLPREDNISOLONE (SOLU-MEDROL)

## CLASS
Corticosteroid/Anti-inflammatory

## ACTIONS
Steroid which is used to stabilize cell membranes to decrease edema in head trauma and used as an anti-inflammatory drug. Decreases inflammation, mainly by stabilizing leukocyte lysosomal membranes. Also suppresses the immune response, stimulates bone marrow and influences protein, fat and carbohydrate metabolism. Onset of action may be 2-6 hours and thus should not be of use in the critical first hour following an anaphylactic reaction.

## INDICATIONS
Head trauma
Severe asthma
Allergic reactions
COPD

## CONTRAINDICATIONS
Patients with reduced immune system.

## SIDE EFFECTS
May cause fluid retention, CHF, hypertension, abdominal distension, vertigo, headache, malaise, and hiccups.

## WARNINGS
Must be reconstituted and used promptly.

## DOSAGE
Usual dose is 125 mg IV but can be up to 30 mg/kg IV over 30 minutes.

## HOW SUPPLIED
Vial containing 125 mg

*03/01/05*

DRUG REFERENCE

# MIDAZOLAM (VERSED)

**CLASS**

Benzodiazepine

**ACTIONS**

Short acting CNS depressant that impairs the memory.

**INDICATIONS**

Conscious sedation,
Premedication for tracheal intubation

**CONTRAINDICATIONS**

History of hypersensitivity
Glaucoma
Shock
Alcohol intoxication
Overdose
Hypotension

**SIDE EFFECTS**

Over sedation, hypotension, blurred vision, headache, respiratory depression / arrest, nausea and vomiting

**WARNINGS**

Sedative effects may be accentuated by concomitant use of barbiturates, alcohol, or narcotics.

Should not be used in patients who have taken CNS depressants.

Avoid high doses! May cause hypotension.

**DOSAGE**

2.5mg – 5.0mg IVP over 60 years old
5.0mg – 10.0mg IVP below 60 years old
Peds:  0.1mg/kg IV, max of 2.5mg/kg dose
0.2mg/kg IM, max 5mg

# MORPHINE SULFATE (MS)

**CLASS**

Narcotic Analgesic

**ACTIONS**

Morphine is a narcotic analgesic which depresses the central nervous system and sensitivity to pain.  It increases venous capacitance, decreases venous return and produces mild peripheral vasodilation.  Morphine also decreases myocardial oxygen demand.

**INDICATIONS**

Pain from acute MI
Pulmonary edema
Pain from burn
Pain from Fx or dislocation to facilitate moving patient

**CONTRAINDICATIONS**

Pain due to trauma or acute abdomen
Volume depletion or hypotension
Head trauma
Acute alcoholism
Acute asthma
History of hypersensitivity

**SIDE EFFECTS**

CNS: Euphoria, drowsiness, pupillary constriction, respiratory arrest
CV: Bradycardia, hypotension
GI: Decreases gastric motility, nausea and vomiting
GU: Urinary retention
RESP: Bronchial constriction, decrease cough reflex

**WARNINGS**

Morphine is detoxified by the liver.  It is potentiated by alcohol, antihistamines, barbiturates, sedatives and beta-blockers.

**DOSAGE**

Adults:  1 – 5 mg IV slowly.  Repeat with small increments every 5 minutes until desired response is achieved.  Can also be given IM or SC.

Pediatrics:  0.1 – 0.2 mg/kg IV slowly.

**HOW SUPPLIED**

Ampule containing 10 mg/1 cc

EMERGENCY MEDICAL GUIDELINES

# NALBUPHINE
# (NUBAIN)

CLASS

Synthetic narcotic agonist / analgesic

ACTIONS

Nubain is a potent analgesic. Analgesic potency is essentially equivalent to that of morphine on a milligram basis.

INDICATIONS

Pain Management (burns, marine injuries, chest pain, fractures, sickle cell crisis)

CONTRAINDICATIONS

History of hypersensitivity
Respiratory depression
Hypotension

SIDE EFFECTS

Respiratory depression, nausea/vomiting, headache, dry mouth, sedation, hypotension

WARNINGS

Not indicated for use in children
Use may impair the mental or physical abilities
Use care with susceptible individuals, might result in physical dependence

DOSAGE

2mg – 4mg IVP or IM

# NALOZONE
# (NARCAN)

CLASS

Narcotic Antagonist

ACTIONS

Naloxone is chemically similar to narcotics. However, it has only antagonistic properties. It competes for opiate receptors in the brain. It also displaces narcotic molecules from opiate receptors. It can reverse respiratory depression associated with narcotic overdose.

INDICATIONS

Complete or partial reversal of narcotic depression
Respiratory depression secondary to narcotics or related drugs: heroin, methadone, lomotil, pentazocine (talwin) , meperidine (Demerol), propoxyphene, codeine, hydromorphone (darvon), morphine (dilaudid), percodan
Suspected acute opiate overdose
Unconscious/unresponsive patient of unknown origin.

CONTRAINDICATIONS

History of hypersensitivity

SIDE EFFECTS AND ADVERSE REACTIONS

CNS: Tremor, agitation, belligerence, pupillary dilation seizures, increased tear production, sweating.
CV: Hypertension, hypotension, ventricular tachycardia, pulmonary edema, ventricular fibrillation.
GI: Nausea, vomiting

WARNINGS

Naloxone should be administered cautiously to persons including newborns of mothers who are known or suspected to be physically dependent on opiates – may precipitate an acute abstinence syndrome. May need to repeat Naloxone since duration of action of some narcotics may exceed that of Naloxone. Naloxone is not effective against a respiratory depression due to non-opiate drugs. Use caution in patients with pre-existing cardiac disease or who have received potentially cardiotoxic drugs. Use caution during administration as patients may become violent as level of consciousness increases.

DOSAGE

Adult: An initial dose of 0.4 mg – 2 mg may be administered IV, IM, or SC. May be titrated to effect and repeated in 2-3 minutes if necessary. If no response after 10 mg, then condition is probably not due to narcotic.
Pediatric: 0.01 mg/kg initial dose. 0.1 mg/kg second dose if needed. Maximum cummlative dose of 2.0 mg.

HOW SUPPLIED

NALOXONE is available in 1 ml (0.4 mg/ml), 10 ml (.04 mg/ml), and also 1 mg/2 ml prefilled syringes.
For childern:          2 ml (0.2 mg/ml) ampule

DRUG REFERENCE

# NITROGLYCERINE IV (TRIDIL)

**CLASS**

Nitrate, antianginal agent (coronary vasodilator)

**ACTIONS**

Increases coronary blood flow by dilating coronary arteries and improving collateral flow to ischemic regions. Produces vasodilation (venous greater than arterial), decreases preload and afterload, reduces myocardial oxygen demand.

**INDICATIONS**

Chest pain of suspected cardiac origin
Acute pulmonary edema
Hypertension

**CONTRAINDICATIONS**

Hypotension
Patients <12 years old

**SIDE EFFECTS**

Headache
Nausea and vomiting
Hypotension
Dizziness, flushing
Tachycardia

**SPECIAL CONSIDERATIONS**

Avoid Nitroglycerin in the setting of right ventricular infarction; monitor vital signs often. Use IV pump or Dial-A-Flow to deliver specific ml/hr.

**DOSAGE**

5 – 10 mcg/min IV drip, may increase by 5 to 10 mcg/min until desired effect is achieved or systolic blood pressure <100 mmHg. Pediatric dosage is contraindicated.

# NITROGLYCERINE SL (NITROLINGUAL) (NITROBID) (NITROSTAT)

**CLASS**

Nitrate, antianginal agent (coronary vasodilator)

**ACTIONS**

Nitroglycerin is a direct vasodilator which acts principally on the venous system although it also produces direct coronary artery vasodilation as a result. There is a decrease in venous return which decreases the workload on the heart and thus decreases myocardial oxygen demand. Sublingual Nitroglycerin is readily absorbed. Pain relief occurs within one minute and therapeutic effects can last up to 30 minutes.

**INDICATIONS**

Angina Pectoris
Hypertensive crisis
Pulmonary edema with hypertension

**CONTRAINDICATIONS**

Patients with increased intracranial pressure
Systolic blood pressure <100 mmHg
Children under age 12

**SIDE EFFECTS**

CNS: Headache, dizziness, flushing, nausea and vomiting
CV: Hypotension, reflex tachycardia

**PRECAUTIONS**

Tolerance to nitrates easily develops which necessitates increasing the dosage.

**DOSAGE**

1 spray or 1 SL tab contains 0.4 mg Nitroglycerin
Adult: 1 spray or 1 tab SL. May repeat in q3-5 minutes for total of 3 doses.
Pediatrics: Not indicated

EMERGENCY MEDICAL GUIDELINES

# NITROGLYCERINE TOPICAL (NITRO-BID)

**CLASS**
Nitrate, antianginal agent (coronary vasodilator)

**ACTIONS**
Transdermal absorption, causes coronary vasodilation

**INDICATIONS**
Prophylaxis
Treatment of angina pectoris

**CONTRAINDICATIONS**
History of hypersensitivity
Hypotension (systolic < 100mmhg)

**SIDE EFFECTS**
Hypotension, headache, nausea and vomiting, blurred vision, dizziness

**WARNINGS**
Use with caution for right side injury / infarct.
Dosage has not been established in children.

**DOSAGE**
1 inch applied topically to the chest wall.
1 inch = 15mg nitroglycerin

# NITROPRUSSIDE (NIPRIDE)

**CLASS**
Vasodilator

**ACTIONS**
Directly acts on vascular smooth muscle, therefore results in peripheral vasodilation of arteries and veins. Decreases systemic resistance, preload and afterload and increases cardiac output.

**INDICATIONS**
Hypertensive Crisis
Congestive heart failure

**CONTRAINDICATIONS**
Recent use of Viagra within 24 hours
Hypotension
Aortic stenosis

**SIDE EFFECTS**
Tachycardia, hypotension, dizziness, hypoxemia, $CO_2$ retention, headache, nausea / vomiting

**WARNINGS**
Wrap IV set in an opaque cover because the drug is light sensitive.
Caution must be used, can result in toxic levels of cyanide.

**DOSAGE**
0.1– 10ug/kg/min. Start at 0.1ug/kg/min and titrated to effect. Increase dose every 3-5 minutes until desired effects are achieved.
Mix 50mg in 250cc of D5W (200ug/cc)

*03/01/05*

# NITROUS OXIDE (NITRONOX)

**CLASS**

Analgesic/Anestetic Gas

**ACTIONS**

Nitrous Oxide is a central nervous system depressant that causes rapid but easily reversible pain relief.

**INDICATIONS**

Substernal chest pain of suspected cardiac origin that does not respond to nitroglycerin or morphine sulfate.

Musculoskeletal pain

Burns, (excluding respiratory tract burns)

Normal and breech childbirth ??

**CONTRAINDICATIONS**

Altered level of consciousness

Patients intoxicated with drugs or alcohol

COPD

Acute pulmonary edema

Pneumothorax

Barotrauma

Acute abdomen

Head injury

Respiratory tract burns

**SIDE EFFECTS**

Headache, dizziness, giddiness, nausea and vomiting.

**SPECIAL CONSIDERATIONS**

Vehicle should be well ventilated during Nitrous Oxide administration (turn on the exhaust fan and open windows). When administering Nitrous Oxide to a minor, obtain parental consent or contact the EDP for orders.

**DOSAGE**

50% N2O/50% O2 self administered by patient through the mask or mouth piece.

Upon discontinuation of Nitronox, administer supplemental O2 4 lpm/nasal cannula approx. 15 minutes.

# OXYTOCIN (PITOCIN)

**CLASS**

Hormone/Uterine stimulant

**ACTIONS**

Oxytocin is a naturally occurring hormone. It is used in the emergency setting to control post partum hemorrhage by contracting uterine smooth muscle and lactation.

**INDICATIONS**

Post partum hemorrhage

**CONTRAINDICATIONS**

Oxytocin should be administered only to patients suffering from severe post-partum bleeding. It is essential to verify that the baby and the placenta have been delivered, and that there is not an additional fetus in the uterus.

**WARNINGS**

Can cause overstimulation of the uterus and uterine rupture.

**SIDE EFFECTS**

Can cause hypotension, arrhythmias, tachycardia, seizures, coma, nausea and vomiting

**DOSAGE**

20 units/1000 cc  0.9% NaCl infused at 120 – 150 cc/hr.

**HOW SUPPLIED**

Vials containing 10 units in 1 cc

EMERGENCY MEDICAL GUIDELINES

# PROCAINAMIDE (PRONESTYL)

**CLASS**

    Antiarrhythmic

**ACTIONS**

    Slows conduction through myocardium

    Elevates V-fib threshold

    Suppresses ventricular ectopic activity

    Decreases automaticity of ectopic pacemakers

**INDICATIONS**

    Persistent cardiac arrest due to ventricular fibrillation and retractory to lidocaine.

    PVC's refractory to lidocaine

    V-tach refractory to lidocaine

    Patients allergic to lidocaine

**CONTRAINDICATIONS**

    High degree heart blocks

    PVC's in conjunction with bradycardia (treat rate first)

    Torsades de Pointes

**WARNINGS**

    Procainamide should be discontinued when any of the following four occurs:

- Rhythm resolved
- Hypotension
- QRS widens by 50%
- Maximum dose of 17mg/kg administered

**SIDE EFFECTS**

    May cause drowsiness, seizures, hypotension, bradycardia, heart blocks, nausea, vomiting, respiratory and cardiac arrest.

**DOSAGE**

    Bolus drip mix 2 grams in 50 cc 0.9% NaCl run at 20mg/min.

    Maintenance drip 2 grams in 500 cc run 1-4 mg/min.

    May give up to 50 mg/min. for shock resistant or recurrent pulseless VT/VF.

**HOW SUPPLIED**

    Vials containing 1 grams in 10 ml

# PROMETHAZINE (PHENERGAN)

**ACTIONS**

    A derivative of phenothiazine (thorazine) with antiemetic; anticholinergic and antihistamine effects.

**INDICATIONS**

    Severe nausea and vomiting

    Antiemetic

    Sedation

**CONTRAINDICATIONS**

    Abdominal pain

**SIDE EFFECTS**

    Dry mouth, blurred vision, dizziness, confusion, extra pyramidal symptoms (muscle rigidity, tremor) may occur. It may also worsen glaucoma, bladder obstruction or stenosis peptic ulcer. Hemothiazines tend to lower blood pressure and also lower the seizure threshold (i.e. make seizures more likely in seizure prone patients such as alcoholic or epileptics).

**DOSAGE**

    Adult: 6.25 – 25 mg IM, IV, oral or rectal

    Pediatric: 0.2 – 0.5 mg/kg not to exceed 12.5 mg

    NOTE: Should be used following Morphine Sulfate administration.

DRUG REFERENCE

# PROPOFOL (DIPRIVAN)

## ACTIONS

Diprivan injectable emulsion is an intravenous sedative-hypnotic agent producing rapid sedation with minimal excitatory activity, however it has no analgesic properties. The actual mechanism of action is unknown. Onset of sedation usually occurs within 1-3 minutes. After bolus, titrating a maintenance infusion can control the level of sedation. After discontinuing the infusion the effects of the sedation clear within 5-7 minutes.

## INDICATIONS

Induction and maintenance of general anesthesia in the intubated and mechanically ventilated patients.

## CONTRAINDICATIONS

History of hypersensitivity to Propofol or its components (soybean oil, egg lecithin, glycerol)

Patients in which sedation is not needed.

## SIDE EFFECTS

Hypotension

Bradycardia and decreased cardiac output

Respiratory acidosis during weaning

May produce copious secretions, larnygospasm and hypotension.

Pain or burning at the injection site is common especially when the IV is in a small peripheral vein.

## SPECIAL CONSIDERATIONS

Diprivan is extensively distributed throughout the body. It is eliminated from the body by the liver and the pulmonary system. No dosage adjustments are needed for patients with renal or hepatic failure.

# SODIUM BICARBONATE

## CLASS

Alkalizing agent

## ACTIONS

An alkalizing agent used to buffer acids present in the body during and after severe hypoxia. Bicarbonate combines with excess acids (usually lactic acid) present in the body to form a weak, volatile acid. This acid is broken down into $CO_2$ and $H_2O$. Sodium Bicarbonate is effective only when administered with adequate ventilation and oxygenation.

## INDICATIONS

Metabolic acidosis due to:

Cardiac arrest

Shock

Salicylate overdose

Barbiturate overdose

Keto acidosis

Hyperkalemia

Tricyclic antidepressant overdose

## CONTRAINDICATIONS

Congestive heart failure

Alkalotic states

## SIDE EFFECTS

Metabolic alkalosis

Hypernatremia

Cerebral acidosis

Sodium and $H_2O$ retention which can cause CHF

## WARNINGS

Excessive Bicarbonate therapy inhibits the release of oxygen. Bicarbonate does note improve the ability to defibrillate. May inactivate simultaneously administered catecholamines. Will precipitate if mixed with Calcium Chloride. Administration should be guided by arterial blood gasses and ph.

## DOSAGE

Adult: 1 meq/kg IV. Repeat with 0.5 meq/kg q 10 minutes

Pediatric: 1 meq/kg IV. Repeat with 0.5 meq/kg q 10 minutes

Infants: 0.5 meq/kg IV (diluted) slowly. May repeat in 10 minutes

## HOW SUPPLIED

Prefilled syringes containing 50 meq/50 cc

EMERGENCY MEDICAL GUIDELINES

# SUCCINYLCHOLINE CHLORIDE (ANECTINE, QUELICIN)

**CLASS**

Depolarizing neuromuscular blocker

**ACTIONS**

Succinylcholine Chloride is a depolarizing muscle relaxant that prevents acetylcholine from binding to receptors on the post-synaptic neuron, thereby inhibiting the generation of an action potential and effectively paralyzing skeletal muscle. Complete paralysis is obtained within 1 minute and persists for approximately 2 minutes. It has no effects on consciousness whatsoever.

**INDICATIONS**

To facilitate intubation in patients where other efforts to obtain definitive airway control have failed.

**CONTRAINDICATIONS**

Any patients who can not be effectively ventilated with a BVM and oral airway.

**SIDE EFFECTS**

Prolonged apnea, bronchospasm, sinus arrest, tachycardia, bradycardia, PVC's, increased ICP, muscle fasciculations.

**SPECIAL CONSIDERATIONS**

Since Succinylcholine Chloride effects only skeletal movement and not sensation, the patient should be sedated prior to administration. The use of Succinylcholine will not reduce the patients level of consciousness. The paramedic should verbally reassure the patient before intubation. If unable to intubate the patient, ventilate with BVM and oral airway until spontaneous respirations return (this should occur in approximately 5 to 7 minutes). Less than one percent of the population, and a higher percentage of the pregnant population, lack sufficient pseudocholinesterase to rapidly metabolize Succinylcholine. Paralysis may be dramatically prolonged in these patients.

**DOSAGE**

Adult:  1 mg/kg IVP repeated in 1 to 2 minutes if desired effect is not achieved.

Pediatric:  Same as the adult dose.

Can be given IM if needed 3 mg/kg

**HOW SUPPLIED**

Vials containing 10 ml of a 20 mg/ml Concentration (200 total milligrams)

# TETRACAINE HCL (PRONTOCAINE)

**ACTIONS**

Tetracaine is an ophthalmic solution that produces anesthesia by preventing initiation and transmission of impulses at the nerve-cell membrane.

**INDICATIONS**

As an adjunct to facilitate irrigation of foreign bodies in the eye.

Toxic/chemical burns to the eye.

**CONTRAINDICATIONS**

None in the emergency setting

**SIDE EFFECTS**

Rash, irritation, sensitivity

**SPECIAL CONSIDERATIONS**

Do not use if the Tetracaine HCL solution contains crystals, or if it is cloudy or discolored. Do not let patient touch or rub the eye after it is anesthetized as this can cause corneal abrasions. May be administered with contact lenses left in eye(s). Patch eye after administering.

**DOSAGE**

1 to 2 drops of a 0.5% solution instilled into the affected eye.

Pediatric dose will be the same.

*03/01/05*

# THIAMINE
## (VITAMIN B-1)

### ACTIONS
Thiamine is a sterile solution of Vitamin B1 (can not be produced by the human body). With total absence of Thiamine in the diet, body depletion occurs in approximately three weeks.

### INDICATIONS
For the treatment of Thiamine deficiency

Rapid restoration of Thiamine to prevent Wernicke-Korsakoff in the alcoholic and malnourished patient.

Administered to individuals **(prior to dextrose)** with marginal thiamine status to avoid precipitation of heart failure.

### CONTRAINDICATIONS
History of hypersensitivity

### WARNINGS
Serious hypersensitivity/anaphylactic reactions can occur, especially with repeated dosages.

### SIDE EFFECTS
A feeling of warmth pruritus, urticaria, weakness, sweating, nausea, restlessness, throat tightness, cyanosis, pulmonary edema, and GI bleeding.

### DOSAGE
100 mg IVP **prior to administration** of highly concentrated Dextrose solutions.

### HOW SUPPLIED
100 mg in 1 ml

# VASOPRESSIN
## (PITRESSIN)

### CLASS
Antidiuretic Hormone

### ACTIONS
Systemic vasoconstriction, increased contractility, increased cerebral and coronary perfusion without undesired effects of myocardial ischemia and irritability.

### INDICATIONS
Ventricular fibrillation

Pulseless ventricular tachycardia

### CONTRAINDICATIONS
All other pulseless dysrhythmias

### SIDE EFFECTS
None in the pulseless patients

### WARNINGS
Currently only to be used for pulseless V-fib and V-tach patients

### DOSAGE
40 units IVP, one time administration. No Epinephrine for 10 min post administration.

EMERGENCY MEDICAL GUIDELINES

# VECURONIUM BROMIDE (NORCURON)

## CLASS

Nondepolarizng neuromuscular blocker

## ACTIONS

Norcuron is a nondepolarizing neuromuscular blocking agent of intermediate duration. It acts by competing for cholinergic receptors at the motor end-plate. Clinically required neuromuscular blockade will occur in 2.5 to 3 minutes and last approximately 25 to 30 minutes.

## INDICATIONS

Long term paralysis for flight or ground transport to facilitate control of combative patients that have already been intubated.

## CONTRAINDICATIONS

Any patient that an RSI has NOT been successful.

## SIDE EFFECTS

Prolonged apnea, tachycardia, bradycardia, bronchospasm, muscle fasciculations.

## SPECIAL CONSIDERATIONS

If Succinylcholine is used prior to Norcuron, the administration of Norcuron should be delayed until the patient starts recovering from the Succinylcholine-induced neuromuscular blockade. Prior administration of Succinylcholine may enhance the neuromuscular blocking effect of Norcuron and its duration of action. The effect of prior use of other nondepolarizing neuromuscular blocking agents on the activity of Norcuron has not been studied. Norcuron should only be given to a pregnant woman if clearly needed.

## DOSAGE

Adult: Initial dose: 0.1 mg/kg IVP

Maintenance dose: 0.015 mg/kg IVP (25 – 40 min. after initial dose)

Subsequent maintenance doses, if required, may be administered at 12 – 15 minute intervals.

Pediatric: Same as the adult dose.

## HOW SUPPLIED

Vial with 10 mg of a sterile nonpyrogenic freeze-dried buffered cake.

