EMERGENCY MEDICAL GUIDELINES

- ■ press Enter.
- ❑ Clearing the Total Volume Infused for all channels, primary and secondary
  - ■ press MORE OPTIONS until the Tot Vol softkey appears.
  - ■ press Tot Vol. Total volume page appears.
  - ■ press Clr Tot. All values for each channel will clear and flash.
  - ■ press Enter.
- ❑ Stopping a channel
  - ■ temporarily
    - ■ access channel by pressing channel key (A, B, C).
    - ■ press START/STOP key. Infusion status STOPPED on Channel page.
  - ■ indefinitely
    - ■ access desired channel by pressing channel key (A, B, C).
    - ■ press START/STOP key. Infusion status STOPPED on Channel page.
    - ■ return to the Standard Display page.
    - ■ press Stndby softkey
    - ■ standby option is only available on Standard Display page, when cassette is in a STOPPED channel.
- ❑ Clearing information from the standard display page when not in use
  - ■ the channel must be stopped and the cassette removed.
  - ■ the channel must not be selected, i.e. Status line for that channel must not be highlighted.
  - ■ to clear the Status line highlighting, press any infusing channel key.
  - ■ the information for the channel not in use will disappear from the Standard Display page after 2 minutes.

*Figure 23*

# INTRAMUSCULAR MEDICATION ADMINISTRATION

## Procedure
- ❑ Explain the procedure to the patient
- ❑ Verify the patient has no allergies to the medication
- ❑ Prepare a syringe of proper volume and attach a 21 gauge 1½ inch needle
- ❑ Verify the name and concentration of the medication; inspect the solution for discoloration, cloudiness, or particles; check expiration date
- ❑ Disinfect the deltoid muscle using an antiseptic swab
  - ■ medication can also be given in the upper–outer quadrant of the buttocks
- ❑ Recheck the medication
- ❑ Using one hand, stretch skin layer apart and flatten between fingers. Holding the syringe in the other hand, quickly insert the needle at a 90 degree angle in to the muscle (*See Figure* 23, 24).
- ❑ Pull back on the plunger to insure the needle has not entered an artery or vein by accident; there should be no blood return into the syringe
- ❑ Inject the medication
- ❑ Quickly remove the syringe and apply firm pressure over the injection site
- ❑ Properly dispose of the needle and monitor the patient for adverse reactions

## Pediatric
- ❑ Needle size should be 23–25 gauge and length 1 inch
- ❑ Recommended site is anterior thigh or upper–outer quadrant of the buttocks

*Figure 24*

*Figure 25*

PROCEDURAL GUIDELINES



*Figure 25a*



*Figure 26*

*Figure 27*

# INTRAOSSEOUS INFUSIONS

## Indications

- ☐ Multi system trauma with associated shock and/or severe hypovolemia
- ☐ Unresponsive and in need of immediate drug or fluid resuscitation due to:
  - ▣ burns
  - ▣ cardiac arrest
  - ▣ anaphylaxis
  - ▣ near–drowning
  - ▣ status asthmaticus
  - ▣ severe dehydration associated with vascular collapse and/or loss of consciousness

## Contraindications

- ☐ Fracture or crush injury to the same extremity
- ☐ Gross infection at the intended site of puncture
- ☐ Responsive patient (unless cardiac arrest is imminent)

## Caution

- ☐ No more than one insertion attempt per bone
- ☐ If the needle becomes obstructed, attempt to clear by flushing with saline. If this is unsuccessful, insert a clean needle of a smaller diameter through the center of the original needle
- ☐ Use of sterile procedure should be documented on the run report due to rare but serious side affect of osteomyelitis (inflammation of the bone, especially the marrow, caused by a pathogenic organism)

## Procedure

- ☐ There are two sites available for intraosseous infusion in the tibia. Children under seven years old, use the proximal tibia, which is located two finger widths below the tibia tuberosity on the anterior medial aspect of the leg (*See Figure* 25, 25a). Children over seven years of age, use the flat portion of the lower tibia approximately 2 cm above the medial malleolus (*See Figure* 26) due to the thickness of the proximal tibia compared to that of the distal tibia in that age group.
- ☐ Choose appropriate site and cleanse with antiseptic swab
- ☐ Insert the intraosseous needle, directed slightly inferior to avoid the epiphyses (*See Figure* 27), into the tibia using firm pressure and a boring motion until entering the medullary cavity which is noted by a lack of resistance. The needle will feel firmly fixed in place.
- ☐ Remove the stylet and attach a 3–way stopcock with 10 cc syringe to the needle and flush. Look for infiltration around the site or no flow of the intravenous fluid. If either of these two are present discontinue the procedure, remove the needle and apply firm pressure for a minimum of 10 minutes.
- ☐ Once placement is confirmed, open fluid administration set. All fluids and medications may be administered via the intraosseous route.
- ☐ Secure the needle as you would an impaled object



*Figure 28*

# INTRAVENOUS CATHETER INSERTION

## Procedure

- ☐ Explain the procedure to the patient
- ☐ Assemble the equipment needed
  - ▣ appropriate infusion set
  - ▣ intravenous fluid
  - ▣ select the catheter to be inserted
  - ▣ antiseptic swab

EMERGENCY MEDICAL GUIDELINES

- ■ tourniquet
- ❑ Apply tourniquet if appropriate
- ❑ Select a suitable vein
- ❑ Prepare the venipuncture site
- ❑ Scrub the area with antiseptic swab starting above the vein and wiping vigorously in widening circles
- ❑ Align the catheter. With the bevel up, enter the skin at a 30–45 degree angle (*See Figure* 28). After entering the skin, lower the catheter to approximately a 15 degree angle to enter the vein. Enter the vein from the side or from the top. A "pop" should be felt upon entering the vein. Note blood return in the catheter.
  - ■ a bevel down technique may be used in pediatric patients or patients with fragile veins
- ❑ Slightly advance the catheter beyond this point to insure placement inside the lumen of the vein. Advance the catheter inside vein and withdraw the needle while holding the catheter steady. (A Venoject with adapter may also be used)
- ❑ If blood is required, it can be drawn from the IV catheter using a 10cc syringe, prior to attaching IV fluid tubing

Release the tourniquet

- ❑ Attach the IV tubing, and allow unimpeded flow of the IV solution. The flow should be steady. If the fluid is unsteady in nature, the catheter tip may be against the vein wall; pull back slightly



*Figure  29*

# INTRAVENOUS MEDICATION ADMINISTRATION

## BOLUS

### Caution
- ❑ Beware of run away IV flow rate

### Procedure
- ❑ Verify the name and concentration of the medication; inspect the solution for discoloration, cloudiness, or particles; check expiration date
- ❑ Disinfect the drug administration port of the IV line using an antiseptic swab
- ❑ Uncap the needle
- ❑ Recheck the medication
- ❑ Insert the needle in to the administration port; take care not to jam the needle straight through and out the opposite side
- ❑ Pinch the tubing above the port to prevent back flow of medication into the IV bag (*See Figure* 29); inject the medication (*See Figure* 30)
  - ■ check the IV site for patency to prevent any medication infiltration
- ❑ Open the IV line clamp to flush any remaining medication from the IV line, reset the clamp to the proper flow rate



*Figure  30*

# MUCOSAL ATOMIZATION DEVICE (MAD)

## INTRANASAL DRUG DELIVERY

The nasal route is an attractive method of drug delivery due to the rich vascular plexus that is present within the nasal cavity and the easy accessibility of this vascular bed. Because of this easily accessed vascular bed, nasal administration of medications is emerging as a promising method of delivering medications directly to the blood stream. This method of delivery can eliminate the need for intravenous catheters while still achieving rapid, effective blood levels of the medication administered.

PROCEDURAL GUIDELINES

**Advantages**
- The rich vascular plexus of the nasal cavity provides a direct route into the blood stream for medications that easily cross mucous membranes.
- Due to direct absorption into the blood stream, gastrointestinal destruction and hepatic first pass metabolism (destruction of drugs by the liver enzymes) are avoided, allowing more drug to be bioavailable than if it were administered orally.
- For many medications the rates of absorption and plasma concentrations are relatively comparable to that obtained by intravenous administration.
- Ease and convenience: This method of drug administration is essentially painless, does not require sterile technique, intravenous catheters or other invasive devices and it is immediately and readily available in all patients.
- Due to the close proximity of the olfactory nasal mucosa to the central nervous system, CSF drug concentrations may exceed plasma concentrations, making this an attractive method of rapidly achieving adequate CSF drug concentrations for centrally acting medications.

**Caution**
- Do not give more than 2ml of medication, more than that will just run out of the nose

**Indications**
- Fast medication delivery for:
  - Seizures
  - Sedation
  - Opiate overdose
  - Hypoglycemia
  - Intravenous access unobtainable or with a combative patient

**Contraindications**
- Bloody nose
- Large volumes of mucous production

**Medications able to be given intranasally**
- Ativan (Lorazepam)
- Glucagon
- Narcan (Naloxone)
- Versed (Midazolam)

**Procedure**
- Draw desired amount of medication into a syringe with luer-lock tip
- Attach MAD nasal atomizer to syringe
- Place atomizer within nostril
- Briskly compress syringe to administer 1/2 of the volume as atomized spray
- Remove and repeat in other nostril, so all the medication is administered
- Reassess the patient and continue with treatment protocol

---

# NEEDLESS IV SYSTEMS
- Should be used when available.
- Reduces the risk of accidental needle sticks.

**Components**
- Syringe Cannula
  - For drawing and administering medications from an ampule.  Blunt tipped.
- Vial Access Cannula

EMERGENCY MEDICAL GUIDELINES

- ◼ For drawing and administering medications from a vial; pointed tip will remain in vial.
- ❑ Saline lock device (i.e. Multi–access Port or MAP, Heplock)
  - ◼ Used for precautionary IV access
- ❑ Threaded Lock Cannula or Lever Lock Cannula
  - ◼ Used to secure IV tubing to saline lock device or medication access port on compatible tubing.
- ❑ Drug Vial Adapter
  - ◼ Used on multi–dose vials for syringe cannula usage.

# NERVE AGENT AUTO INJECTORS

The Paramedic may administer the prescribed nerve agent antidotes via an auto-injector for rescuers or patients who are exhibiting signs of organophospate poisoning. These signs include: pinpoint pupils, salivation, lacrimation, urination, defication, gastro-intestinal discomfort, emesis, respiratory difficuty, seizures, coma, or death. The Nerve Agent Auto Injectors include the Mark I, Atropen, and the CANA Kit. These kits should be used as indicated in the "Hazmat" Section. Only the Atropen is available in pediatric dosages. EMTs may self administer.

## Procedure

- ❑ Primary Assessment
- ❑ Verify the appropriate dosage auto-injector based on age and weight, check expiration date.
- ❑ Ensure patient is exhibiting signs of organophosphate poisoning as described above.
- ❑ Remove auto-injector safety cap.
- ❑ Select appropriate injection site.
  - ◼ Thigh – lateral portion of thigh, midway between waist and knee.
  - ◼ Buttock – upper outer quadrant.
- ❑ Push auto-injector firmly against site until injector activates.
- ❑ Hold in place until medication is fully injected (minimum of 10 seconds).
- ❑ Record time.
- ❑ Dispose of injector in biohazard container.
- ❑ Reassess patient.
- ❑ Re-adminster per dosing schedule in "Hazmat" Section

# NITROGLYCERIN IV

## Indications

- ❑ ST elevation in two or more contiguous leads of the 12 Lead EKG
- ❑ Continued chest pain partially relieved after 3 SL nitroglycerin when ST elevation is not present
- ❑ Congestive heart failure with moderate to severe dyspnea
- ❑ Hypertension with Physician Consult

## Contraindications

- ❑ Systolic blood pressure less than 100 mm/Hg
- ❑ Known allergy to nitrates
- ❑ Head trauma
- ❑ Hypovolemia

**Caution**

- ❑ Low absorption tubing does not have to be used in order to deliver accurate amounts of the medication.  The use of PVC tubing does not alter the dose being received by                    the patient.
- ❑ Utilize a double lumen catheter IV catheter or establish a second IV line.
    - ◼ At the medic's discretion, IV Nitro may be piggybacked as a last resort if no other IV site is available.  If this becomes necessary, piggyback the line at the lower hub of the regular tubing and use an 18 g needle advanced as much as possible through the lower hub.
- ❑ When transferring patient to ER staff be sure to close the lower roller clamp on the                    IV tubing.  If this is not done a large bolus of Nitro will be administered to the patient                    with potentially disastrous results.
- ❑ Nitro is absorbed through the skin; use caution not to expose any unprotected skin to this medication

---

# NITROUS OXIDE
## NITRONOX

Nitronox is a mixture of 50% Nitrous Oxide and 50% Oxygen

**Nitronox Equipment**

- ❑ Nitronox units are comprised of a Nitrous Oxide cylinder, a blending regulator and an Oxygen cylinder.
    - ◼ The Oxygen cylinder may or may mot be part of the Nitronox unit.  Some Nitronox units require a separate oxygen unit to connect the Nitronox unit.
- ❑ When turning the Nitronox unit on, turn on the Nitrous Oxide cylinder and the Oxygen cylinder.  The blending regulator gauge should indicate green.  This green zone indicates that the proper blending of Nitrous Oxide 50% with Oxygen is being maintained.
- ❑ Nitronox units that require a separate oxygen unit use a small Nitrous Oxide cylinder that is intended for single use.  This will require that the Nitrous Oxide cylinder be changed after each use.

**Indications**

- ❑ Nitronox is indicated for pre-hospital relief of pain.

**Contraindications**

- ❑ Any altered level of consciousness (i.e. alcohol intoxication or drug overdose).
- ❑ Head injury
- ❑ Hypotension or shock
- ❑ COPD
- ❑ Acute PE
- ❑ Chest Trauma, especially pneumothorax
- ❑ Nausea and vomiting
- ❑ Decompression sickness
- ❑ Air embolism
- ❑ Abdominal pain with distension or suspicion of obstruction
- ❑ Pregnancy (except during delivery, if mother is stable).
- ❑ Patient is unstable to self-administer Nitronox.

**Procedure**

- ❑ After the above contraindications have been excluded, Nitronox may be self-administered by the patient.

EMERGENCY MEDICAL GUIDELINES

- ❑ All vitals signs are to be monitored frequently and documented. The pulse oximeter should also be used. If the patient's vital signs become unstable or the patient becomes symptomatic from the side effects, discontinue Nitronox.
- ❑ Whenever Nitronox is administered to a patient, the patient will be transported ALS. Patients will not be released to a BLS unit for transport.
- ❑ Nitronox should be considered a drug and as with any drug, complications may develop. Proper precautions should always be taken.
  - ◼ The patient may also be given Oxygen via nasal cannula @ 4-6 LPM to maintain oxygen therapy when the Nitronox is not being administered by the patient.

# PIGGYBACK

**Indication**
- ❑ IV drug Therapy

**Contraindications**
- ❑ Allergies to medication
- ❑ Infiltration at IV Site

**Procedure**
- ❑ Prepare the necessary equipment
- ❑ Confirm that the patient is not allergic to medication
- ❑ Select the proper medication
- ❑ Verify the name and concentration of the medication; inspect the solution for discoloration, cloudiness, or particles; check expiration date
- ❑ Draw up medication / assemble pre–filled syringe
- ❑ Clean the medication administration port on IV bottle/bag, with antiseptic swab
- ❑ Carefully add medication to bottle
- ❑ Mix the fluid by inverting the bottle several times
- ❑ Place label on bottle/bag, identifying the medication and concentration
- ❑ Connect the administration set using aseptic technique
- ❑ Flush IV line and expel air
- ❑ Attach needle to IV line; use luer–lock application when available
- ❑ Clean medication port with antiseptic swab and insert needle
- ❑ Secure needle
- ❑ Stop flow of primary line
- ❑ Set pump infusion rate
- ❑ Monitor patient for desired affect

# RECTAL MEDICATION ADMINISTRATION

**Indications**
- ❑ For emergent medication administration when IV access is unobtainable in adults and children

**Procedure**
- ❑ Place medication in a needleless syringe
- ❑ Attach the plastic catheter of a 14 gauge IV catheter on the end of the syringe
- ❑ Lubricate the catheter
- ❑ Insert catheter past anal sphincter
- ❑ Inject medication; withdraw syringe

## SALINE LOCK

### Indications

- ❏ Patients who need or require IV access, but will probably not require fluids
- ❏ Hemodynamically stable patients complaining of:
  - ◾ COPD
  - ◾ dialysis problems
  - ◾ hypertension
  - ◾ post seizure
  - ◾ other precautionary IV access

### Procedure

- ❏ Cannulate vein, refer to INTRAVENOUS CATHETER INSERTION PROCEDURAL GUIDELINE *(SEE PAGE P-47)*
- ❏ Screw the saline lock onto the hub of the catheter
- ❏ Flush the saline lock with 2–3 cc of bacteriostatic 0.9% NaCl to confirm placement in the vein and to flush the saline lock and catheter of blood
- ❏ Fluids may be piggybacked to the saline lock if needed
- ❏ If medications are administered via the saline lock, flush the saline lock with 1–2 cc of NaCl after the medication is given

*Figure 31*

## SUBCUTANEOUS MEDICATION ADMINISTRATION

### Procedure

- ❏ Explain the procedure to the patient
- ❏ Verify that the patient has no allergies to the medication
- ❏ Prepare a 1 cc syringe and attach a subcutaneous needle (short 25–30 g)
- ❏ Verify the name and concentration of the medication; inspect the solution for discoloration, cloudiness, or particles; check expiration date
- ❏ Disinfect the site using an antiseptic swab
- ❏ With one hand, gently grasp the skin over the injection site and pull it away from the underlying muscle *(See Figure 47)*
- ❏ Insert the needle into the subcutaneous tissue at a 45 degree angle to the skin *(See Figure 48)*
- ❏ Gently pull back on the plunger to verify an artery or vein has not been entered; there should be no blood return
- ❏ Inject the medication
- ❏ Quickly withdraw the needle at the same angle it was inserted; apply firm pressure to the injection site
- ❏ Properly dispose of the syringe
- ❏ Monitor the patient for adverse reactions

*Figure 32*

## UMBILICAL VENOUS CATHETERIZATION

### Indications

- ❏ Asphyxiated newborn
- ❏ Hypovolemia
- ❏ Last resort for venous catheterization

EMERGENCY MEDICAL GUIDELINES

**Contraindications**
- ❏ Non–Symptomatic newborn
- ❏ Other venous access available

**Caution**
- ❏ Hypertension
- ❏ Thrombosis
- ❏ To far of a placement of the catheter, may irritate the liver
- ❏ Reassessment of vascular site for patent access
- ❏ IV overload

**Procedure**
- ❏ Obtain the proper equipment needed for procedure
- ❏ Umbilical tape or equivalent
- ❏ Scissors
- [
- [
- [
- [
- [
- [

Appl
- [



:wborn,

access
:ure line



# General

## BLOOD ALCOHOL SAMPLING

### Legal Interpretation

FS Chapter 316.1932(2)(f)(2)

"Only a physician, certified paramedic, ...acting at the request of a law enforcement officer, may withdraw blood for the purpose of determining the alcohol content thereof or the presence of chemical substances or controlled substances thererin..."

### Caution

❑ Drawing a blood alcohol sample SHOULD NOT DELAY TRANSPORT of the critical patient!

### Procedure

❑ The EMS run report shall contain the following information (if applicable)
  ◾ A blood alcohol kit was used
  ◾ Betadine (providone-iodine) solution (or hydrogen peroxide/acetone if allergic to iodine) was used for the skin preparation
  ◾ Name of the law enforcement officer requesting blood sample
  ◾ Time of draw
  ◾ If paramedic drawing samples is different from the one signing the report, that paramedic will sign under the above information
❑ All blood samples taken shall be surrendered to the requesting law enforcement officer
❑ The paramedic
  ◾ May be required to obtain multiple samples
  ◾ Shall obtain a minimum of two samples per person/per draw
  ◾ Shall render emergency medical service or treatment as necessary prior to the drawing of blood and alcohol samples
  ◾ Shall obtain alcohol samples only at the request of a law enforcement officer either in the field, upon arrival in the Emergency Department, or in the law enforcement facility

EMERGENCY MEDICAL GUIDELINES

# BLOOD GLUCOSE LEVEL

This procedure is used as a gauge for treatment.  Consider administration of $D_{50}$ for any reading of 60 mg/dl or less.  $D_{50}$ use not considered in CVA unless reading less than 50mg/dl

### Indications
- ❑ Any change from the patients normal mental status
- ❑ Unconscious/unresponsive patients
- ❑ Stroke victims
- ❑ Alcoholic patients
- ❑ Seizure patients
- ❑ Patients with known diabetes, if the complaint warrants a glucose check

## GLUCOMETER ELITE
### Application/Use
- ❑ Insert the lancet into the glucolet pen
- ❑ Insert the test strip into the glucometer until an audible beep is heard
- ❑ Cleanse the finger with a antiseptic swab and allow to dry
- ❑ Perform a finger stick using a lancing device; dispose of the device once used
- ❑ If necessary, gently squeeze the finger to obtain a sufficient blood sample
- ❑ Touch the tip of the strip to the blood; the blood will be automatically be drawn into the test strip.  Once the meter beeps remove the strip from the blood source.
- ❑ The blood glucose level will be shown after 60 seconds
- ❑ Once the blood is obtained remove and dispose of the strip and record the reading
  - ▪ a reading of LO indicates a blood glucose level less than 40 mg/dl
  - ▪ a reading of HI indicates a level above 500 mg/dl

## ONE TOUCH
### Application/Use
- ❑ Press the ON/OFF button to turn the meter on
- ❑ When the meter reads INSERT STRIP carefully remove a test strip from the package being careful not to touch the white test area, and insert into the meter
- ❑ Apply the blood sample to the white test area
- ❑ The meter will begin a count down and will show the results within 45 seconds
  - ▪ the meter will show readings between 0–600 mg/dL
  - ▪ if the results are above 600 mg/dl the meter will read HIGH
- ❑ Clean unit after each use

# BROSELOW PEDIATRIC EMERGENCY TAPE

### Application/Use
- ❑ Place the Brosel... ...lored s... ...supine child with the red... ...om th... ...les of the feet. Whichev... ...bottoms of the child's fe... ...rovide the appropriate siz... ...of airway equipment to be utilized... ...length falls at the extrem... ...respective co... ...closest color category an... ...lines.
- ❑ Immediately nex... ...the color zones are the weight zones whic... ...proper drug dosages for **MEASURE CHILD TO DETERMINE** resuscitation withi**WEIGHT COLOR ZONES**or / airway zones,

*03/01/05*

PROCEDURAL GUIDELINES

consult the weight / dosage zone that aligns with the bottom of the patient's feet. If the actual weight of the patient is available, however, use the tape as a calculator by going directly to the respective weight / dosage zone.
- ❑ On the opposite side of the tape are weight zones which, when measured against the supine child in the above described manner, provide the appropriate calculations for infusions, fluid volume expansion, paralytics, defasciculating agents and induction agents

# COLIN BLOOD PRESSURE MONITOR

### Indications
- ❑ Continuous blood pressure monitoring

### Caution
- ❑ Unusual readings need to be confirmed with traditional procedures
- ❑ The machine will reinflate if the systolic pressure is high

### Application/Use

- ❑ Select the proper sized cuff
- ❑ Be sure the air line is without any kinks
- ❑ Turn the unit on and allow it perform its self-test
- ❑ Press the start button
- ❑ Adjust the interval times (5 to 10 min for stable patients)
- ❑ The alarm may be silenced by pressing the white alarm button
- ❑ The alarm limits may be adjusted

# CRITICARE 506DX2 VITALCARE VITAL SIGNS MONITOR

### Indications
Automatic monitoring of Non-invasive Blood Pressure (NIBP) and Pulse Oximetry (SpO$_2$)
Temperature monitoring (oral and rectal)

### Caution
- ❑ Use only Criticare blood pressure cuffs for accurate readings
- ❑ Prolonged use of blood pressure cuffs and pulse oximetry probes can cause tissue damage.
- ❑ Periodically check patient.

### Procedure
1. Turn power on and allow unit to self-test
2. Blood Pressure
3. Select proper size cuff and secure onto patient's arm
4. Make sure that there are no kinks or other obstructions in the hose
5. Press the NIBP Start /Stop button to take the reading.
6. Adjust the interval time

EMERGENCY MEDICAL GUIDELINES

**Pulse Oximetry**
1. Place the finger sensor on the patient's finger with the LED's positioned on the nail side.
2. Attempt to place sensor on the opposite extremity that the blood pressure cuff is on.
3. Reading will automatically appear

**Temperature (if installed on machine)**
1. Install the desired probe (blue for oral, red for rectal)
2. Place IVAC brand probe cover onto probe
3. Temperature will start to be taken when probe makes contact with tissue.
4. Temperature is done when you hear an audible tone and either "F" or "C" will be displayed with the reading.
5. Eject probe cover by pushing on the colored end of the probe.

