Inc#14016522 Date: 5/11/2014          EMS ID: 5604; FDID: 24012          Patient: Docher, Tavares



## EmergencyPRO
By Documed Systems International, Inc.

**Saint Lucie County Fire District**
5160 NW Milner DrivePort St. Lucie, FL 34983
Phone: (772) 621-3400

| Incident |
|---|
| **Incident Date:** 05/11/2014 18:29:56  **Incident Number:** 14016522 |
| **Incident Location:** 301 E PRIMA VISTA Blvd Fort Pierce, St. Lucie County 34952 |
| Patient 1 of 1; Rescue 3; Shift: A |
| **Docher, Tavares** 29 Years old, Male |

| PAST MEDICAL HISTORY: Unknown |
|---|
| **ALLERGIES:** Unknown |
| **MEDICATIONS:** Unknown |

| ASSESSMENT 05/11/2014 18:36:00 |
|---|
| Breathing Quantity Adult Fast 20 - 30 |
| Venous hemorrhage controlled by PTA |
| Carotid Pulse Not Assessed |
| Radial Pulse Not Assessed |
| Brachial Pulse Not Assessed |
| Femoral Pulse Not Assessed |
| Mucous Membrane Normal |
| Central Body Color Normal |
| Extremities Normal |
| Skin Moisture Moist |
| WITHIN NORMAL LIMITS (Airway, Breathing Quality, Accessory Muscle Use, Chest Rise, Skin Temp, Skin Turgor, Cap Refill) Rosario, Jose EMT-Paramedic (PMD512500) |

| ASSESSMENT 05/11/2014 18:40:00 |
|---|
| Breathing Quantity Not Breathing |
| Chest Rise: No Chest Rise |
| Capillary hemorrhage |
| Carotid Pulse Not Present |
| Radial Pulse Not Present |
| Brachial Pulse Not Present |
| Femoral Pulse Not Present |
| Mucous Membrane Normal |
| Central Body Color Normal |
| Extremities Normal |
| Skin Moisture Moist |
| Capillary Refill Greater than 2 Seconds |
| WITHIN NORMAL LIMITS (Airway, Breathing Quality, Accessory Muscle Use, Skin Temp, |

Inc#14016522 Date: 5/11/2014          EMS ID: 5604; FDID: 24012          Patient: Docher, Tavares

Skin Turgor) Rosario, Jose EMT-Paramedic (PMD512500)

## ASSESSMENT 05/11/2014 18:46:00

Breathing Quality assisted
Breathing Quantity Assisted with BVM
Venous hemorrhage
Carotid Pulse Not Assessed
Radial Pulse Not Assessed
Brachial Pulse Not Assessed
Femoral Pulse Not Assessed
Mucous Membrane Normal
Central Body Color Normal
Extremities Normal
Capillary Refill None
WITHIN NORMAL LIMITS (Airway, Accessory Muscle Use, Chest Rise, Skin Temp, Skin
Moisture, Skin Turgor) Rosario, Jose EMT-Paramedic (PMD512500)

## ASSESSMENT 05/11/2014 18:50:00

Breathing Quality Not Breathing
Breathing Quantity Assisted with BVM
Venous hemorrhage
Carotid Pulse Not Assessed
Radial Pulse Not Assessed
Brachial Pulse Not Assessed
Femoral Pulse Not Assessed
Mucous Membrane Normal
Central Body Color Normal
Extremities Normal
WITHIN NORMAL LIMITS (Airway, Accessory Muscle Use, Chest Rise, Skin Temp, Skin
Moisture, Skin Turgor) Rosario, Jose EMT-Paramedic (PMD512500)

## ASSESSMENT 05/11/2014 18:57:00

Breathing Quality breathing
Breathing Quantity Assisted with BVM
Venous hemorrhage
Brachial Pulse Not Assessed
Femoral Pulse Not Assessed
Mucous Membrane Normal
Central Body Color Normal
Extremities Normal
WITHIN NORMAL LIMITS (Airway, Accessory Muscle Use, Chest Rise, Carotid Pulse,
Radial Pulse, Skin Temp, Skin Moisture, Skin Turgor, Cap Refill) Rosario, Jose EMT-
Paramedic (PMD512500)

## Secondary Assessment (Injury)

HEAD - Laceration:Right Forehead (superior/lateral to browridge. Minimal bleeding noted).

Inc#14016522 Date: 5/11/2014          EMS ID: 5604; FDID: 24012          Patient: Docher, Tavares

## Narrative

H - Rescue was called to the scene for a trauma. Upon arrival S.O. related that the pt was very combative and very strong and was able to displace many of the officers on scene by himself. One officer stated that there was ETOH involved and he believes that the pt is on something because he was so strong. Some of the officers on scene were injured during the struggle. No verbal response from the pt during the call.

O - Upon initial assessment arrived to find Pt on the ground with S.O. officers subduing him and seemingly controlling him. Pt was still active while S.O. officers were on him. A LAC was noted to pt's R side of the head with minimal to no bleeding. Pt's L side was towards the pavement. Above pt's head was a puddle of blood. (S.O. stated that it came about during and after their struggle). Pt's nose and mouth had fresh blood on them. Airway was Patent, Respirations were rapid, Radial Pulses rapid, Skin was moist, See injury section for assessment done.

T - Assessment performed. Pt was very combative and would not stay on LSB with CID. Due to combativeness the pt was given 4mg of Ativan IM in the R buttocks. Stretcher was moved in place by S.O. officer and Pt was lifted by S.O. team to the stretcher. Pt was re-evaluated and was determined to be apneic and pulseless. Pt was immediately placed in the rescue next to the scene. 4 lead ekg confirmed that the pt was in asystole. CPR was immediately ordered. Vitals and Tx. are as stated in flowsheet. King airway used for immediate airway control. IV in jugular done on pt. Pt was given a total of 1mg of Epi. and 50meq of Sodium Bicarb (for poss acidosis). Pt was defibrillated at 120j with CPR to follow upon reassessment pt showed bounding pulse on his chest. EKG showed SVT. Pt was cardioverted at 100j. Pt later showed NSR with (+) mechanical pulses.

R - Upon reassessment Pt had ROSC prior to turnover. Pt care TOT ER staff with verbal report w/o incident.

Witness statement taken from rescue crew after call. R3 was placed OOS until statement and decon was done.

## Treatment

| 18:36:00 | Assessment-Adult , Rosario, Jose EMT-Paramedic (PMD512500) (Unchanged) | |
|---|---|---|
| 18:38:00 | Pulse: 110 Regular and Rapid<br>Resp: 28<br>Respiratory Effort: Normal | Responsiveness: Painful |
| 18:39:00 | Backboard, Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) (with CID. Pt would not tolerate. Pt very combative) | |
| 18:40:00 | Ativan (4 mg) Intramuscular, Rosario, Jose EMT-Paramedic (PMD512500) (Improved) (Pt stopped being combative) | |
| 18:43:00 | Pulse: 0 Not Present | GCS: 1 None; 1 None; 1 None = 3<br>Sa02: 100% |
| 18:43:00 | Pulse Oximetry, Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) | |
| 18:43:00 | ECG 4-lead , Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) | |

Inc#14016522 Date: 5/11/2014     EMS ID: 5604; FDID: 24012     Patient: Docher, Tavares

| | (asystole) |
|---|---|
| 18:43:00 | Airway - King Airway , successful, 1 attempt, Rosario, Jose EMT-Paramedic (PMD512500) (Unchanged) Tube Size: 5.0 Tube Depth: 22 cm Breath Sounds: Equal Tube Confirmation: Negative Auscultation of the Epigastrium, Auscultation of Bilateral Breath Sounds, Waveform CO2 Confirmation<br>Tube Confirmation Upon Transfer: Auscultation of Bilateral Breath Sounds, Waveform CO2 Confirmation |
| 18:43:00 | CPR , successful, 1 attempt, Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) |
| 18:44:00 | Capnography Waveform , Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) (40) |
| 18:47:00 | External Jugular Line Normal Saline, Successful. Started in Left External Jugular (1 attempt) (18 gauge) (10 CCs total) (Wide Open) Rosario, Jose EMT-Paramedic (PMD512500)<br>(Unchanged) Fluid Challenge (Secure With Occlusive Dressing) |

| 18:47:00 | **Pulse:** 0 Not Present<br>**Rhythm:** Asystole | **GCS:** 1 None; 1 None; 1 None = 3<br>**End Tidal C02 mm Hg:** 40 |
|---|---|---|

| 18:48:00 | Epinephrine 1:10,000 (1 mg) Intravenous, Rosario, Jose EMT-Paramedic (PMD512500) (Unchanged) |
|---|---|
| 18:48:00 | CPR , successful, 1 attempt, St. Lucie County Sheriffs Office () (Unchanged) |
| 18:49:00 | Sodium Bicarbonate 8.4 (50 meq) Intravenous, Rosario, Jose EMT-Paramedic (PMD512500) (Unchanged) (given for possible acidosis (+)hydrogen ion) |

| 18:52:00 | **Resp:** 16<br>**Rhythm:** V. Tach | **GCS:** 1 None; 1 None; 1 None = 3<br>**Sa02:** 100%<br>**End Tidal C02 mm Hg:** 40 |
|---|---|---|

| 18:53:00 | Defibrillation - Automated (AED) (120 joules), successful, 1 attempt, Sinclair, Thomas EMT-Paramedic (PMD514299) (Unchanged) (CPR delivered after for 2 min) |
|---|---|
| 18:56:00 | Cardioversion (100 joules), successful, 1 attempt, Sinclair, Thomas EMT-Paramedic (PMD514299) (Improved) (went from SVT to NSR) |

| 18:56:00 | **Pulse:** 82 Regular and Normal<br>**Resp:** 16<br>**Rhythm:** NSR | **GCS:** 1 None; 1 None; 1 None = 3<br>**Sa02:** 100%<br>**End Tidal C02 mm Hg:** 40<br>**Responsiveness:** Unresponsive |
|---|---|---|

### Impression

Primary Impression: Behavioral / psychiatric disorder Secondary Impression: Traumatic injury Other Impressions: Cardiac arrest

### Incident Details

Incident location: 301 E PRIMA VISTA Blvd Fort Pierce, St. Lucie County, FL 34952 ST03

Inc#14016522 Date: 5/11/2014     EMS ID: 5604; FDID: 24012     Patient: Docher, Tavares

Nature of call as dispatched: Traumatic Injury Nature of call at scene: Traumatic Injury
(Anatomic Location: General/Global) (Organ System: Skin ) (Primary Symptom: Bleeding )
(Other Symptom: Change in Responsiveness ) (Condition Code: Cardiac Arrest-Resuscitation
in Progress)

Delay Turn Around: Documentation

Disposition: Transport via Ground to St. Lucie Medical Center (Reason destination chosen:
Closest Facility) Destination Zip Code: 34952

Type of exposure on this run: None

Medical Control Type: Protocol

Report Given to: The ED Staff Belongings left with: The Patient

This was a cardiac arrest. Etiology: Presumed Cardiac Witnessed by: Healthcare Provider
Resuscitation attempts: Initiated Chest Compressions, Attempted Ventilation, Attempted
Defibrillation - ALS Unit Shockable rhythm: No ROSC: Prior to ED Arrival and at the ED

First monitored rhythm: Asystole

05/11/2014 18:29:56 Call Received

05/11/2014 18:30:12 Dispatched

05/11/2014 18:30:46 Depart

05/11/2014 18:34:00 First Responder Arrives

05/11/2014 18:34:00 Arrive Location

05/11/2014 18:36:00 Patient Contact

05/11/2014 18:47:45 Unit Departs

05/11/2014 18:56:10 Arrive Destination

05/11/2014 19:22:39 Available

Response to scene: Priority One Response from scene: Priority One

Call Level: ALS-2

How EMS Accessed: 911

Scene Odometer: 1.0 Destination Odometer: 5.7 Total Miles: 4.7

Total Patients Transported This Unit: 1

Lead Crew Member: Rosario, Jose EMT-Paramedic (PMD512500)

Crew Member 2: Sinclair, Thomas EMT-Paramedic (PMD514299)

**Assisting**

Engine 3 Dispatched: 05/11/2014 18:43:09 Enroute: 05/11/2014 18:43:50 Available: 05/11/2014
18:37:13, St. Lucie County Sheriffs Office ,

**Patient**

DOCHER, TAVARES DOB: 07/04/1984 29 YEARS OLD.
Black, Male, 100 lbs
301 E PRIMA VISTA Blvd
Fort Pierce, FL 34952
SSN#: 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

**Billing**

**NFIRS**

Exposure #: 000 Incident Type: 300 Rescue, emergency medical call (EMS) call, other Action

Inc#14016522 Date: 5/11/2014             EMS ID: 5604; FDID: 24012                    Patient: Docher, Tavares

Taken: 30 Emergency medical services, other
N None
Property Use: 900 Outside or special property, other
RESPONDING UNITS:
Suppression [Apparatus:1 Personnel:3]
EMS [Apparatus:1 Personnel:2]
Other [Apparatus:0 Personnel:0]
Includes no mutual aid resources.
Human Factors Involved: N None
Other Factors Involved: N None
Impression: 14 Behavioral/psych Condition of Patient: 1 Improved
Census Tract:

## Signatures

## Crew Signatures

**Signed by Rosario, Jose EMT-Paramedic (PMD512500) at 05/14/2014 16:52:17**

Created with Emergency-Pro; Copyright © 1994-2011 Documed Systems International Inc

# LORAZEPAM (ATIVAN) ✓

## CLASS
Anticonvulsant/Sedative, Benzodiazepine

## ACTIONS
Lorazepam is a benzodiazepine with a shorter half-life than diazepam. It suppresses the spread of seizure activity through the motor cortex of the brain.

## INDICATIONS
Eclampsia (Physician Consult)
Post Intubation Sedation
Sedation
Seizures
Black Widow Spider Bites
Cocaine Overdose

## CONTRAINDICATIONS
History of hypersensitivity

## SIDE EFFECTS
Hypotension, drowsiness, headache, amnesia, respiratory depression, blurred vision, nausea and vomiting.

## WARNINGS
Because of its short half-life, seizure activity may recur. In such cases, additional doses may be required. May cause respiratory depression. Monitor respiratory status closely. Romazicon can be used as an antidote.

## DOSAGE
Adults: 1 mg increments to a max of 4 mg
Pediatrics: 0.1 mg/kg, not to exceed 4 mg

# MAGNESIUM SULFATE ✓

## CLASS
Anticonvulsant/Antiarrhythmic

## ACTIONS
Magnesium Sulfate is a central nervous system depressant and vasodilator.

## INDICATIONS
Eclampsia including pre-eclampsia
Torsades De Pointes
Refractory V-fib/pulseless v-tach
Status asthmaticus

## CONTRAINDICATIONS
Renal diseases
Heart blocks
CHF
Bradycardia
Cardiogenic shock

## SIDE EFFECTS
Respiratory depression, bradycardia, heart block, CHF, bronchospasm, postural hypotension.

## DOSAGE
**Eclampsia:** Loading dose 4 gm/10 cc IVP over 3 min.
Maintenance dose 2 gm/50 cc at 50 cc/hr
**Pre-Eclampsia** (Physician Consult): Loading dose 4 gm/50 cc IV 0.9% NaCl over 15 minutes
Maintenance dose 2 gm/50 cc at 50 cc/hr
**Refractory V-fib:** 1-2 gm slow IVP over 1-2 minutes
**Torsades De Pointes:** 1-2 gm diluted in 10 cc NaCl administered IV over 3 minutes, may repeat twice.
**Status Asthmaticus:** 2 gm diluted in 10 cc NaCl administered IV over 3 minutes, may repeat twice.

Rev 1/20/2013

## COCAINE OVERDOSE

 BLS
- Vitalize/Prioritize
- Oxygen/Airway

 ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
- Fluid bolus in the presence of hypotension
- Seizures, refer to Seizures in Treatment Guideline
- 12 Lead EKG
  - $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- For chest pain with onset of less than 12 hours after cocaine consumption (No ST elevation)
  - Ativan 1 mg q 3-5 minutes until relief of chest pain, max 4 mg
    - **OR**
  - Versed 2.5 mg over 2 minutes, may be repeated once for a max of 5 mg
- If ST elevation noted in 12-lead or chest pain > 12 hours, refer to Acute Coronary Syndrome/ Chest Pain in Treatment Guideline
- Chest pain unrelieved by Ativan/Versed, refer to Acute Coronary Syndrome/Chest pain in Treatment Guideline

PHYSICIAN CONSULT
- Notify emergency department if patient ingested/inserted cocaine powder or crack

PEDIATRIC
- Ativan 0.1 mg/kg
  **OR**
- Versed 1-2 mg

**TOXICOLOGY**

Rev 12/18/2012

# SEIZURES

**CAUTION:**
- Refer to OB/GYN Guideline in pregnant/post partum patients (Eclampsia)
- Consider infectious disease as etiology of seizure (Meningitis, Encephalitis).  Use appropriate PPE/BSI
- Use caution not to over cool a febrile patient to the point of shivering.  Use of PO medications should be avoided in patients with decreased level of consciousness.
- The preferred route of Versed administration in seizures is intranasal
- Neuromuscular blockade does not supress seizure activity

 BLS
- Vitalize/Prioritize
- Oxygen/Airway
- Protect from injury
- Consider C-Spine precautions if suspected injury

 ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
- Obtain BGL
- Ativan 1 mg, may be repeated to a max of 4 mg
  - OR
- Versed 2.5 mg over 2 mintes, may repeat initial dose to a maximum of 10 mg
- Consider use of neuromuscular blockade in cases of status epilepticus, refer to Pharmaceutical Assisted Intubation in Treatment Guideline

PEDIATRIC
- Febrile seizures
  - Treat febrile seizures by cooling. (Avoid rapid temperature change and shivering)
  - Consider Ativan or Versed if seizures are continuous
  - Children's Acetaminophen liquid 10 mg/kg PO when level of consciousness permits
- Idiopathic (non–febrile) seizures
  - Ativan 0.1 mg/kg, not to exceed 4 mg
    - OR
  - Versed 0.3 mg/kg, not to exceed 10 mg
- Consider use of neuromuscular blockade in cases of status epilepticus, refer to Pharmaceutical Assisted Intubation in Treatment Guideline

MEDICAL

Rev 12/18/2012

# BITES AND STINGS

## BLACK WIDOW

Benzodiazepines are preferred for pain management.

