IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through JANICE
DOCHER-NEELEY, his mother and legal
guardian,

        Plaintiff,

   vs.        No:  2:16cv14413

CHRISTOPHER NEWMAN, individually,
et al.,

        Defendants.


DEPOSITION OF JOE R. ANDERSON, PHARMD., VOLUME 1
August 24, 2017
8:08 a.m.
Bean & Associates, Inc.
201 Third Street, Northwest, Suite 1630
Albuquerque, New Mexico


PURSUANT TO THE FEDERAL RULES OF CIVIL
PROCEDURE, this deposition was:


TAKEN BY:    MR. DARRYL L. LEWIS
           Attorney for Plaintiff


REPORTED BY: Susan M. Hilton, CRR, NM CCR 108
           Bean & Associates, Inc.
           Professional Court Reporting Service
           201 Third Street, Northwest, Suite 1630
           Albuquerque, New Mexico 87102


(8617L) SMH

Page 2

```
 1         A P P E A R A N C E S
 2   For the Plaintiff:
 3     SEARCY, DENNEY, SCAROLA, BARNHART
       & SHIPLEY, P.A.
 4     2139 Palm Beach Lakes Boulevard
       West Palm Beach, Florida 33409
 5     BY: MR. DARRYL L. LEWIS (VIA VTC)
       dll@searcylaw.com
 6     axs@searcylaw.com
 7   For Defendant Sheriff and Deputies:
 8     PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
       2455 E. Sunrise Boulevard, Suite 1216
 9     Fort Lauderdale, Florida 33304
       BY: MS. SUMMER M. BARRANCO (TELEPHONICALLY)
10     summer@purdylaw.com
       melissa@purdylaw.com
11
12   For Defendant Port St. Lucie Fire Rescue & Rosario:
13     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
       111 N. Orange Avenue, Suite 1200
14     Orlando, Florida 32801
       BY: MS. JULIE A. TYK
15     julie.tyk@wilsonelser.com
16            I N D E X
17   EXAMINATION OF JOE R. ANDERSON, PHARMD.
18   By Mr. Lewis                          4
19   By Ms. Barranco                      43
20   By Ms. Tyk                           45
21   REPORTER'S CERTIFICATE                   47
22   WITNESS SIGNATURE/CORRECTION PAGE        49
23            EXHIBITS
24   1   Report                 6
25   2   Addendum               7
```

Page 3

```
 1    3   Curriculum Vitae              27
 2    4   Notice of Deposition          39
 3    5   Reference Article             41
 4    6   Reference Article             41
 5    7   Reference Article             41
 6    8   Reference Article             41
 7    9   Reference Article             41
 8    10  Reference Article             41
 9    11  Reference Article             41
10    12  Reference Article             42
11    13  Reference Article             42
12    14  SKIPPED                       42
13    15  Reference Article             42
14    16  NOT FURNISHED              42
15    17  Reference Article             42
16    18  Lorazepam Information Sheet     42
17    19  Letter to Anderson from Knight, 4-26-17   42
18    20  Invoice                    42
19
20
21
22
23
24
25
```

Page 4

```
 1          JOE R. ANDERSON, PHARMD.,
 2   after having been first duly sworn under oath,
 3   was questioned, and testified as follows:
 4       MR. LEWIS:  Darryl Lewis for the plaintiff.
 5       MS. TYK:  Julie Tyk on behalf of St. Lucie
 6   County Fire District and Jose Rosario.
 7          MS. BARRANCO:  Summer Barranco on behalf of
 8   the defendant sheriff and the defendant deputies.
 9          EXAMINATION
10   BY MR. LEWIS:
11       Q.  Good morning, sir.  Can you please state
12   your name.
13       A.  Yes.  My name is Joe Anderson.
14       Q.  What is your address, sir?
15       A.  It's 6305 Alderete Court, Northwest,
16   Albuquerque, New Mexico.
17       Q.  What is your profession, sir?
18       A.  I'm an associate professor of pharmacy
19   practice at the University of New Mexico, College of
20   Pharmacology.  So my profession is, I'm a pharmacist.
21       Q.  All right.  Thank you, sir.  And so can you
22   please share with us what a pharmacist does and is?
23       A.  Okay.  So a pharmacist -- there's lots of
24   different types of pharmacists.  So I'm more of what
25   you would call a clinical pharmacist.  I'm also
```

Page 5

```
 1   licensed as a pharmacist clinician here in New
 2   Mexico.  And so I do a little bit different duties
 3   than what you might think of as stereotypical
 4   pharmacists.  But a pharmacist in general is
 5   responsible for the safe provision of medications.
 6       Q.  All right, sir.  I'm going to take your
 7   deposition today, and I promise I'm going to be try
 8   as efficient as possible and only ask you questions
 9   that are relevant to potential material issues in our
10   case and ask questions that may lead to the discovery
11   of --
12          (Recess from 8:10 a.m. to 8:14 a.m.)
13       Q.  Sir, do you understand those ground rules?
14       A.  Could I have you read back the last
15   question just so I know?
16          (The record was read by the reporter.)
17       Q.  To the discovery of admissible evidence in
18   the trial.  And in that sense, I need your help.  And
19   what I was saying is, if you would help me and help
20   us all by listening very carefully to the questions
21   that I ask you, and after you have understood the
22   question that I have asked you, answer the question
23   fairly and accurately, and then stop and wait for the
24   next question.
25       A.  Okay.  Yes.
```

www.phippsreporting.com
888-811-3408

Page 6

1     Q.  Is that okay?
2     A.  Yes.
3     Q.  All right.  Now, I think it's going to be
4  helpful today because you have provided a report to
5  us and I have had an opportunity to review your
6  report.  And in that regard, do you have the report
7  in front of you?
8     A.  I do.
9        (Exhibit 1 marked.)
10    Q.  Let's mark the report as Plaintiff's
11 Exhibit No. 1 and attach it to the deposition.
12       Now, this report states the complete
13 opinions to which you are expected to testify to at
14 trial; correct, sir?
15    A.  Yes.
16    Q.  Now --
17    A.  Can I interrupt?  I'm not sure.  Did you
18 get my addendum to this report?
19    MS. TYK:  Last night.
20    THE WITNESS:  You did.  Okay.
21    Q.  Well, first of all, no, I haven't gotten
22 the addendum to any report.  Do you have an
23 addendum -- well, let me ask you this.
24       The report that I have is addressed to
25 Julie Tyk, attorney at law at Wilson Elser,

Page 7

1  Moskowitz, Edelman & Dicker, 111 North Orange Avenue,
2  Suite 1200, Orlando, Florida.  It doesn't have a date
3  on it.
4     A.  Oh.
5     Q.  What is the date of this particular report?
6     A.  It was originally, I want to say, May 2.
7     MS. TYK:  If I could just interrupt.  We
8  provided his report last night, the complete report
9  that had an addendum section.  It was sent out to
10 your office last night.
11    MR. LEWIS:  Well, the deposition was
12 scheduled first thing in the morning, and I would
13 object to that.  I haven't seen an addendum to a
14 report.  I was not in my office last night to get a
15 report.  And so I'm going to reserve my right to come
16 back and take the deposition after I have reasonably
17 been provided with the report.  I haven't seen it as
18 of yet.
19    MS. TYK:  Okay.
20    Q.  Do you have this addendum with you, sir?
21    A.  Yes.
22       (Exhibit 2 marked.)
23    Q.  Let's mark the addendum as Plaintiff's
24 Exhibit No. 2.
25    MS. TYK:  And just to be clear, we did

Page 8

1  provide it per the agreement with counsel as to when
2  reports would be disclosed, and it was timely
3  disclosed yesterday.
4     MR. LEWIS:  Well, first of all, that's not
5  true.  I mean, that's ridiculous.  If you're going to
6  say you told me you did it last night, it's not
7  within business hours, and I don't know what you're
8  talking about last night.  I have never seen the
9  report.  But anyway, let's continue.  Let's mark it
10 as Plaintiff's Exhibit No. 2.
11       Now, sir what's the date of the addendum?
12    A.  Is today the 24th?
13    MS. TYK:  Yes.
14    A.  So 8-23.
15    Q.  All right.  Now, does the initial May 2nd
16 report and 8-23 addendum state your complete opinions
17 to which you're expected to testify to at the trial?
18    A.  Yes.
19    Q.  Now, according to the initial report that I
20 received and reviewed prior to your deposition, it
21 states as follows right at the beginning, "I was
22 asked to review the case listed above involving the
23 intramuscular injection of Lorazepam for the purposes
24 of sedating/restraining Tavares Docher.
25 Specifically, I was asked to determine if the IM

Page 9

1  injection of Lorazepam was the likely cause of his
2  respiratory cardiac arrest."  Did I read that
3  correctly?
4     A.  Yes.
5     Q.  Now, were you asked to do something in
6  addition to that which is what is in your May 2nd
7  report?
8     A.  No.
9     Q.  All right.  Now, you would acknowledge in
10 order to correctly respond to the question, you would
11 need to follow an appropriate methodology to reach a
12 correct opinion.  Would you agree with that, sir?
13    MS. TYK:  Object to form.
14    A.  Specific methodology in terms of
15 researching the question, researching materials, yes.
16    Q.  Sure.  And if you don't use an appropriate
17 methodology to attempt to come up with a correct
18 opinion, the opinion could be flawed; correct, sir?
19    MS. TYK:  Object to form.
20    A.  Yes, possibly.
21    Q.  Now, that's why it's so important to use an
22 appropriate methodology in arriving at your opinions;
23 correct, sir?
24    MS. TYK:  Object to form.
25    A.  Yes.

3 (Pages 6 to 9)

Page 10

1      Q.  Now, tell me, please, the methodology you
2  used in attempting to answer the question that you
3  were asked and as it's listed in the first paragraph
4  of your May 2nd report.
5      A.  The first paragraph being my opinion?
6      Q.  No, the question you were asked.
7      A.  Okay, the very first question.  So I
8  reviewed some material.  I reviewed the medical
9  records that were provided for me in this case.  That
10  was the first thing I did.  And once I reviewed the
11  medical records, which included also some depositions
12  as well that had already been taken in this case,
13  once I reviewed those materials, I did a search in
14  terms of looking into the pharmacokinetics and
15  dynamics of the drug in question, which was
16  Lorazepam.
17          And upon reviewing that information, I also
18  reviewed the appropriateness of use of Lorazepam for
19  this particular indication as well and trying to
20  attempt to see if this was appropriate use of the
21  medication for this purpose or if the patient had any
22  contraindications to its use, et cetera.  And then
23  once I had gone through that process, I then crafted
24  my opinion.
25      Q.  All right.  Well, let's drill down just a

Page 11

1  little bit, if we could.  First, you acknowledge that
2  if you are going to utilize the appropriate
3  methodology to arrive at a correct opinion, you're
4  required to gather all the relevant and material
5  information available that could impact your opinion;
6  correct, sir?
7      MS. TYK:  Object to form.
8      A.  Yes.
9      Q.  And failure to gather all the relevant and
10  material information could potentially be a flaw in
11  complying with the appropriate methodology used to
12  formulate your opinion; correct, sir?
13      MS. TYK:  Object to form.
14      A.  I suppose that that could be the case.
15      Q.  Sure.  And you would acknowledge that if
16  you don't consider all of the relevant and material
17  information available, that your opinion could be
18  flawed; correct, sir?
19      MS. TYK:  Object to form.
20      A.  Yes, I suppose if there's material that's
21  relevant that's not reviewed, yeah.
22      Q.  All right.  Now, all the material you
23  considered in arriving at your opinion according to
24  the May 2nd report is listed in your report; correct,
25  sir?

