Page 50

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through JANICE
DOCHER-NEELEY, his mother and legal
guardian,

         Plaintiff,

    vs.        NO:  2:16cv14413

CHRISTOPHER NEWMAN, individually, et
al.,

         Defendants.


DEPOSITION OF JOE R. ANDERSON, PHARMD., VOLUME 2
September 28, 2017
9:15 a.m.
201 Third Street, Northwest, Suite 1630
Albuquerque, New Mexico


PURSUANT TO THE FEDERAL RULES OF CIVIL
PROCEDURE, this deposition was:

TAKEN BY:   MR. JORDAN DULCIE
          Attorney for Plaintiff

REPORTED BY: Mary Abernathy Seal, RDR, CRR, NM CCR 69
         Phipps Reporting, Inc.


(8840L) MAS

1       A P P E A R A N C E S
2  For the Plaintiff:
3       MR. JORDAN DULCIE (via VTC)
     SEARCY, DENNEY, SCAROLA, BARNHART & SHIPLEY,
4       P.A.
     2139 Palm Beach Lakes Boulevard
5       West Palm Beach, Florida 33409
     JAD@searcylaw.com
6
     For the Defendant Sheriff and Deputies:
7
     MS. SUMMER M. BARRANCO (telephonically)
8       PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
     2455 E. Sunrise Boulevard, Suite 1216
9       Fort Lauderdale, Florida 33304
     summer@purdylaw.com
10
     For Defendant Port St. Lucie Fire Rescue & Rosario:
11
     MR. JAMES M. KLOSS (via VTC)
12      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
     111 N. Orange Avenue, Suite 1200
13      Orlando, Florida 32801
     james.kloss@wilsonelser.com
14
15            I N D E X
16 EXAMINATION OF JOE R. ANDERSON, PHARMD.
17 Examination by Mr. Dulcie             52
18 Examination by Mr. Kloss             101
19 REPORTER'S CERTIFICATE           102
20 WITNESS SIGNATURE/CORRECTION PAGE    104
21
22
23
24
25

1         JOE R. ANDERSON, PHARMD.,
2     after having been first duly sworn under oath,
3     was questioned, and testified as follows:
4            EXAMINATION
5  BY MR. DULCIE:
6     Q  Hi, Dr. Anderson.  My name is Jordan
7  Dulce.  I represent the plaintiff, Tavares Docher,
8  in this matter.  We're here for a continuation
9  deposition.  Thank you for being here.  If you need
10 to take a break for any reason, just let me know.
11 Otherwise, I'll do my best to pick up where we left
12 off.  So yeah, we'll get to it.
13      Just so we're all on the same page, I want
14 to be clear with your opinions here.  It's your
15 opinion that the Lorazepam, also known as Ativan,
16 did not cause Mr. Docher's cardiopulmonary arrest;
17 is that correct?
18    A  Yes.
19    Q  Okay.  And also had no contributory effect
20 to his cardiopulmonary arrest; correct?
21    A  Yes.
22    Q  All right.  And so we're all clear on the
23 facts and you have a clear understanding of what
24 took place prior to the administration of Ativan,
25 I'm going to go through what you know based on the

1  facts you represented in your first report.  Real
2  quick, we know that Mr. Docher, prior to the EMS
3  arriving -- that he was seen to have a puddle of
4  blood around his head; correct?
5     A  Yes.
6     Q  He had lacerations to his right side on
7  his head?
8     A  Yes, that's correct.
9     Q  And it was known or at least suspected
10 that he was under the influence of alcohol; correct?
11    A  Yeah, that was what was told to the EMS.
12      MR. KLOSS:  I'm sorry, could the court
13 reporter move my speaker closer to where Mr. Dulce's
14 speaker is?  I'm having a real hard time hearing the
15 questions being asked of the witness.
16      (A discussion was held off the record.)
17      MR. DULCIE:  I'll do my best to speak up.
18    Q  (By Mr. Dulcie)  Looking at your documents
19 you reviewed, Doctor, did you review any of the
20 surveillance or cell phone video in this case?
21    A  I saw one cell phone video.  I can't
22 remember who took it or not.  But I did witness one
23 cell phone video.
24    Q  And when did you witness that video?
25    A  Excuse me?  When?

1     Q  When.  What time did you see it?
2     A  I'm not sure what time, but in the course
3  of reviewing the records for the case, one of the
4  records that was provided to me was that video, and
5  I briefly looked at it.  To me it wasn't, you know,
6  quite relevant for what I was looking for, so I
7  didn't look at it again, but...
8     Q  Did you witness the -- did you witness the
9  video before authoring your first report?
10    A  Yes.
11    Q  Is there a reason why you did not
12 reference it in your "Documents reviewed and used"
13 section of your report?
14    A  No, there's not a reason, other than I
15 just didn't even use it, so I probably -- I don't
16 even think I watched the full amount of the video.
17 You know, it was just opening stuff that I was sent,
18 and I saw the video, and I didn't think it was
19 relevant to my review, and so I closed it.  And it
20 was real grainy.  I couldn't even make out much,
21 quite honestly.  So I can --
22    Q  Was it surveillance video?
23    A  It was I think -- oh, go ahead.
24    Q  Was it surveillance video?
25    A  I'm not sure what type of video.  I think

Page 55

1　it looked like a hand-held -- maybe a phone video,
2　because it was very grainy and it was moving around
3　a lot.  So I don't think it was from -- I don't
4　think it was from a store or anything, because it
5　would probably be not -- it wouldn't move around as
6　much, I would suspect.
7　　　Q　Can you tell me what was depicted in the
8　video, if you recall?
9　　　A　You could see, I think, three police
10　officers on top of an individual, and that's -- I
11　mean, there was a police car and, you know, they
12　were kind of in front of the police car, if I
13　remember correctly.  But the individual was on the
14　ground, and that was about all I can remember from
15　that video.
16　　　Q　Did you see a pool of blood in that video?
17　　　A　I may have.  I think I may have.  I'm not
18　exactly certain.
19　　　Q　Did you see any -- were the police moving
20　in that video or were they just sitting still, as
21　you recall?
22　　　A　It looked like -- in this -- my memory is
23　not great on this, but I think two of them were --
24　you know one of them was definitely on top of the
25　individual, Mr. Docher, and I think the other one

www.phippsreporting.com
888-811-3408

Page 56

1　was kneeling next to him.  The other one was
2　standing looking down.
3　　　Q　If Tavares Docher was in physical duress
4　prior to the administration of Ativan, would that
5　have any bearing on your opinions on whether or not
6　it would cause him to go into cardiopulmonary
7　arrest?
8　　　MS. BARRANCO:  Object to form.
9　　　A　Could you repeat it? I'm sorry.
10　　　Q　Certainly.  If Tavares Docher was under
11　physical duress prior to the administration of
12　Ativan -- we know there was a pool of blood by his
13　head, so assuming he had trauma to his head and he
14　would have had other physical duress, would that
15　have any bearing on whether or not the Ativan caused
16　his cardiopulmonary arrest?
17　　　A　Oh, okay.  Not --
18　　　MS. BARRANCO:  Object to form.
19　　　A　-- not in my opinion.
20　　　MR. KLOSS:  Join.
21　　　A　Okay.  No, it wouldn't change my opinion.
22　　　Q　(By Mr. Dulcie)  Why is that?
23　　　A　My opinion is based on the
24　pharmacokinetics and pharmacodynamics of the
25　medication, and I just don't believe that it would

www.phippsreporting.com
888-811-3408

Page 57

1　work based on that, within that time frame that is
2　suggested.
3　　　Q　Okay.  Can you explain to me a little more
4　reason why someone who's under physical duress and
5　stress and who has head trauma -- how that has no
6　effect on the pharmacokinetics of Ativan?
7　　　MS. BARRANCO:  Object to form.
8　　　MR. KLOSS:  Join in that.
9　　　MS. BARRANCO:  Sorry, Doctor.
10　　　A　Because when it's administered
11　intramuscularly, it has to be absorbed into the
12　body.  It doesn't matter if there's head trauma.
13　That's not going to affect the rate of absorption of
14　the medication, and that dictates the onset of
15　action of the medication, and so that would not be
16　affected by either the duress or the laceration to
17　the head.
18　　　Q　What affects rate of absorption?
19　　　A　What affects rate of absorption?
20　　　Q　Yes.
21　　　A　Protein binding, lipophilicity of the
22　medication.  This medication is actually more of a
23　hydrophilic benzodiazepine as compared to other
24　benzodiazepines, and so it has -- and it's also
25　highly protein-bound.  So it doesn't have as fast a

www.phippsreporting.com
888-811-3408

Page 58

1　rapid rate of absorption and therefore a decreased
2　rate of onset, as compared to some other
3　benzodiazepines.
4　　　Q　Do you mind explaining that in more
5　layman's manes terms for the jury?
6　　　A　For the jury?
7　　　Q　Yes.
8　　　A　Okay.  So there's various factors that can
9　affect a medication absorption into the body.  And
10　one of those factors is the route of administration.
11　And so if you want a very fast onset of action for
12　medication -- and I'm just saying medications in
13　general, including, obviously, Lorazepam in this
14　case -- you would administer it intravenously,
15　because then it gets to the site of action much more
16　quickly.
17　　　If you administer something orally, it has
18　to be absorbed from the gastrointestinal tract into
19　the bloodstream, so that takes a little bit of time.
20　　　Likewise, if you administer something
21　intramuscularly, it has to be absorbed through the
22　tissue into the bloodstream and then it's
23　distributed to a site of action, and so that's a
24　little bit slower process than a direct intravenous
25　injection of a medication.

www.phippsreporting.com
888-811-3408

Page 59

1      And so in this case, with the Lorazepam,
2  it's a medication that sort of binds to proteins,
3  muscle being one of those proteins -- is protein.
4  And so what that means is that because it's bound to
5  the protein, it's not going to go directly into the
6  blood.  It's going to kind of hang out in the muscle
7  a little bit and then slowly be absorbed into the
8  bloodstream.
9      And then hydrophilicity, that term that I
10  used earlier, lipophilicity -- a lipophilic drug
11  means that it likes fat, and so it diffuses into
12  fatty tissues.  And so the blood-brain barrier,
13  which separates our brain from the blood system, is
14  made up of lipids, of cholesterol and fats, if you
15  will.  And so drugs that like fat are going to be
16  more rapidly absorbed through that blood-brain
17  barrier and get to the brain where the site of
18  action is for the benzodiazepine.
19      And Lorazepam, as compared to some of the
20  other benzodiazepines, like midazolam, which is
21  Versed, the brand name -- it doesn't go through the
22  blood-brain barrier as fast, because it's more
23  hydrophilic.  It likes water a little more than fat.
24  It will get through the blood-brain barrier, of
25  course, but it's not as quick of an onset as Versed

Page 60

1  or even Valium, which is diazepam.  However, because
2  it's hydrophilic, once it get into the blood-brain
3  barrier, it hangs around a lot longer so it has a
4  lot longer duration of action as compared to Versed
5  or even Valium for sedation.
6      Q   So does someone's physical condition
7  before administration of the benzodiazepine affect
8  its absorption rate or onset of action?
9      A   Their physical condition?  Would it affect
10  it?  It shouldn't.
11      Q   So if someone's cardiovascular system is
12  compromised, that has no bearing or effect on how
13  the onset of action for Ativan is in someone's body?
14      A   It shouldn't.
15      Q   Since you testified the onset of Lorazepam
16  is 30 minutes, and it's a common drug used by
17  emergency personnel to calm down or sedate a patient
18  who is agitated, why is it that they use a drug then
19  that takes 30 minutes to affect a patient when
20  they're trying to sedate them quickly?
21      MR. KLOSS:  Object to form.
22      A   Why is it that they use it?
23      Q   Correct.
24      A   Right.  Because of its relative safety.
25      Q   But it doesn't seem to affect them for 30

Page 61

1  minutes; correct?
2      A   Well, you know, that's the -- you know,
3  the studies that I was looking through, in terms
4  of -- and found, the only studies I found with onset
5  of action seemed to be 30 minutes.  And so I think
6  you have varying, you know, degrees of sedation and,
7  you know, when you're trying to subdue an agitated
8  patient, obviously there's a progression that you go
9  through.  And in those studies, you'll see that some
10  of the patients it's a gradual sort of onset.  So at
11  about ten to fifteen minutes you'll see some, you
12  know, relaxation of the patient and sedation, full
13  effect being 30 minutes onset.
14      Q   So it seems to me that Lorazepam is
15  ineffective if you want to sedate a person within a
16  few minutes; is that correct?
17      A   I mean, I think there's varying degrees of
18  sedation, and so I think you can have some sedation,
19  sure, quicker.  But full sedation wouldn't occur for
20  30 minutes.
21      Q   All right.  And just to make sure we're
22  clear, you're a nonphysician pharmacist; correct?
23      A   That's correct.
24      Q   Or pharmacologist?  And you have no
25  training or clinical experience as an ER physician?

