Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. : 2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

       Plaintiffs,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

       Defendants.
_____/


DEPOSITION OF THOMAS SINCLAIR

DATE:                July 31st, 2017

TIME:                10:17 a.m.

PLACE:               201 SW Port St. Lucie Blvd, Suite 108
                     Port St. Lucie, Florida 34984

TAKEN BY:            GREGORY J. JOLLY, ESQ.

REPORTER:            VANESSA G. ARCHER, FPR, Notary
                     Public of the State of Florida at Large

```
                                                      Page 2
 1   APPEARANCES:

 2

 3   FOR PLAINTIFF:         SEARCY, DENNEY, SCAROLA,
                            BARNHART & SHIPLEY, P.A.
                            2139 Palm Beach Lakes Blvd.
 4                          West Palm Beach, Florida 33409
                            BY:  ADAM S. HECHT, ESQUIRE
 5                          561-686-6300
                            ash@searcylaw.com
 6

 7   FOR DEFENDANT
     ST. LUCIE COUNTY
 8   FIRE DISTRICT:         WILSON, ELSER
                            111 N Orange Ave, Suite 1200
 9                          Orlando, Florida 32801-2361
                            BY:  BENJAMIN W. NEWMAN, ESQUIRE
10                          407-203-7599
                            ben.newman@wilsonelser.com
11

12   FOR DEFENDANTS
     NEWMAN, MANGRUM,
13   ROBINSON,
     COURTEMANCHE and
14   SHERIFF:              PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
                            2455 East Sunrise Blvd, Suite 1216
15                          Fort Lauderdale, Florida 33304
                            BY:  GREGORY J. JOLLY, ESQUIRE
16                          (954) 462-3200
                            greg@purdylaw.com
17

18

19

20

21

22

23

24

25
```

```
                                                    Page 3
 1                       I-N-D-E-X

 2   July 31, 2017

 3   THOMAS SINCLAIR

 4                       DIRECT    CROSS    REDIRECT    RECROSS

 5   By Mr. Jolly           4                 44

 6   By Mr. Hecht                    20

 7   By Mr. Newman                   43

 8                       EXHIBITS

 9                                               Marked

10   Defendants' Exhibit 1
     (Audio Recording of Statement
11   of Thomas Sinclair)
     Defendants' Exhibit 2
12   (Transcript of Audio Recording
     of Thomas Sinclair)
13   Defendants' Exhibit 3
     (Written Statement of Thomas Sinclair)
14

15   Exhibits marked at the conclusion of the deposition.

16

17

18

19

20

21

22   Letter to Benjamin W. Newman, Esq.

23   Errata Sheets (to be forwarded upon completion)

24

25
```

26a6ea02-9552-461c-84c1-84e008fad95f

Page 4

1    AND THEREUPON,

2              THOMAS SINCLAIR,

3    called as a witness on behalf of Defendants, herein, after

4    having been first duly sworn, was examined and testified as

5    follows:

6              THE WITNESS:  Yes.

7                        DIRECT EXAMINATION

8    BY MR. JOLLY:

9         Q    Morning, sir.  Would you state your name

10   for the record please.

11        A    Thomas George Sinclair.

12        Q    Sir, I introduced myself to you off the

13   record.  On the record my name's Greg Jolly, I'm an

14   attorney.  I represent the Sheriff in a lawsuit

15   filed by the family of Tavares Docher.

16              Have you ever given a deposition

17   before?

18        A    One time a long time ago.

19        Q    Okay.  I'll go through some of the ground

20   rules for you then.  Basically, the most important

21   is, that since the reporter's taking down everything

22   that you say and what I say, we all say, she's

23   taking a transcription of that, I would just ask

24   that you make all your answers audible.  And you did

25   it right now and you shook your head yes, and that's

Page 5

1   natural in normal conversation.  I may correct you

2   if you do that during the course of the deposition.

3   I'm not trying to be rude, I just want a clean

4   record.  Okay?

5        A    That's fine.

6        Q    Also along those lines, I would just ask

7   that you allow me to finish my question before you

8   start your answer, then I'll extend you the same

9   courtesy as best I can.  And again, that's just for

10  the benefit of the transcript, just so we're not

11  talking over each other, it can get a little choppy.

12  Is that okay?

13       A    Absolutely.

14       Q    And with that, we'll get going.

15                 Are you currently employed?

16       A    Yes.

17       Q    Where do you work?

18       A    The St. Lucie County Fire District.

19       Q    And were you employed by the St. Lucie

20  County Fire District on May 11, 2014?

21       A    Yes.

22       Q    Were you working that day?

23       A    Yes.

24       Q    Did you have an occasion to take a call at

25  a CVS somewhere in St. Lucie County?

Page 6

1      A    Yes.

2      Q    And I don't want to talk about the

3  incident yet, I want to get some background

4  information.

5           You took a call to CVS somewhere in

6  St. Lucie County, correct?

7      A    Correct.

8      Q    After you took that call, do you remember

9  giving an interview with a detective with the St.

10  Lucie County Sheriff's Office?

11      A    Vaguely.

12      Q    What I would like to do is, I've already

13  handed you a transcript of the statement, and what

14  I'd like to do is, I'm going to play the recording

15  of that interview and I'd like you to follow along

16  in the transcript, and then I'm going to ask you

17  some questions about it.  Okay?

18      A    Absolutely.

19           (Audio being played.)

20  BY MR. JOLLY:

21      Q    Okay.  Now that we've listened to the

22  audio, do you recognize any of the voices in that

23  recording?

24      A    Yes.

25      Q    Can you tell me whose voices you heard on

Page 7

1   that audio?

2       A    I heard mine and a detective's.

3       Q    Do you remember giving an interview with

4   that detective soon after the event?

5       A    Yes.

6       Q    Did that audio recording accurately

7   reflect the interview that you had with the

8   sheriff's detective immediately after the subject

9   incident?

10      A    To the best of my recall.

11      Q    Did the audio recording accurately reflect

12  the questions that were asked and the answers that

13  were given?

14      A    To my knowledge.

15      Q    As you were listening to the audio, were

16  you following along with the transcript?

17      A    Yes.

18      Q    Is the transcript an accurate

19  transcription of what was said, the questions that

20  were asked and the answers that were given?

21      A    Yes.

22      Q    I now am going to ask you about the

23  subject incident.

24                  Can you tell me why you were called

25  out to the scene that day?

26a6ea02-9552-461c-84c1-84e008fad95f

Page 8

```
 1        A    I believe we were called for a laceration
 2   on the forehead.
 3        Q    Do you remember what time?
 4        A    I'd have to refer back to the report.
 5        Q    You can refer back to whatever you need
 6   to.
 7        A    The call was dispatched at 1830.
 8        Q    Does it say where you were dispatched to?
 9        A    Trying to find the exact address for you.
10   301 East Prima Vista Boulevard, and it's Port St.
11   Lucie.
12        Q    And do you remember about what time you
13   arrived at that location?
14        A    1834.
15        Q    1834 hours, so roughly 6:30 p.m.?
16        A    Yes, four minutes after dispatch.
17        Q    What did you observe when you arrived at
18   301 East Prima Vista Boulevard?
19        A    We pulled in, we saw the patient lying on
20   the ground with several deputies on top of him and a
21   large pool of blood around his head.
22        Q    Do you remember exactly how many deputies
23   were on top of Mr. Docher?
24        A    Exact number, no.
25        Q    Do you remember what they looked like?
```

1      A    At this point, no.

2      Q    Could you tell if Mr. Docher was

3    handcuffed at that time?

4      A    Not when we pulled in.

5      Q    Did you observe the deputies handcuff

6    Mr. Docher?

7      A    No.

8      Q    What was Mr. Docher doing when the

9    deputies were on top of him?

10     A    He was basically at rest at that point.

11     Q    Was he saying anything?

12     A    He was non-verbal.

13     Q    Were the deputies saying anything?

14     A    I don't recall.

15     Q    Did you notice if there were any civilians

16   present when you arrived?

17     A    There was a large crowd around the

18   perimeter.

19     Q    How far were the civilians from the

20   deputies and Mr. Docher?

21     A    I don't recall.

22     Q    You said Mr. Docher was at rest when you

23   arrived.  Was there ever a time when he was not at

24   rest when you were present?

25     A    Whenever the deputies took their weight

26a6ea02-9552-461c-84c1-84e008fad95f

1    off him, he would lash out.

2        Q    What do you mean by that, can you

3    elaborate on lash out?

4        A    He would arch his back, try to sit up,

5    kick, swing his arms.  At that point he was also

6    spitting blood.

7        Q    Did you observe any of the deputies using

8    force against Mr. Docher?

9        A    Right now I do not recall.

10       Q    In the interview you gave with sheriff's

11   deputies, you described that Mr. Docher was

12   extremely strong; is that right?

13       A    Yes.

14       Q    Why did you say that?

15       A    When he was attempting to get up and he

16   was arching his back, he was lifting up several

17   deputies at one time.

18       Q    And did you personally observe that?

19       A    Yes.

20       Q    And did the fact that he was extremely

21   strong matter to you?

22       A    Yes.

23       Q    Why?

24       A    Because it's a threat to us and himself.

25       Q    Did the fact that he was extremely strong

26a6ea02-9552-461c-84c1-84e008fad95f

Page 11

1    affect your diagnosis of Mr. Docher at all?

2              MR. HECHT:  Form.

3    BY MR. JOLLY:

4         Q    You can answer.

5         A    His diagnosis, no.

6         Q    Did the fact that he was extremely strong

7    give you any opinion as to Mr. Docher's condition?

8         A    What do you mean, his condition?

9         Q    Well, why he was acting the way he was

10   acting?

11        A    Well, we can go by that is our experience

12   and our education, and his exhibit behavior would

13   tend to indicate drugs or a psychiatric issue.

14        Q    And what are you basing that off of?

15        A    My education and experience.

16        Q    Okay.  And we should probably get into

17   your education and experience.

18              Where did you graduate high school?

19        A    Hopewell Junction, New York, John Jay

20   Senior High School.

21        Q    And what did you do after high school?

22        A    I was a volunteer firefighter for a long

23   time, and did several different jobs before moving

24   to Florida.

25        Q    How about education wise after high

26a6ea02-9552-461c-84c1-84e008fad95f

Page 12

1    school, anything?

2         A    I've had several firefighter outreach

3    classes before moving to Florida.  An EMT class

4    before moving to Florida.  I attended fire school at

5    Central Florida Fire Academy.  I attended EMT at

6    Valencia Community College, graduated and was

7    licensed.  And then I attended EMT school at Indian

8    River Community College and graduated and renewed my

9    license.  Following that, I went to paramedic school

10   at Indian River Community College and graduated and

11   was licensed by the state.

