## INCIDENT/INVESTIGATION REPORT

** Contains Restricted Names **

| | |
|---|---|
| **Case#** | 14-05401 |
| **Date / Time Reported** | 05/11/2014  18:03  Sun |
| **Last Known Secure** | 05/11/2014  18:03  Sun |
| **At Found** | 05/11/2014  18:03  Sun |

**Agency Name:** St. Lucie County Sheriff's Office

**ORI:** FL 0560000

**INCIDENT DATA**

**Location of Incident:** 301 Prima Vista Blvd, Port St Lucie FL 34983-

**Premise Type:** Pharmacy   **Zone/Tract:** Z09

| # | Crime Incident(s) | | Weapon / Tools | | | | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Assault / Battery SCA | (Com) | HANDS/FIST/FEET | | | | |
| | | | Entry | Exit | | Security | |
| #2 | Obstruction OBS | (Com) | | | | | Activity |
| | | | Entry | Exit | | Security | |
| #3 | Crime Incident | ( ) | | | | | Activity |
| | | | Entry | Exit | | Security | |

**MO**

**VICTIM**

**# of Victims** 4   **Type:** LAW ENFORCEMENT   **Injury:** Apparent Minor Injury   **Domestic:** N

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | NEWMAN, CHRISTOPHER ERIK Restricted | 1, | | W | M | OT | Resident | |

**Home Address:** 

**Home Phone:** - -

**Employer Name/Address:**   **Business Phone:**   **Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**OTHERS INVOLVED**

**Type:** LAW ENFORCEMENT   **Injury:** Apparent Minor Injury

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V2 | MANGRUM, CLAYLAN EDGAR Restricted | 1, | | W | M | OT | Resident | |

**Home Address:**   **Home Phone:**

**Employer Name/Address:** St Lucie Co. Sheriff's Office   **Business Phone:**   **Mobile Phone:**

**Type:** INDIVIDUAL/ NOT LAW ENFORCEMENT   **Injury:** Apparent Minor Injury

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V3 | ROSARIO, JOSE ELIEZER | 1, | Age | W | M | OT | | |

**Home Address:**   **Home Phone:**

**Employer Name/Address:** Saint Lucie County Fire Dist   **Business Phone:**   **Mobile Phone:**

**PROPERTY**

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found ("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 25CP | EVID | $0.00 | | 1 | BLUE PLAID BOXERS | | |
| | 25CP | EVID | $0.00 | | 1 | GREEN SHIRT | | |
| | 25CP | EVID | $0.00 | | 0 | BLACK SHORTS | | |
| | 61CP | EVID | $0.00 | | 0 | SILVER COLOR CHAIN WITH CROSS | | |
| | 07PE | EVID | $0.00 | | 7 | VIDEO/CVS/PHONE/INTERVIEWS | | |
| | 09MJ | EVID | $0.00 | | 1 | TISSUE | | |
| | 83CP | EVID | $0.00 | | 1 | SHOES-L. FLIPFLOP | | |
| | 65CP | EVID | $0.00 | | 1 | GLOVES | | |
| | 03CP | EVID | $0.00 | | 1 | BALL CAP/TOWEL | | |
| | 83CP | EVID | $0.00 | | 1 | SHOES-FLIP FLOP | | |
| | 11CS | EVID | $0.00 | | 1 | DNA SWABBING-PM#7 | | |
| | 11CS | EVID | $0.00 | | 1 | DNA SWABBING-PM #8 | | |

**Officer/ID#** Trevisol, Joseph   (PTRL, NS) (1460)

**Invest ID#** Blatchford, David T   (CID, DCI) (1579)

**Supervisor** Parrett, Daniel T   (PTRL, NS) (391)

**Status**

**Complainant Signature**

**Case Status:** Cleared By Arrest   05/11/2014

**Case Disposition:** Cleared By Arrest   05/11/2014

**Page 1**

**Incident Report Additional Property List**

*St. Lucie County Sheriff`s Office*

OCA: *14-05401*

| | Property List (Continued) | Page 2 |
|---|---|---|

Status Codes    L = Lost    S = Stolen    R = Recovered    D = Damaged    Z = Seized    B = Burned    C = Counterfeit / Forged    F = Found

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 67CP | EVID | $0.00 | | 1 | BLACK CROSS | | |
| | 63CP | EVID | $0.00 | | 1 | CARD | | |
| 15 | 53CP | EVID | $0.00 | | 1 | LIGHTERS AND CIGAR | | |
| | 21NI | EVID | $0.20 | | 1 | COINS | | |
| | 63CP | EVID | $0.00 | | 1 | LATEX GLOVES | | |
| | 11CS | EVID | $0.00 | | 1 | DNA SWABBING-PM #6 | | |
| | 37NP | EVID | $0.00 | | 1 | SCREW DRIVERS | | |
| 20 | 07PE | EVID | $0.00 | | 1 | CD`S / DVD`S/VIDEO FROM CVS CORPORATE | | |

**Incident Report Additional Name List**

*St. Lucie County Sheriff's Office*

OCA: *14-05401*

| Additional Name List | Page 3 |
|---|---|

## ** Contains Restricted Names **

| | NameCode/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| **1 )** | *VI  5* | *ROBINSON, CALVIN* | *1,* | | | *B* | *M* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **2 )** | *WI  1* | *MAHONEY, SHAUN* | | | | *W* | *M* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **3 )** | *WI  2* | *BROWN, MARK WAYNE* | | | | *W* | *M* |
| | Address | | | H: | | | |
| | Empl/Addr | *Cvs Pharmacy, 301 Ne Prima Vista Blvd* | | B: | | | |
| | | | | Mobile #: | | | |
| **4 )** | *WI  3* | *BOLES, LEAHA NICHOLE* | | | | *W* | *F* |
| | Address | | | H: | | | |
| | Empl/Addr | *Cvs Pharmacy, 301 Ne Prima Vista Blvd* | | B: | | | |
| | | | | Mobile #: | | | |
| **5 )** | *WI  4* | *GILEWSKI, SAMANTHA* | | | | *W* | *F* |
| | Address | | | H: | | | |
| | Empl/Addr | *Cvs, 301 Ne Prima Vista Blvd* | | B: | | | |
| | | | | Mobile #: | | | |
| **6 )** | *VI  4* | *ROSARIO, JOSE ELIEZER* | *1,* | | | *W* | *M* |
| | Address | | | H: | | | |
| | Empl/Addr | *Saint Lucie Sounty Fire Dist* | | B: | | | |
| | | | | Mobile #: | | | |
| **7 )** | *IO  1* | *MAHONEY, SHAUN* | | | | *W* | *M* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **8 )** | *WI  5* | *SINCLAIR, THOMAS* | | | | *W* | *M* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **9 )** | *WI  6* | *ROSARIO, JOSE* | | | | *W* | *M* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |

**Incident Report Additional Name List**

*St. Lucie County Sheriff's Office*

OCA: *14-05401*

| Additional Name List | Page 4 |
|---|---|

## ** Contains Restricted Names **

| | NameCode/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| **10** ) | *WI 7* | *BHAGUDAS, HARDYAL* | | | | *W* | *M* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **11** ) | *WI 8* | *TAYLOR, ZACKERY* | | | | *W* | *M* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **12** ) | *WI 9* | *WUNDERLICH, CATHY C* | | | | *W* | *F* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **13** ) | *WI 10* | *KANHAI, MERINE* | | | | *W* | *F* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **14** ) | *WI 11* | *KAHNAI, ARIANA* | | | | *W* | *F* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **15** ) | *WI 12* | *RANDOLPH, SHANNON MARIE DENISE* | | | | *W* | *F* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **16** ) | *IO 2* | *DOCHER, JUNE CAROL* | | | | *B* | *F* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **17** ) | *IO 3* | *SPEARS, STEPHANY* | | | | *B* | *F* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |
| **18** ) | *IO 4* | *DOCHER-NEELEY, JANICE* | | | | *B* | *F* |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: | | | |
| | | | | Mobile #: | | | |

## INCIDENT/INVESTIGATION REPORT

By: BLATCHFORDD,                    10/07/2014 09:16

*St. Lucie County Sheriff`s Office*

Page 5

Case# *14-05401*

| Status Codes | L = Lost | S = Stolen | R = Recovered | D = Damaged | Z = Seized | B = Burned | C = Counterfeit / Forged | F = Found |
|---|---|---|---|---|---|---|---|---|

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| **D** | | | | | | |
| **R** | | | | | | |
| **U** | | | | | | |
| **G** | | | | | | |
| **S** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

*MASCARA, K.J. (1178),  WILSON, G.R. (1177),  CARMICHAEL, D. (710),  ROTHMAN, J.D. (154),  DIETRICH, K.A. (443), GOODNER, A.K. (312),  ZIARKOWSKI, R. (680),  SHEELAR, M.J. (485),  DEFONZO, J.J. (728),  SESSOMS, P.S. (635),*

Suspect Hate / Bias Motivated:       *Unknown (Offender`s motivation not known)*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 14-05401                    *St. Lucie County Sheriff`s Office*                    Page 5

N A R R A T I V E

## REPORTING OFFICER NARRATIVE

| St. Lucie County Sheriff`s Office | | OCA<br>*14-05401* |
|---|---|---|
| Victim<br>*NEWMAN, CHRISTOPHER ERIK* | Offense<br>*ASSAULT / BATTERY* | Date / Time Reported<br>*Sun 05/11/2014 18:03* |

ON MAY 11, 2014 AT APPROXIMATLEY 6:03 PM, DEPUTIES NEWMAN, MANGRUM, AND ROBINSON WERE CALLED TO 301 NE PRIMA VISTA BOULEVARD FOR A 911 HANG UP CALL.  UPON THIER ARRIVAL, THEY MADE CONTACT WITH TAVARES DOCHER WHO WAS WEARING A GREEN SHIRT AND BLACK BASKETBALL SHORTS.

