**JOHN A. STERBA, MD**
**VOLUME 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
----------------------------------------
TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

                    Plaintiff,

          - vs -      Case No.
                      2:16cv14413

CHRISTOPHER NEWMAN, individually;
CLAYTON MAGRUM, individually;
CALVIN ROBINSON, individually;
WADE COURTEMANCHE, individually;
KEN J. MASCARA, as Sheriff of
 St. Lucie County, Florida;
JOSE ROSARIO, individually; and the
ST. LUCIE COUNTY FIRE DISTRICT,
  an independent special district,

                    Defendants.
----------------------------------------

          Continued examination before trial of

**JOHN A. STERBA, MD**, taken pursuant to Federal Rules

of Civil Procedure at the office of John A. Sterba,

MD, 226 Center Street, East Aurora, New York, on

August 8, 2017, commencing at 1:12 p.m., before

NANCY C. BROICH, Notary Public.

*JACK W. HUNT & ASSOCIATES, INC.*

201

```
 1  APPEARANCES:        SEARCY, DENNEY, SCAROLA,
                         BARNHART & SHIPLEY, PA,
 2                       By ADAM S. HECHT, ESQ.,
                         2139 Palm Lakes Boulevard,
 3                       West Palm Beach, Florida 33409,
                         (561) 686-6300,
 4                       ash@searcylaw.com,
                         Appearing for the Plaintiff,
 5                       (via telephone).

 6                       PURDY, JOLLY,
                         GIUFFREDA & BARRANCO, PA,
 7                       By SUMMER M. BARRANCO, ESQ.,
                         2455 East Sunrise Boulevard,
 8                       Suite 1216,
                         Fort Lauderdale, Florida,
 9                       (954) 462-3200,
                         summer@purdlaw.com,
10                       Appearing for the Defendants,
                         Christopher Newman, Clayton Magrum,
11                       Calvin Robinson, Wade Courtemanche,
                         Ken Mascara,
12                       (via telephone).

13                       WILSON ELSER MOSKOWITZ
                         EDELMAN & DICKER LLP,
14                       By JULIE A. TYK, ESQ.,
                         111 North Orange Avenue, Suite 1200,
15                       Orlando, Florida  32801,
                         (407) 203-7592,
16                       julie.tyk@wilsonelser.com,
                         Appearing for the Defendants,
17                       St. Lucie County Fire District,
                         an independent special district,
18                       Jose Rosario,
                         (via telephone).

19

20  J O H N  A.  S T E R B A, MD, 226 Center Street,

21  East Aurora, New York, after being duly called and

22  sworn, testified as follows:

23
```

202

1          **EXAMINATION BY MS. BARRANCO:**

2

13:12:35    3          Q.    For the record, my name is Summer

13:12:38    4    Barranco and I'm an attorney who represents the

13:12:41    5    Sheriff of St. Lucie County as well as several of

13:12:44    6    his deputies that are being sued in a federal

13:12:49    7    lawsuit being brought my Janice Docher-Neeley on

13:12:54    8    behalf of her son, Tavares Docher.  And, Dr.

13:12:58    9    Sterba, this is the second part of your deposition

13:12:59   10    that began a couple of weeks ago, and can you hear

13:13:04   11    me okay?

13:13:05   12          A.    I can hear you loud and clear with my

13:13:08   13    brand new phone.

13:13:09   14          Q.    Wonderful.  If at any time, Doctor, you

13:13:12   15    are unable to hear me, please let me know and I

13:13:16   16    will do my best to restate my question.

13:13:18   17          A.    Yes, ma'am.

13:13:18   18          Q.    And if you need to take a break for any

13:13:22   19    reason as long as there is not a pending question

13:13:26   20    we can take a break, all right?

13:13:28   21          A.    Yes, ma'am.

13:13:28   22          Q.    I'm going to start by asking you some

13:13:32   23    questions about what was marked as Exhibit 5 to

*Sterba, MD - Barranco - 8/8/17*

203

13:13:35  1  your initial, your original deposition, do you know

13:13:40  2  what I'm referring to?

13:13:41  3      **A.**   No.

13:13:42  4      **Q.**   Let me refresh your memory.  It was a

13:13:48  5  series of pages, I believe from Wikipedia, in

13:13:53  6  reference to something called reverse hanging also

13:13:57  7  known as strappado, S-T-R-A-P-P-A-D-O, also known

13:14:04  8  as corda, C-O-R-D-A, that you produced to Attorney

13:14:11  9  Tyk during the first part of your deposition, do

13:14:14  10 you know what I'm referring to now?

13:14:15  11     **A.**   And I have it.  I didn't realize it was

13:14:20  12 Exhibit Number 5.  I have a picture from 1633

13:14:25  13 strappado and then backwards hanging at Auschwitz

13:14:31  14 and Dachau on page 3.  Page 4 is lifting the arms

13:14:38  15 twisted behind the back, and 5 handcuffed behind

13:14:41  16 the back and suspended in the air by a chain which

13:14:46  17 is a simulated Chinese form of torture.

13:14:51  18     **Q.**   Okay.  So you were the one who provided

13:14:53  19 these pages to the co-defendants attorney in

13:14:57  20 response to her portion of her notice for the

13:15:03  21 deposition.  And based on your earlier testimony am

13:15:06  22 I correct that these -- that this reverse hanging

13:15:14  23 strappado corda that you talked about previously in

*Sterba, MD - Barranco - 8/8/17*

204

13:15:15  1  your deposition is a form of torture?

13:15:18  2          A.    It was a form of torture.  What was the

13:15:23  3  exhibit number again?

13:15:24  4          Q.    5.

13:15:27  5          A.    It is a description of a form of

13:15:30  6  torture.

13:15:30  7          Q.    Now, Doctor, would you agree with me

13:15:35  8  that in all of those documents, the pages that we

13:15:39  9  were just talking about, the form of torture that

13:15:42 10  is referenced there, it involved the person having

13:15:46 11  their hands behind their back and the person is

13:15:49 12  suspended in some fashion either from a tree or

13:15:53 13  from a pole?

13:15:55 14          A.    Or a rope or a chain.

13:15:59 15          Q.    But you would agree that in those

13:16:02 16  circumstances the folks involved were actually

13:16:06 17  suspended from something?

13:16:08 18          A.    Yes.

13:16:11 19          Q.    And I think in a few of those pages are

13:16:15 20  reference to the victims breaking their arms or

13:16:20 21  dislocating their shoulders or even death, do you

13:16:24 22  recall that?

13:16:25 23          A.    Yes.  I spoke about that.  The cause of

*Sterba, MD - Barranco - 8/8/17*

205

13:16:27  1  death was not directly related to pain or shoulder

13:16:32  2  dislocation.  It was directly reflected to

13:16:37  3  asphyxiation.

13:16:39  4         Q.   Now, Mr. Docher, his shoulders were not

13:16:43  5  dislocated were they?

13:16:44  6         A.   No.

13:16:44  7         Q.   And Mr. Docher, his arms weren't

13:16:50  8  broken, correct?

13:16:50  9         A.   They were not.

13:16:51  10        Q.   And most importantly Mr. Docher was not

13:16:56  11  suspended from any pole or tree or anything like

13:17:01  12  that; is that correct?

13:17:02  13        A.   Yes.

13:17:02  14        Q.   And I think your testimony previously

13:17:06  15  in your first part of this deposition you said you

13:17:10  16  wanted to be clear that you were not saying that

13:17:13  17  Deputy Magrum tortured Mr. Docher; is that right?

13:17:17  18        A.   That's correct.

13:17:18  19        Q.   So you would agree with me then that

13:17:20  20  the reverse hanging strappado/corda is not what

13:17:26  21  happened to Mr. Docher in this case, correct?

13:17:28  22        A.   Part of it did happen.  Being that the

13:17:31  23  arms pulled up behind the back bound together does

*Sterba, MD - Barranco - 8/8/17*

206

13:17:36  1    produce asphyxiation.

13:17:42  2         Q.    But isn't the whole point of the

13:17:45  3    reverse hanging that there is actually a hanging of

13:17:50  4    the body from some object?

13:17:51  5         A.    Yes.

13:17:52  6         Q.    And that didn't happen to Mr. Docher?

13:17:55  7         A.    No.

13:17:55  8         Q.    So what was the purpose of you

13:17:58  9    providing those documents to counsel in regards to

13:18:01  10   this case involving Mr. Docher?

13:18:04  11        A.    It explains the two physiological

13:18:11  12   processes that were in play caused by Deputy

13:18:15  13   Magrum, and that is pulling the arms up, and the

13:18:18  14   second method was stepping on his chest into the

13:18:23  15   pavement so you have two methods that combine to

13:18:28  16   produce rapid asphyxiation.

13:18:33  17        Q.    But would you agree with me that the

13:18:35  18   reverse hanging and those other names for that form

13:18:39  19   of torture doesn't involve anybody being stepped on

13:18:43  20   their back?

13:18:44  21        A.    It does not.

13:18:45  22        Q.    And it doesn't involve anybody laying

13:18:50  23   prone on the ground either, does it?

*Sterba, MD - Barranco - 8/8/17*

207

13:18:52  1       **A.**    No.  It describes half of what Magrum

13:18:55  2    did to Mr. Docher.

13:18:56  3       **Q.**    Half of what he did?

13:19:00  4       **A.**    Yes.  The half of pulling the arms up

13:19:03  5    not suspending him above the ground.  He stepped on

13:19:07  6    his chest so he was not hanging.  He was stepped

13:19:11  7    back down into the pavement by Deputy Magrum's left

13:19:17  8    foot between the shoulder blades, so he did not

13:19:20  9    pull him up.  He actually stepped on his chest

13:19:23  10   pushing him down while he pulled up, which is more

13:19:28  11   asphyxiating than strappado or corda.

13:19:33  12      **Q.**    How would you know that?

13:19:35  13      **A.**    By directly observing it on the cell

13:19:39  14   phone video by the chest being able to rise and

13:19:43  15   fall adequately, the respiratory distress, the

13:19:47  16   respiratory insufficiency and the respiratory

13:19:49  17   depression that I directly observed.

13:19:52  18      **Q.**    Well, I guess I'm a little confused,

13:19:56  19   Doctor, what link you have in your own mind between

13:20:02  20   the reverse hanging and what you see on the video?

13:20:05  21      **A.**    The reverse methods of pulling the arms

13:20:09  22   up combined with rapid suffocation that is a

13:20:14  23   synonym for asphyxiation, restricting the movement

*Sterba, MD - Barranco - 8/8/17*

208

13:20:19  1  of the chest to breathe, preventing the adequate

13:20:23  2  exchange of CO2 and oxygen bringing on hypercapnia,

13:20:29  3  an elevated CO2 level in the blood from

13:20:33  4  asphyxiation and hypercapnia, which is reduced

13:20:37  5  oxygen in the blood produced by asphyxiation.

13:20:42  6          Q.    I understand that.   What I'm trying to

13:20:47  7  understand, if you just told me that the reverse

13:20:53  8  hanging is something different than what happened

13:20:54  9  to Mr. Docher, I guess I'm missing what the

13:20:58  10 connection is then between the reverse hanging in

13:21:01  11 the pictures that you shared with counsel and your

13:21:05  12 opinion that you just told us about in terms of

13:21:08  13 what you believe physically happened to Mr. Docher

13:21:11  14 in regards to what Deputy Magrum did?

13:21:13  15         A.    Okay.   I'm waiting on your question.

13:21:17  16         Q.    And I was hoping you would have an

13:21:21  17 answer in the hanging, what does the reverse

13:21:26  18 hanging have to do with anything if --

13:21:28  19         A.    He was not hanging because he was

13:21:30  20 stepped on.   Had Deputy Magrum not stepped on his

13:21:34  21 chest he easily would have been lifted up off the

13:21:38  22 ground.

13:21:39  23         Q.    And how would you know that?

*Sterba, MD - Barranco - 8/8/17*

209

| | | |
|---|---|---|
| 13:21:40 | 1 | **A.**   More likely than not -- |
| 13:21:47 | 2 | **Q.**   Did you read that anywhere in Deputy |
| 13:21:51 | 3 | Magrum's deposition or statement that what he was |
| 13:21:53 | 4 | trying to do was lift Mr. Docher up off the ground? |
| 13:21:57 | 5 | **A.**   No.  And I'm not implying that. |
| 13:21:59 | 6 | **Q.**   Okay.  Let me -- I know you've done an |
| 13:22:05 | 7 | addendum for us in this case.  What was the date of |
| 13:22:09 | 8 | your addendum? |
| 13:22:16 | 9 | **A.**   July 25th. |
| 13:22:17 | 10 | **Q.**   And did you prepare that addendum? |
| 13:22:21 | 11 | **A.**   Yes. |
| 13:22:21 | 12 | **Q.**   Did anyone assist you in any way in |
| 13:22:26 | 13 | preparing that addendum? |
| 13:22:28 | 14 | **A.**   No. |
| 13:22:29 | 15 | **Q.**   What did you physically review to |
| 13:22:32 | 16 | prepare the timeline that was attached to that |
| 13:22:40 | 17 | addendum? |
| 13:22:41 | 18 | **A.**   Go to the timeline and I will explain |
| 13:22:45 | 19 | that. |
| 13:22:45 | 20 | **Q.**   I'm there. |
| 13:22:48 | 21 | **A.**   It is page 34.  And I'm going there |
| 13:22:56 | 22 | right now.  Just one second.  Okay.  One second. |
| 13:23:23 | 23 | I'm here now.  The actual time at the key is the |

*Sterba, MD - Barranco - 8/8/17*

210

13:23:29  1  CVS Pharmacy surveillance video which recorded

13:23:35  2  actual time in hours, minutes and seconds and that

13:23:39  3  references number 23, and that is the 4th video

13:23:45  4  and the lapsed time, B is the cell phone video

13:23:51  5  lapse time and that is a video duration of one

13:23:54  6  minute and 18 seconds and that comes from reference

13:23:57  7  1.  You don't have the time of day on the cell

13:24:01  8  phone video but everything is linked together by

13:24:05  9  the sounds of the engine starting up which in the

13:24:15  10  actual time A and elapsed time B allows you to

13:24:24  11  calculate C, that's why you see all three

13:24:35  12  categories there.

13:24:37  13       Q.   And who did the calculations for the

13:24:40  14  calculated actual time?

13:24:41  15       A.   I did.

13:24:42  16       Q.   Did anyone assist you in doing that?

13:24:47  17       A.   No.

13:24:47  18       Q.   And my question earlier -- so let me

13:24:55  19  make sure I understand what your answer is.  My

13:24:58  20  question was what did you physically review to

13:25:01  21  prepare the timeline, did you review the CVS

13:25:06  22  Pharmacy surveillance video?

13:25:08  23       A.   Yes, that is called actual time.  And

*Sterba, MD - Barranco - 8/8/17*

211

13:25:11  1  at the very bottom -- if I can pull this together.

13:25:14  2  At the very bottom you have the white pickup truck

13:25:21  3  drive by T. Docher, and you have that same event

13:25:27  4  happening on the cell phone video and that is what

13:25:32  5  has allowed me to link everything together.

13:25:35  6          Q.   Okay.  So I see where you've got the

13:25:42  7  key at the bottom of your timeline, and it has an A

13:25:46  8  CVS Pharmacy surveillance video number 4, what does

13:25:53  9  the number 4 reference?

13:25:54  10         A.   The DVD I was sent, it was the 4th

13:25:58  11 video that they sent.  That is the one that starts

13:26:05  12 at 6:20:26 and goes to 6:25:20.  Deputy Magrum

13:26:13  13 stands up, bends over and at the very bottom

13:26:17  14 6:28:51 when the white pickup truck drives by.  I

13:26:23  15 have all of that.  And then the part that is in

13:26:27  16 between we have a lapse time.  We have the time

13:26:31  17 before and time after and actual time.  Elapsed

13:26:35  18 time in between allows you to calculate time,

13:26:41  19 actual calculated time C over to the right.  And I

13:26:46  20 double checked it and the math is good.

13:26:51  21         Q.   Now, I just want to understand because

13:26:56  22 I understand there to be numerous CVS surveillance

13:27:02  23 videos, different cameras at the CVS Pharmacy, are

*Sterba, MD - Barranco - 8/8/17*

212

13:27:05  1  you familiar with what I'm referring to?

13:27:07  2        A.   No.

13:27:08  3        Q.   So you were provided with -- well, let

13:27:15  4  me ask, how many different camera views were you

13:27:19  5  provided with in regard to the CVS Pharmacy video?

13:27:21  6        A.   I don't know the number.  Number 4 was

13:27:25  7  the one that I was using on this case.

13:27:28  8        Q.   And can you describe for me what

13:27:34  9  perspective or angle that number 4 is from?

13:27:38  10        A.   As I remember it's looking straight out

13:27:44  11  to the parking lot with people walking in and out

13:27:46  12  and cars driving around, and it is to the right

13:27:50  13  that you actually see the front end of the police

13:27:53  14  cruiser, and that's where you see the interaction

13:27:56  15  of Docher talking to the police and leaning up

13:28:00  16  against the car, and him voluntarily putting his

13:28:03  17  hands behind his back and becoming arrested.  And

13:28:07  18  the next thing you see him run out the 15 to 20

13:28:12  19  feet into the parking stall and all of that carries

13:28:16  20  on.

13:28:16  21        Q.   Now, other than the CVS Pharmacy video

13:28:22  22  with the vantage point that you just told us about

13:28:27  23  that you marked as number 4 on your timeline goes

*Sterba, MD - Barranco - 8/8/17*

213

13:28:31  1  between 6:20:26 and 6:25:20, did you review any

13:28:37  2  other CVS Pharmacy videos in this case?

13:28:40  3  　　　A.　I did where people are coming and going

13:28:43  4  and coming to the register.  I looked at all of the

13:28:48  5  videos.  This is the only one that I'm using for

13:28:51  6  the timeline.

13:28:53  7  　　　Q.　Are you relying on any other portion of

13:28:57  8  the CVS Pharmacy videos for any of your opinions in

13:28:59  9  this case?

13:28:59  10  　　　A.　No.

13:29:00  11  　　　Q.　Okay.  Were any of the videos that you

13:29:12  12  utilized enhanced in any way in terms of their

13:29:17  13  sound?

13:29:18  14  　　　A.　No.

13:29:18  15  　　　Q.　Were any of the videos that you relied

13:29:23  16  on and looked at enhanced in regard to its quality

13:29:28  17  in terms of what you could see?

13:29:30  18  　　　A.　No.

13:29:30  19  　　　Q.　How do you know that?

13:29:33  20  　　　A.　Nothing was mentioned.  It's just what

13:29:39  21  was initially sent to me.

13:29:41  22  　　　Q.　So, in other words, you were sent a

13:29:44  23  video and you have no reason to believe that it has

*Sterba, MD - Barranco - 8/8/17*

214

13:29:48  1  been enhanced in any way; is that correct?

13:29:51  2        **A.**    I have no reason forensically to

13:29:55  3  believe that it was changed in any way.

13:29:57  4        **Q.**    Do you have any expertise in dealing

13:30:01  5  with video enhancement?

13:30:04  6        **A.**    I do not.

13:30:05  7        **Q.**    And you did not make any enhancements

13:30:11  8  to the video?

13:30:12  9        **A.**    No.

13:30:13  10       **Q.**    This timeline, I see you have

13:30:19  11  observations, that is the first column there, are

13:30:21  12  those your observations --

13:30:23  13       **A.**    Yes.

13:30:24  14       **Q.**    -- based on your view of that part of

13:30:27  15  the CVS video that you told us about?

13:30:28  16       **A.**    Yes.  Those are my observations.

13:30:31  17       **Q.**    And what about the -- well, besides

13:30:36  18  that one part of the CVS video, what else did you

13:30:40  19  personally review to prepare this timeline?

13:30:43  20       **A.**    That's it.

13:30:47  21       **Q.**    You also watched the cell phone video?

13:30:50  22       **A.**    I already mention that it is mentioned

13:30:53  23  in the key.

*Sterba, MD - Barranco - 8/8/17*

215

13:30:53  1    **Q.**    Okay.  I just want to make sure we are

13:30:56  2    on the same page here.  You looked at the cell

13:31:00  3    phone video and that portion of the CVS Pharmacy

13:31:02  4    video and based on what you personally saw is how

13:31:06  5    you prepared the observation portion of your

13:31:09  6    timeline; is that right?

13:31:10  7    **A.**    Yes.  You can see the eyewitness cell

13:31:13  8    phone video starts when Deputy Magrum stands up and

13:31:17  9    bends over.  And then down at the bottom when the

13:31:20  10   white pickup truck drives by Mr. Docher, that also

13:31:24  11   links up as well, that allows you to calculate true

13:31:29  12   time called calculated actual time of what

13:31:32  13   happened.

13:31:32  14   **Q.**    Now, I see you have some things in

13:31:37  15   quotations under observations, were you attempting

13:31:41  16   to -- if you had a quotation mark were you

13:31:44  17   attempting to quote verbatim what it was that you

13:31:49  18   heard on the video or videos?

13:31:52  19   **A.**    Exactly.  For instance, if I quoted and

13:31:55  20   then used italic gasp.  You can't write gasp, so I

13:32:01  21   did it as I typed it up.

13:32:06  22   **Q.**    So, for instance, where I see you've

13:32:10  23   got an elapsed time of 0:00:11 and you have J.

*Sterba, MD - Barranco - 8/8/17*

216

13:32:17  1   Docher quote open parens groans in italics end

13:32:23  2   quote, you are saying that you believe Mr. Docher

13:32:29  3   groaned at that point?

13:32:30  4       **A.**   Yes.

13:32:30  5       **Q.**   How is it, Doctor, that you are able

13:32:33  6   with certainty to know exactly who said what and

13:32:38  7   who groans or made noises at whatever time?

13:32:44  8       **A.**   My interpretation is based on my

13:32:49  9   training and extensive clinical experience in the

13:32:51 10   field for eight years working professionally as an

13:32:54 11   EMT but also working in the emergency department,

13:32:57 12   and from my medical research on asphyxiation in

13:33:04 13   human subjects.  To me professionally it sounded --

13:33:08 14       **Q.**   And --

13:33:11 15       **MR. HECHT:**   Wait, Summer, let him finish.

13:33:15 16       **MS. BARRANCO:**   I'm sorry, you are not done.

13:33:17 17   Please continue, Doctor.

13:33:18 18       **THE WITNESS:**   My mistake.  I thought of

13:33:20 19   something else and I actually talked over you.

13:33:24 20   What was I trying to say.  It was my interpretation

13:33:28 21   that it was T. Docher that was groaning and the

13:33:32 22   gasps, that is my interpretation as well.

13:33:37 23       **BY MS. BARRANCO:**

*Sterba, MD - Barranco - 8/8/17*

217

13:33:37  1          **Q.**   Are you finished with your answer?

13:33:41  2          **A.**   Just that all of that that I mentioned

13:33:44  3  as far as my experience, human research and being

13:33:47  4  in the field extensively for eight years working as

13:33:52  5  an EMT working with paramedics, I'm very familiar

13:33:54  6  with groaning, especially as it is related to

13:33:58  7  respiratory distress, respiratory depression and

13:34:01  8  respiratory insufficiency, and I'm done.

13:34:05  9          **Q.**   Okay.  Thank you.  Would you agree with

13:34:10  10  me, Doctor, at times in that video there are

13:34:14  11  background voices that you can hear?

13:34:17  12          **A.**   Yes.

13:34:17  13          **Q.**   And would you agree with me, Doctor, at

13:34:20  14  times you cannot see the deputies' mouths or Mr.

13:34:25  15  Docher's mouth?

13:34:26  16          **A.**   Yes.

13:34:26  17          **Q.**   And would you agree with me sometimes

13:34:32  18  depending on how the deputies are positioned you

13:34:35  19  are not able to necessarily see what every person

13:34:37  20  is doing at every second?

13:34:39  21          **A.**   Yes, I agree.  More likely than not

13:34:43  22  with medical certainty what I heard at that time

13:34:45  23  that we are talking about at 11 seconds is Docher

*Sterba, MD - Barranco - 8/8/17*

218

13:34:50  1  groaning and not anything verbalized by a deputy.

13:34:54  2        Q.   I understand that, Doctor.  I use that

13:34:57  3  as an example where it said groan to understand

13:35:02  4  what your notations were.  I'm referring to the

13:35:06  5  entirety of all of your observations and I

13:35:10  6  appreciate your background and your experience.

13:35:12  7  Your experience in what you've told me doesn't

13:35:16  8  necessarily give you any super human powers, does

13:35:21  9  it?

13:35:21  10       MR. HECHT:  Objection to form.

13:35:23  11       BY MS. BARRANCO:

13:35:24  12       Q.   And you --

13:35:26  13       A.   I can testify with medical certainty

13:35:29  14  that I have never had any super human powers.  So

13:35:33  15  I'm not sure if you are asking or if you are making

13:35:36  16  a joke apologize.

13:35:39  17       Q.   That's okay.  I'm not with you.  I know

13:35:42  18  we can't see each others faces to discern whether

13:35:46  19  we are joking or not.  Okay.  Now, I notice at --

13:35:58  20  oh, wait.  First I wanted to ask you was it your

13:36:01  21  intention in the observations, Doctor, to record

13:36:05  22  everything that was said by everyone that was

13:36:10  23  captured in that video --

*Sterba, MD - Barranco - 8/8/17*

219

| | | |
|---|---|---|
| 13:36:12 | 1 | **A.**  No. |
| 13:36:13 | 2 | **Q.**  -- or videos? |
| 13:36:14 | 3 | **A.**  No, ma'am. |
| 13:36:15 | 4 | **Q.**  Did you leave anything out? |
| 13:36:18 | 5 | **A.**  I may have.  I can't answer that. |
| 13:36:22 | 6 | **Q.**  Well, do you recall hearing Mr. Docher |
| 13:36:26 | 7 | around the time you hear the car start up say |
| 13:36:29 | 8 | something along the lines of I'm going to get up? |
| 13:36:32 | 9 | **A.**  No, I don't. |
| 13:36:33 | 10 | **Q.**  If he would have said that would you |
| 13:36:36 | 11 | have recorded that in your observation? |
| 13:36:39 | 12 | **A.**  Yes.  If I heard it I would have |
| 13:36:42 | 13 | recorded that, but I didn't note that. |
| 13:36:44 | 14 | **Q.**  I see at -- I'm looking at your elapsed |
| 13:36:49 | 15 | time of 0:00:37 to 38 seconds.  I see you have T. |
| 13:36:57 | 16 | Docher and you have a quote BR dot dot end quote, |
| 13:37:02 | 17 | and in parentheses you say breathe? |
| 13:37:07 | 18 | **A.**  Yes. |
| 13:37:07 | 19 | **Q.**  I want to understand what you mean |
| 13:37:09 | 20 | here.  Are you saying you with your own ears here |
| 13:37:14 | 21 | Mr. Docher say brr (sic.) |
| 13:37:17 | 22 | **A.**  I heard that phrase many, many times in |
| 13:37:21 | 23 | the emergency department with patients on the verge |

*Sterba, MD - Barranco - 8/8/17*

220

13:37:24  1  of respiratory arrest.  And when they run out of

13:37:27  2  air and they say I can't brr.  It sounds exactly

13:37:32  3  the way Docher verbalized it.  He ran out of air

13:37:37  4  because someone was stepping on his chest and his

13:37:41  5  arms were being pulled up.  Two reasons to cause

13:37:45  6  rapid asphyxiation.  I do believe with medical

13:37:50  7  certainty he was trying to say I can't breathe but

13:37:52  8  he didn't have enough air to finish saying the word

13:37:57  9  breathe.

13:37:57  10        Q.   Is it also possible, Doctor, that Mr.

13:38:00  11  Docher was going to say something else?

13:38:03  12        A.   No.

13:38:03  13        MR. HECHT:  Form.

13:38:05  14        MS. BARRANCO:  Is it also possible, Doctor,

13:38:07  15  that he was going to say I can't breathe and

13:38:10  16  decided to stop saying the word breathe and not

13:38:16  17  that he didn't have enough air?

13:38:18  18        MR. HECHT:  Form.

13:38:19  19        THE WITNESS:  Not at all.  With medical

13:38:21  20  certainty he ran out of air.  And I can tell that

13:38:25  21  by clinical experience that he had no more air to

13:38:30  22  enunciate the word breathe.

13:38:32  23        MS. BARRANCO:  You would agree with me,

*Sterba, MD - Barranco - 8/8/17*

221

13:38:33  1   Doctor, that he did continue to speak thereafter,

13:38:36  2   correct?

13:38:38  3         **MR. HECHT:** Form.

13:38:39  4         **THE WITNESS:** Barely. If you count that as

13:38:46  5   three words -- and actually it is only two words at

13:38:50  6   37 seconds, I can't brr. We hear him at 56 seconds

13:38:55  7   saying help. That is a one word sentence. Help me

13:38:59  8   is a two-word sentence. And then he is down to one

13:39:02  9   word sentences at 1 minute 4 seconds all right and

13:39:06 10   there is a gasp and okay. That is the last time we

13:39:10 11   hear him speak. All I hear is shallow gasping

13:39:14 12   breath sounds and no more words heard.

13:39:24 13         **Q.** And then the cell phone video of the

13:39:28 14   civilian ends?

13:39:29 15         **A.** Yes. It ends at the white pickup truck

13:39:32 16   driving by. Thereafter we actually see from

13:39:43 17   6:25:21 and 6:48:49 no more resisting. He is in

13:39:50 18   recovery position, which is defined as when

13:39:53 19   somebody is unconscious they are placed on their

13:39:56 20   side so that they can breathe as best as possible.

13:40:02 21   And the deputies are moving away and the former EMT

13:40:05 22   Deputy Magrum placed Docher in that position

13:40:11 23   unresponsive, meaning nonverbal. And I'm with

*Sterba, MD - Barranco - 8/8/17*

222

13:40:21  1  medical certainty stating after I hear all right,

13:40:24  2  okay, with gasps in between, and then down to one

13:40:29  3  minute and 7 seconds, thereafter I believe he was

13:40:32  4  unconscious.

13:40:35  5          Q.    Now, you mentioned a moment ago, and I

13:40:38  6  see it in your observations, part of your timeline

13:40:41  7  T. Docher not resisting and appears in recovery

13:40:45  8  position with deputies moving away and walking

13:40:48  9  around, and you have that as a calculated actual

13:40:51 10  time of 6:25:55?

13:40:58 11          A.    Yes.

13:40:59 12          Q.    Are you able to see that on a video

13:41:03 13  anywhere?

13:41:05 14          A.    Yes.

13:41:05 15          Q.    Which video is that?

13:41:07 16          A.    That is actual the time A for CVS

13:41:11 17  Pharmacy video, I can tell that.

13:41:13 18          Q.    And I thought I heard you earlier say

13:41:23 19  that the video of the CVS Pharmacy video portion

13:41:28 20  that you were relying on for your observations

13:41:30 21  ended at 6:25:20, did I misunderstood what you said

13:41:38 22  earlier?

13:41:38 23          A.    That is the actual time until the cell

13:41:41  1  phone kicked in, that is why the calculated time is

13:41:45  2  there.  It goes to 6:28:49 seconds.

13:41:49  3       Q.   Okay.  So I'm sorry, if I asked you

13:41:57  4  this a moment ago.  I just want to understand.  You

13:42:02  5  said you were able to see P. Docher not resisting

13:42:05  6  and then put in recovery position with deputies

13:42:08  7  moving around, you saw that from the CVS Pharmacy

13:42:11  8  that you referenced earlier, that portion on number

13:42:14  9  4?

13:42:15 10       A.   That's correct.

13:42:17 11       Q.   Do you recall what part of Mr. Docher's

13:42:20 12  body you were able to see in that part of the

13:42:23 13  video?

13:42:24 14       A.   No.  Just lying on his side.

13:42:27 15       Q.   From the video vantage was that then

13:42:32 16  you were looking at Mr. Docher's back with him

13:42:35 17  laying on his left shoulder?

13:42:37 18       A.   I couldn't really tell.

13:42:42 19       Q.   So how do you know that he -- according

13:42:45 20  to your observations, was not resisting and then

13:42:48 21  appears in recovery position?

13:42:50 22       A.   Having seen it numerous times with

13:42:53 23  eight years in the field as an EMT working with

*Sterba, MD - Barranco - 8/8/17*

224

13:42:56  1  paramedics.  When we see Docher in recovery

13:43:01  2  position, placed by other first responders, he

13:43:05  3  looked to be nonverbal, unresponsive in the

13:43:09  4  recovery position.  I can't tell you specifically

13:43:11  5  if he was laying on his left side or his right

13:43:15  6  side.

13:43:15  7        Q.    Just that he was lying on his side?

13:43:20  8        A.    Yes.

13:43:20  9        Q.    And do you recall if you were able to

13:43:32 10  see Mr. Docher's hands or arms in that video?

13:43:41 11        A.    I can't.  I did not see any movement by

13:43:44 12  his body.

13:43:50 13        Q.    Do you recall if EMS had responded by

13:43:53 14  then or not?

13:43:54 15        A.    They cannot if you take a look at when

13:43:58 16  they did get dispatched.  I talked over you and I

13:44:02 17  apologize.  During that time when Docher is in

13:44:05 18  recovery position not moving, unconscious, we do

13:44:11 19  see that no restraining maneuvers were being done

13:44:14 20  by deputies.  In fact, they all backed off and

13:44:19 21  walked around.  By that time EMS had not been

13:44:23 22  dispatched.  In fact, if you go back up to Deputy

13:44:27 23  Magrum, we're trying to get you medical help, and

*Sterba, MD - Barranco - 8/8/17*

225

| | | |
|---|---|---|
| 13:44:30 | 1 | that would be calculated actual time of 6:25 to |
| 13:44:41 | 2 | 6:35.  EMS had not been dispatched yet.  The call |
| 13:44:45 | 3 | for help had not yet been sent out.  So that's not |
| 13:44:50 | 4 | true. |
| 13:44:56 | 5 | **Q.**   Hold on.  I'm trying to find where you |
| 13:44:59 | 6 | are referring to.  Okay.  I see that you say that's |
| 13:45:06 | 7 | not true, Deputy Magrum, we're trying to get you |
| 13:45:10 | 8 | medical help? |
| 13:45:11 | 9 | **A.**   Correct, that's not true at all.  And |
| 13:45:15 | 10 | 35 seconds no request for EMS had been made.  And |
| 13:45:20 | 11 | if we go to the EMS medical record, the EMS run |
| 13:45:24 | 12 | sheet, and you take a look at the times the call |
| 13:45:29 | 13 | was received at 18:29:56, and at 18:30:12 the |
| 13:45:39 | 14 | ambulance was dispatched.  And they departed |
| 13:45:44 | 15 | 46 seconds after 6:30 p.m.  Patient contact is at |
| 13:45:48 | 16 | 6:36 p.m. or 18:36 hours.  So backing up, when did |
| 13:45:54 | 17 | the deputies call for EMS, roughly 6:30 p.m. less |
| 13:46:04 | 18 | four seconds, 18:29:56 seconds.  So just one |
| 13:46:14 | 19 | second.  When Deputy Magrum states we're trying to |
| 13:46:17 | 20 | get you some medical help that was at 6:25, and |
| 13:46:30 | 21 | that would be a little over 4 minutes later the |
| 13:46:33 | 22 | call was actually placed.  Four plus minutes went |
| 13:46:37 | 23 | by with no call for help. |

*Sterba, MD - Barranco - 8/8/17*

226

13:46:39  1          Q.    Number one, you are assuming what he

13:46:42  2   meant by that was that they had already dialed for

13:46:47  3   EMS or radioed in; is that right?

13:46:50  4          A.    All I can say is nobody was trying to

13:46:53  5   get medical help.

