Case 2:16-cv-14413-RLR   Document 151-6   Entered on FLSD Docket 11/02/2017   Page 1 of 108

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

       Plaintiff,

-vs-

CHRISTOPHER NEWMAN, individually,
CLAYTON MANGRUM, individually,
CALVIN ROBINSON,individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE COUNTY,
Florida, JOSE ROSARIO, individually,
and the ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district

       Defendants.
_____/


DEPOSITION OF CAPTAIN BRIAN GONZALEZ


May 22, 2017
9:58 a.m. - 12:24 p.m.


5160 N.W. Milner Drive,
Port St. Lucie, Florida, 34980


Stenographically Reported By:
Barbara J. Shandell, RPR, FPR
Notary Public, State of Florida

```
 1   APPEARANCES:

 2
         On behalf of the Plaintiffs:
 3
         SEARCY, DENNEY, SCAROLA, BARNHART & SHIPLEY, P.A.
 4       2139 Palm Beach Lakes Boulevard
         West Palm Beach, Florida 33409
 5       (561) 686-6300
         ash@searcylaw.com
 6       BY:  ADAM HECHT, ESQ.

 7
         On behalf of the Defendant Port St. Lucie
 8       Fire Rescue:

 9       WILSON, ELSER, MOSKOWITZ, EDELMAN  & DICKER, LLP
         111 North Orange Avenue
10       Suite 1200
         Orlando, Florida 32801
11       (407) 648-1376
         ben.newman@wilsonelser.com
12       BY:  BENJAMIN W. NEWMAN, ESQ.

13       On behalf of the Defendant Ken Mascara:

14       PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
         2455 East Sunrise Boulevard
15       Suite 1216
         Fort Lauderdale, Florida 33304
16       (954) 462-3861
         greg@purdylaw.com
17       BY:  GREGORY J. JOLLY, ESQ.

18
         ALSO PRESENT: KIM SABOL, ESQ.
19

20
                        - - -
21

22

23

24

25
```

1                    INDEX OF PROCEEDINGS

2

   WITNESS:                                        PAGE
3
   CAPTAIN BRIAN GONZALEZ
4  Direct Examination By Mr. Hecht                    4

5  Cross Examination By Mr. Newman                   88
   Certificate of Oath                               91
6  Certificate of Reporter                           92
   Read & Sign Letter to Witness                     93
7  Errata Sheet                                      94

8
                    PLAINTIFF'S EXHIBITS
9

10    NUMBER                                       PAGE
   No. 1          Notice of taking deposition       35
11                duces tecum
   No. 2          Guidelines regarding the          38
12                administration of Ativan
   No. 3          Emergency medical guidelines      42
13
   No. 4          Entire file brought by            89
14                Captain Brian Gonzalez
                                                    90
15

16

17

18

19

20

21

22

23

24

25

Page 4

1    The following proceedings began at 9:58 a.m.:

2              THE COURT REPORTER: Would you raise

3         your right hand please.

4              Do you solemnly swear that the

5         testimony you are about to give will be

6         the truth, the whole truth, and nothing

7         but the truth?

8              THE WITNESS:  I do.

9    Thereupon,

10             CAPTAIN BRIAN GONZALEZ,

11   having been first duly sworn or affirmed, was examined

12   and testified as follows:

13             DIRECT EXAMINATION

14   BY MR. HECHT:

15        Q.    Good morning, sir.

16        A.    Good morning.

17        Q.    My name is Adam Hecht.  I represent

18   Tavares Docher.  Today we're here to take your

19   deposition in this matter.

20             Could you please state your full name.

21        A.    Brian Gonzalez.

22        Q.    What's your date of birth?

23        A.

24        Q.    Where are you currently employed?

25        A.    St. Lucie County Fire District.

Page 5

1       Q.      How long have you been an employee there?

2       A.      Since 18 years now.

3       Q.      Currently what is your position?

4       A.      Captain of the training and safety

5   division.

6       Q.      How long have you held that position for?

7       A.      As a captain, since October 25th.

8       Q.      Of what year?

9       A.      2016.

10      Q.      Explain for me what are your

11  responsibilities and your role as the captain of

12  training and safety division.

13      A.      I am in charge of all training and safety

14  issues when it comes to the St. Lucie County Fire

15  District.

16      Q.      When you say the St. Lucie County Fire

17  District, does that include paramedics, EMS,

18  firefighters?

19      A.      Yes.

20      Q.      Is there anyone else that you oversee the

21  training and safety issues for besides EMS, paramedics

22  and firefighters?

23      A.      On nonuniformed employees, I do deal with

24  some of their training also.

25      Q.      What's your involvement with the

1    nonuniformed employees?

2          A.    If I have to assign like back training or

3    that type of stuff, like non-EMS type training, we

4    also include the non-uniformed personnel.

5          Q.    Since October 25, 2016, have you

6    implemented any policies, procedures, rules or

7    regulations as it pertains to the training and safety

8    issues of paramedics that work at the St. Lucie County

9    Fire District?

10         A.    We have updated the guidelines, EMS

11   guidelines.

12         Q.    When you say that you updated EMS

13   guidelines, what does that mean?

14         A.    We have an EMS Guideline Committee.  The

15   EMS guidelines are a live document.  As they need

16   updated, we make the recommendation up the chain of

17   command.

18         Q.    Who is made up of the EMS Guideline

19   Committee?

20         A.    It's a group of personnel throughout the

21   district.

22         Q.    How many people make up that committee?

23         A.    I am not sure.

24         Q.    Can you name the people that make up that

25   committee?

1          A.     I don't have their names on me.

2          Q.     **Can you name any of the people that make**

3   **up that committee?**

4          A.     I can tell you who the chair of the

5   committee is, which is Flight Paramedic Matt Nielson.

6          Q.     **Anyone else you can name beside**

7   **Mr. Nielson?**

8          A.     Mr. Nielson is in charge of the group of

9   personnel on that committee, so unless I can get into

10  a list, I would be guessing.

11         Q.     **Are you on that committee?**

12         A.     I oversee the committee.

13         Q.     **When you say you oversee the committee,**

14  **what does that mean?**

15         A.     I sit on it and make sure they are making

16  recommendations that are within the scope of practice.

17         Q.     **Does the committee vote on what needs to**

18  **be updated in the EMS guidelines for the St. Lucie**

19  **County Fire District?**

20         A.     They review the guidelines, make

21  recommendations within the committee for those updates

22  and they get recommendations from a person in the

23  field to look into and then they make those

24  recommendations and they go up the chain of command.

25         Q.     **When you say once they make those**

1   recommendations and they go up the chain of command --

2   strike that.

3               When you say they review the guidelines

4   and make recommendations and they go up the chain of

5   command, who makes up that chain of command?

6       A.    Those guidelines will go to me as part of

7   the training safety.  We send it up to the training

8   chief.  If everybody agrees, it gets sent to the

9   medical director to make the final decision on whether

10  it gets implemented.

11      Q.    Who's the training chief?

12      A.    At this time it is Chief Jennifer

13  Chambers.

14      Q.    Who's the medical director?

15      A.    Chi Chiou Liu.

16      Q.    Are you able to tell me as you sit here

17  today, since you've come on as the captain of Training

18  and Safety Division on October 25, 2016, what in the

19  EMS guidelines have been updated?

20      A.    Not off memory.

21      Q.    But have there been updates in the

22  St. Lucie County Fire District EMS Guidelines since

23  you took office on October 25, 2016?

24      A.    Yes.

25      Q.    Are you able to tell me any updates as you

```
 1    sit here today or is that simply not possible for you

 2    to do?

 3         A.    Not off memory.

 4         Q.    Have there been any updates since you've

 5    taken the position of the captain of Training and

 6    Safety Division on October 25, 2016, involving the

 7    administration of sedatives to patients by paramedics?

 8         A.    I would have to look at our training files

 9    to give you a definite answer.

10         Q.    Are your training files located in this

11    building?

12         A.    Yes.

13         Q.    Do you have them with you today?

14         A.    No, sir.

15         Q.    Are you able to get them today?

16         A.    If you gave me time, I would be able to

17    get that information.

18         Q.    Maybe when we take a break, I'd like to

19    have you get the updates that have been instituted by

20    the committee and you since you've taken office

21    regarding the administration of Ativan; is that

22    something you could easily do today?

23         A.    Do you want a specific protocol?

24         Q.    I would like any updates that have been

25    added, amended, instituted, changed, to the medical
```

Page 10

1    guidelines since you've taken office regarding the

2    administration of Ativan?

3         A.    I can get you a summary of changes.  If

4    you want each specific guideline that has to do with

5    Ativan, it's going to require a little bit of

6    research, a little bit more time.

7         Q.    So maybe that's something that I can

8    request from your attorney if that's going to take too

9    much time today.

10              As you sit here today, are you able to

11   tell me how many changes have been made since you've

12   taken office regarding the administration of Ativan?

13        A.    No, sir.  Not without doing the research.

14        Q.    As you sit here right now, are you able to

15   tell me -- strike that.

16              Backing up a little bit, what was your

17   position on May 11, 2014, at the St. Lucie County Fire

18   District?

19        A.    Was that the date of the incident?

20        Q.    Yes.

21        A.    I was a station officer, lieutenant

22   station officer, station three.

23        Q.    Tell me what a station officer at station

24   three, when you were a lieutenant, did as part of the

25   St. Lucie County Fire District?

Page 11

```
1          A.    I oversaw all the daily operations for

2     that station.

3          Q.    Were you involved at that time in

4     instituting, modifying, altering, creating, any

5     policies and procedures as it relates to the

6     administration of Ativan for paramedics that work at

7     the Port St. Lucie Fire District?

8          A.    I was part of the EMS Guideline Committee.

9          Q.    So on May 11, 2014, you were part of the

10    EMS Guideline Committee and currently as you sit here

11    today, you oversee the committee, correct?

12         A.    That's correct.

13         Q.    So is it actually considered a more

14    involved role now that you have the committee versus

15    back in May of 2014?

16         A.    It's a different job.

17         Q.    How does being just a part of the EMS

18    Guideline Committee differ than being, as you said,

19    the person who oversees the committee?

20         A.    Being part of the EMS Guideline Committees

21    you are involved in making recommendations and doing

22    research on what's new and upcoming.  Overseeing the

23    committee, I take those recommendations, give my

24    opinion, and move it up the chain of command.

25         Q.    Currently if you disagree with the
```

1    committee, can you strike down any recommendation that

2    the committee makes prior to you taking it up the

3    chain of command?

4         A.    I go back to the committee and we have a

5    discussion and as a group we either alter the

6    recommendation or we keep it as is, depending on

7    who -- on the discussion.

8         Q.    In May of 2014, who was it that oversaw

9    the committee?

10        A.    I am not sure.

11        Q.    Was there someone that oversaw the

12   committee in May of 2014?

13        A.    I am not sure.

14        Q.    You were part of the committee in May

15   of 2014, correct?

16        A.    Yes.

17        Q.    So explain to me the makeup of the

18   committee?

19        A.    You had members of the committee and then

20   there was a chair.  As far as the chain of command

21   above that, I'm not sure who the chair reported to.

22        Q.    Who was the chair?

23        A.    Mark Cristaldi.

24        Q.    Was Mark Cristaldi a

25   paramedic/firefighter?

Page 13

```
 1          A.    I know he was an officer, but what rank at

 2    that time, I'm not sure.

 3          Q.    Does Mark Cristaldi still work at the

 4    St. Lucie County Fire District?

 5          A.    Yes.

 6          Q.    What is his position today?

 7          A.    He's a station officer.

 8          Q.    Was Mark Cristaldi the chair prior to you

 9    becoming the chair?

10          A.    We co-chaired it for awhile.

11          Q.    What were the dates that you co-chaired

12    the committee?

13          A.    I'm not 100 percent sure.  I couldn't tell

14    you.

15          Q.    Why is it that Mark Cristaldi no longer

16    continued to co-chair the committee with you?

17          A.    It is a volunteer position that you

18    volunteer.  It is not an assignment and he did it for

19    awhile and I cannot answer that question for him.

20          Q.    Currently where is your office located?

21          A.    Here in the administrative building.

22          Q.    What's the address?  Where are we?

23          A.    I have to look.  5160 Northwest Milner

24    Drive, Port St. Lucie, Florida, 34983.

25          Q.    Is this where you come to work every day?
```

Page 14

1          A.     Yes, sir.

2          Q.     **Tell me what a typical day is like for**

3    **you.**

4          A.     There is no typical day.  It's what

5    hits -- whatever we get hit with whenever we come in.

6          Q.     **Well, you are the captain of training in**

7    **the safety division, correct?**

8          A.     Correct.

9          Q.     **Do you actually respond to any calls?**

10         A.     I do not get dispatched to any calls.

11         Q.     **Does your day involve staying in this**

12   **building?**

13         A.     Sometimes.

14         Q.     **And then when you're not in this building,**

15   **where are you?**

16         A.     At the stations.

17         Q.     **And at the station, is that where you**

18   **perform training?**

19         A.     Sometimes.

20         Q.     **And where else would you perform training?**

21         A.     In this building.

22         Q.     **So if you're not in the station and you're**

23   **not in this building, where else would you perform**

24   **training?**

25         A.     At the college.

1        Q.     Do you teach?

2        A.     Are you asking do I teach aside from being

3   with St. Lucie County Fire District?

4        Q.     Yes.

5        A.     Yes, I do.

6        Q.     Where you do teach?

7        A.     Indian River State College.

8        Q.     What do you do teach there?

9        A.     At this moment I teach EMT lab.

10       Q.     What is EMT lab?

11       A.     Emergency medical technician.  I teach

12   their lab, their hands-on skills.

13       Q.     My understanding from speaking to

14   Paramedic Rosario, that there's a difference between

15   EMTs and paramedics, correct?

16       A.     Correct.

17       Q.     EMTs do not administer any medication,

18   correct?

19       A.     EMTs administer very few medications.

20       Q.     What medication --

21       A.     They can assist -- I'm sorry, they can

22   assist with very few medications.

23       Q.     But paramedics have the discretion to

24   administer medications to patients out in the field,

25   correct?

```
 1          A.     Yes.

 2          Q.     Do you currently have any involvement in

 3     training paramedics?

 4          A.     Yes.

 5          Q.     What does that consist of?

 6          A.     I ensure that all paramedics meet the

 7     required CEUs to maintain their State of Florida

 8     certificate, and I also run the apprenticeship

 9     program.

10          Q.     What's the apprenticeship program?

11          A.     Paramedic apprenticeship program.  Before

12     any paramedic gets released into the field as a

13     primary paramedic, they have to go through an

14     apprenticeship program and pass the apprenticeship

15     program.

16          Q.     How long does the apprenticeship program

17     last for?

18          A.     It could be anywhere from three months to

19     a year.

20          Q.     Is that field work or classroom work?

21          A.     Both.

22          Q.     You said you run it, so what does that

23     mean?  Do you actually teach anything?

24          A.     No.  I maintain their paperwork and ensure

25     they pass all their tests and keep track of their
```

Page 17

```
 1    progress prior to allowing them to have a release

 2    interview with myself and Dr. Chi Chiou Liu.

 3         Q.    In your role as the captain of training in

 4    the safety division, explain to me the difference

 5    between what it is that you do on the training side

 6    versus the safety side.

 7         A.    They're all one.

 8         Q.    So just tell me, what does it mean when

 9    you say you're the captain of training in the safety

10    division?

11         A.    Safety division is part of safety.  At the

12    end of the day, we have to make sure we keep ourselves

13    safe and there is -- whether it's back training, scene

14    safety training to ensure that we are kept safe, and

15    it's training.  It's all one.

16         Q.    And in addition to keeping the paramedics

17    and the EMTs safe, is it also part of your

18    responsibility to ensure that the employees, the

19    paramedics and the EMTs keep the patient safe?

20         A.    Are you asking me have we done any

21    training on that?

22         Q.    I'm asking you as part of your

23    responsibilities as the captain of training and safety

24    division, is it part of your responsibility to train

25    the paramedics and EMTs how to keep patients in the
```

1    **field safe?**

2         A.    We don't have any training modules, but it

3    is -- what's discussed during their training here

4    with -- during apprenticeship program and during their

5    training to receive their license.

6         **Q.    Are you involved in the training of EMTs**

7    **or paramedics?**

8         A.    Yes.

9         **Q.    Tell me how it is that paramedics**

10   **specifically are trained at the St. Lucie County Fire**

11   **District?**

12        A.    We try to hit every possible aspect of

13   training.  There's a hands-on component that we make

14   sure they have hands-on training, whether it's in the

15   field or here at admin.

16             There is educational, which we do through

17   a program that we have that's called target solutions,

18   that we send out training modules that they have to do

19   on their own, and so that way we can hit both hands-on

20   and educational.

21        **Q.    And you spoke about this target solution**

22   **training manual, what is that?**

23        A.    It's a training module, it's a software.

24   That's the software that we use to get training out to

25   personnel at once.

1      Q.    And as part of that training module, is

2  there any training contained within that module

3  relating to the administration of Ativan?

4      A.    I would have to look back at the training.

5  That reverts back to your prior question that you

6  asked me, has there been any changes.  If there are

7  changes, then there was training.

8              MR. NEWMAN:  I just want to make

9          sure I'm clear on the question, you mean

10         specifically with regard to the target

11         solutions?

12             MR. HECHT:  Yes.

13             MR. NEWMAN:  Did you understand

14         that's what he asked?

15             THE WITNESS:  Yes.

16  BY MR. HECHT:

17     Q.    Let me just make sure that I'm clear, as

18  part of the training that paramedics undergo, you said

19  that there's hands-on training and there's educational

20  training, correct?

21     A.    Correct.

22     Q.    And this hands-on educational training,

23  does this last for a period of one year?

24     A.    They are not in their apprenticeship

25  program.  This is anything new or any updates that we

1   have to do, we ensure that 100 percent of our

2   personnel get the training before we make any type of

3   implementation.

4        **Q.    So am I correct that as part of your role**

5   **as the chair of the EMS Guideline Committee, if**

6   **there's any changes or updates to the medical**

7   **guidelines, then the paramedics have to go through**

8   **hands-on as well as educational training, correct?**

9        A.    The EMS Guideline Committee, their sole

10  job is to make recommendations.  They do not implement

11  anything, they make recommendations.  It goes up the

12  chain of command, whether those recommendations get

13  implemented or not.

14       **Q.    And once the committee goes up the chain**

15  **of command, it's up to the doctor and the training**

16  **chief whether those recommendations are implemented,**

17  **correct?**

18       A.    At the end of the day, Dr. Liu makes the

19  final decision.

20       **Q.    And if Dr. Liu approves the**

21  **recommendation, is it correct that all of the**

22  **paramedics will go through both hands-on and**

23  **educational training as it was relates to those**

24  **updates?**

25       A.    Depending on the type of training.  Some

1    training modules require hands-on only, some require

2    only educational.  Some require both.

3        **Q.    So my question for you is, have there**

4    **been, since the time that you have been the chair of**

5    **the EMS Guideline Committee, any updates regarding the**

6    **administration of Ativan that paramedics have had to**

7    **learn in the target solution training module?**

8        A.    It goes back to the way I answered your

9    past question, I would have to look and see what

10   training we have implemented since I've been in

11   training.  I can give you that summary of changes, but

12   not at this time.

13       **Q.    Now my understanding is that when someone**

14   **wants to become a paramedic, they have to first be**

15   **trained as an EMT, correct?**

16       A.    That's correct.

17       **Q.    Once someone is an EMT, how long is the**

18   **process by which they have to go through in order to**

19   **become a paramedic?**

20       A.    According to the State of Florida, you can

21   enter the paramedic program once you have an EMT

22   certificate.

23       **Q.    Does the St. Lucie County Fire District**

24   **have any sort of training program that EMTs have to go**

25   **through in order to become a paramedic at the**

Page 22

1    **St. Lucie Fire District?**

2         A.    It is called the apprenticeship program.

3    If you are -- Let me back up.  Depends if you get

4    hired on as a paramedic or hired on as an EMT.

