UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

        Plaintiffs,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

        Defendants.
_____/

CASE NO.: 2:16cv14413

### REPLY MEMORANDUM IN SUPPORT OF DEFENDANT SHERIFF'S MOTION FOR SUMMARY JUDGMENT [DE84]

The Defendant, KEN J. MASCARA, in his official capacity as Sheriff of St. Lucie County Florida, files this his Reply Memorandum in support of his Motion for Summary Judgment [DE 84], and would state as follows:

In Plaintiff's response to the Defendant Sheriff's Motion for Summary Judgment, Plaintiff argues the question of whether the Sheriff is immune from suit pursuant to Florida's statutory waiver of sovereign immunity, Fla. Stat. §768.28 (2014) must be submitted to the jury. However, the issue of sovereign immunity is a secondary issue to the Defendant Sheriff's

1

entitlement to summary judgment. To the extent this Court finds the Plaintiff's detention was lawful, the Defendant Sheriff would be entitled to summary judgment on Plaintiff's state law false arrest claim. Likewise, to the extent this Court finds that the deputies' uses of force were reasonable, the Defendant Sheriff would be entitled to summary judgment on Plaintiff's state law excessive force claim. Thus the question of whether the deputies acted in bad faith such that they would be divested of the protections of Florida's sovereign immunity statute which would conversely immunize the sheriff, would only be relevant if this Court finds that the Plaintiff's detention was not lawful and/or the deputies' use of force was not reasonable. For the reasons stated in the deputy Defendants' Motions for Summary Judgment and Replies in support thereof, Plaintiff's detention was supported by reasonable suspicion and probable cause and the deputies' uses of force were reasonable.

    The Defendant Sheriff respectfully requests summary judgment be granted in his favor as to Count XIII and Count XV.

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and furnished via email a copy to: **ADAM S. HECHT, ESQUIRE,** Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, Florida 33409, ash@searcylaw.com, axs@searcylaw.com; mal@searcylaw.com; jcx@searcylaw.com, **HUGH L. KOERNER, ESQUIRE**, Hugh L. Koerner, P.A., Sheridan Executive Centre, 3475 Sheridan Street, Suite 208, Hollywood, FL 33021, hlklaw@hughkoerner.com, and **BENJAMIN W. NEWMAN, ESQUIRE,** Wilson Elser Moskowitz Edelman & Dicker, LLP, 111 N. Orange Ave., Suite 1200, Orlando, FL 32801, ben.newman@wilsonelser.com; julie.tyk@wilsonelser.com this **2nd** day of November, 2017.

          PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
          Attorneys for Defendants Newman, Mangrum, Robinson,
          Courtemanche and Sheriff
          2455 East Sunrise Boulevard, Suite 1216
          Fort Lauderdale, Florida 33304
          Telephone (954) 462-3200
          Telecopier (954) 462-3861
          Email: summer@purdylaw.com
             melissa@purdylaw.com

         BY  *s/ Summer M. Barranco*
            SUMMER M. BARRANCO
            Fla. Bar No. 984663