UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

        Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

        Defendants.
_____/

CASE NO.: 2:16cv14413

## DEFENDANTS' MOTION TO FILE EXHIBIT CONVENTIONALLY

        The Defendants KEN J. MASCARA, in his official capacity as Sheriff of St. Lucie County, DEPUTIES NEWMAN, MANGRUM, ROBINSON and COURTEMANCHE, in their individual capacities, pursuant to this Court's Electronic Case Filing provisions, Section 3H(7), file this Motion to File Exhibit Conventionally, and in support thereof would state as follows:

        1.     The Defendants Newman, Mangrum, Robinson, Courtemanche and Sheriff Mascara filed their Reply to Plaintiff's Response to Defendants' Statement of Material Facts on November 2, 2017. [DE 157].

        2.     One of the exhibits referenced therein consists of a video clip contained on a DVD, specifically, Exhibit J, CVS video, which was unable to be filed with the Court via the CM/ECF system.

WHEREFORE, these Defendants respectfully request that their motion to file exhibit conventionally be granted.

### RULE 7.1 STATEMENT

Pursuant to Local Rule 7.1(a)(3)(A), undersigned counsel hereby certifies that she has conferred with opposing counsel (Attorney Hugh Koerner) and he has indicated that Plaintiff does not oppose the relief requested herein.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and furnished via email a copy to: **ADAM S. HECHT, ESQUIRE,** Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, FL 33409, ash@searcylaw.com, axs@searcylaw.com; mal@searcylaw.com; jcx@searcylaw.com, **HUGH L. KOERNER, ESQUIRE**, Hugh L. Koerner, P.A., Sheridan Executive Centre, 3475 Sheridan Street, Suite 208, Hollywood, FL 33021, hlklaw@hughkoerner.com, and **BENJAMIN W. NEWMAN, ESQUIRE,** Wilson Elser Moskowitz Edelman & Dicker, LLP, 111 N. Orange Ave., Suite 1200, Orlando, FL 32801, ben.newman@wilsonelser.com; julie.tyk@wilsonelser.com this 3rd day of November, 2017.

        PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
        Attorneys for Defendants Newman, Mangrum,
        Robinson, Courtemanche and Sheriff
        2455 East Sunrise Boulevard, Suite 1216
        Fort Lauderdale, Florida 33304
        Telephone (954) 462-3200
        Telecopier (954) 462-3861
        Email: summer@purdylaw.com

        BY    *s/ Summer M. Barranco*
                SUMMER M. BARRANCO
                Fla. Bar No. 984663