UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

        Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

        Defendants.
_____/

CASE NO.: 2:16cv14413

## **DEFENDANTS' NOTICE OF FILING EXHIBIT CONVENTIONALLY**

      The Defendants KEN J. MASCARA, in his official capacity as Sheriff of St. Lucie County, and DEPUTIES NEWMAN, MANGRUM, ROBINSON and COURTEMANCHE, by and through his undersigned attorneys, pursuant to this Court's Paperless Order Granting Defendants' Motion to File Exhibit Conventionally [DE 165], hereby submits this Notice of Conventional Filing in regard to a video clip contained on a DVD, specifically, Exhibit J, CVS video, which was referenced in these Defendants' Reply to Plaintiff's Response to Defendants' Statement of Material Facts [DE 157]. The following is being filed conventionally for the following reason:

      [x]    The items cannot be converted to an electronic format compatible for filing with the Court's CM/ECF system.

      1.    A video clip contained on a DVD, specifically, Exhibit J, CVS video.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will furnish a copy via email to: **ADAM S. HECHT, ESQUIRE,** Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, FL 33409, ash@searcylaw.com, axs@searcylaw.com; mal@searcylaw.com; jcx@searcylaw.com, **HUGH L. KOERNER, ESQUIRE**, Hugh L. Koerner, P.A., Sheridan Executive Centre, 3475 Sheridan Street, Suite 208, Hollywood, FL 33021, hlklaw@hughkoerner.com, and **BENJAMIN W. NEWMAN, ESQUIRE,** Wilson Elser Moskowitz Edelman & Dicker, LLP, 111 N. Orange Ave., Suite 1200, Orlando, FL 32801, ben.newman@wilsonelser.com; julie.tyk@wilsonelser.com this **6th** day of November, 2017.

        PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
        Attorneys for Defendants Newman, Mangrum, Robinson, Courtemanche and Sheriff
        2455 East Sunrise Boulevard, Suite 1216
        Fort Lauderdale, Florida 33304
        Telephone (954) 462-3200
        Telecopier (954) 462-3861
        Email: summer@purdylaw.com

BY    *s/ Summer M. Barranco*
           SUMMER M. BARRANCO
           Fla. Bar No. 984663