UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   16-14413-Civ-ROSENBERG/MAYNARD

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

       Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as SHERIFF of
ST. LUCIE COUNTY, Florida,
JOSE ROSARIO, individually, and the
ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

       Defendants.
_____/

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO CONVENTIONALLY FILE EXHIBITS

**COMES NOW** Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, by and through their undersigned attorneys, and pursuant to S.D. Fla. L.R. 2H(7), seeks leave of Court to conventionally file exhibits in support of Plaintiff's responses to the Defendants' statements of material fact [DE 131, 132, 133] in opposition to the Defendants' motions for summary judgment, and in support thereof, states the following:

    1.    On October 27, 2017, Plaintiff filed responses to the Defendants' statements of material fact [DE 131, 132, 133] in opposition to the Defendants' motions for summary judgment. The exhibits relied upon by the Plaintiff include two cell phone videotape recordings by Shaun

Mahonney, and two security videotapes from the CVS store (i.e., the cash register and parking lot).

2. The CM-ECF Administrative Procedures provide:

**3H(7) Filings May Not be Submitted on CD, DVD, Cassette, or VHS Tape**
Filings submitted on CD, DVD, cassette or VHS tape (or other multi-media format) will not be accepted for filing, unless they were previously submitted as evidence or unless filed pursuant to Court order.

3. On November 3, 2017, the Hugh L. Koerner, Esq., co-counsel for Plaintiff, contacted opposing counsel (via email) concerning the relief requested herein.

4. On November 3, 2017, Summer M. Barranco, Esq., advised that Defendants Christopher Newman, individually, Claylan Mangrum, individually, Calvin Robinson, individually, Wade Courtemanche, individually, and Ken J. Mascara, as Sheriff of St. Lucie County, Florida, have no objection to the relief requested.

5. Plaintiff has received no response from Benjamin W. Newman, Esq., attorneys for Defendants Jose Rosario, individually, and the St. Lucie County Fire District, an independent special district.

**WHEREFORE**, Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, requests that the Court enter an Order granting Plaintiff leave of to conventionally file the two cell phone videotape recordings by Shaun Mahonney, and the two security videotapes from the CVS store (i.e., the cash register and parking lot).

**DATED** this ___3rd___ day of November, 2017.

        /s/ DARRYL L. LEWIS
        DARRYL L. LEWIS
        Florida Bar No.: 818021
        Attorney E-Mail(s): dll@searcylaw.com and
        axs@searcylaw.com
        Primary E-Mail:  lewisteam@searcylaw.com
        Searcy Denney Scarola Barnhart & Shipley, P.A.
        2139 Palm Beach Lakes Boulevard
        West Palm Beach, Florida 33409
        Phone: (561) 686-6300
        Fax: (561) 383-9485
        Attorney for Plaintiff(s)

By:  *s/. Hugh L. Koerner*
      Hugh L. Koerner
      Florida Bar No.: 716952
      Email: hlklaw@hughkoerner.com
      Hugh L. Koerner, P.A.
      Sheridan Executive Centre
      3475 Sheridan Street, Suite 208
      Hollywood, FL 33021
      Telephone:  (954) 522-1235
      Facsimile:   (954) 522-1176
      *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE
### Case No.: 16-14413-Civ-ROSENBERG/MAYNARD

I HEREBY CERTIFY that this   3rd   day of November, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/. Hugh L. Koerner*
      Hugh L. Koerner

**Service List**

Summer M. Barranco, Esquire
summer@purdylaw.com; melissa@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL 33304
Phone: (954)-462-3200
Fax: (954)-462-3861
*Attorneys for Christopher Newman, individually, Claylan Mangrum, individually, Calvin Robinson, individually, Wade Courtemanche, individually, Ken J. Mascara, as Sheriff of St. Lucie County, Florida*

Benjamin W. Newman, Esquire
Ben.Newman@wilsonelser.com; Leah.Rover@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N Orange Avenue, Suite 1200
Orlando, FL 32801
Phone: (407) 203-7592
Fax: (407) 648-1376
*Attorneys for Jose Rosario, individually, and the St. Lucie County Fire District, an independent special district*