UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   16-14413-Civ-ROSENBERG/MAYNARD

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

       Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as SHERIFF of
ST. LUCIE COUNTY, Florida,
JOSE ROSARIO, individually, and the
ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

       Defendants.
_____/

## ORDER GRANTING MOTION FOR LEAVE OF COURT

**THIS MATTER** is before the Court on the Plaintiff's Motion for Leave of Court to Allow the Conventional Filing of Exhibit in support of Plaintiff's responses to the Defendants' statements of material fact [DE 131, 132, 133], in opposition to the Defendants' motions for summary judgment..  The Motion is **GRANTED**.  The Clerk shall accept for conventional filing Plaintiff's CDs containing the two cell phone videotape recordings by Shaun Mahonney and the two security videotapes from the CVS store (i.e., the cash register and parking lot).

**DONE AND ORDERED** in Chambers at West Palm Beach Florida, this _____ day of November, 2017.

                                                                             ROBIN L. ROSENBERG
                                                                             United States District Judge

Copies furnished:
All Counsel of Record