UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-14413-Civ-ROSENBERG/MAYNARD

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

      Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as SHERIFF of
ST. LUCIE COUNTY, Florida,
JOSE ROSARIO, individually, and the
ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

      Defendants.
_____/



FILED BY __CGA__
              Deputy Clerk
**Nov 17, 2017**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce

## **PLAINTIFF'S NOTICE OF CONVENTIONAL FILING**

**COMES NOW** the Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, and their undersigned attorneys, and pursuant to S.D. Fla. L.R. 2H(7) and this Court's Order [DE 169] granting Plaintiff's Motion for Leave of Court to Conventionally File Exhibits [DE 167], submits the following for conventional filing:

    The below items are being filed conventionally for the following reason:

    [x] The item cannot be converted to an electronic format.

1.    CD containing audiotape recordings.

    **DATED** this __14th__ day of November, 2017.

/s/ DARRYL L. LEWIS
Darryl L. Lewis
Florida Bar No.: 818021
Attorney E-Mail(s): dll@searcylaw.com and
axs@searcylaw.com
Primary E-Mail: _lewisteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9485
Attorney for Plaintiff(s)

By: *s/. Hugh L. Koerner*
Hugh L. Koerner
Florida Bar No.: 716952
Email: hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
Sheridan Executive Centre
3475 Sheridan Street, Suite 208
Hollywood, FL 33021
Telephone: (954) 522-1235
Facsimile:   (954) 522-1176
*Co-counsel for Plaintiffs*

## CERTIFICATE OF SERVICE
## Case No.:  16-14413-Civ-ROSENBERG/MAYNARD

**I HEREBY CERTIFY** that this __14th__ day of November, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/. Hugh L. Koerner*
Hugh L. Koerner

## Service List

Summer M. Barranco, Esq.
Florida Bar No.: 984663
Email: summer@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL 33304
Phone: (954)-462-3200
Fax: (954)-462-3861
*Attorneys for Defendants Newman,
Mangrum, Robinson, Courtemanche,
and Ken J. Mascara, as Sheriff of St.
Lucie County, Florida*

Darryl L. Lewis, Esq.
FL Bar No.: 818021
Email: lewsiteam@searchlaw.com
Searcy Denney Scarola Barnhart
& Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: 561/686-6300
Fax: 561/383-9585
*Attorney for Plaintiff*

Benjamin W. Newman, Esq.
Florida Bar No.: 0011223
Email: ben.newman@gray-robinson.com
Julie Tyk, Esq.
Florida Bar No.: 84493
Email: julie.tyk@gray-robinson.com
Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2741
*Attorneys for Defendants Jose Rosario,
individually, and the St. Lucie County Fire
District*

Hugh L. Koerner, Esq.
Florida Bar No.: 716952
Email: hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
Sheridan Executive Centre
3475 Sheridan Street, Suite 208
Hollywood, FL 33021
Telephone: (954) 522-1235
Facsimile: (954) 522-1176
*Co-counsel for Plaintiff*

**United States District Court**
**Southern District of Florida**

Case Number: 16-14413-CIV-ROSENBERG/MAYNARD

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

Documents Retained in Supplemental Case Files (Scanned or Not Scanned)

Civil Case Documents
- \_\_\_ • Handwritten documents/pleadings (i.e., pro se)
- \_\_\_ • Poor quality scanned images
- \_\_\_ • Photographs
- XX • CD, DVD, VHS tapes, cassette tapes
- \_\_\_ • Surety bonds
- \_\_\_ • Exhibits that cannot be scanned (e.g., objects)
- \_\_\_ • Bound extradition papers
- \_\_\_ • Jury verdict
- \_\_\_ • Jury notes (unredacted)
- \_\_\_ • Jury selection materials (seating charts, challenges, etc.)

Criminal Case Documents
- \_\_\_ • Handwritten documents/pleadings (i.e., pro se)
- \_\_\_ • Poor quality scanned images
- \_\_\_ • Photographs
- \_\_\_ • CD, DVD, VHS Tape, Cassette Tapes
- \_\_\_ • Bond documentation
- \_\_\_ • Exhibits that cannot be scanned (e.g., objects)
- \_\_\_ • Indictments
- \_\_\_ • Arrest warrants
- \_\_\_ • Jury verdict
- \_\_\_ • Jury notes (unredacted)
- \_\_\_ • Jury selection materials (seating charts, challenges, etc.)

Date: November 17, 2017

Revised: 8/20/2012