UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16cv14413

TAVARES DOCHER, by and through JANICE
DOCHER-NEELEY, his mother and legal
guardian,

       Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYTON MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

       Defendant.
_____/

## NOTICE OF UNAVAILABILITY

COMES NOW the Plaintiff, Tavares Docher, by and through Janice Docher-Neeley, his mother and legal guardian, by and through the undersigned counsel, and files this Notice of Unavailability as follows: December 22, 2017, through January 2, 2018.

The undersigned respectfully requests that no hearing be set, deposition be scheduled, discovery sought nor other matters undertaken in the above-styled case during the time set forth.

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.: 2:16cv14413
Notice of Unavailability
Page 2

I HEREBY CERTIFY that, on December 5, 2017, I caused a true and correct copy of the foregoing to be served on all counsel of record by filing an electronic copy with the Court's CM/ECF system, which will send notification of the filing to all counsel of record registered therewith.

/s/ DARRYL L. LEWIS
DARRYL L. LEWIS
Florida Bar No.: 818021
Attorney E-Mail(s):  dll@searcylaw.com and
axs@searcylaw.com
Primary E-Mail: _lewisteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9485
Attorney for Plaintiff(s)