UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14413-CIV-ROSENBERG/MAYNARD

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

      Plaintiff,

v.

CHRISTOPHER NEWMAN, *et al.*

      Defendants.

_____/

**ORDER SETTING HEARING ON DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT [D.E. 83, 84, 85, 87, 98]**

**THIS CAUSE** comes before this Court *sua sponte*. Having reviewed the above-referenced Motions and the respective briefing, it is hereby,

**ORDERED AND ADJUDGED** that U.S. Magistrate Judge Shaniek M. Maynard will conduct a hearing on the above Motions. The Motions are set for oral argument on **FRIDAY, DECEMBER 15, 2017 at 2:00 p.m.** in Courtroom No. 4074 (the magistrate courtroom) at the U.S. District Courthouse at 101 South U.S. Highway 1, Fort Pierce, FL 34950.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 8th day of December, 2017.

                                                  */s/ Shaniek Maynard*
                                                  SHANIEK M. MAYNARD
                                                  UNITED STATES MAGISTRATE JUDGE