UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16cv14413

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother and
legal guardian,

  Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYTON MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

  Defendant,
_____/

## PLAINTIFF'S RULE 26 (e)(2) SUPPLEMENTAL EXPERT DISCLOSURES

Plaintiffs, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, by and through undersigned counsel, hereby discloses the following information regarding the experts they intend to call at trial pursuant to agreement of counsel, and provides the following disclosure of expert witness reports as follows:

| | |
|---|---|
| 1. | Brian G. McAlary, M.D.<br>10771 Alum Springs Road<br>Culpeper, VA  22701<br>Addendum to May 12, 2017 Report dated November 24, 2017 |
| 2. | John A. Sterba, M.D., Ph.D., FACEP<br>226 Center Street<br>East Aurora, NY  14052-2233<br>Report of May 22, 2017 with attached Addendum of July 25, 2017 and Attached Addendum #2 of November 27, 2017 |

# EXHIBIT A

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:  2:16cv14413
Rule 26e(2) supplemental expert disclosures
Page 2

| | | |
|---|---|---|
| | 3. | Mr. Melvin L. Tucker<br>5929 Fordland Drive<br>Raleigh, NC 27606<br>Supplemental Expert Report dated 11/27/17 with attached  Appendix |

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via E-Serve to all Counsel on the attached list, this 30th day of November 2017.

/s/ JORDAN A DULCIE
JORDAN A. DULCIE
Florida Bar No.: 118635
Attorney E-Mail(s):  jdulcie@searcylaw.com and
axs@searcylaw.com, mal@searcylaw.com
Primary E-Mail: _lewisteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9485
Attorney for Plaintiff(s)

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No.:  2:16cv14413
Rule 26e(2) supplemental expert disclosures
Page 3

# COUNSEL LIST

Summer M. Barranco, Esquire
summer@purdylaw.com;
melissa@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL  33304
Phone: (954)-462-3200
Fax: (954)-462-3861
Attorneys for Ken Mascara

Benjamin W. Newman, Esquire
Ben.Newman@wilsonelser.com;
Leah.Rover@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N Orange Avenue, Suite 1200
Orlando, FL  32801
Phone: (407) 203-7592
Fax: (407) 648-1376
Attorneys for Port St. Lucie Fire Rescue

Hugh L. Koerner, Esquire
hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
3475 Sheridan Street, Suite 208
Hollywood, FL  33021
Phone: (954)-522-1235
Fax: (954)-522-1176
Attorneys for Tavares Docher