ADDENDUM TO MAY 12, 2017 REPORT

RE: TAVARES DOCHER

Submitted by: Brian G. McAlary, MD, CHCQM

November 24, 2017

In addition to the opinions expressed in my May 12, 2017 report regarding the status of Mr. Tavares Docher upon the arrival of EMTP Rosario, and the subsequent interventions and Mr. Docher's cardiac arrest, the following opinions, previously expressed in my prior deposition, are provided in this addendum:

- Despite reference in the non-contemporaneous documentation in the Incident Report of a single heart rate and a single respiratory rate, there were no blood pressures or pulse oximetry readings obtained or documented. Even if an analyst were to accept the recorded heart rate and respiration as correct, despite no monitors' being applied until Mr. Docher was placed in the rescue vehicle where he was found to be in asystole, the absence of blood pressure, pulse oximetry and chest auscultation, combined with the failure to perform a basic mental status evaluation, precluded the safe administration of any respiratory depressant.

- The preponderance of the evidence, including the undisputed prior physical exertion, elevated temperature, and open hand strikes to Mr. Docher's legs

1

**EXHIBIT C**

and body would result in metabolic acidosis secondary to increased lactate levels.

- The compression of Mr. Docher's upper body by a booted foot while he was in the prone position, and with hyper adducted arms, would have more likely than not resulted in a degree of asphyxia manifest by elevated carbon dioxide levels (hypercapnia) and decreased oxygen levels (hypoxia) that would add an element of respiratory acidosis to his overall acidotic status.

- It is probable, within a reasonable degree of medical certainty, that the combined effect of asphyxia, the metabolic and respiratory acidosis, and the subintoxicating blood alcohol combined to place Mr. Docher at an unacceptable risk of respiratory arrest from inappropriately monitored administration of Ativan.

- When tackled, Mr. Docher's head struck the parking lot surface with forward force that was not mitigated by any outstretched arms and resulted in a significant scalp laceration, and obvious significant blood loss.  The force of such an impact likely also caused a concussion.

- Mr. Docher's subsequent transient loss of consciousness was further contributed to by elbow strikes to the face, partial airway obstruction, and hypoxia

- It is further my opinion that the CVS surveillance videos showing no verbal or physical aggressive behavior prior to the time that Mr. Docher was handcuffed.  His recorded comments made to the 911 dispatcher, and his multiple prior Emergency Department admission summaries do not support any speculation regarding the possibility of Mr. Docher's prior self-administration of synthetic cathinones.

Signed: _Brian D. McCloy_          Date: _November 24, 2017_