UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

        Plaintiffs,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

        Defendants.
_____/

CASE NO.: 2:16cv14413

**DEFENDANTS' (NEWMAN, MANGRUM,ROBINSON, COURTEMANCHE, AND MASCARA) NOTICE OF JOINDER IN AND ADOPTION OF DEFENDANTS ROSARIO AND ST. LUCIE COUNTY FIRE DISTRICT'S MOTION TO STRIKE LATE ADDENDUM EXPERT REPORTS PREPARED BY DR. BRIAN McALARY AND DR. JOHN STERBA AND INCORPORATED MEMORANDUM OF LAW**

The Defendants, CHRISTOPHER NEWMAN, individually, CLAYLAN MANGRUM, individually, CALVIN ROBINSON, individually, WADE COURTEMANCHE, individually and KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, FLORIDA, hereby give notice to join in and adopt the Defendants Rosario and St. Lucie County Fire District's Motion to Strike Late Addendum Expert Reports Prepared by Dr. Brian McAlary and Dr. John Sterba pending before this Court [DE 177]. Similar to Defendants Rosario and St. Lucie County Fire District, the Defendants Newman, Mangrum, Robinson, Courtemanche and Mascara seek an Order precluding Plaintiff from introducing evidence of Dr. Brian McAlary's November 24, 2017 Amended Expert Report and Dr.

-1-

John Sterba's November 27, 2017 Second Addendum Expert Report, as well as any testimony as to the contents of these reports, on the same grounds.

WHEREFORE Defendants Newman, Mangrum, Robinson, Courtemanche, and Mascara, respectfully request an Order precluding Plaintiff from introducing evidence of Dr. Brian McAlary's November 24, 2017 Amended Expert Report and Dr. John Sterba's November 27, 2017 Second Addendum Expert Report, as well as any testimony as to the contents of these reports.

### 7.1(a)(3) STATEMENT

As indicated in Defendants' Motion [DE 177], Plaintiff objects to the relief requested in Defendants' Motion.

**I HEREBY CERTIFY** that a copy of the foregoing was emailed to: **ADAM S. HECHT, ESQUIRE,** Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Boulevard, West Palm Beach, Florida 33409, ash@searcylaw.com, axs@searcylaw.com; mal@searcylaw.com; jcx@searcylaw.com**; HUGH L. KOERNER, ESQUIRE**, Hugh L. Koerner, P.A., Sheridan Executive Centre, 3475 Sheridan Street, Suite 208, Hollywood, FL 33021, hlklaw@hughkoerner.com and **BENJAMIN W. NEWMAN, ESQUIRE**, GRAY ROBINSON, 301 East Pine Street, Suite 1400, Orlando, Florida 32801, Ben.Newman@wilsonelser.com; Leah.Rover@wilsonelser.com, this **14$^h$** day of December, 2017.

>PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.
>Attorneys for Defendants Newman, Mangrum,
>Robinson, Courtemanche and Sheriff
>2455 East Sunrise Boulevard, Suite 1216
>Fort Lauderdale, Florida 33304
>Telephone (954) 462-3200
>Telecopier (954) 462-3861
>Email: summer@purdylaw.com
>melissa@purdylaw.com
>
>BY:   */s/ Summer M. Barranco*
>Summer M. Barranco
>Fla. Bar No. 984663