UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 2:16CV14413

TAVARES DOCHER, by and through JANICE DOCHER NEELEY, his mother and legal guardian,
Plaintiffs,
vs.
CHRISTOPHER NEWMAN, individually, CLAYTON MANGRUM, individually, CALVIN ROBINSON, individually, WADE COURTEMANCHE, individually, KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida
Defendants.

## MEDIATION REPORT

The above styled case was mediated on 12-18-17 before Rodney Romano either pursuant to court order, or if not pursuant to court order, with the agreement of all participants that the privileges and rules of confidentiality would apply as if the meeting was pursuant to court order.

The outcome was *Partially Settled*

Comments:

SETTLED as to Sheriff and Sheriff's deputies

NOT SSETTLED as to Jose Rosario and St. Lucie County Fire District

Respectfully submitted,

_____
Rodney G Romano

MEDIATION REPORT - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Matrix Mediation, LLC
1655 Palm Beach Lakes Blvd.
Suite 700
West Palm Beach, Florida 33401
(561)-340-3500
rodney@matrixmediation.com
cell (561)-818-0001
FBN# 559482
CM# 12628R

MEDIATION REPORT - 2