UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  16-14413-Civ-ROSENBERG/MAYNARD

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

      Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as SHERIFF of
ST. LUCIE COUNTY, Florida,
JOSE ROSARIO, individually, and the
ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

      Defendants.
_____/

**PLAINTIFF, TAVARES DOCHER'S, MOTION FOR 10-DAY STAY OF THE
REMAINING SUMMARY JUDGMENT MOTION [DE 98]**
(pending settlement discussions)

**COMES NOW** the Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, by and through their undersigned attorneys, and files this motion for a 10-day stay of the remaining summary judgment motion [DE 98], pending settlement discussions, and in support thereof, submits the following:

    1.    On December 15, 2017, oral argument was conducted before Magistrate Judge Maynard on the Defendants' Motions for Summary Judgment [DE 83, 84, 85, 87, and 98].

    2.    On December 18, 2017, the parties participated in a voluntary second mediation of the case.  As a result, all claims against Defendants Christopher Newman, individually, Claylan

Mangrum, individually, Calvin Robinson, individually, Wade Courtemanche, individually, and Ken J. Mascara, as Sheriff of St. Lucie County, Florida, have been settled. A mediation report was filed, and all motions related to the parties included in the settlement agreement have been denied as moot. [DE 182, 183].

3. The remaining claims concern only Defendant, Jose Rosario, individually, and the St. Lucie County Fire District, an independent special district. The St. Lucie County Fire District is a governmental entity. Due to the holiday season and vacation schedules, consideration of Plaintiff's settlement demand vis-a-vis the Fire District and Rosario requires consideration by third-parties who are currently unavailable, and will not be available to consider the demand until December 29, 2017.

4. To facilitate the parties settlement discussions, and in the interests of judicial economy, Plaintiff seeks a 10-day stay through December 29, 2017, on all matters relating to the remaining summary judgment motion [DE 98].

5. Benjamin W. Newman, Esq., informed the undersigned in writing (via email) on December 19, 2017, that Defendants, Jose Rosario, individually, and the St. Lucie County Fire District, an independent special district, object to the relief requested.

**Memorandum of Law**

It is well-settled that a "District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." Clinton v. Jones, 117 S.Ct. 1636, 1650 (1997). As the United States Supreme Court explained in Landis v. North American Co., 57 S.Ct. 163 (1936), "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Id. at 166.

In the Eleventh Circuit, district courts have the discretion in appropriate circumstances to stay proceedings to allow additional time for settlement discussions. <u>Advanced Bodycare Solutions, LLC v. Thione Intern., Inc.</u>, 524 F.3d 1235, 1241 (11th Cir. 2008) ("[D]istrict courts have inherent, discretionary authority to issue stays in many circumstances, and granting a stay to permit mediation (or to require it) will often be appropriate").

As plainly obvious from the summary judgment filings, Plaintiff has expended enormous amounts of time, effort, and financial resources, in the capacity of a private attorney general, seeking to vindicate important constitutional rights for all persons, including Plaintiff, TAVARES DOCHER. The court's limited judicial resources have been heavily taxed, as well. Due to the holidays, Plaintiff is unable to have his settlement demand considered by the Fire District prior to December 29, 2017. In the interests of justice, and judicial economy, Plaintiff seeks to maintain the status quo until December 29, 2017.

**WHEREFORE**, Plaintiff, TAVARES DOCHER, requests a 10-day stay of the pending summary judgment motion [DE 98] to allow Defendant ST. LUCIE COUNTY FIRE DISTRICT to consider Plaintiff's settlement demand.

DATED this __18th__ day of December, 2017.

By: __s/. Hugh L. Koerner__
Hugh L. Koerner
Florida Bar No.: 716952
Email: hlklaw@hughkoerner.com
Hugh L. Koerner, P.A.
Sheridan Executive Centre
3475 Sheridan Street, Suite 208
Hollywood, FL 33021
Telephone: (954) 522-1235
Facsimile: (954) 522-1176
*Co-counsel for Plaintiff(s)*

/s/ DARRYL L. LEWIS
DARRYL L. LEWIS
Florida Bar No.: 818021
Attorney E-Mail(s): dll@searcylaw.com and
axs@searcylaw.com
Primary E-Mail:  lewisteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9485
*Attorney for Plaintiff(s)*

**CERTIFICATE OF SERVICE**
**Case No.: 16-14413-Civ-ROSENBERG/MAYNARD**

I HEREBY CERTIFY that this   18th   day of December, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/. Hugh L. Koerner*
Hugh L. Koerner

**Service List**

Benjamin W. Newman, Esquire
Ben.Newman@wilsonelser.com; Leah.Rover@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N Orange Avenue, Suite 1200
Orlando, FL 32801
Phone: (407) 203-7592
Fax: (407) 648-1376
*Attorneys for Jose Rosario, individually, and the St. Lucie County Fire District, an independent special district*

Summer M. Barranco, Esquire
summer@purdylaw.com; melissa@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL 33304
Phone: (954)-462-3200
Fax: (954)-462-3861

*Attorneys for Christopher Newman, individually, Claylan Mangrum, individually, Calvin Robinson, individually, Wade Courtemanche, individually, Ken J. Mascara, as Sheriff of St. Lucie County, Florida*