UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  16-14413-Civ-ROSENBERG/LYNCH

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

       Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as SHERIFF of
ST. LUCIE COUNTY, Florida,
JOSE ROSARIO, individually, and the
ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

       Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff, TAVARES DOCHER's, motion for a 10-day stay of the remaining summary judgment motion [DE 98].  The Motion is **GRANTED**.

Accordingly, it is **ORDERED and ADJUDGED** that to facilitate consideration of the Plaintiff's settlement demand by Defendant, ST. LUCIE COUNTY FIRE DISTRICT, an independent special district, any action on the remaining motion for summary judgment [DE 98] is stayed for 10 days, through December 29, 2017.

**DONE AND ORDERED** in Chambers at West Palm Beach Florida, this _____ day of December, 2017.

                                                        ROBIN L. ROSENBERG
                                                       United States District Judge

Copies furnished:
United States Magistrate Judge Shaniek Maynard
All Counsel of Record