UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:16cv14413

TAVARES DOCHER, by and through JANICE
DOCHER-NEELEY, his mother and legal
guardian,

                Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYTON MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

                Defendant.

_____/

## AGREED MOTION TO EXTEND DEADLINES

**COMES NOW** the Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-

NEELEY, his mother and legal guardian, by and through their undersigned attorneys, and with

the agreement and consent of Defendants, JOSE ROSARIO, individually, and the ST. LUCIE

COUNTY FIRE DISTRICT, an independent special district, hereby submit this Agreed Motion

to Extend Deadlines and in support thereof, submit the following:

       1.       The Plaintiff, TAVARES DOCHER, by and through JANICE DOCHER-

NEELEY, his mother and legal guardian, and the Defendants, JOSE ROSARIO, individually,

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No. 2:16cv14413
Agreed Motion
Page 2

and the ST. LUCIE COUNTY FIRE DISTRICT, an independent special district, are in agreement that there be a two (2) week extension to the following deadlines:

- To file Joint Pretrial Stipulation [DE 69A];

- The briefing deadline for the Response to Defendants Motion to Strike Dr. Brian McAlary's November 24, 2017 Addendum Expert Report and Dr. John Sterba's November 27, 2017 Second Addendum Expert Report [DE 177]; and

- The briefing deadline for Defendants' Reply to Plaintiff's Response to Defendants Motion to Strike Dr. Brian McAlary's November 24, 2017 Addendum Expert Report and Dr. John Sterba's November 27, 2017 Second Addendum Expert Report [DE 177].

2.      The parties are in a midst of meaningful settlement discussions and anticipate that the matter may be resolved on or before Friday, December 29, 2017, and desire to avoid incurring any additional expense that may interfere with the resolution of the claims.

3.      To facilitate the parties settlement discussions, and in the interests of judicial economy, the parties request that an extension be granted until January 5, 2018 in which to file the Joint Pretrial Stipulation and responsive brief to the motion; and that the Defendants be granted until January 10, 2018 in which to file a reply.

4.      Settlement documents have been executed with regard to all of the Defendants except Defendants, JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT.

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No. 2:16cv14413
Agreed Motion
Page 3

WHEREFORE, based on the foregoing, Plaintiff, TAVARES DOCHER, by and through

JANICE DOCHER- NEELEY, his mother and legal guardian, with the agreement and consent of

Defendants, JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT, an

independent special district, request that the Court enter an order extending the deadline to file

the Joint Pretrial Statement and briefing response to January 5, 2018, and the reply brief deadline

to January 10, 2018, to allow the parties to facilitate a settlement resolution.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent via

electronic filing using the CM/ECF system with the Clerk of the Court, which sends e-mail

notification of such filing to all CM/ECF participants in this case, on this 20th day of December,

2017.

/s/ DARRYL L. LEWIS____
DARRYL L. LEWIS, ESQ.
Florida Bar No.: 818021
Attorney E-Mail(s):  dll@searcylaw.com and
axs@searcylaw.com
Primary E-Mail: _lewisteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9485
Attorney for Plaintiff(s)


/s/BENJAMIN W. NEWMAN_____
BENJAMIN W. NEWMAN, ESQ.
Florida Bar No. 001223
JULIE A. TYKE, ESQ.
Florida Bar No. 84493
Wilson Elser Moskowitz Edelman, & Dicker
111 No. Orange Ave., Suite 1200

Docher, Tavares vs. St. Lucie County Sheriff's Office
Case No. 2:16cv14413
Agreed Motion
Page 4

Orlando, FL 32801
Phone:  (561) 407-203-7599
Fax:    (407) 648-1376
Ben.Newman@wilsonelser.com
Julie.Tyke@wilsonelser.com
Counsel for Defendants Rosario
And St. Lucie County Fire District