UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-cv-14413-ROSENBERG/MAYNARD

TAVARES DOCHER, by and through
JANIE DOCHER-NEELEY, his mother
and legal guardian,

      Plaintiff,

v.

CHRISTOPHER NEWMAN, et al.,

      Defendants.

_____/

### **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE**

This cause is before the Court on the parties' Notice of Settlement, DE 190. The Court has been informed that the parties have reached a settlement agreement. Having been informed that the parties are in agreement and have resolved all disputes, it is hereby **ORDERED AND ADJUDGED**:

1. This case is **STAYED**.

2. All pending deadlines are **TERMINATED,** all hearings are **CANCELLED,** and all pending motions are **DENIED AS MOOT**.

3. The parties are instructed to file any appropriate pleadings related to the dismissal of this action within thirty (30) days of the date of rendition of this Order.

4. Any party may move for the stay imposed by this Order to be lifted or for an extension of time to file appropriate pleadings related to the dismissal of this action.

5. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**; this closure shall not affect the merits of any party's claim.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 29th day of December, 2017.

                                                            ROBIN L. ROSENBERG
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record