UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

        Plaintiffs,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually, WADE
COURTEMANCHE, individually, KEN J.
MASCARA, as SHERIFF of ST. LUCIE
COUNTY, Florida, JOSE ROSARIO,
individually, and the ST. LUCIE COUNTY
FIRE DISTRICT, an independent special
district,

        Defendants.
_____/

CASE NO.: 2:16cv14413

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian and the Defendants, CHRISTOPHER NEWMAN, individually, CLAYLAN MANGRUM, individually, CALVIN ROBINSON, individually, WADE COURTEMANCHE, individually, KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida, through their undersigned attorneys, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, file this their Stipulation of Dismissal of this action, which dismissal shall be with prejudice, with each party to bear his or her costs and attorneys' fees. The parties request that the Court retain jurisdiction of this matter for a period of sixty (60) days to enforce the terms of the settlement.

-2-

DATED this 29th day of January, 2018.

| | |
|---|---|
| DARRYL L. LEWIS, ESQUIRE<br>Searcy Denney Scarola Barnhart & Shipley, P.A.<br>*Co-counsel for Plaintiff*<br>2139 Palm Beach Lakes Boulevard<br>West Palm Beach, Florida 33409<br>Telephone:  (561) 686-6300<br>Facsimile:   (561) 383-9485<br><br>BY:    *s/ Darryl L. Lewis*<br>         DARRYL L. LEWIS, ESQ.<br>         Florida Bar Number  818021 | SUMMER M. BARRANCO, ESQUIRE<br>Purdy, Jolly, Giuffreda & Barranco, P.A.<br>*Counsel for Defendants*<br>2455 East Sunrise Blvd., Suite 1216<br>Fort Lauderdale, Florida 33304<br>Telephone: (954) 462-3200<br>Facsimile: (954) 462-3861<br><br>BY:    *s/ Summer M. Barranco*<br>         SUMMER M. BARRANCO, ESQ.<br>         Florida Bar Number 984663 |