UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  16-14413-Civ-ROSENBERG/MAYNARD

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

       Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as SHERIFF of
ST. LUCIE COUNTY, Florida,
JOSE ROSARIO, individually, and the
ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

       Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Stipulation for Dismissal with prejudice ("the Stipulation") [DE 192], filed herein on January 29, 2018, between TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian and the Defendants, CHRISTOPHER NEWMAN, individually, CLAYLAN MANGRUM, individually, CALVIN ROBINSON, individually, WADE COURTEMANCHE, individually, KEN J. MASCARA, as SHERIFF of ST. LUCIE COUNTY, Florida.  The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Stipulation [DE 192] is **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear their own costs and attorney's fees;

3. Pursuant to the terms of the parties Stipulation for Dismissal, the Court shall retain jurisdiction to enforce the terms of the settlement for a period of 60 days. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012);

4. All pending motions in this care are **DENIED as moot**;

5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach Florida, this _____ day of January, 2018.

                                                    ROBIN L. ROSENBERG
                                                    United States District Judge

Copies furnished:
All Counsel of Record