UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  16-14413-Civ-ROSENBERG/LYNCH

TAVARES DOCHER, by and through
JANICE DOCHER-NEELEY, his mother
and legal guardian,

       Plaintiff,

vs.

CHRISTOPHER NEWMAN, individually,
CLAYLAN MANGRUM, individually,
CALVIN ROBINSON, individually,
WADE COURTEMANCHE, individually,
KEN J. MASCARA, as SHERIFF of
ST. LUCIE COUNTY, Florida,
JOSE ROSARIO, individually, and the
ST. LUCIE COUNTY FIRE DISTRICT,
an independent special district,

       Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff TAVARES DOCHER, by and through JANICE DOCHER-NEELEY, his mother and legal guardian, by and through their undersigned attorneys, and Defendants JOSE ROSARIO, individually, and the ST. LUCIE COUNTY FIRE DISTRICT, an independent special district, by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of the above-styled case, with prejudice.

Each party shall bear their own costs and attorneys' fees.

**DATED** this   2nd   day of April, 2018.

| | |
|---|---|
| /s/ DARRYL L. LEWIS<br>DARRYL L. LEWIS<br>Florida Bar No.: 818021<br>Attorney E-Mail(s): dll@searcylaw.com and<br>axs@searcylaw.com<br>Primary E-Mail:  lewisteam@searcylaw.com<br>Searcy Denney Scarola Barnhart & Shipley, P.A.<br>2139 Palm Beach Lakes Boulevard<br>West Palm Beach, Florida 33409<br>Phone: (561) 686-6300<br>Fax: (561) 383-9485<br>*Attorney for Plaintiff(s)* | */s/BENJAMIN W. NEWMAN*<br>BENJAMIN W. NEWMAN, ESQUIRE<br>Florida Bar No.: 0011223<br>JULIE A. TYK, ESQUIRE<br>Florida Bar No.: 84493<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>111 N. Orange Ave., Suite 1200<br>Orlando, FL 32801<br>Phone: (407) 203-7599<br>Fax: (407) 648-1376<br>Ben.Newman@wilsonelser.com<br>Julie.Tyk@wilsonelser.com<br>Counsel for Defendant, JOSE ROSARIO and ST. LUCIE COUNTY FIRE DISTRICT |

**CERTIFICATE OF SERVICE**
**Case No.: 16-14413-Civ-ROSENBERG/MAYNARD**

I HEREBY CERTIFY that this  2nd  day of April, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/.*  DARRYL L. LEWIS
       DARRYL L. LEWIS

**Service List**

Benjamin W. Newman, Esquire
Ben.Newman@wilsonelser.com; Leah.Rover@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
111 N Orange Avenue, Suite 1200
Orlando, FL 32801
Phone: (407) 203-7592
Fax: (407) 648-1376
*Attorneys for Jose Rosario, individually, and the St. Lucie County Fire District, an independent special district*

Summer M. Barranco, Esquire
summer@purdylaw.com; melissa@purdylaw.com
Purdy Jolly Giuffreda & Barranco, P.A.
2455 E Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL 33304
Phone: (954)-462-3200
Fax: (954)-462-3861

*Attorneys for Christopher Newman, individually, Claylan Mangrum, individually, Calvin Robinson, individually, Wade Courtemanche, individually, Ken J. Mascara, as Sheriff of St. Lucie County, Florida*