# VERAPAMIL (ISOPTIN OR CALAN)

## CLASS

Calcium channel blocker

## ACTIONS

Inhibits slow channel calcium activity in cardiac and smooth muscles. It blocks the slow inward current due to changes in both calcium and sodium flux.

## INDICATIONS

Paroxysmal Supraventricular Tachycardia refractory to Adenocard in the stable patient

Symptomatic Atrial Fibrillation and Atrial Flutter (above 130 BPM with chest pain and SOB)

## CONTRAINDICATIONS

Hypotension (Blood pressure below 120 systolic)

Bradycardia

History of Wolf-Parkinson-White syndrome

## SIDE EFFECTS

Causes reflex increase in adrenergic tone due to peripheral vasodilation if given for tachycardia due to Wolf-Parkinson-White syndrome. Decreased blood pressure and increased adrenergic response may extend an acute M.I.. May also cause symptomatic bradycardia. Dizziness, headache, fatigue, AV block, peripheral edema, nausea, and asystole.

## WARNINGS

Verapamil may induce severe hypotension and pre-dispose to V-fib if given to V-Tach. If uncertain of origin (V-Tach or wide complex PSVT) treat the rhythm as V-Tach; Verapamil should be avoided.

## DOSAGE

5 mg slow IVP (0.075 – 0.15 mg/kg)

10 mg slow IVP in 15 minutes, if necessary

*03/01/05*

RSI Medication Chart – Page 1

| Weight KG = LB | Lidocaine 20mg/cc Dose - 1.5mg/kg | Fentanyl 500mcg/10cc Adults under 60 Dose - 3mcg/kg | Fentanyl 500mcg/10cc Adults over 60 Dose - 1.5mcg/kg | Fentanyl 500mcg/10cc Pediatrics Dose - 1mcg/kg | Atropine 0.1mg/cc Pediatric Dose - 0.02mg/kg | Norcuron Defasiculating 1mg/cc Dose - 0.01mg/kg |
|---|---|---|---|---|---|---|
| 2.5 kg = 5.5 lb | 3.75mg = 0.187cc | See Pediatric Chart | See Pediatric Chart | 2.5mcg = 0.05cc | 0.05mg = 0.5cc | Not used in Pediatrics Under 10 years old |
| 5 kg = 11 lb | 7.5mg = 0.375cc | | | 5mcg = 0.1cc | 0.1mg = 1cc | |
| 10 kg = 22 lb | 15mg = 0.75cc | | | 10mcg = 0.2cc | 0.2mg = 2cc | |
| 20 kg = 44 lb | 30mg = 1.5cc | | | 20mcg = 0.4cc | 0.4mg = 4cc | |
| 30 kg = 66 lb | 45mg = 2.25cc | | | 30mcg = 0.6cc | 0.6mg = 6cc | |
| 40 kg = 88 lb | 60mg = 3cc | 120mcg = 2.4cc | 60mcg = 1.2cc | The Guideline allows 1 - 2mcg/kg The chart above is 1 mcg/kg range. If you want to give 2mcg/kg then Double the dose for The weight selected | *Give 1mg in Adults if bradycardia is Present or Potential *Must be given in Repeat doses of Anectine | 0.4mg = 0.4cc |
| 50 kg = 110 lb | 75mg = 3.75cc | 150mcg = 3cc | 75mcg = 1.5cc | | | 0.5mg = 0.5cc |
| 60 kg = 132 lb | 90mg = 4.5cc | 180mcg = 3.6cc | 90mcg = 1.8cc | | | 0.6mg = 0.6cc |
| 70 kg = 154 lb | 105mg = 5.25cc | 210mcg = 4.2cc | 105mcg = 2.1cc | | | 0.7mg = 0.7cc |
| 80 kg = 176 lb | 120mg = 6cc | 240mcg = 4.8cc | 120mcg = 2.4cc | | | 0.8mg = 0.8cc |
| 90 kg = 198 lb | 135mg = 6.75cc | 270mcg = 5.4cc | 135mcg = 2.7cc | | | 0.9mg = 0.9cc |
| 100 kg = 220 lb | 150mg = 7.5cc | 300mcg = 6cc | 150mcg = 3cc | | | 1mg = 1cc |
| 110 kg = 242 lb | 165mg = 8.25cc | 330mcg = 6.6cc | 165mcg = 3.3cc | | | 1.1mg = 1.1cc |
| 120 kg = 264 lb | 180mg = 9cc | 360mcg = 7.2cc | 180mcg = 3.6cc | | | 1.2mg = 1.2cc |
| 130 kg = 286 lb | 195mg = 9.75cc | 390mcg = 7.8cc | 195mcg = 3.9cc | | | 1.3mg = 1.3cc |
| 140 kg = 308 lb | 210mg = 10.5cc | 420mcg = 8.4cc | 210mcg = 4.2cc | | | 1.4mg = 1.4cc |
| 150 kg = 330 lb | 225mg = 11.25cc | 450mcg = 9cc | 225mcg = 4.5cc | | | 1.5mg = 1.5cc |

| Weight KG = LB | Etomidate 2mg/cc Dose - .3 mg/kg | Versed 5mg/cc Pediatric Dose - 0.1mg/kg | Anectine 20mg/cc Adult Dose - 1.5mg/kg | Anectine 20mg/cc Pediatric Dose - 2mg/kg |
|---|---|---|---|---|
| 2.5 kg = 5.5 lb | 0.75mg = 0.375cc | 0.25mg = .05cc | See Pediatric Chart | 5mg = 0.25cc |
| 5 kg = 11 lb | 1.5mg = 0.75cc | 0.5mg = 0.1cc | | 10mg = 0.5cc |
| 10 kg = 22 lb | 3mg = 1.5cc | 1mg = 0.2cc | | 20mg = 1cc |
| 20 kg = 44 lb | 6mg = 3cc | 2mg = 0.4cc | | 40mg = 2cc |
| 30 kg = 66 lb | 9mg = 4.5cc | 3mg = 0.6cc | | 60mg = 3cc |
| 40 kg = 88 lb | 12mg = 6cc | * Adults under the Age of 60 give 5mg IV or IM Titrated to effect - Max of 10mg  * Adults over the Age of 60 give 2.5mg IV or IM Titrated to effect - Max of 5mg | 60mg = 3cc | See Adult Chart |
| 50 kg = 110 lb | 15mg = 7.5cc | | 75mg = 3.75cc | |
| 60 kg = 132 lb | 18mg = 9cc | | 90mg = 4.5cc | |
| 70 kg = 154 lb | 21mg = 10.5cc | | 105mg = 5.25cc | |
| 80 kg = 176 lb | 24mg = 12cc | | 120mg = 6cc | |
| 90 kg = 198 lb | 27mg = 13.5cc | | 135mg = 6.75cc | |
| 100 kg = 220 lb | 30mg = 15cc | | 150mg = 7.5cc | |
| 110 kg = 242 lb | 33mg = 16.5cc | | 165mg = 8.25cc | |
| 120 kg = 264 lb | 36mg = 18cc | | 180mg = 9cc | |
| 130 kg = 286 lb | 39mg = 19.5cc | | 195mg = 9.75cc | |
| 140 kg = 308 lb | 42mg = 21cc | | 210mg = 10.5cc | |
| 150 kg = 330 lb | 45mg = 22.5cc | | 225mg = 11.25cc | |

RSI Medication Chart – Page 2

| Weight KG = LB | Versed 5mg/cc Adults under 60 and Pediatrics Dose – 0.1mg/kg | Versed 5mg/cc Adults over 60 Dose – 0.05mg/kg | Fentanyl 500mcg/10cc Adults over 60 Dose - 1mcg/kg | Fentanyl 500mcg/10cc Adults under 60 Dose - 2mcg/kg | Fentanyl 500mcg/10cc Pediatrics Dose - 1mcg/kg | Norcuron 1mg/cc Dose – 0.1mg/kg |
|---|---|---|---|---|---|---|
| 2.5 kg = 5.5 lb | 0.25mg = .05cc | See Pediatric Chart | See Pediatric Chart | See Pediatric Chart | 2.5mcg = 0.05cc | 0.25mg = 0.25cc |
| 5 kg = 11 lb | 0.5mg = 0.1cc | | | | 5mcg = 0.1cc | 0.5mg = 0.5cc |
| 10 kg = 22 lb | 1mg = 0.2cc | | | | 10mcg = 0.2cc | 1mg = 1cc |
| 20 kg = 44 lb | 2mg = 0.4cc | | | | 20mcg = 0.4cc | 2mg = 2cc |
| 30 kg = 66 lb | 3mg = 0.6cc | | | | 30mcg = 0.6cc | 3mg = 3cc |
| 40 kg = 88 lb | 4mg = 0.8cc | 2mg = 0.4cc | 40mcg = 0.8cc | 80mcg = 1.6cc | | 4mg = 4cc |
| 50 kg = 110 lb | 5mg = 1cc | 2.5mg = 0.5cc | 50mcg = 1cc | 100mcg = 2cc | The Guideline | 5mg = 5cc |
| 60 kg = 132 lb | 6mg = 1.2cc | 3mg = 0.6cc | 60mcg = 1.2cc | 120mcg = 2.4cc | allows 1 - 2mcg/kg | 6mg = 6cc |
| 70 kg = 154 lb | 7mg = 1.4cc | 3.5mg = 0.7cc | 70mcg = 1.4cc | 140mcg = 2.8cc | The chart above is | 7mg = 7cc |
| 80 kg = 176 lb | 8mg = 1.6cc | 4mg = 0.8cc | 80mcg = 1.6cc | 160mcg = 3.2cc | 1 mcg/kg range. | 8mg = 8cc |
| 90 kg = 198 lb | 9mg = 1.8cc | 4.5mg = 0.9cc | 90mcg = 1.8cc | 180mcg = 3.6cc | If you want to give | 9mg = 9cc |
| 100 kg = 220 lb | 10mg = 2cc | 5mg = 1cc | 100mcg = 2cc | 200mcg = 4cc | 2mcg/kg then | 10mg = 10cc |
| 110 kg = 242 lb | 11mg = 2.2cc | 5.5mg = 1.1cc | 110mcg = 2.2cc | 220mcg = 4.4cc | Double the dose for | 11mg = 11cc |
| 120 kg = 264 lb | 12mg = 2.4cc | 6mg = 1.2cc | 120mcg = 2.4cc | 240mcg = 4.8cc | The weight selected | 12mg = 12cc |
| 130 kg = 286 lb | 13mg = 2.6cc | 6.5mg = 1.3cc | 130mcg = 2.6cc | 260mcg = 5.2cc | | 13mg = 13cc |
| 140 kg = 308 lb | 14mg = 2.8cc | 7mg = 1.4cc | 140mcg = 2.8cc | 280mcg = 5.6cc | | 14mg = 14cc |
| 150 kg = 330 lb | 15mg = 3cc | 7.5mg = 1.5cc | 150mcg = 3cc | 300mcg = 6cc | | 15mg = 15cc |

After Administration of Anectine:

1. Hyperthermia may present as jaw spasm or general Rigidity – Monitor Body Temperature and cool as needed
2. Hyperkalemia may present with peaked T-waves - Give Calcium Chloride 500mg IVP and monitor EKG
3. Watch for increased intraocular or intracranial pressure
4. Sudden Cardiac arrest in Children with Duchenne's Muscular Dystrophy – usually undiagnosed
   a. Observe for Peaked T-waves
   b. Administer Calcium Chloride 500mg IV
   c. Administer Sodium Bicarb 1mEq/kg
   d. Administer Glucose per diabetic Guideline (see page M-6)

Post Intubation Management

1. Administer Longer Acting sedation for transport prior to Norcuron considerations
2. Assess for signs of pain and ensure BP greater than 100 systolic prior to administration of pain management
   a. Give Versed as list on chart above
   b. Give Fentanyl PRN as listed on the chart above - Must be given slowly (over 60 seconds) – May repeat after 10 minutes
3. Norcuron 0.1mg/kg as in chart above. Indicated if the patient is unmanageable and the proper amount of sedation and pain management have been administered (Versed/Fentanyl)

Note: $\dfrac{Desired}{Have} \times \dfrac{CC}{1}$

# Standard Administration Sets

### Amiodarone

| Mixture | | | Rate |
|---|---|---|---|
| Bolus | 150mg/100ml | Macro | 150gtts/min |
| Maintenance | 100mg/100ml | Micro | 60gtts/min |

### Epinephrine

| | | | Rate | | | | |
|---|---|---|---|---|---|---|---|
| Infusion | 2mg/500ml | Micro | 2mcg/min | 4mcg/min | 6mcg/min | 8mcg/min | 10mcg/min |
| | | | 30gtts/min | 60gtts/min | 90gtts/min | 120gtts/min | 150gtts/min |

### Lidocaine

| | | | Rate | | |
|---|---|---|---|---|---|
| Maintenance | 2g/500ml | Micro | 2mg/min | 3mg/min | 4mg/min |
| | | | 30gtts/min | 45gtts/min | 60gtts/min |

### Mag Sulfate

| | | | Rate |
|---|---|---|---|
| Asthma | 2gm/100ml | Macro | 150gtts/min |
| Eclamptic | 4gm/100ml | Macro | wide open |
| Pre-Eclamptic | 4gm/100ml | Macro | 100gtts/min |
| Maintenance | 2gm/100ml | Macro | 100gtts/min |

### Nitroglycerin

| 50mg/250ml |
|---|

### Pitocin

| 20u/1000ml | Macro | 30gtts/min |
|---|---|---|

### Sodium Bicarb

| Bolus | 50meq IVP | | |
|---|---|---|---|
| Maintenance | 50meq/500ml | Micro | 50gtts/min |

### Tagamet

| 300mg/100ml | Macro | 100gtts/min |
|---|---|---|

## IV Pump Settings

### Amiodarone

| | Mixture | VTBD | RATE |
|---|---|---|---|
| Bolus | 150mg/100ml | 100ml | 600ml/hr |
| Maintenance | 100mg/100ml | 100ml | 60ml/hr |

### Epinephrine

| | Mixture | VTBD | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Infusion | 2mg/500ml | 500ml | 2mcg/min | 3mcg/min | 4mcg/min | 6mcg/min | 8mcg/min | 10mcg/min |
| | | | 30ml/hr | 45ml/hr | 60ml/hr | 90ml/hr | 120ml/hr | 150ml/hr |

### Lidocaine

| | Mixture | VTBD | | | |
|---|---|---|---|---|---|
| Maintenance | 2g/500ml | 500ml | 2mg/min | 3mg/min | 4mg/min |
| | | | 30ml/hr | 45ml/hr | 60ml/hr |

### Mag Sulfate

| | Mixture | VTBD | RATE |
|---|---|---|---|
| Asthma | 2gm/100ml | 100ml | 600ml/hr |
| Eclamptic | 4gm/100ml | Wide Open | |
| Pre-Eclamptic | 4gm/100ml | 100ml | 400ml/hr |
| Maintenance | 2gm/100ml | 100ml | 100ml/hr |

### Nitroglycerin

| Mixture | VTBD | | | | | |
|---|---|---|---|---|---|---|
| 50mg/250ml | 250ml | 5mcg/min | 10mcg/min | 20mcg/min | 30mcg/min | 40mcg/min |
| | | 2ml/hr | 3ml/hr | 6ml/hr | 9ml/hr | 10ml/hr |

### Pitocin

| Mixture | VTBD | RATE |
|---|---|---|
| 20u/1000ml | 1000ml | 120ml/hr |

### Sodium Bicarb

| | Mixture | VTBD | RATE |
|---|---|---|---|
| Bolus | 50meq IVP | | |
| Maintenance | 50meq/500ml | 500ml | 50ml/hr |

### Tagamet

| Mixture | VTBD | RATE |
|---|---|---|
| 300mg/100ml | 100ml | 400ml/hr |

AEROMEDICAL

 

EMERGENCY MEDICAL GUIDELINES

# AEROMEDICAL GUIDELINES, EDUCATIONAL SECTION

## THE HISTORY OF AEROMEDICAL TRANSPORT

Transport of injured patients by air can be traced to World War I, when a French fighter plane was used to evacuate a wounded Serb. Fixed-wing transport had limited use until World War II, when the Allies evacuated large numbers of casualties by air, primarily in C-47 transports.

The modern era of air medical transport began during World War II, when helicopters transported wounded patients in Burma. During the Korean and Vietnam conflicts, helicopter air medical transport significantly reduced battlefield mortality and became an important and highly visible part of the military trauma system.

The successful air medical experience in Vietnam proved the ability of helicopters to transport injured patients directly from trauma scenes to specialized trauma care centers. Awareness of the role military air medical transport made the extension of helicopter use to the civilian arena inevitable.

The first air medical transport program was established in 1972 at St. Anthony's Hospital in Denver, Colorado. Since then, the number of air medical programs has grown steadily, reaching more than 160 programs today. Some services that began with a single rotor-wing aircraft have added additional helicopters, fixed-wing, or ground critical care transport capability. Air medical transport services now provide much more than trauma scene response. Transfers from rural emergency departments into tertiary care centers occur on a routine basis and in some cases account for 100% of the call volume of the program. Fixed-wing transports are particularly useful for long distance (i.e. >150-200 miles) interfacility transports and can operate in weather conditions that may restrict rotor-wing aircraft.

## ORGANIZATIONAL MODELS

The hospital based model represents the most common type of approach for providing air medical service to the community. A hospital usually a tertiary or academic center sponsors and/or owns the air medical program. Aircraft, pilots, and maintenance services are often provided by an aviation vendor. (i.e. Tampa General Hospital-Aeromed)

The governmental agency model has been used successfully for years. These models are predominantly operated by a law enforcement agency with medical staffing being supplied by the local hospital or fire department. These models are primarily funded through local taxing districts.

The private service model represents primarily fixed-wing aircraft vendors. These services generally do not respond directly to the scene. They use an on-call staff and perform long-rang missions. These models are primarily funded through insurance and direct cash-for-transport exchanges.

The government/private partnership has just came into existence over the last several years. The LifeStar aeromedical program was the first in the nation to use this model. The government agency supplies the crew housing, equipment, supplies, and medical flight personnel. The private industry aviation vendor supplies the aircraft, maintenance, and pilots. This model has proven to be the most economical by far. No taxing districts are needed and the start up fee's are minimal for the local government. This model is funded primarily through automobile and private insurance billing.

## AIRCRAFT TYPES OPERATING IN FLORIDA

### Aeromedical providers who utilize the BK117:

**Orange County Fire-Rescue**
**Aeromed**
**Bayflite**
**Trauma One**
**Air Care Team**
**Life Flight**
Eurocopter Kawasaki BK117
Power: 2x684 shp Allied Signal LTS B-1, B-2
Power: 2x738 shp Turbomeca Arriel 1E2 C-1
MTOW: 3,350kg (7,385lb)
Maximum useful weight: 1,595kg (3,156lb)
Maximum cruise speed: 133kt
Maximum range: 294nm (B-2), 292nm (C-1)

### Aeromedical providers who utilize the Dauphin:

**ShandsCair**
Eurocopter AS365N2 Dauphin
Power: 2x739 shp Turbomeca Arriel 1E2 N2
Power: 2x851 shp Turbomeca Arriel 2C N3
MTOW: 4,250kg (9,370lb)
Maximum useful weight: 1,980kg (4,365lb) N2
Maximum useful weight: 1,950kg (4,299lb) N3
Maximum cruise speed: 150kt
Maximum range: 464nm

### Aeromedical providers who utilize the S-76C+:

**Palm Beach County Health Care District**
**Miami Children's Hospital**
Sikorsky S-76C+
Power: 2x856 shp Turbomeca Arriel 2S1
MTOW: 5,307kg (11,700lb)
Maximum useful weight: 1,618kg (3,562lb)

*03/01/05*

AEROMEDICAL

Maximum cruise speed: 155kt
Maximum range: 385nm

## Aeromedical providers who utilize the EC-135:

**Martin County Fire Rescue**
**Holmes Regional First Flight**
**Collier County EMS**
**Baptist Life Flight**
**Florida Flight 1**
Eurocopter EC-135 P1/T1
Power: 2x732 shp Turbomeca Arriel 2B1 T1
Power: 2x621 shp Pratt & Whitney PW206B P1
MTOW: 2,720kg (5,996lb)
Maximum useful weight: 1,240kg (2,734lb) P1
Maximum useful weight: 1,255kg (2,767lb) T1
Maximum cruise speed: 139kt
Maximum range: 322nm

## Aeromedical providers who utilize the A119 Koala:

**St. Lucie County Sheriff's Office & St. Lucie County Fire-District**
Agusta A119 Koala
Power: 1x1002 shp Pratt & Whitney
MTOW: 2,720kg (5,996lb)
Maximum useful weight: 1,290kg (2,845lb)
Maximum cruise speed: 140kt
Maximum range: 353nm

## Aeromedical providers who utilize the BO105:

**Life Net**
**Life Flight**
**Lee County EMS**
Eurocopter BO105
Power 2x500 shp Rolls-Royce Allison 250 C28C
MTOW: 2,600kg (5,732lb)
Maximum useful weight: 1,170kg (2,550lb)
Maximum cruise speed: 130kt
Maximum range: 278nm

## Aeromedical providers who utilize the A109:

**Baptist Aeromed**
Agusta A109 KII
Power: 2x640 shp Pratt & Whitney Canada
MTOW: 2,850kg (6,203lb)
Maximum useful weight: 1,280kg (2,822lb)
Maximum cruise speed: 156kt
Maximum range: 550nm

## Aeromedical providers who utilize the Gates Learjet 25:

Power: GE CJ610
MTEW: 15,000lbs

Max Useful Wt: 7,360lbs
Max Cruise Speed: .82 Mach, 465kts, 535mph
Max Range: 1,436NM, 1,651SM

# AEROMEDICAL PROGRAM OPERATION

# HELICOPTER ORIENTATION AND SAFETY

Because of their unique capabilities, helicopters are increasingly used for emergency medical services. The ability of the helicopter to get in an out of accident scenes, remote areas and hospital pads quickly is key in delivery of lifesaving care. Training, teamwork and coordination are essential for safe helicopter EMS operations. Aeromedical crew members (ACMs) can contribute significantly to the safety of the mission, the patient, ground personnel and themselves. It is imperative that ACMs receive mission-specific training to ensure a safe standard of operation and preclude any errors which could effect the safety of flight.

### Types of Helicopters

There are many types of helicopters in service in the EMS industry. The helicopter most commonly used in EMS programs are as follows:

Single Engine:
Single-engine aircraft include but are not limited to, the bell 206 BIII Jet Ranger, Bell 206 LIII Long Ranger, Aerospatiale A Star AS 350 and the Agusta A119 Koala.
Twin Engine:
Twin-engine aircraft include but are not limited to, the MBB BK117, MBB BO105, Aerospatiale Twinstar AS 355F, Aerospatiale Dauphin SA 365N, Bell 222, Bell 412, Agusta 109A and Sikorsky S76.

### Helicopter Capabilities

Each helicopter has different capabilities. In general, however, single-engine helicopters require less time to start, use less fuel and cost less to operate. Twin-engine helicopters offer a increased safety margin, usually provide increased payload and require more maintenance and more time to start than the single engine aircraft. The standard in the EMS industry is the twin-engine aircraft due to the increased safety margin to the aircraft personnel and patient.

### Operational Limitations

Ceiling/Visibility - Limitations exist under both visual flight rules (VFR) and instrument flight rules (IFR).