# DO NOT RESUSCITATE ORDER (DNRO)

## WHAT TO DO
- ❑ Get the original Florida Pre-hospital Do Not Resuscitate Order (DNRO), DOH Form 1896, Oct '93, or substantially equivalent. Copies of the form are acceptable.
- ❑ Validate the form for completeness
  - ▪ patient or surrogate's signature properly executed
  - ▪ physician's signature properly executed
- ❑ Identify the patient
  - ▪ photo identification (i.e. driver's license), or
  - ▪ witness
- ❑ Provide any care and comfort measures indicated
- ❑ Document information
  - ▪ effective date of DNRO
  - ▪ witness used for identification (if applicable)
  - ▪ attending physician
  - ▪ name of patient or surrogate who signed DNRO
  - ▪ attach original (or validated copy) DNRO to run report

# DOPPLER MEDISONIC

## Indications
- ❑ Used for detecting very faint sounds (PEA, bruits, distal pulses, etc)
- ❑ Used in Obstetrics (fetal heart tones and stress detection during birth)

## Application/Use
- ❑ Sparingly apply ultrasound gel over the area to be assessed
- ❑ Place the doppler over the test site
- ❑ Press and hold the buttom until the audio is heard at a comfortable level
- ❑ Move the doppler in a circular motion until the desired sound is located

# FOLEY CATHETERIZATION

## Indications
To relieve bladder distention and maintain urinary tract patency, usually associated

PROCEDURAL GUIDELINES

with long patient transfers

**Caution**

This procedure requires the use of sterile technique, the provider must be familiar with the aspects of this techniques prior to attempting this procedure

**Procedure**

- ❏ Obtain catheter insertion kit
- ❏ Explain procedure to patient
- ❏ Open catheter insertion kit and place in an accessible location
- ❏ Put on sterile gloves using sterile technique
- ❏ Place drapes over perineal area
- ❏ Examine catheter and check to see if it is securely attached to drainage bag and attach syringe with sterile water to injection port
- ❏ Apply lubricant to catheter tip
- ❏ Cleanse urinary meatus using cotton soaked with antiseptic solution
  - ▪ females—start above the meatus and wipe downward to the perineum, repeat several times using a new cotton ball each time
  - ▪ males—cleanse in a circular motion from the meatus downward to the base of the glans, repeat several times using a new cotton ball each time



- ❏ Insert lubricated catheter tip into urethra and ask patient to take a deep breath and exhale slowly
- ❏ Advance catheter until urine is noted and advance approx. 2–3cm further to ensure balloon is in the bladder
- ❏ Inject the sterile water into the port and pull gently on the catheter until resistance is met
- ❏ Place drainage bag below level of the bladder
- ❏ Tape catheter to inner thigh and make sure the system drains freely
- ❏ Measure and document amount of urine output

# MORGAN MEDI—FLOW® LENS

**Indication**

Anytime an eye injury needs to be irrigated.

**Procedure**

**Insertion**

- ❏ Apply topical anesthetic to eye, if available.
- ❏ Attach IV set or Morgan delivery set.
- ❏ Begin flow.
- ❏ Have patient look down, insert lens under upper eyelid. Have the patient look up, retract lower lid, and drop lens in place.
- ❏ Absorb outflow with towels or other cloth device.

**Removal**

- ❏ Have patient look up, retract lower lid.
- ❏ Slide lens out.

EMERGENCY MEDICAL GUIDELINES

# PHLEBOTOMY

### Procedure

- ❑ Assemble all equipment necessary for the procedure
- ❑ Explain the procedure to the patient
- ❑ Apply the tourniquet and visualize/palpate for a suitable vein
- ❑ Cleanse the venipuncture site using an antiseptic swab, moving in a circular motion from the center of the site to the outer portion of the site. Remember to cleanse the fingertip of the glove that is to used for palpating the site.
- ❑ Inspect the needle, syringe, or evacuated tube before performing the procedure
- ❑ Perform the venipuncture using one of the following methods:
    - ▪ evacuated tube method
        - ▪ grasp the patient's arm firmly, using the thumb to draw the skin taut; the vein is entered with the bevel of the needle upward; one hand should hold the tube while the other pushes the tube onto the holder
        - ▪ the tube should fill until the vacuum is exhausted and blood flow has ceased; if blood does not readily flow into the tube change the tube. If blood flow stops before an adequate amount of blood has been collected then pull back on the needle slightly
        - ▪ once the tube has filled, pull the tube off the holder prior to exiting the vein to avoid developing a hematoma at the site
    - ▪ syringe method
        - ▪ this method should be used on patients with more difficult veins
        - ▪ once venipuncture has been performed, if the blood flow stops, determine if the plunger is being pulled back too hard and adjust accordingly
        - ▪ once the venipuncture is complete, the blood must be transferred to a tube (the top of the red top tube may be removed for filling)
        - ▪ transfer the blood into a tube being certain not to force the blood into the tube (this could cause the tube to explode); hold the tube at a slight angle so that the blood flows down the side of the tube to avoid breakage of the blood cells
    - ▪ other methods
        - ▪ a winged infusion set with a vacutainer is generally used on pediatric patients and patients with very small/fragile veins



- ❑ Once the procedure has been completed be sure to remove the tourniquet, place a dressing on the site and label the tube with the patient's name, date, time, and collector's initials
- ❑ All supplies should be disposed of properly

ions
- ▪ chest trauma with dyspnea where inflation of the abdominal compartment will interfere with oxygenation
- ▪ distended abdomen (aortic aneurysm is possible exception)

# PROPAQ

**CAPABILITIES:**
- ❑ ECG monitoring
- ❑ Respirations
- ❑ Non–invasive Blood Pressure(NIBP)
- ❑ Pulse Oximetry (Nellcor)
- ❑ Mainstream $CO_2$

**OPERATION:**
- ❑ Initial Power Up:
- ❑ Turn unit on by using on/off switch located on the right side panel
- ❑ Select patient mode (adult, child, infant)
  - ▪ adult ' 9 years old
  - ▪ child = 45 weeks to 9 years
  - ▪ infant = neonate to 44 weeks
- ❑ To change mode, select: setup > more > change
- ❑ Unit is already set up for adult

**MONITOR ECG:**
- ❑ Apply leads as in normal ECG
- ❑ Respirations:
  - ▪ Respirations will automatically be recorded through the ECG

**NIBP:**
- ❑ Place the proper sized cuff on the patient's arm or thigh
- ❑ Auto or manual intervals may be set by:
  - ▪ Pressing Auto/Man button
  - ▪ Pressing Interval button to desired interval
  - ▪ Pressing Start to initiate a measurement

# RADIO COMMUNICATIONS

Standard rules for open air communications will be used, and the team is encouraged to keep radio air time to less than 30 seconds for routine encodes. Describe the problem in enough detail to explain treatment initiated and rationale for request, and to advise the hospital of the nature and seriousness of the patient's problem so that they can be appropriately prepared for your arrival. Significant objective findings may need to take precedence over a detailed history.

**SUGGESTED ENCODE FORMAT**
- ❑ Identify unit ID and paramedic/EMT name, priority/level of care, objective of communication (i.e. request for orders, notification, consultation, etc.)
- ❑ History to include patient description (number, age, sex), chief complaint, pertinent additinal symptoms, pertinent past history, pertinent medications
- ❑ Objective findings of patient's current condition, level of consciousness, vital signs, EKG rhythm, pertinent findings
- ❑ Treatment in progress and response to treatment, requests
- ❑ Estimated time of arrival at ER

EMERGENCY MEDICAL GUIDELINES

---

# RESPONDER INFLATABLE PEDIATRIC SEAT

**Indications**

❑ Properly secure pediatric patients that weight between 20 and 40 pounds with a maximum height of 40 inches during transport to the Emergency Department.

■ Note: The Responder Inflatable Pediatric Seat is certified for use in motor vehicles and aircraft. The kit contains one (1) pediatric seat, (1) 12volt DC pump, (1) I-clip, (1) corrugated hose.

**Caution**

❑ Make sure the pump is switched off before plugging it into the cigarette lighter.

**To Inflate**

❑ Connect one end of the corrugated hose to "inflate" on pump and the other end to the valve on the seat. You will hear a "click" when properly attached.

❑ Open the Pedi-Seat. Do not put anything on the seat during inflation.

❑ Turn the pump switch on and inflate for approximately 60 seconds (the sides will be firm and the bottom will be softer.

❑ Turn the pump switch off, unplug hose from seat and cap the seat valve.

❑ Secure Pedi-Seat to rescue. Use the I-clip if securing with a lap-shoulder belt.

**To Deflate**

❑ Connect one end of hose to "deflate" on pump and the other end to the valve on seat. Some air will be released at this time.

❑ Make sure the pump is off before plugging into cigarette lighter.

❑ Turn the pump switch on and deflate for approximately 60 seconds.

❑ Turn the pump switch off, unplug the hose and cap the seat valve.

❑ Ensure seat is properly cleaned with mild soap / disinfectant such as Cidex

❑ Fold the seat and store all components in carrying case.



For babies under 12 months, pull pinna straight back.

*Figure 33*

---

# SUSPECTED CHILD/OTHER ABUSE

The State of Florida has strict concise laws regarding the reporting of suspected abuse and/or neglect of children, the elderly and the disabled. Should the team encounter a patient within one of these three groups whom they know or have reason to suspect has been abused or neglected, they have both a legal and moral obligation to report same.

Suspected instances of abuse or neglect are to be reported. Even though local authorities have been advised, notification of DOH is mandatory (per state law).



For all others, grasp pinna and pull up and back.

*Figure 34*

PROCEDURAL GUIDELINES

# THERMOSCAN THERMOMETER

### Caution
- ❑ The Pro–2 should not be used on any patient's ear which exhibits symptoms of an acute or chronic inflammatory condition of the external ear canal
- ❑ Do not take a temperature on an ear that contains blood or purulent discharge

### Application/Use
- ❑ Make sure the thermometer is in the proper mode for the patient's age
- ❑ Install a cover on the probe by pressing the probe barrel straight down into the opened cover until you feel and see the cover seat securely, this will automatically turn the unit on
- ❑ All display segments will momentarily be displayed. When this is complete the display will show the temperature mode selected (i.e. ORAL F) and the word READY
- ❑ If the patient is under one year of age, pull the ear pinna straight back, insert the probe, carefully but firmly to seal the ear canal and press the top button (*See Figure* 33); the button should be held down for one second
- ❑ If the patient is over one year of age or an adult the ear pinna should be pulled both up and back (*See Figure* 34); the button should be held down for one second
- ❑ Eject the disposable probe cover by pressing the eject button



# TRAUMADEX

## INDICATIONS
Temporary treatment of severe bleeding

## Contraindications
Not for intravenous application and should never be injected into blood vessels. Should not be used on sucking chest wounds, open brain injuries with exposed brain tissue, and open fractures with exposed bone.

## Procedure
- ❑ Tear open package and remove the cover, using a twisting and bending motion.
- ❑ Clean and remove excess blood from the wound site, using a sterile bandage or gauze.
- ❑ Identify the source of the bleeding, again removing any excess blood, then thoroughly cover the source and the wound bed with the TraumaDEX powder.
- ❑ Immediately reapply and maintain pressure at the source of the bleeding with a bandage or gauze

## Other information
This is a single–patient, single use product.
TraumaDEX will not interfere with would treatment at the ED.  Can be easily washed away without disturbing the clot.

EMERGENCY MEDICAL GUIDELINES

# TRAUMATIC BRAIN INJURY

**TRAUMA – Traumatic Brain Injury**
- Complete trauma assessment per Trauma Guidelines
- Stabilize C-Spine and assure adequate airway
- Perform baseline Glascow Coma Scale (GCS)
- Treat per pre-hospital triage for TBI guideline
- Maintain an SAO2 > 90%
- Maintain a systolic BP of >100 mmHg
- Transport to most appropriate receiving facility by most appropriate means per Trauma Transport Protocol (TTP)
- Recover any avulsed tissue if possible (ear, nose) and wrap in moist gauze

**Ocular Injury**
- Treat specific ocular injury - blunt or penetratingAdminister Tetracaine 1-2 gtts. in affected eye prn for pain. Can be used with contact lens
  - Control bleeding with gentle pressure over wound site
- Stabilize protruding foreign bodies with moist sterile dressings, protect and cover both eyes if applicable
- Remove contact lenses if management of injury is complicated by their presence (ie. chemical burns)

PROCEDURAL GUIDELINES

## TRIAGE FOR THE TRAUMATIC BRAIN INJURY PATIENT



EMERGENCY MEDICAL GUIDELINES

| Treatment: Ventilation Rates (approximate) | Transport Decisions |
|---|---|
| Normal Ventilation Breaths Per Minute<br><br>Adults 10 bpm<br>Children 20 bpm<br>Infants 25 bpm<br><br>Hyperventilation Breaths Per Minute<br><br>Adults 20 bpm<br>Children 30 bpm<br>Infants 35 bpm | The recommended hospital destination may not always be possible given the variality of local resources and transport times. The decision for EMS personnel to follow these recommendations should be based upon discussion and approval by the EMS Division Chief and/or local Medical Control. |

EMERGENCY MEDICAL GUIDELINES

# Immobilization



## AMBU PERFIT ACE

### Collar Assembly

- ❑ Hold collar near tracheal opening with one hand and place the index finger on the foam side of the chin piece and the thumb on the plastic side of the chin piece
- ❑ Simply flip the chin piece from the back of the collar to the front of the collar
- ❑ This automatically forms the chin piece and places it in position of function

### Procedure for use

- ❑ Have one rescuer gently hold the head and neck in neutral alignment
- ❑ Second rescuer applies the collar to the patient
- ❑ Collar comes packaged to a Neckless Size 3.  If a larger size is needed, disengage safety locks by pulling up on the safety buttons.  Simply pull the collar apart until the appropriate size is reached
- ❑ Reengage the safety locks by pushing down on the safety buttons
- ❑ If a smaller size is needed, disengage the safety locks and pull out the arrows.
- ❑ Adjust the collar to appropriate size then push in the arrows and reengage the safety locks.



## CERVICAL IMMOBILIZATION DEVICE (C.I.D.)

Approved devices:  Ferno CID, Headbed II, Sta-Blocks

### Indications

- ❑ Used in conjunction with a rigid cervical collar to secure a patient's head to a long spine board or similar device, when a neck injury is suspected

### Application/Use

- ❑ Apply a rigid cervical collar per guidelines
- ❑ Transfer the patient to a backboard using accepted technique
- ❑ Position approved device under the patient's head and affix to the board (Ferno CID is attached to the board prior to patient transfer and is reusable)
- ❑ Position support blocks or side panels against the head on each side
- ❑ Ferno CID only- the angled side of the support blocks may be placed next to the patient's head in cases where inline position cannot be maintained and the patient must be immobilized in position found
- ❑ Maintain neutral alignment of the head and neck and use straps provided to secure patient to the device
- ❑ Clean or dispose of the devices per department guidelines



# HALF BACK EXTRICATION/LIFT HARNESS

**Indications**

- ❏ The LSP Half Back (*See Figure* 35) is a versatile, short body immobilization board designed for suspected cervical/spinal injuries during confined space extrication, i.e. auto accident, storage tank, sewer, construction area, etc.
- ❏ This device will be employed when a patient has a suspected cervical/spinal injury and must be extricated from any position other than lying (where the patient could be log rolled directly onto a backboard) except as noted below

**Caution**

- ❏ The device is applied quickly with very little time cost, but a patient with immediate life threatening injuries is extricated directly without employing the Half Back (at the discretion of the on-scene medical authority)

**Application/Use**

- ❏ Manual C-spine immobilization
- ❏ C-collar applied
- ❏ Remove any eyeglasses and articles from shirt pocket(s)
- ❏ Open Half Back, remove head harness, do not remove straps from pockets
- ❏ Insert Half Back behind patient
- ❏ Position sides under patient's arms
- ❏ Release padded leg straps to expose torso strap pockets
- ❏ Connect torso straps (color coded); leave loose
- ❏ Connect shoulder straps (color coded); adjust to bring sides of Half Back against patient's underarm
- ❏ Tighten torso straps
- ❏ Remove a leg strap from pocket; place webbing portion (not padding) under patient's leg at knee; work webbing back and forth under leg to the groin area; pull padded section under leg; connect (color coded) and tighten strap; repeat with other leg
- ❏ Disengage velcro from chin and forehead strap on head harness; grasp head harness by velcro flaps that attach harness to Half Back; position top of head harness to patient's head; secure velcro flaps to Half Back; secure forehead strap (near eyebrows); secure chin strap
- ❏ Release manual C-spine immobilization
- ❏ Extricate patient
- ❏ Place patient on backboard/Miller Board
- ❏ Loosen leg straps
- ❏ Secure patient on backboard/Miller Board



*Figure 35*

EMERGENCY MEDICAL GUIDELINES



*Figure 36*

# KENDRICK EXTRICATION DEVICE (KED)

### Indications
- ❏ The KED (*See Figure* 36) device is employed when a patient has a suspected cervical/spinal injury and must be extricated from any position were the patient cannot be directly placed (log roll or standing) onto a backboard.

### Caution
- ❏ The device is applied quickly with very little time cost, but a patient with immediate life threatening injuries is extricated directly without employing the KED (at the discretion of the on–scene medical authority).

### Application/Use
- ❏ Establish manual cervical support
- ❏ Apply cervical collar
- ❏ Maintain in–line cervical support
- ❏ Move patient's torso forward as a unit
- ❏ Place the KED behind the patient, ensuring it is all the way down to the seat
- ❏ Position side flaps under patient's armpits and around torso
- ❏ Fasten the mid torso strap
- ❏ Fasten the lower torso strap
- ❏ Position and fasten the groin straps
- ❏ Pad any space between the occiput and the upper portion of the KED
- ❏ Attach the forehead strap
- ❏ Attach the lower strap around the collar
  - ■ roller bandage (Kling) may be used in place of head straps as long as it secures the head in the same manner as the straps
- ❏ Fasten the upper torso strap
- ❏ Check all straps to ensure they are snug
- ❏ Loosen groin straps when placing patient supine for immobilization

# LONG SPINE IMMOBILIZATION

### Indications
- ❏ Any patient of an MVA, fall, or where mechanism of injury suggests possible spinal injury
- ❏ Any trauma patient who complains of pain in the head, neck, or back
- ❏ Any trauma patient who may have injury to the spine but in whom evaluation is difficult due to altered mental status (i.e. drugs, alcohol, unconsciousness)

### Application/Use
- ❏ Manual C–spine immobilization
- ❏ C–collar applied
- ❏ Halfback/KED applied (if applicable)
- ❏ Position rescuer 1 at the head of patient (maintaining C–spine), rescuer 2 at the shoulders, rescuer 3 at the hips; backboard is place alongside the patient
- ❏ Rescuer 1 commands all movements
- ❏ Log roll placement
  - ■ rescuer 1 makes a preparatory count to three and the patient is gently log rolled up on the three count; Rescuers 2 and 3 perform the roll while rescuer 1 maintains neutral C–spine alignment

*03/01/05*

- ▣ the backboard is slid into place by Rescuer 3 (with one hand) or by additional personnel
- ▣ rescuer 1 makes a preparatory count to three and the patient is gently log rolled down on the three count; Rescuers 2 and 3 perform the roll while rescuer 1 maintains neutral C–spine alignment
- ❏ Alternative placement techniques
  - ▣ standing
  - ▣ sliding
  - ▣ placement with scoop–type device
- ❏ Double X Strapping
  - ▣ there are four preconnected female straps attached to the long board. Two are placed over the shoulders and onto the chest, with the other two attached at mid chest (just under arm pit).
  - ▣ there are four male straps with speed clips. Two are to be speed clipped to the pins by the patients's upper thighs and crisscrossed to the shoulders. The other two males will be speed clipped to the pins by the patient's ankles and crisscrossed to the females at mid chest (just under arm pit).
- ❏ Single X Strapping
  - ▣ same as Double X Strapping except uses a single X strap method on the top and a single horizontal strap across the lower extremities
- ❏ Apply Cervical Immobilization Device
- ❏ Release manual C–spine immobilization; patient is ready for transport
  - ▣ Remember that the head is only immobilized after the body has been immobilized.

**Helmet Removal**

- ❏ Important Points About Helmet removal
  - ▣ Athletes wearing both helmets and shoulder pads (Football, Hockey and Rugby) are another special set of patients. Helmets used in different sports present different management problems for rescuers. The above-mentioned helmets are custom fitted to the individual and are therefore more difficult to remove. Unless special circumstances exist, such as respiratory distress coupled with an inability to access the airway, **THESE TYPE HELMETS SHOULD NOT BE REMOVED IN THE PREHOSPITAL SETTING.**
  - ▣ The athlete wearing shoulder pads has his neck in a neutral position when lying supine with a helmet in place. Athletic helmet design will generally allow easy access once the face guard is removed. The face guard can easily be removed with a screwdriver or a pair of trauma scissors.
  - ▣ On occasion, face guard screws may be rusted and you will be unable to remove it in the normal fashion. This occurs predominately with adolescents and nonprofessional athletes. In this case, the helmet must be removed and padding must be inserted under the head to keep the neck from hyperextending, or the shoulder pads must be cut away and removed.

After arrival at the emergency department the C-spine can be x-rayed with the helmet in place. Once the spine is evaluated, the helmet can be removed by stabilizing the head and neck, removing the cheek pads, releasing the air inflation system, and then sliding the helmet off in the usual manner.

In contrast, motorcycle helmets often must be removed in the prehospital setting. The removal technique is modified to accommodate the different designs. Motorcycle helmets are often designed with a continuous solid face guard that limits airway access. These helmets are not custom designed and frequently are poorly fitted to the patient. Their large size will usually produce significant neck flexion if left in place when the patient is placed on a backboard. Motorcycle accidents are usually associated with much more violent forces than are athletic injuries. The motorcycle helmet will make it difficult to

03/01/05

EMERGENCY MEDICAL GUIDELINES

stabilize the neck in a neutral position, may obstruct access to the airway, and may hide injuries to the head or neck; **MOTORCYCLE HELMETS SHOULD BE REMOVED IN THE PREHOSPITAL SETTING.**

**Removing A Motorcycle Helmet From A Patient With A Possible Cervical Spine Injury**

- ❏ Position yourself above or behind the patient, place your hands on each side of the helmet, and immobilize the head and neck by holding the helmet and the patient's neck
- ❏ Your partner positions himself to the side of the patient and removes the chin strap. Chin straps can usually be removed easily without cutting them.
- ❏ Your partner then assumes the stabilization by placing one hand under the neck and the occiput and the other hand on the anterior neck with the thumb pressing on one angle of the mandible and the index and middle fingers pressing on the other angle of the mandible
- ❏ You now remove the helmet by pulling out laterally on each side to clear the ears, and then up to remove. Tilt full-face helmets back to clear the nose (tilt the helmet, not the head)
- ❏ If the patient is wearing glasses, remove them through the visual opening before removing the full-face helmet. Your partner maintains steady immobilization of the neck during this procedure
- ❏ After removal of the helmet, you again assume immobilization of the neck by grasping the head on either side with your fingers holding one angle of the jaw and the occiput
- ❏ Your partner now applies a suitable rigid extrication collar.



# MILLER BOARD

**Indications**
- ❏ Any victim of trauma with obvious neurological deficit such as paralysis, weakness, or paresthesia (numbness or tingling)
- ❏ Any victim of trauma with severe facial or head injuries
- ❏ Any victim of trauma to multiple systems
- ❏ Any victim of trauma in critical condition (priority one or two) or is unconscious

**Contraindications**
- ❏ Patient weight greater than 250 pounds
- ❏ Children less than 65 pounds

**Caution**
- ❏ Overtightening straps may obstruct chest expansion or inhibit respiratory effort

**Application/Use**
- ❏ Manual C–spine immobilization
- ❏ C–collar applied
- ❏ Halfback / KED applied (if applicable)
- ❏ Open harness system and place board alongside the patient
- ❏ Position rescuer 1 at the head of patient (maintaining C–spine), rescuer 2 at shoulders, rescuer 3 at the hips
- ❏ Rescuer 1 commands all movements
- ❏ Rescuer 1 makes a preparatory count to 3 and the patient is gently log rolled up on the three count. Rescuers 2 and 3 perform the roll while rescuer 1 maintains neutral C–spine alignment
- ❏ The Miller Board is slid into place by Rescuer 3 (with one hand) or by additional personnel. The shoulder pins of the board are aligned with the top of the patient's shoulders; this alignment is essential to providing proper T–spine immobilization.