 BLS
- Vitalize/Prioritize
- Oxygen/Airway

 ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
  - Fluid bolus in presence of hypotension
- Ativan 1 mg increments, max of 4 mg
  - **OR**
- Versed: 2.5 mg over 2 minutes, may repeat once after 5 minutes
- Consider pain management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
  - **OR**
  - Morphine 1-5 mg, titrated to effect
  - Zofran 4 mg over a minimum of 30 seconds

**PHYSICIAN CONSULT**
- Calcium Chloride 10% (request dosage from ED Physician)

PEDIATRIC
- Ativan 0.1 mg/kg increments, max of 4 mg
  - **OR**
- Versed: 0.3 mg/kg over 2 minutes
- Consider pain management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
  - **OR**
  - Morphine 0.1-0.2 mg/kg, titrated to effect
  - Zofran 0.1 mg/kg over a minimum of 30 seconds, not to exceed 4 mg

**PHYSICIAN CONSULT**
- Calcium Chloride 10% (request dosage from ED Physician)
- Doses greater than max allowed dose of benzodiazepine

Rev 12/21/2012

TE-1

TRAUMA\ENVIRONMENTAL

# SEDATION

**INDICATIONS:**
- Cardioversion
- External pacing
- Combative patient

**CAUTION:**
- Benzodiazepines may cause respiratory depression or compromise
- When administering, observe for signs of hypotension or respiratory depression

 ALS
- Anesthetic spray to posterior pharynx (for intubation)
- Ativan 1 mg increments to a max of 4 mg
    OR
- Versed: 2.5 mg over 2 minutes, may repeat once for max dose of 5 mg

**PHYSICIAN CONSULT**
- Doses greater than max allowed benzodiazepine

PEDIATRIC
- Ativan 0.1 mg/kg, not to exceed 4 mg, titrated to effect
    OR
- Versed 0.3 mg/kg over 2 minutes, may repeat once after 5 minutes, not to exceed 10 mg total

**PHYSICIAN CONSULT**
- Doses greater than max allowed benzodiazepine

Rev 12/18/2012

# PHARMACEUTICAL ASSISTED INTUBATION (PAI)

**CAUTION:**
- Have ALL airway devices and equipment (Suction, Bougie, secondary airway devices) ready
- Etomidate is contraindicated in pediatrics with suspected sepsis, septic shock, and adrenal insufficiency
- Succinylcholine is contraindicated in any patients with a family history of Malignant Hyperthermia
- Neuromuscular blockade does not alter the patient's pain level or level of response
- Always use sedation prior to the use of paralytics AND post intubation
- Consider pain management for trauma patients regardless of level of sedation

BLS
- Vitalize/Prioritize
- Oxygen/Airway
  - Preoxygenate the patient for a minimum of 2 minutes via NRM or BVM. Use adjuncts when appropriate.

ALS
- EKG Monitor
- IV 0.9% NaCl
  - Fluid bolus in presence of hypotension
- **Pre-Medication**
  - Bradycardia: Atropine 0.5 mg for HR less than 60 bpm
    - **Mandatory in ALL repeat doses of Succinylcholine**
  - Induction:
    - Etomidate: 0.3 mg/kg, may repeat once for a max dose of 0.6 mg/kg
      OR
    - Versed 5 - 10 mg over 30 seconds, titrated to effect, repeat every 2 minutes if needed, not to exceed 0.3 mg/kg max cumulative dose
- **Neuromuscular Blockade**
  - Succinylcholine 1.5 mg/kg, May be repeated once after Atropine
- **Post Intubation (If further sedation is required)**
  - Sedation:
    - Ativan 1 mg increments to a max of 4 mg
      OR
    - Versed: 2.5 mg over 2 min, may repeat once for max dose of 5 mg
  - PHYSICIAN CONSULT must be obtained to exceed the max allowed benzodiazepine dose.
  - Neuromuscular Blockade
    - Norcuron 0.1 mg/kg, repeat dosing as indicated
- Consider Pain Management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
  - Morphine 1 - 5 mg, titrated to effect
  - Zofran 4 mg over a minimum of 30 seconds

## OBSTETRICS/GYNECOLOGY - CONTINUED

**PHYSICIAN CONSULT**
- Pre-Eclampsia
  - Magnesium Sulfate loading dose 4 gm/50 cc IV 0.9% NaCl over 15 minutes
  - Magnesium Sulfate maintenance drip 2 gm/50 cc at 50 cc/hr
- Seizures unresolved by magnesium sulfate (Eclamptic)
  - Ativan 1 mg, tirated to effect, max of 4 mg
    OR
  - Versed 2.5 mg over 2 minutes, may be repeated once after 2 minutes, max dose 5 mg

## PAIN MANAGEMENT

**CAUTION:**
**Pain medications may produce respiratory depression**

**INDICATIONS:** Relief of moderate to severe pain: e.g. trauma, fractures, dislocations, kidney stones, and burns



BLS
- Vitalize/Prioritize
- Oxygen/Airway
- Monitor patient's level of consciousness and respiratory status



ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock if stable
  - Fluid bolus in the presence of hypotension
- Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
- Morphine 1-5 mg, titrated to effect
- Zofran 4 mg over a minimum of 30 seconds

PEDIATRIC
- Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
- Morphine 0.1 mg/kg, titrated to effect
  - Zofran 0.1 mg/kg over a minimum of 30 seconds, not to exceed 4 mg

## CHEMICAL RESTRAINTS

Chemical restraints are any medications used for the purpose of restraining patients involuntarily to prevent them from harming themselves or personnel. The intent of such medications is sedation for the duration contact until the patient arrives at the emergency department.

### ADVANTAGES OF CHEMICAL RESTRAINTS
- Control violent behavior and patient agitation
- May reduce need for physical restraints

### DISADVANTAGES OF CHEMICAL RESTRAINTS
- May result in complications, such as respiratory depression and loss of gag reflex
- Limit mental status assessment and neurologic examination during sedation

## AGENTS

Benzodiazepines

Lorazepam (Ativan) is commonly used to sedate elderly patients and has a wide safety margin. Respiratory depression and loss of gag reflex usually do not result if recommended doses are used. Duration of action is long.
- Adult dose is 1-4mg IV, IO, IM, or intranasal titrated to effect
- Onset of action is 5-10 minutes
- Duration of action 4-8 hours
- Adverse effects include exacerbation of glaucoma, respiratory and gag reflex, depression (especially when combined with other sedatives or narcotics), and fetal damage.

Midazolam (Versed) is commonly used for rapid sedation in emergency settings because of its rapid onset and brief duration of action.
- Adult IVP dose is 5mg under 60 years of age (may repeat once), 2.5mg over 60 years of age (may repeat once) initially over 2 minutes. Allowing 2 or more minutes to evaluate response; titrate slowly. Can be given IV, IO, IM or intranasal.
- Onset of action is 1-5 minutes
- Duration of action is 30-60 minutes

Diazepam (Valium) is widely used for sedation, treatment of agitation secondary to alcohol withdrawal and treatment of seizures. It has a high therapeutic-to-toxic ratio. Respiratory depression and impaired gag reflex are rare when used alone.
- Adult dose is 2-10mg IV, IO, IM, or intranasal titrated to effect.
- Onset of action is 1-5 minutes
- Duration of action is 30-60 minutes

- Adverse effects include interactions with other s3edatives, which commonly result in respiratory depression and loss of gag reflex, exacerbation of glaucoma, and paradoxical reactions.

## PRECAUTIONS
- Patient dosing is very variable. More medication may be administered if inadequate sedation results after initial dose.
- Monitor for respiratory depression and loss of gag reflex

Chemical restraints can be an effective adjunct or replacement for physical restraints. Appropriate use of restraints promotes patient and crew safety. Health care professionals can incur liability from inappropriate use of restraints and for failure to use restraints to protect a patient; each situation in which use of restraints is considered must be evaluated carefully.

# RAPID SEQUENCE INTUBATION (RSI)

Rapid Sequence Induction (RSI), is the use of specialized medications to facilitate intubation and to provide for muscle relaxation. In the past these medications have been reserved for use by anesthesiologists in the operating room, but recently have become accepted for use in the prehospital setting for an aid in intubation.

Neuromuscular blockade is useful for a number of situations encountered in the prehospital setting. It will enable ventilation of patients who cannot be ventilated because of coughing or resisting ventilation attempts. Oxygen consumption is reduced, shivering may be prevented, and chest wall compliance may be increased through the use of muscle relaxants. When an airway cannot be secured by other means, neuromusclar blockade allows a patient to be more readily intubated. Occasionally a patient may need to be given a muscle relaxant in order to prevent nerve damage during transport.

## CARE FOR THE PARALYZED PATIENT

It is of paramount importance to remember a patient that has been given a paralytic is not unconscious, just paralyzed. They can hear and see everything going on around them. Therefore adequate sedation and analgesia must be given. Some signs of inadequate sedation or analgesia would be:

1. Hypertension
2. Tachycardia
3. Lacrimation
4. Diaphoresis
5. Ventricular dysrhymias

## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TS | Time Spawned | 05/11/2014 18:29:56 | Initial call received at 05/11/2014 18:03:17 | | GILBERTJ |
| | | RPT | Requested Report# | 05/11/2014 18:29:56 | SLFD Report #14016522 | | GILBERTJ |
| | | RECO | Unit Rec Btn Click | 05/11/2014 18:30:03 | Unit recommend for TRAUMA L3 at 301 E PRIMA VISTA | | SUITL |
| | | RECO | Unit Recommendation | 05/11/2014 18:30:12 | Recmnd:*R03 [R] | | SUITL |
| | | RECO | Unit Recommendation | 05/11/2014 18:30:12 | Plan: SLFD Cat: 1R Lvl: 1 | | SUITL |
| | | PAGE | Dispatch Page | 05/11/2014 18:30:13 | Paged RESCUE03 | | PAGESRV |
| | | ARM | Added Remarks | 05/11/2014 18:30:26 | | | JEFFERSONA |
| | | ARM | Added Remarks | 05/11/2014 18:30:28 | | | GILBERTJ |
| | | ARM | Added Remarks | 05/11/2014 18:30:42 | | | JEFFERSONA |
| | | AK | STATION ACKNOWLEDGEMENT | 05/11/2014 18:30:46 | | | SUITL |
| | | ARM | Added Remarks | 05/11/2014 18:30:46 | | | SUITL |
| | | AK | STATION ACKNOWLEDGEMENT | 05/11/2014 18:31:14 | | | SUITL |
| | | ARM | Added Remarks | 05/11/2014 18:31:14 | | | SUITL |
| | | ARM | Added Remarks | 05/11/2014 18:33:26 | | | JEFFERSONA |
| | | ARM | Added Remarks | 05/11/2014 18:34:46 | | | GILBERTJ |
| | | ARM | Added Remarks | 05/11/2014 18:35:19 | | | VACHONH |
| | | ARM | Added Remarks | 05/11/2014 18:35:57 | | | MCKEONA |
| | | PAGE | Dispatch Page | 05/11/2014 18:36:07 | Paged ENGINE03 | | PAGESRV |
| | | ARM | Added Remarks | 05/11/2014 18:36:33 | | | MCKEONA |
| | | ARM | Added Remarks | 05/11/2014 18:43:09 | | | MCKEONA |
| | | PAGE | Dispatch Page | 05/11/2014 18:43:10 | Paged ENGINE03 | | PAGESRV |
| | | ARM | Added Remarks | 05/11/2014 18:49:27 | | | REVELSJ |

## Related Names

| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CVS | Caller | | | | 0 | | | | (772) 340-3423 | | |

Address:  E PRIMA VISTA BLVD PORT ST LUCIE FL

| User: SLCFCAD | **ST LUCIE FIRE DISTRICT** | 05/20/2014 09:53:15 |
|---|---|---|

# Event Report

Event ID: **1405-13289**          Call Ref #: 366          Date/Time Received: 05/11/2014 18:29:56

| Rept #: **14-016522** | Call Source : E911 | Prime R03 Unit : RESCUE, 03 | Service Involved | | | | |
|---|---|---|---|---|---|---|---|
| | | | **LAW** | **FIRE** | | | |

Location: **301 E PRIMA VISTA BLVD**

X-ST:

Business:                          Phone:

Jur: CAD          Service: FIRE          Agency: SLFD

St/Beat: ST03          District:          RA:

| Nature: **TRAUMA L3** | Alarm Lvl: 1 | Priority: P | Medical Priority: |
|---|---|---|---|

Caller: CVS                                                        Alarm:          Call Taker: GILBERTJ

Addr: 301 NE PRIMA VISTA BLVD          Phone: (772) 340-3423          Alarm Type:          Console: POS14

| Vehicle: | St: | Report Only: No | Race: | Sex: | Age: |
|---|---|---|---|---|---|

Geo-Verified Addr: Yes          Nature Summary Code:          Disposition: I          Close Comments:

Notes:
[LAW] (SO221) FOLLOWING RESCUE TO ER [05/11/14 18:49:27 REVELSJ] REQ E P1 [05/11/14 18:43:09 MCKEONA] LE TO RIDE W/ RESCUE [05/11/14 18:36:33 MCKEONA] REQ E [05/11/14 18:35:57 MCKEONA] [LAW] 1039 TO PSLE [05/11/14 18:35:19 VACHONH] [LAW] 1039 SOAIR HE IS ON STAND BY [05/11/14 18:34:46 GILBERTJ] [LAW] news crews on scene [05/11/14 18:33:26 JEFFERSONA] UDTS: STATION ACKNOWLEDGEMENT [05/11/14 18:31:14 SUITL] UDTS: STATION ACKNOWLEDGEMENT [05/11/14 18:30:46 SUITL] [LAW] CLEAR 1034 [05/11/14 18:30:42 JEFFERSONA] [LAW] MALE HAS CUTSA TO HEAD AND A LIST OF UOTHER WILL ADV WHEN LEO DOES [05/11/14 18:30:28 GILBERTJ] [LAW] RESCUE REQ REF HEAD LAC [05/11/14 18:30:26 JEFFERSONA] Event spawned from HANG UP OR NO VOICE CALL. [05/11/2014 18:29:56 GILBERTJ] (SO280) parking lot of cvs rescue on standby [05/11/14 18:27:46 JEFFERSONA] (SO280) ONE RUNNING [05/11/14 18:26:57 JEFFERSONA] UDTS: {SO280} LIMITED RADIO TRAFFIC [05/11/14 18:26:30 JEFFERSONA] UDTS: {SO280} SUBJECT IN CUSTODY [05/11/14 18:25:47 JEFFERSONA] UDTS: {SO280} ACKNOWLEDGED OK [05/11/14 18:14:58 JEFFERSONA] UDTS: {SO314} VISITOR/SUBJECT PRESENT [05/11/14 18:08:46 JEFFERSONA] COMPL IS CALLING FROM STORE PHONE HIS NAME IS TRAVARIOUS BM GRN TEE BLK BASKTBALL SHORTS SAYING THAT HIS AUNT IS BEING HELD INSIDE A HOUSE AT 441 CYCLE ST THE FLAGLER ST HOSTAGE AND RANSOM//HE IS STILL 1097 AT THE CVS//NOI [05/11/14 18:06:34 KEMPJ] NO VOICE CONTACT // 3403640 // CVS [05/11/14 18:03:48 DALYA]

## Times

Call Received: 05/11/2014 18:29:56     Time From Call Received

Call Routed: 05/11/2014 18:29:56          000:00:00          Unit Reaction: 000:03:48 *(1st Dispatch to 1st Arrive)*

Call Take Finished: 05/11/2014 18:29:56          000:00:00          En-Route: 000:00:34 *(1st Dispatch to 1st En-Route)*

1st Dispatch: 05/11/2014 18:30:12          000:00:16 *(Time Held):*          On-Scene: 000:48:39 *(1st Arrive to Last Clear)*

1st En-Route: 05/11/2014 18:30:46          000:00:50

1st Arrive: 05/11/2014 18:34:00          000:04:04 *(Reaction Time):*

Last Clear: 05/11/2014 19:22:39          000:52:43

## Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| R03 | R03 | D | Dispatched | 05/11/2014 18:30:12 | Stat/Beat: ST03 | | SUITL |
| R03 | R03 | E | En-Route | 05/11/2014 18:30:46 | | | Unit:R03 |
| R03 | R03 | A | Arrived | 05/11/2014 18:34:00 | | | Unit:R03 |
| E03 | E03 | D | Dispatched | 05/11/2014 18:36:06 | Stat/Beat: ST03 | | SUITL |
| E03 | E03 | E | En-Route | 05/11/2014 18:36:33 | | | Unit:E03 |
| E03 | E03 | X | Canceled | 05/11/2014 18:37:13 | none | | MCKEONA |
| E03 | E03 | D | Dispatched | 05/11/2014 18:43:09 | Stat/Beat: ST03 | | SUITL |
| E03 | E03 | E | En-Route | 05/11/2014 18:43:50 | | | Unit:E03 |
| R03 | R03 | T | Transport | 05/11/2014 18:47:45 | To: ST LUCIE MEDICAL CENTER | | MCKEONA |
| E03 | E03 | C | Cleared | 05/11/2014 18:49:04 | | L | MCKEONA |
| R03 | R03 | H | At Hospital | 05/11/2014 18:56:10 | | | Unit:R03 |
| R03 | R03 | C | Cleared | 05/11/2014 19:22:39 | | I | THOMANJ |

Re: Public Records Request

Catherine Chaney    Dzenitis, John                          06/16/2014 03:30 PM

John -- Sorry, this email had gotten caught in my spam.
Here is the information you requested.

doc20140612163521.pdf

Catherine W. Chaney
St. Lucie County Fire District
5160 NW Milner Drive
Port St. Lucie FL 34983
ph # 772-621-3333
fax # 772-621-3592
cchaney@slcfd.org
twitter:  slcfirefly

Our server does not accept .htm, .html, .zip, .exe, or .scr attachments due to virus issues.

"Dzenitis, John"        Dear Ms. Chaney: Pursuant to Article I, section 2...    06/12/2014 10:50:08 AM

From:        "Dzenitis, John" <jdzenitis@hearst.com>
To:          "cchaney@slcfd.org" <cchaney@slcfd.org>,
Date:        06/12/2014 10:50 AM
Subject:     Public Records Request

Dear Ms. Chaney:

Pursuant to Article I, section 24 of the Florida Constitution and Chapter 119, F.S., I am requesting public records regarding the St. Lucie County Fire District's medical guidelines and policies for the use of the drug Lorazepam, also known as Ativan, on patients by EMS personnel, including but not limited to recommended dosage and protocol for use on a patient deemed combative.

Should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by s. 119.07(1)(d), F.S.

You can contact me by e-mail at jdzenitis@hearst.com or by phone at (561) 531-0183.

Thank you,

John Dzenitis

Reporter - WPBF-TV

## LORAZEPAM (ATIVAN) ✓

### CLASS
Anticonvulsant/Sedative, Benzodiazepine

### ACTIONS
Lorazepam is a benzodiazepine with a shorter half-life than diazepam. It suppresses the spread of seizure activity through the motor cortex of the brain.