Page 12

1      A.  Well, yes, that's some of the material that
2  I used that does include obviously the references
3  that I went through, the medical references that I
4  used to write my report and base my opinion on, but
5  this is -- the medical records that I reviewed are in
6  here, the deposition of Mr. Rosario, for example, is
7  in here.  I think there's some other depositions that
8  are not listed in here that I had after the May 2nd
9  report that I have reviewed following that.  And so I
10  can update this, perhaps, and include the additional
11  depositions.
12      Q.  Okay.
13      A.  I had an expert report as well that I was
14  able to review.
15      Q.  So what expert report were you able to
16  review, sir?
17      A.  Dr. Sterba.
18      Q.  And did Dr. Sterba's report in any way
19  formulate a basis or a reason for the opinions you
20  have reached in the case?
21      A.  It didn't formulate a basis for my opinion,
22  no.  But what I did do in the addendum, I tried to
23  not directly mention it, but I think he brought up
24  some issues that I tried to address in my addendum.
25      Q.  All right.  I'm with you.  Like I said, I

Page 13

1  haven't had an opportunity to review the addendum,
2  and we may have to come back another time after I
3  have reviewed that.
4          But what I want to focus on is, in the
5  second paragraph of the May 2nd report, you list your
6  opinion; correct?
7      A.  Yes.
8      Q.  And the opinion that you state in the
9  second paragraph of your report was based on the
10  documents that you reviewed and that are outlined in
11  the May 2nd report; correct, sir?
12      A.  Yes, for that opinion, yes.
13      Q.  All right.  And so according to the report,
14  there's a section called, Documents Reviewed and
15  Used; correct, sir?
16      A.  Yes.
17      Q.  And you have listed 10 items there;
18  correct, sir?
19      A.  Yes.
20      Q.  All right.  And in addition to the
21  referenced material, you also cite these documents
22  that you reviewed and used are the documents that you
23  used in formulating your opinion that is described in
24  paragraph No. 2; correct, sir?
25      MS. TYK:  Object to form.

4 (Pages 10 to 13)

Page 14

1    A.  Yes.  So you're including the references,
2  my reference list as well?
3    Q.  Yes, sir.
4    A.  Yes.
5    Q.  Thank you, sir.  All right.  Now, did you
6  prepare any notes or anything else with respect to
7  your review of this matter?
8    A.  No.
9    Q.  Did you prepare or have prepared any tests
10  to render your opinion in this matter?
11    A.  No.
12    Q.  All right.  So if we could --
13    (Recess from 8:29 a.m. to 8:31 a.m.)
14    MR. LEWIS:  I don't know why that keeps
15  happening.  Madam Court Reporter, can you read back
16  my last question so we can try to pick up?
17    (The record was read by the reporter.)
18    Q.  So sir, what I had done was, your opinion
19  is stated in Paragraph 2 of the report; correct, sir?
20    A.  Yes.
21    Q.  And you attempted to respond directly to
22  the question that Ms. Tyk asked you; correct, sir?
23    A.  Yes.
24    Q.  And that question specifically was to
25  determine if the IM injection of Lorazepam was the

Page 15

1  likely cause of his respiratory/cardiac arrest;
2  correct, sir?
3    A.  Yes.
4    Q.  Now, you would acknowledge that the
5  cardiopulmonary arrest could be caused by multiple
6  things; correct, sir?
7    MS. TYK:  Object to form.
8    A.  Sure, yes, it could be caused by multiple
9  things.
10    Q.  Right.  And one of the things that you
11  would do if you are deploying an appropriate
12  methodology after you have gathered all of the
13  relevant and material information, you would need to
14  at least list what the reasonable possible causes are
15  of the cardiopulmonary arrest; correct sir?
16    MS. TYK:  Object to form.
17    A.  I think what you're talking about is sort
18  of a differential diagnosis or differential problem
19  list, but that wasn't necessarily my task.
20    Q.  Okay.  And explain that.
21    A.  I'm a clinical pharmacist, and so I was
22  asked specifically about the medication in this case,
23  if that would be the likely cause of his
24  cardiopulmonary arrest.  I wasn't asked to develop a
25  differential of other potential problems that could

Page 16

1  have occurred with Mr. Docher to cause his
2  cardiopulmonary arrest.  So I was really focusing on
3  the medication.
4    Q.  I see.  Well, my issue with that is --
5  let's do it this way.  You would acknowledge that if
6  the question was changed -- you were asked a specific
7  question -- if the question was changed, obviously
8  depending upon what the change is, you could come up
9  with a different answer to the question; correct,
10  sir?
11    MS. TYK:  Object to form.
12    A.  Yes.
13    MS. BARRANCO:  Object to form.
14    Q.  And the reason I say that is because in
15  this case, in order to be regarded as a legal cause,
16  the administration of Ativan need not be the only
17  cause of the cardiopulmonary arrest and that the
18  administration of Ativan could be a legal cause of
19  the cardiopulmonary arrest even though it operates in
20  combination with some other cause.  Were you ever
21  given that legal standard to give analysis to that
22  particular question in this case?
23    MS. TYK:  Object to form.
24    A.  No, I don't believe I was given that
25  direction.

Page 17

1    Q.  All right.  Because you would acknowledge
2  that the question of whether Lorazepam -- the IM
3  injection of the Lorazepam or Ativan, which we have
4  been calling it, was the likely cause of his
5  respiratory/cardiac arrest is a different question
6  than whether or not the IM injection of Lorazepam was
7  a contributing cause of his respiratory cardiac
8  arrest; correct, sir?  That's a different question,
9  isn't it?
10    MS. TYK:  Object to form.
11    A.  You have stated it in two different
12  questions, yes.  You stated two questions.
13    Q.  Sure.  And you have attempted to answer the
14  question of whether or not the IM injection of
15  Lorazepam was a contributing cause to his respiratory
16  or cardiac arrest.  The only question that you
17  answered was, was it the cause of the cardiac arrest;
18  correct, sir?
19    MS. TYK:  Object to form.
20    A.  I think in the way that I stated the
21  question (sic) it could be interpreted that way, but
22  if you were to ask me if it was a contributing cause,
23  my answer would be the same.  I don't believe it to
24  be a contributing cause either.
25    MR. LEWIS:  Okay.  Madam Court reporter,

5 (Pages 14 to 17)

Page 18

1   will you read my question back and try to answer my
2   question and don't anticipate what I'm going to ask
3   you. And then like I said, we'll do this in an
4   efficient way because I don't think you have answered
5   my question.
6           (The record was read by the reporter.)
7       A. Correct.
8           MS. TYK: Object to form.
9       Q. All right. Now, let me ask you this.
10  What, in your opinion, were all of the contributing
11  causes of Mr. Docher's respiratory arrest then, sir?
12          MS. TYK: Object to form.
13      A. And so I'm a pharmacist, so you want me
14  to --
15      Q. I want you to answer my question.
16      A. Okay.
17      Q. What, in your opinion, were all the
18  contributory causes of Mr. Docher's respiratory
19  arrest --
20      A. Okay.
21          MS. BARRANCO: Object to form.
22      Q. -- to a reasonable degree of probability?
23          MS. TYK: Object to form.
24      A. I suspect his respiratory arrest was due to
25  his cardiac arrest, and I think his cardiac arrest

Page 19

1   was due to, perhaps, he had suffered some sort of
2   vasovagal episode from perhaps the maneuvers that he
3   was undergoing or were being placed upon him.
4       Q. Explain that further. Those maneuvers that
5   were being placed upon him by the Port St. Lucie
6   sheriff's officers?
7       A. Well, let me take a step back, if I can.
8   You asked about respiratory -- you said what is my
9   opinion in terms of the cause or likely causes for
10  his respiratory arrest. And I think, based on what
11  I've seen, what evidence I have reviewed, it appears
12  that he had -- it seems like more of a cardiac arrest
13  event, and then obviously he stopped breathing.
14  Because we have respirations of 28, I believe, which
15  is fast. If you would suspect that it was due to the
16  Lorazepam, which is a sedative and a respiratory
17  depressant, you would have expected to see a slower,
18  gradually slower breathing rate and then perhaps
19  cessation of the breathing if it was the cause of the
20  respiratory arrest. And there's no record of that.
21  It appears the first record of the event was when he
22  was suddenly breathless.
23          And so the ECG that was placed revealed a
24  rhythm of asystole. So it makes me believe that he
25  had the cardiac arrest first and the respiratory

Page 20

1   arrest followed. And so I don't know what the cause
2   of the cardiac arrest is. I'm just giving a guess.
3   Again, that's not my -- in my purview, my scope of
4   practice in terms of this case. And so I was just
5   offering an opinion there that you asked me to do.
6       Q. And I did because you're offering an
7   opinion about the Lorazepam and whether it
8   contributed to his cardiopulmonary arrest. And my
9   specific question to you is, what, in your opinion,
10  were all of the contributory causes of Mr. Docher's
11  cardiopulmonary arrest?
12          MS. BARRANCO: Object to the form.
13          MS. TYK: Object to the form. Go ahead.
14      A. And I think it could have been, as I said,
15  some sort of response, vasovagal response, in which
16  the body sort of slows the heart rate down and
17  eventually, in severe cases, can go into asystole,
18  and that can be triggered by a number of things. But
19  in this case, I think it might have been just by the
20  positioning that the patient was in. That can cause
21  a vasovagal response, even just perhaps the emotional
22  state that he was in.
23      Q. And when you say the positioning he was
24  placed in, what do you mean, sir?
25      A. Well, I think he had his hands behind his

Page 21

1   back. I think he was handcuffed, at least that's the
2   description. And then just perhaps being on the
3   ground and then raising the arms might have triggered
4   perhaps a vasovagal response. That's a pharmacist
5   making a guess there.
6       Q. Okay. And you believe -- it's your
7   opinion, just so we can make sure the record is clear
8   when all of us go back and read it and analyze it, it
9   is your opinion he had a cardiac arrest before he had
10  a respiratory arrest; correct sir?
11          MS. TYK: Object to form.
12      A. And I'm just going by the evidence that I
13  saw in the EMS report. It didn't seem to me to be
14  the likely chain of events that you would see if it
15  was due to the Ativan or Lorazepam.
16      Q. I just want to -- like I say, we'll be
17  efficient so we can get a clear record. And I'm not
18  trying to trick you. I thought you told me -- you
19  can tell me yes or no without qualifications, and
20  then you can qualify, if you want to.
21      A. Okay.
22      Q. Is it your opinion that the cardiac arrest
23  occurred before the respiratory arrest in this case?
24          MS. TYK: Object to form; asked and
25  answered.