Page 62

1      A   That is true.
2      Q   You have no training or clinical
3  experience as a paramedic; correct?
4      A   That's true.
5      Q   All right.  You have never ordered the
6  administration of Ativan intramuscularly or
7  administered a drug intramuscularly; correct?
8      A   That's true.
9      Q   So you do not have the training or
10  experience or ability to recognize or medically
11  administer and treat any patient with Ativan; is
12  that correct?
13      A   I'm sorry, could you -- you kind of cut
14  out, the last part.
15      MR. DULCIE:  Could the court reporter --
16  did you get the question?
17      (The record was read by the reporter.)
18      MR. KLOSS:  I'll object to the form of
19  that.
20      A   Yeah, I would say I don't have the
21  training to administer or order it -- or prescribe
22  it.
23      Q   (By Mr. Dulcie)  Does that mean you --
24      A   If I could, I did at one time have
25  prescriptive authority for benzodiazepines back when

Page 63

1    I first started as a pharmacist clinician, though I
2    never prescribed them.  So they were in my
3    prescriptive protocol that I have, but I never
4    prescribed them.
5         **Q   Is it fair to say, then, you don't have**
6    **any training or experience or ability to clinically**
7    **recognize or medically administer or treat any**
8    **patient with Ativan who has contraindications for**
9    **the drug?**
10   A   No, I would disagree with that.
11        MR. KLOSS:  Object to form.
12   A   Oh.  Sorry.  I would disagree that I don't
13   have the qualifications to recognize
14   contraindications.  That's what clinical pharmacists
15   are trained to do.
16        **Q   That wasn't my question.**
17   A   Oh.
18        **Q   I'll repeat it for you.**
19   A   Okay.
20        **Q   It's very similar to my initial question.**
21   **The only difference is -- I'll repeat it.  You don't**
22   **have the training or experience or ability to**
23   **clinically recognize and medically administer and**
24   **treat any patient with Ativan who presents with**
25   **contraindications for the drug.**

Page 64

1         MR. KLOSS:  Object to form.
2    A   I guess I'm a little confused because I
3    could clinically recognize individuals who would
4    have contraindications to the use of Ativan.  I
5    wouldn't -- the second part of your treatment, I
6    wouldn't -- I'm not in the training to then
7    prescribe that and administer that.  Is that --
8         **Q   Did you not just tell us you don't have**
9    **any clinical experience in treating patients?**
10   A   Right.  You said -- yes.  In prescribing
11   and administering, and I said no, I do not have
12   experience in prescribing and administering it.
13   Correct?  Was that your question?
14        **Q   Correct.  That was my question.  So it**
15   **would be fair to say that you can't administer and**
16   **treat patients who present with contraindications --**
17   **while you may be able to recognize those as a**
18   **pharmacologist, you're not able to recognize those**
19   **and make a determination clinically on whether or**
20   **not I should administer or treat a patient with**
21   **Ativan.**
22        MR. KLOSS:  Object to form, and asked and
23   answered.
24   A   Yeah, I think -- it seems a little tricky,
25   that question, you know in terms of separating it.

Page 65

1    Because --
2         **Q   Okay.  Well, have you seen clinically**
3    **anybody present to you who has contraindications for**
4    **Ativan?**
5         THE WITNESS:  Could you read that back?
6    I'm sorry.
7         (The record was read by the reporter.)
8    A   Have I seen clinically -- yes.
9         **Q   Okay.  And when was the last time you saw**
10   **someone who had presented to you in a clinical**
11   **setting that had contraindications for Ativan?**
12   A   Well, it happens, you know, fairly
13   routinely.  For example, individuals who are on
14   chronic opioid therapy with, you know, muscle
15   relaxants, I would say no, that patient should not
16   be on benzodiazepines, or should not have
17   benzodiazepines.  It would be relatively
18   contraindicated in that patient.
19        **Q   All right.  You treat those patients?**
20   A   I don't treat --
21        (A discussion was held off the record.)
22        **Q   Do you treat those patients?**
23   A   I'm not treating them with the
24   benzodiazepines, because I can't prescribe them.
25   But you know, if on rounds, you know, the team is

Page 66

1    saying, yeah, this -- if we see a patient who's on
2    chronic opioid therapy, I would make the
3    recommendation not to give them a benzodiazepine,
4    you know, given the combination of the opioids plus
5    benzo, and if they're on a muscle relaxant, that
6    would be potentially deadly.
7         So it doesn't happen routinely, no.
8    Because what I -- we work on the cardiovascular
9    floor and so a lot of our patients are not on
10   chronic opioid therapy in that setting.  But it does
11   happen from time to time.
12        **Q   What I'm getting at is, the ultimate**
13   **decision on whether or not to administer that drug**
14   **comes down to a clinical physician who has**
15   **prescribing privileges; correct?**
16   A   Yes, absolutely, yes.
17        **Q   I think with regard to your first report,**
18   **you mentioned some studies.**
19   A   Yes.
20        **Q   You referred to that talk about the onset**
21   **being 30 minutes --**
22   A   Yes.
23        **Q   -- until full sedation.**
24   A   Yes.
25        **Q   Just give me one minute to pull those up.**

Page 67

1   So I'm looking at your report and you reference a
2   study done by Nobay and colleagues.
3        A   Yes.
4        Q   And that report, the mean time to sedation
5   was 32.2 minutes; is that correct?
6        A   Yes.
7        Q   And that's a mean; right?
8        A   Yes.
9        Q   An average?
10       A   Yes.
11       Q   Does that mean some patients it was longer
12   and some patients it was shorter; correct?
13       A   Yes.
14       Q   And before we move on to your addendum,
15   you mentioned some publications you authored in the
16   past ten years.  And those publications -- are any
17   of them relevant to the issues in this case?
18       A   No, I don't believe so.
19       Q   And you mentioned in -- I believe this
20   might be your addendum.  Let me be clear -- well,
21   we'll start with the -- you made this addendum to
22   reference three questions regarding the
23   administration of Ativan.  Can you tell me what
24   those three questions are that you addressed?
25       A   Yes.  One was the use of Lorazepam or

Page 68

1   benzodiazepines for chemical restraint of agitated
2   patients.
3        Q   All right.  And what was the second
4   question?
5        A   Contraindications to the use of Lorazepam.
6        Q   And the third?
7        A   Was the onset of action of Lorazepam
8   administered IM and also the rate of administration.
9        Q   Going to question number 1, the use of
10   Lorazepam or benzodiazepines for chemical restraint
11   of an agitated patient, can you tell me what your
12   opinions were as to that question?
13       A   Yes.  So the question was:  Is Lorazepam
14   contraindicated in those patients, and from my
15   review of the literature, it didn't seem as if it
16   was a contraindication for an agitated patient.  And
17   so those were the couple of guidelines that I was
18   citing.
19       Q   Did you consult with any board certified
20   emergency room physician in coming to that
21   conclusion?
22       A   No, I did not.
23       Q   I believe one of the studies you cite is
24   called The Use of Antipsychotics and/or
25   Benzodiazepines as Rapid Tranquilization in

Page 69

1   Inpatients of Mental Facilities and Emergency
2   Departments; is that correct?
3        A   Oh.  Yes.
4        Q   Reference number 1; right?
5        A   Yes, right; correct.
6        Q   Was Tavares Docher in an inpatient
7   facility when he was administered Ativan?
8        A   No, he was not.
9        Q   And he was not in an emergency department;
10   correct?
11       A   No.
12       Q   And that study has quite a few
13   limitations.  Do you agree with me on that?
14       A   Which study are you referring to?
15            MR. KLOSS:  Object to form.
16       Q   The one, use of antipsychotics or benzos
17   in inpatient mental facilities and emergency
18   departments, reference number 1.
19       A   Okay.  Well, that's not a study.  That's a
20   review and a set of guidelines.  And so in terms of
21   limitations, you know, all guidelines and review
22   articles have limitations.
23       Q   Well, I'm just going to read for you what
24   they say are quite a few significant flaws in their
25   review of those studies that you reference in coming

Page 70

1   to your conclusions.  One of them is, A, that
2   several important limitations exist among studies of
3   antipsychotic or benzodiazepines as a rapid
4   tranquilization in inpatients of mental facilities
5   and emergency departments which leaves uncertain the
6   validity of the results.  And so it would appear
7   that the reference to this publication which
8   analyzes these studies -- that same publication says
9   that the results of those studies are uncertain.  Do
10   you agree with that?
11            MR. KLOSS:  Object to form.
12       A   They specifically reference the two
13   studies that I referenced.
14       Q   Well, you're using this publication, which
15   seems to evaluate certain studies regarding the use
16   of benzodiazepine and Lorazepam in the setting
17   that's in the title of the publication.
18       A   So the purpose of the two studies that I
19   referenced were specifically to determine the onset
20   of action of Lorazepam for -- however, you know, I
21   didn't reference them in order to demonstrate that
22   the benzodiazepines were a preferred or effective
23   means of restraint in the emergency room.  And so
24   what you are, I think, referencing are the
25   guidelines saying that the data is insufficient to

Page 71

1    make definitive conclusions on what therapies are
2    the drugs of choice in those types of settings. And
3    that I would definitely agree. And I think I even
4    said that here. "The guidelines suggest that
5    there's insufficient information to guide the choice
6    of medication."
7        Q    Can you tell me what the NICE guidelines
8    are?
9        A    The NICE guidelines are from the United
10   Kingdom. And so that's -- they have a single payor
11   system of health care, and so they have -- the NICE
12   guidelines are used in their healthcare system to
13   guide therapies. And so they're evidence-based
14   guidelines based on the literature. I do not
15   remember what the acronym actually stands for.
16       Q    That's all right. I guess my ultimate
17   question when referring to question number one in
18   your addendum is: Do you find any support saying
19   that it was contraindicated that Lorazepam or benzos
20   should not be used as a chemical restraint of
21   agitated patients; correct?
22       A    Yeah, it just seems as if there's not a
23   lot of literature or strong guidelines to say really
24   what is the preferred agent, and it seems as if they
25   often list benzodiazepines and some of these

Page 72

1    antipsychotics, and then they'll provide sort of
2    suggestions based on patient presentation on which
3    of the agents should be used or even if they should
4    be used in combination.
5        Q    And those recommendations were in part
6    dues to the NICE guidelines that stated using
7    Lorazepam intramuscularly was appropriate in those
8    adults in inpatient psychiatric or emergency
9    department settings; correct?
10       A    Yes, in sort -- yeah, in certain
11   situations, certain patients.
12       Q    Are you aware that publication that you
13   referenced as number 1 also says those guidelines --
14   the quality of underlying evidence that led to
15   recommendations in those NICE guidelines was very
16   poor?
17       A    Yes, because, again, there just haven't
18   been adequately controlled trials in this population
19   or in this setting.
20       Q    Let's move to number two,
21   contraindications to use of Lorazepam. Tell me,
22   Doctor, what is your understanding of what
23   contraindications there are for the use of
24   Lorazepam?
25       A    Well, the contraindications that I listed

Page 73

1    are out of the prescribing information from, you
2    know -- approved by the FDA.
3        Q    Uh-huh.
4        A    And so those would be individuals with
5    obviously a known allergy to benzodiazepines. They
6    state sensitivity, but allergy or sensitivity to
7    benzodiazepines. Or the propylene glycol which is
8    in the medication for injection. In patients with
9    acute narrow-angle glaucoma or with patients with
10   sleep apnea syndrome. Those are sort of the
11   absolute contraindications in which you would not
12   give it to a particular patient.
13       Q    And there's also other contraindications;
14   correct?
15       A    Yes, there are others that are listed as
16   somewhat relative contraindications.
17       Q    I'm going to go through a list of what I
18   believe are contraindications that may not be
19   explicitly identified in the FDA, but may be
20   identified by a clinical physician. You tell me if
21   you agree with these contraindications.
22       A    Can I write them down? Are you going
23   to -- do you want me just to go one by one?
24       Q    You can write them down as I say them.
25   Whatever helps you to answer the question. They

Page 74

1    should be fairly simple yes-or-no. All right? So
2    you tell me if the following are contraindications
3    of Ativan. I think it's obvious, respiratory
4    insufficiency.
5        A    Yes. That would be a contraindication.
6        Q    Yes or no?
7        A    Yes.
8        Q    Metabolic disturbance of respiratory
9    acidosis.
10       A    I believe it is a contraindication.
11   Relative contraindication.
12       Q    Hypoxemia?
13       A    Yes.
14       Q    Head trauma?
15       A    I'm not certain of that one.
16       Q    Alcohol intoxication.
17       A    Yes.
18       Q    Can you just tell me why contraindications
19   to Ativan exist?
20       A    For their safety. In those individuals
21   who have those contraindications, it could be more
22   dangerous than someone who doesn't have them.
23       Q    Could it lead to respiratory depression
24   and arrest?
25       A    Yes. I actually mention that in my

Page 75

1  report, in the initial report.
2      Q   Can you just point that out for me?
3      A   Let me try to find it.  If you go to page
4  2 of my original report, the third paragraph --
5  well, I don't state that it's a contraindication,
6  but I do talk about the risk associated with --
7      Q   Okay.  All right.  I appreciate that.
8  Now, in Tavares' case, are you aware he presented
9  with any of those contraindications prior to the
10  administration of Ativan?
11     A   Well, it's believed that he --
12         MR. KLOSS:  Object to form.
13     A   It was believed that he had alcohol in his
14  system.  That's what was reported.
15     Q   Did you see any head trauma?
16     A   Yes, it was reported he had a laceration
17  on his head.
18     Q   And there's also a pool of blood by his
19  head; correct?
20     A   Yes.
21     Q   Do you know if he had any respiratory
22  insufficiency?
23     A   That I don't know.  I don't --
24     Q   Excuse me, go ahead.
25     A   I don't know.  I just -- you know, we just

Page 76

1  had the vital signs and his respiratory rate that I
2  saw.
3      Q   And those vital signs and respiratory
4  rates that you're relying upon -- is that in EMS
5  records?
6      A   Yes.
7      Q   All right.  We'll look at those in a
8  little bit.  The FDA insert or the FDA approved
9  prescribing information is a recognized source of
10  the drug Ativan; right?  And the information there,
11  you would say is authoritative on the topic of its
12  administration?
13     A   For its administration, yes.
14     Q   Okay.  In there it says that -- do you
15  have a copy of it in front of you?
16     A   I do not.
17     Q   Okay.  Well, I'll do my best to tell you
18  exactly what it says, and you can also tell me if
19  you agree with it, and then I'll take it from there.
20  It says, "Intramuscularly:  Following intramuscular
21  administration, Lorazepam is completely and rapidly
22  absorbed."  Do you agree with that statement?
23     A   Uh-huh.  Yes.
24     Q   But again, that absorption you said does
25  not take effect until about 30 minutes?