12        Q    And you're a licensed paramedic now?

13        A    Correct.

14        Q    In the course of your training, were you

15   ever trained in the recognition of symptoms of drug

16   use?

17        A    Through paramedic school we received some

18   training.

19        Q    What did that training entail?

20        A    The exact training I can't recall at this

21   point.

22        Q    So after you see Mr. Docher on the ground

23   with the deputies, what happens next?

24        A    We attempted to lift him to the stretcher.

25        Q    Who is 'we' by the way?

```
 1        A    The deputies and myself.
 2                 We attempted to place him on an
 3   backboard at that time, and he lashed out and
 4   attempted to kick me and was spitting blood wherever
 5   he could.
 6        Q    Was he spitting blood at someone, or just
 7   spitting blood?
 8        A    He was just spitting blood.
 9        Q    Were you called out to the scene alone, or
10   was somebody with you?
11        A    I was with paramedic Jose Rosario.
12        Q    And is there some kind of a pecking order
13   with Jose Rosario?
14             MR. HECHT:  Form.
15             THE WITNESS:  We were a team that day.
16        And the way it works is we alternate calls,
17        he's lead medic on one call, I'm lead medic on
18        the next call.
19   BY MR. JOLLY:
20        Q    Who is lead medic on this call?
21        A    This was his call.
22        Q    So what happens after you try to put
23   Mr. Docher on the backboard?
24        A    We had decided that he was too violent and
25   it was unsafe to move him.
```

Page 14

1       Q     I'm going to stop you there.   Who decided

2    that?

3       A     It was collaboration between Jose and

4    myself, but it was ultimately his decision.

5       Q     Okay, go on.

6       A     So we decided to sedate him per our

7    protocols.

8       Q     Did Mr. Docher kick you during this

9    incident?

10      A     If I remember, he attempted to.   I don't

11   remember if he actually made contact or not.

12      Q     Did he kick Mr. Rosario?

13      A     I don't recall.

14      Q     So after the decision is made to sedate

15   Mr. Docher, what happens?

16      A     We prepare the drugs for sedation, Jose

17   administered it.   And then as soon as he was

18   disposed of the sharps for safety, we were going to

19   move him over to the stretcher.

20      Q     Where were you when Mr. Rosario

21   administered the sedative?

22      A     I believe I was in the ambulance.

23      Q     So did you observe Mr. Rosario inject

24   Mr. Docher?

25      A     No.

Page 15

1        Q    Do you remember the relative sizes of the

2    parties; in other words, how big were the deputies

3    compared to Mr. Docher?

4        A    I recall there being some larger deputies

5    there and some smaller deputies, I mean, in

6    comparison to me.

7        Q    And how big are you, sir?  I'm just trying

8    to get an idea for the record.

9        A    I'm 5'9.  I was 240 pounds at that time.

10       Q    And you said some of the deputies were

11   larger than you?

12       A    Yes.

13       Q    Has your weight changed at all since the

14   incident?

15       A    Unfortunately.

16       Q    Has it increased?

17       A    Yes.

18       Q    What was your weight around the time of

19   the incident?

20       A    240.

21       Q    So the deputies involved were over 240

22   pounds, some of them?

23       A    That would purely be a guess.

24       Q    At least 240, I guess.

25                 And you said Mr. Docher was able to

Page 16

1   push up with the deputies on his back?

2       A    At the beginning of the call, he was on

3   his back and he was able to arch his back and lift

4   them.

5       Q    While they were putting at least some of

6   their weight on him?

7       A    Yes.

8       Q    So what happens after Mr. Docher is

9   injected with this sedative?

10      A    If I recall correctly, the deputies

11  remained on top of him for a couple of minutes while

12  we prepared to move him, then we were able to lift

13  him up without incident onto the stretcher.

14      Q    What happened after you were able to lift

15  him?

16      A    Once he was on the stretcher and secured,

17  it was reassessed, and at that time he was found to

18  not be breathing and not have a pulse.

19      Q    Did you notice anything about his

20  breathing prior to him being lifted onto the

21  stretcher?

22      A    No.

23      Q    Were his vitals checked before he was

24  lifted onto the stretcher?

25      A    No, we were unable to because of his

Page 17

1    combativeness.

2         Q    Was Mr. Docher saying anything while he

3    was being combative?

4         A    He was non-verbal throughout the entire

5    event.

6         Q    Was he making any noises?

7         A    I don't recall.

8         Q    In addition to the audio statement, do you

9    remember if you provided the sheriff with a written

10   statement?

11        A    We were asked to write an e-mail.

12        Q    An e-mail?

13        A    Yes.

14        Q    Okay.  I'm going to show you this, I'll

15   have you take a look at it.

16             If you could just take a look at

17   that, and then I'm going to ask you some questions

18   about it.

19             First of all, I'll have you look at

20   the signature at the bottom.  Do you recognize that

21   signature?

22        A    Yes, that would be mine.

23        Q    How about the handwriting, do you

24   recognize the handwriting?

25        A    Yes, that is also, unfortunately, mine.

Page 18

1       Q    Why do you say unfortunately?

2       A    Because it's sloppy.

3       Q    Do you remember providing this written

4    statement to the sheriff's office after the

5    incident?

6       A    Vaguely.

7       Q    Do you have any reason to believe that

8    this statement is not accurate?

9       A    No.

10       Q    Did anyone tell you what to say before you

11    wrote this statement out?

12       A    No.

13       Q    Were you truthful?

14       A    Yes.

15       Q    And it looks like it says:  Under

16    penalties of perjury, I declare that I've read the

17    foregoing document and the facts stated in it are

18    true.  Correct?

19       A    Correct.

20       Q    What happened after Mr. Docher was put

21    into the ambulance?

22       A    We followed our ACLS protocols.

23       Q    What does that mean?  Can you break that

24    down, that acronym?

25       A    Our Advanced Life Support Protocols per

26a6ea02-9552-461c-84c1-84e008fad95f

1   the American Heart Association.

2            And he was rendered appropriate

3   treatments for his condition.

4       Q    And how was he treated?

5       A    Again, I'm going to have to refer back to

6   the report.  I know CPR was initiated.  His airway

7   was captured, an IV was started.  I believe he was

8   defibrillated one time.  At that point, he came back

9   into a cardiac rhythm, and then he was converted

10  into a normal sinus rhythm.

11      Q    Did you know any of the deputies that were

12  on scene?

13      A    No, not personally.

14      Q    How about professionally?

15      A    No.

16      Q    You weren't friends with any of them?

17      A    No.

18      Q    I know I'm going to get an objection to

19  this question, but what do you think happened to

20  Mr. Docher?

21            MR. HECHT:  Form.

22            THE WITNESS:  I can't speculate on that.

23  BY MR. JOLLY:

24      Q    Okay.  Correct me if I'm wrong, but you

25  testified that you did not observe any of the

Page 20

1    deputies using force against Mr. Docher?

2              MR. HECHT:  Form.

3              THE WITNESS:  Not that I recall.

4    BY MR. JOLLY:

5        Q    I don't have anymore questions at this

6    time, sir.  I'm sure Adam's going to have some

7    questions for you.  Thank you.

8                    CROSS-EXAMINATION

9    BY MR. HECHT:

10       Q    Mr. Sinclair, I just want to go over your

11   background.

12                  Where did you graduate EMT school?

13       A    I graduated from Valencia Community

14   College and Indian River Community College.

15       Q    What year did you get your EMT

16   certification?

17       A    From which school?

18       Q    Valencia.

19       A    Valencia, that would have been about 1996.

20       Q    And then after getting your EMT

21   certification from Valencia in 1996, when is it that

22   you went to Indian River State College to get

23   another certification?

24       A    Approximately 2002.

25       Q    And what was that certification for in

Page 21

1    2002 at Indian River State College?

2        A    Emergency medical technician.

3        Q    Why is that you went to two separate

4    schools to get the same certification?

5        A    Because after I graduated Valencia, I went

6    to fire school and I did not use my license, so as a

7    result it expired.  So once we moved from Orlando to

8    Port St. Lucie, I had to take the class again.

9        Q    And when is it that you became certified

10   as a paramedic?

11       A    That would have been 2008.

12       Q    What did you do between 1996 and 2002?

13       A    I was a tow-truck operator while my wife

14   went to nursing school.

15       Q    Why is it that you obtained your EMT

16   certification in 1996 and then worked as a tow-truck

17   operator until 2002?

18       A    It was to let my wife complete nursing

19   school.

20       Q    Did you make more money as a tow-truck

21   operator than you would as an EMT?

22       A    Yes.

23       Q    And that was the reason?

24       A    Yes.

25       Q    And then you moved to Port St. Lucie, and

1    since you weren't working as an EMT, you had to get

2    recertified, correct?

3         A    Correct.

4         Q    From 2002 to 2008, where were you working?

5         A    From 2002 to 2006, I was not working, I

6    was going to school.

7         Q    What were you going to school for?

8         A    That was when I was going to EMT school.

9    The dates I could be fuzzy on.

10        Q    So is it correct that it took you four

11   years to get your EMT certification at Indian River

12   Community College?

13        A    No.  Let's see.  If I work backwards, I

14   was hired in '06.  I was with Jensen Beach for a

15   year while I went to school.  So it actually would

16   have been about 2005 that I got my EMT with Indian

17   River.

18        Q    So let's work backwards.  Currently you're

19   employed by the St. Lucie County Fire District,

20   correct?

21        A    Correct.

22        Q    How long have you been employed by them

23   for?

24        A    My start date was January 6th, 2006.

25   January 9th, 2006, sorry.

Page 23

1       Q     So from 2006 to the present time, you've

2    been with the St. Lucie County Fire District,

3    correct?

4       A     Correct.

5       Q     And before 2006, tell me where you worked?

6       A     Let's see.  From 2006 to 2004, that's

7    while I was -- I left my job in Orlando late 2004,

8    because it was sometime after Frances and Jeanne.

9       Q     So from 2004 to 2006, you were at EMT

10   school at Indian River State College?

11      A     Yes.

12      Q     And were you working anywhere during that

13   period of time that you were getting your license at

14   Indian River State College?

15      A     No.

16      Q     Before 2004, where did you work?

17      A     Star Towing at Central Florida.

18      Q     Where did you start working at Star Towing

19   and when did you finish?

20      A     Approximately 1996.  And I left Star

21   Towing late 2004.

22      Q     After high school, what did you do?

23      A     I had various jobs until we moved to

24   Florida.  I was a volunteer firefighter since the

25   age of 16.

1      Q    So while you've been at St. Lucie County

2    Fire District, is it true that you worked for two

3    years as an EMT, and then once you obtained your

4    paramedic certification you worked as a paramedic?