I SPOKE TO DEPUTIES NEWMAN, MANGRUM, AND ROBINSON SEPARATELY.  THEY TOLD ME THE FOLLOWING: DOCHER WAS ACTING INTOXICATED (BY BEING UNSTEADY ON HIS FEET, SPEAKING LOUDLY AND SWINGING OF HIS HANDS / ARMS)  AND ARMED WITH A SCREWDRIVER IN HIS RIGHT HAND.  DEPUTY MANGRUM WAS ABLE TO GET DOCHER  TO DROP THE SCREWDRIVER.  DOCHER TOLD NEWMAN HE HAD A FEW DRINKS WHILE WATCHING THE GAMES ON TELEVISION.  THE DRINKS WENT FROM LIQUOR TO "NATTY ICE" SAYING HOW ITS REALLY STRONG BEER.  DEPUTY NEWMAN CONTINUED TELLING ME DOCHER WAS TALKING ABOUT HOW THE ARABS WERE TRYING TO KILL HIS MOTHER AND HIM BECASUE THEY KNOW WHERE THE ARABS DROPPED THE HEADLESS BODY IN SAINT LUCIE COUNTY.  DEPUTY NEWMAN ALSO SAID DOCHER WAS ABLE TO SAY WHO AND WHERE HE WAS; THEREFORE, THEY DID NOT SEE BAKER ACT AS A MEANS TO THE END.  DEPUTY NEWMAN TOLD DOCHER TO PUT HIS HANDS BEHIND HIS BACK THAT HE WAS UNDER ARREST FOR DISORDERLY INTOXICATION, DUE TO HIM BEING INTOXICATED AND CAUSING A DISTURBANCE.  DOCHER DID NOT HAVE ANY ISSUES WITH THIS AND COMPLIED WITH ORDERS BEING PLACED IN HANDCUFFS.  DEPUTY NEWMAN THEN TOLD DOCHER TO SIT DOWN IN THE PATROL CAR AND PUT HIS FEET INSIDE.  DEPUTY ROBINSON TOLD ME HE USED HIS RIGHT HAND TO FORCE DOCHER INTO THE BACK SEAT OF THE PATROL CAR.  DOCHER LOOKED AT ALL THREE DEPUTIES THEN TOOK OFF OUT THE CAR WITH A KNEE SPIKE NOT STRIKING ANYONE.  DEPUTY ROBINSON WAS ATTEMPTING TO STRIKE LARGE MUSCLE MASS AREAS IN AND ABOUT HIS LEGS AND HIPS.  ALL THREE DEPUTIES GRABBED DOCHER.  DOCHER CONTINUED TO STRUGGLE, STRIKING DEPUTY NEWMAN IN THE LEFT EYE WITH HIS RIGHT ELBOW WHILE ATTEMPTING TO BITE AT THE DEPUTIES.  WHILE ALL THREE DEPUTIES WERE ON DOCHER`S BACK, HE WAS STILL ABLE TO RUN FIVE TO EIGHT  FEET BEFORE BEING TAKEN TO THE GROUND.  WHILE ON THE GROUND DEPUTY MANGRUM UTILIZED PALM HEEL STRIKES TO LARGE MUSCLE AREAS INCLUDING THE SHOULDERS, CHEST AND BACK.  DEPUTY NEWMAN APPLIED HIS RIGHT THUMB TO THE NERVE MASS IN THE NECK TO GAIN COMPLIANCE UNSUCCESSFULLY.  DOCHER THEN ATTEMPTED TO BITE DEPUTY NEWMAN AGAIN.  DEPUTY NEWMAN THEN GAVE AN ELBOW STRIKE TO THE RIGHT SIDE OF DOCHERS HEAD.  DOCHER WAS ABLE TO SLIP THE HANDCUFFS TO HIS ELBOW ON HIS RIGHT ARM ALLOWING HIM THE ABILITY TO PUSH OFF THE GROUND LIFTING ALL THREE DEPUTIES.  DEPUTY ROBINSON APPLIED A LEG RIDE TO GAIN CONTROL AND COMPLIANCE; HOWEVER, DOCHER WAS ABLE TO UTILIZE HIS LEGS TO KICK ROBINSON PUSHING HIM INTO DEPUTIES NEWMAN AND MANGRUM.  DEPUTY MANGRUM CALLED FOR RESCUE TO RESPOND TO TREAT DOCHERS INJURIES WHILE THEY WERE STILL TRYING TO DETAIN HIM.  DEPUTY ALONGE ARRIVED AND WAS ABLE TO ASSIST IN KEEPING DOCHER ON THE GROUND.  DEPUTY NEWMAN WENT TO HIS VEHICLE IN ORDER TO GET TOWELS TO STOP THE BLEEDING.  AS RESCUE ARRIVED AND ATTEMPTED TO  RENDER AID, FIREFIGHTER JOSE ROSARIO WAS KICKED IN THE LEG NEARLY TAKING HIM TO THE GROUND.  RESCUE WAS THEN ABLE TO GIVE DOCHER A SHOT OF AN UNKNOWN MEDICINE CAUSING HIM TO BE SEDATED AND TRANSPORTED TO THE HOSPITAL.

AT THIS TIME, DOCHER IS IN THE PORT SAINT LUCIE HOSPITAL EMERGENCY ROOM BEING TREATED FOR THE UNKNOWN INTOXICATION AS WELL AS THE INJURIES SUSTAINED DURING THE ARREST.

# REPORTING OFFICER NARRATIVE

| St. Lucie County Sheriff`s Office | | OCA *14-05401* |
|---|---|---|
| Victim *NEWMAN, CHRISTOPHER ERIK* | Offense *ASSAULT / BATTERY* | Date / Time Reported *Sun 05/11/2014 18:03* |

WRITTEN STATEMENTS WERE OBTAINED AND GIVEN TO DETECTIVES ON SCENE.  CRIME SCENE LOG WAS COMPLETED BY DEPUTY ALONGE AND LATER SECURED IN RECORDS UNIT.

## Incident Report Suspect List

*St. Lucie County Sheriff`s Office*

OCA: *14-05401*

| 1 | Name (Last, First, Middle) **DOCHER, TAVARES LEKEITH** | Also Known As | Home Address |
|---|---|---|---|

| Business Address | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| DOB. | Age | Race *B* | Sex *M* | Eth | Hgt *509* | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|

| Notes | Physical Char |
|---|---|

# Incident Report Related Property List

*St. Lucie County Sheriff`s Office*

OCA: *14-05401*

| 1 | Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | **BLUE PLAID BOXERS** | | | | | | | |

| Color | Serial No. | | Value | | Qty | Unit | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | | 1.000 | | **Locally** | |

| Status | Date | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|
| **Evidence** | **05/11/2014** | | | | | | | |

| Name (Last, First, Middle) | | | DOB | | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| **DOCHER, TAVARES LEKEITH** | | | | | | **B** | **M** |

Notes

**Collected from hospital at 19:30**

| 2 | Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | **GREEN SHIRT** | | | | | | | |

| Color | Serial No. | | Value | | Qty | Unit | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | | 1.000 | | **Locally** | |

| Status | Date | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|
| **Evidence** | **05/11/2014** | | | | | | | |

| Name (Last, First, Middle) | | | DOB | | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| **DOCHER, TAVARES LEKEITH** | | | | | | **B** | **M** |

Notes

**Collected at hospital at 19:30**

| 3 | Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | **BLACK SHORTS** | | | | | | | |

| Color | Serial No. | | Value | | Qty | Unit | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | | 0.000 | | **Locally** | |

| Status | Date | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|
| **Evidence** | **05/11/2014** | | | | | | | |

| Name (Last, First, Middle) | | | DOB | | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| **DOCHER, TAVARES LEKEITH** | | | | | | **B** | **M** |

Notes

**Collected at hospital at 19:30**

| 4 | Property Description | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | **SILVER COLOR CHAIN WITH CROSS** | | | | | | | |

| Color | Serial No. | | Value | | Qty | Unit | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | | 0.000 | | **Locally** | |

| Status | Date | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|
| **Evidence** | **05/11/2014** | | | | | | | |

| Name (Last, First, Middle) | | | DOB | | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| **DOCHER, TAVARES LEKEITH** | | | | | | **B** | **M** |

Notes

**Collected at hospital at 19:30**

**Incident Report Related Property List**

*St. Lucie County Sheriff`s Office*

OCA: *14-05401*

---

**5**

| Property Description | | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|---|
| VIDEO/CVS/PHONE/INTERVIEWS | | | | | | | | | | |

| Color | Serial No. | | | Value | | Qty | Unit | Jurisdiction | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | 7.000 | | Locally | | |

| Status | Date | | NIC # | | State # | | Local # | | OAN | |
|---|---|---|---|---|---|---|---|---|---|---|
| Evidence | 05/12/2014 | | | | | | | | 14-5401 | |

| Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 0 | | |

Notes

---

**6**

| Property Description | | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|---|
| TISSUE | | | | | | | | | | |

| Color | Serial No. | | | Value | | Qty | Unit | Jurisdiction | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | 1.000 | | Locally | | |

| Status | Date | | NIC # | | State # | | Local # | | OAN | |
|---|---|---|---|---|---|---|---|---|---|---|
| Evidence | 05/11/2014 | | | | | | | | | |

| Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0 | | |

Notes

PHOTOMARKER #1 TISSUE COLLECTED FROM NW PARKING LOT OF CVS LOCATED 301 NE PRIMA VISTA BLV COLLECTED 5/11/14 @2124 HOURS

---

**7**

| Property Description | | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|---|
| SHOES-L. FLIPFLOP | | | | | | | | | | |

| Color | Serial No. | | | Value | | Qty | Unit | Jurisdiction | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | 1.000 | | Locally | | |

| Status | Date | | NIC # | | State # | | Local # | | OAN | |
|---|---|---|---|---|---|---|---|---|---|---|
| Evidence | 05/11/2014 | | | | | | | | | |

| Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0 | | |

Notes

PHOTO MARKER # 2 LEFT FLIP FLOP  COLLECTED FROM NW PARKING LOT OF CVS LOCATED 301 NE PRIMA VISTA BLV COLLECTED 5/11/14 @2124 HOURS