13:46:53  6          Q.    Well, let me ask you this:  Do you know

13:46:57  7   if the CVS Pharmacy video was cued up to the same

13:47:08  8   time as the EMS run time would have been?

13:47:13  9          A.    No one will ever know.  I have no

13:47:17 10   reason to suspect that these times are not

13:47:20 11   accurate.

13:47:21 12          Q.    Well, right now I'm sitting in my

13:47:24 13   office, Doctor, and I have multiple times.  I have

13:47:27 14   an alarm clock radio that says 1:48 and I have

13:47:32 15   another clock that says 1:47 and the watch on my

13:47:36 16   arm says 1:46, my computer says 1:46 and my cell

13:47:41 17   phone says 1:47.  Have you had an occasion where

13:47:45 18   different time keeping mechanisms aren't synced,

13:47:53 19   are you familiar with that phenomena?

13:47:56 20          MR. HECHT:  Form.

13:47:57 21          THE WITNESS:  Your question was convoluted.

13:48:01 22   Are you asking me if I have ever seen two clocks

13:48:05 23   with different times.

*Sterba, MD - Barranco - 8/8/17*

227

| | | |
|---|---|---|
| 13:48:07 | 1 | **BY MS. BARRANCO:** |
| 13:48:09 | 2 | **Q.**   Yes. |
| 13:48:09 | 3 | **A.**   Yes. |
| 13:48:10 | 4 | **Q.**   As you sit here today, Doctor, do you |
| 13:48:14 | 5 | know one way or the other if the time on the CVS |
| 13:48:20 | 6 | Pharmacy video is in sync with the -- say, for |
| 13:48:23 | 7 | instance, the EMS time that you referred to in your |
| 13:48:27 | 8 | answer earlier? |
| 13:48:28 | 9 | **MR. HECHT:**   Form. |
| 13:48:29 | 10 | **THE WITNESS:**   No.   However, I did consider |
| 13:48:32 | 11 | that.   And that would be a question to ask the CVS |
| 13:48:35 | 12 | Pharmacy manager and the other employees.   How |
| 13:48:38 | 13 | often do they sync their clocks, in other words, do |
| 13:48:44 | 14 | they calibrate their video surveillance to the |
| 13:48:50 | 15 | actual time. |
| 13:48:56 | 16 | **BY MS. BARRANCO:** |
| 13:48:56 | 17 | **Q.**   Okay.   It sounds like you don't know? |
| 13:48:58 | 18 | **A.**   I don't know.   That would be a question |
| 13:49:02 | 19 | to come up at trial. |
| 13:49:04 | 20 | **Q.**   Thank you.   I know you told us in the |
| 13:49:08 | 21 | first part of your deposition what your expertise |
| 13:49:11 | 22 | was.   Are you holding yourself out in this case as |
| 13:49:14 | 23 | a law enforcement or police practices expert? |

*Sterba, MD - Barranco - 8/8/17*

228

13:49:18  1          A.    No.   I was a deputy sheriff, but that

13:49:21  2     does not have any bearing in this case.

13:49:24  3          Q.    Okay.   When you were a deputy sheriff,

13:49:28  4     if I'm not mistaken, it was for three months in

13:49:32  5     1974; is that right?

13:49:33  6          A.    Yes.

13:49:34  7          Q.    Do you have any other law enforcement

13:49:38  8     experience in your career?

13:49:39  9          A.    No, I do not.   I have worked very

13:49:42 10     closely in the ER with all law enforcement officers

13:49:47 11     and military law enforcement.

13:49:53 12          Q.    Now, let me shift gears to Mr. Docher's

13:49:57 13     injuries.   I think you've already testified that

13:50:00 14     you don't have an opinion as to when he received

13:50:02 15     the injuries that you had listed in your initial

13:50:06 16     report, I think there were eight of them; is that

13:50:09 17     correct?

13:50:09 18          A.    That's correct.

13:50:09 19          Q.    And do you know if any of the injuries

13:50:15 20     that you had listed in your initial report -- I

13:50:18 21     want to say it was at page 9 of your initial

13:50:21 22     report, do you know if any of those occurred

13:50:25 23     earlier on the subject date prior to Mr. Docher

*Sterba, MD - Barranco - 8/8/17*

229

13:50:28  1  having contact with law enforcement?

13:50:31  2      A.   I'm not sure of your question.  Are you

13:50:33  3  asking me was he injured prior to being arrested?

13:50:38  4      Q.   Yes.

13:50:39  5      A.   I have no knowledge of that.  I can't

13:50:47  6  say.

13:50:47  7      Q.   Okay.  Were you aware of a 911 call

13:50:53  8  that Mr. Docher made earlier on the subject date on

13:50:56  9  his mother's cell phone?

13:50:57  10     A.   No.

13:50:58  11     Q.   Were you aware that he was claiming

13:51:03  12  that he was being struck during that phone call?

13:51:08  13     A.   No.

13:51:08  14     MR. HECHT:   Form.

13:51:10  15     BY MS. BARRANCO:

13:51:11  16     Q.   So you have no knowledge of that?

13:51:13  17     A.   I do not.

13:51:14  18     Q.   Just so the record is clear, I was

13:51:33  19  referring to page 2 of your report where you had a

13:51:36  20  listing of the different injuries for Mr. Docher?

13:51:42  21     A.   Yes, on my page 2.

13:51:45  22     Q.   Okay.  You mention depressed fractures

13:51:54  23  of the facial nasal bone I think was number 5, were

*Sterba, MD - Barranco - 8/8/17*

230

13:51:58  1   you aware whether or not Mr. Docher had previously

13:52:01  2   had facial bone fractures in his past history?

13:52:05  3        A.   No.  And I'm looking at number 5 head

13:52:08  4   bilateral, depressed fractures of the facial nasal

13:52:13  5   bone.  There is no mention in the radiologist's

13:52:18  6   dictation whether they are acute or chronic.  Once

13:52:22  7   I review those films at the trial I will be able to

13:52:26  8   tell you.

13:52:26  9        Q.   But my other question though, Doctor --

13:52:30  10  and I appreciate that answer.  My other question

13:52:34  11  was were you aware whether or not Mr. Docher on any

13:52:38  12  prior occasion -- it may have been weeks before or

13:52:41  13  months before or even years before the subject

13:52:44  14  incident, were you aware of whether he had ever

13:52:47  15  previously suffered fractures to his nasal bones?

13:52:51  16       A.   No.

13:52:52  17       Q.   And if he had suffered previous

13:52:56  18  fractures to his nasal bones would that make him

13:53:01  19  more susceptible to nasal fractures?

13:53:05  20       **MR. HECHT:**  Form.

13:53:06  21       **THE WITNESS:**  I can't say.

13:53:07  22       **BY MS. BARRANCO:**

13:53:08  23       Q.   And why is that?

*Sterba, MD - Barranco - 8/8/17*

231

| | | |
|---|---|---|
| 13:53:10 | 1 | **A.**   I don't know. |
| 13:53:11 | 2 | **MR. HECHT:**  Form. |
| 13:53:18 | 3 | **THE WITNESS:**  My expertise in emergency |
| 13:53:22 | 4 | medicine is to diagnose acute injuries.  Like I |
| 13:53:26 | 5 | said before, upon review of these x-rays at trial I |
| 13:53:29 | 6 | will be able to tell with medical certainty whether |
| 13:53:29 | 7 | they were chronic or acute. |
| 13:53:37 | 8 | **BY MS. BARRANCO:** |
| 13:53:37 | 9 | **Q.**   Have you reviewed any of Mr. Docher's |
| 13:53:41 | 10 | x-rays? |
| 13:53:41 | 11 | **A.**   I have not. |
| 13:53:42 | 12 | **Q.**   And I don't know frankly if there are |
| 13:53:46 | 13 | -- if he had any MRIs or CAT scans, have you |
| 13:53:49 | 14 | reviewed any of those? |
| 13:53:50 | 15 | **A.**   I have not look at any of the original |
| 13:53:53 | 16 | imaging studies, just the dictations. |
| 13:53:56 | 17 | **Q.**   Going back to your list on page 2 of |
| 13:54:00 | 18 | your initial report when you refer to the |
| 13:54:09 | 19 | rhabdomyolysis which you have here listed as |
| 13:54:12 | 20 | destruction of muscle protein into Mr. Docher's |
| 13:54:17 | 21 | circulation? |
| 13:54:18 | 22 | **A.**   Yes. |
| 13:54:18 | 23 | **Q.**   I think you told us before trauma or |

*Sterba, MD - Barranco - 8/8/17*

232

13:54:21   1   blows to the body can cause that condition?

13:54:24   2           **A.**     Yes.

13:54:25   3           **Q.**     Can that condition also be caused from

13:54:29   4   overexertion?

13:54:30   5           **A.**     Yes, it can.   In this case we have

13:54:37   6   significant blunt force trauma documented, and I

13:54:43   7   doubt that this happened by falling onto his face

13:54:47   8   with 205 pounds on his back, that would be Deputy

13:54:53   9   Newman.   These contusions that you were described

13:54:57   10   were more on the muscles to the back of the body,

13:55:05   11   gluteal region, lower back, right worse than left.

13:55:11   12           **Q.**     He fell face forward?

13:55:14   13           **A.**     Yes.   He did what is commonly known as

13:55:17   14   a face plant, that is the reason he had acute

13:55:22   15   fractures to his head, bilateral nasal bone

13:55:30   16   fractures.

13:55:30   17           **Q.**     To the extent that he did have bruising

13:55:33   18   to his posterior region or his side, do you know if

13:55:40   19   any of that came from an incident that occurred

13:55:45   20   prior to the subject incident, earlier that day?

13:55:48   21           **A.**     I don't know.

13:55:49   22           **Q.**     If you were to assume hypothetically

13:55:57   23   speaking that Mr. Docher earlier on the subject

*Sterba, MD - Barranco - 8/8/17*

233

13:56:00  1  date, several hours before him going to the CVS

13:56:04  2  Pharmacy, was struck multiple times by a stick by

13:56:08  3  his mother, do you have any opinion one way or the

13:56:13  4  other as to whether or not that may have played a

13:56:21  5  role in your ultimate determination that he

13:56:23  6  suffered by rhabdomyolysis?

13:56:26  7       A.    Yes, I do.  With medical certainty

13:56:29  8  knowing that he was not in any physical distress

13:56:32  9  other than emotional distress there is absolutely

13:56:35  10  nothing in the medical record in terms of the

13:56:39  11  statements in the videos to show that he was

13:56:42  12  suffering from being beat up by his mother with a

13:56:45  13  stick, nothing.  These injuries were as a result of

13:56:49  14  excessive force caused directly by the deputies.

13:56:54  15  The deputies cause the rhabdomyolysis or skeletal

13:56:59  16  muscle breakdown with proteins being released into

13:57:03  17  the circulation leading to kidney damage, not by

13:57:06  18  his mother, it was caused by the deputies with

13:57:12  19  medical certainty.

13:57:12  20       Q.    You've already told me that you didn't

13:57:16  21  know what I was talking about with the earlier

13:57:18  22  incident, right?

13:57:19  23       MR. HECHT:  Form.

13:57:20   1         **THE WITNESS:**  I don't know what you are

13:57:22   2   talking about as far as his mother beating him up

13:57:25   3   with a stick.  There is no evidence of that or any

13:57:28   4   distress by these physical injuries when he was at

13:57:33   5   CVS, no one noted him limping or complaining that

13:57:36   6   his mother beat him up all over his buttocks with a

13:57:41   7   stick.  He went in to buy cigarettes and he was

13:57:45   8   polite.  These injuries happened by the deputies

13:57:51   9   and no one else.

13:57:51  10         **MS. BARRANCO:**  You do know now that Mr.

13:57:54  11   Docher called 911 earlier in the day, correct.

13:57:57  12         **MR. HECHT:**  Form.

13:57:58  13         **THE WITNESS:**  No, I did not know that.

13:58:01  14         **MS. BARRANCO:**  Might that play a role in

13:58:03  15   your opinions in this case if you were given that

13:58:06  16   information and listened to that 911 call?

13:58:09  17         **MR. HECHT:**  Form.

13:58:09  18         **THE WITNESS:**  No, it does not change my

13:58:12  19   opinion.

13:58:14  20         **MS. BARRANCO:**  And how would you know that

13:58:15  21   without hearing the earlier 911 call?

13:58:19  22         **MR. HECHT:**  Form.

13:58:20  23         **THE WITNESS:**  Any 911 call does not convince

*Sterba, MD - Barranco - 8/8/17*

235

13:58:23  1  me that the injuries were not caused by the

13:58:26  2  deputies and were caused by somebody else?

13:58:29  3       **BY MS. BARRANCO:**

13:58:30  4       **Q.**   Getting back to the rhabdomyolysis.  I

13:58:34  5  think you did tell me though that in addition to

13:58:38  6  trauma, another thing that can cause that condition

13:58:41  7  is overexertion, correct?

13:58:43  8       **A.**   Not this case because of the period of

13:58:47  9  exertion.  I have seen rhabdomyolysis with extreme

13:58:50  10 exertion, especially under conditions of elevated

13:58:55  11 temperature and humidity, and I was in charge of

13:58:59  12 hyperthermia, as I mentioned in my first

13:59:03  13 deposition, the extreme exertion that you are

13:59:06  14 alluding to did not cause rhabdomyolysis in Mr.

13:59:11  15 Docher, and that is with medical certainty.

13:59:14  16      **Q.**   And the cases that you are talking

13:59:18  17 about were back in the early '90s as I recall your

13:59:21  18 testimony?

13:59:24  19      **A.**   In the late '80s to help prevent

13:59:29  20 extreme exertional rhabdomyolysis during extended

13:59:34  21 exercise and work in the heat far beyond, way

13:59:39  22 beyond what would have been experienced in the

13:59:42  23 brief period of time by Mr. Docher.  It has no

*Sterba, MD - Barranco - 8/8/17*

236

| | |
|---|---|
| 13:59:45 | 1 |
bearing whatsoever.

13:59:47  2          Q.    And, Doctor, in your experience how

13:59:49  3  many patients have you personally seen that were

13:59:53  4  ultimately diagnosed with having rhabdomyolysis?

13:59:56  5          A.    I can't estimate that.  I have seen a

14:00:00  6  significant number of trauma patients and a much

14:00:05  7  smaller number of heat stroke and heat exhaustion

14:00:10  8  in both civilian and military medicine.  I can't

14:00:14  9  give a number to any of that.

14:00:17  10          Q.    You can't.  Can you tell me if any of

14:00:20  11  those patients that you are referring to were

14:00:23  12  ultimately diagnosed with rhabdomyolysis?

14:00:24  13          A.    They were.

14:00:26  14          Q.    Was it more than ten people?

14:00:29  15          A.    You've asked me for a number and my

14:00:31  16  answer still remains, I don't know.

14:00:36  17          Q.    I'm just trying to figure out if this

14:00:40  18  was something that you come upon every day or

14:00:42  19  something more rare than that?

14:00:44  20          A.    I do not see exertional rhabdomyolysis

14:00:49  21  every day, no.

14:00:50  22          Q.    Now, I think in your report you

14:00:55  23  reference Mr. Docher having a .038 alcohol level?

*Sterba, MD - Barranco - 8/8/17*

237

14:01:02   1          A.    Yes.

14:01:02   2          Q.    Are you a toxicologist?

14:01:03   3          A.    I'm trained in toxicology as an

14:01:07   4    emergency medical specialist as a part of my

14:01:10   5    residency.  I do not hold board certification in

14:01:14   6    toxicology.  My board certification with the

14:01:17   7    American Board of Emergency Medicine requires me to

14:01:21   8    be trained and experienced in many areas of

14:01:24   9    toxicology as it relates to the medical practice of

14:01:28  10    emergency medicine.

14:01:29  11          Q.    Well, do you have an opinion as to

14:01:34  12    whether Mr. Docher at the time that he was

14:01:36  13    interacting with the deputies, whether he was in

14:01:41  14    the absorption or metabolic stage with regard to

14:01:44  15    his alcohol consumption?

14:01:47  16          MR. HECHT:  Form.

14:01:47  17          THE WITNESS:  No.

14:01:48  18          BY MS. BARRANCO:

14:01:48  19          Q.    And do you have an opinion as to what

14:01:50  20    Mr. Docher's blood alcohol level was when the

14:01:53  21    deputies had contact with him?

14:01:55  22          A.    No.

14:01:57  23          MR. HECHT:  Form.

*Sterba, MD - Barranco - 8/8/17*

238

14:01:57  1          **BY MS. BARRANCO:**

14:01:58  2          **Q.**    Do you have an opinion as to what Mr.

14:02:00  3   Docher's blood alcohol level was when he was given

14:02:05  4   the shots of Ativan by Jose Rosario?

14:02:12  5          **A.**    No.

14:02:12  6          **Q.**    Now, you may have touched on this

14:02:16  7   already, Dr. Sterba, I want to make sure I

14:02:20  8   understand your testimony here.  I know throughout

14:02:21  9   your report you refer to Mr. Docher being

14:02:27 10   asphyxiated and in parentheses you say suffocated.

14:02:33 11   When you use those two words, and I think you told

14:02:35 12   us already they are synonyms of each other; is that

14:02:40 13   right?

14:02:40 14          **A.**    Yes.

14:02:40 15          **Q.**    And by those synonyms do you mean

14:02:45 16   deprivation of oxygen?

14:02:47 17          **A.**    Asphyxiated restricted elevated $CO_2$ and

14:02:53 18   a drop in the oxygen in the blood and also

14:02:56 19   acidosis.  And the acid would be from carbon

14:03:02 20   dioxide and other acids.  Asphyxiation is the

14:03:08 21   process of preventing adequate ventilation.

14:03:12 22          **Q.**    Now, is the only defendant in this case

14:03:18 23   that you are claiming asphyxiated or suffocated Mr.

*Sterba, MD - Barranco - 8/8/17*

239

14:03:25  1  Docher Deputy Magrum?

14:03:26  2       **A.**   No.   The only two deputies that were

14:03:29  3  there had a responsibility to protect Docher from

14:03:34  4  being asphyxiated by Magrum and they failed to act.

14:03:39  5  They are held with reckless disregard because that

14:03:43  6  position led to asphyxiation and that is the same

14:03:47  7  thing, that position would lead to rapid

14:03:54  8  cardiopulmonary arrest.   And they did not act to

14:03:57  9  protect the life and well-being of Docher.   They

14:04:01  10  are responsible for this as well.

14:04:03  11       **Q.**   Well, maybe you misunderstood my

14:04:06  12  question.   My question was specifically -- and I

14:04:09  13  understand that you are pointing the finger at all

14:04:13  14  of my clients that are deputies, except for maybe

14:04:19  15  Courtemanche.   Doctor, I don't think you have an

14:04:20  16  opinion as to Mr. Courtemanche but with regard to

14:04:24  17  Magrum, Robinson and the other deputy, that was Mr.

14:04:29  18  Newman, I know you are putting blame on all three

14:04:32  19  of them, and I understand that.   My specific

14:04:34  20  question was in terms of who you are claiming

14:04:38  21  asphyxiated or suffocated Mr. Docher, are you

14:04:42  22  pointing the finger specifically at Deputy Magrum

14:04:46  23  in terms of his action?

*Sterba, MD - Barranco - 8/8/17*

240

14:04:48  1        **MR. HECHT:**  Form.

14:04:48  2        **THE WITNESS:**  Yes.

14:04:49  3        **BY MS. BARRANCO:**

14:04:50  4        **Q.**   And you are also claiming that Deputies

14:04:53  5   Newman and Robinson, based on their training, they

14:04:58  6   should have prevented Deputy Magrum from what you

14:05:03  7   refer to as asphyxiating Mr. Docher?

14:05:06  8        **A.**   They should have stopped him, yes.

14:05:08  9        **Q.**   And we will talk about that in a

14:05:10  10  minute.  I want to piece it up in little bite size

14:05:16  11  chunks to talk about it.  In regards to Deputy

14:05:21  12  Magrum in terms of the asphyxiation you are

14:05:25  13  referring to, are you basically saying that Deputy

14:05:31  14  Magrum put his foot on Mr. Docher's back and lifted

14:05:35  15  his arms up behind his back, those were the two

14:05:38  16  things that Deputy Magrum did that in your opinion

14:05:42  17  caused the asphyxiation?

14:05:44  18        **A.**   Yes.

14:05:45  19        **Q.**   Was there anything else that Deputy

14:05:49  20  Magrum actively did in your opinion that caused

14:05:52  21  asphyxiation?

14:05:53  22        **A.**   No.

14:06:01  23        **Q.**   Now, is it your opinion, Doctor, it was

*Sterba, MD - Barranco - 8/8/17*

241

| | |
|---|---|
| 14:06:07 | 1 | both the foot on the back and the arms behind the |
| 14:06:10 | 2 | back that caused the asphyxiation or are you saying |
| 14:06:14 | 3 | it was one or the other? |
| 14:06:16 | 4 | **A.**   Both in combination caused rapid |
| 14:06:18 | 5 | asphyxiation to the point where he was nonverbal, |
| 14:06:22 | 6 | that is unresponsive, and lost conscious for just |
| 14:06:26 | 7 | over ten minutes. |
| 14:06:29 | 8 | **Q.**   And where do you get that just over ten |
| 14:06:34 | 9 | minutes part? |
| 14:06:35 | 10 | **A.**   My timeline and the testimony that |
| 14:06:38 | 11 | showed that he was unresponsive when the paramedics |
| 14:06:41 | 12 | came up, and then he came around and kicked |
| 14:06:45 | 13 | Rosario, that elapsed time is just over ten |
| 14:06:48 | 14 | minutes. |
| 14:06:49 | 15 | **Q.**   So just to clarify or make sure I |
| 14:06:52 | 16 | understand, you are saying according to what you |
| 14:06:55 | 17 | reviewed it is your belief that Mr. Docher was |
| 14:06:58 | 18 | unconscious for ten minutes? |
| 14:07:00 | 19 | **A.**   Over ten minutes. |
| 14:07:01 | 20 | **Q.**   How much more over ten minutes? |
| 14:07:04 | 21 | **A.**   I would say that he came around at the |
| 14:07:07 | 22 | point of contact and that was at 18:36. |
| 14:07:12 | 23 | **Q.**   Is that when the EMS people were there? |

*Sterba, MD - Barranco - 8/8/17*

242

14:07:18  1        **A.**    Yes.  When you take a look at the EMS

14:07:22  2    run report, if you have it there, I'm looking at it

14:07:27  3    right now.

14:07:38  4        **Q.**    Are you finished with your answer?

14:07:41  5        **A.**    I'm looking at it right now.  Patient

14:07:44  6    contact came at page 5 of 6 at 18:36.  And at that

14:07:51  7    point when they actually contacted the patient he

14:07:55  8    was unresponsive, not responding, and then came

14:07:59  9    around and he was nonverbal, and then he kicked

14:08:04  10   Rosario.  And according to Magrum he kicked him so

14:08:07  11   hard that Rosario fell down on his butt.  The

14:08:12  12   timeline -- if we go to my timeline where I show at

14:08:33  13   the bottom for -- and it is actually actual and

14:08:36  14   calculated are both the same here.  T. Docher

14:08:39  15   resisting appears in recovery position with

14:08:42  16   deputies moving away and walking around.  Prior to

14:08:45  17   that by a matter of from 6:25:39 to 6:25:51 T.

14:08:54  18   Docher is no longer speaking.  We hear shallow

14:08:58  19   gasping breath sounds, no more words heard at that

14:09:03  20   point.  I believe he lost conscious right around

14:09:05  21   there.  So from 6:25 until 6:36, less maybe a half

14:09:11  22   minute or so, he is unconscious.  He is not

14:09:16  23   responsive.  He is unconscious, nonresponsive and

*Sterba, MD - Barranco - 8/8/17*

243

14:09:20  1  nonverbal with abnormal respiratory depression

14:09:24  2  going on.  And that's described on page 76, line 7

14:09:30  3  of Magrum's deposition, which since he was a former

14:09:36  4  Florida EMT, he describes Docher's breathing as

14:09:41  5  breathing lightly.  And that is evidence to me of

14:09:45  6  respiratory insufficiency, respiratory depression,

14:09:49  7  and we know that he is nonverbal, unresponsive at

14:09:53  8  that point, so he's unconscious.  That's why he was

14:09:56  9  placed in recovery position.  And you no longer see

14:09:59 10  the deputies striking, stepping or doing all of

14:10:04 11  those previous maneuvers on him because he's out.

14:10:08 12  They also mention when he came back.  Meaning when

14:10:11 13  he came back, that's when the paramedics showed up,

14:10:14 14  when he came back from being unconscious.  So we

14:10:17 15  have a period of all ten minutes, less than 11

14:10:21 16  minutes from 6:25:39 seconds until 6:36 to as late

14:10:28 17  as 6:35:51 seconds until 6:36 p.m., he's

14:10:37 18  unconscious and barely either breathing, critical

14:10:41 19  unstable condition.

14:10:42 20       Q.   Do you include in your timeline when

14:10:47 21  EMS arrived, is that part of your timeline?

14:10:51 22       A.   Not on the timeline that I sent you on

14:10:54 23  page 34.  This is all documented timeline from the

*Sterba, MD - Barranco - 8/8/17*

244

14:10:58  1  videos.  We don't have video of the arrival of EMS.

14:11:02  2  We just have the time, time of day.

14:11:07  3      Q.   So you have never seen any of the CVS

14:11:10  4  Pharmacy video that shows like a stretcher on the

14:11:14  5  scene?

14:11:14  6      A.   No, I didn't see that video.  That will

14:11:17  7  show up at trial.

14:11:18  8      Q.   Now, getting back to Deputy Magrum, you

14:11:30  9  mentioned the asphyxiation, you refer to that word

14:11:35 10  and you told me now that you attribute Deputy

14:11:38 11  Magrum putting his foot on Mr. Docher's back and

14:11:41 12  putting his arms behind his back in tandem, those

14:11:47 13  things causing the asphyxiation.  Did I understand

14:11:51 14  your earlier testimony in the first part of your

14:11:54 15  deposition that you do not know how much pressure

14:11:57 16  was placed on Mr. Docher's back; is that right?

14:12:00 17      A.   What are you referring to as pressure?

14:12:02 18      Q.   Deputy Magrum's foot on Mr. Docher's

14:12:09 19  back.

14:12:09 20      A.   You asked me about pressure, what are

14:12:12 21  you talking about?

14:12:13 22      Q.   Well, how much pressure was exerted by

14:12:17 23  Deputy Magrum with his foot on Mr. Docher's back,

*Sterba, MD - Barranco - 8/8/17*

245

14:12:20 1  do you know?

14:12:21 2      A.   You are asking me how many pounds of

14:12:25 3  pressure for 330 to 335 deputy, not including

14:12:30 4  resting on his right leg with his left foot between

14:12:35 5  his shoulders blades, you want to know the number

14:12:38 6  of pounds or pressure?

14:12:39 7      Q.   I don't know if you are being serious

14:12:42 8  with your question or not.  But based on your

14:12:45 9  earlier answers, Doctor, I'm pretty sure you seem

14:12:50 10  to understand most of my questions.

14:12:52 11      A.   You specifically asked me pressure in

14:12:54 12  pounds, are you really asking me pressure in pounds

14:12:58 13  from his left foot, yes or no?

14:13:01 14      Q.   Yes.

14:13:01 15      A.   I don't know, but looking at the video

14:13:05 16  I would say there is a significant -- and this is

14:13:08 17  with medical certainty, there is a significant

14:13:11 18  amount of pressure that even if it is one-third of

14:13:14 19  his weight, that is about 100 pounds.

14:13:18 20      Q.   And do you know how long that amount of

14:13:21 21  pressure was placed on Mr. Docher's back?

14:13:23 22      A.   Long enough to asphyxiate him into

14:13:29 23  unconscious, but I don't have the time for that.

*Sterba, MD - Barranco - 8/8/17*

246

14:13:32　1　　　　Q.　So ultimately it sounds like you are

14:13:38　2　reaching your opinion -- backing into it, that you

14:13:41　3　believe Mr. Docher lost consciousness, and because

14:13:45　4　of that you are assuming that it must have been

14:13:47　5　from the pressure exerted on his back; is that

14:13:50　6　right?

14:13:50　7　　　　　**MR. HECHT:**　Form.

14:13:51　8　　　　　**THE WITNESS:**　I already answered that.　It

14:13:53　9　is the combination of reverse hanging without being

14:13:58　10　suspended and having a 330 to 335 pound deputy

14:14:03　11　stepping on the chest driving it into the asphalt.

14:14:06　12　By the number of pounds, that I can't quite

14:14:09　13　estimate, both of those maneuvers combined brought

14:14:14　14　on rapid asphyxiation and rapid unconsciousness

14:14:14　15　both.

14:14:23　16　　　　　**BY MS. BARRANCO:**

14:14:23　17　　　　Q.　You keep referencing this reverse

14:14:26　18　hanging, do you have any personal experience with

14:14:30　19　reverse hanging?

14:14:31　20　　　　**A.**　Yes, I do.

14:14:33　21　　　　Q.　I know you referenced earlier in your

14:14:35　22　earlier deposition about things that you are not

14:14:38　23　able to share because they're top secret or

*Sterba, MD - Barranco - 8/8/17*

247

14:14:44  1  something like that?

14:14:44  2          A.    No.

14:14:45  3          Q.    Then maybe I should ask you, what is

14:14:48  4  your personal experience with reverse hanging?

14:14:52  5          A.    You are not allowed to ask that

14:14:56  6  question.

14:14:57  7          Q.    I think I can ask any question I want.

14:15:00  8  You may not be able to answer the question.

14:15:04  9          A.    I'm not allowed to answer that

14:15:08 10  question.

14:15:09 11          Q.    Okay.  You can't tell me what your

14:15:15 12  experience is, but you are going to tell me you

14:15:19 13  have experience with reverse hanging?

14:15:20 14          A.    Yes.

14:15:21 15          Q.    Okay.  I know you served some time in

14:15:29 16  the Navy, Doctor; is that right?

14:15:31 17          A.    Yes, ma'am.

14:15:32 18          Q.    Were you honorably discharged from the

14:15:35 19  Navy?

14:15:36 20          A.    Check the CV.  Yes, I was.

14:15:40 21          Q.    Thank you.  And in regard to Deputy

14:15:51 22  Magrum's action, do you know how long --

14:15:54 23  specifically how long Mr. Docher's arms were behind

*Sterba, MD - Barranco - 8/8/17*

248

14:15:57  1  his back and lifted away from his body?

14:15:59  2      A.   I haven't calculated that.  And you

14:16:02  3  asked me if I was honorably discharged.  It is on

14:16:06  4  page 1 of my CV, Commander, Medical Corps, United

14:16:11  5  States Navy Reserves.

14:16:14  6      Q.   Thank you.  And so you've told me,

14:16:22  7  Doctor, you don't know exactly how much weight was

14:16:26  8  placed on Mr. Docher's back, and you don't know how

14:16:29  9  long his arms were drawn up behind him, wouldn't

14:16:32  10  that be important in regards to your opinions

14:16:35  11  concerning Deputy Magrum and your ultimate opinion

14:16:39  12  that Deputy Magrum's actions lead to asphyxiating

14:16:44  13  Mr. Docher?

14:16:45  14      **MR. HECHT:**  Form.

14:16:46  15      **THE WITNESS:**  Not one bit.

14:16:47  16      **BY MS. BARRANCO:**

14:16:47  17      Q.   Not one bit is what you said?

14:16:50  18      A.   I'm looking at the physiological

14:16:53  19  responses of Mr. Docher regarding his inability to

14:16:56  20  ventilate, his inability to speak and his

14:16:59  21  subsequent loss of consciousness being nonverbal

14:17:03  22  and nonresponsive with an abnormal respiratory

14:17:08  23  depression and his respiratory insufficiency,

*Sterba, MD - Barranco - 8/8/17*

249

14:17:10  1  breathing lightly on scene with former EMT/Deputy

14:17:16  2  Magrum.  It is not necessary for me to have an

14:17:18  3  exact amount of force applied to his chest

14:17:22  4  sufficient to asphyxiate him into unconsciousness

14:17:26  5  into an unstable and critical condition.  As far as

14:17:28  6  the duration, it was long enough to knock him out.

14:17:35  7       Q.   Do you know if Mr. Docher's face plant,

14:17:41  8  as you've described it earlier, if that played a

14:17:46  9  role in any way with regard to his losing

14:17:49 10  consciousness?

14:17:49 11       A.   No.  There was no loss of consciousness

14:17:52 12  from this head trauma.  The CT scan showed no

14:17:57 13  significant intracranial trauma.

14:18:00 14       Q.   And how about his alcohol consumption,

14:18:05 15  do you believe that played a role at all in him

14:18:08 16  losing consciousness?

14:18:09 17       A.   No.

14:18:12 18       Q.   This addendum that you've done, Doctor,

14:18:16 19  why did you do an addendum?

14:18:18 20       A.   I explained that in my first deposition

14:18:23 21  that I was asked to make a report noting that there

14:18:26 22  were a number of other depositions that were

14:18:29 23  forthcoming, and that was explained in the

*Sterba, MD - Barranco - 8/8/17*

250

14:18:39   1   addendum.  On page 19 and 20 where there were eight

14:18:47   2   depositions -- that was my phone beeping.  I'm

14:18:54   3   sorry.  On page 19 and 20 of the addendum dated

14:18:58   4   July 25 there were eight depositions that I had not

14:19:03   5   yet received.  And basically they had not yet been

14:19:08   6   taken at the writing of my initial report.  So I

14:19:14   7   reserve the right to add to my first report,

14:19:19   8   therefore, I wrote the addendum.

14:19:22   9        Q.    And were you asked to write the

14:19:24  10   addendum?

14:19:25  11        A.    No.  I'm the forensic examiner.  It was

14:19:28  12   my responsibility to do such.

14:19:31  13        Q.    I notice in your initial report you

14:19:34  14   didn't have any opinions specifically in regards to

14:19:37  15   the deputies' actions or inactions, the deputies

14:19:40  16   who are named defendants in this case, why was

14:19:44  17   that?

14:19:44  18        A.    I don't know if that statement is true.

14:19:47  19   I did mention a few things.  What page are you

14:19:53  20   referring to where I concluded the deputies from

14:19:56  21   causing that?

14:19:57  22        Q.    It's hard to point to a page where you

14:20:02  23   conclude it.  My memory of your initial report,

*Sterba, MD - Barranco - 8/8/17*

251

14:20:04  1   Doctor, is that you were reaching opinions about

14:20:09  2   defendant Rosario and what he did or didn't do and

14:20:14  3   whether it was right or wrong in your opinion.  And

14:20:17  4   I don't recall you with specificness referring to

14:20:21  5   the individual deputies.  Now, in your addendum you

14:20:24  6   do.  And I'm just wondering why you didn't have

14:20:29  7   more specific opinions regarding the deputies in

14:20:32  8   your initial report?

14:20:33  9        **MR. HECHT:**  Form.

14:20:33  10       **THE WITNESS:**  As I explained I had not yet

14:20:38  11  received the depositions.  Eight of which were

14:20:41  12  reviewed by me, and that allowed me to write the

14:20:45  13  addendum.

14:20:47  14       **BY MS. BARRANCO:**

14:20:47  15       **Q.**   And did anyone assist you in writing

14:20:50  16  your addendum?

14:20:52  17       **A.**   No.

14:20:53  18       **Q.**   If I can turn to your page 22 of your

14:21:01  19  addendum, and I know you told me earlier you are

14:21:06  20  not holding yourself out in this case as a law

14:21:11  21  enforcement expert or police practices expert, but

14:21:14  22  I see in the last paragraph, despite being trained,

14:21:18  23  Deputy Robinson failed in the line of duty to

*Sterba, MD - Barranco - 8/8/17*

252

14:21:21 1    protect the life of Tavares Docher by not stopping

14:21:28 2    the suffocating of Tavares Docher, what do you base

14:21:31 3    that on, that opinion?