5         **Q.    If you get hired on as a paramedic, do you**

6    **go through the apprenticeship program?**

7         A.    If you get hired on as a paramedic, you

8    still -- even though you're a state certified

9    paramedic, you still have to go through St. Lucie

10   County Fire District Paramedic Apprenticeship Program.

11        **Q.    How long does that apprenticeship program**

12   **last for?**

13        A.    As I said earlier, three months to a year.

14        **Q.    In May of 2014, what role did you have in**

15   **the apprenticeship program?**

16        A.    I did not.

17        **Q.    So you did not in any way have any sort of**

18   **involvement with teaching, training, educating**

19   **individuals going through the apprenticeship program**

20   **in May of 2014?**

21        A.    I was a station officer.  So my answer is

22   no.

23        **Q.    Where did you go to high school?**

24        A.    Vero Beach High School.

25        **Q.    And after high school did you go on to any**

Page 23

1    further education?

2         A.    Went to IRSC.

3         Q.    That stands for what?

4         A.    Indian River -- at the time it was Indian

5    River Community College.  At the time it was IRCC,

6    Indian River Community College.

7         Q.    Is that a two-year or four-year program?

8         A.    Well, two-year program.  That's also where

9    I went to paramedic school, EMT school and fire

10   school.

11        Q.    So it's a two-year program, and what did

12   you graduate with?

13        A.    My Associate's in Science at that time,

14   from IRSC.

15        Q.    And then after graduating with an

16   Associate's in Science, what did you do?

17        A.    During that time, that was part of my

18   paramedic/EMT/fire.

19        Q.    During the two-year program that you were

20   at Indian River Community College --

21        A.    Yes.

22        Q.    -- you received your EMT license?

23        A.    Yes.

24        Q.    You received your paramedic license?

25        A.    Yes.

Page 24

1      Q.      What was the third thing you said?

2      A.      My fire standards.

3      Q.      So after obtaining those licenses, what

4  did you do?

5      A.      You're mixing everything together.  Things

6  didn't happen one after the other.  I went to IRSC,

7  got my EMT fire, hired on with several departments,

8  ended up getting hired on here, and then I went to

9  paramedic school.

10     Q.      Let's just go in order.  At Indian River

11 Community College, it was a two-year program,

12 graduated with your Associate's in Science, correct?

13     A.      No.  I started attending IRCC.

14     Q.      You attended IRCC?

15     A.      Yes.

16     Q.      While attending, what did you study?

17     A.      Went to core classes, EMT and fire.

18     Q.      And you got your license in EMT and fire?

19     A.      Yes.

20     Q.      After that?

21     A.      I got hired on.

22     Q.      By who?

23     A.      City of Winter Haven.

24     Q.      What did you do for the City of Winter

25 Haven?

Page 25

```
 1          A.     Firefighter/EMT.
 2          Q.     How long did you work there for?
 3          A.     Approximately a year.
 4          Q.     Where did you go after that?
 5          A.     Brevard County Fire Rescue.
 6          Q.     How long did you work there for?
 7          A.     Approximately a year.
 8          Q.     What did you do for Brevard County?
 9          A.     Firefighter/EMT.
10          Q.     After Brevard?
11          A.     Got hired on with St. Lucie County Fire
12    District.
13          Q.     What year did you start working at the
14    St. Lucie County Fire District?
15          A.     July 7, 2000.
16          Q.     What was your position at that time?
17          A.     Firefighter/EMT.
18          Q.     When did you get your paramedic license?
19          A.     Shortly after.
20          Q.     What year?
21          A.     I would have to look at my records.
22          Q.     Shortly after 2000, though?
23          A.     Yes.
24          Q.     Were you a part of the apprenticeship
25    program?
```

1        A.     Once I became a state certified paramedic,

2    at that time I went through the apprenticeship

3    program.

4        **Q.     Tell me what the apprenticeship program**

5    **consisted of when you went through it.**

6        A.     It's a list of tests.  You had to take

7    tests.  You had to review your guidelines, you have to

8    sit in front of a panel, hands-on skills, and also so

9    many -- certain amount of interventions in the field

10   while being supervised.

11       **Q.     How long did your apprenticeship program**

12   **last for?**

13       A.     I would have to go back in my records to

14   find out how long I was in the program.

15       **Q.     You don't know if it was three months or a**

16   **year?**

17       A.     It was somewhere between three months and

18   a year.

19       **Q.     And has the apprenticeship program changed**

20   **at all from the time you went through it --**

21       A.     Yes.

22       **Q.     -- to the present day?**

23       A.     Yes.

24       **Q.     How has it changed?**

25       A.     It has just been cleaned up.

Page 27

1          Q.      When you say cleaned up, what does that

2     mean?

3          A.      We practice medicine, everything changes

4     every day.  So we have to make sure that the

5     apprenticeship program goes hand in hand with our

6     guidelines.  Any time the guidelines changes, the

7     apprenticeship program has to change.

8          Q.      When you went through the apprenticeship

9     program in 2000, were you trained how to properly

10    administer Ativan to patients in the field?

11         A.      When I came in in 2000, Ativan was not on

12    the rescue trucks.

13         Q.      When did Ativan become part of the rescue

14    trucks?

15         A.      I would have to look at our general orders

16    to find out exactly when it came on.

17         Q.      Currently as part of the apprenticeship

18    program, those that go through the program, are they

19    trained how to properly administer Ativan to patients

20    in the field?

21         A.      Yes.

22         Q.      And are you involved in that training?

23         A.      Yes.

24         Q.      In 2014, were you involved in that

25    training?

Page 28

```
 1           A.    No.
 2           Q.    So in 2014, who was it that was in charge
 3     of the apprenticeship program?
 4           A.    I'm not sure.
 5           Q.    In 2013, who was it that was in charge of
 6     the apprenticeship program?
 7           A.    I'm not sure.
 8           Q.    In 2006, who was in charge of the
 9     apprenticeship program?
10           A.    I'm not sure.
11           Q.    Juno Paramedic Jose Rosario --
12           A.    Yes.
13           Q.    -- have you spoken to him prior to the
14     deposition today?
15                 MR. NEWMAN:  You mean about this?
16     BY MR. HECHT:
17           Q.    Yes.  Let me rephrase the question.
18                 Prior to your deposition today, have you
19     spoken to Jose Rosario regarding the deposition he
20     gave in this case?
21           A.    No.
22           Q.    Do you oversee Jose Rosario currently?
23           A.    Currently direct supervision, no.
24           Q.    When you say direct supervision, do you
25     have any supervision over him whatsoever?
```

1          A.    As a training officer, we ensure all

2     training is done, so I keep in contact with all

3     paramedics through their station officer.

4          Q.    Are you involved currently in sanctioning

5     or disciplining paramedics as it relates to their

6     performance out in the field?

7          A.    I do not issue discipline, only

8     recommendations.

9          Q.    Again, do you issue those recommendations

10    at the chain of command?

11         A.    Yes.

12         Q.    Who is it that you issue disciplinary

13    recommendations to when we talk about the chain of

14    command?

15         A.    It would be Chief Jennifer Chambers.

16         Q.    In 2014, were you involved in recommending

17    disciplinary actions against any paramedics?

18         A.    No.

19         Q.    In 2006, were you involved in recommending

20    any disciplinary actions against any paramedics?

21         A.    I am not sure.

22         Q.    You've been employed at the St. Lucie

23    County Fire District for 17 years, correct?

24         A.    Yes.

25         Q.    Tell me all of the positions that you've

Page 30

1    held?

2         A.    Firefighter/EMT, firefighter/paramedic,

3    lieutenant field training officer, lieutenant station

4    officer, lieutenant training and safety division,

5    captain training and safety division.

6         Q.    Can you tell me the years you were

7    firefighter/EMT?

8         A.    When I got hired on in 2000, I would have

9    to go through human resources to find out the rest of

10   my timeline.

11        Q.    So you can't tell me the years that you

12   were a firefighter/EMT, correct?

13        A.    No.

14        Q.    And you can't tell me the years that you

15   were a paramedic in the field?

16        A.    No.

17        Q.    And you can't tell me the years you were a

18   lieutenant field training officer?

19        A.    No.

20        Q.    You can't me tell me the years you were a

21   lieutenant station officer?

22        A.    No.

23        Q.    You can't tell me the years that you were

24   a lieutenant of training in the safety division?

25        A.    No. October 25th.

1          Q.     Let's go back.  What were the years that

2     you were the lieutenant of the training and safety

3     division?

4          A.     I can tell you when I started being the

5     captain in the training and safety division, it was

6     October 25th of 2016.

7          Q.     And currently who do you report to?  You

8     said it's the Chief, Jennifer --

9          A.     Chief Jennifer Chambers.

10         Q.     In May of 2014, who did you report to?

11         A.     We're going through some chiefs retiring,

12    so I believe at that time -- you know what, I would

13    have to find out.  I would have to go through human

14    resources because we had some retirement and there was

15    a couple of different chiefs at that time.

16         Q.     We've been talking a lot about the medical

17    guidelines, did you bring a copy of those guidelines

18    with you today?

19         A.     What year?

20         Q.     2014.

21         A.     Yes, sir.

22         Q.     Could I see them.

23                Before we launch into that, could we take

24    a brief restroom break?

25                MR. HECHT:  Yes.

Page 32

```
 1                    (A brief recess was taken.)

 2    BY MR. HECHT:

 3         Q.    Captain, before we took the break, I was

 4    asking you if you brought the medical guidelines with

 5    you today.

 6         A.    I did not bring the entire medical

 7    guidelines, but I do have the areas where Ativan is

 8    mentioned.

 9         Q.    Can I see those.

10               We'll go ahead and discuss that.

11         A.    Discuss these?

12         Q.    Yes, we'll discuss what you brought with

13    you.

14         A.    Okay.

15         Q.    But before we do that, I'm going to ask

16    you, because I see you have a file in front of you of

17    the things you brought, so tell me what it is that you

18    brought with you today to this deposition.

19         A.    I have the guidelines that Ativan is

20    mentioned in.  I have -- these are also the guidelines

21    back here.

22         Q.    Can I see those?

23         A.    There's a repeat of what I just gave you.

24         Q.    What you just handed me, is this exactly a

25    copy of what you just gave to me?
```

1          A.     Yes, I believe so.

2          Q.     **I'll give that back to you.**

3          A.     This is the run report.

4          Q.     **Is it six pages?**

5          A.     Yes.

6          Q.     **What else?**

7          A.     This was given to me, I haven't looked at

8     it.  This was an events report.

9          Q.     **Can I see that?**

10         A.     I don't know what that is.  I haven't had

11    a chance to look at it.

12         Q.     **I'll hand that back to you.**

13                **What else do you have with you?**

14         A.     This is the signature form that was part

15    of the one report that we are required to have signed

16    by either the patient or the ER, saying we basically

17    have taken that patient to the ER.

18         Q.     **Okay.**

19         A.     EKG strips.

20         Q.     **These EKG strips, were these taken out in**

21    **the field when the paramedics were treating**

22    **Mr. Docher?**

23         A.     These are part of the EMS run report, so

24    these were attachments of the EMS run report.

25         Q.     **Does that mean that the paramedics when**

Page 34

1    they were treating Mr. Docher, hooked him up to an

2    EKG?

3          A.    Yes.  These are statements from both --

4    from the personnel that there at the scene.

5          Q.    Can I see those statements?

6          A.    Yes.

7          Q.    Thank you.

8                So the statements that you just handed me,

9    these are all St. Lucie County Fire District personnel

10   statements, correct?

11         A.    That's correct.

12         Q.    What else do you have with you?

13         A.    Run report.  This is another copy of the

14   event report.  This is a public records request that

15   was made for the guideline and the guidelines are in

16   there.

17         Q.    Okay.

18         A.    This is that event log again.  Okay.  It's

19   a medication test that was taken by Rosario back in

20   '07, when he was in the apprenticeship program.

21         Q.    Anything else?

22         A.    No.  I mean, there's more in there, but

23   it's just guidelines again, same thing, copies of the

24   guidelines.

25         Q.    You've already shown me those?

```
 1              A.    Yes.   It's the same copies of the same
 2      thing I just gave you.
 3              Q.    Now, Captain Gonzalez, you have been
 4      identified as the person or persons with the most
 5      knowledge from the St. Lucie County Fire District set
 6      forth in the attached Exhibit A, which is contained in
 7      this notice of taking deposition duces tecum, which
 8      we'll mark as Exhibit 1.
 9                    (Plaintiff's Exhibit No. 1 was marked for
10              Identification by the reporter.)
11              Q.    Have you seen this duces tecum before?
12              A.    Yes.   Yes, I did see this.
13              Q.    Again, it's listed you as the person or
14      persons with the most knowledge from the St. Lucie
15      County Fire District set forth in the attached
16      Exhibit A, so I'd like to go to Exhibit A, which is
17      contained within Plaintiff's 1, and take a look at one
18      through 10 for me.
19                    Have you seen one through 10 before?
20              A.    Yes.
21              Q.    And is it correct that you are the person
22      with the most knowledge regarding numbers one through
23      10?
24              A.    I am the person with the most involvement
25      in these areas.
```

1        Q.     Is there someone else that I should be
2    speaking to besides you regarding areas one through
3    10?
4        A.     That would be a decision for you to make.
5    I can tell you what I'm involved in.
6        Q.     Well, I requested to speak with the person
7    with the most knowledge regarding numbers one through
8    10, contained in Exhibit A of Plaintiff's 1, so I want
9    to make sure I'm speaking to the right person with the
10   most knowledge regarding those areas that are listed
11   one through 10.
12              Are you the person with the most knowledge
13   regarding areas one through 10 contained in Exhibit A?
14       A.     I am the person with the most involvement.
15   I cannot account for other people's knowledge.  I can
16   tell you that I am the one with the most involvement
17   in these areas.
18       Q.     All right.
19              And then going to Exhibit B in
20   Plaintiff's 1, it asks for you to bring these things
21   with you today.  Have you brought Exhibit B and all
22   the items contained in Exhibit B with you today?
23       A.     We have done the best to get everything
24   that we need from these areas.
25       Q.     Let's go through them under Exhibit B.

Page 37

```
 1      Number one, the official policies and customs and

 2      practice of the St. Lucie County Fire District

 3      regarding the administration of sedatives, such as

 4      Ativan by its employees, including Jose Rosario.

 5              Did you bring that document with you?

 6      A.   We don't have policies, we have

 7      guidelines.

 8      Q.   Did you bring the guidelines with you

 9      today?

10      A.   Yes.  That is part of the EMS Guidelines,

11      the ones I just showed you.

12      Q.   Could you take those out for me please.

13      A.   Can I rephrase that question.

14      Q.   You mean answer?

15      A.   Answer.

16      Q.   Sure.

17      A.   When it comes to patient care, we have

18      guidelines.

19      Q.   So under Exhibit B, number one, I asked

20      for the official policies and customs and practices of

21      the St. Lucie County Fire District regarding the

22      administration of sedatives, such as Ativan by its

23      employees, including Jose Rosario, and is it correct

24      that the St. Lucie County Fire District does not have

25      written policies customs and practices regarding the
```

1      administration of sedatives?

2           A.    We have EMS medical guidelines.

3           Q.    And you brought those guidelines with you?

4           A.    They're right here, yes.

5                 (Plaintiff's Exhibit No. 2 was marked for

6           Identification by the reporter.)

7                 MR. HECHT: What I'd like to do is

8           mark the guidelines as Plaintiff's 2.

9                 MR. NEWMAN:  What was one?

10                MR. HECHT:  It was the duces tecum.

11     BY MR. HECHT:

12          Q.    When we talk about Plaintiff's

13     Exhibit 2, which is the guidelines regarding the

14     administration of Ativan, what year were those

15     guidelines in existence from?

16          A.    These guidelines were revised May 5,

17     2013 -- May of 2015 -- Sorry, May of 2013.  Not all of

18     them.

19                Do we need to go through each one when

20     they were revised?

21          Q.    Explain to me what you mean.

22          A.    The EMS Guideline is a living document,

23     meaning you can revise a small portion of the

24     guideline without revising the entire guideline.  So

25     we put dates on the bottom of each individual

Page 39

```
 1    guideline that was revised, that way we know when that
 2    specific guideline was revised.
 3         Q.    Okay.  Can I see that.
 4               Looking at the heading sedation --
 5         A.    Yes.
 6         Q.    -- tell me when the sedation guidelines
 7    were revised.
 8         A.    May 5, 2013.
 9         Q.    And are those the guidelines related to
10    sedation in May of 2014?
11         A.    Yes.
12         Q.    So that sedation guideline would have been
13    in existence and active when Jose Rosario treated
14    Tavares Docher on May 11, 2014?
15         A.    Yes.
16         Q.    Has the sedation guidelines been revised
17    since May 5, 2013?
18         A.    I would have to look.
19         Q.    And did you bring with you any documents
20    in regards to Number 2, that states the official
21    policies and customs and practices of the St. Lucie
22    County Fire District regarding whether sedatives such
23    as Ativan are to be administered incrementally?
24         A.    That is the guideline that we were looking
25    at.
```

Page 40

1        Q.    And that guideline was in effect on

2    May 11, 2014?

3        A.    Correct.

4        Q.    Did you bring with you number three under

5    Exhibit B, the official policies and customs and

6    practices of the St. Lucie County Fire District

7    regarding the administration of sedatives such as

8    Ativan in patients with a medical history of alcohol

9    use, mental illness or both?

10        A.    This is the guideline that we go by.  We

11    do have a pharmacology section that's also part of the

12    guideline.

13        Q.    Anywhere in Exhibit 2 that you've brought

14    with you today, is there any mention of the

15    administration of Ativan in patients with the medical

16    history of alcohol use, mental illness or both?

17        A.    I would have to look through the document.

18        Q.    Take your time.

19        A.    In regards to sedation?

20        Q.    Yes, sir.

21        A.    In regards to sedation, there is no

22    mention.

23        Q.    Are you aware if there has ever been a

24    mention contained within the St. Lucie County Fire

25    District guidelines, any mention of the administration

1    of Ativan in a patient with a history of alcohol or

2    mental illness?

3         A.    I am not sure.

4         Q.    So is it correct that in May of 2014,

5    there was no policy, procedure, custom or guideline

6    that directed paramedics who chose to administer a

7    sedative to a patient with a medical history of

8    alcohol use or mental illness?

9         A.    From the information that I have gathered

10   in sitting here in front of you, no.

11        Q.    Did you bring with you number four, the

12   customs, policies and practices of the St. Lucie

13   County Fire District regarding the review of run

14   reports to determine if care and treatment is

15   consistent with existing policies in the best

16   interests of the patient?

17        A.    Yes.

18        Q.    Could you show me that please.

19             Number five, did you bring with you the

20   official written policies of the St. Lucie County Fire

21   District?

22        A.    Policies for what?

23        Q.    Is there a general written set of policies

24   that is given to paramedics that are employed at the

25   St. Lucie County Fire District?

Page 42

1          A.     We have an area in our target solution

2    software that has all of the EMS policies.

3          Q.     **Did you bring that with you?**

4          A.     No, I did not.

5          Q.     **Why not?**

6          A.     It had nothing to do with sedation.  I

7    brought everything that had to do with sedation and

8    with this call, but it wouldn't be a problem if you

9    wanted me to print them all up.

10         Q.     **Okay.  Exhibit 2 that you brought with you**

11   **is how many pages?**

12         A.     This one?

13         Q.     **Yes.**

14         A.     Eight pages.

15                (Plaintiff's Exhibit No. 3 was marked for

16                Identification by the reporter.)

17   BY MR. HECHT:

18         Q.     **I'm going to show you what we'll mark as**

19   **Exhibit 3.  This is 600 pages, Exhibit 3.**

20                **Have you seen the emergency medical**

21   **guidelines contained in Exhibit 3 before?**

22         A.     Yes.

23         Q.     **What is this?**

24         A.     This is our guidelines that we were -- we

25   used to work under.