Ambient Temperature - Most aircraft have both an

EMERGENCY MEDICAL GUIDELINES

upper and lower ambient temperature limit.

Icing - Flight is prohibited in known icing conditions

Wind - The amount of wind in which a helicopter can operate varies, depending on factors such as aircraft type, pilot experience, gust spread, turbulence (mountains, tall buildings, etc.) and other factors. Head winds affect the range of the helicopter and may extend the ETAs.

Thunderstorm and severe weather (TRW) - These situations should be avoided unless circumnavigation can be safely accomplished.

Altitude Limitations

Service ceiling - The limitations section of the helicopter flight manual contains service ceiling information. This figure represents the highest altitude at which flight characteristics and handling for the aircraft have been satisfactorily demonstrated.

Oxygen requirements - The FAA requires the use of supplemental oxygen by the pilot and passengers above 10,000 feet under certain conditions. Medical oxygen does not comply with this regulation.

Performance - Aircraft performance is adversely affected by increasing altitude. High-altitude landings may not be possible without decreasing the weight of the helicopter.

**Terrain**

Slopes - Slope landings require greater precision on the part of the pilot. The degree of the slope that may be negotiated varies, depending on factors such as aircraft type, pilot experience, surface condition, wind direction and velocity.

Confined areas - Most programs require a minimum clear area (i.e. 60' x 60' day, 100' x 100' night) for use as a helicopter landing zone. Confined areas present special problems such as obstacles, vertical let-downs, hover OGE (out of ground effect - increased power requirements), safe approach and departure, etc. The use of "canned" landing zones are being discouraged due extended transport times from the scene to the "canned" area. It is recommended that the helicopter LZ be located as close to the actual scene as possible. This decreases the "Golden Hour" time that the patient needs to have the best chance of survival.

Surface conditions - Extremely dusty landing zones can reduce visibility to zero due to rotorwash disturbance. Excessively rocky or otherwise uneven landing surfaces may not provide a solid enough base for the aircraft. Flotation devices may be required for the aircraft for over the water operations.

**Federal Aviation Regulations (FARs)**

FARs are written and enforced by the Federal Aviation Administration. All civil aviation operations, including aeromedical flights, are governed by appropriate FARs.

FAR Part 91 - details general operating and flight rules for aircraft flying within U.S. airspace.

FAR Part 135 - specifies rules for air taxi and commercial operators. Most aeromedical programs, other than local government (local sheriff's office's) or military, are regulated under Part 135 of the FAR.

**Helicopter Safety**

Pilot-In-Command Responsibilities

According to federal air regulations, responsibility for all aspects of the safe operations of the aircraft rests with the pilot-in-command. All passengers must function in and around the aircraft under the pilot's direction. The safety of the EMS mission can be enhanced through ACM cooperation.

**ACM Duties - Normal Operations**

Seat belts and shoulder harnesses must be used by all personnel. ACMs must know the location and operation of all exits.

Loose articles must be securely stowed when no in use. Sharp objects, such as needles and IV catheters, should be protected. ACMs must be trained to use all medical equipment and systems used for patient care. ACMs must be trained to use all the radio equipment located on board the aircraft. ACMs must always remain clear of the flight controls and switches not designated specifically for medical personnel use. Communications with the pilot must be maintained at all times. The pilot should be warned of converging traffic or of obstructions on landing or takeoff. The ACM should advise the pilot prior to use of distracting medical equipment, such as on board suction, lighting, etc. Patient needs, such as altitude or heating/air conditioning requirements, also should be discussed with the pilot. Non-essential conversation should be kept to a minimum during critical phases of the flight. The hot-mike should be used appropriately. ACMs should be highly disciplined in the use of proper terminology to avoid confusion or misinterpretation of instructions during any phase of the mission. ACMs should direct the activities of ground personnel around the helicopter. The number of assistants approaching the helicopter should be kept to a minimum. ACMs also will ensure the tail rotor is secured by either standing watch themselves or by designating a public safety official upon landing. Night protocols should be strictly adhered to. The use of red or amber lighting inside the cabin is preferred because bright

white lights destroy the pilot's night vision. Lights should be off or dimmed during night landing approaches.

### ACM Duties - Emergency Procedures

Some of the malfunctions/emergencies that may occur during transport include engine failure, tail rotor failure, hydraulic failure, electrical failure, autorotation, fire, inadvertent meteorological conditions (IMC) and emergency aircraft shutdown. ACMs should be aware of these conditions so they can respond appropriately. Emergency procedures should be discussed and planned as part of the pre-flight briefing. Emergency training should include the topics listed in Title 14 Code of Federal Regulations Part 135.331, Crewmember Emergency Training, as appropriate. The following topics also should be covered:

### Pilot directives

Stow all equipment, restrain the patient securely and lock and tighten seat belts/shoulder harness. After the emergency, transfer the patient to a safe location, remove all survival equipment and check to ensure the proper operation of the ELT. Remain at or near the aircraft, providing the aircraft can be seen from the air. If immediate egress is warranted, the ACM should proceed to a pre-designated point referenced from the aircraft.

## Hazard Recognition

### Main Rotor System

On slopes or uneven ground, blade clearance may be deceptive. Blades may flex downward, especially when turning slowly in windy conditions. ACMs or ground crews should not carry tall objects, such as IV poles, or initiate CPR on stretchers under turning rotor blades. NEVER approach or leave an aircraft uphill. ALWAYS approach or leave an aircraft downhill.

### Tail Rotor System

All personnel should be alert to the hazards of the tail rotor system. It is low enough to cause severe injury or death. High speed makes tail rotor blades difficult to see. NEVER approach a aircraft without the pilots or the ACMs permission to do so.

### Rotor Wash

During the landing and departure of helicopters, extremely strong winds are produced. Lightweight articles, such as sheets, mattress pads and gravel, can cause injury, especially to the eyes. Standing downwind can dramatically increase the severity of rotor wash. Avoid tall objects which may hit the rotor blades.

### Noise

Helicopter engines, transmissions and rotor systems emit loud, high-frequency noise. Permanent high-frequency hearing loss can occur with extended exposure if hearing protection is not used.

### Wires

Wires tend to be more hazardous than other obstructions because they are difficult to see. ACMs and ground personnel must ensure all wires are clear in the approach and departure path of the aircraft.

### Unsecured Landing Zone

The ACM shall ensure adequate security of the helicopter while the pilot remains in the aircraft. Ground agencies who have been trained in helicopter/landing zone safety can be used to secure the area while the aircraft is on the ground. The ACMs assigned to the aircraft and the pilot have the final word when it comes to the safety and operation of the aircraft on the scene.

### Safety Attitudes

Safety is everyone's responsibility. Question anything that you do not fully understand regarding aircraft operation and safety. Success or failure in dealing with an emergency usually depends on how prepared you are. Don't be complacent. Safety is a dynamic concept and must be continually addressed. Stay up to date on the latest changes in aircraft safety. Make suggestions to improve current conditions. Safety is the highest priority. Never attempt to influence the decision of the pilot or that of another ACM. The degree of patient injury or illness has absolutely no bearing on whether or not a flight may be safely accomplished. Always conduct yourself as a role model for safety around the aircraft.

### Observers

When operating in and around the aircraft, the observer is under the direction of the pilot and air crew members. The observer will adhere to strict aircraft discipline at all times. The observer shall not disturb or manipulate any equipment. When the observer is occupying the aft compartment, he or she shall always follow the flight teams instructions. The safety of the aircraft and its personnel are paramount.

## AIR TRANSPORT GENERAL INFORMATION

Training of flight has evolved into a process of acquiring specialized knowledge, skills, and experience. The

EMERGENCY MEDICAL GUIDELINES

stresses of flight, affecting not only the patient's condition but the flight crew as well, are a subject of great concern but one that has been given little consideration. There are nine stresses of flight that we will go over. These stresses are barometric pressure, hypoxia, fatigue, noise, vibration, thermal stress, dehydration, third spacing, and gravitational forces. Conditions that influence these stresses include altitude, duration of flight, pressurized versus unpressurized environment, weather, and the physical condition of both the patient and the flight team.

## BAROMETRIC PRESSURE

The effects of barometric pressure change and hypoxia are best represented through a combination of the gas law of Boyle and that of Dalton. Boyle's law states that "at a constant temperature, the volume of a given gas is inversely proportional to the pressure to which it is subjected." The significance of this law, when applied to flight, is that as altitude increases, barometric pressure decreases, allowing for increased expansion of a gas within a closed or semi closed space. This is especially critical in the transport of patients in an unpressurized aircraft, in which altitude and pressure changes are more extensive than in a pressurized cabin. When transporting patients with such conditions as pneumothorax, bowel obstruction, or gastrointestinal or genitourinary complications, it is advisable to leave nasogastric tubes, foley catheters, chest tubes, and similar equipment open to gravity or low suction. Internal gas expansion and possible deterioration of the patient's status are thus minimized. The use of endotracheal tubes, air splints, and MAST (Military Anti-Shock Trousers) warrants frequent volume checks of the cuff and bladder, especially during ascent and decent. Glass bottles should be vented if they cannot be replaced with plastic bags. Crew members must be aware that flying with upper respiratory complications can lead to damage to the eardrum, particularly in an unpressurized cabin at higher altitudes.

Dalton's law of partial pressure states that "the pressure of a gaseous mixture is equal to the sum of the partial pressures of the gases in the mixture." Oxygen accounts for 20.95% to 21% of the earth's atmosphere. This percentage remains constant, but the gas expands at altitudes directly related to the change in barometric pressure and there is less oxygen available at higher altitudes. Hypoxia and hypoxemia results and can manifest itself in crew members, as well as in patients.

## HYPOXIA

Hypoxia is defined as a inadequate supply of oxygen for cell function. Hypoxemia is an abnormal deficiency of oxygen content in the blood.

The four categories of hypoxia are:

• Hypoxic hypoxia is an inadequate $PaO_2$ caused by reduced oxygen in the atmosphere or an inadequate gas exchange at the alveolar - capillary membrane.

• Anemic hypoxia is caused by a reduction in the oxygen - carrying capacity of hemoglobin, as demonstrated in sickle cell anemia, CO poisoning, etc.

• Stagnant hypoxia occurs when the cardiac output does not meet the demands of the tissues, resulting in shock, venous pooling and possibly cardiac arrest.

• Histotoxic hypoxia is prevalent when the tissues are unable to utilize the available oxygen, as with cyanide poisoning.

Other contributing factors also can increase the incidence of hypoxia. These include pneumonia, COPD, acute asthma, pneumothorax, heart attack, shock, blood loss, smoking, temperature, fitness, alcohol, and other factors. Hypoxia resulting from any abnormal condition experienced by the air crew member or patient is intensified by altitude change.

There are four stages of hypoxia, they are:

• Indifferent stage - night vision decreases by approximately 28%, heart and respiratory rate increases, and the person is unaware of the symptoms.

• Compensation stage - in addition to all indifferent stage signs, night vision is reduced 50%.

• Disturbance stage - initial awareness of symptoms. Air hunger, headache, nausea, amnesia, decreased level of consciousness and belligerence are experienced. Nausea and vomiting occur, mainly in children.

• Critical stage - inability to remain upright is rapidly followed by unconsciousness, seizures, coma and death.

If signs and symptoms of hypoxia in patients or air crew members are ignored, they may result in death. Supplemental oxygen therapy is a prime intervention for both air crew members and patients alike. The type and amount of oxygen delivery depends upon the condition of the patient and/or air crew member.

## FATIGUE

A multitude of factors contribute to fatigue in the transport team. Several general factors contribute to the stress of the flight: general health status, smoking, alcohol use, vibration, noise, temperature, rotational shifts, diet, hypoxia, G-forces, and barometric changes. When any crew member has an upper respiratory tract infection, smokes, consumed alco-

## SIGNS AND SYMPTOMS OF HYPOXIA

**Objective Signs:**

| | |
|---|---|
| At 10,000 feet | hyperventilation and impaired task performance. |
| At 18,000 feet | cyanosis, confusion, poor judgment and muscular incoordination. |
| At 20,000 feet | jerking of upper limbs, seizures and rapid unconsciousness. |

**Subjective Signs:**

| | |
|---|---|
| At 5,000 feet | blurred vision and/or tunnel vision |
| At 10,000 feet | air hunger, apprehension, fatigue, headache, nausea, dizziness and hot and cold flashes. |
| At 15,000 feet | numbness, tingling, euphoria and belligerence. |

hol 8 to 12 hours before the flight, did not eat properly before or during the shift, or has not had a restful sleep, the incidence of significant fatigue increases.

The mechanical function of the aircraft contributes to fatigue. The noise level and vibration created by the propellers of the fixed-wing aircraft or the rotor blades of the helicopter are continual stressors to the crew and the patient, both mentally and physically, throughout the flight. In addition, weather conditions such as high or low temperatures, storms, winds, and thermal changes (turbulence caused by the meeting of two air masses of different temperatures) contribute to fatigue. Compounding these stresses are the crew's emotional and physical stresses of treating a critically ill patient who is enduring the same physiologic effects. Whether the duration of the flight is a short 15 to 30 minutes or is extended for 4 to 6 hours, the effects of fatigue will be noticed by the crew and patient.

## NOISE, VIBRATION, AND THERMAL STRESS

Noise creates a twofold problem for the flight crew. First, increased decibel levels in the aircraft interfere with the ability to properly auscultate lung, heart, and bowel sounds along with blood pressures. Adaptive monitoring procedures include palpation of blood pressures and observation and palpation of the chest (for abnormal excursion or increased dyspnea) and abdomen (for increased distension or guarding). Second, constant exposure to aircraft noise not only temporarily affects hearing ability but may promote hearing loss over a long period.

Vibration and thermal changes, depending on whether the change is to greater heat or more cold, can have either an antagonistic or a synergistic effect. The body's primary response to heat exposure is vasodilatation and activation of the cooling mechanisms. Cold exposure and vibration stimu-

late vasoconstriction and decrease sweating. Consequently, in rotorcraft, particularly during hot-weather operations, the vasoconstriction caused by vibration can override or impair the function of the body's cooling mechanism by decreasing the ability to sweat.

## THIRD SPACING AND DEHYDRATION

The aforementioned vasoconstrictive and vasodilatory effects can contribute to the stressors that cause "third spacing" and dehydration. Since the majority of flights are at lower altitudes and of short duration, the effects are not often evident. However, flight crews must be cognizant of these physiologic stressors in long-distance, high-altitude, or multiple short-scene flights. Signs and symptoms may include edema, dehydration, increased heart rate and decreased blood pressure.

## GRAVITATIONAL FORCES

Gravitational (G) forces are most relevant in relation to the patient's position in the aircraft, particularly in a fixed-wing aircraft. Factors influencing (G) forces are weight and its distribution, gravitational pull, and centrifugal force. The latter two factors relate to blood pooling. Centrifugal force tends to alter the blood flow in the body in proportion to the amount of force imposed. When positive (+G) forces are applied to the body, blood tends to pool in the lower portions of the body; the opposite occurs during negative (-G) application.

Patient positioning in some aircraft may minimize or enhance the effects of G-forces, as follows:

Ö    Cardiac - consider positioning the patient with head toward the back (aft) position of the aircraft. On ascent, this may enhance the -G forces by pooling the blood in the

EMERGENCY MEDICAL GUIDELINES

upper part of the body, which may assist in myocardial perfusion.

Ö    Fluid Overload - Consider positioning the patient with head toward the front of the aircraft. This may enhance the +G forces by pooling the blood in the lower extremities.

Ö    Head Injury - Consider positioning the patient head first, with feet toward the back (aft) portion of the aircraft. This may enhance the +G forces by pooling the blood in the lower extremities. This may help reduce the risk of a transient increase in ICP on lift-off.

## AIR TRANSPORT PRE-HOSPITAL

Radio communication with scene contacts shall be limited to information that affects the flight crews preparation (i.e. number of patients, presence of hazardous materials, etc.). When the aircraft is on location, no information shall be given unless its related to the landing zone and safety of the aircraft until the aircraft is on the ground.

Do not delay the response of the aircraft because of extended extrication. The reason being is two-fold, firstly, upon the aircraft's arrival you not only receive the benefit from its equipment but you also obtain more manpower to treat the patient. Secondly, the main purpose of rotor-wing aircraft in the EMS environment is for rapid transport to specialized tertiary care centers (i.e. trauma centers). This cannot be obtained if the aircraft is sitting at the base site 20 minutes from the scene with extrication in progress. Remember, we have only one (1) hour/60 minutes from the "TIME OF INJURY" to get the patient to the "OPERATING ROOM".

The general rule for flight programs is to be "on scene" no more than 10 minutes from the time of initial landing unless extrication or airway problems arise. All activity at the scene should be directed toward moving the patient to the helicopter. Starting IV's or splinting is not justification for a delay. Once the extrication (if needed) is completed, cervical spine immobilize the patient and prepare to move toward the aircraft.

If multiple patients are involved, the flight team must communicate carefully with the incident commander, the pilot, and ensure appropriate loading of the most critical patients take place. If multiple patients are involved, it is highly recommended that shutting down of the aircraft be accomplished if reconfiguration of the aircraft is needed.

## PRE-HOSPITAL CONSIDERATIONS

- Day Landing Zone Size: 60 feet x 60 feet

- Night Landing Zone Size: 100 feet x 100 feet

- Obstacles: High-tension wires, cell-phone towers, trees or bushes in LZ, uneven terrain

- Communications: Should be kept to a minimum. Only transmit needed safety information when on approach.

- Weather: Advise dispatch to relay on-site information to inbound helicopter.

- GPS: Advise ASAP landing zone coordinates. If no GPS available, give nearest cross street reference.

- Patients: Advise ASAP if multiple patients. Notify aircraft's dispatch as soon as possible if more than one aeromedical provider is responding to the scene. This will allow the pilots to communicate and coordinate their approach.

- Scene Personnel: Never approach the aircraft unless directed to do so by the pilot or air crew members on scene.

- Security: Aircraft safety is a priority. No unauthorized vehicle traffic around the aircraft. Placement of a tail rotor guard is a priority once the aircraft has arrived and is secured on the ground.

- Hazardous Material: No patient will be transported via helicopter unless they are first decontaminated if pesticides, herbicides, or weapons of mass destruction (WMD) are involved.

References:
Airborne Patient Care Management
Mosby's Medical and Nursing Dictionary, 2003
"Thermoregulatory Responses to heat and vibration in men," Aviation, Space and Environmental Medicine 57, No. 11
Basic Human Physiology, "The Effects of Long Duration Acceleration"
Aviation Medicine, "The nine stresses of Flight," Journal of Emergency Nursing 13, No. 4
NEMSPA, National EMS Pilots Association, "Guidebook to Landing Zones"
FAMA, Florida Air Medical Association, "www.fama.org"
Physiological Training, DOT Manual, FAA, 1980: 3
Air-Medical Crew National Standard Curriculum, 1st Ed

## SELECTING AN ON-SCENE LZ

First, determine if the area is large enough to land a helicopter safely. The landing surface should be flat and firm, free of debris that would blow up into the rotor system. A paved roadway, parking lot or other concrete surface is preferred.

03/01/05

AEROMEDICAL

Touchdown Area: the touchdown area should be a square with 60-foot sides, increased to 100 x 100 feet at night.

The landing site should be clear of people, vehicles, and obstructions such as trees, poles and wires. Keep in mind that wires are extremely difficult at best to see from the air during the day and nearly impossible at night. This is the one time utilization of a spotlight pointed up at the pole where wires make their connection is suggested. Utilization of a fire engine's mounted spotlights are preferred while the engine is parked under the wires. Handheld lights may also be used. Furthermore, the landing site must be free of stumps, brush, posts and large rocks.

## WIND DIRECTION & TOUCHDOWN AREA

Consider the wind direction. Helicopters land and take off into the wind.

Is the approach and departure path free of obstructions (wires, poles, antennas, trees, etc?)? If there are obstructions, please tell the helicopter crew on the initial radio call.

## PERSONAL SAFETY & NIGHT LANDING

When an LZ is established other than on a roadway that has been shut down by public safety, and if time and personnel permit, mark the touchdown area with a light source other than road flares. Road flares are an intense source of ignition and are not appropriate. Nighttime operations may facilitate the need to illuminate the corners of the LZ to make it identifiable to the helicopter.

At night . . . assure the spotlights, floodlights and hand lights used to define the touchdown area are not pointed toward the helicopter. Turn-off non-essential lights. White lights, such as spotlights flash bulbs and hi-beam headlights ruin the pilot's night vision and temporarily blind him. Red lights, however, are very helpful in finding accident locations and do not affect the pilot's night vision.

Keep spectators at least 200 feet from the touchdown area. Keep emergency service personnel at least 100 feet away. Have fire equipment (if available) standing by. There is no need to deploy a charged hose line. Assure that everyone wears eye protection. If helmets are worn, chinstraps must be securely fastened (no loose ball caps or helmets blowing up through rotors). Do not land the helicopter in an extremely dusty area or areas with excessive loose debris. (i.e. hay, fresh cut grass) Choose a more appropriate location. This action may cause the helicopter to ingest debris thereby making it mechanically compromised and unsafe to fly.

## GROUND GUIDE

When you hear or see the helicopter, one person should help guide the helicopter into a safe landing. That person must wear eye protection. Guide the helicopter to the

LZ by utilizing the nose of the aircraft as your 12 o'clock marker. He should stand with his back to the wind and with his arms raised over his head to indicate he is the ground guide. Once verbal and visual communication is established with the flight crew and a LZ brief is given, the ground guide should clear the LZ. The helicopter will orbit the LZ conducting recon prior to landing. This action is performed to further identify potential problems and execute the proper approach should the pilot need to abort the landing.

## GROUND GUIDE CONTINUED

The Ground Guide's sole purpose is to ensure scene security thru protection from the dangers of an idling helicopter. Deploy as many public safety officials as necessary to meet the security requirements of each LZ. Ensure that personnel understand their assignment. The tail rotor guards are especially important to the operation. Scene security does not end when the helicopter lands, it is just beginning. DO NOT under any circumstances abandon your responsibility. Scene security MUST be maintained and not abandoned at any time during flight operations.

This responsibility includes (1) helicopter stand-by as medical flight crews package one patient, (2) shut down to reconfigure the aircraft for two patients, loading of the patient (s), (3) clearing scene personnel from the LZ during power up and the subsequent lift-off of the helicopter. The ground guide should be far enough from the touchdown area that he can maintain eye to eye contact with the pilot and remain outside the rotor arch. Your job is to STOP anyone (other than those escorted by flight crew members) from approaching the aircraft at anytime.

The only hand signal that you need to be aware of is the "WAVE-OFF". Anyone at anytime can wave-off the helicopter should you see anything of concern to you. (i.e. people in the LZ, a previously unseen safety hazard, or equipment hanging outside the aircraft). If you have a radio and are monitoring the LZ frequency announce "WAVE OFF, WAVE OFF, WAVE OFF." If you do not have a radio, ensure that the pilot or flight crew member aboard the helicopter see your hand gestures in order to acknowledge your request.