- ❑ Rescuer 1 makes a preparatory count to three and the patient is gently log rolled down on the three count.  Rescuers 2 and 3 perform the roll while Rescuer 1 maintains neutral C–spine alignment.
- ❑ Place the chest strap loosely over the patient's chest, excluding the arms, and thread through the pin.  Thread both shoulder straps through their corresponding pins and leave loose.  Position shoulder straps based on anatomical considerations and the condition of the victims chest.
- ❑ Tighten the chest strap; tighten the shoulder straps
- ❑ Thread and tighten the lower torso strap; patient's hands may be placed inside or outside of strap based on patient consideration
- ❑ Thread and tighten the leg and ankle straps
- ❑ Disengage velcro from chin and forehead strap on head harness; grasp head harness by velcro flaps that attach harness to Miller Board; position top of head harness to patient's head; secure velcro flaps to Miller Board; secure forehead strap (near eyebrows); secure chin strap
- ❑ Release manual C–spine
- ❑ Extricate patient; patient is ready for transport

# NAJO PEDI–AIR–ALIGN BACKBOARD

**Indications**
- ❑ Infants and children needing c–spine immobilization
- ❑ Weight rating up to 100 pounds

**Strapping Technique**
- ❑ Chest straps criss–cross across patient's chest
- ❑ Remainder of straps go across the body
- ❑ Wrist restraints can be used if needed.

**Broselow Color Coding**
- ❑ If the board is equipped with the Broselow Color Coding and the top of the patient's head starts in the brown area, follow the color–coding down the patient's left side of the board.
- ❑ If the top of the patient's head starts in the green area, follow the color–coding down the patient's right side of the board.



# RIGID CERVICAL COLLAR

Approved devices: Stiffneck, Stiffneck Select, Sure–Loc, WIZLoc and Philadel-phia
**Indications**
- ❑ Suspected cervical injury. All approved rigid cervical collars are designed to limit movement of the cervical spine in all patients in whom a cervical injury is suspected.

**Caution**
- ❑ These devices must always be used in conjunction with other immobilization adjuncts.  Proper sizing is critical for good patient care, improper sizing can cause hyperextension or lack of support.

**Procedure**

**Sizing**
- ❑ All approved devices rely on the same key dimension in sizing (figure 37,38,39)

*Figure 37*

EMERGENCY MEDICAL GUIDELINES



*Figure 38*



*Figure 39*

❑ The key dimension is the distance between the top of the patients shoulders where the collar will rest and the bottom plane of the patients chin (angle of the jaw)

## Stiffneck, Stiffneck Select and Philadelphia

❑ While the patient's head is being held in neutral alignment use finger width to visually measure the distance from the shoulder to the chin (key dimension)
❑ Use the finger measurement to select the collar size or adjustment that matches the key dimension
❑ Maintain neutral alignment of the head throughout application
❑ Position the chin piece by sliding the collar up the chest wall. Be sure the chin extends far enough onto the chin piece to cover the central fastener. Difficulty in positioning the chin piece may indicate the need for a shorter collar
❑ Slide the back portion of the collar behind the patients neck and affix the hook and loop fastener strap to the collar, the strap should be snug enough to maintain the chin piece in position
❑ Ensure that the chin piece stays in position during the application

## Sure–Loc and WIZLoc

❑ Maintain neutral alignment of the head throughout application
❑ The key dimension on the collar is the distance between sizing indicator and the lower rigid plastic band, not the foam padding
❑ WIZLoc Only–Pre adjust the occipital support based on visual inspection of the neck (Thick, Regular or Tall)
❑ Position the chin piece under the patient's chin
❑ Slide the back portion of the collar behind the patient's neck and loosely affix the hook and loop fastener strap to the collar
❑ Hold the bottom of the collar downward in contact with the patient's chest
❑ Raise the mandibular support until contact is made with the chin (do not exert upward pressure on the chin, the may cause further injury to the patient), lock the support in position
❑ Adjust the hook and loop fastener snug enough to maintain the chin piece in position
❑ Sure–Loc Only–Adjust the occipital support until contact is made with the patient's occiput (do not exert upward pressure after contact with the occiput is made, this may cause further injury to the patient), lock the support in position
❑ Ensure that the chin piece stays in position during the application
❑ Clean or dispose of collars according to department guidelines

## PATIENT RESTRAINTS

Restraints have the potential to produce serious consequences such as physical and psychological harm, loss of dignity, violation of an individual's rights, and even death. Accordingly, the use of restraints will be limited to situations where other treatment interventions have clearly failed to address the patient's presenting clinical needs and safety. Examples of alternative interventions may include but are not limited to utilization of adjustable stretcher restraint straps, soft roller bandage to cover and protect IV sites. Restraint is any method of physically restricting a person's freedom of movement, physical activity or normal access to his or her body.

### Indications

❑ Patients with Endotracheal tubes/trachs
❑ Patients with Invasive Catheters, lines and tubes
❑ Patients with Brain pathologies or injury

PROCEDURAL GUIDELINES

❑ Patients who are violent or could inflict potential harm to self or others due to an impaired psychological state and/or substance abuse

**Contraindications**

The potential risks of restraints are believed to be offset by the potential benefits of a better patient outcome (such as the patient being safer from activities and behaviors that could cause physical harm and lead to a chance of increased morbidity) as well as being safer for crew members.

**Caution**

❑ Loss of pulses, capillary refill and sensation can occur if restraints are overtightened

❑ Neurovascular exams shall be performed at 5 minute intervals during restraint

**Procedure**

❑ Explain reason for restraint to the patient, family, or significant other, prior to being initiated.

❑ Reassure the patient that this is not a punishment, but a safety precaution.

❑ Select the appropriate restraint, this should be adjusted to provide for patient comfort, but secure enough to assure effectiveness of device

❑ Apply according to the manufacturer's instructions. When wrist restraints are used cocurrently with ankle restraints, the restraint should be applied to one arm and the opposite leg (two point restraint) or to all four extremities (four point restraint) you should be able to slip one finger between the restraint and the patient's skin.

❑ Tie with easily released hitches (Quick–release knots) out of patient's reach.

❑ Position patient to prevent aspiration and to allow visual contact, maintain proper body alignment.

❑ Check pulses below the point of restraint to ensure circulation

❑ Check restraint integrity

# PEDIATRIC PATIENT IMMOBILIZATION

**Indications**

❑ Spinal immobilization, of pediatric patients who fit within the height and weight guidelines specific to the brand of pediatric immobilizer used

■ A.A. Kinder (*See Figure 40*)

■ infants and children up to 60 pounds

■ Ferno Pedi–Pac (*See Figure* 41)

■ patients 28–54 inches, and between 20–90 pounds

■ LSP Pedi–Immobilizer (*See Figure* 42)

■ infants and children up to 75 pounds

**Application/Use**

❑ While applying gentille in–line manual C–spine , immobilize the patient's head and neck (cervical spine) with a cervical collar or similar device.  Do not release until immobilization is complete.

❑ Place the immobilizer behind the patient for extrication (if applicable), or beside them if application is only for a backboard type use.  For this type of application, a proper "log rolling" technique should be used.

❑ While continuing manual c–spine, apply the straps to the body and extremities

❑ Secure the head with the CID, supplied by the manufacturer, and release manual c–spine

❑ Device should be secured to either stretcher or bench seat, prior to transportation



*Figure 40*



*Figure 41*



*Figure 42*

EMERGENCY MEDICAL GUIDELINES

## SPIDER–TYPE PATIENT STRAP

### Procedure
- ❑ Lay strap over patient with V toward the head and feet and centered on body
- ❑ Open Velcro straps
- ❑ Secure top V strap over patient's shoulders and through backboard
- ❑ Secure center body straps through backboard openings:
  - ▪ top strap over mid chest
  - ▪ mid strap over pelvis
  - ▪ lower strap over thighs above the knees
- ❑ Secure lower V strap around ankles and through the backboard
- ❑ Ensure all straps are snug before moving patient

## SPLINTING

The decision to splint should be based upon patient condition. When patient condition warrants "load and go," transport should not be delayed to splint extremity fractures. In the stable trauma patient, extremity fractures should be splinted prior to moving the patient.

### Caution
- ❑ Loss of pulses, capillary refill, movement and/or sensation can occur if the splint is overtightened or overinflated
- ❑ Care should be taken to carefully assess circulation, sensation and movement prior to and after splinting. If there is a loss of circulation after splinting make one attempt to realign the injury and reassess. Gross angulation of limbs that require alignment in order to stabilize, should be realigned along the long axis of the limb.
- ❑ Close straps and evacuate air from splint; discontinue air evacuation when splint is rigid
- ❑ Further immobilize as needed
- ❑ Reassess circulation, sensation and motor function

### Procedure
- ❑ Remove or cut away clothing to expose area of injury
- ❑ Control active bleeding
- ❑ Check distal pulses, capillary refill, sensation/movement prior to splinting
  - ▪ if distal pulses are absent in fractures or dislocations, one attempt to place the injury into anatomical position, may be attempted (consider pain control)
- ❑ Open wounds should be dressed and bandaged
- ❑ Use the most appropriate splint to immobilize the joint above and below the fracture site
- ❑ Dislocations should be immobilized to prevent any further movement of the joint
- ❑ Check distal pulses, capillary refill, sensation, and motor function after splinting

## VACUUM SPLINT

### Indications
- ❑ Any extremity fracture or injury

### Procedure
- ❑ Take C–Spine precaution as indicated by mechanism of injury
- ❑ Manually stabilize the extremity
- ❑ Expose the injury

*03/01/05*

PROCEDURAL GUIDELINES

❏ Assess circulation, sensation and motor response
❏ Choose appropriate size vacuum splint and form to injury; consider application of ice or cold pack to injury
❏ Close straps and evacuate air from splint; discontinue air evacuation when splint is rigid
❏ Further immobilize as needed
❏ Reassess circulation, sensation, and motor function

---

## STA-BLOCK HEAD IMMOBILZER

### WARNING

In cases of suspected spinal cord injury, proper immobilization is only one part of the total immobilization. It is imperative that the patient be properly immobilized to prevent any movement of the spinal column.

### POSITIONING THE STA-BLOK OCCIPITAL PAD

❏ Remove the occipital pad from the package and place pad under patient's head while maintaining neutral alignment of the patient's head and neck.
❏ Center the pad at the patient's temporal area.
❏ While holding the Sta-Blok occipital pad in place, pull the release liner to expose the adhesive backing material.
❏ After removing the release liner, press down firmly on the occipital pad.POSITIONING SIDE SUPPORT BLOCKS
❏ Place side support blocks against the head just above the patient's ears and press the hook down on the occipital pad.

### SECURING PATIENTS HEAD

❏ Take the soft white strap material and attach to the Sta-Blok support blocks with the hook. Make sure the strap goes over the forehead.

### FOR EXTRA SUPPORT AS CHIN STRAP or FOR PATIENT WEARING HELMET

❏ Severe weather strap will also be used, in addition to the hook and loop strap, around patient's neck for extra stability. Because of its length, the severe weather strap is ideal for use with a patient wearing a motorcycle or football helmet.
❏ The patient's face and airway must be accessible at all times.

# INTERFACILITY TRANSPORTS

**Purpose**

A patient may be transferred to another hospital if:

- ❏ The patient, family, or personal physician desires
- ❏ The sending physician must be in compliance with EMTALA guidelines on patient transfers, if the trip is a transfer as defined by EMTALA. Completion of the Physician's Certificate of Transfer form accomplishes this purpose.
- ❏ This transfer is arranged as a physician to physician transfer. Either the attending physician, or the Emergency Department Physician are authorized to arrange such transfers.
- ❏ Communications will verify acceptance of the patient by the receiving facility before the patient is moved.

**Procedure**

- ❏ Transport caregivers must receive a thorough and complete summary of the patient's condition, current treatment, possible complications, and other pertinent medical information. Patient ID must be verified. Transfer papers (summary, lab work, H&P's, consults, x-rays, cath films or CD's, etc.) should be given to the paramedic. If the patient has DNR orders, the original should always accompany the patient, once he or she is discharged.
- ❏ Treatment orders should be given to the paramedic. These orders should be in writing, or direct verbal order from the doctor who is initiating the transfer.
- ❏ All Code Three transports must have at least one IV access before going enroute. The only exception would be for a pediatric patient where the physician has determined that an IV would be detrimental to the patient.
- ❏ A specialty team member should accompany any patient whose needs exceed the scope and training of the transport personnel, e.g. obstetrics, neonates, or critical-care.
- ❏ If the hospital denies the request for additional personnel, the Medical Director, or supervisor should be contacted immediately.
- ❏ All medicated IV drips should be controlled by a battery-powered IV pump, with the only possible exceptions being vitamin or electrolyte drips.

**EMTALA Transfer Criteria**

**EMTALA:** EMERGENCY MEDICAL TREATMENT AND ACTIVE LABOR ACT

All previous references to COBRA have been replaced by EMTALA. At the time of this writing, new definitions and interpretations of this act are in the process of determination, and are essentially in a state of flux that is not likely to be resolved completely in the near or distant future, as change is a part of the nature of social legislation. Although it has been designed to cover emergency transports, whenever you have any doubt in your mind about the nature of a transport, a supervisor, or the Medical Director should be consulted.

- ❏ Transferring physician certifies the need/risk/benefits of transport.
- ❏ The patient must be accepted at the receiving facility, and has a designated accepting physician.
- ❏ The patient (or surrogate) agrees to the transfer.
- ❏ The level of care to be provided is specified and appropriate to the patient's condition to treat any reasonably foreseeable complication during transport.
- ❏ All orders from the transferring (sending) physician are clearly specified in writing and are appropriate for the level of training of the attending personnel and equipment provided.

**Ob Triage Guidelines**

- ❏ The final decision with acceptance of an OB transport rests with the supervisor of MD.

EMERGENCY MEDICAL GUIDELINES

## Routine Interfacility Tranports

❑ Routine Interfacility transports by private providers characteristically do not destinate in the ER. For this reason, normal communications via Medcom or physician's orders are not appropriate. If specific orders are not secured from the sending physician prior to transport, arrangements should be made to contact the appropriate physician via cell phone, or through dispatch as needed. The other alternative is to provide direct communications with the provider's Medical Director for physician's orders as needed.

❑ Because the documentation of *medical necessity* for authorization (especially by Medicare) of interfacility transports is done *post facto*, it is essential that copies of the History and Physicals, Consultations, laboratory results, Nursing Notes, Discharge Planner's instructions and Interfacility Transfer Summary be included with the patient care report. ICD-9 Codes are generally more geared toward pre-hospital, rather than interfacility transports. BLS transports, in most cases can only be justified by documentation of underlying conditions still present at the time of transport that support evidence that *transport by other means is medically contraindicated.*

## Arterial Lines
## Procedure

❑ Make sure that the line remains open at all times by insuring that the pressure infuser has approximately 300mm Hg pressure on the bag at all times.

❑ Flush the line by squeezing the flush valve.

❑ Periodically check the integrity of the tubing and all connections to the catheter, as well as catheter placement to avoid a bleed-out from a disruption of the system.

❑ Monitor the patient's hemodynamic and perfusion status.

❑ If the catheter should dislodge, hold direct pressure and treat as an arterial bleed.

## Specialty Team Transports

❑ During specialty transports, patient care is to be provided by the Specialty Transport Team.

❑ The EMS Team should assist within their level of training.

❑ Although the Specialty Transport Team is directly responsible for the care of the patient, the EMS Paramedic is nonetheless responsible for a full and complete Patient Care Report, including vital signs and an assessment consistent with state standards for documentation.

## Balloon Pumps
## Procedure

❑ All balloon pump transfers require additional manpower. An RN, Perfusionist, Critical-Care Paramedic or Respiratory Therapist trained in balloon-pump operation should accompany the crew.

❑ Modern balloon pumps no longer mount to the bottom of the stretcher and are self-standing units with their own set of wheels. Every effort must be taken to ensure that the members of the team transfer the stretcher, patient, and pump as a unit. Special care must be given to insure that the balloon pump is moved with the patient in a manner so as to prevent any compromise of the electronic and pressure lines connecting the balloon pump to the patient.

*03/01/05*

EMERGENCY MEDICAL GUIDELINES

# Multiple Casualty Incidents



The Multiple Casualty Incident can be effectively managed if the appropriate command is established and necessary resources committed. The difficulty lies in recognizing the size of command structure and quantity of resources needed for small to medium size inidents. This guideline quantifies command structure size and function based on the number of medical units responding to a given incident and/or the number of persons involved. This method will eliminate the possibility of too small a command structure for incoming units and will help avoid confusion. The triage system used with the MCI guideline is the START Method. This method will allow rapid triage to be performed in an efficient manner. The unit responses defined in the following MCI Level declarations are **additional** to the initially assigned ambulance.

---

## LEVEL 1 RESPONSE
- ❑ Defined as a single additional ambulance response, **OR**
- ❑ Incident involving 5–9 persons

**COMMAND**
- ❑ Incident Command established per Department SOG

**COMMUNICATIONS**
- ❑ Request designation of staging area from Command
- ❑ Assign tactical channel
- ❑ Notification only to local hospital
- ❑ Notification of EMS and shift supervisor

**TRIAGE**
- ❑ Performed by senior medical officer or designee
- ❑ Triage tagging not performed
- ❑ Patient log not used

**TREATMENT**
- ❑ Initiated at patient location
- ❑ Package per guidelines

**SUPPORT PERSONNEL**
- ❑ One engine

---

## LEVEL 2 RESPONSE
- ❑ Defined as a two or three additional ambulance response, **OR**
- ❑ Incident involving 10–20 persons

**COMMAND**
- ❑ Incident Command established per Department SOG

**COMMUNICATIONS**
- ❑ Request designation of staging area from Command
- ❑ Assign tactical channel
- ❑ Notify closest 2 hospitals, request number of patients they can receive
- ❑ Notification of EMS and shift supervisor

**MEDICAL COMMAND**
- ❑ Medical Command established by senior medical officer and reports directly to Incident Commander or Operations (if established)
- ❑ Management of patient area; refrain from patient involvement until all patients triaged
- ❑ Medical command assumes triage, treatment and transport officer roles
- ❑ Coordinates triage
- ❑ Establishes patient log

- ❑ Additional resources should be requested through Incident Command and given access and assignment instructions
- ❑ Assign resources to triaged patients based on priority

## TRIAGE
- ❑ Triage performed by designee of medical command
- ❑ Perform appropriate triage
- ❑ Note location of patient on tag (i.e. driver red vehicle)
- ❑ Triage results are reported to medical command

## SUPPORT PERSONNEL
- ❑ Two or three engines

# LEVEL 3 RESPONSE
- ❑ Defined as a four or greater ambulance response, **OR**
- ❑ Incident involving more than 20 persons

## COMMAND
- ❑ Incident Command established per Department SOG

## COMMUNICATIONS
- ❑ Request designation of staging area from Command
- ❑ Assign tactical channel
- ❑ Notify closest 3 hospitals, request number of patients they can receive
  - ■ Notify additional hospitals as needed
- ❑ Notification of shift supervisor

## MEDICAL COMMAND
- ❑ Medical Command established by senior medical officer and reports directly to Incident Commander or Operations (if established)
- ❑ Assign Triage Officer to establish Triage group
- ❑ Identify areas to be used for treatment
- ❑ Identify ambulance transport staging area (coordinated with Incident Command)
- ❑ Assign Treatment Officer to establish Treatment area in pre-selected location (8 or more patients)
- ❑ Assign Transport Officer to establish Transport area in pre-selected location (8 or more patients)
- ❑ Assign Medical Communications Officer (as needed; Transport Officer may double as Medical Communications in smaller incidents)

## TRIAGE
- ❑ Triage performed by Triage Officer and/or designee(s)
  - ■ when possible, patients are triaged where found and moved to appropriate treatment area; it may be appropriate to establish a triage area where patients are first moved from the incident site, triaged, then moved to appropriate treatment area
- ❑ All patients should be tagged with priority only for tracking
- ❑ Keep tally of total number of patients triaged and number assigned to each category
- ❑ Report patient numbers to Triage Officer at regular intervals
- ❑ Repeat triage sequence to monitor changes in condition
- ❑ If time and circumstances allow; perform more detailed assessment and write information on the tag while the Treatment group continues to move patients out of the triage area
- ❑ Depending on the incident size and available number of tags, colored tape may be substituted

EMERGENCY MEDICAL GUIDELINES

## TREATMENT

- ❑ Establish patient treatment area after conferring with Medical Command regarding location
- ❑ Assemble Treatment group personnel into two subgroups, one to perform basic packaging in triage area and then move patients to Green, Yellow or Red treatment areas
- ❑ and one to provide treatment within the treatment area so packaging groups may continue evacuating patients from the triage area ❑   Treatment personnel should fill out triage tag information as completely as possible noting patient, assessment and treatment information
- ❑ Uninjured victims should be kept in the Green treatment area until evaluated and released at the appropriate time by the Transport Officer (who must log all patients) or taken in a controlled manner away from the incident by the Transport Group
- ❑ A patient whose condition changes inside the treatment area should be moved to the appropriate Green, Yellow or Red area
- ❑ Name of person providing treatment should be noted on triage tag

## TRANSPORT

- ❑ Establish loading zone after conferring with Medical Command regarding location; consider proximity to treatment area and ambulance approach and exit routes
- ❑ Make sure transport personnel stay with their vehicles
- ❑ Assign patients from treatment areas to ambulances for transport
- ❑ Determine patient destination through coordination with Medical Communications Officer
- ❑ Only two stretcher patients and one ambulatory patient (in front seat) per ambulance
- ❑ Attempt to assign one Red, one Yellow and one Green patient per ambulance
- ❑ Do not assign more than one Red (priority 1) patient per ambulance
- ❑ As patients are queued for transport, separate transport control portion of triage tag
- ❑ Triage tag remains with patient for transport
- ❑ Supervise the actual loading of patients; if necessary, delegate the loading of ambulatory patients on buses
- ❑ As patients are loaded, give the transport control portion of the triage tags to the Medical Communications Officer and advise ambulance unit and destination
- ❑ Keep a unit ready for loading in the loading zone
- ❑ Do not allow patients to stack up in the loading zone

## MEDICAL COMMUNICATIONS OFFICER

- ❑ Record all patients and disposition in patient log
- ❑ Ensure all patients accounted for when loaded ambulance departs; request another ambulance move into loading zone from ambulance staging area         unit, total number of patients, priority and brief description (chief complaint) of each patient's condition
- ❑ Transporting units should not communicate directly with the receiving hospital unless the condition of the patient deteriorates and Medical Control contact is necessary for the management of the patient

## SUPPORT PERSONNEL

- ❑ Must be scaled to the size and nature of the response
- ❑ Consider the following needs:
  - ▪ number of personnel (command, medical, fire, law enforcement)
  - ▪ number of engines
  - ▪ special needs (buses, heavy equipment, etc.)

# JUMP START PEDIATRIC TRIAGE

❑ Step 1

All children who are able to walk are directed to the area designated for minor injuries, where they will undergo secondary (more involved) triage. At a minimum, secondary triage should consist of the RPM components of the JumpSTART algorithm. Infants who are developmentally unable to walk should be screened at the initial site (or at the secondary triage site for green patients if carried there by others), using the JumpSTART algorithm. If they satisfy all of the physiologic "delayed" criteria (i.e., fulfill no "immediate" criteria) and appear to have no significant external injury, infants may be triaged to the minor category.

NOTE: Children with special health care needs are often chronically unable to ambulate. These children can be triaged similar to infants who are developmentally unable to walk. Respiratory and circulatory parameters remain unchanged, although those with chronic respiratory problems may routinely have elevated respiratory rates. Neurological status may be difficult to judge due to lack of knowledge of a given patient's baseline function. A caregiver with knowledge of the children involved would be of invaluable assistance in this case, usually in the secondary triage stage. Be on the lookout for information about special needs children. There is a trend favoring brief medical data cards to be stored in the driver's area of buses and other vehicles routinely transporting children with special health care needs.

❑ Step 2A

Nonambulatory pediatric patients are initially assessed for presence/absence of spontaneous breathing. Any patient with spontaneous respirations is then assessed for respiratory rate (see Step 3). Any patient with absolute apnea or intermittent apnea (periods of more than 10 sec.) must have their airway opened by conventional positional techniques, including (limited) BLS airway foreign body (FB) clearance only if there is an obvious FB. If the patient resumes spontaneous respirations, a red ribbon (immediate) is applied and the triage officer moves on.

❑ Step 2B

If upper airway opening does not trigger spontaneous respirations, the rescuer palpates for a peripheral pulse (radial, brachial, pedal). If there is no peripheral pulse, the patient is tagged as deceased (black ribbon) and the triage officer moves on.