### INDICATIONS
Eclampsia (Physician Consult)
Post Intubation Sedation
Sedation
Seizures
Black Widow Spider Bites
Cocaine Overdose

### CONTRAINDICATIONS
History of hypersensitivity

### SIDE EFFECTS
Hypotension, drowsiness, headache, amnesia, respiratory depression, blurred vision, nausea and vomiting.

### WARNINGS
Because of its short half-life, seizure activity may recur. In such cases, additional doses may be required. May cause respiratory depression. Monitor respiratory status closely. Romazicon can be used as an antidote.

### DOSAGE
Adults: 1 mg increments to a max of 4 mg
Pediatrics: 0.1 mg/kg, not to exceed 4 mg

## MAGNESIUM SULFATE ✓

### CLASS
Anticonvulsant/Antiarrhythmic

### ACTIONS
Magnesium Sulfate is a central nervous system depressant and vasodilator.

### INDICATIONS
Eclampsia including pre-eclampsia
Torsades De Pointes
Refractory V-fib/pulseless v-tach
Status asthmaticus

### CONTRAINDICATIONS
Renal diseases
Heart blocks
CHF
Bradycardia
Cardiogenic shock

### SIDE EFFECTS
Respiratory depression, bradycardia, heart block, CHF, bronchospasm, postural hypotension.

### DOSAGE
**Eclampsia:** Loading dose 4 gm/10 cc IVP over 3 min. Maintenance dose 2 gm/50 cc at 50 cc/hr
**Pre-Eclampsia** (Physician Consult): Loading dose 4 gm/50 cc IV 0.9% NaCl over 15 minutes
Maintenance dose 2 gm/50 cc at 50 cc/hr
**Refractory V-fib:** 1-2 gm slow IVP over 1-2 minutes
**Torsades De Pointes:** 1-2 gm diluted in 10 cc NaCl administered IV over 3 minutes, may repeat twice.
**Status Asthmaticus:** 2 gm diluted in 10 cc NaCl administered IV over 3 minutes, may repeat twice.

Rev 1/20/2013

# COCAINE OVERDOSE

 BLS
- Vitalize/Prioritize
- Oxygen/Airway

 ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
- Fluid bolus in the presence of hypotension
- Seizures, refer to Seizures in Treatment Guideline
- 12 Lead EKG
  - $V_4R$ should be manually evaluated if any ST elevation in leads II, III, or aVF
- For chest pain with onset of less than 12 hours after cocaine consumption (No ST elevation)
  - Ativan 1 mg q 3-5 minutes until relief of chest pain, max 4 mg
    **OR**
  - Versed 2.5 mg over 2 minutes, may be repeated once for a max of 5 mg
- If ST elevation noted in 12-lead or chest pain > 12 hours, refer to Acute Coronary Syndrome/Chest Pain in Treatment Guideline
- Chest pain unrelieved by Ativan/Versed, refer to Acute Coronary Syndrome/Chest pain in Treatment Guideline

PHYSICIAN CONSULT
- Notify emergency department if patient ingested/inserted cocaine powder or crack

PEDIATRIC
- Ativan 0.1 mg/kg
  **OR**
- Versed 1-2 mg

**TOXICOLOGY**

TO-4

Rev 12/18/2012

## SEIZURES

**CAUTION:**
- Refer to OB/GYN Guideline in pregnant/post partum patients (Eclampsia)
- Consider infectious disease as etiology of seizure (Meningitis, Encephalitis). Use appropriate PPE/BSI
- Use caution not to over cool a febrile patient to the point of shivering. Use of PO medications should be avoided in patients with decreased level of consciousness.
- The preferred route of Versed administration in seizures is intranasal
- Neuromuscular blockade does not supress seizure activity

 **BLS**
- Vitalize/Prioritize
- Oxygen/Airway
- Protect from injury
- Consider C-Spine precautions if suspected injury

**ALS**
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
- Obtain BGL
- Ativan 1 mg, may be repeated to a max of 4 mg
  OR
- Versed 2.5 mg over 2 mintes, may repeat initial dose to a maximum of 10 mg
- Consider use of neuromuscular blockade in cases of status epilepticus, refer to Pharmaceutical Assisted Intubation in Treatment Guideline

PEDIATRIC
- Febrile seizures
  - Treat febrile seizures by cooling. (Avoid rapid temperature change and shivering)
  - Consider Ativan or Versed if seizures are continuous
  - Children's Acetaminophen liquid 10 mg/kg PO when level of consciousness permits
- Idiopathic (non–febrile) seizures
  - Ativan 0.1 mg/kg, not to exceed 4 mg
    OR
  - Versed 0.3 mg/kg, not to exceed 10 mg
- Consider use of neuromuscular blockade in cases of status epilepticus, refer to Pharmaceutical Assisted Intubation in Treatment Guideline

# BITES AND STINGS
## BLACK WIDOW

Benzodiazepines are preferred for pain management.

 BLS
- Vitalize/Prioritize
- Oxygen/Airway

 ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock
  - Fluid bolus in presence of hypotension
- Ativan  1 mg increments, max of 4 mg
  - **OR**
- Versed:  2.5 mg over 2 minutes, may repeat once after 5 minutes
- Consider pain management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    - **OR**
  - Morphine 1-5 mg, titrated to effect
  - Zofran 4 mg  over a minimum of 30 seconds

PHYSICIAN CONSULT
- Calcium Chloride 10% (request dosage from ED Physician)

PEDIATRIC
- Ativan  0.1 mg/kg increments, max of 4 mg
  - **OR**
- Versed:  0.3 mg/kg over 2 minutes
- Consider pain management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    - **OR**
  - Morphine 0.1-0.2 mg/kg, titrated to effect
  - Zofran 0.1 mg/kg  over a minimum of 30 seconds, not to exceed 4 mg

PHYSICIAN CONSULT
- Calcium Chloride 10% (request dosage from ED Physician)
- Doses greater than max allowed dose of benzodiazepine

TRAUMA/ENVIRONMENTAL

# SEDATION

**INDICATIONS:**
- Cardioversion
- External pacing
- Combative patient

**CAUTION:**
- Benzodiazepines may cause respiratory depression or compromise
- When administering, observe for signs of hypotension or respiratory depression

 ALS
- Anesthetic spray to posterior pharynx (for intubation)
- Ativan 1 mg increments to a max of 4 mg
    OR
- Versed: 2.5 mg over 2 minutes, may repeat once for max dose of 5 mg

PHYSICIAN CONSULT
- Doses greater than max allowed benzodiazepine

PEDIATRIC
- Ativan 0.1 mg/kg, not to exceed 4 mg, titrated to effect
    OR
- Versed 0.3 mg/kg over 2 minutes, may repeat once after 5 minutes, not to exceed 10 mg total

PHYSICIAN CONSULT
- Doses greater than max allowed benzodiazepine

Rev 12/18/2012

## OBSTETRICS/GYNECOLOGY - CONTINUED

PHYSICIAN CONSULT
- Pre-Eclampsia
  - Magnesium Sulfate loading dose 4 gm/50 cc IV 0.9% NaCl over 15 minutes
  - Magnesium Sulfate maintenance drip 2 gm/50 cc at 50 cc/hr
- Seizures unresolved by magnesium sulfate (Eclamptic)
  - Ativan 1 mg, titrated to effect, max of 4 mg
    OR
  - Versed 2.5 mg over 2 minutes, may be repeated once after 2 minutes, max dose 5 mg

## PAIN MANAGEMENT

**CAUTION:**
**Pain medications may produce respiratory depression**

INDICATIONS: Relief of moderate to severe pain: e.g. trauma, fractures, dislocations, kidney stones, and burns


BLS
- Vitalize/Prioritize
- Oxygen/Airway
- Monitor patient's level of consciousness and respiratory status


ALS
- EKG monitor
- IV 0.9% NaCl KVO or Saline lock if stable
  - Fluid bolus in the presence of hypotension
- Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
  OR
- Morphine 1-5 mg, titrated to effect
- Zofran 4 mg over a minimum of 30 seconds

PEDIATRIC
- Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
  OR
- Morphine 0.1 mg/kg, titrated to effect
  - Zofran 0.1 mg/kg over a minimum of 30 seconds, not to exceed 4 mg

# PHARMACEUTICAL ASSISTED INTUBATION (PAI)

**CAUTION:**
- Have ALL airway devices and equipment (Suction, Bougie, secondary airway devices) ready
- Etomidate is contraindicated in pediatrics with suspected sepsis, septic shock, and adrenal insufficiency
- Succinylcholine is contraindicated in any patients with a family history of Malignant Hyperthermia
- Neuromuscular blockade does not alter the patient's pain level or level of response
- Always use sedation prior to the use of paralytics AND post intubation
- Consider pain management for trauma patients regardless of level of sedation

 BLS
- Vitalize/Prioritize
- Oxygen/Airway
  - Preoxygenate the patient for a minimum of 2 minutes via NRM or BVM. Use adjuncts when appropriate.

ALS
- EKG Monitor
- IV 0.9% NaCl
  - Fluid bolus in presence of hypotension
- **Pre-Medication**
  - Bradycardia: Atropine 0.5 mg for HR less than 60 bpm
    - **Mandatory in ALL repeat doses of Succinylcholine**
  - Induction:
    - Etomidate: 0.3 mg/kg, may repeat once for a max dose of 0.6 mg/kg
      OR
    - Versed  5 - 10 mg over 30 seconds, titrated to effect, repeat every 2 minutes if needed, not to exceed 0.3 mg/kg max cumulative dose
- **Neuromuscular Blockade**
  - Succinylcholine 1.5 mg/kg, May be repeated once after Atropine
- **Post Intubation (If further sedation is required)**
  - Sedation:
    - Ativan 1 mg increments to a max of 4 mg
      OR
    - Versed: 2.5 mg over 2 min, may repeat once for max dose of 5 mg
  - PHYSICIAN CONSULT must be obtained to exceed the max allowed benzodiazepine dose.
  - Neuromuscular Blockade
    - Norcuron 0.1 mg/kg, repeat dosing as indicated
- Consider Pain Management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
  - Morphine 1 - 5 mg, titrated to effect
  - Zofran 4 mg over a minimum of 30 seconds

MEDICAL

Rev 12/18/2012

## PHARMACEUTICAL ASSISTED INTUBATION - CONTINUED

PEDIATRIC
- **Pre-Medication**
  - Bradycardia:
    - Atropine 0.02 mg/kg for HR less than 100 bpm not to exceed 0.5 mg
  - Induction:
    - Etomidate: 0.3 mg/kg, may repeat once for a max dose of 0.6 mg/kg
    OR
    - Versed 0.3 mg/kg over 30 seconds, not to exceed 10 mg
- **Neuromuscular Blockade**
  - Succinylcholine 2 mg/kg  (No repeat dosing allowed)
- **Post Intubation (If further sedation is required)**
  - Sedation:
    - Ativan 0.1 mg/kg, titrated to effect, not to exceed 4 mg
    OR
    - Versed:  0.3 mg/kg over 30 seconds, may repeat once for max dose of 0.6 mg/kg
  - PHYSICIAN CONSULT must be obtained to exceed the max allowed benzodiazepine dose.
  - Neuromuscular Blockade
    - Norcuron 0.1 mg/kg, repeat dosing as indicated
- Consider Pain Management
  - Fentanyl 1 mcg/kg over 2 minutes, titrated to effect, not to exceed 3 mcg/kg
    OR
  - Morphine 0.1 mg/kg IV or IM slowly
  - Zofran 0.1 mg/kg  over a minimum of 30 seconds, not to exceed 4 mg

## PAI COMPLICATIONS

### SUSPECTED MALIGNANT HYPERTHERMIA (MH)/DUSCHENNE'S MUSCULAR DYSTROPHY

**INDICATIONS:**
Signs of Malignant Hyperthermia include increasing $EtCO_2$, trunk or total body rigidity, trismus, tachycardia

**CAUTION:**
Duschenne's Muscular Dystrophy can cause sudden cardiac arrest post Succinylcholine administration.

Use of Calcium Channel Blockers is prohibited in pediatric patients



**ALS:**

Contact receiving ER immediately upon onset of suspected Malignant Hyperthermia.
Offer MHAUS hotline# 1-800-644-9737

PHYSICIAN CONSULT - Request dose for all medications
- Hyperventilate with 100% O2 at 10+LPM
- Sodium Bicarbonate
- Cool patient with ice packs to surface areas (MH ONLY)
- Calcium Chloride

Rev 12/18/2012

EMERGENCY MEDICAL GUIDELINES

ered to the emergency department. Do not allow the patient to bargain with you, or talk you into release of restraints. Remember, A COOPERATIVE PATIENT WILL COOPERATE WITH RESTRAINTS.

## STANDARDS

When restraints are necessary, practitoners must determine the most appropriate and least restrictive device that allows the patient to retain as much dignity as possible. For example, the following physical restraints are appropriate for the following situations:

- Posey vests or sheet roles to prevent disoriented patients from climbing off stretchers. Side rails are not considered restraints by themselves.
- Soft wrist restraints to protect confused patients from extubating themselves
- Limb restraints (ie, upper, lower, 4-point, opposites, soft, leather) to restrain violent patients
- To ensure flight safety

## USE OF LEATHER RESTRAINTS

Leather restraints in the pre-hospital setting are obsolete and their use is strongly discouraged.

- They are bulky and slow to apply
- They cannot be effectively anchored to afford a true medical restraint.
- They present a cross-contamination problem due to the material in which they are constructed.
- If not periodically cleaned and treated, they become brittle and can break under stress. (When was the last time you cleaned and treated your leather restraints?)
- They are frightening to both patients, family and onlookers.
- They must be a non-locking variety to facilitate quick release.
- They can create injuries because they are not soft and padded.

Agencies currently utilizing leather restraints are encouraged to research and acquire soft, disposable posey or Velcro type limb restraints as a superior alternative.

A team of several members working together (ie, police, firefighters, ems personnel) may be the best way to restrain a violent patient. Appearance of a team may convince a patient to permit application of restraints without resistance. Ideally, each team member is responsible for immobilizing one extremity. This team approach minimizes risk of injury to the patient and the crew.

Although physical restraints generally are the first method employed when restraints are necessary, pharmacological restraints may be used as an alternative or adjunct to physical restraints.

Patients may have injuries that result from being restrained. Most injuries are minor and include abrasions and bruises. However, more serious injuries can occur if restraints are inappropriately applied or the patient is not adequately monitored.

## ALLOWANCE OF OPTIONS

It is vitally important and therapeutic for all patients to be given as many options as possible. Giving patients choices and options helps them to begin regaining a sense of self-control, a sense of normalcy. Emergency situations inflict an extremely frightening and threatening sense of loss of control upon the patients who experience them. This recognition of the need to allow options, to restore a patient's sense of self-control, however, does not change the fact that restraint is going to occur. Once a clinician recognizes the need for restraint, restraint must be employed. Restraint application is not a patient option.

As soon as possible, begin to allow patients as much control as you are comfortable with allowing.

In example "I need to make sure you're safe and secure. Would you prefer to be sitting up or lying down?" "Would you care for another blanket?" "Which arm would you prefer that I use for your IV?"

The secret to offering patients options is this; as long as it does not matter what the patient chooses, offer them the option. The fact that restraint will occur does not change. But, to improve the patient's condition and encourage cooperation, the patient should be given as many opportunities as possible to exercise some sense of control over the situation.

## COMPLICATIONS

Complications from pharmacological sedation are more numerous than from physical restraints. Uncooperative patients often provide inadequate histories, which presents increased possibility for allergic reactions. Oversedation could lead to loss of gag reflex, compromising the patient's ability to protect the airway. A patient who vomits while in 4-point restraints risks choking and aspiration. Pulse oximetry is helpful in measuring such patients.

Patients who are being restrained after an overdose pose particular problems because the ingested substances often are unknown. Sedation could lead to drug interactions with adverse effects.

Use caution whenever caring for patients in restraints. Personnel injuries can occur from violent behavior, such as biting, scratching, spitting, and kicking. At all times, full PPE will enhance personnel protection. Be on the lookout for patients with concealed weapons or dangerous objects (ie, needles).

E - 28

## CHEMICAL RESTRAINTS

Chemical restraints are any medications used for the purpose of restraining patients involuntarily to prevent them from harming themselves or personnel. The intent of such medications is sedation for the duration contact until the patient arrives at the emergency department.

### ADVANTAGES OF CHEMICAL RESTRAINTS
- Control violent behavior and patient agitation
- May reduce need for physical restraints

### DISADVANTAGES OF CHEMICAL RESTRAINTS
- May result in complications, such as respiratory depression and loss of gag reflex
- Limit mental status assessment and neurologic examination during sedation

## AGENTS

Benzodiazepines

Lorazepam (Ativan) is commonly used to sedate elderly patients and has a wide safety margin. Respiratory depression and loss of gag reflex usually do not result if recommended doses are used. Duration of action is long.
- Adult dose is 1-4mg IV, IO, IM, or intranasal titrated to effect
- Onset of action is 5-10 minutes
- Duration of action 4-8 hours
- Adverse effects include exacerbation of glaucoma, respiratory and gag reflex, depression (especially when combined with other sedatives or narcotics), and fetal damage.

Midazolam (Versed) is commonly used for rapid sedation in emergency settings because of its rapid onset and brief duration of action.
- Adult IVP dose is 5mg under 60 years of age (may repeat once), 2.5mg over 60 years of age (may repeat once) initially over 2 minutes. Allowing 2 or more minutes to evaluate response; titrate slowly. Can be given IV, IO, IM or intranasal.
- Onset of action is 1-5 minutes
- Duration of action is 30-60 minutes

Diazepam (Valium) is widely used for sedation, treatment of agitation secondary to alcohol withdrawal and treatment of seizures. It has a high therapeutic-to-toxic ratio. Respiratory depression and impaired gag reflex are rare when used alone.
- Adult dose is 2-10mg IV, IO, IM, or intranasal titrated to effect.
- Onset of action is 1-5 minutes
- Duration of action is 30-60 minutes

- Adverse effects include interactions with other s3edatives, which commonly result in respiratory depression and loss of gag reflex, exacerbation of glaucoma, and paradoxical reactions.

## PRECAUTIONS
- Patient dosing is very variable. More medication may be administered if inadequate sedation results after initial dose.
- Monitor for respiratory depression and loss of gag reflex

Chemical restraints can be an effective adjunct or replacement for physical restraints. Appropriate use of restraints promotes patient and crew safety. Health care professionals can incur liability from inappropriate use of restraints and for failure to use restraints to protect a patient; each situation in which use of restraints is considered must be evaluated carefully.