6 (Pages 18 to 21)

Page 22

```
 1        A.  Yes.
 2        Q.  Thank you, sir.  And you reviewed records
 3   that show Mr. Docher received blunt force blows to
 4   his head and to his trunk; correct, sir?
 5           MR. BARRANCO:  Object to the form.
 6           MS. TYK:  Join.
 7        A.  Yes.
 8        Q.  In the medical records you reviewed,
 9   Mr. Docher had significant scalp lacerations and
10   nasal bone fractures; correct, sir?
11           MS. TYK:  Object to the form.
12           MS. BARRANCO:  Object to the form.
13        A.  Yes, I seem to recall that.
14        Q.  Now, we know Mr. Docher was administered
15   four milligrams of Ativan by intramuscular injection
16   into his buttocks by paramedic Rosario; correct, sir?
17           MS. TYK:  Object to form.
18        A.  Yes.
19        Q.  And this was after he had received the
20   blunt force blows to his head and his trunk; correct,
21   sir?
22           MS. TYK:  Object to form.
23        A.  Yes, sir, I believe so.
24           (Recess from 8:46 a.m. to 8:51 a.m.)
25        Q.  Now, is it your opinion, sir, that had
```

Page 23

```
 1   Mr. Docher not been provided the four milligram
 2   single bolus dose of Ativan, he would have suffered a
 3   cardiac arrest at the exact same time he suffered it
 4   in this case.
 5           MS. TYK:  Object to form.
 6        Q.  Is that your opinion?
 7           MS. TYK:  Object to form.
 8        A.  Yeah, I think my opinion is not -- I mean,
 9   from that question that you're asking, that's my
10   opinion.  But my opinion is regarding the Lorazepam.
11   I just want to point that out --
12        Q.  Sure.
13        A.  -- that I'm a pharmacist, and I'm trying to
14   stick to my scope of practice.
15        Q.  Well, I respect that.  So I take that
16   response to mean that it's your opinion that the fact
17   that the Ativan was given, and according to the
18   paramedic at least, after the Ativan was given is
19   when they saw that he wasn't breathing, he was
20   apneic, that the Ativan had absolutely nothing to do
21   with that condition and it was just a coincidence,
22   the giving of the Ativan was just a coincidence to
23   Mr. Docher suffering the cardiopulmonary arrest that
24   he suffered and had no effect whatsoever; correct,
25   sir?
```

Page 24

```
 1           MS. TYK:  Object to form.
 2           MS. BARRANCO:  Object to the form.
 3        A.  Yes.  I'm not going to -- I mean, I am not
 4   saying that it didn't have any effect, but I don't
 5   think it was the cause.  I don't even think it was a
 6   likely contributing cause to the cardiac arrest that
 7   he suffered.
 8        Q.  Okay.  Now, that's what I was asking you
 9   earlier.  So you would acknowledge that the Ativan
10   was a contributing cause to the cardiopulmonary
11   arrest; correct, sir?
12        A.  Yeah, I'm not comfortable saying that it's
13   a contributing cause either.
14           MS. TYK:  Object to the form.
15        A.  I don't think it was even a contributing
16   cause.  And again, that's based on the
17   pharmacokinetics of the medication.
18        Q.  Okay.  So I want to be efficient, and I
19   want to give you an opportunity to state what your
20   true opinion is under oath, and you want to help this
21   jury understand what your opinions are; correct?
22        A.  Yes.
23        Q.  All right.  So now, let me ask you this
24   specific question.  Did the Ativan contribute in any
25   way to Mr. Docher's cardiopulmonary arrest?
```

Page 25

```
 1           MS. TYK:  Object to form.
 2        A.  And I'll say no.
 3        Q.  Okay.  And so what you're saying is, it was
 4   just coincidental that he had a cardiac arrest or
 5   cardiopulmonary arrest and received the
 6   four-milligram bolus dose of Ativan; correct, sir?
 7        A.  Yes, I'll say that's coincidental.
 8        Q.  All right.  Now, the basis for your opinion
 9   is listed in your report under the Facts in the Case
10   and Data for Opinion; correct, sir?
11        A.  Yes.
12        Q.  And I'm talking about the May 2nd report.
13        A.  Yes.
14        Q.  Now, sir, the 10 items that you listed
15   under the Documents Reviewed and Used section of your
16   report are Plaintiff's Amended Complaint.  That's No.
17   1; is that correct?
18        A.  Yes.
19        Q.  The EMS report; correct?
20        A.  Yes.
21        Q.  Medical records from St. Lucie Medical
22   Center; correct?
23        A.  Yes.
24        Q.  Medical records from Palms West Hospital;
25   correct?
```

Page 26

```
 1      A.  Yes.
 2      Q.  Written statement of Jose Rosario; correct?
 3      A.  Yes.
 4      Q.  The audio statement of Jose Rosario;
 5  correct?
 6      A.  Yes.
 7      Q.  The deposition of Jose Rosario; correct?
 8      A.  Yes.
 9      Q.  The written statement of Tom Klinger;
10  correct?
11      A.  Yes.
12      Q.  The audio statement of Tom Klinger;
13  correct?
14      A.  Yes.
15      Q.  And the St. Lucie County Fire District
16  sedation guidelines; correct, sir?
17      A.  Yes.
18      Q.  And that completes the list of documents
19  reviewed and used; correct, sir?
20      A.  For the May 2 report?
21      Q.  Yes.
22      A.  Correct.
23      Q.  For the May 2 report; correct?
24      A.  Yes.
25      Q.  All right.  Now, what is a vasovagal
```

Page 27

```
 1  response, sir?
 2      A.  So vasovagal response is where the heart's
 3  under normal vagal tone, vagus nerve, and the
 4  vasovagal -- and that keeps the heart at a very slow,
 5  nice, steady heart rate.  And vasovagal response
 6  would be in which you have enhanced vagal tone.  And
 7  so the heart rate bradys down, so it drops.  And it
 8  can -- in a severe case, it can drop all together.  A
 9  classic example of the vasovagal response would be
10  somebody straining on the toilet and that might cause
11  them to pass out and fall.
12      Q.  All right.  You're not a medical doctor;
13  correct, sir?
14      A.  That's correct.
15      Q.  And you have provided a CV to us in this
16  case, didn't you?
17      A.  Yes, I did.
18          (Exhibit 3 marked.)
19      Q.  Let's mark the CV as Plaintiff's Exhibit
20  No. 3.
21          Sir, you would acknowledge that EMS Rosario
22  failed to administer the Ativan incrementally in this
23  case; correct, sir?
24          MS. TYK:  Object to form.
25      A.  I would say he didn't administer it
```

Page 28

```
 1  incrementally.
 2      Q.  He failed to administer it incrementally;
 3  correct?
 4          MS. TYK:  Object to form.
 5      A.  I wouldn't say --
 6      Q.  He did not?
 7          MS. TYK:  Object to form.
 8      A.  He administered a dose of Lorazepam.
 9      Q.  I know he administered a dose of Lorazepam.
10  My question is different.  Would you agree that he
11  did not administer the dose incrementally?
12          MS. TYK:  Object to form; asked and
13  answered.  Go ahead.
14      A.  So incrementally means that he would
15  administer a dose and then give another dose, and so
16  no, he didn't do that.
17      Q.  Thank you, sir.  And would you acknowledge,
18  sir, that administering Ativan incrementally allows
19  time between each increment to assess the effect of
20  the medication?
21          MS. TYK:  Object to form.
22      A.  Yes.  That's what you would do with an
23  incremental administration is give, assess, and see
24  if you need to re-administer after some time.
25      Q.  All right.  Now, sir, in this May 2 report,
```

Page 29

```
 1  there is a section entitled, List of previous cases
 2  in which you have testified.  Do you see that?
 3      A.  Yes.
 4      Q.  Is this list a complete list of the cases
 5  in which you have testified?
 6      A.  Yes.  And that's testified in court.
 7      Q.  I'm sorry?
 8      A.  That means testified in court.
 9      Q.  Well, in a deposition or in court, yes.
10      A.  I believe that's a complete list.
11      Q.  Okay.  So there's one, two, three cases;
12  correct?
13      A.  Yes.  I may have to add a couple more or
14  one more.
15          THE WITNESS:  I'm sorry.  I'm just looking
16  at this, and it says three.  I sent a list to your
17  office that had all my testimonies.
18          MS. TYK:  Okay.
19      Q.  And when you're saying "your", so the
20  record is clear, you're looking at Ms. Tyk when
21  you're saying that; correct, sir?
22      A.  Yes.  I'm sorry.  Yes, that's correct.
23      Q.  So you believe that the list that's on
24  the -- or in the May 2nd report is not complete,
25  there may be another case?
```

Page 30

1      A.  Yeah, there may be because I think I was
2  interpreting this as court testimony, not just
3  depositions.  And so I would have to add the cases in
4  which I've been deposed.
5      Q.  Well, on the list, you list deposition and
6  court testimony on the first case.
7          (Recess from 9:02 a.m. to 9:05 a.m.)
8      MS. TYK:  I just want to put something on
9  the record.  Our office was provided a complete list
10  of Dr. Anderson's trial and deposition testimony,
11  which was provided with his supplemental report dated
12  August 23, 2017, which was provided to counsel
13  yesterday.  Due to the late disclosure yesterday and
14  his deposition being the next day, we will provide
15  additional deposition dates so opposing counsel has
16  the opportunity to question Dr. Anderson on that
17  supplement to his report.  And we can provide your
18  office within the next day or two additional dates
19  for Dr. Anderson.
20      MR. LEWIS:  I appreciate it.
21      Q.  I just want to supplement.  However, these
22  two reports correlate.  There may be a little
23  overlap, not much, but there may be some correlation.
24  But I'm almost done with you today.
25      A.  Okay.

Page 31

1      Q.  So let me ask you a question on the record
2  so we can get this on the record clearly.  Tell me
3  the complete basis for your opinion that the Ativan
4  played or didn't contribute at all to Mr. Docher's
5  cardiopulmonary arrest.
6      A.  Okay.  So my review of the literature
7  regarding the onset of action of Lorazepam when it's
8  administered intramuscularly is about 30 minutes to
9  see any kind of pharmacologic effect, sedation, with
10  that route of administration.  So it's faster with
11  intravenous.  But none of the literature that I could
12  find supported a one- to three-minute onset of
13  action.
14          And the other basis for my opinion is you
15  don't see any of the effects that you would expect to
16  see of Lorazepam in terms of his gradual slowing of
17  his respirations and then suddenly cessation of the
18  respirations.  So typically the benzodiazepines,
19  there's going to be pharmacologic effects that you
20  would expect to see, so sedation.  In this case, he
21  was given the Lorazepam for agitation.  And so one of
22  the first things you would expect is that he would
23  become obviously not agitated and perhaps somnolent,
24  and then you would see if it's a toxic situation,
25  then you could see the breathing start to diminish

Page 32

1  and then slowly become -- and then eventually become
2  apneic.
3          But again, in the literature that I'm
4  seeing, I haven't found anything that supports a --
5  and I looked.  I was looking for something that
6  showed rapid onset, any cases, I was looking for
7  anything I could find, and I couldn't find any cases
8  in the literature documenting immediate respiratory
9  arrest -- immediate, I'm saying within three
10  minutes -- following intramuscular administration of
11  the Lorazepam.
12      Q.  And in that response, in part of that
13  response, you talked about factually this that you
14  would have expected for someone to observe had the
15  Ativan contributed at all to Mr. Docher's
16  cardiopulmonary arrest; correct, sir?
17      MS. TYK:  Object to form.
18      A.  Yes, that's what I'm saying.  You would see
19  some of the pharmacologic or pharmacodynamic effects.
20  And it's not clear, at least to me, on review of the
21  records that we were seeing that.
22      Q.  And tell me what you would expect to see.
23      A.  So with regard to the respirations, you
24  would see a slowing of the respirations, if you're
25  going into respiratory depression, which would be the

Page 33

1  first thing you would see along the continuum.  And
2  so he initially was, if you recall, breathing, I
3  think at 28 respirations per minute as recorded by
4  the paramedics.  You would see that start to go down
5  as the client becomes less agitated and more sedate,
6  and then you would see a gradual cessation of
7  breathing.  So it shouldn't go from 28 breaths per
8  minute to zero breaths per minute.  It should be a
9  decline.
10      Q.  So if you are not correct factually in your
11  statement that there was no slowing of respirations
12  and a gradual cessation of breathing, then the
13  opinion you have reached could be flawed; correct,
14  sir?
15      MS. TYK:  Object to form.
16      MS. BARRANCO:  Object to form.
17      MS. TYK:  Go ahead.
18      A.  Well, what I'm trying to do is to justify
19  why I'm saying that the Lorazepam didn't cause the
20  events, and that's because what I'm seeing from the
21  literature is that the onset of action is about 30
22  minutes.  And so in this case, the event that you're
23  talking about, the respiratory arrest or cessation of
24  breathing, occurred within three minutes.  And the
25  medication just wouldn't work in that time span.  And

9 (Pages 30 to 33)

Page 34

1   so --
2   Q.   Sir -- I didn't mean to interrupt.
3        MS. TYK:   Can he finish?
4        MR. LEWIS:   Yes.
5   A.   When you get this particular medication
6   intramuscularly, it takes time to get absorbed from
7   the muscle into the bloodstream.  And then the way
8   this medication works, Lorazepam, it's a hydrophilic
9   benzodiazepine.  And so that means because it's
10  hydrophilic, it doesn't go into the brain barrier as
11  fast or as quickly as other benzodiazepines.  For
12  example, Valium or if you've heard of Versed, which
13  is Midazolam, those are Lipophilic benzodiazepines.
14  And so they have a much more rapid onset of action in
15  terms of sedation.  So they get into the central
16  nervous system more quickly than the hydrophilic
17  benzodiazepine.  For example, Lorazepam.  And so --
18  Q.   Okay.
19       MS. TYK:   Let him finish.
20  A.   And so I was going to say because of those
21  pharmacologic properties, Lorazepam just wouldn't
22  work within three minutes to cause in this case
23  what's suspected or you're suspecting a toxic event.
24  Q.   Okay.  Try to help me and respond to my
25  question as fairly and accurately and in the way you