Page 77

1      A   That's the onset of action.
2      Q   Okay.  So can you tell me what they mean
3  by saying -- when they say it's completely and
4  rapidly absorbed yet it takes 30 minutes from the
5  onset of action?
6      A   Sure, what that means is that when you get
7  1 milligram, you get absorption of that 1 milligram.
8  You're not going to get 500 milligrams absorbed.
9  When you give a drug orally, the bioavailability is
10  less, so some of it may get metabolized or some of
11  it may not get absorbed, and so a 1 milligram dose
12  orally may not -- all of it may not get into the
13  bloodstream.  And so in this case, you know,
14  whatever is administered generally has been absorbed
15  completely into the bloodstream.  "Rapidly" is a
16  fairly subjective term, but you know, when you give
17  drugs IM, you give them a lot of times for more of a
18  rapid absorption.
19     Q   It also mentions that Lorazepam injected
20  intramuscularly -- the amount of Lorazepam delivered
21  to the circulation is proportional to the dose
22  administered.  Do you agree with that?
23     A   Yes.
24     Q   All right.  So that means that the onset
25  of Ativan, even for it administered intramuscularly,

Page 78

1  is dosage-dependent?
2      A   Well, there would still be limitations in
3  terms of the absorption of it, regardless of the
4  dose.  The effects would be certainly related to the
5  dose.
6      Q   All right.  So you don't believe that the
7  bigger the dose, the faster the onset of action?
8      A   I didn't see anything in my review of the
9  literature stating that a higher dose has a higher
10  onset of action -- or a higher onset of absorption,
11  I'm sorry.
12     Q   Is there a reason why someone would
13  administer 4 milligrams of Ativan to someone
14  intramuscularly versus 2 milligrams or 1 milligram?
15         MR. KLOSS:  Object to form.
16     A   Is there a reason?  I don't know of a
17  reason.  There's a dosage range generally, from what
18  I was reading here in the literature, those
19  guidelines we referred to earlier that said 2 to 4
20  milligrams.
21     Q   I guess my question is:  If we're trying
22  to sedate someone and the dosage does not affect the
23  onset of action, why would I not just give them the
24  lowest dose that is appropriate?
25         MR. KLOSS:  Object to form.

Page 79

1    A  You know, that's a good question.  You
2  know, it would depend on, you know, how much
3  sedation you're wanting to induce.  And I think
4  there's other variables that would go into that
5  decision-making.  Good question.
6    Q  Do you know what those variables are?
7    A  I would think --
8      MR. KLOSS:  Form.
9    A  I'm sorry.  Some of the variables might be
10  the amount of, perhaps, the agitation of the
11  patient, you know, the severity, and so they want to
12  give him a good dose to make sure that they kind of
13  sedate him or her and don't have to repeat a dose.
14    Q  Also as one of their precautions, the FDA
15  states that extreme caution must be used when
16  administering Ativan injection to very ill patients
17  or patients with limited pulmonary reserve, because
18  of the possibility that hypoventilation and/or
19  hypoxic cardiac arrest may occur.  Do you agree with
20  that statement?
21    A  Yes.
22    Q  It also states that Ativan injection, like
23  other injectable benzodiazepines, produces an
24  additive depression of the central nervous system
25  when administered with other central nervous system

Page 80

1  depressants such as alcohol.  Do you agree with that
2  statement?
3    A  Yes.
4    Q  And as far as dosage and administration is
5  concerned, the FDA recommends also that Ativan must
6  never be used without individualization of the
7  dosage, particularly when used with other
8  medications capable of producing central nervous
9  system depression.  Do you agree with that
10  statement?
11    A  Yes.
12    Q  I'm going to ask you to assume some facts
13  when I ask you this question.  All right?  So bear
14  with me.  So let's assume for the purposes of this
15  question that Tavares was asphyxiated to the point
16  where he was unresponsive and unconscious prior to
17  the administration of Ativan.  And we know he was
18  placed in a recovery position prior to
19  administration.  And although before they
20  administered it, he did have a conscious moment --
21  we don't know whether it was reflexive or him coming
22  back to consciousness -- where his leg kicked, which
23  required EMS -- or prompted EMS, rather, to inject
24  him with Ativan.
25      So understanding those facts, you have EMS

Page 81

1  arrive and they provide him with the injection of
2  Ativan intramuscularly.  Isn't that the situation,
3  the exact scenario that is cautioned against in
4  administering Ativan because his respiratory
5  function is compromised at that point?  His
6  pulmonary reserves are limited, and injecting 4
7  milligrams of Ativan has a likely possibility of
8  causing a cardiopulmonary arrest?
9      MS. BARRANCO:  Object to form.
10      MR. KLOSS:  Object to form.  Predicate.
11  Improper hypothetical.
12    A  So this is a hypothetical?  Because I
13  don't -- I didn't see anything in my records about
14  him being unconscious before EMS arrived, and then
15  this being a reflexive kick that he had.  Is that a
16  hypothesis?
17    Q  (By Mr. Dulcie)  Do you have evidence that
18  he was conscious?
19    A  I believe he was speaking when they got
20  there.
21    Q  Did EMS speak with him?
22    A  I thought they did.
23    Q  I know what you thought.  Did you see any
24  evidence or testimony that said they spoke to
25  Tavares to assess mental status prior to the

Page 82

1  injection of Ativan?
2    A  I don't remember specifically.  I'd have
3  to rereview the --
4    Q  Let's assume they didn't.
5    A  Okay.
6    Q  Let's assume he was unresponsive up
7  until -- strike that.  Let's assume that he was
8  unresponsive once he was put in that recovery
9  position.  You agree with me he was placed in the
10  recovery position?
11    A  I didn't see that either.
12      MR. KLOSS:  Object to form.
13      MS. BARRANCO:  Object to the form.
14    Q  Well, let's assume that too.
15    A  Okay.
16    Q  And let's assume that he was unconscious
17  until the point that he had a kick, and we don't
18  know whether that kick was a conscious kick or a
19  reflexive kick or a kick that he was having a
20  seizure.  We don't have evidence of that.  Let's
21  just assume he was unresponsive until that kick.
22  And then we know at that point Ativan was then
23  shortly thereafter administered to him; correct?
24    A  Yes.
25      MR. KLOSS:  Object to form.

Page 83

1  Q   And so we know there's a struggle before
2  he was put in a recovery position, and let's assume
3  his respiratory function was compromised and at that
4  point his pulmonary reserves are low.  Do you
5  believe injecting 4 milligrams of ativan was
6  appropriate at that point considering those
7  contraindications?
8      MS. BARRANCO:  Object to form.
9      MR. KLOSS:  Object to form.
10     A   Well, again, you know, if the patient had
11 evidence of respiratory compromise, then absolutely,
12 yeah, I would say no, you shouldn't give a
13 benzodiazepine in that setting.
14     Q   (By Mr. Dulcie)  Do you know if Tavares
15 was stable or unstable prior to the administration
16 of ativan?
17     A   Do I know?
18     Q   Yes.
19     A   No, I don't.  I don't know.  I just have
20 the -- you know, the vital signs that the EMS had.
21     Q   All right.  Had the injection been into a
22 blood vessel, would that affect the time the drug
23 would have reacted with Tavares' body?
24     A   You mean if it was injected intravenous?
25     Q   Is it possible, if someone injects Ativan

www.phippsreporting.com
888-811-3408

Page 84

1  intramuscularly, to hit a blood vessel?
2      A   It's possible.
3      Q   All right.  And assuming they did hit a
4  blood vessel, would that change the onset of action
5  in Tavares' situation --
6      MR. KLOSS:  Object to form.
7      Q   -- if that was the case?
8      MR. KLOSS:  Object to form.
9      A   Yeah, direct intravenous administration of
10 Lorazepam has a faster onset of action, probably,
11 you know, ten to fifteen minutes versus the 30
12 minutes with IM.
13     Q   And when you mention -- excuse me.
14     A   And then I would just say that I believe
15 that the paramedic testified that he pulled back on
16 the syringe and didn't see any blood, so that would
17 indicate that he didn't hit a vessel.
18     Q   You say the onset of action takes ten to
19 fifteen or thirty minutes.  Are you saying that that
20 entire time that it has no effect on someone's
21 cardiovascular system in that time period?
22     A   In the ten or fifteen minutes of onset?
23     Q   Let's just say your opinion -- sorry.  Let
24 me make the question a little easier.  Your opinion
25 is it takes 30 minutes for the onset of 4 milligrams

www.phippsreporting.com
888-811-3408

Page 85

1  of Ativan; is that correct?
2      A   For sedation, yes.
3      Q   Okay.  So for sedation.  So in that time
4  span, how long does it take to affect the
5  cardiovascular system, or does it have no effect on
6  the cardiovascular system until he's completely
7  sedated at 30 minutes?
8      A   Well, I'm going to take a step back.  I
9  said for sedation, and I meant full sedation.  There
10 is, you know, as we described earlier, varying
11 degrees of sedation that occur.  It just doesn't,
12 you know, kind of happen.  It's somewhat of a
13 gradual onset with the IM administration.  The
14 cardiovascular effects, at least the cardiotoxic
15 effects, would occur -- should in most cases -- you
16 know, from what I'm aware, it's respiratory
17 depression and arrest, and then you would have,
18 obviously, the cardiovascular arrest after.  And so
19 you would see respiratory depression and then arrest
20 first, I believe, with toxicity of the
21 benzodiazepines.  And so you know, I think it would
22 probably be somewhat after the onset of sedation in
23 terms of seeing the more toxic effects.  Now, you
24 know, that could be, as I mentioned, faster with an
25 IV administration, which I think is what you had

www.phippsreporting.com
888-811-3408

Page 86

1  asked.
2      Q   My question was a little more specific.
3  Does it have any effect on the cardiovascular system
4  before 30 minutes?
5      A   Any effect on the cardiovascular system?
6      Q   Yes.
7      A   It may have some effect.  It's not --
8  benzodiazepine, their main effect, is not on the
9  cardiovascular system.  It's the central nervous
10 system.
11     Q   And the central nervous system controls
12 the cardiovascular system?  Is that an accurate
13 statement?
14     A   Yes, to a degree.
15     Q   All right.  So let me phrase it this way.
16 Does Ativan, 4 milligrams, injected intramuscularly
17 have any effect on the central nervous system, any
18 effect, before 30 minutes?
19     A   Yes.
20     MR. KLOSS:  Object to form.
21     Q   And how long does it take to have any
22 effect on the central nervous system?
23     A   I couldn't give you an exact number, but
24 again, if I go back to that study, which seems to
25 be, you know, the best evidence for onset of action

www.phippsreporting.com
888-811-3408

Page 87

```
1   in terms of, in this case, sedation, which you're
2   trying to get with the CNS effect, it was, you know,
3   30 minutes in those two studies.  As you mentioned,
4   you do have a range.  And that range went from 10,
5   so it's plus or minus 20 minutes, so you have a
6   range of 10 minutes to, you know, 50 minutes.
7        Q  If you don't mind, I'd like to take a
8   quick five-minute break.  I have to use the
9   restroom, and then we'll finish up afterwards.  All
10  right?
11       A  Uh-huh.
12       Q  All right.  Thanks.
13          (Recess from 10:09 a.m. to 10:15 a.m.)
14       Q  Back on the record.  Doctor, you
15  referenced the EMS records as something you relied
16  upon in coming to your conclusions; is that correct?
17       A  Yes.
18       Q  Do you have a copy of that in front of
19  you?
20       A  I don't.
21       Q  All right.  Well, again, I'll do my best
22  to explain what I'm looking at in the record.  And
23  assume what I'm representing to you is true based on
24  my reading of the record.  Now, on page 3 of the EMS
25  records, we have a timeline of treatment.  Do you
```