5      A    I was an EMT for three years before I was

6    released to function as a paramedic.  During that

7    time, I went to school and through my

8    apprenticeship.

9      Q    According to this interview that you gave

10   with a Detective Chapman, you said that you were

11   responding to a call for a laceration, correct?

12     A    Correct.

13     Q    Is a laceration the same thing as trauma?

14     A    Laceration is a trauma.  Trauma's a vague

15   term.

16     Q    So is it correct to say that you were

17   responding to a call for trauma?

18     A    Yes.

19     Q    And you said in your statement that when

20   you responded, Tavares Docher was in two pairs of

21   handcuffs, correct?

22     A    If that's what the statement says.  I

23   don't recall.

24     Q    Where were those handcuffs placed on him?

25     A    I can't recall that.

Page 25

```
 1        Q    Was one pair on his hands and one on his
 2   legs?
 3        A    That I can't recall.
 4        Q    Have you seen individuals, during your
 5   time as an EMT or paramedic, wearing more than one
 6   pair of handcuffs on their hands?
 7        A    I can't recall every time I've seen
 8   somebody in handcuffs.
 9        Q    Do you know why it is sheriff's officers
10   would have an individual in two pairs of handcuffs
11   on their hands?
12             MR. JOLLY:  Objection, form.
13             MR. NEWMAN:  Join.
14             THE WITNESS:  That would be a question for
15        a deputy to answer.
16   BY MR. HECHT:
17        Q    So you don't know where the handcuffs
18   were, correct?
19        A    No.
20        Q    In the statement you wrote, you said that
21   the patient was in handcuffs.  So would you agree
22   with me that when you arrived Mr. Docher was in
23   handcuffs?
24        A    Yes.
25        Q    You also stated, on attempting to move the
```

Page 26

1    patient, he again became extremely combative.  The

2    patient was able to fight off four or five deputies

3    and rescue while cuffed.

4              Would you agree that Mr. Docher, from

5    the time that you arrived until the time that you

6    arrived at the hospital, was wearing handcuffs?

7              MR. JOLLY:  Objection, form.

8              MR. NEWMAN:  Join.

9              THE WITNESS:  He was wearing handcuffs

10   until we had to perform the ACLS procedures.

11   BY MR. HECHT:

12       Q    And where were those procedures performed?

13       A    In the back of the ambulance.

14       Q    So was Mr. Docher uncuffed in the back of

15   the ambulance?

16       A    Yes.  Once we realized that he was in

17   cardiac arrest, we requested that the deputies

18   remove the cuffs.

19       Q    Which deputy did you ask to take off the

20   handcuffs?

21       A    I don't recall.

22       Q    Do you know what the deputy looked like?

23       A    No.

24       Q    Do you remember just sitting here what any

25   of the deputies on scene looked like?

Page 27

1      A    No, I wouldn't.  I've dealt with hundreds

2  of deputies and hundreds of patients since then.

3      Q    Do you know who Deputy Mangrum is?

4      A    No.

5      Q    Do you know who Deputy Robertson is?

6      A    No.

7      Q    Do you know who Deputy Newman is?

8      A    No.

9      Q    So your testimony is, that once you got

10  Tavares Docher in the ambulance, you requested that

11  one of the officers or deputies who was in the back

12  of the ambulance take off the handcuffs?

13      A    Yes.

14      Q    And did so?

15      A    Yes.

16      Q    And after the handcuffs were taken off,

17  were there any other restraints that were placed on

18  Mr. Docher from the time that he was placed in the

19  ambulance at the CVS up until the time that you

20  arrived at the hospital?

21      A    No, there was no need.

22      Q    Why not?

23      A    Because he was in cardiac arrest at that

24  point.

25      Q    In your statement that you gave to

Page 28

1   Detective Chapman, you stated they said he was, you

2   know, he was a real fighter.

3               You don't actually have first-hand

4   knowledge other than what the officer said to you,

5   that Tavares Docher, prior to your arrival, was

6   being combative, correct?

7               MR. JOLLY:  Objection, form.

8               THE WITNESS:  I have no idea what happened

9         outside what they said before we got there.

10  BY MR. HECHT:

11       Q    When you arrived on scene, did you speak

12  to any of the deputies on scene and ask them what

13  happened prior to your arrival?

14       A    I don't believe I did, no.

15       Q    When you arrived on scene, did you speak

16  to any of the deputies and ask if Tavares Docher was

17  having any sort of difficulty breathing prior to

18  your arrival?

19       A    I don't recall asking anything like that.

20       Q    And when Mr. Docher was placed on the

21  stretcher, he was still in handcuffs, correct?

22       A    Correct.

23       Q    And when he was placed on the backboard,

24  he was still in handcuffs?

25       A    Yes.

26a6ea02-9552-461c-84c1-84e008fad95f

1      Q    How much did you weigh again, on the date

2    of this incident?

3      A    240.

4      Q    And how much do you weigh now?

5      A    278.

6      Q    And you said you're 5'9?

7      A    Yes.

8      Q    And you said that Mr. Docher at the time

9    of this incident was approximately your height?

10      A    It seemed like it because he fit the

11    stretcher.

12      Q    And in your statement you said you don't

13    smell things very well, correct?

14      A    No, I don't.

15      Q    Do you have some sort of a medical

16    condition?

17      A    No.  I don't know why it's -- I can't

18    smell some things that other people smell.

19      Q    When you arrived on scene, you said that

20    Tavares Docher was on the ground with the deputies

21    on top of him, correct?

22      A    Correct.

23      Q    When you say on top of him, what do you

24    mean by that?

25      A    One knee on the ground, one knee on him,

26a6ea02-9552-461c-84c1-84e008fad95f

Page 30

1    just holding him down.

2         Q    How many officers were holding him down?

3         A    I would have to refer to my affidavit

4    there and say four or five.

5         Q    Did it appear to you that when you arrived

6    on scene and saw these four to five deputies holding

7    Tavares Docher down, that Mr. Docher had difficulty

8    breathing?

9         A    I can't answer that.

10        Q    Is it just because you don't remember,

11   or --

12        A    I don't recall.

13        Q    The four to five deputies, were they large

14   men?

15        A    I don't recall their exact stature.  It's

16   a combination.

17        Q    And when you saw these four to five

18   deputies on top of Mr. Docher, he was in handcuffs,

19   correct?

20        A    Correct.

21        Q    And handcuffs were behind his back?

22             MR. JOLLY:  Form.

23             THE WITNESS:  I can't answer that.

24   BY MR. HECHT:

25        Q    But you do recall there being a large pool

26a6ea02-9552-461c-84c1-84e008fad95f

Page 31

1   of blood under his head?

2        A    Yes.

3        Q    Did you do any sort of assessment to

4   determine if Mr. Docher was suffering from any sort

5   of head injury?

6        A    I did not do the assessment.

7        Q    Who did?

8        A    Jose Rosario.

9        Q    What's your date of birth, sir?

10       A

11       Q    On the date of this incident, were you

12   more experienced as a paramedic than Jose Rosario?

13       A    No, I was a junior paramedic to him.

14       Q    He was your senior?

15       A    Yes.

16       Q    So he had more experience than you?

17       A    Yes.

18       Q    And there was a time while you were on

19   scene that Mr. Docher became calm prior to the

20   administration of Ativan, correct?

21       A    He was only calm when pressure was put on

22   him by the deputies.

23       Q    Did you ever make a determination as to

24   why Mr. Docher was calm when the deputies were on

25   him versus when they were not on him?

1      A    That's not a knowledge I would have.

2      Q    Do you think it had anything to do with

3  the fact that when the officers applied pressure to

4  him, he wasn't able to breath and, therefore, he

5  wasn't moving?

6           MR. JOLLY:  Objection, form.

7           THE WITNESS:  That's an assumption I can't

8      make.

9  BY MR. HECHT:

10     Q    So as a paramedic, it's not -- strike

11 that.

12          As a paramedic, is it your job to

13 determine if an individual is having difficulty

14 breathing?

15          MR. NEWMAN:  Object to form.

16          THE WITNESS:  Yes.

17 BY MR. HECHT:

18     Q    And did you make a determination as to

19 whether Mr. Docher, when the officers were applying

20 pressure to his back and prior to the administration

21 of Ativan, was having difficulty breathing?

22          MR. JOLLY:  Objection to form.

23          THE WITNESS:  I don't recall.

24 BY MR. HECHT:

25     Q    But you do remember that whenever they

Page 33

1   took their weight off of him, then he was moving

2   more than he was than when they were applying

3   pressure to him, correct?

4        A    He was extremely violent when they took

5   the pressure off him and spitting blood.

6        Q    Did it appear to you when he was spitting

7   blood that he was having difficulty breathing?

8        A    No.

9        Q    He appeared to be breathing fine as he was

10  spitting blood?

11       A    He was actually spitting the blood, not

12  just breathing it, he was spitting at people.

13       Q    Did you make a determination as to why it

14  is he was spitting blood?

15       A    That would be a question for him.

16       Q    Well there was a determination between you

17  and paramedic Rosario to administer Ativan

18  intramuscularly to him, correct?

19       A    Correct.

20       Q    And did you make a determination as to

21  whether Mr. Docher was suffering any sort of

22  respiratory distress prior to the administration of

23  Ativan?

24       A    That would be a question for Jose.

25       Q    Well, isn't it correct that you and

26a6ea02-9552-461c-84c1-84e008fad95f

Page 34

1    paramedic Jose Rosario determined that the best

2    approach would be to administer Ativan to

3    Mr. Docher?

4        A    Yes.

5        Q    That was a joint decision that the two of

6    you made?

7        A    More or less.

8        Q    Well, since you were involved in that

9    decision, did you ever make a determination whether

10   Tavares Docher was suffering respiratory distress

11   prior to you making the determination to administer

12   Ativan?

13       A    The way he was lashing out, I don't

14   believe he could have been in respiratory distress.

15       Q    Did you do any sort of evaluation to

16   determine whether he was suffering respiratory

17   distress prior to the administration of Ativan?

18       A    What do you mean, evaluation?

19       Q    Well I'm not a paramedic so I can't answer

20   that.  If you don't understand my question, I'll

21   rephrase it.

22       A    Yeah.  I really kind of don't understand

23   the question.

24       Q    You've been trained in the uses and

25   purposes of Ativan, correct?

Page 35

1      A    Correct.

2      Q    And prior to administering Ativan, there's

3  certain signs or symptoms that you have to look for

4  to clue you in as to whether or not it's safe to

5  administer Ativan on a patient, correct?

6      A    Correct.

7      Q    So tell me when it is that you would not

8  administer Ativan intramuscularly to a patient?

9      A    If Ativan's just not called for.

10     Q    And when would Ativan not be called for?

11     A    If he wasn't violent or if he wasn't

12 seizing, or anything that's outside our protocols

13 for administering Ativan.