---

**8**

| Property Description | | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|---|
| GLOVES | | | | | | | | | | |

| Color | Serial No. | | | Value | | Qty | Unit | Jurisdiction | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | 1.000 | | Locally | | |

| Status | Date | | NIC # | | State # | | Local # | | OAN | |
|---|---|---|---|---|---|---|---|---|---|---|
| Evidence | 05/11/2014 | | | | | | | | | |

| Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0 | | |

Notes

PHOTO MARKER # 3 PURPLE LATEX GLOVES  COLLECTED FROM NW PARKING LOT OF CVS LOCATED 301 NE PRIMA VISTA BLV COLLECTED 5/11/14 @2125 HOURS

---

# Incident Report Related Property List

*St. Lucie County Sheriff`s Office*

OCA: *14-05401*

| 9 | Property Description **BALL CAP/TOWEL** | | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value **$0.00** | | Qty **1.000** | Unit | Jurisdiction **Locally** | | |
| | Status **Evidence** | Date **05/11/2014** | | NIC # | | State # | | Local # | OAN | |
| | Name (Last, First, Middle) | | | | | DOB | | Age **0** | Race | Sex |

Notes

PHOTO MARKER # 4 DENIM "FLORIDA" BALL CAP AND A WHITE TOWEL  COLLECTED FROM NW PARKING LOT OF CVS LOCATED 301 NE PRIMA VISTA BLV COLLECTED 5/11/14 @2125 HOURS

| 10 | Property Description **SHOES-FLIP FLOP** | | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value **$0.00** | | Qty **1.000** | Unit | Jurisdiction **Locally** | | |
| | Status **Evidence** | Date **05/11/2014** | | NIC # | | State # | | Local # | OAN | |
| | Name (Last, First, Middle) | | | | | DOB | | Age **0** | Race | Sex |

Notes

PHOTO MARKER # 5 FLIP FLOP  COLLECTED FROM NW PARKING LOT OF CVS LOCATED 301 NE PRIMA VISTA BLV COLLECTED 5/11/14 @2125 HOURS

| 11 | Property Description **DNA SWABBING-PM#7** | | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value **$0.00** | | Qty **1.000** | Unit | Jurisdiction **Locally** | | |
| | Status **Evidence** | Date **05/11/2014** | | NIC # | | State # | | Local # | OAN | |
| | Name (Last, First, Middle) | | | | | DOB | | Age **0** | Race | Sex |

Notes

DNA SWABBING FROM PHOTO MARKER #7  COLLECTED FROM NW PARKING LOT OF CVS LOCATED 301 NE PRIMA VISTA BLV COLLECTED 5/11/14 @2117 HOURS

| 12 | Property Description **DNA SWABBING-PM #8** | | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value **$0.00** | | Qty **1.000** | Unit | Jurisdiction **Locally** | | |
| | Status **Evidence** | Date **05/11/2014** | | NIC # | | State # | | Local # | OAN | |
| | Name (Last, First, Middle) | | | | | DOB | | Age **0** | Race | Sex |

Notes

DNA SWABBING FROM PHOTO MARKER #8  COLLECTED FROM NW PARKING LOT OF CVS LOCATED 301 NE PRIMA VISTA BLV COLLECTED 5/11/14 @2123 HOURS

## Incident Report Related Property List

*St. Lucie County Sheriff`s Office*

OCA: *14-05401*

| 13 | Property Description BLACK CROSS | | | Make | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $0.00 | Qty 1.000 | Unit | Jurisdiction Locally |
| | Status Evidence | Date 05/11/2014 | NIC # | State # | Local # | | OAN |
| | Name (Last, First, Middle) | | | DOB | Age 0 | Race | Sex |

Notes

PHOTO MARKER # 10 BLACK CROSS  COLLECTED FROM NW PARKING LOT OF CVS LOCATED 301 NE PRIMA VISTA BLV COLLECTED 5/11/14 @2125 HOURS

| 14 | Property Description CARD | | | Make | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $0.00 | Qty 1.000 | Unit | Jurisdiction Locally |
| | Status Evidence | Date 05/11/2014 | NIC # | State # | Local # | | OAN |
| | Name (Last, First, Middle) | | | DOB | Age 0 | Race | Sex |

Notes

PHOTO MARKE # 11 A DETOX CARD "SUNRISE DETOX" NAME KRISTIAN R ON BACK  COLLECTED FROM NW PARKING LOT OF CVS LOCATED 301 NE PRIMA VISTA BLV COLLECTED 5/11/14 @2123 HOURS

| 15 | Property Description LIGHTERS AND CIGAR | | | Make | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $0.00 | Qty 1.000 | Unit | Jurisdiction Locally |
| | Status Evidence | Date 05/11/2014 | NIC # | State # | Local # | | OAN |
| | Name (Last, First, Middle) | | | DOB | Age 0 | Race | Sex |

Notes

PHOTO MARKER #12 YELLOW LIGHTER AND CIGAR  COLLECTED FROM NW PARKING LOT OF CVS LOCATED 301 NE PRIMA VISTA BLV COLLECTED 5/11/14 @2127 HOURS

| 16 | Property Description COINS | | | Make | Model | | Caliber |
|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $0.20 | Qty 1.000 | Unit | Jurisdiction Locally |
| | Status Evidence | Date 05/11/2014 | NIC # | State # | Local # | | OAN |
| | Name (Last, First, Middle) | | | DOB | Age 0 | Race | Sex |

Notes

DIMES 1 AND 2  COLLECTED FROM NW PARKING LOT OF CVS LOCATED 301 NE PRIMA VISTA BLV COLLECTED 5/11/14 @2126 HOURS

# Incident Report Related Property List

*St. Lucie County Sheriff`s Office*

OCA: *14-05401*

| 17 | Property Description **LATEX GLOVES** | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value **$0.00** | Qty **1.000** | Unit | Jurisdiction **Locally** | |
| | Status **Evidence** | Date **05/11/2014** | NIC # | State # | | Local # | OAN | |
| | Name (Last, First, Middle) | | | | DOB | Age **0** | Race | Sex |

Notes

PHOTO MARKER #9 PURPLE LATEX GLOVES COLLECTED FROM  NW PARKING LOT  AT 301 NE PRIMA VISTA BLV 5/11/14 @2126 HOURS

| 18 | Property Description **DNA SWABBING-PM #6** | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value **$0.00** | Qty **1.000** | Unit | Jurisdiction **Locally** | |
| | Status **Evidence** | Date **05/11/2014** | NIC # | State # | | Local # | OAN | |
| | Name (Last, First, Middle) | | | | DOB | Age **0** | Race | Sex |

Notes

DNA SWABBING FROM PHOTO MARKER # 6  COLLECTED FROM NW PARKING LOT OF CVS LOCATED 301 NE PRIMA VISTA BLV COLLECTED 5/11/14 @2117 HOURS

| 19 | Property Description **SCREW DRIVERS** | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value **$0.00** | Qty **1.000** | Unit | Jurisdiction **Locally** | |
| | Status **Evidence** | Date **05/11/2014** | NIC # | State # | | Local # | OAN | |
| | Name (Last, First, Middle) | | | | DOB | Age **0** | Race | Sex |

Notes

BLACK AND YELLOW HANDLE  FLAT HEAD SCREW DRIVER COLLECTED BY CSI CARMICHAEL AT THE ST LUCIE COUNTY SHERIFFS OFFICE DETECTIVES BUREAU 5/11/14 @2201

| 20 | Property Description **CD`S / DVD`S/VIDEO FROM CVS CORPORATE** | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value **$0.00** | Qty **1.000** | Unit | Jurisdiction **Locally** | |
| | Status **Evidence** | Date **06/08/2014** | NIC # | State # | | Local # | OAN **14-05401** | |
| | Name (Last, First, Middle) | | | | DOB | Age **0** | Race | Sex |

Notes

**CASE SUPPLEMENTAL REPORT**

Printed: 10/07/2014  09:16

*St. Lucie County Sheriff´s Office*

OCA: **1405401**

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *PENDING / ACTIVE* | **Occurred:** *05/11/2014* |
| **Offense:** | *ASSAULT / BATTERY* | | |

| | | |
|---|---|---|
| **Investigator:** | *COURTEMANCHE, WADE R   (1713)* | **Date / Time:** *05/11/2014 20:12:11, Sunday* |
| **Supervisor:** | *SHEELAR, MICHAEL J   (485)* | **Supervisor Review Date / Time:** *05/27/2014 14:54:23, Tuesday* |
| **Contact:** | | **Reference:** *Assist Primary Officer* |

On May 11th, 2014 I heard a call over the radio for Deputies requesting assistance on a call at the CVS at 301 E Prima Vista Blvd. I arrived at approx 1834 hrs to assist. As arrived I observed a handcuffed subject on the ground being very combative with three Deputies. The subject was kicking,throwing around his head in a headbutting motion and tried to bite the Deputies. I heard several times the Deputies tell the subject to stop resisting and calm down. As I approached from my vehicle the subject appeared to have been subdued. At this time Deputy Newmann was applying aid to a cut on the subjects head. Deputy Mangrum and Deputy Trainee Robinson were holding the subject down for his safety. The subject would continue to kick every now and again. At this time a white male in a red shirt, dark shorts and a visor hat that was videotaping the incident with his cellphone. I told the subject who was later identified as Shaun Mahoney to stop taping and leave the area if he was not involved.