14:21:37 4         A.    The video and the testimony that

14:21:44 5    confirmed that he did not stop the positional

14:21:50 6    asphyxia or asphyxiation caused by Magrum.

14:21:59 7         Q.    Okay.  But my specific question was

14:22:02 8    where you said he failed to protect the life by not

14:22:06 9    stopping, where do you get that opinion, failed in

14:22:10 10   the line of duty is the part that I'm focusing on?

14:22:15 11        A.    In the line of duty meaning that he was

14:22:18 12   on duty.  He failed while on duty or in the line of

14:22:22 13   duty.  He failed while he was on duty, in the line

14:22:28 14   of duty that is, to stop Magrum from asphyxiating

14:22:35 15   Mr. Docher.

14:22:36 16        Q.    And related to that, Doctor, I see on

14:22:40 17   page 23, the first full paragraph you said in

14:22:47 18   addition to those reasons stated on page 9, I guess

14:22:50 19   you meant of your original report, had Deputy

14:22:54 20   Robinson immediately stopped Deputy Magrum from

14:22:57 21   asphyxiating and suffocating Tavares Docher into

14:23:02 22   his respiratory insufficiency.  And then you go on,

14:23:05 23   more likely than not?

*Sterba, MD - Barranco - 8/8/17*

253

14:23:05   1        A.    Well, I --

14:23:09   2        Q.    And my question is at what point is it

14:23:16   3   your opinion that Deputy Robinson should have

14:23:19   4   immediately stopped Deputy Magrum?

14:23:23   5        A.    I think I overspoke you.  Would you

14:23:33   6   please repeat the second half of your question, at

14:23:36   7   what time should he intervene?

14:23:38   8        Q.    Yes.  Because your report here says had

14:23:42   9   Deputy Robinson immediately stopped Deputy Magrum

14:23:46  10   from asphyxiating Mr. Docher, et cetera, et cetera,

14:23:51  11   and my question was at what point are you saying

14:23:53  12   Deputy Robinson should have immediately stopped

14:23:57  13   Deputy Magrum?

14:23:58  14        A.    Immediately speaks for itself.

14:24:01  15        Q.    I understand you mean right away, I

14:24:04  16   guess, under the normal English language definition

14:24:08  17   of immediately.  I want to understand though in

14:24:12  18   terms of the timeline in this case or the chain of

14:24:15  19   events at what point in time based on what Deputy

14:24:20  20   Magrum was doing do you believe that Deputy

14:24:23  21   Robinson should have stopped him?

14:24:25  22        A.    Immediately, that's why I said it.

14:24:30  23        Q.    Well, what was it that Deputy Magrum

*Sterba, MD - Barranco - 8/8/17*

254

14:24:33   1   was specifically doing that in your opinion would

14:24:37   2   have alerted Deputy Robinson to immediately stop

14:24:40   3   him?

14:24:41   4         **A.**   The fit of rage.  And let's go to the

14:24:44   5   timeline so I can cover that.  The fit of rage

14:24:48   6   where Deputy Magrum, f'ing stop moving.  And he

14:24:53   7   steps back down.  He steps down his left foot upon

14:24:57   8   T. Docher's back in between the shoulder blades,

14:25:01   9   and that is at 33 seconds to 34 seconds into the

14:25:07  10   cell phone video, which the calculated actual time

14:25:11  11   is 6:25 and 6 to 7 seconds.  It is at that point

14:25:21  12   that the two other deputies should have interceded.

14:25:33  13   So I just played it right there at exactly that

14:25:41  14   time, f'ing, stop moving.  And he steps down at

14:25:46  15   that point.  That's when Robinson and Newman should

14:25:52  16   have immediately intervened to prevent the

14:25:58  17   asphyxiation process from starting.

14:25:59  18         **Q.**   You mentioned something about -- I'm

14:26:01  19   sorry, are you finished with your answer?

14:26:03  20         **A.**   Yes.

14:26:06  21         **MR. HECHT:**  Summer, if I can interject real

14:26:08  22   quick.  I need to step out of my office.  Do you

14:26:12  23   mind at some point in the next few minutes if we

*Sterba, MD - Barranco - 8/8/17*

255

14:26:16  1 | take a five minutes break.

14:26:21  2 | **MS. BARRANCO:**  We can do it now.

14:26:21  3 | **MR. HECHT:**  Fine.  Thank you.

14:33:01  4 | (A recess was then taken.)

14:33:01  5 | **BY MS. BARRANCO:**

14:33:08  6 | Q.  You make reference, Doctor, to rage,

14:33:14  7 | which I think you attribute to Deputy Magrum?

14:33:18  8 | A.  I think I used the term uncontrollable

14:33:21  9 | rage of using the F bomb as he pulled the arms up

14:33:24 10 | and stepped on his chest.  And I'm very familiar

14:33:27 11 | with uncontrollable rage medically speaking.  And I

14:33:36 12 | have observed it directly in the field working as a

14:33:41 13 | paramedic for eight years.

14:33:48 14 | Q.  And am I allowed to ask in what context

14:33:53 15 | have you observed uncontrollable rage?

14:33:57 16 | A.  Police officers.

14:33:59 17 | Q.  And how long does uncontrollable rage

14:34:02 18 | usually last?

14:34:03 19 | A.  It's hard to say.

14:34:05 20 | Q.  And how would you know if you are not

14:34:07 21 | the person with the rage that it is uncontrollable?

14:34:11 22 | A.  I'm not sure what your question is.  I

14:34:14 23 | have never experienced uncontrollable rage with a

*Sterba, MD - Barranco - 8/8/17*

256

14:34:17   1    patient either eight years on paramedic ambulance

14:34:21   2    duty or in all the years in emergency medicine.

14:34:26   3          Q.    Well, I guess to me the words

14:34:31   4    uncontrollable is that the rage isn't able to be

14:34:35   5    controlled, and you used the word uncontrollable,

14:34:38   6    and I guess I want to know why is it you are able

14:34:42   7    to tell us in your opinion Deputy Magrum's rage was

14:34:48   8    uncontrollable?

14:34:48   9          A.    Because he yelled F'ing stop moving and

14:34:53  10    he yanked up the arms and stepped on his chest,

14:34:56  11    that is uncontrollable.  He couldn't control

14:34:59  12    himself.  And his two partners, Robinson and

14:35:05  13    Newman, couldn't control him.  So that's why I

14:35:08  14    called it uncontrollable rage with excessive force

14:35:13  15    that resulted in a loss of conscious and an

14:35:17  16    unstable critical condition before the paramedic

14:35:20  17    injected Ativan.  That being said I would like to

14:35:25  18    enter into evidence Exhibits 1, 2, 3 and 4 because

14:35:30  19    I was asked questions about the Ativan package

14:35:35  20    insert.  And I had to explain in my first

14:35:38  21    deposition that I did not review the package insert

14:35:41  22    prior to my depo, but I would do that before the

14:35:45  23    trial, not knowing that there would be a second

14:35:49  1   depo.  I have sent, and it was received by Ms.

14:35:53  2   Julie Tyk and also Mr. Ben Newman of that law firm,

14:35:57  3   and it was confirmed by Mr. Darryl Lewis and Mr.

14:36:02  4   Adam Hecht of that law firm.  Four exhibits, and

14:36:05  5   that is the Ativan package insert for Ativan

14:36:09  6   tablets and also Ativan injection from the FDA, and

14:36:13  7   then from the United States Department of Health

14:36:15  8   and Human Services that oversees the agency of the

14:36:19  9   FDA the Lorazepam known as Ativan medical

14:36:26 10   countermeasures database on the contraindications,

14:36:30 11   which goes into great detail, about eight bulleted

14:36:35 12   points listing all the contraindications that I

14:36:39 13   actually mentioned in my deposition.  Those links

14:36:51 14   were sent and received by all four attorneys and

14:36:54 15   I'm entering them in as Exhibits 1 through 4 and

14:36:59 16   handing them to Nancy right now.

14:37:03 17          **Q.**   Are you finished?

14:37:05 18          **A.**   Yes.

14:37:07 19          **Q.**   Okay.  Number one, Doctor, you didn't

14:37:12 20   send that email to me.  Ms. Tyk was kind enough to

14:37:18 21   forward it to me, that is the only reason I know

14:37:20 22   what you are talking about.  Number two, as a

14:37:22 23   witness it is not proper for you to be entering

*Sterba, MD - Barranco - 8/8/17*

258

14:37:26  1   anything into evidence for plaintiff's counsel or

14:37:29  2   co-defendant counsel.  And I'm sure you didn't mean

14:37:32  3   anything by it.  They were things I guess you

14:37:36  4   wanted to reference in your deposition.  I'm not

14:37:38  5   sure why you brought that up now.  I wasn't asking

14:37:41  6   you about the medication being injected into Mr.

14:37:46  7   Docher.  In fact, I'm not sure what you were

14:37:52  8   answering, if anything.  With that said if I can

14:37:56  9   ask my next question?

14:37:58  10       A.    No.  The reason is I was told that this

14:38:01  11  second deposition was to be done specifically for

14:38:03  12  the paramedics, that the attorneys for the Sheriff

14:38:08  13  of St. Lucie County was not available.  I was

14:38:11  14  advised that this part two of the deposition was

14:38:15  15  specifically for EMS.  And I was also told by the

14:38:20  16  plaintiff's counsel that I should share this

14:38:22  17  information with all parties.  And that's why you

14:38:26  18  got it back door, I had no idea that you were

14:38:30  19  showing up today.  It doesn't answer any of your

14:38:33  20  questions.  It was necessary and I included it as

14:38:36  21  the forensic examiner.  And I was given to do so by

14:38:46  22  the attorneys and not by you.

14:38:48  23       Q.    And I am the attorney for the Sheriff's

*Sterba, MD - Barranco - 8/8/17*

259

14:38:50 1   office and I wasn't available today, but I have

14:38:53 2   made myself available so that we can get your

14:38:58 3   deposition done and concluded.

14:38:59 4        Before you got on the phone, Doctor, the

14:39:02 5   lawyers, myself, Ms. Tyk and Mr. Hecht were advised

14:39:08 6   I was going to have more questions for you because

14:39:10 7   I didn't get to ask you any questions in the first

14:39:14 8   go-round, and I was going to start the questioning.

14:39:18 9   You weren't privi to that part of the conversation.

14:39:21 10  If you didn't realize that, I apologize for that

14:39:24 11  part of it.

14:39:25 12       If I can get back to my question so we can

14:39:28 13  move this along and get this concluded.  You

14:39:33 14  mentioned in your earlier answer something about

14:39:36 15  Deputy Magrum using excessive force, do you

14:39:41 16  remember that answer?

14:39:44 17       A.   Oh, yes.  I didn't hear the question.

14:39:46 18  He did use excessive force to asphyxiate Mr.

14:39:53 19  Docher.

14:39:53 20       Q.   My question is what do you base that

14:39:56 21  opinion on, Doctor, the opinion that the deputy

14:39:59 22  used excessive force since you are not a law

14:40:05 23  enforcement expert?

*Sterba, MD - Barranco - 8/8/17*

260

14:40:05  1          **A.**     No.   The force that was applied to him

14:40:08  2    to asphyxiate him is a medical term.   Excessive

14:40:15  3    force is not a legal term or law enforcement term.

14:40:20  4    The force was excessive and extreme and contributed

14:40:24  5    significantly, more likely than not, to putting Mr.

14:40:29  6    Docher in an unstable critical condition.   The main

14:40:32  7    reasons I put out the reverse hanging strappado or

14:40:38  8    corda is not to blame torture being done by Deputy

14:40:44  9    Magrum but to show that part of what he did -- and

14:40:48 10    in my analysis, was raising up the arms can bring

14:40:53 11    on asphyxiation over a longer period of time.   So

14:40:57 12    knowing how this is done from previous experience,

14:41:02 13    I brought in these pictures to assist me.   It

14:41:06 14    doesn't change my opinions.   It assists me to

14:41:09 15    explain the physical forces that Magrum was

14:41:12 16    directly applying to Docher, which can asphyxiate

14:41:18 17    someone into death.   However, placing the foot on

14:41:22 18    the chest at the same time in a fit of

14:41:24 19    uncontrollable rage is not only extreme force but

14:41:30 20    excessive force.   I'm not a cop.   I don't have to

14:41:37 21    be a cop.   I'm a familiar with types of forces as a

14:41:41 22    former advanced trauma life support instructor with

14:41:45 23    the American College of Surgeons with a significant

*Sterba, MD - Barranco - 8/8/17*

261

14:41:48  1  amount of clinical experience to know what forces

14:41:51  2  and whether or not they are excessive.  In this

14:41:53  3  case there was excessive force applied to

14:41:57  4  asphyxiate the patient into unconsciousness.

14:42:06  5       Q.   Are you finished with your answer,

14:42:08  6  Doctor?

14:42:09  7       A.   Yes, ma'am.

14:42:11  8       Q.   I know you keep referring to the

14:42:15  9  reverse hanging.  Am I incorrect in my

14:42:21 10  understanding that the reverse hanging, what causes

14:42:24 11  the asphyxia in that situation is sometimes the

14:42:28 12  weight of the body from the person hanging from

14:42:32 13  their arms?

14:42:33 14       A.   It is either the weight of the body or

14:42:36 15  if weights with applied to the body to accelerate

14:42:40 16  the asphyxiation.

14:42:41 17       Q.   But the person is hanging?

14:42:44 18       A.   Not always.  They can be suspended with

14:42:47 19  their feet close to touching the ground.  I can't

14:42:54 20  go into detail on that.  The picture shows that the

14:42:58 21  person is hanging, yes.

14:42:59 22       Q.   And the other word you used was

14:43:04 23  suspended?

*Sterba, MD - Barranco - 8/8/17*

262

14:43:04  1         A.    In those pictures this assisted me in

14:43:08  2    explaining the forces that are involved to

14:43:10  3    asphyxiate Docher.  Those pictures are necessarily

14:43:15  4    for me to explain medically and physiologically the

14:43:19  5    forces being applied to this person that caused

14:43:23  6    asphyxiation, which were worsened by the additional

14:43:26  7    maneuver of stepping on his chest preventing

14:43:31  8    ventilation causing respiratory insufficiency and

14:43:35  9    respiratory depression, elevation in $CO_2$, a drop in

14:43:40 10    oxygen, elevated acids in the body, all of that was

14:43:44 11    occurring as a direct result of what Magrum was

14:43:48 12    doing.  Even though Magrum did not do reverse

14:43:52 13    hanging, he just pulled up the arms, the pictures

14:43:55 14    are essential for me to explain the mechanism of

14:43:59 15    injury and the forces that are applied.

14:44:07 16         Q.    Okay.  If I could switch gears here for

14:44:12 17    a moment, Doctor, I see on the top of page 29 of

14:44:16 18    your addendum, and it is not the only place, it is

14:44:19 19    one place that I reference that Mr. Docher is

14:44:22 20    scared?

14:44:24 21         A.    Yes.

14:44:24 22         Q.    And how is it that you know -- I know

14:44:30 23    in your prior deposition you said you don't know

*Sterba, MD - Barranco - 8/8/17*

263

14:44:33  1  what was going on in Mr. Docher's mind; is that

14:44:38  2  right?

14:44:38  3       A.   No, but looking at the testimony he was

14:44:41  4  very, very frightened.

14:44:43  5       Q.   Based on the things that he was saying?

14:44:46  6       A.   The testimony of the CVS Pharmacy

14:44:51  7  employees it appeared he was very frightened and

14:44:54  8  even paranoid.

14:44:59  9       Q.   So you are basing that finding on what

14:45:03  10  the witnesses were saying inside the CVS Pharmacy?

14:45:06  11       A.   Yes.   Paranoid and delusional.

14:45:17  12       Q.   Okay.   On the bottom of page 29 you

14:45:21  13  mention that Mr. Docher did not have any

14:45:23  14  preexisting chronic pulmonary medical conditions?

14:45:29  15       A.   Right.

14:45:29  16       Q.   How do you know that?

14:45:31  17       A.   I took a look at the EMS run sheets

14:45:35  18  from -- I believe it is Pompano Beach around Miami,

14:45:41  19  there is no mention of that.   Those are the only

14:45:44  20  previous medical records that I have.   In addition

14:45:47  21  the followup care at the acute care facilities

14:45:52  22  after the date in question, there is nothing

14:45:54  23  mentioned that he had emphysema or asthma.

*Sterba, MD - Barranco - 8/8/17*

264

| | |
|---|---|
| 14:46:00 1 | **Q.** Going to page 30 of your addendum, |
| 14:46:05 2 | Doctor, you reference at the top that you conducted |
| 14:46:12 3 | human medical research? |
| 14:46:15 4 | **A.** You are on page 30. |
| 14:46:18 5 | **Q.** Yes. At the top of page 30 is one |
| 14:46:21 6 | place you mentioned based on your clinical |
| 14:46:25 7 | experience in human medical research, et cetera? |
| 14:46:29 8 | **A.** Yes. |
| 14:46:29 9 | **Q.** And my question is can you describe the |
| 14:46:32 10 | human medical research that you have conducted? |
| 14:46:37 11 | **A.** Internal RIB approved medical research |
| 14:46:44 12 | simulated cold water drowning experience with |
| 14:46:47 13 | civilian college scuba divers able to break their |
| 14:46:52 14 | breath hold at any time. We measured the |
| 14:46:56 15 | physiological long duration breath hold with warm |
| 14:47:00 16 | water or cold water applied to the eye area of the |
| 14:47:04 17 | face. None of this was dangerous at all. It is |
| 14:47:08 18 | sitting in a dental chair hold your breath or |
| 14:47:13 19 | sitting in a tank of warm water holding your |
| 14:47:17 20 | breath. Clinical research was in the United States |
| 14:47:20 21 | Navy as their research medical officer and diving |
| 14:47:26 22 | physiology where I had to evaluate respiratory |
| 14:47:30 23 | insufficiency and respiratory depression using |

*Sterba, MD - Barranco - 8/8/17*

265

14:47:32  1   diving helmets at extreme depths monitoring divers

14:47:43  2   that were partially asphyxiated.  And I measured

14:47:44  3   breath by breath their exhaled CO2 and we were also

14:47:52  4   able to measure cardiac output.  I established the

14:47:55  5   safe exposure limit SEL for CO2 in hypercapnia,

14:48:02  6   elevated blood CO2.  So I'm very familiar with when

14:48:10  7   somebody is quite short of breath.  Not just from

14:48:14  8   human medical research but seeing approximately

14:48:18  9   15,000 patients by paramedic ambulance, and however

14:48:23 10   many thousands of patients in the emergency

14:48:25 11   department that were short of breath on the verge

14:48:28 12   of respiratory collapse.

14:48:32 13        Q.   Any other human medical research that

14:48:36 14   you have been directly involved in?

14:48:39 15        A.   Yes, but not related to this case.  You

14:48:42 16   are asking me specifically about breathlessness,

14:48:47 17   apnea or dyspnea that is the feeling that I can't

14:48:54 18   breath that is the sensation of air hunger ore I

14:48:58 19   can't breathe that I have seen clinically as well

14:49:02 20   as in research.

14:49:04 21        Q.   Have you been directly involved in

14:49:07 22   human medical research involving people handcuffed

14:49:12 23   behind their back lying on the ground?

*Sterba, MD - Barranco - 8/8/17*

266

| | | |
|---|---|---|
| 14:49:14 | 1 | **A.** No. Water boarding yes, that wasn't |
| 14:49:19 | 2 | human medical research, that was just part of my |
| 14:49:23 | 3 | training. |
| 14:49:23 | 4 | **Q.** Part of your training where? |
| 14:49:25 | 5 | **A.** U.S. diving medical officer training. |
| 14:49:29 | 6 | I experienced water boarding. |
| 14:49:35 | 7 | **Q.** The bottom of page 30 of your addendum, |
| 14:49:39 | 8 | Doctor, you mention in the bottom paragraph, I want |
| 14:49:42 | 9 | to clarify you said these people and agencies |
| 14:49:45 | 10 | listed above, and these three failures individually |
| 14:49:48 | 11 | or collectively, and then you continue on. I just |
| 14:49:52 | 12 | want to understand are you referring in that |
| 14:49:55 | 13 | paragraph to Captain Gonzalez, the St. Lucie Fire |
| 14:50:00 | 14 | Department and the Indian River State College? |
| 14:50:03 | 15 | **A.** Yes. |
| 14:50:05 | 16 | **Q.** Are you referring to anyone else in |
| 14:50:08 | 17 | that paragraph? |
| 14:50:09 | 18 | **A.** No. |
| 14:50:09 | 19 | **Q.** Now, looking at page 31, Doctor, of |
| 14:50:43 | 20 | your addendum, you start that page saying Deputy |
| 14:50:51 | 21 | Robinson and Deputy Newman individually and |
| 14:50:53 | 22 | collectively acted with reckless disregard to not |
| 14:50:59 | 23 | protect the life of Tavares Docher by not stopping |

*Sterba, MD - Barranco - 8/8/17*

267

14:51:06  1  asphyxiating and suffocating into unconsciousness

14:51:10  2  and hypoxia (low blood oxygen), what do you base

14:51:18  3  your opinion that Deputy Robinson and Deputy Newman

14:51:22  4  acted with reckless disregard on?

14:51:25  5        A.    I didn't observe them making any

14:51:30  6  efforts on the cell phone video and they never

14:51:34  7  testified that they tried to stop Magrum from this

14:51:37  8  unapproved untaught torturous method of raising the

14:51:44  9  arms.  And notice I said it is torturous.  When

14:51:48 10  somebody is struggling to breathe they will do

14:51:51 11  everything they can do breathe.  It is one of the

14:51:54 12  worse ways to die, but it was not torture.

14:52:07 13        Q.    And circulating back to what you told

14:52:09 14  me earlier, you cannot tell me what experiences or

14:52:14 15  knowledge you have in regards to torture; is that

14:52:19 16  right?

14:52:19 17        A.    That's correct.

14:52:19 18        Q.    Now, the first part of your deposition,

14:52:32 19  Doctor, and I don't know if you have seen -- I

14:52:35 20  should ask you, have you seen a transcript of the

14:52:38 21  first part of your deposition?

14:52:42 22        A.    I have my depo printed, is that what

14:52:46 23  you mean?

*Sterba, MD - Barranco - 8/8/17*

268

14:52:46  1        Q.   Yes.  Have you looked at it, have you

14:52:49  2   read it at all?

14:52:50  3        A.   Yes.  And there are six pages of

14:52:53  4   errata.

14:52:54  5        Q.   Have you shared that errata sheet with

14:52:57  6   any of the lawyers in this case yet?

14:52:59  7        A.   Immediately.  And I sent on the

14:53:01  8   original as well.

14:53:02  9        Q.   What did you say about originals?

14:53:08 10        A.   It had to be notarized, all six pages.

14:53:12 11   So I faxed the six errata sheets of the JW Hunt

14:53:19 12   errata sheets along with a cover letter.  And then

14:53:22 13   I was told to mail the original because it is

14:53:26 14   notarized, that went off to Mr. Hecht.

14:53:30 15        Q.   What date was that because I haven't

14:53:33 16   seen that errata sheet or errata sheets I should

14:53:39 17   say?

14:53:41 18        A.   I will find it.

14:53:50 19        Q.   While you are looking, do you know if

14:53:53 20   it's part of your official transcript to your

14:53:56 21   deposition or of your deposition?

14:54:02 22        A.   It is to be included with my official

14:54:05 23   transcript.  But if it had been done yet, I don't

*Sterba, MD - Barranco - 8/8/17*

269

14:54:11  1  know.

14:54:11  2       **Q.**   Okay.  I know I have a hard copy of

14:54:14  3  your deposition, the first part of it with the

14:54:18  4  Exhibits, et cetera.  I don't see the errata sheet

14:54:21  5  in it.  Any way, I don't have it.  But what I

14:54:29  6  started to say I wanted to refer to page 16 of your

14:54:33  7  deposition, you mentioned something about a mistake

14:54:36  8  on a video, I think you referred to as their

14:54:40  9  mistake on a video, something about that you had

14:54:44  10  worked in the summer of 1993 for the Indian River

14:54:48  11  Volunteer Ambulance Squad for eight years?

14:54:52  12       **A.**   Yes.  That was just part of the EMT

14:54:54  13  training.  And for some reason they had me working

14:54:57  14  for the ambulance squad down in Vero Beach.  In

14:55:02  15  eight years that never happened, that was part of

14:55:05  16  my EMT training.

14:55:07  17       **Q.**   My question was they were mistaken, who

14:55:14  18  is the they you refer to?

14:55:15  19       **A.**   Whoever made the video.

14:55:18  20       **Q.**   Which video?

14:55:19  21       **A.**   There was some video presentation that

14:55:23  22  was shared with me that summarizes the case.

14:55:29  23       **Q.**   So whoever put that video together you

*Sterba, MD - Barranco - 8/8/17*

270

14:55:31  1   are saying there was a mistake, that you only

14:55:34  2   worked at the Indian River Volunteer Ambulance

14:55:39  3   Squad for the summer, not for eight years as is in

14:55:44  4   that video?

14:55:45  5        **A.**   Yes.  My CV is correct.

14:56:02  6        **Q.**   Give me a moment, Doctor, if I May.

14:56:07  7        **A.**   Okay.

14:56:10  8        **Q.**   While I'm doing that, Julia, I think

14:56:13  9   I'm finished with my questions, if you want to do

14:56:17  10  yours.  I don't know how much you have.  In the

14:56:23  11  interest of trying to save everybody's time.  I

14:56:26  12  don't know if Adam had any questions.

14:56:29  13       **MS. TYK:**  Adam, do you have any questions?

14:56:31  14       **MR. HECHT:**  Yes.  I will wait until the end.

14:56:33  15  You guys finish.  It's your deposition.

14:56:37  16       **MS. TYK:**  Adam, do you have those errata

14:56:40  17  sheets?

14:56:41  18       **MR. HECHT:**  I just -- as Summer was asking,

14:56:45  19  my assistant said we just got them in interoffice

14:56:50  20  mail and she will email a copy to you guys.

14:56:54  21       **MS. BARRANCO:**  Is she emailing that soon or

14:56:58  22  do you know?

14:56:58  23       **MR. HECHT:**  Hold on.  Off the record.

*Sterba, MD - Tyk - 8/8/17*

271

14:56:58  1            (Discussion off the record.)

14:56:58  2

          3        **EXAMINATION BY MS. TYK:**

          4

14:58:31  5        **Q.**   Good afternoon Dr. Sterba.  I just have

14:58:33  6    some followup questions from our last deposition.

14:58:37  7    I know that you provided us with a supplemental

14:58:41  8    report.  Are there any other materials that you

14:58:45  9    haven't referenced in your reports that you relied

14:58:48 10    on in forming any of your opinions in this case?

14:58:53 11        **A.**   No.  There is nothing else.  The report

14:58:57 12    stands.

14:58:59 13        **Q.**   Okay.  And that's what I want to make

14:59:02 14    sure that everything you relied on has been laid

14:59:06 15    out and referenced in your report?

14:59:08 16        **A.**   Yes, ma'am.

14:59:09 17        **Q.**   The articles that you and textbooks

14:59:16 18    that you referenced as far as emergency care for

14:59:21 19    emergency medical services, eight, nine, it looks

14:59:27 20    like ten, even the stuff referenced in Dr.

14:59:34 21    Lindsey's report, are those reasonably reliable on

14:59:38 22    the issue of emergency medical services?

14:59:42 23        **MR. HECHT:**   Form.

*Sterba, MD - Tyk - 8/8/17*

272

14:59:43  1          THE WITNESS:  Reasonably reliable, what does

14:59:47  2     that mean?  I mean, is it truthful?

14:59:53  3          BY MS. TYK:

14:59:54  4          Q.   Are they materials that are reasonably

14:59:56  5     reliable on the issues or on the subject of

15:00:00  6     emergency medical services such that you're

15:00:03  7     referencing them?

15:00:04  8          A.   Are they reasonably reliable meaning --

15:00:08  9     could you define what you mean by reasonably

15:00:12 10     reliable.  It sounds like a legal term.  Nothing

15:00:16 11     that I would use in medicine or physiology.

15:00:20 12          Q.   The fact that the information that they

15:00:23 13     provide in the various textbooks that you

15:00:27 14     referenced as being supportive of your opinion, are

15:00:31 15     they reliable in the area of emergency medical

15:00:37 16     services?

15:00:38 17          MR. HECHT:  Form.

15:00:39 18          THE WITNESS:  I can't answer that.  Again,

15:00:41 19     I've asked you to define what you're talking about

15:00:45 20     and you're using the word reliable to define

15:00:48 21     reliable.  Are you saying are they truthful,

15:00:53 22     complete, accurate, not missing anything?

15:00:58 23          Q.   Are they consistent of good quality?

*Sterba, MD - Tyk - 8/8/17*

273

15:01:02   1          MR. HECHT:  Form.

15:01:03   2          THE WITNESS:  No, they are not.

15:01:05   3          BY MS. TYK:

15:01:05   4          Q.   They are not?

15:01:06   5          A.   No.

15:01:06   6          Q.   Why reference them then?

15:01:09   7          A.   To show that they were not only poorly

15:01:12   8   written, they did not list the contraindications

15:01:17   9   that came up so many times in my first deposition.

15:01:20  10          Q.   Doctor, I'm talking about the textbooks

15:01:24  11   that you relied upon to say what should have been

15:01:27  12   included?

15:01:29  13          MR. HECHT:  Form.

15:01:30  14          MS. TYK:  Your reference, Exhibits 8, 9, 10

15:01:35  15   that you referenced in attachments to Dr. Lindsey

15:01:39  16   that you have used throughout your deposition and

15:01:42  17   report to support what should have been done in

15:01:45  18   this case?

15:01:47  19          MR. HECHT:  Form.

15:01:47  20          THE WITNESS:  Are you talking about page 15

15:01:49  21   of the deposition and references used to summarize

15:01:53  22   and support them?

15:01:55  23          BY MS. TYK:

*Sterba, MD - Tyk - 8/8/17*

274

15:01:55   1         Q.    Yes.

15:01:56   2         A.    You are talking about 8, Emergency Care

15:02:00   3   and Transportation of the Sick & Injured, 8th and

15:02:01   4   9th edition, and 9, Emergency Medical Guidelines,

15:02:06   5   4th edition.  And what else?

15:02:06   6         Q.    10?

15:02:07   7         A.    Patient Restraint in Emergency Medical

15:02:09   8   Services.  Are they reliable?

15:02:11   9         Q.    No.  Do they --

15:02:15  10         A.    I'm not done.  Do they illustrate a

15:02:19  11   lack of information as to be reckless to leave off

15:02:24  12   major contraindications to misinformed or not to

15:02:29  13   inform paramedics as to the life threatening

15:02:32  14   contraindications in properly using Ativan,

15:02:37  15   absolutely.  As I mentioned over and over, the only

15:02:43  16   contraindications listed on one of those forms was

15:02:46  17   hypersensitive metabolic disturbance, hypercapnia,

15:02:53  18   coma, lost of consciousness, co-ingestion of other

15:02:58  19   CNS, like alcohol or possibly another drug.  Those

15:03:04  20   things are left off.  And they are clearly

15:03:06  21   identified as contraindications by the United

15:03:11  22   States Department of Health & Human Services, which

15:03:14  23   oversees the Federal Drug Administration.  So are

*Sterba, MD - Tyk - 8/8/17*

275

15:03:17  1  they reliable, no, they are not reliable.  They

15:03:21  2  point out faults and omissions that were critical

15:03:24  3  in this case.

15:03:25  4      **Q.**  So the references that you use 8, 9,

15:03:29  5  and 10, you are saying they are not reliable even

15:03:33  6  though you relied on them in forming your opinion?

15:03:36  7      **MR. HECHT:**  Form.

15:03:37  8      **THE WITNESS:**  Again, you are getting me a

15:03:39  9  bit confused with the term reliable.

15:03:44 10      **MS. TYK:**  Again, I gave you the definition,

15:03:46 11  which is something that would be of trustworthy

15:03:50 12  quality, something that would be consistently good

15:03:53 13  quality.

15:03:53 14      **MR. HECHT:**  Form.

15:03:54 15      **MS. TYK:**  Not that it is perfecting, not

15:03:58 16  that it contains everything, not that it is

15:04:01 17  100 percent, that is not the definition.

15:04:04 18      **THE WITNESS:**  I misunderstood.  Let me back

15:04:11 19  up.  The references are reliable and I used them to

15:04:14 20  form my opinion.  And they may not be complete, as

15:04:20 21  I previously mentioned.  They left off major

15:04:26 22  contraindications and warnings to using Ativan,

15:04:29 23  that is why you have Exhibits 1 through 4 that you

*Sterba, MD - Tyk - 8/8/17*

276

15:04:33   1   questioned me about.  You asked me have you read

15:04:36   2   the FDA package insert for Ativan a long time ago

15:04:41   3   but not prior to this case.  I explained that I was

15:04:44   4   going to review it before the trial and I did.  As

15:04:48   5   well as the supervising agency of the US Department

15:04:50   6   of Health & Human Services, and it goes into great

15:05:14   7   detail about Ativan, that's why it is included now

15:05:17   8   in the second deposition for you.

15:05:22   9        Q.   I appreciate you sending me the

15:05:28  10   information, Doctor.  I have not attached them as

15:05:32  11   Exhibits to your deposition.  The FDA insert that

15:05:39  12   you were discussing, where do you find the

15:05:43  13   contraindications, on what page are they located?

15:05:53  14        A.   The four websites that I sent you just

15:05:57  15   today that you opened, and I have confirmation of,

15:06:00  16   that list for Ativan tablets as --

15:06:07  17        Q.   Doctor, I ask for the contraindications

15:06:11  18   for the injection, where do you see the

15:06:13  19   contraindications for Ativan injection?

15:06:16  20        A.   I didn't hear that part.  Ativan

15:06:20  21   injection, which is the second website.  The pages

15:06:29  22   are not numbered, but it would be the bottom of

15:06:39  23   page 7.

*Sterba, MD - Tyk - 8/8/17*

277

15:06:47  1        Q.    Under precautions?

15:06:48  2        A.    No.  Under contraindications, it

15:06:55  3  specifically states and I quote it is also

15:06:59  4  contraindicated with patients with severe

15:07:02  5  respiratory insufficiency, and it goes on.  He is

15:07:18  6  lying on the ground, he has respiratory

15:07:21  7  insufficiency.  It goes beyond the FDA panel

15:07:25  8  insert.  If you take a look at the third one, which

15:07:28  9  is by the U.S. Department of Health & Human

15:07:32 10  Services, Lorazepam number 10, contraindications,

15:07:38 11  and that second page lists the contraindications.

15:07:42 12  It not only lists the things we talked about

15:07:46 13  before.  The 4th one, patient with severe

15:07:51 14  respiratory insufficiency.  Right after it says --

15:07:57 15        Q.    Doctor, I'm trying to follow you --

15:08:01 16        A.    I'm sorry, Mrs. Tyk, you are not

15:08:05 17  allowed to interrupt me when I'm explaining the

15:08:09 18  contraindications.  The next three bulleted points

15:08:12 19  pertain to this case and comport exactly with what

15:08:16 20  I said on my first deposition.  The drugs that act

15:08:19 21  the CNS and alcohol in such combination, excessive

15:08:24 22  sedation and partial airway obstruction.  And these

15:08:28 23  Benzodiazepines should not be administered to

*Sterba, MD - Tyk - 8/8/17*

278

15:08:30   1   patients with hypotension that may be in shock or

15:08:35   2   coma.  Patients with a depressed respiratory and

15:08:41   3   other drugs which may have included alcohol as

15:08:45   4   well.  Benzodiazepines should not be included in

15:08:47   5   acute alcohol intoxication.  And again, he was

15:08:52   6   arrested for disorderly intoxication.  And

15:08:56   7   depressed vital signs.  The direct video by cell

15:09:08   8   phone, he was hypercapnic, he wasn't breathing

15:09:11   9   adequately, he had altered mental status to the

15:09:15  10   point of paranoia and unconscious without being

15:09:20  11   placed in the recovery position.  So everything we

15:09:22  12   talked about is listed as contraindications as

15:09:29  13   documented in the Department of Health & Human

15:09:31  14   Services.  The 4th website talks about Ativan

15:09:35  15   injections and this goes into greater detail about

15:09:38  16   the things that I just discussed.