Page 43

1      Q.     And do you continue to work under the

2    guidelines that are contained in Exhibit 3?

3      A.     No.

4      Q.     Why not?

5      A.     What exhibit is this?

6      Q.     Exhibit 3.

7      A.     The guidelines that you showed me,

8    Exhibit 3, was a regional guideline.  Many

9    participating agencies were part of this guideline.

10   When it was time for its update, all agencies decided

11   to go on their own.

12     Q.     What was the year that the medical

13   guidelines that I just handed you, which we marked as

14   Exhibit 3, was no longer in use by the St. Lucie

15   County Fire Department?

16     A.     I'm not sure.

17     Q.     Do you know if on May 11, 2014, those

18   emergency medical guidelines were in use and active by

19   the St. Lucie County Fire District?

20     A.     They were not.

21     Q.     So is it your testimony that the emergency

22   medical guidelines that I just handed you contained in

23   Exhibit 3, were no longer used by the St. Lucie County

24   Fire District on May 11, 2014?

25     A.     That's correct.

1     Q.     But you don't know when it is that the

2     St. Lucie County Fire District stopped utilizing those

3     emergency medical guidelines?

4     A.     No, I do not.

5     Q.     Could you find that out for me?

6     A.     Yes, I can.

7            (Plaintiff's Exhibit No. 3 was marked for

8            Identification by the reporter.)

9     BY MR. HECHT:

10    Q.     Exhibit 2 that you brought with you, and

11    specifically the heading sedation, looks to me to be

12    identical to the sedation section that's contained

13    within Plaintiff's Exhibit 3.

14           So I'm going to have you look at

15    Plaintiff's Exhibit 3 and show me if there's been any

16    changes between what you've brought with you which

17    you've told me is in effect today?

18    A.     I did not say that.

19    Q.     You did not say that?

20    A.     No, sir.

21    Q.     Well, then let's go back.

22           Exhibit 2 that you brought with you today,

23    which is the guidelines, is that currently in use

24    today by the St. Lucie County Fire District?

25    A.     I'm not sure if it has been updated or

Page 45

1   not.  That's when I had told you I would look into

2   what has and has not been updated.  This guideline is

3   what was in use the day that you had mentioned.

4        Q.    So Exhibit 2, and the heading sedation and

5   the information contained within the sedation page,

6   was in use by the St. Lucie County Fire District on

7   May 11, 2014; is that correct?

8        A.    That's correct.

9        Q.    I'm going to show you Exhibit 2, sedation,

10  and then Exhibit 3, sedation?

11       A.    Okay.

12       Q.    These documents look different, correct?

13       A.    At a glance, yes.

14       Q.    And are you able to tell me if the

15  sedation section from Exhibit 3 was in use in May

16  of 2014?

17            MR. NEWMAN:  Asked and answered.

18       I'm objecting for the record.

19            THE WITNESS:  I have to take a look

20       at it if you give me a moment.

21  BY MR. HECHT:

22       Q.    Okay.

23       A.    Okay.  Your question again?

24       Q.    My question was, the sedation page that's

25  contained in Plaintiff's Exhibit 3, was that in use on

Page 46

1    May 11, 2014, by the St. Lucie County Fire District?

2         A.    No.

3         Q.    And how do you know that?

4         A.    Because this was 2009, this is 2013.

5         Q.    So you looked at the bottom of the

6    sedation page from Plaintiff's Exhibit 3, and because

7    the bottom says October 7, 2009, that leads you to

8    believe that this was not in use on May 11, 2014,

9    correct?

10        A.    If you're asking me do we refer to this

11   page on 2014, the answer is no.  We refer to the 2013,

12   because that's what was in effect in 2014.

13        Q.    So no paramedic would have been utilizing

14   any of the information that's contained on the

15   sedation page in Plaintiff's Exhibit 3, correct?

16        A.    This is Exhibit 3?

17        Q.    Yes, sir.

18        A.    No paramedic would have referenced this

19   guideline in 2014.

20        Q.    Understood.

21             So the document that was in existence and

22   active and that would have been used by a paramedic

23   for reference in May of 2014, is what you brought with

24   you today, Plaintiff's Exhibit 2, heading sedation,

25   correct?

Page 47

1          A.     Correct.

2          Q.     **This is a medical guideline; is that**

3    **correct?**

4          A.     Correct.

5          Q.     **Is it a policy and procedure that**

6    **paramedics are supposed to follow when administering**

7    **Ativan?**

8                 MR. NEWMAN:  Object to the form;

9          asked and answered.

10         A.     It is a guideline.  It is not a policy or

11   procedure.

12   BY MR. HECHT:

13         Q.     **And when you say guideline, that leads me**

14   **to believe that they can essentially stray from the**

15   **guideline; is that true?**

16                MR. NEWMAN:  Object to the form.

17                You can answer.

18         A.     They can come call for orders if they

19   needed to deviate from these guidelines.

20   BY MR. HECHT:

21         Q.     **Who would they call?**

22         A.     The ER.

23         Q.     **Would they speak to a physician?**

24         A.     Yes.

25         Q.     **Could they also call Dr. Chi?**

Page 48

1          A.    Chi Chiou Liu.

2          **Q.    I apologize, Chi Chiou Liu.**

3          A.    If they had a way of getting ahold of him,

4    yes, he could have made that call.

5          **Q.    In 2014, did the paramedics have**

6    **Dr. Chi Chiou Liu's cell phone number?**

7          A.    We don't give his information out.

8          **Q.    So it's correct that the paramedics in**

9    **2014, did not have Dr. Chi Chiou Liu's cell phone**

10   **number?**

11         A.    Correct.

12         **Q.    Did they have his office number?**

13         A.    I couldn't answer that, if he had his

14   office number or not.

15         **Q.    How would the paramedics have gotten in**

16   **touch with Dr. Chi Chiou Liu in an emergency if they**

17   **needed to contact him when they were in the field?**

18         A.    These guidelines are Dr. Liu's offline

19   medical direction.  That's his extension.  If they

20   needed to get ahold of a -- to get online medical

21   direction, they would call the ER.

22         **Q.    Well, again, back to my question, if a**

23   **paramedic was out in the field and needed to talk to**

24   **Dr. Chi Chiou Liu regarding the sedation guidelines,**

25   **would they have been able to contact him?**

Page 49

1          A.     There would be no reason to contact

2     Dr. Liu, these are offline medical directions.  If

3     they needed assistance, they would call the ER for

4     online medical direction.

5          Q.     The answer is, if a paramedic in May

6     of 2014 wanted to call Dr. Chi Chiou Liu, they would

7     have no way of getting ahold of him in an emergency,

8     correct?

9               MR. NEWMAN:  Object to the form.

10              You can answer.

11         Q.     No, they don't need to get ahold of

12    Dr. Chi Chiou Liu.

13    BY MR. HECHT:

14         Q.     I understand you're telling me they

15    wouldn't need to get ahold of him because they have

16    this guideline?

17         A.     Right.

18         Q.     I'm with you, I understand what you're

19    saying.

20              My question is, if they wanted to contact

21    him, they would not be able to because they did not

22    have his phone number, correct?

23         A.     Whether they had his phone number or not,

24    I do not know.

25         Q.     You just told me it was not given out,

Page 50

```
 1    correct?
 2         A.    It doesn't get given out, but if they have
 3    it -- I don't know if they have it or not.
 4         Q.    But it wasn't a policy in May of 2014 for
 5    the paramedics to have Dr. Chi Chiou Liu's number on
 6    them, correct?
 7         A.    Correct.
 8         Q.    Let's go through the sedation guideline.
 9         A.    Okay.
10         Q.    Under sedation, it says indications,
11    cardioversion, external pacing, combative patient,
12    anywhere under the heading sedation in Exhibit 2 that
13    you brought with you today, does it list any
14    contraindications for Ativan?
15         A.    No.
16         Q.    Why not?
17         A.    As the guideline says, it doesn't have it.
18    When this guideline was put together, there was no
19    need to put contraindication under it.
20         Q.    Why not?
21         A.    I don't know.
22         Q.    Is it dangerous for the St. Lucie County
23    Sheriff's Office not to have what the
24    contraindications for Ativan administration is under
25    the heading sedation?
```

Page 51

1              MR. NEWMAN:  Object to the form,

2       and also you asked the St. Lucie County

3       Sheriff's Office.

4    BY MR. HECHT:

5       Q.    Let me rephrase the question.

6             Is it dangerous for the St. Lucie County

7    Fire Department not to have the contraindications for

8    Ativan contained within the sedation page contained in

9    the Exhibit 2?

10             MR. NEWMAN:  Object to the form.

11      A.    Are you asking me for my opinion?

12    BY MR. HECHT:

13      Q.    Well, you are a captain at the Port St.

14    Lucie Sheriff's Office and in charge of the training

15    in the safety division, so I'm asking based on that,

16    is it dangerous not to have listed the

17    contraindications for the administration of Ativan

18    under the sedation heading?

19      A.    No.

20             MR. NEWMAN:  Object to the form.

21       Also, your question referred to him as a

22       captain in the St. Lucie County Sheriff's

23       Office.

24             MR. HECHT:  I apologize.  I

25       understand you don't work for the

1           Sheriff's Office.

2    BY MR. HECHT:

3           Q.    I'll ask it again, as captain at the

4    St. Lucie County Fire Department in charge of the

5    training and safety division, is it dangerous not to

6    have listed the contraindications for Ativan contained

7    within the sedation heading on Exhibit 2?

8                MR. NEWMAN:  Object to the form.

9           A.    No.

10   BY MR. HECHT:

11          Q.    Why not?

12          A.    There is no contraindications in the

13   emergency setting for Ativan.

14          Q.    Explain that to me, sir.

15          A.    There's a difference between the emergency

16   setting and the nonemergency setting.  Ativan can be

17   given for many different reasons.  Depending on the

18   situation, there may not be a contraindication.  There

19   are cautions, but no contraindications.

20          Q.    Is that how you train your paramedics at

21   the Port St. Lucie Fire Department, that there's no

22   contraindication for Ativan in an emergency setting?

23          A.    We make them aware of the cautions that

24   they need to be aware of when administering Ativan.

25          Q.    And I understand that you're telling me

1    about the cautions, but my question is more specific,

2    is it a part of the training and culture at the Port

3    St. Lucie Fire Department that the paramedics are not

4    trained in the contraindications for Ativan use in an

5    emergency setting?

6         A.    Can I refer to the guideline real quick?

7         Q.    Sure.

8              MR. NEWMAN:   I object to the form

9         of the question.  Just so we're clear for

10        the record, the organization is the

11        St. Lucie County Fire District, it's not

12        the Port St. Lucie, and it's also not fire

13        department.  So the St. Lucie County Fire

14        District.

15   BY MR. HECHT:

16        Q.    Do you understand so far that all the

17   questions I've asked you are involving your role and

18   position and experience working at the St. Lucie

19   County Fire District?

20        A.    Yes.

21        Q.    Sir, you've had a chance to look at --

22        A.    Yes.

23        Q.    Exhibit 2.

24              Would you like me to ask the question

25   again?

Page 54

```
 1        A.    Yes.

 2        Q.    Is it correct that as part of the training

 3   and culture at the St. Lucie County Fire District,

 4   that paramedics are not trained on the

 5   contraindications for Ativan use or administration in

 6   an emergency setting?

 7        A.    They are trained not to give Ativan if the

 8   patient is hypersensitive to it.

 9        Q.    How would a paramedic know if a patient is

10   hypersensitive to Ativan administration?

11        A.    If that information is given to them on

12   scene.

13        Q.    Who would give the paramedic that

14   information?

15        A.    Either family members or the patient.

16        Q.    What if the patient is not able to speak?

17        A.    If the patients are not able to speak, we

18   look for medical alert tags to see if they are

19   hypersensitive or have any allergies to medication.

20        Q.    What if there's no medical alert tag?

21        A.    If there's no medical alert tag, we weigh

22   out the risk versus gain.

23        Q.    Is that discretionary to the paramedic?

24        A.    Yes.

25        Q.    As part of the training that paramedics go
```

1    through in the apprenticeship program, are they

2    trained on the contraindications of Ativan

3    administration?

4         A.    The contraindications as per our

5    protocols.

6         Q.    And is the only contraindication for

7    Ativan administration hypersensitivity?

8         A.    As per our protocols.

9         Q.    Are you aware of any other

10   contraindications for Ativan administration

11   administered intramuscularly to a patient?

12        A.    No.

13        Q.    Are you aware if head trauma is a

14   contraindication to Ativan administration

15   intramuscularly?

16             MR. NEWMAN:  Object to the form.

17             MR. JOLLY:  Join.

18             MR. NEWMAN:  You can answer.

19        A.    No.

20   BY MR. HECHT:

21        Q.    Are you aware if alcohol use is a

22   contraindication to the administration of Ativan

23   injected intramuscularly?

24        A.    No.

25        Q.    Are you aware if excited delirium is a

1  **contraindication to the administration of Ativan**

2  **injected intramuscularly?**

3                    MR. NEWMAN:  Object to the form.

4        A.    I would have to look at our excited

5  delivery and protocol.

6  BY MR. HECHT:

7        **Q.    Sitting here right now, are you able to**

8  **answer that?**

9        A.    No.

10       **Q.    Do you have protocols in front of you**

11  **related to excited delirium that you could look**

12  **through to answer that question?**

13       A.    I would have to pull the guidelines from

14  2013 and actually look at our protocol at that time.

15       **Q.    Are you aware that metabolic acidosis is a**

16  **contraindication for the administration of Ativan**

17  **injected intramuscularly?**

18                    MR. NEWMAN:  Form.

19       A.    No.

20  BY MR. HECHT:

21       **Q.    Are you aware if the use of narcotics is a**

22  **contraindication for the use of Ativan injected**

23  **intramuscularly?**

24                    MR. NEWMAN:  Form.

25       A.    No.

Page 57

1    BY MR. HECHT:

2        Q.    Are you aware if someone is suffering from

3    respiratory depression -- strike that.

4              Is respiratory depression a

5    contraindication for Ativan use injected

6    intramuscularly?

7              MR. NEWMAN:  Object to the form.

8        A.    No.

9    BY MR. HECHT:

10       Q.    You do not know?

11       A.    All the nos I'm answering, they are not

12   contraindications per our protocol.  The only

13   contraindication is hypersensitivity.

14       Q.    And everything that I've asked you so far,

15   do you have any personal knowledge whether anything I

16   just mentioned is a contraindication for the use of

17   Ativan injection -- excuse me, strike that.

18              Let me just phrase it this way, are you

19   aware if head trauma, alcohol use, narcotic use,

20   metabolic acidosis, respiratory depression, are

21   contraindicated for Ativan to be injected

22   intramuscularly based on any personal knowledge that

23   you have?

24              MR. NEWMAN:  Form objection.

25              MR. JOLLY:  Join.

Page 58

1        A.    As per our protocol, no.  Above and beyond

2    that, I don't know.

3    BY MR. HECHT:

4        Q.    Let's talk about the sedation protocol

5    that you have in front of you.

6              It says benzodiazepines may cause

7    respiratory depression or compromise, correct?

8        A.    Correct.

9        Q.    Is that something that the paramedics

10   would have been trained on in 2014?

11       A.    Yes.

12       Q.    When administering, observe for signs of

13   hypotension or respiratory depression, they would have

14   been aware of that in 2014?

15       A.    Yes.

16       Q.    ALS stands for advanced life support; is

17   that correct?

18       A.    Correct.

19       Q.    Under the second bullet point, says Ativan

20   one milligram increments to a max of four?

21       A.    Correct.

22       Q.    What were the paramedics trained to do

23   regarding that bullet point in 2014?

24       A.    Regarding the Ativan, one milligram

25   increments to a max of four milligrams?

Page 59

1          Q.     Yes, sir.

2          A.     The paramedic can give one milligram up to

3    four milligrams of Ativan.

4          Q.     Is that discretionary?

5          A.     They cannot go over four milligrams

6    without a physician consult.

7          Q.     Is it the custom policy and practice of

8    the St. Lucie County Fire District to have its

9    paramedics in 2014 decide whether to inject a patient

10   with between one to four bolus milligrams to a patient

11   in the field?

12              MR. NEWMAN:   Form.

13         A.     It was depending on the situation, every

14   situation is different, they have the ability to make

15   that decision.

16   BY MR. HECHT:

17         Q.     Was it the custom, policy, practice of the

18   St. Lucie County Fire District in May of 2014, to give

19   its paramedics the discretion to administer one single

20   four-milligram dose of Ativan intramuscularly to a

21   patient in the field?

22              MR. NEWMAN:   Form.

23         A.     The paramedic has that discretion.

24   BY MR. HECHT:

25         Q.     Was it the custom, policy and practice of

Page 60

1   paramedics employed by the St. Lucie County Fire

2   District in May of 2014, to administer intramuscularly

3   one single four-milligram dose to patients in the

4   field?

5                    MR. NEWMAN:   Form.

6          A.     They have that discretion.

7   BY MR. HECHT:

8          Q.     In 2014, are you aware of how many times a

9   paramedic injected a four-milligram dose of Ativan to

10  patients during that year?

11         A.     Without doing some research and some

12  digging, I would not be able to give you that off the

13  top of my head.

14         Q.     Do you have the capability of finding out

15  that information?

16         A.     I have the ability to look and see if I

17  can find that information.   Whether I can retrieve

18  that information is a different story.

19         Q.     The word increment, what does that mean to

20  you?

21         A.     One right after the other, or increments.

22         Q.     Like one, then two, then three --

23         A.     Correct.

24         Q.     -- then four.

25         A.     (Witness nods head.)

1          **Q.      Is it incorrect that a paramedic in May**

2     **of 2014, did not have to first inject a patient with**

3     **one milligram, wait, monitor the patient and then if**

4     **they decide to administer a second milligram, for a**

5     **total of two milligrams, that's not what this policy**

6     **says, correct?**

7                    MR. NEWMAN:  Let me just object to

8              the form of the question.

9              Go ahead.

10          A.    If the policy were to state three to

11     five minutes in between or if it gave a time frame in

12     between increments, then yes.  In this case, it does

13     not give a time frame of in between increments.  It

14     allows the paramedic to give up to four milligrams

15     without monitoring in between.

16     BY MR. HECHT:

17          **Q.    How do you get to four milligrams if you**

18     **don't begin with one milligram and work your way up**

19     **incrementally?**

20                    MR. NEWMAN:  Object to the form.

21     BY MR. HECHT:

22          **Q.    You do?**

23          A.    You give one milligram, right after that

24     you give two, three, four.  It was written like that

25     on purpose for the safety of our paramedics, for the

1    safety of police officers, the safety of the patient.

2              If the paramedic, in this case sedation,

3    had -- was mild, mildly combative, anxiety, those type

4    of signs and symptoms, they would give one milligram,

5    see how it works, that patient is not a detriment to

6    themselves or us.  If Rosario felt that there was a

7    detriment, the patient was -- could cause harm to

8    themselves, to him as a paramedic, or the people

9    around him, he had the right to go straight to four

10   milligrams.  One milligram increments, one after the

11   other, those numbers, if you look on other guidelines,

12   it gives you specifics, three to five minutes in

13   between, two to three minutes in between.  This

14   guideline does not.  For that reason, for the safety

15   of the patient, for the safety of the paramedic and

16   for the safety of others around him.

17        **Q.   So Paramedic Jose Rosario, do you agree**

18   **with me, did not begin with one milligram of Ativan,**

19   **wait a period of time and then give a second one**

20   **milligram, wait a period of time, then give a third**

21   **one milligram and then wait a period of time and then**

22   **give a fourth one milligram?**

23        A.   I was not there, I could not tell you what

24   Rosario did, but I can tell you what the guideline

25   gives them the ability to do.