## AVOIDING PATIENT TRANSFER DELAYS

Remember, the reason you called for a helicopter is to expedite transport. Every minute that you delay the transfer of the patient to the flight crew takes away from their golden hour. The "Golden Hour" can be further broken down. The EMT-Paramedic has a "Golden 10 Minutes" to assess the critical trauma patient and provide ESSENTIAL needed on-scene management. There is no excuse for holding critical trauma patients at the scene for unmeaningful or unnecessary intervention (i.e. IV attempts) that can be accomplished in flight. Once the helicopter has landed, the only delay should result

EMERGENCY MEDICAL GUIDELINES

from an inability to secure a difficult airway and requiring the assistance of the flight crew to do so. Please bring the patient to the flight crew

## ASSISTING THE FLIGHT CREW

Once the helicopter has landed, DO NOT approach the helicopter. The flight crew will approach you when it is safe to do so.

It is the goal of the flight crew to be off the scene within minutes of their arrival. A patient not requiring additional interventions by the flight crew may be transferred to the helicopter stretcher as report is being taken from the on-scene paramedic. Please have any pertinent information written down. Once the patient is cocooned, secured to the stretcher and ready to load, the flight crew may select two or three personnel to assist with movement to the helicopter. PLEASE BE PREPARED WITH PROPER PERSONAL SAFETY EQUIPMENT to assist. Failure to be prepared will cause delay in transport. Helmet with chinstrap fastened, eye protection and hearing protection is recommended. These additional items can be found in the LZ kits located on each fire engine. In order to facilitate lift-off, additional personnel are generally not required on paved roadways. When approaching or departing the helicopter, always be aware of the tail rotor and always follow the flight crew's directions for your safety.

## GENERAL HELICOPTER SAFETY RULES

When working around helicopters, never approach from the rear. Always approach and depart the aircraft towards the front so you can see the pilot, and he can see you. When approaching the helicopter, remember to keep low to avoid the main rotor, because winds can cause the rotor to flex downward.

If the helicopter is landed on a slope, approach and depart from the down-slope side only.

When the helicopter is loaded and ready for take off, keep the departure path free of vehicles and spectators.

If an emergency were to occur, we would need this area to execute our landing.

SIDE BAR NOTE - **Martin County Fire-Rescue LifeStar1 will not be transporting any patients exposed to a hazardous or radioactive material.

## HAZARDOUS CHEMICALS/GASES

Hazardous chemical and gases are extremely dangerous to the unprotected person and may be fatal if inhaled or absorbed through the skin.

Upon initial radio contact, the helicopter crew must be made aware of any hazardous gases in the area of a scene or LZ. Never assume that the crew has already been informed. If

the aircraft were to fly through the hazardous gases, the crew could be poisoned and/or the engines could develop mechanical problems.

Poisonous or irritating gases may cling to a victim's clothing and go unnoticed until the patient is loaded

And the doors of the helicopter are closed; the crew is then compromised.

## HAZARDOUS MATERIAL LIZ'S

Helicopter landing zones must be selected to avoid ALL possibility of compromising the safety of the helicopter and its crew.

When explosives, poisonous gases/vapors, or chemicals in danger of exploding and burning are on site, helicopter landing zones must be prepared UPWIND at least ONE MILE from the hazardous material accident site and never in low-lying areas.

For hazardous material accidents involving radioactive materials, the helicopter landing zone must be prepared UPWIND, at least ONE QUARTER MILE from the accident, unless there are radioactive gases (steam or smoke), and in this case, the landing zone must be at least one mile upwind of the accident site.

A Final Note

Your helicopter ambulance can serve you only if we arrive safely. Our safety and the safety of the people on the ground depends on you, the professionals on the scene.





03/01/05

H - 1

Emergency Medical Guidelines

# HAZARDOUS MATERIALS MEDICAL MANAGEMENT PROTOCOLS

## INTRODUCTION

The NIOSH EPA hazardous waste site operations document is helpful in defining the EMT / Paramedic's role. It categorizes "medical support" as involving "off–site personnel". Ambulance personnel "provide emergency treatment procedures appropriate to the hazards on site". Given EMS personnel's medical duties, and responsibilities at a haz-mat spill site (particularly if they are not part of the fire service) they should be trained at least at the "First Responder Awareness Level".

EMT's and paramedics should be trained at the "First Responder Operations Level" if they are expected to select and don protective equipment, conduct rescues, decontaminate victims or response personnel. In any case, these two EMS classifications should take a course on the medical management of haz-mat victims that is based on these protocols or their equivalent. Fire service personnel, will be trained at a higher level because of their fire service duties and functions. All of this must be consistent with the haz-mat role that the local EMS agency has defined for EMS personnel. Again, it is the employer's responsibility to see that their personnel are properly trained to meet these requirements.

"First responders at the awareness level are individuals who are likely to witness or discover a hazardous substance release and who have been trained to initiate an emergency response by notifying the proper authorities of the release. They would take no further action beyond notifying the authorities of the release". Given their typical daily responsibilities and training, EMT's and Paramedics clearly are not responsible for making a rescue wearing protective gear, for controlling and containing the release, stopping its spread, or for decontamination of protective equipment. However, they can provide medical care to a fully decontaminated victim. The federal rule does not specify how many hours of training are necessary for this level. We have evaluated the rule and recommend no less than four hours of training as being sufficient to meet the OSHA requirements for this category of responder. Additional medical training to manage hazardous materials victims would probably be necessary.

"First responders at the operations level are individuals who respond to releases or potential releases of hazardous substances, as part of the initial response to the site for the purpose of protecting nearby persons, property or the environment from the effect of the release. They are trained to respond in a defensive fashion without actually trying to stop the release from a safe distance, keep it from spreading, and preventing exposures." ~, 9329). Sixteen hours of training is required for this level by Federal OSHA mandates. Again, additional medical training to decontaminate and manage victims would probably be necessary. The 40-hour Haz-Mat Medic or Tox-Medic class is recommended.

29 CFR 1910.120 regulations state that EMT's and Paramedics cannot wear special protective gear, SCBA or respirators unless they have been trained to use them and their responsibilities at the scene require it. In the vast majority of cases, they should be trained to recognize a hazardous materials incident and be able to initiate a response. Decontaminated victims should be brought to them for medical care so that untrained and unprotected EMT's and Paramedics are not put at risk.

## INTRODUCTION TO PROTOCOLS

Health care providers who care for injured persons exposed to hazardous materials must know how to evaluate and manage a contaminated victim's medical problems while protecting themselves and others from potential hazardous exposure (secondary contamination). The following treatment protocols provide step–by–step information on how to manage medical problems arising from the most common kinds of hazardous materials ("haz-mat") scenes.

These protocols are designed for use by Haz-Mat entry team members, paramedics or other rescue health workers in the field, and hospital emergency department physicians and nurses. The protocols are intended as guidelines. They may require modification depending on the resources of a particular department or the needs of a particular patient. It is essential for the safety of health care personnel and patients that hospitals and emergency medical services agencies have a written plan for management of the contaminated victim, and that their personnel are trained to follow it.

In all incidents, health care providers should immediately contact the receiving hospital, or Regional Poison Control Center for advice on managing victims of hazardous materials exposure.

Controversies abound in the evolving field of environmental toxicology. For this reason, the protocols are sometimes vague or ambiguous. For example, no consensus exists on what specific protective gear, if any, is appropriate for emergency departments and pre–hospital medical care providers because most authorities agree that it is unacceptable to provide sophisticated protective gear to persons who have not been previously properly fitted and trained in its use.

H - 2

It is imperative that proper decontamination has been initiated by the haz-mat team or other trained responders in the hot zone/decontamination area. Rescuers who are trained to use self contained breathing apparatus, to select the appropriate chemical protective suits, and know how to function in them, are the only ones who should assist with decontamination or enter the hot zone.

### Pre–Hospital Care

Consult the specific protocols for recommended pre–hospital care of exposed victims. *Note that some of the management protocols may exceed the paramedic scope of practice in a local area. Refer to your local EMS agency medical director for guidance.*

Victims with few or minimal symptoms are not necessarily safe from progression of illness. Many toxic substances have delayed onset effects, which may appear several hours later, after the victim has returned home. If the toxic substance is known, obtain consultation from the Regional Poison Control Center to determine if delayed effects might be seen and for guidance on triage of asymptomatic or mildly symptomatic exposure victims. Any persons suspected of being exposed should be seen and evaluated by emergency department staff.

### Decontamination of Pre–hospital Personnel

Pre–hospital workers will not normally need personal decontamination. In those rare circumstances where they have been in the hot zone or have attended to a victim who was not properly decontaminated, they should consider themselves to be potentially contaminated. Consult the lists above or knowledgeable sources to determine the risk of secondary contamination, since in many, if not most cases; no personal decontamination will be necessary. Information can be obtained from the Incident Command Safety Officer at the scene, the receiving hospital, or the Regional Poison Control Center. If in doubt, decontaminate.

### Victim and Response Personnel Follow–up

The names, addresses, and telephone numbers of all personnel and victims who have been or may have been exposed at a haz-mat scene should be recorded for future notification if it is subsequently determined that medical evaluation or treatment is required.

### Pre–hospital Decontamination

Unprotected EMS responders must advise on and observe the decontamination procedures from a distance to ensure that they are properly carried out. They should practice with the local haz-mat team to become familiar with the steps involved. If there is any doubt about the potential for secondary contamination, decontaminate the victim. A contaminated appendage can be washed without wetting the whole body if that is the only part contaminated. Clothing covering the rest of the body and exposed skin should be carefully checked for contamination.

If victims are already properly decontaminated before they are brought to health care providers at the perimeter of the hot zone/decon area, they will pose very little, if any, risk to the pre–hospital health provider or their vehicle. Thus, health care providers will not generally need to use any specialized protective gear, even for substances considered as potential secondary contaminants.

In many cases (e.g., corrosive materials in the eye; oily pesticide skin exposure), pre–hospital health care personnel may need to repeat or continue decontamination procedures (e.g., eye irrigation; soap/water skin wash) after receiving the victim at the perimeter. Although specialized protective gear should not be necessary, it is prudent for providers to don the protective gear when appropriate. All leather items, wool or other highly absorbent materials that cannot be decontaminated should be removed prior to providing care.

**No provider should put on a respirator or other specialized gear unless that worker has been previously fitted and trained in its use.**

If the transport vehicle is inadvertently contaminated, advice from the local environmental health department, hazardous materials team, or local hazardous materials spill clean–up companies should be sought on how to determine the level and location of the contamination and on how to clean it up. Advice should also be sought on how to preserve evidence for law enforcement, and dispose of or clean contaminated clothing and personal items.

### Pre–hospital Triage

Victims with obvious significant illness or injury will need rapid transport and treatment after initial stabilization and basic decontamination is carried out. In virtually all cases, patients with serious trauma or medical illness can be quickly stripped and flushed with water prior to delivery to pre–hospital health providers outside the hot zone. This is true even in cold or inclement weather. If this cannot be performed because of acute life–threatening conditions or other circumstances, then the vehicle must be protected and those providing care during transport and driving the vehicle must be properly fitted and trained with the appropriate level of specialized protective gear. However, every effort should be made to decontaminate the victim at the scene if the means to do so are available. In those jurisdictions where a pre–hospital provider might be placed in such a situation without assistance from a properly trained hazmat specialist, advance arrangements for additional training and protective equipment should be made.

Emergency Medical Guidelines

NOTE: This document is designed to address the most common types of chemicals found. Please refer to your individual department's resources (Cameo, Tomes, Toxicology manuals) for clinical management of these and other medical emergencies. Also consider contacting the Poison Control Center for South Florida at:

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*
*(800) 222–1222*

## ACIDS & ACID MISTS (NOT Including Hydrofluoric Acid)

### FORMS:

Gas, liquid (variable concentrations), mixtures with water, and aerosolized dusts.

### BACKGROUND:

Acids act as direct irritants and corrosive agents to skin and moist mucosal membranes. Severe burns may result. Generally, these substances have very good warning properties. Even fairly low airborne concentrations of acid mists or vapors produce rapid onset of eye, nose and throat irritation. Inhalation of higher concentrations can produce cough, strider, wheezing, chemical pneumonia or non–cardiogenic pulmonary edema. Occasionally, pulmonary edema may be delayed for several hours, especially with low–solubility gases such as nitrogen oxides (given off by nitric acid). Ingestion of acids can result in severe injury to the airway, esophagus and stomach.

### POTENTIAL FOR SECONDARY CONTAMINATION:

Small amounts of acid mists can be trapped in clothing after an overwhelming exposure but are not usually sufficient to create a hazard for health care personnel away from the scene. However, clothing which has become soaked with concentrated acid may be corrosive to rescuers. Once the victim has been stripped and flushed with water, there is no significant risk of secondary contamination. Decontamination is not necessary for victims with inhalation exposure only.

### PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus particularly if mists or vapors are present. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.

2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.

3. Flush exposed skin with water spray. If clothing has been soaked by acid or acid spray, remove and double–bag clothing and flush skin for 1– 2 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

### PRE–HOSPITAL MANAGEMENT

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination.

2. Evaluate and support ABCs (airway, breathing and circulation). Re–evaluate airway, intubating the trachea if victim has developed severe respiratory distress. Provide high–flow oxygen by mask. Attach cardiac monitor.

3. Aerosolized bronchodilators (Albuterol) may be helpful for victims with wheezing, strider or coughing.

4. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, for at least 10–15 minutes or until symptoms of pain or irritation have resolved.

5. Victims with minimal or quickly resolving symptoms probably do not require immediate evaluation in the emergency department. However, remember that with certain acids and low–solubility gases (e.g., fuming nitric acid forming nitrogen oxides) pulmonary edema may occur after a delay of 12–24 hours.

6. Ingestion: DO NOT induce vomiting. Immediately dilute with 1 glass of water or milk.

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*
*(800) 222–1222*

### PRE–HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100 % O2. When intubated, maintain 5cm of H2O PEEP.

EKG Monitoring

Establish IV - with Normal Saline

CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide)

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed.

## AMMONIA (LIQUID AND GAS)

### FORMS:

Gas (anhydrous) and liquid (aqueous solutions, variable concentrations).

NOTE: Liquefied compressed gas may produce cryogenic (freezing) hazard as it is released into the atmosphere.

### BACKGROUND:

Ammonia ($NH_3$) is a direct irritant and alkaline corrosive agent to moist mucous membranes and, to a lesser extent, to intact skin. Ammonia has very good warning properties. Even fairly low airborne concentrations produce rapid onset of eye, nose and throat irritation. Higher concentrations can produce cough, strider, wheezing, chemical pneumonia or non-cardiogenic pulmonary edema. The onset of pulmonary edema is usually rapid but may occasionally be delayed for 12–24 hours. Ingestion of concentrated ammonia solutions (e.g., > 5%) may cause serious corrosive injury to the esophagus and stomach.

## POTENTIAL FOR SECONDARY CONTAMINATION:

Small amounts of ammonia vapor can be trapped in clothing after an overwhelming exposure but are usually not sufficient to create a hazard for health care personnel away from the scene. However, clothing which has become soaked with concentrated liquid ammonia may be corrosive to rescuers. Once the victim has been stripped and flushed with water, there is no significant risk of secondary contamination.

## PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.
2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir device or manually triggered oxygen powered breathing device, if possible and practical.
3. If clothing has been soaked by liquid ammonia, remove and double–bag. Flush skin with water spray for 1 – 2 minutes. Remove contacts and irrigate exposed eyes if symptomatic.

## PRE–HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary
2. Evaluate ABCs (airway, breathing, and circulation). Watch for signs of airway closure and laryngeal edema, such as hoarseness, strider, or retractions. Administer oxygen by mask. Bronchodilators maybe helpful for wheezing. Intubate if patient manifests severe respiratory distress from pulmonary edema or upper airway swelling. Obtain arterial blood gases and chest x–ray if respiratory distress is present. If respiratory distress is present or if exposed to low solubility gases such as nitrogen oxides, admit and observe 24 to 48 hours for possible delayed onset of pulmonary edema. Severe upper airway edema may necessitate endotracheal intubation or cricothyrotomy.

Aerosolized bronchodilators (e.g., Albuterol) may be helpful for victims with wheezing.

Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, or Morgan Lens, for at least 10–15 minutes or until symptoms of pain or irritation have resolved.

Victims with minimal or quickly resolving symptoms after brief inhalation exposure probably do not require immediate evaluation in the emergency department.

Ingestion: DO NOT induce vomiting. Immediately dilute with 1 glass of water or milk.

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*
*(800) 222-1222*

## PRE–HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be

Emergency Medical Guidelines

caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100 % O2. When intubated, maintain 5cm of H2O PEEP.

EKG Monitoring

Establish IV - with Normal Saline

CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide)

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*

*(800) 222-1222*

## BLISTER AGENTS

### FORMS:

There are two agents referred to as blister agents, mustard agents and lewsite. Sulfur mustard agents are colorless when pure, but typically are a yellow to brown oily liquid with a slight mustard to garlic odor. Nitrogen mustards can be colorless to pale yellow with a fishy, musty, fruity, or butter almond odor. Lewsites are an oily, colorless liquid while pure, but is amber to black when impure. The lewsites may have the odor of geraniums or garlic-like. These agents produce vapors, but may be dispersed in a gas, aerosol, or liquid form.

### BACKGROUND:

Blister agents are considered to be a chemical warfare agent. In the form of gas or liquid, blister agents affect the skin, eyes, lungs, and gastro-intestinal tract. Internal organs may also be affected as vapors are taken up in the circulatory system and transported throughout the body. The effects of blister agents may not be immediate. Though Lewsite effects are immediate, pateints exposed to mustard agents do not show signs or symptoms for 2 to 24 hours after exposure.

Signs of blister agents include reddening and blistering of effected tissue. Mild exposure may result in tearing, inflammation of the skin, irritation of mucious membrane, hoarseness, coughing and sneezing. Severe exposures which are incapacitating may include loss of sight, formation of blisters on the skin, nausea, vomiting and diarrhea, with severe respiratory distress. If inhaled, burns may cause swelling of the airway and bronchiole passagesand patients may present with non-cardiogenic pulmonary edema.

### POTENTIAL FOR SECONDARY CONTAMINATION:

Small amounts of liquid can be trapped in clothing after an overwhelming exposure but are not usually sufficient to create a hazard for health care personnel away from the scene. However, clothing which has become soaked with blister agents may be corrosive to rescuers. Once the victim has been stripped and flushed with water, there is no significant risk of secondary contamination.

### PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus particularly if mists or vapors are present. Silicone breathing apparatus masks may not protect rescuers for some blister agents due to chemical incompatibility. Approved butyl rubber masks are prefered. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.

2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.

3. Flush exposed skin with water spray. If clothing has been soaked by acid or acid spray, remove and double–bag clothing and flush skin for 1– 2 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

### PRE–HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. Assistance from the local haz-mat team or your Regional Poison Control Center should be requested to verify that decontaminaiton efforts are sufficent. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination.

2. Evaluate and support ABCs (airway, breathing and circulation). Re–evaluate airway, intubating the trachea if victim has developed severe respiratory distress. Provide high–flow oxygen by mask. Attach cardiac monitor.

3. Aerosolized bronchodilators (Albuterol) may be helpful for victims with wheezing, strider or coughing.

4. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, for at least 10–15 minutes or until symptoms of pain or irritation have resolved.

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*

*(800) 222-1222*

## PRE–HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100% O2. When intubated, maintain 5cm of H2O PEEP.

EKG Monitoring

Establish IV - with Normal Saline

CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide)

Treat burns per "Burn" protocol.

Consider pain management as appropriate.

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed.

## CHLORINE GAS

### FORMS:

Gas (anhydrous) or liquid (aqueous chlorine) are usually in the form of hypochlorite, variable concentrations. The liquid hypochlorite solutions are very unstable and react with acids to release chlorine gas.

NOTE: Liquefied compressed gas may produce cryogenic (freezing) hazard as it is released into the atmosphere.

### BACKGROUND:

Chlorine is a highly irritating gas, which rapidly forms hydrochloric acid after contact with moist mucous membranes in the upper airway and in the lungs. Symptoms occur rapidly and provide good warning properties for exposure. Low concentrations produce eye, nose and throat irritation. Higher concentrations produce cough, wheezing, choking, chemical pneumonitis, or pulmonary edema. Ingestion of concentrated hypochlorite solutions can cause serious corrosive esophageal or stomach injury.

## POTENTIAL FOR SECONDARY CONTAMINATION:

Small amounts of chlorine gas can be trapped in clothing after an overwhelming exposure but are not usually sufficient to create a hazard for health care personnel away from the scene. However, clothing which has become soaked with concentrated hypochlorite solution may be corrosive to rescuers and may off-gas chlorine. Once the victim has been stripped and flushed with water, there is no significant risk of secondary contamination. Decontamination is not necessary after simple inhalation exposure.

## PATIENT MANAGEMENT IN THE HOT ZONE! DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.

2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical

3. If clothing has been soaked by hypochlorite solution, remove and double–bag. Flush skin with water spray for 1 – 2 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

## PRE–HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination.

2. Evaluate and support ABCs (airway, breathing, and circulation). Re–evaluate airway, intubating the trachea if victim has developed severe respiratory distress due to upper airway swelling or pulmonary edema. Continue to provide high flow oxygen by mask. Attach cardiac monitor.

3. Aerosolized bronchodilators (e.g., Albuterol) may be helpful for victims with wheezing.

4. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, or Morgan Lens, for at least 10–30 minutes or until symptoms of pain or irrigation have resolved.

5. Victims with minimal or quickly resolving symptoms probably do not require immediate evaluation in the emergency department. Those with persistent cough, wheezing, or altered mental status should receive urgent medical evaluation.

6. Ingestion: DO NOT induce vomiting. Immediately dilute with 1 glass of water or milk.

## PRE–HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon process. All areas need to be flushed minimum of 20 min-

Emergency Medical Guidelines

utes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100% O2. When intubated, maintain 5cm of H2O PEEP.

EKG Monitoring

Establish IV - with Normal Saline

CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide)

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*

*(800) 222–1222*

## CYANIDE

## FORMS:

Gas (hydrogen cyanide), liquid (solutions of cyanide salts), and solid (cyanide salts). Hydrogen cyanide gas may be formed when acid is added to a cyanide salt or a nitrile.

## BACKGROUND:

Cyanide (CN) is an extremely toxic compound, which is widely used in industry in a variety of forms (gas, liquid, solid). CN gas (HCN) is a major toxic component in cases of smoke inhalation. CN produces toxicity by interfering with cellular metabolism. Secondarily, CN can interfere with the transmission of oxygen. Symptoms and signs include headache, dizziness, vomiting, tachypnea, tachycardia, and coma. There may be a distinctive odor ("bitter almonds") on the victim's clothing or breath. Death can occur within minutes of exposure. If exposure is by inhalation of CN gas, peak toxic effects are seen within minutes, but after ingestion of a CN salt, effects may be delayed until the CN is absorbed from the stomach.

## POTENTIAL FOR SECONDARY CONTAMINATION:

If the exposure was by inhalation of HCN gas, there is not little risk of secondary exposure to rescuers. Victims whose clothing is contaminated with HCN solution can secondarily contaminate rescuers by direct contact or through off-gassing. Victims who have ingested CN solutions pose the greatest risk to responders, if regurgetaiton occurs.

## PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the tot zone and to decontaminate themselves under the direction of the decontamination supervisor.

2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.

3. If clothing has been soaked by solid or liquid CN–containing material, remove and double–bag clothing. Flush skin with water spray for 1–2 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

## PRE–HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination.

2. Evaluate and support ABCs (airway, breathing, and circulation). Re–evaluate airway, intubating the trachea if victim is unconscious or has developed severe respiratory distress. Continue to provide high flow oxygen by mask. Attach cardiac monitor. Consider use of sodium thiosulfate IV.

3. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, for at least 20 minutes or until symptoms of pain or irrigation have resolved.

## PRE–HOSPITAL MANAGEMENT

Note: Rapid intervention is imperative to a positive outcome. This can be done be early recognition and having properly trained personnel and specialized medication available.

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. If patient is unconscious but still breathing, administer Amyl Nitrite inhalant, allowing patient to inhale Amyl Nitrite for 20-30 seconds per minute. If patient is not breathing, intubate and place perles in the BVM reservoir and ventilate. Administer 100% supplemental O2.

Establish IV - with Normal Saline

Sodium Nitrite – 10ml of a 3% solution IV over 2 minutes. (Pediatric dose is .33 ml/kg of a 3% solution over 10 minutes).

Sodium Thiosulfate – 50 ml of a 25% solution over 10 minutes. (Pediatric dose is 1.65ml up to 50 ml over 10 minutes). Do not administer Sodium Thiosulfate in Hydrogen Sulfide poisoning).

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed *FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*

*(800) 222-1222*

## ETHYLENE OXIDE (ETO, EO)

### FORMS:

Liquid and gas. Used to produce ethylene glycol for anti–freeze products, sterilize food, fumigate books, dental, pharmaceutical, medical and scientific equipment and supplies, and, in health care facilities, to gas sterilize equipment.

ETO in its pure form is extremely flammable, explosive and toxic. Inhalation or direct contact by dermal exposure should be avoided. ETO is a colorless gas with an ether–like (sweetish) odor that is readily detected at first; however, continued exposure results in olfactory fatigue.

### BACKGROUND:

ETO in a gaseous form can enter the body through the lungs, skin or eyes. Short–term exposure can cause irritation to eyes, nose, throat and lungs. Even brief skin contact with liquid ETO can cause edema and erythema with progression to blister formation in 6–12 hours.

Acute exposure to several hundred ppm can lead to nausea, vomiting, olfactory fatigue, nervous system injury and respiratory distress. Prolonged breathing of these high concentrations can cause dizziness, weakness, chest pain and pulmonary edema. Symptoms after mild exposure usually clear within a few hours. However, onset of pulmonary edema may be delayed up to 24 hours. Symptoms usually clear without residual within hours after termination of exposure. The material is a known sensitizer and has produced allergic and anaphylactic reactions. Peripheral neuropathy has been infrequently observed. Cancer and adverse reproductive effects, including spontaneous abortions among female hospital workers, have been reported in various studies but long–term effects are not completely known.

### POTENTIAL FOR SECONDARY CONTAMINATION:

Following inhalation exposure to ETO gas ONLY, the potential for secondary contamination is low and decontamination is not required. Liquid formulation of ETO may be absorbed by clothing, shoes, and boots from which it can off-gas. Remove and throw out grossly contaminated clothing, shoes and boots.

### PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.
2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish air–way and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.
3. Remove exposed individual from source of contamination. Remove grossly contaminated clothing, shoes and boots and throw out. Flush the skin with water spray vigorously for at least 15 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

### PRE–HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination.
2. Evaluate and support ABCs (airway, breathing, and circulation). Quickly establish airway, and stabilize C–spine if trauma suspected. Administer supplemental oxygen as soon as it is practical.
3. Give bronchodilators if significant wheezing is present.
4. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, for at least 10–15 minutes or until symptoms of pain or irrigation have resolved.
5. Victims with minimal or quickly resolving symptoms may not require hospital emergency department evaluation.

### PRE–HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon

Emergency Medical Guidelines

process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100 % O2. When intubated, maintain 5cm of H2O PEEP.

EKG Monitoring

Establish IV - with Normal Saline

CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide)

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*

*(800) 222–1222*

## FORMALDEHYDE

### FORMS:

Formaldehyde is a gas. Formalin is an aqueous solution, usually about 35% formaldehyde that may also contain 5-15% methanol.

### BACKGROUND:

Formaldehyde is a gas with a pungent odor used widely in paper processing, wood products, pre–form insulation, carpeting, furniture, and fabrics. It is a highly water soluble gas with toxicity beginning at very low levels of exposure. Inhalation of high concentrations can cause severe coughing, wheezing, and non–cardiogenic pulmonary edema. Skin and eye irritation may occur, and direct contact with concentrated aqueous solutions can cause burns. Ingestion of Formalin may cause corrosive injury of the esophagus and stomach, and absorption of the formaldehyde and methanol can cause metabolic acidosis and blindness due to metabolism to formic acid. Formaldehyde is a known animal and suspected human carcinogen.

### POTENTIAL FOR SECONDARY CONTAMINATION:

Victims who have inhaled formaldehyde gas are not contaminating to others and do not require decontamination. Victims whose clothing or skin is soaked with formalin solution may off–gas formalin and methanol, but once the clothing has been removed and the skin flushed with water, there is no significant risk of secondary contamination of rescuers outside of the hot zone, even if the characteristic residual odor of formaldehyde is still detectable.

### PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.
2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.
3. If the victim has been soaked by formalin solution, remove and double bag clothing and flush skin for 1–2 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

### PRE–HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination.
2. Evaluate and support ABCs (airway, breathing, and circulation). Reevaluate the airway, intubating the trachea if victim has developed severe respiratory distress due to upper airway swelling or pulmonary edema. Continue to provide supplemental oxygen. Attach cardiac monitor.
3. Aerosolized bronchodilators (Albuterol) may be helpful for victims with wheezing.
4. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, or Morgan Lens, for at least 20 minutes or until symptoms of pain or irrigation have resolved.
5. Victims with minimal or quickly resolving symptoms of eye and throat irritation do not require immediate evaluation in the emergency department. Those with persistent cough, wheezing, or altered mental status should receive urgent medical evaluation.
6. Ingestion: DO NOT induce vomiting. Immediately dilute with 1 glass of water or milk.

### PRE–HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be

*03/01/05*

caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100% O2. When intubated, maintain 5cm of H2O PEEP.

EKG Monitoring

Establish IV - with Normal Saline

CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide)

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*

*(800) 222-1222*

## HYDROFLUORIC ACID

### FORMS:

Gas, liquid (variable concentrations), and fluoride salts in the presence of acids may generate toxic quantities of hydrogen fluoride.

### BACKGROUND:

Hydrofluoric acid (HF) produces toxicity quite distinct from other mineral acids. The "acid" moiety (hydrogen ion) is relatively unimportant, producing little burning sensation on initial contact. In contrast, the highly toxic fluoride ion has the ability to penetrate tissue and produce indolent ulceration or bony destruction. Solutions of greater than 10–20% are particularly destructive. Solutions of greater than 60% concentration can cause significant respiratory exposures. As well inhalation may cause eye, nose and throat irritation, cough, tracheal bronchitis, and delayed onset pulmonary edema. Ingestion may produce severe corrosive burns of the esophagus and stomach. Systemic absorption of fluoride (i.e. from a burn or after ingestion) may result in severe hypocalemia, hypomagnesia, and hyperkalemia, resulting in tetany and cardiac arrest.

### POTENTIAL FOR SECONDARY CONTAMINATION:

Until the soaked clothing has been removed and the affected body part has been flushed, there is some hazard to treating health care personnel, depending on the concentration. Following basic decontamination, there is usually no significant risk of secondary contamination.

### PATIENT MANAGEMENT IN THE HOT ZONE DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self–contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.
2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.
3. Remove and double–bag clothing. Flush skin with water spray for 1 – 2 minutes with water spray. Remove contact lenses and irrigate exposed eyes if symptomatic.

### PRE–HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don appropriate agent–specific protective equipment and self–contained breathing apparatus. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. If victim is decontaminated, don appropriate protective equipment consistent with risk of secondary contamination. If available, magnesium sulfate solution (Epsom salt) or lime water (calcium hydroxide) is effective irrigating solutions. Also, magnesium–containing antacids such a Maalox® or Mylanta® can be applied topically.
2. Evaluate and support ABCs (airway, breathing, and circulation). Re–evaluate airway, intubating the trachea if victim is unconscious or has developed severe respiratory distress due to upper airway swelling or pulmonary edema. Continue to provide high–flow oxygen by mask. Attach cardiac monitor.
3. Provide continuous cardiac monitoring to look for QT interval prolongation, which is an early sign of hypocalemia.
   a. Treat tetany or cardiac arrest with IV 5 cc calcium chloride 10% (or 10 cc calcium gluconate 10%).
   b. Consider prophylactic calcium for victims with high concentration (10–20%) exposure to greater than 3–5% body surface area.
4. Ingestion: DO NOT induce vomiting immediately dilute with 1 glass of water or milk. If available, give magnesium or calcium–containing antacid (both will bind fluoride).
5. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, for at least 10–15 minutes or until symptoms of pain or irrigation have resolved.

### PRE–HOSPITAL MANAGEMENT

Decontaminate – May need to continue to flush skin and/or eyes even after patient has gone through a formal decon

**Emergency Medical Guidelines**

process. All areas need to be flushed minimum of 20 minutes. Use of the "Morgan Lens" for flushing the eyes is recommended. Individuals must be trained in the use of this device. Severe injury or permanent damage may be caused from improper use.

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, intubate early. Administer 100% O2.

Inhalation Injury – Mix 6 cc of Normal Saline with 3 cc of 10% Calcium Gluconate and nebulize.

EKG Monitoring

Establish IV - with Normal Saline

Eye Injury from Hydrofluoric Acid – Apply 1-2 drops of Tetracaine to eye. Prepare an eye wash solution by mixing Calcium Gluconate (10%) 50ml in NS 500ml. Apply eyewash solution by using a Morgan Theraputic Lens.

Burns to skin – After flushing with copious amounts of water, prepare a skin gel by mixing Calcium Gluconate (10%) 10ml into a 2-ounce tube of KY jelly (making a 2.5% gel).

CPAP for Pulmonary Edema (Non Cardiogenic Shock - do not use Furosemide)

Valium 5-10mg or Ativan 1-2mg for seizures. Repeat as needed

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*
*(800) 222–1222*

## NERVE AGENTS (GA, GB, GD, GF, VX)

### FORMS:

All nerve agents in the pure form are a colorless liquid. The vapor pressure of these agents varies widley. These agents may be dispersed through the use of solvents to increase vapor pressure, or explosive devices to atomize the material. Nerve agents can pose an exposure risk through all routes.

### PRE–HOSPITAL MANAGEMENT

(See Organophospate Poisoning)
*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR REGIONAL POISON CONTROL CENTER AT:*
*(800) 222–1222*

## PESTICIDES – ORGANOPHOSPHATES

### FORMS:

The typical way organophosphates are found is either in a liquid (usually solution with xylene or other organic solvent) or solid (wettable powder) state which may be inhaled in an aerosol form or as a component of smoke.

### BACKGROUND:

Organophosphate pesticides are widely used in home gardening and commercial agriculture. A variety of products are available, with widely varying potencies. Organophosphate

pesticides inhibit the enzyme cholinesterase, resulting in buildup of excessive acetylcholine. Signs and symptoms include hypersalivation, sweating, bronchospasm, abdominal cramps, diarrhea, muscle weakness, small pupils, twitching and seizures. Death is due to respiratory muscle paralysis. For certain organophosphates, if victim survives the acute poisoning, they may develop delayed onset peripheral neuropathy. Nonspecific symptoms such as upper respiratory irritation, dizziness, nausea and headache after inhalation exposure may be due to the solvent vehicle (e.g. xylene) and not due to cholinesterase inhibition. Potential toxicity of the solvent vehicle should always be considered.

## POTENTIAL FOR SECONDARY CONTAMINATION:

Many organophosphates are well–absorbed through intact skin, and thus may pose a serious hazard to rescuers or health care personnel. If rescuers begin to exibit signs and symptoms of OP poisoning, they should immediately administer a "Mark 1" auto-injector to prevent becoming incapacitated. Rescuers who have been treated with Atropine may be able to continue working, but must be closely monitored for heat stress. Water decontamination may be insufficient to remove oily compounds.

## PATIENT MANAGEMENT IN THE HOT ZONE/ DECON AREA:

1. Rescuers should don agent–specific protective clothing and gloves, and self-contained breathing apparatus. Ambulatory patients should be instructed to remove themselves from the hot zone and to decontaminate themselves under the direction of the decontamination supervisor.

2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing and consider high flow supplemental oxygen by bag valve mask with reservoir, if possible and practical.

3. Remove and double-bag clothing. Flush skin with water spray for 1 – 2 minutes. Remove contact lenses and irrigate exposed eyes if symptomatic.

## TRIAGE

Red (Highest Priority)- An individual who is convulsing or who is postictal, who is not breathing or is having breathing difficulties, or who has a combination of two or more organ systems affected (respiratory effects, gastrointestinal effects, skeletal muscular twitching or weakness, disturbances in level of consciousness). These persons require antidotes immediately to save their lives. Included in this category are casualties with no respiratory or cardiac activity, if resources are available to provide appropriate immediate care.

Yellow (Medium Priority)- An individual who suspects he has had or has had liquid agent on his skin, but who has no

*03/01/05*

effects. This patient must be kept under observation for at least 18 hours. An individual who was given 4 mg. or more of atropine, and who is recovering from the effects of both the agent and the antidote.

Green (Low Priority)- An individual who is able to walk and talk after a vapor exposure. Some miosis without other effects. Individuals may only need monitoring for at least one hour.

## PRE–HOSPITAL MANAGEMENT

Decontaminate

Prioritize and Vitalize

Airway Management – If airway is compromised by secretions or is rapidly closing, atropine administration should be given immediately. The administration of atropine will aid the intubation efforts. Administer 100% O2. When intubated, maintain 5cm of H2O PEEP. Brochoconstriction may prevent intubation efforts and should be treated with an initial dosage of Atropine. Atropine may be given via ET tube.

EKG Monitoring

Establish IV - with Normal Saline

Atropine - 2mg (>9 y.o.), 1mg (2-9 y.o.), .5mg (0-2 y.o.) every 5 minutes if IV, or 10 to 15 if IM until SLUDGE symptoms are relieved. Atropine administration in a hypoxic patient may precipitate Ventricular Fibrillation If the patient is hypoxic, the initial dosage of atropine must be given IM to prevent ventricular fibrillation. (pt's heart rate may be >60/min. Though the patients heart rate is one indicator to determine if the patient needs more atropine, the patient's respiratory effort is a better indicator to determine if sufficent atropine has been administered.)

Pralidoxime - (2-Pam) 1 gram diluted in 20 mL of Sterile Water mixed in 100 ml normal saline and given IVP over 20-30 minutes. 600 mg IM may be used if no IV access is available. IV administration may cause prolonged marked hypertension if given too rapidly. Labetolol may be indicated if hypertension persists for more than 20 minutes. The pediatric dosage for Pralidoxime is 15mg/kg. Dosages may be repeated every 15 minutes until signs/ symptoms are eliminated.

Diazepam – 5-10 mg for seizures. May substitute Lorazapam (Ativan) 1-2 mg for Diazepam.

CPAP for Pulmonary Edema (do not use Furosemide)

"Mark-1", "CANA" or "Atrox" Auto-Injector kit is the preferred method of administration. They can be self administered through an IM route and are designed to be re-administered PRN.The "Mark I" kit contains two auto-injectors, one Atropine (2 mg) and one Pralidoxime (600 mg). "Atrox" auto-injectors area available in multiple dose ranges based on patients age. These units are available in 0.5mg, 1.0 mg, or 2.0 mg dosages. "CANA" auto-injectors contain 10 mg of Valium for the treatment of seizures in a severely exposed victim.

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR*
*REGIONAL POISON CONTROL CENTER AT:*
*(800) 222-1222*

## UNKNOWN MATERIAL
## FORMS:

This section assumes that a victim has been exposed to a hazardous material, which cannot be identified in the form of a gas or vapor, liquid, or solid/dust.

## BACKGROUND:

Every attempt should be made to identify the substance involved using placards, shipping papers, or other means. However, if such identification is impossible, responders should make worst-case assumptions about the material. Rescuers should assume that the material might be:

a. Poisonous by inhalation, ingestion, and cutaneous absorption;

b. Corrosive (either acidic or alkaline);

c. Lipid soluble, and therefore able to penetrate certain types of protective clothing and protective gear, and able to be absorbed through intact skin;

d. Oily and persistent on skin and clothing, and therefore difficult to decontaminate; and,

e. Reactive and likely to give rise to irritant or poisonous gases on contact with water or heat.

## POTENTIAL FOR SECONDARY
## CONTAMINATION:

Victims contaminated with an unknown liquid or solid/dust material should be assumed to be carrying a risk of secondary contamination. If the victim's only exposure was to small amounts of gas or vapor, the risk of secondary contamination to health care personnel away from, the scene is probably very small. Theoretically, small amounts of gas might be trapped in a victim's clothing. In such a situation once the clothing had been removed and double bagged, the risk to rescuers would be minimal. However, if the exposure involved an aerosol which might condense on a victim's skin or clothing, there would be a potential for secondary contamination until decontamination had been carried out. For exposures involving direct contact with an unknown liquid or solid material or dust, rescuers should assume that the victim poses a risk of secondary contamination until decontaminated. When in doubt, decontaminate the victim.

## PATIENT MANAGEMENT IN THE HOT
## ZONE/ DECON AREA:

1. In general, until the possibility of fire, explosion, or serious reactivity has been ruled out, rescuers will not enter the Hot Zone. Once entry appears to be

Emergency Medical Guidelines

feasible, rescuers should don fully encapsulated protective clothing and gloves capable of withstanding both corrosives and hydrocarbon solvents, and self-contained breathing apparatus.

2. Quickly evaluate and support ABCs. Stabilize the spine (if trauma suspected), establish airway and breathing, and consider high flow supplemental oxygen by bag naive mask with reservoir, if possible and practical.

3. Remove and double bag clothing. Flush skin with water spray for 1 – 2 minutes. If the victim complains of eye irritation, have the victim remove contact lenses if able to do so. Irrigate exposed eyes if symptomatic.

## PRE-HOSPITAL MANAGEMENT AFTER INITIAL DECONTAMINATION:

1. If victim is NOT decontaminated and responder is properly trained, don protective   equipment (self-contained breathing apparatus) capable of withstanding brief exposure to both corrosives and hydrocarbon solvents. Activate basic decontamination protocol. If these requirements cannot be met, request assistance from the local haz-mat team or your Regional Poison Control Center. In addition, wash oily contaminated areas, including skin or hair, with soap and/or shampoo.

2. Re-evaluate airway, intubating the trachea if victim is unconscious or has developed severe respiratory distress. Continue to provide high-flow oxygen by mask. Attach cardiac monitor.

3. Support BP if needed, with IV crystalloid solutions. Treat bradycardia with  Atropine or other modality appropriate to the patient's clinical status.

4. Consider aerosolized bronchodilators if significant wheezing is present.

5. Continue to flush affected skin and eyes with copious water or saline. Remove contact lenses and irrigate eyes with saline via plain IV tubing, for at least 10–15 minutes or until symptoms of pain or irritation have resolved.

6. Even if significant ingestion is suspected, do not induce vomiting. Instead, if the victim is conscious and able to protect the airway, immediately dilute with 1 glass of water and give activated charcoal 60 – 100 grams if available. Do NOT give activated charcoal if a corrosive is suspected.

7. Continue to irrigate injured eyes or exposed areas of skin for at least 15 to 20 minutes if the victim continues to complain of discomfort.

8. Treat seizures with Diazepam (Valium): 5 – 10 mg IV for an adult; and 1 – 2 mg IV for children or Ativan (Lorazepam): 5 - 10 mg IV for an adult; and 0.1 mg/kg over 2-5 minutes.

*REGIONAL POISON CONTROL CENTER AT:*
*(800) 222-1222*

*FOR ADVICE ON CLINICAL MANAGEMENT, CALL YOUR*

*03/01/05*

Appendix A

# APPENDIX A
## ACLS Quickie

**All patients:**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ EKG Monitored
- ❑ 12 Lead EKG
  - ■ $V_4R$ if any ST elevation in leads II, III, aVF

**Asystole**
- ❑ Think 6 "H's" & 6 "T's" (See table A)
- ❑ Vasopressin 40u IV/IO to replace 1st or 2nd dose of Epinephrine
  
  **OR**
- ❑ Epinephrine 1.0mg 1:10,000 IVP/IO q 3-5 minutes
- ❑ Atropine 1.0mg IV/IO q 3-5 minutes to max of 3.0mg (0.03-0.04mg/kg)

***CPR——Intervention—CPR pattern (Minimize interruptions in CPR)***

**Bradycardia**
- ❑ Atropine 0.5mg IV/IO q 3-5 minutes to max of 3.0mg (0.03-0.04mg/kg)
- ❑ Transcutaneous Pacing
- ❑ Dopamine 5-20 ug/kg/min
- ❑ Epinephrine 2-10ug/min

**Pulseless Electrical Activity**
- ❑ Think 6 "H's" & 6 "T's" (See table A)
- ❑ Vasopressin 40u IV/IO to replace 1st or 2nd dose of Epinephrine
  
  **OR**
- ❑ Epinephrine 1.0mg 1:10,000 IVP/IO q 3-5 minutes
- ❑ Atropine 1.0mg IV/IO q 3-5 minutes to max of 3.0mg (0.03-0.04mg/kg)

***CPR——Intervention—CPR pattern (Minimize interruptions in CPR)***

**Ventricular Fibrillation (VF) / Pulseless Ventricular Tachycardia (PVT)**
- ❑ Think 6 "H's" & 6 "T's" (See Table A)
- ❑ Witnessed Arrest - Immediate defibrillation (See table B)
- ❑ Unwitnessed Arrest – CPR for 5 cycles / 2 minutes, then defibrillation (See table B)
- ❑ Vasopressin 40u IV/IO to replace 1st or 2nd dose of Epinephrine
  
  **OR**
- ❑ Epinephrine 1.0mg 1:10,000 IVP/IO q 3-5 minutes
- ❑ Amiodarone 300mg IV/IO, repeat 150mg IV/IO in 5 minutes
  
  **OR**
- ❑ Lidocaine 1.0-1.5mg/kg IV/IO to max 3mg/kg
- ❑ Magnesium Sulfate 1-2g diluted in 10cc over 2 minutes for torsades de pointes
- ❑ Sodium Bicarb. 1meq/kg IV/IO

***CPR——Intervention—CPR pattern (Minimize interruptions in CPR)***

*03/06/06*

AA-1

Emergency Medical Guidelines

## Tachycardia (Wide Complex = QRS ≥ 0.12 seconds)

**Unstable (Serious Signs and Symptoms) Ventricular rate > 150 BPM**
❏ Immediate synchronized cardioversion (See page C-3 & Table B)

**Regular Rhythm: (V-Tach or Uncertain Rhythm)**
❏ Amiodarone 150mg IV/IO over 10 minutes, repeat as needed to max 2.2g in 24 hours
**OR**
❏ Lidocaine 0.5 - 0.75mg/kg IV/IO, repeat 0.5 - 0.75mg/kg to max of 3mg/kg
❏ Prepare for synchronized Cardioversion (See page C-3 & Table B)