❑ Step 2C

If there is a palpable peripheral pulse, the rescuer gives 5 breaths (about 15 sec.) using mouth-to-mask/barrier technique. This is the pediatric "jumpstart". One mask (with one-way valve) should be available on every potential first-in EMS unit. (An adult mask may be used for a child if inverted.) Ventilatory face shields such as those marketed for CPR classes and public use may also be used. Cross-contamination is a minimal issue, as this is already occurring because triage personnel do not change gloves between patients. Also, children are somewhat less likely to have dangerous transmissible diseases and the number of children satisfying the criteria for a ventilatory trial will be relatively small. If the ventilatory trial fails to trigger spontaneous respirations, the child is classified as deceased. If spontaneous respirations resume, the patient is tagged as immediate and the triage officer moves on without providing further ventilations. The child may or may not still be breathing on arrival of other non-triage personnel. Appropriate intervention can then be determined based upon the resources available at the designated treatment site.

EMERGENCY MEDICAL GUIDELINES

❑ Step 3

All patients at this point have spontaneous respirations. If the respiratory rate is roughly 15-45 breaths/min proceed to Step 4 (assess perfusion).

*If the respiratory rate is less than 15 (slower than one breath every 4 seconds) or faster than 45 or very irregular, the patient is classified as immediate (red ribbon) and the triage officer moves on.*

❑ Step 4

All patients at this point have been judged to have "adequate" respirations. Assess perfusion by palpating peripheral pulses on an (apparently) uninjured limb. This has been substituted for capillary refill (CR) because of the variation in CR with body and environmental temperature and because it is a tactile technique more adaptable to poor environmental conditions.

*If there are palpable peripheral pulses, the rescuer assesses mental status (Step 5). If there are no peripheral pulses, the patient is categorized as an immediate patient (red ribbon) and the triage officer moves on.*

❑ Step 5

All patients at this point have "adequate" ABC's. The rescuer now performs a rapid "AVPU" assessment, keeping in mind the apparent developmental stage of the child. If the patient is alert, responds to voice, or responds appropriately to pain (localizes stimulus and withdraws or pushes it away), the patient is triaged in the delayed category (yellow ribbon).

If the child does not respond to voice and responds inappropriately to pain (only makes a noise or moves in a nonlocalizing fashion), has decorticate or decerebrate posturing, or is truly unresponsive, a red ribbon (immediate) is applied and the triage officer moves on.



JumpSTART Pediatric MCI Triage®

©Lou Romig MD, 2002

PROCEDURAL GUIDELINES

# SIMPLE TRIAGE AND RAPID TREATMENT (START)

❑ The system is a method of triage that is proved to be very effective and is based on three observations(i.e. RMP):
  ◾ **R**espiration
  ◾ **P**erfusion
  ◾ **M**ental status
❑ The four levels of triage are identified by color codes:
  ◾ Priority One (Red Tag)–immediate care; life threatening
  ◾ Priority Two (Yellow Tag)–urgent care; can delay treatment and transport up to one hour
  ◾ Priority Three (Green Tag)–delayed care; can delay treatment and transport up to three hours
  ◾ Priority Four (Black Tg)–no care required; dead patient
❑ Use the blue tags for contaminated patients in need of decontamination
❑ Move all walking wounded to the Green treatment area
❑ Begin by moving from patient to patient to assess the remaining victims
❑ Stop at each person for a quick assessment and tagging
❑ Each stop should not take more than 1 minute (Purpose at this point is to define and tag patients)
❑ Refer to the flow chart for methodology and corrective actions to be taken during triage



# Medical



## ABDOMINAL PAIN

### CAUTION!

Limit the use of phenergan in pediatrics with prolonged vomiting of unknown etiology.

**BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway

**ALS**
- ❑ EKG monitor
- ❑ IV 0.9% NaCl or LR KVO
- ❑ Nausea/Vomiting
  - ■ Promethazine (Phenergan) 6.25 - 12.5 mg IV **(Max 25 mg.)** or Dolasetron Mesylate (Anzemet) 12.5mg IV

**PHYSICIAN CONSULT**
- ❑ Nasogastric tube if indicated (prolonged transport time, GI bleed, distention, and hemoptysis)

**Pediatric**
- ❑ Nausea/Vomiting
  - ■ Promethazine (Phenergan) 0.25mg/kg IV not to exceed 12.5mg or Dolasetron Mesylate (Anzemet) 0.35mg/kg not to exceed 12.5mg for children 2-16 years

*Dilute Phenergan in 10cc NaCl before IV administration.*

*MCFR uses Ondansetron (Zofran) 4mg IV /IM over 30 seconds.  Ped 0.1mg/ kg over 30 seconds in place of or Anzemet*

---

## ALLERGIC REACTIONS

### CAUTION

Epinephrine should be administered with caution to patients > 60 years of age, pulse rate above 120, systolic blood pressure above 160 mm Hg, or hypertensive or cardiac history. Epinephrine and albuterol should be administered 2 to 3 minutes apart.
Rapid infusion of cimetidine (Tagamet) may cause hypotension and cardiac dysrhythmias.
Atrovent is **CONTRAINDICATED** in allergic reactions to peanut and soy products.

**BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Identify the cause of the reaction.  Remove source if possible (i.e. stinger from bee)
- ❑ Assist patient with personal EpiPen and/or personal albuterol inhaler PRN

**ALS**
- ❑ EKG monitor
- ❑ IV 0.9% NaCl KVO
  - ■ Large bore IVs wide open for severe reactions until systolic BP of 100 mm Hg is maintained.

**Mild Reaction** (itching and hives)
- ❑ Diphenhydramine (Benadryl) 25 mg IVP
- ❑ Cimetidine (Tagamet) 300 mg / 50 cc IV 0.9% NaCl infused over 15 minutes (50 gtts/ min 15gtt set)
- ❑ Methylprednisolone (Solu-Medrol) 125 mg IVP or dexamethasone (Decadron) 4mg IVP

*MCFR mixes Tagamet 300 mg in 100cc 0.9% NaCl run over 15 minutes. (100 gtts/min with a 15 gtt set)*

*10/7/2009*

M - 3

EMERGENCY MEDICAL GUIDELINES

*IM injection of Benadryl, Tagamet, and Solu–Medrol are appropriate when IV access is unobtainable.*

*SLCFD does not administer Tagament IM.*

*MCFR mixes Tagamet 300 mg in 100cc 0.9% NaCl run over 15 minutes. (100 gtts/min with a 15 gtt set)*

*MCFR mixes Tagamet 300 mg in 100cc 0.9% NaCl run over 15 minutes. (100 gtts/min with a 15 gtt set)*

**Moderate Reaction** (dyspnea, wheezing, chest tightness, or edema)
❑ Albuterol (Proventil, Ventolin) 2.5 mg and Atrovent 0.5mg via mini–nebulizer or via ETT with a BVM - repeat as needed
❑ Diphenhydramine (Benadryl) 50 mg IVP
❑ Methylprednisolone (Solu–Medrol) 125 mg IVP or dexamethasone (Decadron) 4mg IVP
❑ Cimetidine (Tagamet) 300 mg / 50 cc IV 0.9% NaCl infused over 15 minutes (50 gtts/min 15 gtt set)
❑ Epinephrine 1:1,000 0.3 mg SQ repeated q 20 minutes to total of (3) doses.  Alternate extremities.

**Severe Reaction** (Hypotension, i.e. anaphylactic shock)
❑ IV 0.9% NaCl fluid bolus as needed
❑ Epinephrine 1:1,000 0.3 mg SQ repeated q 20 minutes to total of (3) doses.  Alternate extremities
❑ Diphenhydramine (Benadryl) 50mg IVP
**CARDIAC ARREST IMMINENT** epinephrine 1:10,000 0.3 mg IVP (instead of SQ 1:1,000) May be given ETT if no IV access
❑ Albuterol (Proventil, Ventolin) 2.5 mg and Atrovent 0.5mg via mini–nebulizer or via diluted in 3 cc saline nebulized in–line via ETT with BVM - repeat as needed
❑ Methylprednisolone (Solu–Medrol) 125 mg IVP or dexamethasone (Decadron) 4mg IVP
❑ Cimetidine (Tagamet) 300 mg / 50 cc IV 0.9% NaCl infused over 15 minutes (refer to Drip Chart)
❑ Epinephrine 2–10μg/min or dopamine drip 5–10 μg/kg/min titrated to systolic BP of 100 mm/Hg

**PEDIATRIC**
❑ Albuterol (Proventil, Ventolin) 1.25 mg/3 cc
❑ Diphenhydramine (Benadryl) 1 mg/kg
❑ Cimetidine (Tagamet) contraindicated under 16 years of age
❑ Methylprednisolone (Solu–Medrol) 2 mg/kg maximum dose 125 mg or dexamethasone (Decadron) 0.2mg/kg to maximum dose 4mg
❑ Epinephrine 1:1,000 0.01 mg/kg SQ (0.01 cc/kg) maximum single dose 0.3 mg

## ALTERED LEVEL OF CONSCIOUSNESS



**BLS**
❑ Vitalize/Prioritize
❑ Oxygen/Airway
❑ Protect from injury / Restrain PRN
❑ Attempt to identify cause (i.e. stroke, diabetic, head injury, overdose, and seizures)



**ALS**
❑ EKG monitor
❑ IV 0.9% NaCl KVO
❑ Blood glucose level >300 or <60 (<50 in newborn) refer to DIABETIC TREATMENT GUIDELINE (see page M6)
❑ Thiamine 100 mg IVP if alcohol abuse is suspected
❑ Naloxone (Narcan) 0.4–2 mg slow IVP or nasally, titrate to resp. rate of 12 (Max 10 mg)
❑ Chemical sedation of the violent patient, refer to SEDATION GUIDELINE *(SEE PAGE M-13)*
❑ Physical restraint of the violent patient, refer to PROCEDURAL GUIDELINE *(SEE PAGE P-70)*

**PEDIATRIC**
❑ Apply appropriate pediatric immobilization device
❑ Naloxone (Narcan) 0.01 mg/kg initial dose then 0.1 mg/kg second dose (if needed) maximum cumulative dose of 2.0 mg
❑ Chemical sedation of the violent patient, refer to SEDATION GUIDELINE *(SEE PAGE M-13)*

*Only administer Narcan in increments of 0.4mg to maintain airway.*

TREATMENT GUIDELINES

## ASTHMA

### CAUTION

Epinephrine and albuterol should be administered with caution to patients over 60 years of age, pulse above 120 BPM, systolic blood pressure above 160mm/Hg, or hypertension or cardiac history.  Abort continuous nebulized treatment if any of these signs are observed.

### BLS
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway
- ❏ Assist patient with personal auto–inhaler

### ALS
- ❏ EKG Monitor
- ❏ IV 0.9% NaCl 250 cc/hr (62  gtts/min with 15  gtt set) infusion
- ❏ Mix ipratropium (Atrovent) 0.5 mg with albuterol (Proventil) 2.5  mg and administer via mini–nebulizer
- ❏ May repeat Proventil after 10 minutes (*Do not repeat Atrovent*)
- ❏ Continuous nebulized albuterol treatment may be appropriate in severe distress.
- ❏ Methylprednisolone (Solu–Medrol) 125 mg IVP over 2–3 minutes or dexamethsone (Decadron) 4mg IVP
- ❏ Epinephrine 1:1000 0.3 mg SQ
- ❏ Repeat epinephrine 1:1000 0.3 mg SQ 20 minutes after first dose in opposite extremity
- ❏ Magnesium Sulfate 2gm/10cc 0.9% NaCl over 3 minutes, up to 4-6 gm if severe distress
- ❏ Endotracheal albuterol (Proventil) and Atrovent if poor compliance with bag valve device (dilute albuterol and Atrovent in 3 cc of saline and inject into ETT or in–line nebulizer via ETT)

*MCFR administers Magnesium Sulfate as 2 grams in 100cc over 10 min.*

### PEDIATRIC

12 years of age and younger
- ❏ IV 0.9% NaCl or LR 2 cc/kg bolus
- ❏ Epinephrine 1:1,000 0.01 mg/kg (0.01 cc/kg) SQ
- ❏ Albuterol (Proventil) 1.25 cc via mini–nebulizer
- ❏ Methylprednisolone (Solu–Medrol) 2 mg/kg maximum dose of 125 mg IVP or dexamethasone (Decadron) 0.2mg/kg maximum dose of 4mg

## CHRONIC OBSTRUCTIVE PULMONARY DISEASE

### CAUTION

Continuous nebulized albuterol should be aborted in patients who are: > 60 years of age, pulse rates above 120 BPM, systolic blood pressure above 160mm/Hg, or with hypertension or cardiac history.

### BLS
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway
- ❏ Low flow (2–4 LPM) to maintain SaO2 of 95% or higher concentrations until improved

### ALS
- ❏ EKG Monitor
- ❏ IV 0.9% NaCl KVO or saline lock (if stable)
- ❏ Mix ipratropium (Atrovent) 0.5 mg with albuterol (Proventil) 2.5 mg, administer via mini–nebulizer
- ❏ May repeat Proventil after 10 minutes (*Do not repeat Atrovent*)
- ❏ Continuous nebulized albuterol treatment may be appropriate in severe distress
- ❏ Assess for secondary signs of cardiac failure:  edema, jugular vein distention, rales, and frothy sputum, refer to CHF/PE GUIDELINE (see page C-5)
- ❏ Intubate if no improvement or marked respiratory distress, refer to RSI TREATMENT GUIDELINE (see page M-11)

Medical

EMERGENCY MEDICAL GUIDELINES

- ❑ Endotracheal albuterol (Proventil) and Atrovent if poor compliance with bag valve device (dilute albuterol and Atrovent in 3 cc of saline and inject into ETT or in–line nebulizer via ETT)
- ❑ Methylprednisolone (Solu–Medrol) 125 mg IVP over 2–3 minutes or dexamethasone (Decadron) 4mg IVP

### PEDIATRIC
- ❑ Albuterol (Proventil) 1.25 mg via mini–nebulizer
- ❑ Endotracheal albuterol (Proventil) and Atrovent if poor compliance with bag valve device (dilute albuterol and Atrovent in 3 cc of saline and inject into ETT or in–line nebulizer via ETT)
- ❑ Methylprednisolone (Solu–Medrol) 2 mg/kg over 2–3 minutes maximum dose of 125 mg IVP or dexamethasone (Decadron) 0.2mg/kg maximum dose of 4mg

---

# DIABETIC EMERGENCIES

## CAUTION
A physician consult should be obtained regarding treatment of low blood glucose levels associated with pregnancy and stroke. If BGL is less than 60 in pregnancy and/or stroke, a physician consult should be obtained.



## BLS
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Obtain blood glucose reading
- ❑ Assist with the administration of oral glucose when consciousness permits

## ALS
- ❑ EKG Monitor
- ❑ IV 0.9% NaCl KVO 250 cc/hr (62 gtts/min with 15 gtt set) infusion if blood glucose level > 300 mg/dl
  - ■ 250cc bolus, repeat if necessary, if blood pressure is less than 100mm systolic
- ❑ Thiamine 100 mg IVP or IM if alcohol abuse is suspected
- ❑ Dextrose 50% 25 gm IVP if blood glucose level is less than 60 mg/dl
- ❑ Repeat blood glucose within 15 minutes
- ❑ Repeat Dextrose 50% 25 gm IVP PRN
- ❑ Glucagon 1 mg IM or intranasally if no IV access

### Pediatric
- ❑ Age: birth to 1 month
- ❑ Dextrose 12.5% 0.5 gm/kg IVP slow
  - ■ Expel 37.5 cc of D50% and draw 37.5 cc of 0.9% NaCl
- ❑ Age: 1 month to 8 years
- ❑ Dextrose 25% 0.5 gm/kg IVP slow
  - ■ Expel 25 cc of D50% and draw 25 cc of 0.9% NaCl
- ❑ Age: 8 years and older
- ❑ Dextrose 50% 0.5gm/kg
- ❑ Glucagon
  - ■ 0.5 mg IM for children less than 20kg
  - ■ 1.0 mg IM for children more than 20kg

*10/7/2009*

TREATMENT GUIDELINES



## DIALYSIS PROBLEMS

### BLS
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway



### ALS
- ❏ EKG Monitor
- ❏ IV 0.9% NaCl KVO or saline lock (if stable)
  - ◼ If IV access is unobtainable, access dialysis port if applicable (critical pt's only)
- ❏ Cautious incremental boluses of NaCl up to 250 cc, repeat as necessary if patient is in frank shock immediately post dialysis, reassess vital signs and lung sounds
- ❏ Blood glucose level, refer to DIABETIC EMERGENCIES TREATMENT GUIDELINE *(SEE PAGE M-6)*
- ❏ ACLS guideline
  - ◼ Sodium Bicarbonate should be considered early in cardiac arrest
  - ◼ Calcium Chloride 10% 10 cc IVP if ventricular tachycardia, ectopy or fibrillation

*Flight Medics may administer* unresponsive to appropriate ACLS treatment (after lidocaine and/or sodium bicarbonate)

*MCFR uses Amiodarone as the prefered antiarrhymic*

## HYPERTENSION

### CAUTION

Labetalol (Trandate) is contraindicated in acute coronary syndrome, cardiogenic shock, heart block (2ⁿᵈ and 3ʳᵈ degree), sinus bradycardia, CHF, bronchial asthma, and COPD when these conditions are *acute*.

Patients should be in supine position during and after the administration of Labetalol. Patients who maintain a chronic hypertensive status may require a higher than normal systolic blood pressure to maintain cerebral perfusion. This should be considered when administering treatment to lower blood pressure.

Other forms of nitroglycerin should be discontinued when IV Nitro is initiated.

Labetalol (Trandate) will decrease heart rate and should be used with extreme caution in patients with heart rates less than 100 BPM.



### BLS
- ❏ Vitalize/Prioritize
- ❏ Oxygen/Airway
- ❏ Confirm with two(2) sets of vital signs (right & left)
- ❏ Place the patient supine during drug administration
- ❏ Obtain additional blood pressures immediately prior to and at 5 and 10 minutes after drug administration



### ALS
- ❏ EKG monitor
- ❏ IV 0.9% NaCl KVO or saline lock (if stable)
- ❏ Symptomatic (headache, visual disturbances, epistaxis, nausea/vomiting) and blood pressure:
  - ◼ Greater than 180mm/Hg systolic, or
  - ◼ Greater than 110mm/Hg diastolic
- ❏ Nitroglycerin IV
  - ◼ Initiate at 5-10µg/min IV infusion pump or dial-a-flow
  - ◼ Increase 5-10µg/min q 5 minutes until desired response
- ❏ Labetalol (Trandate) 0.25 mg/kg IVP over 2 minutes (300 mg max dose)
- ❏ Target blood pressure (160/90)
- ❏ Repeat Labetalol after 10 minutes if BP remains > 180/110

*IRSDPS uses Labetalol 20mg q10min, doubling each sequential dose until a BP of 140/90 or max of 300mg*

*Discontinue all Nitrates prior to administering Labetalol.*

*MCFR requires IV Nitro to be place on an IV pump only.*

Medical

EMERGENCY MEDICAL GUIDELINES

- ❑ Hypertensive patients listed under "Caution" should receive nitroglycerin
- ❑ Nitroglycerin contraindicated if within 24 hours of sexual enhancing medication use, (48 hours for Cialis)
- ❑ Nitroglycerin 1 (one) 1/150gr SL Tab or 0.4mg Spray SL
- ❑ 1 inch of paste (may be administered concurrently with SL nitro)

**PEDIATRIC**
The safety of labetalol has not been established in children.
Nitroglycerin is not indicated for use in children

## MEDICAL SHOCK SYNDROMES

### CARDIOGENIC SHOCK
### HYPOVOLEMIC SHOCK (MEDICALLY INDUCED)
### SEPTIC SHOCK

**BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Trendelenberg positioning as tolerated by patient
- ❑ Body Temperature

**ALS**
- ❑ EKG Monitor
- ❑ IV 0.9% NaCl
- ❑ Hypotensive (BP less than 100mm/Hg systolic)
  - ■ 250 cc bolus repeated as necessary to maintain systolic BP 100mmHg
- ❑ Dopamine 5–20 µg/kg/min titrated to effect
- ❑ Congestive Heart Failure / Pulmonary Edema, refer to **CHF/PE TREATMENT GUIDELINE** (see page C-5)
- ❑ Chest Pain / Suspected Myocardial Infarction, refer to **CHEST PAIN TREATMENT GUIDELINE** (see page C-4)
- ❑ If fever is present and altered LOC, administer Acetaminophen Suppository 325mg rectally

*MCFR does not carry Acetaminophen suppository*

**PEDIATRIC**
- ❑ Fluid bolus of 20 cc/kg repeated as necessary to maintain blood pressure
- ❑ Dopamine 2–20 µg/kg/min titrated to effect
- ❑ If fever is present, administer Children's Acetaminophen Liquid 10mg/kg PO
  - ■ If altered LOC, administer Acetaminophen Suppository 125mg

## NAUSEA / VOMITING

*MCFR uses Ondansetron (Zofran) 4mg IV/IM over 30 seconds Ped 0.1mg/kg over 30 seconds in place of Phenergan or Anzemet*

**Caution**
The use of Promethazine (Phenergan) should be used with caution in patients that are hypotensive

**BLS**
- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway

**ALS**
- ❑ EKG Monitor
- ❑ IV 0.9% NaCl KVO
- ❑ Promethazine (Phenergan) 6.25 - 12.5 mg IV or Dolasetron Mesylate (Anzemet)12.5mg IVP

*Dilute Phenergan in 10cc NaCl before IV administration.*

M - 8

*10/7/2009*



Medical

TREATMENT GUIDELINES

☒ repeat Promethazine (Phenergan) to max 25mg IV if vomiting continues.
**Physician Consult for repeat Dolasetron Mesylate (Anzemet)**
❏ Nasogastric tube (prolonged transport time, GI bleed, distention, and hematemesis)

**PEDIATRIC – PHYSICIAN CONSULT**
❏ Promethazine (Phenergan) 0.25 mg/kg IV  not to exceed 12.5 mg or Dolasetron Mesylate (Anzemet) 0.35mg/kg IVP to max of 12.5mg
❏ Nasogastric tube (prolonged transport time, GI bleed, distention, and hematemesis)

*IRCEMS gives Phenergan without consult.*

*MCFR uses Ondansetron (Zofran) 4mg IV/IM over 30 seconds Ped 0.1mg/kg IV over 30 seconds in place of Phenergan or Anzemet*

# OBSTETRICS/GYNECOLOGY



**BLS**
❏ Vitalize/Prioritize
❏ Oxygen/Airway (100% high flow for mother, blow by for neonate)
❏ Obtain BGL from mother
❏ Positioning
  ☒ If delivery is not in progress, transport the patient in the left lateral recumbant position
  ☒ If perineal inspection reveals abnormal presentation (i.e. foot, buttocks, hand or face), place the patient in the knee-chest or left lateral recumbant position with immediate transport
❏ Delivery
  ☒ Slow, controlled delivery of the head; apply gentle perineal pressure
  ☒ Observe for meconium staining; if present, vigorously suction oral pharynx during delivery and immediately after (intubation may be required)
  ☒ Double clamp cord 10–12 inches from abdomen
  ☒ Dry, stimulate and maintain body temperature
❏ Post–Partum
  ☒ Check APGAR at 1 and 5 minutes (Appendix D)
  ☒ Assess for post–partum hemorrhage

**ALS**

❏ EKG Monitor
❏ IV 0.9% NaCl KVO large bore

**SEIZURES OR COMA (ECLAMPTIC)**
❏ Magnesium Sulfate loading dose of 4 gm/100cc (piggyback) wide open
❏ Magnesium Sulfate drip 2gm/100cc at 100cc/hr (25 gtts/min with 15 gtt set)
❏ Utilize a Burette, Volu–trol administration set, or IV pump

*SLCFD administers Mag. Sulfate in Eclampsia 4gm diluted IVP over 3 minutes.*

**FIRST/SECOND TRIMESTER BLEEDING**
❏ Apply maternity or 5x9 pad to vaginal area
❏ If hypovolemic establish two large bore IV's wide open using trauma tubing and pressure infusers to maintain systolic blood pressure of 100mm/Hg
❏ Post–Partum bleeding, apply trauma dressing to vaginal area

**PHYSICIAN CONSULT**
❏ Post–Partum hemorrhage (post placenta delivery)
  ☒ Oxytocin (Pitocin) 20units/1000 cc 0.9% NaCl infused at 120–150 cc/hr (30 gtts/min with 15gtt set) if extended transport time and/or distance
❏ Hypertensive disorder of pregnancy (Pre–eclamptic) using a burette or Volu–trol drip set:
  ☒ Magnesium Sulfate loading dose 4 gm/100cc IV 0.9% NaCl over 15 minutes
  ☒ Magnesium Sulfate maintenance dose 2 gm/100cc at 100 cc/hr
❏ Seizures unresolved by magnesium sulfate (Eclamptic)
  ☒ Diazepam (Valium) 3-5 mg IV over 2 minutes
    ☒ May repeat to a total of 10 mg
    or
    ☒ Lorazepam (Ativan) 0.5 - 1 mg IVP or nasally may repeat twice q5 minutes

*10/7/2009*

EMERGENCY MEDICAL GUIDELINES

## PAIN MANAGEMENT

**Caution**

Pain medications may produce respiratory depression

Pain medications are not to be used in the presence of abdominal pain, head injury, kidney stones, or altered LOC

**Indications:**

Relief of moderate to severe pain associated with trauma, fractures, dislocations, myocardial infarction, and burns

 **BLS**

- ❑ Vitalize/Prioritize
- ❑ Oxygen/Airway
- ❑ Monitor patient's level of consciousness and respiratory status

 **ALS**

- ❑ EKG monitor
- ❑ IV 0.9% NaCl KVO or saline lock if stable
- ❑ Nitrous oxide for minor musculoskeletal pain
- ❑ May use either of the following medications:
  - ■ Dilaudid (hydromorphone hypochloride) 1-2mg *slow* IV or IM titrated to effect
    - • may repeat to a total of 4mg
    - • In elderly (65 years or older) 0.25 - 0.5mg *slow* IV or IM titrated to effect
    - • may repeat as tolerated
  - ■ Morphine or Nubain 1-5mg IV or IM titrated to effect
    - • may repeat in small increments until desired effect is achieved
  - ■ Promethazine (Phenergan) (to be given with the selected pain medication) 6.25 - 12.5mg IV or Dolasetron Mesylate (Anzemet) 12.5mg IVP

**Pediatrics**

- ❑ Morphine 0.1 - 0.2mg/kg IV or IM *slowly*
- ❑ Dilaudid's safety and effectiveness in children has not been established

*MCFR first line drug for pain management is Dilaudid unless contraindicated.*

*SLCFD, IRSDPS & IRCEMS can use Nubain for pain management with the same dosage as Morphine.*

*Dilute Phenergan in 10cc NaCl before IV administration.*

*MCFR uses Ondansetron (Zofran) 4mg IV/IM over 30 seconds. Ped 0.1mg/kg in place of Phenergan or Anzemet*

*MCFR Rescue Lieutenants and Flight Medics may administer Fentanyl 25-50 mcg IVP every 5 min. in patients 16 years old and older. Patients under the age of 16 years old use Morphine 0.1-0.2mg/kg IVP.*

M - 10

# RAPID SEQUENCE INTUBATION

This procedure is for patients requiring total airway control who may be fully or partially conscious. **Two (2)** paramedics must be in attendance with the patient before RSI can be performed and must accompany the patient to the hospital

## IMPORTANT

A secondary airway device must be ready to use if endotracheal intubation cannot be successfully performed (i.e. Combitube, LMA, surgical airway, etc...)