# RAPID SEQUENCE INTUBATION (RSI)

Rapid Sequence Induction (RSI), is the use of specialized medications to facilitate intubation and to provide for muscle relaxation. In the past these medications have been reserved for use by anesthesiologists in the operating room, but recently have become accepted for use in the prehospital setting for an aid in intubation.

Neuromuscular blockade is useful for a number of situations encountered in the prehospital setting. It will enable ventilation of patients who cannot be ventilated because of coughing or resisting ventilation attempts. Oxygen consumption is reduced, shivering may be prevented, and chest wall compliance may be increased through the use of muscle relaxants. When an airway cannot be secured by other means, neuromuscular blockade allows a patient to be more readily intubated. Occasionally a patient may need to be given a muscle relaxant in order to prevent nerve damage during transport.

## CARE FOR THE PARALYZED PATIENT

It is of paramount importance to remember a patient that has been given a paralytic is not unconscious, just paralyzed. They can hear and see everything going on around them. Therefore adequate sedation and analgesia must be given. Some signs of inadequate sedation or analgesia would be:

1. Hypertension
2. Tachycardia
3. Lacrimation
4. Diaphoresis
5. Ventricular dysrhymias

E - 29

BOARD OF
COUNTY
COMMISSIONERS



DEPARTMENT OF
PUBLIC SAFETY &
COMMUNICATIONS
JACK T. SOUTHARD
DIRECTOR

TIFFANY BENNETT – PUBLIC SAFETY MANAGER

NELSON AZCUENAGA – INFORMATION TECHNOLOGY MANAGER

E-911 Audio/CAD Records Request Form

Date: Oct 17, 2014

Requestor: Chief Herndon, SLC FD

Requestor's Agency: SLCFD                    Contact #: 772-201-1755

Requestor's Division:   Domestic Violence          Road Patrol          Detectives

Other:_____

Incident Date/Time: May 11 2014      18:29hrs

Incident Location: 301 E Prima Vista

Phone Tape Only:_____     Radio Tape Only: ✓

Phone and Radio Tape:_____     Certified under penalty of perjury that

CAD Screen Only:_____     the attached documents are true and

Reasons For This Request:      (Investigation)      accurate copies of records for the
                                                    Disciplinary
Other:_____     St. Lucie County Public Safety/911.

Additional Comments and/or

Instructions: all radio traffic up until arrival at
              hospital related to incident

Released:

To Whom:_____     By Whom: Event #1405-13289

Date:_____     Signed: Com2, EMS1 radio 18:30/18:52
                                    com1              10/22/14 TL

# COMMUNICATIONS

## Event Report

Event ID: **1405-13289**          Call Ref #: 366          Date/Time Received: 05/11/14 18:29:56

| Rpt #: 14-016522 | Prime R03 | Services Involved | | | | |
|---|---|---|---|---|---|---|
| Call Source: E911 | Unit: RESCUE, 03 | LAW | FIRE | | | |

Location: **301 E PRIMA VISTA BLVD**

X-ST:                                                          Jur: CAD       Service: FIRE       Agency: SLFD

                                                              St/Beat: ST03   District:              RA:

Business:                                  Phone:                                                GP: ST03

| Nature: **TRAUMA L3** | Alarm Lvl: 1 | Priority: P | Medical Priority: | 28 |
|---|---|---|---|---|

Reclassified Nature:

Caller: CVS                                                                        Alarm:
Addr: 301 NE PRIMA VISTA BLVD          Phone: (772) 340-3423          Alarm Type:

| Vehicle #: | St: | Report Only: No | Race: | Sex: | Age: |
|---|---|---|---|---|---|

Call Taker: GILBERTJ                          Console: POS14          *Certified under penalty of perjury that*

Geo-Verified Addr.: Yes    Nature Summary Code:          Disposition: I     *the attached documents are true and*

Notes:                                                                    *accurate copies of records for the*

**See Event Notes Addendum at end of this report**                        *St. Lucie County Public Safety/911.*

### Times

Call Received: 05/11/14 18:29:56    Time From Call Received
Call Routed: 05/11/14 18:29:56
Call Take Finished: 05/11/14 18:29:56                        Unit Reaction: 000:03:48 *(1st Dispatch to 1st Arrive)*
1st Dispatch: 05/11/14 18:30:12                              En-Route: 000:00:34 *(1st Dispatch to 1st En-Route)*
1st En-Route: 05/11/14 18:30:46      000:00:16 *(Time Held)*  On-Scene: 000:48:39 *(1st Arrive to Last Clear)*
                                     000:00:50
1st Arrive: 05/11/14 18:34:00        000:04:04 *(Reaction Time)*
Last Clear: 05/11/14 19:22:39        000:52:43

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| R03 | R03 | D | Dispatched | 05/11/14 18:30:12 | Stat/Beat: ST03 | | SUITL |
| R03 | R03 | E | En-Route | 05/11/14 18:30:46 | | | Unit:R03 |
| R03 | R03 | A | Arrived | 05/11/14 18:34:00 | | | Unit:R03 |
| E03 | E03 | D | Dispatched | 05/11/14 18:36:06 | Stat/Beat: ST03 | | SUITL |
| E03 | E03 | E | En-Route | 05/11/14 18:36:33 | | | Unit:E03 |
| E03 | E03 | X | Canceled | 05/11/14 18:37:13 | none | | MCKEONA |
| E03 | E03 | D | Dispatched | 05/11/14 18:43:09 | Stat/Beat: ST03 | | SUITL |
| E03 | E03 | E | En-Route | 05/11/14 18:43:50 | | | Unit:E03 |
| R03 | R03 | T | Transport | 05/11/14 18:47:45 | To: ST LUCIE MEDICAL CENTER | | MCKEONA |

| Event ID: 1405-13289 | | | Call Ref #:  366 | TRAUMA L3 @ 301 E PRIMA VISTA BLVD | | | |
|---|---|---|---|---|---|---|---|
| E03 | E03 | C | Cleared | 05/11/14 18:49:04 | | L | MCKEONA |
| R03 | R03 | H | At Hospital | 05/11/14 18:56:10 | | | Unit:R03 |
| R03 | R03 | C | Cleared | 05/11/14 19:22:39 | | I | THOMANJ |

| | | | | Event Log | | | |
|---|---|---|---|---|---|---|---|

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TS | Time Spawned | 05/11/14 18:29:56 | Initial call received at 05/11/2014 18:03:17 | | GILBERTJ |
| | | RPT | Requested Report# | 05/11/14 18:29:56 | SLFD Report #14016522 | | GILBERTJ |
| | | RECO | Unit Rec Btn Click | 05/11/14 18:30:03 | Unit recommend for TRAUMA L3 at 301 E | | SUITL |
| | | RECO | Unit Recommendation | 05/11/14 18:30:12 | Recmnd:*R03 [R] | | SUITL |
| | | RECO | Unit Recommendation | 05/11/14 18:30:12 | Plan: SLFD Cat: 1R Lvl: 1 | | SUITL |
| | | PAGE | Dispatch Page | 05/11/14 18:30:13 | Paged RESCUE03 | | PAGESRV |
| | | ARM | Added Remarks | 05/11/14 18:30:26 | | | JEFFERSONA |
| | | ARM | Added Remarks | 05/11/14 18:30:28 | | | GILBERTJ |
| | | ARM | Added Remarks | 05/11/14 18:30:42 | | | JEFFERSONA |
| | | AK | STATION ACKNOWLED | 05/11/14 18:30:46 | | | SUITL |
| | | ARM | Added Remarks | 05/11/14 18:30:46 | | | SUITL |
| | | AK | STATION ACKNOWLED | 05/11/14 18:31:14 | | | SUITL |
| | | ARM | Added Remarks | 05/11/14 18:31:14 | | | SUITL |
| | | ARM | Added Remarks | 05/11/14 18:33:26 | | | JEFFERSONA |
| | | ARM | Added Remarks | 05/11/14 18:34:46 | | | GILBERTJ |
| | | ARM | Added Remarks | 05/11/14 18:35:19 | | | VACHONH |
| | | ARM | Added Remarks | 05/11/14 18:35:57 | | | MCKEONA |
| | | PAGE | Dispatch Page | 05/11/14 18:36:07 | Paged ENGINE03 | | PAGESRV |
| | | ARM | Added Remarks | 05/11/14 18:36:33 | | | MCKEONA |
| | | ARM | Added Remarks | 05/11/14 18:43:09 | | | MCKEONA |
| | | PAGE | Dispatch Page | 05/11/14 18:43:10 | Paged ENGINE03 | | PAGESRV |
| | | ARM | Added Remarks | 05/11/14 18:49:27 | | | REVELSJ |

| | | | Related Names | | | | |
|---|---|---|---|---|---|---|---|
| Last, First, MI Suffix | | | Race Sex HT | WT | Eyes DOB | Age | Home / Mobile Ph | Work Ph |
| Cvs | | | | 0 | | | (772) 340-3423 | |

Address: 301- E Prima Vista Blvd Port St Lucie, FL

OIn:                              OIn St:

Notes:

Certified under penalty of perjury that

the attached documents are true and

accurate copies of records for the

St. Lucie County Public Safety/911.

Event ID: 1405-13289          Call Ref #:  366      **TRAUMA L3 ST**301 E PRIMA VISTA BLVD

## Event Notes Addendum

Notes   [LAW] (SO221) FOLLOWING RESCUE TO ER  [05/11/14 18:49:27 REVELSJ]
REQ E P1  [05/11/14 18:43:09 MCKEONA]
LE TO RIDE W/ RESCUE  [05/11/14 18:36:33 MCKEONA]
REQ E  [05/11/14 18:35:57 MCKEONA]
[LAW] 1039 TO PSLE  [05/11/14 18:35:19 VACHONH]
[LAW] 1039 SOAIR HE IS ON STAND BY  [05/11/14 18:34:46 GILBERTJ]
[LAW] news crews on scene  [05/11/14 18:33:26 JEFFERSONA]
UDTS: STATION ACKNOWLEDGEMENT  [05/11/14 18:31:14 SUITL]
UDTS: STATION ACKNOWLEDGEMENT  [05/11/14 18:30:46 SUITL]
[LAW] CLEAR 1034  [05/11/14 18:30:42 JEFFERSONA]
[LAW] MALE HAS  CUTSA TO HEAD AND A LIST OF UOTHER WILL ADV WHEN LEO DOES  [05/11/14 18:30:28
GILBERTJ]
[LAW] RESCUE REQ REF HEAD LAC  [05/11/14 18:30:26 JEFFERSONA]
Event spawned from HANG UP OR NO VOICE CALL.  [05/11/2014 18:29:56 GILBERTJ]
(SO280) parking lot of cvs
rescue on standby  [05/11/14 18:27:46 JEFFERSONA]
(SO280) ONE RUNNING  [05/11/14 18:26:57 JEFFERSONA]
UDTS: {SO280} LIMITED RADIO TRAFFIC  [05/11/14 18:26:30 JEFFERSONA]
UDTS: {SO280} SUBJECT IN CUSTODY  [05/11/14 18:25:47 JEFFERSONA]
UDTS: {SO280} ACKNOWLEDGED OK  [05/11/14 18:14:58 JEFFERSONA]
UDTS: {SO314} VISITOR/SUBJECT PRESENT  [05/11/14 18:08:46 JEFFERSONA]
COMPL IS CALLING FROM STORE PHONE HIS NAME IS TRAVARIOUS BM GRN TEE BLK BASKTBALL SHORTS
SAYING THAT HIS AUNT IS BEING HELD INSIDE A HOUSE AT 441 CYCLE ST THE FLAGLER ST HOSTAGE
AND RANSOM//HE IS STILL 1097 AT THE CVS//NOI  [05/11/14 18:06:34 KEMPJ]
NO VOICE CONTACT // 3403640 // CVS  [05/11/14 18:03:48 DALYA]

Certified under penalty of perjury that

the attached documents are true and

accurate copies of records for the

St. Lucie County Public Safety/911.

May 20, 2014

In regards to run # 16522 on May 11, 2014 at 301 NW Prima Vista Blvd. Rescue three was dispatched for a laceration at the previously mentioned address. Dispatch related that PD was on scene with a patient that had a laceration to the head.

On arrival I observed a black man lying in his left side with approximately three or four deputies knelling on him. His head was in a pool of blood approximately eighteen inch around. On first contact with the patient he had a laceration in the area of the right temple. He was also bleeding from the nose and mouth. I briefly spoke to the deputies who related that, he must be on some sort of drugs due to his strength and extreme aggression. I returned to the rescue to gather a backboard, collar, headbed and stretcher. The backboard was placed next to the patient. The deputies attempted to pick the patient up and to place him on the board. The patient at this time became extremely violent. He was struggling in an attempt to break free while kicking at deputies and myself. At this time one African American deputy struck the patient with a closed fist on the right side of his jaw. This knocked the patient out.  The patient was also attempting to spit blood on anyone that he could. Due to the patients extreme violence the decision was made to sedate the patient. I returned to the rescue truck and retrieved a vile of Ativan from the safe. I drew up 4mg of Ativan into a syringe and handed it to PM Rosario informing him of what the syringe contained, who then returned to the pt. I continued to collect other supplies.  When I return to the patient he appeared to be sedated. He again had approximately three or four deputies knelling on his back and one standing on his foot, however the patient was now lying prone. While PM Rosario properly disposed of the sharp. The stretcher was placed next to the patient and he was lifted to the stretcher. I was now able to get a better look at the patient. He appeared to not be breathing. I then checked for breathing and pulse and found none. CPR was immediately initiated. Pm Rosario returned to the rescue to gather supplies to intubate the patient while he called for additional man power. The patient was placed on cardiac monitor revealing asystole. CPR was continued as we tried to get Deputies to remove the handcuffs to which they were resistant until they were informed that the patient was deceased. The same deputy who had stuck the patients jaw was in the rescue. I ask him to take over compressions so I could perform other interventions. He took over compressions and was coached by PM Rosario so the patient received proper CPR, as he did the intubation. The deputy was sweating profusely. IV access was established and mediations were given as per the flow sheet of the patient care report. The deputy related that he had only been with the sheriff's office for eight weeks and that he was the last person to strike the patient. He appeared to be concerned for the patient's condition. He also related that he had never seen a person act the way the patient did have served two tours in Iraq. The patients' condition changed as per the patient care report.

On arrival at the ER the patient care was turned over to the ER. At this time the patient had a normal cardiac rhythm with good pulses. At this time we went out of service to clean the truck. Deputies asked us to fill out affidavits. After they were complete we returned to service. On our return to the station we where informed that a detective from the sheriffs office wanted to speak to us. Some time later detective Billy Chapman arrived at the station and conducted brief interviews with all those involved with the call.

737 SA

Rescue 3 was dispatched to CVS for a laceration. UOA I saw the pt under several SO officers. 2-3 SO officers were standing to the side of the Pt holding their knees and elbows from scuffling with the pt PTA. Pt's was laying on the ground with a "halo" spread of blood around his head. Pt showed a LAC to the R side of his head (the side visible to me at that time). Pt also had blood on his face and in his mouth. I spent some time trying to figure out what the call was about and what was going on (Initial dispatch was just for a LAC). The pt remained combative for a majority of time outside the rescue truck. The pt would, at times, calm down but would try to fight off SO officers when they started to move him around. Due to the visible trauma, I wanted the pt on a backboard for safe transport. I dropped the backboard off then ran back to get the c-collar and headbed. When I got back to the pt, the attempt to get him on the board failed. They (SO) were trying to cuff him to the backboard. The pt apparently was moving around too much and continued to not cooperate with the SO's orders to remain calm while trying to place him on the backboard. I made the decision to sedate (see run report) so he would not cause further harm to himself. After the drug administration (see run report), (the pt was turned to the side by PD to assist in medication administration) the pt was still struggling with SO. While Tom stayed with the PD , I went to the truck to dispose of my sharps. Upon return, a male officer struggling with the pt by his legs asked how long the medication takes to affect the pt. I assured him 2-3 min. He and the other officers on top of the pt seemed winded by the whole altercation. The pt again went back into a state of calm once again. Just then SO seized the opportunity to place the pt on the stretcher at this time. A female officer within the struggle grabbed our stretcher that was parked near the pt and moved it next to the PT. Taken by surprise, I attempted to regain control of the stretcher. I was standing on the side opposite the PT. The SO officers on top of the Pt got off of the pt then lifted the PT at once and placed him on our stretcher.  A short time while wheeling him to our truck that was parked near the scene, I had everyone stop (assisting the stretcher to the truck). I took an assessment look at the pt and noticed that the pt did not have any chest rise. I palpated for a carotid pulse and did not feel one. Just before he was placed into the truck an officer asked if the pt was "ok" and I replied "I think he is dead". We rushed into the truck to verify my findings. When the PT was placed on the EKG his initial rhythm was asystole. (see run report for TX) In the cab of the truck with me was Tom and an SO officer whom I overheard stated that he has been on the job for 8 weeks.

To whom it may concern,

On 5/11/14 E-3 was dispatched to assist R-3 on RR # 16522.  E-3 was dispatched priority 1 for manpower, as CPR was in progress and a driver was needed. E-3 was manned with Lt. Gonzalez, FF/PM Eassa, and me. When E-3 arrived on scene the entrance to the CVS parking lot was blocked by law enforcement vehicles and crime scene tape. Eassa exited the engine to drive R3 to the hospital and Lt. Gonzalez exited to assist with backing the rescue truck. I remained in the engine until Lt. Gonzalez returned to E-3 and cleared the call.

Respectfully Submitted,

331 3A

FF/ENG David Green 331 3A

To whom it may concern,

On 5/11/14 E-3 was dispatched to assist R-3 on RR # 16522. Rescue had E-3 dispatched priority 1 for manpower, as they were performing CPR in the back of R-3 and needed a driver. E-3 was manned with FF/Eng Green, FF/PM Eassa, and me. When E-3 arrived on scene I instructed FF/PM Joe Eassa to go and drive R-3 in to hospital. At that time I jumped out and backed up R-3 to assist them in getting out of the parking lot. As I walked to back up Rescue 3 I witnessed a large pool of blood in the middle of the parking lot. After R-3 was enroute to SLMC I got back into E-3 and we cleared the scene. Several hours after the incident, Detective Billy Chapman from the Saint Lucie County Sheriff's Department arrived at station 3 and requested verbal statements from FF/PM Sinclair and FF/PM Rosario.

Respectfully Submitted,

Lt. Brian Gonzalez #521

The following statement is in regards to my involvement and what I witnessed during RR#16522 on 5/11/14:

My position that day was as the third man on Engine 3. Engine 3 was called to scene because Rescue 3 needed additional manpower to drive the rescue truck to the hospital. Upon arrival R3's crew was performing CPR in the back of the rescue truck. I drove the rescue truck to St. Lucie Medical Center and helped Rescue 3's crew move the pt. from the rescue truck to the ER.