Page 35

1   want to and then wait for my next question.  But I
2   don't think I got an answer specifically to my
3   question.  One of the things that you said as a basis
4   for your opinion that you recited facts, that you
5   didn't see any slowing of the respirations or a
6   gradual cessation of breathing.  Did you say that?
7   A.   Right.  In my review of the medical
8   records, I don't see that recorded.
9   Q.   Okay.  And what I'm asking you, and the
10  only thing I'm asking you is, if you're wrong, if
11  those facts are not accurate as you believe them to
12  be, it could cause your opinion to be flawed;
13  correct, sir?
14       MS. TYK:   Object to form.
15  A.   And I'm not saying that.  What I'm saying
16  is I'm saying that's in support of the fact that I
17  don't think the Lorazepam was having any effect.
18  Q.   Well, I know that's your ultimate opinion,
19  and you gave me your reasons why.  One of the reasons
20  why, you said because you didn't see any slowing of
21  the respirations or any gradual cessation of
22  breathing.  And all I'm trying to understand is, if
23  that's what you say as part of the basis for your
24  opinion, if you're wrong about that, you would
25  acknowledge fairly, wouldn't you, that then that part

Page 36

1   of your opinion would be flawed; correct, sir?
2        MS. TYK:   Object to form; asked and
3   answered.
4   A.   Okay.  Well, I think we're going at it in
5   different ways, I think, here, but what I'm saying,
6   the pharmacokinetics of this medication, the onset,
7   the pharmacokinetics and dynamics, the onset of
8   action, it just wouldn't happen within one to three
9   minutes.  It would take 30 minutes to see these
10  effects.  And so --
11  Q.   I understand that.  You told me that.
12       MS. TYK:   Can he finish?
13  A.   So what I was saying is in support of that,
14  we're not seeing the effects that you normally would
15  see with a benzodiazepine in that three-minute span.
16  Q.   And I hear you.  But what I'm saying is, if
17  you're wrong about not seeing that and it was truly a
18  slowing of his respirations and gradual cessation of
19  breathing and you're wrong about those facts, then
20  that is going to affect your opinion.  Would you
21  acknowledge that?
22       MS. TYK:   Object to form.
23  A.   Well, there can be other causes for slowing
24  of the respirations.  And so --
25  Q.   So the answer to my question is no, it

Page 37

1   won't affect my opinions if I'm wrong about the
2   facts, or yes, it could affect the answer.  Try to
3   answer my questions fairly and accurately and then
4   stop.
5        MS. TYK:   Object to form; asked and
6   answered.
7   A.   I'm going to say no, it would not change my
8   opinion.
9   Q.   Okay.  Thank you, sir.
10       MS. BARRANCO:   Is that all of Mr. Lewis'
11  questions?
12       MS. TYK:   I think he's just writing
13  something.
14       MS. BARRANCO:   Oh, okay.
15  Q.   Now, sir, how much are you being paid?
16  A.   I'm being -- what are my rates or total
17  amount billed?
18  Q.   How much are you being paid for your
19  testimony in the case?
20       MS. TYK:   Object to form.
21  A.   It's $275 an hour.
22  Q.   And how many hours have you spent thus far
23  on the case?
24  A.   31 hours.
25  Q.   And have you billed the law firm that

10 (Pages 34 to 37)

Page 38

```
 1    retained you for the 31 hours that you have spent on
 2    the case?
 3         A.  I haven't billed them yet.
 4         Q.  Do you intend to bill them?
 5         A.  Yes.
 6         Q.  And tell me about how you will be paid to
 7    travel to Florida to testify at the trial.
 8         A.  We haven't discussed that.  We haven't
 9    discussed that.
10         Q.  I mean, how do you -- what is it that you
11    intend to charge?
12         A.  Oh, I imagine expenses, travel expenses and
13    time spent in testimony, and I do charge $400 an hour
14    for testimony.
15              (Recess from 9:18 a.m. to 9:19 a.m.)
16         Q.  Let me ask you, so you intend to charge
17    $400 an hour when you come to the trial plus all of
18    your expenses?
19         A.  Yes.
20         Q.  And when you charge $400 an hour, is that
21    just for the time you're in court or is that for the
22    entire time you're away from your office?
23         A.  I think we'll have to discuss that.
24         Q.  Well, I would like to know before we start.
25         A.  But do you pay me?
```

Page 39

```
 1              THE WITNESS:  Or do you pay me?
 2              MS. TYK:  We would pay you.
 3         Q.  They pay you, not me.
 4              MS. TYK:  He's not bringing you down.
 5         A.  So I went to Florida one time, and we
 6    agreed on a set amount for my time.
 7         Q.  Okay.  I don't want to -- if you don't know
 8    at the present time, we're going to reconvene.  And
 9    if you would discuss that, I think I would be
10    entitled to know that before we start the trial is
11    all that I'm saying; okay?
12         A.  Yes.
13              (Exhibit 4 marked.)
14         Q.  All right.  So what I would like to do is
15    the notice of taking deposition duces tecum, let's
16    attach that as Plaintiff's Exhibit No. 4.  And have
17    you had an opportunity to review the notice of taking
18    deposition duces tecum?
19         A.  Yes.
20         Q.  Have you attempted to bring all the items
21    responsive to the request with you?
22              MS. TYK:  Just one objection that we are
23    raising to 16, 17 and to 18.  It had to do with
24    correspondence.  We're objecting under Federal Rule
25    of Civil Procedure 26(A)(4)(c).  Obviously, you can
```

Page 40

```
 1    ask him questions to see if anything of that would be
 2    discoverable.  But under that rule, we would object
 3    to that production.
 4              MR. LEWIS:  So with the exception of those
 5    things, 16, 17 and 18?
 6              MS. TYK:  Correct.
 7         Q.  Have you attempted to compile the material
 8    responsive to this request?
 9         A.  Yes, I have.  I didn't bring -- for
10    example, I didn't bring all the medical records here.
11    I have them in my car.  It's like a big box --
12         Q.  Okay.
13         A.  -- with all the three-ring binders.  And a
14    lot of the records I have electronically because they
15    were e-mailed to me.  So they're PDF documents, and I
16    can forward those.  But I was told maybe you have
17    them as well.
18         Q.  I do.  So what else do you have in front of
19    you?
20         A.  So I brought my references that I used in
21    my report.
22         Q.  That's what I was going to ask you for.
23    Let's identify those.  Are those references that you
24    have brought all the references that you've
25    identified in the report?
```

Page 41

```
 1         A.  Yes.
 2         Q.  And are they in the order in which they are
 3    listed under the section entitled, References?
 4         A.  They might not be, but I can put them in
 5    order.
 6         Q.  Will you do that and help us --
 7         A.  Yes.
 8         Q.  -- so that when I go back, Julie and Summer
 9    go back and look at this, it's pretty easy for us to
10    follow it?
11         A.  Yes, I'll do that.
12              MS. TYK:  At the end --
13              MR. LEWIS:  Madam Court Reporter, I would
14    like to mark those references, the first one says
15    Ativan Injection Prescribing Information, that would
16    be number 5.  We'll mark that No. 5.  And then the
17    rest of them will be -- the next one will be 6, 7, 8,
18    9, 10 and 11.
19              (Exhibits 5 through 11 marked.)
20              MS. TYK:  You also brought the new ones;
21    right?
22              THE WITNESS:  Yes.
23              MS. TYK:  He brought the references for his
24    supplement, so we'll just continue with the numbering
25    with those additional references.  Is that okay?
```

11 (Pages 38 to 41)

Page 42

1     MR. LEWIS:  Yes, please.
2     MS. TYK:  And we'll put those in order as
3  well.
4     MR. LEWIS:  Thank you so much.
5     (Exhibits 12 through 20 marked.)
6     Q.  Do you have anything else in front of you,
7  sir?
8     A.  I'm just realizing that I have a couple of
9  papers that I didn't reference in my opinion because
10  I probably didn't use them in my report, but I have
11  them.
12     Q.  So let's mark those last two, that's the
13  last two after you have marked the last reference
14  cited in the addendum.
15     A.  Okay.
16     Q.  And then we'll mark those as two after
17  those.  Anything else you have, sir?
18     MS. TYK:  Let me see that.  The one
19  correspondence that would go outside of the rule that
20  would be not privileged would be the one that goes
21  over his hourly rates that he charged.  Our initial
22  letter just confirming his rates and so we can
23  produce that one.
24     MR. LEWIS:  Let's mark that also.  And
25  we'll mark that after those other two items that he

Page 43

1  gave us.
2     MS. TYK:  Anything else?  Your invoice.
3     THE WITNESS:  I'm sorry.  I do have my
4  invoice.
5     Q.  So let's mark your invoice.  What does it
6  say, sir?
7     A.  31 hours and a subtotal of 8,525.
8     Q.  Gotcha.  And you intend to submit that
9  invoice for payment?
10     A.  Yes.
11     MR. LEWIS:  Sir, right now I'm going to
12  stop, and we'll pick back up after we get another
13  day, and I have an opportunity to read the addendum.
14  Thank you very much, sir.  You are a gentleman.
15     MS. TYK:  I think Summer has a couple
16  questions.
17     MR. LEWIS:  Go ahead.
18     EXAMINATION
19  BY MS. BARRANCO:
20     Q.  Dr. Anderson, this is Summer Barranco, and
21  I'm an attorney and I represent the defendant sheriff
22  and the individual deputy sheriffs that are named as
23  defendants in this case.
24     And I understand that you're a pharmacist.
25  And based on some of your answers provided to

Page 44

1  plaintiff's counsel's questions, I have a belief of
2  what you're -- how you're going to answer this
3  question, but let me ask it anyway.  Do you have any
4  opinions, Doctor, in regard to the actions or
5  inactions of the deputy sheriffs who had contact with
6  Mr. Docher on the subject date?
7     A.  No, I don't.
8     Q.  And just clarifying, earlier you had been
9  asked by plaintiff's counsel about a vasovagal
10  response?
11     A.  Vasovagal.
12     Q.  I knew I would screw that up, exactly what
13  you just said.  And you mentioned that to the extent
14  you gave us your opinion on that, that was a
15  pharmacist making a guess; is that right?
16     A.  I think that's what I said, yes.
17     Q.  I made a note of it, so that's what my note
18  says.  You mean that your response to those questions
19  by plaintiff's counsel was speculation on your part
20  and outside the purview of your expertise?
21     A.  Yes.
22     MS. BARRANCO:  Okay.  Thank you.  I have no
23  further questions at this time, but I also have not
24  had the opportunity to look at the addendum, but it
25  sounds like only Mr. Lewis probably would have

Page 45

1  additional questions.  But I'll reserve my right just
2  in case.
3     EXAMINATION
4  BY MS. TYK:
5     Q.  And just so that I can clarify something on
6  the record, Dr. Anderson, you are a pharmacist by
7  profession.  Is that accurate?
8     A.  Yes.
9     Q.  And as a pharmacist, part of your scope of
10  work would be to look at the pharmacokinetics and
11  pharmacodynamics of medications.  Is that accurate?
12     A.  Yes, that's our training.
13     Q.  And so outside -- taking outside of
14  medications, it would be beyond your scope of
15  practice to determine a differential for why a
16  certain event or medical condition occurred within a
17  patient.  Is that accurate?
18     A.  Yes, that's accurate.
19     MS. TYK:  That's all the questions I have.
20     MR. LEWIS:  Thank you.  We'll stop here,
21  and we'll pick up the next time.  And hopefully we'll
22  get to come out to Albuquerque, if the schedule
23  allows it.
24     THE WITNESS:  Very good.
25     MS. TYK:  And we'll read.  Are you