www.phippsreporting.com
888-811-3408

Page 88

```
1   recall seeing that?
2        A  Yeah.  I believe -- yes.
3        Q  And we have -- and I'm going to tell you
4   the time -- it was at 6:38 p.m., a pulse recorded at
5   110, regular and rapid, and a respiratory rate of
6   28.  Do you recall that at all?
7        A  Yes.
8        Q  Okay.  Do you know at that point in time
9   how they are measuring his heart rate and
10  respirations?
11       A  I don't.
12          MR. KLOSS:  Object to the form.
13       Q  So you don't know if that was done
14  manually, by hand, or by electronic monitoring; is
15  that correct?
16       A  That's correct.
17       Q  At 6:40 they note that the Ativan 4
18  milligrams was administered intramuscularly.  Does
19  that sound right to you, what you recall?
20       A  Yes.
21       Q  Okay.  And then at 6:43 they note zero
22  pulse.  Does that sound correct?
23          (A discussion was held off the record.)
24          (The record was read by the reporter.)
25       A  Oh, I'm sorry.  Yes.
```

www.phippsreporting.com
888-811-3408

Page 89

```
1        Q  We're back on.  Okay.  All right.  Do you
2   know how they're measuring his pulse at that point?
3        A  No, I don't.  Oh.  Well, they had a pulse
4   oximeter for the O2 saturation.
5        Q  At the same time; correct?
6        A  I believe so.
7        Q  Okay.  Do you know if that was placed
8   before or after his pulse was noted to be zero?
9        A  I think -- I don't know.  I don't know.
10  But -- I actually don't know.
11          MR. KLOSS:  Object to form, as well.
12       Q  So we have at 6:40 -- they note when they
13  gave the injection of Ativan that the patient
14  stopped being combative.  Does that not appear to
15  you that the administration of Ativan was taking
16  some effect on Tavares?
17          MR. KLOSS:  Object to form.
18       A  You know, it doesn't mean that he was
19  sedated.  Just that he's not kicking, is what I was
20  assuming that to mean.
21       Q  All right.  And in the times that I
22  referenced, there is a three-minute lapse from the
23  time of the injection to zero pulse noted; correct?
24       A  Yes.
25       Q  All right.  And I think you mentioned in
```

www.phippsreporting.com
888-811-3408

Page 90

```
1   earlier testimony that one does not go from
2   breathing to zero pulse and not breathing from the
3   administration of Ativan.  Is that accurate?
4        A  In three minutes?
5        Q  Sure.
6        A  Yes.
7        Q  Three minutes.
8        A  (Witness nods.)
9        Q  And typically there's a decrease in
10  respiration, right, before you would get to no
11  breathing, assuming Ativan was a cause of his
12  respiratory distress and ultimate cardiac arrest?
13       A  Yes.
14          MR. KLOSS:  Object to form.
15       A  That's what I said previously, yes.
16       Q  So it's certainly possible that he did not
17  go from breathing to not breathing or having a pulse
18  to no pulse automatically since there's a time
19  window of three minutes, where those respirations
20  could have decreased to the point where he would be
21  in respiratory distress and ultimately go into
22  cardiac arrest; correct?
23          MS. BARRANCO:  Object to form.
24          MR. KLOSS:  Object to form.
25       A  It's possible.
```

www.phippsreporting.com
888-811-3408

1    Q   (By Mr. Dulcie)  I think you also
2  referenced the EKG in your previous testimony as
3  being part of what you assess when determining that
4  he was pulseless and in asystole.  Is that accurate?
5    A   I think I was going by their report at
6  that point.  I didn't --
7    Q   Did you ever see -- excuse me.  You
8  finish.
9    A   I didn't actually see the EKG.  Or I don't
10  recall.
11    Q   That was my next question, yeah.  You were
12  never provided with any EKG findings?
13    A   Yeah, I don't believe I had the actual
14  recording.
15    Q   And in many of those studies -- I'll refer
16  back to the report and addendum.  In those studies
17  that you referenced, were those all controlled
18  studies?
19    A   You mean the two studies that I
20  specifically went through?
21    Q   Yes.
22    A   Well, let's see.  Let me refresh.  They
23  were -- yes, they were controlled in the fact
24  that -- not placebo-controlled, but they were
25  controlled in that they had a comparator.

1    Q   And did you find in your research any
2  studies of the effects of Ativan given to someone
3  who had contraindications for the drug?
4    A   Well, this study, you know, I think both
5  studies, the patients had alcohol ingestion, recent
6  alcohol ingestion, intoxication.
7    Q   Okay.  Besides the alcohol intoxication,
8  were there any other contraindications in any of
9  those patients in those studies?
10    A   I'd have to go back and look at the actual
11  description of the patients in terms of their
12  baseline characteristics.  But offhand, the one that
13  I focused on was alcohol ingestion.
14    Q   I find it hard to believe that someone who
15  was suffering from respiratory insufficiency, that
16  they would administer Ativan in a study, don't you
17  think?
18    MR. KLOSS:  Object to form.
19    A   Right.  Yes.
20    Q   Might be a little dangerous?
21    A   Right.
22    Q   Just so we're clear, Tavares was not under
23  the direct care and monitoring of physicians or
24  nurses in an ER setting when he was administered the
25  Ativan?

1    A   No.
2    Q   I have with me -- and you may or may not
3  have that in front of you -- some of the studies I
4  think you referenced in your initial report, one of
5  them being "Assessment and Emergency Management of
6  the Acutely Agitated and Violent Adult."  Do you
7  recall that publication?
8    A   What reference number was that?
9    Q   Give me a second.  I'll pull it up.  I
10  might be mistaken.  This might be in the addendum.
11  Sorry, reference number 2 in the addendum.  I
12  apologize.
13    A   Okay.
14    Q   Okay.  In that, it mentions, "When
15  administering benzodiazepine, because it causes
16  respiratory depression, clinicians must be vigilant
17  about monitoring the respiratory function of
18  patients receiving benzodiazepines."
19    Do you agree with that statement?
20    A   Yes.
21    Q   And we know in this case -- or are you
22  aware in this case that there was no electronic
23  monitoring hooked up to Tavares until after the
24  administration of Ativan and he was found not to be
25  breathing?

1    MR. KLOSS:  Object to form.
2    A   Yeah, I wasn't aware of that.
3    Q   You would agree that that's not vigilant
4  monitoring before receiving a benzodiazepine?
5    MR. KLOSS:  Object to form.
6    Q   Right?
7    A   Well, it may not have been possible if the
8  patient was jerking around.  So you know, I don't
9  know.
10    Q   In that same study, they have a chart and
11  I don't think you have a copy in front of you;
12  correct?
13    A   That's correct.
14    Q   All right.  I'll do my best to explain.
15  Do you recall seeing a chart in that study?  I don't
16  know how familiar you are with that.
17    A   Yes, I do remember seeing the chart.
18    Q   Kind of like a flow chart, excuse me.
19  Yeah.  And it goes down and says, "Rapid sedation
20  needed," and then it branches off, yes or no, and
21  let's just focus on the yes part.  And it says,
22  "chemical restraint," and then it has five
23  categories.  Do you recall that somewhat?
24    A   Yes.
25    Q   Okay.  And of those five categories --

Page 95

1    I'll go through them -- one is severely violent
2    patient, the second category is intoxication with
3    central nervous stimulant.  The third category is
4    intoxication with CNS depressant; example:  Ethanol,
5    alcohol.  The fourth category is known psychotic
6    psychiatric disorder.  And the last one is
7    cooperative patient.  Does that sound familiar?
8        A   Yes.  Sounds familiar.
9        Q   Okay.  And underneath those categories
10   they have several types of dosage and types of
11   benzodiazepines that should be used under those
12   situations; is that correct?
13       A   Yes.
14       Q   Assuming that we know he had alcohol in
15   his system, which is a depressant, no evidence of
16   any stimulants, which we know via tox report; so I'm
17   going to focus on severely violent patient, the
18   first category, assuming that he was violent and
19   agitated, which precipitated the use of Ativan; and
20   I'm going to focus on the second category or third
21   category, but second level discussed, intoxication
22   with CNS depressant.  Okay?
23       A   Okay.
24       Q   All right.  In that first category,
25   severely violent patient, they have no indication or

Page 96

1    no recommendations to provide Lorazepam at any point
2    in time.  Are you aware of that?
3        A   I trust that -- I'd have to look at it,
4    but...
5        Q   You trust the document; right?
6        A   Yes.
7        Q   All right.  And in fact, it only says with
8    regard to Lorazepam that Haloperidol, 5 milligrams
9    intramuscularly or intravenously, should be provided
10   with Lorazepam, 2 milligrams, titrated as needed.
11   That's the only reference there.  Are you aware of
12   that?
13       A   You know, I can't remember it that
14   specifically.
15       Q   All right.  And then I'm looking at
16   intoxication with a CNS depressant, for example,
17   alcohol, which we know Tavares had alcohol in his
18   system.  And in that category they do not recommend
19   Lorazepam as a chemical restraint.  Are you aware of
20   that?
21       A   It didn't -- I'm sorry, denied?
22       Q   It did not recommend Lorazepam as a
23   chemical restraint in those types of patients.
24       A   Yeah, I -- again, I'd have to look at it,
25   but I'll say if that's what you're seeing.

Page 97

1        Q   All right.  Can you tell me why in
2    severely violent patients and in patients who have
3    CNS depressant, such as alcohol, do you not
4    recommend 4 milligrams of Lorazepam intramuscularly?
5        MR. KLOSS:  Object to form.
6        A   You know, I'm not exactly sure, because
7    that same document that you're referencing in the
8    text, not in the -- perhaps not in the algorithm,
9    but in the text, did recommend that patients -- that
10   agitated patients from drug intoxication of
11   withdrawal or patients with undifferentiated
12   agitation, meaning you're not sure why they're
13   agitated, be administered benzodiazepines over an
14   antipsychotic and that's due to the safety of the
15   benzos versus the antipsychotic.  If the patient had
16   underlying cardiovascular disease, the antipsychotic
17   would be more dangerous.
18       Q   So it seems to somewhat contradict itself
19   in that area.
20       A   Yeah.  Yeah.
21       Q   I'm looking at your addendum again, your
22   third point.  The onset of action of Lorazepam
23   administered intramuscularly.  I read the paragraph,
24   I'm assuming it's the opinions we discussed earlier
25   in today's deposition about how -- its onset of

Page 98

1    action and all that; is that correct?
2        A   Yes.
3        Q   The rate of administration?  All right.
4    And those opinions are unchanged as we sit here
5    today?
6        A   Yes.
7        Q   You mentioned briefly speculatively that
8    Tavares Docher might have suffered a vasovagal
9    response.  Does that sound familiar?
10       A   Yeah.
11       Q   Okay.  And would a vasovagal response be
12   stimulated by asphyxiation?
13       A   Well, you know, again, I'm not a
14   physician.
15       MR. KLOSS:  Object to form.
16       A   It's outside of my scope.  But yeah,
17   possibly.
18       Q   With regard to the onset of action for
19   Ativan, specifically 4 milligrams administered
20   intramuscularly, is it your opinion that the onset
21   of respiratory depression, respiratory arrest,
22   hypotension, and/or cardiac arrest would not occur
23   until at least 30 minutes or a general average of 30
24   minutes?
25       A   It would -- yes.  My opinion, it would be

## Page 99

1  longer than three minutes.
2     Q   And again, you're assuming the timing of
3  events is accurate based on the EMS report and
4  testimony that you reviewed; correct?
5     A   Yes.
6     Q   I might be finished.  Just give me a few
7  minutes to check my notes.
8         A few questions just on your testimony in
9  your expert work.  How much of your time is spent,
10  in percentage, in a given year for expert versus
11  nonexpert work?
12     A   Probably 1 percent.  Not a significant
13  amount.
14     Q   One percent expert work?
15     A   Yeah.  You're talking about my regular
16  work versus --
17     Q   Correct.
18     A   Yeah.  Yeah, no more than 1 percent of
19  my -- let's see.  What is 1 percent of -- I'm trying
20  to calculate.  You know, certainly less than 5
21  percent.  How about that?
22     Q   Fair to say you spend more time in the
23  setting as a pharmacologist and work setting versus
24  doing expert testimony --
25     A   Yes.