14     Q    When you were on scene on May 11, 2014,

15 did you have a piece of paper or a book or a cheat

16 sheet with you that stated what the

17 contraindications of Ativan are?

18     A    There's a protocol book in the truck.

19     Q    And did you use that protocol in the truck

20 prior to administering Ativan to Mr. Docher?

21     A    No.

22     Q    Sitting here right now, can you tell me

23 what the contraindications for Ativan are?

24     A    Not off the top of my head.

25     Q    Well, if you're not able to do it now, how

26a6ea02-9552-461c-84c1-84e008fad95f

Page 36

1    were you able to do it on scene if you didn't look

2    at the book with the protocols?

3               MR. NEWMAN:  Object to form.

4               THE WITNESS:  I didn't administer the dose

5          of Ativan.

6    BY MR. HECHT:

7          Q    But you made a determination, along with

8    Jose Rosario, to administer the Ativan, correct?

9          A    Correct.

10         Q    Well, you were on scene on May 11, 2014.

11   Were you aware of what the contraindications for

12   Ativan were on that day?

13         A    Yes.

14         Q    What were they?

15         A    The only one I can recall is a

16   hypersensitivity to the drug, and all it would do is

17   cause a respiratory depression.

18         Q    And therefore prior to administering

19   Ativan to an individual, is it important to

20   determine whether or not they're already suffering

21   respiratory depression?

22         A    That's irrelevant, because we can control

23   the airway.

24         Q    Did you determine whether or not

25   Mr. Docher, prior to the administration of Ativan,

26a6ea02-9552-461c-84c1-84e008fad95f

Page 37

1    was suffering from respiratory depression?

2        A    Not formally.

3        Q    And when you say not formally, what does

4    that mean?

5        A    A person who becomes violent is normally

6    not respiratory depressed.

7        Q    Mr. Docher had four to five deputies with

8    their knees holding him down on his back while

9    handcuffed, correct?

10            MR. JOLLY:  Objection to form.

11            MR. NEWMAN:  Join.

12            You can answer if you understand the

13        question.

14            THE WITNESS:  I think at one point he was

15        on his back, and I can't recall his exact

16        position, it may have changed during the call.

17   BY MR. HECHT:

18        Q    You just don't remember?

19        A    Yes.

20        Q    Have you ever administered during your

21   career as a paramedic, Ativan to a patient?

22        A    Yes.

23        Q    How many times?

24        A    That I can't recall, I've had hundreds of

25   patients.

Page 38

1      Q     Have you administered Ativan hundreds of

2   times?

3      A     That I can't answer.

4      Q     More than once?

5      A     Yes.

6      Q     More than ten times?

7      A     That would be a guess.

8      Q     How many times in your career have you

9   administered one single push dose of four milligrams

10   of Ativan to a patient intramuscularly?

11      A     I would have to say it's rare.

12      Q     Have you ever administered four milligrams

13   of Ativan to a patient in one single dose in your

14   career?

15      A     I'd have to refer back to the patient care

16   sheets for that.

17      Q     You just don't know off the top of your

18   head?

19      A     I couldn't recall.

20      Q     According to the St. Lucie County Fire

21   District protocols for sedation, it states:  When

22   administering Ativan, it's to be given one milligram

23   increments to a max of four milligrams; is that

24   correct?

25      A     Correct.

Page 39

1      Q    So what does that mean to you, based on

2  your training and experience as a paramedic at St.

3  Lucie County Fire District?

4      A    We have a discretion to use up to four

5  milligrams at one milligram increments with no

6  specified time between increments.

7      Q    So based on your training and experience

8  at the St. Lucie County Fire District, it's your

9  understanding that you have the discretion to

10  administer one single push dose of four milligrams

11  of Ativan to a patient intramuscularly if needed,

12  correct?

13      A    If that's what we determine the patient

14  requires, yes.

15      Q    Why does the protocol say one milligram

16  increments to a max of four if you're able to just

17  give one single dose of four milligrams?

18      A    You would have to ask the people that

19  wrote the protocol for that.

20      Q    Is it common knowledge at the St. Lucie

21  County Fire District that paramedics, based on the

22  protocols, can administer one single push dose of

23  four milligrams of Ativan to a patient

24  intramuscularly?

25           MR. NEWMAN:  Object to form.

Page 40

```
 1              MR. JOLLY:  Join.
 2              THE WITNESS:  I can't tell you what common
 3      knowledge is.
 4  BY MR. JOLLY:
 5      Q    Well that's how you're trained, correct?
 6      A    Correct.
 7      Q    And all paramedics are trained the same
 8  way?
 9              MR. NEWMAN:  Object to form.
10              THE WITNESS:  More or less.
11  BY MR. HECHT:
12      Q    Well, are other paramedics told that if
13  you're going to administer Ativan intramuscularly,
14  you have to start with one milligram, then
15  administer another one milligram and then administer
16  another one milligram up to four milligrams?
17      A    I can't tell you what other paramedics are
18  told.
19      Q    But you were trained that you had the
20  discretion to administer one single dose of four
21  milligrams of Ativan to a patient intramuscularly,
22  correct?
23      A    Up to four milligrams.
24      Q    Well, that wasn't my question.  My
25  question was, you were trained that you could
```

Page 41

1    administer one single dose of four milligrams of

2    Ativan to a patient intramuscularly, correct?

3         A    Correct.

4         Q    On the date of the incident, did you carry

5    four-point soft restraints on your ambulance?

6         A    Yes.

7         Q    Have you ever used those before?

8         A    Yes.

9         Q    Why did you not use those with Tavares

10   Docher?

11        A    That's not a question I can answer.

12        Q    Why not?

13        A    Because I just don't know the answer to

14   it.

15        Q    Would you agree with me that prior to

16   using a chemical restraint and per your protocols,

17   you're supposed to use the four-point soft

18   restraints?

19             MR. NEWMAN:  Object to form.

20             THE WITNESS:  I don't believe we actually

21        have a protocol written on that.

22   BY MR. HECHT:

23        Q    Did you have a refrigerator on board the

24   ambulance?

25        A    No.

26a6ea02-9552-461c-84c1-84e008fad95f

Page 42

1     Q    Did the Ativan need to be refrigerated?

2     A    Yes.

3     Q    So where was that kept?

4     A    It was kept in a cooler with an ice-pack.

5     Q    And was there other medicine that was kept

6  in that cooler?

7     A    Just the Ativan.

8     Q    How big was the cooler?

9     A    That exact cooler, I can't tell you at

10  this point.

11     Q    And the ice-pack, how does that get inside

12  the cooler?

13     A    The paramedic changes it every 12 hours.

14     Q    When you arrived on scene and prior to the

15  administration of Ativan, was Tavares Docher

16  suffering from metabolic disorder?

17          MR. NEWMAN:  Object to form.

18          THE WITNESS:  I don't have blood work so I

19      can't -- all we can do is assume.

20  BY MR. HECHT:

21     Q    Well, I don't want you to assume, I don't

22  want you to guess, I want to know did you evaluate

23  or determine, prior to the administration of Ativan,

24  whether Tavares Docher was suffering from metabolic

25  disorder?

Page 43

1        A    I didn't do the assessment, Jose Rosario
2    did.
3        Q    And when you arrived on scene, did Tavares
4    Docher suffer from head trauma?
5             MR. JOLLY:  Object to form.
6             MR. NEWMAN:  Join.
7    BY MR. HECHT:
8        Q    Apart from the laceration on the forehead?
9        A    We didn't get a chance to -- he wouldn't
10   let us assess him.
11       Q    So you do not know if, when you arrived on
12   scene, Tavares Docher was suffering from head
13   trauma, correct?
14       A    Outside the laceration and the blood in
15   the mouth and nose, I didn't assess that.
16       Q    I don't have any other questions.  Thanks.
17            MR. JOLLY:  Ben?
18            MR. NEWMAN:  I just have one or two
19       followups.
20                  CROSS-EXAMINATION
21       Q    Mr. Sinclair, you were asked about when
22   Ativan was given, which I understand you didn't give
23   to the patient until he was observed to be in
24   asystole.  Do you recall how much time that was
25   between the administration of the Ativan when he was

26a6ea02-9552-461c-84c1-84e008fad95f

Page 44

1    observed to be in asystole?

2         A    That would only be a guess on my part at

3    this point.

4         Q    All right, I don't want you to guess.

5              Do you think it was less than three

6    minutes?

7         A    Probably close to about that.  Again,

8    that's just guessing.

9         Q    All right, sir, thank you, I don't have

10   any other questions.

11                    REDIRECT EXAMINATION

12   BY MR. JOLLY:

13        Q    When you go to a scene and a patient is

14   being, as you described, violent and combative, are

15   you able to treat the patient?

16        A    Not safely.

17        Q    Do you have to wait until the patient is

18   either restrained or sedated before you can render

19   any kind of treatment?

20        A    Yes.

21        Q    Okay.  You testified that, at least in

22   your mind, it's rare to deliver one single dose of

23   four milligrams of Ativan, correct?

24        A    Just based on my limited experience.

25        Q    Why would a paramedic administer one dose

26a6ea02-9552-461c-84c1-84e008fad95f

Page 45

1    of four milligrams of Ativan?

2         A     If he believes that's what the patient

3    requires.

4         Q     And why would a patient require that?

5         A     A patient with a seizure history.  A

6    patient that's extremely combative and a danger to

7    himself and other people.

8         Q     While you were there, did you observe or

9    have any reason to believe that Mr. Docher -- what

10   was the term you used for seizures?  You said

11   something about you used four milligrams in

12   situations when a patient had something with

13   seizures?

14        A     A history.

15        Q     Did you have any reason to believe that

16   Mr. Docher had a history of seizures?

17        A     We had absolutely no knowledge of his

18   history.

19             MR. HECHT:  Form.

20   BY MR. JOLLY:

21        Q     That's all the questions I have.

22   Mr. Hecht might have some more questions for you.

23             MR. HECHT:  I don't have any questions.

24             MR. JOLLY:  Sir, you have the right to

25        read or waive.

Page 46

1          MR. NEWMAN:  We're going to read the

2      transcript.