St Lucie Rescue arrived a short time later and as they attempted to place the subject onto the backboard he again began fighting the Deputies and rescue personnel. The subject was kicking and trying to bite the Deputies. One of the rescue personnel gave the subject a shot. The shot appeared to calm the subject as he was then loaded onto the stretcher without further struggle. While this was going on I again observed Mahoney videotaping the incident. I approached Mahoney and told him to stop videotaping and go into the store and shop to finish his business. He mumbled something and went into the store.

The arrested combative subject was taken by rescue. At the time of this report I do not know the subjects name.

# CASE SUPPLEMENTAL REPORT

Printed: 10/07/2014  09:16

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *PENDING / ACTIVE* | **Occurred:** | *05/11/2014* |
| **Offense:** | *ASSAULT / BATTERY* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *FAVALE, MICHAEL*    *(1788)* | **Date / Time:** | *05/11/2014 20:35:00, Sunday* |
| **Supervisor:** | *ZIARKOWSKI, RICHARD*    *(680)* | **Supervisor Review Date / Time:** | *05/12/2014 00:26:43, Monday* |
| **Contact:** | | **Reference:** | *On Scene Supplement* |

On Sunday 05/11/2014 at approximately 18:28 hours I responded to 301 East Prima Vista Boulevard (CVS) to assist Deputy Mangrum #213, Deputy Robinson #314, and Deputy Newman #280 with a combative suspect. They requested additional units over the radio. They`re voice was heightened and they`re breathing was heavier than normal.

Upon arrival I saw a black male on the ground, lying on his left side with his head to the south and legs to the north. Deputy Newman, Deputy Robinson, and Deputy Mangrum were restraining the suspect.

Rescue 3 also arrived on scene at the same time.

The suspect appeared calm at this time. He was breathing heavily and his eyes were open. He had a laceration above his right eye and he was bleeding from his mouth. There was a puddle of blood on the ground under his head. He was also in handcuffs.

Rescue attempted to pick the suspect up off the ground to get him onto the gurney and the suspect began to fight again. He was kicking his feet wildly. Deputy Robinson restrained his shoulders and head I restrained his left leg by applying pressure to the inside of his thigh with me left knee. I also restrained his waist by applying pressure to his right hip with my left hand. Deputy Alonge #214 was behind me restraining the suspect`s right leg. While restraining the suspect rescued administered Adivan to sedate him. After several minutes the suspect calmed down and we were able to lift him onto the gurney. Rescue transported the suspect to Port Saint Lucie Hospital Emergency Room. I followed rescue to the emergency room to standby with the suspect.

Deputy Difilippi #576 later arrived on scene and custody of the suspect was turned over to him.

There is no further information at this time.

# CASE SUPPLEMENTAL REPORT

Printed: 10/07/2014  09:16

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *PENDING / ACTIVE* | **Occurred:** | *05/11/2014* |
| **Offense:** | *ASSAULT / BATTERY* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *PFEIFFER, KEVIN R   (1327)* | **Date / Time:** | *05/11/2014 22:52:24, Sunday* |
| **Supervisor:** | *SHEELAR, MICHAEL J   (485)* | **Supervisor Review Date / Time:** | *05/27/2014 14:54:23, Tuesday* |
| **Contact:** | | **Reference:** | *Follow Up* |

I met with Shaun Mahoney in the lobby of the Sheriff`s Office.  I explained the consent to search waiver to him. Mahoney`s only concern was ensuring the phone would be returned to him that night.  I assured him it would be. Mahoney signed the consent to search form.  I was provided the cellular phone from Sgt. Sheelar at 2130hrs.  The phone had previously been placed in airplane mode to isolate it from the network.  I attached the phone to my issued Cellebrite UFED (SN: 5616182) and set the extraction for a logical extraction for videos only.  Videos were extracted and videos from only May 11, 2014 were included in the report.  The phone was returned to Mahoney at about 2200hrs. I will provide a copy of the report to Detective Blatchford.

**CASE SUPPLEMENTAL REPORT**

Printed: 10/07/2014  09:16

*St. Lucie County Sheriff's Office*

OCA: **1405401**

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *PENDING / ACTIVE* | **Occurred:** | *05/11/2014* |
| **Offense:** | *ASSAULT / BATTERY* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *CARMICHAEL, DONNA*    *(710)* | **Date / Time:** | *05/12/2014 11:33:16, Monday* |
| **Supervisor:** | *SESSOMS, PERRY S*    *(635)* | **Supervisor Review Date / Time:** | *05/12/2014 14:29:51, Monday* |
| **Contact:** | | **Reference:** | *Crime Scene* |

At approximately 6:53 pm, On Sunday, May 11, 2014  Sergeant Sheelar requested this writer to respond to the St. Lucie Medical Center in reference to an in custody incident.  Upon arrival, Sergeant Parrett advised that the manger of CVS called due to a male subject having a screwdriver.  While the deputies were trying to put the subject in a patrol car the subject bolted and then the subject fought with the deputies.  Fire rescue responded and transported the subject to the hospital.

Overall photographs and photos of injuries were taken of Deputy Newman, Deputy Robinson, and Deputy Mangrum.  Overall and close up photographs were taken of the subject.  Abrasions were observed on the subjects top right foot (1cm x 3 mm), side of left knee, top of his left shoulder (5cm x 4cm), on his left cheek (4cm x 1cm), his right temple (2cm), and two on his left ear (1mm each).  The measurements are approximate sizes that were taken by the nurse.  The subjects clothing and personal effects were collected for evidence.

After leaving the hospital I responded to the scene were I assisted Crime Scene Detective Byrnes and Crime Scene Assistant Vazquez with documenting the scene.

**CASE SUPPLEMENTAL REPORT**

Printed: 10/07/2014  09:16

---

*St. Lucie County Sheriff´s Office*

OCA: **1405401**

---

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *PENDING / ACTIVE* | **Occurred:** | *05/11/2014* |
| **Offense:** | *ASSAULT / BATTERY* | | | | |

---

| | | | | |
|---|---|---|---|---|
| **Investigator:** | *CHAPMAN, BURGESS F*   *(1039)* | | **Date / Time:** | *05/12/2014 12:50:08, Monday* |
| **Supervisor:** | *SHEELAR, MICHAEL J*   *(485)* | | **Supervisor Review Date / Time:** | *05/27/2014 14:27:35, Tuesday* |
| **Contact:** | | | **Reference:** | *Follow Up* |

---

On May 11, 2014, at about 2000 hours I was called out to 301 N. E. Prima Vista Blvd., Port St. Lucie Florida in reference to injuries sustained to a subject and deputies involved. Upon arrival I was asked to conduct interviews with witnesses.

At 2041 hours, I conducted an interview with Mark Wayne Brown, CVS employee. Brown said a black male, thin build, wearing a green shirt and black basketball shorts, walked into the store. The subject began talking loud and not making much sense. Subject asked Brown to call 911 for him saying, somebody is at his house and threatening him. The subject also told Brown that he had change missing from his laundry room and the police were at his house earlier. Brown said the man had a screwdriver in his hand and there were about six other customers in the store at the time. He became concerned for these customers, due to the irrational behavior by the subject. Brown said he did call 911 and handed the phone to the subject. Brown said the subject continued to be loud and rambling on to the 911 dispatcher. The guy was not making any sense and the customers in the store kept looking at him. Brown said the man gave him back the phone and he tried to speak with the dispatcher, but he just could not understand the subject. Dispatch advised Brown they were sending deputies to him. Brown said his manager Hardyal Bhagudas walk-up, pushing a cart and the man set the screwdriver on the cart. Bhagudas asked the man to pick up the screwdriver, which he did. Brown said the man walked out of the store and began smoking a cigar, prior to deputies arriving. Brown said once the man left the store he went back to work and did not see anything else. Brown told me he thought the man was, "higher than a kite".

At 2053 hours, I conducted an interview with Hardyal Bhagudas, store manager of CVS. Bhagudas said he walked to the front of the store, while pushing a cart and observed Brown on the phone with 911. He said there was a subject with a screwdriver in his hand, talking very loudly. He said the guy was not making much sense and saying 441 and money on machine, but he could not understand what the guy was talking about. He said, as he walked up, the subject placed the screwdriver on his cart. He told the man to take the screwdriver back so the man picked it up. While holding a screwdriver in his hand the man purchased a black and mild cigar and then walked out the front door. Bhagudas walk out behind the man as two deputies arrived on scene. He said there were two deputies in a single car who confronted the subject. He told one of the deputies the man had a screwdriver while he was in the store. Bhagudas then walked back into the store. He said shortly after customers came in saying there was a commotion in the parking lot, so he stepped out the front door and observed three deputies struggling with the subject. He told me it appeared that one of the deputies had scrapes on his elbow and the subject was continuing to fight with the deputies. He emphasized to me that the subject was really fighting with the deputies. A short time later an ambulance arrived on scene. He told me the guy was very irrational and was not making any sense, which made him worry for the customers in the store. Bhagudas said he felt the guy was high on something.