15:09:41  17        Q.   I appreciate your response, Doctor.  I

15:09:44  18   will move to strike everything that was not

15:09:46  19   responsive to my question about the FDA label?

15:09:50  20        A.   That does respond to your question and

15:10:02  21   it goes into greater detail in the 4th website,

15:10:06  22   17 pages.  And I actually highlighted them.  Ativan

15:10:11  23   should not be given.  It has extreme caution must

*Sterba, MD - Tyk - 8/8/17*

279

15:10:22  1  be used for patients who have limited pulmonary

15:10:25  2  reserve because of the possibility that

15:10:26  3  hypoventilation and/or hypoxic cardiac arrest may

15:10:30  4  occur.  It goes on in greater detail and all of

15:10:33  5  this will come out.  And yes, they are included as

15:10:37  6  Exhibits.

15:10:39  7       Q.   I understand they may be included to

15:10:44  8  your report.  I have not attached them as Exhibits

15:10:46  9  to this deposition.

15:10:48 10       A.   They are not included with my report.

15:10:50 11  They are a part of my deposition.  They are used to

15:10:53 12  assist me just as the pictures are used to assist

15:10:56 13  me to explain specifically what happened.  They do

15:11:00 14  not change my opinion.

15:11:05 15       Q.   Doctor, I have not attached them.  And

15:11:09 16  as far as witnesses are not allowed to go ahead and

15:11:13 17  enter their own Exhibits.

15:11:14 18       A.   I'm not admitting them into evidence.

15:11:18 19  I was instructed by the plaintiff's attorney that

15:11:20 20  they would be entered into evidence by them.  I

15:11:23 21  understand that I can't do that.  I was instructed

15:11:26 22  to present them to you and to them and they would

15:11:29 23  be including them on this deposition as Exhibits.

*Sterba, MD - Tyk - 8/8/17*

280

15:11:33  1          Q.    Okay.  Has that occurred yet?

15:11:38  2          A.    You are asking me what?

15:11:40  3          Q.    Have you been questioned by the

15:11:44  4    plaintiff's counsel in this case yet?

15:11:46  5          A.    Yes.

15:11:50  6          Q.    During this deposition?

15:11:52  7          A.    Not part two, no.

15:11:55  8          Q.    Okay.  Doctor, can you define for me

15:12:17  9    what a contraindication is?

15:12:20  10         A.    A contraindication -- a medical

15:12:28  11   definition or my personal definition?

15:12:33  12         Q.    A medical definition of what a

15:12:38  13   contraindication is.

15:12:39  14         A.    I would say it is any special symptom

15:12:44  15   or circumstance that would render the use of a

15:12:49  16   remedy or a drug that if it was carried out the

15:12:53  17   procedure would be very inadvisable.  And in this

15:13:12  18   case, as I explained in my first deposition, that

15:13:15  19   there are far more than one reason.  There could be

15:13:20  20   as many as eight reasons now that you do not give

15:13:23  21   this drug.  In this situation, in this exact

15:13:28  22   situation, not in general.  Not for someone who

15:13:31  23   just has alcohol onboard or in an operating room

*Sterba, MD - Tyk - 8/8/17*

281

15:13:35   1   with an anesthesiologist, that is altogether

15:13:38   2   different.  With Mr. Docher Ativan is clearly

15:13:44   3   contraindicated for many, many reasons that are

15:13:48   4   defined and published by the United States

15:13:51   5   Department of Health & Human Services, and it's

15:13:55   6   underlying agency, the Food & Drug Administration.

15:13:58   7   I agree with their contraindications.

15:14:03   8         Q.   I will move to strike everything after

15:14:05   9   your definition of contraindication as not

15:14:09  10   responsive.  Doctor, can you define for me the term

15:14:14  11   negligent?

15:14:14  12         A.   No.

15:14:14  13         Q.   Can you define for me the term

15:14:19  14   reckless?

15:14:21  15         A.   You were cutoff.  Do you mean reckless

15:14:26  16   disregard?

15:14:28  17         Q.   Yes.

15:14:28  18         A.   I did.  It is the same definition I

15:14:31  19   used in the first deposition.  They knew or should

15:14:34  20   have known that their actions could lead to

15:14:38  21   disability or death.

15:14:40  22         Q.   How is that different than somebody

15:14:43  23   being negligent?

*Sterba, MD - Tyk - 8/8/17*

282

15:14:45   1        **A.**   That is a legal term.  I can't answer

15:14:48   2    that.

15:14:48   3        **Q.**   Are you saying that reckless

15:14:52   4    indifference is not a legal term?

15:14:55   5        **A.**   Reckless indifference, is that what you

15:14:59   6    just said?

15:15:01   7        **Q.**   Reckless disregard is what I was

15:15:04   8    talking about.  Is reckless disregard a legal term?

15:15:11   9        **A.**   Possibly.  Medically speaking reckless

15:15:16  10    disregard is when somebody did something and they

15:15:20  11    knew or should have known that their actions --

15:15:23  12    like administering Ativan, could hurt or kill

15:15:26  13    somebody.

15:15:36  14        **Q.**   Do you hold yourself out as an expert

15:15:41  15    on the physiological effects of Ativan?

15:15:45  16        **A.**   Yes.

15:15:45  17        **Q.**   And what is the basis of that?

15:15:48  18        **A.**   M.D., Ph.D., Board Certified in

15:15:55  19    Emergency Medicine and clinical experience using

15:15:59  20    Ativan in numerous clinical settings.

15:16:02  21        **Q.**   Are you an expert on the

15:16:05  22    pharmacokinetics of intramuscular Ativan?

15:16:11  23        **A.**   You meant to say pharmacokinetics.  And

*Sterba, MD - Tyk - 8/8/17*

283

15:16:14  1  no, I'm not.  I did read the onset of action.  And

15:16:18  2  I explained all of that in my first deposition.

15:16:36  3       Q.   What is the difference between onset of

15:16:39  4  action and peak --

15:16:40  5       A.   Peak effect?

15:16:42  6       Q.   Yes.

15:16:43  7       A.   Peak effect is when the drug effect

15:16:47  8  reaches its maximum physical effect, onset of

15:16:54  9  action when it first starts to effect the patient.

15:16:57 10  And that depends on a number of factors.  If the

15:17:01 11  patient is unable or has any contraindications or

15:17:04 12  physiological reasons to be highly sensitized to

15:17:09 13  the Benzodiazepine such as respiratory

15:17:16 14  insufficiency, respiratory depression, alcohol,

15:17:21 15  possibly other drugs onboard, head trauma and

15:17:25 16  metabolic disturbance, acidosis and hypercapnia,

15:17:30 17  and I did mention lactic acid.  It is the $CO_2$ that

15:17:36 18  builds up and then anaerobic lactic acidosis.  All

15:17:44 19  of those things were in play with Docher.

15:18:01 20       Q.   How do you define severe respiratory

15:18:06 21  insufficiency?

15:18:06 22       A.   Inability to adequately ventilate.

15:18:10 23       Q.   What makes it severe though, like what

*Sterba, MD - Tyk - 8/8/17*

284

15:18:15   1   is THE difference between regular respiratory

15:18:20   2   insufficiency and the severe?

15:18:22   3        **A.**   The severity.

15:18:23   4        **Q.**   And how is that determined?

15:18:25   5        **A.**   Clinically by a physician.

15:18:55   6        **Q.**   Again, as a physician how do you

15:18:59   7   determine if somebody is suffering from severe, I

15:19:04   8   guess, respiratory insufficiency?

15:19:05   9        **A.**   By directing observing the patient.

15:19:09  10        **Q.**   Anything else?

15:19:16  11        **A.**   Measuring respiratory rate, the

15:19:20  12   adequacy of ventilation and any other parameters.

15:19:29  13   End tidal CO2, which was not done in this case.

15:19:38  14        **Q.**   Can you tell me if end tidal CO2 had

15:19:44  15   been done on Mr. Docher just prior to the Ativan

15:19:48  16   injection, can you tell me with medical certainty

15:19:51  17   what that would have shown?

15:19:52  18        **A.**   No.

15:19:52  19        **Q.**   Can you define for me, Doctor, what the

15:20:18  20   term standard of care means?

15:20:20  21        **A.**   Standard of care refers to -- and it is

15:20:23  22   very similar to my layman's understanding of

15:20:26  23   negligent, negligence, I think you are asking me

*Sterba, MD - Tyk - 8/8/17*

285

15:20:29  1  for what my legal definition of negligence was.

15:20:34  2  And I told you I'm not too sure what it is in legal

15:20:37  3  terms.  The standard of care or when someone is

15:20:41  4  negligent not to provide the standard of care is a

15:20:44  5  failure to exercise the care or render care that a

15:20:51  6  reasonably prudent person or a physician would do

15:20:56  7  or exercise in similar situations.  And the

15:21:01  8  standard of care in this case for EMS is different

15:21:06  9  than what would be done in the controlled

15:21:10  10  environment of a hospital.  I am very familiar with

15:21:13  11  agitated, combative patient care having worked

15:21:18  12  exclusively nights and weekends for eight years,

15:21:20  13  and also most of my time in the ER was nights and

15:21:25  14  weekends as well.

15:21:30  15       Q.   Dr. Sterba, when was the last time that

15:21:35  16  you had to chemically sedate a patient?

15:21:36  17       A.   I recommended it to paramedics back in

15:21:41  18  the fall of last year, 2016, and I didn't have

15:21:45  19  Ativan with me at that time.  We did have it but I

15:21:49  20  didn't have it with me.  I didn't anticipate

15:21:52  21  needing it.  It has to be kept cold either in a

15:21:59  22  refrigerator or in a cooler.  And so I recommended

15:22:08  23  it for the patient to paramedics that were

*Sterba, MD - Tyk - 8/8/17*

286

15:22:13 1 transporting a patient of mine from home.

15:22:15 2         Q.   And what were the circumstances that

15:22:18 3 led you to recommend chemical sedation in the fall

15:22:21 4 of 2016?

15:22:23 5         A.   I said you may have to use Ativan.  I

15:22:26 6 determined the patient was physiological stable and

15:22:30 7 four point restraints were applied in a case of

15:22:36 8 multiple sclerosis with extreme confusion and

15:22:38 9 respiratory distress.  And the patient tore out her

15:22:42 10 IV and was attempting to tear off surgical

15:22:47 11 bandages.  We applied four point restraints.  And I

15:22:50 12 reassessed if physically stable to have 1 milligram

15:22:55 13 of Ativan IV and repeat.  The transport time was

15:23:00 14 probably over a half hour.

15:23:02 15         Q.   What was it that necessitated the

15:23:07 16 Ativan if she was in four point restraints?

15:23:10 17         A.   If things go out of control on the way

15:23:14 18 to the hospital.

15:23:18 19         Q.   Even though she was under control with

15:23:22 20 the four point restraints you felt it necessary to

15:23:24 21 have her chemically sedated at the same time?

15:23:29 22         A.   No, not at the same time.  The EMS

15:23:31 23 literature, my experience states that you try to

*Sterba, MD - Tyk - 8/8/17*

287

15:23:34  1  calm the patient down, and then you use physical

15:23:38  2  restraints.  And when necessary, you can add on

15:23:41  3  chemical restraints provided that you establish the

15:23:43  4  patient is stable and not suffering from the

15:23:46  5  contraindications that we have gone over ad nausea.

15:23:50  6  And in this case she was.  And I said to the

15:23:54  7  paramedics I'm ordering 1 milligram of Ativan IV,

15:24:01  8  monitor her vital signs and her breathing, her air

15:24:07  9  exchange and airway, and be ready to intubate if

15:24:14  10  necessary.  I did not administer the Ativan.

15:24:16  11       Q.   And I understand that.  I guess my

15:24:18  12  question is more if she was controlled with the

15:24:23  13  four point restraints why the added use of Ativan?

15:24:28  14       A.   I already explained that.  I said if

15:24:31  15  things get out of control on a 30 minute transport

15:24:35  16  time from a rural area to a major medical center in

15:24:39  17  Downtown Buffalo they may have to go ahead and use

15:24:42  18  chemical restraint of 1 milligram of Ativan if they

15:24:47  19  determined she continued to be physiologically

15:24:51  20  stable.

15:24:51  21       Q.   Besides that incident in 2016 have you

15:24:56  22  had to give chemical sedation to any other patient

15:25:01  23  in the last ten years?

*Sterba, MD - Tyk - 8/8/17*

288

15:25:02   1          **A.**      Absolutely.  I don't use Ativan that

15:25:06   2   much.   That was one case.  After intubating

15:25:11   3   patients I would frequently use Ativan.

15:25:14   4          **Q.**      Doctor, can you describe for me how it

15:25:26   5   is that you would attempt to take a blood pressure

15:25:29   6   from a patient who is physically combative with

15:25:33   7   you?

15:25:33   8          **A.**      Yes.  You apply the standards of basic

15:25:37   9   trauma life support that paramedics and EMT have

15:25:40  10   gone through.  If you can't get a cuff on a patient

15:25:43  11   you try to grab the further peripheral pulse to see

15:25:47  12   if their blood pressure would be above 70 to 80 of

15:25:53  13   Mercury, if you can feel that pulse, get a

15:25:57  14   capillary refill.  This is hemodynamic assessment.

15:26:02  15   You may not be able to get a blood pressure cuff,

15:26:09  16   and pump it up and release the pressure until you

15:26:13  17   feel a pulse at the radial that is called BP

15:26:20  18   systolic by palpation.  There are times where you

15:26:22  19   might not be able to feel the radial pulse and then

15:26:26  20   you go more centrally with the femoral pulse and

15:26:29  21   the carotid pulse and central pulses.  None of that

15:26:33  22   was done prior to administering Ativan in this

15:26:36  23   case, which falls below the standard of care, and

15:26:39  1  that is with medical certainty.

15:26:41  2       Q.   Going to the videos that you've

15:26:46  3  reviewed in this case of Mr. Docher, and the one

15:26:50  4  that you discussed with us at length about, and

15:26:56  5  that you've used in your timeline where you say it

15:26:59  6  shows that he is asphyxiated, did you consider any

15:27:03  7  other explanation for why he might not have

15:27:08  8  finished sentences or statements other than

15:27:11  9  suffocation or asphyxiation?

15:27:14  10      A.   There were no other contributing

15:27:17  11  factors that restricted his ventilation other than

15:27:22  12  positional asphyxia caused by Deputy Magrum.

15:27:27  13      Q.   Did you consider the possibility of

15:27:32  14  exhaustion from having been through a physical

15:27:35  15  altercation with law enforcement?

15:27:36  16      A.   It was of such brief duration that I do

15:27:43  17  not believe the so-called term excited delirium has

15:27:48  18  any play on this.  There was no physiological or

15:27:52  19  medical reason to suspect the theory that he was on

15:28:04  20  sympathomimetic drugs or methamphetamine or

15:28:08  21  cocaine.  The onset of action of those drugs is

15:28:12  22  extremely fast.  And we saw no action of that at

15:28:16  23  CVS Pharmacy.  So no, this was not drug induced and

*Sterba, MD - Tyk - 8/8/17*

290

15:28:22  1    excited delirium is not a cause for the arrest.

15:28:26  2         Q.    And I appreciate your response, maybe

15:28:30  3    you didn't understand my question.  My question was

15:28:32  4    more specifically as to why he might not have

15:28:36  5    finished statements that you believe he was in the

15:28:38  6    process of saying, could that be due to just

15:28:42  7    physical exhaustion rather than asphyxiation?

15:28:47  8         A.    No.  He couldn't breathe.  He couldn't

15:28:51  9    inhale, and, therefore, he could not exhale and

15:28:54  10   speak.  He was asphyxiated.

15:28:59  11        Q.    And what is that based upon?

15:29:00  12        A.    Direct observations with clinical and

15:29:02  13   research experience.

15:29:05  14        Q.    And, Doctor, as a medical physician do

15:29:12  15   you in your work -- clinical work in doing house

15:29:17  16   calls, do you diagnose somebody as having

15:29:23  17   asphyxiated or suffocated based on just pure

15:29:29  18   observations?

15:29:32  19        A.    Yes.  And then I directly intervene

15:29:36  20   with either bag valve mask, oral airway intubation

15:29:42  21   and also working closely with paramedics that got

15:29:47  22   dispatched as well, yes.

15:29:49  23        Q.    Is there anything else that you do as a

15:29:51  1  medical physician before determining whether

15:29:54  2  someone is asphyxiated or suffocated?

15:29:59  3       **A.**   That is a very ambiguous question.  The

15:30:02  4  ABCs of emergency medicine are always in play and

15:30:06  5  they are always reassessed frequently.

15:30:11  6       **Q.**   And are those --

15:30:12  7       **A.**   Airway, breathing, circulation.

15:30:16  8       **Q.**   And how could you go about assessing

15:30:19  9  those?

15:30:19 10       **A.**   Establish whether or not the airway is

15:30:22 11  open, the quality of breathing, not just

15:30:26 12  respiratory rate, but the depth of each breath,

15:30:31 13  which is known as tidal volume, how much air you

15:30:36 14  exchange with one breath, and if it is adequate or

15:30:39 15  not.  Circulation, not necessarily by just the

15:30:42 16  blood pressure cuff getting systolic and diastolic

15:30:46 17  pressure, but capillary refill, pulses, maybe sis

15:30:51 18  blood pressure by palpation, as I mentioned, and

15:30:55 19  frequent blood pressure checks as well as cardiac

15:31:00 20  output.

15:31:05 21       **Q.**   Now, during to the video timeline that

15:31:09 22  you have done, are you able to tell me with medical

15:31:14 23  certainty whether Mr. Docher's airway was open at

*Sterba, MD - Tyk - 8/8/17*

292

| | | |
|---|---|---|
| 15:31:17 | 1 | the time of the video? |
| 15:31:20 | 2 | **A.**   Yes, it was open. |
| 15:31:21 | 3 | **Q.**   And with medical certainty are you able |
| 15:31:26 | 4 | to tell me what his tidal volume would have been if |
| 15:31:29 | 5 | taken at the time of the video? |
| 15:31:31 | 6 | **A.**   Yes. |
| 15:31:31 | 7 | **Q.**   And what would his tidal volume be? |
| 15:31:37 | 8 | **A.**   Not in milliliters.  It was grossly |
| 15:31:40 | 9 | inadequate to support life.  He was being |
| 15:31:43 | 10 | asphyxiated.  He was speaking in multiple word |
| 15:31:46 | 11 | sentences like please don't let them kill me.  Let |
| 15:31:50 | 12 | me go to my exact timeline here so I don't get |
| 15:31:57 | 13 | misquoted. |
| 15:31:58 | 14 | **Q.**   Doctor, do you measure tidal volume by |
| 15:32:02 | 15 | observation? |
| 15:32:02 | 16 | **A.**   I measure it with computerized |
| 15:32:06 | 17 | calibrated spirometry using a $4,000 CP 200 unit by |
| 15:32:17 | 18 | Welch Allyn interpreted by me with the pulmonary |
| 15:32:18 | 19 | functioning testing done at the bedside at home. |
| 15:32:32 | 20 | So, yes, I can determine tidal volume that way.  I |
| 15:32:37 | 21 | can also grossly determine whether or not a |
| 15:32:41 | 22 | person's breath is adequate by assessing air |
| 15:32:44 | 23 | exchange. |

*Sterba, MD - Tyk - 8/8/17*

293

15:32:45  1        Q.    And my question was specifically about

15:32:49  2    tidal volume.  And you said you could determine

15:32:53  3    what that would be at the time that that video was

15:32:57  4    shot on your timeline.  And my question is what is

15:32:59  5    the basis of that, is it simply on observation?

15:33:02  6        A.    It is based on observation and it would

15:33:05  7    not be a quantitative measurement.  I said I can't

15:33:10  8    tell you with certainty the number of milliliters

15:33:13  9    in his small gasping breath quantitatively.  His

15:33:19 10    tidal volume is grossly diminished and with rapid

15:33:24 11    breathing and air exchange is grossly diminished

15:33:29 12    because he has respiratory insufficiency.  His

15:33:33 13    respirations are depressed from positional

15:33:37 14    asphyxiation.

15:33:37 15        Q.    Doctor, as a physician do you use

15:33:41 16    simple observation to determine whether your

15:33:45 17    patient's tidal volume is low, high in your medical

15:33:51 18    practice?

15:33:51 19        A.    That, and hands-on assessment.  The

15:33:56 20    rise and fall of the chest you can determine that.

15:33:58 21    You can feel that by osculation by using a

15:34:05 22    stethoscope.

15:34:12 23        Q.    Do you find it acceptable in the

*Sterba, MD - Tyk - 8/8/17*

294

| | | |
|---|---|---|
| 15:34:15 | 1 | medical practice to determine tidal volumes by |
| 15:34:20 | 2 | simple observation? |
| 15:34:22 | 3 | A.    Your questions are confusing. |
| 15:34:26 | 4 | Q.    Doctor, it is pretty simple.  Is there |
| 15:34:30 | 5 | any medical literature, teachings for your |
| 15:34:34 | 6 | education and training, have you been taught that |
| 15:34:37 | 7 | you are to determine a patient's tidal volume based |
| 15:34:40 | 8 | solely on observation alone? |
| 15:34:42 | 9 | A.    Your question is still confusing.  Tied |
| 15:34:49 | 10 | can be assessed qualitatively and quantitatively. |
| 15:34:54 | 11 | I think you are missing my point. |
| 15:34:56 | 12 | Q.    Doctor -- |
| 15:35:07 | 13 | A.    Can you pause for a second.  Tidal |
| 15:35:13 | 14 | volume can be determined qualitatively.  It has to |
| 15:35:17 | 15 | be adequate or inadequate or if the patient is |
| 15:35:20 | 16 | breathing far too much, in other words, |
| 15:35:25 | 17 | hyperventilating.  Tidal volume can also be |
| 15:35:28 | 18 | determined quantitatively measuring milliliter or |
| 15:35:33 | 19 | actual volume.  You cannot determine tidal volume |
| 15:35:36 | 20 | by looking at somebody.  You can determine whether |
| 15:35:39 | 21 | or not they are adequately exchanging air.  What is |
| 15:35:42 | 22 | the air exchange, is it adequate or insufficient. |
| 15:35:45 | 23 | Do they have insufficient respiration, insufficient |

```
15:35:49   1   ventilation.  Like in Docher's case I cannot
15:35:53   2   determine somebody's tidal volume objectively by
15:35:57   3   looking at a video.  Go ahead.
15:35:59   4       Q.   And what was it about his breathing
15:36:05   5   that qualitatively you believe his tidal volume
15:36:09   6   would have been low?
15:36:11   7       A.   His chest was not allowed to rise and
15:36:14   8   fall for two mechanical reasons of positional
15:36:18   9   asphyxiation, arms being pulled up, chest being
15:36:21  10   stepped on.  With shallow rapid irregular breaths,
15:36:26  11   from three word sentences, three to four word
15:36:31  12   sentences, at 6:24:47 seconds to 49 seconds, they
15:36:37  13   are going to kill, gasp, they are going to kill me.
15:36:41  14   And then later all right, all right.  And then
15:36:45  15   finally I can't brrr, help, gasp, help me.  We're
15:36:52  16   trying to get you medical help, which we know
15:36:54  17   didn't happen for four more minutes.  Plus, all
15:36:58  18   right, all right, gasp.  All I see is irregular
15:37:03  19   gasping, inadequate shallow breaths.  Quality
15:37:08  20   actively grossly inadequate tidal volumes, and
15:37:13  21   grossly inadequate respiratory rate as he goes into
15:37:17  22   unconscious nonverbal and unresponsive on that
15:37:23  23   point on my timeline.
```

*Sterba, MD - Tyk - 8/8/17*

296

15:37:24 1      **Q.**    Did you attempt to count or determine

15:37:31 2    his actual respirations on the video?

15:37:38 3      **A.**    No.

15:37:39 4      **Q.**    Can you tell me with medical certainty

15:37:40 5    if you were to take his respirations during the

15:37:45 6    time of the video what they would be?

15:37:48 7      **A.**    No.

15:37:49 8      **Q.**    Can you tell me with medical certainty

15:37:51 9    what his blood pressure would be if you took it at

15:37:55 10   the time of the video?

15:37:56 11     **A.**    Yes.

15:37:59 12     **Q.**    And what would his blood pressure be?

15:38:01 13     **A.**    He would be approaching shock.  His

15:38:03 14   blood pressure probably initially would have been

15:38:06 15   elevated as he lost consciousness.  With medical

15:38:11 16   certainty he would have been hypotensive.  When

15:38:16 17   someone is asphyxiated they respond by rapid

15:38:20 18   respiratory rate to try to compensate.  They are

15:38:24 19   not allowed to breathe and CO2 is very, very high.

15:38:28 20   That does not cause lost of consciousness.  A drop

15:38:32 21   in oxygen causes a lost of consciousness along with

15:38:38 22   a drop in the blood pressure.

15:39:09 23     **Q.**    And at the time of the video are you

*Sterba, MD - Tyk - 8/8/17*

297

15:39:12  1  able to tell me with medical certainty what his

15:39:15  2  pulse rate would have been?

15:39:17  3      A.    No.  As I mentioned the sequence of

15:39:25  4  events with asphyxiation is tachycardia or rapid

15:39:29  5  heart rate.  And if somebody has their breathing

15:39:33  6  restricted like this as in drowning or asphyxiated

15:39:38  7  or trying to dive with a helmet and that, the

15:39:43  8  respiratory rate, it doesn't matter whether you are

15:39:46  9  breathing fast.  You may not be able to ventilate.

15:39:51 10  His respiration is fast, irregular and then it

15:39:53 11  becomes less and less adequate.  The tidal volume

15:39:57 12  is much less, the respiration drops to the point of

15:40:02 13  him losing consciousness, that is the sequence of

15:40:06 14  events with medical certainty.  I can tell you when

15:40:10 15  he was unconscious, nonresponsive and nonverbal his

15:40:14 16  blood pressure would be low.  And we have an EMT on

15:40:16 17  scene that describes breathing as respiratory

15:40:20 18  insufficiency.  And in his words former EMT Deputy

15:40:24 19  Magrum, page 76, line 7 said after he put him into

15:40:29 20  recovery position he checked his pulse, but he was

15:40:32 21  never even asked what is the pulse.  He said

15:40:36 22  breathing was very abnormal and in his words

15:40:41 23  breathing lightly.  He was on the verge of dying,

*Sterba, MD - Tyk - 8/8/17*

298

| | | |
|---|---|---|
| 15:40:45 | 1 | unstable in critical condition. |
| 15:41:06 | 2 | **Q.**   Dr. Sterba, do you consider yourself an |
| 15:41:09 | 3 | expert on torture? |
| 15:41:10 | 4 | **A.**   No. |
| 15:41:22 | 5 | **Q.**   I looked up strappado that you were |
| 15:41:26 | 6 | gracious enough to provide information, that was |
| 15:41:29 | 7 | part of your first deposition.  Were you aware that |
| 15:41:36 | 8 | is -- |
| 15:41:38 | 9 | **A.**   I didn't hear what you said. |
| 15:41:39 | 10 | **Q.**   That strappado is also positioned for |
| 15:41:44 | 11 | bonding and BDSM? |
| 15:41:46 | 12 | **A.**   I didn't catch the initials, what is |
| 15:41:49 | 13 | that? |
| 15:41:49 | 14 | **Q.**   BDSM or bondage? |
| 15:41:56 | 15 | **A.**   BDSM, are you talking about bondage |
| 15:42:05 | 16 | sadomasochism? |
| 15:42:05 | 17 | **Q.**   Correct. |
| 15:42:06 | 18 | **A.**   I didn't know what you were referring |
| 15:42:08 | 19 | to.  No. |
| 15:42:09 | 20 | **Q.**   How long does somebody's arms have to |
| 15:42:32 | 21 | be in that position before they would asphyxiate? |
| 15:42:38 | 22 | **A.**   Are you talking about elevating |
| 15:42:43 | 23 | somebody off the ground with reverse hanging like |

*Sterba, MD - Tyk - 8/8/17*

299

15:42:45  1  the pictures that I showed?

15:42:49  2         Q.   We can start with that, yes.

15:42:51  3         A.   I don't know.  It is mentioned though

15:42:57  4  that if they did not relieve -- I think it was the

15:43:02  5  picture from France, if they did not bring the

15:43:06  6  person down after an hour that they would

15:43:09  7  frequently die of asphyxiation.

15:43:20  8         Q.   Do you know how long it would take for

15:43:23  9  somebody to asphyxiate if they were placed with

15:43:27 10  their stomach on the ground with pressure on their

15:43:30 11  back and their arms being elevated --

15:43:31 12         A.   No.

15:43:32 13         Q.   -- how long that would take before they

15:43:35 14  would asphyxiate?

15:43:36 15         A.   No.

15:43:36 16         Q.   Do you know what Mr. Docher's pH level

15:43:45 17  would have been with medical certainty if taken

15:43:48 18  prior to the Ativan injection?

15:43:51 19         A.   Yes.

15:43:52 20         Q.   And what would that quantitative level

15:43:57 21  be?

15:43:57 22         A.   Less than 7.4.

15:44:00 23         Q.   And how did you determine that?

*Sterba, MD - Tyk - 8/8/17*

300

| | | |
|---|---|---|
| 15:44:05 | 1 | **A.**    He was acidotic from respiratory |
| 15:44:08 | 2 | acidosis, as we went into detail about before.  If |
| 15:44:12 | 3 | you cannot breathe, if somebody is stepping on your |
| 15:44:16 | 4 | chest and yanking your arms up, you can't get rid |
| 15:44:21 | 5 | of CO2 because of asphyxiation.  When CO2 climbs |
| 15:44:26 | 6 | that produces a lot of acid right away, that |
| 15:44:30 | 7 | metabolic disturbance is called respiratory |
| 15:44:34 | 8 | acidosis.  Over time it can lead to respiratory |
| 15:44:39 | 9 | acidosis being that your oxygen level drops so |
| 15:44:43 | 10 | severely you're anaerobically dropping off a lot of |
| 15:44:50 | 11 | lactic acid that is itself a metabolic component. |
| 15:44:57 | 12 | His pH is 7.35 to 7.45.  His pH would have been low |
| 15:45:05 | 13 | as a result of a 10 plus minute of lost of |
| 15:45:09 | 14 | consciousness after an undefined period of |
| 15:45:13 | 15 | asphyxiation by Deputy Magrum.  So his pH would |
| 15:45:17 | 16 | have been abnormally low with medical certainty |
| 15:45:20 | 17 | below 7.35.  That is not talking about the extreme |
| 15:45:27 | 18 | metabolic acidosis that happened after the 16 |
| 15:45:31 | 19 | minute period of time with no pulse until he had a |
| 15:45:35 | 20 | blood pressure in normal sinus rhythm and a blood |
| 15:45:41 | 21 | gas was done in the ER, that is something |
| 15:45:43 | 22 | different.  We are talking about immediate acidosis |
| 15:45:46 | 23 | from not being able to breathe due to respiratory |

*Sterba, MD - Tyk - 8/8/17*

301

15:45:49  1   insufficiency or respiratory depression from

15:45:51  2   asphyxiation or suffocation that drops the pH.

15:45:51  3       **Q.**    Doctor --

15:45:57  4       **A.**    Go ahead.

15:45:58  5       **Q.**    What is normal end tidal CO2?

15:46:05  6       **A.**    Right around 30 to maybe 40 or 45, that

15:46:09  7   also reflects the amount of CO2 that is in aerial

15:46:17  8   blood gas providing the heart and lungs are working

15:46:19  9   normally together.

15:46:20  10      **Q.**    And that would be the normal range of

15:46:23  11  end tidal CO2?

15:46:26  12      **A.**    Yes, if it is measured correctly.

15:46:30  13      **Q.**    And with somebody who would have

15:46:35  14  respiratory insufficiency what would their O2

15:46:40  15  saturation be?

15:46:42  16      **MR. HECHT:**  Form.

15:46:43  17      **THE WITNESS:**  Below normal.  I can't tell

15:46:46  18  you what it would be for him, but it would be

15:46:49  19  probably very abnormally low.  His CO2 would be

15:46:54  20  abnormally high.  I can't tell you with medical

15:46:58  21  certainty quantitatively give you a number of what

15:47:01  22  those numbers would have been.

15:47:03  23      **BY MS. TYK:**

*Sterba, MD - Tyk - 8/8/17*

302

| | | |
|---|---|---|
| 15:47:03 | 1 | **Q.**   What is abnormally low 02 saturation? |
| 15:47:07 | 2 | **A.**   Saturation less than 70 percent. |
| 15:47:11 | 3 | **Q.**   And what is -- |
| 15:47:13 | 4 | **A.**   I'm sorry.  I was just looking through |
| 15:47:16 | 5 | the papers here.  I said 70 percent.  I was looking |
| 15:47:24 | 6 | at some papers right here.  It would be less than |
| 15:47:33 | 7 | 90 percent.  I didn't mean to say 70.  I was |
| 15:47:37 | 8 | looking at some papers.  Anything less than 90 |
| 15:47:44 | 9 | percent. |
| 15:47:44 | 10 | **Q.**   And as far as having a high CO2 level, |
| 15:47:49 | 11 | if you took end tidal CO2 what would that look |
| 15:47:56 | 12 | like, we talked about 40 being normal? |
| 15:48:01 | 13 | **A.**   Probably over 70 milliliters of |
| 15:48:04 | 14 | Mercury.  The safe exposure level of 70 was |
| 15:48:08 | 15 | determined by me with human experimentation with US |
| 15:48:13 | 16 | Navy divers using various diver helmets by breath |
| 15:48:20 | 17 | analysis of their exhaled carbon dioxide, a mask |
| 15:48:30 | 18 | spectrometer. |
| 15:48:30 | 19 | **Q.**   Is there a difference between somebody |
| 15:48:34 | 20 | who is drowning versus somebody who is on land and |
| 15:48:40 | 21 | is asphyxiated and suffocating? |
| 15:48:44 | 22 | **A.**   Yes, many differences. |
| 15:48:46 | 23 | **Q.**   What are those differences? |

*Sterba, MD - Tyk - 8/8/17*

303

15:48:47   1          **A.**    The initial phase of drowning with a

15:48:51   2    small amount of water touching the vocal cords

15:48:55   3    slams the vocal cords called laryngospasm.  There

15:49:01   4    is an initial breath holding phase where -- meaning

15:49:05   5    that they can't really move air in or out.  As they

15:49:09   6    relax and lose consciousness the so-called dry lung

15:49:15   7    crowning can turn into a wet lung.  This can occur

15:49:33   8    very quickly if somebody steps on the chest, sits

15:49:37   9    on the chest or other methods of positional

15:49:40  10    asphyxiation, like hog tying somebody and putting

15:49:43  11    them into the back of a squad car and ending up in

15:49:47  12    the ER with a dead patient, that can happen very

15:49:51  13    quickly.

15:49:51  14          **Q.**    Has any of your research -- I know that

15:49:55  15    it has dealt with drowning, has any of your

15:50:00  16    research dealt with asphyxiation or suffocation

15:50:04  17    outside of the water context?