Page 63

1      Q.    So just so that I'm clear, that if

2   Paramedic Jose Rosario administered one single dose of

3   four milligrams of Ativan, that is consistent with the

4   St. Lucie County Fire District's guidelines for the

5   injection of Ativan, correct?

6      A.    That's correct.  It actually states it in

7   the guidelines.

8      Q.    Is this guideline that allows paramedics

9   to inject a single four-milligram dose of Ativan to a

10  patient the way that all paramedics employed by the

11  St. Lucie County Fire District have been trained since

12  at least 2012?

13     A.    Paramedics have been trained, if one

14  milligram of Ativan can -- is sufficient to fix the

15  problem, they will give one milligram.  If they need

16  to go to four milligrams because they feel the patient

17  is in danger to themselves, to us as paramedics or to

18  anybody else around, they have the option to go to

19  four milligrams.

20     Q.    And my question was, has the custom,

21  policy and practice that allows paramedics to inject

22  one single four-milligram dose to a patient, been in

23  existence since at least December 18, 2012?

24     A.    I can't say if it was in existence in

25  2012.

Page 64

```
 1          Q.    According to Exhibit 2, under sedation, it

 2    looks like you have -- what says revised May 5, 2013?

 3          A.    Correct.

 4          Q.    So let me rephrase my question:  Is it

 5    correct that the custom, policy and practice of the

 6    paramedics employed by the St. Lucie County Fire

 7    District since May 5, 2013, have had the discretion to

 8    inject a single four-milligram dose of Ativan to

 9    patients out in the field?

10          A.    Yes.

11          Q.    If we go to page M-8 of Exhibit 2, the

12    heading says pharmaceutical assisted intubation?

13          A.    That's correct.

14          Q.    Is it also correct that the custom, policy

15    and practice of the St. Lucie County Fire District has

16    given discretion since May 5, 2013, that allows Ativan

17    to be administered in one single four-milligram dose

18    post-intubation for the purposes of intubation?

19          A.    Post-intubation?

20          Q.    Yes, sir.

21          A.    Ask that -- rephrase that or ask that

22    question again.

23          Q.    Sure.

24                Is it correct that on page M-8 of

25    Exhibit 2, under the heading pharmaceutical assisted
```

1    **intubation, that the custom, policy and practice at**

2    **the St. Lucie County Fire District gave the paramedics**

3    **discretion to inject one single four-milligram dose**

4    **post-intubation to a patient for the purposes of**

5    **sedation?**

6         A.    This is a guideline.  Are you asking, do

7    they have the discretion to give one to

8    four milligrams of Ativan, and the answer is yes?

9         Q.    **My specific question was --**

10        A.    You're putting post-sedation -- you're

11   putting post-intubation and sedation in the same

12   guideline, and you are looking at two completely

13   different guidelines.

14        Q.    **Let's look at M-8.  What I want to know is**

15   **where it says, under sedation, it says Ativan**

16   **one-milligram increments to a max of four milligrams?**

17        A.    Correct.

18        Q.    **What is that referring to?**

19        A.    That is referring to post-intubation.

20        Q.    **So --**

21        A.    If you're sedating a patient due to

22   post-intubation versus the guideline that we were

23   previously at, which is we are sedating somebody due

24   to a combative and violent patient, two completely

25   different guidelines.

Page 66

1        Q.    Let me be clear on page M-8, was it the

2   custom, policy or practice of the St. Lucie County

3   Fire District from May 5, 2013 going forward, to allow

4   paramedics to administer one single four-milligram

5   dose of Ativan post-intubation?

6        A.    They have that discretion according to the

7   guideline.

8        Q.    If Jose Rosario in his deposition stated

9   that he had injected approximately 50 to 100 people

10  during the course of his career with one single

11  four-milligram dose of Ativan, do you see anything

12  wrong with that?

13            MR. NEWMAN:  Object to the form.

14       A.    Every call is different.  I cannot answer

15  that question.  I would have to look at each

16  individual call to be able to say whether he was

17  correct in administering those.

18  BY MR. HECHT:

19       Q.    Based on the customs, policies, practices,

20  guidelines of the St. Lucie Fire District, would you

21  agree with me that under those customs, policies and

22  practices, that Medic Jose Rosario was allowed and it

23  was appropriate for him to administer one single

24  four-milligram dose of Ativan to a patient if he felt

25  that the situation required such?

Page 67

```
 1                    MR. NEWMAN:   Object to the form.

 2          A.    Correct.

 3    BY MR. HECHT:

 4          Q.    During the apprenticeship program or any

 5    training that paramedics would have gone through in

 6    2014, were they ever trained regarding the

 7    administration of Ativan and how that may affect a

 8    patient that's under the influence of alcohol?

 9          A.    I wasn't part of the training division at

10    that time.

11          Q.    Is that something that at the present time

12    paramedics are trained on?

13          A.    As guidelines are updated, they are

14    trained.

15          Q.    As you sit here today, is it correct that

16    you're not able to tell me whether currently

17    paramedics are trained on how the administration of

18    Ativan may affect someone that's under the influence

19    of alcohol?

20          A.    I am telling you, like I said earlier, we

21    have updated our guidelines and there has been

22    training on certain -- they're called the guidelines

23    that were updated.   Whether or not sedation was one of

24    them, I'm not sure.

25                    MR. NEWMAN:   We've been going an
```

Page 68

1          additional hour, so why don't we take a

2          short break.

3                    (A brief recess was taken.)

4     BY MR. HECHT:

5          Q.    Captain Gonzalez, are you aware of the

6     training provided to Jose Rosario regarding the

7     administration of Ativan when he was going through his

8     paramedic training?

9          A.    No.

10         Q.    Number five, under Exhibit A, states that

11    you would be the person with the most knowledge

12    regarding the training provided to Jose Rosario

13    regarding the administration of sedatives such as

14    Ativan?

15         A.    Correct.

16         Q.    You had no knowledge of that?

17         A.    I don't know -- I could find his records,

18    but I couldn't tell you off the top of my head what

19    his training is, but however, I do have a medication

20    test that he had to take, which he scored a 99 on,

21    that I have with me, but as far as anything else in

22    the apprenticeship program, I would have to do

23    research on.

24         Q.    That test he scored a 99 percent on, that

25    doesn't discuss whether or not the administration of

1    **Ativan is contraindicated if someone is suffering from**

2    **a mental illness or head trauma, or alcohol use or**

3    **metabolic acidosis, does it?**

4         A.    That test is a direct reflection of our

5    guidelines.  So that test -- those questions come

6    directly from our guidelines, so if there's nothing in

7    the guidelines, there's nothing on that test.

8         **Q.    And, therefore, would you agree with me**

9    **that Paramedic Rosario, when he was going through his**

10   **training and his apprenticeship, did not learn**

11   **anything about the contraindications for Ativan**

12   **besides hypersensitivity, correct?**

13        A.    According to our guidelines,

14   hypersensitivity is the only contraindications for

15   administering Ativan, so if the district were to

16   supply him with any training, it would have been

17   according to our guidelines.

18        **Q.    Again, the person that wrote the**

19   **guidelines was who?**

20        A.    The person who wrote them?

21        **Q.    Yes.  How were the guidelines formulated?**

22        A.    The guidelines are put together from the

23   guideline committee, which they make recommendations,

24   they get interviewed by the training division, they

25   get approved by the training chief, and then they go

Page 70

1    to the medical director to give his final approval.

2         Q.    And that's Dr. --

3         A.    Chi Chiou Liu.

4         Q.    He's the person that gives final approval,

5    correct?

6         A.    (Witness nods head.)

7         Q.    And the committee and going up the chain

8    of command are all people that are employed by the

9    St. Lucie County Fire District, correct?

10        A.    Correct.

11        Q.    In May of 2014, was there a guideline that

12   discussed combative patients?

13        A.    I would have to look at the entire

14   guideline.

15        Q.    Let me show you what's been contained

16   within Plaintiff's Exhibit 3, and the heading is

17   combative patients, and I'll show that to you, page

18   E-14 and page E-15.

19              MR. NEWMAN:  These are the

20         guidelines he testified that were not in

21         effect.

22              THE WITNESS:  I was going to say

23         these guidelines are from 2006, which

24         Rosario was not held to, just to let you

25         know.

 1    BY MR. HECHT:

 2        Q.    When Medic Rosario went through his

 3    training, wasn't that in 2006?

 4        A.    It was in 2006, but like I told you

 5    earlier, things change, so things that we did in 2006,

 6    we no longer do, it's called practicing medicine.

 7        Q.    Right.

 8        A.    So I can't -- only because we did it in

 9    2006, doesn't mean it's correct now.

10        Q.    Understood.

11             So my question, though, is on May 11,

12    2014, the document, the two-page document that I

13    handed you which is contained in Plaintiff's

14    Exhibit 3, entitled combative -- is it combative

15    patients?

16        A.    Combative patients.

17        Q.    Combative patients.

18             Do you know if in May of 2014, that was in

19    existence?

20        A.    I would have to go back and look at what

21    was in effect in 2014 as far as the guidelines.  I

22    would have to look at the entire guideline book to see

23    if that was -- I'm not sure if this was in the

24    guidelines in 2014.

25        Q.    I want to assume, because I'm going to ask

1 you questions about this, I want to assume that these

2 were for my questions, okay.  I understand you're

3 saying you don't know if they are, but I'm going to

4 ask you questions about it.  I want you to know that's

5 why I'm asking you.

6     All right.  Could I see that?

7   A. I need them back if you want me to look at

8 it.

9   Q. No, I have my own copy.

10   A. Can I let you know what we're looking at?

11   Q. Yes.  I'll put it on the record.  We're

12 looking at the emergency medical guidelines titled

13 combative patients from what date?

14   A. 2006?

15   Q. Yes.

16   A. What was the beginning page of this entire

17 section?  No, of the section.

18   Q. I'll give the whole thing to you if you

19 want to look at it.

20   A. What I'm telling you is, you're looking at

21 the very beginning where it says medical emergency

22 guidelines.  It's broken up -- that guideline, that

23 old guideline was broken up in sections.  This is a

24 section of that guideline.

25     What does the section say?

1          Q.      General medical.

2          A.      These are educational guidelines, not

3    treatment guidelines, so let's make sure that you

4    separate the two.

5          Q.      Okay.

6          A.      We are discussing the educational section

7    of the guidelines, not the treatment section of the

8    guidelines, which are two completely different areas

9    of the guideline, so the medical guidelines at that

10   time.

11         Q.      And what's the difference between the

12   educational and --

13         A.      The difference is the treatment section is

14   how we're going to treat our patient.  The educational

15   guideline is an overview of combative patients.  It

16   educates you in that area.  We may or may not use

17   those areas in our treatment guideline.

18                 Our treatment is what Dr. Liu signs off

19   on.  Our guidelines are something that you can look in

20   a reference book and say these -- I'm educating you in

21   combative patients.  We can write a novel on combative

22   patients.  We are held to the standard of our

23   treatment section, which is what we talked about

24   earlier.  So just letting you know.

25         Q.      Is it your position that in 2006, that the

Page 74

1    combative patient educational guideline was not a

2    custom, policy or practice that was to be followed by

3    the paramedics employed by the St. Lucie County Fire

4    District?

5         A.    What I'm telling you is the combative

6    patient section in the educational section was to

7    educate personnel a little bit further outside of what

8    Dr. Liu signed off on in the treatment section, just

9    to better educate yourself because, again, the

10   treatment section is a guideline, very specific

11   guideline.  This is just generalized, just like it

12   says, general guidelines educational section.

13        Q.    Would you classify this combative patient

14   portion of the emergency medical guidelines to be a

15   policy and procedure in 2006?

16             MR. NEWMAN:  Object to the form.

17        A.    Like I said, this is a place where people

18   would go to educate themselves.  If you were to look

19   at the combative patient, educational section, it also

20   talks about Haldol.  We do not carry Haldol, we never

21   carried Haldol.  It's just educating patients in the

22   area of combative patients.

23   BY MR. HECHT:

24        Q.    And my specific question was, the

25   combative patient portion of the 2006 emergency

1      **medical guidelines, would you consider the combative**

2      **patient portion to be a policy and procedure that**

3      **paramedics were to follow in 2006 at the St. Lucie**

4      **County Fire District?**

5                     MR. NEWMAN:   Form.

6           A.    The paramedics will follow the treatment

7      guideline.  They will go here to educate themselves

8      further.  They will not -- they would follow what it

9      says in the treatment guideline.

10     BY MR. HECHT:

11          **Q.    So is it your testimony that the**

12     **paramedics in 2006 did not have to follow this**

13     **combative patient information contained in the**

14     **emergency medical guidelines?**

15          A.    This is a guideline for them to look at

16     the -- this is a guideline for them to take a look at

17     to educate themselves, to educate -- the treatment

18     section is where they would go to treat the patient.

19          **Q.    Were all paramedics in 2006 that were**

20     **working at the St. Lucie County Fire District supplied**

21     **with this combative patient information contained**

22     **within the emergency medical guidelines?**

23          A.    Yes.

24          **Q.    Was it expected that those paramedics in**

25     **2006 would follow the information contained within**

1    this combative patient portion of the emergency

2    medical guidelines?

3         A.    All paramedics were expected to follow the

4    treatment guideline.  If they wanted to educate

5    themselves further, they would go into the educational

6    section.

7         Q.    Looking on page E-15, which is the second

8    page, number five, should a patient become combative

9    the following steps should be taken:  Look for

10   potential etiologies and correct hypoxia, shock,

11   excessive environmental stimulation.

12             B, the following physical restraints are

13   authorized for use if, A, above does not work or

14   apply, and then parentheses, it says apply before

15   transport if it at all possible.

16             One, rayon webbing strapped across chest

17   and legs.  Number two, hard extremity restraints.  And

18   then, in parentheses, all four limbs.

19             Was that the policy of the St. Lucie

20   County Fire District in 2006?

21        A.    This is an overall educational guideline.

22   It is not a policy, it is a guideline.  Did St. Lucie

23   County fire have a policy to restrain patients on all

24   four limbs?  Policy, no.  Guideline, yes.

25        Q.    In 2006, did the St. Lucie Fire District

1      have any policies?

2           A.    Yes.

3           Q.    And did those policies involve the

4      administration of Ativan?

5           A.    I am not sure.

6           Q.    In 2006, were there any policies regarding

7      the physical restraining of a patient?

8           A.    I'm not sure.

9           Q.    Going to C, pharmacologic restraints may

10     be used if physical restraints are not sufficient, or

11     if continued combativeness may interfere with

12     deliverance of proper medical care or may cause

13     further harm to the patient?

14          A.    Correct.

15          Q.    What does that mean to you?

16          A.    Pharmaceutical restraints may be used if

17     physical restraints are not sufficient or if continued

18     combative -- if they cannot be physically restrained,

19     you can sedate them medically.

20          Q.    So in 2006, was it a guideline of the

21     St. Lucie County Fire District that paramedics should

22     first try and use physical restraints to restrain a

23     patient and then go to pharmacologic restraints?

24          A.    According to this guideline, it says

25     pharmaceutical restraints may be used if physical

1    restraints are not sufficient, or if continued

2    combativeness may interfere with deliverance of proper

3    medical care or may cause further harm.

4         Q.    Yes, sir.

5         A.    Right?

6         Q.    Right.

7              So my question is, was it a guideline of

8    the St. Lucie County Fire District in 2006, that

9    pharmacologic restraints should be secondary to

10   physical restraints if physical restraints were not

11   sufficient?

12              MR. NEWMAN:  Object to the form,

13         asked and answered.

14         A.    It's at the discretion of the medic.  Are

15   you talking about me restraining him, PD restraining

16   him?  Their family member restraining them?  That's a

17   decision for the medic to make when they come on

18   scene.  At no point will they put themselves in harm's

19   way, the patients or anybody else that's around.

20   BY MR. HECHT:

21         Q.    So is it your testimony that based upon C,

22   on page E-15, that it was discretionary for the

23   paramedic to decide whether or not to administer a

24   pharmacologic restraint prior to attempting to use a

25   physical restraint?

Page 79

```
 1         A.    You're asking me a question out of a
 2   generalized educational portion of the guideline.  It
 3   is in my experience and through the training division,
 4   that patients can be medically restrained if the medic
 5   feels the need.  If they feel there's a threat to the
 6   patient themselves, to the people around them or to
 7   themselves, they can take that route.  It is not
 8   secondary.
 9         Q.    Simply put, if a paramedic in 2006
10   presented to the scene where there were officers
11   around an individual that, let's say, is causing a
12   disturbance, it's discretionary as to whether or not
13   the paramedic administers a sedative or attempts to
14   use some sort of physical restraint?
15              MR. NEWMAN:  Let me object to the
16         form of the question.  Go ahead.
17         A.    You're asking me to draw a line in the
18   sand and every situation is different, so medics have
19   the ability to make that decision on scene, depending
20   on each and every situation.  Every situation is
21   approached differently.
22   BY MR. HECHT:
23         Q.    What did you review prior to coming to
24   this deposition today?
25         A.    Well, I reviewed -- I looked -- I glanced
```

Page 80

1    at the guidelines, glanced at the run report, and

2    that's pretty much it, just glanced at everything.

3         Q.    Did you review the St. Lucie County

4    Sheriff's Office incident report?

5         A.    I believe it was in there, but I didn't

6    look at it.

7         Q.    Do you know if when Medic Rosario arrived

8    on scene, if Tavares Docher was acting intoxicated?

9         A.    I was not there on scene, so I could not

10   tell you whether he was or wasn't.  And we are not

11   trained to make that decision.

12        Q.    I'm asking you based on your review --

13   well, strike that.

14             Did you read the St. Lucie County

15   Sheriff's incident report?

16        A.    No.

17        Q.    Do you know if in this case, prior to the

18   administration of Ativan if Tavares Docher was

19   suffering from metabolic acidosis?

20        A.    There would be no way of knowing.

21        Q.    Do you know prior to the administration of

22   Ativan if Tavares Docher was suffering from

23   respiratory depression?

24        A.    There would be no way of knowing.

25        Q.    Do you know prior to the administration of

Page 81

1    Ativan, if Tavares Docher told any of the officers

2    that he was drinking alcohol?

3         A.    I wasn't there.  I cannot say whether he

4    told them that or not.

5         Q.    If Tavares Docher told the officers that

6    he had been drinking alcohol and Medic Rosario learned

7    of that information, would it have been appropriate

8    for Medic Rosario to inject four milligrams

9    intramuscularly of Ativan to Tavares Docher?

10              MR. NEWMAN:  Object to the form.

11        A.    Alcohol consumption is not a

12   contraindication to give Ativan.

13   BY MR. HECHT:

14        Q.    How do you know that?

15        A.    According to our guidelines, the only

16   contraindication is hypersensitivity to Ativan.

17        Q.    So, because the only contraindication is

18   hypersensitivity, that means to all the paramedics

19   that there is no other contraindications for Ativan,

20   correct?

21        A.    There's cautions.

22        Q.    What are those cautions?

23        A.    You want me to read them right from the

24   guidelines?

25        Q.    Sure.

Page 82

1          A.     Caution, benzodiazepine may cause

2     respiratory depression or compromise.  When

3     administering, observe for signs of hypotension and

4     respiratory depression.  Those are our cautions.

5          Q.     **Did you review Medic Rosario's actions in**

6     **this case?**

7          A.     When you say I reviewed them?

8          Q.     **Do you know what his involvement was in**

9     **this case?**

10         A.     I was his station officer.  So, did we

11    have a discussion of the call back in 2014?  When he

12    came back, I'm sure we did sit down and discuss the --

13    critique the call, so to speak.