**If SVT with aberrancy:**
❏ Adenosine 6mg IVP/IO, 12mg IVP/IO, 12mg IVP/IO

**Irregular Rhythm: (Polymorphic VT)**
❏ Unstable - **Defibrillate** (See Table B)
❏ Amiodarone 150mg IV/IO over 10 minutes, repeat as needed to max 2.2g in 24 hours
❏ Lidocaine 0.5 - 0.75mg/kg IV/IO, repeat 0.5 - 0.75mg/kg to max of 3mg/kg
❏ Magnesium Sulfate 1-2g IV diluted in 10cc over 2 minutes for Torsades de Pointes

## Tachycardia (Narrow Complex = QRS ≤ 0.12 seconds)

**Unstable (Serious Signs and Symptoms)**
❏ Immediate synchronized cardioversion (See page C-3 & Table B)

**Regular Rhythm:**
❏ Attempt vagal maneuvers
❏ Adenosine 6mg IVP/IO, 12mg IVP/IO, 12mg IVP/IO
❏ Cardizem 0.25mg/kg IV/IO over 2 minutes, may repeat in 15 minutes at 0.35mg/kg IV/IO over 2 minutes

**Irregular Rhythm: (Probable A-Fib, A-Flutter or M.A.T.)**
❏ Cardizem 0.25mg/kg IV/IO over 2 minutes, may repeat in 15 minutes at 0.35mg/kg IV/IO over 2 minutes

# Table A

**6 H's**
➢ Hypovolemia (volume infusion)
➢ Hypoxia (ventilation)
➢ Hypothermia
➢ Hydrogen Ion (acidosis)
➢ Hyper/Hypokalemia
➢ Hypoglycemia

**6 T's**
➢ Tamponade
➢ Tension pneumothorax
➢ Thrombosis-Coronary
➢ Thrombosis-Pulmonary
➢ Toxins
➢ Trauma (Hypovolemia)

*03/06/06*

AA-2

Appendix A

# Table B

## Adult Electrical Therapy

*Defibrillation:*
- Biphasic rectilinear waveform – Initial = 120j
  (i.e. Zoll, Phillips) Subsequent = 120j or higher

- Biphasic truncated exponential waveform – Initial = 150j
  (i.e. Medtronics) Subsequent = 150j or higher

- Monophasic waveform – Initial = 360j
  Subsequent = 360j

*Cardioversion: (Narrow Complex Tachycardia)*
- Monophasic – (A-Flutter or Re-entry SVT) – Initial = 50j
  Subsequent = 100j, 200j, 300j, 360j

- Monophasic – (A-Fib) – Initial = 100j
  Subsequent = 200j, 300j, 360j

- Biphasic – Initial = 100j
  Subsequent = 120j, 150j, 200j

*Cardioversion: (Wide Complex Tachycardia)*
- Monophasic – Initial = 100j
  Subsequent = 200j, 300j, 360j

- Biphasic – Initial = 100j
  Subsequent 120j, 150j, 200j

## Pediatric Electrical Therapy

**Defibrillation:**
- Monophasic / Biphasic – Initial = 2j/kg
  Subsequent = 4j/kg, 4j/kg

**Cardioversion**
- Monophasic / Biphasic – Initial = 0.5j/kg – 1.0j/kg
  Subsequent = 2j/kg

*03/06/06*

Appendix B

# APPENDIX B

## Guide to the Hospitals in the Operating Region

### BREVARD COUNTY

| Holmes Regional Medical Center | 1350 South Hickory St | Melbourne, FL 32901 | 800-541-1928 | *** |

### INDIAN RIVER COUNTY

| Indian River Memorial Hospital | 1000 36th Street | Vero Beach, FL 32960 | 772 567–4311 | |
| Sebastian River Medical Center | 13695 U.S. Highway One | Sebastian, FL 32958 | 772 589–3186 | |

### MARTIN COUNTY

| Martin Memorial Medical Center | 300 Southeast Hospital Avenue | Stuart, FL 34994 | 772 223–5995 | |
| Martin Memorial Hospital – South | 2100 Southeast Salerno Road | Stuart, FL 34997 | 772 223–5721 | |

### OKEECHOBEE COUNTY

| Columbia Raulerson Hospital | 1796 Highway 441 North | Okeechobee, FL 34972 | 941 763–2151 | |

### ORANGE COUNTY

| Orlando Region Medical Center | 1414 Kuhl Avenue | Orlando, FL 32806 | 407-841-5111 | *** |

### PALM BEACH COUNTY

| Bethesda Memorial Hospital | 2815 South Seacrest Boulevard | Boyton Beach, FL 33435 | 561 737–7733 | |
| Boca Raton Community Hospital | 800 Meadows Road | Boca Raton, FL 33486 | 561 395–7100 | |
| Columbia Hospital | 2201 45th Street | West Palm Beach, FL 33407 | 561 842–6141 | |
| Columbia JFK Medical Center | 5301 South Congress Avenue | Atlantis, FL 33462 | 561 965–7300 | |
| Delray Medical Center | 5352 Linton Boulevard | Delray Beach, FL 33484 | 561 498–4440 | *** |
| Glades General Hospital | 1201 South Main Street | Belle Glade, FL 33430 | 561 996–6571 | |
| Good Samaritan Hospital | 1300 North Flagler Drive | West Palm Beach, FL 33401 | 561 655–5511 | |
| Jupiter Medical Center | 1210 South Old Dixie Highway | Jupiter, FL 33458 | 561 744–4460 | |
| Palm Beach Gardens Medical Center | 3360 Burns Road | Palm Beach Gardens, FL 33410 | 561 622–1411 | |
| Palm Beach Regional Hospital | 2829 10th Avenue | Lake Worth, FL 33461 | 561 967–7800 | |
| Palms West Hospital | 13001 Southern Boulevard | Loxahatchee, FL 33470 | 561 798–3300 | |
| St. Mary's Medical Center | 901 45th Street | West Palm Beach, FL 33407 | 561 844–6300 | *** |
| VA Medical Center | 7305 N. Military Trail | West Palm Beach, Fl 33410 | 561 882-8262 | |
| Wellington Regional Medical Center | 10101 Forest Hill Boulevard | West Palm Beach, FL 33414 | 561 798–8500 | |
| West Boca Medical Center | 21644 State Road Seven | Boca Raton, FL 33428 | 561 488–8000 | |

### ST. LUCIE COUNTY

| Columbia Medical Center – Port St. Lucie | 1800 Southeast Tiffany Avenue | Port St. Lucie, FL 34952 | 772 335–4000 | |
| Lawnwood Regional Medical Center | 1700 South 23rd Street | Port St. Lucie, FL 34950 | 772 461–4000 | |

*** Area Trauma Centers

| Poison Control Center | 1-800-282-3171 |

# APPENDIX C

## TRAUMA TRANSPORT PROTOCOLS

# Martin County Trauma Transport Protocols
## June 2009 Edition



The following agencies have a base of operations in and transport patients within Martin County, are covered by these protocols:

Martin County Fire Rescue

Coastal Care Transportation

## Article I.    Dispatch Procedures

<u>Section 1.01</u>      Information to be solicited from the individual requesting emergency medical assistance is:
   (a)  Incident location
   (b)  Actual or potential problem
   (c)  Callers name and phone number
   (d)  Nature / extent /severity of injury
   (e)  Number of patients
   (f)  Any other pertinent information

<u>Section 1.02</u>      Upon receiving a request for emergency medical assistance the Martin County Fire Rescue Communication Center (hereinafter referred to as "Communication Center) shall dispatch, via radio pager, the nearest available resource as recommended by the Computer Aided Dispatch (CAD) System.  Based upon the information obtained from the requester, the Communication Center shall simultaneously dispatch additional resources including, but not limited to:
   (a)  Law Enforcement
   (b)  Haz Mat
   (c)  Technical Rescue

## Article II.    Pre-hospital

<u>Section 2.01</u>      Adult Trauma Score Card Methodology

First arriving medical personnel shall assess the condition of each adult trauma patient to determine whether the patient should be a Trauma Alert using the Adult Trauma Score Card Methodology as provided in 64J-2.004 Florida Administrative Code (F.A.C.)
In assessing the condition of each adult trauma patient, the Emergency Medical Technician or Paramedic shall evaluate the patient's status for each of the following components:
   (a)  Airway
   (b)  Circulation
   (c)  Best Motor Response (component of the Glascow Coma Scale)
   (d)  Cutaneous
   (e)  Long Bone Fractures
   (f)  Patient's Age
   (g)  Mechanism of Injury

<u>Section 2.02</u>      Adult Trauma Score Card Criterion

The EMT or Paramedic shall assess the condition of those injured persons with anatomical and physiological characteristics of a person sixteen (16) years of age or older for the presents of at least one of the following three (3) criteria to determine whether to transport as a Trauma Alert. These three (3) criteria are to be applied in the order listed, and once any one criterion is met that identifies the patient as a Trauma Alert: no further assessment is required to determine the transport destination:

| Criteria: |
| --- |
| 1. Meets Color Coded Triage System (see below) |
| 2. GCS ≤ 12 (Patient must be evaluated via GCS if not identified as a Trauma Alert after application of criterion 1) |
| 3. Patient does not meet any of the trauma criteria listed above but, in the judgment of the EMT or Paramedic, should be transported as a Trauma Alert. Justification: (Written justification on the Run Report by the on scene Medical Authority) |

| Component | | |
| --- | --- | --- |
| Airway | Respiratory rate of 30 or greater<br><br>B | Active airway assistance[1]<br><br>R |
| Circulation | Sustained HR > 120 BPM<br><br>B | Lack of Radial pulse with sustained HR > 120 BPM or BP < 90mmHg         R |
| Best Motor Response | BMR = 5<br><br>B | BMR < 4 or presence of paralysis or suspicion of spinal cord injury or loss of sensation<br>R |
| Cutaneous | Soft tissue loss[2] or GSW to the extremities<br>B | 2nd or 3rd degree burns to 15% or more TBSA[3] or amputation proximal to the wrist or ankle or any penetrating injury to the head, neck, or torso[4]     R |
| Longbone Fracture[5] | Single Fx site due to MVA or fall 10' or more<br>B | Fracture of two (2) or more longbones<br>R |
| Age | 55 years of age or older<br>B | |
| Mechanism of injury | Ejection from vehicle[6] or deformed steering wheel[7] | |
| | B= any two (2) – transport as a Trauma Alert | R= any one (1) – transport as a Trauma Alert |

---

[1] Airway assistance beyond administration of Oxygen
[2] Major degloving injuries or major flap avulsion (>5 in.)
[3] Burns may be transported directly to the nearest Burn Center if there is no trauma other than the burns
[4] Excluding superficial wounds in which the depth of the wound can be determined
[5] Long bone Fx. (including 1. humerous, 2. radius & ulna, 3. femur 4. tibia & fibula)
[6] Excluding motorcycle, moped, all terrain vehicles, bicycle, or open body of a pick-up truck
[7] Only applies to the driver of the vehicle

<u>Section 2.03</u>        Pediatric Trauma Score Card Methodology

Pediatric is defined as a patient with anatomical and physical characteristics of a person fifteen (15) years of age or younger. First arriving medical personnel shall assess the condition of each pediatric trauma patient to determine whether the patient should be a Trauma Alert using the Pediatric Trauma Score Card Methodology as provided in 64J-2.005 Florida Administrative Code (F.A.C.).

In assessing the condition of each pediatric trauma patient, the Emergency Medical Technician (EMT or Paramedic) shall evaluate the patient's status for each of the following components:

      (a)  Airway
      (b)  Consciousness
      (c)  Circulation
      (d)  Fractures
      (e)  Cutaneous
      (f)  Size using weight and length parameters

Section 2.04        Pediatric Trauma Score Card Criterion

The EMT or Paramedic shall assess the condition of those injured persons with anatomical and physiological characteristics of a person fifteen (15) years of age or younger for the presents of one (1) or more of the following two (2) criteria to determine whether to transport as a Trauma Alert.

**Criteria:**

1. Pediatric Trauma Triage Checklist: The individual is assessed based on each of the six (6) physiological components listed below (left column). The single, most appropriate criterion for each component is selected (along the row to the right). Refer to the color-coding of each criteria and the legend below to determine the transport destination.
2. Patient does not meet any of the trauma criteria listed above but, in the judgment of the EMT or Paramedic, should be transported as a Trauma Alert. Justification: (Written justification on the Run Report by the on scene Medical Authority).

**Component**

| | | | |
|---|---|---|---|
| Size | | | Weight < 11Kg or length < 33 inches on a Pediatric length and weight based tape B |
| Airway | | | Assisted[1] or intubated R |
| Consciousness | | Amnesia or Loss of consciousness B | Altered mental status[2] or coma or presence of paralysis or suspicion of spinal cord injury or loss of sensation R |
| Circulation | | Carotid or femoral pulses palpable, but the radial or pedal pulses not present or SBP < 90 B | Faint or non-palpable carotid or femoral pulse or SBP < 50 R |
| Fracture | | Single closed longbone[4] fracture B | Open long bone[3] fracture[4] or multiple fracture sites or multiple dislocations[5] R |
| Cutaneous | | | Major soft tissue disruption[6] or major flap avulsion or 2nd or 3rd degree burns to > 10% TBSA[7] or amputation[8] or penetrating injury to the head, neck, or torso[9] R |

follow local protocols    B = Blue, any two (2) transport as Trauma Alert    R = Red, any one (1) transport as Trauma Alert

[1] Airway assistance includes manual jaw thrust, single or multiple suctioning, or use of adjuncts to assist ventilatory efforts.
[2] Altered mental status includes drowsiness, lethargy, and inability to follow commands, unresponsiveness to voice, totally unresponsive.
[3] Long bones include humerous, (radius & ulna), femur, tibia or fibula.
[4] Long bone fractures do not include isolated wrist or ankle fractures.
[5] Longbone fractures do not include isolated wrist or ankle fractures or dislocations.
[6] Includes major degloving injury
[7] Burns may be transported directly to the nearest Burn Center if there is no trauma other than the burns
[8] Proximal to the wrist or ankle only
[9] Excluding superficial wounds in which the depth of the wound can be determined

<u>Section 2.05</u>        Request for Ground Transport Assistance

When assistance is required in transporting a Trauma Alert patient, the on scene medical authority will determine the type of assistance needed and notify the Communication Center. The type of assistance will be based upon, but not limited to, the following criteria:

      (a) Closest available ground unit(s) to be determined by the Communications Center.
      (b) Number of patients to be transported.
      (c) Number of units on scene
      (d) Patient capabilities per unit

<u>Section 2.06</u>        Request for Air Assistance

If air transport is required a request is made to the Communication Center. The Communication Center will then advise of the availability and estimated enroute time of the helicopter to the scene. Martin County Fire Rescue is the primary air transport provider in Martin County. If Martin County Fire Rescue's helicopter is unavailable air transport will be provided from mutual aid agencies based upon, but not limited to, the following:

      (a) Trauma Alert patient
      (b) Extended extrication time
      (c) If ground transport will exceed air response time to the scene and to the hospital

<u>Section 2.07</u>        Reports and Records

Initial survey information will be completed and delivered to the receiving facility with the patient. The complete Patient Care Report will be completed as soon as possible and delivered to the receiving facility within 24 hours as provided in 64J-1.014 F.A.C. The transporting vehicle personnel shall be provided information pertinent to the patient's identification, patient assessment, and the care provided to the patient at the time the responsibility of the patient is transferred to the transporting personnel as provided in 64J-1.014 (2) F.A.C.

<u>Section 2.08</u>        Procedure for issuing a Trauma Alert

The procedure for issuing a pre-hospital "Trauma Alert" shall be conducted by the responsible medical personnel. The alert will be given to the Communication Center using the words "Trauma Alert, Priority 1, 2, or 3" along with the receiving facility's name (determined by Article III). This will be relayed to the receiving facility via radio, landline, or any other means available.

## Article III.    Transport Destinations

<u>Section 3.01</u>        The on scene medical authority will cause the Trauma Alert patient to be transported to the nearest appropriate SATC / SAPTRC or in the case of burns, the nearest Burn Center, based upon but not limited to the following considerations:

      (a) Availability of resources – ground vs. air (Article II, S2.05, 2.06)
      (b) Patient's condition 64J-2.002
      (c) Burn patients meeting Trauma Alert criteria, and who have no trauma other than the burns, may be transported by air directly to the nearest burn center, based upon but not limited to, provisions in Article III S3.01 (a)(b); 64J-2.002(2)

<u>Section 3.02</u>        Trauma Alert patients may be transported to the nearest facility (Article V) under certain circumstances. The conditions, which may warrant transport to the nearest facility, include, but are not limited to,

      (a) Traumatic cardiac arrest
      (b) Inability to secure an airway
      (c) Air transport delayed or unavailable
      (d) Ground transport time to a SATC / SAPTRC excessive

## Article IV.   Inter-Hospital Transfer

Section 4.01      Several various agencies perform inter-hospitals transports in Martin County, in the event Fire Rescue is needed to perform an inter-hospital transfer of a Trauma Alert patient the on duty Emergency Department Physician responsible (or his/her designee) shall contact the Communication Center via radio, landline, or any other means available.  The Communication Center will then assign a unit for the transfer.  The unit will be dispatched in accordance with the Communication Center's procedures.

## Article V.   List of Hospitals

Section 5.01      The following is a list of hospitals that Fire Rescue shall transport patients to.  Trauma Alert patients are routinely transported to a SATC / SAPTRC that meet the criteria per 64J-2.010(3) or to one of the two (2) hospitals, (a) or (b).

   (a)  Martin Memorial Medical Center
        300 Hospital Ave.
        Stuart, Fl.

   (b)  St. Lucie Medical Center
        1800 S.E. Tiffany Ave.
        Port St. Lucie, Fl

   (c)  St. Marys Trauma Center (SATC/ SAPTRC Level II)
        901 45th Street
        West Palm Beach, Fl.

   (d)  Lawnwood Regional Medical Center & Heart Institute (Provisional Level II Trauma Center)
        1700 South 23td Street
        Fort Pierce, Florida 34950

   (e)  Ryder Trauma Center at Jackson Memorial (Burn Patients)
        1611 North 12th Ave., West Wing 17
        Miami, Fl.

   (f)  Orlando Regional Medical Center (Burn Patients)
        1414 South Orange Ave.
        Orlando, Fl.

## Article VI.   Attestation of Medical Director's Participation, Review, And Approval of TTPs

As the Medical Director of <u>Martin County</u>, I developed and/or directed the development of the Trauma Transport Protocols presented in this document.

| Lillian I. Avner D.O. | | 6/29/09 |
|---|---|---|
| Print name of Medical Director | Signature of Medical Director | Approval Date |

Emergency Medical Guidelines



## Instructions

Explain to the patient that each face is for a person who feels happy because they have no pain (hurt) or sad because they have some or a lot of pain.

**Face 0** is very happy because they do not hurt at all
**Face 1** hurts just a little bit
**Face 2** hurts a little more
**Face 3** hurts even more
**Face 4** hurts a whole lot more
**Face 5** hurts as much as you can imagine, although you do not have to be crying to feel this bad

Ask the patient to choose the face that best describes how he/she is feeling

*03/01/05*

Appendix E

# APPENDIX E
## PREHOSPITAL FIBRINOLYTIC CHECKLIST

**Inclusion Criteria**

| | |
|---|---|
| 1. Is the patient 18 years of age or older? | YES NO |
| 2. Ischemic discomfort present for greater than 20 minutes but less than 12 hours? | YES NO |
| 3. ST segment elevation >1mm in 2 or more anatomically contiguous limb leads or ST segment elevation >2 mm in 2 or more anatomically contiguous precordial leads (V1–V6) or new or presumably new LBBB? | YES NO |

**INCLUSION / EXCLUSION CHECKLIST**

*Note: Any YES answer to the questions listed below will EXCLUDE the patient from the administration of a fibrinolytic medication.*

| | |
|---|---|
| 1. History of stroke or TIA at any time. | YES NO |
| 2. Brain tumor, AVM (arterial–venous malformation), or cerebral aneurysm. | YES NO |
| 3. Any major surgery, trauma (including CPR for greater than 2 minutes), or any type of internal bleeding or hemorrhage within the past 4 weeks (e.g. black tarry stools or vomiting blood). | YES NO |
| 4. Hypertension at the time of presentation that exceeds 180 systolic or 110 diastolic. | YES NO |
| 5. Patient in cardiogenic shock (systolic BP<90 mm Hg) or the patient is intubated. | YES NO |
| 6. Hemophilia or any known bleeding disorder. | YES NO |
| 7. Radiating pain through to the upper back characterized as a ripping or tearing pain accompanied by unequal blood pressures or distal pulses when comparing the right and left arms (suggestive of a Dissecting Aortic Aneurysm). | YES NO |
| 8. Use of cocaine or other amphetamines within the past 3 days. | YES NO |
| 9. Pregnancy. | YES NO |

Emergency Medical Guidelines

# Cincinatti Stroke Scale

**Facial Droop**
    **Action**: *Have the patient show their teeth or smile*
        **Normal:** Both sides of the face move equally well
        **Abnormal**: One side of the face does not move as well as the other side.

**Arm Drift**
    **Action**: *Have the patient close their eyes and hold both arms out*
        **Normal:** Both arms move the same or both arms do not move at all
        **Abnormal:** One arm does not move or one arm drifts down compared to the other

**Speech**
    **Action:** *Have the patient say:* **" You can't teach an old dog new tricks"**
        **Normal:** Patient uses correct words with no slurring
        **Abnormal:** Patient slurs words, uses inappropriate words, or is unable to speak

Interpretation: If any one of these 3 signs fall into the "Abnormal" category,
the probability of a stroke is 72%.

*01/09/06*

Appendix F

# APPENDIX F

## HELICOPTER ACTIVATION CRITERIA

The guidelines for helicopter response include but are not limited to the following:

- ❑ Trauma patients that meet the trauma scorecard methodology and criteria as set forth by your agency.
- ❑ Scene to trauma center by ground transport is greater than 20 minutes.
- ❑ Trauma Alert with scene extrication time greater than 15 minutes.
- ❑ Ground response to specific scenes greater than 15 minutes
- ❑ Mass Casualty Incidents evacuations (MCI)
- ❑ To augment or expedite pre-hospital transport, transport patient upon request by a provider.
- ❑ Inter-Facility Transfers (IFT) when rapid transport is deemed medically necessary.
- ❑ For the critically ill patients requiring specialized services and facilities located in other areas.
  - ▪ Example: Pediatrics, Obstetrics, burn unit, cardiac cath labs etc.
- ❑ Stroke and Cardiac Alert patients located in areas that would otherwise be outside the three hour window of opportunity for thrombolitic therapy.

*03/01/05*

# APPENDIX G

## TASER INJURIES

**Caution**
- ☐ Most injuries from a taser devise are the result of secondary injuries such as from a fall. The electrical current is considered safe with an output of 1.76 Joules per pulse.
- ☐ Due to the nature of these incidents, EMS personnel do not medically clear persons in police custody who were subdued with a tazer. EMS providers should always err on the side of caution and recommend transport of these patients.

**Basic Life Support**

- ☐ Confirm that law enforcement has disconnected the wires from the hand held unit
- ☐ Oxygen / Airway
    - ◾ Spinal Immobilize, if indicated
- ☐ Secure the taser prongs in place as an impaled object if not already removed by law enforcement.
    - ◾ Do not remove the prongs unless they interfere with critical life care measures

**Advanced Life Support**

- ☐ 12 lead EKG monitor
    - ◾ V4R should be evaluated if any ST elevation in leads II, III or aVF
- ☐ IV 0.9 % NaCl
- ☐ Treat underlying conditions, as needed (cardiac arrhythmias, altered mental status, etc.)