## Indications

- ❑ Seizure/ convulsion disorder
- ❑ Multi-system trauma
- ❑ Head injury
- ❑ When other methods of airway control or treatments have failed or are either not possible or practical

## Contraindications

- ❑ It must be kept in mind that all contraindications are relative and risk must be weighed against possible benefits
- ❑ Digitalis toxicity
- ❑ Increased intracranial pressure
- ❑ Increased intraoccular pressure
- ❑ Known electrolyte imbalance
- ❑ Skeletal muscle myopathy
- ❑ Acute malignant hyperthermia

## Caution

It is important to remember that neuromuscular blockade does not alter the patient's level of consciousness, therefore it does not reduce pain

## Pre-medication

### Procedure

- ❑ O2 100% via mask or BVM. Pre-oxygenation is REQUIRED for a minimum of 2 minutes before proceeding with paralysis. The purpose is to cause a nitrogen washout in the lungs and create an oxygen reservoir. This oxygen reservoir will allow approximately 3 to 4 minutes of apnea without hypoxemia in a normal patient.
- ❑ Atropine
  - ▪ Pediatrics 16 years of age or less 0.02mg/kg (0.1mg minimum dose)
  - ▪ Adults 1mg IVP
    - • If bradycardia present or potential
    - • **MUST** be given before any repeat doses of Anectine
- ❑ Lidocaine 1.5mg/kg
  - ▪ Do not use if administering Etomidate
- ❑ Hydromorphone (Dilaudid) for pain control, if needed
  - ▪ 1-2mg IV titrated to effect
    - • may repeat to a total of 4mg
  - ▪ In elderly (65 yrs and older), 0.25mg - 0.5mg IV titrated to effect
    - • may repeat as tolerated
- ❑ Promethazine (Phenergan) or Dolasetron Mesylate (Anzemet) to be given with Dilaudid
  Adults: 6.25-12.5mg IV, Dolasetron Mesylate (Anzemet) 12.5mg IV
  Pediatrics: 0.5mg/kg not to exceed 6.25mg IM or Dolasetron Mesylate (Anzemet) 0.35mg/kg

*SLCFD requires a paramedic Lt. or a Flight Medic to be present. They need not accompany patient to the ER.*

*MCFR requires a Rescue Lt. or Flight Medic presence and accompaniment with patient to ER*

*MCFR uses a different Guideline for RSI. Refer to pages M 16 & 17*

Medical

EMERGENCY MEDICAL GUIDELINES

- ❑ Etomidate (Amidate) 0.3mg/kg
  - ▪ may repeat x1
  - ▪ If allowed may administer 20mg non-weight based
  - ▪ Lidocaine is not used with Etomidate
- ❑ If Etomidate is contraindicated or unavailable
  - ▪ Midazolam (Versed)
    - • Adults over the age of 60yrs: 2.5mg IV or IM titrated to effect.
      ❑ may repeat to a total of 5mg
    - • Adults under the age of 60yrs: 5mg IV or IM titrated to effect
      ❑ may repeat to a total of 10mg
    - • Pediatric dose: 0.3mg/kg
    - • Allow adequate time to assess the effectiveness of sedation

*SLCFD does not administer Etomidate under the age of 10yrs.*

## PARALYTICS

### Procedure
- ❑ Succinycholine Chloride (Anectine) may be repeated in 2 minutes for desired effect
  - ▪ Adult: 1.5mg/kg IV
  - ▪ Pediatric and Infants:  2mg/kg IV
  - ▪ Onset <1 minute
  - ▪ Duration of approximately 4-6 minutes

### Caution
- ▪ Hyperthermia: presents as jaw spasm or general rigidity
  - •Monitor body temperature
  - •Cool as needed
- ▪ Hyperkalemia:  presents as tall, peaked "T" waves
  - • Constant monitoring of EKG
  - • Administer calcium chloride 500mg slow IV
- ▪ Increased intracranial pressure
- ▪ Increased intraocular pressure
- ▪ Sudden cardiac arrest in children with Duchenne's muscular dystrophy (children usually undiagnosed)
  - • Observe for peaked "T" waves
  - • Administer calcium chloride 500mg IV
  - • Administer sodium bicarbonate 1mEq/kg
  - • Administer glucose per DIABETIC EMERGENCIES GUIDELINE (see page M-6)
- ❑ Vercuronium Bromide (Norcuron): indicated if transport time is > 15 minutes, patient becomes combative after the effects of the Anectine have worn off, or the patient is still combative after sedation
  - ▪ Adult and pediatric:  0.1mg/kg IV
  - ▪ Onset in 2-4 minutes
  - ▪ Duration of 20-40 minutes
  - ▪ Side effects:  hyperthermia

*10/7/2009*



Δ π EXHIBIT ___4___
Deponent Gonzalez
Date 5/22/17 Rptr BS
WWW.DEPOBOOK.COM

# OBSTETRICS/GYNECOLOGY - CONTINUED

**PHYSICIAN CONSULT**
- Pre-Eclampsia
  - Magnesium Sulfate loading dose 4 gm/50 cc IV 0.9% NaCl over 15 minutes
  - Magnesium Sulfate maintenance drip 2 gm/50 cc at 50 cc/hr
- Seizures unresolved by magnesium sulfate (Eclamptic)
  - Ativan 1 mg, titrated to effect, max of 4 mg
    OR
  - Versed 2.5 mg over 2 minutes, may be repeated to a maximum dose of 10 mg

# PAIN MANAGEMENT

CAUTION:
Pain medications may produce respiratory depression

INDICATIONS: Relief of moderate to severe pain: e.g. trauma, fractures, dislocations, kidney stones, and burns



BLS
- Vitalize/Prioritize
- Oxygen/Airway
- Monitor patient's level of consciousness and respiratory status



ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock if stable
  - Fluid bolus in the presence of hypotension
- Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
- Morphine 1-5 mg, titrated to effect
- Zofran 4 mg over a minimum of 30 seconds

PEDIATRIC
- Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
- Morphine 0.1 mg/kg, titrated to effect
  - Zofran 0.1 mg/kg over a minimum of 30 seconds, not to exceed 4 mg

# PHARMACEUTICAL ASSISTED INTUBATION (PAI)

**CAUTION:**
- Have ALL airway devices and equipment (Suction, Bougie, secondary airway devices) ready
- Etomidate is contraindicated in pediatrics with suspected sepsis, septic shock, and adrenal insufficiency
- Succinylcholine is contraindicated in any patients with a family history of Malignant Hyperthermia
- Neuromuscular blockade does not alter the patient's pain level or level of response
- Use sedation prior to the use of paralytics AND post intubation after the use of Etomidate
- Consider pain management for trauma patients regardless of level of sedation

 BLS
- Vitalize/Prioritize
- Oxygen/Airway
  - Preoxygenate the patient for a minimum of 2 minutes via NRM or BVM.  Use adjuncts when appropriate.

ALS
- EKG Monitor
- IV 0.9% NaCl
  - Fluid bolus in presence of hypotension
- **Pre-Medication**
  - Bradycardia:  Atropine 0.5 mg for HR less than 60 bpm
    - **Mandatory in ALL repeat doses of Succinylcholine**
  - Induction:
    - Etomidate:  0.3 mg/kg, may repeat once for a max dose of 0.6 mg/kg
      OR
    - Versed  5 - 10 mg over 30 seconds, titrated to effect, repeat every 2 minutes if needed, not to exceed 0.3 mg/kg max cumulative dose
- **Neuromuscular Blockade**
  - Succinylcholine 1.5 mg/kg, May be repeated once after Atropine
- **Post Intubation (If further sedation is required)**
  - Sedation:
    - Ativan 1 mg increments to a max of 4 mg
      OR
    - Versed:  2.5 mg over 2 min, may repeat once for max dose of 5 mg
- PHYSICIAN CONSULT must be obtained to exceed the max allowed benzodiazepine dose.
  - Neuromuscular Blockade
    - Norcuron 0.1 mg/kg, repeat dosing as indicated
- Consider Pain Management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
  - Morphine 1 - 5 mg, titrated to effect
  - Zofran 4 mg over a minimum of 30 seconds

# PHARMACEUTICAL ASSISTED INTUBATION - CONTINUED

PEDIATRIC
- **Pre-Medication**
  - Bradycardia:
    - Atropine 0.02 mg/kg for HR less than 100 bpm not to exceed 0.5 mg
  - Induction:
    - Etomidate: 0.3 mg/kg, may repeat once for a max dose of 0.6 mg/kg
      OR
    - Versed 0.3 mg/kg over 30 seconds, not to exceed 10 mg
- **Neuromuscular Blockade**
  - Succinylcholine 2 mg/kg  (No repeat dosing allowed)
- **Post Intubation (If further sedation is required)**
  - Sedation:
    - Ativan 0.1 mg/kg, titrated to effect, not to exceed 4 mg
      OR
    - Versed:  0.3 mg/kg over 30 seconds, may repeat once for max dose of 0.6 mg/kg
  - PHYSICIAN CONSULT **must be obtained to exceed the max allowed benzodiazepine dose.**
  - Neuromuscular Blockade
    - Norcuron 0.1 mg/kg, repeat dosing as indicated
- Consider Pain Management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
  - Morphine 0.1 mg/kg IV or IM slowly
  - Zofran 0.1 mg/kg  over a minimum of 30 seconds, not to exceed 4 mg

# PAI COMPLICATIONS

## SUSPECTED MALIGNANT HYPERTHERMIA (MH)/DUSCHENNE'S MUSCULAR DYSTROPHY

INDICATIONS:
Signs of Malignant Hyperthermia include increasing $EtCO_2$, trunk or total body rigidity, trismus, tachycardia

CAUTION:
Duschenne's Muscular Dystrophy can cause sudden cardiac arrest post Succinylcholine administration.

Use of Calcium Channel Blockers is prohibited in perfusing patients

 ALS:

Contact receiving ER immediately upon onset of suspected Malignant Hyperthermia.
Offer MHAUS hotline# 1-800-644-9737

PHYSICIAN CONSULT - Request dose for all medications
- Hyperventilate with 100% O2 at 10+LPM
- Sodium Bicarbonate
- Cool patient with ice packs to surface areas (MH ONLY)
- Calcium Chloride

Rev 05/05/2013

# BITES AND STINGS
## BLACK WIDOW

Benzodiazepines are preferred for pain management.

 BLS
- Vitalize/Prioritize
- Oxygen/Airway

 ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
    - Fluid bolus in presence of hypotension
- Ativan  1 mg increments, max of 4 mg
    OR
- Versed:  2.5 mg over 2 minutes, may repeat once after 5 minutes
- Consider pain management
    - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
        OR
    - Morphine 1-5 mg, titrated to effect
    - Zofran 4 mg  over a minimum of 30 seconds

PHYSICIAN CONSULT
- Calcium Chloride 10% (request dosage from ED Physician)

PEDIATRIC
- Ativan  0.1 mg/kg increments, max of 4 mg
    OR
- Versed:  0.3 mg/kg over 2 minutes
- Consider pain management
    - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
        OR
    - Morphine 0.1-0.2 mg/kg, titrated to effect
    - Zofran 0.1 mg/kg  over a minimum of 30 seconds, not to exceed 4 mg

PHYSICIAN CONSULT
- Calcium Chloride 10% (request dosage from ED Physician)
- Doses greater than max allowed dose of benzodiazepine

TRAUMA\ENVIRONMENTAL

Rev 05/05/2013

TE-1

# COCAINE OVERDOSE

 BLS
- Vitalize/Prioritize
- Oxygen/Airway

 ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
- Fluid bolus in the presence of hypotension
- Seizures, refer to Seizures in Treatment Guideline
- 12 Lead EKG
  - $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- For chest pain with onset of less than 12 hours after cocaine consumption (No ST elevation)
  - Ativan 1 mg q 3-5 minutes until relief of chest pain, max 4 mg
    **OR**
  - Versed 2.5 mg over 2 minutes, may be repeated once for a max of 5 mg
- If ST elevation noted in 12-lead or chest pain > 12 hours, refer to Acute Coronary Syndrome/Chest Pain in Treatment Guideline
- Chest pain unrelieved by Ativan/Versed, refer to Acute Coronary Syndrome/Chest pain in Treatment Guideline

**PHYSICIAN CONSULT**
- Notify emergency department if patient ingested/inserted cocaine powder or crack

**PEDIATRIC**
- Ativan 0.1 mg/kg
  **OR**
- Versed 1-2 mg

**TOXICOLOGY**

TO-4

Rev 05/23/2013

## SEDATION

INDICATIONS:
- Cardioversion
- External pacing
- Combative patient

CAUTION:
- Benzodiazepines may cause respiratory depression or compromise
- When administering, observe for signs of hypotension or respiratory depression

ALS
- Anesthetic spray to posterior pharynx (for intubation)
- Ativan 1 mg increments to a max of 4 mg
  OR
- Versed:  2.5 mg over 2 minutes, may repeat once for max dose of 5 mg

PHYSICIAN CONSULT
- Doses greater than max allowed benzodiazepine

PEDIATRIC
- Ativan 0.1 mg/kg, not to exceed 4 mg, titrated to effect
  OR
- Versed 0.3 mg/kg over 2 minutes, may repeat once after 5 minutes, not to exceed 10 mg total

PHYSICIAN CONSULT
- Doses greater than max allowed benzodiazepine

Rev 05/05/2013

# SEIZURES

**CAUTION:**
- Refer to OB/GYN Guideline in pregnant/post partum patients (Eclampsia)
- Consider infectious disease as etiology of seizure (Meningitis, Encephalitis). Use appropriate PPE/BSI
- Use caution not to over cool a febrile patient to the point of shivering. Use of PO medications should be avoided in patients with decreased level of consciousness.
- The preferred route of Versed administration in seizures is intranasal
- Neuromuscular blockade does not supress seizure activity

BLS
- Vitalize/Prioritize
- Oxygen/Airway
- Protect from injury
- Consider C-Spine precautions if suspected injury

ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
- Obtain BGL
- Ativan 1 mg, may be repeated to a max of 4 mg
    OR
- Versed 2.5 mg over 2 mintes, may repeat initial dose to a maximum of 10 mg
- Consider use of neuromuscular blockade in cases of status epilepticus, refer to Pharmaceutical Assisted Intubation in Treatment Guideline

PEDIATRIC
- Febrile seizures
  - Treat febrile seizures by cooling. (Avoid rapid temperature change and shivering)
  - Consider Ativan or Versed if seizures are continuous
  - Children's Acetaminophen liquid 10 mg/kg PO when level of consciousness permits
- Idiopathic (non–febrile) seizures
  - Ativan 0.1 mg/kg, not to exceed 4 mg
      OR
  - Versed 0.3 mg/kg, not to exceed 10 mg
- Consider use of neuromuscular blockade in cases of status epilepticus, refer to Pharmaceutical Assisted Intubation in Treatment Guideline

MEDICAL

# Lorazepam
## (Ativan)

### CLASS
Anticonvulsant/Sedative, Benzodiazepine

### ACTIONS
Lorazepam is a benzodiazepine with a shorter half-life than diazepam. It suppresses the spread of seizure activity through the motor cortex of the brain.

### INDICATIONS
Eclampsia (Physician Consult)
Post Intubation Sedation
Sedation
Seizures
Black Widow Spider Bites
Cocaine Overdose

### CONTRAINDICATIONS
History of hypersensitivity

### SIDE EFFECTS
Hypotension, drowsiness, headache, amnesia, respiratory depression, blurred vision, nausea and vomiting.

### WARNINGS
Because of its short half-life, seizure activity may recur. In such cases, additional doses may be required. May cause respiratory depression. Monitor respiratory status closely. Romazicon can be used as an antidote.

### DOSAGE
Adults:  1 mg increments to a max of 4 mg
Pediatrics:  0.1 mg/kg, not to exceed 4 mg

# Magnesium Sulfate

### CLASS
Anticonvulsant/Antiarrhythmic

### ACTIONS
Magnesium Sulfate is a central nervous system depressant and vasodilator.

### INDICATIONS
Eclampsia including pre-eclampsia
Torsades De Pointes
Refractory V-fib/pulseless v-tach
Status asthmaticus

### CONTRAINDICATIONS
Renal diseases
Heart blocks
CHF
Bradycardia
Cardiogenic shock

### SIDE EFFECTS
Respiratory depression, bradycardia, heart block, CHF, bronchospasm, postural hypotension.

### DOSAGE
**Eclampsia:**  Loading dose 4 gm/10 cc IVP over 3 min. Maintenance dose 2 gm/50 cc at 50 cc/hr
**Pre-Eclampsia** (Physician Consult): Loading dose 4 gm/50 cc IV 0.9% NaCl over 15 minutes
Maintenance dose 2 gm/50 cc at 50 cc/hr
**Refractory V-fib:**  1-2 gm slow IVP over 1-2 minutes
**Torsades De Pointes:**  1-2 gm diluted in 10 cc NaCl administered IV over 3 minutes, may repeat twice.
**Status Asthmaticus:**  2 gm diluted in 10 cc NaCl administered IV over 3 minutes, may repeat twice.

Rev 1/20/2013

| User: SLCFCAD | **ST LUCIE FIRE DISTRICT** | 06/16/2014 11:22:57 |

## Event Report

Event ID: **1405-13289**          Call Ref #: 366          Date/Time Received: **05/11/2014 18:29:56**

| Rept #: 14-016522 | Call Source : E911 | Prime    R03<br>Unit :    RESCUE, 03 | Service Involved | | | | |
|---|---|---|---|---|---|---|---|
| | | | LAW | FIRE | | | |

Location: **301 E PRIMA VISTA BLVD**

| X-ST: | | | | |
|---|---|---|---|---|
| Business: | | Jur: CAD | Service: FIRE | Agency: SLFD |
| | Phone: | St/Beat: ST03 | District: | RA: |

| Nature: **TRAUMA L3** | Alarm Lvl: 1 | Priority: P | Medical Priority: |

| Caller: CVS | | Alarm: | Call Taker: GILBERTJ |
|---|---|---|---|
| Addr: 301 NE PRIMA VISTA BLVD | Phone: (772) 340-3423 | Alarm Type: | Console: POS14 |

| Vehicle: | St: | Report Only: No | Race: | Sex: | Age: |

| Geo-Verified Addr: Yes | Nature Summary Code: | Disposition: I | Close Comments: |

| Notes: | [LAW] (SO221) FOLLOWING RESCUE TO ER [05/11/14 18:49:27 REVELSJ] REQ E P1 [05/11/14 18:43:09 MCKEONA] LE TO RIDE W/ RESCUE [05/11/14 18:36:33 MCKEONA] REQ E [05/11/14 18:35:57 MCKEONA] [LAW] 1039 TO PSLE [05/11/14 18:35:19 VACHONH] [LAW] 1039 SOAIR HE IS ON STAND BY [05/11/14 18:34:46 GILBERTJ] [LAW] news crews on scene [05/11/14 18:33:26 JEFFERSONA] UDTS: STATION ACKNOWLEDGEMENT [05/11/14 18:31:14 SUITL] UDTS: STATION ACKNOWLEDGEMENT [05/11/14 18:30:46 SUITL] [LAW] CLEAR 1034 [05/11/14 18:30:42 JEFFERSONA] [LAW] MALE HAS CUTSA TO HEAD AND A LIST OF UOTHER WILL ADV WHEN LEO DOES [05/11/14 18:30:28 GILBERTJ] [LAW] RESCUE REQ REF HEAD LAC [05/11/14 18:30:26 JEFFERSONA] Event spawned from HANG UP OR NO VOICE CALL. [05/11/14 18:29:56 GILBERTJ] (SO280) parking lot of cvs rescue on standby [05/11/14 18:27:46 JEFFERSONA] (SO280) ONE RUNNING [05/11/14 18:26:57 JEFFERSONA] UDTS: {SO280} LIMITED RADIO TRAFFIC [05/11/14 18:26:30 JEFFERSONA] UDTS: {SO280} SUBJECT IN CUSTODY [05/11/14 18:25:47 JEFFERSONA] UDTS: {SO280} ACKNOWLEDGED OK [05/11/14 18:14:58 JEFFERSONA] UDTS: {SO314} VISITOR/SUBJECT PRESENT [05/11/14 18:08:46 JEFFERSONA] COMPL IS CALLING FROM STORE PHONE HIS NAME IS TRAVARIOUS BM GRN TEE BLK BASKTBALL SHORTS SAYING THAT HIS AUNT IS BEING HELD INSIDE A HOUSE AT 441 CYCLE ST THE FLAGLER ST HOSTAGE AND RANSOM//HE IS STILL 1097 AT THE CVS//NOI [05/11/14 18:06:34 KEMPJ] NO VOICE CONTACT // 3403640 // CVS [05/11/14 18:03:48 DALYA] |

### Times

| Call Received: 05/11/2014 18:29:56 | Time From Call Received | | |
|---|---|---|---|
| Call Routed: 05/11/2014 18:29:56 | 000:00:00 | Unit Reaction: 000:03:48 | *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 05/11/2014 18:29:56 | 000:00:00 | En-Route: 000:00:34 | *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 05/11/2014 18:30:12 | 000:00:16 *(Time Held):* | On-Scene: 000:48:39 | *(1st Arrive to Last Clear)* |
| 1st En-Route: 05/11/2014 18:30:46 | 000:00:50 | | |
| 1st Arrive: 05/11/2014 18:34:00 | 000:04:04 *(Reaction Time):* | | |
| Last Clear: 05/11/2014 19:22:39 | 000:52:43 | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| R03 | R03 | D | Dispatched | 05/11/2014 18:30:12 | Stat/Beat: ST03 | | SUITL |
| R03 | R03 | E | En-Route | 05/11/2014 18:30:46 | | | Unit:R03 |
| R03 | R03 | A | Arrived | 05/11/2014 18:34:00 | | | Unit:R03 |
| E03 | E03 | D | Dispatched | 05/11/2014 18:36:06 | Stat/Beat: ST03 | | SUITL |
| E03 | E03 | E | En-Route | 05/11/2014 18:36:33 | | | Unit:E03 |
| E03 | E03 | X | Canceled | 05/11/2014 18:37:13 | none | | MCKEONA |
| E03 | E03 | D | Dispatched | 05/11/2014 18:43:09 | Stat/Beat: ST03 | | SUITL |
| E03 | E03 | E | En-Route | 05/11/2014 18:43:50 | | | Unit:E03 |
| R03 | R03 | T | Transport | 05/11/2014 18:47:45 | To: ST LUCIE MEDICAL CENTER | | MCKEONA |
| E03 | E03 | C | Cleared | 05/11/2014 18:49:04 | | L | MCKEONA |
| R03 | R03 | H | At Hospital | 05/11/2014 18:56:10 | | | Unit:R03 |
| R03 | R03 | C | Cleared | 05/11/2014 19:22:39 | | I | THOMANJ |

## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|------------|------|
| | | TS | Time Spawned | 05/11/2014 18:29:56 | Initial call received at 05/11/2014 18:03:17 | | GILBERTJ |
| | | RPT | Requested Report# | 05/11/2014 18:29:56 | SLFD Report #14016522 | | GILBERTJ |
| | | RECO | Unit Rec Btn Click | 05/11/2014 18:30:03 | Unit recommend for TRAUMA L3 at 301 E PRIMA VISTA | | SUITL |
| | | RECO | Unit Recommendation | 05/11/2014 18:30:12 | Recmnd:*R03 [R] | | SUITL |
| | | RECO | Unit Recommendation | 05/11/2014 18:30:12 | Plan: SLFD Cat: 1R Lvl: 1 | | SUITL |
| | | PAGE | Dispatch Page | 05/11/2014 18:30:13 | Paged RESCUE03 | | PAGESRV |
| | | ARM | Added Remarks | 05/11/2014 18:30:26 | | | JEFFERSONA |
| | | ARM | Added Remarks | 05/11/2014 18:30:28 | | | GILBERTJ |
| | | ARM | Added Remarks | 05/11/2014 18:30:42 | | | JEFFERSONA |
| | | AK | STATION ACKNOWLEDGEMENT | 05/11/2014 18:30:46 | | | SUITL |
| | | ARM | Added Remarks | 05/11/2014 18:30:46 | | | SUITL |
| | | AK | STATION ACKNOWLEDGEMENT | 05/11/2014 18:31:14 | | | SUITL |
| | | ARM | Added Remarks | 05/11/2014 18:31:14 | | | SUITL |
| | | ARM | Added Remarks | 05/11/2014 18:33:26 | | | JEFFERSONA |
| | | ARM | Added Remarks | 05/11/2014 18:34:46 | | | GILBERTJ |
| | | ARM | Added Remarks | 05/11/2014 18:35:19 | | | VACHONH |
| | | ARM | Added Remarks | 05/11/2014 18:35:57 | | | MCKEONA |
| | | PAGE | Dispatch Page | 05/11/2014 18:36:07 | Paged ENGINE03 | | PAGESRV |
| | | ARM | Added Remarks | 05/11/2014 18:36:33 | | | MCKEONA |
| | | ARM | Added Remarks | 05/11/2014 18:43:09 | | | MCKEONA |
| | | PAGE | Dispatch Page | 05/11/2014 18:43:10 | Paged ENGINE03 | | PAGESRV |
| | | ARM | Added Remarks | 05/11/2014 18:49:27 | | | REVELSJ |

## Related Names

| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
|-----------------------|------|------|-----|-----|-----|------|-----|-----|---------|-----------|---------|
| CVS | Caller | | | | 0 | | | | (772) 340-3423 | | |
| Address: | E PRIMA VISTA BLVD PORT ST LUCIE FL | | | | | | | | | | |

| Incident Num... | Incident Date | Last Name | First Name | Patient Num... | Unit | Incident Location | |
|---|---|---|---|---|---|---|---|
| 14016522 | 05/11/2014 18:29:56 | Docher | Tavares | 1 | Rescue 3 | 301 E PRIMA VISTA Blvd | 3 |
| 14016507 | 05/11/2014 16:46:07 | Powers | Jamae | 1 | Rescue 3 | 561 SE CALMOSO DR | 3 |
| 14016485 | 05/11/2014 13:13:01 | Rich | Arthur | 1 | Rescue 3 | 7300 SW. oleander Ave | 3 |
| 14016473 | 05/11/2014 11:13:02 | Dipalma | Albert | 1 | Rescue 3 | 409 NW STRATFORD LN | 3 |
| 14016461 | 05/11/2014 09:19:42 | Francis | Texas | 1 | Rescue 3 | 881 SE LANSDOWNE Ave | 3 |
| 14016451 | 05/11/2014 05:58:14 | BUCK | HELENE | 1 | Rescue 3 | 4565 NW COVE CIR | N |
| 14016445 | 05/11/2014 03:14:26 | Rizzo | John | 1 | Rescue 3 | 6993 NW JORGENSEN RD | N |
| 14016439 | 05/11/2014 01:55:21 | Petty | Michelle | 1 | Rescue 3 | 7454  PINE LAKES BLVD | N |

| User: SLCFCAD | | | | | | | | | 10/22/2014 11:16:33 |

## Unit Activity Report

Unit: R03   , Date: 05/11/2014 00:00 - 05/11/2014 23:59

| Nature | Date | Disp. | Enroute | Arrive | Clear | Total | Location | Report # | Event # | Comments |
|--------|------|-------|---------|--------|-------|-------|----------|----------|---------|----------|
| UNK2 | 05/11/2014 | 01:56 | 01:58 | 02:06 | 02:46 | 0:50 | 7454 PINE LAKES BLVD | 14016439 | 140512596 | |
| Transport | 05/11/2014 | 02:14 | 01:58 | | | | To: ST LUCIE MEDICAL CENTER | 14016439 | 140512596 | Transport for Event #140512596 |
| Hospital | 05/11/2014 | 02:26 | | | | | At Hospital | 14016439 | 140512596 | At Hospital for Event #140512596 |
| ABD3 | 05/11/2014 | 03:15 | 03:17 | 03:21 | 04:02 | 0:47 | 6993 NW JORGENSEN RD | 14016445 | 140512632 | |
| Transport | 05/11/2014 | 03:34 | 03:17 | | | | To: ST LUCIE MEDICAL CENTER | 14016445 | 140512632 | Transport for Event #140512632 |
| Hospital | 05/11/2014 | 03:47 | | | | | At Hospital | 14016445 | 140512632 | At Hospital for Event #140512632 |
| MA2 | 05/11/2014 | 05:59 | 06:00 | 06:08 | 06:28 | 0:29 | 4565 NW COVE CIR | 14016451 | 140512682 | |
| SZ2 | 05/11/2014 | 09:20 | 09:21 | 09:26 | 10:28 | 1:08 | 881 SE LANSDOWNE AVE | 14016461 | 140512801 | |
| Transport | 05/11/2014 | 09:51 | 09:21 | | | | To: ST LUCIE MEDICAL CENTER | 14016461 | 140512801 | Transport for Event #140512801 |
| Hospital | 05/11/2014 | 09:57 | | | | | At Hospital | 14016461 | 140512801 | At Hospital for Event #140512801 |
| FALL4 | 05/11/2014 | 11:13 | 11:16 | 11:58 | 12:10 | 0:56 | 409 NW STRATFORD LN | 14016473 | 140512901 | |
| Transport | 05/11/2014 | 11:39 | 11:16 | | | | To: LAWNWOOD MEDICAL CENTER | 14016473 | 140512901 | Transport for Event #140512901 |
| Hospital | 05/11/2014 | 11:58 | | | | | At Hospital | 14016473 | 140512901 | At Hospital for Event #140512901 |
| RESP2 | 05/11/2014 | 13:15 | 13:19 | 13:16 | 14:11 | 0:56 | 7300 OLEANDER AVE | 14016485 | 140513021 | |
| Transport | 05/11/2014 | 13:40 | 13:19 | | | | To: ST LUCIE MEDICAL CENTER | 14016485 | 140513021 | Transport for Event #140513021 |

| Nature | Date | Disp. | Enroute | Arrive | Clear | Total | Location | Report # | Event # | Comments |
|--------|------|-------|---------|--------|-------|-------|----------|----------|---------|----------|
| Transport | 05/11/2014 | 13:44 | 13:19 | | | | To: LAWNWOOD MEDICAL CENTER | 14016485 | 140513021 | Transport for Event #140513021 |
| Hospital | 05/11/2014 | 13:55 | | | | | At Hospital | 14016485 | 140513021 | At Hospital for Event #140513021 |
| STRK2 | 05/11/2014 | 16:47 | 16:50 | 16:50 | 17:26 | 0:39 | 561 SE CALMOSO DR | 14016507 | 140513198 | |
| Transport | 05/11/2014 | 17:00 | 16:50 | | | | To: ST LUCIE MEDICAL CENTER | 14016507 | 140513198 | Transport for Event #140513198 |
| Hospital | 05/11/2014 | 17:13 | | | | | At Hospital | 14016507 | 140513198 | At Hospital for Event #140513198 |
| TRAM3 | 05/11/2014 | 18:30 | 18:30 | 18:34 | 19:22 | 0:52 | 301 E PRIMA VISTA BLVD | 14016522 | 140513289 | |
| Transport | 05/11/2014 | 18:47 | 18:30 | | | | To: ST LUCIE MEDICAL CENTER | 14016522 | 140513289 | Transport for Event #140513289 |
| Hospital | 05/11/2014 | 18:56 | | | | | At Hospital | 14016522 | 140513289 | At Hospital for Event #140513289 |
| MAIN | 5/11/2014 | 19:23 | | | 19:48 | 0:25 | | | | |

|  |  | Total Time | **7:35** |
|--|--|------------|----------|

From:    Ann O'Malley/slcfd on 06/16/2014 11:45 AM
To    Kevin Herndon/slcfd@slcfd, Nate Spera/slcfd@slcfd,
:
cc:   Brian Blizzard/slcfd@slcfd

## While You Were Out

**Contact:**
Ms. Docher-Neeley (Mother of Pt) - Tavares Docher
**of:**
Resident - Complaint - R #14016522 - 5-11-14 (attached)
**Phone:**                          **FAX:**
954-627-2156 (this is the # on my
phone display) however she gave
me 954-267-2156 - I think that is
wrong..

☒ Telephoned      ☐ Will Return
☒ Please Call       ☐ Left Package
☐ Will Call Again  ☐ Please See Me
☐ Returned Call    ☐ Urgent
☐ Was In

**Message:**

R #14016522.pdf

She said her son is still in a Coma and thinks we gave him too much Ativan. She wants to see our policy and talk to a chief about this complaint. The phone connection was not very clear. I explained we will review and a Chief will get back to her.

- Do not bill - bet c Billing
- DR. LIU ? I will call
- call & get Address
  JANITE DOLITER - NEELEY
  2061 NW 29th TERR
  FT. LAUD, FL. 33311

**ST. LUCIE COUNTY FIRE DISTRICT**
ADMINISTRATION



Telephone:   (772) 621-3313
Telephone:   (772) 621-3314
Fax:            (772) 873-3280

June 17, 2014

Janite Docher-Neeley
2061 NW 28th Terrace
Ft. Lauderdale, FL 33311

RE: Emergency Medical Guidelines -Ativan

Dear Ms. Docher-Neeley,

Per your request today, enclosed is a copy of the St. Lucie County Fire District's Emergency
Medical Guidelines for Ativan use. If you have any questions, please do not hesitate to call.

Respectfully,

Brian Blizzard

Deputy Chief

## LORAZEPAM (ATIVAN) ✓

### CLASS
Anticonvulsant/Sedative, Benzodiazepine

### ACTIONS
Lorazepam is a benzodiazepine with a shorter half-life than diazepam. It suppresses the spread of seizure activity through the motor cortex of the brain.

### INDICATIONS
Eclampsia (Physician Consult)
Post Intubation Sedation
Sedation
Seizures
Black Widow Spider Bites
Cocaine Overdose

### CONTRAINDICATIONS
History of hypersensitivity

### SIDE EFFECTS
Hypotension, drowsiness, headache, amnesia, respiratory depression, blurred vision, nausea and vomiting.

### WARNINGS
Because of its short half-life, seizure activity may recur. In such cases, additional doses may be required. May cause respiratory depression. Monitor respiratory status closely. Romazicon can be used as an antidote.

### DOSAGE
Adults: 1 mg increments to a max of 4 mg
Pediatrics: 0.1 mg/kg, not to exceed 4 mg

## MAGNESIUM SULFATE ✓

### CLASS
Anticonvulsant/Antiarrhythmic

### ACTIONS
Magnesium Sulfate is a central nervous system depressant and vasodilator.

### INDICATIONS
Eclampsia including pre-eclampsia
Torsades De Pointes
Refractory V-fib/pulseless v-tach
Status asthmaticus

### CONTRAINDICATIONS
Renal diseases
Heart blocks
CHF
Bradycardia
Cardiogenic shock

### SIDE EFFECTS
Respiratory depression, bradycardia, heart block, CHF, bronchospasm, postural hypotension.

### DOSAGE
**Eclampsia:** Loading dose 4 gm/10 cc IVP over 3 min. Maintenance dose 2 gm/50 cc at 50 cc/hr
**Pre-Eclampsia** (Physician Consult): Loading dose 4 gm/50 cc IV 0.9% NaCl over 15 minutes
Maintenance dose 2 gm/50 cc at 50 cc/hr
**Refractory V-fib:** 1-2 gm slow IVP over 1-2 minutes
**Torsades De Pointes:** 1-2 gm diluted in 10 cc NaCl administered IV over 3 minutes, may repeat twice.
**Status Asthmaticus:** 2 gm diluted in 10 cc NaCl administered IV over 3 minutes, may repeat twice.

Rev 1/20/2013

## SEIZURES

**CAUTION:**
- Refer to OB/GYN Guideline in pregnant/post partum patients (Eclampsia)
- Consider infectious disease as etiology of seizure (Meningitis, Encephalitis). Use appropriate PPE/BSI
- Use caution not to over cool a febrile patient to the point of shivering. Use of PO medications should be avoided in patients with decreased level of consciousness.
- The preferred route of Versed administration in seizures is intranasal
- Neuromuscular blockade does not supress seizure activity

 BLS
- Vitalize/Prioritize
- Oxygen/Airway
- Protect from injury
- Consider C-Spine precautions if suspected injury

 ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
- Obtain BGL
- Ativan 1 mg, may be repeated to a max of 4 mg
  OR
- Versed 2.5 mg over 2 mintes, may repeat initial dose to a maximum of 10 mg
- Consider use of neuromuscular blockade in cases of status epilepticus, refer to Pharmaceutical Assisted Intubation in Treatment Guideline

PEDIATRIC
- Febrile seizures
  - Treat febrile seizures by cooling. (Avoid rapid temperature change and shivering)
  - Consider Ativan or Versed if seizures are continuous
  - Children's Acetaminophen liquid 10 mg/kg PO when level of consciousness permits
- Idiopathic (non-febrile) seizures
  - Ativan 0.1 mg/kg, not to exceed 4 mg
    OR
  - Versed 0.3 mg/kg, not to exceed 10 mg
- Consider use of neuromuscular blockade in cases of status epilepticus, refer to Pharmaceutical Assisted Intubation in Treatment Guideline

Rev 12/18/2012

M-11

## SEDATION

INDICATIONS:
- Cardioversion
- External pacing
- Combative patient

CAUTION:
- Benzodiazepines may cause respiratory depression or compromise
- When administering, observe for signs of hypotension or respiratory depression

 ALS
- Anesthetic spray to posterior pharynx (for intubation)
- Ativan 1 mg increments to a max of 4 mg
        OR
- Versed:  2.5 mg over 2 minutes, may repeat once for max dose of 5 mg

PHYSICIAN CONSULT
- Doses greater than max allowed benzodiazepine

PEDIATRIC
- Ativan 0.1 mg/kg, not to exceed 4 mg, titrated to effect
        OR
- Versed 0.3 mg/kg over 2 minutes, may repeat once after 5 minutes, not to exceed 10 mg total

PHYSICIAN CONSULT
- Doses greater than max allowed benzodiazepine

M-10

Rev 12/18/2012

## OBSTETRICS/GYNECOLOGY - CONTINUED

**PHYSICIAN CONSULT**
- Pre-Eclampsia
  - Magnesium Sulfate loading dose 4 gm/50 cc IV 0.9% NaCl over 15 minutes
  - Magnesium Sulfate maintenance drip 2 gm/50 cc at 50 cc/hr
- Seizures unresolved by magnesium sulfate (Eclamptic)
  - Ativan 1 mg, tirated to effect, max of 4 mg
    OR
  - Versed 2.5 mg over 2 minutes, may be repeated once after 2 minutes, max dose 5 mg

## PAIN MANAGEMENT

**CAUTION:**
**Pain medications may produce respiratory depression**

**INDICATIONS:** Relief of moderate to severe pain: e.g. trauma, fractures, dislocations, kidney stones, and burns

 BLS
- Vitalize/Prioritize
- Oxygen/Airway
- Monitor patient's level of consciousness and respiratory status

 ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock if stable
  - Fluid bolus in the presence of hypotension
- Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
  OR
- Morphine 1-5 mg, titrated to effect
- Zofran 4 mg over a minimum of 30 seconds

PEDIATRIC
- Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
  OR
- Morphine 0.1 mg/kg, titrated to effect
  - Zofran 0.1 mg/kg over a minimum of 30 seconds, not to exceed 4 mg

# PHARMACEUTICAL ASSISTED INTUBATION (PAI)

**CAUTION:**
- Have ALL airway devices and equipment (Suction, Bougie, secondary airway devices) ready
- Etomidate is contraindicated in pediatrics with suspected sepsis, septic shock, and adrenal insufficiency
- Succinylcholine is contraindicated in any patients with a family history of Malignant Hyperthermia
- Neuromuscular blockade does not alter the patient's pain level or level of response
- Always use sedation prior to the use of paralytics AND post intubation
- Consider pain management for trauma patients regardless of level of sedation

BLS
- Vitalize/Prioritize
- Oxygen/Airway
  - Preoxygenate the patient for a minimum of 2 minutes via NRM or BVM.  Use adjuncts when appropriate.

ALS
- EKG Monitor
- IV 0.9% NaCl
  - Fluid bolus in presence of hypotension
- **Pre-Medication**
  - Bradycardia:  Atropine 0.5 mg for HR less than 60 bpm
    - **Mandatory in ALL repeat doses of Succinylcholine**
  - Induction:
    - Etomidate:  0.3 mg/kg, may repeat once for a max dose of 0.6 mg/kg
      OR
    - Versed  5 - 10 mg over 30 seconds, titrated to effect, repeat every 2 minutes if needed, not to exceed 0.3 mg/kg max cumulative dose
- **Neuromuscular Blockade**
  - Succinylcholine 1.5 mg/kg, May be repeated once after Atropine
- **Post Intubation (If further sedation is required)**
  - Sedation:
    - Ativan 1 mg increments to a max of 4 mg
      OR
    - Versed:  2.5 mg over 2 min, may repeat once for max dose of 5 mg
  - PHYSICIAN CONSULT must be obtained to exceed the max allowed benzodiazepine dose.
  - Neuromuscular Blockade
    - Norcuron 0.1 mg/kg, repeat dosing as indicated
- Consider Pain Management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
  - Morphine 1 - 5 mg, titrated to effect
  - Zofran 4 mg over a minimum of 30 seconds

M-8

Rev 12/18/2012

# PHARMACEUTICAL ASSISTED INTUBATION - CONTINUED

PEDIATRIC
- **Pre-Medication**
  - Bradycardia:
    - Atropine 0.02 mg/kg for HR less than 100 bpm not to exceed 0.5 mg
  - Induction:
    - Etomidate: 0.3 mg/kg, may repeat once for a max dose of 0.6 mg/kg
      OR
    - Versed 0.3 mg/kg over 30 seconds, not to exceed 10 mg
- **Neuromuscular Blockade**
  - Succinylcholine 2 mg/kg  (No repeat dosing allowed)
- **Post Intubation (If further sedation is required)**
  - Sedation:
    - Ativan 0.1 mg/kg, titrated to effect, not to exceed 4 mg
      OR
    - Versed:  0.3 mg/kg over 30 seconds, may repeat once for max dose of 0.6 mg/kg
  - PHYSICIAN CONSULT must be obtained to exceed the max allowed benzodiazepine dose.
  - Neuromuscular Blockade
    - Norcuron 0.1 mg/kg, repeat dosing as indicated
- Consider Pain Management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
  - Morphine 0.1 mg/kg IV or IM slowly
  - Zofran 0.1 mg/kg  over a minimum of 30 seconds, not to exceed 4 mg

# PAI COMPLICATIONS

## SUSPECTED MALIGNANT HYPERTHERMIA (MH)/DUSCHENNE'S MUSCULAR DYSTROPHY

**INDICATIONS:**
Signs of Malignant Hyperthermia include increasing $EtCO_2$, trunk or total body rigidity, trismus, tachycardia

**CAUTION:**
Duschenne's Muscular Dystrophy can cause sudden cardiac arrest post Succinylcholine administration.

Use of Calcium Channel Blockers is prohibited in perfusing patients

 ALS:

Contact receiving ER immediately upon onset of suspected Malignant Hyperthermia.
Offer MHAUS hotline# 1-800-644-9737

PHYSICIAN CONSULT - Request dose for all medications
- Hyperventilate with 100% O2 at 10+LPM
- Sodium Bicarbonate
- Cool patient with ice packs to surface areas (MH ONLY)
- Calcium Chloride

Rev 12/18/2012

## BITES AND STINGS

### BLACK WIDOW

Benzodiazepines are preferred for pain management.

 **BLS**
- Vitalize/Prioritize
- Oxygen/Airway

 **ALS**
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
  - Fluid bolus in presence of hypotension
- Ativan 1 mg increments, max of 4 mg
  - **OR**
- Versed: 2.5 mg over 2 minutes, may repeat once after 5 minutes
- Consider pain management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    - **OR**
  - Morphine 1-5 mg, titrated to effect
  - Zofran 4 mg over a minimum of 30 seconds

**PHYSICIAN CONSULT**
- Calcium Chloride 10% (request dosage from ED Physician)

PEDIATRIC
- Ativan 0.1 mg/kg increments, max of 4 mg
  - **OR**
- Versed: 0.3 mg/kg over 2 minutes
- Consider pain management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    - **OR**
  - Morphine 0.1-0.2 mg/kg, titrated to effect
  - Zofran 0.1 mg/kg over a minimum of 30 seconds, not to exceed 4 mg

**PHYSICIAN CONSULT**
- Calcium Chloride 10% (request dosage from ED Physician)
- Doses greater than max allowed dose of benzodiazepine

Rev 12/21/2012

TRAUMA/ENVIRONMENTAL

TE-1

## COCAINE OVERDOSE

 BLS
- Vitalize/Prioritize
- Oxygen/Airway

ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
- Fluid bolus in the presence of hypotension
- Seizures, refer to Seizures in Treatment Guideline
- 12 Lead EKG
  - $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- For chest pain with onset of less than 12 hours after cocaine consumption (No ST elevation)
  - Ativan 1 mg q 3-5 minutes until relief of chest pain, max 4 mg
    **OR**
  - Versed 2.5 mg over 2 minutes, may be repeated once for a max of 5 mg
- If ST elevation noted in 12-lead or chest pain > 12 hours, refer to Acute Coronary Syndrome/Chest Pain in Treatment Guideline
- Chest pain unrelieved by Ativan/Versed, refer to Acute Coronary Syndrome/Chest pain in Treatment Guideline

PHYSICIAN CONSULT
- Notify emergency department if patient ingested/inserted cocaine powder or crack

PEDIATRIC
- Ativan 0.1 mg/kg
**OR**
- Versed 1-2 mg

**TOXICOLOGY**

TO-4

Rev 12/18/2012

## CHEMICAL RESTRAINTS

Chemical restraints are any medications used for the purpose of restraining patients involuntarily to prevent them from harming themselves or personnel. The intent of such medications is sedation for the duration contact until the patient arrives at the emergency department.

### ADVANTAGES OF CHEMICAL RESTRAINTS
- Control violent behavior and patient agitation
- May reduce need for physical restraints

### DISADVANTAGES OF CHEMICAL RESTRAINTS
- May result in complications, such as respiratory depression and loss of gag reflex
- Limit mental status assessment and neurologic examination during sedation

## AGENTS

Benzodiazepines

Lorazepam (Ativan) is commonly used to sedate elderly patients and has a wide safety margin. Respiratory depression and loss of gag reflex usually do not result if recommended doses are used. Duration of action is long.
- Adult dose is 1-4mg IV, IO, IM, or intranasal titrated to effect
- Onset of action is 5-10 minutes
- Duration of action 4-8 hours
- Adverse effects include exacerbation of glaucoma, respiratory and gag reflex, depression (especially when combined with other sedatives or narcotics), and fetal damage.