Respectfully Submitted,

FF/PM Joseph J Eassa 777 3A



**ST. LUCIE COUNTY FIRE DISTRICT**
Kenneth C. Crooks
Fire District Attorney

Telephone:   (772) 621-3313
Fax:            (772) 621-3605
E-mail:   kcrooks@slcfd.org

Date:          June 24, 2014

To:             Fire Chief Ron Parrish

From:          Fire District Attorney Ken Crooks
               Deputy Chief Buddy Emerson

Re:             Tavares Docher Incident - OIA Inquiry

**Background:**

On May 11, 2014, at 18:29:56, the Fire District received an emergency trauma call to respond to the CVS Drug Store parking lot at 301 NE Prima Vista Boulevard, Port St. Lucie, FL 34983 (E Pro Incident No. 14016522).

Rescue 3 was dispatched at 18:30:12. A-Shift Lead Crew Member FF/PM Jose Rosario and FF/PM Thomas Sinclair were on board.

When Fire District personnel arrived on scene at 18:34:00, they had a difficult time getting Rescue 3 close to the incident, because of the relative location of LEO vehicles. At 18:36:00, Fire District personnel first contacted a combative Patient being subdued by several LEO from the St. Lucie County Sheriff's Department.

Patient was initially assessed by FF/PM Rosario at 18:36:00. Patient was a 29 year old male, with a laceration on the right side of his head, with fresh blood on his nose and mouth. He was lying on his side with his head surrounded by a pool of blood.

Patient was combative when attempts were made, with assistance from LEO personnel, to place Patient on a backboard and then onto a stretcher.  At 18:40:00, due to the Patient's combative nature, he was administered 4 mg of Ativan intramuscular in his right buttocks.

At 18:43:00, it was determined that Patient had no pulse, was not breathing and was in cardiac arrest. CPR was begun. A King Airway was used for immediate airway control. An IV was placed in Patient's jugular and he was given 1 mg of Epi and 50 mEq of Sodium Bicarb.  Patient was successfully defibrillated and more CPR administered.

At 18:47:45, FF/PM Joseph Eassa, from Engine 3, came aboard and drove Rescue 3 to St. Lucie Medical Center, while FF/PM Sinclair and FF/PM Rosario treated Patient in the rear of Rescue 3.

Patient was returned to ROSC before being turned over to St Lucie Medical Center Emergency Room staff at 18:56:10.

After Fire District personnel returned to their fire station, Detective Billy Chapman from the SLC Sheriff Department came to the fire station and interviewed FF/PM Rosario and FF/PM Sinclair.

**Inquiry**:

After review by A-Shift Battalion Chief James Kelly and step-up District Chief Nate Spera, as well as Deputy Chiefs Kevin Herndon and Brian Blizzard, all information gathered from E Pro Incident No. 14016522 was turned over to the Office of Internal Affairs for further examination.

An initial inquiry was begun on May 30, 2014, by District Attorney Ken Crooks and Deputy Chief Buddy Emerson, in order to clarify the sequence of events related to the call, as witnessed by FF/PM Rosario and FF/PM Sinclair.

FF/PM Sinclair submitted a special report on May 20, 2014.

During his interview, FF/PM Sinclair restated his recollection of the sequence of events on May 11, 2014.  FF/PM Sinclair recalled the events consistent with the way he had reported them on May 20, 2014.

In summary, FF/PM Sinclair recalled being dispatched to the CVS Pharmacy on Prima Vista Boulevard in Port St. Lucie for a laceration.  Upon arrival, he observed an African American male ("Patient") on the ground with LEO kneeling on him.  FF/PM Sinclair's assessment of Patient was that he had sustained a laceration in the right temple area, facial trauma and was bleeding from his nose and mouth.   FF/PM Sinclair stated that he was told by deputies that Patient must be on some kind of drug because of his extreme strength and aggressive actions.

FF/PM Sinclair then returned to Rescue 3 to retrieve a backboard, c-collar, headbed and stretcher.   Upon his return, an attempt was made by the deputies to place Patient on the backboard.  FF/PM Sinclair stated that Patient became extremely violent – flailing, kicking, and spitting blood toward the deputies.  FF/PM Sinclair indicated that, at this point, he witnessed an African American deputy strike Patient with a closed fist on the right side of his jaw, rendering Patient unconscious.  FF/PM Sinclair could not recall exactly where FF/PM Rosario was located at that time, but stated that each of them had gone back and forth to Rescue 3 several times for various types of equipment.  FF/PM Sinclair did not know whether or not FF/PM Rosario saw the deputy strike Patient.

At the onset of observed violence by Patient, FF/PM Rosario made the decision to sedate Patient and FF/PM Sinclair returned to Rescue 3 to retrieve and draw up 4 mg of Ativan. While FF/PM Sinclair remained at Rescue 3 gathering supplies, FF/PM Rosario returned to Patient with the Ativan. FF/PM Sinclair stated that he did not see the actual sedation injection. FF/PM Sinclair recalled that when he returned, the Patient appeared to be sedated and was lying prone with LEO kneeling on his back. FF/PM Sinclair stated that FF/PM Rosario then returned to Rescue 3 to dispose of the syringe, while the deputies placed Patient on the stretcher.

While the stretcher was being wheeled to Rescue 3, FF/PM Sinclair said that he noticed Patient was not breathing and had no pulse and that CPR was immediately initiated.

While FF/PM Rosario gathered equipment to intubate Patient, FF/PM Sinclair asked the deputy who had struck Patient in the jaw to take over CPR, so that FF/PM Sinclair could provide other interventions, per protocol.

When questioned why FF/PM Rosario had used a King Airway to intubate Patient, instead of a standard ET tube, FF/PM Sinclair stated that he did not remember exactly, but assumed that blood in Patient's mouth and facial injuries necessitated the use of the King Airway. FF/PM Sinclair stated that while he was in the back of Rescue 3, that same deputy told him something to the effect as follows:

> "I was the last person to strike Patient; that I had not been employed with the Sheriff's Department for very long; and that I had not seen that kind of violent behavior from a person, even while serving in the military in Iraq."

FF/PM Sinclair stated that through the interventions of FF/PM Sinclair and FF/PM Rosario, they were able to restore normal cardiac rhythm and pulse to Patient prior to turning him over to Emergency Room staff.

On June 19, 2014, FF/PM Sinclair spoke with Deputy Chief Emerson and specifically denied hearing any deputy state something like: "I think I[we] killed him."

FF/PM Rosario submitted a special report on May 20, 2014.

On June 13, 2014, District Attorney Ken Crooks and Deputy Chief Buddy Emerson met with FF/PM Rosario, who had been on vacation traveling across the State of Texas since the day after the subject incident.

During his interview, FF/PM Rosario restated the sequence of events on May 11, 2014, substantially repeating what he had already submitted in writing.

In summary, FF/PM Rosario recalled being dispatched to the CVS Pharmacy on Prima Vista Boulevard in Port St. Lucie for a laceration. Upon arrival, FF/PM Rosario observed Patient lying on the ground with several LEO on top of him. FF/PM Rosario's initial assessment of Patient revealed a laceration to the right side of his head and facial

trauma resulting in blood on/in Patient's face and mouth with a pool of blood on the ground. FF/PM Rosario stated that while he was trying to figure out what had happened, he observed Patient become combative with the deputies, then calm down, and then return to being combative when the deputies tried to move him.

FF/PM Rosario stated that because of Patient's visible trauma, he wanted Patient immobilized on a backboard/c-collar/headbed. Because Patient would not stay still and struggled against the deputies efforts to handcuff him to the backboard, FF/PM Rosario stated that he made the decision to sedate Patient. When asked if he saw a deputy strike Patient, FF/PM Rosario stated that he did not observe that.

FF/PM Rosario indicated that FF/PM Sinclair retrieved and drew up the Ativan from Rescue 3. FF/PM Rosario stated that he then administered the Ativan intramuscular to the right buttocks as the deputies rolled Patient on his side. FF/PM Rosario said that Patient was still struggling against the deputies both before and after the sedative was administered.

FF/PM Rosario indicated that he then went to Rescue 3 to dispose of the syringe, and upon his return, he said to the deputies that it would take several minutes for the sedative to start to take effect.

At that point, Rosario stated that Patient became calm, so the deputies got off of him and quickly transferred him to the stretcher. While wheeling Patient to Rescue 3, FF/PM Rosario said he noticed that Patient did not have any chest rise. FF/PM Rosario then checked for a pulse and could not find one. FF/PM Rosario indicated that he and FF/Sinclair began CPR and initiated protocols for a "code."

After putting Patient in Rescue 3, FF/PM Rosario stated that the monitor revealed that Patient was in asystole and FF/PM Rosario rushed to secure an airway using a King Airway. FF/PM Rosario stated that through their interventions (he and Sinclair), they were able to restore normal cardiac rhythm and pulses to the patient prior to turning him over to Emergency Room staff.

When questioned about the use of the King Airway over a standard ET tube, FF/PM Rosario stated that, because of blood and facial injuries, he did not attempt to use a laryngoscope to place an ET tube. For rapidity, he went straight to a King Airway.

When asked if he heard a deputy say something like "I think I[we] killed him," FF/PM Rosario said that he did not.

FF/PM Rosario stated that June 13th was his first shift back after the subject incident and was unaware of any news stories or reports of the incident. After learning of the news reports concerning Fire District personnel's use of Ativan, FF/PM Rosario stated that, in his 10 years of experience as a Paramedic, he had never seen someone "code" because of being administered Ativan. FF/PM Rosario strongly maintained that they followed protocol (EMS Guidelines).

In regard to this particular case, FF/PM Rosario emphatically stated that his actions, and those of FF/PM Sinclair, had reversed Patient's condition from when the deputies handed him over and that Patient had essentially been dead until they saved him.

On June 23, 2014, Battalion Chief Kelly spoke with Deputy Chief Emerson and stated that he recollected hearing either FF/PM Sinclair or FF/PM Rosario make a statement in his presence on May 11, 2014, that they heard a deputy state something like: "I think I [we] killed him." Battalion Chief Kelly could not remember which FF/PM made the statement and was less than confident in his recollection.

The special report submitted by FF/ENG David Green indicated that Engine 3 had been dispatched to assist Rescue 3 during the subject incident on May 11, 2014, and that it had been difficult for Fire District personnel to approach Patient's location due to the LEO vehicles blocking the entrance of the CVS parking lot.

FF/ENG David Green also reported that he stayed in Engine 3 and that Lieutenant Brian Gonzalez had assisted in backing Rescue 3 out of the CVS parking lot.

The special report submitted by Lieutenant Gonzalez indicated that Engine 3 had been dispatched to assist Rescue 3 during the subject incident on May 11, 2014, and that he had assisted in backing up Rescue 3 to get it out of the CVS parking lot.

Lieutenant Gonzalez also reported that several hours after the subject incident, Detective Billy Chapman from the St. Lucie County Sheriff's Department arrived at Fire Station 3 and taped verbal statements from FF/PM Sinclair and FF/PM Rosario.

The special report submitted by FF/PM Eassa indicated that Engine 3 had been dispatched to assist Rescue 3 during the subject incident on May 11, 2014, and that he had been the third crew member on Engine 3.

FF/PM Eassa also reported that he had driven Rescue 3 to St. Lucie Medical Center, while the crew of Rescue 3 was treating Patient in the rear of Rescue 3.

**Paramedic Standards of Care, Guidelines, and EMS Protocols**:

Applicable Paramedic Standards of Care, Guidelines and EMS Protocols include the following:

      a.   St. Lucie County Fire District Emergency Medical Guidelines – Sedation Treatment Guideline (Rev 12/18/2012):

           "Ativan 1 mg increments to a max of 4 mg."

**Conclusions:**

Although key elements of FF/PM Sinclair's and FF/PM Rosario's accounts of the events of May 11, 2014, could not be fully corroborated by the other (including witnessing the deputy striking Patient; witnessing the administration of Ativan; and determining the point at which Patient became unconscious and/or stopped breathing), the record reflects that multiple procedures were carried out and multiple trips between the location of Patient and R-3 occurred in less than 9 minutes.  It simply was not possible for each FF/PM to give the same account, because they were not always with Patient or witnessing the events with the deputies' efforts to restrain Patient at precisely the same time.

The statement reported by Battalion Chief Kelly was not corroborated by either FF/PM Sinclair or FF/PM Rosario.  Battalion Chief Kelly was not sure about his recollection and that it could have been more like the way FF/PM Sinclair remembered the deputy's statement.

The facts indicated that Patient was combative during the incident with LEO and FF/PM's and required sedation.

The facts also indicated that Fire District personnel followed normal procedures and St. Lucie County Fire District Emergency Medical Guidelines in treating Patient.

**Further Actions:**

No further actions are anticipated at this time.

**Exhibits:**

1. E Pro Report Incident No. 14016522.
2. FF/PM Thomas Sinclair special report.
3. FF/PM Jose Rosario special report.
4. FF/ENG David Green special report.
5. Lieutenant Brian Gonzalez special report.
6. FF/PM Joseph Eassa special report.

| User: SLCFCAD | **ST LUCIE FIRE DISTRICT** | 05/20/2014 09:53:15 |
|---|---|---|

## Event Report

| Event ID: **1405-13289** | Call Ref #: 366 | Date/Time Received: 05/11/2014 18:29:56 |
|---|---|---|

| Rept #: **14-016522** | Call Source : E911 | Prime R03 Unit : RESCUE, 03 | Service Involved |
|---|---|---|---|

|  |  | **LAW** | **FIRE** |  |  |  |
|---|---|---|---|---|---|---|

Location: **301 E PRIMA VISTA BLVD**

| X-ST: | | | Jur: CAD | Service: FIRE | Agency: SLFD |
|---|---|---|---|---|---|
| Business: | | Phone: | St/Beat: ST03 | District: | RA: |

| Nature: **TRAUMA L3** | Alarm Lvl: 1 | Priority: P | Medical Priority: |
|---|---|---|---|

| Caller: CVS | | | Alarm: | Call Taker: GILBERTJ |
|---|---|---|---|---|
| Addr: 301 NE PRIMA VISTA BLVD | Phone: (772) 340-3423 | Alarm Type: | Console: POS14 |

| Vehicle: | St: | Report Only: No | | Race: | Sex: | Age: |
|---|---|---|---|---|---|---|

| Geo-Verified Addr: Yes | Nature Summary Code: | Disposition: I | Close Comments: |
|---|---|---|---|

Notes:
[LAW] (SO221) FOLLOWING RESCUE TO ER [05/11/14 18:49:27 REVELSJ] REQ E P1 [05/11/14 18:43:09 MCKEONA] LE TO RIDE W/ RESCUE [05/11/14 18:36:33 MCKEONA] REQ E [05/11/14 18:35:57 MCKEONA] [LAW] 1039 TO PSLE [05/11/14 18:35:19 VACHONH] [LAW] 1039 SOAIR HE IS ON STAND BY [05/11/14 18:34:46 GILBERTJ] [LAW] news crews on scene [05/11/14 18:33:26 JEFFERSONA] UDTS: STATION ACKNOWLEDGEMENT [05/11/14 18:31:14 SUITL] UDTS: STATION ACKNOWLEDGEMENT [05/11/14 18:30:46 SUITL] [LAW] CLEAR 1034 [05/11/14 18:30:42 JEFFERSONA] [LAW] MALE HAS CUTSA TO HEAD AND A LIST OF UOTHER WILL ADV WHEN LEO DOES [05/11/14 18:30:28 GILBERTJ] [LAW] RESCUE REQ REF HEAD LAC [05/11/14 18:30:26 JEFFERSONA] Event spawned from HANG UP OR NO VOICE CALL. [05/11/2014 18:29:56 GILBERTJ] (SO280) parking lot of cvs rescue on standby [05/11/14 18:27:46 JEFFERSONA] (SO280) ONE RUNNING [05/11/14 18:26:57 JEFFERSONA] UDTS: {SO280} LIMITED RADIO TRAFFIC [05/11/14 18:26:30 JEFFERSONA] UDTS: {SO280} SUBJECT IN CUSTODY [05/11/14 18:25:47 JEFFERSONA] UDTS: {SO280} ACKNOWLEDGED OK [05/11/14 18:14:58 JEFFERSONA] UDTS: {SO314} VISITOR/SUBJECT PRESENT [05/11/14 18:08:46 JEFFERSONA] COMPL IS CALLING FROM STORE PHONE HIS NAME IS TRAVARIOUS BM GRN TEE BLK BASKTBALL SHORTS SAYING THAT HIS AUNT IS BEING HELD INSIDE A HOUSE AT 441 CYCLE ST THE FLAGLER ST HOSTAGE AND RANSOM//HE IS STILL 1097 AT THE CVS/NOI [05/11/14 18:06:34 KEMPJ] NO VOICE CONTACT // 3403640 // CVS [05/11/14 18:03:48 DALYA]

### Times

| Call Received: 05/11/2014 18:29:56 | Time From Call Received | |
|---|---|---|
| Call Routed: 05/11/2014 18:29:56 | 000:00:00 | |
| Call Take Finished: 05/11/2014 18:29:56 | 000:00:00 | Unit Reaction: 000:03:48 *(1st Dispatch to 1st Arrive)* |
| 1st Dispatch: 05/11/2014 18:30:12 | 000:00:16 *(Time Held)* | En-Route: 000:00:34 *(1st Dispatch to 1st En-Route)* |
| 1st En-Route: 05/11/2014 18:30:46 | 000:00:50 | On-Scene: 000:48:39 *(1st Arrive to Last Clear)* |
| 1st Arrive: 05/11/2014 18:34:00 | 000:04:04 *(Reaction Time)* | |
| Last Clear: 05/11/2014 19:22:39 | 000:52:43 | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| R03 | R03 | D | Dispatched | 05/11/2014 18:30:12 | Stat/Beat: ST03 | | SUITL |
| R03 | R03 | E | En-Route | 05/11/2014 18:30:46 | | | Unit:R03 |
| R03 | R03 | A | Arrived | 05/11/2014 18:34:00 | | | Unit:R03 |
| E03 | E03 | D | Dispatched | 05/11/2014 18:36:06 | Stat/Beat: ST03 | | SUITL |
| E03 | E03 | E | En-Route | 05/11/2014 18:36:33 | | | Unit:E03 |
| E03 | E03 | X | Canceled | 05/11/2014 18:37:13 | none | | MCKEONA |
| E03 | E03 | D | Dispatched | 05/11/2014 18:43:09 | Stat/Beat: ST03 | | SUITL |
| E03 | E03 | E | En-Route | 05/11/2014 18:43:50 | | | Unit:E03 |
| R03 | R03 | T | Transport | 05/11/2014 18:47:45 | To: ST LUCIE MEDICAL CENTER | | MCKEONA |
| E03 | E03 | C | Cleared | 05/11/2014 18:49:04 | | L | MCKEONA |
| R03 | R03 | H | At Hospital | 05/11/2014 18:56:10 | | | Unit:R03 |
| R03 | R03 | C | Cleared | 05/11/2014 19:22:39 | | I | THOMANJ |

## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|-----------|----------|-----------|------|
| | | TS | Time Spawned | 05/11/2014 18:29:56 | Initial call received at 05/11/2014 18:03:17 | | GILBERTJ |
| | | RPT | Requested Report# | 05/11/2014 18:29:56 | SLFD Report #14016522 | | GILBERTJ |
| | | RECO | Unit Rec Btn Click | 05/11/2014 18:30:03 | Unit recommend for TRAUMA L3 at 301 E PRIMA VISTA | | SUITL |
| | | RECO | Unit Recommendation | 05/11/2014 18:30:12 | Recmnd:*R03 [R] | | SUITL |
| | | RECO | Unit Recommendation | 05/11/2014 18:30:12 | Plan: SLFD Cat: 1R Lvl: 1 | | SUITL |
| | | PAGE | Dispatch Page | 05/11/2014 18:30:13 | Paged RESCUE03 | | PAGESRV |
| | | ARM | Added Remarks | 05/11/2014 18:30:26 | | | JEFFERSONA |
| | | ARM | Added Remarks | 05/11/2014 18:30:28 | | | GILBERTJ |
| | | ARM | Added Remarks | 05/11/2014 18:30:42 | | | JEFFERSONA |
| | | AK | STATION ACKNOWLEDGEMENT | 05/11/2014 18:30:46 | | | SUITL |
| | | ARM | Added Remarks | 05/11/2014 18:30:46 | | | SUITL |
| | | AK | STATION ACKNOWLEDGEMENT | 05/11/2014 18:31:14 | | | SUITL |
| | | ARM | Added Remarks | 05/11/2014 18:31:14 | | | SUITL |
| | | ARM | Added Remarks | 05/11/2014 18:33:26 | | | JEFFERSONA |
| | | ARM | Added Remarks | 05/11/2014 18:34:46 | | | GILBERTJ |
| | | ARM | Added Remarks | 05/11/2014 18:35:19 | | | VACHONH |
| | | ARM | Added Remarks | 05/11/2014 18:35:57 | | | MCKEONA |
| | | PAGE | Dispatch Page | 05/11/2014 18:36:07 | Paged ENGINE03 | | PAGESRV |
| | | ARM | Added Remarks | 05/11/2014 18:36:33 | | | MCKEONA |
| | | ARM | Added Remarks | 05/11/2014 18:43:09 | | | MCKEONA |
| | | PAGE | Dispatch Page | 05/11/2014 18:43:10 | Paged ENGINE03 | | PAGESRV |
| | | ARM | Added Remarks | 05/11/2014 18:49:27 | | | REVELSJ |

## Related Names

| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
|-----------------------|------|------|-----|----|----|------|-----|-----|---------|-----------|---------|
| CVS | Caller | | | | 0 | | | | (772) 340-3423 | | |
| Address: | E PRIMA VISTA BLVD PORT ST LUCIE FL | | | | | | | | | | |

# SEDATION

INDICATIONS:
- Cardioversion
- External pacing
- Combative patient

CAUTION:
- Benzodiazepines may cause respiratory depression or compromise
- When administering, observe for signs of hypotension or respiratory depression

ALS
- Anesthetic spray to posterior pharynx (for intubation)
- Ativan 1 mg increments to a max of 4 mg
    OR
- Versed: 2.5 mg over 2 minutes, may repeat once for max dose of 5 mg

PHYSICIAN CONSULT
- Doses greater than max allowed benzodiazepine

PEDIATRIC
- Ativan 0.1 mg/kg, not to exceed 4 mg, titrated to effect
    OR
- Versed 0.3 mg/kg over 2 minutes, may repeat once after 5 minutes, not to exceed 10 mg total

PHYSICIAN CONSULT
- Doses greater than max allowed benzodiazepine

Rev 12/18/2012

# ATIVAN Injection
## (lorazepam injection, USP)  C IV

462-162-02

**Rx only**

## DESCRIPTION

Lorazepam, a benzodiazepine with antianxiety, sedative, and anticonvulsant effects, is intended for the intramuscular or intravenous routes of administration. It has the chemical formula: 7-chloro-5-(2-chlorophenyl)-1,3-dihydro-3-hydroxy-2H-1,4-benzodiazepin-2-one. The molecular weight is 321.16, and the C.A.S. No. is [846-49-1]. The structural formula is:



Lorazepam is a nearly white powder almost insoluble in water. Each mL of sterile injection contains either 2.0 or 4.0 mg of lorazepam, 0.18 mL of polyethylene glycol 400 in propylene glycol with 2.0% benzyl alcohol as preservative.

## CLINICAL PHARMACOLOGY

Lorazepam interacts with the γ-aminobutyric acid (GABA)-benzodiazepine receptor complex, which is widespread in the brain of humans as well as other species. This interaction is presumed to be responsible for lorazepam's mechanism of action. Lorazepam exhibits relatively high and specific affinity for its recognition site but does not displace GABA. Attachment to the specific binding site enhances the affinity of GABA for its receptor site on the same receptor complex. The pharmacodynamic consequences of benzodiazepine agonist actions include antianxiety effects, sedation, and reduction of seizure activity. The intensity of action is directly related to the degree of benzodiazepine receptor occupancy.

### Effects in Pre-Operative Patients

Intravenous or intramuscular administration of the recommended dose of 2 mg to 4 mg of ATIVAN Injection to adult patients is followed by dose-related effects of sedation (sleepiness or drowsiness), relief of preoperative anxiety, and lack of recall of events related to the day of surgery in the majority of patients. The clinical sedation (sleepiness or drowsiness) thus noted is such that the majority of patients are able to respond to simple instructions whether they give the appearance of being awake or asleep. The lack of recall is relative rather than absolute, as determined under conditions of careful patient questioning and testing, using props designed to enhance recall. The majority of patients under these reinforced conditions had difficulty recalling perioperative events or recognizing props from before surgery. The lack of recall and recognition was optimum within 2 hours following intramuscular administration and 15 to 20 minutes after intravenous injection.

The intended effects of the recommended adult dose of ATIVAN Injection usually last 6 to 8 hours. In rare instances, and where patients received greater than the recommended dose, excessive sleepiness and prolonged lack of recall were noted. As with other benzodiazepines, unsteadiness, enhanced sensitivity to CNS-depressant effects of ethyl alcohol and other drugs were noted in isolated and rare cases for greater than 24 hours.

### Physiologic Effects in Healthy Adults

Studies in healthy volunteers reveal that intravenous lorazepam in doses up to 3.5 mg/70 kg does not alter sensitivity to the respiratory stimulating effect of carbon dioxide and does not enhance the respiratory-depressant effects of doses of meperidine up to 100 mg/70 kg (also determined by carbon dioxide challenge) as long as patients remain sufficiently awake to undergo testing. Upper airway obstruction has been observed in rare instances where the patient received greater than the recommended dose and was excessively sleepy and difficult to arouse (see WARNINGS and ADVERSE REACTIONS).

Clinically employed doses of ATIVAN Injection do not greatly affect the circulatory system in the supine position or employing a 70-degree tilt test. Doses of 8 mg to 10 mg of intravenous lorazepam (2 to 2-1/2 times the maximum recommended dosage) will produce loss of lid reflexes within 15 minutes.

Studies in 6 healthy young adults who received lorazepam injection and no other drugs revealed that visual tracking (the ability to keep a moving line centered) was impaired for a mean of 8 hours following administration of 4 mg of intramuscular lorazepam and 4 hours following administration of 2 mg intramuscularly with considerable subject variation. Similar findings were noted with pentobarbital, 150 and 75 mg. Although this study showed that both lorazepam and pentobarbital interfered with eye-hand coordination, the data are insufficient to predict when it would be safe to operate a motor vehicle or engage in a hazardous occupation or sport.

### Pharmacokinetics and Metabolism

ABSORPTION

Intravenous

A 4-mg dose provides an initial concentration of approximately 70 ng/mL.

Intramuscular

Following intramuscular administration, lorazepam is completely and rapidly absorbed reaching peak concentrations within 3 hours. A 4-mg dose provides a $C_{max}$ of approximately 48 ng/mL. Following administration of 1.5 to 5.0 mg of lorazepam IM, the amount of lorazepam delivered to the circulation is proportional to the dose administered.

DISTRIBUTION/METABOLISM/ELIMINATION

At clinically relevant concentrations, lorazepam is 91±2% bound to plasma proteins; its volume of distribution is approximately 1.3 L/kg. Unbound lorazepam penetrates the blood/brain barrier freely by passive diffusion, a fact confirmed by CSF sampling. Following parenteral administration, the terminal half-life and total clearance averaged 14±5 hours and 1.1±0.4 mL/min/kg, respectively.

Lorazepam is extensively conjugated to the 3-O-phenolic glucuronide in the liver and is known to undergo enterohepatic recirculation. Lorazepam glucuronide is an inactive metabolite and is eliminated mainly by the kidneys.

Following a single 2-mg oral dose of $^{14}$C-lorazepam to 8 healthy subjects, 88±4% of the administered dose was recovered in urine and 7±2% was recovered in feces. The percent of administered dose recovered in urine as lorazepam glucuronide was 74±4%. Only 0.3% of the dose was recovered as unchanged lorazepam, and the remainder of the radioactivity represented

---



016202

# ATIVAN Injection
## (lorazepam injection, USP)  C IV

462-162-02

## WARNINGS

### Use in Status Epilepticus

MANAGEMENT OF STATUS EPILEPTICUS

Status epilepticus is a potentially life-threatening condition associated with a high risk of permanent neurological impairment, if inadequately treated. The treatment of status epilepticus, however, requires far more than the administration of an anticonvulsant agent. It involves observation and management of all parameters critical to maintaining vital function and the capacity to provide support of these functions as required. Ventilatory support must be readily available. The use of benzodiazepines, like ATIVAN Injection, is ordinarily only one step of a complex and sustained intervention which may require additional interventions (e.g., concomitant intravenous administration of phenytoin). Because status epilepticus may result from a correctable acute cause such as hypoglycemia, hyponatremia, or other metabolic or toxic derangement, such an abnormality must be immediately sought and corrected. Furthermore, patients who are susceptible to further seizure episodes should receive adequate maintenance antiepileptic therapy.

Any health care professional who intends to treat a patient with status epilepticus should be familiar with this package insert and the pertinent medical literature concerning current concepts for the treatment of status epilepticus. A comprehensive review of the considerations critical to the informed and prudent management of status epilepticus cannot be provided in drug product labeling. The archival medical literature contains many informative references on the management of status epilepticus, among them the report of the working group on status epilepticus of the Epilepsy Foundation of America "Treatment of Convulsive Status Epilepticus" (JAMA 1993; 270:854-859). As noted in the report just cited, it may be useful to consult with a neurologist if a patient fails to respond (e.g., fails to regain consciousness).

For the treatment of status epilepticus, the usual recommended dose of ATIVAN Injection is 4 mg given slowly (2 mg/min) for patients 18 years and older. If seizures cease, no additional ATIVAN Injection is required. If seizures continue or recur after a 10- to 15-minute observation period, an additional 4 mg intravenous dose may be slowly administered. Experience with further doses of ATIVAN is very limited. The usual precautions in treating status epilepticus should be employed. An artificial ventilation equipment should be available.

RESPIRATORY DEPRESSION

The most important risk associated with the use of ATIVAN Injection in status epilepticus is respiratory depression. Accordingly, airway patency must be assured and respiration monitored closely. Ventilatory support should be given as required.

EXCESSIVE SEDATION

Because of its prolonged duration of action, the prescriber should be alert to the possibility, especially when multiple doses have been given, that the sedative effects of lorazepam may add to the impairment of consciousness seen in the post-ictal state.

### Preanesthetic Use

AIRWAY OBSTRUCTION MAY OCCUR IN HEAVILY SEDATED PATIENTS. INTRAVENOUS LORAZEPAM AT ANY DOSE, WHEN GIVEN EITHER ALONE OR IN COMBINATION WITH OTHER DRUGS ADMINISTERED DURING ANESTHESIA, MAY PRODUCE HEAVY SEDATION; THEREFORE, EQUIPMENT NECESSARY TO MAINTAIN A PATENT AIRWAY AND TO SUPPORT RESPIRATION/VENTILATION SHOULD BE AVAILABLE.

As is true of similar CNS-acting drugs, the decision as to when patients who have received injectable lorazepam, particularly on an outpatient basis, may again operate machinery, drive a motor vehicle, or engage in hazardous or other activities requiring attention and coordination should be individualized. It is recommended that no patient engage in such activities for a period of 24 to 48 hours or until the effects of the drug, such as drowsiness, have subsided, whichever is longer. Impairment of performance may persist for greater intervals because of extremes of age, concomitant use of other drugs, stress of surgery, or the general condition of the patient.

Clinical trials have shown that patients over the age of 50 years may have a more profound and prolonged sedation with intravenous lorazepam (see also DOSAGE AND ADMINISTRATION, Preanesthetic).

As with all central-nervous-system-depressant drugs, care should be exercised in patients given injectable lorazepam as premature ambulation may result in injury from falling.

There is no added beneficial effect from the addition of scopolamine to injectable lorazepam, and their combined effect may result in an increased incidence of sedation, hallucination and irrational behavior.

### General (All Uses)

PRIOR TO INTRAVENOUS USE, ATIVAN INJECTION MUST BE DILUTED WITH AN EQUAL AMOUNT OF COMPATIBLE DILUENT (see DOSAGE AND ADMINISTRATION). INTRAVENOUS INJECTION SHOULD BE MADE SLOWLY AND WITH REPEATED ASPIRATION. CARE SHOULD BE TAKEN TO DETERMINE THAT ANY INJECTION WILL NOT BE INTRA-ARTERIAL AND THAT PERIVASCULAR EXTRAVASATION WILL NOT TAKE PLACE. IN THE EVENT THAT A PATIENT COMPLAINS OF PAIN DURING INTENDED INTRAVENOUS INJECTION OF ATIVAN INJECTION, THE INJECTION SHOULD BE STOPPED IMMEDIATELY TO DETERMINE IF INTRA-ARTERIAL INJECTION OR PERIVASCULAR EXTRAVASATION HAS TAKEN PLACE.

Since the liver is the most likely site of conjugation of lorazepam and since excretion of conjugated lorazepam (glucuronide) is a renal function, this drug is not recommended for use in patients with hepatic and/or renal failure. ATIVAN should be used with caution in patients with mild-to-moderate hepatic or renal disease (see DOSAGE AND ADMINISTRATION).

### Pregnancy

ATIVAN MAY CAUSE FETAL DAMAGE WHEN ADMINISTERED TO PREGNANT WOMEN. Ordinarily, ATIVAN Injection should not be used during pregnancy except in serious or life-threatening conditions where safer drugs cannot be used or are ineffective. Status epilepticus may represent such a serious and life-threatening condition.

An increased risk of congenital malformations associated with the use of minor tranquilizers (chlordiazepoxide, diazepam and

## EFFECT OF AGE

**Pediatrics**

*NEONATES (BIRTH TO 1 MONTH)*

Following a single 0.05 mg/kg (n=4) or 0.1 mg/kg (n=6) intravenous dose of lorazepam, *mean total clearance normalized to body weight was reduced by 80% compared to normal adults,* terminal half-life was prolonged 3-fold, and volume of distribution was decreased by 40% in neonates with asphyxia neonatorum compared to normal adults. All neonates were of ≥ 37 weeks of gestational age.

*INFANTS (1 MONTH UP TO 2 YEARS)*

There is no information on the pharmacokinetic profile of lorazepam in infants in the age range of 1 month to 2 years.

*CHILDREN (2 YEARS TO 12 YEARS)*

Total (bound and unbound) lorazepam had a 50% higher mean volume of distribution (normalized to body-weight) and a 30% longer mean half-life in children with acute lymphocytic leukemia in complete remission (2 to 12 years, n=37) compared to normal adults (n=10). *Unbound* lorazepam clearance normalized to body-weight was comparable in children and adults.

*ADOLESCENTS (12 YEARS TO 18 YEARS)*

Total (bound and unbound) lorazepam had a 50% higher mean volume of distribution (normalized to body-weight) and a mean half-life that was two fold greater in adolescents with acute lymphocytic leukemia in complete remission (12 to 18 years, n=13) compared to normal adults (n=10). *Unbound* lorazepam clearance normalized to body-weight was comparable in adolescents and adults.

**Elderly**

Following single intravenous doses of 1.5 to 3 mg of ATIVAN Injection, mean total body clearance of lorazepam decreased by 20% in 15 elderly subjects of 60 to 84 years of age compared to that in 15 younger subjects of 19 to 38 years of age. Consequently, no dosage adjustment appears to be necessary in elderly subjects based solely on their age.

## EFFECT OF GENDER

Gender has no effect on the pharmacokinetics of lorazepam.

## EFFECT OF RACE

Young Americans (n=15) and Japanese subjects (n=7) had very comparable mean total clearance value of 1.0 mL/min/kg. However, elderly Japanese subjects had a 20% lower mean total clearance than elderly Americans, 0.59 mL/min/kg vs 0.77 mL/min/kg, respectively.

## PATIENTS WITH RENAL INSUFFICIENCY

Because the kidney is the primary route of elimination of lorazepam glucuronide, renal impairment would be expected to compromise its clearance. This should have no direct effect on the glucuronidation (and inactivation) of lorazepam. There is a possibility that the enterohepatic circulation of lorazepam glucuronide leads to a reduced efficiency of the net clearance of lorazepam in this population.

Six normal subjects, six patients with renal impairment (Cl$_{cr}$ of 22±9 mL/min), and four patients on chronic maintenance hemodialysis were given single 1.5 to 3.0 mg intravenous doses of lorazepam. Mean volume of distribution and terminal half-life values of lorazepam were 40% and 25% higher, respectively, in renally impaired patients than in normal subjects. Both parameters were 75% higher in patients undergoing hemodialysis than in normal subjects. Overall, though, in this group of subjects the mean total clearance of lorazepam did not change. About 8% of the administered intravenous dose was removed as intact lorazepam during the 6-hour dialysis session.

The kinetics of lorazepam glucuronide were markedly affected by renal dysfunction. The mean terminal half-life was prolonged by 55% and 125% in renally impaired patients and patients under hemodialysis, respectively, as compared to normal subjects. The mean metabolic clearance decreased by 75% and 90% in renally impaired patients and patients under hemodialysis, respectively, as compared with normal subjects. About 40% of the administered lorazepam intravenous dose was removed as glucuronide conjugate during the 6-hour dialysis session.