12 (Pages 42 to 45)

Page 46

```
 1    ordering, Mr. Lewis?
 2         MR. LEWIS:  Yes, absolutely.
 3         MS. TYK:  We'll order and read.
 4         MS. BARRANCO:  And I'll take a copy.
 5         (The deposition recessed at 9:29 a.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 48

```
 1         I FURTHER CERTIFY that the recoverable cost
       of the original and one copy of the Deposition,
 2    including exhibits, to Mr. Darryl L. Lewis is
       $_____.
 3
 4         I FURTHER CERTIFY that I did administer the
       oath to the witness herein prior to the taking of
 5    this Deposition; that I did thereafter report in
       stenographic shorthand the questions and answers set
 6    forth herein, and the foregoing is a true and correct
       transcript of the proceeding had upon the taking of
 7    this Deposition to the best of my ability.
 8         I FURTHER CERTIFY that I am neither
       employed by nor related to nor contracted with
 9    (unless excepted by the rules) any of the parties or
       attorneys in this case, and that I have no interest
10    whatsoever in the final disposition of this case in
       any court.
11
12
                 _____
13               Susan M. Hilton
                 BEAN & ASSOCIATES, INC.
14               NM Certified Court Reporter #108
                 License Expires: 12/31/17
15
16
17
18
19
20
21
22
23
24    (8617L) SMH
       Date taken:  August 24, 2017
25    Proofread by:  JB & AS
```

Page 47

```
 1         IN THE UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF FLORIDA
 3    TAVARES DOCHER, by and through JANICE
       DOCHER-NEELEY, his mother and legal
 4    guardian,
 5         Plaintiff,
 6    vs.        No: 2:16cv14413
 7    CHRISTOPHER NEWMAN, individually,
       et al.,
 8
 9         Defendants.
10         REPORTER'S CERTIFICATE
11    I, SUSAN M. HILTON, New Mexico CCR #108, DO
       HEREBY CERTIFY that on August 24, 2017, the
12    Deposition of JOE R. ANDERSON, PHARM.D., was taken
       before me and sealed original
13    thereof retained by:
14         Attorney for the Plaintiff
            MR. DARRYL L. LEWIS
15         Searcy, Denney, Scarola, Barnhart
            & Shipley, P.A.
16         2139 Palm Beach Lakes Boulevard
            West Palm Beach, Florida 33409
17
18         I FURTHER CERTIFY that copies of this
       Certificate have been mailed or delivered to all
19    Counsel, and parties to the proceedings not
       represented by counsel, appearing at the taking of
20    the Deposition.
21         I FURTHER CERTIFY that examination of this
       transcript and signature of the witness was required
22    by the witness and all parties present.  On_____
       a letter was mailed or delivered to Ms. Julie A. Tyk
23    regarding obtaining signature of the witness, and
       corrections, if any, were appended to the original
24    and each copy of the Deposition.
25
```

Page 49