## Page 100

1     Q   -- or review?
2     A   Yes.
3     Q   And have you ever been hired by this law
4  firm before?
5     A   Your law firm?  Or this law firm?
6     Q   The law firm that hired you.
7     A   I think I have once, because I worked with
8  Julie Tyk before.  I'm not sure if it was the same
9  law firm.
10         THE WITNESS:  Jim, do you know?  I'm
11  not --
12         MR. KLOSS:  It may or may not have been
13  the same law firm, actually.  And it depends how
14  long ago it was.
15     Q   (By Mr. Dulcie)  How often have you been
16  hired in police custody type cases, if you know?
17     A   This is the first one.
18         MR. DULCIE:  That's all the questions I
19  have, Doctor.  I appreciate your time.
20         THE WITNESS:  Thank you.
21         MS. BARRANCO:  I have no questions for the
22  doctor today.  Thank you.
23         MR. KLOSS:  I just have one or two.
24
25

## Page 101

1                    EXAMINATION
2  BY MR. KLOSS:
3     Q   Doctor, speaking of being hired by my law
4  firm, you were retained to give your opinions on the
5  pharmacokinetic and pharmacodynamic effects of
6  Ativan; is that correct?
7     A   Yes.
8     Q   You were not retained to give testimony as
9  to the causation or standard of care of paramedics;
10  correct?
11     A   That's correct.
12         MR. KLOSS:  That's all I have.  Thank you.
13         THE REPORTER:  Reading and signing?
14         MR. KLOSS:  We'll read.
15         (The deposition concluded at 10:40 a.m.)
16
17
18
19
20
21
22
23
24
25

## Page 102

1          IN THE UNITED STATES DISTRICT COURT
2            SOUTHERN DISTRICT OF FLORIDA
3  TAVARES DOCHER, by and through JANICE
   DOCHER-NEELEY, his mother and legal
4  guardian,
5          Plaintiff,
6  vs.         NO: 2:16cv14413
7  CHRISTOPHER NEWMAN, individually, et
   al.,
8
9          Defendants.
10          REPORTER'S CERTIFICATE
11     I, MARY ABERNATHY SEAL, New Mexico CCR
   #69, DO HEREBY CERTIFY that on September 28, 2017,
12  the Deposition of JOE R. ANDERSON, PHARMD., was
   taken before me at the request of, and sealed
13  original thereof retained by:
14     Attorney for the Plaintiff
       Mr. Jordan A. Dulcie
15  SEARCY, DENNEY, SCAROLA, BARNHART &
   SHIPLEY, P.A.
16  2139 Palm Beach Lakes Boulevard
   West Palm Beach, Florida 33409
17
       I FURTHER CERTIFY that copies of this
18  Certificate have been mailed or delivered to all
   Counsel, and parties to the proceedings not
19  represented by counsel, appearing at the taking of
   the Deposition.
20
       I FURTHER CERTIFY that examination of this
21  transcript and signature of the witness was required
   by the witness and all parties present.
22  On_____ a letter was mailed or delivered to Mr.
   James M. Kloss regarding obtaining signature of the
23  witness, and corrections, if any, were appended to
   the original and each copy of the Deposition.
24
25

Page 103

1   I FURTHER CERTIFY that the recoverable
cost of the original and one copy of the Deposition,
2   including exhibits, to Mr. Jordan Dulcie is
$_____.
3
I FURTHER CERTIFY that I did administer
4   the oath to the witness herein prior to the taking
of this Deposition; that I did thereafter report in
5   stenographic shorthand the questions and answers set
forth herein, and the foregoing is a true and
6   correct transcript of the proceeding had upon the
taking of this Deposition to the best of my ability.
7
I FURTHER CERTIFY that I am neither
8   employed by nor related to nor contracted with
(unless excepted by the rules) any of the parties or
9   attorneys in this case, and that I have no interest
whatsoever in the final disposition of this case in
10  any court.
11
12
13  _____
Mary Abernathy Seal
Phipps Reporting, INC.
14  NM Certified Court Reporter #69
License Expires: 12/31/17
15
(8840L) MAS
16  Date taken:  September 28, 2017
Proofread by:  RM
17
18
19
20
21
22
23
24
25

**www.phippsreporting.com**
**888-811-3408**

---

Page 104

1   DOCHER v. NEWMAN, et al.
2   WITNESS SIGNATURE/CORRECTION PAGE
3   If there are any typographical errors to
your deposition, indicate them below:
4
5   PAGE  LINE
6   _____  Change to _____
7   _____  Change to _____
8   _____  Change to _____
9   _____  Change to _____
10  Any other changes to your deposition are
to be listed below with a statement as to the reason
11  for such change.
12  PAGE  LINE  CORRECTION       REASON FOR CHANGE
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  I, JOE R. ANDERSON, PHARMD., do hereby
certify that I have read the foregoing pages of my
20  testimony as transcribed and that the same is a true
and correct transcript of the testimony given by me
21  in this deposition on September 28, 2017, except for
the changes made.
22
23  _____   _____
Date Signed       JOE R. ANDERSON, PHARMD.
24
(8840L) MAS Proofread by:  RM
25

**www.phippsreporting.com**
**888-811-3408**

**A**

**a.m** 50:12 87:13
 87:13 101:15
**Abernathy**
 50:18 102:11
 103:13
**ability** 62:10
 63:6,22 103:6
**able** 64:17,18
**absolute** 73:11
**absolutely** 66:16
 83:11
**absorbed** 57:11
 58:18,21 59:7
 59:16 76:22
 77:4,8,11,14
**absorption**
 57:13,18,19
 58:1,9 60:8
 76:24 77:7,18
 78:3,10
**accurate** 86:12
 90:3 91:4 99:3
**acidosis** 74:9
**acronym** 71:15
**action** 57:15
 58:11,15,23
 59:18 60:4,8
 60:13 61:5
 68:7 70:20
 77:1,5 78:7,10
 78:23 84:4,10
 84:18 86:25
 97:22 98:1,18
**actual** 91:13
 92:10
**acute** 73:9
**Acutely** 93:6
**addendum**
 67:14,20,21
 71:18 91:16
 93:10,11 97:21
**additive** 79:24
**addressed** 67:24
**adequately**
 72:18

**administer**
 58:14,17,20
 62:11,21 63:7
 63:23 64:7,15
 64:20 66:13
 78:13 92:16
 103:3
**administered**
 57:10 62:7
 68:8 69:7
 77:14,22,25
 79:25 80:20
 82:23 88:18
 92:24 97:13,23
 98:19
**administering**
 64:11,12 79:16
 81:4 93:15
**administration**
 52:24 56:4,11
 58:10 60:7
 62:6 67:23
 68:8 75:10
 76:12,13,21
 80:4,17,19
 83:15 84:9
 85:13,25 89:15
 90:3 93:24
 98:3
**Adult** 93:6
**adults** 72:8
**affect** 57:13 58:9
 60:7,9,19,25
 78:22 83:22
 85:4
**agent** 71:24
**agents** 72:3
**agitated** 60:18
 61:7 68:1,11
 68:16 71:21
 93:6 95:19
 97:10,13
**agitation** 79:10
 97:12
**ago** 100:14
**agree** 69:13
 70:10 71:3

73:21 76:19,22
 77:22 79:19
 80:1,9 82:9
 93:19 94:3
**ahead** 54:23
 75:24
**al** 50:7 102:7
 104:1
**Albuquerque**
 50:13
**alcohol** 53:10
 74:16 75:13
 80:1 92:5,6,7
 92:13 95:5,14
 96:17,17 97:3
**algorithm** 97:8
**allergy** 73:5,6
**amount** 54:16
 77:20 79:10
 99:13
**analyzes** 70:8
**and/or** 68:24
 79:18 98:22
**Anderson** 50:11
 51:16 52:1,6
 102:12 104:19
 104:23
**answer** 73:25
**answered** 64:23
**answers** 103:5
**antipsychotic**
 70:3 97:14,15
 97:16
**antipsychotics**
 68:24 69:16
 72:1
**anybody** 65:3
**apnea** 73:10
**apologize** 93:12
**appear** 70:6
 89:14
**appearing**
 102:19
**appended**
 102:23
**appreciate** 75:7
 100:19

**appropriate**
 72:7 78:24
 83:6
**approved** 73:2
 76:8
**area** 97:19
**arrest** 52:16,20
 56:7,16 74:24
 79:19 81:8
 85:17,18,19
 90:12,22 98:21
 98:22
**arrive** 81:1
**arrived** 81:14
**arriving** 53:3
**articles** 69:22
**asked** 53:15
 64:22 86:1
**asphyxiated**
 80:15
**asphyxiation**
 98:12
**assess** 81:25
 91:3
**Assessment** 93:5
**associated** 75:6
**assume** 80:12,14
 82:4,6,7,14,16
 82:21 83:2
 87:23
**assuming** 56:13
 84:3 89:20
 90:11 95:14,18
 97:24 99:2
**asystole** 91:4
**ativan** 52:15,24
 56:4,12,15
 57:6 60:13
 62:6,11 63:8
 63:24 64:4,21
 65:4,11 67:23
 69:7 74:3,19
 75:10 76:10
 77:25 78:13
 79:16,22 80:5
 80:17,24 81:2
 81:4,7 82:1,22

83:5,16,25
 85:1 86:16
 88:17 89:13,15
 90:3,11 92:2
 92:16,25 93:24
 95:19 98:19
 101:6
**Attorney** 50:17
 102:14
**attorneys** 103:9
**authored** 67:15
**authoring** 54:9
**authoritative**
 76:11
**authority** 62:25
**automatically**
 90:18
**Avenue** 51:12
**average** 67:9
 98:23
**aware** 72:12
 75:8 85:16
 93:22 94:2
 96:2,11,19

**B**

**back** 62:25 65:5
 80:22 84:15
 85:8 86:24
 87:14 89:1
 91:16 92:10
**BARNHART**
 51:3 102:15
**BARRANCO**
 51:7,8 56:8,18
 57:7,9 81:9
 82:13 83:8
 90:23 100:21
**barrier** 59:12,17
 59:22,24 60:3
**based** 52:25
 56:23 57:1
 71:14 72:2
 87:23 99:3
**baseline** 92:12
**Beach** 51:4,5
 102:16,16

**bear** 80:13
**bearing** 56:5,15
  60:12
**believe** 56:25
  67:18,19 68:23
  73:18 74:10
  78:6 81:19
  83:5 84:14
  85:20 88:2
  89:6 91:13
  92:14
**believed** 75:11
  75:13
**benzo** 66:5
**benzodiazepine**
  57:23 59:18
  60:7 66:3
  70:16 83:13
  86:8 93:15
  94:4
**benzodiazepines**
  57:24 58:3
  59:20 62:25
  65:16,17,24
  68:1,10,25
  70:3,22 71:25
  73:5,7 79:23
  85:21 93:18
  95:11 97:13
**benzos** 69:16
  71:19 97:15
**best** 52:11 53:17
  76:17 86:25
  87:21 94:14
  103:6
**bigger** 78:7
**binding** 57:21
**binds** 59:2
**bioavailability**
  77:9
**bit** 58:19,24
  59:7 76:8
**blood** 53:4 55:16
  56:12 59:6,13
  75:18 83:22
  84:1,4,16
**blood-brain**

59:12,16,22,24
  60:2
**bloodstream**
  58:19,22 59:8
  77:13,15
**board** 68:19
**body** 57:12 58:9
  60:13 83:23
**Boulevard** 51:4
  51:8 102:16
**bound** 59:4
**brain** 59:13,17
**branches** 94:20
**brand** 59:21
**break** 52:10
  87:8
**breathing** 90:2,2
  90:11,17,17
  93:25
**briefly** 54:5 98:7

**C**

**C** 51:1
**calculate** 99:20
**called** 68:24
**calm** 60:17
**capable** 80:8
**car** 55:11,12
**cardiac** 79:19
  90:12,22 98:22
**cardiopulmon...**
  52:16,20 56:6
  56:16 81:8
**cardiotoxic**
  85:14
**cardiovascular**
  60:11 66:8
  84:21 85:5,6
  85:14,18 86:3
  86:5,9,12
  97:16
**care** 71:11 92:23
  101:9
**case** 53:20 54:3
  58:14 59:1
  67:17 75:8
  77:13 84:7

87:1 93:21,22
  103:9,9
**cases** 85:15
  100:16
**categories** 94:23
  94:25 95:9
**category** 95:2,3
  95:5,18,20,21
  95:24 96:18
**causation** 101:9
**cause** 52:16 56:6
  90:11
**caused** 56:15
**causes** 93:15
**causing** 81:8
**caution** 79:15
**cautioned** 81:3
**CCR** 50:18
  102:11
**cell** 53:20,21,23
**central** 79:24,25
  80:8 86:9,11
  86:17,22 95:3
**certain** 55:18
  70:15 72:10,11
  74:15
**certainly** 56:10
  78:4 90:16
  99:20
**Certificate**
  51:19 102:10
  102:18
**certified** 68:19
  103:14
**certify** 102:11
  102:17,20
  103:1,3,7
  104:19
**change** 56:21
  84:4 104:6,7,8
  104:9,11,12
**changes** 104:10
  104:21
**characteristics**
  92:12
**chart** 94:10,15
  94:17,18