3          (Deposition concluded at 11:20 a.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 47

1   STATE OF FLORIDA      )
                          :   SS
2   COUNTY OF ST. LUCIE )

3

4                    CERTIFICATE OF OATH

5            I, VANESSA G. ARCHER, Registered Professional

6   Reporter, a Notary Public of the State of Florida at Large,

7   authorized to administer oaths on this 31st day of July,

8   2017, at 10:17 a.m., THOMAS SINCLAIR personally appeared

9   before me and took an oath for the purpose of giving

10  testimony in the matter of:  TAVARES DOCHER v. CHRISTOPHER

11  NEWMAN, ET AL.

12

13  _____
                VANESSA G. ARCHER, FPR
14              My Commission Expires:
                October 5, 2019
15

16

17

18  PERSONALLY KNOWN --
    OR PRODUCED IDENTIFICATION X
19  TYPE OF IDENTIFICATION PRODUCED: FL/DL

20

21

22

23

24

25

Page 48

```
 1   STATE OF FLORIDA  )
                       :  SS
 2   COUNTY OF MARTIN  )

 3

 4            CERTIFICATE OF REPORTER

 5            I, VANESSA G. ARCHER, Registered Professional

 6   Reporter, a Machine Shorthand Reporter and Notary Public of

 7   the State of Florida at Large, certify that the foregoing

 8   deposition of THOMAS SINCLAIR was stenographically reported

 9   by me and is a true and accurate transcription of said

10   deposition of THOMAS SINCLAIR; that a review of the

11   transcript was requested.

12

13            I certify further I am neither attorney nor

14   counsel for, nor related to, nor employed by any of the

15   parties to the action in which the deposition is taken and,

16   further, that I am not a relative or an employee of any

17   attorney or counsel employed in this case, nor am I

18   financially interested in the outcome of this action.

19            DATED this 1st day of August, 2017.

20

21                                _____

22                                VANESSA G. ARCHER, FPR

23

24

25
```

```
                                                    Page 49
 1                         ERRATA SHEET

 2    In Re:  Tavares Docher v. Christopher Newman, Et Al
                      Case No: 2:16cv14413
 3                          7/31/17

 4     DO NOT WRITE ON TRANSCRIPT - - ENTER CHANGES HERE:

 5    Page: _____  Line: _____
      Now reads:
 6    _____
      Should read: _____
 7    Reason for Change: _____

 8    Page: _____  Line: _____
      Now reads:
 9    _____
      Should read: _____
10    Reason for Change: _____

11    Page: _____  Line: _____
      Now reads:
12    _____
      Should read: _____
13    Reason for Change: _____

14    Page: _____  Line: _____
      Now reads:
15    _____
      Should read: _____
16    Reason for Change: _____

17    Page: _____  Line: _____
      Now reads:
18    _____
      Should read: _____
19    Reason for Change: _____

20
             Under penalties of perjury, I declare that I have
21    read my foregoing transcript and, together with any changes
      made above, the facts stated herein are true.
22

23

24    _____        _____
      DATE                        THOMAS SINCLAIR
25
```

Page 50

1        ERRATA SHEET

2   In Re:  Tavares Docher v. Christopher Newman, Et Al
                 Case No: 2:16cv14413
3                      7/31/17

4    DO NOT WRITE ON TRANSCRIPT - - ENTER CHANGES HERE:

5   Page: _____   Line: _____
    Now reads:
6   _____
    Should read: _____
7   Reason for Change: _____

8   Page: _____   Line: _____
    Now reads:
9   _____
    Should read: _____
10  Reason for Change: _____

11  Page: _____   Line: _____
    Now reads:
12  _____
    Should read: _____
13  Reason for Change: _____

14  Page: _____   Line: _____
    Now reads:
15  _____
    Should read: _____
16  Reason for Change: _____

17  Page: _____   Line: _____
    Now reads:
18  _____
    Should read: _____
19  Reason for Change: _____

20
            Under penalties of perjury, I declare that I have
21  read my foregoing transcript and, together with any changes
    made above, the facts stated herein are true.
22

23

    _____      _____
24  DATE                       THOMAS SINCLAIR

25

Page 51

1

2

3    August 1st, 2017

4    Wilson, Elser
     111 N Orange Avenue, Suite 1200
5    Orlando, FL 32801

6    ATTEN.: Benjamin W. Newman, Esq.

7    RE:  Tavares Docher v. Christopher Newman, Et al.

8    Dear Mr. Newman,

9    Enclosed please find the original signature page for the
     above-described deposition along with an errata sheet for
10   any corrections.

11   As per our conversation you will take care of all aspects
     regarding reading and signing of Thomas Sinclair's
12   deposition.  It is my understanding you will furnish the
     deponent with a copy to read.  Enclosed is an errata sheet,
13   pages 49 & 50 for any changes or corrections.  And please
     have Thomas Sinclair execute the original signature page at
14   Pages 49 and/or 50 after completion of the reading.

15   Please mail the original executed signature page and errata
     sheets to Gregory J. Jolly, Esq., along with a copy for Adam
16   Hecht, Esq. for his certified copy, so that they may put in
     their respective copies of the deposition.  Please retain a
17   copy for your certified copy.

18   If the witness has not read and signed the deposition by the
     close of business on September 3rd, 2017, the deposition may
19   be filed without the witness' signature.

20   If you have any questions, please do not hesitate to call
     our office.
21
     Sincerely yours,
22
     Vanessa Archer
23
     cc:  Gregory Jolly, Esq.
24        Adam Hecht, Esq.

25

**A**

**a.m** 1:17 46:3
47:8
**able** 15:25 16:3
16:12,14 26:2
32:4 35:25
36:1 39:16
44:15
**above-described**
51:9
**absolutely** 5:13
6:18 45:17
**Academy** 12:5
**accurate** 7:18
18:8 48:9
**accurately** 7:6
7:11
**ACLS** 18:22
26:10
**acronym** 18:24
**acting** 11:9,10
**action** 48:15,18
**Adam** 2:4 51:15
51:24
**Adam's** 20:6
**addition** 17:8
**address** 8:9
**administer**
33:17 34:2,11
35:5,8 36:4,8
39:10,22 40:13
40:15,15,20
41:1 44:25
47:7
**administered**
14:17,21 37:20
38:1,9,12
**administering**
35:2,13,20
36:18 38:22
**administration**
31:20 32:20
33:22 34:17
36:25 42:15,23
43:25
**Advanced** 18:25
**affect** 11:1

**affidavit** 30:3
**age** 23:25
**ago** 4:18
**agree** 25:21 26:4
41:15
**airway** 19:6
36:23
**al** 47:11 49:2
50:2 51:7
**allow** 5:7
**alternate** 13:16
**ambulance**
14:22 18:21
26:13,15 27:10
27:12,19 41:5
41:24
**American** 19:1
**and/or** 51:14
**answer** 5:8 11:4
25:15 30:9,23
34:19 37:12
38:3 41:11,13
**answers** 4:24
7:12,20
**anymore** 20:5
**Apart** 43:8
**appear** 30:5
33:6
**APPEARAN...**
2:1
**appeared** 33:9
47:8
**applied** 32:3
**applying** 32:19
33:2
**apprenticeship**
24:8
**approach** 34:2
**appropriate**
19:2
**approximately**
20:24 23:20
29:9
**arch** 10:4 16:3
**Archer** 1:20
47:5,13 48:5
48:21 51:22

**arching** 10:16
**arms** 10:5
**arrest** 26:17
27:23
**arrival** 28:5,13
28:18
**arrived** 8:13,17
9:16,23 25:22
26:5,6 27:20
28:11,15 29:19
30:5 42:14
43:3,11
**ash@searcyla...**
2:5
**asked** 7:12,20
17:11 43:21
**asking** 28:19
**aspects** 51:11
**assess** 43:10,15
**assessment** 31:3
31:6 43:1
**Association** 19:1
**assume** 42:19,21
**assumption** 32:7
**asystole** 43:24
44:1
**Ativan** 31:20
32:21 33:17,23
34:2,12,17,25
35:2,5,8,10,13
35:17,20,23
36:5,8,12,19
36:25 37:21
38:1,10,13,22
39:11,23 40:13
40:21 41:2
42:1,7,15,23
43:22,25 44:23
45:1
**Ativan's** 35:9
**attempted** 12:24
13:2,4 14:10
**attempting**
10:15 25:25
**ATTEN** 51:6
**attended** 12:4,5
12:7

**attorney** 4:14
48:13,17
**audible** 4:24
**audio** 3:10,12
6:19,22 7:1,6
7:11,15 17:8
**August** 48:19
51:3
**authorized** 47:7
**Ave** 2:8
**Avenue** 51:4
**aware** 36:11

**B**

**back** 8:4,5 10:4
10:16 16:1,3,3
19:5,8 26:13
26:14 27:11
30:21 32:20
37:8,15 38:15
**backboard** 13:3
13:23 28:23
**background** 6:3
20:11
**backwards**
22:13,18
**BARNHART**
2:3
**BARRANCO**
2:14
**based** 39:1,7,21
44:24
**basically** 4:20
9:10
**basing** 11:14
**Beach** 2:3,4
22:14
**beginning** 16:2
**behalf** 4:3
**behavior** 11:12
**believe** 8:1 14:22
18:7 19:7
28:14 34:14
41:20 45:9,15
**believes** 45:2
**Ben** 43:17
**ben.newman...**
2:10

**benefit** 5:10
**Benjamin** 2:9
3:22 51:6
**best** 5:9 7:10
34:1
**big** 15:2,7 42:8
**birth** 31:9
**blood** 8:21 10:6
13:4,6,7,8 31:1
33:5,7,10,11
33:14 42:18
43:14
**Blvd** 1:18 2:3,14
**board** 41:23
**book** 35:15,18
36:2
**bottom** 17:20
**Boulevard** 8:10
8:18
**break** 18:23
**breath** 32:4
**breathing** 16:18
16:20 28:17
30:8 32:14,21
33:7,9,12
**business** 51:18

**C**

**call** 5:24 6:5,8
8:7 13:17,18
13:20,21 16:2
24:11,17 37:16
51:20
**called** 4:3 7:24
8:1 13:9 35:9
35:10
**calls** 13:16
**calm** 31:19,21
31:24
**CALVIN** 1:8
**captured** 19:7
**cardiac** 19:9
26:17 27:23
**care** 38:15 51:11
**career** 37:21
38:8,14
**carry** 41:4
**case** 1:2 48:17

49:2 50:2
**cause** 36:17
**cc** 51:23
**Central** 12:5
23:17
**certain** 35:3
**CERTIFICATE**
47:4 48:4
**certification**
20:16,21,23,25
21:4,16 22:11
24:4
**certified** 21:9
51:16,17
**certify** 48:7,13
**chance** 43:9
**Change** 49:7,10
49:13,16,19
50:7,10,13,16
50:19
**changed** 15:13
37:16
**changes** 42:13
49:4,21 50:4
50:21 51:13
**Chapman** 24:10
28:1
**cheat** 35:15
**checked** 16:23
**chemical** 41:16
**choppy** 5:11
**Christopher** 1:7
47:10 49:2
50:2 51:7
**civilians** 9:15,19
**class** 12:3 21:8
**classes** 12:3
**CLAYLAN** 1:8
**clean** 5:3
**close** 44:7 51:18
**clue** 35:4
**collaboration**
14:3
**College** 12:6,8
12:10 20:14,14
20:22 21:1
22:12 23:10,14