I responded to 480 Ravenswood, Fire Station 3, to conduct interviews with paramedics on scene. I first spoke with paramedic José Rosario. Rosario said they received a 911 call to assist the Sheriff´s Office, in reference to a subject with a laceration to his head. He said upon his arrival he observed several deputies on top of a subject, who was still struggling with them. He observed a pool of blood around the subjects head and a laceration above the right eye. He told me they tried to get the subject onto a backboard, but the subject was fighting too much and were unable to do so.

---

**CASE SUPPLEMENTAL REPORT**

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

| | | |
|---|---|---|
| **Case Status:** *CLEARED BY ARREST* | **Case Mng Status:** *PENDING / ACTIVE* | **Occurred:** *05/11/2014* |
| **Offense:** *ASSAULT / BATTERY* | | |

He said the subject would calm down for a few seconds that then become combative again. He told me they managed to get the subject into the ambulance and they placed him on a monitor. Rosario realized the subject had no pulse and was not breathing, so they began CPR. Rosario told me he did not smell any odor of alcohol but believed the subject to be on something. He recalls hearing the deputies telling the subject to stay down but the subject continued struggling with the deputies. I asked Rosario how the guy was struggling and he told me he was pushing up and kicking. Rosario again told me he felt the guy was high on something.

On May, 12 2014, I called Jose Rosario to obtain his date of birth.  While speaking with him I asked if they gave the subject sedation.  Rosario said he did inject Adivan into the buttocks of the subject.  He said the subject continued to struggle for a couple more minutes after the injection.  This particular phone conversation was not recorded.

I then spoke with paramedic Thomas Sinclair, who told me they received a 911 call in reference to a subject with a laceration to his forehead. Upon arrival, Sinclair observed the subject on the ground and a pool of blood around his head. He said there were several deputies on top of the subject. Sinclair said they tried to put the subject on a backboard, but he was very combative, so they attempted to sedate the subject. Sinclair said he was unsure if the sedation was successful. He assisted in placing the subject on a stretcher and then into the back of the ambulance where he was placed on a monitor. The subject was not breathing and there was no heart rate. Sinclair said at the subject appeared to be on something or had a psychological issue. He said he observed the subject kicking, spitting blood, and trying to get away from the deputies.

These interviews were recorded on digital recorder and placed into the Foray, as evidence.

# CASE SUPPLEMENTAL REPORT

Printed: 10/07/2014  09:16

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *PENDING / ACTIVE* | **Occurred:** | *05/11/2014* |
| **Offense:** | *ASSAULT / BATTERY* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *BLATCHFORD, DAVID T   (1579)* | **Date / Time:** | *05/12/2014 14:28:27, Monday* |
| **Supervisor:** | *SESSOMS, PERRY S   (635)* | **Supervisor Review Date / Time:** | *05/16/2014 13:57:28, Friday* |
| **Contact:** | | **Reference:** | *Follow Up* |

This supplement is being done to add evidence to the case.

**CASE SUPPLEMENTAL REPORT**

Printed: 10/07/2014  09:16

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *PENDING / ACTIVE* |

**Offense:** *ASSAULT / BATTERY*   **Occurred:** *05/11/2014*

| | | | |
|---|---|---|---|
| **Investigator:** | *PATE, DEBORAH A   (1007)* | **Date / Time:** | *05/13/2014 09:29:44, Tuesday* |
| **Supervisor:** | *SESSOMS, PERRY S   (635)* | **Supervisor Review Date / Time:** | *05/16/2014 14:18:51, Friday* |
| **Contact:** | *Pate, Deborah A* | **Reference:** | *Follow Up* |

On 8/11/14, I was called out to stand by at St. Lucie Medical Center for an in custody injury. Prior to my arrival at the hospital that is all the information I was provided.

Upon arrival, I spoke with medical staff in the emergency room to obtain the name of the person escorted in by rescue and deputies. Tavares Lekeith Docher,          , was the name of the individual. Emergency room staff told me he would be back in his room shortly. They told me Docher was currently getting a CAT scan.

Docher returned to the emergency room escorted by D/S Favale #221. I observed Docher lying on the bed in a hospital gown with a neck brace and tubing down his throat. He was not awake.  Once in the room medical staff hooked him up to machines and what appeared to be possible medication being administered via IV lines.

The medical staff continued to work on him. I took time to speak with D/S Favale #221 to see if he could provide me with additional information about the case. D/S Favale #221 provided me with two written statements from "rescue 3 paramedics."

The first written statement was by Thomas G. Sinclair, rescue 3 paramedic, who provided the following account of events in written statement.  Sinclair stated when they arrived the patient was lying left lateral. Sinclair stated the upon contact the patient became "extremely" combative.  He continued writing the patient was able to fight off 4 or 5 deputies and rescue while being cuffed. Sinclair stated the patient was administered Ativan on scene. He continued saying the patient was then lifted onto the stretcher. Sometime during transfer the patient became unconcious and unresponsive. Sinclair then wrote PCR rescue run #16522 for all following treatment.

The second written statement was by Jose E. Rosario, rescue 3 paramedic, who provided the following account of events in written statement. Upon arrival he found several deputies with a combative patient. He stated the patient was struggling with deputies on scene that were attempting to keep him calm. The patient`s head showed injuries. Rosario decided to chemically sedate him (see SLCFD RR# 16522). Rosario then secured the sharps in the truck. He returned to approached the patient and noticed the patient was still combative. Rosario stated the patient was still cuffed. Approximately 2-3 minutes later the patient stopped.  He wrote deputies assisted with getting the patient to the stretcher. He concluded by saying one deputy rode with them to the hospital.

I observed medical staff still coming and going from Docher`s room administering treatment. I also observed one nurse stayed in the room with Docher entering information into the computer. She would go to the bedside of the patient checking on him from time to time. Docher was still not awake and still being attended to. I know the nursing staff had cleaned up Docher because he had a bowl movement.

I spoke with D/S Favale to get his account of the events that happened. He told me a call came out for assistance at the CVS at the intersection of Floresta Ave and Prima Vista Ave. He told me deputies Newman #280, Robinson #314, and Mangrum #213 were on scene. D/S Favale stated when he got there Docher was lying on his left side on the ground.

**CASE SUPPLEMENTAL REPORT**

Printed: 10/07/2014  09:16

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *PENDING / ACTIVE* | **Occurred:** *05/11/2014* |
| **Offense:** | *ASSAULT / BATTERY* | | |

D/S Favale stated he observed Docher was bleeding from the mouth area and from some facial abrasions. D/S Favale stated when they attempted to put Docher on the rescue stretcher Docher began to resist by kicking. D/S Favale stated he restrained one leg by placing one of his knees on Docher. I asked if anyone else was helping him restrain Docher. D/S Favale said he thought D/S Alonge was at Docher`s waist area and maybe D/S Robinson was at Docher`s head area. D/S Favale stated a rescue paramedic gave Docher a shot. D/S Favale said shortly afterward Docher calmed down thus allowing him to be loaded onto the stretcher.

D/S Favale stated shortly after rescue left the scene he was sent to the hospital to relieve deputies that were already with Docher.

D/S Favale and myself remained on scene at the hospital until jail deputy Difilippi #576 and Sgt. Jackson arrived to take over custody and control.

D/S Difilippi, jail deputy, was briefed before we left the scene. D/S Difilippi started to handcuff Docher to the bed. I stopped him and asked him to ask the tending nurse if she had a preferred wrist to keep uncuffed so she could administer to Docher any additional IV`s. The nurse told him he was sedated and the choice of wrist did not matter to her. I smelled a odor (fecal odor) so I looked down on the bed to see it appeared Docher had a second apparent bowl movement that was leaking into the sheet and spreading. I asked D/S Difilippi if he would wait until staff could get Docher cleaned up before cuffing him to the bed. I spoke with the nurse and she stated she would get him cleaned up immediately. While nursing staff members cleaned up Docher; I asked Sgt. Jackson if the jail had any next of kin information on Docher because the hospital could not provide that to me. Sgt. Jackson provided me with a name of Janice (possible mother) and with phone number of                    . I informed the initial detective that I had a possible name and phone number of a relative of Docher.

Docher was cleaned and checked again by nursing. He was then hand cuffed to the bed using leg restraints and hand restraint. D/S Difilippi and Sgt. Jackson secured Docher to the bed. I thanked the nurse for getting Docher cleaned up and left the hospital.

**CASE SUPPLEMENTAL REPORT**

Printed: 10/07/2014  09:16

---

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

---

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *PENDING / ACTIVE* | **Occurred:** *05/11/2014* |
| **Offense:** | *ASSAULT / BATTERY* | | |

---

| | | |
|---|---|---|
| **Investigator:** | *VAZQUEZ, GENYNNE   (1739)* | **Date / Time:** *05/16/2014 09:29:55, Friday* |
| **Supervisor:** | *DEFONZO, JAMES J   (728)* | **Supervisor Review Date / Time:** *05/21/2014 13:09:04, Wednesday* |
| **Contact:** | | **Reference:** *Crime Scene* |

---

ON SUNDAY 5/11/14 AT APPROXIMATELY 1900 HOURS CSI CARMICHAEL REQUESTED I RESPOND TO 301 NE PRIMA VISTA BLV. (CVS PHARMACY) IN REFERENCE TO A IN CUSTODY INCIDENT. ON MY ARRIVAL AT APPROXIMATELY 2000 HOURS D/S ALONGE ADVISED ME A MALE WAS CAUSING A DISTURBANCE IN THE PARKING LOT AND INSIDE THE STORE WITH A SCREW DRIVER. WHEN DEPUTES RESPONDED AND ATTEMPTED TO PLACE HIM UNDER ARREST HE BECAME COMBATIVE AND HIT HIS HEAD WHILE BEING SUBDUED. I THEN SPOKE WITH SGT SESSOMS WHO REQUESTED I BEGIN DOCUMENTING THE SCENE.