15:50:06  18          **A.**    Yes.  The breath holding experiments

15:50:09  19    were done in dry land conditions with just cold

15:50:12  20    water applied to the face.  The breath holding

15:50:15  21    subjects were immersed underwater with cold and

15:50:19  22    warm water.  Most of our experience was sitting in

15:50:24  23    a dental chair actually.  We studied -- and I was

*Sterba, MD - Tyk - 8/8/17*

304

| | | |
|---|---|---|
| 15:50:28 | 1 | the principal investigator and lead author of what |
| 15:50:32 | 2 | happens to your heart and lungs in peripheral |
| 15:50:35 | 3 | circulation and central circulation, in other |
| 15:50:38 | 4 | words, cardiac output.  All of these things were |
| 15:50:42 | 5 | measured during simulated drowning, including at |
| 15:50:46 | 6 | the end of the breath holding.  The experiment |
| 15:50:50 | 7 | subject, the scuba diver would exhale his breath |
| 15:50:53 | 8 | into a bag and we would measure what was in the |
| 15:50:56 | 9 | lung and re-inhale that directly extensively |

measuring end tidal $CO_2$ as well as the oxygen level while currently measuring pulse ox metrically.  And at no time did anybody lose consciousness during these supervised human experiments.  The only loss of consciousness was one experimental subject, that was me, I held my breath until I lost consciousness, but this was not a part of our research.

Q.   When a person loses consciousness, do they cease breathing?

A.   It's hard to say.  They might have --

Q.   Are you able to say in Mr. Docher's case?

A.   Yes.  They can breathe.  Very shallow

*Sterba, MD - Tyk - 8/8/17*

305

15:51:53  1  breaths can be observed, such as breathing lightly.

15:51:58  2  And I feel that is what former EMT Deputy Magrum

15:52:02  3  was observing, that Docher's respirations were

15:52:08  4  grossly inadequate with his respiratory

15:52:10  5  insufficiency being that he was breathing lightly

15:52:13  6  or they can just not breathe at all.

15:52:26  7      Q.   We talked about at your first

15:52:29  8  deposition the increments that you believe the 1

15:52:33  9  milligram increments of Ativan that should have

15:52:37 10  been used, in the policies and procedures more

15:52:43 11  clearly defined, what is the time period that one

15:52:47 12  should wait between those increments before giving

15:52:51 13  the next 1 milligram of Ativan when using the

15:52:58 14  chemical sedation?

15:52:58 15      A.   I looked that up.  It is making sure

15:53:02 16  the vital signs are stable and no ongoing

15:53:04 17  respiratory depression or respiratory

15:53:07 18  insufficiency.  And if I mention one of those terms

15:53:09 19  without the other, I mean both.  There is no time

15:53:13 20  frame as to what period of time must elapse before

15:53:16 21  you give the next milligram.  The important point

15:53:19 22  is the dose that is delivered by injection must not

15:53:25 23  exceed 2 milligrams per minute.  And can we take a

*Sterba, MD - Tyk - 8/8/17*

306

15:53:31  1   brief break, please.

15:53:33  2        **MS. TYK:**  Sure.

16:00:29  3        (A recess was then taken.)

16:00:29  4        **BY MS. TYK:**

16:00:29  5        **Q.**   And, Doctor, I believe we talked about

16:00:39  6   this in your last deposition.  You are Board

16:00:43  7   Certified in Emergency Medicine, do you hold the

16:00:49  8   subspecialty board certification in emergency

16:00:51  9   medical services?

16:00:54 10        **A.**   No.

16:00:59 11        **Q.**   And we also talked about in your last

16:01:02 12   deposition development of policies and procedures

16:01:05 13   for emergency medical services.  My understanding

16:01:10 14   is that you believe that you were part of

16:01:14 15   developing some policies and procedures back in the

16:01:17 16   1990s for the military.  Outside of the military

16:01:20 17   context have you developed policies and procedures

16:01:24 18   for either governmental or private emergency

16:01:28 19   medical services?

16:01:30 20        **A.**   No.

16:01:32 21        **Q.**   Have you -- and we also talked about

16:01:37 22   your teaching, and I know that you do do some

16:01:42 23   teaching in which some paramedics or EMTs might be

*Sterba, MD - Tyk - 8/8/17*

307

16:01:46  1   students, do you teach any specific paramedic or

16:01:52  2   EMT programs?

16:01:55  3        A.   No, I do not.  I just remembered.  Back

16:01:58  4   in 1993 Dr. Richard Cummins who is the -- one

16:02:07  5   second, the chairperson on the committee of

16:02:18  6   cardiovascular care for ECC.  He in 93.  Invited me

16:02:23  7   to go on the committee for ECC specifically on

16:02:27  8   matters of resuscitation.  And I declined due to

16:02:31  9   other family and research commitments, so I never

16:02:36  10  did develop those policies.

16:03:02  11       MS. TYK:  That's all the questions that I

16:03:05  12  have.  I'm going through your errata.  So far they

16:03:09  13  are a lot of transcription errors.  Does that sound

16:03:16  14  accurate?  A lot of medical lingo that I was

16:03:20  15  speaking rather quickly, so I apologize for that.

16:03:46  16       MR. HECHT:  This is very embarrassing, but I

16:03:49  17  need to put something on the record.  This has

16:03:52  18  never happened to me before.  During Ms. Tyk's

16:03:56  19  deposition I had my phone on mute.  And we just got

16:04:05  20  a new phone system and I must have pressed

16:04:10  21  something and didn't realize it.  And this was

16:04:12  22  brought to my attention when I was asking Julie and

16:04:16  23  the Doctor -- Ms. Tyk and the doctor to not speak

16:04:22  1   over each other and I was not getting a response.

16:04:26  2   I probably made 40 to 50 form objections during the

16:04:32  3   course of your hour or so of questioning.  So I

16:04:39  4   just want to state on the record I was trying to

16:04:42  5   take some notes to recall what my form objections

16:04:46  6   were.  There were numerous objections regarding the

16:04:50  7   definition of negligence, reckless disregard and

16:04:54  8   standard of care, reasonable, appropriateness,

16:05:02  9   questions that called for, in my opinion, a legal

16:05:06  10  conclusion.  And just numerous others that I simply

16:05:11  11  cannot recall.  So what I would like to put on the

16:05:14  12  record is that I want to preserve any form

16:05:22  13  objections for the time of trial or in the

16:05:25  14  alternative at this time I'm going to simply make a

16:05:31  15  blanket form objection to questions that Ms. Tyk

16:05:35  16  asked because I obviously can't go back in time.

16:05:39  17  And I don't know how this happened.  I apologize,

16:05:42  18  but I did want to put that on the record before I

16:05:45  19  ask the doctor some questions.

16:05:49  20       **MS. TYK:**  Adam with those form objection to

16:05:53  21  every one of my questions, do I have to ask every

16:05:57  22  single one of them again?

16:05:58  23       **MR. HECHT:**  And that is the thing, obviously

*Sterba, MD - Hecht - 8/8/17*

309

16:06:01  1    no.  I'm just putting this on the record, and we

16:06:04  2    will have to deal with this at trial.  You know,

16:06:08  3    quite frankly, to be -- not to be disingenuous, I

16:06:23  4    don't know if that is proper.  There is nothing

16:06:26  5    else that I can think of at this time.  I had my

16:06:28  6    phone on mute for over an hour.

16:06:31  7         MS. TYK:  I did hear you making phone

16:06:34  8    objections to certain questions.  I don't know if

16:06:37  9    it is accurate that it was on mute the entire time.

16:06:41  10         MR. HECHT:  I can tell you at about 2:45 is

16:06:45  11   when I realized it was on mute.  I think it started

16:06:50  12   at maybe 2:00, 1:50.  I honestly don't know.  I

16:06:58  13   just want to put that on the record.

16:07:07  14         MS. TYK:  You've said what you want to on

16:07:09  15   the record.

16:07:09  16

          17         EXAMINATION BY MR. HECHT:

          18

16:07:11  19        Q.   Dr. Sterba, can you hear me?

16:07:13  20        A.   Yes, I can.

16:07:14  21        Q.   I just have several questions for you.

16:07:19  22   It is not going to be long, sir.  In your medical

16:07:33  23   opinion, and within a reasonable degree of medical

*Sterba, MD - Hecht - 8/8/17*

310

16:07:39   1    probability, did the actions by the deputy sheriffs

16:07:43   2    in this case combined with the actions of the

16:07:47   3    paramedics subsequently contribute to Mr. Docher's

16:07:52   4    injury?

16:07:54   5          **MS. TYK:**  Object to the form.

16:07:55   6          **MS. BARRANCO:**  Object to the form.

16:08:14   7          **THE WITNESS:**  Yes.  Individually and

16:08:18   8    collectively, meaning the deputies by themselves,

16:08:22   9    the paramedics by themselves, and both of them

16:08:25  10    together caused the cardiac arrest, caused the

16:08:30  11    brain damage and disability with medical certainty,

16:08:35  12    and that's it.

16:08:36  13          **BY MR. HECHT:**

16:08:36  14          Q.    And in your medical opinion and within

16:08:44  15    a reasonable degree of medical probability did the

16:08:49  16    actions of the sheriff's deputies in this case

16:08:52  17    combined with the actions of the paramedics cause

16:08:56  18    Tavares Docher's injuries?

16:08:58  19          **A.**    Yes.

16:08:59  20          **MS. TYK:**  Object to the form.

16:09:00  21          **MS. BARRANCO:**  Object to the form.

16:09:03  22          **BY MR. HECHT:**

16:09:03  23          Q.    And, Dr. Sterba, since your last

*Sterba, MD - Hecht - 8/8/17*

311

| | |
|---|---|
| 16:09:06 | 1 | deposition you conducted some research by the Food |
| 16:09:15 | 2 | & Drug Administration as well as the United States |
| 16:09:22 | 3 | Department of Health & Human Services; is that |
| 16:09:23 | 4 | correct? |
| 16:09:23 | 5 | A.   Yes. |
| 16:09:23 | 6 | Q.   And what is it that you reviewed, sir? |
| 16:09:26 | 7 | A.   I was asked to comment on the FDA |
| 16:09:30 | 8 | package insert, which I did not review prior to my |
| 16:09:34 | 9 | first deposition.  So I pulled that up.  And that's |
| 16:09:37 | 10 | what revealed all the contraindications that I was |
| 16:09:41 | 11 | speaking about.  It assisted me and I think it is |
| 16:09:44 | 12 | very important to bring that out.  It didn't change |
| 16:09:47 | 13 | my opinions.  It certainly assisted me and |
| 16:09:50 | 14 | supported my opinions. |
| 16:09:53 | 15 | Q.   And you brought all of that literature |
| 16:09:57 | 16 | that you conducted by the Food & Drug |
| 16:10:01 | 17 | administration and the United States Department of |
| 16:10:06 | 18 | Health & Human Services to the deposition today; is |
| 16:10:08 | 19 | that correct? |
| 16:10:08 | 20 | A.   Yes, I did.  I made two copies, one for |
| 16:10:12 | 21 | me and one fore all of the attorneys. |
| 16:10:13 | 22 | Q.   Thank you very much, sir.  What I would |
| 16:10:17 | 23 | like to do at this point is have you hand a copy to |

*Sterba, MD - Hecht - 8/8/17*

312

| | | |
|---|---|---|
| 16:10:21 | 1 | the court reporter and we can mark that as |
| 16:10:25 | 2 | Plaintiff's Exhibit 1. |
| 16:10:29 | 3 | **A.**   Yes.  All four have been handed to |
| 16:10:35 | 4 | Nancy, the court reporter, or did you want them |
| 16:10:38 | 5 | marked 1, 2, 3 or 4? |
| 16:10:41 | 6 | **Q.**   We will mark them as a Composite |
| 16:10:44 | 7 | Plaintiff's Exhibit to put them in? |
| 16:10:48 | 8 | **A.**   Fine. |
| 16:10:48 | 9 | **The following was marked for Identification:** |
| 16:10:48 | 10 | **PLF EXH. 1**      **Four Printouts from the Food** |
| 16:10:48 | 11 | **& Drug Administration and the** |
| 16:10:48 | 12 | **US Department of Health &** |
| 16:10:57 | 13 | **Human Services** |
| 16:10:57 | 14 | **BY MR. HECHT:** |
| 16:10:58 | 15 | **Q.**   Sir, it is Plaintiff's Composite |
| 16:11:04 | 16 | Exhibit 1 has not changed any of your opinions in |
| 16:11:07 | 17 | this case? |
| 16:11:07 | 18 | **A.**   It has not changed any opinions.  It |
| 16:11:10 | 19 | only confirms them. |
| 16:11:14 | 20 | **MR. HECHT:**  Dr. Sterba, I don't have any |
| 16:11:16 | 21 | other questions, but some of the other attorneys, |
| 16:11:20 | 22 | Ms. Barranco or Ms. Tyk may.  Thank you, sir. |
| 16:11:24 | 23 | **MS. BARRANCO:**  I don't have any more |

*Sterba, MD - Hecht - 8/8/17*

313

16:11:25  1  questions.

16:11:26  2          **MS. TYK:**  I don't have any more questions.

16:11:32  3          **MR. HECHT:**  We will read and sign.

4          (Deposition concluded at 4:11 p.m.)

5                              *    *    *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

314

1        I hereby CERTIFY that I have read the

2    foregoing 114 pages, and that they are a true and

3    accurate transcript of the testimony given by me in

4    the above entitled action on August 8, 2017.

5

6

7                          ------------------------

                           JOHN A. STERBA, MD

8

9    Sworn to before me this

10

11   -------- day of  ---------, 2017.

12

13   --------------------------

14   NOTARY PUBLIC.

15

16

17

18

19

20

21

22

23

315

```
 1  STATE OF NEW YORK )

 2                        ss:

 3  COUNTY OF ERIE    )

 4

 5       I DO HEREBY CERTIFY as a Notary Public in and

 6  for the State of New York, that I did attend and

 7  report the foregoing deposition, which was taken

 8  down by me in a verbatim manner by means of machine

 9  shorthand.  Further, that the deposition was then

10  reduced to writing in my presence and under my

11  direction.  That the deposition was taken to be

12  used in the foregoing entitled action.  That the

13  said deponent, before examination, was duly sworn

14  to testify to the truth, the whole truth and

15  nothing but the truth, relative to said action.

16

17

18              NANCY C. BROICH,
                Notary Public.
19

20

21

22

23
```

316

1                          **INDEX TO EXHIBITS**

2    **Exhibit**                  **Description**                  **Page**

3     PLF EXH. 1        Four Printouts from the              312
                        Food & Drug Administration
4                       and the US Department of
                        Health & Human Services
5

6

7
     *Original exhibits attached to Mr. Hecht's
8     transcript.
      Copies of exhibits attached to all other
9     transcripts.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

*JACK W. HUNT & ASSOCIATES, INC.*

*1120 Liberty Building*

*Buffalo, New York  14202  -  (716) 853-5600*

317

1                         INDEX TO WITNESSES

2    Witness                    Examination              Page

3     JOHN A. STERBA, MD   BY MS. BARRANCO:         202

4                          BY MS. TYK:              271

5                          BY MR. HECHT:            309

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1

**$**

**$4,000** [1] - 292:17

**'**

**'80s** [1] - 235:19
**'90s** [1] - 235:17

**0**

**02** [2] - 301:14, 302:1
**038** [1] - 236:23
**0:00:11** [1] - 215:23
**0:00:37** [1] - 219:15

**1**

**1** [16] - 210:7, 221:9, 248:4, 256:18, 257:15, 275:23, 286:12, 287:7, 287:18, 305:8, 305:13, 312:2, 312:5, 312:10, 312:16, 316:3
**10** [5] - 273:14, 274:6, 275:5, 277:10, 300:13
**100** [2] - 245:19, 275:17
**11** [2] - 217:23, 243:15
**111** [1] - 201:14
**114** [1] - 314:2
**1200** [1] - 201:14
**1216** [1] - 201:8
**15** [2] - 212:18, 273:20
**15,000** [1] - 265:9
**16** [2] - 269:6, 300:18
**1633** [1] - 203:12
**17** [1] - 278:22
**18** [1] - 210:6
**18:29:56** [2] - 225:13, 225:18
**18:30:12** [1] - 225:13
**18:36** [3] - 225:16, 241:22, 242:6
**19** [2] - 250:1, 250:3
**1974** [1] - 228:5
**1990s** [1] - 306:16
**1993** [2] - 269:10, 307:4
**1:12** [1] - 200:21
**1:46** [2] - 226:16
**1:47** [2] - 226:15, 226:17
**1:48** [1] - 226:14
**1:50** [1] - 309:12

**2**

**2** [7] - 200:1, 229:19, 229:21, 231:17, 256:18, 305:23, 312:5
**20** [3] - 212:18, 250:1, 250:3
**200** [1] - 292:17
**2016** [3] - 285:18, 286:4, 287:21
**2017** [3] - 200:21, 314:4, 314:11
**202** [1] - 317:3
**203-7592** [1] - 201:15
**205** [1] - 232:8
**2139** [1] - 201:2
**22** [1] - 251:18
**226** [2] - 200:20, 201:20
**23** [2] - 210:3, 252:17
**2455** [1] - 201:7
**25** [1] - 250:4
**25th** [1] - 209:9
**271** [1] - 317:4
**29** [2] - 262:17, 263:12
**2:00** [1] - 309:12
**2:16cv14413** [1] - 200:9
**2:45** [1] - 309:10

**3**

**3** [3] - 203:14, 256:18, 312:5
**30** [6] - 264:1, 264:4, 264:5, 266:7, 287:15, 301:6
**309** [1] - 317:5
**31** [1] - 266:19
**312** [1] - 316:3
**32801** [1] - 201:15
**33** [1] - 254:9
**330** [2] - 245:3, 246:10
**33409** [1] - 201:3
**335** [2] - 245:3, 246:10
**34** [3] - 209:21, 243:23, 254:9
**35** [1] - 225:10
**37** [1] - 221:6
**38** [1] - 219:15

**4**

**4** [13] - 203:14, 211:8, 211:9, 212:6, 212:9, 212:23, 221:9,

223:9, 225:21, 256:18, 257:15, 275:23, 312:5
**40** [3] - 301:6, 302:12, 308:2
**407** [1] - 201:15
**45** [1] - 301:6
**46** [1] - 225:15
**462-3200** [1] - 201:9
**49** [1] - 295:12
**4:11** [1] - 313:4
**4th** [6] - 210:3, 211:10, 274:5, 277:13, 278:14, 278:21

**5**

**5** [7] - 202:23, 203:12, 203:15, 204:4, 229:23, 230:3, 242:6
**50** [1] - 308:2
**56** [1] - 221:6
**561** [1] - 201:3

**6**

**6** [2] - 242:6, 254:11
**686-6300** [1] - 201:3
**6:20:26** [2] - 211:12, 213:1
**6:24:47** [1] - 295:12
**6:25** [4] - 225:1, 225:20, 242:21, 254:11
**6:25:20** [3] - 211:12, 213:1, 222:10
**6:25:21** [1] - 221:17
**6:25:39** [2] - 242:17, 243:16
**6:25:51** [1] - 242:17
**6:25:55** [1] - 222:10
**6:28:49** [1] - 223:2
**6:28:51** [1] - 211:14
**6:30** [2] - 225:15, 225:17
**6:35** [1] - 225:2
**6:35:51** [1] - 243:17
**6:36** [4] - 225:16, 242:21, 243:16, 243:17
**6:48:49** [1] - 221:17

**7**

**7** [5] - 222:3, 243:2, 254:11, 276:23, 297:19
**7.35** [2] - 300:12,

300:17
**7.4** [1] - 299:22
**7.45** [1] - 300:12
**70** [6] - 288:12, 302:2, 302:5, 302:7, 302:13, 302:14
**76** [2] - 243:2, 297:19

**8**

**8** [5] - 200:21, 273:14, 274:2, 275:4, 314:4
**80** [1] - 288:12
**8th** [1] - 274:3

**9**

**9** [5] - 228:21, 252:18, 273:14, 274:4, 275:4
**90** [2] - 302:7, 302:8
**911** [5] - 229:7, 234:11, 234:16, 234:21, 234:23
**93** [1] - 307:6
**954** [1] - 201:9
**9th** [1] - 274:4

**A**

**ABCs** [1] - 291:4
**able** [23] - 207:14, 216:5, 217:19, 222:12, 223:5, 223:12, 224:9, 230:7, 231:6, 246:23, 247:8, 256:4, 256:6, 264:13, 265:4, 288:15, 288:19, 291:22, 292:3, 297:1, 297:9, 300:23, 304:21
**abnormal** [3] - 243:1, 248:22, 297:22
**abnormally** [4] - 300:16, 301:19, 301:20, 302:1
**absolutely** [3] - 233:9, 274:15, 288:1
**absorption** [1] - 237:14
**accelerate** [1] - 261:15
**acceptable** [1] - 293:23
**according** [3] - 223:19, 241:16, 242:10
**accurate** [5] - 226:11, 272:22, 307:14, 309:9, 314:3

**acid** [4] - 238:19, 283:17, 300:6, 300:11
**acidosis** [8] - 238:19, 283:16, 283:18, 300:2, 300:8, 300:9, 300:18, 300:22
**acidotic** [1] - 300:1
**acids** [2] - 238:20, 262:10
**act** [3] - 239:4, 239:8, 277:20
**acted** [2] - 266:22, 267:4
**action** [10] - 239:23, 247:22, 283:1, 283:4, 283:9, 289:21, 289:22, 314:4, 315:12, 315:15
**actions** [8] - 248:12, 250:15, 281:20, 282:11, 310:1, 310:2, 310:16, 310:17
**actively** [2] - 240:20, 295:20
**actual** [17] - 209:23, 210:2, 210:10, 210:14, 210:23, 211:17, 211:19, 215:12, 222:9, 222:16, 222:23, 225:1, 227:15, 242:13, 254:10, 294:19, 296:2
**acute** [6] - 230:6, 231:4, 231:7, 232:14, 263:21, 278:5
**ad** [1] - 287:5
**ADAM** [1] - 201:2
**Adam** [2] - 257:4, 270:12
**adam** [3] - 270:13, 270:16, 308:20
**add** [2] - 250:7, 287:2
**added** [1] - 287:13
**addendum** [19] - 209:7, 209:8, 209:10, 209:13, 209:17, 249:18, 249:19, 250:1, 250:3, 250:8, 250:10, 251:5, 251:13, 251:16, 251:19, 262:18, 264:1, 266:7, 266:20
**addition** [3] - 235:5, 252:18, 263:20
**additional** [1] - 262:6
**adequacy** [1] - 284:12
**adequate** [7] - 208:1,

238:21, 291:14, 292:22, 294:15, 294:22, 297:11

**adequately** [4] - 207:15, 278:9, 283:22, 294:21

**administer** [1] - 287:10

**administered** [1] - 277:23

**administering** [2] - 282:12, 288:22

**administration** [1] - 311:17

**Administration** [5] - 274:23, 281:6, 311:2, 312:11, 316:3

**admitting** [1] - 279:18

**advanced** [1] - 260:22

**advised** [2] - 258:14, 259:5

**aerial** [1] - 301:7

**afternoon** [1] - 271:5

**agencies** [1] - 266:9

**agency** [3] - 257:8, 276:5, 281:6

**agitated** [1] - 285:11

**ago** [4] - 202:10, 222:5, 223:4, 276:2

**agree** [10] - 204:7, 204:15, 205:19, 206:17, 217:9, 217:13, 217:17, 217:21, 220:23, 281:7

**ahead** [4] - 279:16, 287:17, 295:3, 301:4

**air** [15] - 203:16, 220:2, 220:3, 220:8, 220:17, 220:20, 220:21, 265:18, 287:8, 291:13, 292:22, 293:11, 294:21, 294:22, 303:5

**airway** [6] - 277:22, 287:9, 290:20, 291:7, 291:10, 291:23

**alarm** [1] - 226:14

**alcohol** [11] - 236:23, 237:15, 237:20, 238:3, 249:14, 274:19, 277:21, 278:3, 278:5, 280:23, 283:14

**alerted** [1] - 254:2

**allowed** [9] - 211:5, 247:5, 247:9, 251:12, 255:14, 277:17, 279:16, 295:7, 296:19

**allows** [3] - 210:10, 211:18, 215:11

**alluding** [1] - 235:14

**Allyn** [1] - 292:18

**alone** [1] - 294:8

**altercation** [1] - 289:15

**altered** [1] - 278:9

**alternative** [1] - 308:14

**altogether** [1] - 281:1

**ambiguous** [1] - 291:3

**Ambulance** [2] - 269:11, 270:2

**ambulance** [4] - 225:14, 256:1, 265:9, 269:14

**American** [2] - 237:7, 260:23

**amount** [6] - 245:18, 245:20, 249:3, 261:1, 301:7, 303:2

**anaerobic** [1] - 283:18

**anaerobically** [1] - 300:10

**analysis** [2] - 260:10, 302:17

**anesthesiologist** [1] - 281:1

**angle** [1] - 212:9

**answer** [17] - 208:17, 210:19, 217:1, 219:5, 227:8, 230:10, 236:16, 242:4, 247:8, 247:9, 254:19, 258:19, 259:14, 259:16, 261:5, 272:18, 282:1

**answered** [1] - 246:8

**answering** [1] - 258:8

**answers** [1] - 245:9

**anticipate** [1] - 285:20

**apnea** [1] - 265:17

**apologize** [5] - 218:16, 224:17, 259:10, 307:15, 308:17

**APPEARANCES**[1] - 201:1

**appeared** [1] - 263:7

**Appearing**[3] - 201:4, 201:10, 201:16

**applied** [10] - 249:3, 260:1, 261:3, 261:15, 262:5, 262:15,

264:16, 286:7, 286:11, 303:20

**apply** [1] - 288:8

**applying** [1] - 260:16

**appreciate** [5] - 218:6, 230:10, 276:9, 278:17, 290:2

**approaching** [1] - 296:13

**appropriateness** [1] - 308:8

**approved** [1] - 264:11

**area** [3] - 264:16, 272:15, 287:16

**areas** [1] - 237:8

**arm** [1] - 226:16

**arms** [24] - 203:14, 204:20, 205:7, 205:23, 206:13, 207:4, 207:21, 220:5, 224:10, 240:15, 241:1, 244:12, 247:23, 248:9, 255:9, 256:10, 260:10, 261:13, 262:13, 267:9, 295:9, 298:20, 299:11, 300:4

**arrest** [5] - 220:1, 239:8, 279:3, 290:1, 310:10

**arrested** [3] - 212:17, 229:3, 278:6

**arrival** [1] - 244:1

**arrived** [1] - 243:21

**articles** [1] - 271:17

ash@searcylaw.com [1] - 201:4

**asphalt** [1] - 246:11

**asphyxia** [3] - 252:6, 261:11, 289:12

**asphyxiate** [10] - 245:22, 249:4, 259:18, 260:2, 260:16, 261:4, 262:3, 298:21, 299:9, 299:14

**asphyxiated** [14] - 238:10, 238:17, 238:23, 239:4, 239:21, 265:2, 289:6, 290:10, 290:17, 291:2, 292:10, 296:17, 297:6, 302:21

**asphyxiating** [7] - 207:11, 240:7, 248:12, 252:14, 252:21, 253:10, 267:1

**asphyxiation** [34] - 205:3, 206:1, 206:16, 207:23, 208:4, 208:5,

216:12, 220:6, 238:20, 239:6, 240:12, 240:17, 240:21, 241:2, 241:5, 244:9, 244:13, 246:14, 252:6, 254:17, 260:11, 261:16, 262:6, 289:9, 290:7, 293:14, 295:9, 297:4, 299:7, 300:5, 300:15, 301:2, 303:10, 303:16

**assessed** [1] - 294:10

**assessing** [2] - 291:8, 292:22

**assessment** [2] - 288:14, 293:19

**assist** [6] - 209:12, 210:16, 251:15, 260:13, 279:12

**assistant** [1] - 270:19

**assisted** [3] - 262:1, 311:11, 311:13

**assists** [1] - 260:14

**assume** [1] - 232:22

**assuming** [2] - 226:1, 246:4

**asthma** [1] - 263:23

**Ativan** [36] - 238:4, 256:17, 256:19, 257:5, 257:6, 257:9, 274:14, 275:22, 276:2, 276:7, 276:16, 276:19, 276:20, 278:14, 278:22, 281:2, 282:12, 282:15, 282:20, 282:22, 284:15, 285:19, 286:5, 286:13, 286:16, 287:7, 287:10, 287:13, 287:18, 288:1, 288:3, 288:22, 299:18, 305:9, 305:13

**attached** [6] - 209:16, 276:10, 279:8, 279:15, 316:7, 316:8

**attachments** [1] - 273:15

**attempt** [2] - 288:5, 296:1

**attempting** [3] - 215:15, 215:17, 286:10

**attend** [1] - 315:6

**attention** [1] - 307:22

**Attorney** [1] - 203:8

**attorney** [4] - 202:4, 203:19, 258:23, 279:19

**attorneys** [5] - 257:14, 258:12, 258:22, 311:21, 312:21

**attribute** [2] - 244:10, 255:7

**August** [2] - 200:21, 314:4

**Aurora** [2] - 200:20, 201:21

**Auschwitz** [1] - 203:13

**author** [1] - 304:1

**available** [3] - 258:13, 259:1, 259:2

**Avenue** [1] - 201:14

**aware** [6] - 229:7, 229:11, 230:1, 230:11, 230:14, 298:7

## B

**backed** [1] - 224:20

**background** [2] - 217:11, 218:6

**backing** [2] - 225:16, 246:2

**backwards** [1] - 203:13

**bag** [2] - 290:20, 304:8

**bandages** [1] - 286:11

**barely** [2] - 221:4, 243:18

**BARNHART** [1] - 201:1

**Barranco** [2] - 202:4, 312:22

**BARRANCO** [30] - 201:6, 201:7, 202:1, 216:16, 216:23, 218:11, 220:14, 220:23, 227:1, 227:16, 229:15, 230:22, 231:8, 234:10, 234:14, 234:20, 235:3, 237:18, 238:1, 240:3, 246:16, 248:16, 251:14, 255:2, 255:5, 270:21, 310:6, 310:21, 312:23, 317:3

**base** [3] - 252:2, 259:20, 267:2

**based** [13] - 203:21, 214:14, 215:4, 216:8,

240:5, 245:8, 253:19,
263:5, 264:6, 290:11,
290:17, 293:6, 294:7
**basic** [1] - 288:8
**basing** [1] - 263:9
**basis** [2] - 282:17,
293:5
**BDSM** [3] - 298:11,
298:14, 298:15
**Beach** [3] - 201:3,
263:18, 269:14
**bearing** [2] - 228:2,
236:1
**beat** [2] - 233:12,
234:6
**beating** [1] - 234:2
**becomes** [1] -
297:11
**becoming** [1] -
212:17
**bedside** [1] - 292:19
**beeping** [1] - 250:2
**began** [1] - 202:10
**behalf** [1] - 202:8
**behind** [11] - 203:15,
204:11, 205:23,
212:17, 240:15,
241:1, 244:12,
247:23, 248:9, 265:23
**belief** [1] - 241:17
**below** [3] - 288:23,
300:17, 301:17
**Ben** [1] - 257:2
**bends** [2] - 211:13,
215:9
**Benzodiazepine** [1] -
283:13
**Benzodiazepines** [2]
- 277:23, 278:4
**best** [2] - 202:16,
221:20
**between** [13] - 207:8,
207:19, 208:10,
211:16, 211:18,
213:1, 222:2, 245:4,
254:8, 283:3, 284:1,
302:19, 305:12
**beyond** [1] - 235:21,
235:22, 277:7
**bilateral** [2] - 230:4,
232:15
**bit** [3] - 248:15,
248:17, 275:9
**bite** [1] - 240:10
**blades** [3] - 207:8,
245:5, 254:8
**blame** [2] - 239:18,
260:8
**blanket** [1] - 308:15
**blood** [21] - 208:3,

208:5, 237:20, 238:3,
238:18, 265:6, 267:2,
288:5, 288:12,
288:15, 291:16,
291:18, 291:19,
296:9, 296:12,
296:14, 296:22,
297:16, 300:20, 301:8
**blows** [1] - 232:1
**blunt** [1] - 232:6
**board** [3] - 237:5,
237:6, 306:8
**Board** [2] - 237:7,
282:18, 306:6
**boarding** [2] - 266:1,
266:6
**body** [10] - 206:4,
223:12, 224:12,
232:1, 232:10, 248:1,
261:12, 261:14,
261:15, 262:10
**bomb** [1] - 255:9
**bondage** [2] -
298:14, 298:15
**bonding** [1] - 298:11
**bone** [4] - 229:23,
230:2, 230:5, 232:15
**bones** [2] - 230:15,
230:18
**bottom** [10] - 211:1,
211:2, 211:7, 211:13,
215:9, 242:13,
263:12, 266:7, 266:8,
276:22
**Boulevard** [2] -
201:2, 201:7
**bound** [1] - 205:23
**BP** [1] - 288:17
**BR** [1] - 219:16
**brain** [1] - 310:11
**brand** [1] - 202:13
**break** [5] - 202:18,
202:20, 255:1,
264:13, 306:1
**breakdown** [1] -
233:16
**breaking** [1] - 204:20
**breath** [22] - 221:12,
242:19, 264:14,
264:15, 264:18,
264:20, 265:3, 265:7,
265:11, 265:18,
291:12, 291:14,
292:22, 293:9,
302:16, 303:4,
303:18, 303:20,
304:6, 304:7, 304:15
**breathe** [17] - 208:1,
219:17, 220:7, 220:9,
220:15, 220:16,

220:22, 221:20,
265:19, 267:10,
267:11, 290:8,
296:19, 300:3,
300:23, 304:23, 305:6
**breathing** [19] -
243:4, 243:5, 243:18,
249:1, 278:8, 287:8,
291:7, 291:11,
293:11, 294:16,
295:4, 297:5, 297:9,
297:17, 297:22,
297:23, 304:19,
305:1, 305:5
**breathlessness** [1] -
265:16
**breaths** [3] - 295:10,
295:19, 305:1
**brief** [3] - 235:23,
289:16, 306:1
**bring** [3] - 260:10,
299:5, 311:12
**bringing** [1] - 208:2
**BROICH** [2] -
200:22, 315:18
**broken** [1] - 205:8
**brought** [6] - 202:7,
246:13, 258:5,
260:13, 307:22,
311:15
**brr** [3] - 219:21,
220:2, 221:6
**brrr** [1] - 295:15
**bruising** [1] - 232:17
**Buffalo** [1] - 287:17
**builds** [1] - 283:18
**bulleted** [2] - 257:11,
277:18
**butt** [1] - 242:11
**buttocks** [1] - 234:6
**buy** [1] - 234:7
**BY** [29] - 202:1,
216:23, 218:11,
227:1, 227:16,
229:15, 230:22,
231:8, 235:3, 237:18,
238:1, 240:3, 246:16,
248:16, 251:14,
255:5, 271:3, 272:3,
273:3, 273:23,
301:23, 306:4,
309:17, 310:13,
310:22, 312:14,
317:3, 317:4, 317:5