14         Q.     **Was he reprimanded in any way?**

15         A.     I am not sure.  Not that I know of.

16         Q.     **Was he disciplined in any way?**

17         A.     Not that I know of.

18         Q.     **Did he have to go through any further**

19    **education or training as a result of his care to**

20    **Tavares Docher?**

21         A.     Not that I know of.

22         Q.     **Is it your position here today that Jose**

23    **Rosario complied with the customs, policies, and**

24    **practices of the St. Lucie County Fire District in his**

25    **treatment of Tavares Docher?**

Page 83

```
 1        A.    Jose Rosario followed the St. Lucie County

 2   Fire District guidelines as were stated back in 2014.

 3        Q.    Putting it another way, did Medic Rosario

 4   in his treatment and care of Tavares Docher on May 11,

 5   2014, violate any of the customs, policies, practices

 6   or guidelines of the St. Lucie County Fire District?

 7        A.    As far as my knowledge, he followed the

 8   St. Lucie County Fire District guidelines.

 9        Q.    Have you ever injected four milligrams of

10   Ativan to a patient intramuscularly or intravenously?

11        A.    I would have to go back and look at all my

12   reports.

13        Q.    You're not able to tell me that sitting

14   here today?

15        A.    No.

16        Q.    Benzodiazepines are central nervous system

17   depressants, correct?

18        A.    Yes.

19        Q.    And is alcohol also a central nervous

20   system depressant?

21        A.    I would have to do some research.

22        Q.    Does the St. Lucie County Fire District

23   not train paramedics on the interaction of alcohol

24   with the human body?

25        A.    St. Lucie County Fire District trains the
```

Page 84

1    paramedics as per the protocols and as per Dr. Liu's

2    recommendations.

3         Q.    Prior to administering Ativan to a

4    patient, are paramedics trained to ask the patient

5    whether or not they've ingested any alcohol or drugs?

6         A.    No.

7         Q.    When Tavares Docher was injected

8    intramuscularly with the Ativan, do you know if he was

9    handcuffed?

10        A.    I wasn't there.  I don't know.

11        Q.    Does the St. Lucie County Fire District

12   have a policy as to whether or not a paramedic could

13   inject someone if they're handcuffed with their hands

14   cuffed behind their back?

15        A.    I would have to look at the policy.  I can

16   tell you I do know that if they are handcuffed, a

17   police officer must be there with them.

18        Q.    That's in the ambulance, correct?

19        A.    Yes.

20        Q.    So my question is, as you sit here today,

21   are you aware if there is a policy in existence

22   currently as to whether a paramedic is allowed to

23   inject someone intramuscularly, with their hands

24   cuffed, with police handcuffs behind their back?

25        A.    There's no policy that I know of.

1        Q.      What about on May 11, 2014, was there a
2    policy at the St. Lucie County Fire District that
3    discussed whether it was appropriate to inject Ativan
4    to a patient while they are cuffed with their hands
5    behind their back?
6        A.      There was not a policy that I know of.
7        Q.      So would it have been appropriate and
8    within the standard of care of paramedics working at
9    the St. Lucie County First District in 2014, to inject
10   someone with four milligrams of Ativan with their
11   hands cuffed behind their back?
12       A.      If the paramedic feels that their patient
13   is in danger to themselves, to the paramedic or to
14   anyone around them, yes, they have the ability to make
15   that call.
16       Q.      You reviewed the run report, correct?
17       A.      Briefly.
18       Q.      When I say the run report, is that the
19   same thing as paramedics emergency six-page report?
20       A.      Correct.
21       Q.      It was Medic Rosario's intent to inject
22   four milligrams of Ativan intramuscularly to Tavares
23   Docher's buttocks, correct?
24       A.      I have to look at the run report.  I was
25   not there.  I can only go by what the run report says.

Page 86

1            According to Rosario's run report, he gave

2    Ativan, four milligrams IM.

3        **Q.    In 2014, was Medic Rosario trained to**

4    **aspirate the needle prior to injecting the Ativan?**

5        A.    If he was a release paramedic, which he

6    was, all paramedics are trained on how to administer

7    medications.

8        **Q.    Based on your review of the run report in**

9    **this case and any other documents that you may have**

10   **seen, do you have an opinion as to whether Medic**

11   **Rosario hit a vessel?**

12       A.    I would not know.

13       **Q.    After being injected intramuscularly with**

14   **a four-milligram dose of Ativan, how quickly does it**

15   **take for the dosage to sedate someone?**

16            MR. NEWMAN:  Object to the form.

17       A.    Depending if it's intramuscular, IV.

18   Intramuscular takes a little bit longer.  Again,

19   educational guidelines, depending on what you read,

20   where you read it, everybody has their opinion.  From

21   what I understand, it could be 10, 15 minutes before

22   you start seeing the effects of Ativan.

23   BY MR. HECHT:

24       **Q.    And that's intramuscularly?**

25       A.    It's intramuscularly.

1      Q.      What about if it was intravenously?

2      A.      It would be a little faster.

3      Q.      How much faster?

4      A.      Five to 10 minutes, I believe.  Again,

5  that would be depending on what literature you read.

6      Q.      In 2014, did paramedics have EMS approved

7  restraints on their vehicles?

8      A.      What do you mean?

9      Q.      What sort of EMS approved restraints are

10 typically on a paramedic's vehicle?

11     A.      We have padded restraints.

12     Q.      Would that have existed on Medic Rosario's

13 vehicle in May of 2014?

14     A.      I'm not sure if they were on there or not.

15     Q.      Was there a policy in 2014 that stated

16 that EMS approved restraints had to be on all the

17 paramedics' vehicles?

18     A.      I would have to look at the policies and

19 procedures.

20     Q.      You can't tell me that as you sit here

21 today?

22     A.      Not right now.

23     Q.      So is it your testimony that there's times

24 that paramedics are out in the field without EMS

25 approved restraints on their vehicles?

Page 88

1                    MR. NEWMAN:  Object to the form.

2          A.    If the policy was out at that time, then

3     they should have been on there.

4                    MR. HECHT:  I don't have any other

5          questions.  Thank you.

6                    MR. JOLLY:  I have no questions.

7                    MR. NEWMAN:  Very brief follow-up,

8          Captain Gonzalez.

9                        CROSS EXAMINATION

10    BY MR. NEWMAN:

11         Q.    **With regard to guidelines for the use of**

12    **Ativan, are there guidelines that do specify time**

13    **intervals in between administration of milligrams?**

14         A.    Yes.

15         Q.    **Under what circumstances is Ativan**

16    **administered or can Ativan be administered pursuant to**

17    **your guidelines where there is a specified time**

18    **interval between administrations?**

19         A.    That would be under the chest pain,

20    cocaine overdose section.  It actually specifies that

21    there is a time frame in between your increments.

22         Q.    **What is that time frame?  Do you know?**

23         A.    It's right here.

24         Q.    **What is that, sir?**

25         A.    According to our cocaine overdose

Page 89

1    guideline, Ativan, one milligram every three to

2    five minutes until relief of chest pain, to a maximum

3    of four milligrams.

4              MR. NEWMAN:  Thank you, sir.  I

5         have no further questions.

6              We are going to read the transcript

7         if it's ordered.

8              MR. HECHT:  I'm going to order it.

9              THE REPORTER:  Do you want a copy?

10             MR. JOLLY:  Yes, please.

11             MR. NEWMAN:  Copy.  I want the

12        errata sheet.

13             MR. HECHT:  Captain, I'm going to

14        mark your entire file that you brought

15        with today.  Thank you.

16             (Plaintiff's Exhibit No. 4 was marked for

17        Identification by the reporter.)

18             (A discussion was held off the record.)

19   BY MR. HECHT:

20        Q.    I know there were some documents that you

21   say you didn't bring with you that may exist or you

22   have to go somewhere, I know some of the attorneys

23   have scheduling matters, so I'm not going to ask you

24   to do it now, but I may send a request and ask for

25   certain things that you don't have with you today.

Page 90

1          A.     If the attorney --

2                 MR. HECHT:  I'll send it to your

3          attorney and he may --

4          A.     Whatever they request, I'll be more than

5    happy to do my best to get what you need.

6                 MR. HECHT:  Thank you.  Appreciate

7          it.

8                 MR. NEWMAN:  Okay.

9                 MR. HECHT:  I'll mark the whole

10         file as Exhibit 4.

11                (Plaintiff's Exhibit No. 4 was marked for

12         Identification by the reporter.)

13                (Thereupon, the proceedings

14         concluded at 12:24 p.m.)

15

16

17

18

19

20

21

22

23

24

25

Page 91

CERTIFICATE OF OATH

THE STATE OF FLORIDA    )

COUNTY OF ST. LUCIE     )

          I, the undersigned authority, certify that

CAPTAIN BRIAN GONZALEZ personally appeared before me

and was duly sworn on the 22nd day of May, 2017.

Signed this 27th day of May, 2017.



_____

Barbara J. Shandell, RPR, FPR

Notary Public - State of Florida

My Commission No. FF 945479

My Commission Expires: January 27, 2020

CERTIFICATE OF REPORTER


THE STATE OF FLORIDA    )

COUNTY OF ST. LUCIE     )


       I, Barbara J. Shandell, Registered Professional Reporter, certify that I was authorized to and did stenographically report the deposition of CAPTAIN BRIAN GONZALEZ, pages 1 through 94; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

       I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.


       DATED this 27th day of May, 2017.


_____

Barbara J. Shandell, RPR, FPR

May 27, 2017

CAPTAIN BRIAN GONZALEZ
c/o Benjamin Newman, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
111 North Orange Avenue
Suite 1200
Orlando, Florida 32801


IN RE:  DOCHER VS. NEWMAN, et al.
CASE NO.:  2:16CV14413


Please take notice that on the 22nd day of May, 2017,
you gave your deposition in the above cause.  At that
time you did not waive your signature.

The above-addressed attorney has ordered a copy of
this transcript and will make arrangements with you to
read their copy.  Please execute the Errata Sheet,
which can be found at the back of the transcript, and
have it returned to us for distribution to all
parties.

If you do not read and sign the deposition within a
reasonable amount of time, the original, which has
already been forwarded to the ordering attorney, may
be filed with the Clerk of the Court.

If you wish to waive your signature now, please sign
your name in the blank at the bottom of this letter
and return it to the address listed below.

Very truly yours,

Barbara J. Shandell, RPR, FPR
Phipps Reporting
1551 Forum Place, Suite 200E
West Palm Beach, Florida 33401



I do hereby waive my signature.


_____
CAPTAIN BRIAN GONZALEZ

Page 94

ERRATA SHEET
DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
IN RE: DOCHER VS. NEWMAN, et al.
CASE NO. 2:16CV14413
WITNESS:  CAPTAIN BRIAN GONZALEZ   TAKEN: 05/22/2017

PAGE     LINE      CHANGE        REASON FOR CHANGE
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

         Under penalties of perjury, I declare that
I have read the foregoing document and that the facts
stated in it are true.


_____     _____
Date                 CAPTAIN BRIAN GONZALEZ

**A**

**a.m** 1:17 4:1
**ability** 59:14
  60:16 62:25
  79:19 85:14
**able** 8:16,25
  9:15,16 10:10
  10:14 45:14
  48:25 49:21
  54:16,17 56:7
  60:12 66:16
  67:16 83:13
**above-address...**
  93:10
**account** 36:15
**acidosis** 56:15
  57:20 69:3
  80:19
**acting** 80:8
**action** 92:17,17
**actions** 29:17,20
  82:5
**active** 39:13
  43:18 46:22
**Adam** 2:6 4:17
**added** 9:25
**addition** 17:16
**additional** 68:1
**address** 13:22
  93:17
**admin** 18:15
**administer**
  15:17,19,24
  27:10,19 41:6
  59:19 60:2
  61:4 66:4,23
  78:23 86:6
**administered**
  39:23 55:11
  63:2 64:17
  88:16,16
**administering**
  47:6 52:24
  58:12 66:17
  69:15 82:3
  84:3

**administers**
  79:13
**administration**
  3:12 9:7,21
  10:2,12 11:6
  19:3 21:6 37:3
  37:22 38:1,14
  40:7,15,25
  50:24 51:17
  54:5,10 55:3,7
  55:10,14,22
  56:1,16 67:7
  67:17 68:7,13
  68:25 77:4
  80:18,21,25
  88:13
**administrations**
  88:18
**administrative**
  13:21
**advanced** 58:16
**affect** 67:7,18
**affirmed** 4:11
**agencies** 43:9,10
**agree** 62:17
  66:21 69:8
**agrees** 8:8
**ahead** 32:10
  61:9 79:16
**ahold** 48:3,20
  49:7,11,15
**al** 93:6 94:2
**alcohol** 40:8,16
  41:1,8 55:21
  57:19 67:8,19
  69:2 81:2,6,11
  83:19,23 84:5
**alert** 54:18,20
  54:21
**allergies** 54:19
**allow** 66:3
**allowed** 66:22
  84:22
**allowing** 17:1
**allows** 61:14
  63:8,21 64:16
**ALS** 58:16

**alter** 12:5
**altering** 11:4
**ambulance**
  84:18
**amended** 9:25
**amount** 26:9
  93:14
**answer** 9:9
  13:19 22:21
  37:14,15 46:11
  47:17 48:13
  49:5,10 55:18
  56:8,12 65:8
  66:14
**answered** 21:8
  45:17 47:9
  78:13
**answering** 57:11
**anxiety** 62:3
**anybody** 63:18
  78:19
**apologize** 48:2
  51:24
**APPEARAN...**
  2:1
**appeared** 91:8
**apply** 76:14,14
**Appreciate** 90:6
**apprenticeship**
  16:8,10,11,14
  16:14,16 18:4
  19:24 22:2,6
  22:10,11,15,19
  25:24 26:2,4
  26:11,19 27:5
  27:7,8,17 28:3
  28:6,9 34:20
  55:1 67:4
  68:22 69:10
**approached**
  79:21
**appropriate**
  66:23 81:7
  85:3,7
**approval** 70:1,4
**approved** 69:25
  87:6,9,16,25

**approves** 20:20
**approximately**
  25:3,7 66:9
**area** 42:1 73:16
  74:22
**areas** 32:7 35:25
  36:2,10,13,17
  36:24 73:8,17
**arrangements**
  93:10
**arrived** 80:7
**ash@searcyla...**
  2:5
**aside** 15:2
**asked** 19:6,14
  37:19 45:17
  47:9 51:2
  53:17 57:14
  78:13
**asking** 15:2
  17:20,22 32:4
  46:10 51:11,15
  65:6 72:5 79:1
  79:17 80:12
**asks** 36:20
**aspect** 18:12
**aspirate** 86:4
**assign** 6:2
**assignment**
  13:18
**assist** 15:21,22
**assistance** 49:3
**assisted** 64:12
  64:25
**Associate's**
  23:13,16 24:12
**assume** 71:25
  72:1
**Ativan** 3:12 9:21
  10:2,5,12 11:6
  19:3 21:6
  27:10,11,13,19
  32:7,19 37:4
  37:22 38:14
  39:23 40:8,15
  41:1 47:7
  50:14,24 51:8

**approves** 20:20
  51:17 52:6,13
  52:16,22,24
  53:4 54:5,7,10
  55:2,7,10,14
  55:22 56:1,16
  56:22 57:5,17
  57:21 58:19,24
  59:3,20 60:9
  62:18 63:3,5,9
  63:14 64:8,16
  65:8,15 66:5
  66:11,24 67:7
  67:18 68:7,14
  69:1,11,15
  77:4 80:18,22
  81:1,9,12,16
  81:19 83:10
  84:3,8 85:3,10
  85:22 86:2,4
  86:14,22 88:12
  88:15,16 89:1
**attached** 35:6,15
**attachments**
  33:24
**attempting**
  78:24
**attempts** 79:13
**attended** 24:14
**attending** 24:13
  24:16
**attorney** 10:8
  90:1,3 92:14
  92:16 93:10,14
**attorneys** 89:22
**authority** 91:7
**authorized**
  76:13 92:7
**Avenue** 2:9 93:3
**aware** 40:23
  52:23,24 55:9
  55:13,21,25
  56:15,21 57:2
  57:19 58:14
  60:8 68:5
  84:21
**awhile** 13:10,19

**B**

**B** 36:19,21,22,25
37:19 40:5
76:12
**back** 6:2 11:15
12:4 17:13
19:4,5 21:8
22:3 26:13
31:1 32:21
33:2,12 34:19
44:21 48:22
71:20 72:7
82:11,12 83:2
83:11 84:14,24
85:5,11 93:11
**Backing** 10:16
**Barbara** 1:23
91:22 92:6,25
93:19
**BARNHART**
2:3
**BARRANCO**
2:14
**based** 51:15
57:22 66:19
78:21 80:12
86:8
**basically** 33:16
**Beach** 2:4,4
22:24 93:20
**becoming** 13:9
**began** 4:1
**beginning** 72:16
72:21
**behalf** 2:2,7,13
**believe** 31:12
33:1 46:8
47:14 80:5
87:4
**ben.newman...**
2:11
**Benjamin** 2:12
93:2
**benzodiazepine**
82:1
**benzodiazepines**

58:6 83:16
**best** 36:23 41:15
90:5
**better** 74:9
**beyond** 58:1
**birth** 4:22
**bit** 10:5,6,16
74:7 86:18
**blank** 93:16
**body** 83:24
**bolus** 59:10
**book** 71:22
73:20
**bottom** 38:25
46:5,7 93:16
**Boulevard** 2:4
2:14
**break** 9:18
31:24 32:3
68:2
**Brevard** 25:5,8
25:10
**Brian** 1:14 3:3
3:14 4:10,21
91:8 92:9 93:2
93:25 94:3,25
**brief** 31:24 32:1
68:3 88:7
**Briefly** 85:17
**bring** 31:17 32:6
36:20 37:5,8
39:19 40:4
41:11,19 42:3
89:21
**broken** 72:22,23
**brought** 3:13
32:4,12,17,18
36:21 38:3
40:13 42:7,10
44:10,16,22
46:23 50:13
89:14
**building** 9:11
13:21 14:12,14
14:21,23
**bullet** 58:19,23
**buttocks** 85:23

**C**

**C** 77:9 78:21
**c/o** 93:2
**call** 42:8 47:18
47:21,25 48:4
48:21 49:3,6
66:14,16 82:11
82:13 85:15
**called** 18:17
22:2 67:22
71:6
**calls** 14:9,10
**CALVIN** 1:8
**capability** 60:14
**captain** 1:14 3:3
3:14 4:10 5:4,7
5:11 8:17 9:5
14:6 17:3,9,23
30:5 31:5 32:3
35:3 51:13,22
52:3 68:5 88:8
89:13 91:8
92:9 93:2,25
94:3,25
**cardioversion**
50:11
**care** 37:17 41:14
77:12 78:3
82:19 83:4
85:8
**career** 66:10
**carried** 74:21
**carry** 74:20
**case** 1:2 28:20
61:12 62:2
80:17 82:6,9
86:9 93:6 94:2
**cause** 58:6 62:7
77:12 78:3
82:1 93:8
**causing** 79:11
**Caution** 82:1
**cautions** 52:19
52:23 53:1
81:21,22 82:4
**cell** 48:6,9

**central** 83:16,19
**certain** 26:9
67:22 89:25
**certificate** 3:5,6
16:8 21:22
91:1 92:1
**certified** 22:8
26:1
**certify** 91:7 92:7
92:13
**CEUs** 16:7
**chain** 6:16 7:24
8:1,4,5 11:24
12:3,20 20:12
20:14 29:10,13
70:7
**chair** 7:4 12:20
12:21,22 13:8
13:9 20:5 21:4
**Chambers** 8:13
29:15 31:9
**chance** 33:11
53:21
**change** 27:7
71:5 94:4,4
**changed** 9:25
26:19,24
**changes** 10:3,11
19:6,7 20:6
21:11 27:3,6
44:16 94:1
**charge** 5:13 7:8
28:2,5,8 51:14
52:4
**chest** 76:16
88:19 89:2
**Chi** 8:15 17:2
47:25 48:1,2,6
48:9,16,24
49:6,12 50:5
70:3
**chief** 8:8,11,12
20:16 29:15
31:8,9 69:25
**chiefs** 31:11,15
**Chiou** 8:15 17:2
48:1,2,6,9,16