*02/15/06*

Lillian Avner, D.O.
Medical Director

July 1, 2009

Martin County Fire Rescue
800 SE Monterey Road
Stuart, Florida 34994

Chief Wouters,

As the Medical Director for Martin County Fire Rescue, I would like to have the following changes made to the Emergency Guidelines as they pertain to Martin County.  The administration of Cardizem (Diltiazem) is referenced in the current protocols on pages D-9 and C-6 as being administered by infusion over 2 minutes.  To reduce side effects of Cardizem, infusion rates should be slowed to have all infusion administered over 5 minutes.

If you have any questions or concerns, please contact me at your convenience.


Sincerely,


**Lillian Avner, D.O.**
Medical Director
Martin County Fire Rescue

Lillian Avner, D.O.
Medical Director


April 30, 2009

Martin County Fire Rescue
800 SE Monterey Road
Stuart, Florida 34994


Chief Wouters,

As the Medical Director for Martin County Fire Rescue, I would like to have the following changes made to the Trauma Transport Protocol.  The State of Florida's Division of EMS, Office of Trauma has recognized Lawnwood Regional Medical Center as a Provisional Level II Trauma Center effective May 1st, 2009.  The trauma transport guidelines and standard operation guidelines should be adjusted to include Lawnwood Regional Medical Center for adult victims of trauma.

If you have any questions or concerns, please contact me at your convenience.


Sincerely,


**Lillian Avner, D.O.**
Medical Director
Martin County Fire Rescue



## ZOLL M SERIES

### MONITOR SELECTION AND GENERAL INFORMATION

❑ Lead Placement- LA(black), RA(white), LL(red), RL(green)

❑ 12L- plugs into 4 lead. V1-V6 placement same as used now. Recap 4 lead when finished.

❑ 12 Leads are saved for a set time after unit is powered down.

❑ To do 12L- push 12 lead button, then aquire. 12L is then automatically ready for transmission.

❑ Strips print out with leads II, I, III.

❑ Print button marked Recorder.

❑ Paper: use the straight edge of the monitor to rip paper off. Use the perforation on the paper when cutting for pasting.

❑ Contrast and volume buttons are on the lower left corner.

❑ When placing a battery in the charger, do not take out until the ready light comes on. An alarm will sound reminding you to place the battery back in if you do.

❑ Pulse Ox- this monitor has a pulse ox built into it. Picks up minimal artifact from movement, etc… Disposable probes can also be used (look like bandaids).

❑ Codemarker button- Lists the commonly used procedures and drugs. If these are pushed during a call, they will be listed on the summary printout.

### Defibrillator

❑ Biphasic waveform: Shocks at lower energy setting. Benefits by less skin effects and greater conversion rate.

❑ Keep the adult pads connected while in the case. The pads will still be sealed due to a double seal on the packaging.

❑ Use the anterior-posterior pad positioning for defib and pacing.

❑ If you're unsure if rhythm is shockable, press analyze button (if equipped). If it is shockable, "shockable rhythm" will be displayed. Charge unit to desired energy level.

❑ Cardioversion: Synch pad placement is the front pad goes on the 3rd intercostal space midclavicular and the posterior pad goes in the standard place.

❑ Energy settings:

EMERGENCY MEDICAL GUIDELINES

■ Adult defib for V-fib & Pulseless VT:  120j, 150j, 200j (progressive)
■ Ped defib for V-fib & Pulseless VT:  1 j/kg, 2 j/kg, 2 j/kg (progressive)
■ Adult Synch Cardioversion for Atrial & Ventricular Tachys w/pulses: 50j, 75j, 120j,            150j, 200j (progressive)
■ Ped  Synch Cardioversion for Atrial & Ventricular Tachys w/pulses:  1 j/kg, may repeat at 2 j/kg (progressive).

**Pacer**

❑ Unit is automatically set to 70 beats per minute.
❑ User needs to adjust the milliamps.
❑ The settings that are being used will be remembered if switch is changed to defib or monitor.
❑ 4:1 button:  when pressed and held, temporarily withholds pacing.  Pacing will be delivered at ¼ the set ppm setting. (approx 1 every 4ᵗʰ beat).

# ZOLL PD 1400 PACEMAKER/DEFIBRILLATOR

## MONITORING

### Application/Use



❑ Attach the patient electrodes to the patient and plug in the cable connector to the ECG INPUT
❑ Turn selector switch to the MONITOR ON position
❑ Press the LEAD button until the desired lead is displayed on the monitor
❑ Press the ECG SIZE button until the desired waveform size is displayed
❑ Adjust the systole beeper tone volume to the desired level
❑ Set HEART RATE ALARM by depressing the ALARM SET button and press the ALARM ON/OFF button
❑ Refer to the operator's manual to change the alarm limits
❑ To record the ECG tracing, press the RECORDER ON-OFF button beside the monitor; the recorder will continue to run until the button is pressed again

*Figure 11*

## DEFIBRILLATION

### Caution

❑ The pediatric paddles are built into the adult paddles (*See Figure* 12). To access the pedi paddles push the PEDI button on the side of each paddle and slide the adult paddle forward. When replacing the adult paddles be sure the paddles lock into place.

### Application/Use

❑ Select DEFIB ON, this automatically sets the energy level to 200 joules
❑ Select the lead to use; remember the patient must have the electrodes already attached in order to use lead I, II, III
❑ Apply conductive material to the patient or the paddles (multifunction electrodes are pre-gelled)
❑ Apply the paddles to the chest or attach the multifunction electrodes to the chest
    ■ select the ENERGY LEVEL, if 200 is not the desired level, by either depressing the UP/DOWN buttons located on the front of the panel or the sternum paddle
    ■ charge the paddles by depressing the CHARGE button on the front panel or on the apex paddle
    ■ discharge the defibrillator by holding both DISCHARGE buttons on the paddles or both buttons on the multifunction cable at the connection site



*Figure 12*

PROCEDURAL GUIDELINES

■ repeat steps for each subsequent shock (the device is marked 1–2–3 for each step to be taken and the order of which it should be taken)

## PACING
### Application/Use
- ❑ Select MONITOR ON
- ❑ Set OUTPUT to 0 mA
- ❑ Apply pacer pads
- ❑ Connect pacer electrodes to the output cable
- ❑ Select PACER ON
- ❑ Set pacer RATE, observe the pacing artifact and confirm it is well positioned in diastole
- ❑ Increase output until capture

## STANDBY PACING
### Indications
- ❑ Indicated for patients in a bradycardic rhythm expected to drop below levels sufficient to maintain adequate cardiac output

### Application/Use
- ❑ Establish effective pacing
- ❑ Set the mA OUTPUT to 10% higher than the minimum mA output necessary to effect consistent capture
- ❑ Turn the pacing RATE below the patient's heart rate. This suppresses pacing unless the patient's rate drops below the set pacing rate. The pacing rate should be set at a level needed for adequate cardiac output.
- ❑ Check the threshold periodically

## MULTI–FUNCTION ELECTRODES

*MCFR and SFR  perform pericardiocentesis*

The multifunction electrodes allow for hands free defibrillation, cardioversion, pacing, and monitoring with a single pair of electrodes. The placement for the pre–gelled electrodes are anterior/posterior. The multifunction electrodes can only be used with a multi function cable.

---

# PERICARDIOCENTESIS

### Indications
- ❑ Emergency relief of cardiac tamponade on critically injured patients accompanied by severe hemodynamic impairment

### Contraindications
- ❑ Hemodynamically stable patients

### Caution
- ❑ This is a sterile procedure; use appropriate sterile technique
- ❑ Hazards
  - ■ cardiac arrhythmias including V–Fib and Asystole
  - ■ puncture or laceration of cardiac chambers or coronary arteries
  - ■ hemothorax, pneumothorax, or both.
  - ■ injection of air into cardiac chambers if catheter is left open to air

### Procedure
- ❑ Place patient on 3–lead EKG monitoring if not already done
- ❑ Locate the entry site (between the xiphoid process and left costal margin)
- ❑ Prep the entrance site with antiseptic swabs and provide an aseptic area
- ❑ Place the 16 g intracardiac needle (3–4 inches in length) on a 30–50 cc syringe
- ❑ Consider sedation if patient is conscious
- ❑ Insert needle at 30–45 degree angle to the skin and advance toward left shoulder while aspirating continuously (*See Figure 13, 14*)

*Figure 13*



*Figure 14*

EMERGENCY MEDICAL GUIDELINES

❑ As the needle is advanced beneath the skin the tight pericardium may be felt. Entry in to the pericardial space may produce a *giving* sensation. Contact of the needle against the epicardium my give a *scratching* sensation and the needle should be withdrawn slightly.

# TRANSCUTANEOUS PACING

**Indications**
- ❑ Symptomatic Bradycardia
- ❑ Pulseless Electrical Activity with bradycardia unresponsive to drug therapy
- ❑ Asystole

**Contraindications**
- ❑ Traumatic asystole **prior** to fluid replacement and PASG application
- ❑ Overdrive pacing

**Caution**
- ❑ Muscle twitch will make carotid pulse assessment difficult at best with output settings in excess of 100 mA; assess femoral, brachial, or radial pulses in these instances

**Procedure**
- ❑ Leads applied, monitor set to Lead II
- ❑ Pad placement
  - ◾ anterior–posterior is preferred (*See Figure* 15)
  - ◾ anterior–anterior should be used in spinal immobilization and when defibrillation is also being performed (*See Figure* 16)
- ❑ Perform pacer set up
  - ◾ set RATE to 70 beats per minute
  - ◾ set OUTPUT
    - ◾ for symptomatic bradycardia set OUTPUT to minimum
    - ◾ for asystole and bradycardic PEA set OUTPUT to maximum
- ❑ Initiate pacing
- ❑ Increase or decrease OUTPUT as needed to establish and maintain capture and pulses

*Figure 15*

*Figure 16*

# AUTOMATED EXTERNAL DEFIBRILLATOR

The AED is for use by emergency care personnel specifically trained in the operation of the AED, and qualified by Training in Advanced Cardiac Life Support, Basic Life Support, or in other physician–authorized emergency medical response.

**Indications**

The AED is semi–automatic, and is for the use on victims of sudden cardiac arrest, on whom lack of circulation is indicated by:
- ❑ Unconsciousness
- ❑ Absence of breathing
- ❑ Absence of pulse

**Contraindications**
- ❑ Consciousness
- ❑ Presence of breathing
- ❑ Presence of pulse
- ❑ Any condition incompatible with life

03/01/05

PROCEDURAL GUIDELINES

- ❑ Conditions deemed environmentally unsafe
- ❑ Valid and verified DNRO present
- ❑ Patients less than 8 years old ( AHA)
- ❑ Patients weighing less than 25–30 kg. (55–66 lbs.) (AHA)

**Caution**
- ❑ Assure scene safety!  Assess for hazards!
- ❑ Do not place pads directly over artificial pacemaker sites, use alternative site.
- ❑ Any medication including a NITRO–PATCH OR NITRO–PASTE should be removed from the patient prior to AED application.

**Special Considerations**
- ❑ Hypothermia Associated with Cardiac Arrest
  - ▪ Defibrillation should not be withheld from the cold patient in ventricular fibrillation (core < 85 F).
  - ▪ If the hypothermic patient does not respond to three shocks, stop defibrillation attempts, resume CPR and rewarming efforts, and transport.
- ❑ Cardiac Arrest Associated with Trauma
  - ▪ Seldom responds to defibrillation
  - ▪ Begin CPR if indicated
  - ▪ Assess rhythm
  - ▪ Initiate BLS interventions including: airway, oxygenation, control of hemorrhage, and cervical spine immobilization.
  - ▪ Defibrillate as indicated by AED
- ❑ Automatic Internal Cardiac Defibrillators (AICD)
  - ▪ For patients with known ICD'S, attach the AED and follow standard operating procedures.
  - ▪ If the ICD is in the process of shocking a patient, allow the ICD to complete its cycle for approximately 30–60 seconds before applying AED pads.

**On Scene Trained Personnel and the arrival of ACLS Providers**
- ❑ ACLS providers have authority of patient care over AED personnel.
- ❑ On arrival ask for a quick report from the AED providers concerning patient condition and performance of the AED.
- ❑ ACLS providers should consider shocks delivered by the AED providers and incorporate that into the treatment of the patient.
  - ▪ For example, if the AED has delivered the first three shocks of a V–fib sequence, the ACLS providers should then move towards intubation, IV access, and drug therapy.

**Procedure**
- ❑ Scene Survey.
- ❑ Primary Survey: Verify unresponsiveness and then ABC'S.
  - ▪ Airway
    - ▪ Open the airway; non–traumatic, use head tilt / chin lift.
    - ▪ Traumatic, use jaw thrust method.
  - ▪ Breathing
    - ▪ Look, listen, and feel for air movement from the mouth or nose.
    - ▪ If no breathing present, give 2 artificial ventilations.
    - ▪ If no spontaneous respirations follow, proceed to pulse check.
  - ▪ Circulation
    - ▪ Check for carotid pulse.  If no pulse is felt in 5–10 seconds then:
    - ▪ 2 Rescuers – initiate CPR until AED is attached.
    - ▪ 1 Rescuer – attach AED then follow algorithm.

After 1 minute of CPR you will be instructed to stop and let the AED analyze rhythm for 5–15 seconds.

EMERGENCY MEDICAL GUIDELINES

### Application/Use

If the patient has met the AED criteria:

- ❑ Make sure the patient is not wet and in contact with water.
- ❑ Assess entire scene for life safety.
- ❑ Apply pads per training instructions.
- ❑ Activate AED.
- ❑ Follow algorithm prompts

### ARREST NOTIFICATION:

- ❑ Notify Dispatch if cardiac arrest in progress.
- ❑ Radio transmission must be at least 6 feet away when AED is operating.

### PATIENT STABILIZATION:

- ❑ If at any time the patient develops a pulse, but no respirations, continue to provide rescue ventilations and monitor the pulse.
- ❑ If the patient has a return of pulse and adequate respirations, place in the recovery position and continue to monitor all vital signs until ACLS personnel arrive.
- ❑ Different brands and models of AEDs have a variety of features and controls that may differ in characteristics such as paper strip recorders, rhythm display methods, energy levels, and messages to the operator.
- ❑ Operators can orient themselves best by understanding how each brand and model approaches the operational phase by referring to the training they received and the manufacturer's recommendations.
- ❑ Please refer to departmental procedure for retrieving the patient data after the AED has been used.



# Medication and Fluid Administration

## AVAILABLE ROUTES OF ADMINISTRATION

- ❑ Endotracheal
- ❑ Inhalation
- ❑ Intramuscular
- ❑ Intranasally
- ❑ Intraosseous
- ❑ Intravenous
- ❑ Optic
- ❑ Oral
- ❑ Rectal
- ❑ Subcutaneous
- ❑ Sublingual
- ❑ Topical



## BONE INJECTION GUN (B.I.G.)

Adult- blue 15g
Pediatric- red 18g

**Indications:**
Rapid infusion of fluids and drugs.

**Contraindications:**
- ❑ Skin infection.
- ❑ Tumor and fracture at insertion site.

**Site Location:**
- ❑ Adults- 1-2cm medially and 1cm proximally to the tibial tuberosity.
- ❑ Pediatrics below age 6 and in the elderly- 1-2cm medially and 1-2cm distally to the tibial tuberosity.

**Recommended Depth:**
- ❑ Adults: 2.5cm (Adult B.I.G. is NOT adjustable)
- ❑ Infants 0-3 yrs: 0.5 – 0.7cm
- ❑ Pediatrics 3-6 yrs: 1cm – 1.5cm
- ❑ Pediatrics 6-12 yrs: 1.5cm

**Procedure:**
1. Choose either Adult or Pediatric B.I.G.
   If pediatric, choose the desired depth by unscrewing the sleeve from the cylinder housing.
2. Use a povidone iodine tincture to clean the selected site for injection.
3. Position the front of the B.I.G. at the selected site, holding and pushing firmly on the rear part.
4. Pull out the safety latch from the instrument by squeezing its two sides together.
5. Triggering the B.I.G. can be done by pressing the rear part against the two handles of the housing or by pushing the rear part firmly against the injection site.

EMERGENCY MEDICAL GUIDELINES

6. Remove the B.I.G. and separate the trocar needle from its housing.
7. Pull out the stylet trocar to separate it from the needle.  Only the needle cannula must    remain in the bone.
8. Connect the safety latch to the cannula.
9. Connect a syringe or infusion set to the needle.
10. To reduce the pain in conscious patients, it is recommended to start a slow flushing of the inserted needle with 1-5cc of Lidocaine over 1-2 minutes, then inject the fluid    drug (bolus) or infusion.  To maintain optimal flow, high pressure up to 300 mmHg to    the infusion bag is recommended.

## Miscellaneous Information:

- ☐ The B.I.G. can be left in for up to 6 days.
- ☐ The needle should be cleaned with an antiseptic solution everyday.
- ☐ Flow Rates:
  - ▪ Gravity fed: 10 – 20cc/min
  - ▪ 300mmHg with pressure bag: 30 – 40cc/min
  - ▪ Syringe:  60 – 100cc/min
- ☐ Shelf life is 3 years.
- ☐ Needle cannot be inserted next to a previous injection site; the fluid will drain out through the other site.

# BURETTE ADMINISTRATION SET

The burette administration set is used when a medication needs to be mixed in 100 cc or less of fluid or any pediatric patient requiring IV therapy where fluid volume administered requires precise measurement.  It should not be used when large fluid volumes are needed.  The burette is distinguished from other administration sets by the 150 cc chamber located within the tubing.  It is especially useful when dealing with pediatric patients when fluid or medication administration is crucial.  The chamber can be filled with the exact required amount of fluid or medication to prevent overdosing or bolusing with too much fluid.

### Application/Use

- ❏ Choose appropriate fluid
- ❏ Close the upper roller clamp on the tubing and spike the IV bag
- ❏ Open the upper roller clamp and fill the burette to the desired level; close the upper roller clamp
- ❏ If applicable add medication to the chamber and gently invert to mix the drug with the fluid
- ❏ Squeeze the drip chamber and fill
- ❏ Open the lower roller clamp and allow the solution to fill the entire set
- ❏ Connect the solution set to the IV catheter and set desired rate
- ❏ Open lower roller clamp and verify proper flow rate

### Caution

- ❏ Prior to removing the cassette from the pump, ensure that the lower roller clamp is **closed** to prevent bolusing the patient with fluid or medication

### Application/Use

- ❏ Choose appropriate fluid
- ❏ Close the upper roller clamp on the tubing and spike the IV bag
- ❏ Open the upper roller clamp and fill the burette to the desired level; close the upper roller clamp

PROCEDURAL GUIDELINES

- ❏ If applicable add medication to the chamber and gently invert to mix the drug with the fluid
- ❏ Squeeze the drip chamber and fill to 1/3 full
- ❏ Invert the cassette with the flat side facing you
- ❏ Open lower roller clamp and allow solution to fill entire set
- ❏ Close the lower roller clamp and insert the cassette into the pump
- ❏ Connect the solution set to the IV catheter and set desired RATE on the Pump
- ❏ Open lower roller clamp and press OPR on pump



Figure 17

# DOUBLE LUMEN IV CATHETER

This device is intended for use in the patient who requires multiple IV access. The two lumen design prevents mixing of medications within the catheter. Use of the double lumen catheter eliminates the need to establish a second IV site for medication administration.

### Indications
- ❏ Administration of IV nitroglycerin
- ❏ Preparation of the cardiac patient for thrombolytic therapy

### Caution
- ❏ Device is not intended for fluid resuscitation; lumens are 20 g and 22 g (*See Figure 17*)

### Application/Use
- ❏ Flush the secondary access port with saline
- ❏ Cannulate the vein with the double lumen catheter
  - ▪ the double lumen catheter is inserted as a standard IV catheter, refer to INTRAVENOUS CATHETER INSERTION PROCEDURAL GUIDELINE (*SEE PAGE P-47*)
- ❏ After removing the introducer needle, attach the IV line to the main port and flush, assuring infiltration has not occurred, and secure appropriately
- ❏ To attach the second IV line, remove the male adapter plug from the second port by twisting. The second IV line may be attached either directly or by Luer–lock (this will avoid the need for needle insertion into the male adapter plug).
- ❏ The infusion pump IV line should be connected to the secondary port; the small 22g lumen of the secondary port will not restrict the positive pressure flow of the infusion pump as it might a gravity fed IV line

# DRAWING UP MEDICATIONS

## AMPULE

### Procedure
- ❏ Prepare a syringe of the appropriate volume with a needle
- ❏ Verify the name and concentration of the medication printed on the ampule; inspect the solution for discoloration, cloudiness, or particles; check expiration date
- ❏ Tap ampule with finger to move the solution down into the well
- ❏ Using a 4x4 gauze pad (*See Figure* 18), face ampule away and break off the top of the ampule neck along scored area. Some ampules have colored rings that mark the scored area of the ampule. Break along the colored mark.
- ❏ Insert the needle into the ampule making sure the needle does not touch the rim of the ampule. Pull back on the plunger of the syringe to withdraw the needed amount (dosage) of medication.

Figure 18

EMERGENCY MEDICAL GUIDELINES



- ❏ Expel any air present in the syringe and carefully recap the needle with appropriate technique (if it will not be used immediately)

## VIAL

### Procedure

- ❏ Prepare a syringe of the proper volume with a needle
- ❏ Verify the name and concentration of the medication printed on the vial; inspect the solution for discoloration, cloudiness, or particles; check expiration date
- ❏ Disinfect the rubber stopper of the vial using an antiseptic swab
- ❏ Draw air into the syringe of equal volume to solution to be withdrawn
- ❏ Insert the needle at an angle through the rubber stopper, and inject the air inside the vial (*See Figure* 19)
- ❏ Invert the vial and draw out the needed solution (volume); carefully withdraw the needle from the vial
- ❏ Expel any air present in the syringe and carefully recap the needle with appropriate technique (if it will not be used immediately)

*Figure 19*

# ENDOTRACHEAL MEDICATION ADMINISTRATION

### Procedure

- ❏ Verify the name and concentration of the medication;  inspect the solution for discoloration, cloudiness, or particles; check expiration date
- ❏ Hyperventilate the patient prior to drug administration
- ❏ Inject medication through the endotracheal tube medication port (*See Figure* 20)
  - ◾ for endotracheal tubes without a medication port, drugs should be administered through an appropriate size suction catheter inserted through the endotracheal tube into the bronchial tree
- ❏ Resume ventilation
- ❏ Monitor the patient
- ❏ No more than 10 cc of fluid should be given endotracheally
- ❏ Endotracheal drug dosages should be 2—2.5 times the normal IV dose
- ❏ The drug should be diluted to 10 cc of fluid in an adult patient, 5 cc of fluid in a child, 2 cc of fluid in an infant



*Figure 20*

# EPI-PEN AUTO INJECTOR

The EMT (or Paramedic) may administer prescribed Epinephrine via an auto-injector for patients who are exhibiting signs of respiratory distress associated with allergic reaction. These signs include: dyspnea, hives, flushing of the skin, wheezing, edema, and possible unstable vital signs.