Midazolam (Versed) is commonly used for rapid sedation in emergency settings because of its rapid onset and brief duration of action.
- Adult IVP dose is 5mg under 60 years of age (may repeat once), 2.5mg over 60 years of age (may repeat once) initially over 2 minutes. Allowing 2 or more minutes to evaluate response; titrate slowly. Can be given IV, IO, IM or intranasal.
- Onset of action is 1-5 minutes
- Duration of action is 30-60 minutes

Diazepam (Valium) is widely used for sedation, treatment of agitation secondary to alcohol withdrawal and treatment of seizures. It has a high therapeutic-to-toxic ratio. Respiratory depression and impaired gag reflex are rare when used alone.
- Adult dose is 2-10mg IV, IO, IM, or intranasal titrated to effect.
- Onset of action is 1-5 minutes
- Duration of action is 30-60 minutes

- Adverse effects include interactions with other s3edatives, which commonly result in respiratory depression and loss of gag reflex, exacerbation of glaucoma, and paradoxical reactions.

## PRECAUTIONS
- Patient dosing is very variable. More medication may be administered if inadequate sedation results after initial dose.
- Monitor for respiratory depression and loss of gag reflex

Chemical restraints can be an effective adjunct or replacement for physical restraints. Appropriate use of restraints promotes patient and crew safety. Health care professionals can incur liability from inappropriate use of restraints and for failure to use restraints to protect a patient; each situation in which use of restraints is considered must be evaluated carefully.

# RAPID SEQUENCE INTUBATION (RSI)

Rapid Sequence Induction (RSI), is the use of specialized medications to facilitate intubation and to provide for muscle relaxation. In the past these medications have been reserved for use by anesthesiologists in the operating room, but recently have become accepted for use in the prehospital setting for an aid in intubation.

Neuromuscular blockade is useful for a number of situations encountered in the prehospital setting. It will enable ventilation of patients who cannot be ventilated because of coughing or resisting ventilation attempts. Oxygen consumption is reduced, shivering may be prevented, and chest wall compliance may be increased through the use of muscle relaxants. When an airway cannot be secured by other means, neuromusclar blockade allows a patient to be more readily intubated. Occasionally a patient may need to be given a muscle relaxant in order to prevent nerve damage during transport.

## CARE FOR THE PARALYZED PATIENT

It is of paramount importance to remember a patient that has been given a paralytic is not unconscious, just paralyzed. They can hear and see everything going on around them. Therefore adequate sedation and analgesia must be given. Some signs of inadequate sedation or analgesia would be:
1. Hypertension
2. Tachycardia
3. Lacrimation
4. Diaphoresis
5. Ventricular dysrhymias

E - 29

**Name:** ROSARIO, Jose
**Date:** 1/22



1/7/07
99%

# Emergency Guidelines Medication Test

*Instructions:* Answer each question completely. Provide as much information for each line as you can. All dosages are for SLCFD per medical guidelines.

**Tylenol**
1. Generic name ___ACETAMINOPHEN___
2. Class ___ANALGESIC / ANTI-PYRETIC___
3. Indications ___PES FEVER +101°___
4. Contraindications list one ___AUTERGIC___
5. Dosage ___10 mg/po___

**Aspirin**
6. Generic Name ___ACETYLSALICYLIC ACID___
7. Class ___ANTI-PLATELET___
8. Indications ___C/P if cardiac origin___
9. Contraindications list three ___Children under 16 due to Reye's Syndrome, Allergy, PT on coumadin___
10. Dosage ___324 mg po___

**Adenocard**
11. Generic name ___ADENOSINE___
12. Class ___ANTI-ARRHYTHMIC___
13. Indications ___SVT PSVT___
14. Contraindications list three ___Allergy, 2nd-3rd° HB, SSS___
15. Dosage ___6mg followed by 10cc in 1-2 min 12mg followed by 10cc then RAPID 12mg followed by 10cc again 1-2 min___

**Albuterol**
16. Generic name ___PROVENTIL, VENTOLIN___
17. Class ___BETA 2 AGONIST BRONCHO DILATOR___
18. Indications ___ASTHMA BRONCHOSPASM___
19. Contraindications ___ALLERGY___
20. Dosage ___2.5 mg in 3cc @ 6LPM___

**Atropine Sulfate  (cardiac agent)**
21. Class ___ANTICHOLINERGIC___
22. Indications list two ___ASYSTOLE, BRADYCARDIA___
23. Contraindications ___NOT TO BE USED ON INFANTS <1mo.___
24. Dosage ___.5mg for Brady cardia  1mg for ASYSTOLE___
25. Pediatric dosage ___.02 mg/kg Max of 1mg___

1 of 7

Jose Rosero

**Atropine Sulfate ( as antidote for poisonings)**
26. Class _ANTICHOLINELTIC_
27. Indications _ORGANOPHOSPHATE POISONING /SLUDGE_
28. Contraindications _NONE_
29. Dosage _2mg IVP UNTIL DESIRED AFFECT /ATROPINIZATION_

**Calcium Chloride**
30. Class _ELECTROLYTE_
31. Indications _CA BLOCKER O₂ MAGNESIUM, Hypokalemia BLACK WIDOW BITE_
32. Contraindications list three _DIGITALIS TOXICITY, HYPERCALCIUM, RENAL CALCIUM_
33. Dosage _10mg/kg of a 10% Solution @ 10 MIN_

**Tagamet**
34. Generic name _CIMETIDINE_
35. Class _H₂ BLOCKER_
36. Indications _ANAPHYLAXIS, ALLERGIC REACTION_
37. Contraindications _NONE_
38. Dosage _300mg/DOSE over 15 MIN_

**Valium**
39. Generic name _DIAZEPAM_
40. Class _SEDATIVE, ANTICONVULSANT_
41. Indications list five _ANXIETY, PRE PACING, PRE CARDIOVERSION, SEIZURE, VIOLENT PT_
42. Contraindications _ALLERGY_
43. Dosage _2-10 mg IVP or IM_
44. Pediatric dosage _.25 - .5 mg/kg IV or RECTAL_

**Cardizem**
45. Generic name _DILTIAZEM_
46. Indications list three _PAT, A-FLUTTER, A-FIB (NEW ONSET)_
47. Contraindications list five _2-3° HB, HYPOTENSION, WPW, VENTRICULAR TACHY CARDIA, SSS_
48. Dosage _.25 mg/kg IVP over 2 MIN.  .35mg/kg AFTER 15 MIN._

**Benadryl**
49. Generic name _DIPHENHYDRAMINE_
50. Class _ANTIHISTAMINE_
51. Indications _ALLERGY, ANAPHYLAXIS_
52. Contraindications list three _ASTHMA, NURSING MOTHERS, NEWBORNS_
53. Dosage _25-50 mg IVP_
54. Pediatric dosage _1-1.25 mg/kg_

2 of 7

Jose Rosario

**Dopamine**
55. Generic name _Sympathetic agonist, Intropin_
56. Class _____
57. Indications _Shock, ↓ BP_
58. Contraindications _Adrenal Gland Tumor_
59. Dosage _400mg/250cc or 800µg/5ccec 2-5mcg/kg/min_

**Epinephrine 1:1000**
60. Class _Sympathetic agonist_
61. Indications _Asthma, Allergic Reaction, Anaphylaxis_
62. Contraindications list two _HTN, Hyperthyroids_
63. Dosage _.3-.5 x3q 15min_
64. Pediatric dosage _.01 mg/kg  upto .3mg_

**Epinephrine 1:10,000**
65. Class _Sympathetic agonist_
66. Indications list four _Asystole, Bradycardia unresponsive to atropine, PEA, Anaphylaxis_
67. Contraindications _None_
68. Dosage adult _.5-1g 5min_
Pediatric dosage _.01 mg/kg_

**Etomidate**
69. Generic name _Hypnomidate_
70. Class _Hypnotic_
71. Indications _premed for RSI, Cardioversion_
72. Contraindications list three _under 10, Bradycardia, Hypoventilation_
73. Dosage _.3-.6 mg/kg over 60 sec_
74. Minimum age _10_

**Lasix**
75. Generic name _Furosemide_
76. Class _Diuretic_
77. Indications _CE, HTN, CHF_
78. Contraindications _Sulfa Allergies, Hypotension, Renal Dialysis pt_
79. Dosage _.5 - 1 mg/kg  over 2 min._

3 of 7

JAN-2-2007 23:52 FROM:STA 15          7724622358          TO:96213603          P.4/15

Jose Rosario

**Glucagon**
80. Class  GLUCAGEN / HORMONE
81. Indications  HYPOGLYCEMIA WHEN IV NOT OBTAINABLE
82. Contraindications  HYPERGLYCEMIA
83. Dosage  1 mg IM

**Glucose 50%**
84. Class  CARBOHYDRATE
85. Indications  Hypoglycemia
86. Contraindications  HYPERGLYCEMIA, STROKE.
87. Dosage  50cc of 50% sol

**Atrovent**
88. Generic name  IPRATROPIUM BROMIDE
89. Class  PARASYMPATHOLETIC BRONCHO DILATOR
90. Indications  COPD, ASTHMA
91. Contraindications list two  Soy/PEANUT ALLERGY, GLAUCOMA
92. Dosage  .5 mg / 2.5 mg ALBUTEROL

**Trandate**
93. Generic Name  LABETALOL
94. Class  ALPHA / BLOCKER
95. Indications  Hypertensive crises s
96. Contraindications list five  CHF, 2-3° HB, SEVERE BRADYCARDIA, COPD, CARDIOGENIC SHOCK
97. Dosage  20mg/kg over 2min

**Lidocaine HCL**
98. Class  NA CHANNEL BLOCKER, ANTIDYSRHYTHMIC
99. Indications list three  16 PVC/min, V Tac, V-FIB
100. Contraindications list three  2-3° HB, BRADYCARDIA & PVC
101. Dosage include maintenance drip  1-1.5 mg/kg so 2-4 mg/min 2gm/500cc mix

4 of 7

*Jon Rosano*

**Ativan**
100.   Generic name   LORAZEPAM
101.   Class   BENZO   ANTICONVALSNT/SEDATIVE
102.   Indications   PROVED FOR CARDIOVERSION, ANXIETY, SEIZURE
103.   Contraindications   HYPOTENSION
104.   Minimum age   N/A

**Magnesium Sulfate**
105.   Class   ELECTROLYTE , ANTIARRHYTHMIC
106.   Indications list three   ECLAMPSIA PREECLAMPSIA, STATUS ASTHMATICUS
107.   Contraindications   HB , HF   (BRODY.CARDIA)AM
108.   Dosage   ECLAMPSIA 4gm /100cc   IVS WIDE OPEN
          PREECLAMPSIA 4GM / 100 CC IVS OVER 15 MIN
          MAINT   2gm/100cc over 100cc/HR
          STATUS-2 gm in 10cc over 3min   MAX 4-6gm

**Solu-Medrol**
109.   Generic name   METHYPREDNISOLONE
110.   Class   CORTICO STEROID / ANTI-INFLAMMATION
111.   Indications   ASTHMA, COPD, ALLOLRXI REACTION
112.   Contraindications   PT & POOR IMMUNO SYSTEM
113.   Dosage   125mg IV
114.   Pediatric dosage   2mg/kg

**Versed**
115.   Generic name   MIDAZOLAM
116.   Class   BENZODIAZEPINE
117.   Indications   SEDATION FOR RSI
118.   Contraindications   OD, HYPOTENSION, SHOCK
119.   Dosage   2.5-5mg IV VIA   ~~E IV / OVER~~ 5.0-10mg V 60 YOA

**Morphine Sulfate**
120.   Class   NARC NARCOTIC ANALGESIC
121.   Indications   PE, PAIN
122.   Contraindications list three   HEAD TRAUMA, ACUTE ASTHMA   ABDOMINAL PAIN
123.   Dosage   1-5mg

**Nubain**
124.   Generic name   SYNTHETIC NARCOTIC ANALGESIC
125.   Class   NALBUPHINE
126.   Indications   PAIN MANAGEMENT
127.   Contraindications   HYPOTENSION, RESP DEPRESSION
128.   Dosage   2-4mg

**Narcan**
129.   Generic name   NALOZONE

JAN-2-2007 23:52 FROM:STA 15          7724622358          TO:96213603          P.6/15

*Jose Rosero*

130. Class      NARCOTIC ANTAGONIST
131. Indications      REVERSAL OF (NS DPRESSION) CAUSED BY NARCOTICS
132. Contraindications      ALLERGY / NARCOTIC ADDICTION PT
133. Dosage      .4-2 mg
134. Pediatric dosage      .01 mg/kg - .1 mg/kg   Max 2

**Nitroglycerine IV**
135. Class      NITRATE, VASO DIALATOR
136. Indications      C/P, ACUTE PE, HTN
137. Contraindications      Hypotension, PT ↓12
138. Dosage      Hung or 5-10 mcg/min titrate

**Nitroglycerine sublingual**
139. Class      NITRATE, VASO DILATOR
140. Indications      HTN, C P of CARDIAC ORGIN, Ang INA, PE
141. Contraindications      Hypotension, PT ↓12
142. Dosage      .4 mg SL

**Nitroglycerin topical**
143. Class      NITRATE, VASO DIALATOR
144. Indications      C/P of CARDIAC ORGIN, PE
145. Contraindications      Hypotension ABOVE14
146. Dosage      1 in 15 mg      15 m L

**Pronestyl**
147. Generic name      PROCAINAMIDE
148. Class      ANTIARRHYTHMIC
149. Indications      PVC, V-TAC, ALLERGY TO LIDOCAIN
150. Contraindications      2-3° HB, PVC F BRADYCARDIA
151. Dosage      2gm in 500 cc   MAINT. 2gm/500cc 1-4mg/min

**Phenergan**
152. Generic name      PROMETHAZINE
153. Indications      N/V,
154. Contraindications      ABD PAIN
155. Dosage      6.25 - 25 mg

**Sodium Bicarbonate**
156. Class      ALKALIZING AGENT
157. Indications      METABOLIC ACIDOSIS
158. Contraindications      CHF
159. Dosage      1mEq/kg RPT .5mEq q 10min

**Anectine**
160. Generic name      SUCCINYCHOLINE CL

6 of 7

JAN-2-2007  23:53  FROM:STA 15                7724622358                TO:96213603                P.7/15

*Jose Rojano*

161. Class  DEPOLARIZING NEUROMUSCULAR BLOCKER
162. Indications  MUSCULAR PARALYSIS WHEN TRYING TO INTUBATE
163. Contraindications  EYE INJURY, PT WHO CANNOT BE BAGGED
164. Dosage  1mg/kg                          1.5mg/kg
165. Pediatric dosage  1mg/kg

**Tetracaine HCL**
166. Indications  FOREIGN BODIES TO EYE
167. Contraindications  N/A
168. Dosage  1-2 DROPS

**Thiamine**
169. Generic name  B1 VITAMINE
170. Indications  FOR THIAMINE DEFFICIENCY
171. Contraindications  N/A
172. Dosage  100 mg

**Vecuronium Bromide**
173. Generic name  NORCURON
174. Indications  FOR INTUBATED PT IN LONG FLIGHT TRANSPORT
175. Contraindications  UNSUCCESSFUL RSI
176. Dosage  1mg/kg
177. Pediatric dosage  1mg/kg

**Amiodarone**
178. Generic name  CORDARONE
179. Indications  V-PTB, V-TAC, PVC
180. Contraindications  CHF, BRADICARDIA, HB ↑ DEGREE
181. Dosage  V-PTB PULSELESS V-TAC  300mg RPT Ō 150mg      PERFUSING V-
182. Pediatric dosage  N/A                                  TAC 150mg
                                                             OVER 10 mg

**Vasopressin**
183. Generic name  PITRESSIN
184. Indications  V-PTB, PULSELESS V-TAC
185. Contraindications  ATRIAL DYSRHYTHMIAS
186. Dosage  40 UNITS
187. Pediatric dosage  N/A

7 of 7





St. Lucie County Fire District

Patient Name: _Dockery, T_____   Transport Date: _5-11-14_

I request that payment of authorized Medicare, Medicaid, or any other insurance benefits be made on my behalf to the St. Lucie County Fire District for any services provided to me by the St. Lucie County Fire District now or in the future. I understand that I am financially responsible for the services provided to me by the St. Lucie County Fire District, regardless of my insurance coverage, and, in some cases, may be responsible for an amount in addition to that which was paid by my insurance. I agree to immediately remit to the St. Lucie County Fire District any payments that I receive directly from insurance or any source whatsoever for the services provided to me and I assign all rights to such payments to the St. Lucie County Fire District. I authorize the St. Lucie County Fire District to appeal payment denials or other adverse decisions on my behalf without further authorization. I authorize and direct any holder of medical information or documentation about me to release such information to the St. Lucie County Fire District and its billing agents, and/or the Centers for Medicare and Medicaid Services and its carriers and agents, and/or any other payers or insurers as may be necessary to determine these or other benefits payable for any services provided to me by the St. Lucie County Fire District, now or in the future.   A copy of this form is as valid as an original.

**Privacy Practices Acknowledgment:** by signing below, I acknowledge that I have received the St. Lucie County Fire District Notice of Privacy Practices.

## SIGNATURE SECTION:

### ONE of the following three sections MUST be completed.

| SECTION I – PATIENT SIGNATURE | SECTION II – AUTHORIZED REPRESENTATIVE SIGNATURE |
|---|---|
| The patient must sign here unless the patient is physically or mentally incapable of signing. | Complete this section **only** if patient is physically or mentally incapable of signing. |

SECTION I – PATIENT SIGNATURE

The patient must sign here unless the patient is physically or mentally incapable of signing.

X _____
Patient Signature or Mark          Date

If the patient signs with an "X" or other mark, it is recommended that someone sign below as a witness. This can be a Rescue crew member.

X _____
Witness Signature                  Date

_____
Witness Printed Name

SECTION II – AUTHORIZED REPRESENTATIVE SIGNATURE

Complete this section **only** if patient is physically or mentally incapable of signing.

Reason the patient is physically or mentally incapable of signing:

_____

Authorized representatives include **only** the following individuals (check one):
☐ Patient's Legal Guardian   ☐ Patient's Health Care Power of Attorney
☐ Relative or other person who receives government benefits on behalf of patient
☐ Relative or other person who arranges treatment or handles the patient's affairs
☐ Representative of an agency or institution that furnished care, services or assistance to the patient.

*I am signing on behalf of the patient. I recognize that signing on behalf of the patient is not an acceptance of financial responsibility for the services rendered.*

X _____
Representative Signature      Date        Printed Name of Representative

### SECTION III – RESCUE CREW AND FACILITY REPRESENTATIVE SIGNATURES

Complete this section **only** if (1) the pt was physically or mentally incapable of signing (Section I), **and** (2) no authorized representative was available or willing to sign on behalf of the pt at time of service (Section II).

**A.    Rescue Crew Member Statement (_must_ be completed by Crew Member at time of transport)**

*My signature below indicates that, at the time of service, the patient named above was physically or mentally incapable of signing, and that none of the authorized representatives listed in Section II of this form were available or willing to sign on the patient's behalf. My signature is not an acceptance of financial responsibility for the services rendered.*

Reason pt incapable of signing: _____Full Arrest_____

Name and Location of Receiving Facility: _Simeon_____   Time at Receiving Facility: _1854_

_____        _____
Signature of Crew Member      Date        Printed Name of Crew Member  (Cosmus, Jesu)

**Receiving Facility Representative Signature**

*The patient named on this form was received by this facility at the date and time indicated above. This signature is not an acceptance of financial responsibility for the services rendered to this patient.*

X _____
Signature of Receiving Facility Representative   Date        Printed Name and Title of Receiving Facility Representative

**Secondary Documentation (required only if signature in Section B above cannot be obtained)**

If no facility representative signature is obtained, the Rescue Crew should attempt to obtain one or more of the following forms of signed documentation from the receiving facility that indicates that the patient was transported to that facility by ambulance on the date and time indicated above. The release of this information to the ambulance service is expressly permitted by §164.506(c) of HIPAA.

☐ Patient Care Report (signed by representative of facility)   ☐ Facility Face Sheet/Admissions Record
☐ Patient Medical Record                                        ☐ Hospital Log or Other Similar Facility Record



## Emergency**PRO**
By Documed Systems International, Inc.

### Saint Lucie County Fire District
5160 NW Milner DrivePort St. Lucie, FL 34983
Phone: (772) 621-3400

| Incident |
| --- |
| **Incident Date:** 05/11/2014 18:29:56  **Incident Number:** 14016522 |
| **Incident Location:** 301 E PRIMA VISTA Blvd Fort Pierce, St. Lucie County 34952 |
| Patient 1 of 1; Rescue 3; Shift: A |
| **Docher, Tavares 29 Years old, Male** |

| PAST MEDICAL HISTORY: Unknown |
| --- |
| **ALLERGIES:** Unknown |
| **MEDICATIONS:** Unknown |

| ASSESSMENT 05/11/2014 18:36:00 |
| --- |
| Breathing Quantity Adult Fast 20 - 30 |
| Venous hemorrhage controlled by PTA |
| Carotid Pulse Not Assessed |
| Radial Pulse Not Assessed |
| Brachial Pulse Not Assessed |
| Femoral Pulse Not Assessed |
| Mucous Membrane Normal |
| Central Body Color Normal |
| Extremities Normal |
| Skin Moisture Moist |
| WITHIN NORMAL LIMITS (Airway, Breathing Quality, Accessory Muscle Use, Chest Rise, Skin Temp, Skin Turgor, Cap Refill) Rosario, Jose EMT-Paramedic (PMD512500) |

| ASSESSMENT 05/11/2014 18:40:00 |
| --- |
| Breathing Quantity Not Breathing |
| Chest Rise: No Chest Rise |
| Capillary hemorrhage |
| Carotid Pulse Not Present |
| Radial Pulse Not Present |
| Brachial Pulse Not Present |
| Femoral Pulse Not Present |
| Mucous Membrane Normal |
| Central Body Color Normal |
| Extremities Normal |
| Skin Moisture Moist |
| Capillary Refill Greater than 2 Seconds |
| WITHIN NORMAL LIMITS (Airway, Breathing Quality, Accessory Muscle Use, Skin Temp, |

Skin Turgor) Rosario, Jose EMT-Paramedic (PMD512500)

## ASSESSMENT 05/11/2014 18:46:00

Breathing Quality assisted
Breathing Quantity Assisted with BVM
Venous hemorrhage
Carotid Pulse Not Assessed
Radial Pulse Not Assessed
Brachial Pulse Not Assessed
Femoral Pulse Not Assessed
Mucous Membrane Normal
Central Body Color Normal
Extremities Normal
Capillary Refill None
WITHIN NORMAL LIMITS (Airway, Accessory Muscle Use, Chest Rise, Skin Temp, Skin
Moisture, Skin Turgor) Rosario, Jose EMT-Paramedic (PMD512500)

## ASSESSMENT 05/11/2014 18:50:00

Breathing Quality Not Breathing
Breathing Quantity Assisted with BVM
Venous hemorrhage
Carotid Pulse Not Assessed
Radial Pulse Not Assessed
Brachial Pulse Not Assessed
Femoral Pulse Not Assessed
Mucous Membrane Normal
Central Body Color Normal
Extremities Normal
WITHIN NORMAL LIMITS (Airway, Accessory Muscle Use, Chest Rise, Skin Temp, Skin
Moisture, Skin Turgor) Rosario, Jose EMT-Paramedic (PMD512500)

## ASSESSMENT 05/11/2014 18:57:00

Breathing Quality breathing
Breathing Quantity Assisted with BVM
Venous hemorrhage
Brachial Pulse Not Assessed
Femoral Pulse Not Assessed
Mucous Membrane Normal
Central Body Color Normal
Extremities Normal
WITHIN NORMAL LIMITS (Airway, Accessory Muscle Use, Chest Rise, Carotid Pulse,
Radial Pulse, Skin Temp, Skin Moisture, Skin Turgor, Cap Refill) Rosario, Jose EMT-
Paramedic (PMD512500)

## Secondary Assessment (Injury)

HEAD - Laceration:Right Forehead (superior/lateral to browridge. Minimal bleeding noted).

EMERGENCY MEDICAL GUIDELINES

disease, cyanosis, elevated JVD and peripheral edema are observed.