## HEPATIC DISEASE

Because cytochrome oxidation is not involved with the metabolism of lorazepam, liver disease would not be expected to have an effect on metabolic clearance. This prediction is supported by the observation that following a single 2 mg intravenous dose of lorazepam, cirrhotic male patients (n=13) and normal male subjects (n=11) exhibited no substantive difference in their ability to clear lorazepam.

## EFFECT OF SMOKING

Administration of a single 2 mg intravenous dose of lorazepam showed that there was no difference in any of the pharmacokinetic parameters of lorazepam between cigarette smokers (n=10, mean=31 cigarettes per day) and nonsmoking subjects (n=10) who were matched for age, weight and gender.

## Clinical Studies

The effectiveness of ATIVAN Injection in status epilepticus was established in two multi-center controlled trials in 177 patients. With rare exceptions, patients were between 18 and 65 years of age. More than half the patients in each study had tonic-clonic status epilepticus; patients with simple partial and complex partial status epilepticus comprised the rest of the population studied, along with a smaller number of patients who had absence status.

One study (n=58) was a double-blind active-control trial comparing ATIVAN Injection and diazepam. Patients were randomized to receive ATIVAN 2 mg IV (with an additional 2 mg IV if needed) or diazepam 5 mg IV (with an additional 5 mg IV if needed). The primary outcome measure was a comparison of the proportion of responders in each treatment group, where a responder was defined as a patient whose seizures stopped within 10 minutes after treatment and who continued seizure-free for at least an additional 30 minutes. Twenty-four of the 30 (80%) patients were deemed responders to ATIVAN and 16/28 (57%) patients were deemed responders to diazepam (p=0.04). Of the 24 ATIVAN responders, 23 received both 2 mg infusions.

Non-responders to ATIVAN 4 mg were given an additional 2 to 4 mg ATIVAN; non-responders to diazepam 10 mg were given an additional 5 to 10 mg diazepam. After this additional dose administration, 28/30 (93%) of patients randomized to ATIVAN and 24/28 (86%) of patients randomized to diazepam were deemed responders, a difference that was not statistically significant. Although this study provides support for the efficacy of ATIVAN as the treatment for status epilepticus, it cannot speak reliably or meaningfully to the comparative performance of either diazepam (Valium) or lorazepam (ATIVAN Injection) under the conditions of actual use.

A second study (n=119) was a double-blind dose-comparison trial with 3 doses of ATIVAN Injection, 1, 2 mg, and 4 mg. Patients were randomized to receive one of the three doses of ATIVAN. The primary outcome and definition of responder were as in the first study. Twenty-five of 41 patients (61%) responded to 1 mg ATIVAN, 21/37 patients (57%) responded to 2 mg ATIVAN, and 31/41 (76%) responded to 4 mg ATIVAN. The p-value for a statistical test of the difference between the ATIVAN 4 mg dose group and the ATIVAN 1 mg dose group was 0.08 (two-sided). Data from all randomized patients were used in this test. Although analyses failed to detect an effect of age, sex, or race on the effectiveness of ATIVAN in status epilepticus, the numbers of patients evaluated were too few to allow a definitive conclusion about the role these factors may play.

## INDICATIONS AND USAGE

**Status Epilepticus**

ATIVAN Injection is indicated for the treatment of status epilepticus.

**Preanesthetic**

ATIVAN Injection is indicated in adult patients for preanesthetic medication, producing sedation (sleepiness or drowsiness), relief of anxiety, and a decreased ability to recall events related to the day of surgery. It is most useful in those patients who are anxious about their surgical procedure and who would prefer to have diminished recall of the events of the day of surgery (see PRECAUTIONS, Information for Patients).

## CONTRAINDICATIONS

ATIVAN Injection is contraindicated in patients with a known sensitivity to benzodiazepines or its vehicle (polyethylene glycol, propylene glycol, and benzyl alcohol), in patients with acute narrow-angle glaucoma, or in patients with sleep apnea

---

Reproductive studies were performed in mice, rats, and two strains of rabbits. Occasional anomalies (reduction of tarsals, tibia, metatarsals; malrotated limbs, gastroschisis, malformed skull, and microphthalmia) were seen in drug-treated rabbits without relationship to dosage. Although all of these anomalies were not present in the concurrent control group, they have been reported to occur randomly in historical controls. At doses of 40 mg/kg orally or 4 mg/kg intravenously and higher, there was evidence of fetal resorption and increased fetal loss in rabbits which was not seen at lower doses.

The possibility that a woman of childbearing potential may be pregnant at the time of therapy should be considered.

There are insufficient data regarding obstetrical safety of parenteral lorazepam, including use in cesarean section. Such use, therefore, is not recommended.

## Endoscopic Procedures

There are insufficient data to support the use of ATIVAN Injection for outpatient endoscopic procedures. Inpatient endoscopic procedures require adequate recovery room observation time.

When ATIVAN Injection is used for peroral endoscopic procedures, adequate topical or regional anesthesia is recommended to minimize reflex activity associated with such procedures.

## PRECAUTIONS

**General**

The additive central-nervous-system effects of other drugs, such as phenothiazines, narcotic analgesics, barbiturates, antidepressants, scopolamine, and monoamine-oxidase inhibitors, should be borne in mind when these other drugs are used concomitantly with or during the period of recovery from ATIVAN Injection (see CLINICAL PHARMACOLOGY and WARNINGS).

Extreme caution must be used when administering ATIVAN Injection to elderly patients, very ill patients, or to patients with limited pulmonary reserve because of the possibility that hypoventilation and/or hypoxic cardiac arrest may occur. Resuscitative equipment for ventilatory support should be readily available (see WARNINGS and DOSAGE and ADMINISTRATION).

When lorazepam injection is used IV as the premedicant prior to regional or local anesthesia, the possibility of excessive sleepiness or drowsiness may interfere with patient cooperation in determining levels of anesthesia. This is most likely to occur when greater than 0.05 mg/kg is given and when narcotic analgesics are used concomitantly with the recommended dose (see ADVERSE REACTIONS).

As with all benzodiazepines, paradoxical reactions may occur in rare instances and in an unpredictable fashion (see ADVERSE REACTIONS). In these instances, further use of the drug in these patients should be considered with caution.

There have been reports of possible propylene glycol toxicity (e.g., lactic acidosis, hyperosmolality, hypotension) and possible polyethylene glycol toxicity (e.g., acute tubular necrosis) during administration of ATIVAN Injection at higher than recommended doses. Symptoms may be more likely to develop in patients with renal impairment.

**Information for Patients**

Patients should be informed of the pharmacological effects of the drug, including sedation, relief of anxiety, and lack of recall, the duration of these effects (about 8 hours), and be apprised of the risks as well as the benefits of therapy.

Patients who receive ATIVAN Injection as a premedicant should be cautioned that driving a motor vehicle, operating machinery, or engaging in a hazardous or other activities requiring attention and coordination, should be delayed for 24 to 48 hours following the injection or until the effects of the drug, such as drowsiness, have subsided, whichever is longer. Sedatives, tranquilizers and narcotic analgesics may produce a more prolonged and profound effect when administered along with injectable ATIVAN. This effect may take the form of excessive sleepiness or drowsiness and, on rare occasions, interfere with recall and recognition of events of the day of surgery and the day after.

Patients should be advised that getting out of bed unassisted may result in falling and injury if undertaken within 8 hours of receiving lorazepam injection. Since tolerance for CNS depressants will be diminished in the presence of ATIVAN Injection, these substances should either be avoided or taken in reduced dosage. Alcoholic beverages should not be consumed for at least 24 to 48 hours after receiving lorazepam injectable due to the additive effects on central-nervous-system depression seen with benzodiazepines in general. Elderly patients should be told that ATIVAN Injection may make them very sleepy for a period longer than 6 to 8 hours following surgery.

**Laboratory Tests**

In clinical trials, no laboratory test abnormalities were identified with either single or multiple doses of ATIVAN Injection. These tests included: CBC, urinalysis, SGOT, SGPT, bilirubin, alkaline phosphatase, LDH, cholesterol, uric acid, BUN, glucose, calcium, phosphorus, and total proteins.

**Drug Interactions**

ATIVAN Injection, like other injectable benzodiazepines, produces additive depression of the central nervous system when administered with other CNS depressants such as ethyl alcohol, phenothiazines, barbiturates, MAO inhibitors, and other antidepressants.

When scopolamine is used concomitantly with injectable lorazepam, an increased incidence of sedation, hallucinations and irrational behavior has been observed.

There have been reports of significant respiratory depression, stupor and/or hypotension with the concomitant use of loxapine and lorazepam.

Marked sedation, excessive salivation, ataxia, and, rarely, death have been reported with the concomitant use of clozapine and lorazepam.

Apnea, coma, bradycardia, arrhythmia, heart arrest, and death have been reported with the concomitant use of haloperidol and lorazepam.

The risk of using lorazepam in combination with scopolamine, loxapine, clozapine, haloperidol, or other CNS-depressant drugs has not been systematically evaluated. Therefore, caution is advised if the concomitant administration of lorazepam and these drugs is required.

Concurrent administration of any of the following drugs with lorazepam had no effect on the pharmacokinetics of lorazepam: metoprolol, cimetidine, ranitidine, disulfiram, propranolol, metronidazole, and propoxyphene. No change in ATIVAN dosage is necessary when concomitantly given with any of these drugs.

**LORAZEPAM-VALPROATE INTERACTION**

Concurrent administration of lorazepam (2 mg intravenously) with valproate (250 mg twice daily for 3 days) to 6 healthy male subjects resulted in decreased total clearance of lorazepam by 40% and decreased formation rate of lorazepam glucuronide by 55%, as compared with lorazepam administered alone. Accordingly, lorazepam plasma concentrations were about two-fold higher (or at least 12 hours post-dose administration during valproate treatment. Lorazepam dosage should be reduced to 50% of the normal adult dose when this drug combination is prescribed in patients (see also DOSAGE and ADMINISTRATION).

**LORAZEPAM-ORAL CONTRACEPTIVE STEROIDS INTERACTION**

Coadministration of lorazepam (2 mg intravenously) with oral contraceptive steroids (norethindrone acetate, 1 mg, and ethinyl estradiol, 50 μg, for at least 6 months) to healthy females (n=9) was associated with a 55% decrease in half-life, a 50% increase in the volume of distribution, thereby resulting in an almost 3.7-fold increase in total clearance of lorazepam as compared with control healthy females (n=6). It may be necessary to increase the dose of ATIVAN in female patients who are concomitantly taking oral contraceptives (see also DOSAGE and ADMINISTRATION).

**LORAZEPAM-PROBENECID INTERACTION**

Concurrent administration of lorazepam (2 mg intravenously) with probenecid (500 mg orally every 6 hours) to 9 healthy volunteers resulted in a prolongation of lorazepam half-life by 130% and a decrease in its total clearance by 45%. No change in volume of distribution was noted during probenecid co-treatment. ATIVAN dosage needs to be reduced by 50% when coadministered with probenecid (see also DOSAGE and ADMINISTRATION).

**Drug/Laboratory Test Interactions**

No laboratory test interactions were identified when lorazepam was given alone or concomitantly with another drug, such as narcotic analgesics, inhalation anesthetics, scopolamine, atropine, and a variety of tranquilizing agents.

Although this study provided support for the efficacy of lorazepam in the treatment for status epilepticus, it cannot speak reliably or meaningfully to the comparative performance of either diazepam (Valium) or lorazepam (ATIVAN Injection) under the conditions of this study.

A second study (n=119) was a double-blind dose-comparison trial with 3 doses of ATIVAN Injection, 1 mg, 2 mg, and 4 mg. Patients were randomized to receive one of the three doses of ATIVAN. The primary outcome and definition of responder was in the first study. Twenty-five of 41 patients (61%) responded to 1 mg ATIVAN, 21/37 patients (57%) responded to 2 mg ATIVAN, and 31/41 (76%) responded to 4 mg ATIVAN. The p-value for a statistical test of the difference between the ATIVAN 4 mg dose group and the ATIVAN 1-mg dose group was 0.08 (two-sided). Data from all randomized patients were used in this test.

Although analyses failed to detect an effect of age, sex, or race on the effectiveness of ATIVAN in status epilepticus, the numbers of patients evaluated were too few to allow a definitive conclusion about the role these factors may play.

## INDICATIONS AND USAGE

### Status Epilepticus

ATIVAN Injection is indicated for the treatment of status epilepticus.

### Preanesthetic

ATIVAN Injection is indicated in adult patients for preanesthetic medication, producing sedation (sleepiness or drowsiness), relief of anxiety, and a decreased ability to recall events related to the day of surgery. It is most useful in those patients who are anxious about their surgical procedure and who would prefer to have diminished recall of the events of the day of surgery (see PRECAUTIONS, Information for Patients).

## CONTRAINDICATIONS

ATIVAN Injection is contraindicated in patients with a known sensitivity to benzodiazepines or its vehicle (polyethylene glycol, propylene glycol, and benzyl alcohol), in patients with acute narrow-angle glaucoma, or in patients with sleep apnea syndrome. It is also contraindicated in patients with severe respiratory insufficiency, except in those patients requiring relief of anxiety and/or diminished recall of events while being mechanically ventilated. The use of ATIVAN Injection intra-arterially is contraindicated because, as with other injectable benzodiazepines, inadvertent intra-arterial injection may produce arteriospasm resulting in gangrene which may require amputation (see WARNINGS).

necessary when concomitantly given with any of these drugs.

### LORAZEPAM-VALPROATE INTERACTION

Coadministration of lorazepam (2 mg intravenously) with valproate (250 mg orally every 12 hours for 3 days) to male subjects resulted in decreased total clearance of lorazepam by 40% and decreased formation rate of lorazepam glucuronide by 55%, as compared with lorazepam administered alone. Accordingly, lorazepam plasma concentrations were about higher for at least 12 hours post-dose administration during valproate treatment. Lorazepam dosage should be reduced to the normal adult dose when this drug combination is prescribed in patients (see also DOSAGE AND ADMINISTRATION).

### LORAZEPAM-ORAL CONTRACEPTIVE STEROIDS INTERACTION

Coadministration of lorazepam (2 mg intravenously) with oral contraceptive steroids (norethindrone acetate, 1 mg, and estradiol, 50 µg, for at least 6 months) to healthy females (n=7) was associated with a 55% decrease in half-life and increase in the volume of distribution, thereby resulting in an almost 3.7-fold increase in total clearance of lorazepam compared with control healthy females (n=8). It may be necessary to increase the dose of ATIVAN in female patients concomitantly taking oral contraceptives (see also DOSAGE AND ADMINISTRATION).

### LORAZEPAM-PROBENECID INTERACTION

Concurrent administration of lorazepam (2 mg intravenously) with probenecid (500 mg orally every 6 hours) to healthy volunteers resulted in a prolongation of lorazepam half-life by 130% and a decrease in its total clearance by 45% due to in volume of distribution was noted during probenecid co-treatment. ATIVAN dosage needs to be reduced by 50% when coadministered with probenecid (see also DOSAGE AND ADMINISTRATION).

### Drug/Laboratory Test Interactions

No laboratory test abnormalities were identified when lorazepam was given alone or concomitantly with another drug such as narcotic analgesics, inhalation anesthetics, scopolamine, atropine, and a variety of tranquilizing agents.

### Carcinogenesis, Mutagenesis, Impairment of Fertility

No evidence of carcinogenic potential emerged in rats and mice during an 18-month study with oral lorazepam. No studies regarding mutagenesis have been performed. The results of a preimplantation study in rats, in which the oral lorazepam was 20 mg/kg, showed no impairment of fertility.

### Pregnancy

Teratogenic Effects—Pregnancy Category D (See WARNINGS.)

**Labor and Delivery**

There are insufficient data to support the use of ATIVAN (lorazepam) Injection during labor and delivery, including cesarean section; therefore, its use in this clinical circumstance is not recommended.

**Nursing Mothers**

Lorazepam has been detected in human breast milk. Therefore, lorazepam should not be administered to nursing mothers because, like other benzodiazepines, the possibility exists that lorazepam may sedate or otherwise adversely affect the infant.

**Pediatric Use**

STATUS EPILEPTICUS

The safety of ATIVAN in pediatric patients with status epilepticus has not been systematically evaluated.

Open-label studies described in the medical literature included 273 pediatric/adolescent patients; the age range was from a few hours old to 18 years of age. Paradoxical excitation was observed in 10% to 30% of the pediatric patients under 8 years of age and was characterized by tremors, agitation, euphoria, logorrhea, and brief episodes of visual hallucinations. Paradoxical excitation in pediatric patients also has been reported with other benzodiazepines when used for status epilepticus, as an anesthesia, or for pre-chemotherapy treatment.

Pediatric patients (as well as adults) with atypical petit mal status epilepticus have developed brief tonic-clonic seizures shortly after ATIVAN was given. This "paradoxical" effect was also reported for diazepam and clonazepam. Nevertheless, the development of seizures after treatment with benzodiazepines is probably rare, based on the incidence in the uncontrolled treatment series reported (i.e., seizures were not observed for 112 pediatric patients and 18 adults or during approximately 400 doses).

**PREANESTHETIC**

There are insufficient data to support the efficacy of injectable lorazepam as a preanesthetic agent in patients less than 18 years of age.

**GENERAL**

Seizure activity and myoclonus have been reported to occur following administration of ATIVAN Injection, especially in very low birth weight neonates.

Pediatric patients may exhibit a sensitivity to benzyl alcohol, polyethylene glycol and propylene glycol, components of ATIVAN Injection (see also CONTRAINDICATIONS). The "gasping syndrome", characterized by central nervous system depression, metabolic acidosis, gasping respirations, and high levels of benzyl alcohol and its metabolites found in the blood and urine, has been associated with the administration of intravenous solutions containing the preservative benzyl alcohol in neonates. Additional symptoms may include gradual neurological deterioration, seizures, intracranial hemorrhage, hematologic abnormalities, skin breakdown, hepatic and renal failure, hypotension, bradycardia, and cardiovascular collapse. Central nervous system toxicity, including seizures and intraventricular hemorrhage, as well as unresponsiveness, tachypnea, tachycardia, and diaphoresis have been associated with propylene glycol toxicity. Although normal therapeutic doses of ATIVAN Injection contain very small amounts of these compounds, premature and low-birth-weight infants as well as pediatric patients receiving high doses may be more susceptible to their effects.

**Geriatric Use**

Clinical studies of ATIVAN generally were not adequate to determine whether subjects aged 65 and over respond differently than younger subjects; however, age over 65 may be associated with a greater incidence of central nervous system depression and more respiratory depression (see WARNINGS–Preanesthetic Use, PRECAUTIONS–General and ADVERSE REACTIONS–Preanesthetic).