```
 1    Docher v. Newman, et al.
 2         WITNESS SIGNATURE/CORRECTION PAGE
 3         If there are any typographical errors to
            your deposition, indicate them below:
 4
 5    PAGE  LINE
 6    _____   Change to _____
 7    _____   Change to _____
 8    _____   Change to _____
 9    _____   Change to _____
10         Any other changes to your deposition are to
            be listed below with a statement as to the
11         reason for such change.
12    PAGE  LINE  CORRECTION          REASON FOR CHANGE
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19         I, JOE R. ANDERSON, PHARMD., do hereby
       certify that I have read the foregoing pages of my
20    testimony as transcribed and that the same is a true
       and correct transcript of the testimony given by me
21    in this deposition on August 24, 2017, except for the
       changes made.
22
23               _____
24               JOE R. ANDERSON, PHARMD.
25    8617L SMH JB & AS
```

13 (Pages 46 to 49)

**A**

**a.m** 1:12 5:12,12 14:13,13 22:24 22:24 30:7,7 38:15,15 46:5
**ability** 48:7
**able** 12:14,15
**absolutely** 23:20 46:2
**absorbed** 34:6
**accurate** 35:11 45:7,11,17,18
**accurately** 5:23 34:25 37:3
**acknowledge** 9:9 11:1,15 15:4 16:5 17:1 24:9 27:21 28:17 35:25 36:21
**action** 31:7,13 33:21 34:14 36:8
**actions** 44:4
**add** 29:13 30:3
**addendum** 2:25 6:18,22,23 7:9 7:13,20,23 8:11,16 12:22 12:24 13:1 42:14 43:13 44:24
**addition** 9:6 13:20
**additional** 12:10 30:15,18 41:25 45:1
**address** 4:14 12:24
**addressed** 6:24
**administer** 27:22,25 28:2 28:11,15 48:4
**administered** 22:14 28:8,9 31:8
**administering**

28:18
**administration** 16:16,18 28:23 31:10 32:10
**admissible** 5:17
**affect** 36:20 37:1 37:2
**agitated** 31:23 33:5
**agitation** 31:21
**agree** 9:12 28:10
**agreed** 39:6
**agreement** 8:1
**ahead** 20:13 28:13 33:17 43:17
**al** 1:7 47:7 49:1
**Albuquerque** 1:13,23 4:16 45:22
**Alderete** 4:15
**allows** 28:18 45:23
**Amended** 25:16
**amount** 37:17 39:6
**analysis** 16:21
**analyze** 21:8
**Anderson** 1:11 2:17 3:17 4:1 4:13 30:16,19 43:20 45:6 47:12 49:19,24
**Anderson's** 30:10
**answer** 5:22 10:2 16:9 17:13,23 18:1 18:15 35:2 36:25 37:2,3 44:2
**answered** 17:17 18:4 21:25 28:13 36:3 37:6
**answers** 43:25 48:5

**anticipate** 18:2
**anyway** 8:9 44:3
**apneic** 23:20 32:2
**appearing** 47:19
**appears** 19:11 19:21
**appended** 47:23
**appreciate** 30:20
**appropriate** 9:11,16,22 10:20 11:2,11 15:11
**appropriateness** 10:18
**arms** 21:3
**arrest** 9:2 15:1,5 15:15,24 16:2 16:17,19 17:5 17:8,16,17 18:11,19,24,25 18:25 19:10,12 19:20,25 20:1 20:2,8,11 21:9 21:10,22,23 23:3,23 24:6 24:11,25 25:4 25:5 31:5 32:9 32:16 33:23
**arrive** 11:3
**arriving** 9:22 11:23
**Article** 3:3,4,5,6 3:7,8,9,10,11 3:13,15
**asked** 5:22 8:22 8:25 9:5 10:3,6 14:22 15:22,24 16:6 19:8 20:5 21:24 28:12 36:2 37:5 44:9
**asking** 23:9 24:8 35:9,10
**assess** 28:19,23
**associate** 4:18
**Associates** 1:12

**anticipate** 18:2
**asystole** 19:24 20:17
**Ativan** 16:16,18 17:3 21:15 22:15 23:2,17 23:18,20,22 24:9,24 25:6 27:22 28:18 31:3 32:15 41:15
**attach** 6:11 39:16
**attempt** 9:17 10:20
**attempted** 14:21 17:13 39:20 40:7
**attempting** 10:2
**attorney** 1:19 6:25 43:21 47:14
**attorneys** 48:9
**audio** 26:4,12
**August** 1:11 30:12 47:11 48:24 49:21
**available** 11:5 11:17
**Avenue** 2:13 7:1
**axs@searcyla...** 2:6

**B**

**back** 5:14 7:16 13:2 14:15 18:1 19:7 21:1 21:8 41:8,9 43:12
**Barnhart** 2:3 47:15
**Barranco** 2:8,9 2:19 4:7,7 16:13 18:21 20:12 22:5,12 24:2 33:16 37:10,14 43:19

43:20 44:22 46:4
**barrier** 34:10
**base** 12:4
**based** 13:9 19:10 24:16 43:25
**basis** 12:19,21 25:8 31:3,14 35:3,23
**Beach** 2:4,4 47:16,16
**Bean** 1:12,21 48:13
**beginning** 8:21
**behalf** 4:5,7
**belief** 44:1
**believe** 16:24 17:23 19:14,24 21:6 22:23 29:10,23 35:11
**benzodiazepine** 34:9,17 36:15
**benzodiazepines** 31:18 34:11,13
**best** 48:7
**beyond** 45:14
**big** 40:11
**bill** 38:4
**billed** 37:17,25 38:3
**binders** 40:13
**bit** 5:2 11:1
**bloodstream** 34:7
**blows** 22:3,20
**blunt** 22:3,20
**body** 20:16
**bolus** 23:2 25:6
**bone** 22:10
**Boulevard** 2:4,8 47:16
**box** 40:11
**bradys** 27:7
**brain** 34:10
**breathing** 19:13 19:18,19 23:19

31:25 33:2,7
33:12,24 35:6
35:22 36:19
**breathless** 19:22
**breaths** 33:7,8
**bring** 39:20 40:9
40:10
**bringing** 39:4
**brought** 12:23
40:20,24 41:20
41:23
**business** 8:7
**buttocks** 22:16

**C**

**C** 2:1
**call** 4:25
**called** 13:14
**calling** 17:4
**car** 40:11
**cardiac** 9:2 17:7
17:16,17 18:25
18:25 19:12,25
20:2 21:9,22
23:3 24:6 25:4
**cardiopulmon...**
15:5,15,24
16:2,17,19
20:8,11 23:23
24:10,25 25:5
31:5 32:16
**carefully** 5:20
**case** 5:10 8:22
10:9,12 11:14
12:20 15:22
16:15,22 20:4
20:19 21:23
23:4 25:9 27:8
27:16,23 29:25
30:6 31:20
33:22 34:22
37:19,23 38:2
43:23 45:2
48:9,10
**cases** 20:17 29:1
29:4,11 30:3
32:6,7

**cause** 9:1 15:1
15:23 16:1,15
16:17,18,20
17:4,7,15,17
17:22,24 19:9
19:19 20:1,20
24:5,6,10,13
24:16 27:10
33:19 34:22
35:12
**caused** 15:5,8
**causes** 15:14
18:11,18 19:9
20:10 36:23
**CCR** 1:21 47:11
**Center** 25:22
**central** 34:15
**certain** 45:16
**Certificate** 2:21
47:10,18
**Certified** 48:14
**certify** 47:11,18
47:21 48:1,4,8
49:19
**cessation** 19:19
31:17 33:6,12
33:23 35:6,21
36:18
**cetera** 10:22
**chain** 21:14
**change** 16:8
37:7 49:6,7,8,9
49:11,12
**changed** 16:6,7
**changes** 49:10
49:21
**charge** 38:11,13
38:16,20
**charged** 42:21
**CHRISTOPH...**
1:7 47:7
**cite** 13:21
**cited** 42:14
**Civil** 1:17 39:25
**clarify** 45:5
**clarifying** 44:8
**classic** 27:9

**clear** 7:25 21:7
21:17 29:20
32:20
**clearly** 31:2
**client** 33:5
**clinical** 4:25
15:21
**clinician** 5:1
**coincidence**
23:21,22
**coincidental**
25:4,7
**College** 4:19
**combination**
16:20
**come** 7:15 9:17
13:2 16:8
38:17 45:22
**comfortable**
24:12
**compile** 40:7
**Complaint**
25:16
**complete** 6:12
7:8 8:16 29:4
29:10,24 30:9
31:3
**completes** 26:18
**complying** 11:11
**condition** 23:21
45:16
**confirming**
42:22
**consider** 11:16
**considered**
11:23
**contact** 44:5
**continue** 8:9
41:24
**continuum** 33:1
**contracted** 48:8
**contraindicati...**
10:22
**contribute** 24:24
31:4
**contributed**
20:8 32:15

**contributing**
17:7,15,22,24
18:10 24:6,10
24:13,15
**contributory**
18:18 20:10
**copies** 47:18
**copy** 46:4 47:24
48:1
**correct** 6:14
9:12,17,18,23
11:3,6,12,18
11:24 13:6,11
13:15,18,24
14:19,22 15:2
15:6,15 16:9
17:8,18 18:7
21:10 22:4,10
22:16,20 23:24
24:11,21 25:6
25:10,17,19,22
25:25 26:2,5,7
26:10,13,16,19
26:22,23 27:13
27:14,23 28:3
29:12,21,22
32:16 33:10,13
35:13 36:1
40:6 48:6
49:20
**CORRECTION**
49:12
**corrections**
47:23
**correctly** 9:3,10
**correlate** 30:22
**correlation**
30:23
**correspondence**
39:24 42:19
**cost** 48:1
**counsel** 8:1
30:12,15 44:9
44:19 47:19,19
**counsel's** 44:1
**County** 4:6
26:15

**couple** 29:13
42:8 43:15
**court** 1:1,22
4:15 14:15
17:25 29:6,8,9
30:2,6 38:21
41:13 47:1
48:10,14
**crafted** 10:23
**CRR** 1:21
**Curriculum** 3:1
**CV** 27:15,19

**D**

**D** 2:16
**Darryl** 1:19 2:5
4:4 47:14 48:2
**Data** 25:10
**date** 7:2,5 8:11
44:6 48:24
**dated** 30:11
**dates** 30:15,18
43:13
**day** 30:14,18
43:13
**decline** 33:9
**defendant** 2:7
2:12 4:8,8
43:21
**defendants** 1:9
43:23 47:9
**degree** 18:22
**delivered** 47:18
47:22
**Denney** 2:3
47:15
**depending** 16:8
**deploying** 15:11
**deposed** 30:4
**deposition** 1:11
1:17 3:2 5:7
6:11 7:11,16
8:20 12:6 26:7
29:9 30:5,10
30:14,15 39:15
39:18 46:5
47:12,20,24
48:1,5,7 49:3

49:10,21
**depositions**
  10:11 12:7,11
  30:3
**depressant**
  19:17
**depression**
  32:25
**deputies** 2:7 4:8
**deputy** 43:22
  44:5
**described** 13:23
**description** 21:2
**determine** 8:25
  14:25 45:15
**develop** 15:24
**diagnosis** 15:18
**Dicker** 2:13 7:1
**different** 4:24
  5:2 16:9 17:5,8
  17:11 28:10
  36:5
**differential**
  15:18,18,25
  45:15
**diminish** 31:25
**direction** 16:25
**directly** 12:23
  14:21
**disclosed** 8:2,3
**disclosure** 30:13
**discoverable**
  40:2
**discovery** 5:10
  5:17
**discuss** 38:23
  39:9
**discussed** 38:8,9
**disposition**
  48:10
**District** 1:1,2
  4:6 26:15 47:1
  47:2
**dll@searcyla...**
  2:5
**Docher** 1:3 8:24
  16:1 22:3,9,14

23:1,23 44:6
  47:3 49:1
**Docher's** 18:11
  18:18 20:10
  24:25 31:4
  32:15
**DOCHER-NE...**
  1:3 47:3
**doctor** 27:12
  44:4
**documenting**
  32:8
**documents**
  13:10,14,21,22
  25:15 26:18
  40:15
**dose** 23:2 25:6
  28:8,9,11,15
  28:15
**Dr** 12:17,18
  30:10,16,19
  43:20 45:6
**drill** 10:25
**drop** 27:8
**drops** 27:7
**drug** 10:15
**duces** 39:15,18
**due** 18:24 19:1
  19:15 21:15
  30:13
**duly** 4:2
**duties** 5:2
**dynamics** 10:15
  36:7

  ───────── E ─────────
**E** 2:1,1,8,16
**e-mailed** 40:15
**earlier** 24:9 44:8
**easy** 41:9
**ECG** 19:23
**Edelman** 2:13
  7:1
**effect** 23:24 24:4
  28:19 31:9
  35:17
**effects** 31:15,19

32:19 36:10,14
**efficient** 5:8 18:4
  21:17 24:18
**either** 17:24
  24:13
**electronically**
  40:14
**Elser** 2:13 6:25
**emotional** 20:21
**employed** 48:8
**EMS** 21:13
  25:19 27:21
**enhanced** 27:6
**entire** 38:22
**entitled** 29:1
  39:10 41:3
**episode** 19:2
**errors** 49:3
**et** 1:7 10:22 47:7
  49:1
**event** 19:13,21
  33:22 34:23
  45:16
**events** 21:14
  33:20
**eventually** 20:17
  32:1
**evidence** 5:17
  19:11 21:12
**exact** 23:3
**exactly** 44:12
**examination**
  2:17 4:9 43:18
  45:3 47:21
**example** 12:6
  27:9 34:12,17
  40:10
**excepted** 48:9
**exception** 40:4
**Exhibit** 6:9,11
  7:22,24 8:10
  27:18,19 39:13
  39:16
**exhibits** 2:23
  41:19 42:5
  48:2
**expect** 31:15,20

31:22 32:22
**expected** 6:13
  8:17 19:17
  32:14
**expenses** 38:12
  38:12,18
**expert** 12:13,15
**expertise** 44:20
**Expires** 48:14
**explain** 15:20
  19:4
**extent** 44:13

  ───────── F ─────────