**check** 99:7
**chemical** 68:1
  68:10 71:20
  94:22 96:19,23
**choice** 71:2,5
**cholesterol**
  59:14
**CHRISTOPH...**
  50:7 102:7
**chronic** 65:14
  66:2,10
**circulation**
  77:21
**cite** 68:23
**citing** 68:18
**CIVIL** 50:15
**clear** 52:14,22
  52:23 61:22
  67:20 92:22
**clinical** 61:25
  62:2 63:14
  64:9 65:10
  66:14 73:20
**clinically** 63:6
  63:23 64:3,19
  65:2,8
**clinician** 63:1
**clinicians** 93:16
**closed** 54:19
**closer** 53:13
**CNS** 87:2 95:4
  95:22 96:16
  97:3
**colleagues** 67:2
**combative** 89:14
**combination**
  66:4 72:4
**comes** 66:14
**coming** 68:20
  69:25 80:21
  87:16
**common** 60:16
**comparator**
  91:25
**compared** 57:23
  58:2 59:19
  60:4

**completely**
  76:21 77:3,15
  85:6
**compromise**
  83:11
**compromised**
  60:12 81:5
  83:3
**concerned** 80:5
**concluded**
  101:15
**conclusion**
  68:21
**conclusions** 70:1
  71:1 87:16
**condition** 60:6,9
**confused** 64:2
**conscious** 80:20
  81:18 82:18
**consciousness**
  80:22
**considering** 83:6
**consult** 68:19
**continuation**
  52:8
**contracted**
  103:8
**contradict** 97:18
**contraindicated**
  65:18 68:14
  71:19
**contraindicati...**
  68:16 74:5,10
  74:11 75:5
**contraindicati...**
  63:8,14,25
  64:4,16 65:3
  65:11 68:5
  72:21,23,25
  73:11,13,16,18
  73:21 74:2,18
  74:21 75:9
  83:7 92:3,8
**contributory**
  52:19
**controlled** 72:18
  91:17,23,25

**controls** 86:11
**cooperative** 95:7
**copies** 102:17
**copy** 76:15
    87:18 94:11
    102:23 103:1
**correct** 52:17,20
    53:4,8,10
    60:23 61:1,16
    61:22,23 62:3
    62:7,12 64:13
    64:14 66:15
    67:5,12 69:2,5
    69:10 71:21
    72:9 73:14
    75:19 82:23
    85:1 87:16
    88:15,16,22
    89:5,23 90:22
    94:12,13 95:12
    98:1 99:4,17
    101:6,10,11
    103:6 104:20
**CORRECTION**
    104:12
**corrections**
    102:23
**correctly** 55:13
**cost** 103:1
**counsel** 102:18
    102:19
**couple** 68:17
**course** 54:2
    59:25
**court** 50:1 53:12
    62:15 102:1
    103:10,14
**CRR** 50:18
**custody** 100:16
**cut** 62:13

————— D —————
**D** 51:15
**dangerous** 74:22
    92:20 97:17
**data** 70:25
**Date** 103:16

104:23
**deadly** 66:6
**decision** 66:13
**decision-maki...**
    79:5
**decrease** 90:9
**decreased** 58:1
    90:20
**Defendant** 51:6
    51:10
**Defendants** 50:9
    102:9
**definitely** 55:24
    71:3
**definitive** 71:1
**degree** 86:14
**degrees** 61:6,17
    85:11
**delivered** 77:20
    102:18,22
**demonstrate**
    70:21
**denied** 96:21
**DENNEY** 51:3
    102:15
**department**
    69:9 72:9
**departments**
    69:2,18 70:5
**depend** 79:2
**depends** 100:13
**depicted** 55:7
**deposition** 50:11
    50:15 52:9
    97:25 101:15
    102:12,19,23
    103:1,4,6
    104:3,10,21
**depressant** 95:4
    95:15,22 96:16
    97:3
**depressants** 80:1
**depression**
    74:23 79:24
    80:9 85:17,19
    93:16 98:21
**Deputies** 51:6

**described** 85:10
**description**
    92:11
**determination**
    64:19
**determine** 70:19
**determining**
    91:3
**diazepam** 60:1
**DICKER** 51:12
**dictates** 57:14
**difference** 63:21
**diffuses** 59:11
**direct** 58:24
    84:9 92:23
**directly** 59:5
**disagree** 63:10
    63:12
**discussed** 95:21
    97:24
**discussion** 53:16
    65:21 88:23
**disease** 97:16
**disorder** 95:6
**disposition**
    103:9
**distress** 90:12,21
**distributed**
    58:23
**DISTRICT** 50:1
    50:2 102:1,2
**disturbance**
    74:8
**Docher** 50:3
    52:7 53:2
    55:25 56:3,10
    69:6 98:8
    102:3 104:1
**Docher's** 52:16
**DOCHER-NE...**
    50:3 104:3
**doctor** 53:19
    57:9 72:22
    87:14 100:19
    100:22 101:3
**document** 96:5
    97:7

**documents**
    53:18 54:12
**doing** 99:24
**dosage** 78:17,22
    80:4,7 95:10
**dosage-depen...**
    78:1
**dose** 77:11,21
    78:4,5,7,9,24
    79:12,13
**Dr** 52:6
**drug** 59:10
    60:16,18 62:7
    63:9,25 66:13
    76:10 77:9
    83:22 92:3
    97:10
**drugs** 59:15 71:2
    77:17
**due** 97:14
**dues** 72:6
**Dulce** 52:7
**Dulce's** 53:13
**Dulcie** 50:16
    51:3,17 52:5
    53:17,18 56:22
    62:15,23 81:17
    83:14 91:1
    100:15,18
    102:14 103:2
**duly** 52:2
**duration** 60:4
**duress** 56:3,11
    56:14 57:4,16

————— E —————
**E** 51:1,1,8,15
**earlier** 59:10
    78:19 85:10
    90:1 97:24
**easier** 84:24
**EDELMAN**
    51:12
**effect** 52:19 57:6
    60:12 61:13
    76:25 84:20
    85:5 86:3,5,7,8

86:17,18,22
    87:2 89:16
**effective** 70:22
**effects** 78:4
    85:14,15,23
    92:2 101:5
**either** 57:16
    82:11
**EKG** 91:2,9,12
**electronic** 88:14
    93:22
**ELSER** 51:12
**emergency**
    60:17 68:20
    69:1,9,17 70:5
    70:23 72:8
    93:5
**employed** 103:8
**EMS** 53:2,11
    76:4 80:23,23
    80:25 81:14,21
    83:20 87:15,24
    99:3
**entire** 84:20
**ER** 61:25 92:24
**errors** 104:3
**et** 50:7 102:7
    104:1
**Ethanol** 95:4
**evaluate** 70:15
**events** 99:3
**evidence** 72:14
    81:17,24 82:20
    83:11 86:25
    95:15
**evidence-based**
    71:13
**exact** 81:3 86:23
**exactly** 55:18
    76:18 97:6
**examination**
    51:16,17,18
    52:4 101:1
    102:20
**example** 65:13
    95:4 96:16
**excepted** 103:8

excuse 53:25
75:24 84:13
91:7 94:18
exhibits 103:2
exist 70:2 74:19
experience
61:25 62:3,10
63:6,22 64:9
64:12
expert 99:9,10
99:14,24
Expires 103:14
explain 57:3
87:22 94:14
explaining 58:4
explicitly 73:19
extreme 79:15

**F**

facilities 69:1,17
70:4
facility 69:7
fact 91:23 96:7
factors 58:8,10
facts 52:23 53:1
80:12,25
fair 63:5 64:15
99:22
fairly 65:12 74:1
77:16
familiar 94:16
95:7,8 98:9
far 80:4
fast 57:25 58:11
59:22
faster 78:7 84:10
85:24
fat 59:11,15,23
fats 59:14
fatty 59:12
FDA 73:2,19
76:8,8 79:14
80:5
FEDERAL
50:15
fifteen 61:11
84:11,19,22

final 103:9
find 71:18 75:3
92:1,14
findings 91:12
finish 87:9 91:8
finished 99:6
Fire 51:10
firm 100:4,5,5,6
100:9,13 101:4
first 52:2 53:1
54:9 63:1
66:17 85:20
95:18,24
100:17
five 94:22,25
five-minute 87:8
flaws 69:24
floor 66:9
Florida 50:2
51:5,9,13
102:2,16
flow 94:18
focus 94:21
95:17,20
focused 92:13
following 74:2
76:20
follows 52:3
foregoing 103:5
104:19
form 56:8,18
57:7 60:21
62:18 63:11
64:1,22 69:15
70:11 75:12
78:15,25 79:8
81:9,10 82:12
82:13,25 83:8
83:9 84:6,8
86:20 88:12
89:11,17 90:14
90:23,24 92:18
94:1,5 97:5
98:15
Fort 51:9
forth 103:5
found 61:4,4

93:24
fourth 95:5
frame 57:1
front 55:12
76:15 87:18
93:3 94:11
full 54:16 61:12
61:19 66:23
85:9
function 81:5
83:3 93:17
FURTHER
102:17,20
103:1,3,7

**G**

gastrointestinal
58:18
general 58:13
98:23
generally 77:14
78:17
getting 66:12
GIUFFREDA
51:8
give 66:3,25
73:12 77:9,16
77:17 78:23
79:12 83:12
86:23 93:9
99:6 101:4,8
given 66:4 92:2
99:10 104:20
glaucoma 73:9
glycol 73:7
go 52:25 54:23
56:6 59:5,21
61:8 73:17,23
75:3,24 79:4
86:24 90:1,17
90:21 92:10
95:1
goes 94:19
going 52:25
57:13 59:5,6
59:15 68:9
69:23 73:17,22

77:8 80:12
85:8 88:3 91:5
95:17,20
good 79:1,5,12
gradual 61:10
85:13
grainy 54:20
55:2
great 55:23
ground 55:14
guardian 50:4
102:4
guess 64:2 71:16
78:21
guide 71:5,13
guidelines 68:17
69:20,21 70:25
71:4,7,9,12,14
71:23 72:6,13
72:15 78:19

**H**

Haloperidol
96:8
hand 88:14
hand-held 55:1
hang 59:6
hangs 60:3
happen 66:7,11
85:12
happens 65:12
hard 53:14
92:14
head 53:4,7
56:13,13 57:5
57:12,17 74:14
75:15,17,19
health 71:11
healthcare 71:12
hearing 53:14
heart 88:9
held 53:16 65:21
88:23
helps 73:25
Hi 52:6
higher 78:9,9,10
highly 57:25

hired 100:3,6,16
101:3
hit 84:1,3,17
honestly 54:21
hooked 93:23
hydrophilic
57:23 59:23
60:2
hydrophilicity
59:9
hypotension
98:22
hypothesis
81:16
hypothetical
81:11,12
hypoventilation
79:18
Hypoxemia
74:12
hypoxic 79:19

**I**

identified 73:19
73:20
ill 79:16
IM 68:8 77:17
84:12 85:13
important 70:2
Improper 81:11
including 58:13
103:2
indicate 84:17
104:3
indication 95:25
individual 55:10
55:13,25
individualizat...
80:6
individually
50:7 102:7
individuals 64:3
65:13 73:4
74:20
induce 79:3
ineffective 61:15
influence 53:10

**information**
71:5 73:1 76:9
76:10
**ingestion** 92:5,6
92:13
**initial** 63:20
75:1 93:4
**inject** 80:23
**injectable** 79:23
**injected** 77:19
83:24 86:16
**injecting** 81:6
83:5
**injection** 58:25
73:8 79:16,22
81:1 82:1
83:21 89:13,23
**injects** 83:25
**inpatient** 69:6
69:17 72:8
**inpatients** 69:1
70:4
**insert** 76:8
**insufficiency**
74:4 75:22
92:15
**insufficient**
70:25 71:5
**interest** 103:9
**intoxication**
74:16 92:6,7
95:2,4,21
96:16 97:10
**intramuscular**
76:20
**intramuscularly**
57:11 58:21
62:6,7 72:7
76:20 77:20,25
78:14 81:2
84:1 86:16
88:18 96:9
97:4,23 98:20
**intravenous**
58:24 83:24
84:9
**intravenously**

58:14 96:9
**issues** 67:17
**IV** 85:25
———————
**J**
JAD@searcyl...
51:5
**James** 51:11
102:22
james.kloss@...
51:13
**JANICE** 50:3
102:3
**jerking** 94:8
**Jim** 100:10
**JOE** 50:11
51:16 52:1
102:12 104:19
104:23
**Join** 56:20 57:8
90:17,21 81:23
**JOLLY** 51:8
**Jordan** 50:16
51:3 52:6
102:14 103:2
**Julie** 100:8
**jury** 58:5,6
———————
**K**
**kick** 81:15 82:17
82:18,18,19,19
82:21
**kicked** 80:22
**kicking** 89:19
**kind** 55:12 59:6
62:13 79:12
85:12 94:18
**Kingdom** 71:10
**Kloss** 51:11,18
53:12 56:20
57:8 60:21
62:18 63:11
64:1,22 69:15
70:11 75:12
78:15,25 79:8
81:10 82:12,25
83:9 84:6,8
86:20 88:12