**combative** 17:3
26:1 28:6
44:14 45:6
**combativeness**
17:1
**combination**
30:16
**Commission**
47:14
**common** 39:20
40:2
**Community**
12:6,8,10
20:13,14 22:12
**compared** 15:3
**comparison**
15:6
**complete** 21:18
**completion** 3:23
51:14
**concluded** 46:3
**conclusion** 3:15
**condition** 11:7,8
19:3 29:16
**contact** 14:11
**contraindicati...**
35:17,23 36:11
**control** 36:22
**conversation** 5:1
51:11
**converted** 19:9
**cooler** 42:4,6,8,9
42:12
**copies** 51:16
**copy** 51:12,15
51:16,17,17
**correct** 5:1 6:6,7
12:13 18:18,19
19:24 22:2,3
22:10,20,21
23:3,4 24:11
24:12,16,21
25:18 28:6,21
28:22 29:13,21
29:22 30:19,20
31:20 33:3,18
33:19,25 34:25

35:1,5,6 36:8,9
37:9 38:24,25
39:12 40:5,6
40:22 41:2,3
43:13 44:23
**corrections**
51:10,13
**correctly** 16:10
**counsel** 48:14,17
**County** 1:10,10
2:7 5:18,20,25
6:6,10 22:19
23:2 24:1
38:20 39:3,8
39:21 47:2
48:2
**couple** 16:11
**course** 5:2 12:14
**COURT** 1:1
**COURTEMA...**
1:9 2:13
**courtesy** 5:9
**CPR** 19:6
**CROSS** 3:4
**CROSS-EXA...**
20:8 43:20
**crowd** 9:17
**cuffed** 26:3
**cuffs** 26:18
**currently** 5:15
22:18
**CVS** 5:25 6:5
27:19

_____
**D**
**danger** 45:6
**date** 1:16 22:24
29:1 31:9,11
41:4 49:24
50:24
**DATED** 48:19
**dates** 22:9
**day** 5:22 7:25
13:15 36:12
47:7 48:19
**dealt** 27:1
**Dear** 51:8
**decided** 13:24

14:1,6
**decision** 14:4,14
34:5,9
**declare** 18:16
49:20 50:20
**DEFENDANT**
2:7
**Defendants** 1:12
2:12 4:3
**Defendants'**
3:10,11,13
**defibrillated**
19:8
**deliver** 44:22
**DENNEY** 2:2
**deponent** 51:12
**deposition** 1:15
3:15 4:16 5:2
46:3 48:8,10
48:15 51:9,12
51:16,18,18
**depressed** 37:6
**depression**
36:17,21 37:1
**deputies** 8:20,22
9:5,9,13,20,25
10:7,11,17
12:23 13:1
15:2,4,5,10,21
16:1,10 19:11
20:1 26:2,17
26:25 27:2,11
28:12,16 29:20
30:6,13,18
31:22,24 37:7
**deputy** 25:15
26:19,22 27:3
27:5,7
**described** 10:11
44:14
**detective** 6:9 7:4
7:8 24:10 28:1
**detective's** 7:2
**determination**
31:23 32:18
33:13,16,20
34:9,11 36:7

**determine** 31:4
32:13 34:16
36:20,24 39:13
42:23
**determined** 34:1
**diagnosis** 11:1,5
**different** 11:23
**difficulty** 28:17
30:7 32:13,21
33:7
**DIRECT** 3:4 4:7
**discretion** 39:4,9
40:20
**disorder** 42:16
42:25
**dispatch** 8:16
**dispatched** 8:7,8
**disposed** 14:18
**distress** 33:22
34:10,14,17
**district** 1:1,1,11
1:11 2:8 5:18
5:20 22:19
23:2 24:2
38:21 39:3,8
39:21
**Docher** 1:3 4:15
8:23 9:2,6,8,20
9:22 10:8,11
11:1 12:22
13:23 14:8,15
14:24 15:3,25
16:8 17:2
18:20 19:20
20:1 24:20
25:22 26:4,14
27:10,18 28:5
28:16,20 29:8
29:20 30:7,7
30:18 31:4,19
31:24 32:19
33:21 34:3,10
35:20 36:25
37:7 41:10
42:15,24 43:4
43:12 45:9,16
47:10 49:2

50:2 51:7
**Docher's** 11:7
**DOCHER-NE...**
1:4
**document** 18:17
**doing** 9:8
**dose** 36:4 38:9
38:13 39:10,17
39:22 40:20
41:1 44:22,25
**drug** 12:15
36:16
**drugs** 11:13
14:16
**duly** 4:4

——————
**E**
**e-mail** 17:11,12
**East** 2:14 8:10
8:18
**education** 11:12
11:15,17,25
**either** 44:18
**elaborate** 10:3
**Elser** 2:8 51:4
**Emergency** 21:2
**employed** 5:15
5:19 22:19,22
48:14,17
**employee** 48:16
**EMT** 12:3,5,7
20:12,15,20
21:15,21 22:1
22:8,11,16
23:9 24:3,5
25:5
**Enclosed** 51:9
51:12
**entail** 12:19
**ENTER** 49:4
50:4
**entire** 17:4
**errata** 3:23 49:1
50:1 51:9,12
51:15
**Esq** 1:19 3:22
51:6,15,16,23
51:24

**ESQUIRE** 2:4,9
2:15
**Et** 47:11 49:2
50:2 51:7
**evaluate** 42:22
**evaluation** 34:15
34:18
**event** 7:4 17:5
**exact** 8:9,24
12:20 30:15
37:15 42:9
**exactly** 8:22
**EXAMINATI...**
4:7 44:11
**examined** 4:4
**execute** 51:13
**executed** 51:15
**exhibit** 3:10,11
3:13 11:12
**Exhibits** 3:8,15
**experience**
11:11,15,17
31:16 39:2,7
44:24
**experienced**
31:12
**expired** 21:7
**Expires** 47:14
**extend** 5:8
**extremely** 10:12
10:20,25 11:6
26:1 33:4 45:6

——————
**F**
**fact** 10:20,25
11:6 32:3
**facts** 18:17
49:21 50:21
**family** 4:15
**far** 9:19
**fight** 26:2
**fighter** 28:2
**filed** 4:15 51:19
**financially**
48:18
**find** 8:9 51:9
**fine** 5:5 33:9
**finish** 5:7 23:19

**fire** 1:11 2:8
5:18,20 12:4,5
21:6 22:19
23:2 24:2
38:20 39:3,8
39:21
**firefighter** 11:22
12:2 23:24
**first** 4:4 17:19
**first-hand** 28:3
**fit** 29:10
**five** 26:2 30:4,6
30:13,17 37:7
**FL** 51:5
**FL/DL** 47:19
**Florida** 1:1,10
1:18,21 2:4,9
2:15 11:24
12:3,4,5 23:17
23:24 47:1,6
48:1,7
**follow** 6:15
**followed** 18:22
**following** 7:16
12:9
**follows** 4:5
**followups** 43:19
**force** 10:8 20:1
**foregoing** 18:17
48:7 49:21
50:21
**forehead** 8:2
43:8
**form** 11:2 13:14
19:21 20:2
25:12 26:7
28:7 30:22
32:6,15,22
36:3 37:10
39:25 40:9
41:19 42:17
43:5 45:19
**formally** 37:2,3
**Fort** 2:15
**forwarded** 3:23
**found** 16:17
**four** 8:16 22:10

26:2 30:4,6,13
30:17 37:7
38:9,12,23
39:4,10,16,17
39:23 40:16,20
40:23 41:1
44:23 45:1,11
**four-point** 41:5
41:17
**FPR** 1:20 47:13
48:21
**Frances** 23:8
**friends** 19:16
**function** 24:6
**furnish** 51:12
**further** 48:13,16
**fuzzy** 22:9

——————
**G**
**G** 1:20 47:5,13
48:5,21
**George** 4:11
**getting** 20:20
23:13
**GIUFFREDA**
2:14
**give** 11:7 39:17
43:22
**given** 4:16 7:13
7:20 38:22
43:22
**giving** 6:9 7:3
47:9
**go** 4:19 11:11
14:5 20:10
44:13
**going** 5:14 6:14
6:16 7:22 14:1
14:18 17:14,17
19:5,18 20:6
22:6,7,8 40:13
46:1
**graduate** 11:18
20:12
**graduated** 12:6
12:8,10 20:13
21:5
**Greg** 4:13

greg@purdyl...
2:16
**Gregory** 1:19
2:15 51:15,23
**ground** 4:19
8:20 12:22
29:20,25
**guardian** 1:4
**guess** 15:23,24
38:7 42:22
44:2,4
**guessing** 44:8

——————
**H**
**handcuff** 9:5
**handcuffed** 9:3
37:9
**handcuffs** 24:21
24:24 25:6,8
25:10,17,21,23
26:6,9,20
27:12,16 28:21
28:24 30:18,21
**handed** 6:13
**hands** 25:1,6,11
**handwriting**
17:23,24
**happened** 16:14
18:20 19:19
28:8,13
**happens** 12:23
13:22 14:15
16:8
**head** 4:25 8:21
31:1,5 35:24
38:18 43:4,12
**heard** 6:25 7:2
**Heart** 19:1
**Hecht** 2:4 3:6
11:2 13:14
19:21 20:2,9
25:16 26:11
28:10 30:24
32:9,17,24
36:6 37:17
40:11 41:22
42:20 43:7
45:19,22,23

51:16,24
**height** 29:9
**hesitate** 51:20
**high** 11:18,20,21
  11:25 23:22
**hired** 22:14
**history** 45:5,14
  45:16,18
**holding** 30:1,2,6
  37:8
**Hopewell** 11:19
**hospital** 26:6
  27:20
**hours** 8:15 42:13
**hundreds** 27:1,2
  37:24 38:1
**hypersensitivity**
  36:16

**I**

**I-N-D-E-X** 3:1
**ice-pack** 42:4,11
**idea** 15:8 28:8
**IDENTIFICA...**
  47:18,19
**immediately** 7:8
**important** 4:20
  36:19
**incident** 6:3 7:9
  7:23 14:9
  15:14,19 16:13
  18:5 29:2,9
  31:11 41:4
**increased** 15:16
**increments**
  38:23 39:5,6
  39:16
**independent**
  1:11
**Indian** 12:7,10
  20:14,22 21:1
  22:11,16 23:10
  23:14
**indicate** 11:13
**individual** 25:10
  32:13 36:19
**individually** 1:7
  1:8,8,9,10