LOCATED IN THE NW CORNER OF THE PARKING LOT THERE  WERE SEVERAL ITEMS THAT COULD BE OBSERVED LYING ON THE GROUND. OVERALL PHOTOGRAPHS WERE TAKEN OF THE SCENE. PHOTO MARKERS WERE PLACED BY ALL EVIDENTIARY ITEMS AND PHOTOGRAPHED. CSI CARMICHAEL AND DETECTIVE BYRNES TOOK APPROXIMANT MEASUREMENTS OF THE BELOW LISTED ITEMS AND COLLECTED THEM. DNA SWABBINGS WERE COLLECTED FROM PHOTO MARKERS 6,7, AND 8 BY MYSELF PRIOR TO MEASUREMENTS.  WE CLEARED THE SCENE AT APPROXIMATELY 2200 HOURS.

| | SW CORNER LIGHT POLE | SE CORNER STORM DRAIN |
|---|---|---|
| PHOTO MARKER # 1 (TOWEL & HAT) | 29` 9" SW | 37` 8" SE |
| PHOTO MARKER # 2 (L. FLIP FLOP) | 29` 7" SW | 39` 8" SE |
| PHOTO MARKER # 3 (GLOVES) | 26`    SW | 39` 7" SE |
| PHOTO MARKER # 4 (TOWEL & HAT) | 27` 6" SW | 34`    SE |
| PHOTO MARKER # 5 (FLIP FLOP) | 26` 4" SW | 33` 8" SE |
| PHOTO MARKER # 6 (SUSPECTED BLOOD) | 19`    SW | 33`    SE |
| PHOTO MARKER # 7 (SUSPECTED BLOOD) | 17` 6" SW | 30` 6" SE |

**CASE SUPPLEMENTAL REPORT**

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *PENDING / ACTIVE*      **Occurred:** *05/11/2014*

**Offense:** *ASSAULT / BATTERY*

| | | | | |
|---|---|---|---|---|
| PHOTO MARKER # 8 (SUSPECTED BLOOD) | 16` | SW | 31` | SE |
| PHOTO MARKER # 9 (GLOVES) | 13` 6" | SW | 31` 4" | SE |
| PHOTO MARKER #10 (CROSS) | 18` 2" | SW | 27` | SE |
| PHOTO MARKER#11 (DETOX CARD) | 35 ` 10" | SW | 49` 5" | SE |
| PHOTO MARKER#12 (LIGHTER AND CIGAR) | 12` 3" | NE | 29` | SE |
| DIME 1 | 25` 1" | SW | 28` 2" | SE |
| DIME 2 | 26` 8" | SW | 29` 7" | SE |

ALL ITEMS WERE TRANSPORTED TO THE ST LUCIE COUNTY SHERIFFS OFFICE FOR SUBMISSION INTO EVIDENCE.  CSI CARMICHAEL COLLECTED THE SCREW DRIVER FROM D/S MANGRUM FOR PLACEMENT INTO EVIDENCE.

**CASE SUPPLEMENTAL REPORT**

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *PENDING / ACTIVE* | **Occurred:** *05/11/2014* |
| **Offense:** | *ASSAULT / BATTERY* | | |

**Investigator:** *VAZQUEZ, GENYNNE      (1739)*      **Date / Time:** *05/23/2014 13:09:08, Friday*

**Supervisor:** *DEFONZO, JAMES J      (728)*      **Supervisor Review Date / Time:** *05/24/2014 09:03:31, Saturday*

**Contact:**      **Reference:** *Crime Scene*

ON MONDAY 5/12/14 CSI CARMICAHEL AND I RETURNED TO PORT ST LUCIE MEDICAL CENTER TO PHOTOGRAPH THE SUSPECT. A NURSE FROM THE HOSPITAL WAS PRESENT FOR PHOTOGRAPHS OF THE SUSPECTS INJURIES WITH AND WITHOUT  A SCALE.

**CASE SUPPLEMENTAL REPORT**

Printed: 10/07/2014  09:16

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

---

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *PENDING / ACTIVE* | **Occurred:**  *05/11/2014* |
| **Offense:** | *ASSAULT / BATTERY* | | | |

---

| | | |
|---|---|---|
| **Investigator:** | *BLATCHFORD, DAVID T*   (1579) | **Date / Time:**  *06/06/2014 09:33:16, Friday* |
| **Supervisor:** | *SHEELAR, MICHAEL J*   (485) | **Supervisor Review Date / Time:**  *06/09/2014 15:42:24, Monday* |
| **Contact:** | | **Reference:**  *Follow Up* |

---

On 05/11/2014, I responded to the CVS located at 301 NE Prima Vista Ave reference an altercation involving Saint Lucie County Sheriff`s Office deputies and a subject.  Upon arrival, I met with Sgt. Ziarkowski, who gave me the facts of the case, see original report for details, and he showed me the witnesses who were waiting to be interviewed by the front door of the CVS.

I then made contact with D/S Tracey who was getting written statements from all of the witnesses and employees of the CVS.  D/S Tracey gave me all of the written statements she had collected.  I reviewed the statements.  I then met with the witnesses and CVS employees one at a time and conducted audio recorded interviews.  All of the interviews were later downloaded into Foray.  The following are summaries of the interviews:

Merine Kanhai:

She was at the CVS with her daughter Ariana Kanhai.  She noticed 3-4 Deputies restraining an african american male (Doucher) in the parking lot.  Deputies elbowed the male (Doucher) in the face.  The male (Doucher) was saying "Don`t let them kill me".  Deputies were saying "Stop resisting arrest, Stop resisting arrest."  In her opinion deputies were using excessive force.  The deputies got the male (Doucher) handcuffed.  It took two deputies to get the males (Doucher) hands behind his back. The deputies called for an ambulance.  Seemed like 10 minutes went by.  When the ambulance got there deputies were still saying "Stop resisting arrest." The males (Doucher) arms were above his head in cuffs.

Ariana Kanhai:

She saw a guy (Doucher) on the ground being held down by deputies.  He wasn`t moving much.  The deputies were telling the man to stop resisting.  It took three deputies to handcuff the man (Doucher).  The deputies kept hitting him (Doucher) after he was handcuffed.  The man (Doucher) was yelling "Don`t let them kill me".  The deputy by the man`s (Doucher) head kept hitting him with his elbows.

Shaun Mahoney:

Three deputies were talking to a male (Doucher) apparently arguing.  Deputies went to restrain the male (Doucher) and there was some initial resistance, but once the deputies got the male (Doucher) on the ground they eventually got his (Doucher) hands behind his (Doucher) back and handcuffed him (Doucher).  Deputies raised his (Doucher) arms up where he could not move.  The deputies kept saying, "Stop Resisting".  The deputies kept striking him (Doucher) with elbows.  The male (Doucher) was screaming, "Don`t let them kill me".  (It should be noted that Mahoney demonstrated what he saw reference the position of Doucher`s arms which I video recorded) Deputies continued to strike the male (Doucher) when fire rescue showed up. Mahoney could not answer if he had recorded the incident with his phone.

Shannon Randolf:

**CASE SUPPLEMENTAL REPORT**

Printed: 10/07/2014  09:16

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *PENDING / ACTIVE* | **Occurred:** | *05/11/2014* |
| **Offense:** | *ASSAULT / BATTERY* | | | | |

There were cop cars in the parking lot when they arrived.  The cops were talking or arguing with a male (Doucher) heatedly.  When she got out of the car he (Doucher) was on the ground with his hands behind his back and the cops were "beating the shit out of him (Doucher)".  She didn`t know if he was handcuffed or not.  The male said "Please don`t let them kill me."  Shaun (Mahoney) started recording it and the cops told them to move away.  They went in to get drinks.  When they went back out it was still going on.  The male (Doucher) was still on the ground.  When rescue arrived the male (Doucher) started moving around again and she thinks 4 cops jumped on him.

Zackery Taylor:

He saw a man (Doucher) in cuffs.  Deputies were hitting the man (Doucher) with elbows.  The man (Doucher) was saying "Don`t let them kill me."  He (Doucher) was bleeding from the mouth, face, and eyes.The ambulance came and he (Doucher) was put on a stretcher.

Leaha Boles:

She was the main cashier.  He (Doucher) came in.  He (Doucher) was all "delusional and paranoial".  He (Doucher) asked for the phone because he needed help.  He (Doucher) told her his (Doucher) aunt was being held hostage, there are murderers, and someone threatened to kill him (Doucher) if he went in to help his aunt.  He (Doucher) asked her to pick up the phone and call someone because he (Doucher) needed help.  Her supervisor came up and dialed 911 for him (Doucher).  He (Doucher) kept saying "flagger street" while on the phone.  Mark finished the conversation with 911. He (Doucher) kept talking out loud about murderers being in the house, that he (Doucher) was going to tell the cops and get a reward.  He (Doucher) was very sweaty, had bad body odor, was acting "not normal", his (Doucher) speech was slurred and accelerated.  He (Doucher) had a screwdriver but did not threaten her.  He (Doucher) bought a black & mild.

Samantha Gilewski:

Boles called for a manager and she went up to the front.  He (Docher) was pacing, acting nervous, and delirious.  He (Docher) was on something because his eyes were bulging.  He (Docher) kept talking about murderers, ransom, and rewards.  He (Docher) tried to put the screwdriver under a cart and she told him (Docher) that he couldn`t do that. He (Docher) was "out of it".  The 911 operator couldn`t understand him because he was slurring.  He (Docher) was talking fast.  She didn`t know if he was high or drunk or what.