---

**C**

**calculate** [3] -
210:11, 211:18,
215:11

**calculated** [9] -
210:14, 211:19,
215:12, 222:9, 223:1,
225:1, 242:14, 248:2,
254:10
**calculations** [1] -
210:13
**calibrate** [1] - 227:14
**calibrated** [1] -
292:17
**calm** [1] - 287:1
**CALVIN** [1] - 200:11
**Calvin** [1] - 201:11
**camera** [1] - 212:4
**cameras** [1] - 211:23
**cannot** [7] - 217:14,
224:15, 267:14,
294:19, 295:1, 300:3,
308:11
**capillary** [2] -
288:14, 291:17
**Captain** [1] - 266:13
**captured** [1] - 218:23
**car** [3] - 212:16,
219:7, 303:11
**carbon** [2] - 238:19,
302:17
**cardiac** [5] - 265:4,
279:3, 291:19, 304:4,
310:10
**cardiopulmonary** [1]
- 239:8
**cardiovascular** [1] -
307:6
**Care** [1] - 274:2
**care** [14] - 263:21,
271:18, 284:20,
284:21, 285:3, 285:4,
285:5, 285:8, 285:11,
288:23, 307:6, 308:8
**career** [1] - 228:8
**carotid** [1] - 288:21
**carried** [1] - 280:16
**carries** [1] - 212:19
**cars** [1] - 212:12
**case** [38] - 205:21,
206:10, 209:7, 212:7,
213:2, 213:9, 227:22,
228:2, 232:5, 234:15,
235:8, 238:22,
250:16, 251:20,
253:18, 261:3,
265:15, 268:6,
269:22, 271:10,
273:18, 275:3, 276:3,
277:19, 280:4,
280:18, 284:13,
285:8, 286:7, 287:6,
288:2, 288:23, 289:3,
295:1, 304:22, 310:2,

310:16, 312:17
**Case** [1] - 200:8
**cases** [1] - 235:16
**CAT** [1] - 231:13
**catch** [1] - 298:12
**categories** [1] -
210:12
**caused** [15] - 206:12,
232:3, 233:14,
233:18, 235:1, 235:2,
240:17, 240:20,
241:2, 241:4, 252:6,
262:5, 289:12, 310:10
**causes** [2] - 261:10,
296:21
**causing** [3] - 244:13,
250:21, 262:8
**caution** [1] - 278:23
**cease** [1] - 304:19
**cell** [14] - 207:13,
210:4, 210:7, 211:4,
214:21, 215:2, 215:7,
221:13, 222:23,
226:16, 229:9,
254:10, 267:6, 278:7
**Center** [2] - 200:20,
201:20
**center** [1] - 287:16
**central** [2] - 288:21,
304:3
**centrally** [1] - 288:20
**certain** [1] - 309:8
**certainly** [1] - 311:13
**certainty** [25] -
216:6, 217:22,
218:13, 220:7,
220:20, 222:1, 231:6,
233:7, 233:19,
235:15, 245:17,
284:16, 289:1,
291:23, 292:3, 293:8,
296:4, 296:8, 296:16,
297:1, 297:14,
299:17, 300:16,
301:21, 310:11
**certification** [3] -
237:5, 237:6, 306:8
**Certified** [2] -
282:18, 306:7
**CERTIFY** [2] - 314:1,
315:5
**cetera** [4] - 253:10,
264:7, 269:4
**chain** [3] - 203:16,
204:14, 253:18
**chair** [2] - 264:18,
303:23
**chairperson** [1] -
307:5
**change** [4] - 234:18,

260:14, 279:14,
311:12
   **changed** [3] - 214:3,
312:16, 312:18
   **charge** [1] - 235:11
   **check** [1] - 247:20
   **checked** [2] -
211:20, 297:20
   **checks** [1] - 291:19
   **chemical** [5] - 286:3,
287:3, 287:18,
287:22, 305:14
   **chemically** [2] -
285:16, 286:21
   **chest** [19] - 206:14,
207:6, 207:9, 207:14,
208:1, 208:21, 220:4,
246:11, 249:3,
255:10, 256:10,
260:18, 262:7,
293:20, 295:7, 295:9,
300:4, 303:8, 303:9
   **Chinese** [1] - 203:17
   **Christopher** [1] -
201:10
   **CHRISTOPHER** [1] -
200:10
   **chronic** [3] - 230:6,
231:7, 263:14
   **chunks** [1] - 240:11
   **cigarettes** [1] - 234:7
   **circulating** [1] -
267:13
   **circulation** [6] -
231:21, 233:17,
291:7, 291:15, 304:3
   **circumstance** [1] -
280:15
   **circumstances** [2] -
204:16, 286:2
   **Civil** [1] - 200:19
   **civilian** [3] - 221:14,
236:8, 264:13
   **claiming** [4] -
229:11, 238:23,
239:20, 240:4
   **clarify** [2] - 241:15,
266:9
   **CLAYTON** [1] -
200:10
   **Clayton** [1] - 201:10
   **clear** [3] - 202:12,
205:16, 229:18
   **clearly** [3] - 274:20,
281:2, 305:11
   **clients** [1] - 239:14
   **climbs** [1] - 300:5
   **clinical** [9] - 216:9,
220:21, 261:1, 264:6,
264:20, 282:19,

282:20, 290:12,
290:15
   **clinically** [2] -
265:19, 284:5
   **clock** [2] - 226:14,
226:15
   **clocks** [2] - 226:22,
227:13
   **close** [1] - 261:19
   **closely** [2] - 228:10,
290:21
   **CNS** [2] - 274:19,
277:21
   **co** [3] - 203:19,
258:2, 274:18
   **co-defendant** [1] -
258:2
   **co-defendants** [1] -
203:19
   **co-ingestion** [1] -
274:18
   **CO2** [20] - 208:2,
208:3, 238:17, 262:9,
265:3, 265:5, 265:6,
283:17, 284:13,
284:14, 296:19,
300:5, 301:5, 301:7,
301:11, 301:19,
302:10, 302:11,
304:10
   **cocaine** [1] - 289:21
   **cold** [5] - 264:12,
264:16, 285:21,
303:19, 303:21
   **collapse** [1] - 265:12
   **collectively** [3] -
266:11, 266:22, 310:8
   **College** [2] - 260:23,
266:14
   **college** [1] - 264:13
   **column** [1] - 214:11
   **coma** [2] - 274:18,
278:2
   **combative** [2] -
285:11, 288:6
   **combination** [3] -
241:4, 246:9, 277:21
   **combine** [1] - 206:15
   **combined** [4] -
207:22, 246:13,
310:2, 310:17
   **coming** [2] - 213:3,
213:4
   **Commander** [1] -
248:4
   **commencing** [1] -
200:21
   **comment** [1] - 311:7
   **commitments** [1] -
307:9

   **committee** [2] -
307:5, 307:7
   **commonly** [1] -
232:13
   **compensate** [1] -
296:18
   **complaining** [1] -
234:5
   **complete** [2] -
272:22, 275:20
   **component** [1] -
300:11
   **comport** [1] - 277:19
   **Composite** [2] -
312:6, 312:15
   **computer** [1] -
226:16
   **computerized** [1] -
292:16
   **concerning** [1] -
248:11
   **conclude** [1] -
250:23
   **concluded** [4] -
250:20, 259:3,
259:13, 313:4
   **conclusion** [1] -
308:10
   **condition** [8] - 232:1,
232:3, 235:6, 243:19,
249:5, 256:16, 260:6,
298:1
   **conditions** [3] -
235:10, 263:14,
303:19
   **conducted** [4] -
264:2, 264:10, 311:1,
311:16
   **confirmation** [1] -
276:15
   **confirmed** [2] -
252:5, 257:3
   **confirms** [1] - 312:19
   **confused** [2] -
207:18, 275:9
   **confusing** [2] -
294:3, 294:9
   **confusion** [1] - 286:8
   **connection** [1] -
208:10
   **conscious** [3] -
241:6, 242:20, 256:15
   **consciousness** [16]
- 246:3, 248:21,
249:10, 249:11,
249:16, 274:18,
296:15, 296:20,
296:21, 297:13,
300:14, 303:6,
304:12, 304:14,

304:16, 304:18
   **consider** [4] -
227:10, 289:6,
289:13, 298:2
   **consistent** [1] -
272:23
   **consistently** [1] -
275:12
   **consumption** [2] -
237:15, 249:14
   **contact** [5] - 225:15,
229:1, 237:21,
241:22, 242:6
   **contacted** [1] - 242:7
   **contains** [1] - 275:16
   **context** [3] - 255:14,
303:17, 306:17
   **continue** [3] -
216:17, 221:1, 266:11
   **continued** [1] -
287:19
   **Continued** [1] -
200:17
   **contraindicated** [2] -
277:4, 281:3
   **contraindication** [4]
- 280:9, 280:10,
280:13, 281:9
   **contraindications**
[20] - 257:10, 257:12,
273:8, 274:12,
274:14, 274:16,
274:21, 275:22,
276:13, 276:17,
276:19, 277:2,
277:10, 277:11,
277:18, 278:12,
281:7, 283:11, 287:5,
311:10
   **contribute** [1] -
310:3
   **contributed** [1] -
260:4
   **contributing** [1] -
289:10
   **control** [5] - 256:11,
256:13, 286:17,
286:19, 287:15
   **controlled** [3] -
256:5, 285:9, 287:12
   **contusions** [1] -
232:9
   **conversation** [1] -
259:9
   **convince** [1] -
234:23
   **convoluted** [1] -
226:21
   **cooler** [1] - 285:22
   **cop** [2] - 260:20,

260:21
   **Copies** [1] - 316:8
   **copies** [1] - 311:20
   **copy** [3] - 269:2,
270:20, 311:23
   **corda** [4] - 203:8,
203:23, 207:11, 260:8
   **CORDA** [1] - 203:8
   **cords** [2] - 303:2,
303:3
   **Corps** [1] - 248:4
   **correct** [18] - 203:22,
205:8, 205:12,
205:18, 205:21,
214:1, 221:2, 223:10,
225:9, 228:17,
228:18, 234:11,
235:7, 267:17, 270:5,
298:17, 311:4, 311:19
   **correctly** [1] - 301:12
   **counsel** [6] - 206:9,
208:11, 258:1, 258:2,
258:16, 280:4
   **count** [2] - 221:4,
296:1
   **countermeasures**
[1] - 257:10
   **County** [4] - 200:12,
201:17, 202:5, 258:13
   **COUNTY** [2] -
200:13, 315:3
   **couple** [1] - 202:10
   **course** [1] - 308:3
   **COURT** [1] - 200:4
   **court** [2] - 312:1,
312:4
   **Courtemanche** [3] -
201:11, 239:15,
239:16
   **COURTEMANCHE**
[1] - 200:11
   **cover** [2] - 254:5,
268:12
   **CP** [1] - 292:17
   **critical** [6] - 243:18,
249:5, 256:16, 260:6,
275:2, 298:1
   **crowning** [1] - 303:7
   **cruiser** [1] - 212:14
   **CT** [1] - 249:12
   **cued** [1] - 226:7
   **cuff** [3] - 288:10,
288:15, 291:16
   **Cummins** [1] - 307:4
   **cutoff** [1] - 281:15
   **CV** [3] - 247:20,
248:4, 270:5
   **CVS** [24] - 210:1,
210:21, 211:8,
211:22, 211:23,

212:5, 212:21, 213:2, 213:8, 214:15, 214:18, 215:3, 222:16, 222:19, 223:7, 226:7, 227:5, 227:11, 233:1, 234:5, 244:3, 263:6, 263:10, 289:23

## D

**Dachau** [1] - 203:14
**damage** [2] - 233:17, 310:11
**dangerous** [1] - 264:17
**Darryl** [1] - 257:3
**database** [1] - 257:10
**date** [6] - 209:7, 228:23, 229:8, 233:1, 263:22, 268:15
**dated** [1] - 250:3
**dead** [1] - 303:12
**deal** [1] - 309:2
**dealing** [1] - 214:4
**dealt** [2] - 303:15, 303:16
**death** [4] - 204:21, 205:1, 260:17, 281:21
**decided** [1] - 220:16
**declined** [1] - 307:8
**defendant** [2] - 238:22, 251:2, 258:2
**Defendants** [3] - 200:15, 201:10, 201:16
**defendants** [2] - 203:19, 250:16
**define** [8] - 272:9, 272:19, 272:20, 280:8, 281:10, 281:13, 283:20, 284:19
**defined** [3] - 221:18, 281:4, 305:11
**definition** [10] - 253:16, 275:10, 275:17, 280:11, 280:12, 281:9, 281:18, 285:1, 308:7
**degree** [2] - 309:23, 310:15
**delirium** [2] - 289:17, 290:1
**delivered** [1] - 305:22
**delusional** [1] - 263:11
**DENNEY** [1] - 201:1

**dental** [2] - 264:18, 303:23
**departed** [1] - 225:14
**department** [3] - 216:11, 219:23, 265:11
**Department** [11] - 257:7, 266:14, 274:22, 276:5, 277:9, 278:13, 281:5, 311:3, 311:17, 312:12, 316:4
**depo** [3] - 256:22, 257:1, 267:22
**deponent** [1] - 315:13
**deposition** [52] - 202:9, 203:1, 203:9, 203:21, 204:1, 205:15, 209:3, 227:21, 235:13, 243:3, 244:15, 246:22, 249:20, 256:21, 257:13, 258:4, 258:11, 258:14, 259:3, 262:23, 267:18, 267:21, 268:21, 269:3, 269:7, 270:15, 271:6, 273:9, 273:16, 273:21, 276:8, 276:11, 277:20, 279:9, 279:11, 279:23, 280:6, 280:18, 281:19, 283:2, 298:7, 305:8, 306:6, 306:12, 307:19, 311:1, 311:9, 311:18, 315:7, 315:9, 315:11
**Deposition** [1] - 313:4
**depositions** [4] - 249:22, 250:2, 250:4, 251:11
**depressed** [5] - 229:22, 230:4, 278:2, 278:7, 293:13
**depression** [10] - 207:17, 217:7, 243:1, 243:6, 248:23, 262:9, 264:23, 283:14, 301:1, 305:17
**deprivation** [1] - 238:16
**depth** [1] - 291:12
**depths** [1] - 265:1
**Deputies** [1] - 240:4
**deputies** [25] - 202:6, 217:18, 221:21, 222:8, 223:6,

224:20, 225:17, 233:14, 233:15, 233:18, 234:8, 235:2, 237:13, 237:21, 239:2, 239:14, 242:16, 243:10, 250:15, 250:20, 251:5, 251:7, 254:12, 310:8, 310:16
**deputies'** [2] - 217:14, 250:15
**Deputy** [53] - 205:17, 206:12, 207:7, 208:14, 208:20, 209:2, 211:12, 215:8, 221:22, 224:22, 225:7, 225:19, 232:8, 239:1, 239:22, 240:6, 240:11, 240:13, 240:16, 240:19, 244:8, 244:10, 244:18, 244:23, 247:21, 248:11, 248:12, 251:23, 252:19, 252:20, 253:3, 253:4, 253:9, 253:12, 253:13, 253:19, 253:20, 253:23, 254:2, 254:6, 255:7, 256:7, 259:15, 260:8, 266:20, 266:21, 267:3, 289:12, 297:18, 300:15, 305:2
**deputy** [8] - 218:1, 228:1, 228:3, 239:17, 245:3, 246:10, 259:21, 310:1
**describe** [3] - 212:8, 264:9, 288:4
**described** [3] - 232:9, 243:2, 249:8
**describes** [3] - 207:1, 243:4, 297:17
**Description** [1] - 316:2
**description** [1] - 204:5
**despite** [1] - 251:22
**destruction** [1] - 231:20
**detail** [7] - 257:11, 261:20, 276:7, 278:15, 278:21, 279:4, 300:2
**determination** [1] - 233:5
**determine** [13] - 284:7, 292:20, 292:21, 293:2,

293:16, 293:20, 294:1, 294:7, 294:19, 294:20, 295:2, 296:1, 299:23
**determined** [6] - 284:4, 286:6, 287:19, 294:14, 294:18, 302:15
**determining** [1] - 291:7
**develop** [1] - 307:10
**developed** [1] - 306:17
**developing** [1] - 306:15
**development** [1] - 306:12
**diagnose** [2] - 231:4, 290:16
**diagnosed** [2] - 236:4, 236:12
**dialed** [1] - 226:2
**diastolic** [1] - 291:16
**DICKER** [1] - 201:13
**dictation** [1] - 230:6
**dictations** [1] - 231:16
**die** [2] - 267:12, 299:7
**difference** [3] - 283:3, 284:1, 302:19
**differences** [2] - 302:22, 302:23
**different** [10] - 208:8, 211:23, 212:4, 226:18, 226:23, 229:20, 281:2, 281:22, 285:8, 300:22
**diminished** [2] - 293:10, 293:11
**dioxide** [2] - 238:20, 302:17
**direct** [3] - 262:11, 278:7, 290:12
**directing** [1] - 284:9
**direction** [1] - 315:11
**directly** [11] - 205:1, 205:2, 207:13, 207:17, 233:14, 255:12, 260:16, 265:14, 265:21, 290:19, 304:9
**disability** [2] - 281:21, 310:11
**discern** [1] - 218:18
**discharged** [2] - 247:18, 248:3
**discussed** [2] - 278:16, 289:4
**discussing** [1] -

276:12
**Discussion** [1] - 271:1
**disingenuous** [1] - 309:3
**dislocated** [1] - 205:5
**dislocating** [1] - 204:21
**dislocation** [1] - 205:2
**disorderly** [1] - 278:6
**dispatched** [5] - 224:16, 224:22, 225:2, 225:14, 290:22
**disregard** [8] - 239:5, 266:22, 267:4, 281:16, 282:7, 282:8, 282:10, 308:7
**distress** [6] - 207:15, 217:7, 233:8, 233:9, 234:4, 286:9
**DISTRICT** [3] - 200:4, 200:4, 200:13
**District** [1] - 201:17
**district** [2] - 200:14, 201:17
**disturbance** [3] - 274:17, 283:16, 300:7
**dive** [1] - 297:7
**diver** [2] - 302:16, 304:7
**divers** [3] - 264:13, 265:1, 302:16
**diving** [3] - 264:21, 265:1, 266:5
**DO** [1] - 315:5
**DOCHER** [2] - 200:5, 200:6
**Docher** [70] - 202:7, 202:8, 205:4, 205:7, 205:10, 205:17, 205:21, 206:6, 206:10, 207:2, 208:9, 208:13, 209:4, 211:3, 212:15, 215:10, 216:1, 216:2, 216:21, 217:23, 219:6, 219:16, 219:21, 220:3, 220:11, 221:22, 222:7, 223:5, 224:1, 224:17, 228:23, 229:8, 229:20, 230:1, 230:11, 232:23, 234:11, 235:15, 235:23, 236:3, 237:12, 238:9, 239:1, 239:3, 239:9, 239:21,

6

240:7, 241:17,
242:14, 242:18,
246:3, 248:13,
248:19, 252:1, 252:2,
252:15, 252:21,
253:10, 258:7,
259:19, 260:6,
260:16, 262:3,
262:19, 263:13,
266:23, 281:2,
283:19, 284:15, 289:3
**Docher's** [28] -
217:15, 223:11,
223:16, 224:10,
228:12, 231:9,
231:20, 237:20,
238:3, 240:14, 243:4,
244:11, 244:16,
244:18, 244:23,
245:21, 247:23,
248:8, 249:7, 254:8,
263:1, 291:23, 295:1,
299:16, 304:21,
305:3, 310:3, 310:18
**DOCHER-NEELEY**
[1] - 200:6
**Docher-Neeley** [1] -
202:7
**doctor** [8] - 276:17,
277:15, 280:8,
281:10, 292:14,
293:15, 307:23,
308:19
**Doctor** [47] - 202:14,
204:7, 207:19, 216:5,
216:17, 217:10,
217:13, 218:2,
218:21, 220:10,
220:14, 221:1,
226:13, 227:4, 230:9,
236:2, 239:15,
240:23, 245:9,
247:16, 248:7,
249:18, 251:1,
252:16, 255:6,
257:19, 259:4,
259:21, 261:6,
262:17, 264:2, 266:8,
266:19, 267:19,
270:6, 273:10,
276:10, 278:17,
279:15, 284:19,
288:4, 290:14, 294:4,
294:12, 301:3, 306:5,
307:23
**documented** [3] -
232:6, 243:23, 278:13
**documents** [2] -
204:8, 206:9
**done** [20] - 209:6,

216:16, 217:8,
224:19, 249:18,
258:11, 259:3, 260:8,
260:12, 268:23,
273:17, 274:10,
284:13, 284:15,
285:9, 288:22,
291:22, 292:19,
300:21, 303:19
**door** [1] - 258:18
**dose** [1] - 305:22
**dot** [2] - 219:16
**double** [1] - 211:20
**doubt** [1] - 232:7
**down** [13] - 207:7,
207:10, 215:9, 221:8,
222:2, 242:11, 254:7,
254:14, 269:14,
287:1, 299:6, 315:8
**Downtown** [1] -
287:17
**Dr** [11] - 202:8,
238:7, 271:5, 271:20,
273:15, 285:15,
298:2, 307:4, 309:19,
310:23, 312:20
**drawn** [1] - 248:9
**drive** [1] - 211:3
**drives** [2] - 211:14,
215:10
**driving** [3] - 212:12,
221:16, 246:11
**drop** [4] - 238:18,
262:9, 296:20, 296:22
**dropping** [1] -
300:10
**drops** [3] - 297:12,
300:9, 301:2
**drowning** [6] -
264:12, 297:6,
302:20, 303:1,
303:15, 304:5
**drug** [5] - 274:19,
280:16, 280:21,
283:7, 289:23
**Drug** [6] - 274:23,
281:6, 311:2, 311:16,
312:11, 316:3
**drugs** [5] - 277:20,
278:3, 283:15,
289:20, 289:21
**dry** [2] - 303:6,
303:19
**due** [3] - 290:6,
300:23, 307:8
**duly** [2] - 201:21,
315:13
**duration** [4] - 210:5,
249:6, 264:15, 289:16
**during** [11] - 203:9,

224:17, 229:12,
235:20, 280:6,
291:21, 296:5, 304:5,
304:12, 307:18, 308:2
**duty** [9] - 251:23,
252:10, 252:11,
252:12, 252:13,
252:14, 256:2
**DVD** [1] - 211:10
**dying** [1] - 297:23
**dyspnea** [1] - 265:17

# E

**early** [1] - 235:17
**ears** [1] - 219:20
**easily** [1] - 208:21
**East** [3] - 200:20,
201:7, 201:21
**ECC** [2] - 307:6,
307:7
**EDELMAN** [1] -
201:13
**edition** [2] - 274:4,
274:5
**education** [1] - 294:6
**effect** [5] - 283:5,
283:7, 283:8, 283:9
**effects** [1] - 282:15
**efforts** [1] - 267:6
**eight** [4] - 216:10,
217:4, 223:23,
228:16, 250:1, 250:4,
251:11, 255:13,
256:1, 257:11,
269:11, 269:15,
270:3, 271:19,
280:20, 285:12
**either** [8] - 204:12,
206:23, 243:18,
256:1, 261:14,
285:21, 290:20,
306:18
**elapse** [1] - 305:20
**elapsed** [5] - 210:10,
211:17, 215:23,
219:14, 241:13
**elevated** [7] - 208:3,
235:10, 238:17,
262:10, 265:6,
296:15, 299:11
**elevating** [1] -
298:22
**elevation** [1] - 262:9
**ELSER** [1] - 201:13
**email** [2] - 257:20,
270:20
**emailing** [1] - 270:21
**embarrassing** [1] -
307:16

**Emergency** [6] -
237:7, 274:2, 274:4,
274:7, 282:19, 306:7
**emergency** [16] -
216:11, 219:23,
231:3, 237:4, 237:10,
256:2, 265:10,
271:18, 271:19,
271:22, 272:6,
272:15, 291:4, 306:8,
306:13, 306:18
**emotional** [1] - 233:9
**emphysema** [1] -
263:23
**employees** [2] -
227:12, 263:7
**EMS** [18] - 224:13,
224:21, 225:2,
225:10, 225:11,
225:17, 226:3, 226:8,
227:7, 241:23, 242:1,
243:21, 244:1,
258:15, 263:17,
285:8, 286:22
**EMT** [12] - 216:11,
217:5, 221:21,
223:23, 243:4,
269:12, 269:16,
288:9, 297:16,
297:18, 305:2, 307:2
**EMT/Deputy** [1] -
249:1
**EMTs** [1] - 306:23
**end** [11] - 212:13,
216:1, 219:16,
270:14, 284:13,
284:14, 301:5,
301:11, 302:11,
304:6, 304:10
**ended** [1] - 222:21
**ending** [1] - 303:11
**ends** [2] - 221:14,
221:15
**enforcement** [9] -
227:23, 228:7,
228:10, 228:11,
229:1, 251:21,
259:23, 260:3, 289:15
**engine** [1] - 210:9
**English** [1] - 253:16
**enhanced** [3] -
213:12, 213:16, 214:1
**enhancement** [1] -
214:5
**enhancements** [1] -
214:7
**enter** [2] - 256:18,
279:17
**entered** [1] - 279:20
**entering** [1] - 257:15,

257:23
**entire** [1] - 309:9
**entirety** [1] - 218:5
**entitled** [2] - 314:4,
315:12
**enunciate** [1] -
220:22
**environment** [1] -
285:10
**ER** [4] - 228:10,
285:13, 300:21,
303:12
**ERIE** [1] - 315:3
**errata** [9] - 268:4,
268:5, 268:11,
268:12, 268:16,
269:4, 270:16, 307:12
**errors** [1] - 307:13
**especially** [2] -
217:6, 235:10
**ESQ** [3] - 201:2,
201:7, 201:14
**essential** [1] -
262:14
**establish** [2] - 287:3,
291:10
**established** [1] -
265:4
**estimate** [2] - 236:5,
246:13
**et** [4] - 253:10, 264:7,
269:4
**evaluate** [1] - 264:22
**event** [1] - 211:3
**events** [3] - 253:19,
297:4, 297:14
**evidence** [6] - 234:3,
243:5, 256:18, 258:1,
279:18, 279:20
**exact** [3] - 249:3,
280:21, 292:12
**exactly** [6] - 215:19,
216:6, 220:2, 248:7,
254:13, 277:19
**Examination** [1] -
317:2
**EXAMINATION** [3] -
202:1, 271:3, 309:17
**examination** [2] -
200:17, 315:13
**examiner** [2] -
250:11, 258:21
**example** [1] - 218:3
**exceed** [1] - 305:23
**except** [1] - 239:14
**excessive** [11] -
233:14, 256:14,
259:15, 259:18,
259:22, 260:2, 260:4,
260:20, 261:2, 261:3,

277:21
**exchange** [6] - 208:2, 287:9, 291:14, 292:23, 293:11, 294:22
**exchanging** [1] - 294:21
**excited** [2] - 289:17, 290:1
**exclusively** [1] - 285:12
**exercise** [3] - 235:21, 285:5, 285:7
**exerted** [2] - 244:22, 246:5
**exertion** [3] - 235:9, 235:10, 235:13
**exertional** [2] - 235:20, 236:20
**EXH** [2] - 312:10, 316:3
**exhale** [2] - 290:9, 304:7
**exhaled** [2] - 265:3, 302:17
**exhaustion** [3] - 236:7, 289:14, 290:7
**Exhibit** [6] - 202:23, 203:12, 312:2, 312:7, 312:16, 316:2
**exhibit** [1] - 204:3
**EXHIBITS** [1] - 316:1
**Exhibits** [10] - 256:18, 257:15, 269:4, 273:14, 275:23, 276:11, 279:6, 279:8, 279:17, 279:23
**exhibits** [3] - 257:4, 316:7, 316:8
**experience** [19] - 216:9, 217:3, 218:6, 218:7, 220:21, 228:8, 236:2, 246:18, 247:4, 247:12, 247:13, 260:12, 261:1, 264:7, 264:12, 282:19, 286:23, 290:13, 303:22
**experienced** [4] - 235:22, 237:8, 255:23, 266:6
**experiences** [1] - 267:14
**experiment** [1] - 304:6
**experimental** [1] - 304:14
**experimentation** [1] - 302:15

**experiments** [2] - 303:18, 304:13
**expert** [7] - 227:23, 251:21, 259:23, 282:14, 282:21, 298:3
**expertise** [3] - 214:4, 227:21, 231:3
**explain** [6] - 209:18, 256:20, 260:15, 262:4, 262:14, 279:13
**explained** [7] - 249:20, 249:23, 251:10, 276:3, 280:18, 283:2, 287:14
**explaining** [2] - 262:2, 277:17
**explains** [1] - 206:11
**explanation** [1] - 289:7
**exposure** [2] - 265:5, 302:14
**extended** [1] - 235:20
**extensive** [1] - 216:9
**extensively** [2] - 217:4, 304:9
**extent** [1] - 232:17
**extreme** [9] - 235:9, 235:13, 235:20, 260:4, 260:19, 265:1, 278:23, 286:8, 300:17
**extremely** [1] - 289:22
**eye** [1] - 264:16
**eyewitness** [1] - 215:7

## F

**F'ing** [1] - 256:9
**f'ing** [2] - 254:6, 254:14
**face** [6] - 232:7, 232:12, 232:14, 249:7, 264:17, 303:20
**faces** [1] - 218:18
**facial** [3] - 229:23, 230:2, 230:4
**facilities** [1] - 263:21
**fact** [4] - 224:20, 224:22, 258:7, 272:12
**factors** [2] - 283:10, 289:11
**failed** [6] - 239:4, 251:23, 252:8, 252:9, 252:12, 252:13
**failure** [1] - 285:5
**failures** [1] - 266:10
**fall** [5] - 207:15, 285:18, 286:3,

293:20, 295:8
**falling** [1] - 232:7
**falls** [1] - 288:23
**familiar** [7] - 212:1, 217:5, 226:19, 255:10, 260:21, 265:6, 285:10
**family** [1] - 307:9
**far** [10] - 217:3, 234:2, 235:21, 249:5, 271:18, 279:16, 280:19, 294:16, 302:10, 307:12
**fashion** [1] - 204:12
**fast** [3] - 289:22, 297:9, 297:10
**faults** [1] - 275:2
**faxed** [1] - 268:11
**FDA** [7] - 257:6, 257:9, 276:2, 276:11, 277:7, 278:19, 311:7
**federal** [1] - 202:6
**Federal** [2] - 200:18, 274:23
**feet** [2] - 212:19, 261:19
**fell** [2] - 232:12, 242:11
**felt** [1] - 286:20
**femoral** [1] - 288:20
**few** [3] - 204:19, 250:19, 254:23
**field** [4] - 216:10, 217:4, 223:23, 255:12
**figure** [1] - 236:17
**films** [1] - 230:7
**finally** [1] - 295:15
**fine** [2] - 255:3, 312:8
**finger** [2] - 239:13, 239:22
**finish** [3] - 216:15, 220:8, 270:15
**finished** [8] - 217:1, 242:4, 254:19, 257:17, 261:5, 270:9, 289:8, 290:5
**FIRE** [1] - 200:13
**Fire** [2] - 201:17, 266:13
**firm** [2] - 257:2, 257:4
**first** [25] - 203:9, 205:15, 214:11, 218:20, 224:2, 227:21, 235:12, 244:14, 249:20, 250:7, 252:17, 256:20, 259:7, 267:18, 267:21,

269:3, 273:9, 277:20, 280:18, 281:19, 283:2, 283:9, 298:7, 305:7, 311:9
**fit** [3] - 254:4, 254:5, 260:18
**five** [1] - 255:1
**FLORIDA** [1] - 200:4
**Florida** [5] - 200:12, 201:3, 201:8, 201:15, 243:4
**focusing** [1] - 252:10
**folks** [1] - 264:16
**follow** [1] - 277:15
**following** [1] - 312:9
**follows** [1] - 201:22
**followup** [2] - 263:21, 271:6
**Food** [5] - 281:6, 311:1, 311:16, 312:10, 316:3
**foot** [10] - 207:8, 240:14, 241:1, 244:11, 244:18, 244:23, 245:4, 245:13, 254:7, 260:17
**force** [13] - 232:6, 233:14, 249:3, 256:14, 259:15, 259:18, 259:22, 260:1, 260:3, 260:4, 260:19, 260:20, 261:3
**forces** [6] - 260:15, 260:21, 261:1, 262:2, 262:5, 262:15
**fore** [1] - 311:21
**foregoing** [3] - 314:2, 315:7, 315:12
**forensic** [2] - 250:11, 258:21
**forensically** [1] - 214:2
**form** [43] - 203:17, 204:1, 204:2, 204:5, 204:9, 206:18, 218:10, 220:13, 220:18, 221:3, 226:20, 227:9, 229:14, 230:20, 231:2, 233:23, 234:12, 234:17, 234:22, 237:16, 237:23, 240:1, 246:7, 248:14, 251:9, 271:23, 272:17, 273:1, 273:13, 273:19, 275:7, 275:14, 275:20, 301:16, 308:2, 308:5, 308:12, 308:15,

308:20, 310:5, 310:6, 310:20, 310:21
**former** [1] - 221:21, 243:3, 249:1, 260:22, 297:18, 305:2
**forming** [2] - 271:10, 275:6
**forms** [1] - 274:16
**Fort** [1] - 201:8
**forthcoming** [1] - 249:23
**forward** [2] - 232:12, 257:21
**Four** [2] - 312:10, 316:3
**four** [13] - 225:18, 225:22, 257:4, 257:14, 276:14, 286:7, 286:11, 286:16, 286:20, 287:13, 295:11, 295:17, 312:3
**fractures** [8] - 229:22, 230:2, 230:4, 230:15, 230:18, 230:19, 232:15, 232:16
**frame** [1] - 305:20
**France** [1] - 299:5
**frankly** [2] - 231:12, 309:3
**frequent** [1] - 291:19
**frequently** [3] - 288:3, 291:5, 299:7
**frightened** [2] - 263:4, 263:7
**front** [1] - 212:13
**full** [1] - 252:17
**functioning** [1] - 292:19

## G

**gas** [2] - 300:21, 301:8
**gasp** [6] - 215:20, 221:10, 295:13, 295:15, 295:18
**gasping** [4] - 221:11, 242:19, 293:9, 295:19
**gasps** [2] - 216:22, 222:2
**gears** [2] - 228:12, 262:16
**general** [1] - 280:22
**GIUFFREDA** [1] - 201:6
**given** [5] - 234:15, 238:3, 258:21, 278:23, 314:3

8

**gluteal** [1] - 232:11
**go-round** [1] - 259:8
**Gonzalez** [1] - 266:13
**governmental** [1] - 306:18
**grab** [1] - 288:11
**gracious** [1] - 298:6
**great** [2] - 257:11, 276:6
**greater** [3] - 278:15, 278:21, 279:4
**groan** [1] - 218:3
**groaned** [1] - 216:3
**groaning** [3] - 216:21, 217:6, 218:1
**groans** [2] - 216:1, 216:7
**grossly** [7] - 292:8, 292:21, 293:10, 293:11, 295:20, 295:21, 305:4
**ground** [9] - 206:23, 207:5, 208:22, 209:4, 261:19, 265:23, 277:6, 298:23, 299:10
**guardian** [1] - 200:6
**guess** [9] - 207:18, 208:9, 252:18, 253:16, 256:3, 256:6, 258:3, 284:8, 287:11
**Guidelines** [1] - 274:4
**guys** [2] - 270:15, 270:20

## H

**half** [6] - 207:1, 207:3, 207:4, 242:21, 253:6, 286:14
**hand** [1] - 311:23
**handcuffed** [2] - 203:15, 265:22
**handed** [1] - 312:3
**handing** [1] - 257:16
**hands** [4] - 204:11, 212:17, 224:10, 293:19
**hands-on** [1] - 293:19
**hanging** [27] - 203:6, 203:13, 203:22, 205:20, 206:3, 206:18, 207:6, 207:20, 208:8, 208:10, 208:17, 208:18, 208:19, 246:9, 246:18, 246:19, 247:4,