48:24 49:6,12
50:5 70:3
**chose** 41:6
**CHRISTOPH...**
1:7
**circumstances**
88:15
**City** 24:23,24
**classes** 24:17
**classify** 74:13
**classroom** 16:20
**CLAYTON** 1:7
**cleaned** 26:25
27:1
**clear** 19:9,17
53:9 63:1 66:1
**Clerk** 93:15
**co-chair** 13:16
**co-chaired**
13:10,11
**cocaine** 88:20,25
**college** 14:25
15:7 23:5,6,20
24:11
**combative** 50:11
62:3 65:24
70:12,17 71:14
71:14,16,17
72:13 73:15,21
73:21 74:1,5
74:13,19,22,25
75:1,13,21
76:1,8 77:18
**combativeness**
77:11 78:2
**come** 8:17 13:25
14:5 47:18
69:5 78:17
**comes** 5:14
37:17
**coming** 79:23
**command** 6:17
7:24 8:1,5,5
11:24 12:3,20
20:12,15 29:10
29:14 70:8
**Commission**

91:24,25
**committee** 6:14
6:19,22,25 7:3
7:5,9,11,12,13
7:17,21 9:20
11:8,10,11,14
11:18,19,23
12:1,2,4,9,12
12:14,18,19
13:12,16 20:5
20:9,14 21:5
69:23 70:7
**Committees**
11:20
**Community**
23:5,6,20
24:11
**complete** 92:11
**completely**
65:12,24 73:8
**complied** 82:23
**component**
18:13
**compromise**
58:7 82:2
**concluded** 90:14
**connected** 92:16
**consider** 75:1
**considered**
11:13
**consist** 16:5
**consisted** 26:5
**consistent** 41:15
63:3
**consult** 59:6
**consumption**
81:11
**contact** 29:2
48:17,25 49:1
49:20
**contained** 19:2
35:6,17 36:8
36:13,22 40:24
42:21 43:2,22
44:12 45:5,25
46:14 51:8,8
52:6 70:15

71:13 75:13,21
75:25
**continue** 43:1
**continued** 13:16
77:11,17 78:1
**contraindicated**
57:21 69:1
**contraindicati...**
50:19 52:18,22
55:6,14,22
56:1,16,22
57:5,13,16
81:12,16,17
**contraindicati...**
50:14,24 51:7
51:17 52:6,12
52:19 53:4
54:5 55:2,4,10
57:12 69:11,14
81:19
**copies** 34:23
35:1
**copy** 31:17
32:25 34:13
72:9 89:9,11
93:10,11
**core** 24:17
**correct** 11:11,12
12:15 14:7,8
15:15,16,18,25
19:20,21 20:4
20:8,17,21
21:15,16 24:12
29:23 30:12
34:10,11 35:21
37:23 40:3
41:4 43:25
45:7,8,12 46:9
46:15,25 47:1
47:3,4 48:8,11
49:8,22 50:1,6
50:7 54:2 58:7
58:8,17,18,21
60:23 61:6
63:5,6 64:3,5
64:13,14,24
65:17 66:17

67:2,15 68:15
69:12 70:5,9
70:10 71:9
76:10 77:14
81:20 83:17
84:18 85:16,20
85:23
**counsel** 92:14,16
**County** 1:9,10
4:25 5:14,16
6:8 7:19 8:22
10:17,25 13:4
15:3 18:10
21:23 22:10
25:5,8,11,14
29:23 34:9
35:5,15 37:2
37:21,24 39:22
40:6,24 41:13
41:20,25 43:15
43:19,23 44:2
44:24 45:6
46:1 50:22
51:2,6,22 52:4
53:11,13,19
54:3 59:8,18
60:1 63:4,11
64:6,15 65:2
66:2 70:9 74:3
75:4,20 76:20
76:23 77:21
78:8 80:3,14
82:24 83:1,6,8
83:22,25 84:11
85:2,9 91:3
92:4
**couple** 31:15
**course** 66:10
**Court** 1:1 4:2
93:15
**COURTEMA...**
1:8
**creating** 11:4
**Cristaldi** 12:23
12:24 13:3,8
13:15
**critique** 82:13

**Cross** 3:5 88:9
**cuffed** 84:14,24
85:4,11
**culture** 53:2
54:3
**currently** 4:24
5:3 11:10,25
13:20 16:2
27:17 28:22,23
29:4 31:7
44:23 67:16
84:22
**custom** 41:5
59:7,17,25
63:20 64:5,14
65:1 66:2 74:2
**customs** 37:1,20
37:25 39:21
40:5 41:12
66:19,21 82:23
83:5

— — — — — — —
**D**

**daily** 11:1
**danger** 63:17
85:13
**dangerous** 50:22
51:6,16 52:5
**date** 4:22 10:19
72:13 94:25
**DATED** 92:19
**dates** 13:11
38:25
**day** 13:25 14:2,4
14:11 17:12
20:18 26:22
27:4 45:3 91:9
91:13 92:19
93:8
**deal** 5:23
**December** 63:23
**decide** 59:9 61:4
78:23
**decided** 43:10
**decision** 8:9
20:19 36:4
59:15 78:17

79:19 80:11
**declare** 94:22
**Defendant** 2:7
2:13
**Defendants** 1:11
**definite** 9:9
**delirium** 55:25
56:11
**deliverance**
77:12 78:2
**delivery** 56:5
**DENNEY** 2:3
**department**
43:15 51:7
52:4,21 53:3
53:13
**departments**
24:7
**depending** 12:6
20:25 52:17
59:13 79:19
86:17,19 87:5
**Depends** 22:3
**deposition** 1:14
3:10 4:19
28:14,18,19
32:18 35:7
66:8 79:24
92:8 93:8,13
**depressant**
83:20
**depressants**
83:17
**depression** 57:3
57:4,20 58:7
58:13 80:23
82:2,4
**determine** 41:14
**detriment** 62:5,7
**deviate** 47:19
**DICKER** 2:9
93:3
**differ** 11:18
**difference** 15:14
17:4 52:15
73:11,13
**different** 11:16

52:17 59:14
60:18 65:13,25
66:14 73:8
79:18
**differently** 79:21
**digging** 60:12
**direct** 3:4 4:13
28:23,24 69:4
**directed** 41:6
**direction** 48:19
48:21 49:4
**directions** 49:2
**directly** 69:6
**director** 8:9,14
70:1
**disagree** 11:25
**disciplinary**
29:12,17,20
**discipline** 29:7
**disciplined**
82:16
**disciplining** 29:5
**discretion** 15:23
59:19,23 60:6
64:7,16 65:3,7
66:6 78:14
**discretionary**
54:23 59:4
78:22 79:12
**discuss** 32:10,11
32:12 68:25
82:12
**discussed** 18:3
70:12 85:3
**discussing** 73:6
**discussion** 12:5
12:7 82:11
89:18
**dispatched**
14:10
**distribution**
93:12
**district** 1:1,1,10
1:10 4:25 5:15
5:17 6:9,21
7:19 8:22
10:18,25 11:7

13:4 15:3
18:11 21:23
22:1,10 25:12
25:14 29:23
34:9 35:5,15
37:2,21,24
39:22 40:6,25
41:13,21,25
43:19,24 44:2
44:24 45:6
46:1 53:11,14
53:19 54:3
59:8,18 60:2
63:11 64:7,15
65:2 66:3,20
69:15 70:9
74:4 75:4,20
76:20,25 77:21
78:8 82:24
83:2,6,8,22,25
84:11 85:2,9
**District's** 63:4
**disturbance**
79:12
**division** 5:5,12
8:18 9:6 14:7
17:4,10,11,24
30:4,5,24 31:3
31:5 51:15
52:5 67:9
69:24 79:3
**Docher** 1:3 4:18
33:22 34:1
39:14 80:8,18
80:22 81:1,5,9
82:20,25 83:4
84:7 93:6 94:2
**Docher's** 85:23
**DOCHER-NE...**
1:3
**doctor** 20:15
**document** 6:15
37:5 38:22
40:17 46:21
71:12,12 94:22
**documents**
39:19 45:12

86:9 89:20
**doing** 10:13
11:21 60:11
**dosage** 86:15
**dose** 59:20 60:3
60:9 63:2,9,22
64:8,17 65:3
66:5,11,24
86:14
**Dr** 17:2 20:18,20
47:25 48:6,9
48:16,18,24
49:2,6,12 50:5
70:2 73:18
74:8 84:1
**draw** 79:17
**drinking** 81:2,6
**Drive** 1:18 13:24
**drugs** 84:5
**duces** 3:11 35:7
35:11 38:10
**due** 65:21,23
**duly** 4:11 91:9

───────── **E** ─────────

**E-14** 70:18
**E-15** 70:18 76:7
78:22
**earlier** 22:13
67:20 71:5
73:24
**easily** 9:22
**East** 2:14
**EDELMAN** 2:9
93:3
**educate** 74:7,9
74:18 75:7,17
75:17 76:4
**educates** 73:16
**educating** 22:18
73:20 74:21
**education** 23:1
82:19
**educational**
18:16,20 19:19
19:22 20:8,23
21:2 73:2,6,12

73:14 74:1,6
74:12,19 76:5
76:21 79:2
86:19
**effect** 40:1 44:17
46:12 70:21
71:21
**effects** 86:22
**Eight** 42:14
**either** 12:5
33:16 54:15
**EKG** 33:19,20
34:2
**ELSER** 2:9 93:3
**emergency** 3:12
15:11 42:20
43:18,21 44:3
48:16 49:7
52:13,15,22
53:5 54:6
72:12,21 74:14
74:25 75:14,22
76:1 85:19
**employed** 4:24
29:22 41:24
60:1 63:10
64:6 70:8 74:3
**employee** 5:1
92:14,15
**employees** 5:23
6:1 17:18 37:4
37:23
**EMS** 5:17,21
6:10,12,14,15
6:18 7:18 8:19
8:22 11:8,10
11:17,20 20:5
20:9 21:5
33:23,24 37:10
38:2,22 42:2
87:6,9,16,24
**EMT** 15:9,10
21:15,17,21
22:4 23:9,22
24:7,17,18
**EMTs** 15:15,17
15:19 17:17,19

17:25 18:6
21:24
**ended** 24:8
**ensure** 16:6,24
17:14,18 20:1
29:1
**enter** 21:21 94:1
**entire** 3:13 32:6
38:24 70:13
71:22 72:16
89:14
**entitled** 71:14
**environmental**
76:11
**ER** 33:16,17
47:22 48:21
49:3
**errata** 3:7 89:12
93:11 94:1
**ESQ** 2:6,12,17
2:18
**Esquire** 93:2
**essentially** 47:14
et 93:6 94:2
**etiologies** 76:10
**event** 34:14,18
**events** 33:8
**everybody** 8:8
86:20
**exactly** 27:16
32:24
**Examination**
3:4,5 4:13 88:9
**examined** 4:11
**excessive** 76:11
**excited** 55:25
56:4,11
**excuse** 57:17
**execute** 93:11
**exhibit** 35:6,8,9
35:16,16 36:8
36:13,19,21,22
36:25 37:19
38:5,13 40:5
40:13 42:10,15
42:19,19,21
43:2,5,6,8,14

43:23 44:7,10
44:13,15,22
45:4,9,10,15
45:25 46:6,15
46:16,24 50:12
51:9 52:7
53:23 64:1,11
64:25 68:10
70:16 71:14
89:16 90:10,11
**EXHIBITS** 3:8
**exist** 89:21
**existed** 87:12
**existence** 38:15
39:13 46:21
63:23,24 71:19
84:21
**existing** 41:15
**expected** 75:24
76:3
**experience**
53:18 79:3
**Expires** 91:25
**explain** 5:10
12:17 17:4
38:21 52:14
**extension** 48:19
**external** 50:11
**extremity** 76:17

— F —
**facts** 94:22
**family** 54:15
78:16
**far** 12:20 53:16
57:14 68:21
71:21 83:7
**faster** 87:2,3
**feel** 63:16 79:5
**feels** 79:5 85:12
**felt** 62:6 66:24
**FF** 91:24
**field** 7:23 15:24
16:12,20 18:1
18:15 26:9
27:10,20 29:6
30:3,15,18

33:21 48:17,23
59:11,21 60:4
64:9 87:24
**file** 3:13 32:16
89:14 90:10
**filed** 93:15
**files** 9:8,10
**final** 8:9 20:19
70:1,4
**financially** 92:17
**find** 26:14 27:16
30:9 31:13
44:5 60:17
68:17
**finding** 60:14
**fire** 1:10 2:8
4:25 5:14,16
6:9 7:19 8:22
10:17,25 11:7
13:4 15:3
18:10 21:23
22:1,10 23:9
24:2,7,17,18
25:5,11,14
29:23 34:9
35:5,15 37:2
37:21,24 39:22
40:6,24 41:13
41:20,25 43:15
43:19,24 44:2
44:24 45:6
46:1 51:7 52:4
52:21 53:3,11
53:12,13,19
54:3 59:8,18
60:1 63:4,11
64:6,15 65:2
66:3,20 70:9
74:3 75:4,20
76:20,23,25
77:21 78:8
82:24 83:2,6,8
83:22,25 84:11
85:2
**Firefighter/E...**
25:1,9,17 30:2
30:7,12

**firefighter/par...**
30:2
**firefighters** 5:18
5:22
**first** 4:11 21:14
61:2 77:22
85:9
**five** 41:19 61:11
62:12 68:10
76:8 87:4 89:2
**fix** 63:14
**Flight** 7:5
**Florida** 1:1,9,19
1:23 2:4,10,15
13:24 16:7
21:20 91:2,23
92:3 93:4,20
**follow** 47:6 75:3
75:6,8,12,25
76:3
**follow-up** 88:7
**followed** 74:2
83:1,7
**following** 4:1
76:9,12
**follows** 4:12
**foregoing** 94:22
**form** 33:14 47:8
47:16 49:9
51:1,10,20
52:8 53:8
55:16 56:3,18
56:24 57:7,24
59:12,22 60:5
61:8,20 66:13
67:1 74:16
75:5 78:12
79:16 81:10
86:16 88:1
**formulated**
69:21
**Fort** 2:15
**forth** 35:6,15
**Forum** 93:20
**forward** 66:3
**forwarded** 93:14
**found** 93:11

**four** 41:11 58:20
58:25 59:3,5
59:10 60:24
61:14,17,24
62:9 63:3,16
63:19 65:8,16
76:18,24 81:8
83:9 85:10,22
86:2 89:3
**four-milligram**
59:20 60:3,9
63:9,22 64:8
64:17 65:3
66:4,11,24
86:14
**four-year** 23:7
**fourth** 62:22
**FPR** 1:23 91:22
92:25 93:19
**frame** 61:11,13
88:21,22
**front** 26:8 32:16
41:10 56:10
58:5
**full** 4:20
**further** 23:1
74:7 75:8 76:5
77:13 78:3
82:18 89:5
92:13

— G —
**gain** 54:22
**gathered** 41:9
**general** 27:15
41:23 73:1
74:12
**generalized**
74:11 79:2
**getting** 24:8
48:3 49:7
**GIUFFREDA**
2:14
**give** 4:5 9:9
11:23 21:11
33:2 45:20
48:7 54:7,13

59:2,18 60:12
61:13,14,23,24
62:4,19,20,22
63:15 65:7
70:1 72:18
81:12
**given** 33:7 41:24
49:25 50:2
52:17 54:11
64:16
**gives** 62:12,25
70:4
**glance** 45:13
**glanced** 79:25
80:1,3
**go** 7:24 8:1,4,6
12:4 16:13
20:7,22 21:18
21:24 22:6,9
22:23,25 24:10
25:4 26:13
27:18 30:9
31:1,13 32:10
35:16 36:25
38:19 40:10
43:11 44:21
50:8 54:25
59:5 61:9 62:9
63:16,18 64:11
69:25 71:20
74:18 75:7,18
76:5 77:23
79:16 82:18
83:11 85:25
89:22
**goes** 20:11,14
21:8 27:5
**going** 10:5,8
22:19 31:11
32:15 36:19
42:18 44:14
45:9 66:3
67:25 68:7
69:9 70:7,22
71:25 72:3
73:14 77:9
89:6,8,13,23

**Gonzalez** 1:14
3:3,14 4:10,21
35:3 68:5 88:8
91:8 92:9 93:2
93:25 94:3,25
**Good** 4:15,16
**gotten** 48:15
**graduate** 23:12
**graduated** 24:12
**graduating**
23:15
**greg@purdyl...**
2:16
**GREGORY**
2:17
**group** 6:20 7:8
12:5
**guardian** 1:4
**guessing** 7:10
**guideline** 6:14
6:18 10:4 11:8
11:10,18,20
20:5,9 21:5
34:15 38:22,24
38:24 39:1,2
39:12,24 40:1
40:10,12 41:5
43:8,9 45:2
46:19 47:2,10
47:13,15 49:16
50:8,17,18
53:6 62:14,24
63:8 65:6,12
65:22 66:7
69:23 70:11,14
71:22 72:22,23
72:24 73:9,15
73:17 74:1,10
74:11 75:7,9
75:15,16 76:4
76:21,22,24
77:20,24 78:7
79:2 89:1
**guidelines** 3:11
3:12 6:10,11
6:13,15 7:18
7:20 8:3,6,19

8:22 10:1 20:7
26:7 27:6,6
31:17,17 32:4
32:7,19,20
34:15,23,24
37:7,8,10,18
38:2,3,8,13,15
38:16 39:6,9
39:16 40:25
42:21,24 43:2
43:7,13,18,22
44:3,23 47:19
48:18,24 56:13
62:11 63:4,7
65:13,25 66:20
67:13,21,22
69:5,6,7,13,17
69:19,21,22
70:20,23 71:21
71:24 72:12,22
73:2,3,7,8,9,19
74:12,14 75:1
75:14,22 76:2
80:1 81:15,24
83:2,6,8 86:19
88:11,12,17

――――― **H** ―――――
**Haldol** 74:20,20
74:21
**hand** 4:3 27:5,5
33:12
**handcuffed** 84:9
84:13,16
**handcuffs** 84:24
**handed** 32:24
34:8 43:13,22
71:13
**hands** 84:13,23
85:4,11
**hands-on** 15:12
18:13,14,19
19:19,22 20:8
20:22 21:1
26:8
**happen** 24:6
**happy** 90:5

**hard** 76:17
**harm** 62:7 77:13
78:3
**harm's** 78:18
**Haven** 24:23,25
**head** 55:13
57:19 60:13,25
68:18 69:2
70:6
**heading** 39:4
44:11 45:4
46:24 50:12,25
51:18 52:7
64:12,25 70:16
**Hecht** 2:6 3:4
4:14,17 19:12
19:16 28:16
31:25 32:2
38:7,10,11
42:17 44:9
45:21 47:12,20
49:13 51:4,12
51:24 52:2,10
53:15 55:20
56:6,20 57:1,9
58:3 59:16,24
60:7 61:16,21
66:18 67:3
68:4 71:1
74:23 75:10
78:20 79:22
81:13 86:23
88:4 89:8,13
89:19 90:2,6,9
**held** 5:6 30:1
70:24 73:22
89:18
**high** 22:23,24,25
**hired** 22:4,4,5,7
24:7,8,21
25:11 30:8
**history** 40:8,16
41:1,7
**hit** 14:5 18:12
18:19 86:11
**hits** 14:5
**hooked** 34:1

**hour** 68:1
**human** 30:9
31:13 83:24
**hypersensitive**
54:8,10,19
**hypersensitivity**
55:7 57:13
69:12,14 81:16
81:18
**hypotension**
58:13 82:3
**hypoxia** 76:10