### Procedure

- ❏ Primary Assessment
- ❏ Assure auto-injector is prescribed for the patient (EPI-Pen for adult patient and EPI-Pen Jr. for pediatric patient), check expiration date and cloudiness or discoloration if possible.
- ❏ If patient is exhibiting signs of moderate to severe allergic reaction as described above, assist patient in administering Epinephrine via auto-injector.
- ❏ Remove auto-injector safety cap.

PROCEDURAL GUIDELINES

❑ Select appropriate injection site.
  ◼ Thigh – lateral portion of thigh, midway between waist and knee.
  ◼ Shoulder – fleshy portion of upper arm.
❑ Push auto-injector firmly against site until injector activates.
❑ Hold in place until medication is fully injected (minimum of 10 seconds).
❑ Record time.
❑ Dispose of injector in biohazard container.
❑ Reassess patient.

---

# F.A.S.T. 1 INTRAOSSEOUS INFUSION SYSTEM

## WARNING
❑ Safety of the F.A.S.T. 1 Intraosseous Infusion System in patients with very severe osteoporosis has not been proven.
❑ Insertion of the F.A.S.T. 1 Intraosseous Infusion System in sites other than the adult manubrium may result in ineffective infusion and may result in ineffective infusion and may result in overpenetration of the infusion tube with consequent serious injury to the patient.

## PRECAUTIONS
❑ For use with adult patients. The F.A.S.T. 1 Intraosseous Infusion system is designed to penetrate 6.0 mm into the manubrium. Adult patients are expected to have a manubrium thickness greater than 6.0 mm. Qualified professionals should determine any appropriate or necessary exceptions, either inclusions or exclusions, to the criterion "For use with adult patients."
❑ Severe skin compromise such as trauma, infection or burns over the infusion site may interfere with use of the device. Check for fracture of the sternum or vascular injury which may compromise the integrity of the manubrium or its vascularization. Check for midline sternotomy scars – the device may be less effective in patients with a previous midline sternotomy.

## Indications
❑ The F.A.S.T.1 Intraosseous Infusion System is intended for intraosseous infusion as an alternative to intravenous access to facilitate emergency resuscitation through the use of drugs and fluids. It is not intended to be used for more than 24 hours.

## CONTRAINDICATIONS
❑ None Known

## DESIGNATED INSERTION SITE
❑ The single designated site of insertion is the adult manubrium, on the midline and 1.5 cm (5/8 inch) below (inferior to) to supra-sternal notch (sternal notch). Proper placement of the patch helps ensure insertion at the site.

## Caution
❑ Do not use this product until you have been trained and evaluated for F.A.S.T. 1 use.

## Instructions for placement
❑ Administer local anaesthetic if the patient is conscious and alert.
❑ Expose sternum. Prepare insertion site with iodine and alcohol swabs provided. Maintain aseptic technique throughout the procedure.

EMERGENCY MEDICAL GUIDELINES

❑ Remove top half of patch baking (labeled "Remove1"). Locate sternal notch with index finger held perpendicular to manubrium. Using index finger, align notch in patch with patient's sternal notch. Verify target zone (circular hole in patch) is over patients midline.

❑ Secure top half of the patch to patient. Remove bottom half of patch backing. Press firmly to secure patch to patient. Verify location; the notch in the patch should match the sternal notch, and the target zone should be over the patient's midline. Take corrective action if error is greater than about 1 cm (3/8).

❑ Twist and pull back to remove sharps cap from introducer. Place bone probe cluster in target zone. Ensure that the introducer axis is perpendicular (90 degrees) to the skin at the insertion site. Ensure the entire bone probe cluster is within the target zone.

❑ Pressing straight along the introducer axis, with hand and elbow in line, push with firm and constant force until a distinct release is heard and felt. The introducer must remain perpendicular to the skin during insertion. After release, pull straight back to remove the introducer, exposing the infusion tube.

■ NOTE: As the insertion force required in Step #5 can be considerable, some users may find that a two-handed grip on the introducer allows better control during insertion of the infusion tube.

❑ Push the used bone probe cluster into the foam-filled sharps plug. If desired, place the original sharps cap over the sharps plug.

❑ Attach right-angle female connector on patch to infusion tube. Optional Steps: Verify placement by attaching syringe to straight female connector and withdrawing marrow into infusion tube. Increase fluid flow rate by flushing system with 10 cc's of saline.

❑ Attach straight female connector on patch to purged source of fluid or drugs. Fluid can now flow to the site.

■ NOTE: If fluid does not flow at all or if extravasation (leakage of fluid) occurs, infusion should be discontinued and an alternative vascular access method should be used.

❑ Place dome over patch and press down firmly to engage Velcro fastening.

❑ Attach unopened sterile remover package to the patient (arm, leg, attach to IV bag, etc.) THIS PACKAGE MUST BE TRANSPORTED WITH THE PATIENT. The remover is needed to eventually remove the infusion tube from the patient's bone when intraosseous access is no longer required.

## REMOVAL OF THE DEVICE

❑ Remove the dome from the patch.

❑ Disconnect the infusion tube from the male connector.

❑ Maintaining aseptic technique, open the remover package, take out the remover, remove the tubing protecting the threaded tip, and insert the remover into the infusion tube.

❑ Hold the infusion tube straight out from the patient (90 degrees to the patch) as the remover is being placed.

❑ Advance the remover and turn it clockwise until it stops turning, to engage the threads in the proximal tip of the infusion tube.

❑ Pull straight out on the remover to remove the infusion tube.

❑ Dispose of the remover in a manner appropriate for contaminated sharps.

❑ Remove the patch.

❑ Apply pressure after removing the patch and then dress the wound using aseptic technique.

PROCEDURAL GUIDELINES

■ NOTE: The F.A.S.T. 1 may be used to administer drugs or fluids as boluses from a syringe, or from fluid sources such as IV bags using gravity drip, pressure cuffs, or the syringe/stopcock pumping method.  Fluid flow rates during intraosseous infusion are typically determined by the pressure source and limited by the emissary veins of the bone, rather than the intraosseous infusion system.  Fluids have been infused into adult sternums through F.A.S.T. 1 Intraosseous Infusion System at 30 ml/min using a one meter gravity drip (75 mmHg), and at over 120 ml/min using a pressureized fluid source.

# DRUG HANDLING

## INVENTORY

❏ Central Supply

All receiving/issuing of controlled substances from the controlled substance locker in the central supply shall be performed by the inventory control officer, inventory clerk or other designated personnel.  The receipt/issue of controlled substance shall be logged on the controlled substance  log and shall note the following:

- ■ date and time of the transaction
- ■ name/initials of employee/supplier receiving/issuing substance
- ■ name/initials of designated person conducting transaction
- ■ name of substance received/issued
- ■ amount of substance received/issued
- ■ expiration date of substance received/issued (in case of multiple units, the earliest expiring unit shall be listed)

Receiving/issuing of medications shall be performed by the inventory control officer, inventory clerk or other designated personnel

Shipping documents (packing slips) shall be handled in accordance with department policies.  The shipment shall be inspected and checked for the following by the inventory control officer, inventory clerk or other designated personnel :

- ■ breakage or damage
- ■ accurate quantities (shipped vs. backordered)
- ■ accurate items (correct product shipped)
- ■ expiration dates (drugs with less than one year left on expiration should be returned to supplier as "Expiration Unacceptable")

Inventory shall be placed in stock utilizing First In, First Out (FIFO) stock method (stock is rotated so earliest expiring units are in front, latest expiring units are in back)

❏ Rescue Vehicle

The department paramedic and EMT on shift should conduct a physical inventory of the rescue vehicle every morning utilizing the par levels established by the department.  Any item found below par level should be requisitioned in accordance with department policy.  The appropriate stock should be pulled and issued to the crew by the inventory control officer, inventory clerk or other designated personnel in accordance with department policy.

## SECURITY

❏ Access

- ■ department personnel shall have access to IV fluids as necessary
- ■ department paramedics, inventory control officer, inventory clerk or other designated personnel shall have access to medications as necessary

❏ Controlled Substances

- ■ access to the controlled substance locker shall be limited to the inventory control officer, inventory clerk or other designated personnel

EMERGENCY MEDICAL GUIDELINES

- ■ the department paramedic on shift shall have access to the controlled substances maintained within the drug box on the apparatus
- ❑ Central Supply
  - ■ all IV fluids shall remain locked within the central stock area
  - ■ all medications shall remain locked within the locked central stock area
  - ■ all controlled substances (Morphine, Valium) shall remain double locked within the locked central stock area
- ❑ Rescue Vehicle
  - ■ all IV fluids shall remain within the locked apparatus when not in use
  - ■ all medications shall remain within the locked apparatus when not in use
  - ■ all controlled substances (Morphine, Valium) shall remain locked within the controlled substance lock–box which shall remain within the locked apparatus when not in use

USE
- ❑ Central Supply
  - ■ no IV fluids, drugs or controlled substances should be used directly out of central supply for direct patient care
- ❑ Rescue Vehicle
  - ■ use of IV fluids, drugs and controlled substances shall be at the paramedic's discretion within the guidelines promulgated by the department medical director, Emergency Medical Guidelines and/or on–line medical control



Figure 21

# INFUSA–PORTS

**Indications**
- ❑ IV access for **necessary** fluid or drug administration

**Contraindications**
- ❑ Precautionary IV access

**Caution**
- ❑ Do not use a saline lock with an Infusa–Port
- ❑ Do not force fluid into a port to flush it
- ❑ This is a sterile procedure; use aseptic technique and extra caution to avoid infection at the port site

**Procedure**
- ❑ Attach Huber needle to IV setup and flush
- ❑ Identify Infusa–Port location
- ❑ Put on sterile gloves. Cleanse the area with antiseptic swabs in a circular outward motion each time; repeat twice (2). This step is absolutely necessary.
- ❑ Advance the needle into the port until it hits the solid template; open the IV line to flush the port (*See Figure* 33, 34). If the IV will not run, have the patient turn their head and/or shrug their shoulders. If it still will not run and the needle is properly placed, the port may be clotted and is not usable.
- ❑ Apply an antibacterial ointment, dress the area with 2x2 IV sponges using enough so the needle is resting on them. Loop the tubing and secure the needle and the tubing to the patient.



Figure 22

# INFUSION PUMP

## AVI MODEL 400, 400A

The AVI Model 400A Volumetric Infusion Pump is indicated for use in venous pharmacological IV therapy to assure accurate, continuous, non–pulsatile delivery. The AVI Model 400A is equipped with a full range of comprehensive alarms to alert the

PROCEDURAL GUIDELINES

operator when a problem occurs.

### Indications
- ❑ The AVI Infusion Pump is indicated for use whenever a medication IV drip is established or precise delivery of fluids is required

### Caution
- ❑ If piggybacking AVI administration set into a standard IV set, be certain the roller clamp on the standard IV set is also closed


### Application/Use
- ❑ Select appropriate IV set
  - ▪ AVI Model 4220 Check valve IV Administration Set — used for standard IV medication administration
  - ▪ AVI Model 290 Low Absorption IV Administration Set — used for Nitroglycerin IV administration only
  - ▪ AVI Model 1230 Burette Administration Set — used for IV medication administration where the medication requires specific volume dilution in less than 250 mL of fluid
- ❑ Select appropriate fluid and follow instructions for specific IV set chosen
  - ▪ AVI Model 4220 Check valve IV Administration Set
  - ▪ AVI Model 290 Low Absorption IV Administration Set
  - ▪ AVI Model 1230 Burette Administration Set
- ❑ Turn on the POWER SWITCH, the LOAD KNOB to its OUT position; press STBY to silence the audio alarm
- ❑ Loosen the DOOR LOCK by turning the knob counterclockwise; release the DOOR LATCH and open the door
- ❑ Install the AVI cassette in the pump with the flat side facing outward. Match the four small holes in the cassette with the four locating pins on the cassette housing. Close the door, making sure the DOOR LATCH engages.
- ❑ Turn the DOOR LOCK clockwise until finger tight. With the set's lower roller clamp closed and the upper clamp open, turn the LOAD KNOB to its fully IN position.
- ❑ When loading an administration set in an AVI pump be sure the set's upper clamp is open; the pump may be damaged if the upper clamp is closed when the LOAD KNOB is turned to its IN position
- ❑ Never push on the door when turning the LOAD KNOB to its IN position; pump and/or cassette damage could result
- ❑ Attach the AVI administration set (with roller clamp closed) to the IV catheter
- ❑ Open the administration set's lower roller clamp
- ❑ Press RATE and enter the desired rate in mL/h using the NUMBER KEYS
- ❑ Press LIMIT and enter the desired VOLUME LIMIT in mL using the NUMBER KEYS
- ❑ Press CLEAR to return the VOLUME INFUSED display to zero
- ❑ Verify displayed settings and press OPR to begin the infusion
- ❑ To stop the infusion, either press STBY or move the pump's POWER SWITCH to the OFF/CHARGE position
- ❑ Always close the administration set's lower roller clamp before turning the LOAD KNOB either in or out; unrestricted gravity flow will occur if the DOOR LATCH is released and the clamp is not closed
- ❑ Always verify infusion settings are correctly displayed prior to pressing OPR to avoid incorrect infusion
- ❑ Air Removal

EMERGENCY MEDICAL GUIDELINES

- The insistent audio alarm and the AIR and EMPTY BAG visual alarms are activated if air is detected in the upper cassette chamber. Air is removed from the AVI administration set in an upstream direction, away from the patient, without violating the integrity of the sterile fluid pathway.
- press STBY
- close the administration set's lower roller clamp
- If removing air from a piggyback set and an AVI check valve administration set, close the primary set's upper clamp before proceeding. Failure to close the proper clamp may cause piggyback solution to be flushed into the primary solution container.
- turn the LOAD KNOB to its OUT position, loosen the DOOR LOCK, release the DOOR LATCH, and open the door
- Remove the cassette from the pump and hold it with the flat side facing you. Tilt the cassette so the upper chamber is slightly away from you. Gently squeeze each chamber in sequence from bottom to top, keeping each previous chamber depressed as you move upward along the cassette. This method forces the air through the upper tubing to the drip chamber and solution container.
- release the chambers and allow gravity to refill the cassette; repeat procedure if all air is not expelled
- reinstall the cassette in the pump, close and latch the door, tighten the DOOR LOCK, and turn the LOAD KNOB to its IN position
- open the set's lower roller clamp (and the check valve set's upper clamp, if applicable) and press OPR to restart the infusion

☐ Titration
- the AVI pump has the ability to titrate, or change flow rates instantly without interrupting the administration of fluid
- press CLEAR while the pump is operating (do not press STBY first)
- enter the new rate using the NUMBER KEYS (it is not necessary to press RATE first); verify displayed rate
- within 10 seconds of pressing CLEAR, press OPR to instantly begin infusing at the new rate
- When a new rate is entered as above, it is immediately displayed in the RATE display while the pump continues to infuse at the original rate. If OPR is not pressed within 10 seconds of pressing CLEAR, the non–insistent audio alarm sounds and the RATE display changes back to the original rate. If this occurs, press OPR to silence the alarm and repeat the correct titration procedure.

## BAXTER COLLEAGUE INFUSION PUMP
### Powering On
☐ Turn power on by pressing the ON/OFF button
☐ When all self tests are complete, the CHANGE PERSONALITY and NEW PATIENT soft keys will be showing
- If NEW PATIENT soft key is present, information from the previous program is still retained in memory. To clear memory, press the NEW PATIENT soft key
☐ From the power on screen after self test, press the MAIN DISPLAY key (top right of front panel) to view the main display screen
### Powering Off
☐ While the pump automatically closes the dark blue slide clamp, always close the roller clamp before removing the tubing from the pump
☐ Press the ON/OFF key

**Loading the Tubing**
- ❑ After turning the power on, press the OPEN key. The automatic tube loading mechanism open.
- ❑ If tubing is not loaded within 60 seconds, the loading mechanism closes
- ❑ Ensure that the dark blue slide clamp occludes the tubing. When the loading mechanism is open and STOPPED is displayed on the pump, insert the dark blue slide clamp into the slot.
- ❑ Pull tubing taut and slide it all the way into and along the tubing channel
- ❑ When the pump detects the tubing, the loading mechanism automatically pulls in the dark blue slide clamp, then closes and loads the tubing into the pumping mechanism
- ❑ After the tubing is loaded, confirm that the tubing entering the pump on the left side is going to the solution container
- ❑ Open the roller clamp. Verify that no solution is flowing (no drops falling in drip chamber and/or no flow from the end of the tubing)
- ❑ Attach the tubing to the patient access site

**Unloading the Tubing**
- ❑ If the pump is running, press the STOP key on the pump
- ❑ Close the roller clamp on the tubing
- ❑ Press the OPEN key
  - ▪ The loading mechanism automatically closes the dark blue slide clamp and opens the tubing channel so you can remove the tubing
  - ▪ Ensure that the tubing channel is completely open (arrow displayed on the pump display)
- ❑ When the mechanism is opened completely, grasp the tubing on both sides of the pump and remove the tubing from the pump. The mechanism closes automatically 60 seconds after the tubing is removed

**Manual Tube Release**
- ❑ Use the Manual Tube Release ONLY when the automatic tube release is not functioning
- ❑ Close the roller clamp on the tubing
- ❑ Locate the manual tube release on the right side of the pump, as you face the panel
- ❑ Push and grasp the release tab, turning it out
- ❑ Rotate the tab counterclockwise to its stop. This closes the dark blue slide clamp and opens the pump mechanism
- ❑ Remove the tubing from the pump

**Resetting the Manual Release**
- ❑ Ensure there is no tubing or foreign objects in the tubing channel
- ❑ Turn the release tab clockwise to its stop and push the tab into its socket
- ❑ The DONE soft key is displayed when the manual tube release is reset. Press the DONE soft key to clear the alarm
- ❑ The pump cannot be powered off until the manual tube release is reset

**Programming the Primary Rate**
- ❑ When the main display screen is shown, press the RATE key. The display then changes to the programming screen and the rate field is highlighted
- ❑ Program the desired flow rate (in ml/hr) using the keypad
- ❑ Press the VOL key or use the arrow keys to highlight the volume field
- ❑ Program the desired volume to be infused
- ❑ After programming is complete, verify the information before starting the pump
- ❑ Press START to being infusing

EMERGENCY MEDICAL GUIDELINES

**Completing or Stopping the Infusion**
- ☐ When the volume remaining reaches zero (0), the pump automatically goes to KVO mode
- ☐ To exit this mode, press the STOP key or turn off the pump

**Changing the Flow Rate during Infusion**
- ☐ Press the RATE key and enter the new value
- ☐ Press the START key to save the change and being infusing at the new rate

**Programming a Dose Based on Patient Weight**
- ☐ On the primary screen, press the CHANGE MODE soft key. The programming modes screen is then displayed
- ☐ Use the arrow keys and/or PAGE UP/PAGE DOWN soft keys to highlight the mg/kg/min selection
- ☐ Press the SELECT soft key to display the programming screen
- ☐ Program each field listed
- ☐ When finished, verify all values and press the CONFIRM SETTINGS soft key
- ☐ Press the START key to begin the infusion

**Using the Volume-Time Function**
- ☐ Press the appropriate programming key (Primary or Piggyback)
- ☐ From the programming screen, press the CHANGE MODE soft key
- ☐ Highlight either PRIMARY VOLUME-TIME or PIGGYBACK VOLUME-TIME then press the SELECT key
- ☐ Enter the volume to be infused
- ☐ Highlight TIME DURATION using the arrow keys. Enter the time period for the infusion in hours and/or minutes. The pump automatically calculates the flow rate
- ☐ Verify that the information is correct, then press the CONFIRM SETTINGS soft key, then press the START key to being the infusion

**Air Alarm**
- ☐ If the "air detected" alarm sounds, the advance air pop-up window is displayed. Press the UP arrow key next to the YES label for pump-assisted viewing of detected air. If pump-assistance is not desired, press the DOWN arrow key to manually purge the air. Remove the tubing from the pump and flush the air from the tubing, then replace the tubing in the pump
- ☐ Press and hold the ADVANCE AIR key. The pump continuously pumps until the key is released. When the pump detects fluid, a FLUID DETECTED icon is displayed
- ☐ When the FLUID DETECTED icon is displayed, the alarm is reset. Visually inspect the air bubble, disconnect the tubing from the patient, and flush the air from the tubing
- ☐ When the air has been removed, the infusion may be restarted. Press the Primary or Piggyback key then START

# IVAC 530

**Notes**
- ☐ Delivers at 45 psi and useful for intraosseous infusions
- ☐ Use vented tubing with glass NTG infusion bottles
- ☐ The pump does not detect infiltrations (monitor the site)
- ☐ Four hours of operation time on a fully charged battery
- ☐ The white drop indicator illuminates with each drop
- ☐ Close the drip clamp prior to opening the pump door.

PROCEDURAL GUIDELINES

**Application/Use**

- ❑ Prepare IV set with all air remove from the tubing and the drip chamber half full
- ❑ Place the drip sensor on the chamber above the fluid level
- ❑ Open the pump door, place tubing between the guide posts.
- ❑ Close the door, secure the latch, and ensure the tubing is not kinked.
- ❑ Attach the tubing to an IV site (preferably a seperate site or twin–cath).
- ❑ If piggy–backing into a standard IV set, be sure the roller clamp on the standard
- ❑ IV set is closed.
- ❑ Turn the machine on (green power button)and select the gtts/min setting.
- ❑ Start the infusion by pressing the red start button.

# IVAC MED SYSTEM 3

## Multi–Channel Infusion Pump

### Application/Use

- ❑ Priming the Administration Set
  - ▪ use only IVAC 25 or 28 series Administration sets.
  - ▪ close regulating clamp. Spike container, fill drip chamber to the fill line.
  - ▪ check vent position.
  - ▪ slowly prime set, tapping and inverting cassette and any Y sites to expel all air.
- ❑ Cassette Insertion
  - ▪ turn instrument ON before inserting cassette.
  - ▪ ensure slide clamp is pulled out completely.
  - ▪ insert cassette at an upward angle, then snap in place.
  - ▪ slide clamp must be flush with cassette.
  - ▪ ensure tubing collar correctly seated.
  - ▪ three "beeps" indicate proper placement.
- ❑ Instrument Quick Set–up
  - ▪ verify instrument is turned on.
  - ▪ select Channel by pressing desired channel key (A, B, C).
  - ▪ press Select to move highlighted bar to choose setting to change, i.e. Rate, Volume Remaining or to clear Volume Infused.
  - ▪ use (up) arrow,(down) arrow, Fast (up) arrow, or Fast (down) arrow to program new settings.
  - ▪ to change direction of the "Fast" keys, press the corresponding (up) or (down) arrow.
  - ▪ to recall a setting before Enter is pressed, press More Options, press Recall.
  - ▪ press Enter when programming complete.
  - ▪ press START/STOP key to begin or stop infusion.
  - ▪ verify settings on Standard Display page.
  - ▪ verify infusion status — INFUSING, STOPPED, ALARM, KVO, STANDBY, FAULT, SERVICE.
  - ▪ verify flow of solution from the drip chamber.
- ❑ Titration of Rate
  - ▪ access desired channel by pressing channel key (A, B, C).
  - ▪ change the rate by using the up arrow, down arrow, Fast (up) arrow, or Fast (down) arrow.
  - ▪ press Enter.
- ❑ Clearing the Volume Infused
  - ▪ access desired channel by pressing channel key (A, B, or C).
  - ▪ press Select until Volume Infused (VI) is highlighted.
  - ▪ press Clear to reset to zero.