Thoracic exam reveals hyperinflation (barrel chest), wheezing, diffusely decreased breath sounds, and prolonged expiration. Coarse crackles beginning with inspiration may be heard, and wheezes frequently are heard on forced and unforced expiration.

The primary cause of COPD is exposure to tobacco smoke. Smoking cessation continues to be the most important therapeutic intervention.

Acute exacerbation of COPD is 1 of major reasons for hospitals admissions in the U.S. The predictors of mortality are aging, continued smoking, accelerated decline, moderate to severe airflow obstruction, poor bronchodilator response, severe hypoxemia, presence of hypercapnia, development of cor pulmonale, and overall poor functional capacity.

## RATIONALE

The goals of pharmacotherapy are to reduce morbidity and prevent complications.

OXYGEN - COPD commonly is associated with progressive hypoxemia. Oxygen reduces mortality rates in patients with advanced COPD because of the favorable effects on pulmonary hemodynamics.

Bronchodilators - These agents act to decrease muscle tone in both small and large airways in the lungs, thereby increasing ventilation and airflow.

Albuterol (Proventil, Ventolin) - Relaxes bronchial smooth muscle by action on beta 2-receptors with little effect on cardiac muscle contractility. Most patient will benefit from this treatment. Albuterol is also a beta-agonist for bronchospasm refractory to epinephrine.

Ipratropium (Atrovent) - Chemically related to atropine. Has anti-secretory properties. When administered concurrently with albuterol creates a synergistic effect, by increasing duration of bronchodilation by albuterol.

Beta Adrenergic Agonist & Antocholinergic Agent Combination - (Alupent & Atrovent)

Combines the effects of the rapid onset with prolonged action.

Glucocorticoids - In acute exacerbation, when administered early in treatment modalities, steroids improve symptoms and lung functions over time. The anti-inflammatory agent restores the beta2-agonist receptors in the bronchial smooth muscles and, therefore, restore the response to beta2-agonists. Glucocorticoids are indicated if response to the first or second beta2-agonist inhaler treatment is incomplete.

Solu-Medrol - is used for treatment of inflammatory reaction. By reversing increased capillary permeability and suppressing activity, it decreases inflammation. The onset of action of steroids is approximately 4 hours in children and 6 hours in adults.

# COMBATIVE PATIENTS



The transport of combative and potentially combative patients can be a stressful and dangerous experience for Ground and Air Medical Crew members, threatening the safety of all EMS personnel. The following protocol is adopted to deal with this possibility;

1. Recognize potential etiologies of combative behavior and carefully evaluate each patient prior to transport.
   a. Head Injury or other central nervous system insult.
   b. History of psychotic or other psychiatric disturbances; Acute psychotic crisis.
   c. Hypoxia, carbon monoxide poisoning.
   d. Alcohol or drug intoxication, withdrawal, or overdose.
   e. Seizure activity, or potential for seizure activity.
   f. Disorientation in an elderly patient; organic brain syndrome; dementia.
   g. History of involvement in a violent situation; anti social personality.
   h. Severe claustrophobia, acrophobia (heights) or aviophobia (flying).
2. Recognize behavioral clues to potentially violent behavior.
   a. Posture
      1. Sitting on edge of seat.
   b. Speech pattern
      1. Rapid
      2. Loud
      3. Abusive
      4. Overly animated
      5. Shrill
      6. Excessive talking
      7. Emotional lability
      8. Expressions of anger.
   c. Motor Activity
      1. Clenched fists
      2. Pacing
      3. Tightening of jaw muscles
      4. Easily startled
      5. Excessive fidgeting
      6. Spitting
      7. Biting
3. Initiate preventative measures to reduce potentially combative patient's anxiety.
   a. Reassure patient
   b. Give honest answers to questions

E - 14

EDUCATIONAL GUIDELINES

c. Give firm, calm direction
4. En route considerations.
   a. Speak softly and calmly around patients. Do not yell at patient.
   b. Use earplugs to reduce noise stimulation to patient. This also allows the medical crew to discuss patient's condition without being overheard.
   c. Be respectful of patients (small) personal space. Approach patient in a slow deliberate manner.
5. Should a patient become combative, the following steps should be taken.
   a. Look for potential etiologies and correct
     1. Hypoxia.
     2. Shock.
     3. Excessive environmental stimulation.
   b. The following physical restraints are authorized for use if (a) above does not work or apply. (apply before transport if at all possible).
     1. Rayon webbing strapped across chest and legs.
     2. "Hard" extremity restraints. (All 4 limbs)
       a. Restrain limbs at a comfortable angle.
       b. Avoid compromising circulation by restraining too tightly. Check distal extremities periodically (q 15 minute pulses).
       c. Do not use any padding under restraints as this may reduce efficiency.
       d. Protect airway from aspiration. If patient vomits turn patient on his/her side and suction as needed.
   c. Pharmacologic restraints may be used if physical restraints are not sufficient, or if continued combativeness may interfere with deliverance of proper medical care or may cause further harm to the patient (i.e., ventilator patient or cervical spine injury). All pharmacologic agents are used by protocol only. Respiratory status must be carefully monitored.
     1. Antipsychotics: Haldol may be used for acute psychosis, organic brain syndrome or senile dementia / disorientation. May be combined with a sedative agent for better overall effect.
     2. Sedative agents:
       1. Diazepam (Valium).
       2. Midazolam (Versed).
       3. Lorazepam (Ativan).
       4. Morphine Sulfate.
     3. Neuromuscular blocking agents (never give without prior sedation in a conscious patient unless its an emergency).
       1. Vercuronium Bromide (Norcuron).

6. Micellaneous considerations.
   a. Any unconscious patient who may awaken in flight should be restrained prophylactically.
   b. Any patient whose physical activity will hinder the delivery of good patient care or cause further injury to him/herself should be restrained (i.e., c-spine injury).
   c. All pharmacologic agents that can cause respiratory depression. Respiratory status must be carefully monitored if these agents are used. Respiratory assistance and/or intubation may become necessary with sedative agents, and is mandatory with all neuromuscular blockading agents.
   d. All combative patients will be transported by a two (2) person (minimum) medical crew.
   e. If an unrestrained patient suddenly becomes combative in the air and cannot be controlled, the pilot should notify A.T.C. (Air Traffic Control), declare an emergency if needed, and land at the nearest appropriate airport. Law enforcement back up should be requested to assist in restraining after landing.
   f. Strong consideration should be given to restraining all intubated patients.
   g. All "criminal" patients who are accompanied by a law enforcement agent shall also be restrained with handcuffs if possible. These patients must be restrained at all times.
   h. Use of mechanical or pharmacologic restraints, or both, must be documented on the (PCR) Patient Care Report.
   i. Safety must always take first priority in all transports. If a Medical Crew Member has any doubt regarding the safety of transporting a potentially combative patient by ground or in the air, (either for the patient or themselves) they should obtain the appropriate medical or law enforcement assistance and immediately notify the receiving facility physician of their concerns.

# DIABETES MELLITUS

By far one of the most common emergencies you can expect to treat will involve diabetes. Frequently complications involve ketoacidosis and hypoglycemia. Diabetes Mellitus is characterized by decreased insulin secretion by the beta cells of the islets of Langerhans in the pancreas. The complications of this disease are numerous.

Glucose, also called dextrose, is a simple sugar required by the body to produce energy. Sugars, also called carbohydrates, are one of the three major food sources used by the

E - 15

## Narrative

H - Rescue was called to the scene for a trauma. Upon arrival S.O. related that the pt was very combative and very strong and was able to displace many of the officers on scene by himself. One officer stated that there was ETOH involved and he believes that the pt is on something because he was so strong. Some of the officers on scene were injured during the struggle. No verbal response from the pt during the call.

O - Upon initial assessment arrived to find Pt on the ground with S.O. officers subduing him and seemingly controlling him. Pt was still active while S.O. officers were on him. A LAC was noted to pt's R side of the head with minimal to no bleeding. Pt's L side was towards the pavement. Above pt's head was a puddle of blood. (S.O. stated that it came about during and after their struggle). Pt's nose and mouth had fresh blood on them. Airway was Patent, Respirations were rapid, Radial Pulses rapid, Skin was moist, See injury section for assessment done.

T - Assessment performed. Pt was very combative and would not stay on LSB with CID. Due to combativeness the pt was given 4mg of Ativan IM in the R buttocks. Stretcher was moved in place by S.O. officer and Pt was lifted by S.O. team to the stretcher. Pt was re-evaluated and was determined to be apneic and pulseless. Pt was immediately placed in the rescue next to the scene. 4 lead ekg confirmed that the pt was in asystole. CPR was immediately ordered. Vitals and Tx. are as stated in flowsheet. King airway used for immediate airway control. IV in jugular done on pt. Pt was given a total of 1mg of Epi. and 50meq of Sodium Bicarb (for poss acidosis). Pt was defibrillated at 120j with CPR to follow upon reassessment pt showed bounding pulse on his chest. EKG showed SVT. Pt was cardioverted at 100j. Pt later showed NSR with (+) mechanical pulses.

R - Upon reassessment Pt had ROSC prior to turnover. Pt care TOT ER staff with verbal report w/o incident.

Witness statement taken from rescue crew after call. R3 was placed OOS until statement and decon was done.

## Treatment

| 18:36:00 | Assessment-Adult , Rosario, Jose EMT-Paramedic (PMD512500) (Unchanged) | |
|---|---|---|
| 18:38:00 | **Pulse:** 110 Regular and Rapid<br>**Resp:** 28<br>**Respiratory Effort:** Normal | **Responsiveness:** Painful |
| 18:39:00 | Backboard, Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) (with CID. Pt would not tolerate. Pt very combative) | |
| 18:40:00 | Ativan (4 mg) Intramuscular, Rosario, Jose EMT-Paramedic (PMD512500) (Improved) (Pt stopped being combative) | |
| 18:43:00 | **Pulse:** 0 Not Present | **GCS:** 1 None; 1 None; 1 None = 3<br>**Sa02:** 100% |
| 18:43:00 | Pulse Oximetry, Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) | |
| 18:43:00 | ECG 4-lead , Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) | |

| | |
|---|---|
| | (asystole) |
| 18:43:00 | Airway - King Airway , successful, 1 attempt, Rosario, Jose EMT-Paramedic (PMD512500) (Unchanged) Tube Size: 5.0 Tube Depth: 22 cm Breath Sounds: Equal Tube Confirmation: Negative Auscultation of the Epigastrium, Auscultation of Bilateral Breath Sounds, Waveform $CO_2$ Confirmation<br>Tube Confirmation Upon Transfer: Auscultation of Bilateral Breath Sounds, Waveform $CO_2$ Confirmation |
| 18:43:00 | CPR , successful, 1 attempt, Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) |
| 18:44:00 | Capnography Waveform , Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) (40) |
| 18:47:00 | External Jugular Line Normal Saline, Successful. Started in Left External Jugular (1 attempt) (18 gauge) (10 CCs total) (Wide Open) Rosario, Jose EMT-Paramedic (PMD512500)<br>(Unchanged) Fluid Challenge (Secure With Occlusive Dressing) |

| 18:47:00 | **Pulse:** 0 Not Present<br>**Rhythm:** Asystole | **GCS:** 1 None; 1 None; 1 None = 3<br>**End Tidal C02 mm Hg:** 40 |
|---|---|---|

| 18:48:00 | Epinephrine 1:10,000 (1 mg) Intravenous, Rosario, Jose EMT-Paramedic (PMD512500) (Unchanged) |
|---|---|
| 18:48:00 | CPR , successful, 1 attempt, St. Lucie County Sheriffs Office () (Unchanged) |
| 18:49:00 | Sodium Bicarbonate 8.4 (50 meq) Intravenous, Rosario, Jose EMT-Paramedic (PMD512500) (Unchanged) (given for possible acidosis (+)hydrogen ion) |

| 18:52:00 | **Resp:** 16<br>**Rhythm:** V. Tach | **GCS:** 1 None; 1 None; 1 None = 3<br>**Sa02:** 100%<br>**End Tidal C02 mm Hg:** 40 |
|---|---|---|

| 18:53:00 | Defibrillation - Automated (AED) (120 joules), successful, 1 attempt, Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) (CPR delivered after for 2 min) |
|---|---|
| 18:56:00 | Cardioversion (100 joules), successful, 1 attempt, Sinclair, Thomas EMT-Paramedic (PMD514299) (Improved) (went from SVT to NSR) |

| 18:56:00 | **Pulse:** 82 Regular and Normal<br>**Resp:** 16<br>**Rhythm:** NSR | **GCS:** 1 None; 1 None; 1 None = 3<br>**Sa02:** 100%<br>**End Tidal C02 mm Hg:** 40<br>**Responsiveness:** Unresponsive |
|---|---|---|

## Impression

Primary Impression: Behavioral / psychiatric disorder Secondary Impression: Traumatic injury Other Impressions: Cardiac arrest

## Incident Details

Incident location: 301 E PRIMA VISTA Blvd Fort Pierce, St. Lucie County, FL 34952 ST03

Inc#14165221 Date: 1/4412-RLR  Document 144-104 Entered on FLSD Docket 10/27/2017 Page 92 of 100
Case 2:16-cv-14413-RLR  Document 144-104 Entered on FLSD Docket 10/27/2017 Patient: Docher, Tavares
100

Nature of call as dispatched: Traumatic Injury Nature of call at scene: Traumatic Injury (Anatomic Location: General/Global) (Organ System: Skin ) (Primary Symptom: Bleeding ) (Other Symptom: Change in Responsiveness ) (Condition Code: Cardiac Arrest-Resuscitation in Progress)
Delay Turn Around: Documentation
Disposition: Transport via Ground to St. Lucie Medical Center (Reason destination chosen: Closest Facility) Destination Zip Code: 34952
Type of exposure on this run: None
Medical Control Type: Protocol
Report Given to: The ED Staff Belongings left with: The Patient
This was a cardiac arrest. Etiology: Presumed Cardiac Witnessed by: Healthcare Provider Resuscitation attempts: Initiated Chest Compressions, Attempted Ventilation, Attempted Defibrillation - ALS Unit Shockable rhythm: No ROSC: Prior to ED Arrival and at the ED
First monitored rhythm: Asystole
05/11/2014 18:29:56 Call Received
05/11/2014 18:30:12 Dispatched
05/11/2014 18:30:46 Depart
05/11/2014 18:34:00 First Responder Arrives
05/11/2014 18:34:00 Arrive Location
05/11/2014 18:36:00 Patient Contact
05/11/2014 18:47:45 Unit Departs
05/11/2014 18:56:10 Arrive Destination
05/11/2014 19:22:39 Available
Response to scene: Priority One Response from scene: Priority One
Call Level: ALS-2
How EMS Accessed: 911
Scene Odometer: 1.0 Destination Odometer: 5.7 Total Miles: 4.7
Total Patients Transported This Unit: 1
Lead Crew Member: Rosario, Jose EMT-Paramedic (PMD512500)
Crew Member 2: Sinclair, Thomas EMT-Paramedic (PMD514299)

## Assisting

Engine 3 Dispatched: 05/11/2014 18:43:09 Enroute: 05/11/2014 18:43:50 Available: 05/11/2014 18:37:13, St. Lucie County Sheriffs Office ,

## Patient

DOCHER, TAVARES DOB: 07/04/1984 29 YEARS OLD.
Black, Male, 100 lbs
301 E PRIMA VISTA Blvd
Fort Pierce, FL 34952
SSN#: 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

## Billing

## NFIRS

Exposure #: 000 Incident Type: 300 Rescue, emergency medical call (EMS) call, other Action

Taken: 30 Emergency medical services, other
N None
Property Use: 900 Outside or special property, other
RESPONDING UNITS:
Suppression [Apparatus:1 Personnel:3]
EMS [Apparatus:1 Personnel:2]
Other [Apparatus:0 Personnel:0]
Includes no mutual aid resources.
Human Factors Involved: N None
Other Factors Involved: N None
Impression: 14 Behavioral/psych Condition of Patient: 1 Improved
Census Tract:

## Signatures

## Crew Signatures

**Signed by Rosario, Jose EMT-Paramedic (PMD512500) at 05/14/2014 16:52:17**

Created with Emergency-Pro; Copyright © 1994-2011 Documed Systems International Inc.



**GENERAL ORDER**
**JULY 20, 2011**

**EMS G.O. #09-11**

RE: Quality Improvement Review Process

The Quality Improvement Review Process has been revised, and will be immediately in effect.

Company Officers and Lead Crew Members (Paramedics) should pay particular attention to the **Level 1 Review** of the process; specifically, "Do not attach a printed copy of the Patient Care Report."

The updated "Addendum to Patient Care Report Attachment Form" will replace the current form, and is found on the "G" Drive under Forms/OPS.

By Authority:

Ron Parrish
Fire Chief

Attachment

GO/aom



*St. Lucie County Fire District*
**Quality Improvement Review Process**

The procedure of checking paperwork entails varying degrees of review dependent on the status of the paperwork. The varying degrees of review are divided into 4 levels:

**Level I**  -   Performed by the Company Officer
**Level II**  -   Performed by the Flight Medics
**Level III** -   The Quality Improvement Officer (QIO)/Field Training Captain (FTC) or Field Training Officer (FTO) performs Level III reviews.
**Level IV** -   The Medical Director and Medical Review Board will perform all Level IV reviews.

<u>**Level I Review**</u>

As an integral part of the Quality Improvement (QI) process, the Company Officer will initiate QI by performing the Level I Review.

The lead paramedic, in charge of the call, shall ensure that each Patient Care Report (PCR) is complete and adheres to the St. Lucie County Fire District documentation standards. The lead paramedic shall sign as the lead crewmember after reviewing the PCR. Upon completion of the PCR, the lead paramedic will attach any required documentation to the Addendum to Patient Care Form. Do NOT attach a printed copy of the PCR.

The Company Officer will then begin the Level I Review process below:

- Ensure that the appropriate additional documentation is attached. This includes the Insurance Information Form, Informed Refusal Form, EKGs and/or Alert Form.

- Ensure that the appropriate signature has been obtained, either electronically or via Billing Signature Form (Ref. General Order #06-08).

- Determine that all calls for the shift are completed, signed by the lead crewmember, and logged into the station logbook.

Once the aforementioned has been completed, the Company Officer will then address any deficiencies. If no deficiencies noted he/she will then sign the "Level I Review" section of the Addendum to Patient Care Attachment Form, completing the Level I Review. By signing the "Level I Review," it will be assumed that the Company Officer has confirmed that the PCR signatures and required documentation are complete.

1

## Level II Review

The Flight Medic shall audit run reports from the previous shift. All Key Point Indicators (KPI) from the previous shift will be reviewed for accuracy, completeness, and adherence to the Medical Guidelines.

KPI's include: Cardiac Arrest, Stroke Alert, Trauma Alert, Cardiac Alert, RSI Incident, Cardioversion/Defibrillation/AED Calls, MCI, Focus Study and Intubations.

In addition to KPI's, PCRs will be audited based on the guide below:

## Description of Calls Reviewed

- 100% Situations requiring on-scene Aeromedical Evacuation
- 100% Cardiac Arrests
- 100% Respiratory Arrests/Intubations/RSI
- 100% Trauma/Cardiac/Stroke Alerts
- 100% Questionable Patient Care
- 100% Cardioversions/AED Usage/Defibrillations
- 100% Public Records Requests
- 100% Transports to Martin Memorial/St. Lucie West Emergency Center

The benchmark goal of PCR audits is at 25% of total shift run volume. If 100 calls occurred within the shift, the **minimum** audit should consist of at least twenty-five (25) reviews, inclusive of all the requirements set above.

If, after all required audits are performed, the 25% benchmark is not met; a random sample will be used to make up the difference.

On occasion, the Flight Medic assigned to the helicopter may request assistance from Flight Medics assigned to Station #4 in order to meet these standards.

The Flight Medic will attach the run report data to the Daily Quality Improvement Log Sheet. The Patient Care Audit Sheet will be used to document the review of all KPIs and any deficiencies found. The Flight Medic will contact the Paramedic/EMT that needs to make an addendum to a PCR and send it back to them via E-Pro. Once the Paramedic/EMT has corrected the addendum, the report will automatically return (via E-Pro) to the Flight Medic for approval. The FTO will remediate any Paramedic/EMT not meeting documentation standards and document the remediation on the Patient Care Audit Sheet.

The Flight Medic or FTO will also recognize exemplary documentation and the Paramedic/EMT shall be notified via telephone or e-mail. This shall also be recorded on the Patient Care Audit Sheet.

2

## Level III Review

The Flight Medic will initiate the Level III Review Process, as applicable, and forward all Patient Care Audit Forms to their respective FTO for review. A Performance Improvement Plan (PIP) will be generated for any major deficiencies, and will be documented on the Audit Sheet for initiation, remediation, and follow-up by the FTO and Station Officer. If the deficiency was not a major violation, the FTO will document any action taken on the Patient Care Audit Form and forward to QIO/FTC.

A Level III review will be completed on the following:

- All potential patient care issues
- All employees that have not responded to remedial efforts
- Potential retraining or discipline issues
- All calls undergoing a complaint investigation
- All Key Point Indicators:

  - Cardiac Arrest
  - Stroke Alert
  - Trauma Alert
  - Cardiac Alert
  - RSI Incident
  - Cardioversion/Defibrillation/AED Calls
  - MCI
  - Focus Study
  - Intubations

The Quality Improvement Officer will forward those Key Point Indicators (KPIs) meeting Level IV criteria to the Medical Director and Medical Review Board. All KPI's will be filed in the Training & Safety Division for future reference. The QIO/FTC will create trending reports on gathered data for submittal to the Medical Director and Medical Review Board.

## Level IV Review

The Medical Director, in conjunction with the Medical Review Board, will complete a Level IV Review of any call involving serious protocol violations or questionable patient care. Other review criteria may include, but not limited to; complaint related calls, BLS transport of a patient requiring ALS procedures, Medical Director/Administration discretion. The Level III Reviewer may also request a Level IV Review on calls, as needed. The Medical Review Board will meet each month as specified, and will review cases and data submitted by the Shift FTO's, Flight Medic, and QIO/FTC.

3

# Run Report QI Flow Chart

### *Paramedic*
Paramedic completes run report according to documentation standards.
Corrects deficiencies as found.



## Level I
### *Company Officer*
Ensure PCR report is completed, appropriate documentation is included, and sign
Level I Section of Addendum to Patient Care Report.



### *Battalion Chief*
Gathers run reports from stations and brings them to Milner for processing.



## Level II
### *Flight Medic*
Reviews run reports for adherence to standards/protocols. Completes Daily QA Log Sheet, Patient
Care Audit Sheet and Random 25% run reports from previous shift to include all KPI's.
The Flight Medic will forward all paperwork to the respective FTO.
Flight Medic will also complete/update Average On Scene Alert Time database.



## Level III
### *FTO*
The FTO will remediate an employee whose report does not meet Fire District standards.
The FTO in conjunction with the Station Officer will generate a Performance Improvement Plan
for any major deficiencies.

### *QIO/FTC*
Supervises overall program, reviews with FTO the Key Point Indicators, along with any major
deficiencies, and creates monthly trending reports of Key Point Indicators. QIO/FTC will
present any cases meeting Level IV criteria to Medical Director/Medical Review Board.



Communicates
findings to all
EMS personnel.





## Level IV
### *Medical Director/Medical Review Board*
Examines data, proposes studies in Medical SOG's, and conducts inquiries.
Reviews all major deficiencies and indicates areas needing additional training.
Respects all confidential information discussed in the meetings.

4

## ST. LUCIE COUNTY FIRE DISTRICT
### ADDENDUM TO PATIENT CARE REPORT ATTACHMENT FORM

Date: _____ Time: _____

Incident Number: _____

Patient Name: _____

Rescue Unit: _____

Paramedic/ID: _____

| LEVEL I REVIEW | |
|---|---|
| ☐ | Logged in Station Run Log |
| ☐ | PCR Completed |
| ☐ | EKG Attached |
| ☐ | Patient Signature Captured |

_____
Company Officer Signature/ID

☐    **Documentation of Informed Refusal Form**

☐    **Insurance Information Form**

☐    **Alert Form**

☐    **EKG**

☐    **Other:** _____

## ST. LUCIE COUNTY FIRE DISTRICT
## ADDENDUM TO PATIENT CARE REPORT ATTACHMENT FORM

Date: _5-4-14_   Time: _829-1922_

Incident Number: _16527_

Patient Name: _Docurn, T_

Rescue Unit: _R 3_

Paramedic/ID: _Rosario / 668_

**LEVEL I REVIEW**

☐ Logged in Station Run Log

☐ PCR Completed

☑ EKG Attached

☐ Patient Signature Captured

_____ 3A
Company Officer Signature/ID

☐   Documentation of Informed Refusal Form

☐   Insurance Information Form

☐   Alert Form

☑   EKG

☐   Other: _____