Age does not appear to have a clinically significant effect on lorazepam kinetics (see CLINICAL PHARMACOLOGY).

Clinical circumstances, some of which may be more common in the elderly, such as hepatic or renal impairment, should be considered. Greater sensitivity (e.g., sedation) of some older individuals cannot be ruled out. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range (see DOSAGE AND ADMINISTRATION).

**ADVERSE REACTIONS**

Status Epilepticus

The most important adverse clinical event caused by the use of ATIVAN Injection is respiratory depression (see WARNINGS).

The adverse clinical events most commonly observed with the use of ATIVAN Injection in clinical trials evaluating its use in status epilepticus were hypotension, somnolence, and respiratory failure.

INCIDENCE IN CONTROLLED CLINICAL TRIALS

All adverse events were recorded during the trials by the clinical investigators using terminology of their own choosing. Similar types of events were grouped into standardized categories using modified COSTART dictionary terminology. These categories are used in the table and listings below with the frequencies representing the proportion of individuals exposed to ATIVAN Injection or to comparative therapy.

The prescriber should be aware that these figures cannot be used to predict the frequency of adverse events in the course of usual medical practice where patient characteristics and other factors may differ from those prevailing during clinical studies. Similarly, the cited frequencies cannot be directly compared with figures obtained from other clinical investigators involving different treatment, uses, or investigators. An inspection of these frequencies, however, does provide the prescribing physician with one basis to estimate the relative contribution of drug and nondrug factors to the adverse event incidences in the population studied.

COMMONLY OBSERVED ADVERSE EVENTS IN A CONTROLLED DOSE-COMPARISON CLINICAL TRIAL

Table 1 lists the treatment-emergent adverse events that occurred in the patients treated with ATIVAN Injection in a dose-comparison trial of ATIVAN 1 mg, 2 mg, and 4 mg.

**TABLE 1. NUMBER (%) OF STUDY EVENTS IN A DOSE COMPARISON CLINICAL TRIAL**

| Body System<br>Event | ATIVAN Injection<br>(n=130)[a] |
|---|---|
| Any Study Event (1 or more)[a] | 16 (12.3%) |
| Body as a whole | |
| Injection | 1 ( <1%) |
| Cardiovascular system | |
| Hypotension | 2 (1.5%) |
| Digestive system | |

An abnormal patient complained of dizziness, diplopia and/or blurred vision. Depressed hearing was infrequently reported during the peak-effect period.

An occasional patient had a prolonged recovery room stay, either because of excessive sleepiness or because of some form of inappropriate behavior. The latter was seen most commonly when scopolamine was given concomitantly as a premedicant. Limited information derived from patients who were discharged the day after receiving injectable lorazepam showed one patient complained of some unsteadiness of gait and a reduced ability to perform complex mental functions. Enhanced sensitivity to alcoholic beverages has been reported more than 24 hours after receiving injectable lorazepam, similar to experience with other benzodiazepines.

LOCAL EFFECTS

Intramuscular injection of lorazepam has resulted in pain at the injection site, a sensation of burning, or observed redness in the same area in a very variable incidence from one study to another. The overall incidence of pain and burning in patients was about 17% (146/859) in the immediate postinjection period and about 1.4% (12/859) at the 24-hour observation time. Reactions at the injection site (redness) occurred in approximately 2% (17/859) in the immediate postinjection period and were present 24 hours later in about 0.8% (7/859).

Intravenous administration of lorazepam resulted in painful responses in 13/771 patients or approximately 1.6% in the immediate postinjection period, and 24 hours later 4/771 patients or about 0.5% still complained of pain. Redness did not occur immediately following intravenous injection but was noted in 19/771 patients at the 24-hour observation period. This incidence is similar to that observed with an intravenous infusion before lorazepam is given. Intra-arterial injection may produce arteriospasm resulting in gangrene which may require amputation (see CONTRAINDICATIONS).

CARDIOVASCULAR SYSTEM

Hypertension (0.1%) and hypotension (0.1%) have occasionally been observed after patients have received injectable lorazepam.

RESPIRATORY SYSTEM

Five patients (5/446) who underwent regional anesthesia were observed to have airway obstruction. This was believed due to excessive sleepiness at the time of the procedure and resulted in temporary hypoventilation. In this instance, appropriate airway management may become necessary (see also CLINICAL PHARMACOLOGY, WARNINGS and PRECAUTIONS).

OTHER ADVERSE EXPERIENCES

Skin rash, nausea and vomiting have occasionally been noted in patients who have received injectable lorazepam combined with other drugs during anesthesia and surgery.

Paradoxical Reactions

As with all benzodiazepines, paradoxical reactions such as stimulation, mania, irritability, restlessness, agitation, aggression, psychosis, hostility, rage, or hallucinations may occur in rare instances and in an unpredictable fashion. In these instances, further use of the drug in these patients should be considered with caution (see PRECAUTIONS, General).

Postmarketing Reports

Voluntary reports of other adverse events temporally associated with the use of ATIVAN (lorazepam) Injection that have been received since market introduction and that may have no causal relationship with the use of ATIVAN Injection include the following: acute brain syndrome, aggravation of pheochromocytoma, amnesia, apnea/respiratory arrest, arrhythmia, bradycardia, brain edema, coagulation disorder, coma, convulsion, gastrointestinal hemorrhage, heart arrest/failure, heart block, liver damage, lung edema, lung hemorrhage, nervousness, neuroleptic malignant syndrome, paralysis, pericardial effusion, pneumothorax, pulmonary hypertension, tachycardia, thrombocytopenia, urinary incontinence, ventricular arrhythmia. Fatalities also have been reported, usually in patients on concomitant medications (e.g., respiratory depressants) and/or with other medical conditions (e.g., obstructive sleep apnea).

**DRUG ABUSE AND DEPENDENCE**

Controlled Substance Class

Lorazepam is a controlled substance in Schedule IV.

Abuse and Physical and Psychological Dependence

As with other benzodiazepines, ATIVAN Injection has a potential for abuse and may lead to dependence. Physicians should be aware that repeated doses over a prolonged period of time may result in physical and psychological dependence and withdrawal symptoms, following abrupt discontinuance, similar in character to those noted with barbiturates and alcohol.

**OVERDOSAGE**

Symptoms

Overdosage of benzodiazepines is usually manifested by varying degrees of central-nervous-system depression, ranging from drowsiness to coma. In mild cases symptoms include drowsiness, mental confusion and lethargy. In more serious examples, symptoms may include ataxia, hypotonia, hypotension, hypnosis, stages one (1) to three (3) coma, and, very rarely, death.

Treatment

Treatment of overdosage is mainly supportive until the drug is eliminated from the body. Vital signs and fluid balance should be carefully monitored in conjunction with close observation of the patient. An adequate airway should be maintained and assisted respiration used as needed. With normally functioning kidneys, forced diuresis with intravenous fluids and electrolytes may accelerate elimination of benzodiazepines from the body. In addition, osmotic diuretics, such as mannitol, may be effective as adjunctive measures. In more critical situations, renal dialysis and exchange blood transfusions may be indicated. Lorazepam does not appear to be removed in significant quantities by dialysis, although lorazepam glucuronide may be highly dialyzable. The value of dialysis has not been adequately determined for lorazepam.

The benzodiazepine antagonist flumazenil may be used in hospitalized patients as an adjunct to, not as a substitute for, proper management of benzodiazepine overdose. The prescriber should be aware of a risk of seizure in association with flumazenil treatment, particularly in long-term benzodiazepine users and in cyclic antidepressant overdose. The complete flumazenil package insert including CONTRAINDICATIONS, WARNINGS and PRECAUTIONS should be consulted prior to use.

**DOSAGE AND ADMINISTRATION**

ATIVAN must never be used without individualization of dosage particularly when used with other medications capable of producing central-nervous-system depression.

EQUIPMENT NECESSARY TO MAINTAIN A PATENT AIRWAY SHOULD BE IMMEDIATELY AVAILABLE PRIOR TO INTRAVENOUS ADMINISTRATION OF LORAZEPAM (see WARNINGS).

Status Epilepticus

GENERAL ADVICE

Status epilepticus is a potentially life-threatening condition associated with a high rate of mortality if left

| | Respiratory failure |
|---|---|
Terms not classifiable
Injection site reaction
Urogenital system
Cystitis ....................................................................... 1 (<1%)

a: One hundred and thirty (130) patients received ATIVAN Injection.

b: Totals are not necessarily the sum of the individual study events because a patient may report two or more different study events in the same body system.

**MARGINALLY OBSERVED ADVERSE EVENTS IN ACTIVE-CONTROLLED CLINICAL TRIALS.** In some studies, patients who completed the course of treatment for status epilepticus were permitted to be reenrolled and to receive treatment for a second status episode, given that there was a sufficient interval between the two episodes. Safety was determined from all treatment-emergent adverse events that occurred in at least 1% of the patient-episodes in which ATIVAN Injection or diazepam was given. Table 2 lists the treatment-emergent adverse events that occurred in at least 1% of the patient-episodes in which ATIVAN Injection or diazepam was given. The table represents the pooling of results from the two controlled trials.

**TABLE 2. NUMBER (%) OF STUDY EVENTS IN ACTIVE CONTROLLED CLINICAL TRIAL**

| Body System<br>Event | ATIVAN Injection<br>(n=85)ᵃ | Diazepam<br>(n=80)ᵃ |
|---|---|---|
| Any Study Event (1 or more)ᵇ | 14 (16.5%) | 11 (13.8%) |
| Body as a whole | | |
| Headache | 1 (1.2%) | 1 (1.3%) |
| Cardiovascular system | | |
| Hypotension | 2 (2.4%) | 0 |
| Hemic and lymphatic system | | |
| Hypochromic anemia | 0 | 1 (1.3%) |
| Leukocytosis | 0 | 1 (1.3%) |
| Thrombocythemia | 0 | 1 (1.3%) |
| Nervous system | | |
| Coma | 1 (1.2%) | 1 (1.3%) |
| Somnolence | 3 (3.5%) | 3 (3.8%) |
| Stupor | 1 (1.2%) | 0 |
| Respiratory system | | |
| Hypoventilation | 1 (1.2%) | 2 (2.5%) |
| Apnea | 1 (1.2%) | 1 (1.3%) |
| Respiratory failure | 2 (2.4%) | 1 (1.3%) |
| Respiratory disorder | 1 (1.2%) | 0 |

a. The number indicates the number of "patient-episodes." Patient-episodes is used rather than "patients" because a total of 7 patients were reenrolled for the treatment of a second episode of status: 5 patients received ATIVAN Injection on two occasions that were far enough apart to establish the diagnosis of status epilepticus for each episode, and, using the same time criterion, 2 patients received diazepam on two occasions.

b. Totals are not necessarily the sum of the individual study events because a patient may report two or more different study events in the same body system.

These trials were not designed or intended to demonstrate the comparative safety of the two treatments.

The overall adverse experience profile for ATIVAN was similar between women and men. There are insufficient data to support a statement regarding the distribution of adverse events by race. Generally, age greater than 65 years may be associated with a greater incidence of central-nervous-system depression and more respiratory depression.

**OTHER EVENTS OBSERVED DURING THE PRE-MARKETING EVALUATION OF ATIVAN INJECTION FOR THE TREATMENT OF STATUS EPILEPTICUS.**

ATIVAN Injection, active comparators, and ATIVAN Injection in combination with a comparator were administered to 488 individuals during controlled and open-label clinical trials. Because of reenrollments, these 488 patients participated in a total of 521 patient-episodes. ATIVAN Injection alone was given in 69% of these patient-episodes (n=360). The safety information below is based on data available from 326 of these patient-episodes in which ATIVAN Injection was given alone.

All adverse events that were seen once, but listed, except those already included in previous listings (Table 1 and Table 2).

Study events were classified by body system in descending frequency by using the following definitions: frequent adverse events were those that occurred in at least 1/100 individuals. Infrequent study events were those that occurred in 1/100 to 1/1000 individuals.

Frequent and Infrequent Study Events

| BODY AS A WHOLE - | Infrequent: asthenia, chills, headache, infection. |
|---|---|
| DIGESTIVE SYSTEM - | Infrequent: abnormal liver function test, increased salivation, nausea, vomiting. |
| METABOLIC AND NUTRITIONAL - | Infrequent: acidosis, alkaline phosphatase increased. |
| NERVOUS SYSTEM - | Infrequent: agitation, ataxia, brain edema, coma, confusion, convulsion, hallucinations, myoclonus, stupor, thinking abnormal, tremor. |
| | Frequent: apnea. Infrequent: hyperventilation, hypoventilation, respiratory disorder. |
| RESPIRATORY SYSTEM - | |
| TERMS NOT CLASSIFIABLE - | Infrequent: injection site reaction. |
| UROGENITAL SYSTEM - | Infrequent: cystitis. |

Preanesthetic

**CENTRAL NERVOUS SYSTEM.** The most frequent adverse drug event reported with injectable lorazepam is central-nervous-system depression. The incidence of ... [text faded/illegible] ... Excessive sleepiness and ... [illegible] ... common consequences of CNS depression. This interfered with patient cooperation in approximately ... [illegible] ... regional anesthesia, causing difficulty in assessing levels of anesthesia. Patients over ... [illegible] ... sleepiness or drowsiness when compared with those under 50 (21/106 ... [illegible] ... ADMINISTRATION). On rare occasion (3/1580) the ... [illegible] ... operating room on arrival, and one patient fell when attempting ... [illegible] ... delirium occurred in about 1.3% (20/1580) ...

Treatment of overdose is primarily ... [text partially illegible] ... patients 18 years and older received intravenous ATIVAN Injection in doses up to 10 mg. If seizures continue or recur after a 10- to 15-minute observation period, an additional 4 mg intravenous dose may be slowly administered. Experience with further doses of ATIVAN is very limited. The usual precautions in treating status epilepticus should be employed. An intravenous infusion should be started, vital signs should be monitored, an unobstructed airway should be maintained, and artificial ventilation equipment should be available.

**INTRAMUSCULAR INJECTION**

IM ATIVAN is not preferred in the treatment of status epilepticus because therapeutic lorazepam levels may not be reached as quickly as with IV administration. However, when an intravenous port is not available, the IM route may prove useful (see **CLINICAL PHARMACOLOGY, Pharmacokinetics and Metabolism**).

**PEDIATRIC**

The safety of ATIVAN in pediatric patients has not been established.

Preanesthetic

**INTRAMUSCULAR INJECTION**

For the designated indications as a premedicant, the usual recommended dose of lorazepam for intramuscular injection is 0.05 mg/kg up to a maximum of 4 mg. As with all premedicant drugs, the dose should be individualized (see **CLINICAL PHARMACOLOGY, WARNINGS, PRECAUTIONS, and ADVERSE REACTIONS**). Doses of other central-nervous-system-depressant drugs ordinarily should be reduced (see **PRECAUTIONS**). For optimum effect, measured as lack of recall, intramuscular lorazepam should be administered at least 2 hours before the anticipated operative procedure. Narcotic analgesics should be administered at their usual preoperative time.

There are insufficient data to support efficacy or make dosage recommendations for intramuscular lorazepam in patients less than 18 years of age; therefore, such use is not recommended.

**INTRAVENOUS INJECTION**

For the primary purpose of sedation and relief of anxiety, the usual recommended initial dose of lorazepam for intravenous injection is 2 mg total, or 0.02 mg/lb (0.044 mg/kg), whichever is smaller. This dose will suffice for sedating most adult patients and ordinarily should not be exceeded in patients over 50 years of age. In those patients in whom a greater likelihood of lack of recall for perioperative events would be beneficial, larger doses as high as 0.05 mg/kg up to a total of 4 mg may be administered (see **CLINICAL PHARMACOLOGY, WARNINGS, PRECAUTIONS, and ADVERSE REACTIONS**). Doses of other injectable central-nervous-system-depressant drugs ordinarily should be reduced (see **PRECAUTIONS**). For optimum effect, measured as lack of recall, intravenous lorazepam should be administered 15 to 20 minutes before the anticipated operative procedure.

There are insufficient data to support efficacy or make dosage recommendations for intravenous lorazepam in patients less than 18 years of age; therefore, such use is not recommended.

**Dose Administration in Special Populations**

**ELDERLY PATIENTS AND PATIENTS WITH HEPATIC DISEASE**

No dosage adjustments are needed in elderly patients and in patients with hepatic disease.

**PATIENTS WITH RENAL DISEASE**

For acute dose administration, adjustment is not needed for patients with renal disease. However, in patients with renal disease, caution should be exercised if frequent doses are given over relatively short periods of time (see also **CLINICAL PHARMACOLOGY**).

**DOSE ADJUSTMENT DUE TO DRUG INTERACTIONS**

The dose of ATIVAN should be reduced by 50% when coadministered with probenecid or valproate (see **PRECAUTIONS, Drug Interactions**).

It may be necessary to increase the dose of ATIVAN in female patients who are concomitantly taking oral contraceptives.

**Administration**

When given intramuscularly, ATIVAN Injection, undiluted, should be injected deep in the muscle mass.

Injectable ATIVAN can be used with atropine sulfate, narcotic analgesics, other parenterally used analgesics, commonly used anesthetics, and muscle relaxants.

Immediately prior to intravenous use, ATIVAN Injection must be diluted with an equal volume of compatible solution. Contents should be mixed thoroughly by gently inverting the container repeatedly until a homogenous solution results. Do not shake vigorously, as this will result in air entrapment. When properly diluted, the drug may be injected directly into a vein or into the tubing of an existing intravenous infusion. The rate of injection should not exceed 2.0 mg per minute.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit. Do not use if solution is discolored or contains a precipitate.

ATIVAN Injection is compatible for dilution purposes with the following solutions: Sterile Water for Injection, USP; Sodium Chloride Injection, USP; 5% Dextrose Injection, USP.

**HOW SUPPLIED**

ATIVAN Injection (lorazepam injection, USP) is available in the following dosage strengths in single-dose and multiple-dose vials:
2 mg per mL, NDC 0641-6001-25, 25 x 1 mL vial
         NDC 0641-6000-10, 10 x 10 mL vial
4 mg per mL, NDC 0641-6003-25, 25 x 1 mL vial
         NDC 0641-6002-10, 10 x 10 mL vial

For IM or IV injection.

Store in a refrigerator.

**PROTECT FROM LIGHT.**

**Use carton to protect contents from light.**

To report SUSPECTED ADVERSE REACTIONS, contact West-Ward Pharmaceutical Corp. at 1-877-845-0689, or the FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.

For Product Inquiry call 1-877-845-0689

Ativan is a trademark of Biovail Laboratories International SRL

Manufactured by:



Revised June 2011