**fact** 23:16 35:16
**facts** 25:9 35:4
  35:11 36:19
  37:2
**factually** 32:13
  33:10
**failed** 27:22 28:2
**failure** 11:9
**fairly** 5:23 34:25
  35:25 37:3
**fall** 27:11
**far** 37:22
**fast** 19:15 34:11
**faster** 31:10
**Federal** 1:17
  39:24
**final** 48:10
**find** 31:12 32:7
  32:7
**finish** 34:3,19
  36:12
**Fire** 2:12 4:6
  26:15
**firm** 37:25
**first** 4:2 6:21
  7:12 8:4 10:3,5
  10:7,10 11:1
  19:21,25 30:6
  31:22 33:1
  41:14
**flaw** 11:10
**flawed** 9:18
  11:18 33:13

35:12 36:1
**Florida** 1:2 2:4,9
  2:14 7:2 38:7
  39:5 47:2,16
**focus** 13:4
**focusing** 16:2
**follow** 9:11
  41:10
**followed** 20:1
**following** 12:9
  32:10
**follows** 4:3 8:21
**force** 22:3,20
**foregoing** 48:6
  49:19
**form** 9:13,19,24
  11:7,13,19
  13:25 15:7,16
  16:11,13,23
  17:10,19 18:8
  18:12,21,23
  20:12,13 21:11
  21:24 22:5,11
  22:12,17,22
  23:5,7 24:1,2
  24:14 25:1
  27:24 28:4,7
  28:12,21 32:17
  33:15,16 35:14
  36:2,22 37:5
  37:20
**formulate** 11:12
  12:19,21
**formulating**
  13:23
**Fort** 2:9
**forth** 48:6
**forward** 40:16
**found** 32:4
**four** 22:15 23:1
**four-milligram**
  25:6
**fractures** 22:10
**front** 6:7 40:18
  42:6
**FURNISHED**
  3:14

**further** 19:4 44:23 47:18,21 48:1,4,8

**G**

**gather** 11:4,9
**gathered** 15:12
**general** 5:4
**gentleman** 43:14
**GIUFFREDA** 2:8
**give** 16:21 24:19 28:15,23
**given** 16:21,24 23:17,18 31:21 49:20
**giving** 20:2 23:22
**go** 20:13,17 21:8 28:13 33:4,7 33:17 34:10 41:8,9 42:19 43:17
**goes** 42:20
**going** 5:6,7 6:3 7:15 8:5 11:2 18:2 21:12 24:3 31:19 32:25 34:20 36:4,20 37:7 39:8 40:22 43:11 44:2
**good** 4:11 45:24
**Gotcha** 43:8
**gotten** 6:21
**gradual** 31:16 33:6,12 35:6 35:21 36:18
**gradually** 19:18
**ground** 5:13 21:3
**guardian** 1:4 47:4
**guess** 20:2 21:5 44:15
**guidelines** 26:16

**H**

**handcuffed** 21:1
**hands** 20:25
**happen** 36:8
**happening** 14:15
**head** 22:4,20
**hear** 36:16
**heard** 34:12
**heart** 20:16 27:4 27:5,7
**heart's** 27:2
**help** 5:18,19,19 24:20 34:24 41:6
**helpful** 6:4
**Hilton** 1:21 47:11 48:13
**hopefully** 45:21
**Hospital** 25:24
**hour** 37:21 38:13,17,20
**hourly** 42:21
**hours** 8:7 37:22 37:24 38:1 43:7
**hydrophilic** 34:8 34:10,16

**I**

**identified** 40:25
**identify** 40:23
**IM** 8:25 14:25 17:2,6,14
**imagine** 38:12
**immediate** 32:8 32:9
**impact** 11:5
**important** 9:21
**inactions** 44:5
**include** 12:2,10
**included** 10:11
**including** 14:1 48:2
**increment** 28:19
**incremental** 28:23

**incrementally** 27:22 28:1,2 28:11,14,18
**indicate** 49:3
**indication** 10:19
**individual** 43:22
**individually** 1:7 47:7
**information** 3:16 10:17 11:5,10,17 15:13 41:15
**initial** 8:15,19 42:21
**initially** 33:2
**injection** 8:23 9:1 14:25 17:3 17:6,14 22:15 41:15
**intend** 38:4,11 38:16 43:8
**interest** 48:9
**interpreted** 17:21
**interpreting** 30:2
**interrupt** 6:17 7:7 34:2
**intramuscular** 8:23 22:15 32:10
**intramuscularly** 31:8 34:6
**intravenous** 31:11
**invoice** 3:18 43:2,4,5,9
**involving** 8:22
**issue** 16:4
**issues** 5:9 12:24
**items** 13:17 25:14 39:20 42:25

**J**

**JANICE** 1:3 47:3

**JB** 48:25 49:25
**Joe** 1:11 2:17 4:1,13 47:12 49:19,24
**Join** 22:6
**JOLLY** 2:8
**Jose** 4:6 26:2,4,7
**Julie** 2:14 4:5 6:25 41:8 47:22
**julie.tyk@wils...** 2:15
**jury** 24:21
**justify** 33:18

**K**

**keeps** 14:14 27:4
**kind** 31:9
**Klinger** 26:9,12
**knew** 44:12
**Knight** 3:17
**know** 5:15 8:7 14:14 20:1 22:14 28:9 35:18 38:24 39:7,10

**L**

**L** 1:19 2:5 47:14 48:2
**lacerations** 22:9
**Lakes** 2:4 47:16
**late** 30:13
**Lauderdale** 2:9
**law** 6:25 37:25
**lead** 5:10
**legal** 1:3 16:15 16:18,21 47:3
**let's** 6:10 7:23 8:9,9 10:25 16:5 27:19 39:15 40:23 42:12,24 43:5
**letter** 3:17 42:22 47:22
**Lewis** 1:19 2:5 2:18 4:4,4,10

7:11 8:4 14:14 17:25 30:20 34:4 40:4 41:13 42:1,4 42:24 43:11,17 44:25 45:20 46:1,2 47:14 48:2
**Lewis'** 37:10
**License** 48:14
**licensed** 5:1
**LINE** 49:5,12
**Lipophilic** 34:13
**list** 13:5 14:2 15:14,19 26:18 29:1,4,4,10,16 29:23 30:5,5,9
**listed** 8:22 10:3 11:24 12:8 13:17 25:9,14 41:3 49:10
**listening** 5:20
**literature** 31:6 31:11 32:3,8 33:21
**little** 5:2 11:1 30:22
**LLP** 2:13
**look** 41:9 44:24 45:10
**looked** 32:5
**looking** 10:14 29:15,20 32:5 32:6
**Lorazepam** 3:16 8:23 9:1 10:16 10:18 14:25 17:2,3,6,15 19:16 20:7 21:15 23:10 28:8,9 31:7,16 31:21 32:11 33:19 34:8,17 34:21 35:17
**lot** 40:14
**lots** 4:23
**Lucie** 2:12 4:5

19:5 25:21
26:15

**M**

**M** 1:21 2:9
47:11 48:13
**Madam** 14:15
17:25 41:13
**mailed** 47:18,22
**making** 21:5
44:15
**maneuvers** 19:2
19:4
**mark** 6:10 7:23
8:9 27:19
41:14,16 42:12
42:16,24,25
43:5
**marked** 6:9 7:22
27:18 39:13
41:19 42:5,13
**material** 5:9
10:8 11:4,10
11:16,20,22
12:1 13:21
15:13 40:7
**materials** 9:15
10:13
**matter** 14:7,10
**mean** 8:5 20:24
23:8,16 24:3
34:2 38:10
44:18
**means** 28:14
29:8 34:9
**medical** 10:8,11
12:3,5 22:8
25:21,21,24
27:12 35:7
40:10 45:16
**medication**
10:21 15:22
16:3 24:17
28:20 33:25
34:5,8 36:6
**medications** 5:5
45:11,14

melissa@purd...
2:10
**mention** 12:23
**mentioned**
44:13
**methodology**
9:11,14,17,22
10:1 11:3,11
15:12
**Mexico** 1:13,23
4:16,19 5:2
47:11
**Midazolam**
34:13
**milligram** 23:1
**milligrams**
22:15
**minute** 33:3,8,8
**minutes** 31:8
32:10 33:22,24
34:22 36:9,9
**morning** 4:11
7:12
**Moskowitz** 2:13
7:1
**mother** 1:3 47:3
**multiple** 15:5,8
**muscle** 34:7

**N**

**N** 2:1,13,16
**name** 4:12,13
**named** 43:22
**nasal** 22:10
**necessarily**
15:19
**need** 5:18 9:11
15:13 16:16
28:24
**neither** 48:8
**nerve** 27:3
**nervous** 34:16
**never** 8:8
**new** 1:13,23
4:16,19 5:1
41:20 47:11
**Newman** 1:7

47:7 49:1
**nice** 27:5
**night** 6:19 7:8
7:10,14 8:6,8
**NM** 1:21 48:14
**normal** 27:3
**normally** 36:14
**North** 7:1
**Northwest** 1:13
1:22 4:15
**note** 44:17,17
**notes** 14:6
**notice** 3:2 39:15
39:17
**number** 20:18
41:16
**numbering**
41:24

**O**

**oath** 4:2 24:20
48:4
**object** 7:13 9:13
9:19,24 11:7
11:13,19 13:25
15:7,16 16:11
16:13,23 17:10
17:19 18:8,12
18:21,23 20:12
20:13 21:11,24
22:5,11,12,17
22:22 23:5,7
24:1,2,14 25:1
27:24 28:4,7
28:12,21 32:17
33:15,16 35:14
36:2,22 37:5
37:20 40:2
**objecting** 39:24
**objection** 39:22
**observe** 32:14
**obtaining** 47:23
**obviously** 12:2
16:7 19:13
31:23 39:25
**occurred** 16:1
21:23 33:24

45:16
**offering** 20:5,6
**office** 7:10,14
29:17 30:9,18
38:22
**officers** 19:6
**Oh** 7:4 37:14
38:12
**okay** 4:23 5:25
6:1,20 7:19
10:7 12:12
15:20 17:25
18:16,20 21:6
21:21 24:8,18
25:3 29:11,18
30:25 31:6
34:18,24 35:9
36:4 37:9,14
39:7,11 40:12
41:25 42:15
44:22
**once** 10:10,13,23
**one-** 31:12
**ones** 41:20
**onset** 31:7,12
32:6 33:21
34:14 36:6,7
**operates** 16:19
**opinion** 9:12,18
9:18 10:5,24
11:3,5,12,17
11:23 12:4,21
13:6,8,12,23
14:10,18 18:10
18:17 19:9
20:5,7,9 21:7,9
21:22 22:25
23:6,8,10,10
23:16 24:20
25:8,10 31:3
31:14 33:13
35:4,12,18,24
36:1,20 37:8
42:9 44:14
**opinions** 6:13
8:16 9:22
12:19 24:21

37:1 44:4
**opportunity** 6:5
13:1 24:19
30:16 39:17
43:13 44:24
**opposing** 30:15
**Orange** 2:13 7:1
**order** 9:10 16:15
41:2,5 42:2
46:3
**ordering** 46:1
**original** 47:12
47:23 48:1
**originally** 7:6
**Orlando** 2:14
7:2
**outlined** 13:10
**outside** 42:19
44:20 45:13,13
**overlap** 30:23

**P**

**P** 2:1,1
**P.A** 2:3,8 47:15
**PAGE** 2:22 49:2
49:5,12
**pages** 49:19
**paid** 37:15,18
38:6
**Palm** 2:4,4
47:16,16
**Palms** 25:24
**papers** 42:9
**paragraph** 10:3
10:5 13:5,9,24
14:19
**paramedic**
22:16 23:18
**paramedics** 33:4
**part** 32:12 35:23
35:25 44:19
45:9
**particular** 7:5
10:19 16:22
34:5
**parties** 47:19,22
48:9

**pass** 27:11
**patient** 10:21
  20:20 45:17
**pay** 38:25 39:1,2
  39:3
**payment** 43:9
**PDF** 40:15
**pharmacist** 4:20
  4:22,23,25 5:1
  5:4 15:21
  18:13 21:4
  23:13 43:24
  44:15 45:6,9
**pharmacists**
  4:24 5:4
**pharmacodyn...**
  32:19
**pharmacodyn...**
  45:11
**pharmacokine...**
  10:14 24:17
  36:6,7 45:10
**pharmacologic**
  31:9,19 32:19
  34:21
**Pharmacology**
  4:20
**pharmacy** 4:18
**PHARMD** 1:11
  2:17 4:1 47:12
  49:19,24
**pick** 14:16 43:12
  45:21
**placed** 19:3,5,23
  20:24
**plaintiff** 1:5,19
  2:2 4:4 47:5,14
**plaintiff's** 6:10
  7:23 8:10
  25:16 27:19
  39:16 44:1,9
  44:19
**played** 31:4
**please** 4:11,22
  10:1 42:1
**plus** 38:17
**point** 23:11

**Port** 2:12 19:5
**positioning**
  20:20,23
**possible** 5:8
  15:14
**possibly** 9:20
**potential** 5:9
  15:25
**potentially**
  11:10
**practice** 4:19
  20:4 23:14
  45:15
**prepare** 14:6,9
**prepared** 14:9
**Prescribing**
  41:15
**present** 39:8
  47:22
**pretty** 41:9
**previous** 29:1
**prior** 8:20 48:4
**privileged** 42:20
**probability**
  18:22
**probably** 42:10
  44:25
**problem** 15:18
**problems** 15:25
**Procedure** 1:17
  39:25
**proceeding** 48:6
**proceedings**
  47:19
**process** 10:23
**produce** 42:23
**production** 40:3
**profession** 4:17
  4:20 45:7
**Professional**
  1:22
**professor** 4:18
**promise** 5:7
**Proofread** 48:25
**properties** 34:21
**provide** 8:1
  30:14,17

**provided** 6:4 7:8
  7:17 10:9 23:1
  27:15 30:9,11
  30:12 43:25
**provision** 5:5
**PURDY** 2:8
**purpose** 10:21
**purposes** 8:23
**PURSUANT**
  1:17
**purview** 20:3
  44:20
**put** 30:8 41:4
  42:2

         **Q**
**qualifications**
  21:19
**qualify** 21:20
**question** 5:15,22
  5:22,24 9:10
  9:15 10:2,6,7
  10:15 14:16,22
  14:24 16:6,7,7
  16:9,22 17:2,5
  17:8,14,16,21
  18:1,2,5,15
  20:9 23:9
  24:24 28:10
  30:16 31:1
  34:25 35:1,3
  36:25 44:3
**questioned** 4:3
**questions** 5:8,10
  5:20 17:12,12
  37:3,11 40:1
  43:16 44:1,18
  44:23 45:1,19
  48:5
**quickly** 34:11,16

         **R**
**R** 1:11 2:1,17
  4:1 47:12
  49:19,24
**raising** 21:3
  39:23

**rapid** 32:6 34:14
**rate** 19:18 20:16
  27:5,7
**rates** 37:16
  42:21,22
**re-administer**
  28:24
**reach** 9:11
**reached** 12:20
  33:13
**read** 5:14,16 9:2
  14:15,17 18:1