89:11,17 90:14
90:24 92:18
94:1,5 97:5
98:15 100:12
100:23 101:2
101:12,14
102:22
**kneeling** 56:1
**know** 52:10,25
53:2 54:5,17
55:11,24 56:12
61:2,2,6,7,12
64:25 65:12,14
65:25,25 66:4
69:21 70:20
73:2 75:21,23
75:25,25 77:13
77:16 78:16
79:1,2,2,6,11
80:17,21 81:23
82:18,22 83:1
83:10,14,17,19
83:20 84:11
85:10,12,16,21
85:24 86:25
87:2,6 88:8,13
89:2,7,9,9,10
89:18 92:4
93:21 94:8,9
94:16 95:14,16
96:13,17 97:6
98:13 99:20
100:10,16
**known** 52:15
53:9 73:5 95:5
———————
**L**
**laceration** 57:16
75:16
**lacerations** 53:6
**Lakes** 51:4
102:16
**lapse** 89:22
**Lauderdale** 51:9
**law** 100:3,5,5,6
100:9,13 101:3
**layman's** 58:5

**lead** 74:23
**leaves** 70:5
**led** 72:14
**left** 52:11
**leg** 80:22
**legal** 50:3 102:3
**let's** 72:20 80:14
82:4,6,7,14,16
82:20 83:2
84:23 91:22
94:21 99:19
**letter** 102:22
**level** 95:21
**License** 103:14
**likes** 59:11,23
**Likewise** 58:20
**limitations**
69:13,21,22
70:2 78:2
**limited** 79:17
81:6
**LINE** 104:5,12
**lipids** 59:14
**lipophilic** 59:10
**lipophilicity**
57:21 59:10
**list** 71:25 73:17
**listed** 72:25
73:15 104:10
**literature** 68:15
71:14,23 78:9
78:18
**little** 57:3 58:19
58:24 59:7,23
64:2,24 76:8
84:24 86:2
92:20
**LLP** 51:12
**long** 85:4 86:21
100:14
**longer** 60:3,4
67:11 99:1
**look** 54:7 76:7
92:10 96:3,24
**looked** 54:5 55:1
55:22
**looking** 53:18

54:6 56:2 61:3
67:1 87:22
96:15 97:21
**Lorazepam**
52:15 58:13
59:1,19 60:15
61:14 67:25
68:5,7,10,13
70:16,20 71:19
72:7,21,24
76:21 77:19,20
84:10 96:1,8
96:10,19,22
97:4,22
**lot** 55:3 60:3,4
66:9 71:23
77:17
**low** 83:4
**lowest** 78:24
**Lucie** 51:10
———————
**M**
**M** 51:7,11
102:22
**mailed** 102:18
102:22
**main** 86:8
**Management**
93:5
**manes** 58:5
**manually** 88:14
**Mary** 50:18
102:11 103:13
**MAS** 50:22
103:15 104:24
**matter** 52:8
57:12
**mean** 55:11
61:17 62:23
67:4,7,11 77:2
83:24 89:18,20
91:19
**meaning** 97:12
**means** 59:4,11
70:23 77:6,24
**meant** 85:9
**measuring** 88:9

89:2
**medically** 62:10
  63:7,23
**medication**
  56:25 57:14,15
  57:22,22 58:9
  58:12,25 59:2
  71:6 73:8
**medications**
  58:12 80:8
**memory** 55:22
**mental** 69:1,17
  70:4 81:25
**mention** 74:25
  84:13
**mentioned**
  66:18 67:15,19
  85:24 87:3
  89:25 98:7
**mentions** 77:19
  93:14
**Metabolic** 74:8
**metabolized**
  77:10
**Mexico** 50:13
  102:11
**midazolam**
  59:20
**milligram** 77:7,7
  77:11 78:14
**milligrams** 77:8
  78:13,14,20
  81:7 83:5
  84:25 86:16
  88:18 96:8,10
  97:4 98:19
**mind** 58:4 87:7
**minus** 87:5
**minute** 66:25
**minutes** 60:16
  60:19 61:1,5
  61:11,13,16,20
  66:21 67:5
  76:25 77:4
  84:11,12,19,22
  84:25 85:7
  86:4,18 87:3,5

87:6,6 90:4,7
  90:19 98:23,24
  99:1,7
**mistaken** 93:10
**moment** 80:20
**monitoring**
  88:14 92:23
  93:17,23 94:4
**MOSKOWITZ**
  51:12
**mother** 50:3
  102:3
**move** 53:13 55:5
  67:14 72:20
**moving** 55:2,19
**muscle** 59:3,6
  65:14 66:5

_____

**N**
**N** 51:1,12,15
**name** 52:6 59:21
**narrow-angle**
  73:9
**need** 52:9
**needed** 94:20
  96:10
**neither** 103:7
**nervous** 79:24
  79:25 80:8
  86:9,11,17,22
  95:3
**never** 62:5 63:2
  63:3 80:6
  91:12
**New** 50:13
  102:11
**NEWMAN** 50:7
  102:7 104:1
**NICE** 71:7,9,11
  72:6,15
**NM** 50:18
  103:14
**Nobay** 67:2
**nods** 90:8
**nonexpert** 99:11
**nonphysician**
  61:22

**Northwest** 50:12
**note** 88:17,21
  89:12
**noted** 89:8,23
**notes** 99:7
**number** 68:9
  69:4,18 71:17
  72:13,20 86:23
  93:8,11
**nurses** 92:24

_____

**O**
**O2** 89:4
**oath** 52:2 103:4
**object** 56:8,18
  57:7 60:21
  62:18 63:11
  64:1,22 69:15
  70:11 75:12
  78:15,25 81:9
  81:10 82:12,13
  82:25 83:8,9
  84:6,8 86:20
  88:12 89:11,17
  90:14,23,24
  92:18 94:1,5
  97:5 98:15
**obtaining**
  102:22
**obvious** 74:3
**obviously** 58:13
  61:8 73:5
  85:18
**occur** 61:19
  79:19 85:11,15
  98:22
**offhand** 92:12
**officers** 55:10
**oh** 54:23 56:17
  63:12,17 69:3
  88:25 89:3
**okay** 52:19
  56:17,21 57:3
  58:8 63:19
  65:2,9 69:19
  75:7 76:14,17
  77:2 82:5,15

85:3 88:8,21
  89:1,7 92:7
  93:13,14 94:25
  95:9,22,23
  98:11
**once** 60:2 82:8
  100:7
**onset** 57:14 58:2
  58:11 59:25
  60:8,13,15
  61:4,10,13
  66:20 68:7
  70:19 77:1,5
  77:24 78:7,10
  78:10,23 84:4
  84:10,18,22,25
  85:13,22 86:25
  97:22,25 98:18
  98:20
**opening** 54:17
**opinion** 52:15
  56:19,21,23
  84:23,24 98:20
  98:25
**opinions** 52:14
  56:5 68:12
  97:24 98:4
  101:4
**opioid** 65:14
  66:2,10
**opioids** 66:4
**orally** 58:17
  77:9,12
**Orange** 51:12
**order** 62:21
  70:21
**ordered** 62:5
**original** 75:4
  102:13,23
  103:1
**Orlando** 51:13
**outside** 98:16
**oximeter** 89:4

_____

**P**
**P** 51:1,1
**P.A** 51:4,8

102:15
**p.m** 88:4
**page** 51:20
  52:13 75:3
  87:24 104:2,5
  104:12
**pages** 104:19
**Palm** 51:4,5
  102:16,16
**paragraph** 75:4
  97:23
**paramedic** 62:3
  84:15
**paramedics**
  101:9
**part** 62:14 64:5
  72:5 91:3
  94:21
**particular** 73:12
**particularly**
  80:7
**parties** 102:18
  102:21 103:8
**patient** 60:17,19
  61:8,12 62:11
  63:8,24 64:20
  65:15,18 66:1
  68:11,16 72:2
  73:12 79:11
  83:10 89:13
  94:8 95:2,7,17
  95:25 97:15
**patients** 61:10
  64:9,16 65:19
  65:22 66:9
  67:11,12 68:2
  68:14 71:21
  72:11 73:8,9
  79:16,17 92:5
  92:9,11 93:18
  96:23 97:2,2,9
  97:10,11
**payor** 71:10
**percent** 99:12,14
  99:18,19,21
**percentage**
  99:10

period 84:21
person 61:15
personnel 60:17
pharmacist
   61:22 63:1
pharmacists
   63:14
pharmacodyn...
   101:5
pharmacodyn...
   56:24
pharmacokine...
   101:5
pharmacokine...
   56:24 57:6
pharmacologist
   61:24 64:18
   99:23
PHARMD
   50:11 51:16
   52:1 102:12
   104:19,23
Phipps 50:18
   103:13
phone 53:20,21
   53:23 55:1
phrase 86:15
physical 56:3,11
   56:14 57:4
   60:6,9
physician 61:25
   66:14 68:20
   73:20 98:14
physicians 92:23
pick 52:11
place 52:24
placebo-contr...
   91:24
placed 80:18
   82:9 89:7
plaintiff 50:5,17
   51:2 52:7
   102:5,14
plus 66:4 87:5
point 75:2 80:15
   81:5 82:17,22
   83:4,6 88:8

89:2 90:20
91:6 96:1
97:22
police 55:9,11
   55:12,19
   100:16
pool 55:16 56:12
   75:18
poor 72:16
population
   72:18
Port 51:10
position 80:18
   82:9,10 83:2
possibility 79:18
   81:7
possible 83:25
   84:2 90:16,25
   94:7
possibly 98:17
potentially 66:6
precautions
   79:14
precipitated
   95:19
Predicate 81:10
preferred 70:22
   71:24
prescribe 62:21
   64:7 65:24
prescribed 63:2
   63:4
prescribing
   64:10,12 66:15
   73:1 76:9
prescriptive
   62:25 63:3
present 64:16
   65:3 102:21
presentation
   72:2
presented 65:10
   75:8
presents 63:24
previous 91:2
previously 90:15
prior 52:24 53:2

56:4,11 75:9
80:16,18 81:25
83:15 103:4
privileges 66:15
probably 54:15
   55:5 84:10
   85:22 99:12
PROCEDURE
   50:15
proceeding
   103:6
proceedings
   102:18
process 58:24
produces 79:23
producing 80:8
progression 61:8
prompted 80:23
Proofread
   103:16 104:24
proportional
   77:21
propylene 73:7
protein 57:21
   59:3,5
protein-bound
   57:25
proteins 59:2,3
protocol 63:3
provide 72:1
   81:1 96:1
provided 54:4
   91:12 96:9
psychiatric 72:8
   95:6
psychotic 95:5
publication 70:7
   70:8,14,17
   72:12 93:7
publications
   67:15,16
puddle 53:3
pull 66:25 93:9
pulled 84:15
pulmonary
   79:17 81:6
   83:4

pulse 88:4,22
   89:2,3,8,23
   90:2,17,18
pulseless 91:4
PURDY 51:8
purpose 70:18
purposes 80:14
PURSUANT
   50:15
put 82:8 83:2

———————
          Q
qualifications
   63:13
quality 72:14
question 62:16
   63:16,20 64:13
   64:14,25 68:4
   68:9,12,13
   71:17,17 73:25
   78:21 79:1,5
   80:13,15 84:24
   86:2 91:11
questioned 52:3
questions 53:15
   67:22,24 99:8
   100:18,21
   103:5
quick 53:2 59:25
   87:8
quicker 61:19
quickly 58:16
   60:20
quite 54:6,21
   69:12,24

———————
          R
R 50:11 51:1,16
   52:1 102:12
   104:19,23
range 78:17 87:4
   87:4,6
rapid 58:1 68:25
   70:3 77:18
   88:5 94:19
rapidly 59:16
   76:21 77:4,15

rate 57:13,18,19
   58:1,2 60:8
   68:8 76:1 88:5
   88:9 98:3
rates 76:4
RDR 50:18
reacted 83:23
read 62:17 65:5
   65:7 69:23
   88:24 97:23
   101:14 104:19
reading 78:18
   87:24 101:13
real 53:1,14
   54:20
really 71:23
reason 52:10
   54:11,14 57:4
   78:12,16,17
   104:10,12
recall 55:8,21
   88:1,6,19
   91:10 93:7
   94:15,23
receiving 93:18
   94:4
Recess 87:13
recognize 62:10
   63:7,13,23
   64:3,17,18
recognized 76:9
recommend
   96:18,22 97:4
   97:9
recommendati...
   66:3
recommendati...
   72:5,15 96:1
recommends
   80:5
record 53:16
   62:17 65:7,21
   87:14,22,24
   88:23,24
recorded 88:4
recording 91:14
records 54:3,4