**individuals** 25:4
**information** 6:4
**initiated** 19:6
**inject** 14:23
**injected** 16:9
**injury** 31:5
**inside** 42:11
**interested** 48:18
**interview** 6:9,15
  7:3,7 10:10
  24:9
**intramuscularly**
  33:18 35:8
  38:10 39:11,24
  40:13,21 41:2
**introduced** 4:12
**involved** 15:21
  34:8
**irrelevant** 36:22
**issue** 11:13
**IV** 19:7

**J**

**J** 1:9,19 2:15
  51:15
**JANICE** 1:4
**January** 22:24
  22:25
**Jay** 11:19
**Jeanne** 23:8
**Jensen** 22:14
**job** 23:7 32:12
**jobs** 11:23 23:23
**John** 11:19
**Join** 25:13 26:8
  37:11 40:1
  43:6
**joint** 34:5
**Jolly** 1:19 2:14
  2:15 3:5 4:8,13
  6:20 11:3
  13:19 19:23
  20:4 25:12
  26:7 28:7
  30:22 32:6,22
  37:10 40:1,4
  43:5,17 44:12
  45:20,24 51:15

51:23
**Jose** 1:10 13:11
  13:13 14:3,16
  31:8,12 33:24
  34:1 36:8 43:1
**July** 1:16 3:2
  47:7
**Junction** 11:19
**junior** 31:13

**K**

**KEN** 1:9
**kept** 42:3,4,5
**kick** 10:5 13:4
  14:8,12
**kind** 13:12 34:22
  44:19
**knee** 29:25,25
**knees** 37:8
**know** 19:6,11,18
  25:9,17 26:22
  27:3,5,7 28:2
  29:17 38:17
  41:13 42:22
  43:11
**knowledge** 7:14
  28:4 32:1
  39:20 40:3
  45:17
**KNOWN** 47:18

**L**

**laceration** 8:1
  24:11,13,14
  43:8,14
**Lakes** 2:3
**large** 1:21 8:21
  9:17 30:13,25
  47:6 48:7
**larger** 15:4,11
**lash** 10:1,3
**lashed** 13:3
**lashing** 34:13
**late** 23:7,21
**Lauderdale** 2:15
**lawsuit** 4:14
**lead** 13:17,17,20
**left** 23:7,20

**legal** 1:4
**legs** 25:2
**let's** 22:13,18
  23:6
**Letter** 3:22
**license** 12:9 21:6
  23:13
**licensed** 12:7,11
  12:12
**Life** 18:25
**lift** 12:24 16:3
  16:12,14
**lifted** 16:20,24
**lifting** 10:16
**limited** 44:24
**Line** 49:5,8,11
  49:14,17 50:5
  50:8,11,14,17
**lines** 5:6
**listened** 6:21
**listening** 7:15
**little** 5:11
**location** 8:13
**long** 4:18 11:22
  22:22
**look** 17:15,16,19
  35:3 36:1
**looked** 8:25
  26:22,25
**looks** 18:15
**Lucie** 1:9,10,18
  1:18 2:7 5:18
  5:19,25 6:6,10
  8:11 21:8,25
  22:19 23:2
  24:1 38:20
  39:3,8,20 47:2
**lying** 8:19

**M**

**Machine** 48:6
**mail** 51:15
**making** 17:6
  34:11
**Mangrum** 1:8
  2:12 27:3
**marked** 3:9,15
**MARTIN** 48:2

**MASCARA** 1:9
**matter** 10:21
  47:10
**max** 38:23 39:16
**mean** 10:2 11:8
  15:5 18:23
  29:24 34:18
  37:4 39:1
**medic** 13:17,17
  13:20
**medical** 21:2
  29:15
**medicine** 42:5
**men** 30:14
**metabolic** 42:16
  42:24
**milligram** 38:22
  39:5,15 40:14
  40:15,16
**milligrams** 38:9
  38:12,23 39:5
  39:10,17,23
  40:16,21,23
  41:1 44:23
  45:1,11
**mind** 44:22
**mine** 7:2 17:22
  17:25
**minutes** 8:16
  16:11 44:6
**money** 21:20
**Morning** 4:9
**mother** 1:4
**mouth** 43:15
**move** 13:25
  14:19 16:12
  25:25
**moved** 21:7,25
  23:23
**moving** 11:23
  12:3,4 32:5
  33:1

**N**

**N** 2:8 51:4
**name** 4:9
**name's** 4:13
**natural** 5:1

need 8:5 27:21
  42:1
needed 39:11
neither 48:13
New 11:19
Newman 1:7 2:9
  2:12 3:7,22
  25:13 26:8
  27:7 32:15
  36:3 37:11
  39:25 40:9
  41:19 42:17
  43:6,18 46:1
  47:11 49:2
  50:2 51:6,7,8
noises 17:6
non-verbal 9:12
  17:4
normal 5:1
  19:10
normally 37:5
nose 43:15
Notary 1:20
  47:6 48:6
notice 9:15
  16:19
number 8:24
nursing 21:14
  21:18

O
oath 47:4,9
oaths 47:7
Object 32:15
  36:3 39:25
  40:9 41:19
  42:17 43:5
objection 19:18
  25:12 26:7
  28:7 32:6,22
  37:10
observe 8:17 9:5
  10:7,18 14:23
  19:25 45:8
observed 43:23
  44:1
obtained 21:15
  24:3

occasion 5:24
October 47:14
office 6:10 18:4
  51:20
officer 28:4
officers 25:9
  27:11 30:2
  32:3,19
okay 4:19 5:4,12
  6:17,21 11:16
  14:5 17:14
  19:24 44:21
once 16:16 21:7
  24:3 26:16
  27:9 38:4
operator 21:13
  21:17,21
opinion 11:7
Orange 2:8 51:4
order 13:12
original 51:9,13
  51:15
Orlando 2:9
  21:7 23:7 51:5
outcome 48:18
outreach 12:2
outside 28:9
  35:12 43:14

P
P.A 2:3,14
p.m 8:15
page 49:5,8,11
  49:14,17 50:5
  50:8,11,14,17
  51:9,13,15
pages 51:13,14
pair 25:1,6
pairs 24:20
  25:10
Palm 2:3,4
paper 35:15
paramedic 12:9
  12:12,17 13:11
  21:10 24:4,4,6
  25:5 31:12,13
  32:10,12 33:17
  34:1,19 37:21

39:2 42:13
  44:25
paramedics
  39:21 40:7,12
  40:17
part 44:2
parties 15:2
  48:15
patient 8:19
  25:21 26:1,2
  35:5,8 37:21
  38:10,13,15
  39:11,13,23
  40:21 41:2
  43:23 44:13,15
  44:17 45:2,4,5
  45:6,12
patients 27:2
  37:25
pecking 13:12
penalties 18:16
  49:20 50:20
people 29:18
  33:12 39:18
  45:7
perform 26:10
performed
  26:12
perimeter 9:18
period 23:13
perjury 18:16
  49:20 50:20
person 37:5
personally 10:18
  19:13 47:8,18
piece 35:15
place 1:18 13:2
placed 24:24
  27:17,18 28:20
  28:23
PLAINTIFF 2:2
Plaintiffs 1:5
play 6:14
played 6:19
please 4:10 51:9
  51:13,15,16,20
point 9:1,10

10:5 12:21
  19:8 27:24
  37:14 42:10
  44:3
pool 8:21 30:25
Port 1:18,18
  8:10 21:8,25
position 37:16
pounds 15:9,22
prepare 14:16
prepared 16:12
present 9:16,24
  23:1
pressure 31:21
  32:3,20 33:3,5
Prima 8:10,18
prior 16:20 28:5
  28:13,17 31:19
  32:20 33:22
  34:11,17 35:2
  35:20 36:18,25
  41:15 42:14,23
probably 11:16
  44:7
procedures
  26:10,12
PRODUCED
  47:18,19
Professional
  47:5 48:5
professionally
  19:14
protocol 35:18
  35:19 39:15,19
  41:21
protocols 14:7
  18:22,25 35:12
  36:2 38:21
  39:22 41:16
provided 17:9
providing 18:3
psychiatric
  11:13
Public 1:21 47:6
  48:6
pulled 8:19 9:4
pulse 16:18

PURDY 2:14
purely 15:23
purpose 47:9
purposes 34:25
push 16:1 38:9
  39:10,22
put 13:22 18:20
  31:21 51:16
putting 16:5

Q
question 5:7
  19:19 25:14
  33:15,24 34:20
  34:23 37:13
  40:24,25 41:11
questions 6:17
  7:12,19 17:17
  20:5,7 43:16
  44:10 45:21,22
  45:23 51:20

R
rare 38:11 44:22
read 18:16 45:25
  46:1 49:6,9,12
  49:15,18,21
  50:6,9,12,15
  50:18,21 51:12
  51:18
reading 51:11
  51:14
reads 49:5,8,11
  49:14,17 50:5
  50:8,11,14,17
real 28:2
realized 26:16
really 34:22
reason 18:7
  21:23 45:9,15
  49:7,10,13,16
  49:19 50:7,10
  50:13,16,19
reassessed 16:17
recall 7:10 9:14
  9:21 10:9
  12:20 14:13
  15:4 16:10

17:7 20:3
24:23,25 25:3
25:7 26:21
28:19 30:12,15
30:25 32:23
36:15 37:15,24
38:19 43:24
**received** 12:17
**recertified** 22:2
**recognition**
12:15
**recognize** 6:22
17:20,24
**record** 4:10,13
4:13 5:4 15:8
**recording** 3:10
3:12 6:14,23
7:6,11
**RECROSS** 3:4
**REDIRECT** 3:4
44:11
**refer** 8:4,5 19:5
30:3 38:15
**reflect** 7:7,11
**refrigerated**
42:1
**refrigerator**
41:23
**regarding** 51:11
**Registered** 47:5
48:5
**related** 48:14
**relative** 15:1
48:16
**released** 24:6
**remained** 16:11
**remember** 6:8
7:3 8:3,12,22
8:25 14:10,11
15:1 17:9 18:3
26:24 30:10
32:25 37:18
**remove** 26:18
**render** 44:18
**rendered** 19:2
**renewed** 12:8
**rephrase** 34:21

**report** 8:4 19:6
**reported** 48:8
**Reporter** 1:20
47:6 48:4,6,6
**reporter's** 4:21
**represent** 4:14
**requested** 26:17
27:10 48:11
**require** 45:4
**requires** 39:14
45:3
**rescue** 26:3
**respective** 51:16
**respiratory**
33:22 34:10,14
34:16 36:17,21
37:1,6
**responded** 24:20
**responding**
24:11,17
**rest** 9:10,22,24
**restrained** 44:18
**restraint** 41:16
**restraints** 27:17
41:5,18
**result** 21:7
**retain** 51:16
**review** 48:10
**rhythm** 19:9,10
**right** 4:25 10:9
10:12 35:22
44:4,9 45:24
**River** 12:8,10
20:14,22 21:1
22:11,17 23:10
23:14
**Robertson** 27:5
**ROBINSON** 1:8
2:13
**Rosario** 1:10
13:11,13 14:12
14:20,23 31:8
31:12 33:17
34:1 36:8 43:1
**roughly** 8:15
**rude** 5:3
**rules** 4:20