Cathy Wunderlich:

When she pulled up two officers were talking to a young man (Docher).  He (Docher) might have had mental issues.  The officers were standing there listening.  He (Docher) was talking quickly, moving his hands around animated.  He (Docher) might have been on drugs or high or something.  She went in the store and when she came out she saw the blood and flip flops.

I then reviewed the CVS in store video.  Docher is seen entering the store at approximately 1757 hours.  He approached the cashier (Boles) while she was helping a customer, interrupts the transaction and converses with Boles.  The customer that had been being helped leaves and the manager (Brown) comes up, hands Docher the phone and Docher speaks into the phone for a minute and then hands it to Boles who then gives it to the Brown.  Docher tries to talk to the Brown while he is on the phone.  Docher appears agitated and animated.  Docher purchases something from Boles. The whole time Docher was on video in the store, he was pacing, constantly moving his arms, hands , and feet.  At

**CASE SUPPLEMENTAL REPORT**

Printed: 10/07/2014  09:16

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *PENDING / ACTIVE* | **Occurred:** *05/11/2014* |
| **Offense:** | *ASSAULT / BATTERY* | | |

approximately 1803 hours, Docher walks just outside the front doors of the store.  Docher constantly moves around apparently talking to himself.  At approximately 1804 hours Deputies Mangrum and Robinson arrive.  Docher and the deputies are off camera for a few minutes.  At approximately 1806 hours, Docher is at the front of the marked patrol car speaking with D/S Newman and D/S Mangrum.  At approximately 1817 hours, while deputies are still talking to Docher at the front of the patrol vehicle, Shaun Mahony, Shannon Randolf, and Zackery Taylor walk into the store. Between 1817 hours and 1820 hours, Docher, while speaking with the three deputies, appears very animated, moving his body and hands around.  At approximately 1820 hours, Docher is placed in handcuffs.  Docher is searched and the deputies and Docher go out of camera view.  At approximately 1822 hours, the deputies and Docher appear back in camera view, a few feet west of the patrol vehicle.  Docher appears to be on the ground with the deputies around him.  The deputies appear to be struggling to control Docher.  At approximately 1821 hours Shaun Mahony, Shannon Randolf, and Zackery Taylor are on camera at the register purchasing drinks.  They exit the store at approximately 1822 hours.  Mahoney immediately started looking in the direction of the deputies and Docher.  Taylor and Randolf look towards the deputies and Docher occasionally but are in a conversation looking away from the deputies and Docher at the same time.  At approximately 1824 hours, Mahoney stands by a tree slightly south and east of the deputies and Docher.  At 1825 hours, Mahoney moves closer to the deputies and Docher.  The deputies continue to struggle with Docher.  At approximately 1825 hours, D/S Newman stands up and Detective Courtemanche arrives on-scene.  Detective Courtemanche moves Mahoney and the rest of the crowd that had formed away from Docher and the deputies.  At 1827 hours, D/S Tracey is seen on camera directing people that are not involved in the incident.  Many other Sheriff Office vehicle`s arrive by 1831 hours.  It is hard to see when Fire Rescue arrives but by approximately 1832 hours a gurney or backboard is seen by Docher.  By approximately 1838 hours it appears that Docher had been turned over to Fire Rescue.

Detective Taylor and I then interviewed Sgt. Ziarkowski.  The following is a summary of the interview:

He heard the initial calls for assistance on the radio.  He was up north, turned around and started to head toward the call.  He then heard D/S Mangrum request Rescue and a supervisor over the radio.  When he arrived on-scene the deputies were holding the subject (Docher) on the ground.  There was a lot of blood.  The deputies had blood on their arms.  The subject  (Docher) was calm.  Rescue arrived and when the medics tried to work on him (Docher) he (Docher) became combative.  While D/S Mangrum, D/S Alonge, D/S Robinson were holding the subject (Docher) down he did a push-up lifting himself (Docher) and all three deputies.  He (Docher) went calm and then he (Docher) went nuts again.  Deputies were telling the subject (Docher) to stop resisting.  The subject (Docher) was spitting blood at the deputies.

Detective Taylor and I then interviewed Officer J. Borras #573 PSLPD.  The following is a summary of the interview:

At approximately 1700 hours he was dispatched to                          reference a 911 Hang-up.  All dispatch could advise about the original call was that a male was on the phone saying that someone was getting hit with a stick.  Dispatch called the number back, a female answered the phone and advised that no one was getting hit with a stick that she was just trying to get her son out of her car.  He proceeded to                          He asked if Tavares (Docher) was there.  Tavares (Docher) said that two people were fighting in front of the house and one was getting hit with a stick.  Officer Borras did not notice any injuries to Tavares (Docher).  Officer Borras felt that he (Docher) was possibly mentally handicapped.  His (Docher) speech was accelerated.

Detective Pfeiffer extracted the video from Mahoney`s cell phone after he consented to the search.  I reviewed the video`s Det. Pfeiffer provided from the search.  Of the five video clips acquired from Mahoney`s phone only one is of any value.  The video that is of value is labeled as VID_20140511_182840096.  The video does not have a time and date stamp.  A review of the video shows the following:

**CASE SUPPLEMENTAL REPORT**

Printed: 10/07/2014  09:16

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

| | | |
|---|---|---|
| **Case Status:** *CLEARED BY ARREST* | **Case Mng Status:** *PENDING / ACTIVE* | **Occurred:** *05/11/2014* |
| **Offense:** *ASSAULT / BATTERY* | | |

Docher is face down on the ground approximately 6 to 8 feet south of a patrol vehicle and a parking space and a half west of the curb that is around the landscape island in front of the CVS.  D/S Robinson is at Docher`s feet, D/S Newman is on his knees Docher`s right side, and D/S Mangrum is on his knees at Docher`s head. Docher says, "They funna kill me." D/S Mangrum is trying to control Docher`s upper body and communicate via the radio to dispatch and responding units. D/S Newman, Mangrum, and Robinson stand.  D/S Newman notices he has an injury to his elbow and is seen communicating via the radio also.  Docher says, "I`m going to get up. I`m going to get up." and is seen struggling to stand.  D/S Mangrum moves Docher`s hands from his back to directly over his shoulder blades arms fully extended. D/S Mangrum placed his left foot directly between his shoulder blades to prevent Docher from being able to stand. Docher then says, "They funna kill me, Don`t let`em take me."  Docher continued to struggle moving his hips and kicking his feet.  D/S Robinson delivered some empty hand strikes to Docher`s lower back while saying, "Stop resisting."  Docher responded to Robinson saying, "No."  D/S Mangrum advised Docher to stop resisting because they were attempting to get medical attention for him.  Docher then replied, "Allright."  D/S Mangrum then addressed the crowd and asked them to "back up please"  D/S Newman got a roll of paper towels from the patrol vehicle, tore off a length of towel and told Docher to close his eyes while he (Newman) applied pressure to the wound above Docher`s eye.

That was the end of the video.

Detective Taylor and I then met with all of the involved deputies one at a time and conducted audio recorded interviews.  All of the interviews were later downloaded into Foray.  The following are summaries of the interviews:

Deputy Newman:

He and D/S Robinson #314, who was riding with D/S Mangrum #214, were dispatched to a 911 hang-up at 301 SE Prima Vista Blvd. the CVS.  Dispatch advised that the caller had said someone was being kidnapped.  D/S Mangrum and D/S Robinson arrived first. When he arrived D/S Mangrum was talking to Tavares (Docher).  Tavares (Docher) had a screwdriver in his right hand and was acting out of sorts being very loud, waving his arms around, animated, sweating, constantly moving around .  D/S Mangrum told him (Docher) to sit down.  He (Docher) sat down and put the screwdriver down so he kicked it away from his (Docher) reach.  He (Docher) smelled like he had been drinking.  When he asked Tavares (Docher) if he had been drinking he (Docher) said he had some liquor at his aunt`s house who lived on Flaggler street.  When he asked Tavares (Docher) again what he had to drink he (Docher) replied that he (Docher) had Natural Ice, which is a strong beer. Tavares (Docher) started talking about how the Arabs in Broward County were trying to kill him (Docher) and his (Docher) mother because they had seen the Arabs behead a body and dump the body in Saint Lucie County.  He (Docher) stated he had the screwdriver because the Arabs were coming to kill him (Docher). D/S Newman asked to see his (Docher) hands and teeth and he (Docher) replied that he (Docher) didn`t smoke crack but he could see them.  Newman thought Tavares`s (Docher) teeth were messed up from either bad hygiene or meth use. Tavares (Docher) would not make sense but could give all of his (Docher) pedigree information accurately.  They (D/S Mangrum and D/S Newman) decided to arrest Tavares (Docher) for disorderly because he (Docher) was casing a commotion in the parking lot and the manager had expressed concerns reference him (Docher) being in the store with a screwdriver that he (Docher) may hurt someone.  He (Docher) complied with the arrest, was handcuffed, taken to the marked patrol vehicle, and sat in the car. When D/S Newman asked him (Docher) to put his feet in the car,  he (Docher) just sat there.  When D/S Newman asked again he (Docher) looked around, stood up, and threw a knee.  D/S Newman attempted to grab Tavares (Docher) around the front and he (Docher) came at D/S Newman with his mouth open like he was going to bite him.  Tavares (Docher) started flailing and his (Docher) elbow hit D/S Newman in the left eye. Tavares then dragged D/S Newman, D/S Mangrum, and D/S Robinson about 8 feet across the parking lot until they