247:13, 260:7, 261:9, 261:10, 261:12, 261:17, 261:21, 262:13, 298:23
**hard** [5] - 242:11, 250:22, 255:19, 269:2, 304:20
**head** [4] - 230:3, 232:15, 249:12, 283:15
**Health** [10] - 257:7, 274:22, 276:6, 277:9, 278:13, 281:5, 311:3, 311:18, 312:12, 316:4
**hear** [15] - 202:10, 202:12, 202:15, 217:11, 219:7, 221:6, 221:11, 222:1, 242:18, 259:17, 276:20, 298:9, 309:7, 309:19
**heard** [7] - 215:18, 217:22, 219:12, 219:22, 221:12, 222:18, 242:19
**hearing** [2] - 219:6, 234:21
**heart** [3] - 297:5, 301:8, 304:2
**heat** [3] - 235:21, 236:7
**HECHT** [44] - 201:2, 216:15, 218:10, 220:13, 220:18, 221:3, 226:20, 227:9, 229:14, 230:20, 231:2, 233:23, 234:12, 234:17, 234:22, 237:16, 237:23, 240:1, 246:7, 248:14, 251:9, 254:21, 255:3, 270:14, 270:18, 270:23, 271:23, 272:17, 273:1, 273:13, 273:19, 275:7, 275:14, 301:16, 307:16, 308:23, 309:10, 309:17, 310:13, 310:22, 312:14, 312:20, 313:3, 317:5
**Hecht** [3] - 257:4, 259:5, 268:14
**Hecht's** [1] - 316:7
**held** [2] - 239:5, 304:15
**helmet** [1] - 297:7
**helmets** [2] - 265:1, 302:16

**help** [12] - 221:7, 224:23, 225:3, 225:8, 225:20, 225:23, 226:5, 235:19, 295:15, 295:16
**hemodynamic** [1] - 288:14
**hereby** [1] - 314:1
**HEREBY** [1] - 315:5
**high** [4] - 293:17, 296:19, 301:20, 302:10
**highlighted** [1] - 278:22
**highly** [1] - 283:12
**himself** [1] - 256:12
**history** [1] - 230:2
**hog** [1] - 303:10
**hold** [8] - 225:5, 237:5, 264:14, 264:15, 264:18, 270:23, 282:14, 306:7
**holding** [7] - 227:22, 251:20, 264:19, 303:4, 303:18, 303:20, 304:6
**home** [2] - 286:1, 292:19
**honestly** [1] - 309:12
**honorably** [2] - 247:18, 248:3
**hoping** [1] - 208:16
**hospital** [2] - 285:10, 286:18
**hour** [4] - 286:14, 299:6, 308:3, 309:6
**hours** [3] - 210:2, 225:16, 233:1
**house** [1] - 290:15
**human** [13] - 216:13, 217:3, 218:8, 218:14, 264:3, 264:7, 264:10, 265:8, 265:13, 265:22, 266:2, 302:15, 304:13
**Human** [10] - 257:8, 274:22, 276:6, 277:9, 278:13, 281:5, 311:3, 311:18, 312:13, 316:4
**humidity** [1] - 235:11
**hunger** [1] - 265:18
**Hunt** [1] - 268:11
**hurt** [1] - 282:12
**hypercapnia** [5] - 208:2, 208:4, 265:5, 274:17, 283:16
**hypercapnic** [1] - 278:8
**hypersensitive** [1] - 274:17

**hyperthermia** [1] - 235:12
**hyperventilating** [1] - 294:17
**hypotension** [1] - 278:1
**hypotensive** [1] - 296:16
**hypothetically** [1] - 232:22
**hypoventilation** [1] - 279:3
**hypoxia** [1] - 267:2
**hypoxic** [1] - 279:3

## I

**idea** [1] - 258:18
**Identification** [1] - 312:9
**identified** [1] - 274:21
**illustrate** [1] - 274:10
**imaging** [1] - 231:16
**immediate** [1] - 300:22
**immediately** [10] - 252:20, 253:4, 253:9, 253:12, 253:14, 253:17, 253:22, 254:2, 254:16, 268:7
**immersed** [1] - 303:21
**implying** [1] - 209:5
**important** [3] - 248:10, 305:21, 311:12
**importantly** [1] - 205:10
**inability** [3] - 248:19, 248:20, 283:22
**inactions** [1] - 250:15
**inadequate** [6] - 292:9, 294:15, 295:19, 295:20, 295:21, 305:4
**inadvisable** [1] - 280:17
**incident** [5] - 230:14, 232:19, 232:20, 233:22, 287:21
**include** [1] - 243:20
**included** [9] - 258:20, 268:22, 273:12, 276:7, 278:3, 278:4, 279:5, 279:7, 279:10
**including** [3] - 245:3, 279:23, 304:5

**incorrect** [1] - 261:9
**increments** [3] - 305:8, 305:9, 305:12
**independent** [2] - 200:14, 201:17
**INDEX** [2] - 316:1, 317:1
**Indian** [1] - 266:14, 269:10, 270:2
**indifference** [2] - 282:4, 282:5
**individual** [1] - 251:5
**individually** [8] - 200:10, 200:10, 200:11, 200:11, 200:13, 266:10, 266:21, 310:7
**induced** [1] - 289:23
**inform** [1] - 274:13
**information** [6] - 234:16, 258:17, 272:12, 274:11, 276:10, 298:6
**ingestion** [1] - 274:18
**inhale** [2] - 290:9, 304:9
**initial** [11] - 203:1, 228:15, 228:20, 228:21, 231:18, 250:6, 250:13, 250:23, 251:8, 303:1, 303:4
**initials** [1] - 298:12
**injected** [2] - 256:17, 258:6
**injection** [7] - 257:6, 276:18, 276:19, 276:21, 284:16, 299:18, 305:22
**injections** [1] - 278:15
**injured** [1] - 229:3
**Injured** [1] - 274:3
**injuries** [10] - 228:13, 228:15, 228:19, 229:20, 231:4, 233:13, 234:4, 234:8, 235:1, 310:18
**injury** [2] - 262:15, 310:4
**insert** [7] - 256:20, 256:21, 257:5, 276:2, 276:11, 277:8, 311:8
**inside** [1] - 263:10
**instance** [3] - 215:19, 215:22, 227:7
**instructed** [2] - 279:19, 279:21
**instructor** [1] -

260:22
**insufficiency** [20] - 207:16, 217:8, 243:6, 248:23, 252:22, 262:8, 264:23, 277:5, 277:7, 277:14, 283:14, 283:21, 284:2, 284:8, 293:12, 297:18, 301:1, 301:14, 305:5, 305:18
**insufficient** [3] - 294:22, 294:23
**intention** [1] - 218:21
**interacting** [1] - 237:13
**interaction** [1] - 212:14
**interceded** [1] - 254:12
**interest** [1] - 270:11
**interject** [1] - 254:21
**internal** [1] - 264:11
**interoffice** [1] - 270:19
**interpretation** [3] - 216:8, 216:20, 216:22
**interpreted** [1] - 292:18
**interrupt** [1] - 277:17
**intervene** [2] - 253:7, 290:19
**intervened** [1] - 254:16
**intoxication** [2] - 278:5, 278:6
**intracranial** [1] - 249:13
**intramuscular** [1] - 282:22
**intubate** [1] - 287:9
**intubating** [1] - 288:2
**intubation** [1] - 290:20
**investigator** [1] - 304:1
**invited** [1] - 307:6
**involve** [2] - 206:19, 206:22
**involved** [5] - 204:10, 204:16, 262:2, 265:14, 265:21
**involving** [2] - 206:10, 265:22
**irregular** [3] - 295:10, 295:18, 297:10
**issue** [1] - 271:22
**issues** [1] - 272:5
**italic** [1] - 215:20

**italics** [1] - 216:1
**itself** [2] - 253:14, 300:11
**IV** [3] - 286:10, 286:13, 287:7

## J

**JANICE** [1] - 200:6
**Janice** [1] - 202:7
**JOHN** [4] - 200:1, 200:18, 314:7, 317:3
**John** [1] - 200:19
**joke** [1] - 218:16
**joking** [1] - 218:19
**JOLLY** [1] - 201:6
**Jose** [2] - 201:18, 238:4
**JOSE** [1] - 200:13
**Julia** [1] - 270:8
**JULIE** [1] - 201:14
**Julie** [2] - 257:2, 307:22
**julie.tyk@ wilsonelser.com** [1] - 201:16
**July** [2] - 209:9, 250:4
**JW** [1] - 268:11

## K

**keep** [2] - 246:17, 261:8
**keeping** [1] - 226:18
**KEN** [1] - 200:12
**Ken** [1] - 201:11
**kept** [1] - 285:21
**key** [3] - 209:23, 211:7, 214:23
**kicked** [4] - 223:1, 241:12, 242:9, 242:10
**kidney** [1] - 233:17
**kill** [4] - 282:12, 292:11, 295:13
**kind** [1] - 257:20
**knock** [1] - 249:6
**knowing** [4] - 233:8, 256:23, 260:12
**knowledge** [3] - 229:5, 229:16, 267:15
**known** [7] - 203:7, 232:13, 257:9, 281:20, 282:11, 291:13

## L

**label** [1] - 278:19
**lack** [1] - 274:11

**lactic** [3] - 283:17, 283:18, 300:11
**laid** [1] - 271:14
**Lakes** [1] - 201:2
**land** [2] - 302:20, 303:19
**language** [1] - 253:16
**lapse** [2] - 210:5, 211:16
**lapsed** [1] - 210:4
**laryngospasm** [1] - 303:3
**last** [10] - 221:10, 251:22, 255:18, 271:6, 285:15, 285:18, 287:23, 306:6, 306:11, 310:23
**late** [2] - 235:19, 243:16
**Lauderdale** [1] - 201:8
**law** [11] - 227:23, 228:7, 228:10, 228:11, 229:1, 251:20, 257:2, 257:4, 259:22, 260:3, 289:15
**lawsuit** [1] - 202:7
**lawyers** [2] - 259:5, 268:6
**laying** [3] - 206:22, 223:17, 224:5
**layman's** [1] - 284:22
**lead** [5] - 239:7, 248:12, 281:20, 300:8, 304:1
**leading** [1] - 233:17
**leaning** [1] - 233:17
**leave** [2] - 219:4, 274:11
**led** [2] - 239:6, 286:3
**left** [9] - 207:7, 223:17, 224:5, 232:11, 245:4, 245:13, 254:7, 274:20, 275:21
**leg** [1] - 245:4
**legal** [9] - 200:6, 260:3, 272:10, 282:1, 282:4, 282:8, 285:1, 285:2, 308:9
**length** [1] - 289:4
**less** [10] - 225:17, 242:21, 243:15, 297:11, 297:12, 299:22, 302:2, 302:6, 302:8
**letter** [1] - 268:12
**level** [10] - 208:3, 236:23, 237:20,

238:3, 299:16, 299:20, 300:9, 302:10, 302:14, 304:10
**Lewis** [1] - 257:3
**life** [8] - 239:9, 252:1, 252:8, 260:22, 266:23, 274:13, 288:9, 292:9
**lift** [1] - 209:4
**lifted** [3] - 208:21, 240:14, 248:1
**lifting** [1] - 203:14
**lightly** [5] - 243:5, 249:1, 297:23, 305:1, 305:5
**likely** [4] - 209:1, 217:21, 252:23, 260:5
**limit** [1] - 265:5
**limited** [1] - 279:1
**limping** [1] - 234:5
**Lindsey** [1] - 273:15
**Lindsey's** [1] - 271:21
**line** [7] - 243:2, 251:23, 252:10, 252:11, 252:12, 252:13, 297:19
**lines** [1] - 219:8
**lingo** [1] - 307:14
**link** [2] - 207:19, 211:5
**linked** [1] - 210:8
**links** [2] - 215:11, 257:13
**list** [3] - 231:17, 273:8, 276:16
**listed** [6] - 228:15, 228:20, 231:19, 266:10, 274:16, 278:12
**listened** [1] - 234:16
**listing** [2] - 229:20, 257:12
**lists** [2] - 277:11, 277:12
**literature** [3] - 286:23, 294:5, 311:15
**LLP** [1] - 201:13
**located** [1] - 276:13
**look** [7] - 224:15, 225:12, 231:15, 242:1, 263:17, 277:8, 302:11
**looked** [7] - 213:4, 213:16, 215:2, 224:3, 268:1, 298:5, 305:15
**looking** [16] - 212:10, 219:14, 223:16, 230:3, 242:2,

242:5, 245:15, 248:18, 263:3, 266:19, 268:19, 294:20, 295:3, 302:4, 302:5, 302:8
**looks** [1] - 271:19
**Lorazepam** [2] - 257:9, 277:10
**lose** [2] - 303:6, 304:12
**loses** [1] - 304:18
**losing** [3] - 249:9, 249:16, 297:13
**loss** [4] - 248:21, 249:11, 256:15, 304:13
**lost** [9] - 241:6, 242:20, 246:3, 274:18, 296:15, 296:20, 296:21, 300:13, 304:15
**loud** [1] - 202:12
**low** [6] - 267:2, 293:17, 295:6, 297:16, 300:12, 300:16, 301:19, 302:1
**lower** [1] - 232:11
**Lucie** [5] - 200:12, 201:17, 202:5, 258:13, 266:13
**LUCIE** [1] - 200:13
**lung** [3] - 303:6, 303:7, 304:9
**lungs** [2] - 301:8, 304:2
**lying** [4] - 223:14, 224:7, 265:23, 277:6

## M

**M.D** [1] - 282:18
**ma'am** [6] - 202:17, 202:21, 219:3, 247:17, 261:7, 271:16
**machine** [1] - 315:8
**Magrum** [47] - 201:10, 205:17, 206:13, 207:1, 208:14, 208:20, 211:12, 215:8, 221:22, 224:23, 225:7, 225:19, 239:1, 239:4, 239:17, 239:22, 240:6, 240:12, 240:14, 240:16, 240:20, 242:10, 244:8, 244:11, 244:23, 248:11, 249:2, 252:6, 252:14, 252:20,

10

253:4, 253:9, 253:13, 253:20, 253:23, 254:6, 255:7, 259:15, 260:9, 260:15, 262:11, 262:12, 267:7, 289:12, 297:19, 300:15, 305:2
**MAGRUM** [1] - 200:10
**Magrum's** [7] - 207:7, 209:3, 243:3, 244:18, 247:22, 248:12, 256:7
**mail** [2] - 268:13, 270:20
**main** [1] - 260:6
**major** [3] - 274:12, 275:21, 287:16
**manager** [1] - 227:12
**maneuver** [1] - 262:7
**maneuvers** [3] - 224:19, 243:11, 246:13
**manner** [1] - 315:8
**mark** [3] - 215:16, 312:1, 312:6
**marked** [4] - 202:23, 212:23, 312:5, 312:9
**Mascara** [1] - 201:11
**MASCARA** [1] - 200:12
**mask** [2] - 290:20, 302:17
**materials** [2] - 271:8, 272:4
**math** [1] - 211:20
**matter** [2] - 242:17, 297:8
**matters** [1] - 307:8
**maximum** [1] - 283:8
**MD** [6] - 200:1, 200:18, 200:20, 201:20, 314:7, 317:3
**mean** [11] - 219:19, 238:15, 253:15, 258:2, 267:23, 272:2, 272:9, 281:15, 302:7, 305:19
**meaning** [6] - 221:23, 243:12, 252:11, 272:8, 303:4, 310:8
**means** [2] - 284:20, 315:8
**meant** [3] - 242:3, 252:19, 282:23
**measure** [4] - 265:4, 292:14, 292:16, 304:8
**measured** [4] - 264:14, 265:2,

301:12, 304:5
**measurement** [1] - 293:7
**measuring** [4] - 284:11, 294:18, 304:10, 304:11
**mechanical** [1] - 295:8
**mechanism** [1] - 262:14
**mechanisms** [1] - 226:18
**medical** [68] - 216:12, 217:22, 218:13, 220:6, 220:19, 222:1, 224:23, 225:8, 225:11, 225:20, 226:5, 231:6, 233:7, 233:10, 233:19, 235:15, 237:4, 237:9, 245:17, 257:9, 260:2, 263:14, 263:20, 264:3, 264:7, 264:10, 264:11, 264:21, 265:8, 265:13, 265:22, 266:2, 266:5, 271:19, 271:22, 272:6, 272:15, 280:10, 280:12, 284:16, 287:16, 289:1, 289:19, 290:14, 291:1, 291:22, 292:3, 293:17, 294:1, 294:5, 295:16, 296:4, 296:8, 296:15, 297:1, 297:14, 299:17, 300:16, 301:20, 306:9, 306:13, 306:19, 307:14, 309:22, 309:23, 310:11, 310:14, 310:15
**Medical** [3] - 248:4, 274:4, 274:7
**medically** [3] - 255:11, 262:4, 282:9
**medication** [1] - 258:6
**Medicine** [3] - 237:7, 282:19, 306:7
**medicine** [6] - 231:4, 236:8, 237:10, 256:2, 272:11, 291:4
**memory** [2] - 203:4, 250:23
**mental** [1] - 278:9
**mention** [10] - 214:22, 229:22,

230:5, 243:12, 250:19, 263:13, 263:19, 266:8, 283:17, 305:18
**mentioned** [17] - 213:20, 214:22, 217:2, 222:5, 235:12, 244:9, 254:18, 257:13, 259:14, 263:23, 264:6, 269:7, 274:15, 275:21, 291:18, 297:3, 299:3
**Mercury** [2] - 288:13, 302:14
**metabolic** [6] - 237:14, 274:17, 283:16, 300:7, 300:11, 300:18
**methamphetamine** [1] - 289:20
**method** [2] - 206:14, 267:8
**methods** [3] - 206:15, 207:21, 303:9
**metrically** [1] - 304:11
**Miami** [1] - 263:18
**might** [6] - 234:14, 288:19, 289:7, 290:4, 304:20, 306:23
**military** [4] - 228:11, 236:8, 306:16
**milligram** [6] - 286:12, 287:7, 287:18, 305:9, 305:13, 305:21
**milligrams** [1] - 305:23
**milliliter** [1] - 294:18
**milliliters** [3] - 292:8, 293:8, 302:13
**mind** [3] - 207:19, 254:23, 263:1
**mine** [1] - 286:1
**minute** [9] - 210:6, 221:9, 222:3, 240:10, 242:22, 287:15, 300:13, 300:19, 305:23
**minutes** [14] - 210:2, 225:21, 225:22, 241:7, 241:9, 241:14, 241:18, 241:19, 241:20, 243:15, 243:16, 254:23, 255:1, 295:17
**misinformed** [1] - 274:12
**misquoted** [1] - 292:13

**missing** [3] - 208:9, 272:22, 294:11
**mistake** [4] - 216:18, 269:7, 269:9, 270:1
**mistaken** [2] - 228:4, 269:17
**misunderstood** [3] - 222:21, 239:11, 275:18
**moment** [4] - 222:5, 223:4, 262:17, 270:6
**monitor** [1] - 287:8
**monitoring** [1] - 265:1
**months** [2] - 228:4, 230:13
**MOSKOWITZ** [1] - 201:13
**most** [4] - 205:10, 245:10, 285:13, 303:22
**mother** [6] - 200:6, 233:3, 233:12, 233:18, 234:2, 234:6
**mother's** [1] - 229:9
**mouth** [1] - 217:15
**mouths** [1] - 217:14
**move** [4] - 259:13, 278:18, 281:8, 303:5
**movement** [2] - 207:23, 224:11
**moving** [8] - 221:21, 222:8, 223:7, 224:18, 242:16, 254:6, 254:14, 256:9
**MR** [43] - 216:15, 218:10, 220:13, 220:18, 221:3, 226:20, 227:9, 229:14, 230:20, 231:2, 233:23, 234:12, 234:17, 234:22, 237:16, 237:23, 240:1, 246:7, 248:14, 251:9, 254:21, 255:3, 270:14, 270:18, 270:23, 271:23, 272:17, 273:1, 273:13, 273:19, 275:7, 275:14, 301:16, 307:16, 308:23, 309:10, 309:17, 310:13, 310:22, 312:14, 312:20, 313:3, 317:5
**MRIs** [1] - 231:13
**MS** [48] - 202:1, 216:16, 216:23, 218:11, 220:14,

220:23, 227:1, 227:16, 229:15, 230:22, 231:8, 234:10, 234:14, 234:20, 235:3, 237:18, 238:1, 240:3, 246:16, 248:16, 251:14, 255:2, 255:5, 270:13, 270:16, 270:21, 271:3, 272:3, 273:3, 273:14, 273:23, 275:10, 275:15, 301:23, 306:2, 306:4, 307:11, 308:20, 309:7, 309:14, 310:5, 310:6, 310:20, 310:21, 312:23, 313:2, 317:3, 317:4
**multiple** [4] - 226:13, 233:2, 286:8, 292:10
**muscle** [2] - 231:20, 233:16
**muscles** [1] - 232:10
**must** [5] - 246:4, 278:23, 305:20, 305:22, 307:20
**mute** [4] - 307:19, 309:6, 309:9, 309:11

## N

**name** [1] - 202:3
**named** [1] - 250:16
**names** [1] - 206:18
**Nancy** [2] - 257:16, 312:4
**NANCY** [2] - 200:22, 315:18
**nasal** [6] - 229:23, 230:4, 230:15, 230:18, 230:19, 232:15
**nausea** [1] - 287:5
**Navy** [5] - 247:16, 247:19, 248:5, 264:21, 302:16
**necessarily** [4] - 217:19, 218:8, 262:3, 291:15
**necessary** [5] - 249:2, 258:20, 286:20, 287:2, 287:10
**necessitated** [1] - 286:15
**need** [3] - 202:18, 254:22, 307:17
**needing** [1] - 285:21
**NEELEY** [1] - 200:6
**Neeley** [1] - 202:7

**negligence** [3] - 284:23, 285:1, 308:7
**negligent** [4] - 281:11, 281:23, 284:23, 285:4
**never** [8] - 218:14, 244:3, 255:23, 267:6, 269:15, 297:21, 307:9, 307:18
**NEW** [1] - 315:1
**new** [2] - 202:13, 307:20
**New** [3] - 200:20, 201:21, 315:6
**NEWMAN** [1] - 200:10
**Newman** [9] - 201:10, 232:9, 239:18, 240:5, 254:15, 256:13, 257:2, 266:21, 267:3
**next** [6] - 212:18, 254:23, 258:9, 277:18, 305:13, 305:21
**nights** [2] - 285:12, 285:13
**nine** [1] - 271:19
**nobody** [1] - 226:4
**noises** [1] - 216:7
**none** [2] - 264:17, 288:21
**nonresponsive** [3] - 242:23, 248:22, 297:15
**nonverbal** [9] - 221:23, 224:3, 241:5, 242:9, 243:1, 243:7, 248:21, 295:22, 297:15
**normal** [6] - 253:16, 300:20, 301:5, 301:10, 301:17, 302:12
**normally** [1] - 301:9
**North** [1] - 201:14
**notarized** [2] - 268:10, 268:14
**NOTARY** [1] - 314:14
**Notary** [3] - 200:22, 315:5, 315:18
**notations** [1] - 218:4
**note** [1] - 219:13
**noted** [1] - 234:5
**notes** [1] - 308:5
**nothing** [8] - 213:20, 233:10, 233:13, 263:22, 271:11, 272:10, 309:4, 315:15
**notice** [4] - 203:20,

218:19, 250:13, 267:9
**noting** [1] - 249:21
**number** [25] - 204:3, 210:3, 211:8, 211:9, 212:6, 212:9, 212:23, 223:8, 226:1, 229:23, 230:3, 236:6, 236:7, 236:9, 236:15, 245:5, 246:12, 249:22, 257:19, 257:22, 277:10, 283:10, 293:8, 301:21
**Number** [1] - 203:12
**numbered** [1] - 276:22
**numbers** [1] - 301:22
**numerous** [5] - 211:22, 223:22, 282:20, 308:6, 308:10

**O**

**object** [5] - 206:4, 310:5, 310:6, 310:20, 310:21
**objection** [3] - 218:10, 308:15, 308:20
**objections** [5] - 308:2, 308:5, 308:6, 308:13, 309:8
**objectively** [1] - 295:2
**observation** [8] - 215:5, 219:11, 292:15, 293:5, 293:6, 293:16, 294:2, 294:8
**observations** [11] - 214:11, 214:12, 214:16, 215:16, 218:5, 218:21, 222:6, 222:20, 223:20, 290:12, 290:18
**observe** [1] - 267:5
**observed** [4] - 207:17, 255:12, 255:15, 305:1
**observing** [3] - 207:13, 284:9, 305:3
**obstruction** [1] - 277:22
**obviously** [2] - 308:16, 308:23
**occasion** [2] - 226:17, 230:12
**occur** [2] - 279:4, 303:7
**occurred** [3] - 228:22, 232:19, 280:1
**occurring** [1] -

262:11
**OF** [3] - 200:4, 315:1, 315:3
**office** [4] - 200:19, 226:13, 254:22, 259:1
**officer** [2] - 264:21, 266:5
**officers** [2] - 228:10, 255:16
**official** [2] - 268:20, 268:22
**often** [1] - 227:13
**omissions** [1] - 275:2
**onboard** [2] - 280:23, 283:15
**once** [1] - 230:6
**one** [41] - 203:18, 209:22, 210:5, 211:11, 212:7, 213:5, 214:18, 221:7, 221:8, 222:2, 225:18, 226:1, 226:9, 227:5, 233:3, 234:5, 234:9, 241:3, 245:18, 248:15, 248:17, 257:19, 262:19, 264:5, 267:11, 274:16, 277:8, 277:13, 280:19, 288:2, 289:3, 291:14, 304:14, 305:11, 305:18, 307:4, 308:21, 308:22, 311:20, 311:21
**one-third** [1] - 245:18
**ongoing** [1] - 305:16
**onset** [4] - 283:1, 283:3, 283:8, 289:21
**open** [4] - 216:1, 291:11, 291:23, 292:2
**opened** [1] - 276:15
**operating** [1] - 280:23
**opinion** [29] - 208:12, 228:14, 233:3, 234:19, 237:11, 237:19, 238:2, 239:16, 240:16, 240:20, 240:23, 246:2, 248:11, 251:3, 252:3, 252:9, 253:3, 254:1, 256:7, 259:21, 267:3, 272:14, 275:6, 275:20, 279:14, 308:9, 309:23, 310:14
**opinions** [12] - 213:8, 234:15,

248:10, 250:14, 251:1, 251:7, 260:14, 271:10, 311:13, 311:14, 312:16, 312:18
**oral** [1] - 290:20
**Orange** [1] - 201:14
**ordering** [1] - 287:7
**ore** [1] - 265:18
**Original** [1] - 316:7
**original** [5] - 203:1, 231:15, 252:19, 268:8, 268:13
**originals** [1] - 268:9
**Orlando** [1] - 201:15
**osculation** [1] - 293:21
**output** [2] - 265:4, 291:20, 304:4
**outside** [2] - 303:17, 306:16
**overexertion** [2] - 232:4, 235:7
**oversees** [2] - 257:8, 274:23
**overspoke** [1] - 253:5
**own** [2] - 207:19, 219:20, 279:17
**ox** [1] - 304:11
**oxygen** [9] - 208:2, 208:5, 238:16, 238:18, 262:10, 267:2, 296:21, 300:9, 304:10

**P**

**p.m** [6] - 200:21, 225:15, 225:16, 225:17, 243:17, 313:4
**PA** [2] - 201:1, 201:6
**package** [5] - 256:19, 256:21, 257:5, 276:2, 311:8
**page** [33] - 203:14, 209:21, 215:2, 228:21, 229:19, 229:21, 231:17, 242:6, 243:2, 243:23, 248:4, 250:1, 250:3, 250:19, 250:22, 251:18, 252:17, 252:18, 262:17, 263:12, 264:1, 264:4, 264:5, 266:7, 266:19, 266:20, 269:6, 273:20, 276:13, 276:23, 277:11, 297:19

**Page** [2] - 316:2, 317:2
**pages** [9] - 203:5, 203:19, 204:8, 204:19, 268:3, 268:10, 276:21, 278:22, 314:2
**pain** [1] - 205:1
**Palm** [2] - 201:2, 201:3
**palpation** [2] - 288:18, 291:18
**panel** [1] - 277:7
**papers** [3] - 302:5, 302:6, 302:8
**paragraph** [5] - 251:22, 252:17, 266:8, 266:13, 266:17
**paramedic** [5] - 255:13, 256:1, 256:16, 265:9, 307:1
**paramedics** [15] - 217:5, 224:1, 241:11, 243:13, 258:12, 274:13, 285:17, 285:23, 287:7, 288:9, 290:21, 306:23, 310:3, 310:9, 310:17
**parameters** [1] - 284:12
**paranoia** [1] - 278:10
**paranoid** [2] - 263:8, 263:11
**parens** [1] - 216:1
**parentheses** [2] - 219:17, 238:10
**parking** [2] - 212:11, 212:19
**part** [34] - 202:9, 203:9, 205:15, 205:22, 211:15, 214:14, 214:18, 222:6, 223:11, 223:12, 227:21, 237:4, 241:9, 243:21, 244:14, 252:10, 258:14, 259:9, 259:11, 260:9, 266:2, 266:4, 267:18, 267:21, 268:20, 269:3, 269:12, 269:15, 276:20, 279:11, 280:7, 298:7, 304:16, 306:14
**partial** [1] - 277:22
**partially** [1] - 265:2
**parties** [1] - 258:17
**partners** [1] - 256:12
**past** [1] - 230:2
**patient** [23] - 225:15,

242:5, 242:7, 256:1, 261:4, 274:7, 277:13, 283:9, 283:11, 284:9, 285:11, 285:16, 285:23, 286:1, 286:6, 286:9, 287:1, 287:4, 287:22, 288:6, 288:10, 294:15, 303:12

**patient's** [2] - 293:17, 294:7

**patients** [11] - 219:23, 236:3, 236:6, 236:11, 265:9, 265:10, 277:4, 278:1, 278:2, 279:1, 288:3

**pause** [1] - 294:13

**pavement** [2] - 206:15, 207:7

**peak** [3] - 283:4, 283:5, 283:7

**pending** [1] - 202:19

**people** [6] - 212:11, 213:3, 236:14, 241:23, 265:22, 266:9

**per** [1] - 305:23

**percent** [5] - 275:17, 302:2, 302:5, 302:7, 302:9

**perfecting** [1] - 275:15

**period** [8] - 235:8, 235:23, 243:15, 260:11, 300:14, 300:19, 305:11, 305:20

**peripheral** [2] - 288:11, 304:2

**person** [11] - 204:10, 204:11, 217:19, 255:21, 261:12, 261:17, 261:21, 262:5, 285:6, 299:6, 304:18

**person's** [1] - 292:22

**personal** [3] - 246:18, 247:4, 280:11

**personally** [3] - 214:19, 215:4, 236:3

**perspective** [1] - 212:9

**pertain** [1] - 277:19

**pH** [5] - 299:16, 300:12, 300:15, 301:2

**Ph.D** [1] - 282:18

**pharmacokinetics** [2] - 282:22, 282:23

**Pharmacy** [20] - 210:1, 210:22, 211:8, 211:23, 212:5,

212:21, 213:2, 213:8, 215:3, 222:17, 222:19, 223:7, 226:7, 227:6, 227:12, 233:2, 244:4, 263:6, 263:10, 289:23

**phase** [2] - 303:1, 303:4

**phenomena** [1] - 226:19

**phone** [22] - 202:13, 207:14, 210:4, 210:8, 211:4, 214:21, 215:3, 215:8, 221:13, 223:1, 226:17, 229:9, 229:12, 250:2, 254:10, 259:4, 267:6, 278:8, 307:19, 307:20, 309:6, 309:7

**phrase** [1] - 219:22

**physical** [7] - 233:8, 234:4, 260:15, 283:8, 287:1, 289:14, 290:7

**physically** [5] - 208:13, 209:15, 210:20, 286:12, 288:6

**physician** [6] - 284:5, 284:6, 285:6, 290:14, 291:1, 293:15

**physiological** [7] - 206:11, 248:18, 264:15, 282:15, 283:12, 286:6, 289:18

**physiologically** [2] - 262:4, 287:19

**physiology** [2] - 264:22, 272:11

**pickup** [2] - 211:2, 211:14, 215:10, 221:15

**picture** [3] - 203:12, 261:20, 299:5

**pictures** [7] - 208:11, 260:13, 262:1, 262:3, 262:13, 279:12, 299:1

**piece** [1] - 240:10

**place** [3] - 262:18, 262:19, 264:6

**placed** [10] - 221:19, 221:22, 224:2, 225:22, 243:9, 244:16, 245:21, 248:8, 278:11, 299:9

**placing** [1] - 260:17

**Plaintiff** [2] - 200:7, 201:4

**plaintiff's** [4] - 258:1, 258:16, 279:19, 280:4

**Plaintiff's** [3] - 312:2, 312:7, 312:15

**plant** [2] - 232:14, 249:7

**play** [5] - 206:12, 234:14, 283:19, 289:18, 291:4

**played** [4] - 233:4, 249:8, 249:15, 254:13

**PLF** [2] - 312:10, 316:3

**plus** [3] - 225:22, 295:17, 300:13

**point** [27] - 206:2, 212:22, 216:3, 241:5, 241:22, 242:7, 242:20, 243:8, 250:22, 253:2, 253:11, 253:19, 254:11, 254:15, 254:23, 275:2, 278:10, 286:7, 286:11, 286:16, 286:20, 287:13, 294:11, 295:23, 297:12, 305:21, 311:23

**pointing** [2] - 239:13, 239:22

**points** [2] - 257:12, 277:18

**pole** [2] - 204:13, 205:11

**police** [5] - 212:13, 212:15, 227:23, 251:21, 255:16

**policies** [5] - 305:10, 306:12, 306:15, 306:17, 307:10

**polite** [1] - 234:8

**Pompano** [1] - 263:18

**poorly** [1] - 273:7

**portion** [6] - 203:20, 213:7, 215:3, 215:5, 222:19, 223:8

**position** [15] - 221:18, 221:22, 222:8, 223:6, 223:21, 224:2, 224:4, 224:18, 239:6, 239:7, 242:15, 243:9, 278:11, 297:20, 298:21

**positional** [5] - 252:5, 289:12, 293:13, 295:8, 303:9

**positioned** [2] - 217:18, 298:10

**possibility** [2] - 279:2, 289:13

**possible** [3] - 220:10, 220:14,

221:20

**possibly** [3] - 274:19, 282:9, 283:15

**posterior** [1] - 232:18

**pound** [1] - 246:10

**pounds** [7] - 232:8, 245:2, 245:6, 245:12, 245:19, 246:12

**powers** [2] - 218:8, 218:14

**practice** [3] - 237:9, 293:18, 294:1

**practices** [2] - 227:23, 251:21

**precautions** [1] - 277:1

**preexisting** [1] - 263:14

**prepare** [4] - 209:10, 209:16, 210:21, 214:19

**prepared** [1] - 215:5

**preparing** [1] - 209:13

**presence** [1] - 315:10

**present** [1] - 279:22

**presentation** [1] - 269:21

**preserve** [1] - 308:12

**pressed** [1] - 307:20

**pressure** [26] - 244:15, 244:17, 244:20, 244:22, 245:3, 245:6, 245:11, 245:12, 245:18, 245:21, 246:5, 288:5, 288:12, 288:15, 288:16, 291:16, 291:17, 291:18, 291:19, 296:9, 296:12, 296:14, 296:22, 297:16, 299:10, 300:20