――――― **I** ―――――
**identical** 44:12
**Identification**
35:10 38:6
42:16 44:8
89:17 90:12
**identified** 35:4
**illness** 40:9,16
41:2,8 69:2
**IM** 86:2
**implement**
20:10
**implementation**
20:3
**implemented**
6:6 8:10 20:13
20:16 21:10
**incident** 10:19
80:4,15
**include** 5:17 6:4
**including** 37:4
37:23
**incorrect** 61:1
**increment** 60:19
**incrementally**
39:23 61:19
**increments**
58:20,25 60:21
61:12,13 62:10
65:16 88:21
**independent**
1:10
**INDEX** 3:1
**Indian** 15:7 23:4

23:4,6,20
24:10
**indications**
50:10
**individual** 38:25
66:16 79:11
**individually** 1:7
1:7,8,9
**individuals**
22:19
**influence** 67:8
67:18
**information**
9:17 41:9 45:5
46:14 48:7
54:11,14 60:15
60:17,18 75:13
75:21,25 81:7
**ingested** 84:5
**inject** 59:9 61:2
63:9,21 64:8
65:3 81:8
84:13,23 85:3
85:9,21
**injected** 55:23
56:2,17,22
57:5,21 60:9
66:9 83:9 84:7
86:13
**injecting** 86:4
**injection** 57:17
63:5
**instituted** 9:19
9:25
**instituting** 11:4
**intent** 85:21
**interaction**
83:23
**interested** 92:17
**interests** 41:16
**interfere** 77:11
78:2
**interval** 88:18
**intervals** 88:13
**interventions**
26:9
**interview** 17:2

**interviewed**
69:24
**intoxicated** 80:8
**intramuscular**
86:17,18
**intramuscularly**
55:11,15,23
56:2,17,23
57:6,22 59:20
60:2 81:9
83:10 84:8,23
85:22 86:13,24
86:25
**intravenously**
83:10 87:1
**intubation**
64:12,18 65:1
**involve** 14:11
77:3
**involved** 11:3,14
11:21 18:6
27:22,24 29:4
29:16,19 36:5
**involvement**
5:25 16:2
22:18 35:24
36:14,16 82:8
**involving** 9:6
53:17
**IRCC** 23:5
24:13,14
**IRSC** 23:2,14
24:6
**issue** 29:7,9,12
**issues** 5:14,21
6:8
**items** 36:22
**IV** 86:17

**J**

**J** 1:8,23 2:17
91:22 92:6,25
93:19
**JANICE** 1:3
**January** 91:25
**Jennifer** 8:12
29:15 31:8,9

**job** 11:16 20:10
**Join** 55:17 57:25
**JOLLY** 2:14,17
55:17 57:25
88:6 89:10
**Jose** 1:9 28:11
28:19,22 37:4
37:23 39:13
62:17 63:2
66:8,22 68:6
68:12 82:22
83:1
**July** 25:15
**Juno** 28:11

**K**

**keep** 12:6 16:25
17:12,19,25
29:2
**keeping** 17:16
**Ken** 1:8 2:13
**kept** 17:14
**KIM** 2:18
**know** 13:1 26:15
31:12 33:10
39:1 43:17
44:1 46:3
49:24 50:3,21
54:9 57:10
58:2 65:14
68:17 70:25
71:18 72:3,4
72:10 73:24
80:7,17,21,25
81:14 82:8,15
82:17,21 84:8
84:10,16,25
85:6 86:12
88:22 89:20,22
**knowing** 80:20
80:24
**knowledge** 35:5
35:14,22 36:7
36:10,12,15
57:15,22 68:11
68:16 83:7

**L**

**lab** 15:9,10,12
**Lakes** 2:4
**Lauderdale** 2:15
**launch** 31:23
**leads** 46:7 47:13
**learn** 21:7 69:10
**learned** 81:6
**legal** 1:4
**legs** 76:17
**let's** 24:10 31:1
36:25 44:21
50:8 58:4
65:14 73:3
79:11
**letter** 3:6 93:16
**letting** 73:24
**license** 18:5
23:22,24 24:18
25:18
**licenses** 24:3
**lieutenant** 10:21
10:24 30:3,3,4
30:18,21,24
31:2
**life** 58:16
**limbs** 76:18,24
**line** 79:17 94:4
**list** 7:10 26:6
50:13
**listed** 35:13
36:10 51:16
52:6 93:17
**literature** 87:5
**little** 10:5,6,16
74:7 86:18
87:2
**Liu** 8:15 17:2
20:18,20 48:1
48:2,16,24
49:2,6,12 70:3
73:18 74:8
**Liu's** 48:6,9,18
50:5 84:1
**live** 6:15
**living** 38:22

**LLP** 2:9 93:3
**located** 9:10
13:20
**log** 34:18
**long** 5:1,6 16:16
21:17 22:11
25:2,6 26:11
26:14
**longer** 13:15
43:14,23 71:6
86:18
**look** 7:23 9:8
13:23 19:4
21:9 25:21
27:15 33:11
35:17 39:18
40:17 44:14
45:1,12,19
53:21 54:18
56:4,11,14
60:16 62:11
65:14 66:15
70:13 71:20,22
72:7,19 73:19
74:18 75:15,16
76:9 80:6
83:11 84:15
85:24 87:18
**looked** 33:7 46:5
79:25
**looking** 39:4,24
65:12 72:10,12
72:20 76:7
**looks** 44:11 64:2
**lot** 31:16
**Lucie** 1:9,10,19
2:7 4:25 5:14
5:16 6:8 7:18
8:22 10:17,25
11:7 13:4,24
15:3 18:10
21:23 22:1,9
25:11,14 29:22
34:9 35:5,14
37:2,21,24
39:21 40:6,24
41:12,20,25

**LLP** — M —

**M-8** 64:11,24
65:14 66:1
**maintain** 16:7
16:24
**makeup** 12:17
**making** 7:15
11:21
**MANGRUM**
1:7
**manual** 18:22
**mark** 12:23,24
13:3,8,15 35:8
38:8 42:18
89:14 90:9
**marked** 35:9
38:5 42:15
43:13 44:7
89:16 90:11
**Mascara** 1:9
2:13
**Matt** 7:5
**matter** 4:19
**matters** 89:23
**max** 58:20,25
65:16
**maximum** 89:2
**mean** 6:13 7:14
16:23 17:8

43:14,19,23
44:2,24 45:6
46:1 50:22
51:2,6,14,22
52:4,21 53:3
53:11,12,13,18
54:3 59:8,18
60:1 63:4,11
64:6,15 65:2
66:2,20 70:9
74:3 75:3,20
76:19,22,25
77:21 78:8
80:3,14 82:24
83:1,6,8,22,25
84:11 85:2,9
91:3 92:4

**M**

19:9 27:2
28:15 33:25
34:22 37:14
38:21 60:19
71:9 77:15
87:8
**meaning** 38:23
**means** 81:18
**medic** 66:22
71:2 78:14,17
79:4 80:7 81:6
81:8 82:5 83:3
85:21 86:3,10
87:12
**medical** 3:12 8:9
8:14 9:25
15:11 20:6
31:16 32:4,6
38:2 40:8,15
41:7 42:20
43:12,18,22
44:3 47:2
48:19,20 49:2
49:4 54:18,20
54:21 70:1
72:12,21 73:1
73:9 74:14
75:1,14,22
76:2 77:12
78:3
**medically** 77:19
79:4
**medication**
15:17,20 34:19
54:19 68:19
**medications**
15:19,22,24
86:7
**medicine** 27:3
71:6
**medics** 79:18
**meet** 16:6
**member** 78:16
**members** 12:19
54:15
**memory** 8:20
9:3

**mental** 40:9,16
41:2,8 69:2
**mention** 40:14
40:22,24,25
**mentioned** 32:8
32:20 45:3
57:16
**metabolic** 56:15
57:20 69:3
80:19
**mild** 62:3
**mildly** 62:3
**milligram** 58:20
58:24 59:2
61:3,4,18,23
62:4,10,18,20
62:21,22 63:14
63:15 89:1
**milligrams**
58:25 59:3,5
59:10 61:5,14
61:17 62:10
63:3,16,19
65:8,16 81:8
83:9 85:10,22
86:2 88:13
89:3
**Milner** 1:18
13:23
**minutes** 61:11
62:12,13 86:21
87:4 89:2
**mixing** 24:5
**modifying** 11:4
**module** 18:23
19:1,2 21:7
**modules** 18:2,18
21:1
**moment** 15:9
45:20
**monitor** 61:3
**monitoring**
61:15
**months** 16:18
22:13 26:15,17
**morning** 4:15,16
**MOSKOWITZ**

2:9 93:3
**mother** 1:3
**move** 11:24

**N**

**N.W** 1:18
**name** 4:17,20
6:24 7:2,6
93:16
**names** 7:1
**narcotic** 57:19
**narcotics** 56:21
**need** 6:15 36:24
38:19 49:11,15
50:19 52:24
63:15 72:7
79:5 90:5
**needed** 47:19
48:17,20,23
49:3
**needle** 86:4
**needs** 7:17
**nervous** 83:16
83:19
**never** 74:20
**new** 11:22 19:25
**Newman** 1:7
2:12 3:5 19:8
19:13 28:15
38:9 45:17
47:8,16 49:9
51:1,10,20
52:8 53:8
55:16,18 56:3
56:18,24 57:7
57:24 59:12,22
60:5 61:7,20
66:13 67:1,25
70:19 74:16
75:5 78:12
79:15 81:10
86:16 88:1,7
88:10 89:4,11
90:8 93:2,6
94:2
**Nielson** 7:5,7,8
**nods** 60:25 70:6

**non-EMS** 6:3
**non-uniformed**
6:4
**nonemergency**
52:16
**nonuniformed**
5:23 6:1
**North** 2:9 93:3
**Northwest** 13:23
**nos** 57:11
**Notary** 1:23
91:23
**notes** 92:12
**notice** 3:10 35:7
93:8
**novel** 73:21
**number** 3:10
37:1,19 39:20
40:4 41:11,19
48:6,10,12,14
49:22,23 50:5
68:10 76:8,17
**numbers** 35:22
36:7 62:11

**O**

**Oath** 3:5 91:1
**object** 47:8,16
49:9 51:1,10
51:20 52:8
53:8 55:16
56:3 57:7 61:7
61:20 66:13
67:1 74:16
78:12 79:15
81:10 86:16
88:1
**objecting** 45:18
**objection** 57:24
**observe** 58:12
82:3
**obtaining** 24:3
**October** 5:7 6:5
8:18,23 9:6
30:25 31:6
46:7
**office** 8:23 9:20

10:1,12 13:20
48:12,14 50:23
51:3,14,23
52:1 80:4
**officer** 10:21,22
10:23 13:1,7
22:21 29:1,3
30:3,4,18,21
82:10 84:17
**officers** 62:1
79:10 81:1,5
**official** 37:1,20
39:20 40:5
41:20
**offline** 48:18
49:2
**okay** 32:14
33:18 34:17,18
39:3 42:10
45:11,22,23
50:9 72:2 73:5
90:8
**old** 72:23
**once** 7:25 18:25
20:14 21:17,21
26:1
**one-milligram**
65:16
**ones** 37:11
**online** 48:20
49:4
**operations** 11:1
**opinion** 11:24
51:11 86:10,20
**option** 63:18
**Orange** 2:9 93:3
**order** 21:18,25
24:10 89:8
**ordered** 89:7
93:10
**ordering** 93:14
**orders** 27:15
47:18
**organization**
53:10
**original** 93:14
**Orlando** 2:10

93:4
**outside** 74:7
**overall** 76:21
**overdose** 88:20
   88:25
**oversaw** 11:1
   12:8,11
**oversee** 5:20
   7:12,13 11:11
   28:22
**Overseeing**
   11:22
**oversees** 11:19
**overview** 73:15

**P**

**P.A** 2:3,14
**p.m** 1:17 90:14
**pacing** 50:11
**padded** 87:11
**page** 3:2,10 45:5
   45:24 46:6,11
   46:15 51:8
   64:11,24 66:1
   70:17,18 72:16
   76:7,8 78:22
   94:4
**pages** 33:4 42:11
   42:14,19 92:9
**pain** 88:19 89:2
**Palm** 2:4,4
   93:20
**panel** 26:8
**paperwork**
   16:24
**paramedic** 7:5
   15:14 16:11,12
   16:13 21:14,19
   21:21,25 22:4
   22:5,7,9,10
   23:9,24 24:9
   25:18 26:1
   28:11 30:15
   46:13,18,22
   48:23 49:5
   54:9,13,23
   59:2,23 60:9

61:1,14 62:2,8
62:15,17 63:2
68:8 69:9
78:23 79:9,13
84:12,22 85:12
85:13 86:5
**paramedic's**
   87:10
**paramedic/E...**
   23:18
**paramedic/fir...**
   12:25
**paramedics** 5:17
   5:21 6:8 9:7
   11:6 15:15,23
   16:3,6 17:16
   17:19,25 18:7
   18:9 19:18
   20:7,22 21:6
   29:3,5,17,20
   33:21,25 41:6
   41:24 47:6
   48:5,8,15 50:5
   52:20 53:3
   54:4,25 58:9
   58:22 59:9,19
   60:1 61:25
   63:8,10,13,17
   63:21 64:6
   65:2 66:4 67:5
   67:12,17 74:3
   75:3,6,12,19
   75:24 76:3
   77:21 81:18
   83:23 84:1,4
   85:8,19 86:6
   87:6,24
**paramedics'**
   87:17
**parentheses**
   76:14,18
**part** 8:6 10:24
   11:8,9,17,20
   12:14 17:11,17
   17:22,24 19:1
   19:18 20:4
   23:17 25:24

27:13,17 33:14
33:23 37:10
40:11 43:9
53:2 54:2,25
67:9
**participating**
   43:9
**parties** 92:15
   93:12
**parties'** 92:16
**pass** 16:14,25
**patient** 17:19
   33:16,17 37:17
   41:1,7,16
   50:11 54:8,9
   54:15,16 55:11
   59:9,10,21
   61:2,3 62:1,5,7
   62:15 63:10,16
   63:22 65:4,21
   65:24 66:24
   67:8 73:14
   74:1,6,13,19
   74:25 75:2,13
   75:18,21 76:1
   76:8 77:7,13
   77:23 79:6
   83:10 84:4,4
   85:4,12
**patients** 9:7
   15:24 17:25
   27:10,19 40:8
   40:15 54:17
   60:3,10 64:9
   70:12,17 71:15
   71:16,17 72:13
   73:15,21,22
   74:21,22 76:23
   78:19 79:4
**PD** 78:15
**penalties** 94:22
**people** 6:22,24
   7:2 62:8 66:9
   70:8 74:17
   79:6
**people's** 36:15
**percent** 13:13

20:1 68:24
**perform** 14:18
   14:20,23
**performance**
   29:6
**period** 19:23
   62:19,20,21
**perjury** 94:22
**person** 7:22
   11:19 35:4,13
   35:21,24 36:6
   36:9,12,14
   68:11 69:18,20
   70:4
**personal** 57:15
   57:22
**personally** 91:8
**personnel** 6:4,20
   7:9 18:25 20:2
   34:4,9 74:7
**persons** 35:4,14
**pertains** 6:7
**pharmaceutical**
   64:12,25 77:16
   77:25
**pharmacologic**
   77:9,23 78:9
   78:24
**pharmacology**
   40:11
**Phipps** 93:19
**phone** 48:6,9
   49:22,23
**phrase** 57:18
**physical** 76:12
   77:7,10,17,22
   77:25 78:10,10
   78:25 79:14
**physically** 77:18
**physician** 47:23
   59:6
**place** 74:17
   93:20
**Plaintiff** 1:5
**Plaintiff's** 3:8
   35:9,17 36:8
   36:20 38:5,8

38:12 42:15
44:7,13,15
45:25 46:6,15
46:24 70:16
71:13 89:16
90:11
**Plaintiffs** 2:2
**please** 4:3,20
   37:12 41:18
   89:10 93:8,11
   93:16
**point** 58:19,23
   78:18
**police** 62:1
   84:17,24
**policies** 6:6 11:5
   37:1,6,20,25
   39:21 40:5
   41:12,15,20,22
   41:23 42:2
   66:19,21 77:1
   77:3,6 82:23
   83:5 87:18
**policy** 41:5 47:5
   47:10 50:4
   59:7,17,25
   61:5,10 63:21
   64:5,14 65:1
   66:2 74:2,15
   75:2 76:19,22
   76:23,24 84:12
   84:15,21,25
   85:2,6 87:15
   88:2
**Port** 1:19 2:7
   11:7 13:24
   51:13 52:21
   53:2,12
**portion** 38:23
   74:14,25 75:2
   76:1 79:2
**position** 5:3,6
   9:5 10:17 13:6
   13:17 25:16
   53:18 73:25
   82:22
**positions** 29:25

possible 9:1
  18:12 76:15
post-intubation
  64:18,19 65:4
  65:11,19,22
  66:5
post-sedation
  65:10
potential 76:10
practice 7:16
  27:3 37:2 59:7
  59:17,25 63:21
  64:5,15 65:1
  66:2 74:2
practices 37:20
  37:25 39:21
  40:6 41:12
  66:19,22 82:24
  83:5
practicing 71:6
present 2:18
  26:22 67:11
presented 79:10
pretty 80:2
previously 65:23
primary 16:13
print 42:9
prior 12:2 13:8
  17:1 19:5
  28:13,18 78:24
  79:23 80:17,21
  80:25 84:3
  86:4
problem 42:8
  63:15
procedure 41:5
  47:5,11 74:15
  75:2
procedures 6:6
  11:5 87:19
proceedings 3:1
  4:1 90:13
process 21:18
Professional
  92:7
program 16:9
  16:10,11,14,15

16:16 18:4,17
  19:25 21:21,24
  22:2,6,10,11
  22:15,19 23:7
  23:8,11,19
  24:11 25:25
  26:3,4,11,14
  26:19 27:5,7,9
  27:18,18 28:3
  28:6,9 34:20
  55:1 67:4
  68:22
progress 17:1
proper 77:12
  78:2
properly 27:9,19
protocol 9:23
  56:5,14 57:12
  58:1,4
protocols 55:5,8
  56:10 84:1
provided 68:6
  68:12
public 1:23
  34:14 91:23
pull 56:13
PURDY 2:14
purpose 61:25
purposes 64:18
  65:4
pursuant 88:16
put 38:25 50:18
  50:19 69:22
  72:11 78:18
  79:9
putting 65:10,11
  83:3

**Q**

question 13:19
  19:5,9 21:3,9
  28:17 37:13
  45:23,24 48:22
  49:20 51:5,21
  53:1,9,24
  56:12 61:8
  63:20 64:4,22

65:9 66:15
  71:11 74:24
  78:7 79:1,16
  84:20
questions 53:17
  69:5 72:1,2,4
  88:5,6 89:5
quick 53:6
quickly 86:14

**R**

raise 4:2
rank 13:1
rayon 76:16
read 3:6 80:14
  81:23 86:19,20
  87:5 89:6
  93:11,13 94:22
real 53:6
reason 49:1
  62:14 94:4
reasonable
  93:14
reasons 52:17
receive 18:5
received 23:22
  23:24
recess 32:1 68:3
recommendati...
  6:16 12:1,6
  20:21
recommendati...
  7:16,21,22,24
  8:1,4 11:21,23
  20:10,11,12,16
  29:8,9,13
  69:23 84:2
recommending
  29:16,19
record 45:18
  53:10 72:11
  89:18 92:11
records 25:21
  26:13 34:14
  68:17
refer 46:10,11
  53:6

reference 46:23
  73:20
referenced
  46:18
referred 51:21
referring 65:18
  65:19
reflection 69:4
regard 19:10
  88:11
regarding 3:11
  9:21 10:1,12
  21:5 28:19
  35:22 36:2,7
  36:10,13 37:3
  37:21,25 38:13
  39:22 40:7
  41:13 48:24
  58:23,24 67:6
  68:6,12,13
  77:6
regards 39:20
  40:19,21
regional 43:8
Registered 92:6
regulations 6:7
related 39:9
  56:11
relates 11:5
  20:23 29:5
relating 19:3
relative 92:14,15
release 17:1 86:5
released 16:12
relief 89:2
repeat 32:23
rephrase 28:17
  37:13 51:5
  64:4,21
report 31:7,10
  33:3,8,15,23
  33:24 34:13,14
  80:1,4,15
  85:16,18,19,24
  85:25 86:1,8
  92:8
reported 1:22