  18:6 21:8
  43:13 45:25
  46:3 49:19
**realizing** 42:8
**really** 16:2
**reason** 12:19
  16:14 49:11,12
**reasonable**
  15:14 18:22
**reasonably** 7:16
**reasons** 35:19,19
**recall** 22:13 33:2
**received** 8:20
  22:3,19 25:5
**Recess** 5:12
  14:13 22:24
  30:7 38:15
**recessed** 46:5
**recited** 35:4
**reconvene** 39:8
**record** 5:16
  14:17 18:6
  19:20,21 21:7
  21:17 29:20
  30:9 31:1,2
  45:6
**recorded** 33:3
  35:8
**records** 10:9,11
  12:5 22:2,8
  25:21,24 32:21
  35:8 40:10,14
**recoverable** 48:1
**reference** 3:3,4,5
  3:6,7,8,9,10,11

  3:13,15 14:2
  42:9,13
**referenced**
  13:21
**references** 12:2
  12:3 14:1
  40:20,23,24
  41:3,14,23,25
**regard** 6:6 32:23
  44:4
**regarded** 16:15
**regarding** 23:10
  31:7 47:23
**related** 48:8
**relevant** 5:9
  11:4,9,16,21
  15:13
**render** 14:10
**report** 2:24 6:4
  6:6,6,10,12,18
  6:22,24 7:5,8,8
  7:14,15,17 8:9
  8:16,19 9:7
  10:4 11:24,24
  12:4,9,13,15
  12:18 13:5,9
  13:11,13 14:19
  21:13 25:9,12
  25:16,19 26:20
  26:23 28:25
  29:24 30:11,17
  40:21,25 42:10
  48:5
**REPORTED**
  1:21
**reporter** 5:16
  14:15,17 17:25
  18:6 41:13
  48:14
**REPORTER'S**
  2:21 47:10
**Reporting** 1:22
**reports** 8:2
  30:22
**represent** 43:21
**represented**
  47:19

**request** 39:21
40:8 47:12
**required** 11:4
47:21
**Rescue** 2:12
**researching** 9:15
9:15
**reserve** 7:15
45:1
**respect** 14:6
23:15
**respirations**
19:14 31:17,18
32:23,24 33:3
33:11 35:5,21
36:18,24
**respiratory** 9:2
17:7,15 18:11
18:18,24 19:8
19:10,16,20,25
21:10,23 32:8
32:25 33:23
**respiratory/ca...**
15:1 17:5
**respond** 9:10
14:21 34:24
**response** 20:15
20:15,21 21:4
23:16 27:1,2,5
27:9 32:12,13
44:10,18
**responsible** 5:5
**responsive** 39:21
40:8
**rest** 41:17
**retained** 38:1
47:13
**revealed** 19:23
**review** 6:5 8:22
12:14,16 13:1
14:7 31:6
32:20 35:7
39:17
**reviewed** 8:20
10:8,8,10,13
10:18 11:21
12:5,9 13:3,10

13:14,22 19:11
22:2,8 25:15
26:19
**reviewing** 10:17
**rhythm** 19:24
**ridiculous** 8:5
**right** 4:21 5:6
6:3 7:15 8:15
8:21 9:9 10:25
11:22 12:25
13:13,20 14:5
14:12 15:10
17:1 18:9
24:23 25:8
26:25 27:12
28:25 35:7
39:14 41:21
43:11 44:15
45:1
**Rosario** 2:12 4:6
12:6 22:16
26:2,4,7 27:21
**route** 31:10
**rule** 39:24 40:2
42:19
**rules** 1:17 5:13
48:9

**S**

**S** 2:1
**safe** 5:5
**saw** 21:13 23:19
**saying** 5:19 24:4
24:12 25:3
29:19,21 32:9
32:18 33:19
35:15,15,16
36:5,13,16
39:11
**says** 29:16 41:14
44:18
**scalp** 22:9
**Scarola** 2:3
47:15
**schedule** 45:22
**scheduled** 7:12
**scope** 20:3 23:14

45:9,14
**screw** 44:12
**sealed** 47:12
**search** 10:13
**Searcy** 2:3 47:15
**second** 13:5,9
**section** 7:9
13:14 25:15
29:1 41:3
**sedate** 33:5
**sedating/restr...**
8:24
**sedation** 26:16
31:9,20 34:15
**sedative** 19:16
**see** 10:20 16:4
19:17 21:14
28:23 29:2
31:9,15,16,20
31:24,25 32:18
32:22,24 33:1
33:4,6 35:5,8
35:20 36:9,15
40:1 42:18
**seeing** 32:4,21
33:20 36:14,17
**seen** 7:13,17 8:8
19:11
**sense** 5:18
**sent** 7:9 29:16
**Service** 1:22
**set** 39:6 48:5
**severe** 20:17
27:8
**share** 4:22
**Sheet** 3:16
**sheriff** 2:7 4:8
43:21
**sheriff's** 19:6
**sheriffs** 43:22
44:5
**Shipley** 2:3
47:15
**shorthand** 48:5
**show** 22:3
**showed** 32:6
**sic** 17:21

**signature** 47:21
47:23
**SIGNATURE...**
2:22 49:2
**significant** 22:9
**single** 23:2
**sir** 4:11,14,17,21
5:6,13 6:14
7:20 8:11 9:12
9:18,23 11:6
11:12,18,25
12:16 13:11,15
13:18,24 14:3
14:5,18,19,22
15:2,6,15
16:10 17:8,18
18:11 20:24
21:10 22:2,4
22:10,16,21,23
22:25 23:25
24:11 25:6,10
25:14 26:16,19
27:1,13,21,23
28:17,18,25
29:21 32:16
33:14 34:2
35:13 36:1
37:9,15 42:7
42:17 43:6,11
43:14
**situation** 31:24
**SKIPPED** 3:12
**slow** 27:4
**slower** 19:17,18
**slowing** 31:16
32:24 33:11
35:5,20 36:18
36:23
**slowly** 32:1
**slows** 20:16
**SMH** 1:25 48:24
49:25
**somebody** 27:10
**somnolent** 31:23
**sorry** 29:7,15,22
43:3
**sort** 15:17 19:1

20:15,16
**sounds** 44:25
**SOUTHERN**
1:2 47:2
**span** 33:25
36:15
**specific** 9:14
16:6 20:9
24:24
**specifically** 8:25
14:24 15:22
35:2
**speculation**
44:19
**spent** 37:22 38:1
38:13
**St** 2:12 4:5 19:5
25:21 26:15
**standard** 16:21
**start** 31:25 33:4
38:24 39:10
**state** 4:11 8:16
13:8 20:22
24:19
**stated** 14:19
17:11,12,20
**statement** 26:2,4
26:9,12 33:11
49:10
**states** 1:1 6:12
8:21 47:1
**steady** 27:5
**stenographic**
48:5
**step** 19:7
**Sterba** 12:17
**Sterba's** 12:18
**stereotypical** 5:3
**stick** 23:14
**stop** 5:23 37:4
43:12 45:20
**stopped** 19:13
**straining** 27:10
**Street** 1:13,22
**subject** 44:6
**submit** 43:8
**subtotal** 43:7

**suddenly** 19:22
  31:17
**suffered** 19:1
  23:2,3,24 24:7
**suffering** 23:23
**Suite** 1:13,22
  2:8,13 7:2
**Summer** 2:9 4:7
  41:8 43:15,20
**summer@pur...**
  2:10
**Sunrise** 2:8
**supplement**
  30:17,21 41:24
**supplemental**
  30:11
**support** 35:16
  36:13
**supported** 31:12
**supports** 32:4
**suppose** 11:14
  11:20
**sure** 6:17 9:16
  11:15 15:8
  17:13 21:7
  23:12
**Susan** 1:21
  47:11 48:13
**suspect** 18:24
  19:15
**suspected** 34:23
**suspecting** 34:23
**sworn** 4:2
**system** 34:16

**T**
**take** 5:6 7:16
  19:7 23:15
  36:9 46:4
**taken** 1:19 10:12
  47:12 48:24
**takes** 34:6
**talked** 32:13
**talking** 8:8
  15:17 25:12
  33:23
**task** 15:19

**Tavares** 1:3 8:24
  47:3
**tecum** 39:15,18
**TELEPHONI...**
  2:9
**tell** 10:1 21:19
  31:2 32:22
  38:6
**terms** 9:14 10:14
  19:9 20:4
  31:16 34:15
**testified** 4:3 29:2
  29:5,6,8
**testify** 6:13 8:17
  38:7
**testimonies**
  29:17
**testimony** 30:2,6
  30:10 37:19
  38:13,14 49:20
  49:20
**tests** 14:9
**Thank** 4:21 14:5
  22:2 28:17
  37:9 42:4
  43:14 44:22
  45:20
**thereof** 47:13
**thing** 7:12 10:10
  33:1 35:10
**things** 15:6,9,10
  20:18 31:22
  32:13 35:3
  40:5
**think** 5:3 6:3
  12:7,23 15:17
  17:20 18:4,25
  19:10 20:14,19
  20:25 21:1
  23:8 24:5,5,15
  30:1 33:3 35:2
  35:17 36:4,5
  37:12 38:23
  39:9 43:15
  44:16
**Third** 1:13,22
**thought** 21:18

**three** 29:11,16
  32:9 33:24
  34:22 36:8
**three-minute**
  31:12 36:15
**three-ring** 40:13
**time** 13:2 23:3
  28:19,24 33:25
  34:6 38:13,21
  38:22 39:5,6,8
  44:23 45:21
**timely** 8:2
**today** 5:7 6:4
  8:12 30:24
**toilet** 27:10
**told** 8:6 21:18
  36:11 40:16
**Tom** 26:9,12
**tone** 27:3,6
**total** 37:16
**toxic** 31:24
  34:23
**training** 45:12
**transcribed**
  49:20
**transcript** 47:21
  48:6 49:20
**travel** 38:7,12
**trial** 5:8 6:14
  8:17 30:10
  38:7,17 39:10
**trick** 21:18
**tried** 12:22,24
**triggered** 20:18
  21:3
**true** 8:5 24:20
  48:6 49:20
**truly** 36:17
**trunk** 22:4,20
**try** 5:7 14:16
  18:1 34:24
  37:2
**trying** 10:19
  21:18 23:13
  33:18 35:22
**two** 17:11,12
  29:11 30:18,22

42:12,13,16,25
**Tyk** 2:14,20 4:5
  4:5 6:19,25 7:7
  7:19,25 8:13
  9:13,19,24
  11:7,13,19
  13:25 14:22
  15:7,16 16:11
  16:23 17:10,19
  18:8,12,23
  20:13 21:11,24
  22:6,11,17,22
  23:5,7 24:1,14
  25:1 27:24
  28:4,7,12,21
  29:18,20 30:8
  32:17 33:15,17
  34:3,19 35:14
  36:2,12,22
  37:5,12,20
  39:2,4,22 40:6
  41:12,20,23
  42:2,18 43:2
  43:15 45:4,19
  45:25 46:3
  47:22
**types** 4:24
**typically** 31:18
**typographical**
  49:3

**U**
**ultimate** 35:18
**undergoing** 19:3
**understand** 5:13
  24:21 35:22
  36:11 43:24
**understood** 5:21
**UNITED** 1:1
  47:1
**University** 4:19
**update** 12:10
**use** 9:16,21
  10:18,20,22
  42:10
**utilize** 11:2

**V**
**v** 49:1
**vagal** 27:3,6
**vagus** 27:3
**Valium** 34:12
**vasovagal** 19:2
  20:15,21 21:4
  26:25 27:2,4,5
  27:9 44:9,11
**Versed** 34:12
**Vitae** 3:1
**VOLUME** 1:11
**vs** 1:6 47:6
**VTC** 2:5

**W**
**wait** 5:23 35:1
**want** 7:6 13:4
  18:13,15 21:16
  21:20 23:11
  24:18,19,20
  30:8,21 35:1
  39:7
**wasn't** 15:19,24
  23:19
**way** 12:18 16:5
  17:20,21 18:4
  24:25 34:7,25
**ways** 36:5
**we'll** 18:3 21:16
  38:23 41:16,24
  42:2,16,25
  43:12 45:20,21
  45:21,25 46:3
**we're** 36:4,14
  39:8,24
**went** 12:3 39:5
**West** 2:4 25:24
  47:16
**whatsoever**
  23:24 48:10
**Wilson** 2:13
  6:25
**witness** 2:22
  6:20 29:15
  39:1 41:22
  43:3 45:24

47:21,22,23
48:4 49:2
**work** 33:25
34:22 45:10
**works** 34:8
**wouldn't** 28:5
33:25 34:21
35:25 36:8
**write** 12:4
**writing** 37:12
**written** 26:2,9
**wrong** 35:10,24
36:17,19 37:1

_____

**X**

**X** 2:16

_____

**Y**

**yeah** 11:21 23:8
24:12 30:1
**yesterday** 8:3
30:13,13

_____

**Z**

**zero** 33:8

_____

**0**

_____

**1**

**1** 1:11 2:24 6:9
6:11 25:17
**10** 3:8 13:17
25:14 41:18
**108** 1:21 47:11
48:14
**11** 3:9 41:18,19
**111** 2:13 7:1
**12** 3:10 42:5
**12/31/17** 48:14
**1200** 2:13 7:2
**1216** 2:8
**13** 3:11
**14** 3:12
**15** 3:13
**16** 3:14 39:23
40:5
**1630** 1:13,22
**17** 3:15 39:23

40:5
**18** 3:16 39:23
40:5
**19** 3:17

_____

**2**

**2** 2:25 7:6,22,24
8:10 13:24
14:19 26:20,23
28:25
**2:16cv14413** 1:6
47:6
**20** 3:18 42:5
**201** 1:13,22
**2017** 1:11 30:12
47:11 48:24
49:21
**2139** 2:4 47:16
**23** 30:12
**24** 1:11 47:11
48:24 49:21
**2455** 2:8
**24th** 8:12
**26(A)(4)(c)**
39:25
**27** 3:1
**275** 37:21
**28** 19:14 33:3,7
**2nd** 8:15 9:6
10:4 11:24
12:8 13:5,11
25:12 29:24

_____

**3**

**3** 3:1 27:18,20
**30** 31:8 33:21
36:9
**31** 37:24 38:1
43:7
**32801** 2:14
**33304** 2:9
**33409** 2:4 47:16
**39** 3:2

_____

**4**

**4** 2:18 3:2 39:13
39:16

**4-26-17** 3:17
**400** 38:13,17,20
**41** 3:3,4,5,6,7,8
3:9
**42** 3:10,11,12,13
3:14,15,16,17
3:18
**43** 2:19
**45** 2:20
**47** 2:21
**49** 2:22

_____

**5**

**5** 3:3 41:16,16
41:19

_____

**6**

**6** 2:24 3:4 41:17
**6305** 4:15

_____

**7**

**7** 2:25 3:5 41:17

_____

**8**

**8** 3:6 41:17
**8-23** 8:14,16
**8,525** 43:7
**8:08** 1:12
**8:10** 5:12
**8:14** 5:12
**8:29** 14:13
**8:31** 14:13
**8:46** 22:24
**8:51** 22:24
**8617L** 1:25
48:24 49:25
**87102** 1:23

_____

**9**

**9** 3:7 41:18
**9:02** 30:7
**9:05** 30:7
**9:18** 38:15
**9:19** 38:15
**9:29** 46:5