76:5 81:13 87:15,25
recoverable 103:1
recovery 80:18 82:8,10 83:2
refer 91:15
reference 54:12 67:1,22 69:4 69:18,25 70:7 70:12,21 93:8 93:11 96:11
referenced 70:13,19 72:13 87:15 89:22 91:2,17 93:4
referencing 70:24 97:7
referred 66:20 78:19
referring 69:14 71:17
reflexive 80:21 81:15 82:19
refresh 91:22
regard 66:17 96:8 98:18
regarding 67:22 70:15 102:22
regardless 78:3
regular 88:5 99:15
related 78:4 103:8
relative 60:24 73:16 74:11
relatively 65:17
relaxant 66:5
relaxants 65:15
relaxation 61:12
relevant 54:6,19 67:17
relied 87:15
relying 76:4
remember 53:22 55:13,14 71:15 82:2 94:17

96:13
repeat 56:9 63:18,21 79:13
report 53:1 54:9 54:13 66:17 67:1,4 75:1,1,4 91:5,16 93:4 95:16 99:3 103:4
reported 50:18 75:14,16
reporter 53:13 62:15,17 65:7 88:24 101:13 103:14
REPORTER'S 51:19 102:10
Reporting 50:18 103:13
represent 52:7
represented 53:1 102:19
representing 87:23
request 102:12
required 80:23 102:21
rereview 82:3
Rescue 51:10
research 92:1
reserve 79:17
reserves 81:6 83:4
respiration 90:10
respirations 88:10 90:19
respiratory 74:3 74:8,23 75:21 76:1,3 81:4 83:3,11 85:16 85:19 88:5 90:12,21 92:15 93:16,17 98:21 98:21
response 98:9,11
restraint 68:1,10

70:23 71:20 94:22 96:19,23
restroom 87:9
results 70:6,9
retained 101:4,8 102:13
review 53:19 54:19 68:15 69:20,21,25 78:8 100:1
reviewed 53:19 54:12 99:4
reviewing 54:3
right 52:22 53:6 60:24 61:21 62:5 64:10 65:19 67:7 68:3 69:4,5 71:16 74:1 75:7 76:7,10 77:24 78:6 80:13 83:21 84:3 86:15 87:10,12,21 88:19 89:1,21 89:25 90:10 92:19,21 94:6 94:14 95:24 96:5,7,15 97:1 98:3
risk 75:6
RM 103:16 104:24
room 68:20 70:23
Rosario 51:10
rounds 65:25
route 58:10
routinely 65:13 66:7
rules 50:15 103:8

_____
S
_____
S 51:1
safety 60:24 74:20 97:14

saturation 89:4
saw 53:21 54:18 65:9 76:2
saying 58:12 66:1 70:25 71:18 77:3 84:19
says 70:8 72:13 76:14,18,20 94:19,21 96:7
SCAROLA 51:3 102:15
scenario 81:3
scope 98:16
Seal 50:18 102:11 103:13
sealed 102:12
SEARCY 51:3 102:15
second 64:5 68:3 93:9 95:2,20 95:21
section 54:13
sedate 60:17,20 61:15 78:22 79:13
sedated 85:7 89:19
sedation 60:5 61:6,12,18,18 61:19 66:23 67:4 79:3 85:2 85:3,9,9,11,22 87:1 94:19
see 54:1 55:9,16 55:19 61:9,11 66:1 75:15 78:8 81:13,23 82:11 84:16 85:19 91:7,9 91:22 99:19
seeing 85:23 88:1 94:15,17 96:25
seen 53:3 65:2,8
seizure 82:20
sensitivity 73:6

73:6
sent 54:17
separates 59:13
separating 64:25
September 50:11 102:11 103:16 104:21
set 69:20 103:5
setting 65:11 66:10 70:16 72:19 83:13 92:24 99:23,23
settings 71:2 72:9
severely 95:1,17 95:25 97:2
severity 79:11
Sheriff 51:6
SHIPLEY 51:3 102:15
shorter 67:12
shorthand 103:5
shortly 82:23
side 53:6
signature 102:21,22
SIGNATURE... 51:20 104:2
Signed 104:23
significant 69:24 99:12
signing 101:13
signs 76:1,3 83:20
similar 63:20
simple 74:1
single 71:10
sit 98:4
site 58:15,23 59:17
sitting 55:20
situation 81:2 84:5
situations 72:11 95:12
sleep 73:10

slower 58:24
slowly 59:7
someone's 60:6
  60:11,13 84:20
somewhat 73:16
  85:12,22 94:23
  97:18
sorry 53:12 56:9
  57:9 62:13
  63:12 65:6
  78:11 79:9
  84:23 88:25
  93:11 96:21
sort 59:2 61:10
  72:1,10 73:10
sound 88:19,22
  95:7 98:9
Sounds 95:8
source 76:9
SOUTHERN
  50:2 102:2
span 85:4
speak 53:17
  81:21
speaker 53:13
  53:14
speaking 81:19
  101:3
specific 86:2
specifically
  70:12,19 82:2
  91:20 96:14
  98:19
speculatively
  98:7
spend 99:22
spent 99:9
spoke 81:24
St 51:10
stable 83:15
standard 101:9
standing 56:2
stands 71:15
start 67:21
started 63:1
state 73:6 75:5
stated 72:6

statement 76:22
  79:20 80:2,10
  86:13 93:19
  104:10
states 50:1 79:15
  79:22 102:1
stating 78:9
status 81:25
stenographic
  103:5
step 85:8
stimulant 95:3
stimulants 95:16
stimulated
  98:12
stopped 89:14
store 55:4
Street 50:12
stress 57:5
strike 82:7
strong 71:23
struggle 83:1
studies 61:3,4,9
  66:18 68:23
  69:25 70:2,8,9
  70:13,15,18
  87:3 91:15,16
  91:18,19 92:2
  92:5,9 93:3
study 67:2 69:12
  69:14,19 86:24
  92:4,16 94:10
  94:15
stuff 54:17
subdue 61:7
subjective 77:16
suffered 98:8
suffering 92:15
suggest 71:4
suggested 57:2
suggestions 72:2
Suite 50:12 51:8
  51:12
SUMMER 51:7
summer@pur...
  51:9
Sunrise 51:8

support 71:18
sure 54:2,25
  61:19,21 77:6
  79:12 90:5
  97:6,12 100:8
surveillance
  53:20 54:22,24
suspect 55:6
suspected 53:9
sworn 52:2
syndrome 73:10
syringe 84:16
system 59:13
  60:11 71:11,12
  75:14 79:24,25
  80:9 84:21
  85:5,6 86:3,5,9
  86:10,11,12,17
  86:22 95:15
  96:18

_____

**T**

take 52:10 76:19
  76:25 85:4,8
  86:21 87:7
taken 50:16
  102:12 103:16
takes 58:19
  60:19 77:4
  84:18,25
talk 66:20 75:6
talking 99:15
Tavares 50:3
  52:7 56:3,10
  69:6 80:15
  81:25 83:14
  89:16 92:22
  93:23 96:17
  98:8 102:3
Tavares' 75:8
  83:23 84:5
team 65:25
telephonically
  51:7
tell 55:7 64:8
  67:23 68:11
  71:7 72:21

73:20 74:2,18
  76:17,18 77:2
  88:3 97:1
ten 61:11 67:16
  84:11,18,22
term 59:9 77:16
terms 58:5 61:3
  64:25 69:20
  78:3 85:23
  87:1 92:11
testified 52:3
  60:15 84:15
testimony 81:24
  90:1 91:2 99:4
  99:8,24 101:8
  104:20,20
text 97:8,9
Thank 52:9
  100:20,22
  101:12
Thanks 87:12
therapies 71:1
  71:13
therapy 65:14
  66:2,10
thereof 102:13
think 54:16,18
  54:23,25 55:3
  55:4,9,17,23
  55:25 61:5,17
  61:18 64:24
  66:17 70:24
  71:3 74:3 79:3
  79:7 85:21,25
  89:9,25 91:1,5
  92:4,17 93:4
  94:11 100:7
third 50:12 68:6
  75:4 95:3,20
  97:22
thirty 84:19
thought 81:22
  81:23
three 55:9 67:22
  67:24 90:4,7
  90:19 99:1
three-minute

89:22
time 53:14 54:1
  54:2 57:1
  58:19 62:24
  65:9 66:11,11
  67:4 83:22
  84:20,21 85:3
  88:4,8 89:5,23
  90:18 96:2
  99:9,22 100:19
timeline 87:25
times 77:17
  89:21
timing 99:2
tissue 58:22
tissues 59:12
title 70:17
titrated 96:10
today 98:5
  100:22
today's 97:25
told 53:11
top 55:10,24
topic 76:11
tox 95:16
toxic 85:23
toxicity 85:20
tract 58:18
trained 63:15
training 61:25
  62:2,9,21 63:6
  63:22 64:6
tranquilization
  68:25 70:4
transcribed
  104:20
transcript
  102:21 103:6
  104:20
trauma 56:13
  57:5,12 74:14
  75:15
treat 62:11 63:7
  63:24 64:16,20
  65:19,20,22
treating 64:9
  65:23

treatment 64:5
87:25
trials 72:18
tricky 64:24
true 62:1,4,8
87:23 103:5
104:20
trust 96:3,5
try 75:3
trying 60:20
61:7 78:21
87:2 99:19
two 55:23 70:12
70:18 72:20
87:3 91:19
100:23
Tyk 100:8
type 54:25
100:16
types 71:2 95:10
95:10 96:23
typically 90:9
typographical
104:3

**U**

Uh-huh 73:3
76:23 87:11
ultimate 66:12
71:16 90:12
ultimately 90:21
uncertain 70:5,9
unchanged 98:4
unconscious
80:16 81:14
82:16
underlying
72:14 97:16
underneath 95:9
understanding
52:23 72:22
80:25
undifferentiated
97:11
United 50:1 71:9
102:1
unresponsive

80:16 82:6,8
82:21
unstable 83:15
use 54:15 60:18
60:22 64:4
67:25 68:5,9
68:24 69:16
70:15 72:21,23
87:8 95:19

**V**

v 104:1
validity 70:6
Valium 60:1,5
variables 79:4,6
79:9
various 58:8
varying 61:6,17
85:10
vasovagal 98:8
98:11
Versed 59:21,25
60:4
versus 78:14
84:11 97:15
99:10,16,23
vessel 83:22 84:1
84:4,17
video 53:20,21
53:23,24 54:4
54:9,16,18,22
54:24,25 55:1
55:8,15,16,20
vigilant 93:16
94:3
violent 93:6 95:1
95:17,18,25
97:2
vital 76:1,3
83:20
VOLUME
50:11
vs 50:6 102:6
VTC 51:3,11

**W**

want 52:13

58:11 61:15
73:23 79:11
wanting 79:3
wasn't 54:5
63:16 94:2
watched 54:16
water 59:23
way 86:15
we'll 52:12
67:21 76:7
87:9 101:14
we're 52:8,13,22
61:21 78:21
89:1 92:22
went 87:4 91:20
West 51:5
102:16
whatsoever
103:9
WILSON 51:12
window 90:19
withdrawal
97:11
witness 51:20
53:15,22,24
54:8,8 65:5
90:8 100:10,20
102:21,21,23
103:4 104:2
work 57:1 66:8
99:9,11,14,16
99:23
worked 100:7
wouldn't 55:5
56:21 61:19
64:5,6
write 73:22,24

**X**

X 51:15

**Y**

yeah 52:12
53:11 62:20
64:24 66:1
71:22 72:10
83:12 84:9

88:2 91:11,13
94:2,19 96:24
97:20,20 98:10
98:16 99:15,18
99:18
year 99:10
years 67:16
yes-or-no 74:1

**Z**

zero 88:21 89:8
89:23 90:2

**0**

**1**

1 68:9 69:4,18
72:13 77:7,7
77:11 78:14
99:12,18,19
10 87:4,6
10:09 87:13
10:15 87:13
10:40 101:15
101 51:18
102 51:19
104 51:20
110 88:5
111 51:12
12/31/17 103:14
1200 51:12
1216 51:8
1630 50:12

**2**

2 50:11 75:4
78:14,19 93:11
96:10
2:16cv14413
50:6 102:6
20 87:5
201 50:12
2017 50:11
102:11 103:16
104:21
2139 51:4
102:16

2455 51:8
28 50:11 88:6
102:11 103:16
104:21

**3**

3 87:24
30 60:16,19,25
61:5,13,20
66:21 76:25
77:4 84:11,25
85:7 86:4,18
87:3 98:23,23
32.2 67:5
32801 51:13
33304 51:9
33409 51:5
102:16

**4**

4 78:13,19 81:6
83:5 84:25
86:16 88:17
97:4 98:19

**5**

5 96:8 99:20
50 87:6
500 77:8
52 51:17

**6**

6:38 88:4
6:40 88:17 89:12
6:43 88:21
69 50:18 102:11
103:14

**7**

**8**

8840L 50:22
103:15 104:24

**9**

9:15 50:12