## S

**S** 2:4
**safe** 35:4
**safely** 44:16
**safety** 14:18
**saw** 8:19 30:6,17
**saying** 9:11,13
17:2
**says** 18:15 24:22
**SCAROLA** 2:2
**scene** 7:25 13:9
19:12 26:25
28:11,12,15
29:19 30:6
31:19 35:14
36:1,10 42:14
43:3,12 44:13
**school** 11:18,20
11:21 12:1,4,7
12:9,17 20:12
20:17 21:6,14
21:19 22:6,7,8
22:15 23:10,22
24:7
**schools** 21:4
**SEARCY** 2:2
**secured** 16:16
**sedate** 14:6,14
**sedated** 44:18
**sedation** 14:16
38:21
**sedative** 14:21
16:9
**see** 12:22 22:13
23:6
**seen** 25:4,7
**seizing** 35:12
**seizure** 45:5
**seizures** 45:10
45:13,16
**senior** 11:20
31:14
**separate** 21:3
**September**
51:18
**sharps** 14:18
**sheet** 35:16 49:1

50:1 51:9,12
**sheets** 3:23
38:16 51:15
**sheriff** 1:9 2:14
4:14 17:9
**sheriff's** 6:10 7:8
10:10 18:4
25:9
**SHIPLEY** 2:3
**shook** 4:25
**Shorthand** 48:6
**show** 17:14
**signature** 17:20
17:21 51:9,13
51:15,19
**signed** 51:18
**signing** 51:11
**signs** 35:3
**Sincerely** 51:21
**Sinclair** 1:15 3:3
3:11,12,13 4:2
4:11 20:10
43:21 47:8
48:8,10 49:24
50:24 51:13
**Sinclair's** 51:11
**single** 38:9,13
39:10,17,22
40:20 41:1
44:22
**sinus** 19:10
**sir** 4:9,12 15:7
20:6 31:9 44:9
45:24
**sit** 10:4
**sitting** 26:24
35:22
**situations** 45:12
**sizes** 15:1
**sloppy** 18:2
**smaller** 15:5
**smell** 29:13,18
29:18
**soft** 41:5,17
**somebody** 13:10
25:8
**soon** 7:4 14:17

**sorry** 22:25
**sort** 28:17 29:15
31:3,4 33:21
34:15
**SOUTHERN**
1:1
**speak** 28:11,15
**special** 1:11
**specified** 39:6
**speculate** 19:22
**spitting** 10:6
13:4,6,7,8 33:5
33:6,10,11,12
33:14
**SS** 47:1 48:1
**St** 1:9,10,18,18
2:7 5:18,19,25
6:6,9 8:10 21:8
21:25 22:19
23:2 24:1
38:20 39:2,8
39:20 47:2
**Star** 23:17,18,20
**start** 5:8 22:24
23:18 40:14
**started** 19:7
**state** 1:21 4:9
12:11 20:22
21:1 23:10,14
47:1,6 48:1,7
**stated** 18:17
25:25 28:1
35:16 49:21
50:21
**statement** 3:10
3:13 6:13 17:8
17:10 18:4,8
18:11 24:19,22
25:20 27:25
29:12
**states** 1:1 38:21
**stature** 30:15
**stenographica...**
48:8
**stop** 14:1
**stretcher** 12:24
14:19 16:13,16

16:21,24 28:21 29:11
**strike** 32:10
**strong** 10:12,21 10:25 11:6
**subject** 7:8,23
**suffer** 43:4
**suffering** 31:4 33:21 34:10,16 36:20 37:1 42:16,24 43:12
**Suite** 1:18 2:8,14 51:4
**Sunrise** 2:14
**Support** 18:25
**supposed** 41:17
**sure** 20:6
**SW** 1:18
**swing** 10:5
**sworn** 4:4
**symptoms** 12:15 35:3

_____

**T**

**take** 5:24 17:15 17:16 21:8 26:19 27:12 51:11
**taken** 1:19 27:16 48:15
**talk** 6:2
**talking** 5:11
**Tavares** 1:3 4:15 24:20 27:10 28:5,16 29:20 30:7 34:10 41:9 42:15,24 43:3,12 47:10 49:2 50:2 51:7
**team** 13:15
**technician** 21:2
**tell** 6:25 7:24 9:2 18:10 23:5 35:7,22 40:2 40:17 42:9
**ten** 38:6
**tend** 11:13
**term** 24:15

45:10
**testified** 4:4 19:25 44:21
**testimony** 27:9 47:10
**thank** 20:7 44:9
**Thanks** 43:16
**thing** 24:13
**things** 29:13,18
**think** 19:19 32:2 37:14 44:5
**Thomas** 1:15 3:3 3:11,12,13 4:2 4:11 47:8 48:8 48:10 49:24 50:24 51:11,13
**threat** 10:24
**three** 24:5 44:5
**time** 1:17 4:18 4:18 8:3,12 9:3 9:23 10:17 11:23 13:3 15:9,18 16:17 19:8 20:6 23:1 23:13 24:7 25:5,7 26:5,5 27:18,19 29:8 31:18 39:6 43:24
**times** 37:23 38:2 38:6,8
**told** 40:12,18
**top** 8:20,23 9:9 16:11 29:21,23 30:18 35:24 38:17
**tow-truck** 21:13 21:16,20
**Towing** 23:17,18 23:21
**trained** 12:15 34:24 40:5,7 40:19,25
**training** 12:14 12:18,19,20 39:2,7
**transcript** 3:12

5:10 6:13,16 7:16,18 46:2 48:11 49:4,21 50:4,21
**transcription** 4:23 7:19 48:9
**trauma** 24:13,14 24:17 43:4,13
**Trauma's** 24:14
**treat** 44:15
**treated** 19:4
**treatment** 44:19
**treatments** 19:3
**truck** 35:18,19
**true** 18:18 24:2 48:9 49:21 50:21
**truthful** 18:13
**try** 10:4 13:22
**trying** 5:3 8:9 15:7
**two** 21:3 24:2,20 25:10 34:5 43:18
**TYPE** 47:19

_____

**U**

**ultimately** 14:4
**unable** 16:25
**uncuffed** 26:14
**understand** 34:20,22 37:12 43:22
**understanding** 39:9 51:12
**unfortunately** 15:15 17:25 18:1
**UNITED** 1:1
**unsafe** 13:25
**use** 12:16 21:6 35:19 39:4 41:9,17
**uses** 34:24

_____

**V**

**v** 47:10 49:2 50:2 51:7

**vague** 24:14
**Vaguely** 6:11 18:6
**Valencia** 12:6 20:13,18,19,21 21:5
**Vanessa** 1:20 47:5,13 48:5 48:21 51:22
**various** 23:23
**versus** 31:25
**violent** 13:24 33:4 35:11 37:5 44:14
**Vista** 8:10,18
**vitals** 16:23
**voices** 6:22,25
**volunteer** 11:22 23:24
**vs** 1:6

_____

**W**

**W** 2:9 3:22 51:6
**WADE** 1:8
**wait** 44:17
**waive** 45:25
**want** 5:3 6:2,3 20:10 42:21,22 42:22 44:4
**wasn't** 32:4,5 35:11,11 40:24
**way** 11:9 12:25 13:16 34:13 40:8
**we'** 12:25
**we'll** 5:14
**we're** 5:10 46:1
**we've** 6:21
**wearing** 25:5 26:6,9
**weigh** 29:1,4
**weight** 9:25 15:13,18 16:6 33:1
**went** 12:9 20:22 21:3,5,14 22:15 24:7
**weren't** 19:16

22:1
**West** 2:4
**wife** 21:13,18
**Wilson** 2:8 51:4
**wise** 11:25
**witness** 4:3,6 13:15 19:22 20:3 25:14 26:9 28:8 30:23 32:7,16 32:23 36:4 37:14 40:2,10 41:20 42:18 51:18
**witness'** 51:19
**words** 15:2
**work** 5:17 22:13 22:18 23:16 42:18
**worked** 21:16 23:5 24:2,4
**working** 5:22 22:1,4,5 23:12 23:18
**works** 13:16
**wouldn't** 27:1 43:9
**write** 17:11 49:4 50:4
**written** 3:13 17:9 18:3 41:21
**wrong** 19:24
**wrote** 18:11 25:20 39:19

_____

**X**

**X** 47:18

_____

**Y**

**Yeah** 34:22
**year** 20:15 22:15
**years** 22:11 24:3 24:5
**York** 11:19

_____

**Z**

**0**

**06** 22:14

**1**

**1** 3:10
**10/30/71** 31:10
**10:17** 1:17 47:8
**108** 1:18
**11** 5:20 35:14
   36:10
**11:20** 46:3
**111** 2:8 51:4
**12** 42:13
**1200** 2:8 51:4
**1216** 2:14
**16** 23:25
**1830** 8:7
**1834** 8:14,15
**1996** 20:19,21
   21:12,16 23:20
**1st** 48:19 51:3

**2**

**2** 3:11
**2:16cv14413** 1:2
   49:2 50:2
**20** 3:6
**2002** 20:24 21:1
   21:12,17 22:4
   22:5
**2004** 23:6,7,9,16
   23:21
**2005** 22:16
**2006** 22:5,24,25
   23:1,5,6,9
**2008** 21:11 22:4
**201** 1:18
**2014** 5:20 35:14
   36:10
**2017** 1:16 3:2
   47:8 48:19
   51:3,18
**2019** 47:14
**2139** 2:3
**240** 15:9,20,21
   15:24 29:3
**2455** 2:14
**278** 29:5

**3**

**3** 3:13
**301** 8:10,18
**31** 3:2
**31st** 1:16 47:7
**32801** 51:5
**32801-2361** 2:9
**33304** 2:15
**33409** 2:4
**34984** 1:18
**3rd** 51:18

**4**

**4** 3:5
**407-203-7599**
   2:10
**43** 3:7
**44** 3:5
**462-3200** 2:16
**49** 51:13,14

**5**

**5** 47:14
**5'9** 15:9 29:6
**50** 51:13,14
**561-686-6300**
   2:5

**6**

**6:30** 8:15
**6th** 22:24

**7**

**7/31/17** 49:3
   50:3

**8**

**9**

**954** 2:16
**9th** 22:25