**CASE SUPPLEMENTAL REPORT**

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

| Case Status: | *CLEARED BY ARREST* | Case Mng Status: | *PENDING / ACTIVE* | Occurred: | *05/11/2014* |
| Offense: | *ASSAULT / BATTERY* | | | | |

finally got him (Docher) on the ground.  Tavares (Docher) got one cuff up close to his (Docher) elbow and moved his (Docher) arms around so he (Docher) was able to place one hand on the ground and push upward.  D/S Robinson attempted to control his (Docher) legs using a technique taught in spear training to fold one foot over placing the foot behind the opposite knee and then fold the opposite leg up holding it to the subjects body with the deputies body weight. Tavares (Docher) was able to curl up and push D/S Robinson forward into D/S Newman and D/S Mangrum.  D/S Newman was holding him (Docher) with his right hand on his (Docher) jawline to the back of his (Docher) head attempting to keep his head down.  Tavares (Docher) bit D/S Newmans right thumb, fortunately it was gloved.  At that point D/S Newman delivered an elbow strike to his (Docher) head.  He (Docher) turned his head and attempted to bite D/S Mangrum.  Tavares (Docher) continued to kick his (Docher) feet and move his (Docher) body about.  He (Docher) turned his head back toward D/S Newman and attempted to bite D/S Newman again.  D/S Newman delivered another elbow strike to his (Docher) head.  He (Docher) started bleeding bad.  The whole time all three deputies were continuously telling Docher to calm down, relax, breeth, and stop resisting.  The deputies were also trying to communicate with dispatch to get rescue to come to treat Docher`s injuries  D/S Alonge arrived and took D/S Newman`s spot.  D/S Newman went to his car and got some paper towels.  D/S Newman wiped some of the blood from his (Docher) face and attempted to stop the bleeding.  He (Docher) kicked a rescue guy when he (rescue person) was attempting to treat him (Docher).  Rescue gave him (Docher) a shot which calmed him (Docher) down.  They were able to get him (Docher) on a gurney and into the ambulance.  At that time, rescue advised D/S Newman that the subject (Docher) had coded.  D/S Newman relayed that information to Sgt. Ziarkowski.  D/S Newman suffered injuries to his elbow, knee, and just under his left eye.


D/S Mangrum:


He responded to 301 SE Prima Vista Blvd, CVS reference a 911 hang-up.  While en-route, he heard the audible tone of the computer updating so he checked it and read that they were going to be flagged down by a black male wearing a green shirt and black shorts reference a person being held against their will.  He noticed the male (Docher) matching the description.  He (Docher) immediately started walking, at a fast pace, towards D/S Mangrum`s vehicle.  During the initial contact with him (Docher), he (Docher) wasn`t making much sense.  He (Docher) was talking about a homicide in Broward County and asking if D/S Mangrum knew about a headless body in St. Lucie County.  They (deputies) got him (Docher) to calm down a little bit, sit down, and empty his hands.  He (Docher) dropped the screwdriver and D/S Newman brushed it away with his foot.  He (Docher) kept talking about homicides and Arabs.  They (Deputies) detected alcohol on his (Docher) breath and asked if he had been drinking.  He (Docher) replied that he had been drinking Natty Ice.  His (Docher) behavior was erratic, he (Docher) had created a huge distraction at CVS so they decided to arrest him for disorderly intoxication.  He (Docher) complied with the arrest.  They took him (Docher) to the patrol vehicle, he (Docher) sat in the patrol vehicle.  D/S Newman asked him (Docher) twice to put his feet in the vehicle because they needed to leave.  Out of the blue, he (Docher) stood up rapidly and threw a knee, like a knee strike. D/S Newman bladed off to avoid being struck.  D/S Robinson attempted to push his (Docher) head back down but was unsuccessful.  He (Docher) dragged all three deputies approximately 10 feet and then went to the ground with all three deputies.  He (Docher) was struggled violently.  He (Docher) was pushing, biting, trying to head butt the deputies.  He slipped his handcuff up his elbow and had full use of his arm.  He (Docher) seemed to gain strength.  He (Docher) had chained cuffs on.  They attempted to put hinged cuffs on him (Docher).  He (Docher) was kicking, he kept curling D/S Robinson, who was attempting to control his (Docher) legs, up into the other deputies.  He (Docher) tried many times to bite D/S Mangrum.  D/S Mangrum, while trying to control the subject (Docher) was also trying to communicate with dispatch to get additional units, get rescue to respond, and notify a supervisor of the situation.  D/S Mangrum noticed Docher go limp so he checked for heartbeat and breathing and put him (Docher) in the recovery position.  When rescue arrived and attempted to start treating him (Docher), he (Docher) came to and started fighting

**CASE SUPPLEMENTAL REPORT**

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

---

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *PENDING / ACTIVE*          **Occurred:** *05/11/2014*

**Offense:** *ASSAULT / BATTERY*

---

again. He kicked at the rescue personnel and curled his body violently toward the deputies.  Rescue gave him (Docher) a shot and approximately a minute later, he (Docher) was calm enough to be placed on a gurney and placed into the ambulance.


D/S Tracey:

She responded to 301 SE Prima Vista Blvd, CVS, reference D/S Newman requested additional units for crowd control. She blocked off one of the entrances to the CVS.  She kept the crowd back.  She guided the paramedics into the CVS parking lot.  A backboard was placed down by the subject (Docher) and he (Docher) started biting and kicking.  The medics were talking about medically sedating him (Docher).  He (Docher) was still biting at the deputies.  A medic gave him (Docher) a shot to sedate him (Docher). D/S Tracey aiding in lifting him onto the stretcher and moving him (Docher) to the ambulance.  D/S Tracey took pictures of the scene.  D/S Tracey started the crime scene log but turned it over to D/S Alonge for completion.


D/S Alonge:

He responded to 301 SE Prima Vista Blvd, CVS, reference calls for assistance from deputies.  He observed the deputies struggling to keep the male (Docher) on the ground.  The male (Docher) was bleeding from the face.  A deputy, possibly D/S Mangrum was applying pressure to his (Docher) face.  The male (Docher) lifted himself (Alonge), D/S Favale, D/S Newman, D/S Mangrum, and D/S Robinson up off the ground when he saw the backboard.  Rescue gave the male (Docher) a shot, loaded the male (Docher) on a gurney, took him to the ambulance and started to work on him.

On 05/12/14 at approximately 0900 hours, I went to                                         and attempted to contact Docher`s family.  No one answered the door so I left a business card in the door requesting a phone call.

At approximately 1553 hours, I returned to                        and met with Stephany Spears, Docher`s cousin, and June Docher, Docher`s aunt.  I conducted an audio recorded interview which was later downloaded into foray.  The following is a summary of the interview:

Tavares (Docher) has mental problems. When he was arrested for loitering and being intoxicated he was sent to be evaluated for mental problems but was not diagnosed with anything.  Tavares (Docher) is like a little kid in a grown mans body.  Tavares called 911 when he got here because he didn`t want to stay here.  Tavares wanted cigarettes and wanted beer.  He (Docher) was restless and left.  June called the jail looking for him (Docher). He (Docher) did not have any beers at the house.  He (Docher) did have a few dollars with him (Docher).  He (Docher) may do a little cocaine (powder) but she did not think he (Docher) had done any that day.  He (Docher) does not hallucinate but he does drink and talk to himself. He called 911 because he wanted to drive back to Pompano Beach with his mother and she wouldn`t take him. He (Docher) was asking June about something going on with his (Docher) mother and that she (June) needed to tell him about it.  June remembered that Tavares (Docher) had mentioned a friend named Alex that was murdered down south.  Alex had been decapitated.  June did not understand what Docher was talking about when I told her that he (Docher) was talking about his (Docher) aunt being kidnapped. June said that Tavares wouldn`t be still, he (Docher) was restless, he (Docher) said he was owed $10 in Pompano and his (Docher) mother did not give him (Docher) time to get the $10 or his (Docher) cigarettes.

I advised June Docher that Tavares Docher had an altercation with Sheriff`s Deputies and as a result was injured and

---

**CASE SUPPLEMENTAL REPORT**

*St. Lucie County Sheriff`s Office*

OCA: **1405401**

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *PENDING / ACTIVE*   **Occurred:** *05/11/2014*

**Offense:** *ASSAULT / BATTERY*

transported to Port Saint Lucie Hospital where he was being treated and he was under arrest.

On 05/13/14, Det. Taylor sent a letter to St. Lucie Medical Center requesting Tavares Docher`s "admission blood" be sequestered.

On 05/14/14, I contacted Janice Docher-Neeley reference her son Tavares Docher.  Mrs. Docher-Neeley was confrontational and did not cooperate with me in having a conversation.  Mrs. Docher-Neeley advised that she would not talk to me, she would have her attorney call me.

On 05/15/14, I received blood test result records from St. Lucie Medical Center pursuant to a request for results of tests for HIV, Hepatitis B & C, and Syphilis.  The medical center could not locate the requested test results at the time of my visit but did give me the documented test results from Tavares Docher`s blood draw upon admission.  The test for Tavares Docher`s  Blood Alcohol level showed a .38 BAC on 05/11/2014 at 1938 hours.

On 05/16/14, I received the test results for the                              results which were provided to Human Resources for the blood exposure.

On 06/06/14, I received the video from the CVS located at 301 SE Prima Vista Blvd from 05/11/2014 from approximately 1715 hours to approximately 1915 hours.  The video was reviewed, copies were made, and the original was placed into evidence.

I reviewed all of the supplements and supporting documents related to this case.

As a result of my investigation I believe the appropriate charges were filed against Tavares Docher.

This case is closed, cleared by arrest, adult.