**pretty** [2] - 245:9, 294:4

**prevent** [2] - 235:19, 254:16

**prevented** [1] - 240:6

**preventing** [3] - 208:1, 238:21, 262:7

**previous** [4] - 230:17, 243:11, 260:12, 263:20

**previously** [5] - 203:23, 205:14, 230:1, 230:15, 275:21

**principal** [1] - 304:1

**printed** [1] - 267:22

**Printouts** [2] - 312:10, 316:3

**private** [1] - 306:18

**privi** [1] - 259:9

**probability** [2] - 310:1, 310:15

**Procedure** [1] - 200:19

**procedure** [1] - 280:17

**procedures** [4] - 305:10, 306:12, 306:15, 306:17

**process** [3] - 238:21, 254:17, 290:6

**processes** [1] - 206:12

**produce** [2] - 206:1, 206:16

**produced** [2] - 203:8, 208:5

**produces** [1] - 300:6

**professionally** [2] - 216:10, 216:13

**programs** [1] - 307:2

**prone** [1] - 206:23

**proper** [2] - 257:23, 309:4

**properly** [1] - 274:14

**protect** [5] - 239:3, 239:9, 252:1, 252:8, 266:23

**protein** [1] - 231:20

**proteins** [1] - 233:16

**provide** [3] - 272:13, 285:4, 298:6

**provided** [5] - 203:18, 212:3, 212:5, 271:7, 287:3

**providing** [2] - 206:9, 301:8

**prudent** [1] - 285:6

**Public** [3] - 200:22, 315:5, 315:18

**PUBLIC** [1] - 314:14

**published** [1] - 281:4

**pull** [2] - 207:9, 211:1

**pulled** [7] - 205:23, 207:10, 220:5, 255:9, 262:13, 295:9, 311:9

**pulling** [3] - 206:13, 207:4, 207:21

**pulmonary** [3] - 263:14, 279:1, 292:18

**pulse** [11] - 288:11, 288:13, 288:17, 288:19, 288:20, 288:21, 297:2, 297:20, 297:21,

300:19, 304:11
**pulses** [2] - 288:21, 291:17
**pump** [1] - 288:16
**PURDY** [1] - 201:6
**pure** [1] - 290:17
**purpose** [1] - 206:8
**pursuant** [1] - 200:18
**pushing** [1] - 207:10
**put** [10] - 223:6, 240:14, 260:7, 269:23, 297:19, 307:17, 308:11, 308:18, 309:13, 312:7
**putting** [7] - 212:16, 239:18, 244:11, 244:12, 260:5, 303:10, 309:1

## Q

**qualitatively** [3] - 294:10, 294:14, 295:5
**quality** [6] - 213:16, 272:23, 275:12, 275:13, 291:11, 295:19
**quantitative** [2] - 293:7, 299:20
**quantitatively** [4] - 293:9, 294:10, 294:18, 301:21
**questioned** [2] - 276:1, 280:3
**questioning** [1] - 259:8, 308:3
**questions** [21] - 202:23, 245:10, 256:19, 258:20, 259:6, 259:7, 270:9, 270:12, 270:13, 271:6, 294:3, 307:11, 308:9, 308:15, 308:19, 308:21, 309:8, 309:21, 312:21, 313:1, 313:2
**quick** [1] - 254:22
**quickly** [3] - 303:8, 303:13, 307:15
**quite** [3] - 246:12, 265:7, 309:3
**quotation** [1] - 215:16
**quotations** [1] - 215:15
**quote** [6] - 215:17, 216:1, 216:2, 219:16, 277:3
**quoted** [1] - 215:19

## R

**radial** [2] - 288:17, 288:19
**radio** [1] - 226:14
**radioed** [1] - 226:3
**radiologist's** [1] - 230:5
**rage** [13] - 254:4, 254:5, 255:6, 255:9, 255:11, 255:15, 255:17, 255:21, 255:23, 256:4, 256:7, 256:14, 260:19
**raising** [2] - 260:10, 267:8
**ran** [2] - 220:3, 220:20
**range** [1] - 301:10
**rapid** [11] - 206:16, 207:22, 220:6, 239:7, 241:4, 246:14, 293:10, 295:10, 296:17, 297:4
**rare** [1] - 236:19
**rate** [7] - 284:11, 291:12, 295:21, 296:18, 297:2, 297:5, 297:8
**rather** [2] - 290:7, 307:15
**rays** [2] - 231:5, 231:10
**re** [1] - 304:9
**re-inhale** [1] - 304:9
**reaches** [1] - 283:8
**reaching** [2] - 246:2, 251:1
**read** [6] - 209:2, 268:2, 276:1, 283:1, 313:3, 314:1
**ready** [1] - 287:9
**real** [1] - 254:21
**realize** [3] - 203:11, 259:10, 307:21
**realized** [1] - 309:11
**really** [3] - 223:18, 245:12, 303:5
**reason** [10] - 202:19, 213:23, 214:2, 226:10, 232:14, 257:21, 258:10, 269:13, 280:19, 289:19
**reasonable** [3] - 308:8, 309:23, 310:15
**reasonably** [6] - 271:21, 272:1, 272:4, 272:8, 272:9, 285:6
**reasons** [7] - 220:5,

252:18, 260:7, 280:20, 281:3, 283:12, 295:8
**reassessed** [2] - 286:12, 291:5
**received** [6] - 225:13, 228:14, 250:5, 251:11, 257:1, 257:14
**recess** [2] - 255:4, 306:3
**reckless** [12] - 239:5, 266:22, 267:4, 274:11, 281:14, 281:15, 282:3, 282:5, 282:7, 282:8, 282:9, 308:7
**recommend** [1] - 286:3
**recommended** [2] - 285:17, 285:22
**record** [14] - 202:3, 218:21, 225:11, 229:18, 233:10, 270:23, 271:1, 307:17, 308:4, 308:12, 308:18, 309:1, 309:13, 309:15
**recorded** [3] - 210:1, 219:11, 219:13
**records** [1] - 263:20
**recovery** [11] - 221:18, 222:7, 223:6, 223:21, 224:1, 224:4, 224:18, 242:15, 243:9, 278:11, 297:20
**reduced** [2] - 208:4, 315:10
**refer** [6] - 231:18, 238:9, 240:7, 244:9, 269:6, 269:18
**reference** [11] - 203:6, 204:20, 210:6, 211:9, 236:23, 255:6, 258:4, 262:19, 264:2, 273:6, 273:14
**referenced** [9] - 204:10, 223:8, 246:21, 271:9, 271:15, 271:18, 271:20, 272:14, 273:15
**references** [4] - 210:3, 273:21, 275:4, 275:19
**referencing** [2] - 246:17, 272:7
**referred** [2] - 227:7, 269:8
**referring** [15] -

203:2, 203:10, 212:1, 218:4, 225:6, 229:19, 236:11, 240:13, 244:17, 250:20, 251:4, 261:8, 266:12, 266:16, 298:18
**refers** [1] - 284:21
**refill** [2] - 288:14, 291:17
**reflected** [1] - 205:2
**reflects** [1] - 301:7
**refresh** [1] - 203:4
**refrigerator** [1] - 285:22
**regard** [6] - 212:5, 213:16, 237:14, 239:16, 247:21, 249:9
**regarding** [3] - 248:19, 251:7, 308:6
**regards** [6] - 206:9, 208:14, 240:11, 248:10, 250:14, 267:15
**region** [2] - 232:11, 232:18
**register** [1] - 213:4
**regular** [1] - 284:1
**related** [4] - 205:1, 217:6, 252:16, 265:15
**relates** [1] - 237:9
**relative** [1] - 315:15
**relax** [1] - 303:6
**release** [1] - 288:16
**released** [1] - 233:16
**reliable** [14] - 271:21, 272:1, 272:5, 272:8, 272:10, 272:15, 272:20, 272:21, 274:8, 275:1, 275:5, 275:9, 275:19
**relied** [5] - 213:15, 271:9, 271:14, 273:11, 275:6
**relieve** [1] - 299:4
**relying** [2] - 213:7, 222:20
**remains** [1] - 236:16
**remedy** [1] - 280:16
**remember** [2] - 212:10, 259:16
**remembered** [1] - 307:3
**render** [2] - 280:15, 285:5
**repeat** [2] - 253:6, 286:13
**report** [24] - 228:16, 228:20, 228:22, 229:19, 231:18, 236:22, 238:9, 242:2,

249:21, 250:6, 250:7, 250:13, 250:23, 251:8, 252:19, 253:8, 271:8, 271:11, 271:15, 271:21, 273:17, 279:8, 279:10, 315:7
**reporter** [2] - 312:1, 312:4
**reports** [1] - 271:9
**represents** [1] - 202:4
**request** [1] - 225:10
**requires** [1] - 237:7
**research** [19] - 216:12, 217:3, 264:3, 264:7, 264:10, 264:11, 264:20, 264:21, 265:8, 265:13, 265:20, 265:22, 266:2, 290:13, 303:14, 303:16, 304:17, 307:9, 311:1
**reserve** [2] - 250:7, 279:2
**Reserves** [1] - 248:5
**residency** [1] - 237:5
**resisting** [5] - 221:17, 222:7, 223:5, 223:20, 242:15
**respiration** [3] - 294:23, 297:10, 297:12
**respirations** [4] - 293:13, 296:2, 296:5, 305:3
**respiratory** [44] - 207:15, 207:16, 217:7, 217:8, 220:1, 243:1, 243:6, 248:22, 248:23, 252:22, 262:8, 262:9, 264:22, 264:23, 265:12, 277:5, 277:6, 277:14, 278:2, 283:13, 283:14, 283:20, 284:1, 284:8, 284:11, 286:9, 291:12, 293:12, 295:21, 296:18, 297:8, 297:17, 300:1, 300:7, 300:8, 300:23, 301:1, 301:14, 305:4, 305:17
**respond** [2] - 278:20, 296:17
**responded** [1] - 224:13
**responders** [1] - 224:2

**responding** [1] - 242:8
**response** [4] - 203:20, 278:17, 290:2, 308:1
**responses** [1] - 248:19
**responsibility** [2] - 239:3, 250:12
**responsible** [1] - 239:10
**responsive** [3] - 242:23, 278:19, 281:10
**restate** [1] - 202:16
**resting** [1] - 245:4
**restraining** [1] - 224:19
**restraint** [1] - 287:18
**Restraint** [1] - 274:7
**restraints** [7] - 286:7, 286:11, 286:16, 286:20, 287:2, 287:3, 287:13
**restricted** [2] - 238:17, 289:11, 297:6
**restricting** [1] - 207:23
**result** [3] - 233:13, 262:11, 300:13
**resulted** [1] - 256:15
**resuscitation** [1] - 307:8
**revealed** [1] - 311:10
**reverse** [20] - 203:6, 203:22, 205:20, 206:3, 206:18, 207:20, 207:21, 208:7, 208:10, 208:17, 246:9, 246:17, 246:19, 247:4, 247:13, 260:7, 261:9, 261:10, 262:12, 298:23
**review** [10] - 209:15, 210:20, 210:21, 213:1, 214:19, 230:7, 231:5, 256:21, 276:4, 311:8
**reviewed** [6] - 231:9, 231:14, 241:17, 251:12, 289:3, 311:6
**rhabdomyolysis** [10] - 231:19, 233:6, 233:15, 235:4, 235:9, 235:14, 235:20, 236:4, 236:12, 236:20
**rhythm** [1] - 300:20
**RIB** [1] - 264:11
**Richard** [1] - 307:4

**rid** [1] - 300:4
**rise** [3] - 207:14, 293:20, 295:7
**River** [3] - 266:14, 269:10, 270:2
**ROBINSON** [1] - 200:11
**Robinson** [14] - 201:11, 239:17, 240:5, 251:23, 252:20, 253:3, 253:9, 253:12, 253:21, 254:2, 254:15, 256:12, 266:21, 267:3
**role** [4] - 233:5, 234:14, 249:9, 249:15
**room** [1] - 280:23
**rope** [1] - 204:14
**Rosario** [6] - 201:18, 238:4, 241:13, 242:10, 242:11, 251:2
**ROSARIO** [1] - 200:13
**roughly** [1] - 225:17
**round** [1] - 259:8
**Rules** [1] - 200:18
**run** [6] - 212:18, 220:1, 225:11, 226:8, 242:2, 263:17
**rural** [1] - 287:16

**S**

**sadomasochism** [1] - 298:16
**safe** [2] - 265:5, 302:14
**saturation** [2] - 301:15, 302:1
**Saturation** [1] - 302:2
**save** [1] - 270:11
**saw** [3] - 215:4, 223:7, 289:22
**scan** [1] - 249:12
**scans** [1] - 231:13
**scared** [1] - 262:20
**SCAROLA** [1] - 201:1
**scene** [3] - 244:5, 249:1, 297:17
**sclerosis** [1] - 286:8
**scuba** [2] - 264:13, 304:7
**SEARCY** [1] - 201:1
**second** [14] - 202:9, 206:14, 209:22, 217:20, 225:19, 253:6, 256:23, 258:11, 276:8,

276:21, 277:11, 294:13, 307:5
**seconds** [20] - 210:2, 210:6, 217:23, 219:15, 221:6, 221:9, 222:3, 222:3, 225:10, 225:15, 225:18, 243:16, 243:17, 254:9, 254:11, 295:12
**secret** [1] - 246:23
**sedate** [1] - 285:16
**sedated** [1] - 286:21
**sedation** [4] - 277:22, 286:3, 287:22, 305:14
**see** [36] - 207:20, 210:11, 211:6, 212:13, 212:14, 212:18, 213:17, 214:10, 215:7, 215:14, 215:22, 217:14, 217:19, 218:18, 219:14, 219:15, 221:16, 222:6, 222:12, 223:5, 223:12, 224:1, 224:10, 224:11, 224:19, 225:6, 236:20, 243:9, 244:6, 251:22, 252:16, 262:17, 269:4, 276:18, 288:11, 295:18
**seeing** [1] - 265:8
**seem** [1] - 245:9
**SEL** [1] - 265:5
**send** [1] - 257:20
**sending** [1] - 276:9
**sensation** [1] - 265:18
**sensitized** [1] - 283:12
**sent** [10] - 211:10, 211:11, 213:21, 213:22, 225:3, 243:22, 257:1, 257:14, 268:7, 276:14
**sentence** [2] - 221:7, 221:8
**sentences** [5] - 221:9, 289:8, 292:11, 295:11, 295:12
**separate** [2] - 297:3, 297:13
**series** [1] - 203:5
**serious** [1] - 245:7
**served** [1] - 247:15
**services** [7] - 271:19, 271:22, 272:6, 272:16, 306:9,

306:13, 306:19
**Services** [11] - 257:8, 274:8, 274:22, 276:6, 277:10, 278:14, 281:5, 311:3, 311:18, 312:13, 316:4
**settings** [1] - 282:20
**several** [2] - 202:5, 233:1, 309:21
**severe** [6] - 277:4, 277:13, 283:20, 283:23, 284:2, 284:7
**severely** [1] - 300:10
**severity** [1] - 284:3
**shallow** [5] - 221:11, 242:18, 295:10, 295:19, 304:23
**share** [2] - 246:23, 258:16
**shared** [3] - 208:11, 268:5, 269:22
**sheet** [4] - 225:12, 268:5, 268:16, 269:4
**sheets** [5] - 263:17, 268:11, 268:12, 268:16, 270:17
**Sheriff** [3] - 200:12, 202:5, 258:12
**sheriff** [2] - 228:1, 228:3
**Sheriff's** [1] - 258:23
**sheriff's** [1] - 310:16
**sheriffs** [1] - 310:1
**shift** [1] - 228:12
**SHIPLEY** [1] - 201:1
**shock** [2] - 278:1, 296:13
**short** [2] - 265:7, 265:11
**shorthand** [1] - 315:9
**shot** [1] - 293:4
**shots** [1] - 238:4
**shoulder** [4] - 205:1, 207:8, 223:17, 254:8
**shoulders** [3] - 204:21, 205:4, 245:5
**show** [5] - 233:11, 242:12, 244:7, 260:9, 273:7
**showed** [4] - 241:11, 243:13, 249:12, 299:1
**showing** [1] - 258:19
**shown** [1] - 284:17
**shows** [3] - 244:4, 261:20, 289:6
**sic** [1] - 219:21
**Sick** [1] - 274:3
**side** [6] - 221:20, 223:14, 224:5, 224:6,

224:7, 232:18
**sign** [1] - 313:3
**significant** [6] - 232:6, 236:6, 245:16, 245:17, 249:13, 260:23
**significantly** [1] - 260:5
**signs** [3] - 278:7, 287:8, 305:16
**similar** [2] - 284:22, 285:7
**simple** [3] - 293:16, 294:2, 294:4
**simply** [3] - 293:5, 308:10, 308:14
**simulated** [3] - 203:17, 264:12, 304:5
**single** [1] - 308:22
**sinus** [1] - 300:20
**sis** [1] - 291:17
**sit** [1] - 227:4
**sits** [1] - 303:8
**sitting** [4] - 226:12, 264:18, 264:19, 303:22
**situation** [3] - 261:11, 280:21, 280:22
**situations** [1] - 285:7
**six** [3] - 268:3, 268:10, 268:11
**size** [1] - 240:10
**skeletal** [1] - 233:15
**slams** [1] - 303:3
**small** [2] - 293:9, 303:2
**smaller** [1] - 236:7
**so-called** [2] - 289:17, 303:6
**solely** [1] - 294:8
**someone** [6] - 220:4, 260:17, 280:22, 285:3, 291:2, 296:17
**sometimes** [2] - 217:17, 261:11
**son** [1] - 202:8
**soon** [1] - 270:21
**sorry** [6] - 216:16, 223:3, 250:3, 254:19, 277:16, 302:4
**sound** [2] - 213:13, 307:13
**sounded** [1] - 216:13
**sounds** [7] - 210:9, 220:2, 221:12, 227:17, 242:19, 246:1, 272:10
**SOUTHERN** [1] - 200:4

**speaking** [7] - 232:23, 242:18, 255:11, 282:9, 292:10, 307:15, 311:11
**speaks** [1] - 253:14
**special** [3] - 200:14, 201:17, 280:14
**specialist** [1] - 237:4
**specific** [4] - 239:19, 251:7, 252:7, 307:1
**specifically** [15] - 224:4, 239:12, 239:22, 245:11, 247:23, 250:14, 254:1, 258:11, 258:15, 265:16, 277:3, 279:13, 290:4, 293:1, 307:7
**specificness** [1] - 251:4
**spectrometer** [1] - 302:18
**spirometry** [1] - 292:17
**Squad** [2] - 269:11, 270:3
**squad** [2] - 269:14, 303:11
**ss** [1] - 315:2
**St** [5] - 200:12, 201:17, 202:5, 258:13, 266:13
**ST** [1] - 200:13
**stable** [5] - 286:6, 286:12, 287:4, 287:20, 305:16
**stage** [1] - 237:14
**stall** [1] - 212:19
**standard** [7] - 284:20, 284:21, 285:3, 285:4, 285:8, 288:23, 308:8
**standards** [1] - 288:8
**stands** [3] - 211:13, 215:8, 271:12
**start** [5] - 202:22, 219:7, 259:8, 266:20, 299:2
**started** [2] - 269:6, 309:11
**starting** [2] - 210:9, 254:17
**starts** [3] - 211:11, 215:8, 283:9
**State** [2] - 266:14, 315:6
**state** [1] - 308:4
**STATE** [1] - 315:1
**statement** [2] -

209:3, 250:18
**statements** [3] - 233:11, 289:8, 290:5
**States** [7] - 248:5, 257:7, 264:20, 274:22, 281:4, 311:2, 311:17
**STATES** [1] - 200:4
**states** [3] - 225:19, 277:3, 286:23
**stating** [1] - 222:1
**status** [1] - 278:9
**step** [1] - 254:22
**stepped** [9] - 206:19, 207:5, 207:6, 207:9, 208:20, 255:10, 256:10, 295:10
**stepping** [6] - 206:14, 220:4, 243:10, 246:11, 262:7, 300:3
**steps** [4] - 254:7, 254:14, 303:8
**STERBA** [4] - 200:1, 200:18, 314:7, 317:3
**Sterba** [9] - 200:19, 202:9, 238:7, 271:5, 285:15, 298:2, 309:19, 310:23, 312:20
**stethoscope** [1] - 293:22
**stick** [4] - 233:2, 233:13, 234:3, 234:7
**still** [2] - 236:16, 294:9
**stomach** [1] - 299:10
**stop** [8] - 220:16, 252:5, 252:14, 254:2, 254:6, 254:14, 256:9, 267:7
**stopped** [6] - 240:8, 252:20, 253:4, 253:9, 253:12, 253:21
**stopping** [3] - 252:1, 252:9, 266:23
**straight** [1] - 212:10
**strappado** [7] - 203:7, 203:13, 203:23, 207:11, 260:7, 298:5, 298:10
**STRAPPADO** [1] - 203:7
**strappado/corda** [1] - 205:20
**Street** [2] - 200:20, 201:20
**stretcher** [1] - 244:4
**strike** [2] - 278:18, 281:8

**striking** [1] - 243:10
**stroke** [1] - 236:7
**struck** [2] - 229:12, 233:2
**struggling** [1] - 267:10
**students** [1] - 307:1
**studied** [1] - 303:23
**studies** [1] - 231:16
**stuff** [1] - 271:20
**subject** [8] - 228:23, 229:8, 230:13, 232:20, 232:23, 272:5, 304:7, 304:14
**subjects** [2] - 216:13, 303:21
**subsequent** [1] - 248:21
**subsequently** [1] - 310:3
**subspecialty** [1] - 306:8
**sued** [1] - 202:6
**suffered** [3] - 230:15, 230:17, 233:6
**suffering** [3] - 233:12, 284:7, 287:4
**sufficient** [1] - 249:4
**suffocated** [5] - 238:10, 238:23, 239:21, 290:17, 291:2
**suffocating** [4] - 252:2, 252:21, 267:1, 302:21
**suffocation** [4] - 207:22, 289:9, 301:2, 303:16
**Suite** [2] - 201:8, 201:14
**summarize** [1] - 273:21
**summarizes** [1] - 269:22
**summer** [3] - 254:21, 269:10, 270:3
**SUMMER** [1] - 201:7
**Summer** [3] - 202:3, 216:15, 270:18
**summer@purdlaw.com** [1] - 201:9
**Sunrise** [1] - 201:7
**super** [2] - 218:8, 218:14
**supervised** [1] - 304:13
**supervising** [1] - 276:5
**supplemental** [1] - 271:7
**support** [5] - 260:22,

273:17, 273:22, 288:9, 292:9
**supported** [1] - 311:14
**supportive** [1] - 272:14
**Surgeons** [1] - 260:23
**surgical** [1] - 286:10
**surveillance** [5] - 210:1, 210:22, 211:8, 211:22, 227:14
**susceptible** [1] - 230:19
**suspect** [2] - 226:10, 289:19
**suspended** [7] - 203:16, 204:12, 204:17, 205:11, 246:10, 261:18, 261:23
**suspending** [1] - 207:5
**switch** [1] - 262:16
**sworn** [2] - 201:22, 315:13
**Sworn** [1] - 314:9
**sympathomimetic** [1] - 289:20
**symptom** [1] - 280:14
**sync** [2] - 227:6, 227:13
**synced** [1] - 226:18
**synonym** [1] - 207:23
**synonyms** [2] - 238:12, 238:15
**system** [1] - 307:20
**systolic** [2] - 288:18, 291:23

## T

**tablets** [2] - 257:6, 276:16
**tachycardia** [1] - 297:4
**talks** [1] - 278:14
**tandem** [1] - 244:12
**tank** [1] - 264:19
**taught** [1] - 294:6
**Tavares** [6] - 202:8, 252:1, 252:2, 252:21, 266:23, 310:18
**TAVARES** [1] - 200:5
**teach** [1] - 307:1
**teaching** [2] - 306:22, 306:23
**teachings** [1] - 294:5

**tear** [1] - 286:10
**telephone)** [3] - 201:5, 201:12, 201:18
**temperature** [1] - 235:11
**ten** [10] - 236:14, 241:7, 241:8, 241:13, 241:18, 241:19, 241:20, 243:15, 271:20, 287:23
**term** [13] - 255:8, 260:2, 260:3, 272:10, 275:9, 281:10, 281:13, 282:1, 282:4, 282:8, 284:20, 289:17
**terms** [10] - 208:12, 213:12, 213:17, 233:10, 239:20, 239:23, 240:12, 253:18, 285:3, 305:18
**testified** [2] - 201:22, 228:13, 267:7
**testify** [2] - 218:13, 315:14
**testimony** [10] - 203:21, 205:14, 235:18, 238:8, 241:10, 244:14, 252:4, 263:3, 263:6, 314:3
**testing** [1] - 292:19
**textbooks** [3] - 271:17, 272:13, 273:10
**THE** [25] - 216:18, 220:19, 221:4, 226:21, 227:10, 230:21, 231:3, 234:1, 234:13, 234:18, 234:23, 237:17, 240:2, 246:8, 248:15, 251:10, 272:1, 272:18, 273:2, 273:20, 275:8, 275:18, 284:1, 301:17, 310:7
**themselves** [2] - 310:8, 310:9
**theory** [1] - 289:19
**thereafter** [3] - 221:1, 221:16, 222:3
**therefore** [2] - 250:8, 290:9
**third** [2] - 245:18, 277:8
**thousands** [1] - 265:10
**threatening** [1] - 274:13
**three** [8] - 210:11,

221:5, 228:4, 239:18, 266:10, 277:18, 295:11

**throughout** [2] - 238:8, 273:16

**tidal** [23] - 284:13, 284:14, 291:13, 292:4, 292:7, 292:14, 292:20, 293:2, 293:10, 293:17, 294:1, 294:7, 294:13, 294:17, 294:19, 295:2, 295:5, 295:20, 297:11, 301:5, 301:11, 302:11, 304:10

**tied** [1] - 294:9

**timeline** [24] - 209:16, 209:18, 210:21, 211:7, 212:23, 213:6, 214:10, 214:19, 215:6, 222:6, 241:10, 242:12, 243:20, 243:21, 243:22, 243:23, 253:18, 254:5, 289:5, 291:21, 292:12, 293:4, 295:23

**TO** [2] - 316:1, 317:1

**today** [5] - 227:4, 258:19, 259:1, 276:15, 311:18

**together** [7] - 205:23, 210:8, 211:1, 211:5, 269:23, 301:9, 310:10

**took** [3] - 263:17, 296:9, 302:11

**top** [4] - 246:23, 262:17, 264:2, 264:5

**tore** [1] - 286:9

**torture** [10] - 203:17, 204:1, 204:2, 204:6, 204:9, 206:19, 260:8, 267:12, 267:15, 298:3

**tortured** [1] - 205:17

**torturous** [2] - 267:8, 267:9

**touched** [1] - 238:6

**touching** [2] - 261:19, 303:2

**toxicologist** [1] - 237:2

**toxicology** [3] - 237:3, 237:6, 237:9

**trained** [3] - 237:3, 237:8, 251:22

**training** [8] - 216:9, 240:5, 266:3, 266:4, 266:5, 269:13,

269:16, 294:6

**transcript** [5] - 267:20, 268:20, 268:23, 314:3, 316:8

**transcription** [1] - 307:13

**transcripts** [1] - 316:9

**transport** [2] - 286:13, 287:15

**Transportation** [1] - 274:3

**transporting** [1] - 286:1

**trauma** [9] - 231:23, 232:6, 235:6, 236:6, 249:12, 249:13, 260:22, 283:15, 288:9

**tree** [2] - 204:12, 205:11

**trial** [9] - 200:17, 227:19, 230:7, 231:5, 244:7, 256:23, 276:4, 308:13, 309:2

**tried** [1] - 267:7

**truck** [4] - 211:2, 211:14, 215:10, 221:15

**true** [6] - 215:11, 225:4, 225:7, 225:9, 250:18, 314:2

**trustworthy** [1] - 275:11

**truth** [3] - 315:14, 315:15

**truthful** [2] - 272:2, 272:21

**try** [3] - 286:23, 288:11, 296:18

**trying** [15] - 208:6, 209:4, 216:20, 220:7, 224:23, 225:5, 225:7, 225:19, 226:4, 236:17, 270:11, 277:15, 295:16, 297:7, 308:4

**turn** [2] - 251:18, 303:7

**twisted** [1] - 203:15

**two** [16] - 206:11, 206:15, 220:5, 221:5, 221:8, 226:22, 238:11, 239:2, 240:15, 254:12, 256:12, 257:22, 258:14, 280:7, 295:8, 311:20

**two-word** [1] - 221:8

**tying** [1] - 303:10

**Tyk** [8] - 203:9,

257:2, 257:20, 259:5, 277:16, 307:23, 308:15, 312:22

**TYK** [21] - 201:14, 270:13, 270:16, 271:3, 272:3, 273:3, 273:14, 273:23, 275:10, 275:15, 301:23, 306:2, 306:4, 307:11, 308:20, 309:7, 309:14, 310:5, 310:20, 313:2, 317:4

**Tyk's** [1] - 307:18

**typed** [1] - 215:21

**types** [1] - 260:21

## U

**U.S** [2] - 266:5, 277:9

**ultimate** [2] - 233:5, 248:11

**ultimately** [3] - 236:4, 236:12, 246:1

**unable** [2] - 202:15, 283:11

**unapproved** [1] - 267:8

**unconscious** [13] - 221:19, 222:4, 224:18, 241:18, 242:22, 242:23, 243:8, 243:14, 243:18, 245:23, 278:10, 295:22, 297:15

**unconsciousness** [4] - 246:14, 249:4, 261:4, 267:1

**uncontrollable** [12] - 255:8, 255:11, 255:15, 255:17, 255:21, 255:23, 256:4, 256:5, 256:8, 256:11, 256:14, 260:19

**undefined** [1] - 300:14

**under** [7] - 215:15, 235:10, 253:16, 277:1, 277:2, 286:19, 315:10

**underlying** [1] - 281:6

**underwater** [1] - 303:21

**unit** [1] - 292:17

**UNITED** [1] - 200:4

**United** [7] - 248:4, 257:7, 264:20, 274:21, 281:4, 311:2,

311:17

**unresponsive** [7] - 221:23, 224:3, 241:6, 241:11, 242:8, 243:7, 295:22

**unstable** [5] - 243:19, 249:5, 256:16, 260:6, 298:1

**untaught** [1] - 267:8

**up** [46] - 205:23, 206:13, 207:4, 207:9, 207:10, 207:22, 208:21, 209:4, 210:9, 211:13, 212:15, 215:8, 215:11, 215:21, 219:7, 219:8, 220:5, 224:22, 225:16, 226:7, 227:19, 233:12, 234:2, 234:6, 240:10, 240:15, 241:12, 243:13, 244:7, 248:9, 255:9, 256:10, 258:5, 258:19, 260:10, 262:13, 273:9, 275:19, 283:18, 288:16, 295:9, 298:5, 300:4, 303:11, 305:15, 311:9

**US** [4] - 276:5, 302:15, 312:12, 316:4

**utilized** [1] - 213:12

## V

**valve** [1] - 290:20

**vantage** [2] - 212:22, 223:15

**various** [2] - 272:13, 302:16

**ventilate** [3] - 248:20, 283:22, 297:9

**ventilation** [5] - 238:21, 262:8, 284:12, 289:11, 295:1

**verbalized** [2] - 218:1, 220:3

**verbatim** [2] - 215:17, 315:8

**verge** [3] - 219:23, 265:11, 297:23

**Vero** [1] - 269:14

**versus** [1] - 302:20

**via** [3] - 201:5, 201:12, 201:18

**victims** [1] - 204:20

**video** [61] - 207:14, 207:20, 210:1, 210:3, 210:4, 210:5, 210:8, 210:22, 211:4, 211:8,

211:11, 212:5, 212:21, 213:23, 214:5, 214:8, 214:15, 214:18, 214:21, 215:3, 215:4, 215:8, 215:18, 217:10, 218:23, 221:13, 222:12, 222:15, 222:17, 222:19, 223:13, 223:15, 224:10, 226:7, 227:6, 227:14, 244:1, 244:4, 244:6, 245:15, 252:4, 254:10, 267:6, 269:8, 269:9, 269:19, 269:20, 269:21, 269:23, 270:4, 278:7, 291:21, 292:1, 292:5, 293:3, 295:3, 296:2, 296:6, 296:10, 296:23

**videos** [11] - 211:23, 213:2, 213:5, 213:8, 213:11, 213:15, 215:18, 219:2, 233:11, 244:1, 289:2

**view** [1] - 214:14

**views** [1] - 212:4

**vital** [3] - 278:7, 287:8, 305:16

**vocal** [2] - 303:2, 303:3

**voices** [1] - 217:11

**volume** [16] - 291:13, 292:4, 292:7, 292:14, 292:20, 293:2, 293:10, 293:17, 294:7, 294:14, 294:17, 294:19, 295:2, 295:5, 297:11

**VOLUME** [1] - 200:1

**volumes** [2] - 294:1, 295:20

**voluntarily** [1] - 212:16

**Volunteer** [2] - 269:11, 270:2

**vs** [1] - 200:8

## W

**Wade** [1] - 201:11

**WADE** [1] - 200:11

**wait** [4] - 216:15, 218:20, 270:14, 305:12

**waiting** [1] - 208:15

**walked** [1] - 224:21

**walking** [3] - 212:11, 222:8, 242:16

**warm** [3] - 264:15,

264:19, 303:22
  **warnings** [1] - 275:22
  **watch** [1] - 226:15
  **watched** [1] - 214:21
  **water** [10] - 264:12, 264:16, 264:19, 266:1, 266:6, 303:2, 303:17, 303:20, 303:22
  **ways** [1] - 267:12
  **website** [3] - 276:21, 278:14, 278:21
  **websites** [1] - 276:14
  **weekends** [2] - 285:12, 285:14
  **weeks** [2] - 202:10, 230:12
  **weight** [4] - 245:19, 248:7, 261:12, 261:14
  **weights** [1] - 261:15
  **Welch** [1] - 292:18
  **well-being** [1] - 239:9
  **West** [1] - 201:3
  **wet** [1] - 303:7
  **whatsoever** [1] - 236:1
  **white** [4] - 211:2, 211:14, 215:10, 221:15
  **whole** [2] - 206:2, 315:14
  **Wikipedia** [1] - 203:5
  **WILSON** [1] - 201:13
  **Witness** [1] - 317:2
  **WITNESS** [24] - 216:18, 220:19, 221:4, 226:21, 227:10, 230:21, 231:3, 234:1, 234:13, 234:18, 234:23, 237:17, 240:2, 246:8, 248:15, 251:10, 272:1, 272:18, 273:2, 273:20, 275:8, 275:18, 301:17, 310:7
  **witness** [1] - 257:23
  **WITNESSES** [1] - 317:1
  **witnesses** [2] - 263:10, 279:16
  **wonderful** [1] - 202:14
  **wondering** [1] - 251:6
  **word** [13] - 220:8, 220:16, 220:22, 221:7, 221:8, 221:9,

244:9, 256:5, 261:22, 272:20, 292:10, 295:11
  **words** [12] - 213:22, 221:5, 221:12, 227:13, 238:11, 242:19, 256:3, 294:16, 297:18, 297:22, 304:4
  **worse** [2] - 232:11, 267:12
  **worsened** [1] - 262:6
  **write** [3] - 215:20, 250:9, 251:12
  **writing** [3] - 250:6, 251:15, 315:10
  **written** [1] - 273:8
  **wrote** [1] - 250:8

# X

  **x-rays** [2] - 231:5, 231:10

# Y

  **yanked** [1] - 256:10
  **yanking** [1] - 300:4
  **year** [1] - 285:18
  **years** [12] - 216:10, 217:4, 223:23, 230:13, 255:13, 256:1, 256:2, 269:11, 269:15, 270:3, 285:12, 287:23
  **yelled** [1] - 256:9
  **York** [3] - 200:20, 201:21, 315:6
  **YORK** [1] - 315:1
  **yourself** [4] - 227:22, 251:20, 282:14, 298:2