12:21
reporter 3:6 4:2
  35:10 38:6
  42:16 44:8
  89:9,17 90:12
  92:1,7
Reporting 93:19
reports 41:14
  83:12
represent 4:17
reprimanded
  82:14
request 10:8
  34:14 89:24
  90:4
requested 36:6
  92:10
require 10:5
  21:1,1,2
required 16:7
  33:15 66:25
rescue 2:8 25:5
  27:12,13
research 10:6,13
  11:22 60:11
  68:23 83:21
resources 30:9
  31:14
respiratory 57:3
  57:4,20 58:7
  58:13 80:23
  82:2,4
respond 14:9
responsibilities
  5:11 17:23
responsibility
  17:18,24
rest 30:9
restrain 76:23
  77:22
restrained 77:18
  79:4
restraining 77:7
  78:15,15,16
restraint 78:24
  78:25 79:14
restraints 76:12

76:17 77:9,10
77:16,17,22,23
77:25 78:1,9
78:10,10 87:7
87:9,11,16,25
**restroom** 31:24
**result** 82:19
**retirement**
31:14
**retiring** 31:11
**retrieve** 60:17
**return** 93:17
**returned** 93:12
**reverts** 19:5
**review** 7:20 8:3
26:7 41:13
79:23 80:3,12
82:5 86:8
92:10
**reviewed** 79:25
82:7 85:16
**revise** 38:23
**revised** 38:16,20
39:1,2,7,16
64:2
**revising** 38:24
**right** 4:3 10:14
36:9,18 38:4
49:17 56:7
60:21 61:23
62:9 71:7 72:6
78:5,6 81:23
87:22 88:23
**risk** 54:22
**River** 15:7 23:4
23:5,6,20
24:10
**ROBINSON,i...**
1:8
**role** 5:11 11:14
17:3 20:4
22:14 53:17
**Rosario** 1:9
15:14 28:11,19
28:22 34:19
37:4,23 39:13
62:6,17,24

63:2 66:8,22
68:6,12 69:9
70:24 71:2
80:7 81:6,8
82:23 83:1,3
86:3,11
**Rosario's** 82:5
85:21 86:1
87:12
**route** 79:7
**RPR** 1:23 91:22
92:25 93:19
**rules** 6:6
**run** 16:8,22 33:3
33:23,24 34:13
41:13 80:1
85:16,18,24,25
86:1,8

**S**

**SABOL** 2:18
**safe** 17:13,14,17
17:19 18:1
**safety** 5:4,12,13
5:21 6:7 8:7,18
9:6 14:7 17:4,6
17:9,11,11,14
17:23 30:4,5
30:24 31:2,5
51:15 52:5
61:25 62:1,1
62:14,15,16
**sanctioning** 29:4
**sand** 79:18
**saying** 33:16
49:19 72:3
**says** 46:7 50:10
50:17 58:6,19
61:6 64:2,12
65:15,15 72:21
74:12 75:9
76:14 77:24
85:25
**SCAROLA** 2:3
**scene** 17:13 34:4
54:12 78:18
79:10,19 80:8

80:9
**scheduling**
89:23
**school** 22:23,24
22:25 23:9,9
23:10 24:9
**Science** 23:13,16
24:12
**scope** 7:16
**scored** 68:20,24
**SEARCY** 2:3
**second** 58:19
61:4 62:19
76:7
**secondary** 78:9
79:8
**section** 40:11
44:12 45:15
72:17,17,24,25
73:6,7,13,23
74:6,6,8,10,12
74:19 75:18
76:6 88:20
**sections** 72:23
**sedate** 77:19
86:15
**sedating** 65:21
65:23
**sedation** 39:4,6
39:10,12,16
40:19,21 42:6
42:7 44:11,12
45:4,5,9,10,15
45:24 46:6,15
46:24 48:24
50:8,10,12,25
51:8,18 52:7
58:4 62:2 64:1
65:5,11,15
67:23
**sedative** 41:7
79:13
**sedatives** 9:7
37:3,22 38:1
39:22 40:7
68:13
**see** 21:9 31:22

32:9,16,22
33:9 34:5
35:12 39:3
54:18 60:16
62:5 66:11
71:22 72:6
**seeing** 86:22
**seen** 35:11,19
42:20 86:10
**send** 8:7 18:18
89:24 90:2
**sent** 8:8
**separate** 73:4
**set** 35:5,15 41:23
**setting** 52:13,16
52:16,22 53:5
54:6
**Shandell** 1:23
91:22 92:6,25
93:19
**sheet** 3:7 89:12
93:11 94:1
**SHERIFF** 1:9
**Sheriff's** 50:23
51:3,14,22
52:1 80:4,15
**SHIPLEY** 2:3
**shock** 76:10
**short** 68:2
**Shortly** 25:19,22
**show** 41:18
42:18 44:15
45:9 70:15,17
**showed** 37:11
43:7
**shown** 34:25
**side** 17:5,6
**sign** 3:6 93:13
93:16
**signature** 33:14
93:9,16,23
**signed** 33:15
74:8 91:13
**signs** 58:12 62:4
73:18 82:3
**simply** 9:1 79:9
**single** 59:19 60:3

63:2,9,22 64:8
64:17 65:3
66:4,10,23
**sir** 4:15 9:14
10:13 14:1
31:21 40:20
44:20 46:17
52:14 53:21
59:1 64:20
78:4 88:24
89:4
**sit** 7:15 8:16 9:1
10:10,14 11:10
26:8 67:15
82:12 84:20
87:20
**sitting** 41:10
56:7 83:13
**situation** 52:18
59:13,14 66:25
79:18,20,20
**six** 33:4
**six-page** 85:19
**skills** 15:12 26:8
**small** 38:23
**software** 18:23
18:24 42:2
**sole** 20:9
**solemnly** 4:4
**solution** 18:21
21:7 42:1
**solutions** 18:17
19:11
**somebody** 65:23
**sorry** 15:21
38:17
**sort** 21:24 22:17
79:14 87:9
**SOUTHERN**
1:1
**speak** 36:6 47:23
54:16,17 82:13
**speaking** 15:13
36:2,9
**special** 1:10
**specific** 9:23
10:4 39:2 53:1

65:9 74:10,24
**specifically**
  18:10 19:10
  44:11
**specifics** 62:12
**specified** 88:17
**specifies** 88:20
**specify** 88:12
**spoke** 18:21
**spoken** 28:13,19
**St** 1:9,10,19 2:7
  4:25 5:14,16
  6:8 7:18 8:22
  10:17,25 11:7
  13:4,24 15:3
  18:10 21:23
  22:1,9 25:11
  25:14 29:22
  34:9 35:5,14
  37:2,21,24
  39:21 40:6,24
  41:12,20,25
  43:14,19,23
  44:2,24 45:6
  46:1 50:22
  51:2,6,13,22
  52:4,21 53:3
  53:11,12,13,18
  54:3 59:8,18
  60:1 63:4,11
  64:6,15 65:2
  66:2,20 70:9
  74:3 75:3,20
  76:19,22,25
  77:21 78:8
  80:3,14 82:24
  83:1,6,8,22,25
  84:11 85:2,9
  91:3 92:4
**standard** 73:22
  85:8
**standards** 24:2
**stands** 23:3
  58:16
**start** 25:13
  86:22
**started** 24:13

31:4
**state** 1:23 4:20
  15:7 16:7
  21:20 22:8
  26:1 61:10
  91:2,23 92:3
**stated** 66:8 83:2
  87:15 94:23
**statements** 34:3
  34:5,8,10
**states** 1:1 39:20
  63:6 68:10
**station** 10:21,22
  10:22,23,23
  11:2 13:7
  14:17,22 22:21
  29:3 30:3,21
  82:10
**stations** 14:16
**staying** 14:11
**stenographic**
  92:12
**stenographica...**
  1:22 92:8
**steps** 76:9
**stimulation**
  76:11
**stopped** 44:2
**story** 60:18
**straight** 62:9
**strapped** 76:16
**stray** 47:14
**strike** 8:2 10:15
  12:1 57:3,17
  80:13
**strips** 33:19,20
**study** 24:16
**stuff** 6:3
**suffering** 57:2
  69:1 80:19,22
**sufficient** 63:14
  77:10,17 78:1
  78:11
**Suite** 2:10,15
  93:4,20
**summary** 10:3
  21:11

**Sunrise** 2:14
**supervised**
  26:10
**supervision**
  28:23,24,25
**supplied** 75:20
**supply** 69:16
**support** 58:16
**supposed** 47:6
**sure** 6:23 7:15
  12:10,13,21
  13:2,13 17:12
  18:14 19:9,17
  27:4 28:4,7,10
  29:21 36:9
  37:16 41:3
  43:16 44:25
  53:7 64:23
  67:24 71:23
  73:3 77:5,8
  81:25 82:12,15
  87:14
**swear** 4:4
**sworn** 4:11 91:9
**symptoms** 62:4
**system** 83:16,20

———————
**T**
**tag** 54:20,21
**tags** 54:18
**take** 4:18 9:18
  10:8 11:23
  26:6 31:23
  35:17 37:12
  40:18 45:19
  68:1,20 75:16
  79:7 86:15
  93:8
**taken** 9:5,20
  10:1,12 32:1
  33:17,20 34:19
  68:3 76:9 94:3
**takes** 86:18
**talk** 29:13 38:12
  48:23 58:4
**talked** 73:23
**talking** 31:16

78:15
**talks** 74:20
**target** 18:17,21
  19:10 21:7
  42:1
**Tavares** 1:3 4:18
  39:14 80:8,18
  80:22 81:1,5,9
  82:20,25 83:4
  84:7 85:22
**teach** 15:1,2,6,8
  15:9,11 16:23
**teaching** 22:18
**technician** 15:11
**tecum** 3:11 35:7
  35:11 38:10
**tell** 7:4 8:16,25
  10:11,15,23
  13:13 14:2
  17:8 18:9 26:4
  29:25 30:6,11
  30:14,17,20,23
  31:4 32:17
  36:5,16 39:6
  45:14 62:23,24
  67:16 68:18
  80:10 83:13
  84:16 87:20
**telling** 49:14
  52:25 67:20
  72:20 74:5
**test** 34:19 68:20
  68:24 69:4,5,7
**testified** 4:12
  70:20
**testimony** 4:5
  43:21 75:11
  78:21 87:23
**tests** 16:25 26:6
  26:7
**Thank** 34:7 88:5
  89:4,15 90:6
**thing** 24:1 34:23
  35:2 72:18
  85:19
**things** 24:5
  32:17 36:20

71:5,5 89:25
**third** 24:1 62:20
**threat** 79:5
**three** 10:22,24
  16:18 22:13
  26:15,17 40:4
  60:22 61:10,24
  62:12,13 89:1
**time** 8:12 9:16
  10:6,9 11:3
  13:2 21:4,12
  23:4,5,13,17
  25:16 26:2,20
  27:6 31:12,15
  40:18 43:10
  56:14 61:11,13
  62:19,20,21
  67:10,11 73:10
  88:2,12,17,21
  88:22 93:9,14
**timeline** 30:10
**times** 60:8 87:23
**titled** 72:12
**today** 4:18 8:17
  9:1,13,15,22
  10:9,10 11:11
  13:6 28:14,18
  31:18 32:5,18
  36:21,22 37:9
  40:14 44:17,22
  44:24 46:24
  50:13 67:15
  79:24 82:22
  83:14 84:20
  87:21 89:15,25
**told** 44:17 45:1
  49:25 71:4
  81:1,4,5
**top** 60:13 68:18
**total** 61:5
**touch** 48:16
**track** 16:25
**train** 17:24
  52:20 83:23
**trained** 18:10
  21:15 27:9,19
  53:4 54:4,7

55:2 58:10,22
63:11,13 67:6
67:12,14,17
80:11 84:4
86:3,6
**training** 5:4,12
5:13,21,24 6:2
6:3,7 8:7,7,11
8:17 9:5,8,10
14:6,18,20,24
16:3 17:3,5,9
17:13,14,15,21
17:23 18:2,3,5
18:6,13,14,18
18:22,23,24
19:1,2,4,7,18
19:19,20,22
20:2,8,15,23
20:25 21:1,7
21:10,11,24
22:18 27:22,25
29:1,2 30:3,4,5
30:18,24 31:2
31:5 51:14
52:5 53:2 54:2
54:25 67:5,9
67:22 68:6,8
68:12,19 69:10
69:16,24,25
71:3 79:3
82:19
**trains** 83:25
**transcript** 89:6
92:10,11 93:10
93:11 94:1
**transport** 76:15
**trauma** 55:13
57:19 69:2
**treat** 73:14
75:18
**treated** 39:13
**treating** 33:21
34:1
**treatment** 41:14
73:3,7,13,17
73:18,23 74:8
74:10 75:6,9

75:17 76:4
82:25 83:4
**trucks** 27:12,14
**true** 47:15 92:11
94:23
**truly** 93:18
**truth** 4:6,6,7
**try** 18:12 77:22
**two** 60:22 61:5
61:24 62:13
65:12,24 73:4
73:8 76:17
**two-page** 71:12
**two-year** 23:7,8
23:11,19 24:11
**type** 6:3,3 20:2
20:25 62:3
**typical** 14:2,4
**typically** 87:10

**U**
**undergo** 19:18
**undersigned**
91:7
**understand**
19:13 49:14,18
51:25 52:25
53:16 72:2
86:21
**understanding**
15:13 21:13
**Understood**
46:20 71:10
**UNITED** 1:1
**upcoming** 11:22
**update** 43:10
**updated** 6:10,12
6:16 7:18 8:19
44:25 45:2
67:13,21,23
**updates** 7:21
8:21,25 9:4,19
9:24 19:25
20:6,24 21:5
**use** 18:24 40:9
40:16 41:8
43:14,18 44:23

45:3,6,15,25
46:8 53:4 54:5
55:21 56:21,22
57:5,16,19,19
69:2 73:16
76:13 77:22
78:24 79:14
88:11
**utilizing** 44:2
46:13

**V**
**vehicle** 87:10,13
**vehicles** 87:7,17
87:25
**Vero** 22:24
**versus** 11:14
17:6 54:22
65:22
**vessel** 86:11
**violate** 83:5
**violent** 65:24
**volunteer** 13:17
13:18
**vote** 7:17
**VS** 93:6 94:2
**vs-** 1:6

**W**
**W** 2:12
**WADE** 1:8
**wait** 61:3 62:19
62:20,21
**waive** 93:9,16,23
**want** 9:23 10:4
19:8 36:8
65:14 71:25
72:1,4,7,19
81:23 89:9,11
**wanted** 42:9
49:6,20 76:4
**wants** 21:14
**wasn't** 50:4 67:9
71:3 80:10
81:3 84:10
**way** 18:19 21:8
22:17 39:1

48:3 49:7
57:18 61:18
63:10 78:19
80:20,24 82:14
82:16 83:3
**we'll** 32:10,12
35:8 42:18
**we're** 4:18 31:11
53:9 72:10,11
73:14
**We've** 31:16
67:25
**webbing** 76:16
**weigh** 54:21
**went** 23:2,9 24:6
24:8,17 26:2,5
26:20 27:8
71:2
**West** 2:4 93:20
**whatsoever**
28:25
**WILSON** 2:9
93:3
**Winter** 24:23,24
**wish** 93:16
**Witness** 3:2,6
4:8 19:15
45:19 60:25
70:6,22 94:3
**word** 60:19
**work** 6:8 11:6
13:3,25 16:20
16:20 25:2,6
42:25 43:1
51:25 61:18
76:13
**working** 25:13
53:18 75:20
85:8
**works** 62:5
**wouldn't** 42:8
49:15
**write** 73:21 94:1
**written** 37:25
41:20,23 61:24
**wrong** 66:12
**wrote** 69:18,20

**X**

**Y**
**year** 5:8 16:19
19:23 22:13
25:3,7,13,20
26:16,18 31:19
38:14 43:12
60:10
**years** 5:2 29:23
30:6,11,14,17
30:20,23 31:1

**Z**

**0**
**05/22/2017** 94:3
**07** 34:20

**1**
**1** 3:10 35:8,9,17
36:8,20 92:9
**10** 35:18,19,23
36:3,8,11,13
86:21 87:4
**100** 13:13 20:1
66:9
**11** 10:17 11:9
39:14 40:2
43:17,24 45:7
46:1,8 71:11
83:4 85:1
**111** 2:9 93:3
**12:24** 1:17 90:14
**1200** 2:10 93:4
**1216** 2:15
**15** 86:21
**1551** 93:20
**17** 29:23
**18** 5:2 63:23

**2**
**2** 3:11 38:5,8,13
39:20 40:13
42:10 44:10,22
45:4,9 46:24
50:12 51:9

52:7 53:23
64:1,11,25
**2:16cv14413** 1:2
93:6 94:2
**2000** 25:15,22
27:9,11 30:8
**2006** 28:8 29:19
70:23 71:3,4,5
71:9 72:14
73:25 74:15,25
75:3,12,19,25
76:20,25 77:6
77:20 78:8
79:9
**2009** 46:4,7
**200E** 93:20
**2012** 63:12,23
63:25
**2013** 28:5 38:17
38:17 39:8,17
46:4,11 56:14
64:2,7,16 66:3
**2014** 10:17 11:9
11:15 12:8,12
12:15 22:14,20
27:24 28:2
29:16 31:10,20
39:10,14 40:2
41:4 43:17,24
45:7,16 46:1,8
46:11,12,19,23
48:5,9 49:6
50:4 58:10,14
58:23 59:9,18
60:2,8 61:2
67:6 70:11
71:12,18,21,24
82:11 83:2,5
85:1,9 86:3
87:6,13,15
**2015** 38:17
**2016** 5:9 6:5
8:18,23 9:6
31:6
**2017** 1:16 91:9
91:13 92:19
93:1,8

**2020** 91:25
**2139** 2:4
**22** 1:16
**22nd** 91:9 93:8
**2455** 2:14
**25** 6:5 8:18,23
9:6
**25th** 5:7 30:25
31:6
**27** 91:25 93:1
**27th** 91:13 92:19

---
**3**
---
**3** 3:12 42:15,19
42:19,21 43:2
43:6,8,14,23
44:7,13,15
45:10,15,25
46:6,15,16
70:16 71:14
**32801** 2:10 93:4
**33304** 2:15
**33401** 93:20
**33409** 2:4
**34980** 1:19
**34983** 13:24
**35** 3:10
**38** 3:11

---
**4**
---
**4** 3:4,13 89:16
90:10,11
**407** 2:11
**42** 3:12
**462-3861** 2:16

---
**5**
---
**5** 38:16 39:8,17
64:2,7,16 66:3
**50** 66:9
**5160** 1:18 13:23
**561** 2:5

---
**6**
---
**600** 42:19
**648-1376** 2:11
**686-6300** 2:5

---
**7**
---
**7** 25:15 46:7

---
**8**
---
**88** 3:5
**89** 3:13

---
**9**
---
**9/9/73** 4:23
**9:58** 1:17 4:1
**90** 3:14
**91** 3:5
**92** 3:6
**93** 3:6
**94** 3:7 92:9
**945479** 91:24
**954** 2:16
**99** 68:20,24